Radicación de réplica (Objection)

PROMESA TITULO II NO. 17 BK 3283-LTS

NUMERO DE RECLAMACION: 45925

Nombre: Candelario Ortiz, Alba Lizette / Alba L. Candelario Ortiz

Dirección Postal: HC 01 Box 10240 Toa Baja PR 00949-9795

Dirección Residencial: Carr. 865 Calle Palma #2 Bo. Candelaria Arenas Toa Baja

Numero de Contacto:

Teléfono Celular: (787) 619-6074  Teléfono: (787) 269-2222

Correo Electrónico: alcandelario7174@gmail.com

Epigrafe: Re: Financial Oversight and management Board of Puerto Rico

Razon para la Objeccion:

El Gobierno del Estado Libre Asociado de Puerto Rico no ajusto nuestro salario al salario mínimo federal para los empleados del Departamento de la Familia desde el año 1992 aproximadamente. Por tal razón se radicaron varias demandas grupales de las cuales el primer grupo ya recibió el fallo a su favor recibiendo el salario mínimo federal y recibiendo el pago retroactivo correspondiente.

Ver anejos:

1. Estado de cuenta estimado (Administración de los Sistemas de Retiro)
2. Certificación de Empleo
3. Copia Listado de objeción Global – Anejo A

Radicación de Replica (Objeción)
Promesa Titulo III No. 17 BK 03283-LTS
Número de Reclamación: 45925
Numero de Libro: NONAGESIMA SEPTIMA OBJECION GLOBAL

Epígrafe: Tribunal de Distrito de los Estados Unidos, para el Distrito de Puerto Rico
Deudor: ESTADO LIBRE ASOCIADO DE PUERTO RICO

Nombre: Candelario Ortiz, Alba L.
Dirección Postal: HC 01 Box 10240 Toa Baja P.R. 00949-9795
Dirección Residencia: Carretera 865 calle Palma #2 Bo. Candelaria Arenas Toa Baja P.R. 00949
Número de Contacto: 787-619-6074
Correo Electrónico: alcandelario7174@gmail.com

Motivo para la Objeción:

El Gobierno Del Estado Libre Asociado de Puerto Rico le debe un ajuste al salario federal a los empleados gubernamentales. Al Departamento de la Familia; agencia para la cual yo laboro, le deben ajuste salarial a los empleados desde el año 1992 aproximadamente. Por tal razón se radicaron varias demandas grupales de las cuales el primer grupo ya recibió el fallo a su favor recibiendo el salario mínimo federal y recibiendo el pago retroactivo correspondiente. Yo estoy en la Demanda #4; Francisco Beltrán y Otros VS Departamento de la Familia.

No había podido radicar este escrito junto con los documentos solicitados en el tiempo requerido debido a que luego del terremoto estuvimos fuera de nuestra área de trabajo y no tena la facilidad para buscar los documentos.