Radicación de réplica (Objection)

PROMESA TITULO II NO. 17 BK 3283-LTS

NUMERO DE RECLAMACION: **47960**

*Francis I. González Feliciano*

Nombre: **FRANCIS I. GONZALEZ FELICIANO**

Dirección Postal: **CALLE ALMA BUZON 302 PUEBLO NUEVO, VEGA BAJA, P.R. 00693**

Dirección Residencial: **CALLE ALMA BUZON 302 PUEBLO NUEVO, VEGA BAJA, P.R. 00693**

Numero de Contacto:

Teléfono Celular: 787-455-7554  Teléfono: 787-269-2222

Correo Electrónico: frances.gonzalez@familia.pr.gov

Epigrafe: Re: Financial Oversight and management Board of Puerto Rico

Razón para la Objeción:

El Gobierno del Estado Libre Asociado de Puerto Rico no ajusto nuestro salario al salario mínimo federal para los empleados del Departamento de la Familia desde el año 1992 aproximadamente. Por tal razón se radicaron varias demandas grupales de las cuales el primer grupo ya recibió el fallo a su favor recibiendo el salario mínimo federal y recibiendo el pago retroactivo correspondiente.

Ver anejos:

1. Estado de cuenta estimado (Administración de los Sistemas de Retiro)
2. Certificación de Empleo
3. Copia Listado de objeción Global – Anejo A