Reclamante: González Feliciano, Francis I    #47960

# INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

**Instrucciones**
Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación.
Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

**Cuestionario**

1. ¿Cuál es el fundamento de su reclamación?

   ☑ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

   ☑ Empleo actual o anterior en el gobierno de Puerto Rico

   ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

2. ¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):
   Aún no tengo la información, todo depende de los cálculos que la Administración de Familias y Niños del Departamento de la Familia.

#47960

*Reclamante*:

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐ No. *Pase a la Pregunta 4.*
   - ☑ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó: Administración de Familias y Niños, Departamento de la Familia

3(b). Identifique las fechas de su empleo con relación a su reclamación: 1-julio-2004

3(c). Últimos cuatro dígitos de su número de seguro social: ___

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☐ Jubilación
   - ☑ Salarios impagos
   - ☐ Días por enfermedad
   - ☐ Queja con el sindicato
   - ☐ Vacaciones
   - ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ☐ No.
   - ☑ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción. Departamento de la Familia (Adm. Familias y Niños)

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución: Tribunal de Primera Instancia de San Juan

4(c). Número de caso: ARV y AIJ KAC-2009-0809

4(d). Título, epígrafe, o nombre del caso: Francisco Beltrán Cintrón y Otros v/s Departamento de la Familia

2

#47960

*Reclamante*:

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):
<u>Pendiente de Resolución</u>

4(f). ¿Tiene usted una sentencia impaga? Sí / (No) (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?

_____

3

*Reclamante*:

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):

_____

4(f). ¿Tiene usted una sentencia impaga? Sí / No (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?

_____



10 de febrero de 2020

## CERTIFICACION

Certifico que **Francis I. González Feliciano**, seguro social **XXX-XX-XXXX**, es empleada del Departamento de la Familia desde el **1 de julio de 2004**. Actualmente ocupa un puesto regular de **Técnico Servicios a la Familia I** en la Oficina Regional de Bayamón.

Certifico la información a petición de la empleada.

Ivelisse Rodríguez Reyes
Oficial de Recursos Humanos
Departamento de la Familia
Región Bayamón
(787) 269-2222 ext. 6474

Prime Clerk — A Division of [illegible]

# Commonwealth of Puerto Rico

Case No. 17-03283

case info / claims

## Creditor Data Details - Claim # 47960

| Creditor | Debtor Name | Claim Number |
|---|---|---|
| GONZALEZ FELICIANO, FRANCIS I | Commonwealth of Puerto Rico | 47960 |
| | **Date Filed** | **Schedule Number** |
| | 06/05/2018 | 931232 |

FIRST PREVIOUS Page [1] of 1 NEXT LAST Show 20 | Viewing 1 of 2

### Claim Amounts

| Schedule # | Claim # | Date Filed | Creditor | Debtor |
|---|---|---|---|---|
| 931232 | 47960 | 06/05/2018 | GONZALEZ FELICIANO, FRANCIS I | Commonwealth of Puerto Rico |
| | 147960 | 6/19/2018 | Ruiz Mercado, Margarita | Commonwealth of Puerto Rico |

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | Undetermined | C U | Unliquidated | U | $0.00 | Pending Objection |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| **Total** | **$0.00** | | **$0.00** | | **$0.00** | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

FIRST PREVIOUS Page [1] of 1 NEXT LAST Show 20 | Viewing 1 of 2

terms of use   privacy notice   team

© 2019 Prime Clerk. All rights reserved.

### Objection History

| Date Filed | Objection Motion | Date Filed | Objection Order | Basis | Status |
|---|---|---|---|---|---|
| 12/12/2019 | Debtor's Omnibus Objection to Claims - One Hundr... | | | Deficient | Pending |

Prime Clerk maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for an attorney or law firm. Users of this website may want to seek legal counsel on the particular facts and circumstances at issue. All search results provided through this website are qualified in their entirety by the official register of claims and the Schedules of Assets and Liabilities ("Schedules").



**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

07 de febrero de 2020

**Agencia: 407 - ADMINISTRACION DE FAMILIAS Y NIÑOS**

FRANCIS I GONZALEZ FELICIANO
PUEBLO NUEVO
302 CALLE ALMA
VEGA BAJA, PR 00693

Seguro Social: XXX-XX-

A base de la información en nuestros registros, al 07 de febrero de 2020 usted posee:

Fecha de Nacimiento:                                                                 Género: Femenino
Fecha de Ingreso al Servicio Público: 10 de agosto de 2000
Fecha de Comienzo de Cotización: 10 de agosto de 2000

| Ley R2000 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | | Ley 106 | |
|---|---:|---|---:|---|---:|
| Años Acreditados: | 16.05 | Tiempo Trabajado: | 4 | Tiempo Trabajado: | 2.58 |
|  |  | Aportaciones: | 7,985.80 | Aportaciones: | 4,567.45 |
|  |  | Intereses: | 3,417.70 | Intereses: | 0.00 |
|  |  | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| **Servicio No Cotizado** |  | **Transferido Ley R2000** |  |  |  |
| Pagado: | 0.00 | Aportaciones: | 12,970.24 |  |  |
| Tiempo: | 0.00 | Intereses: | 797.78 |  |  |
| **Balance Acumulado:** | 0.00 | **Total Aportaciones:** | 25,171.52 | **Total Aportaciones:** | 4,567.45 |
| **Beneficio:** | 0.00 | **Beneficio:** | 107.39 | **Beneficio:** | 0.00 |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov

## Centésima objeción global
### Anexo A: Defectuosas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 72 | GONZALEZ FELICIANO, FRANCIS I<br>CALLE ALMA # 302<br>BUZON 300<br>PUEBLO NUEVO<br>VEGA BAJA, PR 00693 | 6/5/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 47960 | Indeterminado* |
| | Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |
| 73 | GONZALEZ FELICIANO, ZAHIRA<br>2617 LANIER RD.<br>KISSIMMEE, FL 34744 | 12/18/2017 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 382 | $ 100,000.00 |
| | Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |
| 74 | GONZALEZ FIGUEROA, MARIA J.<br>P.O. BOX 1161<br>QUEBRADILLAS, PR 00678 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 75221 | Indeterminado* |
| | Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |
| 75 | GONZALEZ FIGUEROA, MONICA<br>PO BOX 3874<br>AGUADILLA, PR 00605-3874 | 6/29/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 67951 | Indeterminado* |
| | Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |
| 76 | GONZALEZ FIGUEROA, RUTH N.<br>HC 61 BOX 4593<br>TRUJILLO ALTO, PR 00976 | 6/25/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 76997 | $ 31,282.00 |
| | Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |
| 77 | GONZALEZ FLORES, CARMEN M<br>HC70 BOX 70130<br>SAN LORENZO, PR 00754 | 6/4/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 79118 | $ 100,000.00 |
| | Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados