Radicación de réplica (Objection)

PROMESA TITULO III NO. 17 BK 3283-LTS

NUMERO DE RECLAMACION: 116194



Nombre: *Delia J. Rodriguez Santana* Delia J. Rodríguez Santana

Dirección Postal: Urb. Magnolia Gardens Calle 8 E-10

Bayamón, P.R. 00956

Dirección Residencial: La misma

Numero de Contacto:

Teléfono Celular: 939-232-8441

Correo Electrónico: delia.rodriguez@familia.pr.gov

Epigrafe: Re: Financial Oversight and management Board of Puerto Rico

Razón para la Objeción:

El Gobierno del Estado Libre Asociado de Puerto Rico no ajusto nuestro salario al salario mínimo federal, para todos los empleados del Departamento de la Familia desde el año 1992 aproximadamente. Por tal razón se radicaron varias demandas grupales, de las cuales el primer grupo ya recibió el fallo a su favor recibiendo el salario mínimo federal y recibiendo el pago retroactivo correspondiente.

Ver anejos:

1. Estado de cuenta estimado (Administración de los Sistemas de Retiro)
2. Certificación de Aportaciones
3. Certificación de Empleo Departamento de la Familia

## Prime Clerk
*A Division of DUFF & PHELPS*

# Commonwealth of Puerto Rico
Case No. 17-03283

case info / claims

### Creditor Data Details - Claim # 116194

| Creditor | Debtor Name | Claim Number |
|---|---|---|
| Rodriguez Santana, Delia | Commonwealth of Puerto Rico | 116194 |
| | Date Filed | Schedule Number |
| | 06/29/2018 | 238706 |

FIRST PREVIOUS Page [1] of 1 NEXT LAST Show 20 ☑ Viewing 1 of 2

### Claim Amounts

| Claim Nature | Schedule Amount | C* U* D* | Asserted Claim Amount | C* U* F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | Undetermined | C U | Unliquidated | U | $0.00 | Asserted |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| **Total** | **$0.00** | | **$0.00** | | **$0.00** | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

FIRST PREVIOUS Page [1] of 1 NEXT LAST Show 20 ☑ Viewing 1 of 2

Employees Retirement System of the Government of the Commonwealth of Puerto Rico

Prime Clerk maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for an attorney or law firm. Users of this website may want to seek legal counsel on the particular facts and circumstances at issue. All search results provided through this website are qualified in their entirety by the official register of claims and the Schedules of Assets and Liabilities ("Schedules")

terms of use privacy notice team

© 2019 Prime Clerk. All rights reserved.



11 de febrero de 2020

## CERTIFICACION

Certifico que **Delia J. Rodríguez Santana**, seguro social **XXX-XX-7___** es empleada del Departamento de la Familia desde el **18 de abril de 1983**. Actualmente ocupa un puesto regular de **Auxiliar de Sistemas de Oficina I** en la Oficina Regional de Bayamón.

Certifico la información a petición de la empleada.

Ivelisse Rodríguez Reyes
Oficial de Recursos Humanos
Departamento de la Familia
Región Bayamón
(787) 269-2222 ext. 6474



**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

11 de febrero de 2020

**Agencia: 407 - ADMINISTRACION DE FAMILIAS Y NIÑOS**

DELIA RODRIGUEZ SANTANA
URB MAGNOLIA GARDENS
E10 CALLE 8
BAYAMON, PR 00956

Seguro Social: XXX-XX-

A base de la información en nuestros registros, al 11 de febrero de 2020 usted posee:

Fecha de Nacimiento:
Fecha de Ingreso al Servicio Público: 29 de mayo de 1984
Fecha de Comienzo de Cotización: 29 de mayo de 1984

Género: Femenino

| Ley 447 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | | Ley 106 | |
|---|---|---|---|---|---|
| Años Acreditados: | 29 | Tiempo Trabajado: | 4 | Tiempo Trabajado: | 2.58 |
| | | Aportaciones: | 9,166.57 | Aportaciones: | 5,395.20 |
| | | Intereses: | 725.29 | Intereses: | 0.00 |
| | | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| **Servicio No Cotizado** | | | | | |
| Pagado: | 0.00 | | | | |
| Tiempo: | 0.00 | | | | |
| Balance Acumulado: | 35,040.06 | Total Aportaciones: | 9,891.86 | Total Aportaciones: | 5,395.20 |
| Beneficio: | 901.92 | Beneficio: | 51.08 | Beneficio: | 0.00 |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov

Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial. A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación. Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por correo electrónico a PRClaimsInfo@primeclerk.com, o por correo postal o entrega en mano a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

Cuestionario

1. ¿Cuál es el fundamento de su reclamación?
   - [✓] Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este
   - [✓] Empleo actual o anterior en el gobierno de Puerto Rico
   - [ ] Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)
   
   _ajuste salarial_

2. ¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):
   
   _Aún no cuenta con la información, toda depende de los cálculos que la administración de Familia y Niños._

*Número de Evidencia de Reclamación:*
*Reclamante:* Delia J Rodriguez Santan

3. <u>Empleo.</u> ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐ No. *Pase a la Pregunta 4.*
   - ☑ Sí. *Responda preguntas 3(a)-(d).*

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó: Administración de Familia y niños Departamento de la Familia

3(b). Identifique las fechas de su empleo con relación a su reclamación: _____

3(c). Últimos cuatro dígitos de su número de seguro social: _____

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☐ Jubilación
   - ☑ Salarios impagos
   - ☐ Días por enfermedad
   - ☐ Queja con el sindicato
   - ☐ Vacaciones
   - ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

_____

4. <u>Acción legal.</u> ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ☐ No.
   - ☑ Sí. *Responda Preguntas 4(a)-(f).*

4(a). Identifique el departamento o agencia que es parte de esta acción. Administración de Familia y niños Depto de la Familia

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución: Tribunal San Juan

4(c). Número de caso: 116 94

4(d). Título, epígrafe, o nombre del caso: Madelene Acevedo

Número de Evidencia de Reclamación:
Reclamante: *Delia J. Rodriguez Santana*

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado): _____

4(f). ¿Tiene usted una sentencia impaga? Sí / (No) (Marque una)
De ser así, ¿cuál es la fecha y el monto de la sentencia? _____