Tribunal de Distrito de los Estados Unidos, para el Distrito de Puerto Rico.

En el asunto de:

Junta de Supervisión y Administración Financiera de Puerto Rico.
    como representante de
Estado Libre Asociado de Puerto Rico, y otros Deudores

Promesa, Título III   Núm. 17 BK 3283-LTS
(Administrada conjuntamente)
La presente radicación guarda relación con el ELA, la ACT y el SRE

Yo Michael Harris declaro que he trabajado bajo los incumbentes Sila María Calderón y Carlos Romero Barceló donde hubo un aumento y como no se le dió a los maestros yo no obtuve ese aumento.

sin otro particular

— Michael Harris (Levich)
Michael Harris
c/ Casimiro Duchesne 690
Urb. Villa Prades  San Juan
00924  Puerto Rico

( antigua dirección
 c/ Manatí 212  Urb. Villas del Mar
 Coco Beach  Rio Grande 00745 )

tel.
787 460 4797
elgringomiguel1951@gmail.com

RECEIVED & FILED
2020 FEB 13 PM 3:02
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR