

# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

**ATT: TRIBUNAL FEDERAL**

13 de febrero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | MICHAEL HARRIS LEVICH |
| Seguro Social | : | |
| Categoría | : | MA. EDUC. SEC (INGLES) |
| Distrito Escolar | : | CANOVANAS |
| Sueldo Mensual | : | $3,080.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 28 de junio de 2010 |
| Otros | : | Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de (30) años, (5) meses, (2) semanas y (2) días. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.