## GOBIERNO DE PUERTO RICO
Departamento de la Familia

A QUIEN PUEDA INTERESAR

CERTIFICO que, **Maribel Rivera Santiago**, Número de Seguro Social, _____, trabaja para el **Departamento de la Familia** con la **Administración Familia y Niños (ADFAN)** en la Oficina **Local Cayey**.

La señora **Rivera**, ofrece servicios como **Sup. Serv. A La Familia I**. Comenzó en la agencia el **26 de agosto de 1986**. El empleado devenga un salario mensual de **$2,908.00** y su puesto es **Regular.**

Certifico hoy, **10 de febrero de 2020**, para los fines que crea pertinentes.

_____
**Nelson Rodriguez Rivera**
**Oficial Administrativo II**
**Recursos Humanos**