

United State District Court For The District of Puerto Rico

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767

Debtors : Estado Libre Asociado de Puerto Rico

Gobierno de Puerto Rico

Departamento de Educación

No. 17 B K 3283-LTS

_____150_____ OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE

COMMONWEALF OF PUERTO RICO, IN DEFICIENT CLAIMS ASSEITING INTEREST BASED UPON

UNSPECIFIED PUERTO RICO STATUS.

DOC

Proof of Claim: 15730

Name and Address: JOSÉ A. RODRÍGUEZ MORALES
CONDOMINIO SEGOVIA APTO 1909
650 CALLE SERGIO CUEVAS BUSTAMANTE
SAN JUAN, PUERTO RICO 00918

Reclama al Gobierno del Estado Libre Asociado de Puerto Rico; al Gobierno de Puerto Rico y

Departamento de Educación de Puerto Rico.

Ley 89 de 1984 -Romerazo

Años reclamados __22__

Cantidad Reclamada __$26,400.00__

Ley 96 - Año 2001
Años reclamados __5 años__
Cantidad reclamada __$6,000.00__

Ley 91 del año __COSTO DE VIDA__

Años reclamados __13 AÑOS__

Cantidad reclamada __$10,501.92__

Adjunto evidencia en replica de la información solicitada:

1. Certificación de empleo
2. Certificación de retiro
3.

Solicito la adjudicación de mi petició según corresponda a mis derechos por las Leyes anteriormente Especificadas.

Nombre: __JOSÉ A RODRÍGUEZ MORALES__

Firma: __José A Rodríguez Morales__  Fecha: __13 FEBRERO 2020__

Joserodmor123@gmail.com
787-380-7090