

# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

**ATT: Ley Promesa**

13 de febrero de 2020

# C E R T I F I C A C I O N

| | | | |
|---|---|---|---|
| Certifico que | | : | JOSE A. RODRIGUEZ MORALES |
| | Seguro Social | : | |
| | Categoría | : | SUPERINTENDENTE DE ESCUELAS V |
| | Distrito Escolar | : | SAN JUAN III_ |
| | Sueldo Mensual | : | $3,145.00 |
| | Status | : | PERMANENTE |
| Observaciones | | : | |
| | Trabaja | : | N/A |
| | Cesó | : | N/A |
| | Renunció | : | Efectivo el 29 de septiembre de 2006 |
| | Otros | : | Presto servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 36 años y 3 meses. Nuestro sistema de Recursos Humanos refleja que ocupó una plaza desde 01/15/1970. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

## GOBIERNO DE PUERTO RICO
### Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof.JOSE A. RODRIGUEZ MORALES**, con número de seguro social que termina en **6749**.

| | |
|---|---|
| Fecha de Elegibilidad de la Pensión | 30 de septiembre de 2006 |
| Tiempo Cotizado para la Pensión | 35 años, 4 meses, 0 semana y 1 ½ días |
| Fecha de Efectividad de la Renuncia | 29 de septiembre de 2006 |
| Fecha de Efectividad de la Pensión | 30 de septiembre de 2006 |
| Pensión Mensual Actual | $2,244.68 |

Esta certificación se expide hoy, **13 de febrero de 2020** en **San Juan**, **Puerto Rico**.

**Edgardo Negron Ramirez**
Supervisor
Área de Servicios de Retiro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879



SRM
Sistema de Retiro para Maestros
Gobierno de Puerto Rico
*Protegemos la Aportación al Futuro*

☎ 787.777.1414      🖷 787.764.6910      www.srm.pr.gov