

# GOBIERNO DE PUERTO RICO
Departamento de la Familia

A QUIEN PUEDA INTERESAR

CERTIFICO que, **Ileana Burgos Tzschoppe,** Número de Seguro Social para el **Departamento de la Familia** con la **Administración Sustento de Menores (ASUME)** en la Oficina Local de **Cayey.**

La señora **Burgos, ofrece servicios como OPA.** Comenzó en la agencia **16 de septiembre de 1994.** La Empleada devenga un salario mensual de **$2,558.00** y su puesto es **Regular.**

Certifico hoy, **6 de febrero de 2020**, para los fines que crea pertinentes.

_____
**Nelson Rodríguez Rivera**
Oficial Recursos Humanos
Administrativo II

Oficina de Recursos Humanos, Edificio FISA, Paseo del Pueblo P.O. Box 210, Guayama, PR 00785, Tel. 787-864-4373