United State District Court For The District of Puerto Rico

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767

RECEIVED AND FILED
2020 FEB 13 PM 4:18
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Debtors : Estado Libre Asociado de Puerto Rico

Gobierno de Puerto Rico

Departamento de Educación

No. 17 B K 3283-LTS

_____150_____ OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE

COMMONWEALF OF PUERTO RICO, IN DEFICIENT CLAIMS ASSEITING INTEREST BASED UPON

UNSPECIFIED PUERTO RICO STATUS.

DOC

Proof of Claim: 164467

Name and Address: Ibrahim A. Rodríguez Pagán
#50 Calle 8 apt. 504
Guaynabo, P.R. 00966

Reclama al Gobierno del Estado Libre Asociado de Puerto Rico; al Gobierno de Puerto Rico y

Departamento de Educación de Puerto Rico.

Ley 89 de 1984 - Romerazo

Años reclamados __29__

Cantidad Reclamada __$34,800__

Ley 96 del año 2001
Años reclamados __12 años__
Cantidad reclamada __$14,400__

Ley 91 del año __costo de vida__

Años reclamados __6 años__
Cantidad Reclamada __$4,380.48__

Adjunto evidencia en replica de la información solicitada:

1. Certificación de empleo
2. Certificación de retiro
3. Talonario

Solicito la adjudicación de mi petició según corresponda a mis derechos por las Leyes anteriormente Especificadas.

Nombre: __Ibrahim A. Rodríguez Pagán__

Firma: __Ibrahim A. Rodríguez Pagán__ Fecha: __13 febrero 2020__

ibrahim.rodriguez17@gmail.com
tel: (787) 486-1760