

# DEPARTAMENTO DE EDUCACION
## Estado Libre Asociado de Puerto Rico
### Secretaría Auxiliar de Recursos Humanos

ATT: LEY PROMESA

13 de febrero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | IBRAHIM A. RODRIGUEZ PAGAN |
| Seguro Social | : | |
| Categoría | : | MA. EDUCACION TEMPRANA - NIVEL ELEMENTAL (K-3) |
| Distrito Escolar | : | SAN JUAN (III,IV,V) |
| Sueldo Mensual | : | $2,705.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 20 de diciembre de 2013 |
| Otros | : | Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de (30) años. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. IBRAHIM RODRIGUEZ PAGAN**, con número de seguro social que termina en **3702**.

| | |
|---|---|
| Fecha de Elegibilidad de la Pensión | 21 de diciembre de 2013 |
| Tiempo Cotizado para la Pensión | 30 años, 1 meses, 1 semana y 3.73 días |
| Fecha de Efectividad de la Renuncia | 20 de diciembre de 2013 |
| Fecha de Efectividad de la Pensión | 21 de diciembre de 2013 |
| Pensión Mensual Actual | $2,028.75 |

Esta certificación se expide hoy, **13 de febrero de 2020** en **San Juan**, Puerto Rico.

Jorge I. Rohena Gotay
Supervisor
Área de Servicios de Retiro



235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

787.777.1414   787.764.6910   www.srm.pr.gov

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez , Esquina Calaf
HATO REY, PR 00919

| | |
|---|---|
| Grupo de Pago: | SM-Quincenal |
| Desde: | 08/29/2012 |
| Hasta: | 09/12/2012 |

Aviso #: 7002619
Fecha Aviso: 09/14/2012

| | |
|---|---|
| IBRAHIM A RODRIGUEZ PAGAN | |
| URB COLINAS VERDES | |
| E8 CALLE 3 | |
| SAN JUAN, PR 00924-0000 | |
| SS: XXX-XX-3702 | |

| | |
|---|---|
| # Empleado: | XXXXX3702 |
| Dept: | 8006107-San Juan San Juan III |
| Lugar: | Dra. Antonia Saez |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $2,705.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | | Claiming no personal exem |
| Concesiones: | 0 | |
| Pct. Adcl.: | | 0 |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Corriente Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,352.50 | 1,044.00 | 22,961.31 |
| Licencia Enfermedad en Exceso | | | 0.00 | | 2,356.11 |
| Total: | | | 1,352.50 | 1,044.00 | 25,317.42 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| PR Withholding | 71.00 | 1,373.37 |
| Total: | 71.00 | 1,373.37 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 121.73 | 2,066.60 |
| Total: | 121.73 | 2,066.60 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 106.92 | 1,817.64 |
| SM-First Medical Health Plan | 37.50 | 603.50 |
| SC-AMER FAM LIFE ASS CO | 28.75 | 488.75 |
| SC-OCCIDENTAL LIFE INSS | 15.00 | 255.00 |
| Ahorros-AEELA | 40.58 | 688.92 |
| Total: | 228.75 | 3,853.81 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 142.01 | 2,086.30 |
| FSED Disability Plan | 22.99 | 430.36 |
| SM-First Medical Health Plan | 0.00 | 960.00 |

\* Tributable

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,352.50 | 0.00 | 71.00 | 350.48 | 931.02 |
| Acumulado: | 25,317.42 | 0.00 | 1,373.37 | 5,920.41 | 18,023.64 |

### PTO HORAS

| | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | | |
|---|---|---|
| Aviso #7002619 | | 931.02 |
| Total: | | 931.02 |

**MENSAJE:**

---

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
09/14/2012

Aviso No.
7002619

Cant. Deposito: $931.02

A la
Cuenta(s) De

**IBRAHIM A RODRIGUEZ PAGAN**
URB COLINAS VERDES
E8 CALLE 3
SAN JUAN, PR 00924-0000
Localizacion: Dra. Antonia Saez

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | 532119732 | $931.02 |
| Total: | | $931.02 |