United State District Court For The District of Puerto Rico

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767

RECEIVED AND FILED
2020 FEB 13 PM 4:18
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Debtors : Estado Libre Asociado de Puerto Rico

Gobierno de Puerto Rico

Departamento de Educación

No. 17 B K 3283-LTS

\_\_\_\_\_150\_\_\_\_\_OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALF OF PUERTO RICO, IN DEFICIENT CLAIMS ASSEITING INTEREST BASED UPON UNSPECIFIED PUERTO RICO STATUS.

DOC

Proof of Claim: 164102

Name and Address: Maria I. Pacheco Vázquez
Calle 18 AB-21
Jardines de Country club
Carolina, Puerto Rico 00983

Reclama al Gobierno del Estado Libre Asociado de Puerto Rico; al Gobierno de Puerto Rico y Departamento de Educación de Puerto Rico.

Ley 89 de 1984 -Romerazo

Años reclamados  28 años

Cantidad Reclamada  $33,600

Ley 96 del año 2001
Años reclamados 11 años
Cantidad reclamada $13,200

Ley 91 del año  Costo de vida

Años reclamados  7 años

cantidad reclamada  $5,158.44

Adjunto evidencia en replica de la información solicitada:

1. Certificación de empleo
2. Certificación de retiro
3. Talonario

Solicito la adjudicación de mi petició según corresponda a mis derechos por las Leyes anteriormente Especificadas.

Nombre: Maria I. Pacheco Vázquez

Firma: Maria I. Pacheco Vázquez   Fecha: 13 de febrero 2020

m_isabel-7@hotmail.com
787-438-5874