

# DEPARTAMENTO DE EDUCACION
Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

ATT: LEY PROMESA

13 de febrero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | MARIA I. PACHECO VAZQUEZ |
| Seguro Social | : | . |
| Categoría | : | MA. EDUCACION TEMPRANA - NIVEL ELEMENTAL (K-3) |
| Distrito Escolar | : | SAN JUAN (III,IV,V) |
| Sueldo Mensual | : | $2,730.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 21 de diciembre de 2012 |
| Otros | : | Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de (30) años. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Maria Pacheco Vázquez**, con número de seguro social que termina en 1646.

| | |
|---|---:|
| Fecha de Efectividad de la Pensión | 22 de diciembre de 2012 |
| Tiempo Cotizado para la Pensión | 30 años, 1 mes, 2 sem., 3.51 días |
| Pensión mensual Inicial | $2,047.50 |
| Pensión Mensual Actual | $2,047.50 |

Esta certificación se expide hoy, **21 de enero de 2020** en **San Juan, Puerto Rico**.

Edgardo J. Negrón Ramírez
Supervisor
Área de Servicios de Retiro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

☏ 787.777.1414    ✉ 787.764.6910    www.srm.pr.gov


Sistema de Retiro para Maestros
Gobierno de Puerto Rico
Protegemos la Aportación al Futuro

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez , Esquina Calaf
HATO REY, PR 00919

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 03/18/2008 |
| Hasta: | 04/02/2008 |

Aviso #: 8840207
Fecha Aviso: 03/28/2008

**MARIA I PACHECO VAZQUEZ**
URB JARD COUNTRY CLUB
AB21 CALLE 18
CAROLINA. PR 00983-1709
SS:

| | |
|---|---|
| # Empleado: | |
| Dept: | 8006107-San Juan San Juan III |
| Lugar: | Dra. Antonia Saez |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $2,580.00 Monthly |

| | Federal | PR |
|---|---|---|
| DATA IMP: | | |
| Estado Civil: | Single | Single |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,290.00 | 372.00 | 7,690.00 |
| Pago Retroactivo Regular | | | 0.00 | | 50.00 |
| Total: | | | 1,290.00 | 372.00 | 7,740.00 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| PR Withholding | 94.27 | 562.89 |
| Total: | 94.27 | 562.89 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 116.10 | 696.60 |
| Total: | 116.10 | 696.60 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Pres Hipot-Retiro Maestros | 279.96 | 1,679.76 |
| AE-Asoc Emp ELA-Prest Regular | 120.14 | 720.84 |
| SM-Preferred Health | 118.50 | 711.00 |
| SC-AMER FAM LIFE ASS CO | 57.11 | 304.66 |
| GPR Plan de Ahorros | 38.70 | 232.20 |
| OS-FEDERACION DE MAESTROS | 0.00 | 8.00 |
| Total: | 614.41 | 3,656.46 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-Preferred Health | 120.00 | 360.00 |
| GPR Plan de Retiro de Maestro | 109.65 | 657.90 |
| FSED Disability Plan | 21.93 | 131.58 |
| * Tributable | | |

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,290.00 | 0.00 | 94.27 | 730.51 | 465.22 |
| Acumulado: | 7,740.00 | 0.00 | 562.89 | 4,353.06 | 2,824.05 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #8840207 | 465.22 |
| Total: | 465.22 |

MENSAJE: 'LOS PACIENTES TIENEN DERECHOS, 787-977-1100, 1-800-981-0031 OFICINA DE LA PROCURADORA DEL PACIENTE'

---

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
03/28/2008

Aviso No.
8840207

Cant. Deposito: $465.22

A la Cuenta(s) De

**MARIA I PACHECO VAZQUEZ**
URB JARD COUNTRY CLUB
AB21 CALLE 18
CAROLINA, PR 00983-1709
Localizacion: Dra. Antonia Saez

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | 1500017945 | $465.22 |
| Total: | | $465.22 |

## NO-NEGOCIABLE