# GOBIERNO DE PUERTO RICO

Departamento de la Familia

A QUIEN PUEDA INTERESAR

CERTIFICO que, **Nydia I Gonzalez Molina,** Número de Seguro Social, para el **Departamento de la Familia** con la **Administración Sustento de Menores (ASUME)** en la **Oficina Local de Cayey.**

La **Sra.Gonzalez,** ofrece servicios como **OPA**. Comenzó en la agencia el **1 de abril de 2003**. La empleada devenga un salario mensual de **$1,685.00** y su puesto es **Regular**.

Certifico hoy, **6 de febrero de 2020**, para los fines que crea pertinentes.

**Nelson Rodriguez Rivera**
**Oficial Recursos Humanos**
**Administrativo II**



1977
MAGISTRADO DEL PUEBLO

## Estado Libre Asociado de Puerto Rico
### Oficina Procurador del Ciudadano

Hon. Carlos J. López Nieves
Procurador

# CERTIFICACION

Yo, Ilia Angulo Labrador, Directora de Recursos Humanos, **CERTIFICO**, que Nydia González Molina, seguro social número       -0640, se desempeñó como Oficinista Dactilógrafo II, en la Oficina del Procurador del Ciudadano, Oficina Regional de Aibonito, desde el 1 de octubre de 1986 al 23 de marzo de 1993 y devengó un salario de $ 746.00 mensuales. Lamentablemente para esta fecha no existía un Plan de Clasificación y Retribución por lo que no podemos suministrar una descripción de Puesto.

Y para que así conste, firmo la siguiente certificación en mi oficina hoy, 17 de agosto de 2001.

Cordialmente,

Ilia E. Angulo Labrador
Directora de Recursos Humanos

## MAGISTRADO DEL PUEBLO

Minillas Station PO Box 41088 San Juan, Puerto Rico 00940-1088
Tel. (787) 724-7373 • Fax (787) 724-7386



# OFICINA DEL PROCURADOR DEL CIUDADANO

### CERTIFICACIÓN

Yo, Ilia E. Angulo Labrador, Directora Asociada de Recursos Humanos **Certifico** según se desprende de su expediente de personal, que la Sra. Nydia González Molina, seguro social XXX-XX-0640, laboró como Oficinista Dactilógrafa II en un puesto de confianza en la Oficina del Procurador del Ciudadano. La Sra. González laboró desde el 1 de octubre de 1986 hasta el 23 de marzo de 1993.

Firmo la siguiente certificación en mi oficina hoy, 10 de febrero de 2020.

Cordialmente,

Ilia E. Angulo Labrador
Directora Asociada de Recursos Humanos