

# GOBIERNO DE PUERTO RICO
Departamento de la Familia

A QUIEN PUEDA INTERESAR

CERTIFICO que, **Idalia Cotto Rivera,** Número de Seguro Social _____ trabaja para el **Departamento de la Familia** con la **Administración Familia y Niños (ADFAN)** en la **Oficina Local Cayey.**

La **Sra. Cotto,** ofrece servicios como **TSF III.** Comenzó en la agencia el **24 de mayo de 1994.** La empleada devenga un salario mensual de **$2,908.00** y su puesto es **Regular.**

Certifico hoy, **6 de febrero de 2020,** para los fines que crea pertinentes.

_____
**Nelson Rodriguez Rivera**
**Oficial Administrativo II**
**Recursos Humanos**