

# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

ATT: Ley Promesa

6 de febrero de 2020

## CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | ESTHER MARTINEZ LANAUSSE |
| Seguro Social | : | |
| Categoría | : | MA. EDUC. SEC (ESPAÑOL) |
| Distrito Escolar | : | GUAYAMA |
| Sueldo Mensual | : | $2,466.67 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | Desde el 10 de agosto de 1990 hasta el presente. |
| Cesó | : | N/A |
| Renunció | : | N/A |
| Otros | : | Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 27 años y 7 meses, |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

United States District Court For The District of Puerto Rico

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767

Debtors: Estado Libre Asociado de Puerto Rico

Gobierno de Puerto Rico

Departamento de Educación

No. 178k 3283-LTS

One Hundred Forty-First OMNIBUS OBJECTIO (NON-SUBSTANTIVE) OF THE COMMONWEAL THE OF PUERTO RICO, IN DEFFICIENT CLAIMS ASSEITING INTEREST BASED UPON UNSPECIFIED PUERTO RICO STATUS

Doc 8978-4

Proof of Claim:

Name and Address:

Reclama al Gobierno del Estado Libre Asociado de Puerto Rico; al Gobierno de Puerto Rico Departamento de Educación de Puerto Rico.

Ley 89 de 1984-Remerazo

Año Reclamados __30 años__

Cantidad Reclamada __$ 7,500.00__

Ley __164__

Años Reclamados __17 años__

Cantidad Reclamada __20,400.00__

Página 2

Ley _____96_____

Años Reclamados _____18 años_____

Cantidad Reclamada _____21,600.00_____

Adjunto evidencia en replica a la información solicitada:

1. Réplica
2. Certificación de Maestro del Departamento de Educación de Puerto Rico.
3. Reclamación de cotización de años. y cantidad reclamada.

Solicito la adjudicación de mi petición, según corresponda a mis derechos por la Leyes anteriormente Especificadas.

Nombre: __Esther Martinez Lanausse__

Firma: __Esther Martinez Lanausse__       Fecha: __13 de febrero 2020__