**DEPARTAMENTO DE LA FAMILIA**
GOBIERNO DE PUERTO RICO

A QUIEN PUEDA INTERESAR

CERTIFICO que, **Lourdes González Rivera**, Número de Seguro Social, trabaja para el Departamento de la Familia en la Administración de Familia y Niños en la **Oficina Local Cayey**.

La señora **Gonzalez** ofrece servicios como **TSF II**. Comenzó en la agencia el **25 de agosto de 1986**. El empleado devenga un salario bruto de $2,592.00 mensual.

Certifico hoy, **12 de febrero de 2020**, para los fines que crea pertinentes.

**Nelson Rodríguez Rivera**
Oficial Administrativo II
Oficina Regional Guayama

Oficina de Recursos Humanos, Edificio FISA
Paseo del Pueblo P.O. Box 210
Guayama, PR 00785, Tel. 787-864-4373