TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

En el asunto de: Junta de Supervisión y
Administración Financiera para Puerto Rico.

PROMESA:
Título III

Núm. 17BK3283-LTS

Como representante del Estado Libre
Asociado de Puerto Rio y otros, deudores.

(Administrada conjuntamente)

La presente radicación guarda
Relación con el ELA, la ACT, y
el SRE.

Réplica de la Centésima Cuadragésima Primera  Objeción Global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico, y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Reclamos Deficientes en los que se alegan Intereses Sobre la Base de unas Leyes Puertorriqueñas no Especificadas.

Yo, Yolanda Martínez Lanausse, vecina de la urbanización La arboleda  C/18 # 204 Salinas, Puerto Rico 00751. Con el número de teléfono: (787)504-8580.

Reclamo al Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III, ELA, ACT,SRE;  Los aumentos de salarios correspondientes a las siguientes leyes:

La Ley # 89. 12 de julio 1979, Ley de Retribución Uniforme (Romerazo), $25.00 dólares mensuales.

La Ley #164. 22 de julio 2003, para conceder un aumento de sueldo de $100.00 dólares a los empleados públicos del Gobierno Central de Puerto Rico, aumento de $100.00 dólares mensuales efectivo el 1 de enero 2004.

La Ley #96. 1 de julio 2002 para conceder un aumento de sueldo por la cantidad de$100.00 dólares a los empleados públicos del Gobierno de Puerto Rico.

Debido a los incumplimientos en los pagarés de los aumentos de salarios ofrecidos y asignados por mi ejecución profesional y laboral en el Departamento de Educación de Puerto Rico que no fueron otorgados.

Atentamente.

Profesora Yolanda Martínez Lanausse