## GOBIERNO DE PUERTO RICO
Departamento de la Familia

A QUIEN PUEDA INTERESAR

CERTIFICO que, **Yamelitte Burgos Valdespino**, Número de Seguro Social, ███████ trabaja para el **Departamento de la Familia** con la **Administración Familia y Niños (ADFAN)** en la Oficina **Local Cayey**.

La señora Burgos, ofrece servicios como **Sup.TSI.** Comenzó en la agencia el **20 de agosto de 1992**. El empleado devenga un salario mensual de **$3,484.00** y su puesto es **Regular.**

Certifico hoy, **6 de febrero de 2020**, para los fines que crea pertinentes.

_____
**Nelson Rodriguez Rivera**
**Oficial Administrativo II**
**Recursos Humanos**

Oficina de Recursos Humanos, Edificio FISA, Paseo del Pueblo P.O. Box 210, Guayama, PR 00785, Tel. 787-864-4373