Radicación de réplica (Objection)

PROMESA TITULO III  NO. 17 BK 3283-LTS

NUMERO DE RECLAMACION:  162130

Nombre:  María Del C. Beníquez Ríos De Imbert

Dirección Postal:  HC 67 Box 126 Bayamón PR 00956.

Dirección Residencial:  Calle 2 #126 Mansiones de Sierra Taína Bayamón PR 00956.


Número de Contacto: 787.463.8277

Correo Electrónico:  mariabeniquez3@gmail.com

Epigrafe:  Re:  Financial Oversight and management Board of Puerto Rico


Razón para la Objeción:


El Gobierno del Estado Libre Asociado de Puerto Rico no ajusto nuestro salario al salario mínimo federal, para todos los empleados del Departamento de la Familia desde el año 1992 aproximadamente.   Por tal razón se radicaron varias demandas grupales, de las cuales el primer grupo ya recibió el fallo a su favor recibiendo el salario mínimo federal y recibiendo el pago retroactivo correspondiente.


Ver anejos:

1.   Estado de cuenta estimado (Administración de los Sistemas de Retiro)
2.  Certificación de Aportaciones
3.  Certificación de Empleo Departamento de la Familia
4.  Copia Listado de objeción Global – Anexo A