**GOBIERNO DE PUERTO RICO**

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# ESTADO DE CUENTA ESTIMADO

31 de enero de 2020

**Agencia: 407 - ADMINISTRACION DE FAMILIAS Y NIÑOS**

MARIA BENIQUEZ DE IMBERT
HC 67 BOX 126
BAYAMON, PR 00956

**Seguro Social: XXX-XX-** *Sull*

A base de la información en nuestros registros, al 31 de enero de 2020 usted posee:

**Fecha de Nacimiento** *Sull*          **Género: Femenino**

**Fecha de Ingreso al Servicio Público: 20 de enero de 2005**

**Fecha de Comienzo de Cotización: 20 de enero de 2005**

| Ley Anterior al 30 de junio de 2013 | |
|---|---|
| Años Acreditados: 8.09 | |
| Aportaciones: | $18,868.14 |
| Intereses: | $918.40 |
| Gastos Teneduría: | ($55.42) |
| Total Aportaciones: | $19,786.54 |
| SNC Pagado: | $0.00 |
| SNC Tiempo: 0.00 | |
| Beneficio: | $0.00 |

| Ley 3 al 30 de junio de 2017 | |
|---|---|
| Tiempo Trabajado: 12.09 | |
| Aportaciones: | $31,312.12 |
| Intereses: | $4,910.30 |
| Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $36,222.42 |
| Beneficio: | $0.00 |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,

Unidad de Estado de Cuenta
Área de Participantes



RETIRO
GOBIERNO DE PUERTO RICO

Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov

## GOBIERNO DE PUERTO RICO

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: MARIA BENIQUEZ DE IMBERT**

Seguro Social: XXX-XX

HC 67 BOX 126

BAYAMON, PR 00956

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | ADMINISTRACION DE FAMILIAS Y NIÑOS |
| Años de Servicio: | 12.09 |
| Balance de Aportaciones: | $36,277.84 |

Esta certificación fue emitida el 31 de enero de 2020.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2020013146816694

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico
http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov





DEPARTAMENTO DE LA
**FAMILIA**
GOBIERNO DE PUERTO RICO

4 de febrero de 2020

## CERTIFICACION

Certifico que **María del C. Beníquez de Imbert**, seguro social **XXX-XX** es empleada del Departamento de la Familia desde el **14 de octubre de 2002**.  Actualmente ocupa un puesto regular de **Trabajador Social I** en la Oficina Regional Bayamón.

Certifico la información a petición de la empleada.

Ivelisse Rodríguez Reyes
Oficial de Recursos Humanos
Departamento de la Familia
Región Bayamón
(787) 269-2222 ext. 6474



DEPARTAMENTO DE LA
**FAMILIA**
**GOBIERNO DE PUERTO RICO**

30 de enero de 2020

**CERTIFICACION**

Certifico que **María del C. Beníquez Ríos**, seguro social **XXX-XX**~~ulll~~ es empleada del Departamento de la Familia desde el **14 de octubre de 2002**.  Actualmente ocupa un puesto regular de **Trabajador Social I** en la Oficina Regional de Bayamón.

Certifico la misma a petición de la empleada.

Ivelisse Rodríguez Reyes
Oficial de Recursos Humanos
Departamento de la Familia
Región Bayamón
(787) 269-2222 ext. 6474

### Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación.

Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com. o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### Cuestionario

1. **¿Cuál es el fundamento de su reclamación?**

   ☑ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

   ☑ Empleo actual o anterior en el gobierno de Puerto Rico

   ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

   _____

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**

   *Aun no tengo la información, todo depende de los calculos que la administracion de Familia y Niños del Departamento de la familia*

Número de Evidencia de Reclamación: _16 21 3 0_
Reclamante: _Maria del C. Beniquez Rios_

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?

   ☐ No. *Pase a la Pregunta 4.*

   ☑ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó:
_Administración de familias y Niños, Depto de la Familia._

3(b). Identifique las fechas de su empleo con relación a su reclamación:
_14-OCt - 2002_

3(c). Últimos cuatro dígitos de su número de seguro social: _____

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):

   ☐ Jubilación

   ☑ Salarios impagos

   ☐ Días por enfermedad

   ☐ Queja con el sindicato

   ☐ Vacaciones

   ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

   _____

   _____

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?

   ☐ No.

   ☑ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción.
_Administración de familias y Niños, Depto. de la Familia_

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución:
_Tribunal de Primera Instancia de San Juan_

4(c). Número de caso: _2016 - 05-1340 / KAC 2007-0214_

4(d). Título, epígrafe, o nombre del caso:
_Madeline Acevedo Camacho_

*Número de Evidencia de Reclamación:* 16 2130
*Reclamante:* María del C. Beníquez Rías

4(e).  Estado del caso (pendiente de resolución, en apelación, o cerrado):

Pendiente de Resolución

4(f).  ¿Tiene usted una sentencia impaga? Sí / No̲  (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?

_____

* indica que la reclamación contiene montos por liquidar o indeterminados

Página 138 de 174

## Centésima vigésima cuarta objeción global
### Anexo A: Defectuosas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 796 | BENIQUE RUIZ, ANTONIO L HC 59 BOX 4679 AGUADA, PR 00602 | 7/6/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 160316 | Indeterminado* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 797 | BENIQUE RUIZ, ANTONIO L. HC 59 BOX 4679 AGUADA, PR 00602 | 7/6/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 160413 | Indeterminado* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 798 | BENIQUEZ RIOS, MARIA DEL C HC 67 BOX 126 BAYAMON, PR 00956 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 162130 | Indeterminado* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 799 | BENIQUEZ, ANGEL N. 164A SUIZA SAN JUAN, PR 00917 | 6/28/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 118657 | $ 75,000.00 |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 800 | BENÍTEZ CARDONA, RADAMES LOS ALTOS DEL ESCONAL 507 MEDIA LUNA BLVD APTO 708 CAROLINA, PR 00987 | 7/3/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 113299 | $ 80,000.00* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

* Indica que la reclamación contiene montos por liquidar o indeterminados