Radicación de réplica (Objection)

PROMESA TITULO III NO. 17 BK 3283-LTS

NUMERO DE RECLAMACION: 132181

Nombre: Damaris Ramírez Irizarry

Dirección Postal: 1498 Camino Los Gonzalez #28 San Juan PR 00926

Dirección Residencial: Urbanización Portal de las Cumbres Calle Alteza G-15 San Juan PR 00926.

Número de Contacto: 787.464.5553

Correo Electrónico: damarisramirez76@gmail.com

Epigrafe: Re: Financial Oversight and Management Board of Puerto Rico

Razón para la Objeción:

El Gobierno del Estado Libre Asociado de Puerto Rico no ajusto nuestro salario al salario mínimo federal, para todos los empleados del Departamento de la Familia desde el año 1992 aproximadamente. Por tal razón se radicaron varias demandas grupales, de las cuales el primer grupo ya recibió el fallo a su favor recibiendo el salario mínimo federal y recibiendo el pago retroactivo correspondiente.

Ver anejos:
1. Estado de cuenta estimado (Administración de los Sistemas de Retiro)
2. Certificación de Aportaciones Administración Sistemas de Retiro
3. Certificación de Empleo Departamento de la Familia
4. Copia Listado de Objeción Global – Anexo A #204