Radicacion de replica (objection)

PROMESA TITULO III **No. 17   03283**

Numero de reclamación: 146784

Nombre: *GERHIL MEDINA BAEZ*

Dirección Postal: FK-8 CALLE MARIA CADILLA,
    SEXTA SECCION, LEVITTOWN, TOA BAJA, PR 00949


Dirección Residencial: FK-8 CALLE MARIA CADILLA,
    SEXTA SECCION, LEVITTOWN, TOA BAJA, PR 00949


Núm. De contacto:

   Tel. (787) 479-4807     Cel. (787) 380-7825

Correo electrónico: gerhilmedina@yahoo.com


Epigrafe: Re: Financial Oversight and management Board of Puerto Rico

   **Ver anejo 1 (Información del caso)**

Razón para la Objeción:

El Gobierno del Estado Libre Asociado de Puerto Rico no ajusto nuestro salario al salario mínimo federal para los empleados del Departamento de la Familia desde el año 1992 aproximadamente. Por tal razón se radicaron varias demandas grupales de las cuales el primer y segundo grupo ya recibió el fallo a su favor recibiendo el salario mínimo federal y recibiendo el pago retroactivo correspondiente.

Ver anejos

1. **Estado de cuenta estimado (Adm. De los Sistemas de Retiro)**
2. **Certificación de aportaciones (Adm. De los Sistemas de Retiro)**
3. **Certificación de empleo (Departamento de la Familia)**
4. **Copia listado de objeción Global – Anexo A**

   (Donde se incluye información sobre la reclamación)

5. **Otros: Cualquier otra evidencia que tengas**