

28 de enero de 2020

## CERTIFICACION

Certifico que **Gerhil Medina Báez**, seguro social **XXX-XX-____** es empleada del Departamento de la Familia – Región Bayamón desde el **25 de enero de 1999**. Actualmente ocupa un puesto regular de **Directora de Centro de Servicios Integrales III** en la Oficina Local de Bayamón I.

Certifico la misma a petición de la empleada.

Ivelisse Rodríguez Reyes
Oficial de Recursos Humanos
Departamento de la Familia
Región Bayamón
(787) 269-2222 ext. 6474

**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

28 de enero de 2020

Agencia: 406 - DEPARTAMENTO DE LA FAMILIA

GERHIL MEDINA BAEZ
6TA SECC. URB LEVITTOWN
FK-8 CALLE MARIA CADILLA
TOA BAJA, PR 00949

Seguro Social: XXX-XX-_____

A base de la información en nuestros registros, al 28 de enero de 2020 usted posee:

**Fecha de Nacimiento:** _____           **Género:** Femenino
**Fecha de Ingreso al Servicio Público:** 15 de agosto de 2000
**Fecha de Comienzo de Cotización:** 15 de agosto de 2000

| Ley Anterior al 30 de junio de 2013 | |
|---|---|
| Años Acreditados: | 21.06 |
| Aportaciones: | $30,028.89 |
| Intereses: | $15,566.04 |
| Gastos Teneduría: | ($70.02) |
| Total Aportaciones: | $45,594.93 |
| SNC Pagado: | $0.00 |
| SNC Tiempo: | 0.00 |
| Beneficio: | $0.00 |

| Ley 3 al 30 de junio de 2017 | |
|---|---|
| Tiempo Trabajado: | 25.06 |
| Aportaciones: | $62,934.51 |
| Intereses: | $10,582.03 |
| Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $73,516.54 |
| Beneficio: | $0.00 |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,

Unidad de Estado de Cuenta
Área de Participantes


RETIRO
GOBIERNO DE PUERTO RICO

Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov

**GOBIERNO DE PUERTO RICO**

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: GERHIL MEDINA BAEZ**
6TA SECC. URB LEVITTOWN
FK-8 CALLE MARIA CADILLA
TOA BAJA, PR 00949

Seguro Social: XXX-XX-XXXX

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | DEPARTAMENTO DE LA FAMILIA |
| Años de Servicio: | 25.06 |
| Balance de Aportaciones: | $73,586.56 |

Esta certificación fue emitida el 28 de enero de 2020.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2020012846719953

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov

## ACUERDO DE REPRESENTACION Y AUTORIZACION PARA ACTUAR COMO AGENTE ADMINISTRATIVO

YO, Gerhil Medina Baez, [X] empleado(a); [ ] retirado(a), con dirección residencial: FK 8 calle Maria Cadilla 4ta secc. Levittown T.B. P.R 00949 y dirección postal de ser diferente n/a, correo electrónico: Gerhilmedina @ Yahoo.com, teléfono: 787-479-4807, y (787-380-7825) [celular] y persona contacto: Jackson Cartagena teléfono: (787) 380-7825.

declaro que soy acreedor en el caso: FRANCISCO BELTRAN Y OTROS v Depto. FAMILIA; ARV y AIJ, núm. K AC 2009-0809, radicado ante el Tribunal de Primera Instancia, Sala de San Juan, por reclamación de salarios. Trabajo o trabaje en: SECRETARIADO X; ADSEF___; ADFAN___; ACUDEN___; ASUME___; ARV___; AIJ___.

Por la presente designo a la Lcda. Ivonne González Morales, P O Box 9021828, San Juan, Puerto Rico 00902-1828, teléfono: 787-724-5323 o 787-410-0119, ivonnegm@prw.net, y Lcda. Milagros Acevedo Colon, Cond. Colina Real, Ave. Felisa Rincón 2000, Box 1405, San Juan, Puerto Rico 00926, teléfono: 787-422-7622, maclegaljc@gmail.com, para que me representen en el caso **The Financial Oversight and Management Board for Puerto Rico, el at. as representative of The Commonwealth of Puerto Rico, Title III, No. 17BK 3283- LTS** ante el Tribunal de Quiebras de Puerto Rico y realice gestiones para levantar la paralización de mi caso, para que se adjudique en los méritos y realizar determinaciones y roles que sean necesarias para cobrar y distribuir cualquier suma de dinero que me pueda corresponder en el caso. A los efectos, ratifico el contrato de servicios profesionales suscrito por mí y expresamente autorizo al síndico del Título III a pagar directamente a mi abogada, Ivonne González Morales, el 25% de todo pago que reciba en el caso **No. 17BK 3283- LTS**. De igual modo, acuerdo pagar todos los gastos, costas y peritos en que se incurra en la tramitación del caso **No. 17BK 3283- LTS**, dentro del término de 30 días contados a partir del recibo de requerimiento del pago.

