# Reclamacion: 93964
136123

Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial. A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación. Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por correo electrónico a PRClaimsInfo@primeclerk.com, o por correo postal o entrega en mano a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

Cuestionario

1. ¿Cuál es el fundamento de su reclamación?
   - ☑ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este
   - ☑ Empleo actual o anterior en el gobierno de Puerto Rico
   - ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

   _____

2. ¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):

   Aun no tengo la información todo depende de los calculos que la Administración de Familias y Niños del Departamento de la Familia

Número de Evidencia de Reclamación: 93964
Reclamante: 136/23

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐ No. *Pase a la Pregunta 4.*
   - ☑ Sí. Responda preguntas 3(a)-(d).

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó: Administración Familias y Niños

3(b). Identifique las fechas de su empleo con relación a su reclamación: 25/Junio/2001

3(c). Últimos cuatro dígitos de su número de seguro social: —

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☐ Jubilación
   - ☐ Salarios impagos
   - ☐ Días por enfermedad
   - ☐ Queja con el sindicato
   - ☐ Vacaciones
   - ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ☐ No.
   - ☑ Sí. Responda Preguntas 4(a)-(f).

4(a). Identifique el departamento o agencia que es parte de esta acción. Administración Familias y niños Deptamento Familia

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución: Tribunal Primera Instancia San Juan

4(c). Número de caso: 2016-05-1340 / KAC-2007-0214

4(d). Título, epígrafe, o nombre del caso: Madeline Acevedo Camacho Retribución Materia

Número de Evidencia de Reclamación: 93964
Reclamante: 136123

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):
_Pendiente a Resolución_

4(f). ¿Tiene usted una sentencia impaga? Sí / No (Marque una)
De ser así, ¿cuál es la fecha y el monto de la sentencia?
_____

**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

T.M.D.

**RE: TANYA MARRERO DAVILA**                                   Seguro Social: XXX-XX
URB LOS PRADOS NORTE
6 CALLE ALEXANDRITA
DORADO, PR 00646

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | ADMINISTRACION DE FAMILIAS Y NIÑOS |
| Años de Servicio: | 15 |
| Balance de Aportaciones: | $46,314.27 |

Esta certificación fue emitida el 31 de enero de 2020.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2020013146811211

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov

**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

31 de enero de 2020

Agencia: 407 - ADMINISTRACION DE FAMILIAS Y NIÑOS

*T.M.D.*

TANYA MARRERO DAVILA
URB LOS PRADOS NORTE
6 CALLE ALEXANDRITA
DORADO, PR 00646

Seguro Social: XXX-XX

A base de la información en nuestros registros, al 31 de enero de 2020 usted posee:

*T.M.D.*

**Fecha de Nacimiento:**                          **Género: Femenino**
**Fecha de Ingreso al Servicio Público:** 01 de agosto de 2001
**Fecha de Comienzo de Cotización:** 01 de agosto de 2001

| Ley Anterior al 30 de junio de 2013 | |
|---|---|
| Años Acreditados: | 11.00 |
| Aportaciones: | $25,446.57 |
| Intereses: | $2,047.64 |
| Gastos Teneduría: | ($67.30) |
| Total Aportaciones: | $27,494.21 |
| SNC Pagado: | $0.00 |
| SNC Tiempo: | 0.00 |
| Beneficio: | $0.00 |

| Ley 3 al 30 de junio de 2017 | |
|---|---|
| Tiempo Trabajado: | 15 |
| Aportaciones: | $39,727.91 |
| Intereses: | $6,519.06 |
| Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $46,246.97 |
| Beneficio: | $0.00 |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov



30 de enero de 2020

## CERTIFICACION

Certifico que **Tanya Marrero Dávila**, seguro social **XXX-XX-___** es empleada del Departamento de la Familia desde el **25 de junio de 2001**. Actualmente ocupa un puesto regular de **Trabajador Social II** en la Oficina Regional de Bayamón..

Certifico la misma a petición de la empleada.

