IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| SOTO SALGADO, LILLIAM S. | 134175 | 6/29/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| SOTO SALGADO, LILLIAM S. | 134175 | 6/29/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

***CUST PR 1845 SRF 38939 PackID: 493 MMLID: 539177 SVC: 147th Omni
SOTO SALGADO, LILLIAM S.
SIERRA BAYAMON
92 4 CALLE 78
BAYAMON, PR 00961

Modelo SC-1515 (IRM
14-mayo-71
Manual de Contabilidad

ESTADO LIBRE ASOCIADO DE PUERTO RICO
JUNTA DE RETIRO PARA MAESTROS
**INFORME RENTA ANUAL VITALICIA**

-9224

| **LILLIAN SOTO SALGADO** | Núm. Reclamación 41882 | Sexo F |
|---|---|---|

**Tipo de Renta:**
a- Años de Servicio y edad
  Opcional   ( X )
  Obligatorio  ( )
b. Edad    ( )
c- Incapacidad
  Ocupacional   ( )
  No Ocupacional  ( )
d- Diferida    ( )

Fecha de Nacimiento
Año ___ Mes ___ Día ___

| Edad al Retirarse | Servicios Acreditados | Costo Anualidad | Fecha de Retiro |
|---|---|---|---|
| 55 años  4 meses  12 días | 30 años  2 meses  -  1 día | $54,861.75 | 2006 / 12 / 20 |

Fecha de Efectividad: 2006 / 12 / 21

Retiro Ley Núm. **91 DEL 2004**

*(stamp: OFICINA DE FIRMAS DOCUMENTOS PREINT... 26 FEB 2007 JOSÉ REYES DÁVILA)*

| Cómputo de la Renta Anual: | |
|---|---|
| a- Sueldo promedio mensual más alto durante TRES años consecutivos a $2,838.00 | $2,128.50 |
| .75 x 30 años  (Por ciento) (Tiempo Acreditado) | |

*En caso de renta anual diferida, ésta comenzará al cumplir la edad de _____

( ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años de edad

( ) o a opción en fecha posterior si al retirarse tiene 10 y menos de 25 años de servicios y menos de 60 años de edad

b. Ajuste para llegar al Mínimo Establecido por ley 89

| Años de Servicio | Edad | Incapacidad Física | Diferido |
|---|---|---|---|
| $ ___ | $ ___ | $ ___ | $ ___ |

Diferencia Mínimo o Renta Sistema de Retiro

| Renta Mensual Vitalicia | $2,128.50 |
|---|---|
| Renta Anual Vitalicia | $25,542.00 |

| Computado | Cotejado | |
|---|---|---|
| Annie Rivera  23/2/07 | Ivonne L Ortiz Valladares  2/23/07 | |
| Recomendado: | Aprobado: | |
| Irma García Hernández  Directora Area Servicios de Retiro | Dinelia Oyola Morales  Subdirectora Ejecutiva | |

Fecha: 2/23/2007

jbm

Nombre: LILLIAN SOTO SALGADO

·9224                                         Servicios Acreditados

| Año Escolar | Servicios | | | | Sueldo Mensual | Año Escolar | Servicios | | | | Sueldo mensual |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Años | Meses | Sem. | Días | | | Años | Meses | Sem | Días | |
| 1974-75 | | | | | $640.00 | | | | | | |
| al | 26 | 8 | - | 1 | | | | | | | |
| 2002-03 | | | | | $2,513.00 | | | | | | |
| 2003-04 | 1 | | | | $2,663.00 | 12m | | | | | |
| 2004-05 | 1 | | | | $2,813.00 | 12m | | | | | |
| 2005-06 | 1 | | | | $2,913.00 | 12m | | | | | |
| 2006-07 | | 3 | 3 | 4 | $2,913.00 | 6m | | | | | |
| | 29 | 11 | 3 | 5 | | | | | | | |
| subtotal | 30 | - | - | - | | | | | | | |
| 2006-07 | | 2 | | 1 | $2,913.00 | 6m | | | | | |
| TOTAL | 30 | 2 | - | 1 | | | | | | | |

Desglose primer pago:                                                $_____
    Renta Mensual
        Deducciones:
            Asociación de Maestros               $_____
            Préstamo_____                 _____
            Otras                                _____
                Total de Deducciones             _____
                Importe del Cheque               $_____

Observaciones:
                    Año Escolar
        Hasta 1917-18_____      9 meses
        Desde 1918-19 hasta 1940-41_____   10 meses
        En el 1941-42_____      11 meses
        Desde 1942-43 en adelante_____   12 meses

Fecha: 2/23/2007

jbm

Estado Libre Asociado de Puerto Rico
Sistema de Retiro para Maestros

CERTIFICACIÓN AÑOS DE SERVICIO Y EDAD

30 de octubre de 2006

SRA MATILDE PEDRAZA
SECCION NOMBRAMIENTOS Y CAMBIOS
DEPARTAMENTO DE EDUCACIÓN

Prof: Lilliam Soto Salgado
Seguro Social: -9224

El (La) profesor (a) de referencia ha radicado una Solicitud de Retiro por la Ley Núm. 91 del 29 de marzo de 2004 (Ley del Sistema de Retiro para Maestros del Estado Libre Asociado de Puerto Rico.
[X] Años de Servicio y Edad   [ ] Edad   [ ] Diferida   [ ] Suplementaria
Al **25 de septiembre de 2006**, (fecha en que piensa renunciar), (fecha de su última aportación recibida)
[X] cualifica [ ] no cualifica, **para acogerse a la jubilación, y tienen el siguiente tiempo:**

| AÑOS | MESES | SEMANAS | DÍAS | EDAD |
|---|---|---|---|---|
| 30 | 9 | 2 | - | 55 |

Los pagos pendientes no están considerados en esta certificación. Los mismos son:
   [ ] Reconocimiento de Tiempo
   [ ] Diferencia en Por Ciento por Transferencia Recibida
   [ ] Reembolso de Cuotas
   [X] No aplica

**De cualificar para pensión y tener menos de 30 años de servicios cotizados, cualifica para una pensión calculada al 1.8 porciento del promedio de los 36 salarios más altos, multiplicado por el tiempo cotizado.**

**El tiempo certificado puede variar, de encontrarse diferencias en el Informe de Cambio enviado por el Departamento de Educación u otras Instituciones Gubernamentales y de existir anulaciones futuras entre cuentas que afecten las Aportaciones del Sistema. Deberá permanecer cotizando en nuestro Sistema hasta la fecha que proyecta retirarse.**

**Las Pólizas de Salud y Planes Médicos deben ser pagados directamente a las aseguradoras hasta tanto sometan las autorizaciones de descuentos para tramitar en su pensión.**

**Todas las aportaciones deben estar en el sistema al momento de procesar su pensión.**

Cordialmente,

Anna García Hernández
Directora
Area Servicios de Retiro

Giovanni Mercado Reyes
Oficial Servicios de Retiro

FELD/ebc

CF: PROF: Lilliam Soto Salgado
    SIERRA BAYAMON
    BL 92 4 CALLE 78
    BAYAMON PR 00961