Lillian [illegible]
Calle 78 BQ. 92-4
Sierra Bayamón
Bayamón, P.R. 00961

U.S. POSTAGE PAID
FCM LETTER
SAN JUAN, PR
00918
FEB 11, 20
AMOUNT
$0.85
R2303S103077-27

NOT FLAT-MACHINABLE

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

2020 FEB 13 PM 5:43
RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT