> IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Balbin Padilla, Cynthia | 154211 | 6/29/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

> SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Balbin Padilla, Cynthia | 154211 | 6/29/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

## Centésima vigésima cuarta objeción global
### Anexo A: Defectuosas

| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|
| 703 BALAGUER ROSARIO, BRENDA LEE<br>RR. 3 BZN. 19280<br>ANASCO, PR 00610 | 6/29/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 141335 | Indeterminado* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | | | | | |
|---|---|---|---|---|---|
| 704 BALAGUES ROSARIO, BRENDA<br>RR-3 BZN 19280<br>ANASCO, PR 00610 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 146032 | Indeterminado* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | | | | | |
|---|---|---|---|---|---|
| 705 BALBIN PADILLA, CYNTHIA<br>EB-5 CALLE TILO<br>URB. LOS ALMENDROS<br>BAYAMON, PR 00961 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 154211 | Indeterminado* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | | | | | |
|---|---|---|---|---|---|
| 706 BALBIN PADILLA, CYNTHIA<br>EB-5 CALLE TILO<br>URB. LOS ALMENDROS<br>BAYAMON, PR 00961 | 7/3/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 154224 | Indeterminado* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | | | | | |
|---|---|---|---|---|---|
| 707 BALESTER RODRIGUEZ, CARLOS<br>CALLE FRANCISCO GARCIA #42<br>PLAYA DE PONCE<br>PONCE, PR 00731 | 6/28/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 135131 | Indeterminado* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.



**DEPARTAMENTO DE LA FAMILIA**
GOBIERNO DE PUERTO RICO

10 de febrero de 2020

## CERTIFICACION

Certifico que **Cynthia Balbín Padilla**, seguro social **XXX-XX-** es empleada del Departamento de la Familia desde el **25 de marzo de 1999**. Actualmente ocupa un puesto regular de **Trabajador Social I** en la Oficina Regional de Bayamón.

Certifico la información a petición de la empleada.

Ivelisse Rodríguez Reyes
Oficial de Recursos Humanos
Departamento de la Familia
Región Bayamón
(787) 269-2222 ext. 6474

Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial. A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación. Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por correo electrónico a PRClaimsInfo@primeclerk.com, o por correo postal o entrega en mano a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

Cuestionario

1. ¿Cuál es el fundamento de su reclamación?
   - ☑ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este
   - ☑ Empleo actual o anterior en el gobierno de Puerto Rico
   - ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

2. ¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):

   Aun no tengo la información, todo depende de los calculos que la Administración de Familia y Niños del Depto. de la Familia

*Número de Evidencia de Reclamación:*
*Reclamante:*

3. <u>Empleo.</u> ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐ No. *Pase a la Pregunta 4.*
   - ☑ Sí. Responda preguntas 3(a)-(d).

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó: Administración de Familias y Niños Depta. de la Familia

3(b). Identifique las fechas de su empleo con relación a su reclamación: 25 mayo 1999

3(c). Últimos cuatro dígitos de su número de seguro social: ____

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☐ Jubilación
   - ☑ Salarios impagos
   - ☐ Días por enfermedad
   - ☐ Queja con el sindicato
   - ☐ Vacaciones
   - ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

_____

_____

4. <u>Acción legal.</u> ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ☐ No.
   - ☑ Sí. Responda Preguntas 4(a)-(f).

4(a). Identifique el departamento o agencia que es parte de esta acción. Administración de Familias y Niños Departamento de la Familia

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución: Tribunal de Primera Instancia de San Juan

4(c). Número de caso: ARV, AJJ y OCAP; Caso CASP Numero 2016-0; 1341

4(d). Título, epígrafe, o nombre del caso: Caso Madeline Acevedo Camacho y otros Departamento de la Familia

Número de Evidencia de Reclamación:
Reclamante:

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):
Pendiente de Resolución

4(f). ¿Tiene usted una sentencia impaga? Sí / <u>No</u> (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?
_____



**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

11 de febrero de 2020

**Agencia: 407 - ADMINISTRACION DE FAMILIAS Y NIÑOS**



CYNTHIA BALBIN PADILLA
LOS ALMENDROS
CALLE TILO EB 5
BAYAMON, PR 00961

Seguro Social: XXX-XX-

A base de la información en nuestros registros, al 11 de febrero de 2020 usted posee:

Fecha de Nacimiento: 
Fecha de Ingreso al Servicio Público: 14 de agosto de 2000
Fecha de Comienzo de Cotización: 14 de agosto de 2000

Género: Femenino

| Ley R2000 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | | Ley 106 | |
|---|---:|---|---:|---|---:|
| Años Acreditados: | 21.06 | Tiempo Trabajado: | 4 | Tiempo Trabajado: | 2.58 |
| | | Aportaciones: | 12,781.00 | Aportaciones: | 7,252.40 |
| | | Intereses: | 6,545.69 | Intereses: | 0.00 |
| | | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| **Servicio No Cotizado** | | **Transferido Ley R2000** | | | |
| Pagado: | 0.00 | Aportaciones: | 25,322.73 | | |
| Tiempo: | 0.00 | Intereses: | 2,043.33 | | |
| **Balance Acumulado:** | 0.00 | **Total Aportaciones:** | 46,692.75 | **Total Aportaciones:** | 7,252.40 |
| **Beneficio:** | 0.00 | **Beneficio:** | 203.95 | **Beneficio:** | 0.00 |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov