GOBIERNO DE PUERTO RICO
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

29 de julio de 2019

**Agencia: 404 - DEPT. DE CORRECCION Y REHABILITACION**

ARIEL LOPEZ OLIVER                                    **Seguro Social: XXX-XX-8807**
HC-05 BOX 25689
ABRAHONDA
CAMUY, PR 00627

A base de la información en nuestros registros, al 29 de julio de 2019 usted posee:

**Fecha de Nacimiento:**                              **Género: Masculino**

**Fecha de Ingreso al Servicio Público: 30 de noviembre de 1993**

**Fecha de Comienzo de Cotización: 30 de noviembre de 1993**

| *Ley Anterior al 30 de junio de 2013* | *Ley 3 al 30 de junio de 2017* | *Ley 106* |
|---|---|---|
| Años Acreditados: 19.75 | Tiempo Trabajado: 4 | Tiempo Trabajado: 2 |
| Aportaciones: $31,853.33 | Aportaciones: $10,790.70 | Aportaciones: $4,727.06 |
| Intereses: $8,239.92 | Intereses: $869.63 | Intereses: $0.00 |
| Gastos Teneduría: $0.00 | Gastos Teneduría: $0.00 | Gastos Teneduría: $0.00 |
| Total Aportaciones: $40,093.25 | Total Aportaciones: $11,660.33 | Total Aportaciones: $4,727.06 |
| SNC Pagado: $0.00 | Beneficio: $0.00 | Beneficio: $0.00 |
| SNC Tiempo: 0.00 | | |
| Beneficio: $0.00 | | |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,

Unidad de Estado de Cuenta
Área de Participantes



GOBIERNO DE PUERTO RICO
Administracion de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: ARIEL LOPEZ OLIVER**                                   Seguro Social: XXX-XX-8807

HC-05 BOX 25689

ABRAHONDA

CAMUY, PR 00627

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | DEPT. DE CORRECCION Y REHABILITACION |
| Años de Servicio: | -- |
| Balance de Aportaciones: | $51,753.58 |

Esta certificación fue emitida el 29 de julio de 2019.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2019072943887479

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov


RETIRO