Ariel M Lopez
HC-05 BOX 25689A
Abrahorn, Camuy P.R. 08627

RECEIVED & FILED
2020 FEB 13 PM 5:40
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaria (Clerk's office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan P.R. 00918-1767