Radicación de réplica {objection}
PROMESA TITULO III **No. 17 032383**
Número de reclamación: 126715
                           121790

Nombre: ADA E. ALICEA CRUZ
Dirección: Urb. Monte Casino Heights calle Río Guamaní R 3 Toa Alta PR. 00953
Dirección Postal: Urb. Monte Casino Heights calle Rio Guamani #229 Toa Alta PR. 00953

Números de Contactos:
Teléfono Celular: (787) 607-5295  Otro (787) 787-637-8726
Correo electrónico : adaec@coqui.net

Epigrafe: Re: Financial Oversight and Management Board Of Puerto Rico
 ( Ver anejo 1 Información del caso)

Razón para Objeción:

El Gobierno del Estado Libre Asociado de Puerto Rico no ajustó nuestro salario Mínimo Federal para los empleados del Departamento de La Familia desde el año 1992 aproximadamente. Por tal razón se radicaron varias demandas grupales, de las cuales el primer grupo ya recibió el fallo a su favor, recibiendo el salario Mínimo Federal y recibiendo el pago retroactivo correspondiente.

Ver Anejos:

1- Estado de cuenta estimado ( Administración De Los Sistemas de Retiro)
2- Certificación de empleo
3- Copia listado de objeción Global – Anejo 1