Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial. A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación. Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por correo electrónico a PRClaimsInfo@primeclerk.com, o por correo postal o entrega en mano a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

Cuestionario

1. ¿Cuál es el fundamento de su reclamación?
   - ☑ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este
   - ☑ Empleo actual o anterior en el gobierno de Puerto Rico
   - ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

2. ¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda): Aún sin determinar por la Administracion de familias y niños

Número de Evidencia de Reclamación: 126715, 121790
Reclamante: Ada E. Alicea Cruz

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐ No. *Pase a la Pregunta 4.*
   - ☒ Sí. Responda preguntas 3(a)-(d).

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó:
Administración de Familias y Niños - Dept de la Familia

3(b). Identifique las fechas de su empleo con relación a su reclamación:
25/mayo de 1994

3(c). Últimos cuatro dígitos de su número de seguro social: ___acc___

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☐ Jubilación
   - ☒ Salarios impagos
   - ☐ Días por enfermedad
   - ☐ Queja con el sindicato
   - ☐ Vacaciones
   - ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

_____

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ☐ No.
   - ☒ Sí. Responda Preguntas 4(a)-(f).

4(a). Identifique el departamento o agencia que es parte de esta acción.
Administración de Familias y Niños - Dept. de la Familia

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución:
Tribunal de Primera Instancia San Juan

4(c). Número de caso: ARY y AIJ-KAC-2009-0809

4(d). Título, epígrafe, o nombre del caso:
Francisco Beltran Cintrón y Departamento de la Familia

Número de Evidencia de Reclamación: 126715, 121790
Reclamante: Ada E. Alicea Cruz

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado): Pendiente de resolución

4(f). ¿Tiene usted una sentencia impaga? Sí / (No) (Marque una)
De ser así, ¿cuál es la fecha y el monto de la sentencia?
_____

# Prime Clerk
### A Division of Commonwealth of Puerto Rico
Case No. 17-03283

CLOSE
MENU

case info / claims

## Creditor Data Details - Claim # 126715

- Case Navigation
  - Case Info
  - Creditor: ALICEA CRUZ, ADA E.
  - Docket
  - | Claims
  - Submit a Claim
  - Presentar un reclamo
  - Submit E-Ballot
  - + Quick Links

| | Debtor Name | Claim Number |
|---|---|---|
| | Commonwealth of Puerto Rico | 126715 |
| | Date Filed | Schedule Number |
| | 06/28/2018 | 840694 |

## Claim Amounts

| Claim Nature | Schedule Amount | C* U* D* | Asserted Claim Amount | C* U* F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | Undetermined | C U | Unliquidated | U | $0.00 | Set by Objection Order |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | $0.00 | | $0.00 | | $0.00 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

FIRST PREVIOUS Page [1] of 1 NEXT LAST Show 20 [v] Viewing 1 of 1

search: 126715    advanced ≡  Q

FIRST PREVIOUS Page [1] of 1 NEXT LAST Show 20 [v] Viewing 1 of 1

## Objection History

| Date Filed | Objection Motion | Date Filed | Objection Order | Basis | Status |
|---|---|---|---|---|---|
| 06/06/2019 | Debtor's Omnibus Objection to Claims Forty-Sevent... | 08/05/2019 | ORDER GRANTING FORTY-SEVENTH OMNIBUS OBJECTION (N... | Exact Duplicate Claims | Ordered |

terms of use   privacy notice   team

Prime Clerk maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for an attorney or law firm. Users of this website may want to seek legal counsel on the particular facts and circumstances at issue. All search results provided through this website are qualified in their entirety by the official register of claims and the Schedules of Assets and Liabilities ("Schedules")

© 2019 Prime Clerk. All rights reserved.

## Cuadragésima Séptima Objeción Colectiva
### Anexo A - Reclamaciones Exactamente Duplicadas

| | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 6 | ALBERTY VELEZ, VICTORIA L. UNIVERSITY GARDENS 901 CALLE GEORGETOWN SAN JUAN, PR 00927 | 06/05/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 38285 | $17,472.19 | ALBERTY VELEZ, VICTORIA L URB UNIVERSITY GARDENS 901 CALLE GEORGETOWN SAN JUAN, PR 00927 | 06/05/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 47963 | $17,472.19 |

Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 7 | ALBERTY VELEZ, VICTORIA LIS UNIVERSITY GARDENS GEORGETOWN 901 SAN JUAN, PR 00927 | 06/05/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 48400 | $17,472.19 | ALBERTY VELEZ, VICTORIA L URB UNIVERSITY GARDENS 901 CALLE GEORGETOWN SAN JUAN, PR 00927 | 06/05/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 47963 | $17,472.19 |

Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 8 | ALFARO DEL TORO, PEDRO LUIS 154 CALLE GANGES SAN JUAN, PR 00926-2916 | 08/18/17 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 6 | $125,000.00 | ALFARO DEL TORO, PEDRO LUIS 154 CALLE GANGES SAN JUAN, PR 00926-2916 | 08/18/17 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 7 | $125,000.00 |

Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 9 | ALICEA CRUZ, ADA E. URB. MONTE CASINO HEIGHTS CALLE RIO GUAMANI #229 TOA ALTA, PR00953 | 06/28/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 126715 | Indeterminado* | ALICEA CRUZ, ADA E URB. MONTECASINO HEIGHTS 226 RIO GUAMANI TOA ALTA, PR00953 | 06/28/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 121790 | Indeterminado* |

Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 10 | ALICEA GALARZA, EDDIE J URB VISTA DEL RIO2 CALLE 12 L-12 ANASCO, PR 00610 | 06/29/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 108904 | Indeterminado* | ALICEA GALARZA, EDDIE J URB VISTA DEL RIO2 CALLE 12 L-12 ANASCO, PR 00610 | 06/29/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 103111 | Indeterminado* |

Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada.

