Radicación de Replica (objection)
PROMESA TITULO III No.17 BK 3283-LTS
Número de reclamación: 139353



Edna J. Figueroa Peña
Calle del Monte #144
Bo. Campanilla, Toa Baja, P. R. 00949
(787) 400-0064
(939) 628-7024 (esposo)

Re: THE FINANCIAL OVERSIGHT AND MANAGMENT BOARD FOR PUERTO RICO

Razón para la Objeción:

El Gobierno del Estado Libre Asociado de Puerto Rico no ajusto nuestro salario federal para los empleados del Departamento de la Familia desde el año 1992 aproximadamente. Por tal razón se radicaron varias demandas grupales de las cuales el primer grupo recibió su fallo a su favor recibiendo el salario mínimo federal y el correspondiente retroactivo.

(Ver anejos)

1) Estado Estimado Administración del Sistema de Retiro
2) Certificación de empleo (Departamento de la Familia)
3) Copia listado de Objeción Global – Anejo A

Edna J. Figueroa Peña