Radicación de réplica {objection}
PROMESA TITULO III **No.17 03283-LTS**
Número de reclamación: 145710

Firma [signature]

Nombre: Waleska Hernández Morales
Dirección Postal: Calle A J-3 Urb. Santa Catalina Bayamón, PR 00957
Dirección residencial: Calle A J-3 Urb. Santa Catalina Bayamón, PR 00957

Números de Contacto:
  Teléfono Celular: 787-528-3733
  Correo electrónico: waleskaliz@yahoo.com

Epigrafe:Re: Financial Oversight and Management Board Of Puerto Rico


Razón para la Objeción

El Gobierno del Estado Libre Asociado de Puerto Rico no ajusto nuestro salario al salario mínimo federal para los empleados del Departamento de la Familia desde el año 1992 aproximadamente. Por tal razón se radicaron varias demandas grupales de las cuales el primer grupo ya recibió el fallo a su favor recibiendo el salario mínimo federal y recibiendo el pago retroactivo correspondiente.

Ver anejos

1-Estado de Cuenta Estimado  Administración de los Sistema De Retiro}
2-Certtificación de empleo {Departamento de la Familia}
3-Copia listado de Objeción Global –Anejo A