UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PROMESA
Tittle III
No. 17 BK 03283-LTS

In re:

THE FINANCIAL OVERSIGHT AND

MANAGEMENT

BOARD FOR PUERTO RICO

Debtors

## Reclamation

I, Elizabeth Hernández Vélez, depose and say that I am employed by Government of Puerto Rico, the claims and for the Debtors in above-PROMESA, Tittle III cases. I demand a reconsideration and that my claim be answered with # 71626 since January, 29, 2020, at 9:30 AM (Atlantic Standard Time) we are going through difficult and unexpected moments or never experienced in Puerto Rico with the earthquakes. This has transcended to such a level that it created a lot of anxiety and despair at such a level that I could not claim in the stipulated time.

The letter is accompanied with evidence of claim that was made on June 28 2018. The Oversight Board issued a restructuring certification pursuant to PROMESA sections 104 (j) and 206 and filed a voluntary petition for relief for HTA and ERS, pursuant to PROMESA section 304 (a), commencing a casa under Title III thereof.

Date: February, 11, 2020

Empoyed by Government of Puerto Rico
Department of Education
Signature:

Elizabeth Hernández Vélez, Ed.D