*Proof of Claim: <CLAIM NUMBER>*
*Claimant: <CLAIMANT NAME>*

# INFORMATION REQUESTED TO PROCESS YOUR CLAIM

**Instructions**

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. **Your answers should provide more information than the initial proof of claim**. For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as a Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any and all documentation you believe supports your claim.

Please send the completed form and any supporting documents via **email** to PRClaimsInfo@primeclerk.com, or by **mail or hand delivery** to the following address:

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

**Questionnaire**

1. **What is the basis of your claim?**

X A pending or closed legal action with or against the Puerto Rican government

☐ Current or former employment with the Government of Puerto Rico

☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)

2. **What is the amount of your claim (how much money do you claim to be owed):**

$ 40,000

3. **Employment. Does your claim relate to current or former employment with the Government of Puerto Rico?**

☐ No. *Please continue to Question 4.*

X Yes. **Answer Questions 3(a)-(d).**

3(a). Identify the specific agency or department where you were or are employed:
Departamento de Educación

3(b). Identify the dates of your employment related to your claim:
15-febrero-2000, 21-septiembre 2012 y 16-octubre-2014

3(c). Last four digits of your social security number: XXX-XX-9469

3(d). What is the nature of your employment claims (select all applicable):

- ☐ Pension
- X Unpaid Wages
- ☐ Sick Days
- ☐ Union Grievance
- ☐ Vacation
- ☐ Other (Provide as much detail as possible. Attach additional pages if necessary).

**4. Legal Action. Does your claim relate to a pending or closed legal action?**

- ☐ No.
- X Yes. **Answer Questions 4(a)-(f).**

4(a). Identify the department or agency that is a party to the action. El Estado Libre Asociado de Puerto Rico

4(b). Identify the name and address of the court or agency where the action is pending: Evidencia de reclamación en virtud de la Ley Promesa en el caso Estado Libre Asociado de Puerto Rico Caso Núm. 17-03283 Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico

4(c). Case number: 17 BK 03283-LTS

4(d). Title, Caption, or Name of Case: Estado Libre Asociado de Puerto Rico y otros deudores, Ley Promesa Artículo 304 (a) marzo 31, 2017

4(e). Status of the case (pending, on appeal, or concluded): Pendiente de resolución

4(f). Do you have an unpaid judgment? Yes / No (Circle one) [Yes circled]

If yes, what is the date and amount of the judgment? $0.00 6/28/18

$40,000 2/11/2020

Reply
Delete
Junk
Block

# Electronic Proof of Claim between Prime Clerk and Elizabeth Hernandez Velez is Signed and Filed!

PC

Prime Clerk <echosign@echosign.com>
Thu 6/28/2018 7:07 PM
Puerto Rico Claims; Elizabeth Hernandez Velez

Electronic Proof of Claim - sig...
789 KB

Prime Clerk

Modified Official Form 410 / Formulario Oficial 410 Modificado

Proof of Claim / Evidencia de reclamación

## Electronic Proof of Claim between Prime Clerk and Elizabeth Hernandez Velez is Signed and Filed!

**From: Puerto Rico Claims (Prime Clerk)**
**To:** Puerto Rico Claims and Elizabeth Hernandez Velez

Attached is a final copy of **Electronic Proof of Claim.**

Copies have been automatically sent to all parties to the agreement.

You can view the document in your Adobe Sign account.



***Departamento de Educación***
***Estado Libre Asociado de Puerto Rico***
***Secretaría Auxiliar de Recursos Humanos***
***Oficina de la Carrera Magisterial***
***Certificaciones Docente y Desarrollo Profesional***

*SOLICITUD DE ACTIVACIÓN A LA CARRERA MAGISTERIAL*

*Nombre del Solicitante* : Elizabeth Hernández Vélez

*Seguro Social* : ·9469

*Categoría* : *Educación Especial*

*Núm. De Puesto* : F 50709

*Escuela* : *Víctor Rojas I*

*Distrito Escolar* : *Arecibo II*

*Región Educativa* : *Arecibo*

*Rango al que aspira* : *Nivel IV*

***De conformidad con el Artículo 2.07 del reglamento de la Carrera Magisterial, esta solicitud debe entregarse en unión al Plan de Mejoramiento Profesional durante el mes de abril de cada año escolar.***

Elizabeth Hernández Vélez
*Firma del solicitante*

17 de febrero de 2012
*Fecha de radicación*

Recibido por: [signature]

ESCUELA PRE-VOCACIONAL VÍCTOR ROJAS I ARECIBO · PUERTO RICO



**GOBIERNO DE PUERTO RICO**
**DEPARTAMENTO DE EDUCACIÓN**
**Secretaria Auxiliar de Recursos Humanos**

*OCM-11A*

***Programa de Carrera Magisterial***

## RECOMENDACIÓN DE RECONOCIMIENTO DE NIVEL

*Certifico que se ha revisado y analizado la "**Certificación de Radicación y Aprobación del Plan de Mejoramiento Profesional**" (OCM-O6) de:*

| | | |
|---|---|---|
| Nombre | : | Elizabeth Hernández Vélez |
| Seguro Social | : | -9469 |
| Escuela | : | Pre. Voc. Víctor Rojas I |
| Distrito Escolar | : | Arecibo II |
| Región Educativa | : | Arecibo |

*La misma cumple con las disposiciones de Ley establecidas en los artículos 2.02 "**Miembros de la Carrera Magisterial**", 2.06 "**Activación a la Carrera Magisterial**" y 2.07 "**Formularios**", por lo cual se recomienda que se le otorgue el **Nivel I** con un aumento salarial de **$122.50** por concepto de haber completado exitosamente con éstos. La vigencia de su plan es desde abril 2012 hasta abril 2017.*

RECIBIDO
SEP 21 2012
Región Educativa Arecibo

*Certifico Correcto:*

[signature]

*Milagros Rohena Rivera, Ed. D.*
*Directora*

9/18/12
*Fecha*

***Nota: Este formato es para uso oficial.***

*P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 * TEL.: (787) 773-2452,6287 ó 5456 * FAX: (787) 756-8028*

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.



ESTADO LIBRE ASOCIADO DE
PUERTO RICO
DEPARTAMENTO DE EDUCACIÓN

DEPARTAMENTO DE EDUCACIÓN

ESCUELA PRE VOCACIONAL VÍCTOR ROJAS1

DISTRITO ESCOLAR DE ARECIBO

REGIÓN DE ARECIBO

**Me convierto en un ser productivo para la sociedad cuando desarrollo destrezas de lectoescritura y comprensión lectora y utilizo experiencias socio culturales para mi identidad cultural**

Elizabeth Hernández Vélez

Octubre, 2014

RECIBIDO
OCT 16 2014
OFICINA DE
CARRERA MAGISTERIAL
M Concepcion

Inter American University of Puerto Rico
Metropolitan Campus
Office of the Registrar

To whom it may concern:

This is to certify that **ELIZABETH HERNANDEZ VELEZ ,** student number **R00144921**, has completed at the Inter American University of Puerto Rico, Metropolitan Campus, all requirements for the degree of:

**Doctor of Education**

**Specialization:** Special Education and Transition Services

**General Grade Average**: 4.00

**Degree was awarded on**: May 18, 2019

In San Juan, Puerto Rico, this 11th day of September, 2019.

Lisette Rivera Ortiz
Registrar

P.O.Box 191293• San Juan, PR 00919-1293 • Tel. (787) 250-1912 Ext. 2135 / 3135 Fax (787) 759 - 7958
www.metro.inter.edu