Elizabeth Jimenez [...]
HC05 Box 27572
Camuy, P.R. 00627



Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados
Unidos
#150 Chardón Avenue
Federal Building
San Juan, Puerto Rico 00918

