Radicación de réplica (Objection)

PROMESA TITULO II NO. 17 BK 3283-LTS

NUMERO DE RECLAMACION: **143403**



Nombre: **NELSON RIVERA ROMAN**

Dirección Postal: **RR02 BOX 2018, TOA ALTA, PR 00953**

Dirección Residencial: **URB. TOWN HILLS CALLE EUGENIO DUARTE #5, TOA ALTA, P.R. 00953**

Numero de Contacto:

    Teléfono Celular: 787-269-2222   Teléfono:

Correo Electrónico: nelson.rivera@familia.pr.gov

Epigrafe: Re: Financial Oversight and management Board of Puerto Rico

Razon para la Objeccion:

El Gobierno del Estado Libre Asociado de Puerto Rico no ajusto nuestro salario al salario mínimo federal para los empleados del Departamento de la Familia desde el año 1992 aproximadamente. Por tal razón se radicaron varias demandas grupales de las cuales el primer grupo ya recibió el fallo a su favor recibiendo el salario mínimo federal y recibiendo el pago retroactivo correspondiente.

Ver anejos:

1. Estado de cuenta estimado (Administración de los Sistemas de Retiro)
2. Certificación de Empleo
3. Copia Listado de objeción Global – Anejo A