11 de febrero de 2020

Cordialmente:

A. Datos de Contactos
 1. Sr. Edgardo Marcucci Ramírez
    Po. Box 377, Peñuelas, P.R. 00624

 2. Número de teléfono
    a- 787-233-6356

 3. Correo electrónico
    nerelismarcucci@gmail.com

B. Patrono
   Administración de Corrección
   Urb. Industrial Tres Monjitas, Ave Teniente
   César González Esq. Calaf, San Juan
   Box 71308 San Juan, P.R. 00936

   Oficial de Custodia Corrección I
      Placa 2348
   nerelismarcucci@gmail.com

Comenzé: 14 de abril de 1986
Terminé: 30 de enero de 2010

C. Epígrafe
   1. Tribunal de Distrito de los Estados Unidos Room 150 Federal Building San Juan (Puerto Rico) 00918-1767

   2. Deudores
      Estado Libre Asociado de Puerto Rico

   3. Número de Procedimiento
      17 BK 3283 - LTS
      # de caso 161606
      La presente radicación guarda relación con el ELA, La ACT, S.R.E.

D. Motivo para oponerse a la objeción global
   La Ley 96-2004 bajo el gobierno de Sila Calderón.

Aumento otorgado por la Ex-gobernadora Sila M. Calderón los cuales no se otorgo el aumento salarial de $100.

E. Cantidad Reclamada
   $7,800

F. Reclamación de la Ley 447

De acuerdo con las disposiciones de la Ley 447 de 15 de mayo de 1951, según enmendada no se me esta otorgando el 3% anual como especifica la ley.

Cantidad Reclamada
$ 700

*Edgardo [signature]*