

ESTADO LIBRE ASOCIADO DE
PUERTO RICO
Administración de los Sistemas de Retiro de los
Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

06 de junio de 2017

**Agencia: 120 - ADMINISTRACION DE CORRECCION**

EDGARDO MARCUCCI RAMIREZ  
PO BOX 377  
PEÑUELAS, PR 00624

Seguro Social: XXX-XX-5702

A base de la información en nuestros registros, al 06 de junio de 2017 usted posee:

**Fecha de Nacimiento:**  
**Género: Masculino**  
**Fecha de Ingreso al Servicio Público: 14 de abril de 1986**  
**Fecha de Comienzo de Cotización: 14 de abril de 1986**

| *Ley 447 al 30 de junio de 2013* | | *Ley 3 al* | |
|---|---|---|---|
| Años Acreditados: | 24.00 | Años Acreditados: | 0 |
| Aportaciones: | $29,332.16 | Aportaciones: | $0.00 |
| Intereses: | $8,101.65 | Intereses: | $0.00 |
| Gastos Teneduría: | $0.00 | Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $37,433.81 | Total Aportaciones: | $0.00 |
| SNC Pagado: | $0.00 | Beneficio: | $0.00 |
| SNC Tiempo: | 0.00 | | |
| Beneficio: | $0.00 | | |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.

Coordialmente,

Unidad de Estado de Cuenta  
Área de Participantes

Plaza Retiro, 437 Ave. Ponce de León, San Juan, PR 00917-3711  
PO Box 42003, San Juan, PR 00940-2203  
Tel: 787-754-4545  
www.retiro.pr.gov



RETIRO  
ESTADO LIBRE ASOCIADO DE PUERTO RICO

| Administracion de Correccion | | | Grupo de Pago: | SM -Quincenal | Aviso #: | 9823721 |
|---|---|---|---|---|---|---|
| 21 Carr. Estatal Km 4.2, Bo. Moñacillo Edf. Metrop. Prof. | | | Desde: | 03/01/2010 | Fecha Aviso: | 03/15/2010 |
| San Juan, PR 00936 | | | Hasta: | 03/15/2010 | | |

| EDGARDO MARCUCCI RAMIREZ | # Empleado: | | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| TALLABOA PONIENTE | Dept: | 098600-Depto. Region Ponce | Estado Civil: | Married | Married |
| BO. JUNCO | Lugar: | Inst.Maxima Seguridad Ponce | Concesiones: | 0 | 2 |
| PENUELAS, PR 00624 | Titulo: | Oficial Custodia I | Pct. Adcl.: | | |
| SS: . | Sueldo: | $2,271.00 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | | IMPUESTOS | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | 1,135.50 | 390.00 | 5,677.50 | | Fed FICA Med Hospital Ins / EE | 16.46 | 82.32 |
| | | | | | | Fed OASDI/Disability - EE | 70.41 | 352.01 |
| | | | | | | PR Withholding | 41.57 | 207.85 |
| Total: | | 1,135.50 | 390.00 | 5,677.50 | | Total: | 128.44 | 642.18 |

### DEDUCCIONES | DEDUCCIONES GENERALES | BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| Plan de Retiro < 4/1/90 | 87.09 | 435.45 | DM-FONDOS UNIDOS | 1.25 | 6.25 | Plan de Retiro < 4/1/90 | 105.32 | 526.60 |
| | | | RC-Pres Pers Ret Cen-E Clasif | 55.61 | 278.05 | FSED Disability Plan | 42.01 | 210.05 |
| | | | AE-Seguro por Muerte Asoc ELA | 3.00 | 15.00 | SM-First Medical Health Plan | 0.00 | 280.00 |
| | | | OS-SERV PUBLICOS UNIDOS PR 00 | 10.00 | 50.00 | | | |
| | | | Ahorros-AEELA | 34.07 | 170.35 | | | |
| | | | SM-First Medical Health Plan | 0.00 | 332.00 | | | |
| Total: | 87.09 | 435.45 | Total: | 103.93 | 851.65 | * Tributable | | |

### TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA

| | | | | |
|---|---|---|---|---|
| Corriente: | 1,135.50 | 0.00 | 128.44 | 191.02 | 816.04 |
| Acumulado: | 5,677.50 | 0.00 | 642.18 | 1,287.10 | 3,748.22 |

| PTO HORAS | ACUM | | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|
| Balance Inicial: | 0.0 | | Aviso #9823721 | 816.04 |
| + Ganada: | | | | |
| + Compra: | | | | |
| - Usada: | | | Total: | 816.04 |
| - Donada: | | | | |
| + Ajustes: | | | | |
| Balance Final: | 0.0 | | | |

MENSAJE:

Administracion de Correccion  
21 Carr. Estatal Km 4.2  
Bo. Monacillo Edf. Metrop. Prof.  
San Juan, PR 00936

Fecha  
03/15/2010

Aviso No.  
9823721

Cant. Deposito:    $816.04

A la  
Cuenta(s) De

EDGARDO MARCUCCI RAMIREZ  
TALLABOA PONIENTE  
BO. JUNCO  
PENUELAS, PR 00624  
Localizacion: Inst.Maxima Seguridad Ponce

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | | $816.04 |
| Total: | | $816.04 |

## NO-NEGOCIABLE