Edgardo Marcucci Ramírez
P.o. Box 377 Peñuelas, P.R. 00624




7018 3090 0001 6079 2908

U.S. POSTAGE PAID
FCM LG ENV
PENUELAS, PR
00624
FEB 12, 20
AMOUNT
**$7.60**
R2305K134678-06

1000    00918

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

RECEIVED & FILED
2020 FEB 13 PM 5:47
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

RETURN RECEIPT REQUESTED

RETURN RECEIPT REQUESTED