Olga I Morales Cruz
#17211

Motivo

En Contestación a su Notificación de falta de evidencia el Tribunal no debe declarar ha lugar la Objeción Global en relación a mi reclamo ya que estoy enviando dicha evidencia, está incluida con esta notificación

Espero que la misma le sirva

Att
Olga Iris Morales Cruz

Olga I. Morales Cruz

Olga I Morales Cru.
#7211

Datos de Contacto:

Nombre: Olga Iris Morales Cruz

Dirección:
HC02 Box 16982
Bo Hato Arriba Sector Juncos
Arecibo P.R. 00612

Numero Telefono:
Movil - 939-458-9201
contacto - 939-401-9214

Epigrafe:
United States District Court for the District of Puerto Rico

Name
Morales Cruz Olga Iris
Claim: 131104 - Date Filled 8/14/18
Debtor: Commonwealth of Puerto Rico
# 17 BK 03283-LTS
Promesa - Titulo III
HTA, ERS