

**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

RECEIVED & FILED
2020 FEB 13 PM 5:47
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Olga I. Morales Cruz**, con número de seguro social que termina en 7211.

| | |
|---|---|
| Fecha de Efectividad de la Pensión | 29 de julio de 2008 |
| Tiempo Cotizado para la Pensión | 26 años, 9 mes, 0 sem., 3 días |
| Pensión mensual Inicial | $1,193.88 |
| Pensión Mensual Actual | $1,193.88 |

Esta certificación se expide hoy, **10 de febrero de 2020** en **San Juan, Puerto Rico**.

Edgardo J. Negrón Ramírez
Supervisor
Área de Servicios de Retiro



235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

☏ 787.777.1414    📠 787.764.6910    www.srm.pr.gov

Rev.GIFT 10-MAR-08

Estado Libre Asociado de Puerto Rico
Sistema de Retiro para Maestros

**INFORME RENTA ANUAL VITALICIA**

| Fecha Radicación | 18-ABR-08 |
|---|---|
| Fecha Vencimiento | 19-sep-08 |

Núm. de Caso: **0465**

Apellido Paterno, Materno, Nombre e Inicial: MORALES CRUZ, OLGA I.
Seguro Social: 583-...
Sexo: ☑ Femenino ☐ Masculino

Fecha Nacimiento: _____
Categoría y Pueblo: ARECIBO - ELEM
Retiro Ley Núm.: Ley 91 del 2004

Dirección Postal:
URB. ZENO GANDIA
139 CALLE LOS HEROES
ARECIBO PR 00612

Tipo de Renta (Pensión):
☑ Años de Servicio y Edad ☐ Edad ☐ Diferida
☐ Incapacidad Ocupacional ☐ Incapacidad No Ocupacional

| Edad al Retirarse | | | Servicios Acreditados | | | | Costo Anualidad | Renta | |
|---|---|---|---|---|---|---|---|---|---|
| Años | Meses | Días | Años | Meses | Sem | Días | | Mensual | Anual |
| 64 | 6 | 19 | 26 | 9 | 0 | 3 | $ 45,742.26 | $ 1,193.88 | $ 14,326.56 |

Fecha de Renuncia: 28-jul-08
Último Día de Pago: 28-jul-08
Fecha Efectividad Pensión: 29-jul-08
Cierre de Nómina: 12-sep-08
Fecha Primer Pago Pensión: 30-Sep-08
Importe: $ 1,193.88
Pago Global Retroactivo: Desde 29-jul-08 Hasta 15-sep-08 Importe Total $ 1,906.35

**DESGLOSE DE DESCUENTOS**

| | | PAGO GLOBAL | PAGO MENSUAL |
|---|---|---|---|
| Importe Total (Bruto) | | $ 1,906.35 | $ 1,193.88 |
| Menos Descuentos: | | | |
| Préstamos: | Clave | Descuento | Descuento |
| Personal (PP) | 47-000 | 336.87 | 224.58 |
| Cultural (PC) | 45-000 | | |
| Hipotecario (PH) | 36-000 | - | - |
| Finanzas | 67-059 | - | - |
| Aport. Individual 9% (Clave 26-001) | | 334.61 | 223.07 |
| ASUME | | | |
| Otros | | | |
| Importe Neto | | $ 1,234.87 | $ 746.23 |

Bonos:
☑ Bono Verano (PBV) ☐ Bono Medicamentos (PBM)
☐ Bono Navidad (BNP)

Certifico que la información aquí provista es cierta, correcta y completa.

Nombre del Empleado: ANNIE RIVERA CANALES
Firma: _____
Fecha: 4-sep-2008

Nombre Supervisor: NORMA I. PEÑA AGOSTO
Firma: _____
Fecha: _____

| PREINTERVENCION DE DOCUMENTOS | USO DIRECTOR(A) AREA RETIRO |
|---|---|
| Verificación de: <br> ☐ Exactitud <br> ☑ Legalidad <br> ☐ Firmas <br> ☐ Otros <br><br> Brendally Ledoux Mirabal | Aprobado por: Wanda Santiago López <br> Nombre Director(a) o Representante Autorizado <br><br> Firma _____ Fecha _____ |

**USO AREA DE PENSIONADOS (Sección Nóminas)**

Ingreso a Nómina Mes ____ ☐ 1ra ☐ 2da
Nombre Empleado _____
Firma _____ Fecha (Mes-Día-Año) _____

