OLGA I. [illegible]
HC-02- BOX 16982
ARECIBO, P.R. 00612

CERTIFIED MAIL

7017 2620 0000 8872 2710

SECRETARIA
TRIBUNAL DE DISTRITO DE LOS E.U.
ROOM 150 - FEDERAL BUILDING
SAN JUAN, P.R. 00918-1767