# DECLARACION JURADA

- **WALESKA NIEVES SOTO**, mayor de edad, casada, Trabajadora Social, con seguro social ___-__-_344 y vecina de Bayamón, Puerto Rico;

**Bajo juramento declaro lo siguiente:**

Que mi nombre y circunstancias personales son como quedan dichas anteriormente.

Que mi dirección física y postal es a saber: Urbanización Forest Hills, Calle 1, I-14, Bayamón, Puerto Rico 00959.

Que desde el 2008 al presente soy empleada del Departamento de Educación ocupando un puesto como Trabajadora Social (licencia número 11486, categoría permanente) en la Escuela Intermedia Jesús Sánchez Erazo en el municipio de Bayamón, según consta en la certificación de empleo otorgada por el Departamento de Educación de Puerto Rico el día de hoy 5 de febrero de 2020 firmada por la directora escolar Elizabeth Cruz Rodríguez.

Que sometí dos reclamaciones por dinero que se me adeuda al activarme en la carrera magisterial desde el año 2014 y ajuste salarial por preparación académica y finalizar maestría, dichas reclamaciones son a saber:

- Reclamación número 74289 con fecha de presentación 6/28/2019 por la cantidad de $30,000.00;
- Reclamación número 76352 con fecha de presentación 6/29/2019 por la cantidad de $30,000.00.

Que solicito una disculpa por someter de manera tardía la evidencia de las reclamaciones, donde se me ofreció un término hasta el 14 de enero de 2020. Que el motivo y/o razón fue debido a la situación existente en dicho momento relacionado con los terremotos ocurridos en Puerto Rico el 7 de enero de 2020, en el cual presente problemas de salud y la falta de los servicios de energía eléctrica en mi hogar y otros problemas personales y/o económicos.

Que muy respetuosamente solicito que se me considere la evidencia de las reclamaciones antes mencionadas las cuales serán enviadas a las siguientes direcciones:

- Secretaría
  Tribunal de Distrito de los Estados Unidos
  Room 150 Federal Building
  San Juan, Puerto Rico 00918-1767;

- Abogado de la Junta de Supervisión
  Proskauer Rose LLP
  Eleven Times Square
  Nueva York, Nueva York 10036-8299
  A/A: Martin J. Bienestock
  Brian S. Rosen

- Abogado del Comité de Acreedores
  Paul Hastings LLP
  200 Park Avenue
  Nueva York, Nueva York 10166
  A/A: Luc A. Despins
  James Bliss
  James Worthington
  G. Alexander Bongartz

Que todo lo anteriormente expresado es cierto, constándome su certeza de propio y personal conocimiento.

Que he sido advertida sobre el delito de perjurio, sus consecuencias y penalidades.

Y PARA QUE ASI CONSTE, juramos y suscribimos la presente en Bayamón, Puerto Rico, hoy a 5 de febrero de 2020.

**WALESKA NIEVES SOTO**

**AFFIDAVIT NÚMERO** 21,118

Jurado y suscrito ante mí por **WALESKA NIEVES SOTO**, de las circunstancias personales indicadas y a quien identifico por medio de conocimiento personal. En Bayamón, Puerto Rico, hoy a 5 de febrero de 2020.

LCDO. JUAN RAMON TORRES RIVERA
ABOGADO-NOTARIO
Marginal Forest Hill B-6
Bayamón, Puerto Rico 00959

