Walesca Nieves Soto
Urb. Forrest Hills
calle I, I-14
Bayamón, P.R. 00959



UNITED STATES POSTAGE
PITNEY BOWES
02 1P     $ 008.20
0001924212  FEB 12 2020
MAILED FROM ZIP CODE 00961

Secretaría
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767;

CERTIFIED MAIL

7018 0360 0001 6012 9273