9 de febrero 2020

Tribunal de Distrito de Los Estados Unidos
Para el Distrito de Puerto Rico
No. de Reclamación: 164336
Nombre:
  Ceba Sisco Rodríguez
Dirección:
  Villa del Carmen
  Calle Tropical #3428
  Ponce, P.R. 00716-2259
Teléfono número:
787-432-5631
Agencia que Trabajé:
Departamento de Educación
Puesto Regular Profesional de Alimento II
Desde 13 de agosto de 1971 hasta 1 de julio 2005

Estoy enviando evidencia de mi caso. El número de reclamación es 164336

Mi caso es sobre La reclamación Laboral Romero=o

Esta ley se firmó en 1986 y hasta el 1 de julio 2005 no pagaron el aumento que fué la fecha en que me retiré.

El aumento fue de $50.00 mensuales.

Mis últimos números del Seguro Social son 2676

Muchas Gracias
atentamente
Ceba Sisco Rodríguez