

GOBIERNO DE PUERTO RICO

DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos
Archivo No Docente

# CERTIFICACIÓN

Certifico que, **Elba Sisco Rodríguez,** seguro social **XXX-XX-2676,** ocupó un puesto **Regular** de **Profesional de Servicios de Alimento II** en el Distrito Escolar de Ponce. Prestó servicios desde el **13 de agosto de 1971** hasta el **1 de julio de 2005** y devengó un salario de **$1,534.00** mensuales.

Dada en San Juan, Puerto Rico, el 4 de febrero de 2020, según solicitada por la empleada.

*Alfredo Rodríguez Leandry*
Alfredo Rodríguez Leandry
Especialista en Recursos Humanos



El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.

# ELBA SISCO RODRÍGUEZ

Nació en Ponce el 21 de mayo de 1943.

Fueron sus padres el Sr. Silvestre Sisco Cabán y la Sra. Cruz Rodríguez Figueroa.

Cursa sus estudios de escuela elemental en la Escuela Olimpia Otero. De ahí, pasa a la
Escuela Intermedia Armstrong. Siendo estudiante de escuela intermedia conoce a su hoy esposo,
el Sr. José M. Febles González. Continúa sus estudios en la Escuela Superior Dr. Pila.
Al graduarse de escuela superior, se matricula en la Universidad Interamericana, donde cursa dos años, luego labora durante un tiempo en la Fabrica Maidenform.

Luego de 10 años de noviazgo con Cheo, se casa el 20 de diciembre de 1968. De este matrimonio nacen José M. Febles Sisco y Lissette E. Febles Sisco. Luego de haber nacido sus hijos, comienza a trabajar en el Instituto Tecnológico. Trabaja luego en la Escuela Elemental Fernando Malavé del Tuque y actualmente en la Escuela Eugenio María de Hostos.

El 1 de julio de 2005, se acogerá al retiro, luego de haber rendido labor a nuestros estudiantes con tanto amor y profesionalismo.

Es por eso, que hoy 26 de mayo de 2005, la Clase Graduanda 2004-2005 de la Escuela Eugenio María de Hostos le dedica sus actos de graduación a la Sra. Elba Sisco Rodríguez.

Estado Libre Asociado de Puerto Rico
Departamento de Instrucción Pública



# Certificado de Reconocimiento

El Departamento de Instrucción Pública otorga a

ELBA SISCO RODRIGUEZ

este Certificado de Reconocimiento por la dedicación y diligencia demostrada en el desempeño de sus funciones y deberes como servidor público de este Departamento.

Dado en San Juan de Puerto Rico, hoy día 18 de mayo de 1972.

Ramón Mellado
Secretario de Instrucción Pública



ESTADO LIBRE ASOCIADO DE PUERTO RICO

# DEPARTAMENTO DE SALUD

SECRETARIA AUXILIAR PARA SALUD AMBIENTAL
Y MEDICINA PREVENTIVA
DIVISION HIGIENE DE ALIMENTOS

## OTORGA ESTE CERTIFICADO A

ELBA SISCO

POR SU INTERES Y ESFUERZO EN APRENDER A PREPARAR, MANIPULAR Y SERVIR
SATISFACTORIAMENTE ALIMENTOS Y POR SU PROMESA SOLEMNE DE PROTEGER LA SALUD
DEL PUBLICO DE ACUERDO CON LOS PRINCIPIOS DESTACADOS EN NUESTROS
"CURSOS PARA MANIPULADORES DE ALIMENTOS".

OTORGADO EL ___31___ DE _____ MAYO _____ DE 19_78__

Secretario Auxiliar Salud Ambiental
Y Medicina Preventiva

Supervisor Regional Salud Ambiental

Director, División Higiene de Alimentos

Oficial Servicio Salud Ambiental

ESTADO LIBRE ASOCIADO DE PUERTO RICO

DEPARTAMENTO DE INSTRUCCIÓN PÚBLICA

DIVISIÓN DE COMEDORES ESCOLARES

PROGRAMA DE EDUCACIÓN EN NUTRICIÓN Y ADIESTRAMIENTO

CERTIFICAMOS QUE

Elba Fisco

ASISTIÓ AL CURSO

MANEJO DE LOS SERVICIOS DE ALIMENTACION

OFRECIDO EL 7 DE Septiembre DE 1988.

CON UNA DURACION TOTAL DE SEIS HORAS. CONTACTO

DIRECTORA, PROGRAMA
DE COMEDORES ESCOLARES





Certificado de Mérito

CERTIFICAMOS QUE

Se ha distinguido notablemente en su labor en el
Comedor Escolar y en reconocimiento se le otorga este certificado.

