Secretaria (Clerks Office)
Tribunal de Distrito de los
Estados Unidos
#150 Chardon Avenue
Federal Building
San Juan Puerto Rico 00918

Deudor: Commonwealth of Puerto Rico
Número du procedimiento: 17 BK 3283-LTS
Centésima Trigésima Objeción Global
Nº de Reclamación: 147254

El Tribunal no debe desestimar el caso ya que como empleada de gobierno no recibí el aumento salarial.

Adanelly Pagán Méjias
Urb. Los Caobos
2187 Calle Naranjo
Ponce P-R-00716
Tel. 787-509-3329
paganadanelly@yahoo.com