Adanelly Pagán Mejías
Urb. Los Caobos 2187
Calle Naranjo
Ponce P.R. 00716



RECEIVED & FILED
2020 FEB 13 PM 5:52
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico · 00918-1767