RECEIVED
2020 FEB 13 PM 5:
U.S. BANKRUPTCY
SAN JUAN, PR

A quién pueda Interesarse:
Luisa Rivera SANTOS
Parcela nueva 243
Calle Lauriano Lopez
yauco P.R. 00698

ESTas leTra es para Informales:
que Todos los de gumentos de las evidencia
se perdierro con el temporaly Tambien
Con gustos y de Tembores.
yo reglamo ley Romeraso uniforme

$ CanTidad    80.000,00

Gracia.