Luz A. Rivera Santos
Parcelas Nuevas
243 Calle Laureano Lopez
Yauco P.R. 00698



Secretaria (office Clerk)
Tribunal de Distrito de Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767

U.S. DISTRICT COURT
CLERK'S OFFICE
SAN JUAN, P.R.

2020 FEB 13 PM 5:49

RECEIVED & FILED