| IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT. |
|---|

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| LANDRON RIVERA, LILLIAN | 56039 | 6/27/18 | Commonwealth of Puerto Rico | $5,000.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

| SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE. |
|---|

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| LANDRON RIVERA, LILLIAN | 56039 | 6/27/18 | Commonwealth of Puerto Rico | $5,000.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Lillian Landron Rivera**, con número de seguro social que termina en **3424**.

| | |
|---|---:|
| Fecha de Efectividad de la Pensión | 1 de julio de 2013 |
| Tiempo Cotizado para la Pensión | 30 años, 6 mes, 0 sem., 1.49 días |
| Pensión Mensual Inicial | $2,028.75 |
| Pensión Mensual Actual | $2,028.75 |

Esta certificación se expide hoy, **11 de febrero de 2020** en **San Juan, Puerto Rico**.

Edgardo J. Negrón Ramírez
Supervisor
Área de Servicios de Retiro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879



**SRM**
Sistema de Retiro para Maestros
Gobierno de Puerto Rico
*Protegemos la Aportación al Futuro*

787.777.1414  787.764.6910  www.srm.pr.gov

| | | |
|---|---|---|
| SHR_INOM_SRM | SISTEMA DE RETIRO PARA MAESTROS | 15-08-2013 |
| | Sistema de Aportaciones y Beneficios Integrados | 11:38:11 AM |
| NUM CASO: 213 | PAGO DE PENSION INGRESO A NOMINA | Página: 1 |

| | | |
|---|---|---|
| SEGURO SOCIAL -3424 | NUMERO SOLICITUD | 664209 |
| NOMBRE   LILLIAN LANDRON RIVERA | FECHA RADICACION | 30-07-2013 |
| DIRECCION   URB MARIA DEL CARMEN | PENSION AÑOS DE SERVICIO / MERITO | |
| L2 CALLE 7 | FECHA NACIMIENTO   EDAD 62.82 | SEXO F |
| COROZAL, PR   00783 | | |

| | PAGO GLOBAL | MENSUAL | ANUAL |
|---|---|---|---|
| INGRESO A NOMINA: 15-09-2013 | | | |
| FECHA EFECTIVIDAD: 01-06-2013 | | | |
| SERVICIOS ACREDITADOS:   30   6   0   1.49 | $6,086.25 | $2,028.75 | |
| Años Meses Sem Días   AUMENTO POR LEY: | | $0.00 | |
| COSTO ANUALIDAD: $62,992.82 | | | |
| SALARIO PROMEDIO: $2,705.00 | | | |
| RETROACTIVO: 01-06-2013 AL 31-08-2013 | | | |
| IMPORTE TOTAL (BRUTO) | $6,086.25 | $2,028.75 | $24,345.00 |

| CONCEPTO | CLAVE | DESCUENTO | DESCUENTO |
|---|---|---|---|
| PENSION PAGADA | | $0.00 | $0.00 |
| PRESTAMOS: PERSONAL (PP) | 47-000 | $0.00 | $0.00 |
| CULTURAL (PC) | 46-000 | $0.00 | $0.00 |
| HIPOTECARIO (PH) | 36-000 | $0.00 | $0.00 |
| FINANZAS | 67-059 | $0.00 | $0.00 |
| INSUFICIENCIA EN APORTACION | | $0.00 | $0.00 |
| APORT. IND. 9% Cese:_____ | 26-001 | $0.00 | $0.00 |
| OTROS | | $0.00 | $0.00 |
| TOTAL DESCUENTO | | $0.00 | $0.00 |
| NETO | | $6,086.25 | $2,028.75 |

BONOS   NAVIDAD (BNP): $0.00    VERANO (PBV): $100.00    MEDICAMENTO (PBM): $100.00

| | | FECHA: |
|---|---|---|
| COMPUTADO POR: | | |
| INTERVENIDO POR: | | FECHA: |
| SUPERVISOR (PENSIONES): | | FECHA: |
| DIRECTOR: | | FECHA: |
| INGRESADO A NOMINA POR: | | FECHA: |
| Mes: 9   ☐ 1ra ☐ 2da | | |
| PAGO GLOBAL POR: | | FECHA: |
| Mes: _____   ☐ 1ra ☐ 2da   ☐ Off Cycle  ☐ Pay Line | | |
| SUPERVISOR (NOMINA) | | FECHA: |

