Lillian Landrón Rivera
Urb. Maria Del Carmen
L-2 Calle 7
Corozal, P.R. 00783

Clerks Office
United States Distric Court
Room 150 Federal Building
San Juan, P.R. 00918-1767