**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|------|---------|------------|--------|------------------------|
| Landrón Rivera, Lillian | 54024 | 6/27/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $75,000.00 |
| Reason: | | | Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|--------|--------------------|-----------------------|--------|----------------------------------|
| Landrón Rivera, Lillian | 54024 | 6/27/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $75,000.00 |
| Base para: | | | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.  **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m.  (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.  **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Lillian Landron Rivera**, con número de seguro social que termina en **3424**.

| | |
|---|---|
| Fecha de Efectividad de la Pensión | 1 de julio de 2013 |
| Tiempo Cotizado para la Pensión | 30 años, 6 mes, 0 sem., 1.49 días |
| Pensión Mensual Inicial | $2,028.75 |
| Pensión Mensual Actual | $2,028.75 |

Esta certificación se expide hoy, **11 de febrero de 2020** en **San Juan**, **Puerto Rico**.

**Edgardo J. Negrón Ramírez**
Supervisor
Área de Servicios de Retiro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

📞 787.777.1414    📠 787.764.6910    www.srm.pr.gov



**SRM**
Sistema de Retiro para Maestros
Gobierno de Puerto Rico
Protegemos la Aportación al Futuro

| SHR_INOM_SRM | SISTEMA DE RETIRO PARA MAESTROS | 15-08-2013 |
|---|---|---|
| | Sistema de Aportaciones y Beneficios Integrados | 11:38:11 AM |
| NUM CASO: 21 3 | PAGO DE PENSION INGRESO A NOMINA | Página: 1 |

| | | NUMERO SOLICITUD | 664209 |
|---|---|---|---|
| SEGURO SOCIAL | | FECHA RADICACION | |
| NOMBRE | LILLIAN LANDRON RIVERA | | 30-07-2013 |
| DIRECCIÓN | URB MARIA DEL CARMEN | PENSION AÑOS DE SERVICIO / MERITO | |
| | L2 CALLE 7 | FECHA NACIMIENTO | |
| | COROZAL, PR          00783 | EDAD 62.82   SEXO F |

|  |  | PAGO GLOBAL | MENSUAL | ANUAL |
|---|---|---|---|---|
| INGRESO A NOMINA: 15-09-2013 | | | | |
| FECHA EFECTIVIDAD: 01-06-2013 | | | | |
| SERVICIOS ACREDITADOS:    30    6    0   1.49 | | $6,086.25 | $2,028.75 | |
| Años Meses Sem Días    AUMENTO POR LEY: | | | $0.00 | |
| COSTO ANUALIDAD:   $62,992.82 | | | | |
| SALARIO PROMEDIO:   $2,705.00 | | | | |
| RETROACTIVO:   01-06-2013  AL  31-08-2013 | | | | |
| IMPORTE TOTAL (BRUTO) | | $6,086.25 | $2,028.75 | $24,345.00 |

| CONCEPTO | CLAVE | DESCUENTO | DESCUENTO |
|---|---|---|---|
| PENSION PAGADA | | $0.00 | $0.00 |
| PRÉSTAMOS PERSONAL (PP ) | 47-000 | $0.00 | $0.00 |
| CULTURAL (PC ) | 45-000 | $0.00 | $0.00 |
| HIPOTECARIO (PH ) | 36-000 | $0.00 | $0.00 |
| FINANZAS | 67-059 | $0.00 | $0.00 |
| INSUFICIENCIA EN APORTACION | | $0.00 | $0.00 |
| APORT. IND. 9%  Cese:_____ | 28-001 | $0.00 | $0.00 |
| OTROS | | $0.00 | $0.00 |
| TOTAL DESCUENTO | | $0.00 | $0.00 |
| NETO | | $6,086.25 | $2,028.75 |

9-1/20/3

BONOS    NAVIDAD (BNP): $0.00       VERANO (PBV): $100.00    MEDICAMENTO (PBM): $100.00

| COMPUTADO POR: | FECHA: | |
|---|---|---|
| INTERVENIDO POR: | FECHA: | AREA DE RETIRO |
| SUPERVISOR (PENSIONES): | FECHA: | DOCUMENTOS PREINTERVENIDOS |
| DIRECTOR : | FECHA: | |
| INGRESADO A NOMINA POR: | FECHA: | AUG 1 5 2013 |
| Mes:____  ☐ 1ra ☐ 2da | | NOMBRE:___ |
| PAGO GLOBAL POR: | FECHA: | FIRMA:___ |
| Mes:____  ☐ 1ra ☐ 2da  Off Cycle  Pay Line | | |
| SUPERVISOR (NOMINA): | FECHA: | |

