Lillian Landrón Rivera
Urb. Maria Del Carmen
L-2 Calle 7
Corozal, P.R. 00783

U.S. POSTAGE PAID
FCM LG ENV
COROZAL, PR
00783
FEB 12, 20
AMOUNT
$1.60
R2305P150747-10

Clerks Office
United States Distric Court
Room 150 Federal Building
San Juan, P.R. 00918-1767

RECEIVED & FILED
2020 FEB 13 PM 5:49
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.