13 de febrero de 202[0]
Isabela, P.R.

Para: Prime Clerk
Grand Central Station P.O. Box 4850
New York N.Y. 10163-4850

De: Dionisio Rosaly Perena
Reparti Duran #6120
Isabela P.R. 00062

Un saludo Cordial. Adjunto evidencia de talonarios conteniendo información personal y otras evidencias para proceder con mi caso. Justificaciones que aplican para el pago de la promesa III en mi caso específicamente, El convenio 20 Ley 89, la ley 51 de Sila Calderón, Ley 164, Ley 180 incentivos por pases del Departamento de Educación de P.R. que no se me pagaron.

Atentamente,
Dionisio Rosaly Perena