Número de Evidencia de Reclamación:
Reclamante:

# INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

**Instrucciones**

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación.

Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| **Por Correo** | **Entrega en Mano o Service de Correo Postal de 24 Horas** |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

## Cuestionario

1. **¿Cuál es el fundamento de su reclamación?**

   [X] Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

   [ ] Empleo actual o anterior en el gobierno de Puerto Rico

   [ ] Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

   _____

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**

   más dividendos 5000.00 no se

Número  
Reclamante: _____ Evidencia de Reclamación: _____

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐ No. *Pase a la Pregunta 4.*
   - ☒ Sí. **Responda preguntas 3(a)-(d).**

   3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó: _Departamento de Educación de P.R._

   3(b). Identifique las fechas de su empleo con relación a su reclamación: _No tengo fechas extas ya que trabaje por un periodo de 32 años_

   3(c). Últimos cuatro dígitos de su número de seguro social: _2413_

   3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☐ Jubilación
   - ☐ Salarios impagos
   - ☐ Días por enfermedad
   - ☐ Queja con el sindicato
   - ☐ Vacaciones
   - ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).
   _Paso que concedio el departento de Educación que no me pagaron_

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ☐ No.
   - ☒ Sí. **Responda Preguntas 4(a)-(f).**

   4(a). Identifique el departamento o agencia que es parte de esta acción: _Departamento de Educación de P.R._

   4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución: _In re Commonwealth of Puerto Rico Case No 17-03283_

   4(c). Número de caso: _17-03283_

   4(d). Título, epígrafe, o nombre del caso: _Promesa III Title III # 17 BK 3283-LTS_

2

*Número de Evidencia de Reclamación:*
*Reclamante:* Montosa III

# 17 BX 3283 - LTS

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):

Pendiente de resolución

4(f). ¿Tiene usted una sentencia impaga? (Sí) / No (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?

_____

3

| Gobierno de Puerto Rico | | | | Grupo de Pago: | SM -Quincenal | Business Unit: PUERT | |
|---|---|---|---|---|---|---|---|
| 592 - SISTEMA DE RETIRO MAESTRO-PENS | | | | Desde: | 04/01/2018 | Aviso #: | 4173326 |
| | | | | Hasta: | 04/15/2018 | Fecha Aviso: | 04/13/2018 |
| **DIONISIO ROSALY GERENA** | | | # Empleado: | XXXXX2413 | | DATA IMP: | Federal | PR |
| REPTO DURAN | | | Dept: | 592160-ANOS SERVICIO LEY91 2004 | | Estado Civil: | Married | Married |
| 6120 CALLE CIPRES | | | Lugar: | A/OS SERVICIO LEY 91 | | Concesiones: | 0 | 39 +99 |
| ISABELA PR 00662-3252 | | | Titulo: | Pensionado | | Pct. Adcl.: | | |
| SS: XXX-XX-2413 | | | Sueldo: | $1,911.05 Monthly | | Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 955.53 | 562.50 | 6,688.71 |
| Total: | | | 955.53 | 562.50 | 6,688.71 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-MCS Advantage | 0.00 | 100.00 |
| SM-TRIPLE-S ADVANTAGE | 0.00 | 297.00 |

* Tributable

| TOTAL BRUTO | | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 955.53 | 0.00 | 0.00 | 955.53 |
| Acumulado: | 6,688.71 | 0.00 | 0.00 | 6,588.71 |

| PTO HORAS | ACUM | | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|
| Balance Inicial: | 0.0 | | Aviso #4173326 | 955.53 |
| + Acumulado: | | | Total: | 955.53 |
| - Utilizado: | | | | |
| - Donada: | | | | |
| + Ajustes: | | | | |
| Balance Final: | 0.0 | | | |

MENSAJE:

---

**Gobierno de Puerto Rico**  
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha  
04/13/2018

Aviso No.  
4173326

Cant. Deposito: ___$955.53___

TRAY 3 SQ 718****************SCH 5-DIGIT 00602    718 2 AV 0.378  
DIONISIO ROSALY GERENA  
REPTO DURAN  
6120 CALLE CIPRES  
ISABELA PR 00662-3252

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | 083309187 | $955.53 |
| Total: | | $955.53 |

**NO-NEGOCIABLE**

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 04/16/2018 |
| Hasta: | 04/30/2018 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | 4312374 |
| Fecha Aviso: | 04/27/2018 |

