Dionisio Rosaly Peña
Rep. Dueñas 6130
Calle Cipres Isabela.
P.R. 00662

RECEIVED & FILED
2020 FEB 13 PM 5:56
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Para: Secretaria Clerk's Office
Tribunal del Distrito de los Estados Unidos
Room 150 Federal Building
San Juan P.R. 00918-1767