Radicacion de replica (Objecion)

PROMESA TITULO III   No.17   03283

Numero de reclamacion: 150343-9900

Nombre: Carlos L. Lopez Padilla
Direccion Postal: HC71 BUZÓN 3350 Naranjito, P.R. 00719
Direccion Residencial: Bo. Cedro Abajo, Carr 152-Ramal 811 Km 0.2 Naranjito, Puerto Rico

Num. de contacto: 787(374-7096)
   Tel.          Cel.
Correo electronico: sandunguinho@gmail.com

Epigrafe: Re: Financial Oversight and management Board of Puerto Rico
   Ver anejo 1 (Informacion del caso)

Razon para la Objecion:   Explicación de porque no se completó la objeción

Documentacion justificativa: Ver anejos

1. Estado de cuenta estimado (Adm. de los Sistemas de Retiro)

2. Certificacion de aportaciones (Adm. de los Sistemas de Retiro)

3. Certificacion de empleo (Departamento de la Familia)

4. Copia listado de Objecion Global- Anexo A

   (Donde se incluye informacion sobre la reclamacion)

5. Otros: Cualquier otra evidencia que tengas

RECEIVED & FILED 2020 FEB 13 PM 5:50 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.

14 enero 2020.

A quien corresponda:

    Solicito a que se proceda a realizar el ajuste salarial y que se ratifique la demanda.

*[firma: Carlos L. López Castell]*