Carlos L. Lopez Padilla
HC 71 Box 3350
Naranjito, Puerto Rico
00719

U.S. POSTAGE PAID
FCM LG ENV
NARANJITO, PR
00719
FEB 12, 20
AMOUNT
$1.60
R2305E125737-9

Secretaria
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
Ave Carlos Chardón STE 150
San Juan, Puerto Rico
00918-1767