3 febrero 2020

Por este medio solicito que se realice el reclamo del ajuste salarial y que se ratifique la demanda.

Sra. Wanda Rivera Berríos



28-enero-2020

Por éste medio notifico que se envían los últimos 2 talonarios de empleo ya que la oficina regional de la agencia ADSEF para la cual trabajo, no está operando ya que sufrió daños en el terremoto a principios de enero 2020.

