

mi RETIRO

Portal de Servicios en Línea de la Administración de los Sistemas de Retiro de los Empleados de Gobierno y la Judicatura

## Información General

### WANDA RIVERA BERRIOS (493861)

| | |
|---|---|
| Agencia: | ADMINISTRAC DESARROLLO SOCIAL ECONOMICO |
| Sistema de Retiro: | EMPLEADO DE GOBIERNO (ELA) |
| Fecha de Ingreso: | 01-JUL-2008 |
| Años en Servicio: | 14 |
| Sueldo Bruto: | $1,341.00 |
| Sueldo Neto: | $892.82 |
| Balance Aportaciones*: | $19,568.04 |
| Aportaciones Ley 106 **: | $3,489.00 |

\* El balance de la Aportación Individual reflejado es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de aportaciones individuales y el tiempo acreditado están sujetos a revisión. Esta información no es una certificación oficial de la Administración de los Sistemas de Retiro. Puede descargar aquí su última certificación de balance de aportaciones

\*\* El balance de la Aportación Ley 106 está reflejado a la fecha de la última nómina procesada enviada por su patrono. Dicho balance por concepto de aportación individual aquí reflejado están sujetos a revisión. Esta información no es una certificación oficial de la Administración de los Sistemas de Retiro. Puede pedir una certificación del balance al 787-777-1500 o al correo cesresanjuan@retiro.pr.gov

### Mas Servicios

Aquí podrás solicitar y visualizar tus certificaciones, como:

- Certificados de Deuda de préstamos
- Certificados de Préstamo Hipotecario
- Certificado de deuda para Ética Gubernamental
- Certificado de Balance de Cancelación de préstamo

Solicitudes en Línea

### Ayuda para Servicios en Línea

Llene el siguiente formulario o llame a nuestro centro de contacto al (787) 777-1500

pr.gov

Hearing Date: March 4, 2020, at 9:30AM (Atlantic Standard Time)
Response Deadline: February 18, 2020 at 4:00PM (Atlantic Standard Time)

**PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THE OBJECTION AFFECTS YOUR CLAIM(S).**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

In re:

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,

as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

This filing relates to the Commonwealth, HTA, and ERS.

ONE HUNDRED THIRTY-FIRST OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS ASSERTING INTERESTS BASED ON SALARY DEMANDS, EMPLOYMENT OR SERVICES PROVIDED

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).



**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

28 de enero de 2020

Agencia: 410 - ADMINISTRAC DESARROLLO SOCIAL ECONOMICO

WANDA RIVERA BERRIOS
URB. BAYAMON GARDENS
CALLE 19 W-1
BAYAMON, PR 00957

Seguro Social: XXX-XX-3191

A base de la información en nuestros registros, al 28 de enero de 2020 usted posee:

Fecha de Nacimiento: 18 de noviembre de 1980     Género: Femenino
Fecha de Ingreso al Servicio Público: 01 de julio de 2008
Fecha de Comienzo de Cotización: 01 de julio de 2008

| Ley Anterior al 30 de junio de 2013 | | Ley 3 al 30 de junio de 2017 | |
|---|---:|---|---:|
| Años Acreditados: | 5.00 | Tiempo Trabajado: 9 | |
| Aportaciones: | $5,846.53 | Aportaciones: | $11,980.23 |
| Intereses: | $65.40 | Intereses: | $1,675.88 |
| Gastos Teneduría: | ($31.10) | Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $5,911.93 | Total Aportaciones: | $13,656.11 |
| SNC Pagado: | $0.00 | Beneficio: | $0.00 |
| SNC Tiempo: | 0.00 | | |
| Beneficio: | $0.00 | | |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 · PO Box 42003 San Juan, P.R. 00940-2703
787.754.4545 · www.retiro.pr.gov



**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: WANDA RIVERA BERRIOS**
URB. BAYAMON GARDENS
CALLE 19 W-1
BAYAMON, PR 00957

Seguro Social: XXX-XX-3191

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | ADMINISTRAC DESARROLLO SOCIAL ECONOMICO |
| Años de Servicio: | 9 |
| Balance de Aportaciones: | $13,687.21 |

Esta certificación fue emitida el 28 de enero de 2020.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2020012846735586

