Wanda Rivera Berrio
Urb Bayamon Gardens
C/19 W1
Bayamon PR 00957

Secretaria
Tribunal de Distrito de los Estados Unidos
150 Federal Building
Ave. Carlos Chardón ste 150
San Juan PR 00918-1767

RECEIVED & FILED
2020 FEB 13 PM 5:56