De: Rosa M. García Colón
Urb. Vista Real #13 Calle Cocoplumosa
Yauco, Puerto Rico 00698
Tel. 787-214-6947
E-Mail: rosingarca@yahoo.com

A: Tribunal de Quiebras de los Estados Unidos 12/15

Me gustaría hicieran una revisión de mi caso por si tengo derecho (que creo que lo tengo) a que se me pague lo adeudado.
Adjunto las evidencias que me son requeridas para que se me considere el pago no hecho por mis servicios como maestra durante 41 años con el Departamento de Educación del Estado Libre Asociado de Puerto Rico.

Durante los años 2005 al 2009 no se me pagaron mis vacaciones por enfermedad ya que según evidencio mi asistencia era perfecta. Carta de la directora y DEPR. Mi asistencia perfecta es desde 1987. (exhibit 1)

Los pasos por adquirir una maestría en la Carrera Magisterial no se me hicieron adecuadamente ya que me gradué de Maestría en Educación Elemental en el 2005 y me jubilé en el 2009. (Adjunto exhibit 2)

Trabajé por muchos años horario extendido el cual nunca se me pagó. (adjunto exhibit 3)

Atte. Rosa M. García Colón
No. de reclamación 90214