**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|------|---------|------------|--------|------------------------|
| Garcia Colon, Rosa M. | 90214 | 6/22/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|--------|--------------------|-----------------------|--------|----------------------------------|
| Garcia Colon, Rosa M. | 90214 | 6/22/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.  **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m.  (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.  **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

**Proof of Claim**

página 1

Case:17-03283-LTS Doc#:2521-3 Filed:02/15/18 Entered:02/15/18 16:51:39 Desc:
Exhibit Proof of Claim Form Page 3 of 9

**¿Esta reclamación se ha adquirido de otra persona?**

No / No


**3. ¿A dónde deberían enviarse las notificaciones al acreedor?**

Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g

Rosa M. García Colón

Urb. Vista Real #13, Cocoplumosa ST.

Yauco, Puerto Rico 00698

Teléfono de contacto: 787-214-6947
Correo electrónico de contacto: rosingarca@yahoo.com

Teléfono de contacto: 787-319-1939
Correo electrónico de contacto: rosingarca@yahoo.com

¿A dónde deberían enviarse las notificaciones al acreedor?

Rosa M. García Colón

Urb. Vista Real #13, Cocoplumosa ST.

Yauco, Puerto Rico 00698

¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)

¿Esta reclamación es una enmienda de otra presentada anteriormente?
•⬚No / No
¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?
•No / No

---

página 2

¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico? •Sí, Departamento de Educación

---

**7.¿Proporciona bienes y / o servicios al gobierno?**

❏No / No

9. ¿Cuál es el fundamento de la reclamación?
Por ejemplo:  prestación de servicios. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad,
¿La reclamación está garantizada de manera total o parcial?
Sí. La reclamación está garantizada por un derecho de retención.
Otro. Describir: No se me pagó el tiempo trabajado.(días por enfermedad, horario extendido, ni pasos de la Carrera magisterial.

¿Esta reclamación está basada en un arrendamiento?
•No / No

¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.?

*Marque la casilla correspondiente:*

/ Soy el acreedor.

página 3

Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Ejecutado el 11/2/ 2020 (MM/DD/YYYY) / (DD/MM/AAAA)
Signature
Firma _Rosa M. García Colón_

**Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:**

Nombre Rosa M. García Colón

Título: Maestra del Departamento de Educación

Dirección Urb. Vista Real #13, Calle Cocoplumosa

Yauco, Puerto Rico 00698

Correo Electrónico rosingarca@yahoo.com

Estado Libre Asociado de Puerto Rico
Departamento de Educación
Escuela de la Comunidad Santiago Negroni
Yauco, Puerto Rico

17 de marzo de 2006

Comité Fondo de Excelencia
Reconociendo al Magisterio de Puerto Rico
Yauco, Puerto Rico

A quien pueda interesar:

La profesora Rosin García Colón ha sido electa como la profesora de excelencia
de nuestra institución educativa.  Diversas cualidades la enaltecen.  Es una profesora
responsable, comprometida, fiel cumplidora de sus deberes, ingeniosa, fiel a los
principios de la institución, colaboradora incansable, abnegada, cristiana, generosa y
altruista.

Actualmente, se desempeña como profesora de destrezas integrando su servicio
pedagógico en el Laboratorio de  Aprendizaje.  Inclusión de la tecnología con el currículo
básico con padres, estudiantes y profesores (INTECPEP) de nuestra escuela atendiendo
grupos de estudiantes de cuarto a sexto grado.  Atendiendo los grupos en destrezas de
cuarto a sexto grado en matemáticas y español en inclusión.

