From: Rosa M. García Colón
Urb; Vista Real #13, calle Cocoplumosa
Yauco, Puerto Rico 00698



U.S. POSTAGE PAID
FCM LG ENV
YAUCO, PR
00698
FEB 12, 20
AMOUNT
$1.80
R2305M149306-15

To: Secretaria (Clerk's Officer)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan, Puerto Rico 00918-1767