12 de febrero de 2020

A quien pueda interesar:

Secretaría (Clerk Office
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767

En mi opinión, debería recibir los beneficios correspondientes a la ley 89 (Ronurazo) y a la ley 96 (Sila M. Calderón 2000) porque considero que es mi derecho. Dicho salario afectó mi diario vivir porque a consecuencia de ello, mi pensión ha sido menor a la que tenía derecho. Gracias anticipadas.

Cordialmente,

Zenaida Zabaleta Álvarez

939-272-5244

United States Bankruptcy Court District of Puerto Rico

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767

Debtors: Estado Libre Asociado de Puerto Rico

Gobierno de Puerto Rico

Departamento de Educación

No. 178K 3283-LTS

**One Hundred Tenth** OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTHE OF PUERTO RICO, IN DEFFICIENT CLAIMS ASSEITING INTEREST BASED UPON UNSPECIFIED PUERTO RICO STATUS

DOC 8978-4

Proof of Claim: **116714**

Name and Address: **Zenaida Zabaleta Alvarez**
**HC 33 B25250**
**Dorado PR. 00646**

Reclama al Gobierno del Estado Libre Asociado de Puerto Rico; al Gobierno de Puerto Rico Departamento de Educación de Puerto Rico.

Ley 89 de 1984 – Romerazo

Años Reclamados: **12 años**

Cantidad Reclamada: **$5,100.00**

Ley 96: **Sila M. Calderón**

Años Reclamados: **10 años**

Cantidad Reclamada: **$12,000.00**

Página 2

Adjunto evidencia en réplica a la información solicitada:

1. Certificación Pensión Sistema Retiro Maestros de PR
2. Informe de Renta Mensual Vitalicio Retiro de Maestros
3. Certificación del Depto de Educación (Años de Servicios)

Solicito la adjudicación de mi petición, según corresponda a mis derechos por las Leyes anteriormente Especificadas.

Nombre: Zenaida Zabaleta Alvarez

Firma: _____    Fecha: 12 feb. 2020