

# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

**ATT: Ley Promesa**

28 de enero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | ZENAIDA ZABALETA ALVAREZ |
| Seguro Social | : | -0386 |
| Categoría | : | MA. BIBLIOTECARIO |
| Distrito Escolar | : | DORADO_ |
| Sueldo Mensual | : | $2,820.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 20 de diciembre de 2006 |
| Otros | : | Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 31 años, 6 meses y 2 días. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Zenaida Zabaleta Alvarez**, con número de seguro social que termina en **0386**.

| | |
|---|---|
| Fecha de Efectividad de la Pensión | **21 de diciembre de 2006** |
| Tiempo Cotizado para la Pensión | **31 años, 7 mes, 3 sem., 4.5 días** |
| Pensión mensual Inicial | **$2,058.75** |
| Pensión Mensual Actual | **$2,058.75** |

Esta certificación se expide hoy, **28 de enero de 2020** en **San Juan, Puerto Rico**.

Edgardo J. Negrón Ramírez
**Supervisor**
**Área de Servicios de Retiro**

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879



Sistema de Retiro para Maestros
Gobierno de Puerto Rico
*Protegemos la Aportación al Futuro*

☏ 787.777.1414     🖷 787.764.6910     www.srm.pr.gov

Modelo SC-1515 (IRM
14-mayo-71
Manual de Contabilidad

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**JUNTA DE RETIRO PARA MAESTROS**
**INFORME RENTA ANUAL VITALICIA**          9%=$247.05

| **ZENAIDA ZABALETA ALVAREZ** | Núm. Reclamación 41907 | Sexo F |
|---|---|---|

**Tipo de Renta:**

| a- Años de Servicio y edad | | c- Incapacidad | | Fecha de Nacimiento |
|---|---|---|---|---|
| Opcional ( X ) | | Ocupacional ( ) | | |
| Obligatorio ( ) | | No Ocupacional ( ) | Año | Mes | Día |
| b. Edad ( ) | | d- Diferida ( ) | | |

| Edad al Retirarse | | | Servicios Acreditados | | | | Costo Anualidad | Fecha de Retiro |
|---|---|---|---|---|---|---|---|---|
| 54 | 11 | 22 | 31 | 7 | 1 | 4 | $51,836.01 | 2006 12 20 |
| Años | Meses | Días | Años | Meses | Sem. | Días | | Año Mes Día |

Fecha de Efectividad
2006   12   21
Año   Mes   Día

Retiro Ley Núm. 91 DEL 2004

**Cómputo de la Renta Anual:**
a- Sueldo promedio mensual más alto durante TRES años consecutivos a $2,745.00          $2,058.75

.75% x 30 años

(Por ciento)                    (Tiempo Acreditado)

*En caso de renta anual diferida, ésta comenzará al cumplir la edad de_____

( ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años de edad

( ) o a opción en fecha posterior si al retirarse tiene 10 y menos de 25 años de servicios y menos de 60 años de edad

b.  Ajuste para llegar al Mínimo Establecido por ley 89

| Años de Servicio | Edad | Incapacidad Física | Diferido |
|---|---|---|---|
| $_____ | $_____ | $_____ | $_____ |

Diferencia Mínimo o Renta Sistema de Retiro

| Renta Mensual Vitalicia | $2,058.75 |
|---|---|
| Renta Anual Vitalicia | $24,705.00 |

OFICINA DE FINANZAS
DOCUMENTOS PREINTERVENIDOS
25 ENE 2007
AWILDA VÁZQUEZ CARABALLO

| Computado | Fecha | Cotejado | Fecha |
|---|---|---|---|
| Annie Rivera | 22/1/07 | Ivonne L Ortiz Valladares | 1/23/07 |
| Recomendado: | | Aprobado: | |
| Irma García Hernández | 23/1/02 | | |
| Directora Area Servicios de Retiro | Fecha | Fecha | Dinelia Oyola Morales |
| | | | Subdirectora Ejecutiva |

Fecha: 1/22/2007

jbm