Zenaida Zabaleta
HC 33 Buzón 5250
Dorado, P.R. 00646



SAN JUAN P&DC 009
WED 12 FEB 2020 PM

Secretaría (Clerk office)
Tribunal de Distrito de los Estados Unidos
Room 150   Federal   Building
San Juan, P.R. 00918-1767

RECEIVED & FILED
2020 FEB 13 PM 5:50
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.