10 de febrero de 2020
Isabela, P.R.

Para: Prime Clerk
Grand Central Station P.O. Box 4850
New York N.Y. 10163-4850

DE: Dora H. Rosaly Gerena
REPARTO Durán #6131
Isabela, P.R. 00662

Un saludo Cordial. Adjunto evidencia de talonarios conteniendo información personal y otras evidencias requeridas para proceder con mi caso. Justificaciones que aplican para el pago de la rome-promesa III en mi caso específicamente, El rome-razo ley 89, la ley 51 de Sila Calderón, Ley 164, Ley 180, incentivos por pasos en el Departamento de Educación que NO se me pagaron.

Atentamente,
Dora H. Rosaly Gerena

Datos de contacto
Nombre: Dora H. Rosaly Gerena
contacto
Dirección: REPARTO Durán #6131
Calle Ciprés
Isabela, P.R. 00662
# de teléfono: 787-234-2762
Dirección Correo Electrónico
dhrg88@hotmail.com