**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 06/16/2018 |
| Hasta: | 06/30/2018 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | 5424516 |
| Fecha Aviso: | 06/29/2018 |

**DORA H ROSALY GERENA**
REPTO DURAN
6131 CALLE CIPRES
ISABELA PR 00662-3295
SS: XXX-XX-2415

| | |
|---|---|
| # Empleado: | XXXXX2415 |
| Dept: | 592160-ANOS SERVICIO LEY91 2004 |
| Lugar: | A/OS SERVICIO LEY 91 |
| Titulo: | Pensionado |
| Sueldo: | $1,911.05 Monthly |

| | Federal | PR |
|---|---|---|
| DATA IMP: | | |
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 955.53 | 975.00 | 11,466.36 |
| Total: | | | 955.53 | 975.00 | 11,466.36 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 50.00 | 558.00 |
| Total: | 50.00 | 558.00 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 100.00 | 600.00 |

* Tributable

### TOTAL BRUTO

| | |
|---|---|
| Corriente: | 955.53 |
| Acumulado: | 11,466.36 |

### TOTAL IMPUESTOS

| | |
|---|---|
| | 0.00 |
| | 0.00 |

### DEDUCCIONES TOTALES

| | |
|---|---|
| | 50.00 |
| | 558.00 |

### PAGA NETA

| | |
|---|---|
| | 905.53 |
| | 10,908.36 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5424516 | 905.53 |
| Total: | 905.53 |

MENSAJE:

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
06/29/2018

Aviso No.
5424516

Cant. Deposito: $905.53

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | 127705201 | $905.53 |
| Total: | | $905.53 |

TRAY 3 SQ 726*****************SCH 5-DIGIT 00602    726 2 AV 0.378
DORA H ROSALY GERENA
REPTO DURAN
6131 CALLE CIPRES
ISABELA PR 00662-3295

## NO-NEGOCIABLE

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 06/01/2018 |
| Hasta: | 06/15/2018 |

Business Unit: PUERT
Aviso #: **5199485**
Fecha Aviso: 06/15/2018

**DORA H ROSALY GERENA**
REPTO DURAN
6131 CALLE CIPRES
ISABELA PR 00662-3295
SS: XXX-XX-2415

| | |
|---|---|
| # Empleado: | XXXXX2415 |
| Dept: | 592160-ANOS SERVICIO LEY91 2004 |
| Lugar: | A/OS SERVICIO LEY 91 |
| Titulo: | Pensionado |
| Sueldo: | $1,911.05 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 955.53 | 900.00 | 10,510.83 |
| Total: | | | 955.53 | 900.00 | 10,510.83 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 50.00 | 508.00 |
| Total: | 50.00 | 508.00 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 0.00 | 500.00 |
| * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Corriente | Acumulado |
|---|---|---|
| Total Bruto Corriente: | 955.53 | |
| Total Bruto Acumulado: | 10,510.83 | |
| Total Impuestos Corriente: | 0.00 | |
| Total Impuestos Acumulado: | 0.00 | |
| Deducciones Totales Corriente: | 50.00 | |
| Deducciones Totales Acumulado: | 508.00 | |
| Paga Neta Corriente: | 905.53 | |
| Paga Neta Acumulado: | 10,002.83 | |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5199485 | 905.53 |
| Total: | 905.53 |

MENSAJE:

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
06/15/2018

Aviso No.
5199485

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | 127705201 | $905.53 |
| Total: | | $905.53 |

Cant. Deposito: $905.53

TRAY 3 SQ 726**********************SCH 5-DIGIT 00602    726 2 AV 0.378
DORA H ROSALY GERENA
REPTO DURAN
6131 CALLE CIPRES
ISABELA PR 00662-3295

## NO-NEGOCIABLE

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 04/16/2018 |
| Hasta: | 04/30/2018 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | 4312375 |
| Fecha Aviso: | 04/27/2018 |

