De: Dora H. Rosaly Cerena
REPARTO DURAN #6131
CALLE CIPRÉS
Isabela, P.R. 00662

RECEIVED & FILED
2020 FEB 13 PM 5: 54
CLERK'S OFFICE
U.S. DISTRICT C... OF
SAN JUAN, P...

Para: Secretaria Clerk's Office
Tribunal de Distrito de Los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767