Rivera Pérez, Inés V.
Cond. Park East apt. 126
Bayamón, PR 00961



U.S. POSTAGE PAID
FCM LG ENV
BAYAMON, PR
00959
FEB 12, 20
AMOUNT
$1.40
R2304E105860-10

Secretario (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150   Federal Building
San Juan, PR 00918-1767

2020 FEB 13 PM 5:51
RECEIVED & FILED
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, P.R.