set

9 de febrero de 2020

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, PR 00918-1767

Asunto: Réplica
Núm. de Reclamación: 116835

Señores:

Por este medio deseo informar y confirmar que trabajé en el Departamento de Educación de Puerto Rico en donde ocupé una plaza regular como Trabajadora Social desde el 4 de agosto de 1980 hasta el 21 de diciembre 2007, para un total de 27 años.
Estaba activa cuando se aprobó la Ley 89 (Romerazo) en donde se otorgaba un aumento de $100.00 dólares mensuales y también cuando se aprobó la Ley 96 (Sila) de empleados públicos con un aumento mensual de $100.00 dólares. Los aumentos que he dejado de recibir afectan mi pensión por concepto de retiro.
Lo antes expresado lo expongo de mi mejor buena fe.

Adjunto evidencias solicitadas por ustedes.


Gracias

Inés V. Rivera Pérez
Cond. Park East Apt. 126
Bayamón, PR 00961
787-359-1608

Anejos:4

9 de febrero de 2020

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, PR 00918-1767

Asunto: Réplica / estd, Libu acvindo di Puerto Rico, núm. d procedimiento   17 BK 3283-LTS
Núm. de Reclamación: 116835

Señores:

Someto los siguientes datos de contacto:

Nombre: Inés V. Rivera Pérez
Dirección: Cond. Park East Apt. 126
           Bayamón, PR 00961
Num. Celular: 787-359-1608
Correo electrónico: veronica.rivera@live.com


Gracias

Inés V. Rivera Pérez
Cond. Park East Apt. 126
Bayamón, PR 00961
787-359-1608

Anejos: 4