| IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT. |
|---|

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Rivera Perez, Inez V. | 116835 | 6/28/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

| SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE. |
|---|

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Rivera Perez, Inez V. | 116835 | 6/28/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

000958

\*\*\*CUST PR 1845 SRF 38939 PackID: 958 MMLID: 1951019 SVC: 144th Omni
Rivera Perez, Inez V.
Cond. Park East
Apt. 126
Bayamon, PR 00961

000958



CERTIFICACIÓN AÑOS DE SERVICIO Y EDAD

21 de septiembre de 2007

SRA MATILDE PEDRAZA
SECCION DE NOMBRAMIENTOS Y CAMBIOS
DEPARTAMENTO DE EDUCACIÓN

**Prof: Inés V. Rivera Pérez**

El (La) profesor (a) de referencia ha radicado una Solicitud de Retiro por la Ley Núm. 91 del 29 de marzo de 2004 (Ley del Sistema de Retiro para Maestros del Estado Libre Asociado de Puerto Rico.
**[ X ] Años de Servicio** [ ] Edad [ ] Diferida [ ]Suplementaria
Al **25 de septiembre de 2007** ( fecha en que piensa renunciar) **(fecha de su última cotización recibida)**
**[ X ] cualifica** [ ] no cualifica, **para acogerse a la jubilación, y tiene el siguiente tiempo:**

| AÑOS | MESES | SEMANAS | DÍAS | EDAD |
|---|---|---|---|---|
| 29 | 10 | 1 | 1 | 55 |

Los pagos pendientes no están considerados en esta certificación. Los mismos son:
    [ ] Reconocimiento de Tiempo
    **[ X ]** Diferencia en Por Ciento por Transferencia Recibida **( De pagar $ 1, 022.65 se le acreditará tiempo adicional 1 a 3 m 21 d )**
    [ ] Reembolso de Cuotas
    [ ] No Aplica

De cualificar para pensión y tener menos de 30 años de servicios cotizados, cualifica para una pensión calculada al 1.8 por ciento del promedio de los 36 salarios más altos, multiplicado por el tiempo cotizado.

**El tiempo certificado puede variar, de encontrarse diferencias en el Informe de Cambio enviado por el Departamento de Educación u otras Instituciones Gubernamentales y de existir anulaciones futuras entre cuentas que afecten las Aportaciones del Sistema. Deberá permanecer cotizando en nuestro Sistema hasta la fecha que proyecta retirarse.**

**Las Pólizas de Salud y Planes Médicos deben ser pagados directamente a las aseguradoras hasta tanto sometan las autorizaciones de descuentos para tramitar en su pensión.**
**Todas las aportaciones deben estar en el sistema al momento de procesar su pensión.**

Cordialmente,

Wanda G. Santiago López
Directora
Área Servicios de Retiro

Yolanda Cotto Ayala
Oficial Servicios de Retiro

FELD/ebc

CF: PROF: INÉS V RIVERA PÉREZ
    PO BOX 56057
    BAYAMÓN PR 00960

PO Box 191879 San Juan, PR 00919-1879 Teléfonos 1(787)754-8611 ó 1-877-JRETIRO (573-8476)
http://www.srm.gobierno.pr E-mail: consulta@srm.gobierno.pr



27 de febrero de 2008

PROF INÉS V RIVERA PÉREZ
PO BOX 56057
BAYAMÓN   PR   00960

CASO: 1718A

Estimada profesora:

Nos referimos a su Solicitud de Retiro por **Años de Servicio y Edad**. Conforme a las disposiciones de la Ley 91 aprobada el 29 de marzo de 2004, su retiro fue efectivo el **21 de diciembre de 2007** y su pensión mensual es de **$2,196.25**. Se incluye cheque **01454825** por **$4,073.73** correspondiente a su pago retroactivo, el cual cubre desde el **21 de diciembre de 2007 hasta el 15 de febrero de 2008**. Los descuentos efectuados en este pago se reflejan en forma global en su talonario de cheque.

Le informamos que usted puede autorizar al Sistema de Retiro para Maestros a descontar de su pensión, determinada cantidad para pagar compromisos contraídos, tales como; seguro médico de su preferencia u otras deducciones permitidas por ley.

Si usted no se encuentra conforme con la presente determinación, podrá radicar dentro del término de 30 días a partir de la notificación de la determinación del Director o su representante un Escrito de Apelación ante la Junta de Síndicos del SRM. Dicha solicitud puede ser radicada personalmente o enviada por correo.

Radicaciones

**Dirección Física:** Secretaría Junta de Síndicos, Piso 8, Capital Center, Torre Norte 235 Ave Arterial Hostos, Hato Rey, PR

**Dirección Postal:** Secretaría Junta de Síndicos, Piso 8, PO Box 191879, Hato Rey PR 00919-1879

En las radicaciones por correo, el matasellos debe mostrar que la misma fue cursada dentro del término establecido. Todos los términos mencionados en los incisos para apelar o solicitar reconsideración son en días naturales. El procedimiento de apelación se rige por el Reglamento 7053 de 15 de noviembre de 2005.

Le informamos que cualquier gestión, comunicación o trámite que efectúe con el Sistema de Retiro para Maestros distinto a los escritos antes mencionados, no interrumpe los términos que usted dispone para ejercer su derecho de apelación.

Cordialmente,

Wanda G Santiago López
Directora
Área Servicios de Retiro

lod

PO Box 191879 San Juan, PR 00919-1879 Teléfonos (787) 754-8611 ó 1-877-JRETIRO (573-8476)
http://www.jrm.gobierno.pr   E-mail: consulta@jrm.gobierno.pr



# DEPARTAMENTO DE EDUCACION
Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

**ATT: CORTE FEDERAL**

28 de junio de 2018

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | INES V. RIVERA PEREZ |
| Seguro Social | : | |
| Categoría | : | TRABAJADOR SOCIAL ESCOLAR |
| Distrito Escolar | : | BAYAMON II_ |
| Sueldo Mensual | : | $2,945.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 20 de diciembre de 2007 |
| Otros | : | Prestó servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 27 años. Nuestro Sistema de Recursos Humanos refleja que ocupó una plaza regular desde 08/04/1980 hasta 12/20/2007. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.