Rivera Pérez, Inés V.
Cond. Park East apt. 126
Bayamón, PR 00961

U.S. POSTAGE PAID
FCM LG ENV
BAYAMON, PR
00959
FEB 12, 20
AMOUNT
**$1.40**
R2304E105860-10

Secretario (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150  Federal Building
San Juan, PR  00918-1767

2020 FEB 13  PM 5:51
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
RECEIVED & FILED