Jesús L Rosa Torres
HC-02 Box 4422
Villalba, P.R.
00766

SAN JUAN
PR 009
12 FEB '20
PM 1 L

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico)
00918-1767

RECEIVED & FILED
2020 FEB 13 PM 5: 53
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.