María M. Cruz Rodríguez
HC-01 Box 8979
Penuelas, P.R.
00624

SAN JUAN
PR 009
12 FEB 20
PM 1 L

RECEIVED & FILED
2020 FEB 13 PM 5:53

Secretaria Clerk's Three
Tribunal de Distrito de Estados Unidos
Room 150 Federal Building-
San Juan (Puerto Rico)
00918-1767