February 10 2020

Clerk Office United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 0018-1767

Claimer: Yolanda González Pérez
Mobile phone number: 787-548-8149

Claim number: 122710 / 160082
Date Filled: February 2018
Debtor:   Department of Education of Puerto Rico

**Asserted Claim:  Sick days and Vacation**

Reason for opposing the Omnibus Objection:

1. Work for the Department of Education of Puerto Rico January 1985 to January 2018. I accumulated my sick days just like so many colleagues who were paid in previous years.

2. Vacation days were not paid.

3. For this reason, my objection to Omnibus Objection lies the illegality. It was up to me to get paid for my years worked.

4. I Yolanda González Pérez does not authorize any use of the money I have contributed with sacrifice for so many years for any use other than the one mentioned above.

Signed by me, today February 10 2020

Yolanda González Pérez