Yolanda Gonzalez Ruiz
Box 893
San Sebastian P.R. 00685



Clerk Office United States District Court
Room 150 Federal Building
San Juan, Puerto Rico ~~00918-1767~~
00918

2020 FEB 13 PM 5:53
RECEIVED & FILED
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN P.