**ANEXO C**
**Notificación**

Tribunal de Distrito de los Estados Unidos
Abogados de la Junta de Supervisión
Abogados del Comité de Acreedores

Vs.

Amalia Correa Fonseca

Claim Num: 72311

Al Honorable Tribunal:

Respetuosamente por este medio alego:

1. Que soy empleada del Sistema Público desde el 13 de octubre de 1987 hasta el presente.

2. Que mi reclamo corresponde a aumentos salariales no otorgados bajo la Ley 96 de Sila Ma. Calderón y pasos por años de servicio.

Ante lo expuesto, suplico tomen en consideración mi reclamación.

Para que así conste firmo hoy 10 de febrero de 2020 en Vega Baja, P.R.

Amalia Correa Fonseca
Urb. El Rosario 2 T-18 Calle J
Vega Baja, PR 00693
(787) 240-2393

Anejo

cc: Tribunal de Distrito de Estados Unidos
    Abogados de la Junta de Supervisión
    Abogados del Comité de Acreedores