

ESTADO LIBRE ASOCIADO DE
PUERTO RICO
DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos
Division de Personal No Docente

# INFORME DE NOMBRAMIENTOS Y CAMBIOS

Expediente: 31777      Número del Cambio: 2222

| Número del Cambio | Antes del Cambio | Después del Cambio |
|---|---|---|
| 1. Nombre del Empleado | AMALIA CORREA FONSECA | |
| 2. Seguro Social | | |
| 3. Número de Puesto | K03320 | |
| 4. Cifra de Cuenta | E1110-221-0810000-0000-08100-2016-SCHOOLWIDE16 | |
| 5. Cifra de Cuenta SIFDE | E1110 - 221 - 71878 - 01F - 2016 - SCHOOLWIDE16A - 71878 - 01F - 1110 | |
| 6. Estatus | REGULAR | |
| 7. Escala de Retribución | 02 | |
| 8. Clasificación y Número de Clase | OFICINISTA MECANOGRAFO I 11401 (7.30) | |
| 9. Sueldo | SIN SUELDO | SIN SUELDO |
| 10. Diferencial | | |
| 11. División o Escuela | SAN VICENTE 71878 | |
| 12. Programa | | |
| 13. Ubicación | VEGA ALTA 118 | |
| 14. Acción y Duración | | PRÓRROGA DE LICENCIA |
| 15. Aportación a Retiro | | |
| 16. Último Día de Trabajo | | |
| 17. Último Día de Pago | | |
| 18. Fecha de Efectividad | | 26/JUNIO/2015 |
| 19. Comentarios y Explicaciones | PRORROGA LICENCIA SIN SUELDO DESDE 26 JUNIO 2015 HASTA 25 SEPT. 2016 | |

RECIBIDO
DIVISIÓN DE NÓMINAS
SEP 30 2015
SECCION DE CORRESPONDENCIA

20. Firma del Jefe de Agencia o Representante Autorizado
Maidalys Irizarry Villegas

Fecha de Preparado: 30/SEPTIEMBRE/2015      Preparado Por: csb

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2219, 2223, 2227, 2229, 2224, 3461 FAX
El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.



# DEPARTAMENTO DE EDUCACION

**OFICINA DEL SUPERINTENDENTE DE ESCUELAS**

14 de febrero de 1996
Fecha

Lissette Del Valle
Directora Interina
Division Personal Clasificado
Dpto. de Educacion
Hato Rey, Puerto Rico

Atención: Carmen Burgos
Tecnica Nombramientos

Estimada, Sra. Del Valle

Adjunto documentos de nombramiento de Amalia Correa Fonseca para ocupar el puesto número P-01741 de Oficinista Dactilografo en el Programa Titulo I en el Distrito escolar de Vega Baja, efectivo el 12 de febrero de 19 96. Cifra de Cuenta Número

Vo. Bo.

Cordialmente,

Max Pacheco Otero
Director Regional Bayamon

Jose M. Barrios Jimenez
Director Esc. Com. San Vicente

**Anexo:**

/X/ Juramento            /X/ Expediente Académico
/X/ Exámen Médico        /X/ Certificado de Nacimiento
/X/ Tarjeta de Exención  */X/ Certificado Buena Conducta
/X/ Historial de Personal /X/ 2 fotos 2X2

/X/ Otros 2 copias Seguro Social
* En tramites Certificado de Buena Conducta

srr

| 1. SIMBOLOS DE CONTABILIDAD | | | | | | | Estado Libre Asociado de Puerto Rico<br>TRIBUNAL GENERAL DE JUSTICIA<br>OFICINA DE ADMINISTRACION DE LOS TRIBUNALES<br>NEGOCIADO DE PERSONAL<br>NOTIFICACION DE NOMBRAMIENTO<br>Y JURAMENTO | DISTRIBUCION<br>ORIGINAL-Retiro<br>COPIAS:<br>Azul-Nómina<br>Oro-Expediente<br>Amarilla-Hacienda<br>Rosa-Empleado |
|---|---|---|---|---|---|---|---|---|
| A.F. | Fondo | Agencia | Div. | Sub. Div. | Asig. | Objeto | | |
| 88 | 111 | 10 | 01 | --- | 46 | 112 | | |

2. Nombre del Empleado:

CORREA          FONSECA          AMALIA
(Apellido Paterno)   (Apellido Materno)   (Nombre)

Si se trata de una mujer casada siga orden:
(1) Apellido paterno seguido de la preposición "DE"
(2) Apellido del esposo y (3) Nombre

3. Dirección Residencial y Postal:

Urb. El Rosario II
Calle J - Bloque T-18
Vega Baja, Puerto Rico   00763

Seg. Soc. _____

4. Localización: **Tribunal de Distrito, Sala de Vega Baja**

5. Título de Clasificación: **Oficinista Prog. de Alimentos**   Puesto Núm. **1321-T**

6. Sexo: ☐ Varón   ☒ Mujer

7. Clase de nombramiento:
☐ Probatorio - Servicio Uniforme   ☒ Transitorio   ☐ Provisional
☐ Regular - Servicio Central
Ley Núm. 64 del 31 de mayo de 1973

8. Fecha de efectividad de Nombramiento: **13 de octubre de 1987**

9. Fecha en que expira el nombramiento si es transitorio o provisional: **31 de diciembre de 1987**

10. Sueldo Mensual: **622.00**
Plan de retiro _____
Aportación: $ _____

11. Anterior Incumbente: _____   Título de clasificación del puesto: _____

12. Firma de la autoridad nominadora o su representante autorizado:
Firma: *Edda Cordero de Román*   Título: **Directora de Recursos Humanos**   Fecha: **9 de octubre de 1987**

13. JURAMENTO DE FIDELIDAD Y DE TOMA DE POSESION DEL CARGO O EMPLEO

Yo, **CORREA FONSECA, AMALIA**, de **MAYOR** (Edad),
(Nombre del Funcionario o Empleado)

**SOLTERA**, **OFICINISTA PROGRAMA DE ALIMENTOS**, y vecino de
(Soltero o Casado)   (Título del Puesto a ocupar)

**VEGA BAJA**, juro solemnemente que mantendré y defenderé la Constitución de los Estados Unidos y la Constitución y las Leyes del Estado Libre Asociado de Puerto Rico contra todo enemigo interior o exterior, que prestaré fidelidad y adhesión a las mismas; que asumo esta obligación libremente y sin reserva mental ni propósito de evadirla; y que desempeñaré bien y fielmente los deberes del cargo o empleo que estoy próximo a ejercer. Así me ayude Dios.

*Amalia Correa Fonseca*
(Firma del Empleado o Funcionario)

(Fecha)

AFFIDAVIT NUM. **479**

Suscrito y jurado ante mí por **AMALIA CORREA FONSECA**, de las
(Nombre)

circunstancias personales antes expresadas y a quien doy fe de conocer personalmente en **HATO REY**,
(Pueblo)

Puerto Rico, hoy **13** de **OCTUBRE** del año **1987**

*Hector Santiago Ortiz*
LIC. HECTOR SANTIAGO ORTIZ

**CALL BOX 22-A HATO REY, P.R.**
Dirección del Notario Público o del Funcionario Autorizado que toma el Juramento

Firma del Notario Público o del Funcionario Autorizado que toma el Juramento

OAT 502-1   Rev. enero 1980