Amalia Correa Fonseca
Urb. El Rosario 2 T-18 Calle J
Vega Baja PR 00693

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767