10 de febrero de 2014

Datos de Contacto:

Suheil Ortiz Torres
Urbanización Hacienda Juliana #8 Calle Monserrate, Coto Laurel P.R. 00780
787-210-2977
suheilortiz@yahoo.com

Epígrafe:
Tribunal de Distrito de los Estados Unidos
Deudor Estado Libre Asociado de Puerto Rico
Titulo III
Número de Caso 17 BK 03283-LTS
Número de Reclamación 135326

Motivos para oponerse a la Objeción Global:

El fundamento de mi reclamación es una acción legal pendiente de resolucción o concluida con el gobierno de P.R. o en contra de este. El monto es de $42,900.00

El organism organism es el Departamento de Educación, la naturaleza de mi reclamación es por salaries impagos. La reclamación se relaciona con una acción judicial cerrada o pendiente de resolucción.

El Departamento que es parte de esta acción es el Departamento de Educación. El caso esta pendiente de resolucción. La sentencia impaga es la Ley 109 – 2008 Aumento de 1 de julio de 2008 ($150.00) monto de sentencia $20,100.00. Ley 96 1mero de julio de 2002 ($100.00) monto de sentencia $20,700.00. Aumento por experiencia Caso #2012-05-2084 OASE Retribución ($25.00) momto de sentencia $2,400.00. Total de monto de sentencia (por los años de experiencia trabajados) $42,900.00

Documentación Justificativa:

Los documentos se presentaron a nivel global cuando se presenta la demanda.

*[signature: Suheil Ortiz]*