Sohail Ortiz
Urb Hacienda Juliana
#8 Calle Monserrate
Coto Laurel P.R. 00780

Secretaria/Clerk's Office
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan P.R. 00918-1767

SAN JUAN PR 009
13 FEB 2020 PM 1 L
FOREVER / USA
Barn Swallow

RECEIVED & FILED
2020 FEB 13 PM 5: 53
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.