

A QUIEN PUEDA INTERESAR

CERTIFICO que, **Eduardo R. Cintrón Suárez**, Número de Seguro Social, ‡ ....5, trabaja para el Departamento de la Familia en la Administración Desarrollo Socioeconómico de la Familia en la **Oficina Regional Guayama**.

El **Sr. Cintrón** ofrece servicios como **Directora Ejecutivo I**. Comenzó en la agencia el **2 de septiembre de 2004**. El empleado devenga un salario mensual de **$3,073.00** y su puesto es **Regular**.

Certifico hoy, **7 de febrero de 2020**, para los fines que crea pertinentes.

_____
**Nelson Rodríguez Rivera**
Oficial Administrativo II
Oficina Regional Guayama