

Eduardo A. Cintron Suarez
PO Box 444
Guayama, PR 00785-

SAN JUAN PR 009
12 FEB 2020 PM 1 L

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Buildings
San Juan (Puerto Rico) 00918-1767

RECEIVED & FILED
2020 FEB 13 PM 5:53
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.