3 febrero de 202

Por este medio ratifico mi objeción, ya que trabajé incansable y fuertemente día a día ofreciendo clases a los jóvenes en escuelas públicas del Dept. de Educación del Estado Libre Asociado de P.R. para que obtuvieran una educación y un futuro digno. El Departamento no me pagó el dinero ofrecido por los gobernantes de unas leyes que fueron prometidas a los profesores de trabajo en la educación de P.R. Cumplí con mi labor y me retiré y no recibí pago de dinero adeudado de los aumentos ofrecidos. Exijo se pague el dinero adeudado por leyes de los mandatarios de nuestro país.

Gracias por su atención a esta carta.

Atentamente,

Carlota Colón Negrón
Tel. 787-391-6087

Réplica de Objeción global

I Datos de Contacto,
Carlota Colón Negrón
Urb. Las Lomas calle 1-A-1 Juana Díaz, P.R.
Apt. 963
Juana Díaz, Puerto Rico 00795
Teléfono. 787-391-6087

II Epígrafe

A) Secretaría (Clerks' Office)
Tribunal de Distrito de los Estados Unidos.
#150 Chardón Avenue
Federal Building
San Juan, Puerto Rico 00918.

B) Estado Libre Asociado de Puerto Rico y otros deudores

C) Número de procedimiento 17BK3283-LTS.

D) Objeción global referente a la solicitud de dinero no pagado por el Estado Libre Asociado de Puerto Rico Departamento de Educación de Puerto Rico.

E) Número de Evidencia de Reclamos
1) 93720 Ley 180 Pensión Retiro de aumento anual.
2) 103321 Ley 96-2002 Caso Abdiel Acevedo Pérez y otros
   700 - Caso 2013-04-1542 OASE.
3) 93720 Ley 109-2008 Aumento julio 2008 ($150.00).
   Caso OASE-2013-11 024.
4) 103321 Ley 34 de H. Pedro A. Roselló.
5) 130316 Ley 89 Prestación de servicios Educativos al Departamento de Educación de Puerto Rico
6) 112436 - Ley 164-2004 - Hon. Sila M. Calderón.

III. El Tribunal no debe declarar la Objeción global debido a que son dineros adeudados por trabajos realizados como profesora en la escuelas Felipe Colón Díaz y escuela S.U. Salvador Busquets del Bo Guayabal de Juana Díaz - Región Educativa de Ponce perteneciente al Dept. de Edc. de P.R. Ofrecía la asignatura de Español a estudiantes de Nivel Intermedio; donde impartía destrezas de Comprención (lectura) destrezas de escritura (redacción - gramática Valores e incluyendo los Estándares de las respectivas áreas. Prestando y trabajando desde 1981 hasta 2012

Desglose de leyes que me competen

a) Ley 180 - Pensión Retiro anual
b) Ley 34 de Dr. Pedro A. Roselló.
c) Ley 96 1 julio 2002 Caso Addiel Acevedo Pérez y otros - 700. caso # 2013-04-1542 OASE.
d) Ley 109 2008 Aumento julio 2008 ($150.00) caso OASe 2013-11-0224
e) Ley 89. 79 Prestación de Servicios Educativos Ofrecidos al Departamento de Educación de P.R.
f) Ley 164 2004 - 22 julio Aumenti de Sueldo a empleados públicos - Hon. Sila M. Calderón

IV <u>Documentación Justificativa</u>
números de Reclamaciones - 93720 - (97969) - 103321 (112436) - 130316.

Años de servicios 1982 retirada en 2012 del Departamento de Educación - No se puede evidenciar debido a terremoto surgidos en áreas de Agencia y cerraron desde enero 2020. Haré todo posible conseguir información adicional

anexo parte de evidencia.

Carlota Colón Negrón
Tel. - 787-391 6087

Leyenda = ◯
números de Reclamación añadidos, ya que fueron enviados el 20 de enero 2020

14 de enero 2020
Juana Díaz, P.R.

Reclamante Carlota Colón Negrón
Núm de reclamaciones - 93720 - (97969) -103321 (112436) 130316

Reclamación de dinero adeudado por mis años de servicios en el Departamento de Educación del Estado Libre Asociado de Puerto Rico desde el año 1982 hasta el año 2012.

En las reclamaciones que mencione arriba.

Las leyes que me cobijan cuando trabajaba

Detallo:

Ley 180-2001 Pensión Retiro          $13,200
Ley 34 del 1998 Dr. Pedro A. Roselló  $16,800
     Aumento Sueldo
Ley 89 del 1979 Prestación de Servicios $33,600
Ley 109 ley del 2008                  $ 4,800
Ley 96 2002 Dr. Pedro A Roselló       $12,000
Ley 164 2004 Hon. Sila M. Calderón    $ 9,600
                          Gran total  $90,000

Gracias anticipadas por la Cooperación brindada

Atentamente, Carlota Colón Negrón

Teléfono 787-391-6087