**GOBIERNO DE PUERTO RICO**
**DEPARTAMENTO DE EDUCACIÓN**
**REGION EDUCATIVA DE PONCE**
**DISTRITO ESCOLAR DE SANTA ISABEL**



CERTIFICACION DE EMPLEO Y AÑOS DE SERVICIO

22 de diciembre de 2017

A quién pueda interesar:

Saludos cordiales. Certifico que la Profa. Carlota Colón Negrón, con número de Seguro Social XXX-XX-XX fue maestra de español desde agosto del año 1982 hasta mayo del año 2012. La Profa. Colón tenía estatus permanente en la Escuela S.U. Salvador Busquets en horario diurno, de la Región Educativa de Ponce, y completó sus 30 años de servicio.

Esperando su atención al respecto.

Cordialmente,

Prof. Carlos J. Martínez Ortiz
Ayudante Especial III
Distrito Escolar de Santa Isabel
Tel. 787-845-1265/939-366-5466

Número de Evidencia de Reclamación.- 93720 - (97969) - 103321 - (112436) - 130316

Reclamante: Carlota Colon Negron

# INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

### Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación.

Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| **Por Correo** | **Entrega en Mano o Service de Correo Postal de 24 Horas** |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### Cuestionario

1. **¿Cuál es el fundamento de su reclamación?**

    ☐ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

    ☒ Empleo actual o anterior en el gobierno de Puerto Rico

    ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

    _____

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**

    90,000

Leyenda # anadidos, yaque fueron enviados en los últimos libros que recibí en enero 20 de 2020. de Reclamación

*Número de Evidencia de Reclamación:* 93720  97969  103321 - 112436 - 130316
*Reclamante:* Carlota Colón Negrón

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐ No. *Pase a la Pregunta 4.*
   - ☒ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó:
   Departamento de Educación de Puerto Rico

3(b). Identifique las fechas de su empleo con relación a su reclamación:
   1982 - 2012

3(c). Últimos cuatro dígitos de su número de seguro social: 6407

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☐ Jubilación
   - ☒ Salarios impagos
   - ☐ Días por enfermedad
   - ☐ Queja con el sindicato
   - ☐ Vacaciones
   - ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ☒ No.
   - ☐ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción.
   N/A

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución:
   N/A

4(c). Número de caso: N/A

4(d). Título, epígrafe, o nombre del caso:
   N/A

2

*Número de Evidencia de Reclamación:*
*Reclamante:*

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):

_____N/A_____

4(f). ¿Tiene usted una sentencia impaga? Sí / No (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?

_____N/A_____

3



Estado Libre Asociado de Puerto Rico
Departamento De Educación
Escuela Intermedia Salvador Busquets
Distrito de Santa Isabel

# Certificado de Participación
## otorgado a:

*Carlota Colón Negrón*

Por haber completado (2) horas contacto en el
Taller: Conducta Oposicional Desafiante
Dado hoy miércoles, 23 de noviembre de 2011.

_____          _____
Sr. Richard Santos                                         Sra. Linette D. Anadón Vázquez
Psicólogo                                                          Directora Escolar



# CERTIFICADO VITALICIO

ESTADO LIBRE ASOCIADO DE PUERTO RICO
## DEPARTAMENTO DE INSTRUCCIÓN PÚBLICA
SAN JUAN DE PUERTO RICO

## LA SECRETARIA DE INSTRUCCIÓN PÚBLICA

POR LA PRESENTE CONFIERE A:

CARLOTA COLON NEGRON

EL PRESENTE CERTIFICADO DE MAESTRO QUE LO FACULTA PARA EJERCER COMO

MAESTRA DE ESCUELA SECUNDARIA
(Español)

EN LAS ESCUELAS PÚBLICAS O PRIVADAS DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO

EXPEDIDO DESDE 24 de septiembre DE 19 87.

DADO EN SAN JUAN DE PUERTO RICO EL 29 de septiembre DE 19 87.

