Carlota Colon Negron
Urb. Las Lomas
Apt. 963
Juana Diaz, P.R. 00795



Secretaria (clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

2020 FEB 13 PM 5:51
RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.