José M[...]
HC-06, Box 4248
Coto Laurel, P.R. 00780

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767