DECLARACION JURADA

Número de Reclamación 98826

RECEIVED & FILED
2020 FEB 13 PM 5:56
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

Yo, CARMEN DELIA BURGOS PABON, mayor de edad, soltera, retirada y vecina de Santa Isabel, Puerto Rico, bajo juramento declaro como sigue:

1- Que mi nombre y demás circunstancias personales son las antes indicadas.

2- Que me retiré con el puesto de Superintendente Auxiliar de Título I del Departamento de Educación en el año 2013.

3- Que trabajé por más de 30 años en el Departamento de Educación donde ocupé diferentes plazas.

4- Que en el año 2002 se aprobó la Ley Número 96 del 1 de julio de 2002 concediendo un aumento de $150.00 mensuales a los maestros y Directores Escolares.

5- Que nunca recibí dicho aumento a pesar de que cualificaba para recibirlo.

6- Que de acuerdo a mis cómputos el Departamento de Educación me debe la cantidad de $19,800.00 correspondientes a 11 años trabajados a partir de entrar en vigor dicha Ley sin haber recibido el aumento.

7- Que al no recibir el aumento afectó el cómputo de mi pensión la cual estoy recibiendo desde el mes de agosto de 2013 por lo que existe una deuda retroactiva a esa fecha ya que la pensión se calculó sin el aumento.

8- Que existe una Demanda contra el Departamento de Educación, Caso Núm. 2013-05-1716 en la Oficina de Apelaciones del Sistema de Educación (OASE) relacionada con esta reclamación.

Y PARA QUE ASI CONSTE, juro y suscribo la presente en Salinas, Puerto Rico a 12 de febrero de 2020.

_____
DECLARANTE

AFFIDAVIT NUM:14,364

Jurada y suscrita ante mí por CARMEN DELIA BURGOS PABON, de las circunstancias personales antes indicadas y a quien doy fe de haber identificado por medio de licencia de conducir # en Salinas, Puerto Rico a 12 de febrero de 2020.





NOTARIA PÚBLICO