| IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT. |
|---|

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Burgos Pabon, Carmen D. | 98826 | 6/27/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

| SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE. |
|---|

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Burgos Pabon, Carmen D. | 98826 | 6/27/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

# 518 página 91 de 165

000559

**GOBIERNO DE PUERTO RICO**
**COMISIÓN APELATIVA DEL SERVICIO PÚBLICO**
**SAN JUAN, PUERTO RICO**
www.casp.pr.gov

| | |
|---|---|
| MIRIAM RAMOS RÍOS Y OTROS (405) | |
| Apelante | CASO NÚM. 2013-05-1716 |
| vs. | |
| DEPARTAMENTO DE EDUCACIÓN | RETRIBUCIÓN |
| Apelado | Materia |

## TRASLADO A LA OFICINA DE APELACIONES DEL SISTEMA DE EDUCACIÓN

El 29 de marzo de 2018 entró en vigor la Ley Núm. 85-2018, *Ley de Reforma Educativa de Puerto Rico*. Ésta creó la Oficina de Apelaciones del Sistema de Educación (OASE) la cual obtuvo jurisdicción primaria para revisar las determinaciones finales sobre asuntos de personal del Departamento de Educación.

El Artículo 3.02 de dicha ley dispone en lo pertinente que:

> (...) a partir de la aprobación de esta Ley, el Departamento tendrá ciento veinte (120) días para realizar la transición de todos los casos que se encuentren en el trámite de apelación ante la Comisión Apelativa del Servicio Público. **Se exceptúan de la transición aquellos casos que tienen ante la Comisión Apelativa del Servicio Público señalamientos de vistas en su fondo o aquellos a los que se le celebró la vista en su fondo y no se ha emitido una determinación final.** (...)

Evaluado el trámite procesal de la apelación de epígrafe, este refleja que al momento de esta notificación de **Traslado**, la misma no tiene señalamientos de vista en su fondo ante la Comisión Apelativa del Servicio Público, ni se ha celebrado una vista en su fondo quedando a espera de una determinación final.

Ante esto, el expediente de la apelación de epígrafe será transferido a la Oficina de Apelaciones del Sistema de Educación. A partir del **4 de marzo de 2019**, el procedimiento asociado a la apelación de epígrafe continuará su trámite ante dicho organismo por lo que **todo asunto, documento o moción relacionada a la apelación de epígrafe deberá presentarse oportunamente ante la Oficina de Apelaciones del Sistema de Educación conforme a su Reglamento, no ante la Comisión Apelativa del Servicio Público**.

A continuación, la información de contacto de la Oficina de Apelaciones del Sistema de Educación:

Dirección física: **Oficina de Apelaciones del Sistema de Educación**
**Ave. Tnte. Cesar González, Esq. Juan Calaf**
**Urb. Industrial Tres Monjitas**
**Hato Rey, Puerto Rico 00917**

Dirección postal: **Oficina de Apelaciones del Sistema de Educación**
**PO BOX 190759**
**San Juan, Puerto Rico 00919-0759**

Correo electrónico: **oase@de.pr.gov**

Teléfono: **787.759.2000**

-2-

MIRIAM RAMOS RÍOS Y OTROS (405)
2013-05-1716
ORDEN

**NOTIFÍQUESE Y ARCHÍVESE.**

En San Juan, Puerto Rico, a 24 de enero de 2019.

**CERTIFICO** que hoy, 24 de enero de 2019, archivé en los autos de la apelación de epígrafe, el original de esta notificación de **Traslado** y que envié copia fiel y exacta de la misma a las *Partes*.

