Carmen D Burgos
A-9 Urb. Villa Jauca
Santa Isabel , P.R. 0



7019 1640 0001 9527 0703


UNITED STATES
POSTAL SERVICE®

1000


00918

U.S. POSTAGE PAID
FCM LETTER
SALINAS, PR
00751
FEB 12, 20
AMOUNT
**$6.55**
R2305K135299-04

USPS - MAILING DIVISION
FEB 1
SAN JUAN, PR 009

Secretaria (Clerk's Office)
Tribunal del Distrito de los Estados Unidos
#150 Chardon Avenue
Federal Building
San Juan, Puerto Rico   00918

2020 FEB
RECEIV