LUIS A. RODRIGUEZ VALENTIN
731 CALLE SAN JUAN
PDA 16 ½
SAN JUAN PR 00907

**CERTIFIED MAIL**®

7019 2280 0000 8251 0874





U.S. POSTAGE PAID
FCM LG ENV
SAN JUAN, PR
00918
FEB 12, 20
AMOUNT
**$7.80**
R2304H108674-21

1000          00918

HON. LAURA TAYLOR SWAN
SECRETARIA
TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA DISTRITO DE PUERTO RICO
150 CARLOS CHARDON STREET
FEDERAL BUILDING
SAN JUAN PR 00918-1767

RECEIVED & FILED
2020 FEB 13 PM 5: 58
U.S. DISTRICT COURT
CLERK'S OFFICE
SAN JUAN P.R.