Secretaria del Tribunal – Junta de Supervisión y Comité de Acreedores
Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

10 febrero de 2020
**Re: Reclamar objeción global establecida por el tribunal el 12-diciembre-2019**
Núm. Reclamación 55230
Núm. Seguro Social XXX-XX-229
Martha E. Pérez Santiago
Urb. El Madrigal Calle 3 D11
Ponce, Puerto Rico 00730-1410
Cel. 787-391-4766

A quien pueda interesar:

El tribunal no debe declarar a lugar a la objeción global en relación con nuestros reclamos, a base de Derechos y Hechos; la cual nos oponeos a dicha objeción global de la Ley Promesa.

Las evidencias para probar nuestros reclamos y derecho a la Ley Promesa, demandados a nuestros acreedores; no podemos sustentarlas debido a que en estos momentos Puerto Rico está pasando por una crisis sísmica de continuos terremotos, que han causado múltiples daños estructurales incluyendo a agencias de gobierno. La información para evidenciar nuestros reclamos no la podemos adquirir, ya que las Oficinas Gubernamentales están inoperantes.

Por esta razón no puedo enviar las evidencias de la objeción global solicitada por el Tribunal.

Incluyo información desde cuando comencé a trabajar con el Departamento de Educación y la fecha de mi jubilación hasta la fecha actual.
- Como maestra: 11 de agosto de 1966 al 2 de septiembre de 1966
- Como trabajadora social escolar: 28 de noviembre de 1966 al 29 de julio de 2006
- En agosto de 2006: Me acogí al sistema de retiro para maestros y actualmente sigo con los beneficios del Sistema de Retiro.

Espero que esta información sometida pueda ayudar al Comité de Acreedores y a la Junta de Supervisión. Tengo derecho por la Ley al monto de Reclamación que radique en junio 2018 por Título III Ley Promesa.

1. Romerazo – Del 1990
2. Ley #96 del 10 de julio de 2002
3. Ley #164 del 22 de julio de 2003
4. Demanda de Clase de Trabajadores Sociales Escolares #1703283
5. Ley #180 – De 30% costo de vida
6. Además de estas leyes existen otras que no sé cuáles son aclárenle que tenemos derecho a los aumentos por Ley que no recibimos.

Respetuosamente,

Sra. Martha E. Pérez Santiago