Martha E. [illegible]
URB. El Madrigal
D11 Calle 3
Ponce P.R. 00730-1410

Secretaria (clerk's office)
Tribunal de Distrito de los E.U.
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

SAN JUAN PR 009
11 FEB 2020 PM 1 L

2020 FEB 13 PM 5: 52
RECEIVED & FILED
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

009181767

