SECRETARIO (CLERK'S OFFIC)
TRIBUNAL DE DISTRITO DE LOS ESTADOS
UNIDOS
ROOM 150 FEDERAL BUILDING
SAN JUAN PUERTO RICO 00918-1767

La presente es para solicitar la reclamacion por demanda de clase a traves del Departamento de Educacion de Puerto Rico.

Mi Nombre es MANUEL RIVERA Quiles
Numero de caso 114999
Seguro Social #: 9284

Entiendo que durante los años que labore con el Departamento de Educacion y desde 1994 al presente y que aun laboro no se me adjudico una serie de saldos llamado impago

Labore durante y desde 1994 al presente en el Departamento Educacion de Puerto Rico

Comprendiendo desde 1994
Correo Electronico manuel1963@gmail.com
Mi celular es/ 787-458-6374
Cantidad estimada $15,000