RECEIVED & FILED

2020 FEB 13 PM 5: 59

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

To: Secretaría (clerk's office)
Tribunal de distrito de los
Estados Unidos.
Room 150 Federal Building
San Juan Puerto Rico 00918-1767

FOREVER / USA

