## **EXHIBIT A**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

---------------------------------------------------------------------- X
: 
In re: :
:
LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN : PROMESA
FINANCIERA PARA PUERTO RICO, : Título III
:
  como representante de : Caso Núm. 17-BK-3283 (LTS)
:
EL ESTADO LIBRE ASOCIADO DE PUERTO RICO *et* : (Administrado Conjuntamente)
*al.*, 
:
  Deudores.[1] :
---------------------------------------------------------------------- X

**AVISO DE OBJECIÓN DEL COMITÉ OFICIAL DE ACREEDORES NO ASEGURADOS A RECLAMACIONES PRESENTADAS O INCOADAS CONTRA EL ESTADO LIBRE ASOCIADO POR TENEDORES DE BONOS DE OBLIGACIÓN GENERAL QUE ALEGAN PRIORIDAD SOBRE OTROS ACREEDORES NO ASEGURADOS DEL ESTADO LIBRE ASOCIADO**

Está recibiendo este aviso porque ha sido identificado como tenedor o asegurador de bonos de obligación general emitidos por el Estado Libre Asociado de Puerto Rico (el "ELA") y/o bonos garantizados por el ELA, incluyendo bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico (conjuntamente, los "Bonos GO").

El Comité Oficial de Acreedores no Asegurados (el "Comité") ha presentado una objeción (la "Objeción a la Prioridad GO") buscando que se emita una opinión de que los Bonos GO no tienen derecho a prioridad sobre las reclamaciones de otros acreedores generales no asegurados en el caso del Título III del ELA. Según se detalla en la Objeción a la Prioridad GO, el Comité entiende que cualquier prioridad de pago bajo la Constitución de Puerto Rico a favor

---

[1] Los Deudores en los Casos del Título III, junto con el caso individual de cada Deudor en virtud del mismo título y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, según aplicable, son: (i) el Estado Libre Asociado de Puerto Rico (Caso de Quiebra Núm. 17-BK-3283 (LTS)) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra Núm. 17-BK-3284 (LTS)) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); (iii) la Autoridad de Carreteras y Transportación de Puerto Rico ("ACT") (Caso de Quiebra Núm. 17-BK-3567 (LTS)) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") (Caso de Quiebra Núm. 17-BK-3566 (LTS)) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); y (v) la Autoridad de Energía Eléctrica de Puerto Rico ("AEE") (Caso de Quiebra Núm. 17-BK-4780 (LTS)) (Últimos cuatro dígitos de la identificación contributiva federal: 3747) (Los números de los casos en virtud del Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).

de los Bonos GO conflige con ley federal en al menos tres niveles. Primero, la prioridad afirmada conflige con el esquema de prioridad del Código de Quiebras según incorporado en PROMESA. Segundo, la prioridad afirmada conflige con el propósito general del derecho de quiebras y, en particular, las quiebras municipales. Y tercero, la prioridad afirmada conflige con numerosas provisiones del Código de Quiebras incorporadas en el Título III de PROMESA. El texto completo de la Objeción a la Prioridad de GO está disponible en Internet en el siguiente enlace: https://cases.primeclerk.com/puertorico/Home-DocketInfo?DockSearchValue=10638.

Tenga en cuenta que la Objeción a la Prioridad GO es adicional a, y de forma separada de, otras objeciones a Bonos GO presentadas por el Comité, incluyendo (a) la objeción presentada por el Comité y la Junta de Supervisión y Administración Financiera, a través de su Comité Especial de Reclamaciones, a bonos de obligación general emitidos en el 2012 y 2014 [Docket No. 5143], (b) la objeción presentada por el Comité a ciertos bonos generales emitidos en el 2011 [Docket No. 7057], y (c) la objeción presentada por el Comité a ciertos bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico [Docket No. 8141].

Tenga en cuenta además que, el ___ de marzo de 2020, el Tribunal de Distrito ordenó que

- Las Contestaciones a la Objeción a la Prioridad GO tienen que ser presentadas ante el Tribunal de Distrito **en o antes de _____ de 2020 a las 5:00 p.m. (AST)**, y

- Las Réplicas en apoyo adicional a la Objeción a la Prioridad GO tienen que ser presentadas ante el Tribunal de Distrito **en o antes de _____ de 2020 a las 5:00 p.m. (AST)**.

Si usted no está representado por un abogado, usted puede presentar su contestación por correo o entregándola a la mano a: Secretaría del Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico, Sala 150 Edificio Federal, 150 Avenida Carlos Chardo, San Juan, PR 00918-1767.

Además de presentar su contestación ante el Tribunal de Distrito, todas las contestaciones tienen que ser notificadas a los siguientes representantes legales:

| **PAUL HASTINGS LLP** | **CASILLAS, SANTIAGO & TORRES LLC** |
|---|---|
| Attn: Luc. A. Despins, Esq. | Attn: Juan J. Casillas Ayala, Esq., |
| James R. Bliss, Esq. | Israel Fernández Rodríguez, Esq., |
| Nicholas A. Bassett, Esq. | Juan C. Nieves González, Esq., |
| 200 Park Avenue | Cristina B. Fernández Niggemann, Esq. |
| lucdespins@paulhastings.com | PO Box 195075 |
| jamesbliss@paulhastings.com | San Juan, PR 00919-5075 |
| nicholasbassett@paulhastings.com | jcasillas@cstlawpr.com |
| | ifernandez@cstlawpr.com |
| | jnieves@cstlawpr.com |
| | cfernandez@cstlawpr.com |

2

| | |
|---|---|
| **PROSKAUER ROSE LLP**<br>Attn: Martin J. Bienenstock, Esq.<br>Brian S. Rosen, Esq.<br>Jeffrey W. Levitan, Esq.<br>Margaret A. Dale, Esq.<br>mbienenstock@proskauer.com<br>brosen@proskauer.com<br>jlevitan@proskauer.com<br>mdale@proskauer.com | **A&S LEGAL STUDIO, PSC.**<br>Attn: Luis F. del Valle-Emmanuelli, Esq.<br>dvelawoffices@gmail.com |
| **O'MELVENY & MYERS LLP**<br>John J. Rapisardi<br>Suzzanne Uhland<br>Peter Friedman<br>7 Times Square<br>New York, NY 10036<br>(212) 326-2000 | **MARINI PIETRANTONI MUÑIZ LLC**<br>Luis C. Marini-Biaggi<br>250 Ponce de León Ave., Suite 900,<br>San Juan, Puerto Rico, 00918<br>Tel: (787) 705-2171<br>Fax: (787) 936-7494 |

### Solicitudes de Información Adicional

Las solicitudes de las versiones en español de este Aviso y cualquier pregunta relacionada con este Aviso se deben enviar por escrito a:

> Paul Hastings LLP
> 200 Park Avenue
> New York, NY 10166
> Attn: Douglass E. Barron
> NoticeofParticipation@paulhastings.com
> (212) 318-6690

3