

February 10, 2020

Secretaría (Clerk Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

To Whom It May Concern:

I wish to confirm and notify that I worked as a History teacher for the Department of Education of P.R., employment ranging from August 1972 to December 31, 2005, totaling 31 years. I was on active employment once Law 89 ($100.00) and Law 96 ($100.00) went into effect for public service employees.

María del Carmen Maldonado

February 10, 2020

Secretaría (Clerk Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

To Whom It May Concern:

I certify that the following personal information is correct:

Name: María del Carmen Maldonado

Permanent Address: Urb. Magnolia Gardens 0-19 Calle 18-, Bayamón, PR 00956

Postal Address: Urb. Magnolia Gardens 0-19 Calle 18-, Bayamón, PR 00956

Home Phone: 787-787-5484

Cell Phone: 787-615-1001

Email: mariagodiva1001@gmail.com

*María del Carmen Maldonado* (signature)

10 de febrero de 2020
Secretaría (Clerk Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

A quien pueda interesar,

Por este medio deseo informar y confirmar que trabajé como maestra de historia secundaria del Departamento de Educación de PR desde agosto de 1972 hasta el 31 de diciembre de 2005 para un total de 31 años, 3 meses y 2 semanas. Estaba activa cuando se aprobó la Ley 89 de $100.00 y la Ley 96 de empleados públicos de $100.00.

Doy fe de lo antes expuesto.

Nombre: María del Carmen Maldonado

10 de febrero de 2020
Secretaría (Clerk Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

A quien pueda interesar,

Certifico la siguiente información personal:

Nombre: María del Carmen Maldonado

Dirección Residencial: Urbanización Magnolia Gardens 0-19 Calle 18-, Bayamón, PR 00956

Dirección Postal: Urbanización Magnolia Gardens 0-19 Calle 18-, Bayamón, PR 00956

Teléfono Residencial: 787-787-5484

Teléfono Celular: 787-615-1001

Correo Electrónico: mariagodiva1001@gmail.com

*[signature]*
María del Carmen Maldonado