Maria del Carmen Maldonado Rivera
Urb. Magnolia Gardens
O19 - calle 18
Bayamón Puerto Rico
00956

Secretaría (Clerk Office)

Tribunal de Distrito de los Estados Unidos

Room 150 Federal Building
Ave. Carlos E. Chardón
San Juan (Puerto Rico) 00918-1767,