# TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
# DISTRITO DE PUERTO RICO

| | |
|---|---|
| En el asunto de: | PROMESA<br>Título III |
| JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, | Núm. 17 BK 3283-LTS |
| Como representante de | (Administrada conjuntamente) |
| ESTADO LIBRE ASOCIADO DE PUERTO RICO Y OTROS, | La presente radicación guarda relación con el ELA, la ACT y el SER. |
| Deudores. | |

## REPLICA

COMPARECE, Diana Fornes Vélez, por derecho propio, muy respetuosamente, expongo, alego y solicito que se haga una revisión de mis datos en el ELA, la ACT y/o el SER donde ellos indican que mi reclamo fue rechazado por ser deficiente.

Soy empleada del ELA desde el 20 de julio de 2004, no he sido cesanteada, ni suspendida de mi trabajo del cual laboro 37.5 horas semanales y donde se han realizado las deducciones correspondientes al Sistema de Retiro del ELA.

Como parte de mi objeción estoy sometiendo copia de la Certificación obtenida del mismo Sistema de Retiro del ELA.

En mérito de lo anterior, muy respetuosamente solicito que se acepte mi objeción con dicha certificación no empecé a que se me había concedido la fecha limite el 14 de enero de 2020, pero soy residente del área sur donde han estado ocurriendo situaciones sísmicas desde el 28 de diciembre de 2019 que han trastocado el diario vivir de todos los ciudadanos del área sur de Puerto Rico. Debido a esta situación, recientemente estamos tratando de llegar a la normalidad y continuar con nuestra vida diaria. Agradecemos su indulgencia ante dicha situación de la cual no está en nuestro control.

Respetuosamente sometido.

En Juana Díaz, Puerto Rico, a 10 de febrero de 2020

CERTIFICO: *Haber enviado copia fiel y exacta del presente escrito a: Secretaría (Clerk's Office), Tribunal de Distrito de los Estados Unidos, Room 150 Federal Building, San Juan, Puerto Rico, 00918-1767; Abogado de la Junta de Supervisión (Counsel for the Oversight Board), Proskauer Rose LLP, Eleven Times Square, Nueva York, Nueva York 10036-8299, A/A: Martín J. Bienenstock, Brian S. Rosen; Abogado del Comité de Acreedores (Counsel for the Creditors' Committee), Paul Hastings LLP, 200 Park Avenue, Nueva York, Nueva York 10166, A/A: Luc A. Despins, James Bliss, James Worthington, G. Alexander Bongartz.*

*[firma]*
DIANA FORNES VÉLEZ
URB. PASEO SOL Y MAR
643 CALLE CORAL
JUANA DIAZ, PR 00795
(787) 502-9795
diana.fornes@gmail. Com.

Case:17-03283-LTS Doc#:11048 Filed:02/13/20 Entered:02/14/20 17:11:09 Desc: Main
Document Page 2 of 2