U.S. POSTAGE PAID
FCM LETTER
MERCEDITA, PR
00715
FEB 11, 20
AMOUNT
**$6.40**
R2304M113827-02

1000  00918

UNITED STATES POSTAL SERVICE

7018 2290 0000 0625 4237

CERTIFIED MAIL
PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7018 2290 0000 0625 4237

Secretaría (Clerk's Office)
Tribunal de Distrito de E.U.
Room 150 Federal Building
San Juan, P.R. 00918-1767

SAN JUAN
PR 009
11 FEB '20

RETURN RECEIPT REQUESTED

Diana Fornes Vélez
Urb. Paseo Sol y Mar
643 Calle Coral
Juana Díaz, P.R. 00795

CLERK'S OFFICE
U.S. DISTRICT COURT
2020 FEB 13 PM 5:59
RECEIVED

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

SAN JUAN

© USPS 2016