February 10, 2020

Secretaría (Clerk Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

To Whom It May Concern:

I hereby inform that I, Lydia E. Santiago Rivera, worked as an elementary school teacher in the Puerto Rico Department of Education from August 8, 1972 until February 1, 2003 with a total of 30 years, 5 months of service. Under the Law 89 ($100) and 96 ($100) of public employees, I continued to offer my services as a teacher.

I attest to the former.

*[signature]*

Sincerely, Lydia E. Santiago Rivera

February 10, 2020

Secretaria (Clerk Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

To Whom It May Concern:

I certify that the following personal information is correct:

Name: Lydia E. Santiago Rivera
Permanent Address: Ocean Park C8 calle Paseo Perla del Mar, Vega Baja PR 00963
Postal Address: Ocean Park 21 Paseo Perla del Mar, Vega Baja PR 00693-9006
Cell Phone: 787-667-1102, 787-667-1108
Email: kikehern65@gmail.com

Sincerely: Lydia E. Santiago Rivera

7 de febrero de 2020

Secretaría (Clerk office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, PR 00918-1767

A Clerk office:

Por este medio informo que yo, Lydia Santiago Rivera trabajé como maestra de escuela elemental del Departamento de Educación de Puerto Rico desde el 8 de agosto de 1972 hasta el 1 de febrero de 2003 con una totalidad de 30 años con 5 meses de servicio. Durante la aprobación de la Ley 89 y la Ley 96 de empleados público, continuaba ofreciendo mis servicios como maestra.

Doy fe de lo antes expuesto.

atténtamente: Lydia E. Santiago Rivera

7 de febrero de 2020

Secretaría (Clerk office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, PR 00918-1767

A Clerk Office:

Certifico la siguiente información personal:

Nombre: Lydia E. Santiago Rivera

Dirección Residencial: Ocean Park C8 calle Paseo Perla del Mar, Vega Baja PR 00693

Dirección Postal: Ocean Park 21 Paseo Perla del Mar, Vega Baja PR 00693-9006

Teléfono Residencial Celular: 787-667-1102, 787-667-1108

Correo Electrónico: kikehern65@gmail.com

*[signature]*
atténtamente: Lydia E. Santiago Rivera