Sydia E. Santiago Rivera
Ocean Park
21 Paseo Perla del Mar
P.R. Vega Baja, PR 00693-9006

Secretaría (Clerk Office)

Tribunal de Distrito de los Estados Unidos

Room 150 Federal Building
Ave. Carlos E. Chardón
San Juan (Puerto Rico) 00918-1767,

RECEIVED & FILED
2020 FEB 13 PM 6:00
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

**US POSTAGE PAID**
$7.75
Origin: 00959
02/12/20
4284820012-10

**PRIORITY MAIL 1-DAY ®**

0 Lb 5.20 Oz
1005

EXPECTED DELIVERY DAY: 02/13/20

C018

SHIP TO:
150 AVE CARLOS CHARDON
STE 150
SAN JUAN PR 00918-1706

**USPS TRACKING® NUMBER**

9505 5122 2209 0043 4296 31

- Date of delivery spe
- USPS TRACKING™ in international destinati
- Limited international i
- Pick up available.*
- Order supplies online.
- When used internationally, a customs declaration label may be required.

*Domestic only

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

EP14F Oct 2018
OD: 12 1/2 x 9 1/2

PS00001000014

**PRIORITY MAIL**



**UNITED STATES POSTAL SERVICE**
VISIT US AT USPS.COM
ORDER FREE SUPPLIES ONLINE

FROM:
Sydia E. Santiago Rivera
Ocean Park
21 Paseo Perla del Mar
Vega Baja, P.R. 00693-9006

TO: Secretaria (Clerk office)
Tribunal de Distrito de
los Estados Unidos
Room 150 Federal Building
150 Avenida Carlos E. Chardon
San Juan, P.R. 00918-1767

Label 228, March 2016        FOR DOMESTIC AND INTERNATIONAL USE

* Domestic only.   × For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.