RECEIVED & FILED
2020 FEB 13 PM 5:58
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

12 de febrero de 2020

Saludos, al Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico.

A continuación la radicación de mi replica a la objecion global. Esta es mi informacion

Datos de contacto

Nombre: Elizabeth Rosario González
Dirección: Bo Bajo Car. #3 Km. 121.4
P.O. Box 1020
Patillas Puerto Rico 00723
Correo Electronico: elirosario29@yahoo.com
relizabeth731@gmail.com
Tel.: 787-312-8288

Epigrafe

Tribunal De Distrito de los Estados Unidos para el Distrito de Puerto Rico, notificación de la centesima objeción Global (no sustantiva) Del Estado Libre Asociado de Puerto Rico, de la autoridad de Carreteras y Transportacion

de Puerto Rico y Del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Reclamos Deficientes en los que se alegan intereses sobre la base de la Reinvidicaciones salariales Laborales o servicios prestados.

Motivo(s) para oponerse a la Objecion Global

La objecion global no deberian tomar esta accion, ya que me vi afectada directamente en este proceso. Soy una maestra que por 10 años no recibe un aumento salarial 2008 - 2018 (años en que me retire). El costo de la vida a cada año va en aumento y el salario es igual. Esto me afecto en el area economica, salud, y familia. La calidad de vida fue decayendo. En mis años de trabajo acumulé 83 dias, 3 horas y 21 minutos por enfermedad y con la ley quitaron este beneficio que con tanta responsabilidad cumplí, para tener unos ahorros en..

mi familiar. Como hacen esto a las personas que trabajamos responsablemente con la educación de mi país. Por eso reclamo 25,000.00 pesos 13,000 días acumulados por enfermedad y 12,000 por aumento no dado en 10 años.

Documento justificativo

Les envío la evidencias que ya los había enviado por correo electrónico: información solicitado para procesar mi información (fecha 16 octubre 2019), informe de licencias de enfermedad, Reclamación Licencias de enfermedad demanda liquidación de Balance enfermedad. Acuso solamente pagaron los que se jubilaron 2016. Copia de la cantidad de pensión. Certificación de radicación de retiro.