

GOBIERNO DE PUERTO RICO

DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos
Oficina de Tiempo, Asistencia y Licencias

15 de octubre de 2019

Sr(a).  ROSARIO GONZALEZ, ELIZABETH
Número de empleado  **2604**
Programa / Puesto: MA. EDUC. SEC  (INGLES)
Región:  HUMACAO
Distrito:  YABUCOA
Escuela:  RAFAELINA E. LEBRON FLORES

Wilfredo Falcón Negrón
Director Ejecutivo

**INFORME DE LICENCIAS DE ENFERMEDAD AL PERSONAL DOCENTE POR ACUERDO DE LA *LEY 26-2017***

Conforme a nuestros récords de asistencia, usted posee un balance acumulado hasta 5/31/2017  de:

83 días          3 horas          21 minutos

Todo personal que tenga exceso de los noventa (90) días de licencias de enfermedad acumuladas en el año natural 2016, tiene el derecho de utilizarlos cuando esté enfermo. De igual forma, los días de enfermedad acumulados en el año natural 2017, que puede acumular en exceso de los noventa (90) días se utilizarán cuando esté enfermo no más tarde del 31 de diciembre de 2017. Después del 31 de diciembre de 2017, se perderá el balance en exceso de enfermedad que no haya sido utilizado.

La carta circular del Departamento de Hacienda, *CC-1300-16-1*, establece que solo se pagarán los balances acumulados hasta un tope de 90 días de licencia de enfermedad a todo empleado que haya estado activo en el servicio público por más de 10 años. De tener cualquier reclamación relacionada a sus balances de enfermedad, deberá pasar por las oficinas centrales de la Asociación de Maestros de Puerto Rico.



P.O. Box 190759, San Juan PR  00919-0759 · Tel.: (787)773-3488, 3489
El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho

*Proof of Claim:* 139183
*Claimant:* **Rosario Gonzalez, Elizabeth**

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

### Instructions

Please answer all four (4) questions and any applicable sub-questions.  Please include as much detail as possible in your responses.  **Your answers should provide <u>more</u> information than the initial proof of claim.**  For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate now on what specific laws you are purporting to rely on, the year the law at issue was passed, and how and why you believe this particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as a Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any and all documentation you believe supports your claim.

Please send the completed form and any supporting documents via **email** to PRClaimsInfo@primeclerk.com, or by **mail or hand delivery** to the following addresseses:

| First Class Mail | Hand Delivery |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### Questionnaire

1. **What is the basis of your claim?**

    ☐ A pending or closed legal action with or against the Puerto Rican government

    ☒ Current or former employment with the Government of Puerto Rico

    ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)

    _____

2. **What is the amount of your claim (how much money do you claim to be owed):**

    _Approximately        20,000.00_

3. **Employment.** **Does your claim relate to current or former employment with the Government of Puerto Rico?**

    ☐ No. *Please continue to Question 4.*

    ☒ Yes. **Answer Questions 3(a)-(d).**

3(a). Identify the specific agency or department where you were or are employed: _Department of Education of Puerto Rico_

Batch 4



990123400385460

*Proof of Claim:* **139183**
*Claimant:* **Rosario Gonzalez, Elizabeth**

3(b). Identify the dates of your employment related to your claim:

_1989_

3(c). Last four digits of your social security number: _0174_

3(d). What is the nature of your employment claims (select all applicable):

- ☐  Pension
- ☒  Unpaid Wages
- ☐  Sick Days
- ☐  Union Grievance
- ☐  Vacation
- ☐  Other (Provide as much detail as possible.  Attach additional pages if necessary).

_____

_____

4.  **Legal Action.  Does your claim relate to a pending or closed legal action?**

- ☐  No.
- ☒  **Yes.  Answer Questions 4(a)-(f).**

4(a). Identify the department or agency that is a party to the action.

