Elizabeth
P.O. Box 1025
Patillas P.R. 00723


7016 2710 0000 9493 0515




U.S. POSTAGE
FCM LG ENV
PATILLAS, PR
00723
FEB 12, 20
AMOUNT
$7.80
R2307M152920-0

RETURN RECEIPT
REQUESTED

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan Puerto Rico 00918-1767

RETURN RECEIPT
REQUESTED

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2020 FEB 13 PM 5:58

RECEIVED & FILED