RECEIVED &

2020 FEB 13 PM 8:53

February 10, 2020

Secretaría (Clerk Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

To Whom It May Concern:

I wish to confirm and notify that I worked as an English teacher for the Department of Education of P.R., employment ranging from January 1978 to December 31, 2009, totaling 30 years. I was on active employment once Law 89 ($100.00) and Law 96 ($100.00) went into effect for public service employees.

*Ida L. Ayo Cruz*

Ida L. Aguayo Cruz



February 10, 2020

Secretaría (Clerk Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

To Whom It May Concern:

I certify that the following personal information is correct:

Name: Ida L. Aguayo Cruz

Permanent Address: Urb. Santa Juanita AC21 Calle 45, Bayamón P.R., 00956

Postal Address: Urb. Santa Juanita AC21 Calle 45, Bayamón P.R., 00956

Cell Phone: 787-640-9055

Email: idaguayo@hotmail.com

*Ida L. Ayo Cruz*
Ida L. Aguayo Cruz

10 de febrero de 2020

Secretaría (Clerk Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

A quien pueda interesar,

Por este medio deseo informar y confirmar que trabajé como maestra de inglés secundaria del Departamento de Educación de PR desde enero de 1978 hasta el 31 de enero de 2009 para un total de 30 años, 3 semanas y ½ día. Estaba activa cuando se aprobó la Ley 89 de $100.00 y la Ley 96 de empleados públicos de $100.00.

Doy fe de lo antes expuesto.

*Ida L Ayo Cruz*
Nombre: Ida L. Aguayo Cruz

10 de febrero de.2020

Secretaría (Clerk Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

A quien pueda interesar,

Certifico la siguiente información personal:

Nombre: Ida L. Aguayo Cruz

Dirección Residencial: Urbanización Santa Juanita AC21 Calle 45, Bayamón, PR 00956

Dirección Postal: Urbanización Santa Juanita AC21 Calle 45, Bayamón, PR 00956

Teléfono Celular: 787-640-9055

Correo Electrónico: idaguayo@hotmail.com

*Ida L. Ayo Cruz*
Ida L. Aguayo Cruz