


**US POSTAGE PAID**
$7.75
Origin: 00959
02/12/20
4284820012-08

PRIORITY MAIL 1-DAY ®

0 Lb 2.90 Oz
1005

EXPECTED DELIVERY DAY: 02/13/20

C018

SHIP TO:
150 AVE CARLOS CHARDON
STE 150
SAN JUAN PR 00918-1706

USPS TRACKING® NUMBER



9505 5122 2207 0043 4153 84




EP14F Oct 2018
OD: 12 1/2 x 9 1/2



USPS.COM/PICKUP

**PRIORITY MAIL**

FROM: Ida Aguayo Cruz
C/45 AC-21 Sta. Juanita
Bayamón, P.R. 00956

TO: Secretaría (Clerk's Office)
Tribunal de Distrito de los
Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767
150 Avenida Carlos E. Chardón




2020 FEB 13 PM 5:58
RECEIVED & FILED

Label 228, March 2016    FOR DOMESTIC AND INTERNATIONAL USE