

**GOBIERNO DE PUERTO RICO**

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# CERTIFICACIÓN

Certificamos que el (la) señor(a) ISABEL AVILEZ MOJICA disfruta beneficios de **Pensión por Ley 3** de este Sistema de Retiro. La misma fue efectiva el 1 de agosto de 2017. En la actualidad recibe una anualidad ascendente a $6,229.68 pagadera en mensualidades de $519.14.

Dada a petición del (la) interesado(a), hoy 4 de febrero de 2020 en San Juan, Puerto Rico.

Certifico correcto,

Yamilet Monserrate De Jesús
Directora Auxiliar
Centro de Orientación



437 Ave. Ponce de León San Juan, P.R. 00917-3711 • PO Box 42003 San Juan, P.R. 00940-2203
787.777.1500 • 787.767.1108 • www.retiro.pr.gov

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re: Financial Oversight & Management Board for Puerto Rico | 3:17-BK-3283 (LTS) <br><br> PROMESA Title III |
| *as representative of* | (Jointly Administrated) |
| The Commonwealth of Puerto Rico, *et al.* <br><br> Debtors | |

## NOTICE OF DEFECTIVE PLEADING
*(Notificación de Documento Defectuoso)*

The Clerk of Court has received your pleading on January 16, 2020. However, the deficiencies listed below have prevented us from filing the same in the case docket. You must submit a corrected pleading if you want it to form part of the record.

La Secretaría del Tribunal recibió su escrito el 16 de enero del 2020. No obstante, las deficiencias que abajo se señalan nos impiden aceptarlo y entrarlo en el sumario del caso. Debe usted someter un escrito debidamente corregido si quiere que el mismo forme parte del expediente.

Page **1** of **2**

Ms. Isabel Aviles
Coop Juns De San Ignacio
Torre A Apt. 1414
San Juan, PR 00927

RECEIVED & FILED
2020 FEB -6 PM 5:06
CLERK'S OFFICE
U.S. DISTRICT...

Secretario (Clerk Office)
Tribunal de Distrito de los
Estados Unidos
#150 Chardon Ave.
Federal Building
San Juan, PR 00918-1767

00918-170399

SAN JUAN PR 009
05 FEB 2020 PM 11

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re: Financial Oversight & Management Board for Puerto Rico | 3:17-BK-3283 (LTS) |
| | PROMESA Title III |
| as representative of | |
| | (Jointly Administered) |
| The Commonwealth of Puerto Rico, *et al.* | |
| Debtors | |

## SECOND NOTICE OF DEFECTIVE PLEADING
*(Segunda Notificación de Documento Defectuoso)*

The Clerk of Court has received your pleading on February 6, 2020. However, the deficiencies listed below have prevented us from filing the same in the case docket. You must submit a corrected pleading if you want it to form part of the record.

La Secretaría del Tribunal recibió su escrito el 6 de febrero de 2020. No obstante, las deficiencias que abajo se señalan nos impiden aceptarlo y entrarlo en el sumario del caso. Debe usted someter un escrito debidamente corregido si quiere que el mismo forme parte del expediente.

NOTICE OF DEFECTIVE PLEADING
*(Notificación de Documento Defectuoso)*
3:17-BK-3283 (LTS)

| 1 | | Pleading is illegible. L.Civ.R. 10  *(El escrito radicado es ilegible o no cumple con la R.L.Civ. 10)* |
|---|---|---|
| 2 | X | Lacks proper signature. Documents presented to the court in paper require a handwritten signature. L.Civ.R. 11  *(Documento no está firmado adecuadamente. Los documentos sometidos en papel tienen que estar firmados a mano. R.L.Civ. 11)* |
| 3 | | PROMESA Cover Sheet for Adversary Proceedings (DPR Modified PROMESA B1040) was not included. L.Bkcy.R. 7003-1  http://www.prd.uscourts.gov/promesa/forms-attorneys  *(No se incluyó la Hoja de Trámite para Casos Adversarios (DPR Modified PROMESA B1040).* |
| 4 | | Failure to pay the filing fee in the amount of $400.00. See, L.Cv.R. 3.1(a). Payment shall be made within 24 hours in person at the Clerk's Office U.S. District Court with copy of the complaint /notice of removal.  *(Incumplimiento con el pago de la cuota de radicación por la cantidad de $400.00. El pago debe hacerse personalmente dentro de 24 horas en la Secretaría del Tribunal Federal de Distrito adjuntando una copia de la demanda / notificación de remoción.)* |
| 5 | | Other: |

Date: February 7, 2020

MARIA ANTONGIORGI-JORDAN, ESQ.
Clerk of Court

By: s/ Carmen Tacoronte
Carmen Tacoronte
Deputy Clerk

sc: to filer with original filing attached

**CLERK'S OFFICE**
UNITED STATES DISTRICT COURT
ROOM 150  FEDERAL BLDG
SAN JUAN PR 00918-1767

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

Hasler
02/10/2020
US POSTAGE



-R-T-S-   009374013-1N   02/12/20
RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD
RETURN TO SENDER

Isabel Aviles
Coop. Jdns San Ignacio
Torre A Apt. 1414
San Juan PR 00927

2020 FEB 13 PM 5:55
RECEIVED & FILED
US DISTRICT COURT
CLERK'S OFFICE
SAN JUAN, PR