# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

              Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

## CERTIFICATE OF SERVICE

     I, Nora Hafez, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, notice, and claims agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

     On January 17, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served by the method set forth on the Defendants Service List attached hereto as **Exhibit A**:

- Order Granting Omnibus Motion by the Financial Oversight and Management Board for Puerto Rico, Acting by and through the Members of the Special Claims Committee and the Official Committee of Unsecured Creditors to (I) Establish Litigation Case Management Procedures and (II) Establish Procedures for Approval of Settlements [Docket No. 7941]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

- Order Granting Omnibus Motion to Extend Deadlines in Order Granting Omnibus
  Motion by the Financial Oversight and Management Board for Puerto Rico, Acting by
  and through the Members of the Special Claims Committee and the Official Committee
  of Unsecured Creditors to (I) Establish Litigation Case Management Procedures and (II)
  Establish Procedures for Approval of Settlements [Docket No. 9476]

Dated: February 14, 2020

Nora Hafez

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on February 14, 2020, by Nora Hafez, proved to
me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:

Oleg Bitman
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires: April 04, 20__

2

**<u>Exhibit A</u>**

Exhibit A

Defendants Service List

Served via first class mail

| MMLID | CASE NO. | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|---|
| 2168374 | 19-057 | A C R SYSTEMS | PO BOX 1819 | | | | BAYAMON | PR | 00960-1819 | |
| 2150383 | 19-057 | A C R SYSTEMS | 13 CALLE 2 OESTE, URB RIO PLANTATION | | | | BAYAMÓN | PR | 00958 | |
| 2150388 | 19-061 | A NEW VISION IN EDUCATIONAL SERVICES AND MATERIALS, INC. | PMB-641, HC-01, BOX-29030 | | | | CAGUAS | PR | 00725-8900 | |
| 2151930 | 19-349 | ATKINS CARIBE, LLP | CARLOS J. ARBOLEDA OSORIO, RUBÉN A. HERNÁNDEZ GREGORAT, ALEJANDRO ECHEVERRY | METRO OFFICE PARK | STREET 1, LOT 15, 4TH FLOOR, STE. 400 | | GUAYNABO | PR | 00968 | |
| 2170439 | 19-349 | ATKINS CARIBE, LLP | METRO OFFICE PARK | STREET 1, LOT 15 | 4TH FLOOR, STE. 400 | | GUAYNABO | PR | 00968 | |
| 2168379 | 19-051 | CARIBE GROLIER, INC. | ATTN: MIGUEL MELENDEZ | PO BOX 8317 | | | SAN JUAN | PR | 00910-8317 | |
| 2168380 | 19-053 | CENTRO DE DESARROLLO ACADEMICO, INC. | P O BOX 2186 | | | | BARCELONETA | PR | 00617-2186 | |
| 2150375 | 19-053 | CENTRO DE DESARROLLO ACADEMICO, INC. | CARR #2 KM. 55.3 BO. PALENQUE | | | | BARCELONETA | PR | 00617 | |
| 2168381 | 19-146 | CLINICA TERAPEUTICA DEL NORTE INC. | PO BOX 1420 | | | | MANATI | PR | 00674 | |
| 2152303 | 19-381 | CORE LABORATORIES N.V. D/B/A SAYBOLT | JONES DAY | JAMES A. REEDER, JR. | 717 TEXAS AVENUE, SUITE 3300 | | HOUSTON | TX | 77002 | |
| 2168383 | 19-381 | CORE LABORATORIES N.V. D/B/A SAYBOLT | RAMOS GONZALEZ & TOYOS OLASCOAGA, CSP | YOLANDA V. TOYOS OLASCOAGA | JOSÉ O. RAMOS-GONZÁLEZ | PO BOX 193317 | SAN JUAN | PR | 00919-3317 | |
| 2150386 | 19-060 | ENTERPRISE SERVICES CARIBE, LLC | 350 CHARDON AVE. | CHARDON TOWER, STE. 801 | | | SAN JUAN | PR | 00918 | |
| 2168387 | 19-060 | ENTERPRISE SERVICES CARIBE, LLC | MS. MIRAL HAMANI, ESQ. | STARTBAAN 16 | | | AMSTELVEEN | | 1187XR | NETHERLANDS |
