10 de febrero de 2020

RECEIVED & FILED
2020 FEB 14 AM 11: 13
CLERK'S OFFICE
S. DISTRICT COURT
SAN JUAN, P.R.

Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico

Tribunal Federal de los Estados Unidos

RE: KAC – 1998-0532    903

Para el año 2001, el tribunal dictó sentencia declarando ha lugar la demanda de cobro de dinero, el caso es conocido como:

> Promesa – Titulo III
> Núm. de Reclamación - 89999
> Núm. de caso 17-03283

Por este medio deseo comunicarles que Yo Carmen J Vega Cotto fui empleada del Departamento de Salud en Ponce. Para febrero 17 del 1974 se me otorgo la categoría de empleada de carrera y trabaje hasta el 1997 ó 1998 aproximadamente.

El motivo de esta misiva es reclamar lo que considero tengo derecho. Los años que labore en el departamento están incluidos en dicha demanda. Según mis datos se me adeuda la cantidad de 25,000 mil dólares.

Si nada as a que referirme quedo de usted,

Cordialmente

*[firma]*

Carmen J Vega Cotto
HC 3 box 10852
Juana diaz