Tribunal de Distrito de los Estados Unidos
Para el Distrito de Puerto Rico
Estado Libre Asociado de Puerto Rico
Promesa Título III Núm. 17BK3283-LTS
Notificación de la Centésima Cuadragésima Novena
Objeción global del Estado Libre Asociado de P.R
número de reclamación 1160 mu 45

Notifico que fui maestra desde 1980 (y en el 2001) acepté de Directora hasta 2012 que me jubilé. Trabajé para el Departamento de Educación bajo el mandato de los gobernadores Sila M. Calderón y Romero Barceló donde se aprobaron la ley 89 y 96 de aumento salarial que no pagaron a los maestros cuando la ley fué aprobada estuve activa y tenía derecho como empleada y merecía el aumento según UNETE es 21 X 300 = $6,300.

Según Múltiple (hacienda) $400.00 =
(reembolso)

Marta Villanueva Osorio
Calle Manatí #212. Urb.
Villa del Mar Coco Beach
Río Grande P.R 00745
Núm. de reclamación 1160 mu 45
Cel 939 270 3864
villasmarta53@gmail.com

La evidencia del reembolso de Seguros Múltiple la mandaré más tarde