10 de febrero de 2020

A: Retiro
   Gobierno de P.R.

De: Brunilda Vélez Mercado
    Reclamante

Asunto: Ley PROMESA
    17BK03283-LTS
    # Reclamación 130388

    Sirva la misiva para hacer constar que deseo ser parte de la demanda de cobro por la cantidad de $13,000.00 que fueron descontados de mi cheque mensualmente. Dinero que permití se retirará para adquirirlo al momento de mi retiro.

    Adjunto carta de Estado de Cuenta estimado, para recibir más información no dude en llamar al (787) 528-4888.

Atentamente;

_Brunilda Vélez Mercado_

Brunilda Vélez Mercado
#
Bo. Salistral Playa Ponce
#202 c/ Callejón de Río, Ponce,
P. R. 00761

Case:17-03283-LTS Doc#:11064 Filed:02/14/20 Entered:02/18/20 08:56:55 Desc: Main
Document Page 2 of 2