10 de febrero de 2020

A: Retiro
   Gobierno de P.R.

De: Domingo Negrón Ortiz
    Reclamante

Asunto: Ley PROMESA
        17BK03566-LTS
        # Reclamación 115544

    Sirva la misiva para hacer constar que deseo ser parte de la demanda de cobro por la cantidad de $75,000.00 que fueron descontados de mi cheque mensualmente. Dinero que permití se retirará para adquirirlo al momento de mi retiro.

    Adjunto carta de Estado de Cuenta estimado para recibir más información no dude en llamar al (787) 344-8816.

Atentamente;

Domingo Negrón Ortiz
Bo. Salistral Playa Ponce
#202 c/ Callejón de Río, Ponce,
P. R. 00761