

**GOBIERNO DE PUERTO RICO**
Autoridad de Transporte Marítimo

*Oficina de Recursos Humanos y Relaciones Laborales*

## CERTIFICACIÓN DE EMPLEO

..................................................................................................................................

**CERTIFICO**, que el Sr. Domingo Negrón Ortiz fue empleado de la Autoridad de Transporte Marítimo de Puerto Rico y las Islas Municipio desde el 12 de agosto de 1985. Ocupó un puesto de carrera como Empleado de Mantenimiento y devenga un sueldo mensual de $1,961.16. Su renuncia es efectiva el 15 de noviembre de 2019, ya que se acogió al Pre-Retiro Ley 211-2015.

Dado hoy, 12 de febrero de 2020, en San Juan Puerto Rico.

Damarys I. Rivera Valle
Directora Ejecutiva Auxiliar
de Recursos Humanos y Asuntos Laborales
(787)497-7740, ext. 2715

DRV/lrl



ESTADO LIBRE ASOCIADO
DE PUERTO RICO

DRV

OFICINA DE RECURSOS HUMANOS

Esta certificación no es válida sin el sello de la Oficina de Recursos Humanos, o si tiene borrones, correcciones o ha sido alterada en alguna de sus partes.



P.O. Box 41118, San Juan, Puerto Rico 00940 - 1118
Teléfonos 787.497.7740 / Fax 787.497.7741

**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

06 de febrero de 2020

**Agencia: 502 - AUTORIDAD DE TRANSPORTE MARITIMO**

DOMINGO NEGRON ORTIZ
URB FRONTERAS
104 C/ ARISTIDES DE CHARIEL
BAYAMON, PR 00961

Seguro Social: ⟩  
D.N.O

A base de la información en nuestros registros, al 06 de febrero de 2020 usted posee:

Fecha de Nacimiento: D.N.O           Género: Masculino
Fecha de Ingreso al Servicio Público: 16 de agosto de 1988
Fecha de Comienzo de Cotización: 16 de agosto de 1988

| Ley 447 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | | Ley 106 | |
|---|---|---|---|---|---|
| Años Acreditados: | 24.75 | Tiempo Trabajado: | 4 | Tiempo Trabajado: | 2.33 |
| | | Aportaciones: | 14,995.35 | Aportaciones: | 7,819.18 |
| | | Intereses: | 1,201.36 | Intereses: | 0.00 |
| | | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| **Servicio No Cotizado** | | | | | |
| Pagado: | 0.00 | | | | |
| Tiempo: | 0.00 | | | | |
| **Balance Acumulado:** | 46,033.56 | **Total Aportaciones:** | 16,196.71 | **Total Aportaciones:** | 7,819.18 |
| **Beneficio:** | 1,159.54 | **Beneficio:** | 89.73 | **Beneficio:** | 0.00 |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes



**RETIRO**
GOBIERNO DE PUERTO RICO

Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Negron Ortiz, Domingo | 115544 | 6/28/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $75,000.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Negron Ortiz, Domingo | 115544 | 6/28/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $75,000.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

***CUST PR 1845 SRF 38939 PackID: 1022 MMLID: 1809028 SVC: 129th Omni
Negron Ortiz, Domingo
104 Calle Aristides Chavier
Bayamon, PR 00961