Tribunal de Distrito de los Estados Unidos
Para el Distrito de Puerto Rico

| | |
|---|---|
| Junta de Supervisión y Administración Financiera para Puerto Rico como representante de Estado Libre Asociado de Puerto Rico y otros. | PROMESA Título III Núm. 17 BK 3283-LTS |

Notificación de la Centésima Trigésima Séptima Objeción Global

Número Reclamación 125246

Se expone lo siguiente:

1. Que mi nombre es María I. Colón Cintrón, mayor de edad y residente en la Vía 17 CR-1 Villa Fontana Carolina Puerto Rico 00983; con número de celular (787) 240-4447 y el email miccnena@gmail.com.

2. Que inicié labores para la entonces Administración de Corrección, ahora Departamento de Corrección y Rehabilitación, el 8 de agosto de 1987 hasta el 31 de julio de 2019. (Ver Anejo I).

3. Que el 29 de junio de 2018, presenté reclamación de deuda contra el Estado Libre Asociado de Puerto Rico amparada en la Ley #89 del 12 de julio de 1979, mejor conocida como el "Romerazo".

4. Que para presentar dicha reclamación utilicé la forma 410 provista por el Tribunal de Distrito de Estados Unidos para el Distrito de Puerto Rico.

5. Que en enero de 2020 recibí notificación de parte del Tribunal de Distrito de Estados Unidos para el Distrito de Puerto Rico informando que mi reclamación se encontraba en proceso de ser rechazada por falta de información, por alegadamente no responder a un comunicado enviado por los deudores solicitando evidencia adicional relacionada a dicha reclamación.

6. Que debo dejar claramente establecido que Nunca recibí dicha solicitud de información adicional de parte de los deudores como ellos alegan.

7. Que mi reclamación trata sobre la adjudicación de una Retribución Salarial consistente en el pago mensual de cincuenta dólares ($50.00) basada en la ley conocida como el "Romerazo", ya que se firmó y aprobó bajo la incumbencia del entonces Gobernador de Puerto Rico, Carlos Romero Barceló.

8. Que dicha retribución asciende a la cantidad de dieciocho mil seiscientos dólares ($18,600) y corresponde al periodo del 8 de agosto de 1987 hasta el 29 de junio de 2018, fecha en que fue sometida mi reclamación al Tribunal de Distrito de Estados Unidos para el Distrito de Puerto Rico.

9. Que como parte del debido proceso de ley, en el año 2014, sometí mi reclamo a la Comisión Apelativa del Servicio Público donde se le asignó el número: 2014-03-0731.

10. Que dicha retribución fue reconocida y aceptada por el entonces Secretario del Departamento de Corrección y Rehabilitación, Erik Rolón Suárez, pero también fue denegada bajo el alegato de la Petición de Quiebra del Gobierno de Puerto Rico bajo la Ley PROMESA. (Ver anejo II).

11. Que bajo el reconocimiento de la deuda por parte del Departamento de Corrección y Rehabilitación, amparada en la Ley del "Romerazo" y como empleada por treinta (30) años de esta agencia, adquirí el derecho al pago de dieciocho mil seiscientos dólares ($18,600) acumulados durante el periodo antes mencionado.

12. Por todo lo antes expuesto y con la evidencia aquí presentada, respetuosamente solicito que mi reclamación con el número 125246 no sea rechazada y sea reconsiderada para su aprobación.

Certifico correcto,

*[firma]*

María I. Colón Cintrón
e-mail: miccnena@gmail
Numero celular: (787) 240-4447