OK

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| MARTINEZ RUIZ, GLORIA M. | 82795 | 7/2/2018 | Commonwealth of Puerto Rico | $30,000.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| MARTINEZ RUIZ, GLORIA M. | 82795 30, Ley 96 | 7/2/2018 | Commonwealth of Puerto Rico | $30,000.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**


ESTADO LIBRE ASOCIADO DE
PUERTO RICO
Sistema de Retiro para Maestros

SRM-SB-001
Rev. Nov.15

Area de Servicios de Retiro

# SOLICITUD DE RETIRO

☐ Mérito ☐ Años de Servicios y Edad ☐ Edad ☐ Diferido ☐ Incapacidad ☐ Suplementaria

## INFORMACIÓN DEL SOLICITANTE

Solicito los beneficios del retiro, de acuerdo a las disposiciones de la Ley 160 del 24 de diciembre de 2013.

| Nombre | Seguro Social | Fecha de Nacimiento (D-M-A) | Sexo |
|---|---|---|---|
| Gloria Mª Martinez Ruiz | | 31-03-1956 | ☒ F ☐ M |

| Estado Civil | Número de Teléfono y Celular | Correo Electrónico |
|---|---|---|
| ☐ Soltero ☒ Casado<br>☐ Viudo ☐ Divorciado | 787 834 5905<br>787 464 9122 | gmartinez123@yahoo.com |

| Dirección Postal | Dirección Residencial ☐ Igual a la Postal |
|---|---|
| HC 7 Box 27037<br>Mayagüez PR 00680 | Carr 348 Int Km 1.1<br>Mayagüez PR 00680 |

| Agencia Donde Trabaja | Pueblo Donde Trabaja | Puesto que Ocupa | Fecha Efectividad Renuncia |
|---|---|---|---|
| Dpto. Educación | Mayagüez | Maestra | 31-07-2016 |

Nombre, Dirección y Teléfono del Familiar Cercano (Aplica solamente a Solicitud de Incapacidad)

| | | | |
|---|---|---|---|
| Préstamo con SRM | ☐ Sí ☒ No | Tipo de Préstamo | ☐ Hipotecario ☐ Personal ☐ Viaje Cultural |
| Préstamo con AEELA | ☐ Sí ☒ No | Tipo de Préstamo | ☐ Hipotecario ☐ Personal |

Indique si es beneficiario o está en trámite de alguna Pensión por Incapacidad

| | Entidad a la que se le reclamó la Incapacidad y/o la otorgó | Fecha de Otorgación (D-M-A) |
|---|---|---|
| ☐ Sí<br>☒ No | | |

[signature]
Firma del Participante

15-enero-2016
Fecha (D-M-A)

## AUTORIZACIÓN PARA LA DIVULGACIÓN DE INFORMACIÓN (INCAPACIDAD)

AUTORIZO al Sistema de Retiro para Maestros a tener acceso a mi Historial Laboral o Médico que pueda constatar cualquier agencia, departamento estatal, municipal o federal y/o agencias privadas o públicas fuera de Puerto Rico para uso de una Investigación Oficial de ser necesario.

Firma del Participante

Fecha (D-M-A)

## PARA USO DEL PATRONO

Certificación del Supervisor Inmediato

CERTIFICO que Gloria Mª Martinez Ruiz se encuentra actualmente en
Nombre y Apellidos

☒ servicio activo ☐ licencia
Especifique el tipo de licencia

| Renuncia Efectiva (D-M-A) | Nombre de la Escuela o Agencia | Fecha (D-M-A) |
|---|---|---|
| 31-07-2016 | Elpidio H. Rivera | 26/enero/2016 |

| Nombre del Superintendetente de Escuelas o Jefe de Personal del Departamento o Agencia | Firma del Superintendente de Escuelas o Jefe de Personal del Departamento o Agencia |
|---|---|
| Dolores Caro Reyes | [signature] Dolores Caro Reyes |

