Case:17-03283-LTS Doc#:11067-2 Filed:02/14/20 Entered:02/18/20 10:05:42 Desc: Envelope Page 1 of 1

