13 de febrero de 2020

Gloria M. Martinez Ruiz

HC 7 Buzón 27037

Mayagüez, Puerto Rico  00680

Teléfono: (787) 464-9122.  Celular

(787) 834-5905   Residencia

gmartinez123@yahoo.com

Replica a la Objeción Global Reclamación 119674. Numero de Caso 17 BK 03283-LTS. Deudor Estado Libre Asociado de Puerto Rico

     Respetuosamente me dirijo al Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico  para presentar mi petición, para que se haga cumplir mi reclamo al Estado Libre Asociado de Puerto Rico a través de Prime Clerk.  Esta aparece con el número de caso 17 BK 03283-LTS, deudor el Estado Libre Asociado de Puerto Rico, numero de reclamación, Anexo A: Defectuosa, por un monto de $15,000.00.

     Yo, Gloria M. Martinez Ruiz serví al Estado Libre Asociado-Departamento de Educación como educadora desde el año 1988 cumpliendo con veinticinco años de servicio al Departamento de Educación. Durante estos años  surgieron varias leyes.  Una de ellas fue  la Ley 89 - del  2 de julio de 1979 – Ley de Ritribucion Uniforme.   Esta establecía un aumento salarial de $25.00 mensuales a todos los empleados del Estado Libre Asociado de Puerto Rico.  Para esa fecha me encontraba activa como empleado del Estado Libre Asociado de Puerto Rico, y este aumento, al que tenía derecho no me fue otorgado.  El incumplimiento de esta ley afectó severamente mi pensión a la hora de acogerme a mi retiro.

     Por tanto suplico al honorable Tribunal de Distrito de Puerto Rico, no declare a lugar la Objeción global en relación a este  reclamo.

     Adjunto evidencia  de mi réplica que confirma años de trabajo para el Estado Libre Asociado de Puerto Rico, Departamento de Educación.

Anejos:

    a. Hoja con el de un número de reclamación
    b. Informe de Cambio-Personal Docente (Documento oficial que certifica años de servicio y fecha de jubilación del Departamento de Educación)
    c. Certificación por años de servicio y retiro del Departamento de Educación

Respetuosamente de usted

Gloria M. Martinez Ruiz