ORIGIN ID:MAZA (787) 464-9122
GLORIA M MARTINEZ RUIZ
HC 7 BOX 27037
MAYAGUEZ, PR 00680
UNITED STATES US

SHIP DATE: 13FEB20
ACTWGT: 0.20 LB
CAD: 006998615/SSFE2021

BILL CREDIT CARD

TO CLERK'S OFFICE
UNITED STATES DISTRICT COURT
ROOM 150 FEDERAL BUILDING

SAN JUAN PR 00918
(US)
(787) 464-9122   REF:
INV:
PO:   DEPT:



FedEx Express
E

FRI – 14 FEB A5
TRK# 3903 7474 2285   INTL PRIORITY
0430

5S SIGA   00918
PR-US SJU

RT 713  1400  2285
FZ      00   14Feb
B