**FedEx Express**

ORIGIN ID:MAZA (787) 464-9122
GLORIA M MARTINEZ RUIZ
HC 7 BOX 27037
MAYAGUEZ, PR 00680
UNITED STATES US

SHIP DATE: 13FEB20
ACTWGT: 0.20 LB
CAD: 006998615/SSFE2021

BILL CREDIT CARD

TO **CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**ROOM 150 FEDERAL BUILDING**

**SAN JUAN PR 00918**
(787) 464-9122     (US)
INV:         REF:
PO:          DEPT:

FedEx Express
E

TRK# 3903 7474 2285
0430

FRI — 14 FEB A5
INTL PRIORITY

**5S SIGA**     00918
PR-US   SJU

RT 713   1400   B
FZ       00 14Feb   2285