ASR-PA-010
Rev. Jul. 16

## SOLICITUD DE BENEFICIO POR MUERTE
(LEY NÚM. 447 DE 15 DE MAYO DE 1951)


**RETIRO**
ESTADO LIBRE ASOCIADO DE PUERTO RICO

☐ Muerte Ocupacional ☐ Muerte No Ocupacional ☒ Solicitud Inicial ☐ Solicitud de Revisión

### SECCIÓN I: INFORMACIÓN DEL PARTICIPANTE O PENSIONADO FALLECIDO

| Apellido Paterno | Apellido Materno | Nombre | Seguro Social |
|---|---|---|---|
| Rabell | Méndez | Aida C. | |

Sexo: ☒ Femenino ☐ Masculino
Estatus del Fallecido: ☐ Participante ☒ Pensionado
Fecha de Defunción (Día-Mes-Año): 11 dic 2016

Causa de la Defunción: ☒ Enfermedad ☐ Accidente ☐ Homicidio ☐ Suicidio ☐ Otros
Especifique: ___

Lugar donde falleció: San Juan

Dirección a la Fecha de la Defunción:
- Urbanización, Condominio o Barrio: ___
- P O Box, Núm. y Calle, Edificio y Apartamento, Ruta Rural o Ruta Contrato: ___
- Pueblo, País y Código Postal: ___

Tiene Relación la Muerte con el Empleo: ☐ Sí ☐ No
Tiene Caso con el Fondo del Seguro del Estado:
(De ser afirmativo debe venir acompañado con la decisión final del Fondo).
☐ Sí ☒ No    Núm. de Caso: ___

Tipo de Pensión (Si Aplica): ☒ Edad ☐ Mérito ☐ Incapacidad

Información Empleado Activo: Fondo Seg Estado
Última Agencia Donde Prestó Servicios | Último Sueldo Mensual

### SECCIÓN II: INFORMACIÓN DEL SOLICITANTE

| Apellido Paterno | Apellido Materno | Nombre e Inicial | Nacimiento (Día-Mes-Año) |
|---|---|---|---|
| Rabell | Méndez | Jesús R. | [redacted] |

Seguro Social: [redacted]
Teléfono Residencial: [redacted]
Estado Civil: ☒ Casado ☐ Soltero ☐ Viudo
Sexo: ☐ Femenino ☒ Masculino

Relación con el Participante o Pensionado Fallecido: ☒ Heredero ☐ Administrador   Otro: ___
Correo electrónico: ___

Dirección Postal:
- Urbanización, Condominio o Barrio: Urb. Baldrich
- P O Box, Núm. y Calle: 564 Ramón Gandía
- Pueblo, País y Código Postal: San Juan P.R. 00918

Dirección Residencial: ___

### SECCIÓN III: DETALLES DE PRÉSTAMOS VIGENTES CON EL SISTEMA (PARTICIPANTE O PENSIONADO)

Indique si la persona fallecida tenía préstamos vigentes: ☐ SÍ ☐ No

| Núm. Préstamo Hipotecario | Núm. Préstamo Personal | Núm. Préstamo Viaje Cultural |
|---|---|---|
| | | |

### SECCIÓN IV: DATOS DE LOS BENEFICIARIOS

| Nombre | Seguro Social | Nacimiento (Día-Mes-Año) | Parentesco | Tel. | Dirección |
|---|---|---|---|---|---|
| Maribel Rabell Méndez | | 11 agosto 1933 | hermana | [redacted] | Kings court 77 Apto 101 San Juan P.R. 00911 |

| Nombre del Tutor (Si Aplica) | Seguro Social | Nacimiento (Día-Mes-Año) | Parentesco | Tel. | Dirección |
|---|---|---|---|---|---|
| | | | | | |

Firma del Solicitante: [signature]
Fecha (Día-Mes-Año): 3/3/17

Al momento de radicar la Solicitud de Beneficio por Muerte, se deberá incluir todos los documentos requeridos para el proceso de la misma. Al dorso se indican los documentos necesarios para la radicación de la solicitud.

Conservación: Igual al expediente del cual forma parte.

Página 1 de 2

ADMINISTRACIÓN DE LOS SISTEMAS DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y LA JUDICATURA
PO Box 42003 San Juan, PR 00940-2203 • Tel 787-777-1500 www.retiro.pr.gov