Aida Miranda Mañón
99 Calle Málaga
Urb. Doraville
Dorado PR 00646-6011

RECEIVED & FILED
2020 FEB 14 PM 2: 27
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN PR



**US POSTAGE**
02/13/2020
From 00646
0 lbs 2 ozs
Zone 1

F

Pitney Bowes  026W0004897873
CommPrice
NO SURCHARGE  3000563214

**USPS FIRST-CLASS PKG**

Aida Miranda Manon
Urb Doraville
99 Calle Malaga
urb. Doraville
Dorado PR 00646-6011

0005

CLERKS OFFICE
UNITED STATES DISTRICT COURT
ROOM 150, FEDERAL BUILDING
SAN JUAN PR 00918

**USPS SIGNATURE TRACKING #**

9402 1092 0556 8582 0585 79