12 de febrero de 2020

RECEIVED & FILED

2020 FEB 14  AM 11: 50

CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, PR

Secretaria
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

RE:  **Numero de reclamante #136685**
     **Placa 3103**
     Estado libre asociado de P.R
     Norberto Montalvo Martínez

     Urbanización La Providencia
     Bloque 1-H-6 Calle 7ª
     Toa Alta P.R 00953
     Tel- 787-797-3614
     Correo Electrónico: Betty60vera@yahoo.com

 Por este medio informo que durante los años trabajados en la policia de P.R hasta
el momento se me ha hecho imposible conseguir documentación del periodo antes
mencionado, y por tanto,  reclamo por este medio  la compensación que me
corresponda.  Adjunto un talonario del trabajo más reciente y copia de la ley #96.
Durante el periodo de gobernación de Sila María Calderón fue que se  otorgó el
aumento correspondiente a los policías por el cual estoy reclamando. Solicito se
investigue sobre el periodo que me corresponde y me otorguen la cantidad
razonable al mismo. Fecha de ingreso a la policía en el año 1978 hasta la fecha de
jubilación año 2011.  En aquel tiempo expuso que llegaría a un acuerdo razonable
por concepto de la compensación.

Atentamente,

Norberto Montalvo Martínez