

# Ley Núm. 96 del año 2002

**(P. de la C. 2634) 2002 ley 96**
**(Reconsiderado)**

**Para conceder un aumento de suelo de cien (100) dólares a los empleados públicos del gobierno.**

**LEY NUM. 96 DE 1 DE JULIO DE 2002**

Para conceder un aumento de sueldo de cien (100) dólares a los empleados públicos del Gobierno Central del Estado Libre Asociado de Puerto Rico, efectivo el 1ro. de julio de 2002.

**EXPOSICION DE MOTIVOS**

Puerto Rico cuenta con miles de servidores públicos honestos y responsables que día a día dedican sus vidas al servicio de nuestra gente y buscando el bienestar de todos los puertorriqueños. El servidor público del Siglo 21, como representante de la honestidad y la dignidad del trabajo, goza de la confianza de esta Administración.

De igual forma, esta Administración está consciente de los sacrificios que realizan estos servidores públicos, quienes trabajan incesantemente para proveerle a la ciudadanía un servicio de excelencia, a cambio de una remuneración que propenda a una vida con limitaciones. Aún así, estos hombres y mujeres que honran el servicio público le siguen sirviendo con desprendimiento y dedicación a Puerto Rico.

En la década de los años ochenta, se comenzó a desarrollar una nueva orientación de la política pública en cuanto a salarios y beneficios marginales para los empleados públicos, con el propósito de colocar a éstos a la par con los empleados de la empresa privada, en la medida que lo permitan los recursos públicos. A tono con esta política pública, en el pasado se legisló para concederles aumentos generales de salario, aumentos en la aportación patronal para el pago de primas de los planes médicos, y aumentos permitidos por la Ley Núm. 89 de 12 de julio de 1979, según enmendada, conocida como "Ley de Retribución Uniforme", entre otros. Así también, diversos grupos han recibido aumentos de salarios mediante la aprobación de leyes especiales como es el caso de los policías y los maestros.

Es la intención de esta Administración y de esta Asamblea Legislativa reconocer la ardua tarea que realizan estos empleados públicos para adelantar la calidad y la eficiencia de nuestra administración pública.

Por tanto, aún ante la estrechez económica a la que nos enfrentamos, y reconociendo el reclamo de los diversos grupos que representan el sector laboral gubernamental, es imperante hacerle justicia a nuestros empleados públicos, concediéndoles un aumento salarial de cien (100) dólares mensuales a los empleados públicos que estén bajo las condiciones que más adelante se establecen.

*DECRETASE POR LA ASAMBLEA LEGISLATIVA DE PUERTO RICO:*

**Artículo 1.-**Los aumentos concedidos al amparo de esta Ley serán de la siguiente forma:

(a)    Cien (100) dólares mensuales de aumento de sueldo a los empleados públicos que al 30 de junio de 2002 estén en servicio activo, sin distinción de status ni categoría. Cuando en un puesto se prestaren

Case:17-03283-LTS   Doc#:11073-1   Filed:02/14/20   Entered:02/18/20 11:15:20   Desc:
Exhibit Page 2 of 9

servicios a jornada parcial, el aumento concedido será proporcional a la jornada de trabajo. Aquellos empleados vinculados al servicio que no estén en servicio activo al 1ro. julio de 2002 tendrán derecho a recibir el aumento efectivo a la fecha en que se reintegren al servicio.

El aumento de sueldo se concederá aun cuando el empleado esté devengando un sueldo igual o superior al tipo máximo de la escala o que con el aumento excedan éste. Dicho aumento no afectará al margen retributivo de que disfrutan los empleados para mejoramiento salarial, ni se ajustará a escala. Disponiéndose que las acciones de personal que se efectúen con posterioridad a la vigencia del presente aumento se tramitarán conforme a las normas que emita la Oficina Central de Asesoramiento Laboral y de la Administración de Recursos Humanos, en armonía con la Ley Núm. 89 de 12 de julio de 1979, según enmendada, conocida como "Ley de Retribución Uniforme" y el Reglamento de Retribución Uniforme.

