Norberto Montaluo Martinez
Urbanización La Providencia
Bloque 1-h-6 Calle 7ª
Toa Alta P.R 00953
Tel- 787-797-3614

RECEIVED & FILED
2020 FEB 14 AM 11:50
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

Secretaria
Tribunal de Distrito de los
Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918