TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

INTAKE DROP BOX
RECEIVED & FILED
2020 FEB 14 PM 4:16
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

| En el asunto de:<br><br>JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO<br><br>como representante de<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO y otros<br><br>Deudores | PROMESA<br>Título III<br>Núm.: 17 BK 3283-LTS<br>(Administrada conjuntamente)<br><br>La presente radicación guarda relación con el ELA, la ACT y el SRE. |
|---|---|

REPLICA A OBJECCION GLOBAL

Comparece Ana Deborah Mojica Cruz quien es una de las reclamantes bajo el caso de epígrafe y muy respetuosamente declaro y solicito:

1. Que mi nombre aparece en el Anexo A de la Objeción Global, el ELA, la ACT y/o el SRE que solicitan que mi reclamo sea rechazado por ser Deficiente. Mi reclamación es la numero 102341 y 118678.

2. Que me opongo a la objeción global que me privaría del derecho a reclamar el dinero adeudado por el Estado Libre Asociado. Presento la Replica a dicha objeción para aclarar mi reclamación, especificando las Leyes aprobadas por el gobierno concediendo aumentos de sueldo que no fueron pagados.

3. Que es oneroso para mi proveer con esta reclamación todos los records de pagos que justifican mi reclamación y solo estoy proveyendo aquellos documentos que he encontrado, entiendo que el Departamento de Educación como custodio de mi expediente tiene la obligación de proveer dichos records.

4. Que trabajé como maestra en el Departamento de Educación del Gobierno de Puerto Rico por un periodo de 31 años, desde el 8 de junio de 1979 hasta el 31 de

mayo de 2010. (Se acompaña Certificación de empleo del Departamento de Educación)

5. Que durante mi empleo como maestra el gobierno de Puerto Rico aprobó leyes para beneficio de empleados públicos que incluían los maestros, cuyos beneficios no fueron pagados. Mi reclamación es por los ingresos y/ o beneficios dejados de pagar conforme a esas leyes según especifico.

6. Que las mencionadas leyes no fueron derogadas. El gobierno de Puerto Rico tiene conocimiento de las cantidades adeudadas a los maestros por reclamos que le han hecho los gremios magisteriales al gobierno.

7. Por concepto de la Ley de Retribución Uniforme, Ley 89 de 12 de julio de 1979, ley conocida como el Romerazo, por el gobernador que promulgo dicha ley, debí recibir un aumento de $25.00 por mes en adición a mi salario. He calculado que se me adeuda $11,707.79 desde julio de 1979 hasta el 31 de mayo de 2010, fecha en que me retire.

8. Por concepto de la Ley 96 del 2002 se le concedió un aumento $100.00 mensuales a los maestros. He calculado que se me adeuda $22,000 desde Julio del 2002 al 31 de mayo de 2010, fecha en que me retire.

9. Por concepto de la Ley 109 del 2 de septiembre de 1997 que concedía a los empleados públicos, incluyendo los maestros, un aumento de $150.00 por tres años, $200.00 por tres años, $250.00 por tres años y $300.00 por tres años. He calculado que se me adeuda $24,756.66 desde septiembre de 1997 hasta el 31 de mayo de 2010, fecha en que me retire.

10. Que el Departamento de Educación me ha provisto una certificación de empleo y el sueldo que devengaba a la fecha de mi retiro. Que como custodio de mi expediente de personal el cual contiene toda la información sobre mi salario el

Departamento de Educación tiene la obligación de proveer los records que confirman mi salario durante los 31 años de empleo para que el Tribunal pueda confirmar las cantidades reclamadas. Que no he guardado los talonarios de pago ni he conservado toda la documentación relativa a mis ingresos, no obstante, acompaño toda la documentación que he podido recopilar.

11. Que acompaño los siguientes documentos en apoyo a mi reclamación:

    a. Talonario de pago de fecha 30 de abril de 1995

    b. Informe de Cambio de personal para los años 1979, 1981, 1983, 1984, 1985, 1987, 1988, 1992, 1995, 1997 y 1998.

    c. Certificado Vitalicio de maestro de escuela secundaria.

    d. Certificado Docente de maestro de escuela elemental con vigencia hasta 2024.

12. Respetuosamente solicito se acepte esta Réplica a la Objeción Global presentada en este caso y se declare ha lugar a la centésima cuadragésima primera objeción global, que se acepte esta réplica que aclara cualquier deficiencia objetada y que se ordene a Prime Clerk, LLC, a que reciba instrucciones para aceptar la presente réplica y aclaración a los reclamos en marcos de causas radicadas conforme al Título III Promesa.

Respetuosamente sometida, hoy 11 febrero de 2020.

*Ana Débora Mojica Cruz*
Ana Débora Mojica Cruz
Box 1756
Yabucoa, P. R. 00767
939-402-3144