

## DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

**ATT: LEY PROMESA**

10 de febrero de 2020

# C E R T I F I C A C I O N

| | | |
|---|---|---|
| Certifico que | : | ANA D. MOJICA CRUZ |
| Seguro Social | : | *(firma)* |
| Categoría | : | MA. EDUC. SEC (ESTUDIOS SOCIALES E HISTORIA) |
| Distrito Escolar | : | HUMACAO_ |
| Sueldo Mensual | : | $2,730.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 31 de mayo de 2010 |
| Otros | : | Presto servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 31 años. Nuestro sistema de Recursos Humanos refleja que ocupó una plaza desde 08/06/1979. |

*(firma)*

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.



## Estado Libre Asociado De Puerto Rico
### DEPARTAMENTO DE EDUCACIÓN
#### SECRETARÍA AUXILIAR DE RECURSOS HUMANOS
DIVISIÓN DE CERTIFICACIONES DOCENTES Y DESARROLLO PROFESIONAL

# C E R T I F I C A C I Ó N

Certifico que **Ana D. Mojíca Cruz  seguro social XXX-XX-XXXX** posee el siguiente certificado vitalicio:

- **MAESTRA DE ESCUELA SECUNDARIA (ESTUDIOS SOCIALES), NUM. 1682,** expedido el 27 de octubre de 1992.

Certifico hoy 16 de septiembre de 2010, a petición del solicitante.

Norma N. González
Oficial de Certificaciones Docentes

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 ● TEL (787) 759-2000 EXTS. 2167,2165, 4165 ● FAX: (787) 765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social,
ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo

# CERTIFICADO



ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACION
SAN JUAN DE PUERTO RICO

VITALICIO

## LA SECRETARIA DE EDUCACION

POR LA PRESENTE CONFIERE A:

ANA D. MOJICA CRUZ

EL PRESENTE CERTIFICADO DE MAESTRO QUE LO FACULTA PARA EJERCER COMO

MAESTRA DE ESCUELA SECUNDARIA
(Estudios Sociales)

EN LAS ESCUELAS PUBLICAS O PRIVADAS DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO

EXPEDIDO DESDE ___27 de octubre__ DE 19 __92__.

DADO EN SAN JUAN DE PUERTO RICO EL ___27 de octubre___ DE 19 __92__.

_____
SECRETARIO DE EDUCACION

Número 1682

# ESTADO LIBRE ASOCIADO DE PUERTO RICO
## INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| AÑA D MOJICA CRUZ | | 30 0495 | 329425 | 556189983 |

### ESPECIFICAS / DEDUCCIONES

| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS AHORROS | SEGURO | MISCELANEAS CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **ACUMULADO DURANTE EL AÑO NATURAL** | | | | | | | | | | | |
| 42000 | | 42000 | | | | 06 | 18771 | 61 | 600 | 07 | 17985 |
| | | | | | | 42 | 10930 | 10 | 18304 | 60 | 1540 |
| **MES CORRIENTE** | | | | | | | | | | | |
| 10520 | | 10500 | | 4500 | | | | | | | |

| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ª QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |
|---|---|---|---|---|---|---|
| **ACUMULADO DURANTE EL AÑO NATURAL** | | **MES CORRIENTE** | | | | |
| 60000 | 000 | 000 | 150000 | 28100 | 93650 | 28250 |

VEASE CLAVES AL DORSO

Form. 409 Rev.7/79

Pagarle _____ días por vacaciones
regulares en julio

Descontarle _____ días por
ausencias

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE INSTRUCCION PUBLICA
División de Personal - Hato Rey, Puerto Rico

INFORME DE CAMBIO - PERSONAL DOCENTE

| | ANTES DEL CAMBIO | DESPUES DEL CAMBIO |
|---|---|---|
| 1 Nombre del Empleado | Ana D. Mojica Cruz | |
| 2 Núm. Seg. Social | | |
| 3 Sexo | F | |
| 4 Estado Civil | soltera | |
| 5 Prep. Académica | BA + 15 | |
| 6 Experiencia          8 | 8 años | |
| 7 Status Empleado (Contrato) | trans. eleg. | R/prob. |
| 8 Sueldo Bruto | $989 | |
| 9 Núm. de la Plaza | 0170 | 0189 |
| 10 Categoría de la Plaza | Secundaria Soc. | Secundaria Sociales |
| 11 Clasificación Puestos Dir | | |
| 12 Fondo | estatal | estatal |
| 13 Cifra Cuenta | 88-111-80-05-01 081-01-001 | 88-111-80-05-01 |
| 14 Fecha de Efectividad | | 31 de agosto de 1987 |
| 15 Acción y Duración | cambio de plaza para Reasig. Perm. | |
| 16 Causa del Cese | | |
| 17 Ultimo Día Trabajo | | |
| 18 Ultimo Día de Pago | | |
| 19 Programa Escolar | sociales | sociales |
| 20 Turno en Registro | 0020 | 0020 |
| 21 Distrito Escolar | Humacao | Humacao |

LICENCIA POR VACACIONES y/o ENFERMEDAD CONCEDIDA

| 22 Desde | 23 Hasta |
|---|---|

| 24 Observaciones (Antes del Cambio) | 25 Observaciones (Después del Cambio) |
|---|---|
| CONSIDERESE CAMBIO STATUS SOLAMENTE | De la plaza permanente elemental 02755 Capitulo 1.  Permanecerá en la plza 0170 durante el resto año 87-88 |

| 26 | Fecha | 27 Deseo: ☐ Acogerme   ☐ No acogerme |
|---|---|---|
| Firma Empleado en caso de cambio de contrato a probatorio, traslado, reasignación permanente o descenso | | Al descuento del 3% de mi sueldo mensual para el Fondo de Ahorro y Préstamo de la Asociación de Empleados del ELA de P.R. en caso de cambio de contrato de sustituto a probatorio o de sustituto a permanente. |

Firma del Empleado                                      Fecha

| 28 Recomendado | 29 Recomendado |
|---|---|
| Superintendente de Escuelas        Fecha | Superintendente de Escuelas        Fecha |

30 APROBADO POR EL SECRETARIO DE INSTRUCCION PUBLICA

_____                    _____
          FIRMA                                          FECHA

* Si el nombramiento es provisional el mismo constituye un CERTIFICADO PROVISIONAL  por su duración

POR AUSENCIAS DESCONTABLES

INFORME DE CAMBIO — PERSONAL DOCENTE

MOJICA-CRUZ, ANA D

NOMBRE                                          SEGURO SOCIAL

034-HUMACAO                                     BAE              15

DISTRITO                                        PREPARACION

Poser    B                                      '2              '3

STATUS                                          ANTES      DESPUES
                                                EXPERIENCIA

9820 —     MAESTRO ESTUDIOS SOCIALES E HISTORI  00189 ·    # R-17374

CATEGORIA — CLASE                               ANTES      DESPUES
                                                NUMERO DE PUESTO

1 DE JUNIO DE 1992                              PAGO DE VACACIONES

EFECTIVIDAD                                     ACCION Y DURACION

$1,250.

