10 de febrero de 2020

Miguelina Rodríguez Álvarez
P.O. Box 7071
Mayagüez, PR 00681
Número de caso = 131316

A quien pueda interesarle:

Yo, Miguelina Rodríguez Álvarez envié todos los documentos que tuve acceso. No fue posible conseguir la fecha de comienzo como maestra en el Departamento de Educación. Se hizo imposible por cambios a otros pueblos. Espero que estos documentos sean de provecho, y que pueda tener una solución. Los documentos del 6-28-2018 no los conseguí.

Muchas gracias.
Miguelina Rodríguez

Tel: 787-458-9887