Número de Evidencia de Reclamación: 131316
Reclamante: Rodriguez Alvarez, Miguelina

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

**Instrucciones**

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación.
Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por correo electrónico a PRClaimsInfo@primeclerk.com, o por correo postal o entrega en mano a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

**Cuestionario**

1. ¿Cuál es el fundamento de su reclamación?
   - ☐ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este
   - ☐ Empleo actual o anterior en el gobierno de Puerto Rico
   - ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.) *Reclamo ley 12-jul 1979*

2. ¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda): *Según orientación de 6-28-18  $18,300.-*

Batch 4



3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐ No. *Pase a la Pregunta 4.*
   - ☐ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó: *Departamento de educación*

3(b). Identifique las fechas de su empleo con relación a su reclamación: *(Años) trabaje 30 1/2 como maestra*

3(c). Últimos cuatro dígitos de su número de seguro social: *6316*

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☐ Jubilación
   - ☐ Salarios impagos
   - ☐ Días por enfermedad
   - ☐ Queja con el sindicato
   - ☐ Vacaciones
   - ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario). *Según la ley 17 jul. 1979 es un dinero que se le debe a los empleados del gobierno*

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ☒ No.
   - ☐ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción.

_____

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución: *Departamento de Educación*

4(c). Número de caso: *13 13 16*

4(d). Título, epígrafe, o nombre del caso: *Promesa Título III, Dept. de Educación*

990123400385932

*Número de Evidencia de Reclamación:* **131316**
*Reclamante:* **Rodriguez Alvarez, Miguelina**

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):
_Pendiente_

4(f). ¿Tiene usted una sentencia impaga? Sí / No (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?

_____

990123400385932

Estado Libre Asociado de Puerto Rico
Departamento de Educación
Escuela María Luisa Arcelay
P.O. Box 1647
Tel (787) 833-8845   Fax  (787) 833-8845
Distrito Mayaguez  - Región  Mayaguez

30 de abril de 2008

Sra.  Miguelina Rodriguez Alvarez

Estimada Sra.  Rodriguez:

Acuso recibo  de su carta con fecha del   23 de abril de 2008 donde me presenta su renuncia al trabajo de maestra  en nuestra escuela , efectiva el 31 de julio de 2008

Entiendo que usted tiene derecho  a su retiro por años de servicio y por edad, por lo tanto le  acepto su renuncia  efectiva el 31  de julio de 2008 .

A nombre de nuestros estudiantes, facultad y en el mío propio  le damos las gracias por el compromiso y responsabilidad  en su trabajo por el bien de  nuestros estudiantes.

Le deseamos que  Dios le de mucha salud  para que pueda disfrutar  su merecido retiro y nos reiteramos a sus ordenes,

Atentamente,

María M. Coriano Villa
Directora