Migueleina Rodriguez Alvarez
Calle Nelson Cortina 1168
Mayagüez, P.R. 00680

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

RECEIVED & FILED
2020 FEB 14 PM 3:07
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

U.S. POSTAGE PAID
FCM LG ENV
MAYAGUEZ, PR
00682
FEB 13, 20
AMOUNT
$1.20
R2305M147972-14