INTAKE DROP BOX
RECEIVED & FILED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO FEB 14  PM 4: 15

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>Debtors. | PROMESA   CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.<br><br>Title III<br>No. 17 BK 3283-LTS<br>(Jointly Administered)<br><br>This filing relates to the Commonwealth, HTA, and SRE. |

REPLICA A OBJECCION GLOBAL

Comparece Norma I. Mojica Cruz quien es una de las reclamantes bajo el caso de epígrafe y muy respetuosamente declaro y solicito:

1. Que mi nombre aparece en el Anexo A de la Objeción Global, el ELA, la ACT y/o el SRE que solicitan que mi reclamo sea rechazado por ser Deficiente. Mi número de reclamación es 147245 y 152609.

2. Que me opongo a la objeción global que me privaría del derecho a reclamar el dinero adeudado por el Estado Libre Asociado de Puerto Rico. Presento la Replica a dicha objeción para aclarar mi reclamación, especificando las Leyes aprobadas por el gobierno concediendo aumentos de sueldo que no fueron pagados.

3. Que es oneroso para mi proveer con esta reclamación todos los records de pagos que justifican mi reclamación y solo estoy proveyendo aquellos documentos que he encontrado, entiendo que el Departamento de Educación como custodio de mi expediente tiene la obligación de proveer dichos records.

4. Que trabajé en el Departamento de Educación del Gobierno de Puerto Rico, en el puesto Regular de Profesional de servicios de Alimentos I por un periodo de 14 años, desde el 23 de septiembre de 1996 hasta el 29 de octubre de 2010. (Se acompaña Certificación de empleo del Departamento de Educación)

5. Que durante mi empleo como Profesional de Servicios de Alimentos el gobierno de Puerto Rico aprobó leyes para beneficio de empleados públicos que incluían los empleados de comedores escolares, cuyos beneficios no fueron pagados. Mi reclamación es por los ingresos y/ o beneficios dejados de pagar conforme a esas leyes según especifico.

6. Que las mencionadas leyes no fueron derogadas. El gobierno de Puerto Rico tiene conocimiento de las cantidades adeudadas a los empleados del Departamento de Educación.

7. Por concepto de la Ley de Retribución Uniforme, Ley 89 de 12 de julio de 1979, ley conocida como el Romerazo, por el gobernador que promulgo dicha ley, debí recibir un aumento de $25.00 por mes en adición a mi salario. He calculado que se me adeuda $4,200 desde julio de 1979 hasta el 29 de octubre de 2010, fecha en que me retire.

8. Por concepto de la Ley 96 del 2002 se le concedió un aumento $100.00 mensuales a los maestros. He calculado que se me adeuda $16,800 desde Julio del 2002 al 29 de mayo de 2010, fecha en que me retire.

9. Por concepto de la Ley 109 del 2 de septiembre de 1997 que concedía a los empleados públicos, incluyendo los maestros, un aumento de $150.00 por tres años, $200.00 por tres años, $250.00 por tres años y $300.00 por tres años. He

calculado que se me adeuda $24,050 desde septiembre de 1997 hasta el 29 de mayo de 2010, fecha en que me retire.

10. Que el Departamento de Educación me ha provisto una certificación de empleo y el sueldo que devengaba a la fecha de mi retiro. Que como custodio de mi expediente de personal el cual contiene toda la información sobre mi salario el Departamento de Educación tiene la obligación de proveer los records que confirman mi salario durante los 14 años de empleo para que el Tribunal pueda confirmar las cantidades reclamadas.

11. Que acompaño los siguientes documentos en apoyo a mi reclamación:

    a. Talonarios de pago correspondientes a año 1997, 1998, 1999, 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009 y 2010.

12. Respetuosamente solicito se acepte esta Réplica a la Objeción Global presentada en este caso y se declare  ha lugar a la centésima cuadragésima primera objeción global, que se acepte esta réplica que aclara cualquier deficiencia objetada y que se ordene a Prime Clerk, LLC, a que reciba instrucciones para aceptar la presente réplica y aclaración a los reclamos en marcos de causas radicadas conforme al Título III Promesa.

Respetuosamente sometida hoy 11 de febrero de 2020.

Norma I. Mojica Cruz
Urb. Verde Mar
Calle Turmalinas # 459
Humacao, P. R. 00741
Tel.  787-325-4300