**\*\*\*CUST PR 1845 SRF 38939 PackID: 1036 MMLID: 1961506 SVC: 141st Omni**
**Mojica Cruz, Norma I.**
**Urb. Verdemar Calle Turmalinas #459**
**Punta Santiago, PR 00741**

Norma I. Mojica Cruz                    tel 787-325-4300
Urb. Verde mar calle turmalinas #459
Punta Santiago, P.R. 00741

17 BK 03566-LTS
Numero Caso

152609       Sistema de Retiro de Empleados del
             Gobierno del Estado Libre Asociado de
17 BK 03283-LTS  Puerto Rico
Numero Caso

147245    Estado Libre Asociado de Puerto Rico

Años de trabajo - 14 años  - De 1996  a 2010
     Total  Reclamación - $25,000

001036

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Mojica Cruz, Norma I. | 147245 | 6/29/2018 | Commonwealth of Puerto Rico | $50,000.00 |
| **Reason:** | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Mojica Cruz, Norma I. | 147245 | 6/29/2018 | Commonwealth of Puerto Rico | $50,000.00 |
| **Base para:** | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

Yo Norma I. Mojica Cruz con caso número 17 BK 03546-LTS
17 BK 03283-LTS con números caso quiebra del Departamento
de Educación cuyo número de mis caso son 152609   Sistema
de Retiro de Empleados del Gobierno del Estado Libre Asociado
de Puerto Rico en cuya ley representa,

Ley 89 El Romerazo

Ley 96 de Sra. Sila Maria Calderón

Ley de aumentes automaticos del Sr. Pedro Rosello'
todos gobernadores del Estado Libre Asociado de Puerto Rico.
Solicito se declare alugar cualquier reclamo en mi.

Se ordena se declare alugar a la centésima
cuadragésima primera objecion global, según se establece
en mi presente documentación.

Se ordena que Prime Clerk, LLC quede autorizada

① Ley  89 · El. Romerazo

   25 X 12 =  300

   300 X 14 = 4,200


② Ley  96  de Sra. Sila María  Calderón

   100 X 12 = 1,200

   1,200 X 14 = 16,800


③ Ley  de aumentos  automaticos  del Sr. Pedro Roselló

| años | | años | | años | |
|---|---|---|---|---|---|
| 1997 - | 200 | 2003- | 300 | 2009 - | 300 |
| 1998- | 250 | 2004- | 300 | 2010 - | 300 |
| 1999 - | 300 | 2005- | 300 | | |
| 2000- | 300 | 2006- | 300 | | |
| 2001- | 300 | 2007- | 300 | total - 4,050 | |
| 2002- | 300 | 2008- | 300 | | |


④  total - 25,050

## GOBIERNO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| NORMA I MOJICA CRUZ | N.I.M.C. | 31 0199 | 398847 | 625478616 |

| ESPECIFICAS | | | DEDUCCIONES | | | MISCELANEAS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS AHORROS | SEGURO | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | | | | | | | | |
| 4334 | 5607 | 6066 | | | | 60 | 2050 | | | | |
| MES CORRIENTE | | | | | | | | | | | |
| 4334 | 5607 | 6066 | 2880 | | | | | | | | |

| 73300 | 73300 | 73300 | 73300 | 26100 | 20937 | 26263 |
|---|---|---|---|---|---|---|
| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ra QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | MES CORRIENTE | | |

**VEASE CLAVES AL DORSO**

---

## GOBIERNO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| NORMA I MOJICA CRUZ | N.I.M.C | 31 0198 | 360785 | 608333454 |

| ESPECIFICAS | | | DEDUCCIONES | | | MISCELANEAS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS AHORROS | SEGURO | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | | | | | | | | |
| 3974 | 5378 | 5817 | | | | | | | | | |
| MES CORRIENTE | | | | | | | | | | | |
| 3974 | 5378 | 5817 | 7950 | | | | | | | | |

| 70300 | 70300 | 70300 | 70300 | 23500 | 23119 | 23681 |
|---|---|---|---|---|---|---|
| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ra QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | MES CORRIENTE | | |

**VEASE CLAVES AL DORSO**

---

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| NORMA L MOJICA CRUZ | N.I.M.C. | 0197 | 321482 | 591248376 |

| ESPECIFICAS | | | DEDUCCIONES | | | MISCELANEAS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS AHORROS | SEGURO | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | | | | | | | | |
| 2949 | 4725 | 5111 | | | | | | | | | |
| MES CORRIENTE | | | | | | | | | | | |
| 2949 | 4725 | 5111 | | | | | | | | | |

| 61760 | 61760 | 61750 | 61750 | 24400 | 12785 | 24975 |
|---|---|---|---|---|---|---|
| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ra QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | MES CORRIENTE | | |

**VEASE CLAVES AL DORSO**

## GOBIERNO DE PUERTO RICO

DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos
Archivo No Docente

# *CERTIFICACIÓN*

Certifico que, **Norma I. Mojica Cruz,** seguro social **XXX-XX**... MC. ocupó un puesto **Regular** de **Profesional de Servicios de Alimentos I** en el Distrito Escolar de Las Piedras. Prestó servicios desde el **23 de septiembre de 1996** hasta el **29 de octubre de 2010** y devengó un salario de **$1,786.00** mensuales.

