Radicacion de replica (Objecion)

PROMESA TITULO III  No.17  03283

INTAKE DROP BOX
RECEIVED & FILED

Numero de reclamacion: _117724_

2020 FEB 14  PM 4:07

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Nombre: _Jacquline A. Ramirez Nuñez_
Direccion Postal: _P.O. Box 620 Bayamón P.R. 00960_
Direccion Residencial: _____

Num. de contacto:
Tel.: _(787)972-4513_   Cel. _(787)972-4513_
Correo electronico: _janic_pr@yahoo.com_

Epigrafe: Ver anejo 1 (Informacion del caso)

Razon para la Objecion:
_Hasta el momento no había recibido ninguna
documentación; el documento no especifica
la información solicitada.
- Hago envío de información justificada:
  - Estado de cuenta en Retiro
  - Cert. de aportaciones en Sistema de Retiro
  - Certificación de empleo del Dpto. de la Familia
  - Copia listado de objeción._

Documentacion justificativa: Ver anejos

1. Estado de cuenta estimado (Adm. de los Sistemas de Retiro)

2. Certificacion de aportaciones (Adm. de los Sistemas de Retiro)

3. Certificacion de empleo (Departamento de la Familia)

4. Copia listado de Objecion Global- Anexo A

( Donde se incluye informacion sobre la reclamacion)

5. Otros: _____