↩ Responder a todos  ⌄     🗑 Eliminar   ⊘ No deseado   Bloquear   ⋯

**(Sin asunto)**

JR   Jacqueline ramirez
     >
     Jue 02/06/2020 6:53 PM
     Jacqueline A Ramirez Nunez ✅

👍  ↩  ↩  →  ⋯   ∧

**▪Ⅱ Claro PR  LTE**         **12:48 p. m.**              ⏰ 89 % ▬
                        🔒 retiro.pr.gov

# JAQUELINE A RAMIREZ NUNEZ (298268)

Agencia:
**ADMINISTRAC DESARROLLO SOCIAL ECONOMICO**

Sistema de Retiro:
**EMPLEADO DE GOBIERNO (ELA)**

Fecha de Ingreso:
**08-ABR-2008**

Años en Servicio:
**14.04**

JR/8895

Responder a todos  ∨   🗑 Eliminar   ⊘ No deseado   Bloquear   ···

**(Sin asunto)**

JR   Jacqueline ramirez <
       >
       Jue 02/06/2020 6:53 PM
       Jacqueline A Ramirez Nunez ∨



.ıll Claro PR  LTE          12:48 p. m.          ⏱ 89 % ▬▬
                        🔒 retiro.pr.gov

Fecha de Ingreso:
**08-ABR-2008**

Años en Servicio:
**14.04**

Sueldo Bruto:
**$1,386.00**

Sueldo Neto:
**$992.10**

Balance Aportaciones*:
**$20,826.42**

Aportaciones Ley 106 **:
**$3,607.00**

JR/8895



DEPARTAMENTO DE LA
**FAMILIA**
GOBIERNO DE PUERTO RICO
ADSEF

# C E R T I F I C A C I O N

De los Registros de la Oficina de Recursos Humanos de Región San Juan se desprende que **Jaqueline A. Ramírez Nuñez** comenzó a trabajar en el Departamento de la Familia  efectivo  el **16 de abril de 2008.** Actualmente ocupa un puesto **Regular**  de **Técnico de Asistencia Social y Familiar I, en la Oficina Local San Juan I**   y devenga un sueldo de **$1,386.00.**

Y para que así conste firmo la presente  hoy, **13  de febrero de 2020** en San Juan de Puerto Rico.

**OREALIS MENDOZA**
**DIRECTORA ASOCIADA**
**ADMINISTRACION**

/crn

Hearing Date: **March 4, 2020, at 9:30AM (Atlantic Standard Tin**
Response Deadline: **February 18, 2020 at 4:00PM (Atlantic Standard Tin**

---

**PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETC
TO DETERMINE WHETHER THE OBJECTION AFFECTS YOUR CLAIM(S).**

---

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et
al.*,

                Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

**This filing relates to the
Commonwealth, HTA, and
ERS.**

### ONE HUNDRED THIRTY-FIRST OMNIBUS OBJECTION (NON-SUBSTANTIVE) O:
### THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND
### TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM O!
### THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO
### DEFICIENT CLAIMS ASSERTING INTERESTS BASED ON SALARY DEMANDS,
### EMPLOYMENT OR SERVICES PROVIDED



---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case numb
and the last four (4) digits of each Debtor's federal tax identification number, as applicable, a:
the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 328:
LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporatic
("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474
(iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 B
3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of th
Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 356(
LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authori:
("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747
and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealtl
COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (La
Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Ca:
numbers due to software limitations).

Centésima trigésima primera Objeción Global
Anexo A: Defectuosas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 209 | RAMIREZ MALAVE, MARTA M. PMB 157 PO BOX 3504 MERCEDITAS, PR 00715 | 6/29/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 139612 | Indeterminado* |
| | Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |
| 210 | RAMIREZ MARTINEZ, JORGE ALEJANDRO APARTADO 315 OROCOVIS, PR 00720 | 7/2/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 111855 | $ 40,697.34 |
| | Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |
| 211 | RAMIREZ MONTES, EVELYN URB. MONTE BRISAS V CALLE 5 - 12, 5121 FAJARDO, PR 00738 | 7/3/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 163524 | Indeterminado |
| | Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |
| 212 | RAMIREZ MUNIZ, RUBEN PO BOX 446 YAUCO, PR 00698 | 6/29/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 134910 | Indeterminado* |
| | Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |
| 213 | RAMIREZ NUNEZ, JACQUELINE A. P O BOX 620 BAYAMON, PR 00960 | 6/26/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 117724 | $ 20,826.42 |
| | Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |
| 214 | RAMIREZ OLIVENCIA, HAYDEE PO BOX 423 ANASCO, PR 00610 | 6/28/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 141501 | Indeterminado* |
| | Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |

Centésima trigésima primera Objeción Global