Nota: Estado Libre Asociado de P.R.

Sylvette Santisteban Bisbal
Urb. Parque Las Mercedes
Calle La Central D-1
Caguas, P.R. 00725-7549
Tel. (787) 460-1554
Correo electrónico - sylvette santisteban @gmail

Sobre: Réplica a la Objeción Global
Anexo A - Defectuosas
No. de Reclamación - 153211
Núm. de Caso: 17 BK 03283 - LTS

Ante el Honorable Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico, expongo y muy respetuosamente solicito ayuda y entendimiento en mi caso relacionado a la Ley núm. 158 de 30 de junio de 1999, según enmendada y conocida como Ley de la Carrera Magisterial de Puerto Rico, 1999.

El Estado Libre Asociado de Puerto Rico es la entidad jurídica que responde por las actuaciones del Departamento de Educación.

Me activé en la Carrera Magisterial desde abril de 2014 entendiendo que era un derecho adquirido

No. de Reclamación
153211

como maestra de educación pública y que reunía los requisitos de preparación académica y experiencia. Continué tomando cursos preparatorios, talleres de capacitación de diferentes temas que tienen que ver con el mejoramiento profesional para impactar favorablemente a los estudiantes y a la vez aspirar a los incentivos escalonados para los maestros participantes del Plan de Carrera Magisterial. Sin embargo el DE ha incumplido con las disposiciones de esa Ley y ni siquiera observa los procesos que dicha Ley requiere.

Como maestra he cumplido con la responsabilidad de continuar preparándome y estudiando, invirtiendo del poco salario que recibo para dichos fines, confiando en la promesa empeñada del gobierno, mediante legislación.

Nunca he recibido ninguna notificación indicando se detendrían o no se harían los pagos de la Carrera Magisterial.

Como consecuencia de todo ésto, tampoco he podido solicitar Revisión del Salario del Personal Docente Activo en la Carrera

Magisterial ya que he ido personalmente al Departamento de Educación (Oficina Central) y ni siquiera atienden y/o te dan mil excusas sobre el asunto.

Como verán mi salario mensual 2,045, está bien por debajo y no concuerda con los años de experiencia.

Fundamentos de Hecho y Derecho al oponerme a la Objeción Global

1- Me gradué de Bachillerato en Educación Elemental (K-3) grados, en la UPR de Río Piedras en diciembre de 2001.

2- Terminé la Maestría en Educación con Especialidad en la Enseñanza en el Nivel Primario en mayo de 2005.

3- Soy maestra Certificada por el Departamento de Educación desde septiembre de 2004 al presente.

Sylvette Santisteban Bisbal

No. de Reclamación
153211

4- Trabajo como maestra, con el Departamento de Educación, Región Educativa de Caguas.

5- Soy maestra en Educación con Concentración en la Niñez Temprana Nivel Elemental Primario.

6- Me desempeño en la actualidad, como maestra de segundo grado en la Escuela Rosa Cecilia Benítez de la Urb. Villa del Rey en Caguas.

7- Tengo una plaza regular, ó permanencia desde mayo 2013.

8- Tengo 16 años de experiencia en el Departamento de Educación y 3 años en Escuela Privada (labor que realizaba mientras estudiaba la Maestría).

9- Mi salario actual es de $2,045 mensuales. Ésto luego del aumento otorgado a los maestros de escuela pública,

Sylvette Santisteban Bishop

5

153211

por la Administración de Ricardo Roselló Nevares.

10- Solicité Activación en la Carrera Magisterial desde abril de 2014.

11- Completé y entregué el Plan de Mejoramiento Profesional, requisito de acuerdo con el artículo 2.07 de la Ley de la Carrera Magisterial.

12- De acuerdo con mis años de experiencia en la profesión y la preparación Académica, aspiro al Nivel III, según lo establece la Ley en el Artículo 2.05 ya que reúno los requisitos que se establecen.

13- Monto de la Reclamación - Indefinida.