| IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT. |
|---|

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| SANTISTEBAN BISBAL, SYLVETTE | 153211 | 7/3/2018 | Commonwealth of Puerto Rico | $9,781.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

| SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE. |
|---|

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| SANTISTEBAN BISBAL, SYLVETTE | 153211 | 7/3/2018 | Commonwealth of Puerto Rico | $9,781.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

000547

UNIVERSIDAD DE PUERTO RICO
RECINTO DE RÍO PIEDRAS
OFICINA DEL REGISTRADOR
PO BOX 23303
SAN JUAN PR 00931-3303

Núm. de Estudiante

# CERTIFICACIÓN

CERTIFICO QUE SANTISTEBAN BISBAL, SYLVETTE

COMPLETÓ LOS REQUISITOS DE MATERIAS CONDUCENTES AL GRADO DE

BACHILLER EN ARTES EN EDUCACIÓN ELEMENTAL
PROGRAMA GENERAL (K-3ER GRADO)

EN LA UNIVERSIDAD DE PUERTO RICO EL 20 DE DICIEMBRE DE 2001

CON LA RECOMENDACIÓN FAVORABLE DE LA FACULTAD,

EL GRADO LE SERÁ CONFERIDO EN FEBRERO 2002

EXPEDIDA EN RÍO PIEDRAS, PUERTO RICO, HOY 25 DE ENERO DE 2002

INDICE DE GRADUACIÓN: 2.80
PRÁCTICA DOCENTE: EDPE 4068 - A

OR—R.P.6
POR EL REGISTRADOR



JUAN APONTE HERNÁNDEZ
REGISTRADOR

sl



**UNIVERSIDAD DEL TURABO**
Oficina de Registraduría

# *Certificación*

CERTIFICO que **SYLVETTE SANTISTEBAN BISBAL**

Número de Identificación ·2434 completó los requisitos Conducentes al **Grado** de **Maestría** en **Educación** con Especialidad en **la Enseñanza en el Nivel Primario.** En <u>**mayo 2005**</u> con un Índice Académico de **<u>4.00.</u>** El grado le <u>**fue**</u> conferido el **<u>15 de junio de 2005.</u>**

Expedida a petición del estudiante en la Universidad del Turabo, hoy **20** de **junio** de **2005** en Gurabo, Puerto Rico.

*María V. Figueroa*
María V. Figueroa
Registradora

No hay errores ni borrones
livm

---

PO BOX 3030 GURABO, PUERTO RICO 00778-3030 TEL (787) 743-7979 EXT 4600 FAX EXT 4060

INSTITUTION ACCREDITED BY:
COUNCIL OF HIGHER EDUCATION, COMMONWEALTH
OF PUERTO RICO AND MIDDLE STATES ASSOCIATION
OF COLLEGES AND SECONDARY SCHOOLS

Case:17-03283-LTS Doc#:11078-1 Filed:02/14/20 Entered:02/18/20 11:54:53 Desc:
Exhibit 1 Page 4 of 19

AUTHENTICITY CONFIRMATION:
When photocopied in color or on the darker settings of black and white copiers, the word VOID will appear several times in large letters. A black and white transcript is not an original. Alteration of the transcript may be a criminal offense.

Student No:        -2434       Date of Birth:

Record of: SYLVETTE  SANTISTEBAN BISBAL
           PARQUE LAS MERCEDES
           D 1   CALLE LA CENTRAL
           CAGUAS, PR 00725
           PUERTO RICO

Date Issued: 25-JUN-05
STUD
ISSUED TO THE STUDENT
Page: 1

Issued To: SYLVETTE  SANTISTEBAN BISBAL
           PARQUE LAS MERCEDES
           D 1   CALLE LA CENTRAL
           CAGUAS, PR 00725
           PUERTO RICO

Course Level: GRADUATE
Student Type: CONTINUING
High School: ACADEMIA SAN ANTONIO 30-JUN-95
Only Admit: 2003-2004 FIRST SEMESTER

