Sylvette Santisteban Bisbal
Urb. Parque Las Mercedes
Calle La Central D-1
Caguas, P.R. 00725-7549
* Claim 153211



7019 1640 0001 9527 0925





U.S. POSTAGE PAID
FCM LG ENV
SALINAS, PR
00751
FEB 13, 20
AMOUNT
$8.20
R2305K135299-97

Secretaria
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico
00918-1767

RECEIVED & FILED
2020 FEB 14 PM 3:19
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR