7 de febrero de 2020

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIALOVERSIGHT AND MANAGEMENT BOARDFOR PUERT RICO, | **No. 17 BK 3283-LTS** |
| As representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, et | This filing relates to the Commonwealth, HTA, and ERS |

El motivo para unirme a la Objeción Global es, que el gobierno de Puerto Rico utilizó mis aportaciones al Sistema de Retiro sin mediar autorización o solicitud formal. Ese dinero fue utilizado para el pago a Acreedores del Gobierno de Puerto Rico. El caso de "EMPLOYEES RETIREMENT SYSTEMS OF THE PUERTO RICO" no tiene número de reclamo al momento, debido a que se completó una nueva solicitud a Commonwealth of Puerto Rico Supplemental Information Processing Center y se espera contestación.

La segunda Objeción es la actualización de los salarios básicos del Plan de Retribución con el salario Mínimo Federal que no se actualizaron. Mis números de reclamación son **20007, 19394,37092, 37098, 40705** y **19959** "COMMONWEALTH OF PUERTO RICO". Como previamente estipulado, se envió nueva solicitud para el nuevo número de reclamo.

Solicito muy respetuosamente a este Tribunal que este dinero sea devuelto.

Lizzie J. Ruiz Pagán
P.O. Box 1813
Juncos P.R 00777
Teléfono (787) 310-6128
Correo Electrónico: lizzie.ruiz@familia.pr.gov