Lizzie J. Ruiz Pagán
P.O. Box 1813
Juncos P.R 00777

7019 0140 0000 1397 5702

U.S. POSTAGE PAID
FCM LG ENV
JUNCOS, PR
00777
FEB 13, 20
AMOUNT
$4.75
R2305K134649-11

1000
00918

Secretaría
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
Ave. Carlos Chardón
San Juan, Puerto Rico 00918-1767

RECEIVED & FILED
2020 FEB 14  PM 3:19
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR