**EXHIBIT B**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-BK-03283 (LTS) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor. | PROMESA<br>Title III<br><br>Case No. 17-BK-03566 (LTS) |

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK- 4780) (Last Four Digits of Federal Tax ID: 3747).

## Affidavit of Michael Rodriguez Gomez Pursuant to 28 U.S.C. § 1746

I, Michael Rodriguez Gomez, of legal age, married, resident of San Juan, Puerto Rico, as server of process and subpoenas in the captioned case, certify and declare the following:

1. That my name and personal circumstances are as stated above.

2. That I know how to read and write, I am not an attorney, and I have no personal interest in this case.

3. That on January 27, 2020, I received a copy of a Notice of Subpoena executed by Attorney David R. Fox of Jones Day, to be served upon Mr. Juan A. Cancel Alegria for an in-person deposition and instructing him to appear at the offices of Delgado & Fernández, LLC in San Juan, Puerto Rico on February 24, 2020 at 9:30 am.

4. On January 28, 2020, at 9:00 am, I visited the gated community known as ▓▓▓▓▓ ▓▓▓▓▓ in the municipality of Carolina, Puerto Rico. There, I requested authorization from the security guard to visit ▓▓▓▓▓, which is the last known address of Mr. Cancel Alegria. I was denied access by the security guard because the residents were not home. I returned to this address on January 28, 2020 at 5:00 pm, on January 29, 2020 at 9:00 am, 1:00 pm, and 6:00 pm. I was again denied access each time because the residents were not home.

5. I returned to the same address on February 7 and 8, 2020 at 9:00 am, and was again denied access each time because the residents were not home. The security guard confirmed that is the address for Mr. Cancel Alegria.

6. On February 8, 2020 I performed a diligent search using social media platforms Facebook and Instagram to try to obtain a different address for Mr. Cancel Alegria, but I did not find another address.

2

7. Today, February 12, 2020, I visited the City Hall and interviewed Mrs. Griselle Encarnacion Gonzalez, Secretary. She stated that they have no information regarding the location of Mr. Cancel Alegria, and she does not know him personally.

8. Also, today, February 12, 2020, I visited the State Police Station in Carolina, Puerto Rico and interviewed Agent Samuel Navarro, Badge No. 31464. He stated that they have no information regarding the location of Mr. Cancel Alegria, and he does not know him personally.

9. Finally, today, February 12, 2020, I visited the Post Office in Carolina, Puerto Rico and interviewed the station postmaster Ms. Cinthya Maldonado. She stated that she is not allowed to provide any information of a postal client, that she had no information regarding the location of Mr. Cancel Alegria, and she does not know him personally.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in San Juan, Puerto Rico on this 12th day of February 2020.

Michael Rodriguez Gomez

3