Febrero-12-2020

A quién pueda interesar:

¡Saludos!

Yo, Marcelina Vargas Lisboa
Mi dirección es Calle Ruiz Soler #44 Urb. Kennedy Quebradillas, P.R. 00678
P.O. Box 1515 Quebradillas, P.R. 00678

Teléfono - 787-425-3449

Mi reclamación es la siguiente por salarios impagos al epígrafe Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico:

a- ELA
b- Cofina
c- Sistema Retiro
d- Autoridad de Carretera y transportación de Puerto Rico
e- AEE
f- Centésima, trigésima, cuarta objeción global

El motivo es la razón que me opongo es porque tengo derecho a la bonificación que corresponde por años de servicios de la Ley 96 Incentivo del 3% del Departamento Educación de Puerto Rico y Sistema de Retiro.

Adjunto evidencias:

Espero su pronta atención a dicha situación.

Atentamente,
Marcelina Vargas Lisboa