CERTIFICO que he recibido orientación relacionada a la presente autorización y que he tenido oportunidad de estudiar y discutir su contenido y estoy conforme con sus términos, por lo que firmo de forma libre y voluntaria.

_____  30/enero/2020
Firma                                                                Fecha

## AGREEMENT FOR REPRESENTATION AND TO SERVE AS ADMINISTRATIVE AGENT

I, _____ [ ] employee; [ ] retired, and mailing adreess, at _____ @ _____, telephone(s): _____ and e-mail _____

herein states that I am a claimant in civil case IN RE: The Financial Oversight and Management Board of Puerto Rico, PROMESA Title III, case Number 17BK 3283-LTS. I work [ed] at: SECRETARIADO___; ADSEF___; ADFAN___; ACUDEN___; ASUME___; ARV___; AIJ___.

I hereby declared that I am a plaintiff in the case FRANCISCO BELTRAN Y OTROS v DEPTO. FAMILIA; ARV y AIJ num K AC 2009-0809 filed at the Superior Court of San Juan, PR, due to the Commonwealth's violation of wage laws and regulations and that said case is at present under consideration of the Puerto Rico Court Supreme Court.

To represent me in the Bankruptcy case and to perform any role and determinations that would be necessary to lift the stay so the case proceed to its resolution and if favorable, collect and distribute any money that might be due to me in the case, I hereby appoint Ivonne González Morales, Esq. at P O Box 9021828, San Juan, Puerto Rico 00902-1828, tel.: 787-410-0119, ivonnegm@prw.net, and Lcda. Milagros Acevedo Colón, Cond. Colina Real, Ave. Felisa Rincón 2000, Box 1405, San Juan, Puerto Rico 00926, telephone: 787-422-7622, maclegaljc@gmail.com,

Also, I herein ratify the legal service contract subscribed by me and expressly authorize the Title III Trustee to pay directly 25% from the payments that I might receive in case No. 17BK 3283-LTS to my attorney Ivonne González Morales. I also agree to pay the expenses, costs and fees that will be incurred in the case **No. 17BK 3283- LTS**, as they become due and within 30 days of receiving the payment request.

I certify that I have received an Explanatory Memorandum from my attorney, that I was guided on its document content and have had the opportunity to study and discuss it; I declare my agreement with the terms expressed and sign this authorization freely and voluntarily.

_____         _____
Date                                                                      Signed

Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial. A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación. Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por correo electrónico a PRClaimsInfo@primeclerk.com, o por correo postal o entrega en mano a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

Cuestionario

1. ¿Cuál es el fundamento de su reclamación?

    [X] Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

    [X] Empleo actual o anterior en el gobierno de Puerto Rico

    [ ] Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

2. ¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):

    Se desconoce, está sujeto a que la Agencia realice cálculos.

*Número de Evidencia de Reclamación:*
*Reclamante:*

3. <u>Empleo.</u> ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐ No. *Pase a la Pregunta 4.*
   - ☒ Sí. Responda preguntas 3(a)-(d).

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó: **Departamento de la Familia - (ADFAN)**

3(b). Identifique las fechas de su empleo con relación a su reclamación: **25 enero 1999 al presente**

3(c). Últimos cuatro dígitos de su número de seguro social: _(illegible)_

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☐ Jubilación
   - ☒ Salarios impagos
   - ☐ Días por enfermedad
   - ☐ Queja con el sindicato
   - ☐ Vacaciones
   - ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

_____

4. <u>Acción legal.</u> ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ☐ No.
   - ☒ Sí. Responda Preguntas 4(a)-(f).

4(a). Identifique el departamento o agencia que es parte de esta acción. **Departamento de la Familia (ADFAN)**

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución: **Tribunal de Primera Instancia Sala de San Juan**

4(c). Número de caso: **KAC 2009-0809**

4(d). Título, epígrafe, o nombre del caso: **Francisco Beltrán y Otros vs Departamento de la Familia; ARV y AIJ**

*Número de Evidencia de Reclamación:*
*Reclamante:*

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):
    pendiente de resolución

4(f). ¿Tiene usted una sentencia impaga? Sí / <u>No</u> (Marque una)

    De ser así, ¿cuál es la fecha y el monto de la sentencia?

    _____