*T.M.D.*

Ivelisse Rodríguez Reyes
Oficial de Recursos Humanos
Departamento de la Familia
Región Bayamón
(787) 269-2222 ext. 6474

# Prime Clerk | A Division of Duff & Phelps

## Commonwealth of Puerto Rico
Case No. 17-03283

case info / claims

### Creditor Data Details - Claim # 136123

+ Case Navigation

+ Quick Links

| Creditor | Debtor Name | Claim Number |
|---|---|---|
| Marrero Davila, Tanya | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 136123 |
| | | Schedule Number |
| Marrero Davila, Tanya | Date Filed | n/a |
| | 06/28/2018 | |

advanced

FIRST PREVIOUS Page 1 of 1 NEXT LAST Show 20 Viewing 1 of 2

### Claim Amounts

| | 95904 | 06/28/2018 | MARRERO DAVILA, TANYA | | Commonwealth of Puerto Rico |
| --- | --- | --- | --- | --- | --- |
| Claim Nature | 136123 | Schedule Amount 06/28/2018 | C*U*D* Asserted Claim Amount Marrero Davila, Tanya | C*U* F* | Current Claim Value Claim Status Employees Retirement System of the Commonwealth of Puerto Rico |
| General Unsecured Priority | | | Unliquidated | U | $0.00 Asserted |
| Secured | | | | | |
| 503(b)(9) Admin Priority | | | | | |
| Admin Priority | | | | | |
| Total | | $0.00 | $0.00 | | $0.00 |

FIRST PREVIOUS Page 1 of 1 NEXT LAST Show 20 Viewing 1 of 2

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Prime Clerk maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for an attorney or law firm. Users of this website may want to seek legal counsel on the particular facts and circumstances at issue. All search results provided through this website are qualified in their entirety by the official register of claims and the Schedules of Assets and Liabilities ("Schedules")

terms of use privacy notice team

© 2019 Prime Clerk. All rights reserved.

# Prime Clerk | A Division of Duff & Phelps

CLOSE

## Commonwealth of Puerto Rico
Case No. 17-03283

case info / claims

### Creditor Data Details - Claim # 93964

+ Case Navigation

+ Quick Links

| Creditor | Debtor Name | Claim Number |
|---|---|---|
| MARRERO DAVILA, TANYA | Commonwealth of Puerto Rico | 93964 |
| | Date Filed | Schedule Number |
| Marrero Davila, Tanya | 06/28/2018 | n/a |

advanced

FIRST PREVIOUS Page 1 of 1 NEXT LAST Show 20 Viewing 1 of 2

## Claim Amounts

| Claim Nature | Schedule Amount | C* U* D* | Asserted Claim Amount | C* U* F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | 06/28/2018 | | Unliquidated | U | $0.00 | Pending Objection |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | | | $0.00 | | $0.00 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Employees Retirement System of the Government of the Commonwealth of Puerto Rico

136123
93964
MARRERO DAVILA, TANYA

FIRST PREVIOUS Page 1 of 1 NEXT LAST Show 20 Viewing 1 of 2

terms of use   privacy notice   team

© 2019 Prime Clerk. All rights reserved.

## Objection History

| Date Filed | Objection Motion | Date Filed | Objection Order | Basis | Status |
|---|---|---|---|---|---|
| 01/14/2020 | Debtor's Omnibus Objection to Claims One Hundred... | | | Deficient | Pending |

Prime Clerk maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for an attorney or law firm. Users of this website may want to seek legal counsel on the particular facts and circumstances at issue. All search results provided through this website are qualified in their entirety by the official register of claims and the Schedules of Assets and Liabilities ("Schedules")

Centésima quincuagésima séptima Objeción Global
Anexo A: Defectuosas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 690 | MARRERO CINTRON, DAVID<br>19 PEACHFIELD LANE<br>WILLINGBORO, NJ 08046 | 6/18/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 169285 | Indeterminado* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 691 | MARRERO CINTRON, FELIPE<br>263 ZION STREET<br>2ND FLOOR<br>HARTFORD, CT 06106 | 6/18/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 169284 | Indeterminado* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 692 | MARRERO DAVILA, TANYA<br>HC 33 BOX 2020<br>DORADO, PR 00646 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 93964 | Indeterminado* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 693 | MARRERO FIGUEROA, RAFAEL<br>RR-05 BUZON 7776<br>TOA ALTA, PR 00953 | 6/26/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 98812 | Indeterminado* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 694 | MARRERO GARCIA, LUZ V.<br>#41 CALLE 4 JARDINES DE TOA ALTA<br>TOA ALTA, PR 00953 | 7/2/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 98596 | Indeterminado* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 695 | MARRERO LEON, JOSE A<br>HC-06, BOX 4248<br>COTO LAUREL, PR 00780 | 6/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 97614 | Indeterminado* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

* Indica que la reclamación contiene montos por liquidar o indeterminados