* Indica que la reclamación contiene montos por liquidar o indeterminados

**Prime Clerk** | A Division of **DUFF&PHELPS**

language   login   cases   CLOSE MENU

# Commonwealth of Puerto Rico
Case No. 17-03283

## Creditor Data Details - Claim # 121790
case info / claims

| Creditor | Debtor Name | Claim Number |
|---|---|---|
| Alicea Cruz, Ada E | Commonwealth of Puerto Rico | 121790 |
| | Date Filed | Schedule Number |
| | 06/28/2018 | n/a |

+ Case Navigation
+ Quick Links

### Claim Amounts

121790     advanced 🔍

FIRST PREVIOUS Page 1 of 1 NEXT LAST Show 20 ▾ Viewing 1 of 1

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | 121790 | 06/28/2018 | Alicea Cruz, Ada E Unliquidated | U | $0.00 | Commonwealth of Puerto Rico Pending Objection |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | $0.00 | | $0.00 | | $0.00 | |

FIRST PREVIOUS Page 1 of 1 NEXT LAST Show 20 ▾ Viewing 1 of 1

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

### Objection History

| Date Filed | Objection Motion | Date Filed | Objection Order | Basis | Status |
|---|---|---|---|---|---|
| 01/14/2020 | Debtor's Omnibus Objection to Claims One Hundred ... | | | Deficient | Pending |

terms of use   privacy notice   team   🐦 in

© 2019 Prime Clerk. All rights reserved.

Prime Clerk maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for an attorney or law firm. Users of this website may want to seek legal counsel on the particular facts and circumstances at issue. All search results provided through this website are qualified in their entirety by the official register of claims and the Schedules of Assets and Liabilities ("Schedules")

## Centésima vigésima cuarta objeción global
### Anexo A: Defectuosas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 202 | ALGARIN PACHEA, SHELIA DEL C<br>P-3 CALLE 3 URB. REINA LOS ANGELES<br>GURABO, PR 00777 | 6/29/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 135880 | Indeterminado* |
| | Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |
| 203 | ALGARIN TORRES, GLORIA J.<br>JARDINES DE RÍO GRANDE<br>CALLE 42 CASA AU 72<br>RÍO GRANDE, PR 00745 | 6/29/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 145039 | $ 75,000.00* |
| | Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |
| 204 | ALICEA ALICEA, REYNALDO<br>PO BOX 561860<br>GUAYANILLA, PR 00656 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 134259 | Indeterminado* |
| | Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |
| 205 | ALICEA AMARO, LINETTE<br>URB LAUREL SUR<br>6027 CALLE MOZANBIQUE<br>COTO LAUREL<br>PONCE, PR 00780 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 141438 | Indeterminado* |
| | Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |
| 206 | ALICEA CRUZ, ADA E<br>URB. MONTECASINO HEIGHTS<br>226 RIO GUAMANI<br>TOA ALTA, PR 00953 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 121790 | Indeterminado* |
| | Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados



28 de enero de 2020

## CERTIFICACION

Certifico que **Ada E. Alicea Cruz**, seguro social **XXX-XX-____** es empleada del Departamento de la Familia desde el **25 de mayo de 1994**. Actualmente ocupa un puesto regular de **Supervisora de Servicios Comunitarios** en la Oficina Regional de Bayamón.

Certifico la misma a petición de la empleada.

Ivelisse Rodríguez Reyes
Oficial de Recursos Humanos
Departamento de la Familia
Región Bayamón
(787) 269-2222 ext. 6474



**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

06 de febrero de 2020

**Agencia: 407 - ADMINISTRACION DE FAMILIAS Y NIÑOS**

ADA E ALICEA CRUZ
URB MONTECASINO HEIGHTS
229 C/RIO GUAMANI
TOA ALTA, PR 00953

Seguro Social: XXX-XX-

A base de la información en nuestros registros, al 06 de febrero de 2020 usted posee:

Fecha de Nacimiento: 

Género: Femenino

Fecha de Ingreso al Servicio Público: 31 de julio de 1996
Fecha de Comienzo de Cotización: 31 de julio de 1996

| Ley 1 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | | Ley 106 | |
|---|---|---|---|---|---|
| Años Acreditados: | 16.75 | Tiempo Trabajado: | 4 | Tiempo Trabajado: | 2.58 |
| | | Aportaciones: | 11,702.40 | Aportaciones: | 6,628.90 |
| | | Intereses: | 947.96 | Intereses: | 0.00 |
| | | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| **Servicio No Cotizado** | | | | | |
| Pagado: | 50.69 | | | | |
| Tiempo: | 0.00 | | | | |
| Balance Acumulado: | 36,387.82 | Total Aportaciones: | 12,650.36 | Total Aportaciones: | 6,628.90 |
| Beneficio: | 549.19 | Beneficio: | 59.79 | Beneficio: | 0.00 |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 ▪ PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 ▪ www.retiro.pr.gov