Nómina Pago Global Mes ____ ☐ 1ra ☐ 2da ☐ Off Cycle ☐ Pay Line
Nombre Empleado _____
Firma _____ Fecha (Mes-Día-Año) _____

Nombre Supervisor: Juan Agosto Castro
Firma _____ Fecha(Mes-Día-Año) _____

Conservación: Seis años o una intervención de la Oficina del Contralor de Puerto Rico, lo que ocurra primero.

| Rev.GIFT 10-MAR-08 | | | | Mes-Día-Año |
|---|---|---|---|---|
| | Estado Libre Asociado de Puerto Rico Sistema de Retiro para Maestros | | | Fecha Radicación 18-ABR-08 |
| Núm de Caso 0465 | INFORME RENTA ANUAL VITALICIA | | | Fecha Vencimiento 19-sep-08 |

Página 2

MORALES CRUZ, OLGA I.
Apellido Paterno, Materno, Nombre e Inicial

Seguro Social | Fecha Nacimiento Mes-Día-Año | ARECIBO - ELEM Categoría y Pueblo

### COMPUTO RENTA ANUAL

A. $ 7,435.83 / 3 = $ 2,478.61 x 1.8% = 44.61 x 26.763 = $ 1,193.88 x 12 = $ 14,326.56
   Sueldos más altos / años / Promedio Sueldos / Por Ciento

B. Ajuste de 0%  $ - x 0% = $ -

C. Pensión Ajustada  $ - x 12 = $ -

APORTACIÓN INDIVIDUAL 9%
$ 2,478.61 x 9% = $ 223.07

| TIEMPO | | | PROMEDIO DE SUELDOS | | | COMPUTO EDAD RETIRO | | | |
|---|---|---|---|---|---|---|---|---|---|
| Meses | Días Trabajados | Total | Mensual | Devengado | Promedio | Fecha | Años | Meses | Días |
| 12 | 0 | 20 | $ 2,455.00 | $ 29,460.00 | | Efectividad Pensión | 2008 | 7 | 29 |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | Nacimiento | 1944 | 1 | 10 |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | $ 2,455.00 | Edad al Retirarse | 64 | 6 | 19 |
| 6 | 0 | 20 | $ 2,455.00 | $ 14,730.00 | | | | | |
| 6 | 0 | 20 | $ 2,555.00 | $ 15,330.00 | | Fracción de Tiempo Docente | | | |
| 0 | 0 | 20 | $ - | $ - | | Años | 26 x 240 = | | 6,240 |
| 0 | 0 | 20 | $ - | $ - | | Meses | 9 x 20 = | | 180 |
| 0 | 0 | 20 | $ - | $ - | | Semanas | 0 x 5 = | | - |
| 0 | 0 | 20 | $ - | $ - | $ 2,505.00 | Días | 3 x 1 = | | 3 |
| | | | | | | | | | 26.7625 |
| 1 | 0 | 20 | $ 2,705.00 | $ 2,705.00 | | | | | |
| 11 | 0 | 20 | $ 2,455.00 | $ 27,005.00 | | | | | |
| 0 | 0 | 20 | $ - | $ - | | Fracción de Tiempo No-Docente | | | |
| 0 | 0 | 20 | $ - | $ - | | Años | 0 x 365 = | | - |
| 0 | 0 | 20 | $ - | $ - | | Meses | 0 x 30 = | | - |
| 0 | 0 | 20 | $ - | $ - | $ 2,475.83 | 4 Sem | 0 x 29 = | | - |
| | | | | | | 3 Sem | 0 x 22 = | | - |
| 0 | 0 | 20 | $ - | $ - | | 2 Sem | 0 x 15 = | | - |
| 0 | 0 | 20 | $ - | $ - | | 1 Sem | 0 x 7 = | | - |
| 0 | 0 | 20 | $ - | $ - | | Días | 0 x 1 = | | - |
| 0 | 0 | 20 | $ - | $ - | | | | | 0.0000 |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | $ - | | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | $ - | | | | |

Sueldo Total para Promedio $ 89,230.00 $ 7,435.83

### DATOS APORTACION

2011 / 10 / 24
Fecha Cese Descuento

Preparado por: _____ Nombre
Firma _____ Fecha

Revisado por: _____ Nombre
Firma _____ Fecha

### Servicios Acreditados

| Años | Meses | Sem | Días |
|---|---|---|---|
| 26 | 9 | 0 | 3 |