Elba Sisco

Dado en Ponce, P.R., el día 11 de Octubre de 1989

Escuela Eugenio M. De Hostos

# DEPARTAMENTO DE EDUCACIÓN

## GOBIERNO DE PUERTO RICO

*Autoridad Escolar de Alimentos*
*División de Comedores Escolares*

# Certificado de Reconocimiento

*Otorgado a:*

ELBA SISCO

*Por su selección como*
*Empleado del Año*
*del Distrito Escolar de*

FONCE II

*Durante la celebración de la Semana de Comedores Escolares*
*Dado en San Juan, Puerto Rico, 11 de octubre de 1995.*



Hon. Víctor Fajardo
Secretario de Educación



# DEPARTAMENTO DE EDUCACION
## ESCUELA EUGENIO MARIA DE HOSTOS
## DISTRITO ESCOLAR PONCE II

# RECONOCIMIENTO
# A

*Elba Sisco*

# POR SU EXCELENTE LABOR EN NUESTRO COMEDOR ESCOLAR

### DADO HOY, 10 DE OCTUBRE DE 1996, EN PONCE, P.R.

**SUPERINTENDENTE**                    **DIRECTORA**

*Universidad de Puerto Rico*
*Recinto Universitario de Mayagüez*
*Colegio de Ciencias Agrícolas*
*Servicio de Extensión Agrícola*

*Departamento de Educación*
*Agencia Estatal*
*Servicio de Alimentos y Nutrición*
*Autoridad Escolar de Alimentos*



Con el auspicio del Servicio Cooperativo de Investigación, Educación y Extensión,
Departamento de Agricultura de los Estados Unidos

Proyecto Número 96 - EFSQ - 1 - 4171



Por su participación en el Proyecto:

*Reconoce a:*

**Alba Sista Rodríguez**

*Responsabilizando al personal de Comedores Escolares
de sus Decisiones para la Seguridad de Alimentos*

Llevado a cabo en Ponce, Puerto Rico
septiembre, 1996 - junio 1997

VILMA GONZALEZ RAMIREZ, ED. LND
DIRECTORA PROYECTO
SERVICIO DE EXTENSION AGRICOLA

LISETTE E. OCASIO RIVERA, LND
NUTRICIONISTA A/C PROYECTO
SERVICIO DE EXTENSION AGRICOLA

Universidad de Puerto Rico
Recinto Universitario de Mayagüez
Colegio de Ciencias Agrícolas
Servicio de Extensión Agrícola

Departamento de Educación
Agencia Estatal
Servicio de Alimentos y Nutrición
Autoridad Escolar de Alimentos

Con el auspicio del Servicio Cooperativo de Investigación, Educación, y Extensión,
Departamento de Agricultura de los Estados Unidos
Proyecto Número 96 - EFSQ - 1 - 4171



Reconoce a:



Por su participación en el Proyecto:

Responsabilizando al Personal de Comedores Escolares de sus Decisiones para la Seguridad de Alimentos

COMPONENTE:   LIDERATO CREATIVO EN EL AMBIENTE DE TRABAJO

Llevado a cabo en Ponce, Puerto Rico
septiembre, 1996 - junio, 1997

JOSSIE L. RIVERA TORRES
ECONOMISTA DEL HOGAR
SERVICIO DE EXTENSION AGRICOLA

VILMA GONZALEZ RAMIREZ, RD, LND
DIRECTORA PROYECTO
SERVICIO DE EXTENSION AGRICOLA

DIANA LUGO DE MARTINEZ
ESPECIALISTA DESARROLLO
DE LIDERES Y VOLUNTARIOS
SERVICIO DE EXTENSION AGRICOLA

DEPARTAMENTO DE EDUCACION
AGENCIA ESTATAL
SERVICIO DE ALIMENTO Y NUTRICION
PROGRAMA DE EDUCACION EN NUTRICION Y
ADIESTRAMIENTO

# CERTIFICADO DE PARTICIPACION

## TALLER EL COMEDOR DEL
## NUEVO MILENIO
### GUIAS DIETARIAS 1995

Otorgado a: _Elba Sisco_

por su valiosa participación en el Taller
"El Comedor del Nuevo Milenio"
ofrecido por NutriCorp, Inc.

el día _17_ de _MARZO_ _____ de 1997.

_Francisca Montalvo Peña_
Lcda. Francisca Montalvo
Directora Agencia Estatal
Alimento y Nutrición

_Lizette Vicéns_
Dra. Lizette Vicéns
NutriCorp, Inc.