AREA DE RETIRO
DOCUMENTOS PREINTERVENIDOS
AUG 1 5 2013
NOMBRE
FIRMA:

| Gobierno de Puerto Rico | | | Grupo de Pago: | SM -Quincenal | Business Unit: PUERT | |
|---|---|---|---|---|---|---|
| 592 - SISTEMA DE RETIRO MAESTRO-PENS | | | Desde: | 01/01/2020 | Aviso #: | 5564510 |
| | | | Hasta: | 01/15/2020 | Fecha Aviso: | 01/15/2020 |

| | | | |
|---|---|---|---|
| LILLIAN LANDRON RIVERA | # Empleado: XXXXX3424 | DATA IMP: Federal PR | |
| URB MARIA DEL CARMEN | Dept: 592160-ANOS SERVICIO LEY91 2004 | Estado Civil: Married Married | |
| L 2 CALLE 7 | Lugar: A/OS SERVICIO LEY 91 | Concesiones: 0 39 + 99 | |
| COROZAL, PR 00783 | Titulo: Pensionado | Pct. Adcl.: | |
| SS: XXX-XX-3424 | Sueldo: $2,028.75 Monthly | Cant. Adcl.: | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente | | Acumulado | | IMPUESTOS | | |
|---|---|---|---|---|---|---|---|---|
| | | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | | 1,014.38 | 82.50 | 1,014.38 | | | |
| Total: | | | 1,014.38 | 82.50 | 1,014.38 | Total: | 0.00 | 0.00 |

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| | | | AS-ASOC PENSIONADOS | 1.00 | 1.00 | | | |
| Total: | 0.00 | 0.00 | Total: | 1.00 | 1.00 | * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 1,014.38 | 0.00 | 1.00 | 1,013.38 |
| Acumulado: | 1,014.38 | 0.00 | 1.00 | 1,013.38 |

### PTO HORAS ACUM / DISTRIBUCION PAGA NETA

| PTO HORAS | ACUM | | |
|---|---|---|---|
| Balance Inicial: | 0.0 | Aviso #5564510 | 1,013.38 |
| + Acumulado: | | | |
| - Utilizado: | | Total: | 1,013.38 |
| - Donada: | | | |
| + Ajustes: | | | |
| Balance Final: | 0.0 | | |

MENSAJE:

---

Gobierno de Puerto Rico  
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha  
01/15/2020

Aviso No.  
5564510

Cant. Desposito: ___$1,013.38___

A la  
Cuenta(s) De

LILLIAN LANDRON RIVERA  
URB MARIA DEL CARMEN  
L 2 CALLE 7  
COROZAL, PR 00783

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | | $1,013.38 |
| Total: | | $1,013.38 |

## NO-NEGOCIABLE

# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

**ATT: LEY PROMESA**

11 de febrero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | LILLIAN LANDRON RIVERA |
| Seguro Social | : | 3424 |
| Categoría | : | MA. EDUCACION TEMPRANA - NIVEL ELEMENTAL (K-3) |
| Distrito Escolar | : | COROZAL_ |
| Sueldo Mensual | : | $2,705.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 31 de mayo de 2013 |
| Otros | : | Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de (28) años, (6) meses, (1) semana y (4) días. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

Número de Evidencia de Reclamación: 56626
Reclamante: Lillian Landrau

# INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

## Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación.

Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

## Cuestionario

1. ¿Cuál es el fundamento de su reclamación?

    ☑ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

    ☐ Empleo actual o anterior en el gobierno de Puerto Rico

    ☑ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.) Para el año 1984 al 2013 no fueron otorgados un aumento de $100.00. Ley 89

2. ¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):

    El monto de mi reclamación es de $5,000.00 aproximadamente.

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐ No. *Pase a la Pregunta 4.*
   - ☒ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó: Departamento de Educacion

3(b). Identifique las fechas de su empleo con relación a su reclamación: Desde el año 1984 hasta el 2013 Ley 89

3(c). Últimos cuatro dígitos de su número de seguro social: 3424

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☐ Jubilación
   - ☒ Salarios impagos
   - ☐ Días por enfermedad
   - ☐ Queja con el sindicato
   - ☐ Vacaciones
   - ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario). Para el año 1984-85 le fueron otorgado a los maestros un aumento de $100.00 por el gobernador incumbente para ese año el Hon. Romero Barceló el cual no fueron honrado. Por esa razón hago la reclamacion.

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ☐ No.
   - ☒ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción. El Estado Libre Asociado de P.R.

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución: Tribunal de Distrito de los Estados Unidos para el Distrito de P.R. Federal Building 150 Carlos Chardón Street San Juan P.R. 00918-1813

4(c). Número de caso: 17 BK 03283 LTS

4(d). Título, epígrafe, o nombre del caso: Título III Promesa

2

Número de Evidencia de Reclamación: _____
Reclamante: Lillian Landrón Rivera

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):
   El caso está pendiente de resolución

4(f). ¿Tiene usted una sentencia impaga? (Sí)/ No (Marque una)

   De ser así, ¿cuál es la fecha y el monto de la sentencia?

   Desde el año 1984 al 2013. El monto de $5,000.00 apróximadamente.

3