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 01/16/2020 |
| Hasta: | 01/31/2020 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | 5821459 |
| Fecha Aviso: | 01/30/2020 |

LILLIAN LANDRON RIVERA
URB MARIA DEL CARMEN
L 2 CALLE 7
COROZAL, PR 00783
SS: XXX-XX-3424

| | |
|---|---|
| # Empleado: | XXXXX3424 |
| Dept: | 592160-ANOS SERVICIO LEY91 2004 |
| Lugar: | A/OS SERVICIO LEY 91 |
| Titulo: | Pensionado |
| Sueldo: | $2,028.75 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| | | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 1,014.38 | 172.50 | 2,028.76 |
| Total: | | 1,014.38 | 172.50 | 2,028.76 | |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| | | |
| Total: | 0.00 | 0.00 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| | | |
| Total: | 0.00 | 0.00 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AS-ASOC PENSIONADOS | 1.00 | 2.00 |
| Total: | 1.00 | 2.00 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-MMM LEY 117 | 100.00 | 100.00 |

* Tributable

| TOTAL BRUTO | | TOTAL IMPUESTOS | | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,014.38 | | 0.00 | 1.00 | 1,013.38 |
| Acumulado: | 2,028.76 | | 0.00 | 2.00 | 2,026.76 |

| FTO HORAS | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

| DISTRIBUCION PAGA NETA | |
|---|---|
| Aviso #5821459 | 1,013.38 |
| Total: | 1,013.38 |

MENSAJE:

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
01/30/2020

Aviso No.
5821459

Cant. Desposito:    **$1,013.38**

A la
Cuenta(s) De

LILLIAN LANDRON RIVERA
URB MARIA DEL CARMEN
L 2 CALLE 7
COROZAL, PR 00783

| DISTRIBUCION DE DEPOSITO DIRECTO | | |
|---|---|---|
| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| Savings | | $1,013.38 |
| Total: | | $1,013.38 |

## NO-NEGOCIABLE

**DEPARTAMENTO DE EDUCACIÓN**
GOBIERNO DE PUERTO RICO

## DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

**ATT: LEY PROMESA**

11 de febrero de 2020

# C E R T I F I C A C I O N

| | | |
|---|---|---|
| Certifico que | : | LILLIAN LANDRON RIVERA |
| Seguro Social | : | |
| Categoría | : | MA. EDUCACION TEMPRANA - NIVEL ELEMENTAL (K-3) |
| Distrito Escolar | : | COROZAL_ |
| Sueldo Mensual | : | $2,705.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 31 de mayo de 2013 |
| Otros | : | Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de (28) años, (6) meses, (1) semana y (4) días. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

### Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar <u>más</u> información de la que se incluye en la evidencia de reclamación inicial**. A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación.

Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com. o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### Cuestionario

1. ¿Cuál es el fundamento de su reclamación?

   - ☒ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

   - ☐ Empleo actual o anterior en el gobierno de Puerto Rico

   - ☒ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.) Pagos pendientes que no fueron otorgados desde 1984 hasta 2013 Ley 89

2. ¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):

   El monto de mi reclamación es de $75,000 aproximadamente

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?

☐ No. *Pase a la Pregunta 4.*

☒ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó:

Departamento de Educación

3(b). Identifique las fechas de su empleo con relación a su reclamación:

Desde el año 1984 hasta el 2013   Ley 89

3(c). Últimos cuatro dígitos de su número de seguro social:   3424

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):

☐ Jubilación

☒ Salarios impagos

☐ Días por enfermedad

☐ Queja con el sindicato

☐ Vacaciones

☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario). Para el año 1984-85 se le fueron otorgado a los maestros un aumento de $10000 por el gobernador incumbente para ese año el Hon. Romero Barceló el cual no fueron honrado. Por esa razón hago la reclamación

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?

☐ No.

☒ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción.

Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado P.R.

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución: Federal Building, 150 Carlos Chardón Street, San Juan P.R. 00918

Tribunal de Distrito de los Estados Unidos para el Distrito de P.R.

4(c). Número de caso:   54024 reclamación Num. 17 BK 03566-LTS

4(d). Título, epígrafe, o nombre del caso:

Título III. Promesa - Num. 17 BK 03566-LTS

2

*Reclamante:* Lillian Landro

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):

_El caso está pendiente de resolución_

4(f). ¿Tiene usted una sentencia impaga? (Sí) / No (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?

_Desde el año 1984 al 2013. El monto es de $75,000.00 aproximadamente._