**DIONISIO ROSALY GERENA**
REPTO DURAN
6120 CALLE CIPRES
ISABELA PR 00662-3252
SS: XXX-XX-2413

| | |
|---|---|
| # Empleado: | XXXXX2413 |
| Dept: | 592160-ANOS SERVICIO LEY91 2004 |
| Lugar: | A/OS SERVICIO LEY 91 |
| Titulo: | Pensionado |
| Sueldo: | $1,911.05 Monthly |

| | | | |
|---|---|---|---|
| DATA IMP: | | Federal | PR |
| Estado Civil: | | Married | Married |
| Concesiones: | | 0 | 39 +99 |
| Pct. Adcl.: | | | |
| Cant. Adcl.: | | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 955.53 | 645.00 | 7,644.24 |
| **Total:** | | | 955.53 | 645.00 | 7,644.24 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-TRIPLE-S ADVANTAGE | 99.00 | 396.00 |
| SM-MCS Advantage | 0.00 | 100.00 |
| * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 955.53 | 0.00 | 0.00 | 955.53 |
| Acumulado: | 7,644.24 | 0.00 | 0.00 | 7,544.24 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #4312374 | 955.53 |
| Total: | 955.53 |

MENSAJE:

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
04/27/2018

Aviso No.
4312374

Cant. Deposito: $955.53

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | 083309187 | $955.53 |
| | Total: | $955.53 |

TRAY 3 SQ 718****************SCH 5-DIGIT 00602   718 2 AV 0.378
DIONISIO ROSALY GERENA
REPTO DURAN
6120 CALLE CIPRES
ISABELA PR 00662-3252

**NO-NEGOCIABLE**

| Gobierno de Puerto Rico | | | Grupo de Pago: | SM -Quincenal | Business Unit: | PUERT |
|---|---|---|---|---|---|---|
| 592 - SISTEMA DE RETIRO MAESTRO-PENS | | | Desde: | 05/16/2018 | Aviso #: | 4943371 |
| | | | Hasta: | 05/31/2018 | Fecha Aviso: | 05/30/2018 |

| | | | |
|---|---|---|---|
| **DIONISIO ROSALY GERENA** | # Empleado: XXXXX2413 | DATA IMP: Federal | PR |
| REPTO DURAN | Dept: 592160-ANOS SERVICIO LEY91 2004 | Estado Civil: Married | Married |
| 6120 CALLE CIPRES | Lugar: A/OS SERVICIO LEY 91 | Concesiones: 0 | 39 +99 |
| ISABELA PR 00662-3252 | Titulo: Pensionado | Pct. Adcl.: | |
| SS: XXX-XX-2413 | Sueldo: $1,911.05 Monthly | Cant. Adcl.: | |

### HORAS E INGRESOS / IMPUESTOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 955.53 | 817.50 | 9,555.30 | | | |
| Total: | | | 955.53 | 817.50 | 9,555.30 | Total: | 0.00 | 0.00 |

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| | | | | | | SM-TRIPLE-S ADVANTAGE | 99.00 | 495.00 |
| | | | | | | SM-MCS Advantage | 0.00 | 100.00 |
| Total: | 0.00 | 0.00 | Total: | 0.00 | 0.00 | * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | | | | |
|---|---|---|---|---|
| Corriente: | 955.53 | 0.00 | 0.00 | 955.53 |
| Acumulado: | 9,555.30 | 0.00 | 0.00 | 9,455.30 |

**PTO HORAS ACUM**
Balance Inicial: 0.0
+ Acumulado:
- Utilizado:
- Donada:
+ Ajustes:
Balance Final: 0.0

**DISTRIBUCION PAGA NETA**
Aviso #4943371  955.53
Total:  955.53

**MENSAJE:**

---

Gobierno de Puerto Rico
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
05/30/2018

Aviso No.
4943371

Cant. Deposito:  $955.53

| DISTRIBUCION DE DEPOSITO DIRECTO | | |
|---|---|---|
| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| Checking | 083309187 | $955.53 |
| Total: | | $955.53 |

TRAY 3 SQ 718*****************SCH 5-DIGIT 00602  718 2 AV 0.378
DIONISIO ROSALY GERENA
REPTO DURAN
6120 CALLE CIPRES
ISABELA PR 00662-3252

**NO-NEGOCIABLE**

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 05/01/2018 |
| Hasta: | 05/15/2018 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | 4686516 |
| Fecha Aviso: | 05/14/2018 |