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 · PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 · www.retiro.pr.gov

| 127 Adm. Desarrollo Socio Economico<br>PO BOX 8000<br>SAN JUAN, PR 00910-0800 | | Grupo de Pago: SM -Quincenal<br>Desde: 01/16/2020<br>Hasta: 01/31/2020 | | Aviso #: 5910621<br>Fecha Aviso: 01/30/2020 |
|---|---|---|---|---|
| WANDA RIVERA BERRIOS<br>URB. BAYAMON GARDENS<br>CALLE 19 W-1<br>BAYAMON, PR 00957<br>SS: | # Emple.:<br>Dept:<br>Lugar:<br>Titulo:<br>Sueldo: | 127030-Bayamon<br>Toa Alta<br>Tecnico Asist Soc y Fam I<br>$1,341.00 Monthly | DATA IMP:<br>Estado Civil:<br>Concesiones:<br>Pct. Adcl.:<br>Cant. Adcl.: | Federal PR<br>Single Head of Household<br>0 2 |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 670.50 | 172.50 | 1,341.00 |
| Total: | | | 670.50 | 172.50 | 1,341.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 9.72 | 19.44 |
| Fed OASDI/Disability - EE | 41.57 | 83.14 |
| Total: | 51.29 | 102.58 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan Aport. Definidas | 56.99 | 113.98 |
| Total: | 56.99 | 113.98 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 1.68 | 3.36 |
| SC-TRANS OCEANIC LIFE | 28.34 | 56.68 |
| RC-Pres Pers Ret Cen-E Clasif | 55.61 | 111.22 |
| OS-SERV PUBLICOS 009 B | 10.06 | 20.12 |
| Ahorros-AEELA | 20.12 | 40.24 |
| Total: | 115.81 | 231.62 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-Plan Medico ASES | 180.00 | 180.00 |
| FSED Disability Plan | 22.46 | 44.92 |

\* Tributable

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 670.50 | 0.00 | 51.29 | 172.80 | 446.41 |
| Acumulado: | 1,341.00 | 0.00 | 102.58 | 345.60 | 892.82 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5910621 | 446.41 |
| Total: | 446.41 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Adm. Desarrollo Socio Economico
PO BOX 8000
SAN JUAN, PR 00910-0800

Fecha
01/30/2020

Aviso No.
5910621

Cant. Deposito: $446.41

A la
Cuenta(s) De

WANDA RIVERA BERRIOS
URB. BAYAMON GARDENS
CALLE 19 W-1
BAYAMON, PR 00957
Localizacion: Toa Alta

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXX | 446.41 |
| Total: | | 446.41 |

## NO-NEGOCIABLE

| 127 Adm.Desarrollo Socio Economico<br>PO BOX 8000<br>SAN JUAN, PR 00910-0800 | | Grupo de Pago: SM -Quincenal<br>Desde: 01/01/2020<br>Hasta: 01/15/2020 | | Aviso #: 5666974<br>Fecha Aviso: 01/15/2020 | |
|---|---|---|---|---|---|
| WANDA RIVERA BERRIOS<br>URB. BAYAMON GARDENS<br>CALLE 19 W-1<br>BAYAMON, PR 00957<br>SS: | # Empleado:<br>Dept: 127030-Bayamon<br>Lugar: Toa Alta<br>Titulo: Tecnico Asist Soc y Fam I<br>Sueldo: $1,341.00 Monthly | | DATA IMP: Federal PR<br>Estado Civil: Single Head of Household<br>Concesiones: 0 2<br>Pct. Adcl.:<br>Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| | | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | 670.50 | 82.50 | 670.50 | |
| Total: | | 670.50 | 82.50 | 670.50 | |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 9.72 | 9.72 |
| Fed OASDI/Disability - EE | 41.57 | 41.57 |
| Total: | 51.29 | 51.29 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan Aport. Definidas | 56.99 | 56.99 |
| Total: | 56.99 | 56.99 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 1.68 | 1.68 |
| SC-TRANS OCEANIC LIFE | 28.34 | 28.34 |
| RC-Pres Pers Ret Cen-E Clasif | 55.61 | 55.61 |
| OS-SERV PUBLICOS 009 B | 10.06 | 10.06 |
| Ahorros-AEELA | 20.12 | 20.12 |
| Total: | 115.81 | 115.81 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| FSED Disability Plan | 22.46 | 22.46 |

* Tributable

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 670.50 | 0.00 | 51.29 | 172.80 | 446.41 |
| Acumulado: | 670.50 | 0.00 | 51.29 | 172.80 | 446.41 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5666974 | 446.41 |
| Total: | 446.41 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