Desarrolló la propuesta "Escritura Creativa", utilizando las computadoras del
laboratorio de INTECPEP en horario extendido de lunes a jueves en forma voluntaria de
2:30 a 3:30 de la tarde durante más de 15 años y ahora continua la propuesta para escribir
el tercer libro de cuentos utilizando refranes puertorriqueños con Escuela Abierta desde
hace dos años de 3:00 a 5:00 de la tarde de lunes a jueves.  Asimismo desarrolló la
propuesta de reciclaje y la premiación a la asistencia perfecta de nuestros niños.  Es la
profesora coordinadora de la agrupación juvenil de los Embajadores de la Paz.
Desarrolló y dirigió el programa radial **"Voces de niños"** este programa radial se
trasmitía todos los viernes de 3:45 a 3:30 de la tarde por la emisora WKFE y **"De niños
para niños"** por la emisora la WENA del Sur 1330 los miércoles de 4:00 a 4:30 de la
tarde.  En el año 1995 logró que los niños redactaran el libro de poemas **"Miniaturas
infantiles"** en el desarrollo de la propuesta "Escritura Creativa".  Durante el año 1999
presentó otro logro del proyecto, el libro de cuentos **"Fantasía de niños"**.  Actualmente
se encuentra en preparación un tercer libro de cuentos.  Preparación de un banco de
destrezas de todas las asignaturas de kinder a sexto grado.

Durante el año escolar regular se encarga de la participación de nuestros niños en
diferentes competencias a saber:

- Certamen de cuento y poesía del Festival del Café
- Competencias de lectura oral
- Competencias de la Semana de la lengua
- Ser jurado en competencias de oratoria, Biblioteca, Festival del Café

Además coordinó el Festival de chiringas por nueve años consecutivos con la participación de los estudiantes y sus respectivos padres.

La Prof. Rosin García no se ausenta de nuestra institución educativa. Desde el año 1987 ha tenido asistencia perfecta. Siempre ha estado a la vanguardia en la utilización de distintos enfoques, estrategias y técnicas. Es partidaria del mejoramiento profesional asistiendo a talleres de PRSI, ahora ALAciMA, adiestramientos y cursos de educación continua. Obtuvo su maestría en Educación Elemental este año escolar 2005-2006. Empieza sus estudios doctorales en Educación Elemental en junio de 2006.

Fue la Presidenta de la Junta escolar en los años 1997-1999, puesto que desempeñó y desempeña con mucha efectividad según lo dispone la Ley 18 y el reglamento Interno. Actualmente es la Presidenta de la Junta Escolar por segunda vez. Ha ocupado diferentes posiciones al demostrar su liderato innato. Ocupa el puesto de Maestra encargada cuando la Directora Ejecutiva no está presente en la escuela. Es Maestra encargada del Comedor Escolar.

Es escritora y poetisa. Sus cuentos y poemas son utilizados en el salón de clases para deleite y enseñanza de destrezas de los niños. Escribió la canción tema para la participación de la escuela en Puerto Rico 2000. Escribió la canción e invocación para las clases graduandas y contribuyó con la canción de las agrupaciones estudiantiles, escribió el Himno de la Hermandad Caucana Cívica y Cultural. Escribe poesías para la **Revista Azahar** que se publica en España.

La Prof. Rosin García Colón es una profesional polifacética, destacada y bondadosa y que prestigia la escuela. Su sacerdocio es de vocación. Trabaja con el hogar CREA de nuestro pueblo todos los lunes al llevar terapia espiritual. La estampa que trasmite es de servicio genuino, cabal y de respeto. Es una institución difícil de imitar. Su ejecución de excelencia es irrepetible. Fue Madre símbolo de la Iglesia Evangélica Unida de Puerto Rico en Yauco. Actualmente es vice-presidenta de su Junta. Dirige el Programa radial **Sembrando la Semilla** todos los domingos por la emisora WWNA del Sur.

La recomiendo para el premio de excelencia por ser una extraordinaria profesional y un ser humano excepcional.

¡Que Dios siempre la bendiga y la proteja porque se lo merece!

Fraternalmente,

Norma Quiñones de Weidisch
     Directora Ejecutiva

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACION
ESCUELA SANTIAGO NEGRONI
YAUCO, PUERTO RICO

19 de marzo de 2004

RE: Informe recibido del Director
Regional Luis E. Burgos Feliciano
el 3 de marzo de 2004.