**DORA H ROSALY GERENA**
REPTO DURAN
6131 CALLE CIPRES
ISABELA PR 00662-3295
SS: XXX-XX-2415

| | |
|---|---|
| # Empleado: | XXXXX2415 |
| Dept: | 592160-ANOS SERVICIO LEY91 2004 |
| Lugar: | A/OS SERVICIO LEY 91 |
| Titulo: | Pensionado |
| Sueldo: | $1,911.05 Monthly |

| | Federal | PR |
|---|---|---|
| DATA IMP: | | |
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 955.53 | 645.00 | 7,644.24 |
| **Total:** | | | 955.53 | 645.00 | 7,644.24 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 50.00 | 358.00 |
| **Total:** | 50.00 | 358.00 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 100.00 | 400.00 |
| * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 955.53 | 0.00 | 50.00 | 905.53 |
| Acumulado: | 7,644.24 | 0.00 | 358.00 | 7,286.24 |

### PTO HORAS

| | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #4312375 | 905.53 |
| Total: | 905.53 |

**MENSAJE:**

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
04/27/2018

Aviso No.
4312375

Cant. Deposito: ___$905.53___

TRAY 3 SQ 726****************SCH 5-DIGIT 00602     726 2 AV 0.378
DORA H ROSALY GERENA
REPTO DURAN
6131 CALLE CIPRES
ISABELA PR 00662-3295

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | 127705201 | $905.53 |
| Total: | | $905.53 |

**NO-NEGOCIABLE**

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 04/01/2018 |
| Hasta: | 04/15/2018 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | 4173327 |
| Fecha Aviso: | 04/13/2018 |

**DORA H ROSALY GERENA**
REPTO DURAN
6131 CALLE CIPRES
ISABELA PR 00662-3295
SS: XXX-XX-2415

| | |
|---|---|
| # Empleado: | XXXXX2415 |
| Dept: | 592160-ANOS SERVICIO LEY91 2004 |
| Lugar: | A/OS SERVICIO LEY 91 |
| Titulo: | Pensionado |
| Sueldo: | $1,911.05 Monthly |

| | Federal | PR |
|---|---|---|
| DATA IMP: | | |
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. Adel.: | | |
| Cant. Adel.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 955.53 | 562.50 | 6,688.71 |
| Total: | | | 955.53 | 562.50 | 6,688.71 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 50.00 | 308.00 |
| Total: | 50.00 | 308.00 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 0.00 | 300.00 |
| * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 955.53 | 0.00 | 50.00 | 905.53 |
| Acumulado: | 6,688.71 | 0.00 | 308.00 | 6,380.71 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #4173327 | 905.53 |
| Total: | 905.53 |

MENSAJE:

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
04/13/2018

Aviso No.
4173327

Cant. Deposito: $905.53

||||||||p|p||||||||d|d||||d||||||d|||||d|||||d|||d|||||||

TRAY 3 SQ 726*****************SCH 5-DIGIT 00602  726 2 AV 0.378
DORA H ROSALY GERENA
REPTO DURAN
6131 CALLE CIPRES
ISABELA PR 00662-3295

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | 127705201 | $905.53 |
| Total: | | $905.53 |

**NO-NEGOCIABLE**

*Número de Evidencia de Reclamación*
*Reclamante:* 157205

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):
_____

4(f). ¿Tiene usted una sentencia impaga? Sí / No  (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?

No tengo monto ni fecha

*Número de Evidencia de Reclamación:*
*Reclamante:*

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐ No. *Pase a la Pregunta 4.*
   - ☒ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó:
   DEPARTAMENTO de Educación de Puerto Rico

3(b). Identifique las fechas de su empleo con relación a su reclamación:
   No tengo fechas exactas identificadas (trabaje por 30 años con el Dept. de Educación de P.R.

3(c). Últimos cuatro dígitos de su número de seguro social: 2415

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☐ Jubilación
   - ☐ Salarios impagos
   - ☐ Días por enfermedad
   - ☐ Queja con el sindicato
   - ☐ Vacaciones
   - ☒ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).
   