Número 317

_____
SECRETARIA DE INSTRUCCIÓN PÚBLICA

9 de mayo de 2012

***Sra. Carlota Colón***
***Maestra de Español***
***Escuela Intermedia Salvador Busquets***

Apreciada Sra. Colón:

Se ha completado un año escolar donde al mirar hacia atrás recordamos todos los logros alcanzados. El ***jueves, 31 de mayo de 2012 a la 1:00 pm***, celebraremos la culminación de todos nuestros sacrificios y esfuerzos en la Graduación de Noveno Grado. Ese día nuestra Escuela Intermedia Salvador Busquets se honra en ***dedicarle a usted sus Actos de Graduación.***

Esperamos saludarle personalmente a usted y a su distinguida familia. Queremos compartir con usted este momento tan especial para todos, al igual que aprovechamos para extenderle una cariñosa invitación a nuestro tradicional ***Baile de Graduación***. Este se celebrará el ***jueves, 9 de junio de 2012*** en el Centro de Usos Múltiples de Villalba a las 6:45 pm.

Contamos con su distinguida presencia en ambas actividades.
Respetuosamente;

Clase Syderix 2012
Escuela Intermedia Salvador Busquets

*[firma]*
Sra. Marta B. Cintrón Santiago
Moderadora Clase 2012

Formulario: EM-2003 (Revisado 2004)

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACION
HATO REY, PUERTO RICO

## GUIA PARA LA EVALUACION DE LA LABOR DEL MAESTRO (A)

( X ) Evaluación Formativa  ( ) Evaluación Sumativa

**Página 1**  Año Escolar 2010-2011

| Nombre maestro (a): Sra. Carlota Colón Negrón | Seguro Social: |
|---|---|
| Categoría del puesto: R-25776 | Distrito: Santa Isabel |
| Escuela: Intermedia de la Comunidad Salvador Busquets | Municipio JUANA DIAZ / Región: PONCE |
| Materia (s): Español | Grado (s): Séptimo y Octavo |
| Período que comprende esta evaluación: 1 de agosto de 2010 al 22 de diciembre de 2010 | |

| Area | Puntuación máxima | Puntuación obtenida | % |
|---|---|---|---|
| A. Proceso de enseñanza y aprendizaje | 40 | 40 | 100% |
| B. Dominio del contenido de la materia | 25 | 25 | 100% |
| C. Evaluación del aprendizaje del estudiante | 40 | 40 | 100% |
| D. Organización y ambiente de la sala de clase | 35 | 35 | 100% |
| Totales | 140 | 140 | 100% |

| ESCALA | | | |
|---|---|---|---|
| 95 - 100% | 5 | Ejecución profesional excelente |
| 94 - 85 % | 4 | Ejecución profesional superior |
| 84 - 70% | 3 | Ejecución profesional promedio |
| 69 - 60% | 2 | Ejecución profesional bajo promedio |
| 59% o menos | 1 | Ejecución profesional deficiente |

| Nombre maestro (a): Sra. Carlota Colón Negrón | Firma maestro (a): *[signature]* |
|---|---|
| Nombre director (a): Prof. Héctor M. Bonilla Cintrón | Firma director (a): *[signature]* |
| Fecha: 22 de noviembre de 2010 | Hora: 10:00 ( X ) a.m. ( ) p.m. |

1

Estado Libre Asociado de Puerto Rico
Departamento de Educación

Escuela Intermedia de la Comunidad
Salvador Busquets

# Certificado de Mérito

otorgado a:

## Sra. Carlota Colón Negrón

en reconocimiento por:

Contribuir en la participación de los estudiantes en el uso de los Servicios Bibliotecarios del Programa de Bibliotecas Escolares.

Dado hoy, 31 de mayo de 2006, en Juana Díaz, P.R.

_Héctor M. Bonilla Cintrón_
Prof. Héctor M. Bonilla Cintrón
Director Escolar

_Evelina Torres Torres_
Sra. Evelina Torres Torres
Maestra Bibliotecaria