**REYNALDO GONZÁLEZ RODRÍGUEZ**
Secretario

**ABOGADO APELADO:**
LCDO. CHRISTIAN CASTRO PLAZA
DEPARTAMENTO DE JUSTICIA
DIRECTOR DE ASUNTOS LABORALES
DIVISIÓN LABORAL
SECRETARÍA AUXILIAR DE LO CIVIL
PO BOX 9020192
SAN JUAN, PR 00902-0192

**ABOGADOS APELANTE:**
LCDO. FRANCISCO R. GONZÁLEZ
LCDO. FRANCISCO J. GONZÁLEZ MAGAZ
1519 PONCE DE LEÓN
805 FIRST FEDERAL
SAN JUAN, PR 00909

**PARTE APELANTE:**[1]
(Se notifica conforme a las direcciones en récord)

/mpa

---

[1] Se incluye un listado de todos los apelantes y sus respectivas direcciones, solamente para los abogados de las *Partes*. Hacemos constar que no fue provista la dirección de los APELANTES, **ENRIQUE VÁZQUEZ TORRES** y **MONSERRATE ZENO PÉREZ**.



Estado Libre Asociado de Puerto Rico
Sistema de Retiro para Maestros

25 de enero del 2013

Sr(a) Carmen D Burgos Pabón

Re: Relación de Años de Servicios

Para su conocimiento y de acuerdo con la información disponible al presente en nuestros archivos, usted tiene cotizado al Sistema aproximadamente **al 30 de diciembre 2012**

| Años | Meses | Semanas | Días |
|------|-------|---------|------|
| 30   | 4     | 3       | 1    |

Completaría aproximadamente  -----**años** cotizados en -----------------
Pension aproximada a julio 2013 $2,580.00

*Esto no es una Certificación Oficial de Retiro.*

La *Ley 208*, dispone que el participante deba retirarse en diciembre o mayo del año que complete sus años cotizados. Tiene que orientarse con la Región educativa de su área y entregar la solicitud de retiro con ciento veinte (120) dias de anticipación a la fecha de renuncia. (No incluye solicitud por Incapacidad Física

Estos cálculos son preliminares y están sujetos a verificación final y oficial a la fecha de su retiro.

Cordialmente,

**Arlene Hoyos Escalera**
**Gerente de Servicios**
ahoyos@srm.pr.gov

Centro de Servicios Regional de Ponce
Sta. María Shopping Center – 441 Calle Ferrocarril Ste. 101 – Ponce PR  00717-1102
Tel 787-840-0866

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 08/01/2019 |
| Hasta: | 08/15/2019 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | 2855892 |
| Fecha Aviso: | 08/15/2019 |

CARMEN D BURGOS PABON
URB VILLA JAUCA
9 CALLE A
SANTA ISABEL, PR  00757
SS:  XXX-XX-9521

| | |
|---|---|
| # Empleado: | XXXXX9521 |
| Dept: | 592160-ANOS SERVICIO LEY91 2004 |
| Lugar: | A/OS SERVICIO LEY 91 |
| Titulo: | Pensionado |
| Sueldo: | $2,583.75 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 + 99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,291.88 | 1,222.50 | 19,378.20 |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 |
| Total: | | | 1,291.88 | 1,222.50 | 19,478.20 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 81.01 | 1,215.15 |
| AE-Asoc Emp ELA-Prest Regular | 231.19 | 3,475.27 |
| AE-Seguro por Muerte Asoc ELA | 3.50 | 52.50 |
| AS-ASOC  E P A | 6.00 | 90.00 |
| Ahorros-AEELA | 38.76 | 581.40 |
| SM-First Medical Health Plan | 0.00 | 593.00 |
| Total: | 360.46 | 6,007.32 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 100.00- | 500.00 |

\* Tributable

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 1,291.88 | 0.00 | 360.46 | 931.42 |
| Acumulado: | 19,478.20 | 0.00 | 6,007.32 | 13,470.88 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #2855892 | 931.42 |
| Total: | 931.42 |

MENSAJE:

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
08/15/2019

Aviso No.
2855892

Cant. Desposito:    $931.42

A la
Cuenta(s) De

CARMEN D BURGOS PABON
URB VILLA JAUCA
9 CALLE A
SANTA ISABEL, PR  00757

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | 521389630 | $931.42 |
| Total: | | $931.42 |

## NO-NEGOCIABLE