_Department of Education of Puerto Rico_

4(b). Identify the name and address of the court or agency where the action is pending:

_Federal law Bankruptcy_

4(c). Case number: _139183_

4(d). Title, Caption, or Name of Case: _Proof of Claim_

4(e). Status of the case (pending, on appeal, or concluded): _Unknow_

4(f). Do you have an unpaid judgment? (Yes)/ No  (Circle one)

If yes, what is the date and amount of the judgment? _1989_

**Batch 4**                                    2



990123400385460

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

| Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación). | | |
|---|---|---|
| ❑ Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ❑ Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ❑ Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ☑ Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ❑ Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

**RECEIVED**

**JUN 2 8 2018**

**PRIME CLERK LLC**

Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. **No adjunte documentos originales,** ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

1 Who is the current creditor?

¿Quién es el acreedor actual?

_Elizabeth Rosario Gonzalez_

Name of the current creditor (the person or entity to be paid for this claim)
Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

Other names the creditor used with the debtor
Otros nombres que el acreedor usó con el deudor _____

**8** How much is the claim?    $ _No se_ . Does this amount include interest or other charges?

¿Cuál es el importe de la reclamación?

¿Este importe incluye intereses u otros cargos?

☐ No / No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A).

**9** What is the basis of the claim?

¿Cuál es el fundamento de la reclamación?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

_Ley 89, Sila, promesa, Ley 7, pension salarial, otros_

**10** Is all or part of the claim secured?

¿La reclamación está garantizada de manera total o parcial?

☐ No / No

☐ Yes. The claim is secured by a lien on property. Sí. La reclamación está garantizada por un derecho de retención sobre un bien.

Nature of property / Naturaleza del bien:
☐ Motor vehicle / Vehículos

☐ Other. Describe:
Otro. Describir: _____

Basis for perfection / Fundamento de la realización de pasos adicionales: _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención).

Value of property / Valor del bien:    $ _____

Amount of the claim that is secured /
Importe de la reclamación que está garantizado: $ _____

Amount of the claim that is unsecured /
Importe de la reclamación que no está garantizado: $ _____
(The sum of the secured and unsecured amounts should match the amount in line 7.)
(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

Amount necessary to cure any default as of the Petition Date /
Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $ _____

Annual Interest Rate (on the Petition Date)
Tasa de interés anual (cuando se presentó el caso) _____ %
☐ Fixed / Fija
☐ Variable / Variable

**11** Is this claim based on a lease?

¿Esta reclamación está basada en un arrendamiento?

☐ No / No

☐ Yes. Amount necessary to cure any default as of the Petition Date. Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso $ _____

Modified Official Form 410

Proof of Claim

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

**Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).**

| | | |
|---|---|---|
| ☒ Commonwealth of Puerto Rico <br> El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date: May 3, 2017 |
| ❏ Puerto Rico Sales Tax Financing Corporation (COFINA) <br> La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date: May 5, 2017 |
| ❏ Puerto Rico Highways and Transportation Authority <br> La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date: May 21, 2017 |
| ❏ Employees Retirement System of the Government of the Commonwealth of Puerto Rico <br> El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date: May 21, 2017 |
| ❏ Puerto Rico Electric Power Authority <br> La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date: July 2, 2017 |

RECEIVED

JUN 2 8 2018

PRIME CLERK LLC

Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

**Part 1 / Parte 1**      Identify the Claim / Identificar la reclamación

Who is the current creditor?

¿Quién es el acreedor actual?

*Elizabeth Rosario Gonzalez*

Name of the current creditor (the person or entity to be paid for this claim)
Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

Other names the creditor used with the debtor _____
Otros nombres que el acreedor usó con el deudor _____

8  How much is the claim?       $ _No se'_ . Does this amount include interest or other charges?

   ¿Cuál es el importe de la          ¿Este importe incluye intereses u otros cargos?
   reclamación?                       ☐ No / No

                                      ☐ Yes. Attach statement itemizing interest, fees, expenses, or other
                                            charges required by Bankruptcy Rule 3001(c)(2)(A).
                                            Si. Adjunte un balance con intereses detallados, honorarios,
                                            gastos u otros cargos exigidos por la Norma de Quiebras
                                            3001(c)(2)(A).