| 2168386 | 19-060 | ENTERPRISE SERVICES CARIBE, LLC | EDIF. CAPITAL CENTER I | 239 ARTERIAL HOSTOS AVE., STE. 1401 | | | SAN JUAN | PR | 00918 | |
| 2168388 | 19-060 | ENTERPRISE SERVICES CARIBE, LLC | ROSALBA SCOTTO | 6410 ISLA VERDE AVE. | CONDO. LOS PINOS EAST TOWER, APT. 5J | | CAROLINA | PR | 00919 | |
| 2168390 | 19-090 | ESTRADA BUS LINE, INC. | CALLE MARTA ORTÍZ | BARRIO SANTA ROSA 3 | | | GUAYNABO | PR | 00966 | |
| 2168389 | 19-090 | ESTRADA BUS LINE, INC. | #3 CAMINO SALDAÑA | BARRIO CARRAIZO | | | TRUJILLO ALTO | PR | 00926 | |
| 2150561 | 19-148 | FP + 1, LLC | P.O. BOX 212 | 1357 ASHFORD AVE. | | | SAN JUAN | PR | 00907 | |
| 2168396 | 19-148 | FP + 1, LLC | JOSÉ E. RAMÍREZ TORRES | 362 CALLE ISABELA | | | SAN JUAN | PR | 00912-3516 | |
| 2168395 | 19-148 | FP + 1, LLC | JOSÉ E. RAMÍREZ TORRES | A3 CALLE ACUARELA | URB. MUÑOZ RIVERA | | GUAYNABO | PR | 00969 | |
| 2150804 | 19-268 | I.D.E.A., INC. | ATTN: R. ELFREN BERNIER, ESQ. | 2923-F SATURN STREET | | | BREA | CA | 92821 | |
| 2150675 | 19-202 | INTERNATIONAL SURVEILLANCE SERVICES CORPORATION | Att.: Derek Cassell, of Track Group | 200 E. 5th Ave., Ste. 100 | | | Naperville | IL | 60563 | |
| 2168400 | 19-202 | INTERNATIONAL SURVEILLANCE SERVICES CORPORATION | METRO OFFICE PARK | PARKSIDE PLAZA | 7 CALLE 1, STE. 204 | | GUAYNABO | PR | 00968 | |
| 2150724 | 19-229 | JUNIOR BUS LINE, INC. | PO BOX 700 | | | | PATILLAS | PR | 00723 | |
| 2168405 | 19-244 | MULTI CLEAN SERVICES INC. | PO BOX 1396 | SAINT JUST STATION | | | SAINT JUST STATION | PR | 00978-1396 | |
| 2150767 | 19-253 | NETWAVE EQUIPMENT CORP. | Ave Ponce De Leon #316 | | | | SAN JUAN | PR | 00906 | |
| 2150501 | 19-112 | ORACLE CARIBBEAN, INC. | AMERICAN INTERNATIONAL PLAZA | 250 MUÑOZ RIVERA AVE SUITE 300 | | | SAN JUAN | PR | 00918 | |
| 2168409 | 19-249 | PERFECT CLEANING SERVICES INC. | 100 GRAND BLVD LOS PASEOS, SUITE 112/MSC 115 | | | | SAN JUAN | PR | 00926 | |
| 2150629 | 19-181 | POSTAGE BY PHONE RESERVE ACCOUNT | c/o PITNEY BOWES | 3001 SUMMER ST. | | | STAMFORD | CT | 06926 | |
| 2168413 | 19-384 | PUERTO NUEVO SECURITY GUARDS, INC | P.O. BOX 367131 | ATTN: GLADYS GARCIA, RESIDENT AGENT | | | SAN JUAN | PR | 00936 | |
| 2168412 | 19-384 | PUERTO NUEVO SECURITY GUARDS, INC | 1003 CALLE ALEJANDRIA | | | | SAN JUAN | PR | 00920 | |
| 2168414 | 19-384 | PUERTO NUEVO SECURITY GUARDS, INC | PUERTO NUEVO | 403 ARDENAS | | | SAN JUAN | PR | 00920 | |
| 2150532 | 19-128 | RICOH PUERTO RICO, INC. | 431 PONCE DE LEÓN AVE. | NATIONAL PLAZA BLDG. 17TH FLOOR | | | SAN JUAN | PR | 00917 | |
| 2168418 | 19-128 | RICOH PUERTO RICO, INC. | CT CORPORATION SYSTEM | 361 SAN FRANCISCO ST. | OLD SAN JUAN | | SAN JUAN | PR | 00901 | |
| 2168417 | 19-128 | RICOH PUERTO RICO, INC. | ATTN: JAKE YAMASHITA PO BOX 2110 | | | | CAROLINA | PR | 00984 | |
| 2168420 | 19-128 | RICOH PUERTO RICO, INC. | FERNANDO VAN DERDYS, ESQ. | PO BOX 364148 | | | SAN JUAN | PR | 00936 | |
| 2168421 | 19-230 | ROCK SOLID TECHNOLOGIES | 638 ALDEBARÁN ST. | SUITE 206 BDE BLDG. | | | SAN JUAN | PR | 00920 | |
| 2168422 | 19-230 | ROCK SOLID TECHNOLOGIES | ANGEL PEREZ | 3110 ROYAL PALM AVE. | | | VEGA ALTA | PR | 00692 | |
| 2150601 | 19-168 | T R C COMPANIES | 650 SUFFOLK ST. | | | | LOWELL | MA | 01854 | |

Exhibit A

Defendants Service List

Served via first class mail

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2150639 | 19-187 | TRINITY METAL ROOF AND STEEL STRUCTURE CORP. | PO BOX 4757 | | | | CAROLINA | PR | 00984 |