SRM



②

ESTADO LIBRE ASOCIADO DE
PUERTO RICO
DEPARTAMENTO DE EDUCACIÓN

RETIRO DOCENTE

# CERTIFICACIÓN ACEPTACIÓN DE RENUNCIA

## INFORMACIÓN DEL EMPLEADO

Nombre y apellidos: GLORIA M. MARTÍNEZ RUIZ

Seguro Social: ____________ Puesto: FAMILIA Y CONSUMIIDOR

Región Educativa: MAYAGUEZ Distrito: MAYAGÜEZ

Escuela: ELPIDIO H. RIVERA Municipio: MAYAGÜEZ

Fecha radicación solicitud de retiro: ____________

Fecha efectividad de renuncia: 28 de julio de 2016

Clasificación del Puesto: X Maestro ___Director ___Trabajador Social ___Orientador

Categoría____________ Número de Puesto: R36117

**De conformidad con las disposiciones de la Ley Núm. 208 del 21 de diciembre de 2010, certifico que la solicitud de retiro ha sido X Aprobada ___No aprobada, Hoy, 1 de Julio de 2016.**

Norberto Valladares Crespo
Nombre en letra de Molde del Director Regional
O Representante Autorizado

Firma del Director Regional o
Representante Autorizado

Director Regional
Título del Puesto del Representante Autorizado

Este formulario deberá estar acompañado con la Carta de Renuncia, Informe de Nombramientos y Cambios (F-409), CRIM, ASUME, Certificación de Deuda del Departamento de Hacienda y Departamento de Educación, Radicación de Planilla (últimos cinco (5) años), Forma AEELA 61, 196 ó Carta de Quiebra y otros documentos requeridos para que se valide la autenticidad del mismo y referir a la Oficina de Retiro Docente de Nivel Central, **TODOS LOS DOCUMENTOS SOLICITADOS TIENEN QUE SER ORIGINALES.**

**Centro Gubernamental**
**Nenadich # 50 Suite 303**
**Mayagüez, Puerto Rico 00680**
**Tel: (787) 832-6880**

El Departamento de Educación no discrimina por razón de raza, color, género, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

FORM. 409 Rev. : 99

Pagarle ____días por vacaciones regulares en julio

Descontarle __________días por ausencias

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos

## Informe de Cambio – Personal Docente

| | ANTES DEL CAMBIO | DESPUÉS DEL CAMBIO |
|---|---|---|
| 1. Nombre del Empleado | GLORIA M. MARTÍNEZ RUIZ | |
| 2. Número de Seguro Social | - 0274 | |
| 3. Lugar y Fecha de Nacimiento | San Sebastián 3 marzo 1956 | |
| 4. Sexo | F. | |
| 5. Estado Civil | C. | |
| 6. Preparación Académica | BA. | |
| 7. Experiencia | 25 años | |
| 8. Status del Empleado (Contrato) | Permanente | |
| 9. Sueldo Bruto | $2,655.00 | |
| 10. Número del Puesto | R36117 | |
| 11. Categoria del Puesto | Familia y Consumidor | |
| 12. Nivel del Puesto (Directivo) | | |
| 13. Fondo | | |
| 14. Cifra de Cuenta | E1110-111-0810000-1006-00100-2016 | |
| 15. Fecha de Efectividad | 28 de julio de 2016 | |
| 16. Acción y Duración | Renuncia | |
| 17. Causa del Cese | Jubilación | |
| 18. Último Día de Trabajo | | |
| 19. Último Día de Pago | | |
| 20. Programa Escolar, Nivel y Grado | | |
| 21. Turno en Registro | | |
| 22. Distrito Escolar | Mayagüez | |
| 23. Escuela | Elpidio H. Rivera-Mayagüez | |

24. Dirección Postal y Residencial
HC 7 Box 27037
Mayagüez , PR. 00680

25. Teléfono Residencial
(787) 834-5905 / 464-9122

26. Observaciones:

27. En caso de cambio de status a probatorio o permanente, traslado, reasignación permanente o descenso.

______________ Firma del empleado ______________ Fecha

29. Deseo:______ Acogerme ______ No Acogerme
Al descuento del 3% de mi sueldo mensual para el Fondo de Ahorro y Préstamo de la Asociación de Empleados del ELA de Puerto Rico en caso de cambio de contrato a probatorio o permanente.

______________ Firma del empleado ______________ Fecha

28. Recomendado

[signature]
Norberto Valladares Crespo
Director Regional

JUL 1 - 2016
Fecha

30. Recomendado

______________ Director de Escuela ______________ Fecha

31. Aprobado por: El Secretario de Educación o su Representante.

______________ Firma ______________ Fecha