(b)     Cien (100) dólares a los empleados organizados en sindicatos bajo la Ley Núm. 45 de 25 de febrero de 1998, según enmendada, incluidos en unidades apropiadas cuyo resultado de la fórmula bajo la Sección 7.5 de la ley antes citada es de cero o negativo. Aquellas unidades apropiadas cuyo resultado de la fórmula arroje positivo, pero menos de cien (100) dólares, recibirán un aumento equivalente a la diferencia entre cien (100) dólares y el resultado de dicha fórmula.

**Artículo 2.-**El costo del aumento de sueldo propuesto será sufragado por fondos a ser provistos mediante reembolso por la Oficina de Gerencia y Presupuesto, con cargo a las asignaciones que para este propósito se incluyeron en la Resolución Conjunta del Presupuesto General. Sin embargo, dicho reembolso cubrirá únicamente los sueldos que son sufragados con recursos provenientes del Fondo General. Se dispone que los empleados públicos que conforme a las fechas aquí establecidas cualifican para este aumento, pero cobran de otros fondos, recibirán los mismos aumentos con cargo a los fondos especiales federales y estatales de los cuales cobran. Las agencias para las cuales trabajen este tipo de empleados públicos deberán hacer los ajustes correspondientes en dichos fondos para otorgar aumentos salariales, según lo dispuesto en este Artículo.

**Artículo 3.-**Para obtener el reembolso al que se hace referencia en el Artículo 2 de esta Ley, cada agencia que sufrague dichos aumentos del Fondo General someterá a la Oficina de Gerencia y Presupuesto una relación certificada que incluya nombre del empleado, número de seguro social, clasificación del puesto, fecha en que comenzó a trabajar, sueldo devengado y costo total para la agencia del aumento concedido. Dicha certificación debe recibirse en la Oficina de Gerencia y Presupuesto no más tarde del 1ro. de septiembre de 2002.

**Artículo 4.-**Se excluyen de las disposiciones de esta Ley las siguientes agencias o dependencias públicas: (1) la Universidad de Puerto Rico; (2) las corporaciones públicas que tienen autoridad expresa para llevar a cabo convenios colectivos bajo las disposiciones de la Ley Núm. 130 de 8 de mayo de 1945, según enmendada; (3) los miembros uniformados de la Policía de Puerto Rico; (4) miembros del Personal del Sistema de Rango del Cuerpo de Bomberos de Puerto Rico; (5) los empleados municipales y/o aquellos que presten servicios a los municipios; (6) los empleados públicos cubiertos por la Ley Núm. 45 de 25 de febrero de 1998, según enmendada, incluidos en unidades apropiadas cuyo resultado de la fórmula de la Sección 7.5 de la ley antes citada es igual o mayor de cien (100) dólares mensuales.

**Artículo 5.-**Los aumentos concedidos mediante esta Ley serán efectivos a partir del 1ro. de julio de 2002.

**Artículo 6.-**Los aumentos de sueldo concedidos mediante esta Ley no tienen el efecto de interrumpir el tiempo para ser acreedor de un aumento por años de servicio.

**Artículo 7.-**Toda disposición de ley que esté en conflicto con lo aquí dispuesto quedará sin efecto mientras tenga aplicabilidad esta Ley.

**Artículo 8.-**Esta Ley comenzará a regir inmediatamente después de su aprobación.

Case:17-03283-LTS   Doc#:11073-1   Filed:02/14/20   Entered:02/18/20 11:15:20   Desc:
Exhibit 1 Page 3 of 9

**Presione Aquí para regresar al Menú anterior y seleccionar otra ley.**

## ADVERTENCIA

Este documento constituye un documento de las leyes del Estado Libre Asociado de P.R. que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las leyes de Puerto Rico. Su distribución electrónica se hace como un servicio público a la comunidad. Siempre busque leyes posteriores para posibles enmiendas a esta ley.