SUELDO ANTES DEL CAMBIO                         CAUSA DEL CESE

ULTIMO DIA DE TRABAJO                           ULTIMO DIA DE PAGO

ESTATAL (111)                    92-111-081-01-034-001-1110-01-0000

FONDO                                           CIFRA DE CUENTA

OBSERVACIONES:   AUMENTO DE SUELDO POR EXPERIENCIA   MAX. ESCALA
                 EFECTIVO EL 1 DE JULIO DE 1992 A                    *

            *  CAMBIO DE NUMERO DE PUESTO POR RENUMERACION.

APROBADO POR EL SECRETARIO DE EDUCACION.

                         FIRMA

VACACIONES REGULARES                              VACACIONES REGULARES
POR AUSENCIAS DESCONTABLES

INFORME DE CAMBIO - PERSONAL DOCENTE

CLAVE ALFA: MOJ

MOJICA CRUZ, ANA D                               *awuc*

NOMBRE.                                          SEGURO SOCIAL

034   HUMACAO/S. U. FRANCISCO ISERN GIMEN        15 - 5A

DISTRITO/ESCUELA                                 PREPARACION

REGULAR (01)                                                19-00-00-0.0

STATUS                                           ANTES        DESPUES
                                                 EXPERIENCIA (A-M-S-D)

9820 - EST.SOC. E HISTORIA                       R17374

CATEGORIA - CLASE                                NUMERO DE PUESTO

$ 1,775.00                                        PAGO DE VACACIONES

SUELDO ANTES DEL CAMBIO                           01 JUNIO DE 1998

ESTATAL (111)

FONDO                                            CAUSA DEL CESE

ULTIMO DIA DE TRABAJO                            ULTIMO DIA DE PAGO

                99-111-281-09 034-001 00-1110-01 000034 0000

                              CIFRA DE CUENTA

AUMENTO DE SUELDO POR EXPERIENCIA
        EFECTIVO AL 01 DE JULIO DE 1998     MAXIMO ESCALA

APROBADO POR EL SECRETARIO DE EDUCACION.

                          FIRMA                  FECHA

                     PARA USO DE LA DIVISION DE NOMINAS
TIPO 5                        (CESE)
(RECORD 0)                   PROXIMO MES

VACACIONES REGULARES                           VACACIONES REGULARES

POR AUSENCIAS DESCONTABLES

INFORME DE CAMBIO - PERSONAL DOCENTE

CLAVE ALFA: RDJ

ROJICA CRUZ, ANA D                             RDUC.

NOMBRE                                         SEGURO SOCIAL

014 - HUMACAO/INST. REF. SOUL                  15 - BA

DISTRITO                                       PREPARACION

REGULAR (01)                                   18-00-00-0.0

STATUS                                         ANTES        DESPUES
                                               EXPERIENCIA (A-M-S-D)

9820 - EST.SOC. E HISTORIA                     R17374

CATEGORIA - CLASE                              NUMERO DE PUESTO

$ 1,775.00                                     PAGO DE VACACIONES

SUELDO ANTES DEL CAMBIO                         02 JUNIO DE 1997

ESTATAL (111)

FONDO                                          CAUSA DEL CESE

ULTIMO DIA DE TRABAJO                          ULTIMO DIA DE PAGO

98-111-051-09-001-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-01-000014-0000

CIFRA DE CUENTA

AUMENTO DE SUELDO POR EXPERIENCIA
            EFECTIVO AL 30 DE JUNIO DE 1997    MAXIMO ESCALA

APROBADO POR EL SECRETARIO DE EDUCACION.

_____
         FIRMA                                 FECHA

PARA USO DE LA DIVISION DE NOMINAS
TIPO 5                           (CESE)
(RECORD 0)                       PROXIMO MES

INFORME DE CAMBIO ESPECIAL - PERSONAL DOCENTE

|  | ANTES DEL CAMBIO | DESPUES DEL CAMBIO |
|---|---|---|
| 1. NOMBRE DEL EMPLEADO | MOJICA CRUZ, ANA R | |
| 2. NUM. SEGURO SOCIAL | | |
| 3. PREP. ACADEMICA | 15 - BA | |
| 4. STATUS EMPLEADO | 01 - PERMANENTE | |
| 5. SUELDO BRUTO | | |
| 6. NUM. DE PUESTO | RL7374 | |
| 7. CATEGORIA | 19820-EST. SOC. E HISTORIA | |
| 8. FONDO | 111 - ESTATAL | |
| 9. CIFRA DE CUENTA | 97-111-081-03-034-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-01-000034-0000 | |
| 10. FECHA EFECTIVIDAD | | 1° AGOSTO 1996 |
| 11. ACCION Y DURACION | | AUMENTO SUELDO LEY 89 |
| 12. DISTRITO ESCOLAR | 036 - HUMACAO | |

13. OBSERVACIONES

14. APROBADO POR EL SECRETARIO DE EDUCACION
     O SU REPRESENTANTE AUTORIZADO

FIRMA                                    FECHA

SI EL NOMBRAMIENTO ES PROVISIONAL EL MISMO CONSTITUYE UN CERTIFICADO
PROVISIONAL POR SU DURACION

Form. 409 Rev.79

Pagarle _____ días por vacaciones
regulares en julio

Descontarle _____ días por
ausencias

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE INSTRUCCION PUBLICA
División de Personal - Hato Rey, Puerto Rico

INFORME DE CAMBIO - PERSONAL DOCENTE **Clase: 9971**

| | ANTES DEL CAMBIO | DESPUES DEL CAMBIO |
|---|---|---|
| 1 Nombre del Empleado | Mojica Cruz, Ana D. | |
| 2 Núm. Seg. Social | | |
| 3 Sexo | F | |
| 4 Estado Civil | | |
| 5 Prep. Académica | BAE | |
| 6 Experiencia | 5- | 6- |
| 7 Status Empleado (Contrato) | TE | |
| 8 Sueldo Bruto | $837 | |
| 9 Núm. de la Plaza | 4196-T | |
| 10 Categoría de la Plaza | Elemental | |
| 11 Clasificación Puestos Dir | | |
| 12 Fondo | Estatal | |
| 13 Cifra Cuenta | 85-111-80-05-02 | |
| 14 Fecha de Efectividad | | 3 junio 1985 |
| 15 Acción y Duración | | Corrige Pago Vacaciones |
| 16 Causa del Cese | | Cese |
| 17 Ultimo Día Trabajo | | 31 mayo 1985 |
| 18 Ultimo Día de Pago | 26 julio 1985 | 25 julio 1985 |
| 19 Programa Escolar | | |
| 20 Turno en Registro | | |
| 21 Distrito Escolar | Humacao | |

LICENCIA POR VACACIONES y/o ENFERMEDAD CONCEDIDA

| | | |
|---|---|---|
| 22 Desde | Tiene Cert. | 23 Hasta **Nombrada el 6 ago 1984** |

24 Observaciones (Antes del Cambio) Se le desc. 1 día por 4 aus. descontables incurridas en sept 1984.

25 Observaciones (Después del Cambio) Aum. sueldo por exp. efectivo 1 jul 85 de $837 a $863.

26 _____    Fecha _____
Firma Empleado en caso de cambio de contrato a probatorio, traslado, reasignación permanente o descenso

27 Deseo:
☐ Acogerme    ☐ No acogerme

Al descuento del 3% de mi sueldo mensual para el Fondo de Ahorro y Préstamo de la Asociación de Empleados del ELA de P.R. en caso de cambio de contrato de sustituto a probatorio o de sustituto a permanente.