Dada en San Juan, Puerto Rico, el 10 de febrero de 2020, según solicitada por la empleada.

Alfredo Rodríguez / Por:
Alfredo Rodríguez Leandoy
Especialista en Recursos Humanos

El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.

DEPARTAMENTO DE
**EDUCACIÓN**
GOBIERNO DE PUERTO RICO

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL
DISTRITO DE PUERTO RICO

| Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación). | | |
|---|---|---|
| ❑ Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ❑ Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ❑ Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ❑ Employees Retirement System of the Government of the<br>Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado<br>Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ❑ Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

RECEIVED
JUN 29 2018
PRIME CLERK LLC

Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a
request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make
such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted
copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts,
judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not
available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en
virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los
requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de
conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en
este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como
pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de
garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los
documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Received
JUL 03 2018
Prime Clerk LLC

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

1. Who is the current
creditor?

¿Quién es el
acreedor actual?



Name of the current creditor (the person or entity to be paid for this claim)
Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

Other names the creditor used with the debtor
Otros nombres que el acreedor usó con el deudor _____

[ ] Date Stamped Copy Returned
[ ] No Self-Addressed Stamped Envelope
[ ✓ ] No Copy Provided

Claim Number: 152609

170328380052341

| | |
|---|---|
| **2. Has this claim been acquired from someone else?**<br><br>¿Esta reclamación se ha adquirido de otra persona? | ☒ No / No<br>☐ Yes. From whom?<br>Sí. ¿De quién? _____ |

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

¿A dónde deberían enviarse las notificaciones al acreedor?

Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g

| Where should notices to the creditor be sent?<br>¿A dónde deberían enviarse las notificaciones al acreedor? | Where should payments to the creditor be sent? (if different)<br>¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente) |
|---|---|
| Norma I. Mojica Cruz<br>Name / Nombre | Name / Nombre |
| Wo Verde mar calk turmalinas #459<br>Number / Número     Street / Calle | Number / Número     Street / Calle |
| Punta Santiago   P.R.     00741<br>City / Ciudad    State / Estado    ZIP Code / Código postal | City / Ciudad    State / Estado    ZIP Code / Código postal |
| 787-325-4300<br>Contact phone / Teléfono de contacto | Contact phone / Teléfono de contacto |
| Contact email / Correo electrónico de contacto | Contact email / Correo electrónico de contacto |

| | |
|---|---|
| **4. Does this claim amend one already filed?**<br><br>¿Esta reclamación es una enmienda de otra presentada anteriormente? | ☒ No / No<br>☐ Yes.  Claim number on court claims registry (if known)<br>Sí.  Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo)_____<br>Filed on / Presentada el _____ (MM /DD/YYYY) / (DD/MM/AAAA) |
| **5. Do you know if anyone else has filed a proof of claim for this claim?**<br><br>¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación? | ☒ No / No<br>☐ Yes. Who made the earlier filing?<br>Sí.  ¿Quién hizo la reclamación anterior?_____ |

**Part 2 / Parte 2:**    **Give Information About the Claim as of the Petition Date**

**Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.**

| | |
|---|---|
| **6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?**<br><br>¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico? | ☐ No / No<br>☒ Yes.  Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)<br>Sí.  Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).<br><br>Departamento Educación |
| **7. Do you supply goods and / or services to the government?**<br><br>¿Proporciona bienes y / o servicios al gobierno? | ☒ No / No<br>☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:<br><br>Vendor / Contract Number | Número de proveedor / contrato: _____<br><br>List any amounts due after the Petition Date (listed above) but before June 30, 2017:<br>Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017  $ _____ |

| | |
|---|---|
| **8. How much is the claim?**<br><br>¿Cuál es el importe de la reclamación? | $ _50,000.00_ aproximado . **Does this amount include interest or other charges?**<br>¿Este importe incluye intereses u otros cargos?<br>☐ No / No<br>☒ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).<br>Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A). |
| **9. What is the basis of the claim?**<br><br>¿Cuál es el fundamento de la reclamación? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.<br><br>_Ley 89 - Pomerazo - Ley 96 sila maria Caldevon - Plan Retiro_ |
| **10. Is all or part of the claim secured?**<br><br>¿La reclamación está garantizada de manera total o parcial? | ☒ No / No<br>☐ Yes. The claim is secured by a lien on property.<br>Sí. La reclamación está garantizada por un derecho de retención sobre un bien.<br><br>**Nature of property / Naturaleza del bien:**<br>☐ Motor vehicle / Vehículos<br><br>☐ Other. Describe:<br>Otro. Describir: _____<br><br>**Basis for perfection / Fundamento de la realización de pasos adicionales:** _____<br>_____<br><br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br>Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.)<br><br>**Value of property / Valor del bien:**  $ _____<br><br>**Amount of the claim that is secured /**<br>**Importe de la reclamación que está garantizado:** $ _____<br><br>**Amount of the claim that is unsecured /**<br>**Importe de la reclamación que no está garantizado:** $ _____<br>(The sum of the secured and unsecured amounts should match the amount in line 7.)<br>(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)<br><br>**Amount necessary to cure any default as of the Petition Date /**<br>**Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso :** $ _____<br>_____<br><br>**Annual Interest Rate** (on the Petition Date)<br>**Tasa de interés anual** (cuando se presentó el caso) _____%<br>☐ Fixed / Fija<br>☐ Variable / Variable |
| **11. Is this claim based on a lease?**<br><br>¿Esta reclamación está basada en un arrendamiento? | ☒ No / No<br>☐ Yes. **Amount necessary to cure any default as of the Petition Date.**<br>Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso$ _____ |