Current College(s): EDUCATION
 Current Major(s): TEACHING IN PRIMARY LEVEL

Comments:
DEGREE GPA 4.00
COMPLETED REQUIREMENTS ON MAY 2005

Degree(s) Awarded: MASTER OF EDUCATION 15-JUN-2005
         Major(s): TEACHING IN PRIMARY LEVEL

| SUBJ NO. | COURSE TITLE | CRED | GRD | PTS | R |
|---|---|---|---|---|---|

INSTITUTION CREDIT:

2003-2004 FIRST SEMESTER
 EDUCATION
 TEACHING IN PRIMARY LEVEL
 NEW GRADUATE

| EDUC | 505 | MODELS AND SYSTEM OF TEACHING | 3.00 | A | 12.00 | |
| EDUC | 537 | BEHAVIOR MODIFI EDU CHILD ADOL | 3.00 | A | 12.00 | |
| EDUC | 591 | PERC MOT DEV IMPLI FOR PRIM SC | 3.00 | A | 12.00 | |
| EDUC | 592 | INTEGRA OF ART TO THE K-3 CURR | 3.00 | A | 12.00 | |

 Ehrs: 12.00 GPA-Hrs: 12.00 Pts: 48.00 GPA: 4.00

2003-2004 SECOND SEMESTER
 EDUCATION
 TEACHING IN PRIMARY LEVEL
 NEW GRADUATE

| EDUC | 501 | PRINCIPLE AND SYSTEMATIC | 3.00 | A | 12.00 | |
| EDUC | 547 | LANGUAGE DEVELOP ACQUI: IMPLIC | 3.00 | A | 12.00 | |
| EDUC | 593 | THE TEACHING OF SCIENCE IN K-3 | 3.00 | A | 12.00 | |
| EDUC | 594 | MATH IN THE PRIMARY SCHOOLS | 3.00 | A | 12.00 | |

******************** CONTINUED ON NEXT COLUMN ********************

| SUBJ NO. | COURSE TITLE | CRED | GRD | PTS | R |
|---|---|---|---|---|---|

Institution Information continued:
 Ehrs: 12.00 GPA-Hrs: 12.00 Pts: 48.00 GPA: 4.00

2004-2005 FIRST SEMESTER
 EDUCATION
 TEACHING IN PRIMARY LEVEL
 NEW GRADUATE

| EDUC | 600 | EDUCATIONAL RESEARCH | 3.00 | A | 12.00 | |
| EDUC | 602 | READING SEMINAR | 3.00 | P | 0.00 | |

 Ehrs: 6.00 GPA-Hrs: 3.00 Pts: 12.00 GPA: 4.00

2004-2005 SECOND SEMESTER
 EDUCATION
 TEACHING IN PRIMARY LEVEL
 CONTINUING

| EDUC | 504 | LEADERSHIP, COMM & TEAMWORK | 3.00 | A | 12.00 | |
| EDUC | 581 | INTRODU TO GUIDAN & COUNS SERV | 3.00 | A | 12.00 | |
| EDUC | 604 | KNOWLEDGE INTEGRATION SEMINAR | 3.00 | P | 0.00 | |

 Ehrs: 9.00 GPA-Hrs: 6.00 Pts: 24.00 GPA: 4.00

********************* TRANSCRIPT TOTALS *********************

|  | Earned Hrs | GPA Hrs | Points | GPA |
|---|---|---|---|---|
| TOTAL INSTITUTION | 39.00 | 33.00 | 132.00 | 4.00 |
| TOTAL TRANSFER | 0.00 | 0.00 | 0.00 | 0.00 |
| OVERALL | 39.00 | 33.00 | 132.00 | 4.00 |

********************* END OF TRANSCRIPT *********************

UNIVERSIDAD DEL TURABO IS A PRIVATE EDUCATIONAL INSTITUTION AND A MEMBER OF THE NON-PROFIT ORGANIZATION ANA G. MENDEZ UNIVERSITY SYSTEM.