# CERTIFICADO
# DE
# RECONOCIMIENTO

OTORGADO A

## *Elba Sisco Rodríguez*

POR SU DESTACADA LABOR
COMO
EMPLEADA DEL COMEDOR ESCOLAR

DADO HOY 8 DE OCTUBRE DE 1998
EN LA ESCUELA DE LA COMUNIDAD
EUGENIO MARIA DE HOSTOS
PONCE, PUERTO RICO

MADELINE VELEZ NEGRON

# Certificado de Excelencia

Otorgado A:

## Elba Sisco

Hoy queremos reconocer tu excelencia, tu entrega,
el amor que repartes a los demás,
en especial a nuestos niños.

Gracias por dar sin esperar reconmpensa
¡ Dios te bendiga !

Dado hoy 8 de septiembre de 1999
en la
Escuela de la Comunidad
Eugenio María de Hostos, Ponce, Puerto Rico

_____
Madeline Vélez Negrón
Directora

_____
Magaly Reyes López
Maestra de Salud



# Certificado

## Elba Sisco

Hoy reconocemos
tu excelencia, entrega y amor
que repartes a los demás.

Gracias por dar
a manos llenas
sin esperar recompensa.

Dado hoy 11 de octubre de 2000
en la
Escuela de la Comunidad
Eugenio María de Hostos
Ponce, Puerto Rico

Madeline Vélez Negrón
Directora

# RECONOCIMIENTO

Celebramos una semana muy especial para
nuestra comunidad

Semana del Comedor Escolar

Queremos reconocer a Elba Sisco por su
excelencia compañerismo y entrega en favor de
nuestros niños. Hoy te lo agradecemos.

Dado hoy 11 de octubre de 2001
Escuela de la Comunidad
Eugenio María de Hostos
Ponce, Puerto Rico

*Madeline Vélez - Directora*

*Magaly Reyes - Maestra de Salud*



En
Reconocimiento a:

Elba Sisco

Por su excelente servicio
en el comedor escolar
en pro de nuestros niños

Directora
10 de octubre de 2002

Fecha



*Certificado*
*de*
*Reconocimiento*

*Otorgado A:*

*Elba Sisco Rodríguez*

*Por su excelente labor en beneficio de nuestros niños.*
*Hoy queremos agradecer su dedicación, amor y entrega*
*en su tarea de día a día para con todos.*
*Gracias - Felicidades*

*Dado hoy 9 de octubre de 2003*
*en la*
*Escuela de la Comunidad Eugenio María de Hostos*
*Ponce, Puerto Rico*

Madeline Vélez
Directora

Magaly Reyes
Maestra - Líder Nutrition Team



Certificado de Excelencia

"Gracias a tu gran trabajo e interés en el Comedor Escolar"

Otorgado A:

Elba Pico Rodríguez

Escuela Eugenio María de Hostos

14 de octubre de 2004

Directora

One Hundred and Forty-Seventh Omnibus Objection
Exhibit A - Deficient

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 284 | SILVA SANTIAGO, MIRTA HC-37 BOX 9037 GUANICA, PR 00653 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 165130 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 285 | SILVA VEGA, KARVIN URB. LA SALAMANCA, CALLE VALLADOLIT #258 SAN GERMAN, PR 00683 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 115661 | $ 11,400.00* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 286 | SILVA, EVELYN HC-10 BOX 8083 SABANA GRANDE, PR 00637 | 7/5/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 137651 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 287 | SILVESTRINI BEAGGI, SONIA I #13 CALLE MUNOZ RIVERA YAUCO, PR 00698 | 7/18/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 142306 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 288 | SISCO RODRIGUEZ, ELBA 3428 CALLE TROPICAL DEL VILLA CARMEN PONCE, PR 00716-2259 | 6/6/2017 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 166336 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 289 | SIVERIO ORTA, ISABEL BOX 2955 ARECIBO, PR 00613 | 7/2/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 147868 | $ 7,200.00 |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 290 | SOBERAL MARTINEZ, MILAGROS O-17, CALLE JAZMIN, VILLA SERENA ARECIBO, PR 00612-3330 | 7/5/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 150289 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

**Prime Clerk**
830 Third Ave, 9th Floor
New York, NY 10022

In re Commonwealth of Puerto Rico
Case No. 17-03283
United States Bankruptcy Court for the District of Puerto Rico (San Juan)

**PRIME CLERK RECEIVED YOUR
PROOF OF CLAIM.**

Date Filed: 6/6/2017
Proof of Claim No.: 166336

For additional information, please visit
**http://cases.primeclerk.com/puertorico**, or
call us at **844.822.9231**.

Elba  Sisco Rodriguez
3428 Calle Tropical Del Villa Carmen
Ponce, PR 00716-2259