**DIONISIO ROSALY GERENA**
REPTO DURAN
6120 CALLE CIPRES
ISABELA PR 00662-3252
SS: XXX-XX-2413

| | |
|---|---|
| # Empleado: | XXXXX2413 |
| Dept: | 592160-ANOS SERVICIO LEY91 2004 |
| Lugar: | A/OS SERVICIO LEY 91 |
| Titulo: | Pensionado |
| Sueldo: | $1,911.05 Monthly |

| | | |
|---|---|---|
| DATA IMP: | Federal | PR |
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 955.53 | 727.50 | 8,599.77 |
| Total: | | | 955.53 | 727.50 | 8,599.77 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-MCS Advantage | 0.00 | 100.00 |
| SM-TRIPLE-S ADVANTAGE | 0.00 | 396.00 |

* Tributable

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 955.53 | 0.00 | 0.00 | 955.53 |
| Acumulado: | 8,599.77 | 0.00 | 0.00 | 8,499.77 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #4686516 | 955.53 |
| Total: | 955.53 |

MENSAJE:

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
05/14/2018

Aviso No.
4686516

Cant. Deposito: $955.53

TRAY 3 SQ 718*****************SCH 5-DIGIT 00602   718 2 AV 0.378
DIONISIO ROSALY GERENA
REPTO DURAN
6120 CALLE CIPRES
ISABELA PR 00662-3252

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | 083309187 | $955.53 |
| | Total: | $955.53 |

**NO-NEGOCIABLE**

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 06/01/2018 |
| Hasta: | 06/15/2018 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | 5199484 |
| Fecha Aviso: | 06/15/2018 |

**DIONISIO ROSALY GERENA**
REPTO DURAN
6120 CALLE CIPRES
ISABELA PR 00662-3252
SS: XXX-XX-2413

| | |
|---|---|
| # Empleado: | XXXXX2413 |
| Dept: | 592160-ANOS SERVICIO LEY91 2004 |
| Lugar: | A/OS SERVICIO LEY 91 |
| Titulo: | Pensionado |
| Sueldo: | $1,911.05 Monthly |

| | Federal | PR |
|---|---|---|
| DATA IMP: | | |
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 955.53 | 900.00 | 10,510.83 |
| Total: | | | 955.53 | 900.00 | 10,510.83 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-MCS Advantage | 0.00 | 100.00 |
| SM-TRIPLE-S ADVANTAGE | 0.00 | 495.00 |

* Tributable

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 955.53 | 0.00 | 0.00 | 955.53 |
| Acumulado: | 10,510.83 | 0.00 | 0.00 | 10,410.83 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5199484 | 955.53 |
| Total: | 955.53 |

MENSAJE:

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
06/15/2018

Aviso No.
5199484

Cant. Deposito: $955.53

TRAY 3 SQ 718*****************SCH 5-DIGIT 00602   718 2 AV 0.378
DIONISIO ROSALY GERENA
REPTO DURAN
6120 CALLE CIPRES
ISABELA PR 00662-3252

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | 083309187 | $955.53 |
| Total: | | $955.53 |

**NO-NEGOCIABLE**

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 06/16/2018 |
| Hasta: | 06/30/2018 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | 5424515 |
| Fecha Aviso: | 06/29/2018 |

**DIONISIO ROSALY GERENA**
REPTO DURAN
6120 CALLE CIPRES
ISABELA PR 00662-3252
SS: XXX-XX-2413

| | |
|---|---|
| # Empleado: | XXXXX2413 |
| Dept: | 592160-ANOS SERVICIO LEY91 2004 |
| Lugar: | A/OS SERVICIO LEY 91 |
| Titulo: | Pensionado |
| Sueldo: | $1,911.05 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 955.53 | 975.00 | 11,466.36 |
| Total: | | | 955.53 | 975.00 | 11,466.36 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-TRIPLE-S ADVANTAGE | 99.00 | 594.00 |
| SM-MCS Advantage | 0.00 | 100.00 |

* Tributable

### TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA

| | Corriente | Acumulado |
|---|---|---|
| TOTAL BRUTO | 955.53 | 11,466.36 |
| TOTAL IMPUESTOS | 0.00 | 0.00 |
| DEDUCCIONES TOTALES | 0.00 | 0.00 |
| PAGA NETA | 955.53 | 11,366.36 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5424515 | 955.53 |
| Total: | 955.53 |

MENSAJE:

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
06/29/2018

Aviso No.
5424515

Cant. Deposito: $955.53

TRAY 3 SQ 718****************SCH 5-DIGIT 00602    718 2 AV 0.378
DIONISIO ROSALY GERENA
REPTO DURAN
6120 CALLE CIPRES
ISABELA PR 00662-3252

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | 083309187 | $955.53 |
| Total: | | $955.53 |

**NO-NEGOCIABLE**