---

Adm.Desarrollo Socio Economico
PO BOX 8000
SAN JUAN, PR 00910-0800

Fecha
01/15/2020

Aviso No.
5666974

Cant. Deposito: $446.41

A la
Cuenta(s) De

WANDA RIVERA BERRIOS
URB. BAYAMON GARDENS
CALLE 19 W-1
BAYAMON, PR 00957
Localizacion: Toa Alta

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXX | 446.41 |
| | Total: | 446.41 |

## NO-NEGOCIABLE

## Twenty-Ninth Omnibus Objection
### Exhibit A - Exact Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 296 RIVERA BELTRAN, SILKA E. URB. SANTA ELENA H20 CALLE 6 BAYAMON, PR00957 | 05/18/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico 17 BK 03566-LTS | 17547 | $7,491.45 | RIVERA BELTRAN, SILKA E. URB. SANTA ELENA H20 CALLE 6 BAYAMON, PR00957 | 05/18/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico 17 BK 03566-LTS | 17576 | $7,491.45 |

Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim.

| 297 RIVERA BENITEZ, LUZ O HC 2 BOX 15245 CAROLINA, PR 00985 | 04/10/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico 17 BK 03566-LTS | 7062 | $48,698.49* | RIVERA BENITEZ, LUZ O HC-02 BOX 15241 CAROLINA, PR 00985 | 04/10/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico 17 BK 03566-LTS | 39160 | $48,698.49 |

Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim.

| 298 RIVERA BERRIOS, WANDA URB BAYAMON GARDENS CALLE 19 W1 BAYAMON, PR00957 | 06/28/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico 17 BK 03566-LTS | 69439 | Undetermined* | RIVERA BERRIOS, WANDA URB BAYAMON GARDENS C/19 W1 BAYAMON, PR00957 | 07/03/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico 17 BK 03566-LTS | 119509 | Undetermined* |

Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim.

| 299 RIVERA BLAS, LOURDES 184 AVE MONTEMAR AGUADILLA, PR 00603 | 05/25/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico 17 BK 03566-LTS | 20352 | $4,093.55 | RIVERA BLAS, LOURDES 184 AVE MONTEMAR AGUADILLA, PR 00603 | 05/29/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico 17 BK 03566-LTS | 27479 | $4,093.55 |

Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim.

| 300 RIVERA BULTRON, SOLIMAR CONDOMINIO CHALETS DE LA FUENTE 8 CALLE FLORIDIANO APT 807 CAROLINA, PR 00987 | 06/29/18 | Employees Retirement System of the Commonwealth of Puerto Rico 17 BK 03566-LTS | 81652 | $11,269.78* | RIVERA BULTRON, SOLIMAR CONDOMINIO CHALETS DE LA FUENTE #8 C/ FLORIDIANO APT 807 CAROLINA, PR 00987 | 06/29/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico 17 BK 03566-LTS | 69327 | $11,269.78 |

Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim.

\* Indicates claim contains unliquidated and/or undetermined amounts

| | | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| | RIVERA BERRIOS, TEODORO<br>HC 02 BOX 7316<br>GATO SECTOR BAJURAS<br>OROCOVIS, PR 00720<br>Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | 7/6/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 157215 | Indeterminado* |
| 599 | RIVERA BERRIOS, WANDA<br>URB BAYAMON GARDENS C/19 W1<br>BAYAMON, PR 00957<br>Base para: La evidencia de reclamación tiene la intención de formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. | 7/3/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 119509 | Indeterminado* |
| 600 | RIVERA BETANCOURT, ARACELIS<br>HC-01 BOX 2609<br>LOIZA, PR 00772<br>Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | 7/3/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 155851 | $ 15,000.00 |
| 601 | RIVERA BISBAL, LUIS L.<br>P.O. BOX 1524<br>BOSQUERON, PR 00622<br>Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 113407 | Indeterminado* |
| 602 | RIVERA BISBAL, LUIS L.<br>PO BOX 1524<br>BOQUERON, PR 00622<br>Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | 7/3/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 118328 | Indeterminado* |
| 603 | RIVERA BISBAL, LUIS L.<br>P.O. BOX 1524<br>BOQUERON, PR 00622<br>Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 121048 | Indeterminado* |

\* Indica que la reclamación contiene montos por liquidar o indeterminados