Estimado (a) prof. Rosa M. García Colón: SS.        .0740

A diciembre de 2003 usted tiene un balance de 110 días acumulados por enfermedad con un total de 0 hora(s) 0 minutos. Excesos-20-0-0

Para cualquier reclamación debe dirigirse por escrito al área de Recursos Humanos los martes y jueves de 8:00-12:00 y de 1:00-4:30.

Región de San Germán
P.O. Box 549
San Germán, Puerto Rico  00683
Tel. 264-0330-ext. 227

Estoy a sus completas órdenes de no tener información clara y específica sobre su reclamación.

Fraternalmente,

Norma Quiñones de Weidisch
Directora Ejecutiva

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACION
ESCUELA SANTIAGO NEGRONI
YAUCO, PUERTO RICO

10 de mayo 2005

RE: Informe recibido de la Directora
Regional Elizabeth Troche
Balance acumulado a dic. 2004

Estimado (a) prof. Rosa M. García Colón: SS. .        -0740

A mayo de 2004 usted tiene un balance de 110 días acumulados por enfermedad con un total de 0 hora(s) 0 minutos.   Exceso 20-0-0

Para cualquier reclamación debe dirigirse por escrito al área de Recursos Humanos los martes y jueves de 8:00-12:00 y de 1:00-4:00.

Región de Guánica
Calle 13 de marzo
Apartado 1037
Guánica, Puerto Rico 00653
Tel. (787) 821-0010-821-0011-fax-821-0050

Estoy a sus completas órdenes de no tener información clara y específica sobre su reclamación.

Fraternalmente,

Norma Quiñones de Weidisch
Directora Ejecutiva

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACION
ESCUELA SANTIAGO NEGRONI
YAUCO, PUERTO RICO

21 de febrero de 2006

RE: Informe recibido de la Directora
Regional Elizabeth Troche
Balance acumulado a 16 dic. 05

Estimado (a) prof.  Rosa M. García Colón:  SS.          -0740

A diciembre 2005 usted tiene un balance de 110 días acumulados por enfermedad con un total de 0 hora (s) 0 minutos.

Para cualquier reclamación debe dirigirse por escrito al área de Recursos Humanos los martes y jueves de 8:00-12:00 y de 1:00-4:00.

Región de Guánica
Calle 13 de marzo
Apartado 1037
Guánica, Puerto Rico 00653
Tel. (787) 821-0010-821-0011-fax-821-0050

Estoy a sus completas órdenes de no tener información clara y específica sobre su reclamación.

Fraternalmente,

Norma Quiñones de Weidisch
Directora Ejecutiva



# Departamento de Educación

Otorga a

## Rosa María García Colón

el presente certificado por haber observado una asistencia perfecta durante el año escolar 1996-97.

Dado en Juncos, Puerto Rico, hoy 30 de junio de 1997.

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACION
ESCUELA DE LA COMUNIDAD SANTIAGO NEGRONI
YAUCO, PUERTO RICO

### INFORME DE AUSENCIAS
Año Escolar: *2000-2001*

Nombre: *Rosa M. García Colón*
Posición: *Prof. Coordinadora Schoolwide*
Seguro Social: *-0740*

PRIMER CICLO

| | | | | | |
|---|---|---|---|---|---|
| agosto | | | | | negativo |
| septiembre | | | | | Negativo |
| octubre | | | | | Negativo |
| noviembre | | | | | Negativo |
| diciembre | | | | | Negativo |

Certifico correcto: _____
Certifico correcto: _____
Certifico correcto: _____
Certifico correcto: _____
Certifico correcto: _____

Estado Libre Asociado de Puerto Rico
Departamento de Eduación
Escuela de la Comunidad Santiago Negroni
Yauco, Puerto Rico

Informe de Ausencias
Año Escolar _2002-2003_

Nombre : _Rosa M. García Colón_
Posición: _Maestra EE_
Seguro Social: ___ _- 0740_
_X_ Personal Docente   ___ Personal No Docente