   Pasos adjudicados por el Dept. de Educación y no me fueron pagadas.

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ☐ No.
   - ☒ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción:
   Departamento de Educación de Puerto Rico

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución:
   In re Commonwealth of Puerto Rico

4(c). Número de caso: 17-03283

4(d). Título, epígrafe, o nombre del caso:

2

Número de Evidencia de Reclamación
Reclamante:

# INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

**Instrucciones**

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación. Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

**Cuestionario**

1. **¿Cuál es el fundamento de su reclamación?**

    ☒ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

    ☐ Empleo actual o anterior en el gobierno de Puerto Rico

    ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

    _____

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**
    No es un numero exacto (Más o menos) (5,000) dolares

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 05/16/2018 |
| Hasta: | 05/31/2018 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | 4943372 |
| Fecha Aviso: | 05/30/2018 |

DORA H ROSALY GERENA
REPTO DURAN
6131 CALLE CIPRES
ISABELA PR 00662-3295
SS: XXX-XX-2415

| | |
|---|---|
| # Empleado: | XXXXX2415 |
| Dept: | 592160-ANOS SERVICIO LEY91 2004 |
| Lugar: | A/OS SERVICIO LEY 91 |
| Titulo: | Pensionado |
| Sueldo: | $1,911.05 Monthly |

| | | |
|---|---|---|
| DATA IMP: | Federal | PR |
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | 955.53 | 817.50 | | 9,555.30 |
| Total: | | 955.53 | 817.50 | | 9,555.30 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 50.00 | 458.00 |
| Total: | 50.00 | 458.00 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 100.00 | 500.00 |

* Tributable

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 955.53 | 0.00 | 50.00 | 905.53 |
| Acumulado: | 9,555.30 | 0.00 | 458.00 | 9,097.30 |

### PTO HORAS

| | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #4943372 | 905.53 |
| Total: | 905.53 |

MENSAJE:

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
05/30/2018

Aviso No.
4943372

Cant. Deposito: $905.53

TRAY 3 SQ 726*****************SCH 5-DIGIT 00602    726 2 AV 0.378
DORA H ROSALY GERENA
REPTO DURAN
6131 CALLE CIPRES
ISABELA PR 00662-3295

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | 127705201 | $905.53 |
| Total: | | $905.53 |

**NO-NEGOCIABLE**

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 05/01/2018 |
| Hasta: | 05/15/2018 |

Business Unit: PUERT
Aviso #: 4686517
Fecha Aviso: 05/14/2018

**DORA H ROSALY GERENA**
REPTO DURAN
6131 CALLE CIPRES
ISABELA PR 00662-3295
SS: XXX-XX-2415

| | |
|---|---|
| # Empleado: | XXXXX2415 |
| Dept: | 592160-ANOS SERVICIO LEY91 2004 |
| Lugar: | A/OS SERVICIO LEY 91 |
| Titulo: | Pensionado |
| Sueldo: | $1,911.05 Monthly |

| | Federal | PR |
|---|---|---|
| DATA IMP: | | |
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 955.53 | 727.50 | 8,599.77 |
| Total: | | | 955.53 | 727.50 | 8,599.77 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 50.00 | 408.00 |
| Total: | 50.00 | 408.00 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 0.00 | 400.00 |

* Tributable

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 955.53 | 0.00 | 50.00 | 905.53 |
| Acumulado: | 8,599.77 | 0.00 | 408.00 | 8,191.77 |

### PTO HORAS

| | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #4686517 | 905.53 |
| Total: | 905.53 |

MENSAJE:

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
05/14/2018

Aviso No.
4686517

Cant. Deposito: $905.53

TRAY 3 SQ 726****************SCH 5-DIGIT 00602    726 2 AV 0.378
DORA H ROSALY GERENA
REPTO DURAN
6131 CALLE CIPRES
ISABELA PR 00662-3295

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | 127705201 | $905.53 |
| Total: | | $905.53 |

**NO-NEGOCIABLE**