9  What is the basis of the     Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
   claim?                       Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit
                                disclosing information that is entitled to privacy, such as health care information.
   ¿Cuál es el
   fundamento de la             Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u
   reclamación?                 homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la
                                reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que
                                reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

                                _Ley 89, Sila, promesa, Ley 7, otros_

10 Is all or part of the claim  ☐ No / No
   secured?                     ☐ Yes. The claim is secured by a lien on property.
                                    Si. La reclamación está garantizada por un derecho de retención sobre un bien.
   ¿La reclamación está
   garantizada de manera                Nature of property / Naturaleza del bien:
   total o parcial?                    ☐ Motor vehicle / Vehículos

                                       ☐ Other. Describe:
                                          Otro. Describir:                 _____

                                       Basis for perfection / Fundamento de la realización de pasos adicionales: _____

                                       _____
                                       Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for
                                       example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has
                                       been filed or recorded.)

                                       Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales
                                       para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un
                                       certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha
                                       presentado o registrado un derecho de retención.

                                       Value of property / Valor del bien:      $_____

                                       Amount of the claim that is secured /
                                       Importe de la reclamación que está garantizado: $_____

                                       Amount of the claim that is unsecured /
                                       Importe de la reclamación que no está garantizado: $_____
                                       (The sum of the secured and unsecured amounts should match the amount in line 7.)
                                       (La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

                                       Amount necessary to cure any default as of the Petition Date /
                                       Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $_____
                                       _____

                                       Annual Interest Rate (on the Petition Date)
                                       _Tasa de interés anual (cuando se presentó el caso)_____%
                                       ☐ Fixed / Fija
                                       ☐ Variable / Variable

11 Is this claim based on a      ☐ No / No
   lease?
                                 ☐ Yes. Amount necessary to cure any default as of the Petition Date.
   ¿Esta reclamación está            Si. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso $_____
   basada en un
   arrendamiento?

*Hoja de reclamación, recibo, validación y certificación*
ACUERDO DE LICENCIA POR ENFERMEDAD
ENTRE LA AMPR Y LA JSF AVALADO POR AFFAF

Nombre completo: *Elizabeth Rosario Gonzalez*

Dirección postal: *P.O. Box 1025 Patillas P.R. 00723*

Teléfono: *787-312-8288*

Correo electrónico: *elirosario29 a yahoo.com.*

Seguro Social: _____ ___ __ / Núm. TAL: *2604*

Fecha de su renuncia al DE para acogerse a retiro: *28 de julio de 2017*
(debe ser una fecha durante el verano de 2017)

Balance de licencia de enfermedad que poseía al momento de la renuncia: *83* días *3* horas *21* minutos

Una vez renunció al DE en el 2017, ¿ha trabajado usted nuevamente en alguna capacidad para el DE?_____ Sí *X* No

Al momento de retiro contaba con más de 10 años de servicio: *X* Sí _____ No

**Entrega de documentos:\*\***

_*✓*_Informe de Cambio Formulario-409 (*Informe de Cambio Personal Docente Acuerdo Ley 26-2017*)

_*✓*_Carta de balance de licencia por enfermedad (*Informe de licencias a Personal Docente Acuerdo Ley 26-2017*)

_*✓*_Certificación de radicación y pensión de retiro en o antes del 31 de enero de 2017

\*\*La entrega y/o recibo de la documentación no es una garantía de ser elegible bajo los términos del Acuerdo.