# LexJuris de Puerto Rico siempre está bajo construcción.

© 1996-2002 LexJuris de Puerto Rico - Derechos Reservados

**Estado Libre Asociado de Puerto Rico**
530 - RETIRO CENTRAL PENSIONADOS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 09/16/2014 |
| Hasta: | 09/30/2014 |

| | |
|---|---|
| Business Unit: PUERT | |
| Aviso #: | **1566684** |
| Fecha Aviso: | 09/30/2014 |

NORBERTO MONTALVO MARTINEZ
URB LA PROVIDENCIA
1H6 CALLE 7A
TOA ALTA PR 00953-4514
SS:   XXX-XX-5490

| | |
|---|---|
| # Empleado: | XXXXX5490 |
| Dept: | 530100-Merito-Edad-Svc-Opcional-001 |
| Lugar: | Ley 447 de 15 de mayo de 1951 |
| Titulo: | Pensionado |
| Sueldo: | $1,762.20 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 881.10 | 1,462.50 | 15,859.80 |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 |
| **Total:** | | | 881.10 | 1,462.50 | 15,959.80 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RC-Pres Pers Ret Cen-E Clasif | 132.40 | 2,383.20 |
| AE-Seguro por Muerte Asoc ELA | 3.50 | 63.00 |
| AS-ASOC PENSIONADOS | 1.00 | 18.00 |
| AS-CORP ORGANIZADA POLICIA SEG | 10.00 | 180.00 |
| **Total:** | 146.90 | 2,644.20 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|

\* Tributable

| TOTAL BRUTO | | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 881.10 | 0.00 | 146.90 | 734.20 |
| Acumulado: | 15,959.80 | 0.00 | 2,644.20 | 13,315.60 |

| PTO HORAS | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #1566684 | 734.20 |
| Total: | 734.20 |

**CONTACTOS: CentroRetiro- San Juan, Caguas, Humacao, Mayagüez, Ponce**
PO BOX 42003 San Juan, PR 00940-2203 * 437 Ave Ponce de León San Juan PR 00917-3711
Tel. 787-777-1500 * Fax 787-764-6058 * cesresanjuan@retiro.pr.gov * www.retiro.pr.gov
ContactoRetiro 787-777-1500 * Isla 1-877-777-2020 * TelePréstamo 787-957-8181

MENSAJE: ACTUALICE INFO DE SUS BENEFICIARIOS. USAR FORMULARIO ASR-CS-031 EN WWW.RETIRO.PR.GOV 787-777-1500

**Estado Libre Asociado de Puerto Rico**
530 - RETIRO CENTRAL PENSIONADOS

Fecha
09/30/2014

Aviso No.
1566684

Cant. Deposito:   $734.20

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | 311800130 | $734.20 |
| Total: | | $734.20 |

TRAY 76 SQ 22588***********AUTO**SCH 5-DIGIT 00949     22588 2 AV 0.381
NORBERTO MONTALVO MARTINEZ
URB LA PROVIDENCIA
1H6 CALLE 7A
TOA ALTA PR 00953-4514

NO-NEGOCIABLE

**Estado Libre Asociado de Puerto Rico**
530 - RETIRO CENTRAL PENSIONADOS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 09/01/2014 |
| Hasta: | 09/15/2014 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | 1295152 |
| Fecha Aviso: | 09/15/2014 |

| | |
|---|---|
| NORBERTO MONTALVO MARTINEZ | |
| URB LA PROVIDENCIA | |
| 1H6 CALLE 7A | |
| TOA ALTA PR 00953-4514 | |
| SS:  XXX-XX-5490 | |

| | |
|---|---|
| # Empleado: | XXXXX5490 |
| Dept: | 530100-Merito-Edad-Svc-Opcional-001 |
| Lugar: | Ley 447 de 15 de mayo de 1951 |
| Titulo: | Pensionado |
| Sueldo: | $1,762.20 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 881.10 | 1,380.00 | 14,978.70 |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 |
| **Total:** | | | 881.10 | 1,380.00 | 15,078.70 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RC-Pres Pers Ret Cen-E Clasif | 132.40 | 2,250.80 |
| AE-Seguro por Muerte Asoc ELA | 3.50 | 59.50 |
| AS-ASOC PENSIONADOS | 1.00 | 17.00 |
| AS-CORP ORGANIZADA POLICIA SE | 10.00 | 170.00 |
| **Total:** | 146.90 | 2,497.30 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|

* Tributable

### TOTAL BRUTO

| | |
|---|---|
| Corriente: | 881.10 |
| Acumulado: | 15,078.70 |

### TOTAL IMPUESTOS

| | |
|---|---|
| | 0.00 |
| | 0.00 |

### DEDUCCIONES TOTALES / PAGA NETA

| DEDUCCIONES TOTALES | PAGA NETA |
|---|---|
| 146.90 | 734.20 |
| 2,497.30 | 12,581.40 |

### PTO HORAS

| | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #1295152 | 734.20 |
| Total: | 734.20 |

MENSAJE:

---

**Estado Libre Asociado de Puerto Rico**
530 - RETIRO CENTRAL PENSIONADOS

**Fecha**
09/15/2014

**Aviso No.**
1295152

Cant. Deposito:  ___$734.20___

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | 311800130 | $734.20 |
| Total: | | $734.20 |

TRAY 76 SQ 22588***********AUTO**SCH 5-DIGIT 00949     22588 2 AV 0.381
NORBERTO MONTALVO MARTINEZ
URB LA PROVIDENCIA
1H6 CALLE 7A
TOA ALTA PR 00953-4514

**NO-NEGOCIABLE**

**Estado Libre Asociado de Puerto Rico**
530 - RETIRO CENTRAL PENSIONADOS

| | | |
|---|---|---|
| Grupo de Pago: | SM -Quincenal | |
| Desde: | 08/16/2014 | |
| Hasta: | 08/31/2014 | |

| | |
|---|---|
| Business Unit: PUERT | |
| Aviso #: | **1031147** |
| Fecha Aviso: | 08/29/2014 |

NORBERTO MONTALVO MARTINEZ
URB LA PROVIDENCIA
1H6 CALLE 7A
TOA ALTA PR 00953-4514
SS: XXX-XX-5490

| | |
|---|---|
| # Empleado: | XXXXX5490 |
| Dept: | 530100-Merito-Edad-Svc-Opcional-001 |
| Lugar: | Ley 447 de 15 de mayo de 1951 |
| Titulo: | Pensionado |
| Sueldo: | $1,762.20 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | --- Corriente --- | | | ------ Acumulado ------ | | IMPUESTOS | | |
|---|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | | 881.10 | 1,297.50 | 14,097.60 | | | |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 | | | |
| Total: | | | 881.10 | 1,297.50 | 14,197.60 | Total: | 0.00 | 0.00 |

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| | | | RC-Pres Pers Ret Cen-E Clasif | 132.40 | 2,118.40 | | | |
| | | | AE-Seguro por Muerte Asoc ELA | 3.50 | 56.00 | | | |
| | | | AS-ASOC PENSIONADOS | 1.00 | 16.00 | | | |
| | | | AS-CORP ORGANIZADA POLICIA SEG | 10.00 | 160.00 | | | |
| Total: | 0.00 | 0.00 | Total: | 146.90 | 2,350.40 | * Tributable | | |

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 881.10 | 0.00 | 146.90 | 734.20 |
| Acumulado: | 14,197.60 | 0.00 | 2,350.40 | 11,847.20 |

| PTO HORAS | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

| DISTRIBUCION PAGA NETA | |
|---|---|
| Aviso #1031147 | 734.20 |
| Total: | 734.20 |

**CONTACTOS: CentroRetiro- San Juan, Caguas, Humacao, Mayagüez, Ponce**
PO BOX 42003 San Juan, PR 00940-2203 * 437 Ave Ponce de León San Juan PR 00917-3711
Tel. 787-777-1500 * Fax 787-764-6058 * cesresanjuan@retiro.pr.gov * www.retiro.pr.gov
ContactoRetiro 787-777-1500 * Isla 1-877-777-2020 * TelePréstamo 787-957-8181

MENSAJE: ACTUALICE INFO DE SUS BENEFICIARIOS. USAR FORMULARIO ASR-CS-031 EN WWW.RETIRO.PR.GOV 787-777-1500

**Estado Libre Asociado de Puerto Rico**
530 - RETIRO CENTRAL PENSIONADOS

**Fecha**
08/29/2014

**Aviso No.**
1031147

Cant. Deposito: _____$734.20_____

| DISTRIBUCION DE DEPOSITO DIRECTO | | |
|---|---|---|
| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| Checking | 311800130 | $734.20 |
| Total: | | $734.20 |

TRAY 76 SQ 22588************AUTO**SCH 5-DIGIT 00949     22588 2 AV 0.381
NORBERTO MONTALVO MARTINEZ
URB LA PROVIDENCIA
1H6 CALLE 7A
TOA ALTA PR 00953-4514

## NO-NEGOCIABLE

**Estado Libre Asociado de Puerto Rico**
530 - RETIRO CENTRAL PENSIONADOS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 08/01/2014 |
| Hasta: | 08/15/2014 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | **0767032** |
| Fecha Aviso: | 08/15/2014 |

NORBERTO MONTALVO MARTINEZ
URB LA PROVIDENCIA
1H6 CALLE 7A
TOA ALTA PR 00953-4514
SS:   XXX-XX-5490

| | |
|---|---|
| # Empleado: | XXXXX5490 |
| Dept: | 530100-Merito-Edad-Svc-Opcional-001 |
| Lugar: | Ley 447 de 15 de mayo de 1951 |
| Titulo: | Pensionado |
| Sueldo: | $1,762.20 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 881.10 | 1,222.50 | 13,216.50 |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 |
| **Total:** | | | 881.10 | 1,222.50 | 13,316.50 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RC-Pres Pers Ret Cen-E Clasif | 132.40 | 1,986.00 |
| AE-Seguro por Muerte Asoc ELA | 3.50 | 52.50 |
| AS-ASOC PENSIONADOS | 1.00 | 15.00 |
| AS-CORP ORGANIZADA POLICIA SHG | 0.00 | 150.00 |
| **Total:** | 146.90 | 2,203.50 |

* Tributable

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|

## TOTAL BRUTO

| | | |
|---|---|---|
| Corriente: | 881.10 | |
| Acumulado: | 13,316.50 | |

## TOTAL IMPUESTOS

| | |
|---|---|
| 0.00 | |
| 0.00 | |

## DEDUCCIONES TOTALES / PAGA NETA

| DEDUCCIONES TOTALES | PAGA NETA |
|---|---|
| 146.90 | 734.20 |
| 2,203.50 | 11,113.00 |

## PTO HORAS

| | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #0767032 | 734.20 |
| **Total:** | 734.20 |

MENSAJE:

**Estado Libre Asociado de Puerto Rico**
530 - RETIRO CENTRAL PENSIONADOS

**Fecha**
**08/15/2014**

**Aviso No.**
**0767032**

Cant. Deposito:   $734.20

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | 311800130 | $734.20 |
| **Total:** | | $734.20 |

TRAY 76 SQ 22588************AUTO**SCH 5-DIGIT 00949     22588 2 AV 0.381
NORBERTO MONTALVO MARTINEZ
URB LA PROVIDENCIA
1H6 CALLE 7A
TOA ALTA PR 00953-4514

# NO-NEGOCIABLE

**Estado Libre Asociado de Puerto Rico**
530 - RETIRO CENTRAL PENSIONADOS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 07/16/2014 |
| Hasta: | 07/31/2014 |

| | |
|---|---|
| Business Unit: PUERT | |
| Aviso #: | **0492452** |
| Fecha Aviso: | 07/30/2014 |

NORBERTO MONTALVO MARTINEZ
URB LA PROVIDENCIA
1H6 CALLE 7A
TOA ALTA PR 00953-4514
SS:   XXX-XX-5490

| | |
|---|---|
| # Empleado: | XXXXX5490 |
| Dept: | 530100-Merito-Edad-Svc-Opcional-001 |
| Lugar: | Ley 447 de 15 de mayo de 1951 |
| Titulo: | Pensionado |
| Sueldo: | $1,762.20 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 881.10 | 1,140.00 | 12,335.40 |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 |
| Total: | | | 881.10 | 1,140.00 | 12,435.40 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RC-Pres Pers Ret Cen-E Clasif | 132.40 | 1,853.60 |
| AE-Seguro por Muerte Asoc ELA | 3.50 | 49.00 |
| AS-ASOC PENSIONADOS | 1.00 | 14.00 |
| AS-CORP ORGANIZADA POLICIA SE | 10.00 | 140.00 |
| Total: | 146.90 | 2,056.60 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| | | |

* Tributable

| TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|
| Corriente: 881.10 | 0.00 | 146.90 | 734.20 |
| Acumulado: 12,435.40 | 0.00 | 2,056.60 | 10,378.80 |

| PTO HORAS | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #0492452 | 734.20 |
| Total: | 734.20 |

**CONTACTOS:  CentroRetiro- San Juan, Caguas, Humacao, Mayagüez, Ponce**
PO BOX 42003 San Juan, PR 00940-2203 * 437 Ave Ponce de León San Juan PR 00917-3711
Tel. 787-777-1500 * Fax 787-764-6058 * cesresanjuan@retiro.pr.gov * www.retiro.pr.gov
ContactoRetiro 787-777-1500 * Isla 1-877-777-2020 * TelePréstamo 787-957-8181

MENSAJE: ACTUALICE INFO DE SUS BENEFICIARIOS.  USAR FORMULARIO ASR-CS-031 EN WWW.RETIRO.PR.GOV 787-777-1500

**Estado Libre Asociado de Puerto Rico**
530 - RETIRO CENTRAL PENSIONADOS

**Fecha**
**07/30/2014**

**Aviso No.**
**0492452**

Cant. Deposito:  ___$734.20___

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | 311800130 | $734.20 |
| Total: | | $734.20 |

TRAY 76 SQ 22588************AUTO**SCH 5-DIGIT 00949      22588 2 AV 0.381
NORBERTO MONTALVO MARTINEZ
URB LA PROVIDENCIA
1H6 CALLE 7A
TOA ALTA PR 00953-4514

NO-NEGOCIABLE

**Estado Libre Asociado de Puerto Rico**
530 - RETIRO CENTRAL PENSIONADOS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 07/01/2014 |
| Hasta: | 07/15/2014 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | **0070444** |
| Fecha Aviso: | 07/15/2014 |

NORBERTO MONTALVO MARTINEZ
URB LA PROVIDENCIA
1H6 CALLE 7A
TOA ALTA PR 00953-4514
SS: XXX-XX-5490

| | |
|---|---|
| # Empleado: | XXXXX5490 |
| Dept: | 530100-Merito-Edad-Svc-Opcional-001 |
| Lugar: | Ley 447 de 15 de mayo de 1951 |
| Titulo: | Pensionado |
| Sueldo: | $1,762.20 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 881.10 | 1,050.00 | 11,454.30 |
| Total: | | | 881.10 | 1,050.00 | 11,454.30 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RC-Pres Pers Ret Cen-E Clasif | 132.40 | 1,721.20 |
| AE-Seguro por Muerte Asoc ELA | 3.50 | 45.50 |
| AS-ASOC PENSIONADOS | 1.00 | 13.00 |
| AS-CORP ORGANIZADA POLICIA SEG | 10.00 | 130.00 |
| Total: | 146.90 | 1,909.70 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|

* Tributable

| TOTAL BRUTO | | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 881.10 | 0.00 | 146.90 | 734.20 |
| Acumulado: | 11,454.30 | 0.00 | 1,909.70 | 9,544.60 |

| PTO HORAS | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #0070444 | 734.20 |
| Total: | 734.20 |

MENSAJE:

**Estado Libre Asociado de Puerto Rico**
530 - RETIRO CENTRAL PENSIONADOS

**Fecha**
**07/15/2014**

**Aviso No.**
**0070444**

Cant. Deposito: ___$734.20___

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | 311800130 | $734.20 |
| Total: | | $734.20 |

TRAY 76 SQ 22588***********AUTO**SCH 5-DIGIT 00949    22588 2 AV 0.381
NORBERTO MONTALVO MARTINEZ
URB LA PROVIDENCIA
1H6 CALLE 7A
TOA ALTA PR 00953-4514

NO-NEGOCIABLE