Firma del Empleado    Fecha

28 Recomendado

Superintendente de Escuelas    Fecha

29 Recomendado

Superintendente de Escuelas    Fecha

30 APROBADO POR EL SECRETARIO DE INSTRUCCION PUBLICA

_____    _____
FIRMA    FECHA

* Si el nombramiento es provisional el mismo constituye un CERTIFICADO PROVISIONAL por su duración.

Form. 409 Rev./79

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE INSTRUCCION PUBLICA
División de Personal - Hato Rey, Puerto Rico

Pagarle _____ días por vacaciones regulares en julio

Descontarle _____ días por ausencias

INFORME DE CAMBIO - PERSONAL DOCENTE

Clase: 9838

| | ANTES DEL CAMBIO | DESPUES DEL CAMBIO |
|---|---|---|
| 1 Nombre del Empleado | Mojica Cruz, Ana D. | |
| 2 Núm. Seg. Social | a.D.M.C | |
| 3 Sexo | F | |
| 4 Estado Civil | | |
| 5 Prep. Académica | -AE | |
| 6 Experiencia | 4 | 5 |
| 7 Status Empleado (Contrato) | Prov | |
| 8 Sueldo Bruto | $812 | |
| 9 Núm. de la Plaza | 0022 | |
| 10 Categoría de la Plaza | M. Esc. Libre Música (Sec-Esp) | |
| 11 Clasificación Puestos Dir | | |
| 12 Fondo | Estatal | |
| 13 Cifra Cuenta | 84-111-80-25-01 | |
| 14 Fecha de Efectividad | | 1 junio 1984 |
| 15 Acción y Duración | | Pago Vacaciones |
| 16 Causa del Cese | | Cese |
| 17 Ultimo Día Trabajo | | 25 mayo 1984 |
| 18 Ultimo Día de Pago | | 27 julio 1984 |
| 19 Programa Escolar | | |
| 20 Turno en Registro | | |
| 21 Distrito Escolar | Humacao | |

LICENCIA POR VACACIONES y/o ENFERMEDAD CONCEDIDA

| 22 Desde | Tiene Certificado | 23 Hasta Fué nombrada el 1 ago 23 |
|---|---|---|

24 Observaciones (Antes del Cambio)

ESCALA ACADEMICA

25 Observaciones (Después del Cambio)

Aum. Sueldo por exp. efectivo
2 julio 1984 de $812 a $837.

26 _____   Fecha
Firma Empleado en caso de cambio de contrato a probatorio, traslado, reasignación permanente o descenso

27 Deseo:
☐ Acogerme    ☐ No acogerme

Al descuento del 3% de mi sueldo mensual para el Fondo de Ahorro y Préstamo de la Asociación de Empleados del ELA de P.R. en caso de cambio de contrato de sustituto a probatorio o de sustituto a permanente.

_____   Fecha
Firma del Empleado

28 Recomendado

_____   Fecha
Superintendente de Escuelas

29 Recomendado

_____   Fecha
Superintendente de Escuelas

30 APROBADO: POR EL SECRETARIO DE INSTRUCCION PUBLICA

_____
FIRMA

_____
FECHA

* Si el nombramiento es provisional el mismo constituye un CERTIFICADO PROVISIONAL por su duración.

Rev.GIFT 10-OCT-08

  

Estado Libre Asociado de Puerto Rico
Sistema de Retiro para Maestros

**INFORME RENTA ANUAL VITALICIA**

| | |
|---|---|
| Mes-Día-Año | |
| Fecha Radicación | **15-MARZO-10** |
| Fecha Vencimiento | **7-jul-10** |

Núm de Caso
**2052**

Página 2

MOJICA CRUZ ANA D.
Apellido Paterno, Materno, Nombre e Inicial

| | | |
|---|---|---|
| *(firma)* | *(firma)* | MA EST. SOC - HUMACAO |
| Seguro Social | Fecha Nacimiento Mes-Día-Año | Categoría y Pueblo |

## COMPUTO RENTA ANUAL

A.  $ 7,968.13 / 3 = $ 2,656.04 x 75.0% - x 0.000 = $ 1,992.03
Sueldos más altos   años   Promedio Sueldos   Por Ciento

B.  Ajuste de  0%  $ -  x  0% = $ -

C.  Pensión Ajustada  $ -  x  12 = $ -

**APORTACIÓN INDIVIDUAL** 0%

$ -  x  0% = $ -

| TIEMPO | | | PROMEDIO DE SUELDOS | | | COMPUTO EDAD RETIRO | | | |
|---|---|---|---|---|---|---|---|---|---|
| Meses | Días Trabajados | Total | Mensual | Devengado | Promedio | Fecha | Años | Meses | Días |
| 6 | 0 | 20 | $ 2,480.00 | $ 14,880.00 | | Efectividad Pensión | 2010 | 6 | 1 |
| 6 | 0 | 20 | $ 2,580.00 | $ 15,480.00 | | | | | |
| 0 | 0 | 20 | $ - | $ - | | Nacimiento | 1954 | 3 | 1 |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | $ 2,530.00 | Edad al Retirarse | 56 | 3 | 0 |
| 11 | 19 | 20 | $ 2,730.00 | $ 32,623.50 | | | | | |
| 0 | 1 | 20 | $ 2,480.00 | $ 124.00 | | Fracción de Tiempo Docente | | | |
| 0 | 0 | 20 | $ - | $ - | | Años 0 x 240 = - | | | |
| 0 | 0 | 20 | $ - | $ - | | Meses 0 x 20 = - | | | |
| 0 | 0 | 20 | $ - | $ - | | Semanas 0 x 5 = - | | | |
| 0 | 0 | 20 | $ - | $ - | $ 2,728.96 | Días 0 x 1 = 0.0000 | | | |
| 11 | 0 | 20 | $ 2,730.00 | $ 30,030.00 | | | | | |
| 1 | 0 | 20 | $ 2,480.00 | $ 2,480.00 | | | | | |
| 0 | 0 | 20 | $ - | $ - | | Fracción de Tiempo No-Docente | | | |
| 0 | 0 | 20 | $ - | $ - | | Años 0 x 365 = - | | | |
| 0 | 0 | 20 | $ - | $ - | | Meses 0 x 30 = - | | | |
| 0 | 0 | 20 | $ - | $ - | $ 2,709.17 | 4 Sem 0 x 29 = - | | | |
| 0 | 0 | 20 | $ - | $ - | | 3 Sem 0 x 22 = - | | | |
| 0 | 0 | 20 | $ - | $ - | | 2 Sem 0 x 15 = - | | | |
| 0 | 0 | 20 | $ - | $ - | | 1 Sem 0 x 7 = - | | | |
| 0 | 0 | 20 | $ - | $ - | | Días 0 x 1 = 0.0000 | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | $ - | DATOS APORTACION 9% | | | |
| 0 | 0 | 20 | $ - | $ - | | Fecha Cese Descuento | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | Preparado por: | | | |
| 0 | 0 | 20 | $ - | $ - | | Nombre | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | $ - | Firma Fecha | | | |

| Sueldo Total para Promedio | $ 95,617.50 | $ 7,968.13 |
|---|---|---|

Revisado por:

Nombre

Firma    Fecha

### Servicios Acreditados

| Años | Meses | Sem | Días |
|---|---|---|---|
| 30 | 9 | 2 | 1.5 |

Rev.GIFT 10-OCT-08

**Estado Libre Asociado de Puerto Rico**
**Sistema de Retiro para Maestros**

| Mes-Día-Año |
|---|
| Fecha Radicación |
| **15-MARZO-10** |
| Fecha Vencimiento |
| **7-jul-10** |

Núm de Caso
**2052**

# INFORME RENTA ANUAL VITALICIA

MOJICA CRUZ ANA D.
Apellido Paterno, Materno, Nombre e Inicial        Seguro Social

Sexo ☑ Femenino
☐ Masculino

Fecha Nacimiento
Mes-Día-Año

MA EST. SOC - HUMACAO
Categoría y Pueblo

Ley 91 del 2004
Retiro Ley Núm.

Dirección Postal    Bo. Limones Sec. Campo Alegre
HC 1 Box 5990
Yabucoa , PR 00767

Tipo de Renta (Pensión)    ☑ Años de Servicio y Edad    ☐ Edad    ☐ Diferida

☐ Incapacidad Ocupacional    ☐ Incapacidad No Ocupacional

| Edad al Retirarse | | | Servicios Acreditados | | | | Costo Anualidad | Renta | |
|---|---|---|---|---|---|---|---|---|---|
| 56 | 3 | 0 | 30 | 9 | 2 | 1.5 | $ 57,219.19 | Mensual | Anual |
| Años | Meses | Días | Años | Meses | Sem | Días | | $ 1,992.03 | $ 23,904.36 |

Fecha de Renuncia    31-mayo-10    Último Día de Pago    31-mayo-10
Mes-Día-Año
Fecha Efectividad Pensión    1-jun-10    Cierre de Nómina    28-jun-10
Mes-Día-Año
Fecha Primer Pago Pensión    15-Jul-10    Importe $    1,992.03
Mes-Día-Año
Pago Global Retroactivo    Desde    1-jun-10    Hasta    30-jun-10    Importe Total $    1,992.03

## DESGLOSE DE DESCUENTOS

| | | PAGO GLOBAL | PAGO MENSUAL |
|---|---|---|---|
| Importe Total (Bruto) | | $ 1,992.03 | $ 1,992.03 |
| Menos Descuentos: | Clave | Descuento | Descuento |
| Préstamos: Personal (PP) | 47-000 | 242.78 | 242.78 |
| Cultural (PC) | 45-000 | - | |
| Hipotecario (PH) | 36-000 | - | |
| Finanzas | 67-059 | - | |
| Aport. Individual 9% (Clave 26-001) | | | - |
| ASUME | | | |
| Otros | | | |
| Importe Neto | | $ 1,749.25 | $ 1,749.25 |

PAGADO
2 4 JUN 2010

Bonos:
☑ Bono Verano (PBV)    $    100.00    ☑ Bono Medicamentos (PBM)    $    100.00
☐ Bono Navidad (BNP)

Certifico que la información aquí provista es cierta, correcta y completa.

JORGE I. ROHENA GOTAY
Nombre del Empleado        Firma        Fecha    21-jun-2010

NORMA I. PEÑA AGOSTO
Nombre Supervisor        Firma        Fecha

| PREINTERVENCIÓN DE DOCUMENTOS | USO DIRECTOR(A) AREA RETIRO |
|---|---|
| Verificación de: ☑ Exactitud ☑ Legalidad ☑ Firmas ☑ Otros | Aprobado por: IVONNE ORTIZ VALLADARES Nombre Director(a) o Representante Autorizado Firma        Fecha Mes-Día-Año |

AREA DE RETIRO
DOCUMENTOS PREINTERVENIDOS
JUN 22 2010
NOMBRE:
FIRMA:

## USO ÁREA DE PENSIONADOS (Sección Nóminas)

Ingreso a Nómina    Mes    7    ☑ 1ra ☐ 2da        Nómina Pago Global    Mes        ☑ 1ra ☐ 2da
☐ Off Cycle ☑ Pay Line

Nombre Empleado        Firma        Fecha (Mes-Día-Año)        Nombre Empleado        Firma        Fecha (Mes-Día-Año)

Juan Agosto Castro
Nombre Supervisor        Firma        Fecha (Mes-Día-Año)

Conservación: Seis años o una intervención de la Oficina del Contralor de Puerto Rico, lo que ocurra primero.

Form. 409 Rev.

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE INSTRUCCION PUBLICA
División de Personal - Hato Rey, Puerto Rico

INFORME DE CAMBIO - PERSONAL DOCENTE

Deseo vacaciones
regulares en julio

Descontarle _____ días por
ausencias

| | ANTES DEL CAMBIO | DESPUES DEL CAMBIO |
|---|---|---|
| 1 Nombre del Empleado | Mojica Cruz Ana D. | |
| 2 Núm. Seg. Social | aille | |
| 3 Sexo | F | |
| 4 Estado Civil | Soltera | |
| 5 Prep. Académica | BAE sin cert | |
| 6 Experiencia | 2 | |
| 7 Status Empleado (Contrato) | Provisional temp | |
| 8 Sueldo Bruto | $650.00 | |
| 9 Núm. de la Plaza | 3819 T | |
| 10 Categoría de la Plaza | Secundaria | |
| 11 Clasificación Puestos Dir | | |
| 12 Fondo | Estatal | |
| 13 Cifra Cuenta | 82-111-30-05-02 | |
| 14 Fecha de Efectividad | 10 de agosto de 1981 | |
| 15 Acción y Duración | Nombramiento resto año | |
| 16 Causa del Cese | | |
| 17 Ultimo Día Trabajo | | |
| 18 Ultimo Día de Pago | | |
| 19 Programa Escolar | Ciencia Sociales | |
| 20 Turno en Registro | 0051 | |
| 21 Distrito Escolar | Humacao | |

LICENCIA POR VACACIONES y/o ENFERMEDAD CONCEDIDA

| 22 Desde | 23 Hasta |
|---|---|

24 Observaciones (Antes del Cambio)    La señorita Mojica fue
asignada a sociales Carlos Rivera Ufret para
completar requisitos para comparabilidad.

25 Observaciones (Después del Cambio)

cifra 82-,111-30-05-02

26 _____ Fecha
Firma Empleado en caso de cambio de contrato a pro-
batorio, traslado, reasignación permanente o descenso

27 Deseo:
☐ Acogerme    ☐ No acogerme

Al descuento del 3% de mi sueldo mensual para el
Fondo de Ahorro y Préstamo de la Asociación de Emplea-
dos del ELA de P.R. en caso de cambio de contrato de
sustituto a probatorio o de sustituto a permanente.

_____    Fecha
Firma del Empleado

28 Recomendado

_____    _____
Superintendente de Escuelas    Fecha

29 Recomendado

_____    Fecha
Superintendente de Escuelas

30 APROBADO: POR EL SECRETARIO DE INSTRUCCION PUBLICA

_____    _____
FIRMA    FECHA

* Si el nombramiento es provisional el mismo constituye un CERTIFICADO PROVISIONAL por su duración.

Descontarle _____ días por ausencias

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE INSTRUCCION PUBLICA
División de Personal - Hato Rey, Puerto Rico

INFORME DE CAMBIO - PERSONAL DOCENTE

| | ANTES DEL CAMBIO | DESPUES DEL CAMBIO |
|---|---|---|
| 1 Nombre del Empleado | Mujica Cruz, Ana D. | |
| 2 Núm. Seg. Social | QDUC 8 | |
| 3 Sexo | F | |
| 4 Estado Civil | Soltera | |
| 5 Prep. Académica | BAS | |
| 6 Experiencia | -0- | |
| 7 Status Empleado (Contrato) | Provisional | |
| 8 Sueldo Bruto | $540.00 | |
| 9 Núm. de la Plaza | 0740 A.D.T. | |
| 10 Categoría de la Plaza | Elemental | |
| 11 Clasificación Puestos Dir | | |
| 12 Fondo | A.D.T. | |
| 13 Cifra Cuenta | 00-210-81-32-02 A.D.T. | |
| 14 Fecha de Efectividad | 6 de agosto de 1979 | |
| 15 Acción y Duración | Nombramiento año | |
| 16 Causa del Cese | | |
| 17 Ultimo Día Trabajo | | |
| 18 Ultimo Día de Pago | | |
| 19 Programa Escolar | Elemental | |
| 20 Turno en Registro | Acervo | |
| 21 Distrito Escolar | Humacao | |

LICENCIA POR VACACIONES y/o ENFERMEDAD CONCEDIDA

| 22 Desde | 23 Hasta |
|---|---|

24 Observaciones (Antes del Cambio)

**Se incluyen documentos relacionados con el nombramiento.**

25 Observaciones (Después del Cambio)

26 _____          Fecha
Firma Empleado en caso de cambio de contrato a pro-
batorio, traslado, reasignación permanente o descenso

27 Deseo:
☐ Acogerme      ☐ No acogerme

Al descuento del 3% de mi sueldo mensual para el Fondo de Ahorro y Préstamo de la Asociación de Emplea-
dos del ELA de P.R. en caso de cambio de contrato de sustituto a probatorio o de sustituto a permanente.

_____          Fecha
Firma del Empleado

28 Recomendado
_____    agosto 1979
Superintendente de Escuelas    Fecha

29 Recomendado
_____          Fecha
Superintendente de Escuelas

30 APROBADO: POR EL SECRETARIO DE INSTRUCCION PUBLICA

_____          _____
FIRMA                              FECHA

* Si el nombramiento es provisional el mismo constituye un CERTIFICADO PROVISIONAL por su duración.

Form. 409 Rev.779

Pagarle _____ días por vacaciones
regulares en julio

Descontarle _____ días por
ausencias

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE INSTRUCCION PUBLICA
División de Personal - Hato Rey, Puerto Rico

INFORME DE CAMBIO - PERSONAL DOCENTE Clase: 9971

| ANTES DEL CAMBIO | | DESPUES DEL CAMBIO |
|---|---|---|
| 1  Nombre del Empleado | Moiica Cruz. Ana D. | |
| 2  Núm. Seg. Social | awNe | |
| 3  Sexo | F | |
| 4  Estado Civil | | |
| 5  Prep. Académica | BAE | |
| 6  Experiencia | 5- | 6- |
| 7  Status Empleado (Contrato) | TE | |
| 8  Sueldo Bruto | $837 | |
| 9  Núm. de la Plaza | 4196-T | |
| 10  Categoría de la Plaza | Elemental | |
| 11  Clasificación Puestos Dir | | |
| 12  Fondo | Estatal | |
| 13  Cifra Cuenta | 85-111-80-05-02 | |
| 14  Fecha de Efectividad | | 3 junio 1985 |
| 15  Acción y Duración | | Corrige Pago Vacaciones |
| 16  Causa del Cese | | Cese |
| 17  Ultimo Día Trabajo | | 31 mayo 1985 |
| 18  Ultimo Día de Pago | 26 julio 1985 | 25 julio 1985 |
| 19  Programa Escolar | | |
| 20  Turno en Registro | | |
| 21  Distrito Escolar | Humacao | |

LICENCIA POR VACACIONES y/o ENFERMEDAD CONCEDIDA

22  Desde        Tiene Cert.

23  Hasta  Nombrada el 6 ago 1984

24  Observaciones (Antes del Cambio)  Se le desc. 1 día por  4
aus. descontables incurridas
en sept 1984.

25  Observaciones (Después del Cambio)
Aum. sueldo por exp. efectivo 1 jul 85
de $837 a $863.

26  _____
Firma Empleado en caso de cambio de contrato a pro-        Fecha
batorio, traslado, reasignación permanente o descenso

27  Deseo:
☐ Acogerme        ☐ No acogerme

Al descuento del  3%  de mi sueldo mensual para el
Fondo de Ahorro y Préstamo de la Asociación de Emplea-
dos del ELA de P.R. en caso de cambio de contrato de
sustituto a probatorio o de sustituto a permanente.

_____        _____
Firma del Empleado        Fecha

28  Recomendado

_____        _____
Superintendente de Escuelas        Fecha

29  Recomendado

_____        _____
Superintendente de Escuelas        Fecha

30  APROBADO POR EL SECRETARIO DE INSTRUCCION PUBLICA

_____        _____
FIRMA        FECHA

* Si el nombramiento es provisional el mismo constituye un CERTIFICADO PROVISIONAL  por su duración.

INFORME DE CAMBIO ESPECIAL - PERSONAL DOCENTE

| | ANTES DEL CAMBIO | DESPUES DEL CAMBIO |
|---|---|---|
| 1. NOMBRE DEL EMPLEADO | MOJICA CRUZ, ANA H | |
| 2. NUM. SEGURO SOCIAL | *aQMc* | |
| 3. PREP. ACADEMICA | 15 - BA | |
| 4. STATUS EMPLEADO | 01 - PERMANENTE | |
| 5. SUELDO BRUTO | $ | $ |
| 6. NUM. DE PUESTO | R17374 | |
| 7. CATEGORIA | 9820-EST.SOC. E HISTORIA | |
| 8. FONDO | 111 - ESTATAL | |
| 9. CIFRA DE CUENTA | 97-111-081-03-034-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-01-000034-0000 | |
| 10. FECHA EFECTIVIDAD | | 1° AGOSTO 1995 |
| 11. ACCION Y DURACION | | AUMENTO SUELDO LEY 89 |
| 12. DISTRITO ESCOLAR | 1036 - HUMACAO | |

13. OBSERVACIONES

14. APROBADO POR EL SECRETARIO DE EDUCACION
   O SU REPRESENTANTE AUTORIZADO

FIRMA                    FECHA

SI EL NOMBRAMIENTO ES PROVISIONAL EL MISMO CONSTITUYE UN CERTIFICADO
PROVISIONAL POR SU DURACION

VACACIONES REGULARES                          VACACIONES REGULARES
POR AUSENCIAS DESCONTABLES

INFORME DE CAMBIO - PERSONAL DOCENTE

CLAVE ALFA: RDJ

ROJICA CRUZ, ANA D.

NOMBRE                                        SEGURO SOCIAL

014 - HUMACAO/INST. REF. EDUC                 15 - BA

DISTRITO                                      PREPARACION

REGULAR (01)                                             16-00-00-0.0

STATUS                                        ANTES        DESPUES
                                              EXPERIENCIA (A-M-S-D)

9820  - EST.SOC. E HISTORIA                   R17374

CATEGORIA - CLASE                             NUMERO DE PUESTO

$ 1,775.00                                    PAGO DE VACACIONES

SUELDO ANTES DEL CAMBIO                        02 JUNIO DE 1997

ESTATAL (111)

FONDO                                          CAUSA DEL CESE

ULTIMO DIA DE TRABAJO                          ULTIMO DIA DE PAGO

                98-111-081-04-001-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-01-00001-0000

                              CIFRA DE CUENTA

AUMENTO DE SUELDO POR EXPERIENCIA
           EFECTIVO AL 30 DE JUNIO DE 1997     MAXIMO ESCALA

APROBADO POR EL SECRETARIO DE EDUCACION.

                    FIRMA                       FECHA

              PARA USO DE LA DIVISION DE NOMINAS
TIPO 5                        (CESE)
(RECORD 0)                    PROXIMO MES

VACACIONES REGULARES                                VACACIONES REGULARES
POR AUSENCIAS DESCONTABLES

INFORME DE CAMBIO - PERSONAL DOCENTE

CLAVE ALFA: MOJ

MUJICA CRUZ. ANA D                          *a.D.Mc*
---------------------------------------     ---------------------
NOMBRE.                                      SEGURO SOCIAL

034   HUMACAO/S  U. FRANCISCO ISERN GIMEN    15 - 8A
---------------------------------------     -----------------
DISTRITO/ESCUELA                             PREPARACION

REGULAR  (01)                                            19-00-00-0.0
-------------------------------------       -------------------------
STATUS                                       ANTES        DESPUES
                                             EXPERIENCIA (A M S 0)

9820  - EST. SOC. E HISTORIA                 KA7374
-------------------------------------       -------------------------
CATEGORIA - CLASE                            NUMERO DE PUESTO

$ 1.775.00                                   PAGO DE VACACIONES
------------------------------------        -------------------------
SUELDO ANTES DEL CAMBIO                      01 JUNIO DE 1998

ESTATAL (111)
                                            -------------------------
FONDO                                        CAUSA DEL CESE

--------------------------------            -------------------------
ULTIMO DIA DE TRABAJO                        ULTIMO DIA DE PAGO

              99-111-981-09 034-001 00-1110-01 900034 0000
              -------------------------------------------------
                              CIFRA DE CUENTA

AUMENTO DE SUELDO POR EXPERIENCIA
          EFECTIVO AL 01 DE JULIO DE 1998     MAXIMO ESCALA

APROBADO POR EL SECRETARIO DE EDUCACION.

                         FIRMA                FECHA
--------------------------------------------------------------
                 PARA USO DE LA DIVISION DE NOMINAS
TIPO 5                         (CESE)
(RECORD 0)                 PROXIMO MES

POR AUSENCIAS DESCONTABLES

INFORME DE CAMBIO - PERSONAL DOCENTE

MOJICA-CRUZ, ANA D

NOMBRE

SEGURO SOCIAL

034-HUMACAO

DISTRITO

PAE        15

PREPARACION

Pener    B

STATUS

`2          `3

ANTES        DESPUES

EXPERIENCIA

9820 -    MAESTRO ESTUDIOS SOCIALES E HISTORI    00189    # R-17374

CATEGORIA - CLASE

ANTES        DESPUES
NUMERO DE PUESTO

1 DE JUNIO DE 1992

EFECTIVIDAD

PAGO DE VACACIONES

ACCION Y DURACION

$1,250.

SUELDO ANTES DEL CAMBIO

CAUSA DEL CESE

ULTIMO DIA DE TRABAJO

ULTIMO DIA DE PAGO

ESTATAL (111)                    92-111-081-01-034-001-1110-01-0000

FONDO

CIFRA DE CUENTA

OBSERVACIONES:    AUMENTO DE SUELDO POR EXPERIENCIA  MAX. ESCALA
                  EFECTIVO EL 1 DE JULIO DE 1992 A

        *  CAMBIO DE NUMERO DE PUESTO POR RENUMERACION.

APROBADO POR EL SECRETARIO DE EDUCACION.

FIRMA

Case:17-03283-LTS  Doc#:11074-1  Filed:02/14/20  Entered:02/18/20 11:34:25  Desc:
Exhibit  Page 21 of 29

**Estudiante: Cruz Martinez, Charlene Michelle**  [**Cambiar**]     Alertas: Ninguna
**Núm. de Identificación: 24104992**                Grado de Matrícula: 08
**Fecha de Nacimiento: 06/18/1993**                 Género: Femenino

## Evaluaciones del Estudiante - Formato de Informe de Evaluación Académica

| Curso/Sec/Maestro | Crédito (s) | Código del Período Académico | Fecha de Baja | ⓘ Estrategia de Evaluación Académica | ⓘ % NF 1 | ⓘ % NF 2 | ⓘ % NF 2 | ⓘ % NF 3 | ⓘ % NF 4 | ⓘ % NF 4 |
|---|---|---|---|---|---|---|---|---|---|---|
| CIEN 121-1508 Ciencias Físicas Sec. 1 Educ: Roman Hernandez, Isadely (Maestro) | 1.00 | AC | | 000 | 86 | * | 87 | 88 | | |
| EDFI 121-1108 Educación Física 8 Sec. 1 Educ: Martinez Morales, Angel (Maestro) | 1.00 | AC | | 000 | | * | | 75 | | |
| ESPA 121-1208 Español 8 Sec. 1 Educ: Estrada Santana, Jackeline (Maestro) | 1.00 | AC | | 000 | 96 | * | 93 | 82 | | |
| ESSO 121-1608 Cont Cambio Soc Ame Sec. 1 Educ: Mojica Cruz, Ana (Maestro) | 1.00 | AC | | 000 | | * | 86 | | | |
| INGL 121-1308 Inglés 8 Sec. 1 Educ: Betancourt Rivera, Madeline (Maestro) Carrasquillo Millan, Reinaldo | 1.00 | AC | | 000 | | * | 74% HR | | | |
| MATE 121-1409 Matemáticas 8 Sec. 1 Educ: Rosa Rodriguez, Marta (Maestro) | 1.00 | AC | | 000 | 85 | * | 86 | 85 | | |
| SAES 121-0907 Salud 8 Sec. 1 Educ: Vázquez Alvarado, Vilma (Maestro) | 0.50 | AC | | 000 | 86 | * | 82 | 82 | | |

Copyright ©2002-2005 MAXIMUS, Inc. Todos los derechos reservados.
Page ID: GR0033 / Version: 1.6.0.1 - 7/23/08 - 1:30 PM MST / Server: auohsmaxi60

**Política de Privacidad**
**FERPA**
**CIPA**



*Paula Wooley*

Case:17-03283-LTS   Doc#:11074-1   Filed:02/14/20   Entered:02/18/20 11:34:25   Desc:
Exhibit    Page 22 of 29

**Estudiante:** García Cruz, Joshua   [Cambiar]
**Núm. de Identificación:** 20718256
**Fecha de Nacimiento:** 06/03/1995

**Alertas:** Ninguna
**Grado de Matrícula:** 08
**Género:** Masculino

## Evaluaciones del Estudiante - Formato de Informe de Evaluación Académica

| Curso/Sec/Maestro | Crédito (s) | Código del Período Académico | Fecha de Baja | ⑦ Estrategia de Evaluación Académica | ⑦ % NF 1 | ⑦ NF 2 | ⑦ % NF 2 | ⑦ % NF 3 | ⑦ NF 4 | ⑦ % 4 |
|---|---|---|---|---|---|---|---|---|---|---|
| CIEN 121-1508 Ciencias Físicas Sec. 1 Educ: Roman Hernandez, Isadely (Maestro) | 1.00 | AC | | 000 | 95 | * | 93 | 94 | | |
| EDFI 121-1108 Educación Física 8 Sec. 1 Educ: Martinez Morales, Angel (Maestro) | 1.00 | AC | | 000 | | * | | 84 | | |
| ESPA 121-1208 Español 8 Sec. 1 Educ: Estrada Santana, Jackeline (Maestro) | 1.00 | AC | | 000 | 85 | * | 79 | 83 | | |
| ESSO 121-1608 Cont Cambio Soc Ame Sec. 1 Educ: Mojica Cruz, Ana (Maestro) | 1.00 | AC | | 000 | | * | 86% | | | |
| INGL 121-1308 Inglés 8 Sec. 1 Educ: Betancourt Rivera, Madeline (Maestro) Carrasquillo Millan, Reinaldo | 1.00 | AC | | 000 | | * | 86% NBR | | | |
| MATE 121-1409 Matemáticas 8 Sec. 1 Educ: Rosa Rodriguez, Marta  (Maestro) | 1.00 | AC | | 000 | 76 | * | 92 | 92 | | |
| SAES 121-0907 Salud 8 Sec. 1 Educ: Vázquez Alvarado, Vilma  (Maestro) | 0.50 | AC | | 000 | 84 | * | 89 | 88 | | |

Copyright ©2002-2005 MAXIMUS, Inc. Todos los derechos reservados.

Page ID: GR0033 / Version: 1.6.0.1 - 7/23/08 - 1:30 PM MST / Server: auohsmaxi60

**Política de Privacidad**
**FERPA**
**CIPA**





PROGRAMA DE EDUCACION COMUNAL DE ENTREGA SERVICIO
JUVENTUD; ESPERANZA Y RETO EN EL UMBRAL DEL
NUEVO MILENIO II

## CERTIFICADO DE RECONOCIMIENTO

OTORGADO A

# ANA D. MOJICA

En reconocimiento a tu encomiable labor con los estudiantes y la colaboración con el Proyecto PE.C.E.S. en el Dia del Honor a la Prevención durante el año escolar 2000 - 2001.

Dado hoy 7 de mayo de 2001 en la  Escuela Francisco Isern Humacao, P.R.

_____
Coordinadora Escuela y Comunidad

_____
Coordinador de Jóvenes

IF152C © 1994

*Proof of Claim:* **102341**
*Claimant:* **Mojica Cruz, Ana D.**

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

### Instructions

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. **Your answers should provide <u>more</u> information than the initial proof of claim.** For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate now on what specific laws you are purporting to rely on, the year the law at issue was passed, and how and why you believe this particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as a Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any and all documentation you believe supports your claim.

Please send the completed form and any supporting documents via **email** to PRClaimsInfo@primeclerk.com, or by **mail or hand delivery** to the following addresseses:

| First Class Mail | Hand Delivery |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### Questionnaire

1. **What is the basis of your claim?**

   ☐ A pending or closed legal action with or against the Puerto Rican government

   ☒ Current or former employment with the Government of Puerto Rico

   ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)

   _____

2. **What is the amount of your claim (how much money do you claim to be owed):**

   *al reverso*

3. **Employment. Does your claim relate to current or former employment with the Government of Puerto Rico?**

   ☐ No. *Please continue to Question 4.*

   ☒ Yes. **Answer Questions 3(a)-(d).**

3(a). Identify the specific agency or department where you were or are employed:
   *Departamento Educación  Puerto Rico*



UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL
DISTRITO DE PUERTO RICO



| Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación). | | |
|---|---|---|
| ☒ Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ☐ Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

[   ] Date Stamped Copy Returned
[   ] No Self-Addressed Stamped Envelope
[ ✓ ] No Copy Provided

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

| 1. Who is the current creditor?<br><br>¿Quién es el acreedor actual? | *Ana D. Mojica Cruz*<br>Name of the current creditor (the person or entity to be paid for this claim)<br>Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)<br><br>Other names the creditor used with the debtor<br>Otros nombres que el acreedor usó con el deudor _____ |

Received

<sup>III III</sup> 0 2 2018

Clerk LBC

**Claim Number: 118678**



170328380045387

| | |
|---|---|
| 2. Has this claim been acquired from someone else?<br><br>¿Esta reclamación se ha adquirido de otra persona? | ☒ No / No<br>☐ Yes. From whom?<br>Sí. ¿De quién? _____ |

| | | |
|---|---|---|
| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)<br><br>¿A dónde deberían enviarse las notificaciones al acreedor?<br><br>Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g | **Where should notices and payments to the creditor be sent?**<br>¿A dónde deberían enviarse las notificaciones al acreedor?<br><br>Ana D. Mojica Cruz<br>Name / Nombre<br><br>Box 1756<br>Number / Número    Street / Calle<br><br>Yabucoa P.R. 00767<br>City / Ciudad    State / Estado    ZIP Code / Código postal<br><br>939-402-3144<br>Contact phone / Teléfono de contacto<br><br>_____<br>Contact email / Correo electrónico de contacto | **Where should payments to the creditor be sent?** (if different)<br>¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)<br><br>Ana D. Mojica Cruz<br>Name / Nombre<br><br>Box 1756<br>Number / Número    Street / Calle<br><br>Yabucoa P.R. 00767<br>City / Ciudad    State / Estado    ZIP Code / Código postal<br><br>939-4002-3144<br>Contact phone / Teléfono de contacto<br><br>_____<br>Contact email / Correo electrónico de contacto |

| | |
|---|---|
| 4. Does this claim amend one already filed?<br><br>¿Esta reclamación es una enmienda de otra presentada anteriormente? | ☒ No / No<br>☐ Yes.  Claim number on court claims registry (if known)<br>Sí.  Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo)_____<br>Filed on / Presentada el _____ (MM /DD/YYYY) / (DD/MM/AAAA) |

| | |
|---|---|
| 5. Do you know if anyone else has filed a proof of claim for this claim?<br><br>¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación? | ☒ No / No<br>☐ Yes. Who made the earlier filing?<br>Sí. ¿Quién hizo la reclamación anterior?_____ |

| Part 2 / Parte 2: | Give Information About the Claim as of the Petition Date |
|---|---|
| | Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso. |

| | |
|---|---|
| 6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?<br><br>¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico? | ☐ No / No<br>☒ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)<br>Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).<br><br>Departamento Educación |

| | |
|---|---|
| 7. Do you supply goods and / or services to the government?<br><br>¿Proporciona bienes y / o servicios al gobierno? | ☒ No / No<br>☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:<br><br>Vendor / Contract Number | Número de proveedor / contrato: _____<br><br>List any amounts due after the Petition Date (listed above) but before June 30, 2017:<br>Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017  $ _____ |

| | |
|---|---|
| **8. How much is the claim?**<br><br>¿Cuál es el importe de la reclamación? | $ *80.000.00 Aproximada* **Does this amount include interest or other charges?**<br>¿Este importe incluye intereses u otros cargos?<br>☐ No / No<br>☒ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).<br>Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A). |
| **9. What is the basis of the claim?**<br><br>¿Cuál es el fundamento de la reclamación? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.<br><br>*Ley 89-Romerazo -Ley 96 Si la Ma. Calderón - Plan de Retiro* |
| **10. Is all or part of the claim secured?**<br><br>¿La reclamación está garantizada de manera total o parcial? | ☒ No / No<br>☐ Yes. The claim is secured by a lien on property.<br>Sí. La reclamación está garantizada por un derecho de retención sobre un bien.<br><br>**Nature of property / Naturaleza del bien:**<br>☐ Motor vehicle / Vehículos<br><br>☐ Other. Describe:<br>Otro. Describir: _____<br><br>Basis for perfection / Fundamento de la realización de pasos adicionales: _____<br><br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.<br><br>Value of property / Valor del bien: $ _____<br><br>**Amount of the claim that is secured /**<br>Importe de la reclamación que está garantizado: $ _____<br><br>**Amount of the claim that is unsecured /**<br>Importe de la reclamación que no está garantizado: $ _____<br>(The sum of the secured and unsecured amounts should match the amount in line 7.)<br>(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)<br><br>**Amount necessary to cure any default as of the Petition Date /**<br>Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $ _____<br><br>**Annual Interest Rate** (on the Petition Date)<br>_Tasa de interés anual_ (cuando se presentó el caso)_____ %<br>☐ Fixed / Fija<br>☐ Variable / Variable |
| **11. Is this claim based on a lease?**<br><br>¿Esta reclamación está basada en un arrendamiento? | ☒ No / No<br><br>☐ Yes. Amount necessary to cure any default as of the Petition Date.<br>Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso$ _____ |

| 12. Is this claim subject to a right of setoff?<br><br>¿La reclamación está sujeta a un derecho de compensación? | ☒ No / No<br><br>☐ Yes. Identify the property /<br>Sí. Identifique el bien: _____ |
|---|---|
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☒ No / No<br><br>☐ Yes. Indicate the amount of your claim arising from the value of any goods received  $_____<br>by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |

---

**Part 3 / Parte 3:**

**Sign Below / Firmar a continuación**

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

*Check the appropriate box / Marque la casilla correspondiente:*

☒ I am the creditor. / Soy el acreedor.

☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el  6-28-2018  (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma  *Ana Mojica Cruz*

**Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:**

Name  Ana  Devora  Mojica  Cruz
  First name / Primer nombre  Middle name / Segundo nombre  Last name / Apellido

Title / Cargo  Maestra  Historia

Company / Compañía  Departamento  de  Educación
  Identify the corporate servicer as the company if the authorized agent is a servicer.
  Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección  _____
  Number / Número  Street / Calle

_____
City / Ciudad    State / Estado  ZIP Code / Código postal

Contact phone / Teléfono de contacto _____  Email / Correo electrónico _____

---



**FedEx Express**

# Expanded Service International Air Waybill

For FedEx services worldwide.
Not all services and options are available to all destinations.

**Origin Copy**

Date 06/29/18

Sender's FedEx Account Number

Sender's Name William Garcia   Phone

Company Prime Clerk - Old San Jun Bankruptcy Com

Address 300 Recinto Sur Street

Address Suite 109

City San Juan   State/Province PR

Country US   ZIP/Postal Code 00901

Internal Billing Reference 1845-02   ZOO Parking Lim

28 Residential Delivery

**RECEIVED**

Recipient's Name

Company PRIME CLERK

JUL 02 2018

Dept PRIME CLERK LLC

Address 830 3RD AVE

City NEW YORK   State/Province NY

Country US   ZIP/Postal Code 100227523

Recipient's Tax ID Number for Customs Purposes

**Shipment Information**

Total Packages 1   Total Weight 10   lbs.   DIM

| Commodity Description | Harmonized Code | Country of Manufacture | Value for Customs |
|---|---|---|---|
| Legal Documents | | | |

Has EEI been filed in AES?
For U.S. Export Only: Check One
☐ No EEI required, value $2,500 or less per Schedule B Number, no license required (NLR), not subject to ITAR.
☐ No EEI required, enter exemption number:
☐ Yes – Enter AES proof of filing citation:

Total Declared Value for Carriage

Total Value for Customs (Specify Currency)

Origin Station ID   Country Code/Destination Station ID   URSA Routing

Handling Units

FedEx Tracking Number **8126 1820 4060 0425**   Form ID No.

## 4a Express Package Service
Packages up to 150 lbs./68 kg
NOTE: Service order has not changed. Please select carefully.
06 ☐ FedEx Intl. First   01 ☐ FedEx Intl. Priority   03 ☐ FedEx Intl. Economy

## 4b Express Freight Service
Packages over 150 lbs./68 kg
70 ☐ FedEx Intl. Priority Freight   86 ☐ FedEx Intl. Economy Freight

Booking Number
Please call your nearest FedEx location to book shipments.

## 5 Packaging
06 ☐ FedEx Envelope   02 ☑ FedEx Pak   03 ☐ FedEx Box   04 ☐ FedEx Tube
15 ☐ FedEx 10kg Box   25 ☐ FedEx 25kg Box   01 ☐ Other

## 6a Special Handling and Delivery Signature Options
Fees may apply. See the FedEx Service Guide.
01 ☐ HOLD at FedEx Location   03 ☐ SATURDAY Delivery
10 ☐ Direct Signature   34 ☐ Indirect Signature

Does this shipment contain dangerous goods?
One box must be checked / ticked.
☐ No 04 ☐ Yes As per attached   08 ☐ Yes Shipper's Declaration not required.   06 ☐ Dry Ice Dry Ice, 9, UN 1845 ___ kg
Restrictions apply for dangerous goods — see the current FedEx Service Guide.   CA ☐ Cargo Aircraft Only

## 6b Broker Selection   Optional. To specify a broker other than FedEx.
40 ☐ Intl. Broker Select

Broker's Email
City / State / Province / Country
ZIP / Postal Code   Phone

## 7 Payment   Complete payment options for both transportation charges and duties and taxes.
Bill transportation charges to:
1 ☐ Sender Acct. No. in Section 1 will be billed.   2 ☐ Recipient   3 ☐ Third Party   4 ☐ Credit Card   5 ☐ Cash/Check/Cheque

FedEx Acct. No.   Total Transportation

Credit Card Exp. Date   Specify Currency

Bill duties and taxes to:
1 ☐ Sender Acct. No. in Section 1 will be billed.   2 ☐ Recipient   3 ☐ Third Party   5 ☐ Cash/Check/Cheque

FedEx Acct. No.

## 8 Required Signature
Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and you represent that this shipment does not require a U.S. State Department license. Certain international treaties, including the Warsaw or Montreal Convention, may apply to this shipment and limit our liability for damage, loss, or delay, as described in the Conditions of Contract.
WARNING: These commodities, technology, or software were exported from the United States in accordance with Export Administration regulations. Diversion contrary to U.S. law prohibited.

Sender's Signature:

FedEx Courier Receipt:   Date:
For later or credit shipments only.
Received above shipment in good order and condition. We agree to pay all charges, including customs duties and taxes as applicable, and we agree to the Conditions of Contract as stated on the reverse side of the Recipient's Copy.
Recipient's Signature:

663

10/17

PART 158411 • Rev. Date 9/13 • ©1994–2013 FedEx • PRINTED IN U.S.A. RRDA • Non-Negotiable International Air Waybill