| 12. Is this claim subject to a right of setoff? <br><br> ¿La reclamación está sujeta a un derecho de compensación? | ☒ No / No <br><br> ☐ Yes. Identify the property / <br> Sí. Identifique el bien: _____ |
|---|---|
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)? <br><br> ¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☒ No / No <br><br> ☐ Yes. Indicate the amount of your claim arising from the value of any goods received $ _____ by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim. <br><br> Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |

---

| **Part 3 / Parte 3:** | **Sign Below / Firmar a continuación** |
|---|---|

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).**

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

*Check the appropriate box / Marque la casilla correspondiente:*

☒ I am the creditor. / Soy el acreedor.

☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el  6-28-2018  (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma  *Norma I. Mojica Cruz*

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name  Norma                 Iris                Mojica Cruz
     First name / Primer nombre    Middle name / Segundo nombre    Last name / Apellido

Title / Cargo  Profecional de servicios de Alimentos (empleada comedor)

Company / Compañía  Departamento de Educación
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección _____
    Number / Número        Street / Calle

_____
City / Ciudad                    State / Estado    ZIP Code / Código postal

Contact phone / Teléfono de contacto _____  Email / Correo electrónico _____

**FedEx** International Air Waybill
Express

RECEIVED    Origin Copy

JUL 0 3 2018

| 1 | From |
| --- | --- |

Date 07 02 2018   Sender's FedEx Account Number

Sender's Name  Bion E Tirado   Phone  PRIME CLERK LLC

Company  Prime Clerk Old San Juan Bankruplalpr

Address  300 Recinto Sur Street

Address  Suite 109

City  San Juan    State Province  P.R

Country  US    ZIP Postal Code  00901

Email Address

Internal Billing Reference  PUR-02   150 package count

FedEx Tracking Number  8124 5651 1982   0402   Form ID No.

| 4 | Express Package Service |
| --- | --- |

NOTE: Service order has changed. Please select carefully.

06 ☐ FedEx Intl. First   01 ☐ FedEx Intl. Priority   02 ☒ FedEx Intl. Economy

| 5 | Packaging |
| --- | --- |

06 ☐ FedEx Envelope   02 ☒ FedEx Pak   03 ☐ FedEx Box   04 ☐ FedEx Tube
15 ☐ FedEx 10kg Box   25 ☐ FedEx 25kg Box   00 ☐ Other

| 6 | Special Handling and Delivery Signature Options   Fees may apply. See the FedEx Service Guide. |
| --- | --- |

01 ☐ HOLD at FedEx Location   03 ☐ SATURDAY Delivery

02 ☒ Direct Signature   34 ☐ Indirect Signature

| 2 | To |   28 ☐ Residential Delivery |
| --- | --- | --- |

Recipient's Name    Phone  3122574169

Company  PRIME CLERK

Address

Address  850 3RD AVE STE 412

City  BROOKLYN   State Province  NY

Country  US    ZIP Postal Code  11232

Email Address

Recipient's Tax ID Number for Customs Purposes

| 7 | Payment |   Complete a and c (or in both if transportation charges are prepaid) and indicate c above. |
| --- | --- | --- |

Bill transportation charges to:

1 ☐ Sender   2 ☒ Recipient   3 ☐ Third Party   4 ☐ Credit Card   5 ☐ Cash/Check/Cheque

4095-3194-7

Bill duties and taxes to:

1 ☐ Sender   2 ☐ Recipient   3 ☐ Third Party   4 ☐ Cash/Check/Cheque

| 3 | Shipment Information |
| --- | --- |

Total Packages  Total Weight  3   X   DIM

Commodity Description: Legal Document

| 8 | Required Signature |
| --- | --- |

Sender's Signature:  Bion E Tirado

Recipient's Signature

662

Origin Station ID  NPEL   Country Code/Destination Station ID   USA Routing   Handling Units

09/17

| DEPT DE EDUCACION-CLASIFICADOS | | Dia de Pago: | | | Aviso No.: 4221232 |
| Ave. Teniente Cesar Gonzalez , Esquina Calaf | | Periodo: 10/16/2010 | | | Fecha Aviso: 10/29/2010 |
| HATO REY, PR 00919 | | Hasta: 10/31/2010 | | | |

| NORMA I MOJICA CRUZ | # Empleado: | | DATA IMP: | Federal | PR |
| CALLE 19 NUM. 459 | Dept: | 8103034-Humacao Humacao | Estado Civil: | Single | Single |
| VERDE MAR | Lugar: | S. U. Francisco Isern Gimenez | Concesiones: | 0 | 0 |
| HUMACAO, PR 00741 | Titulo: | DEPARTAMENTO DE EDUCACION | Pct. Adcl.: | | |
| SS: | Sueldo: | $1,531.00 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | --------------- Corriente --------------- | | ------ Acumulado ------ | |
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | 765.50 | 1,296.00 | 15,310.00 |
| Licencia Enfermedad en Exceso | | 0.00 | | 300.87 |
| Total: | | 765.50 | 296.00 | 15,610.87 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
| Fed FICA Med Hospital Ins / EE | 11.10 | 226.36 |
| Fed OASDI/Disability - EE | 47.46 | 967.87 |
| PR Withholding | 39.59 | 815.87 |
| Total: | 98.15 | 2,010.10 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
| GPR Plan de Retiro | 63.35 | 1,267.00 |
| Total: | 63.35 | 1,267.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
| SM-First Medical Health Plan | 91.00 | 1,681.00 |
| SC-GENERAL ACCIDENT LIFE | 36.78 | 418.56 |
| RC-Pres Pers Ret Cen-E Clasif | 58.65 | 1,173.00 |
| OS-AS COMEDORES ESCOLARES | 11.48 | 229.60 |
| Total: | 197.91 | 3,502.16 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
| SM-First Medical Health Plan | 125.00 | 1,250.00 |
| GPR Plan de Retiro | 71.00 | 1,420.00 |
| FSED Disability Plan | 13.01 | 265.31 |
| * Tributable | | |

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
| Corriente: | 765.50 | 0.00 | 98.15 | 261.26 | 406.09 |
| Acumulado: | 15,610.87 | 0.00 | 2,010.10 | 4,769.16 | 8,831.61 |

### PTO HORAS / ACUM

| Balance Inicial: | 0.0 |
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| Aviso #4221232 | 406.09 |
| Total: | 406.09 |

**MENSAJE:**

**DEPT DE EDUCACION-CLASIFICADOS**
Ave. Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

**Fecha**
**10/29/2010**

**Aviso No.**
**4221232**

**Cant. Deposito:** **$406.09**

**A la**
**Cuenta(s) De**

**NORMA I MOJICA CRUZ**
CALLE 19 NUM. 459
VERDE MAR
HUMACAO, PR 00741
Localizacion: S. U. Francisco Isern Gimenez

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| Savings | | $406.09 |
| Total: | | $406.09 |

# NO-NEGOCIABLE

**Gobierno de Puerto Rico**
081 - DEPT DE EDUCACION-CLASIFICADOS

| | | |
|---|---|---|
| Grupo de Pago: | SM -Quincenal | # Cheque: 05839753 |
| Desde: | 01/01/01 | |
| Hasta: | 01/15/01 | Fecha: 01/12/01 |

| NORMA I MOJICA CRUZ | | |
|---|---|---|
| CALLE 19 NUM 459 | # Empleado: N.J.M.C | |
| VERDE MAR | Dept: 8103034-Humacao Humacao | |
| PUNTA SANTIAGO PR 00741 | Oficina: S. U. Luciano Rios | |
| SS: | Titulo: Proc Serv. De Alim. De Com Esc | |
| | Sueldo: $833.00 Monthly | |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Single |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 416.50 | 66.00 | 416.50 |
| **Total:** | | | 416.50 | 66.00 | 416.50 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA - MHI | 6.04 | 6.04 |
| Fed OASDI/Dis | 25.82 | 25.82 |
| PR Withholdng | 23.19 | 23.19 |
| **Total:** | 55.05 | 55.05 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro | 34.47 | 34.47 |
| **Total:** | 34.47 | 34.47 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-Fed Maestros de PR | 70.10 | 70.10 |
| SC-GENERAL ACCIDENT LIFE | 10.25 | 10.25 |
| AS-ASOC EMPL COM ESCOLARES | 7.83 | 7.83 |
| **Total:** | 88.18 | 88.18 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro | 38.63 | 38.63 |
| FSED Disability Plan | 7.08 | 7.08 |

* Tributable

### TOTAL BRUTO

| | |
|---|---|
| Corriente: | 416.50 |
| Acumulado: | 416.50 |

### TOTAL IMPUESTOS

| | |
|---|---|
| 55.05 | |
| 55.05 | |

### DEDUCCIONES TOTALES / PAGA NETA

| | PAGA NETA |
|---|---|
| 122.65 | 238.80 |
| 122.65 | 238.80 |

| PTO HORAS | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| Cheque #05839753 | 238.80 |
|---|---|
| Total: | 238.80 |

**MENSAJE:**

1

**Gobierno de Puerto Rico**
081 - DEPT DE EDUCACION-CLASIFICADOS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 01/01/00 |
| Hasta: | 01/15/00 |

| # Cheque: | 02003832 |
|---|---|
| Fecha: | 01/14/00 |

NORMA I MOJICA CRUZ
CALLE 19 NUM 459
VERDE MAR
PUNTA SANTIAGO PR 00741
SS:

| # Empleado: | N.J.M.C. |
|---|---|
| Dept: | 8103034-Humacao Humacao |
| Oficina: | S. U. Luciano Rios |
| Titulo: | Proc Serv. De Alim. De Com Esc |
| Sueldo: | $833.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Single |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| | Sueldo | Corriente | | Acumulado | | 
|---|---|---|---|---|---|
| Descripcion | | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 416.50 | 60.00 | 416.50 |
| Total: | | | 416.50 | 60.00 | 416.50 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA - MHI | 6.04 | 6.04 |
| Fed OASDI/Dis | 25.82 | 25.82 |
| PR Withholdng | 25.15 | 25.15 |
| Total: | 57.01 | 57.01 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro | 34.47 | 34.47 |
| Total: | 34.47 | 34.47 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-Fed Maestros de PR | 9.00 | 9.00 |
| SC-GENERAL ACCIDENT LIFE | 10.25 | 10.25 |
| Total: | 19.25 | 19.25 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro | 38.63 | 38.63 |
| FSED Disability Plan | 7.08 | 7.08 |

\* Tributable

### TOTAL BRUTO

| | |
|---|---|
| Corriente: | 416.50 |
| Acumulado: | 416.50 |

### TOTAL IMPUESTOS

| | |
|---|---|
| | 57.01 |
| | 57.01 |

### DEDUCCIONES TOTALES

| | | PAGA NETA |
|---|---|---|
| | 53.72 | 305.77 |
| | 53.72 | 305.77 |

### DISTRIBUCION PAGA NETA

| Cheque #02003832 | 305.77 |
|---|---|
| Total: | 305.77 |

| PTO HORAS | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

MENSAJE:

**Estado Libre Asociado de Puerto Rico**
081 - DEPT DE EDUCACION-CLASIFICADOS

| | | |
|---|---|---|
| Grupo de Pago: | SM -Quincenal | # Cheque: 02089035 |
| Desde: | 01/01/02 | |
| Hasta: | 01/15/02 | Fecha: 01/15/02 |

| | | | | |
|---|---|---|---|---|
| NORMA I MOJICA CRUZ | # Empleado: | | DATA IMP: | Federal PR |
| CALLE 19 NUM 459 | Dept: | 8109054-Humacao Humacao | Estado Civil: | Single Single |
| VERDE MAR | Oficina: | S. U. Francisco Isern Gimenez | Concesiones: | 0 0 |
| PUNTA SANTIAGO PR 00741 | Titulo: | Proc Serv. De Alim. De Com Esc | Pct. Adcl.: | |
| SS: | Sueldo: | $913.00 Monthly | Cant. Adcl.: | |

## HORAS E INGRESOS

| | | -------------- Corriente -------------- | | ------ Acumulado ------ | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 456.50 | 66.00 | 456.50 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA - MHI | 6.62 | 6.62 |
| Fed OASDI/Dis | 28.30 | 28.30 |
| PR Withholdng | 22.46 | 22.46 |

| | | | | |
|---|---|---|---|---|
| Total: | | 456.50 | 66.00 | 456.50 |

| Total: | 57.38 | 57.38 |
|---|---|---|

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro | 37.78 | 37.78 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SC-GENERAL ACCIDENT LIFE | 10.25 | 10.25 |
| AS-ASOC EMPL COM ESCOLARES | 5.20 | 5.20 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro | 42.34 | 42.34 |
| FSED Disability Plan | 7.76 | 7.76 |

| Total: | 37.78 | 37.78 |
|---|---|---|

| Total: | 15.45 | 15.45 |
|---|---|---|

* Tributable

## TOTAL BRUTO

| Corriente: | 456.50 |
|---|---|
| Acumulado: | 456.50 |

## TOTAL IMPUESTOS

| | 57.38 |
|---|---|
| | 57.38 |

## DEDUCCIONES TOTALES | PAGA NETA

| 53.23 | 345.89 |
|---|---|
| 53.23 | 345.89 |

## PTO HORAS ACUM

| Balance Inicial: | 0.0 |
|---|---|
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA

| Cheque #02089035 | 345.89 |
|---|---|
| Total: | 345.89 |

**MENSAJE:**

Case:17-03283-LTS Doc#:11076-1 Filed:02/14/20 Entered:02/18/20 12:46:22 Desc:
Exhibit Page 29 of 42

**Estado Libre Asociado de Puerto Rico**
081 - DEPT DE EDUCACION-CLASIFICADOS

| | | |
|---|---|---|
| Grupo de Pago: | SM -Quincenal | # Cheque: 07355873 |
| Desde: | 01/01/03 | |
| Hasta: | 01/15/03 | Fecha: 01/14/03 |

NORMA I MOJICA CRUZ
CALLE 19 NUM 459
VERDE MAR
PUNTA SANTIAGO PR 00741
SS:

# Empleado: N.J.MC
Dept: 810S034-Humacao Humacao
Oficina: S. U. Francisco Isern Gimenez
Titulo: Proc Serv. De Alim. De Com Esc
Sueldo: $1,013.00 Monthly

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Single |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
|---|---|---|---|---|---|
| | | Corriente | | Acumulado | |
| Pago de Salarios Regulares | | | 506.50 | 66.00 | 506.50 |
| Total: | | | 506.50 | 66.00 | 506.50 |

## IMPUESTOS

| Descripcion | Corriente | Acumula |
|---|---|---|
| Fed FICA - MHI | 7.34 | 7.34 |
| Fed OASDI/Dis | 31.40 | 31.40 |
| PR Withholdng | 26.96 | 26.96 |
| Total: | 65.70 | 65.70 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro | 41.91 | 41.91 |
| Total: | 41.91 | 41.91 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 81.50 | 81.50 |
| SC-NATIONAL LIFE INS. | 16.33 | 16.33 |
| OS-AS COMEDORES ESCOLARES | 6.33 | 6.33 |
| Total: | 104.16 | 104.16 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro | 46.98 | 46.98 |
| FSED Disability Plan | 8.61 | 8.6 |

* Tributable

## TOTAL BRUTO

| | |
|---|---|
| Corriente: | 506.50 |
| Acumulado: | 506.50 |

## TOTAL IMPUESTOS

| | |
|---|---|
| | 65.70 |
| | 65.70 |

## DEDUCCIONES TOTALES

| | |
|---|---|
| | 146.07 |
| | 146.07 |

## PAGA NET

| | |
|---|---|
| | 294.73 |
| | 294.73 |

## PTO HORAS ACUM

| Balance Inicial: | 0.0 |
|---|---|
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA

| Cheque #07355873 | 294.73 |
|---|---|
| Total: | 294.73 |

**MENSAJE:**

N 3503113

**Estado Libre Asociado de Puerto Rico**
081 - DEPT DE EDUCACION-CLASIFICADOS

| | | |
|---|---|---|
| Grupo de Pago: | SM -Quincenal | # Cheque: 02970178 |
| Desde: | 01/01/2004 | |
| Hasta: | 01/15/2004 | Fecha: 01/15/2004 |

NORMA I MOJICA CRUZ
CALLE 19 NUM 459
VERDE MAR
PUNTA SANTIAGO PR 00741
SS:

| # Empleado: | ...MC. |
|---|---|
| Dept: | 8103034-Humacao Humacao |
| Oficina: | S. U. Francisco Isern Gimenez |
| Titulo: | Proc Serv. De Alim. De Com Esc |
| Sueldo: | $1,163.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Single |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | 581.50 | 66.00 | 581.50 | |
| Total: | | 581.50 | 66.00 | 581.50 | |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed MED/EE | 8.43 | 8.43 |
| Fed OASDI/EE | 36.05 | 36.05 |
| PR Withholdng | 33.71 | 33.71 |
| Total: | 78.19 | 78.19 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro | 48.12 | 48.12 |
| Total: | 48.12 | 48.12 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 54.50 | 54.50 |
| OS-AS COMEDORES ESCOLARES | 8.72 | 8.72 |
| Total: | 63.22 | 63.22 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro | 53.93 | 53.93 |
| FSED Disability Plan | 9.89 | 9.89 |
| * Tributable | | |

### TOTAL BRUTO

| | |
|---|---|
| Corriente: | 581.50 |
| Acumulado: | 581.50 |

### TOTAL IMPUESTOS

| | |
|---|---|
| | 78.19 |
| | 78.19 |

### DEDUCCIONES TOTALES

| | PAGA NETA |
|---|---|
| 111.34 | 391.97 |
| 111.34 | 391.97 |

### PTO HORAS | ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Cheque #02970178 | 391.97 |
| Total: | 391.97 |

**MENSAJE:**

**Estado Libre Asociado de Puerto Rico**
081 - DEPT DE EDUCACION-CLASIFICADOS

| | | |
|---|---|---|
| Grupo de Pago: | SM -Quincenal | # Cheque: 07919755 |
| Desde: | 01/01/2005 | |
| Hasta: | 01/15/2005 | Fecha: 01/14/2005 |

| NORMA I MOJICA CRUZ | |
|---|---|
| CALLE 19 NUM 459 | # Empleado: N.L.M.C. |
| VERDE MAR | Dept: 8103034-Humacao Humacao |
| PUNTA SANTIAGO PR 00741 | Oficina: S. U. Francisco Isern Gimenez |
| SS | Titulo: Proc Serv. De Alim. De Com Esc |
| | Sueldo: $1,313.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Single |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | | | IMPUESTOS | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | | 656.50 | 60.00 | 656.50 | Fed MED/EE | 9.52 | 9.52 |
| | | | | | | Fed OASDI/EE | 40.70 | 40.70 |
| | | | | | | PR Withholdng | 38.59 | 38.59 |
| Total: | | | 656.50 | 60.00 | 656.50 | Total: | 88.81 | 88.81 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro | 54.33 | 54.33 |
| Total: | 54.33 | 54.33 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| American Health Plan | 107.50 | 107.50 |
| SC-AMER FAM LIFE ASS CO | 21.30 | 21.30 |
| RC-Pres Pers Ret Cen-E Clasif | 52.28 | 52.28 |
| OS-AS COMEDORES ESCOLARES | 9.85 | 9.85 |
| Total: | 190.93 | 190.93 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro | 60.89 | 60.89 |
| FSED Disability Plan | 11.16 | 11.16 |

* Tributable

### TOTAL BRUTO

| | | |
|---|---|---|
| Corriente: | 656.50 | |
| Acumulado: | 656.50 | |

### TOTAL IMPUESTOS

| | |
|---|---|
| 88.81 | |
| 88.81 | |

### DEDUCCIONES TOTALES

| | PAGA NETA |
|---|---|
| 245.26 | 322.43 |
| 245.26 | 322.43 |

### PTO HORAS / ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Cheque #07919755 | 322.43 |
| Total: | 322.43 |

**MENSAJE:**

**Estado Libre Asociado de Puerto Rico**
081 - DEPT DE EDUCACION-CLASIFICADOS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 01/01/2006 |
| Hasta: | 01/15/2006 |

| # Cheque: | 02680567 |
|---|---|
| Fecha: | 01/13/2006 |

NORMA I MOJICA CRUZ
CALLE 19 NUM. 459
VERDE MAR
PUNTA SANTIAGO PR 00741
SS:

| # Empleado: | N.J.MC |
|---|---|
| Dept: | 8103034-Humacao Humacao |
| Oficina: | S. U. Francisco Isern Gimenez |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $1,313.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Single |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 656.50 | 60.00 | 656.50 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed MED/EE | 9.52 | 9.52 |
| Fed OASDI/EE | 40.70 | 40.70 |
| PR Withholdng | 38.59 | 38.59 |

| Total: | | | 656.50 | 60.00 | 656.50 |
|---|---|---|---|---|---|

| Total: | 88.81 | 88.81 |
|---|---|---|

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro | 54.33 | 54.33 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-American Health Plan | 107.50 | 107.50 |
| SC-AMER FAM LIFE ASS CO | 21.30 | 21.30 |
| RC-Pres Pers Ret Cen-E Clasif | 52.28 | 52.28 |
| OS-AS COMEDORES ESCOLARES | 9.85 | 9.85 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro | 60.89 | 60.89 |
| FSED Disability Plan | 11.16 | 11.16 |

| Total: | 54.33 | 54.33 |
|---|---|---|

| Total: | 190.93 | 190.93 |
|---|---|---|

* Tributable

### TOTAL BRUTO

| Corriente: | 656.50 |
|---|---|
| Acumulado: | 656.50 |

### TOTAL IMPUESTOS

| | |
|---|---|
| | 88.81 |
| | 88.81 |

### DEDUCCIONES TOTALES

| | PAGA NETA |
|---|---|
| 245.26 | 322.43 |
| 245.26 | 322.43 |

### PTO HORAS / ACUM

| Balance Inicial: | 0.0 |
|---|---|
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| Cheque #02680567 | 322.43 |
|---|---|
| Total: | 322.43 |

MENSAJE:

**Estado Libre Asociado de Puerto Rico**
081 - DEPT DE EDUCACION-CLASIFICADOS

| | | |
|---|---|---|
| Grupo de Pago: | SM -Quincenal | # Cheque: 07613530 |
| Desde: | 03/01/2007 | |
| Hasta: | 03/15/2007 | Fecha: 03/15/2007 |

NORMA I MOJICA CRUZ
CALLE 19 NUM. 459
VERDE MAR
PUNTA SANTIAGO PR 00741
SS:

| # Empleado: | N. IMC | | |
|---|---|---|---|
| Dept: | 8103034-Humacao Humacao | | |
| Oficina: | S. U. Francisco Isern Gimenez | | |
| Titulo: | DEPARTAMENTO DE EDUCACION | | |
| Sueldo: | $1,313.00 Monthly | | |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Single |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| | | ---- Corriente ---- | | ---- Acumulado ---- | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | 656.50 | 324.00 | 3,282.50 | |
| Total: | | 656.50 | 324.00 | 3,282.50 | |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed MED/EE | 9.52 | 47.60 |
| Fed OASDI/EE | 40.71 | 203.52 |
| PR Withholdng | 31.96 | 159.80 |
| Total: | 82.19 | 410.92 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro | 54.33 | 271.65 |
| Total: | 54.33 | 271.65 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-American Health Plan | 57.50 | 57.50 |
| SC-AMER FAM LIFE ASS CO | 24.09 | 120.45 |
| RC-Pres Pers Ret Cen-E Clasif | 52.28 | 261.40 |
| OS-AS COMEDORES ESCOLARES | 9.85 | 49.25 |
| American Health Plan | 0.00 | 230.00 |
| Total: | 143.72 | 718.60 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro | 60.89 | 304.45 |
| FSED Disability Plan | 11.16 | 55.80 |
| American Health Plan | 0.00 | 200.00 |

ª Tributable

## TOTAL BRUTO

| | |
|---|---|
| Corriente: | 656.50 |
| Acumulado: | 3,282.50 |

## TOTAL IMPUESTOS

| | |
|---|---|
| | 82.19 |
| | 410.92 |

## DEDUCCIONES TOTALES

| | PAGA NET |
|---|---|
| 198.05 | 376.26 |
| 990.25 | 1,881.33 |

## PTO HORAS          ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA

| | |
|---|---|
| Cheque #07613530 | 376.26 |
| Total: | 376.26 |

**MENSAJE:**

**Estado Libre Asociado de Puerto Rico**
081 - DEPT DE EDUCACION-CLASIFICADOS

NORMA I MOJICA CRUZ
CALLE 19 NUM. 459
VERDE MAR
HUMACAO PR 00741
SS:

| # Empleado: | 8105034-Humacao Humacao |
|---|---|
| Dept: | |
| Oficina: | S. U. Francisco Isern Gimenez |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $1,451.00 Monthly |

Grupo de Pago: SM -Quincenal
Desde: 02/16/2008
Hasta: 02/29/2008

# Cheque: 01490265
Fecha: 02/29/2008

**DATA IMP.**

| | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Single |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

**HORAS E INGRESOS**

| Descripcion | Corriente | | Acumulado | |
|---|---|---|---|---|
| | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | 725.50 | 725.50 | 264.00 | 2,862.00 |
| Pago Retroactivo Regular | 0.00 | | | 40.00 |
| Total: | | 725.50 | 264.00 | 2,902.00 |

**DEDUCCIONES**

| Descripcion | Corriente | Acumulado | Sueldo |
|---|---|---|---|
| GPR Plan de Retiro | 60.04 | 240.16 | |
| Total: | 60.04 | 240.16 | |

**DEDUCCIONES GENERALES**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 62.50 | 250.00 |
| SC-AMER FAM LIFE ASS CO | 24.09 | 96.36 |
| RC-Pres Pers Ret Con-E Clasf | 52.28 | 209.12 |
| OS-AS COMEDORES ESCOLARES | 10.28 | 41.12 |
| Total: | 149.15 | 596.60 |

**IMPUESTOS**   * Tributable

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed MED/EE | 10.52 | 42.08 |
| Fed OASDI/EE | 44.98 | 179.92 |
| PR Withholding | 36.79 | 147.53 |
| Total: | 92.29 | 369.53 |

**BENEFICIOS PATRONALES PAGADOS**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 10.00 | 200.00 |
| GPR Plan de Retiro | 67.29 | 269.16 |
| FSED Disability Plan | 12.33 | 49.32 |

**TOTAL BRUTO**
| Corriente | Acumulado |
|---|---|
| 725.50 | 2,902.00 |

**TOTAL IMPUESTOS**
| | |
|---|---|
| 92.29 | 369.53 |

**DEDUCCIONES TOTALES**
| Corriente | Acumulado |
|---|---|
| 209.19 | 836.76 |

**PAGA NETA**
| Corriente | Acumulado |
|---|---|
| 424.02 | 1,695.71 |

**ETO-HORAS / ACUM**
| Balance Inicial: | 0.0 |
|---|---|
| + Acumulado: | |
| - Utilizado: | |
| - Donado: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

**DISTRIBUCION PAGA NETA**
| | |
|---|---|
| Cheque #01490265 | 424.02 |
| Total: | 424.02 |

MENSAJE:

Fecha Aviso: 01/30/2009

| | |
|---|---|
| NORMA I MOJICA CRUZ | # Empleado: N.I.M.C. |
| CALLE 19 NUM. 459 | Dept: 8103034-Humacao Humacao |
| VERDE MAR | Lugar: S. U. Francisco Isern Gimenez |
| HUMACAO PR 00741 | Titulo: DEPARTAMENTO DE EDUCACION |
| SS: | Sueldo: $1,531.00 Monthly |

DATA IMP: Federal PR
Estado Civil: Single Single
Concesiones: 0 0
Pct. Adcl.:
Cant. Adcl.:

## HORAS E INGRESOS

| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | 765.50 | 132.00 | 1,531.00 | |
| Total: | | 765.50 | 132.00 | 1,531.00 | |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 11.10 | 22.20 |
| Fed OASDI/Disability - EE | 47.46 | 94.92 |
| PR Withholding | 39.59 | 79.18 |
| Total: | 98.15 | 196.30 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro | 63.35 | 126.70 |
| Total: | 63.35 | 126.70 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 62.50 | 125.00 |
| SC-TRANS OCEANIC LIFE | 18.38 | 36.76 |
| RC-Pres Pers Ret Cen-E Clasif | 58.65 | 117.30 |
| OS-AS COMEDORES ESCOLARES | 11.48 | 22.96 |
| Total: | 151.01 | 302.02 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 125.00 | 125.00 |
| GPR Plan de Retiro | 71.00 | 142.00 |
| FSED Disability Plan | 13.01 | 26.02 |
| * Tributable | | |

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 765.50 | 0.00 | 98.15 | 214.36 | 452.99 |
| Acumulado: | 1,531.00 | 0.00 | 196.30 | 428.72 | 905.98 |

| PTO HORAS | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA
| | |
|---|---|
| Aviso #3130637 | 452.99 |
| Total: | 452.99 |

MENSAJE:

DEPT DE EDUCACION-CLASIFICADOS
Ave. Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
01/30/2009

Aviso No.
3130637

Cant. Deposito: $452.99

A la
Cuenta(s) De
NORMA I MOJICA CRUZ
CALLE 19 NUM. 459
VERDE MAR
HUMACAO, PR 00741
Localizacion: S. U. Francisco Isern Gimenez

## DISTRIBUCION DE DEPOSITO DIRECTO
| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | | $452.99 |
| Total: | | $452.99 |

# NO-NEGOCIABLE