UNIVERSIDAD DEL TURABO
OFFICE OF THE REGISTRAR
APARTADO DE CORREO 3030, UNIVERSITY STATION, GURABO, PR 00778 • TEL. 743-7979

SEAL
VALID ONLY WITH SIGNATURE AND SEAL

Maria V. Figueroa
SIGNATURE OF REGISTRAR

15321/

# DEPARTAMENTO DE EDUCACIÓN
Department of Education

ESTADO LIBRE ASOCIADO DE PUERTO RICO
Commonwealth of Puerto Rico

## Certificado Docente
Teacher's Certificate

### El Secretario de Educación por la presente confiere a
The Secretary of Education hereby issues to

**SYLVETTE SANTISTEBAN BISBAL**

### el presente Certificado que lo faculta para ejercer como
this Certificate that entitles the holder to perform as

MAESTRO(A) DE EDUCACION EN LA NIÑEZ TEMPRANA: NIVEL ELEMENTAL PRIMARIO (K-3)
TEACHER OF EARLY CHILDHOOD EDUCATION- ELEMENTARY PRIMARY GRADES (K_3)

### en las escuelas públicas o privadas de Puerto Rico.
in the School System of Puerto Rico.

**Expedido desde** 10 de septiembre de 2016 **hasta** 10 de septiembre de 20 22
Issued on September 10 2016 and valid until September 10 20 22

**Dado en San Juan de Puerto Rico, el** 17 de octubre de 20 16
Given at San Juan, Puerto Rico on October 17 20 16

Rafael Román Meléndez
*Secretario de Educación*
*Secretary of Education*

Número de Certificado: 1036738
Certificate Number: 1036738

153211



# DEPARTAMENTO DE EDUCACIÓN
Department of Education

ESTADO LIBRE ASOCIADO DE PUERTO RICO
Commonwealth of Puerto Rico

## Certificado de Maestro
Teacher's Certificate

El Secretario de Educación por la presente confiere a
The Secretary of Education hereby issues to

**SYLVETTE SANTISTEBAN BISBAL**

el presente Certificado que lo faculta para ejercer como
this Certificate that entitles the holder to perform as

MAESTRO(A) DE EDUCACION EN LA NIÑEZ TEMPRANA: NIVEL ELEMENTAL PRIMARIO (K-3)
TEACHER OF EARLY CHILDHOOD EDUCATION- ELEMENTARY PRIMARY GRADES (K-3)

en las escuelas públicas o privadas de Puerto Rico.
in the School System of Puerto Rico.

Expedido desde 09 de septiembre de 2010 hasta 09 de septiembre de 20 16
Issued on September 09 2010 and valid until September 09 20 16

Dado en San Juan de Puerto Rico, el 10 de noviembre de 20 10
Given at San Juan, Puerto Rico on November 10 20 10

*Dr. Jesús M. Rivera Sánchez*
Secretario de Educación
Secretary of Education

Número de Certificado: 961468
Certificate Number: 961468

1532/1



# DEPARTAMENTO DE EDUCACIÓN
Department of Education

ESTADO LIBRE ASOCIADO DE PUERTO RICO
Commonwealth of Puerto Rico

## Certificado de Maestro
Teacher's Certificate

### El Secretario de Educación por la presente confiere a
The Secretary of Education hereby issues to

**SYLVETTE SANTISTEBAN BISBAL**

el presente Certificado que lo faculta para ejercer como
this Certificate that entitles the holder to perform as

MAESTRO(A) DE EDUCACION EN LA NIÑEZ TEMPRANA: NIVEL ELEMENTAL PRIMARIO (K-3)
TEACHER OF EARLY CHILDHOOD EDUCATION- ELEMENTARY PRIMARY GRADES (K_3)

en las escuelas públicas o privadas de Puerto Rico.
in the School System of Puerto Rico.

Expedido desde **08 de septiembre** de **2004**   hasta   **08 de septiembre** de 20 **10**
Issued on     September 08, 2004         and valid until  September 08,      20   10

Dado en San Juan de Puerto Rico. el **13 septiembre** de 20 **04**
Given at San Juan, Puerto Rico on    September 13,       20   04

Número de Certificado: 1142

Cesar A. Rey Hernandez
Secretario de Educación
Secretary of Education

Certificate Number: 1142

LexJuris
Puerto Rico

*Ley de la Carrera Magisterial de Puerto Rico, 1999*

## Ley Núm. 158 de 30 de junio de 1999, según enmendada

Esta Ley se conocerá como "Firma del estudiante Ley de la Carrera Magisterial".
(Junio 30, 1999, Núm. 158, art. 1.01, enmendada en el Agosto 28, 2002, Núm. 208, art. 1.)

Las Exposiciones de Motivos de la Ley [Núm. 208 de 28 de agosto de 2002] y de esta Ley forman parte del texto normativo y constituyen su declaración de propósitos.
(Junio 30, 1999, Núm. 158, art. 1.02, enmendada en el Agosto 28, 2002, Núm. 208, art. 2.)

Serán miembros de la Carrera Magisterial los maestros del salón de clases, los maestros bibliotecarios, los orientadores escolares, los trabajadores sociales escolares, los maestros especialistas en tecnología instruccional, los coordinadores industriales y los coordinadores de programas vocacionales, que:
1. Posean certificados regulares de maestro en la categoría en que se desempeñen.
2. Tengan status permanente, y.
3. Estén trabajando como maestros de salón de clases, maestros bibliotecarios, orientadores escolares, trabajadores sociales escolares, maestros especialistas en tecnología instruccional, coordinadores de programas vocacionales y coordinadores industriales y estén realizando las funciones inherentes en la categoría de puesto para el cual se les expidió el certificado regular.
(Junio 30, 1999, Núm. 158, art. 1.03, enmendada en el Agosto 28, 2002, Núm. 208, art. 1.)

Estarán excluidos de la Carrera Magisterial los maestros con status probatorio, transitorio elegible y provisional.
(Junio 30, 1999, Núm. 158, art. 1.04; enmendada en el Agosto 28, 2002, Núm. 208, art. 1.)

El Secretario promulgará un Reglamento de la Carrera Magisterial, complementario de esta Ley, armonizando sus disposiciones con ésta."
(Junio 30, 1999, Núm. 158, art. 1.05; enmendada en el Agosto 28, 2002, Núm. 208, art. 1.)

El reconocimiento de la clasificación será efectivo en la fecha en que el miembro de la Carrera Magisterial evidencie haber completado debidamente su Plan de Mejoramiento Profesional y el mismo haya sido aprobado por la autoridad correspondiente.
(Junio 30, 1999, Núm. 158, art. 3.04; enmendado y renumerado como art. 2.04 en el Agosto 28, 2002, Núm. 208, art. 3.)

**Artículo 2.05**

El Nivel III en cada clasificación se otorgará al miembro de la Carrera Magisterial que apruebe los siguientes requisitos:

a) Maestría en la categoría en que se desempeña.

b) Siete (7) años de experiencia docente en el Sistema de Educación Pública.

c) Doscientas (200) horas-contacto en actividades de educación continuada desde que se le reconoció el nivel que ocupa al momento de solicitar el ascenso.

d) Evaluaciones satisfactorias de su desempeño docente; o en su lugar, los siguientes requisitos:

1. Cuarenta y cinco (45) créditos académicos a nivel graduado en áreas de estudios relacionadas con la categoría en que se desempeña, aprobados en una institución educativa superior debidamente acreditada o reconocida en Puerto Rico.

2. Cien (100) horas contacto en actividades de educación continuada desde que se reconoció el nivel que ocupa al momento de solicitar el ascenso.

3. Siete (7) años de experiencia docente en el Sistema de Educación Pública.

Evaluaciones satisfactorias de su desempeño docente.

El reconocimiento del nivel será efectivo en la fecha en que el miembro de la Carrera Magisterial evidencie haber completado debidamente su Plan de Mejoramiento Profesional y el mismo haya sido aprobado por la autoridad correspondiente.

Se les reconocerá el incentivo correspondiente al Nivel II a aquellos miembros de la Carrera Magisterial que asciendan del Nivel I al Nivel III y cumplan con todos los requisitos de éste Artículo.
(Junio 30, 1999, Núm. 158, art. 3.05; enmendado y renumerado como art. 2.05 en el Agosto 28, 2002, Núm. 208, art. 3.)

El Nivel IV se otorgará al miembro de la Carrera Magisterial que apruebe los siguientes requisitos:

(a) Doctorado en la categoría en que se desempeña.



# DEPARTAMENTO DE EDUCACIÓN

Estado Libre Asociado de Puerto Rico
Secretaría Auxiliar de Recursos Humanos

Certificaciones Docentes y Desarrollo Profesional

## Solicitud de Activación a la Carrera Magisterial

**Nombre del Solicitante:** Sylvette Santisteban Bisbal

**Seguro Social:** 2434

**Categoría:** Nivel Emelemtal K-3

**Número de Puesto:** R71418

**Escuela:** Rosa Cecilia Benítez

**Distrito escolar:** Gurabo

**Región Educativa:** Caguas

**Nivel que aspira:** Nivel III

De acuerdo con el artículo 2.07 del reglamento de la Carrera Magisterial, esta solicitud debe entregarse en unión al Plan de Mejoramiento Profesional durante el mes de abril de cada año escolar.

_____
Firma del solicitante

abril de 2014
Fecha de Radicación

**Recibido Por:** _____



# DEPARTAMENTO DE EDUCACIÓN

Estado Libre Asociado de Puerto Rico
Secretaria Auxiliar de Recursos Humanos
Oficina de Carrera Magisterial

**Certificaciones Docente y Desarrollo Profesional**

## PLAN DE MEJORAMIENTO PROFESIONAL

Parte I. Información Personal y Profesional      Página: 1

| | |
|---|---|
| Nombre: | **Sylvette Santisteban Bisbal** |
| Seguro Social: | **·2434** |
| Preparación Académica: | **Maestría en Educación con Especialidad en la Enseñanza del Nivel Primario** <br> **Bachillerato en Artes en Educación Elemental** <br> **(Programa General (K – 3er Grado)** |
| Categoría de permanecia: | **Nivel Elemental K-3** |
| Nivel: | **Elemental** |
| Escuela: | **Rosa Cecilia Benítez** |
| Distrito Escolar: | **Gurabo** |
| Región Educativa: | **Caguas** |
| Años de experiencia: | **12 años** |
| Rango del Solicitante: | **Maestro Asociado** |

Niveles: I\_\_\_\_     II\_\_\_\_     III <u>*X*</u>     IV\_\_\_\_

Periodo de Vigencia:    De 29 de abril de 2014

                      Al   29 de abril de 2019

Preparado y sometido por:

_____
Sylvette Santisteban Bisbal

<u>29 de abril de 2014</u>               _____
Fecha de radicación                  Fecha de Aprobación por el Comité de Evaluación



# DEPARTAMENTO DE EDUCACIÓN

Estado Libre Asociado de Puerto Rico
Secretaria Auxiliar de Recursos Humanos
Oficina de Carrera Magisterial

*Plan de Mejoramiento Profesional*
Parte II   Introducción

Nombre: **Sylvette Santisteban Bisbal**                         Página: 2

Seguro Social:            -2434                Fecha de Radicación: <u>29 de abril de 2014</u>

Información Profesional:

### A. Preparación académica y experiencia docente:

Tengo un Bachillerato en Artes en Educación Elemental y un Grado de Maestría en Educación con Especialidad en la Enseñanza en el Nivel Primario. Además poseo la certificación de maestra cooperadora. Tengo 12 años de experiencia como maestra y he participado en diferentes adiestramientos y educación continuada.

### B. Logros y reconocimientos profesionales obtenidos:

Haber completado 39 créditos a nivel Graduado y 129 horas en Educación Contínua. Además he alcanzado logros académicos con mis estudiantes utilizando diferentes técnicas de assessment.

### C. Actividades académicas y no académicas de servicio a la comunidad escolar realizada en los últimos 2 años:

He participado con el comité de actividades de la escuela, mediante el cual se planifican las diferentes actividades tales como: Carrera del Pavo, Día de Juegos, Semana de la Puertorriqueñidad, Organizaciones Estudiantiles, Semana de la Lengua entre otros y en el Programas de 21 Century.

### D. Resumen del entorno, social, cultural, económico y académico de la escuela y la comunidad a la cual sirve:

La Escuela Rosa Cecilia. está ubicada en el Barrio Turabo del Municipio de Caguas del Distrito de Gurabo Región Educativa de Caguas. La dirección física es: Urbanización Villa del Rey, Caguas Puerto Rico. Es de nivel elemental y atiende estudiantes de los grados RMA, Autismo Pre-escolar Kinder a Sexto, en la organización sencilla, con un horario de 8:00 am a 3:00pm. La escuela se encuentra en su 4to año de plan de mejoramiento, clasificación actual *Progreso*. Se ofrece a los estudiantes transportación escolar, comedor escolar, SES, y los servicios de terapias. . Cuenta con unas facilidades físicas de : 19 salones académicos, 2 salones contenido, 3 salones de Kindergarten, 1 Biblioteca,

# Certificado



otorgado a

## Sylvette Santisteban

Por haber completado satisfactoriamente el
Curso Preparatorio para Maestro Cooperador
en la Especialidad de Educación Elemental K-3
(45 horas)

Demostrando su dominio, conocimientos y destrezas.
Auspiciado por la Escuela de Educación
Como parte del Programa de Actividades de Desarrollo Profesional.

Dado en Gurabo, Puerto Rico; el día 18 de julio de 2008.

_____
Ángela Candelario, Ph. D.
Decana Escuela de Educación

_____
Prof. Elaine Guadalupe
Decana Asociada Escuela de Educación

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
DEPARTAMENTO DE EDUCACIÓN

Oficina de la Carrera Magisterial

Anejo 1
OCM-06

## CERTIFICACIÓN DE RADICACIÓN Y APROBACIÓN DEL PLAN DE MEJORAMIENTO PROFESIONAL

Certificamos que el profesor __Sylvette Santisteban__, seguro social __-2434__ de la Escuela __Rosa C. Benítez__ del Distrito Escolar de __Gurabo__ radicó su Plan de Mejoramiento Profesional de acuerdo con las disposiciones del Reglamento de Carrera Magisterial, Artículo 2.06, para el periodo de 1.º de abril de 2014 al 1.º de abril de 2019 (5 años).

Certificamos, además, que el Comité de Evaluación analizó dicho plan, al utilizar como referencia el Capítulo VI del mismo reglamento; y que fue aprobado hoy, __1__ de __mayo__ de 20__14__.
(mayo o junio)

### COMITÉ DE EVALUACIÓN

| NOMBRE | FIRMA | POSICIÓN |
|---|---|---|
| José J. Cardona | [firma] | DIRECTOR / SUPERINTENDENTE |
| Julia Cruz López | [firma] | REP. DOCENCIA / FACILITADOR |
| Elizabeth García | [firma] | REP. DEL CONSEJO ESCOLAR |

ACTIVACIÓN: PRIMERA VEZ __X__  REACTIVACIÓN ____

PLAN: NIVEL II ____ NIVEL III __X__ NIVEL IV ____

FECHA EN QUE EL SOLICITANTE RADICÓ LA SOLICITUD: __29__ DE ABRIL DE 20__14__

NOTA: EL DIRECTOR TIENE QUE COMPLETAR ESTE DOCUMENTO EN TODAS SUS PARTES.

P.O. Box 190759
San Juan, Puerto Rico 00919-0759
Tel: (787) 773-2456 / 2452 / 2448 / 2293/ 2297/ 6287

RECIBIDO
MAY 02 2014
OFICINA DE CARRERA MAGISTERIAL



El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.



# DEPARTAMENTO DE EDUCACIÓN

Estado Libre Asociado de Puerto Rico
Secretaria Auxiliar de Recursos Humanos
Oficina de Carrera Magisterial

*Plan de Mejoramiento Profesional*                          Página:5

Nombre: Sylvette Santisteban Bisbal

Seguro Social    ·2434            Fecha de Radicación: 29 de abril de 2014

Parte III. Objetivo General del Plan

    Al finalizar las cinco etapas de desarrollo del plan de mejoramiento Profesional espero.

- Alcanzar el nivel magisterial de Maestro Asociado.
- Solicitar las revisiones de salario correspondientes a cada etapa del plan.
- Continuar mi desarrollo Profesional a través de la participación de los diferentes cursos y talleres de educación continua.
- Continuar trabajando para obtener evaluaciones de ejecución profesional excelente.

16 de mayo de 2013

A: Aida Díaz de Rodríguez

Presidenta de la Asociación de Maestros de PR

P/C: Mari Carmen Gutiérrez

Oficina de Relaciones Públicas de la Asociación de Maestros de PR

De: Sylvette Santisteban Bisbal

Urbanización Parque Las Mercedes calle la central D-1 Caguas PR 00725

Historial Académico

julio de 2008 - Curso Preparatorio para Maestro Cooperador en la Especialidad de Educación Elemental K-3 en la Universidad del Turabo

mayo de 2005 - Maestría en Educación con Especialidad en la Enseñanza en el Nivel Primario con un Indice Académico de 4.00. en la Universidad del Turabo

septiembre de 2004 - Certificado de maestro en el Nivel Elemental Primario (K-3)

diciembre de 2001 - Bachillerato En Artes en Educación Elemental Programa General (K-3) en la Universidad de Puerto Rico en Río Piedras

Historial de Empleo

agosto 2012 a mayo 2013 - Escuela Rosa Cecilia Benítez en Caguas

Sueldo $1,920

agosto 2010 a mayo 2012 - Escuela Miguel F. Chiqués en Caguas

enero 2010 a mayo 2010 - Escuela Ramón Brugueras en Caguas

agosto 2007 a enero 2010 - Escuela Abelardo Díaz Morales en Caguas

agosto 2006 a mayo 2007 - Escuela Benita González en Caguas

agosto 2005 a mayo 2006 - Escuela Francisco Valdés en Caguas

agosto 2003 a mayo 2005 - Colegio San José Elemental en Caguas

agosto 2002 a mayo 2003 - Colegio Bautista en Río Piedras

diciembre 2001 a mayo 2002 - Escuela Emilio del Toro en San Juan



ESTADO LIBRE ASOCIADO DE
PUERTO RICO
DEPARTAMENTO DE EDUCACIÓN

24 de febrero de 2015

Subsecretario para Asuntos Académicos, Subsecretaria de Administración, Secretario Asociado de Educación Especial, Secretarios Auxiliares, Director Interino del Instituto de Capacitación Administrativa y Asesoramiento a las Escuelas, Director del Instituto para el Desarrollo Profesional del Maestro, Directores de Oficinas, Programas y Divisiones, Directores de las Regiones Educativas, Ayudantes Especiales a cargo de los Distritos Escolares, Superintendentes y Superintendentes Auxiliares de Escuelas, Facilitadores Docentes, Directores de Escuela y Miembros Activos en la Carrera Magisterial

Prof. Rafael Román Meléndez
Secretario

**RECLAMACIÓN DE NIVEL Y REVISIÓN DE SALARIO DEL PERSONAL DOCENTE ACTIVO EN LA CARRERA MAGISTERIAL**

Los miembro activos en la Carrera Magisterial tienen derecho a reclamar ascenso de nivel y revisión de salario durante el mes de enero de cada año escolar al concluir satisfactoriamente su Plan de Mejoramiento Profesional. Además, solo pueden solicitar revisión salarial al concluir cada una de las etapas en que se divide su plan, de conformidad con el Capítulo VII del Reglamento de la Carrera Magisterial.

El procedimiento para el análisis y manejo de las solicitudes de reconocimiento de nivel o revisión de salario, radicadas por los miembros activos en la Carrera Magisterial, será el siguiente:

- Completar y entregar la solicitud (Anejo 1- OCM-07 enmendada), junto a los documentos que la justifican (Anejo 5); se radicará ante el director de la escuela, quien certificará la entrega no más tarde del **13 de marzo de 2015**.

- Con posterioridad al **16 de marzo de 2015**, el director de escuela o superintendente (en caso de que la escuela no tenga director) convocará al Comité de Evaluación para el cotejo y análisis de los Planes de Mejoramiento Profesional (Anejo 5).

- El Comité de Evaluación estará constituido por: el director de escuela; un representante del Consejo Escolar; un facilitador docente / representante de la docencia.

- Si procede, el Comité de Evaluación expedirá las Recomendaciones de Revisión de Salario y Reconocimiento de Nivel (Anejo 2- OCM-09) para los docentes que cumplan con lo que dispone la ley a esos efectos.

P.O. Box 190759
San Juan, Puerto Rico 00919-0759
Tel. 787 773 2452 / 2488



El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental, ni por ser víctima de violencia doméstica, agresión sexual o acecho.

**RECLAMACIÓN DE NIVEL Y REVISIÓN DE SALARIO DEL PERSONAL DOCENTE ACTIVO EN LA CARRERA MAGISTERIAL**
Página 2

- De no proceder, el director enviará una comunicación (Anejo 6) al solicitante para indicar las razones por las cuales no se aprobó su petición. Una copia de este documento deberá remitirse a la Oficina de Carrera Magisterial.
- Cada región educativa identificará un funcionario que servirá de enlace entre la Oficina de Carrera Magisterial y las escuelas para facilitar la entrega de los documentos.
- El director de escuela enviará, por medio del enlace regional, las Solicitudes de Revisión de Salario y Reclamación de Nivel (OCM-07) y las Recomendaciones de Revisión de Salario y Reconocimiento de Nivel (OCM-09) a la Oficina de Carrera Magisterial. Las mismas deberán incluir los siguientes documentos:
    1. Copia fiel y exacta del Plan de Mejoramiento Profesional del reclamante, debidamente certificada por el director de escuela (Anejo 4). El plan original permanecerá bajo la custodia del director escolar para futuras auditorías.
    2. Documentos fehacientes que comprueben que el reclamante completó los requisitos de preparación académica (transcripción de crédito oficial), certificaciones oficiales que acrediten las horas de participación en actividades de educación continua (copias certificadas) y evidencias del proyecto especial (si aplica), entre otros documentos relacionados.
    3. Informes de evaluaciones recientes del desempeño docente del reclamante, durante la vigencia del plan
    4. Cualquier otro documento necesario que evidencie que el reclamante cumplió satisfactoriamente con su plan.
- La fecha límite para que el director de escuela entregue los documentos con sus recomendaciones a la región educativa será el 10 de abril de 2015. No se aceptarán documentos con posterioridad a esa fecha.
- No se considera radicada ninguna solicitud en que falte alguno de los documentos que la complementan. Se procederá a devolver la misma sin tramitar.
- No se recibirán documentos entregados por maestros u otro personal.
- Todos los documentos deberán estar firmados en tinta azul para evitar que se confundan las copias y los originales. Los documentos no se entregarán en carpetas.
- Si el maestro sometió una solicitud de revisión de Nivel III o IV (5.ª etapa) durante el mes de enero 2014, no tendrá que someter nuevamente la solicitud junto con los documentos que comprueban el cumplimiento del plan. Solo tiene que someter el Anejo 7 durante el periodo provisto en este memorando.
- Si el maestro presentó una solicitud de revisión salarial junto con los documentos que comprueban el cumplimiento del plan para una o varias etapas o nivel durante el mes de enero 2014, deberá someterla nuevamente.

Para información adicional pueden comunicarse con la Oficina de Carrera Magisterial a los siguientes números telefónicos: 787 773 2448 / 2293 / 2296 / 2297 / 6287/ 2295.