### Primer Ciclo Escolar

| | 1ra Semana | 2da Semana | 3ra Semana | 4ta Semana | Recibido | Recibido | Fecha |
|---|---|---|---|---|---|---|---|
| **AGOSTO** | | _No tuvo ausencia_ | | | _ANID_ Certifico correcto | _R.M.G.C._ | _13 de sep. 02_ |
| **SEPTIEMBRE** | | _No tuvo Ausencias_ | | | _now_ Certifico correcto | _R.M.G.C._ | _7 oct. 02_ |
| **OCTUBRE** | | _No tuvo ausencias_ | | | _now_ Certifico correcto | _R.M.G.C._ | _14 nov. 02_ |
| **NOVIEMBRE** | | _No tuvo ausencias_ | | | _now_ Certifico correcto | _RMGC_ | _9 dic. 02_ |
| **DICIEMBRE** | | _No tuvo ausencias_ | | | _now_ Certifico correcto | _R.M.G.C._ | _27 ene. 03_ |

## Segundo Ciclo Escolar

| | 1ra Semana | 2da Semana | 3ra Semana | 4ta Semana | | Recibido | Fecha |
|---|---|---|---|---|---|---|---|
| **ENERO** | No tuvo ausencias | | | | *[firma]* Certifico correcto | R.M.H.C. | 10 feb. 03 |
| **FEBRERO** | No tuvo ausencias | | | | *[firma]* Certifico correcto | R.M.H.C. | 17 marzo/03 |
| **MARZO** | No tuvo ausencias | | | | *[firma]* Certifico correcto | R.M.H.C. | 4 de abril/03 |
| **ABRIL** | No tuvo ausencias | | | | *[firma]* Certifico correcto | R.M.H.C. | 12 de mayo/03 |
| **MAYO** | No tuvo ausencias | | | | *[firma]* Certifico correcto | | |
| **JUNIO** | | | | | Certifico correcto | | |
| **JULIO** | | | | | Certifico correcto | | |

Estado Libre Asociado de Puerto Rico
Departamento de Educación
Escuela de la Comunidad Santiago Negroni
Yauco, Puerto Rico

Informe de Ausencias
Año Escolar 2003 - 04

Nombre : Rosa M. García Colón
Posición: maestra
Seguro Social:
✓ Personal Docente _____ Personal No Docente

Primer Ciclo Escolar

| | 1ra Semana | 2da Semana | 3ra Semana | 4ta Semana | | Recibido | Fecha |
|---|---|---|---|---|---|---|---|
| AGOSTO | | (no escribió) | | | nou) Certifico correcto | R.H.C | 19/9/03 |
| SEPTIEMBRE | | | | | nou) Certifico correcto | R.H.C. | 7/10/03 |
| OCTUBRE | | | | | nou) Certifico correcto | R.H.C. | 10/11/03 |
| NOVIEMBRE | | tuvo | | | nou) Certifico correcto | R.H.C. | 1/26/04 |
| DICIEMBRE | | | | | nou) Certifico correcto | R.H.C. | 1/26/04 |

## Segundo Ciclo Escolar

|  | 1ra Semana | 2da Semana | 3ra Semana | 4ta Semana |  | Recibido | Fecha |
|---|---|---|---|---|---|---|---|
| ENERO |  | no tiene ausencia |  |  | *(firma)* Certifico correcto | R.H.C. | 9/2/04 |
| FEBRERO |  | no tiene ausencia |  |  | *(firma)* Certifico correcto | R.H.C. | 4/21/04 |
| MARZO |  | no tiene ausencia |  |  | *(firma)* Certifico correcto | R.H.C. | 4/21/04 |
| ABRIL |  | no tiene ausencia |  |  | *(firma)* Certifico correcto | R.H.C. | 5/10/04 |
| MAYO |  | no tiene ausencia |  |  | *(firma)* Certifico correcto |  |  |
| JUNIO |  |  |  |  | Certifico correcto |  |  |
| JULIO |  |  |  |  | Certifico correcto |  |  |

Estado Libre Asociado de Puerto Rico
Departamento de Educación
Escuela de la Comunidad Santiago Negroni
Yauco, Puerto Rico

Informe de Ausencias
Año Escolar 2004-2005

Nombre : Rosa M. García Colón
Puesto :  maestra
Seguro Social:
_X_ Personal Docente    ___ Personal No Docente

## Primer Ciclo Escolar

| | 1ra Semana | 2da Semana | 3ra Semana | 4ta Semana | Recibido | Fecha |
|---|---|---|---|---|---|---|
| AGOSTO | | | | | *Noll* Certifico correcto | Rosa M. García Colón  9 sep. 04 |
| SEPTIEMBRE | | | | | *Noll* Certifico correcto | Rosa M. García Colón  1 oct. 04 |
| OCTUBRE | | | | | Certifico correcto | Rosa M. García Colón  4 nov. 04 |
| NOVIEMBRE | | | | | *Noll* Certifico correcto | Rosa M. García Colón  20 ene. 05 |
| DICIEMBRE | | | | | Certifico correcto | |

## Segundo Ciclo Escolar

| | 1ra. Semana | 2da. Semana | 3ra. Semana | 4ta. Semana | Certifico correcto | Recibido | Fecha |
|---|---|---|---|---|---|---|---|
| ENERO | | | | | | | |
| FEBRERO | | No tiene experiencia | | | *[firma]* Certifico correcto | *[firma]* Pror. M. García Vda. | 9/7/05 |
| MARZO | | No tiene experiencia | | | *[firma]* Certifico correcto | *[firma]* Pror. M. García Vda. | 3/17/05 |
| ABRIL | | | | | *[firma]* Certifico correcto | *[firma]* | |
| MAYO | | | | | *[firma]* Certifico correcto | *[firma]* Pror. M. García Vda. | 5/11/05 |
| JUNIO | | | | | Certifico correcto | | |
| JULIO | | | | | Certifico correcto | | |

## SEGUNDO CICLO

| | | | | | | |
|---|---|---|---|---|---|---|
| enero | | | | | Negativo | Certifico correcto: _____ |
| febrero | | | | | Negativo | Certifico correcto: _____ |
| marzo | | | | | Negativo | Certifico correcto: _____ |
| abril | | | | | Negativo | Certifico correcto: _____ |
| mayo | | | | | Negativo | Certifico correcto: _____ |
| junio | | | | | | Certifico correcto: _____ |
| julio | | | | | | Certifico correcto: _____ |

La Prof. Rosín García Colón siempre ha tenido asistencia perfecta desde el año 1987. Su trabajo oficial es de 7:30-11:50 y de 12:50-2:30 P.M. No obstante siempre asiste a la escuela en junio colaborando con los informes estadísticos, producción de tablas, resúmenes, análisis de resultados y otros. Doy fe de toda esta información vital para nuestro funcionamiento efectivo y de operacionalidad.

(Directora) Escuela

Exhibit 2

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACION
ESCUELA SANTIAGO NEGRONI
YAUCO, PUERTO RICO


CERTIFICACION


Yo, Norma Quiñones de Weidisch
Directora Ejecutiva
de la
Escuela de la Comunidad Santiago Negroni

*Certifico que*

**Rosa M. García Colón**
0740

cumple con los requisitos establecidos
por la Ley de la Carrera Magisterial.
Los documentos que se incluyen son copias
fieles y exactas de los sometidos por el reclamante.

Para información adicional se pueden comunicar
a nuestra oficina al teléfono 856-1830 de 7:30 a.m.
a 4:00 p.m. de lunes a viernes.

Y, para que así conste, expido la presente certificación
bajo el Sello Oficial de la Escuela de la Comunidad
Santiago Negroni de Yauco, hoy,  25 de febrero de 2005.


Norma Quiñones de Weidisch
Directora Ejecutiva

# Universidad Interamericana
## de Puerto Rico

La Junta de Síndicos de la Universidad Interamericana de Puerto Rico, en
virtud de la autoridad que le es propia y a recomendación de la Facultad,
otorga a

## Rosa M. García Colón

quien ha completado todos los requisitos prescritos por la facultad, el grado de

## Maestría en Artes
## Educación Elemental

con todos los honores, derechos, distinciones y privilegios que conlleva dicho grado.
Como testimonio de lo anterior subscribimos este diploma con el sello oficial
de la Universidad.

Dado en Puerto Rico, el día 3 de junio de 2005.





Presidente de la Universidad

Presidente de la Junta de Síndicos

| | | | |
|---|---|---|---|
| | Grupo de Pago: | SM -Quincenal | # Cheque: 0936476 |
| | Desde: | 05/04/2005 | |
| | Hasta: | 05/17/2005 | Fecha: 05/13/20 |

| # Empleado: | | DATA IMP: Federal PR | |
|---|---|---|---|
| Dept: 8012077-San German Yauco | | Estado Civil: | Claiming no personal e |
| Oficina: Santiago Negroni | | Concesiones: 0 | |
| Titulo: DEPARTAMENTO DE EDUCACION | | Pct. Adcl.: 2 | |
| Sueldo: $2,480.00 Monthly | | Cant. Adcl.: | |

**INGRESOS** | **IMPUESTOS**

| eldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumu |
|---|---|---|---|---|---|---|---|
| | | 1,240.00 | 546.00 | 11,160.00 | PR Withholdng | 88.43 | 795 |
| | | 1,240.00 | 546.00 | 11,160.00 | Total: | 88.43 | 795 |

**DEDUCCIONES GENERALES** | **BENEFICIOS PATRONALES PAGADOS**

| cumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumula |
|---|---|---|---|---|---|---|
| 1,004.40 | RM-Prest Pers De Cuota-Ret Mae | 106.95 | 962.55 | GPR Plan de Retiro de Maestro | 105.40 | 948 |
| | SC-AMER FAM LIFE ASS CO | 28.34 | 340.86 | FSED Disability Plan | 21.08 | 189 |
| | AS FED MAESTROS AFT | 0.00 | 72.00 | | | |
| 1,004.40 | Total: | 135.29 | 1,375.41 | * Tributable | | |

**TOTAL IMPUESTOS** | **DEDUCCIONES TOTALES** | **PAGA NE**

| | | |
|---|---|---|
| 88.43 | 246.89 | 904. |
| 795.87 | 2,379.81 | 7,984. |

**DISTRIBUCION PAGA NETA**

| | |
|---|---|
| Cheque #09364766 | 904. |
| Total: | 904. |

ONSERVALO, MAYO: MES DEL AIRE LIMPIO ASOC. P. R DEL PULMON 787-765-5664

| Grupo de Pago: | SM -Quincenal | | # Cheque: | 06326270 |
|---|---|---|---|---|
| Desde: | 12/09/2013 | | | |
| Hasta: | 12/20/2013 | | Fecha: | 12/18/2013 |

| # Empleado: | XXXXX0740 | DATA IMP: | Federal | PR |
|---|---|---|---|---|
| Dept: | 8012077-San German Yauco | Estado Civil: | | Claiming no personal exem |
| Oficina: | Santiago Negroni | Concesiones: | 0 | |
| Titulo: | DEPARTAMENTO DE EDUCACION | Pct. Adcl.: | | |
| Sueldo: | $3,265.00 Monthly | Cant. Adcl.: | 2 | |

| S | | | | IMPUESTOS | | |
|---|---|---|---|---|---|---|
| Corriente -------------- | | ------ Acumulado ------ | | | | |
| Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| | | | | | | |
| | 0.00 | | 0.00 | Total: | 0.00 | 0.00 |

| DEDUCCIONES GENERALES | | | BENEFICIOS PATRONALES PAGADOS | | |
|---|---|---|---|---|---|
| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
| DUM-Gob Otras Deducciones | 175.03- | 175.03- | | | |
| | | | | | |
| Total: | 175.03- | 175.03- | * Tributable | | |

| TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|
| 0.00 | 175.03- | 175.03 |
| 0.00 | 175.03- | 175.03 |

| DISTRIBUCION PAGA NETA | |
|---|---|
| Cheque #06326270 | 175.03 |
| Total: | 175.03 |

UNIVERSIDAD INTERAMERICANA DE PUERTO RICO
RECINTO DE SAN GERMAN

CARTA DE RECOMENDACIÓN PARA ADMISIÓN AL PROGRAMA DOCTORAL DE EDUCACION

Nombre del Solicitante: _Rosa M. Garcia Colón_     Núm. seguro social _0740_

Dirección del solicitante: _Urb. Costa Sur F-F- 14 Yauco, Puerto Rico 00698_

Grado que solicita: _Doctorado_     Área de Especialización solicitada: _Educación Elemental_

Por la presente ☐ renuncio ☒ no renuncio a mi derecho a conocer el contenido de la recomendación requerida por

este programa.     Firma del Solicitante: _Rosa M. Garcia Colón_

Nombre del Recomendante: _Norma J. Quiñones Mestre_ Puesto que ocupa: _Directora Ejecutiva_

Institución donde trabaja: _Santiago Negrón_

Dirección de la institución o firma: _Apartado 1860 / Avenida Barbosa #4_

¿Cuántos años hace que conoce usted al solicitante? _27_   ¿Bajo qué función ha conocido al solicitante? _Directora_

El Comité de Admisiones agradecería su apreciación profesional de la personalidad del solicitante, su aptitud
para realizar investigación y estudios graduados, y su desarrollo respecto a su futura carrera. Favor de indicar
cómo usted clasificaría al solicitante en las cualidades indicadas en la lista que se incluye, al compararlo con
un grupo representativo de personas que hayan tenido en el mismo campo, igual entrenamiento y experiencia
que el solicitante. Favor de hacer una marca de cotejo en la categoría apropiada.

NOTA: El grupo representativo con que se compara el estudiante es de:

☐ Estudiantes de cuarto año de universidad   ☐ Estudiantes de maestría   ☒ Estudiantes de doctorado

☐ Empleados en _____   ☐ Otros (especifique) _____

¿Emplearía usted a este candidato para una posición de tener la oportunidad de hacerlo?   Si ☒   No ☐

|  | Bajo Promedio 0 – 39% | Promedio 40 – 59% | Sobre Promedio 60 – 74% | Superior 75 – 89% | Excepcional 90 – 100% | No poseo elementos de juicio |
|---|---|---|---|---|---|---|
| Habilidad para comunicarse |  |  |  |  | ✓ |  |
| Responsabilidad y sentido de cooperación |  |  |  |  | ✓ |  |
| Estabilidad emocional |  |  |  |  | ✓ |  |
| Flexibilidad |  |  |  |  | ✓ |  |
| Liderato |  |  |  |  | ✓ |  |
| Motivación, iniciativa |  |  |  |  | ✓ |  |
| Originalidad, creatividad |  |  |  |  | ✓ |  |
| Éxito anterior como estudiante, colega o empleado |  |  |  |  | ✓ |  |
| Capacidad para relacionarse con otros |  |  |  |  | ✓ |  |
| Actitud profesional |  |  |  |  | ✓ |  |
| Capacidad para emprender investigaciones futuras |  |  |  |  | ✓ |  |
| Capacidad para tener éxito en la especialización indicada arriba |  |  |  |  | ✓ |  |
| Capacidad general para realizar estudios graduados |  |  |  |  | ✓ |  |

FAVOR DE HACER EN FORMA NARRATIVA, UNA RECOMENDACIÓN DEL SOLICITANTE

Fecha: _16 de diciembre de 2005_     Firma: _Norma J. Quiñones Mestre_

Favor devolver a la siguiente dirección: Comité de Admisiones – Programa Doctoral en Educación
Centro de Estudios Graduados