CERTIFICACIÓN:

EN CASO DE QUE LA INFORMACIÓN CERTIFICADA BAJO PENA DE PERJURIO SEA FALSA, EL CERTIFICANTE PERDERÁ TODO DERECHO A RECLAMAR CUALESQUIERA DIAS POR ENFERMEDAD ACUMULADOS BAJO EL PRESENTE ACUERDO.

Bajo pena de perjurio, por este medio certifico que yo *Elizabeth Rosario Gonzalez* no he vuelto a trabajar en el Departamento de Educación, en ninguna capacidad, luego de haber renunciado en el 2017 para acogerme a los beneficios de retiro en el Sistema de Retiro para Maestros.

Que la información provista es la verdad, según me consta de propio y personal conocimiento. Y PARA QUE ASÍ CONSTE, suscribo la presente en *San Juan*, Puerto Rico, hoy día *26* de *Noviembre* de 20 *1 9*.

_(firma)_
Firma del Reclamante

NOV 25 2019

ASOCIACIÓN MAESTROS PUERTO RICO

AFT Local 6582

aft

10:35 a.m



## GOBIERNO DE PUERTO RICO
Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Elizabeth Rosario González,** con número de seguro social que termina en 0174.

| | |
|---|---|
| Fecha de Radicación Solicitud Retiro | **28 de noviembre de 2016** |
| Fecha de Renuncia | **28 de julio de 2017** |
| Fecha de Efectividad de la Pensión | **29 de julio de 2017** |
| Pensión Mensual Inicial | **$2,047.00** |
| Pensión Mensual Actual | **$2,047.00** |

Esta certificación se expide hoy, **20 de noviembre de 2019** en **San Juan, Puerto Rico.**

Cynthia Sanjurjo Santos
**Supervisora**
**Centro de llamadas**

NOV 25 2019

10:25 a.m

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

**SRM**
Sistema de Retiro para Maestros
Gobierno de Puerto Rico

☏ 787.777.1414   🖷 787.764.6910   www.srm.pr.gov

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| ROSARIO GONZALEZ, ELIZABETH | 130431 | 6/28/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| ROSARIO GONZALEZ, ELIZABETH | 130431 | 6/28/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.  **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m.  (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.  **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**



GOBIERNO DE PUERTO RICO

DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos
Oficina de Tiempo, Asistencia y Licencias

15 de octubre de 2019

Sr(a).  ROSARIO GONZALEZ, ELIZABETH
Número de empleado **2604**
Programa / Puesto: MA. EDUC. SEC  (INGLES)
Región: HUMACAO
Distrito: YABUCOA
Escuela: RAFAELINA E. LEBRON FLORES

Wilfredo Falcón Negrón
Director Ejecutivo

## INFORME DE LICENCIAS DE ENFERMEDAD AL PERSONAL DOCENTE POR ACUERDO DE LA *LEY 26-2017*

Conforme a nuestros récords de asistencia, usted posee un balance acumulado hasta 5/31/2017  de:

83 días         3 horas          21 minutos

Todo personal que tenga exceso de los noventa (90) días de licencias de enfermedad acumuladas en el año natural 2016, tiene el derecho de utilizarlos cuando esté enfermo. De igual forma, los días de enfermedad acumulados en el año natural 2017, que puede acumular en exceso de los noventa (90) días se utilizarán cuando esté enfermo no más tarde del 31 de diciembre de 2017. Después del 31 de diciembre de 2017, se perderá el balance en exceso de enfermedad que no haya sido utilizado.

La carta circular del Departamento de Hacienda, *CC-1300-16-1*, establece que solo se pagarán los balances acumulados hasta un tope de 90 días de licencia de enfermedad a todo empleado que haya estado activo en el servicio público por más de 10 años. De tener cualquier reclamación relacionada a sus balances de enfermedad, deberá pasar por las oficinas centrales de la Asociación de Maestros de Puerto Rico.

NOV 25 2019
10:25 a.m.

P.O. Box 190759, San Juan PR  00919-0759 · Tel.: (787)773-3488, 3489

El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho