Número de Evidencia de Reclamación:
Reclamante:

# INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

## Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial**. A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación. Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

## Cuestionario

1. ¿Cuál es el fundamento de su reclamación?

   - ● Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este
   - ☐ Empleo actual o anterior en el gobierno de Puerto Rico
   - ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

   _Ley 96 - Ley 180_

2. ¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):

   _$14,000.00 Ley 180 al 3% de reclamación Departamento Educación de Puerto Rico_

*Número de Evidencia de Reclamación:*
*Reclamante:*

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?

   ☐ No. *Pase a la Pregunta 4.*

   ● Sí. Responda preguntas 3(a)-(d).

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó: Departamento Educación de Puerto Rico

3(b). Identifique las fechas de su empleo con relación a su reclamación: Junio-21-2018

3(c). Últimos cuatro dígitos de su número de seguro social: 8359

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):

   ☐ Jubilación

   ● Salarios impagos

   ☐ Días por enfermedad

   ☐ Queja con el sindicato

   ☐ Vacaciones

   ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

   _____
   _____

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?

   ☐ No.

   ● Sí. Responda Preguntas 4(a)-(f).

4(a). Identifique el departamento o agencia que es parte de esta acción. Departamento Educación de Puerto Rico

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución: Commonwealth of Puerto Rico, United States Bankruptcy Court for the District of Puerto Rico San Juan

4(c). Número de caso: 17-03283

4(d). Título, epígrafe, o nombre del caso: ELA, Cofina, Sistema Retiro, AEE, Autoridad Carretera y transportación Puerto Rico, Centésima, trigésima, cuarta objeción global.

2

Número de Evidencia de Reclamación:
Reclamante:

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):

___Resolución___

4(f). ¿Tiene usted una sentencia impaga? Sí / No (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?

Junio-21-2018 $14,000.00 Ley Promesa Proof Claim 160035

3

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Vargas Lisboa, Marcelina | 160035 | 7/6/2018 | Commonwealth of Puerto Rico | $14,000.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Vargas Lisboa, Marcelina | 160035 | 7/6/2018 | Commonwealth of Puerto Rico | $14,000.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 04/01/2018 |
| Hasta: | 04/15/2018 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | 4171155 |
| Fecha Aviso: | 04/13/2018 |

**MARCELINA VARGAS LISBOA**
PO BOX 1515
QUEBRADILLAS PR 00678-1515

SS: XXX-XX-8359

| | |
|---|---|
| # Empleado: | XXXXX8359 |
| Dept: | 592160-ANOS SERVICIO LEY91 2004 |
| Lugar: | A/OS SERVICIO LEY 91 |
| Titulo: | Pensionado |
| Sueldo: | $2,066.25 Monthly |

| | | |
|---|---|---|
| DATA IMP: | Federal | PR |
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,033.13 | 562.50 | 7,231.91 |
| Total: | | | 1,033.13 | 562.50 | 7,231.91 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 53.48 | 374.36 |
| Total: | 53.48 | 374.36 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-MCS Advantage | 0.00 | 300.00 |
| * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 1,033.13 | 0.00 | 53.48 | 979.65 |
| Acumulado: | 7,231.91 | 0.00 | 374.36 | 6,857.55 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| - Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| - Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #4171155 | 979.65 |
| Total: | 979.65 |

MENSAJE:

---

**Gobierno de Puerto Rico**
592.- SISTEMA DE RETIRO MAESTRO-PENS

Fecha
04/13/2018

Aviso No.
4171155

Cant. Deposito: $979.65

MARCELINA VARGAS LISBOA
PO BOX 1515
QUEBRADILLAS PR 00678-1515

TRAY 39 SQ 9325**********SCH 5-DIGIT 00627   9325 2 AV 0.378

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | | $979.65 |
| Total: | | $979.65 |

**NO-NEGOCIABLE**

| Gobierno de Puerto Rico | | | | Grupo de Pago: | SM -Quincenal | | Business Unit: PUERT | |
|---|---|---|---|---|---|---|---|---|
| 592 - SISTEMA DE RETIRO MAESTRO-PENS | | | | Desde: | 04/16/2018 | | Aviso #: | 4310200 |
| | | | | Hasta: | 04/30/2018 | | Fecha Aviso: | 04/27/2018 |
| MARCELINA VARGAS LISBOA | | | | # Empleado: | XXXXX8359 | | DATA IMP: | Federal | PR |
| PO BOX 1515 | | | | Dept: | 592160-ANOS SERVICIO LEY91 2004 | | Estado Civil: | Married | Married |
| QUEBRADILLAS PR 00678-1515 | | | | Lugar: | A/OS SERVICIO LEY 91 | | Concesiones: | 0 | 39 +99 |
| | | | | Titulo: | . Pensionado | | Pct. Adcl.: | | |
| SS: XXX-XX-8359 | | | | Sueldo: | $2,066.25 Monthly | | Cant. Adcl.: | | |

### HORAS E INGRESOS | IMPUESTOS

| | | ------- Corriente ------- | | ------ Acumulado ------ | | | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | | 1,033.13 | 645.00 | 8,265.04 | | | |
| Total: | | | 1,033.13 | 645.00 | 8,265.04 | Total: | 0.00 | 0.00 |

### DEDUCCIONES | DEDUCCIONES GENERALES | BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| | | | RM-Prest Pers De Cuota-Ret Mae | 53.48 | 427.84 | SM-MCS Advantage | 100.00 | 400.00 |
| Total: | 0.00 | 0.00 | Total: | 53.48 | 427.84 | * Tributable | | |

### TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA

| | | | | | |
|---|---|---|---|---|---|
| Corriente: | 1,033.13 | | 0.00 | 53.48 | 979.65 |
| Acumulado: | 8,265.04 | | 0.00 | 427.84 | 7,837.20 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #4310200 | 979.65 |
| Total: | 979.65 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| - Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| - Ajustes: | |
| Balance Final: | 0.0 |

MENSAJE:

Gobierno de Puerto Rico
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
04/27/2018

Aviso No.
4310200

Cant. Deposito: $979.65

TRAY 39 SQ 9325**************SCH 5-DIGIT 00627    9325 2 AV 0.378
MARCELINA VARGAS LISBOA
PO BOX 1515
QUEBRADILLAS PR 00678-1515

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | | $979.65 |
| Total: | | $979.65 |

NO-NEGOCIABLE

| Gobierno de Puerto Rico | Grupo de Pago: | SM -Quincenal | Business Unit: | PUERT |
|---|---|---|---|---|
| 592 - SISTEMA DE RETIRO MAESTRO-PENS | Desde: | 05/01/2018 | Aviso #: | 4684342 |
| | Hasta: | 05/15/2018 | Fecha Aviso: | 05/14/2018 |

| MARCELINA VARGAS LISBOA | # Empleado: | XXXXX8359 | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| PO BOX 1515 | Dept: | 592160-ANOS SERVICIO LEY91 2004 | Estado Civil: | Married | Married |
| QUEBRADILLAS PR 00678-1515 | Lugar: | A/OS SERVICIO LEY 91 | Concesiones: | 0 | 39 +99 |
| | Titulo: | Pensionado | Pct. Adcl.: | | |
| SS: XXX-XX-8359 | Sueldo: | $2,066.25 Monthly | Cant. Adcl.: | | |

## HORAS E INGRESOS | IMPUESTOS

| | | Corriente | | Acumulado | | | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | | 1,033.13 | 727.50 | 9,298.17 | | | |
| Total: | | | 1,033.13 | 727.50 | 9,298.17 | Total: | 0.00 | 0.00 |

## DEDUCCIONES | DEDUCCIONES GENERALES | BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| | | | RM-Prest Pers De Cuota-Ret Mae | 53.48 | 481.32 | SM-MCS Advantage | 0.00 | 400.00 |
| Total: | 0.00 | 0.00 | Total: | 53.48 | 481.32 | * Tributable | | |

## TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA

| | | | | | |
|---|---|---|---|---|---|
| Corriente: | 1,033.13 | | 0.00 | 53.48 | 979.65 |
| Acumulado: | 9,298.17 | | 0.00 | 481.32 | 8,816.85 |

| PTO HORAS | ACUM | | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|
| Balance Inicial: | 0.0 | | Aviso #4684342 | 979.65 |
| + Acumulado: | | | Total: | 979.65 |
| - Utilizado: | | | | |
| - Donada: | | | | |
| + Ajustes: | | | | |
| Balance Final: | 0.0 | | | |

MENSAJE:

---

Gobierno de Puerto Rico
592.- SISTEMA DE RETIRO MAESTRO-PENS

Fecha
05/14/2018

Aviso No.
4684342

Cant. Deposito: $979.65

| DISTRIBUCION DE DEPOSITO DIRECTO | | |
|---|---|---|
| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| Savings | | $979.65 |
| Total: | | $979.65 |

TRAY 39 SQ 9325**************SCH 5-DIGIT 00627   9325 2 AV 0.378
MARCELINA VARGAS LISBOA
PO BOX 1515
QUEBRADILLAS PR 00678-1515

NO-NEGOCIABLE

| Gobierno de Puerto Rico | | Grupo de Pago: | SM -Quincenal | Business Unit: PUERT |
|---|---|---|---|---|
| 592 - SISTEMA DE RETIRO MAESTRO-PENS | | Desde: | 05/16/2018 | Aviso #: 4941200 |
| | | Hasta: | 05/31/2018 | Fecha Aviso: 05/30/2018 |

| MARCELINA VARGAS LISBOA | # Empleado: | XXXXX8359 | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| PO BOX 1515 | Dept: | 592160-ANOS SERVICIO LEY91 2004 | Estado Civil: | Married | Married |
| QUEBRADILLAS PR 00678-1515 | Lugar: | A/OS SERVICIO LEY 91 | Concesiones: | 0 | 39 +99 |
| | Titulo: | Pensionado | Pct. Adcl.: | | |
| SS: XXX-XX-8359 | Sueldo: | $2,066.25 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS / IMPUESTOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,033.13 | 817.50 | 10,331.30 | | | |
| Total: | | | 1,033.13 | 817.50 | 10,331.30 | Total: | 0.00 | 0.00 |

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| | | | RM-Prest Pers De Cuota-Ret Mae | 53.48 | 534.80 | SM-MCS Advantage | 100.00 | 500.00 |
| Total: | 0.00 | 0.00 | Total: | 53.48 | 534.80 | *Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | | | | |
|---|---|---|---|---|
| Corriente: | 1,033.13 | 0.00 | 53.48 | 979.65 |
| Acumulado: | 10,331.30 | 0.00 | 534.80 | 9,796.50 |

| PTO HORAS | ACUM | | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|
| Balance Inicial: | 0.0 | | Aviso #4941200 | 979.65 |
| – Acumulado: | | | | |
| - Utilizado: | | | Total: | 979.65 |
| - Donada: | | | | |
| – Ajustes: | | | | |
| Balance Final: | 0.0 | | | |

MENSAJE:

---

Gobierno de Puerto Rico
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
05/30/2018

Aviso No.
4941200

| DISTRIBUCION DE DEPOSITO DIRECTO | | |
|---|---|---|
| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| Savings | | $979.65 |
| Total: | | $979.65 |

Cant. Deposito: $979.65

TRAY 39 SQ 9325******************SCH 5-DIGIT 00627    9325 2 AV 0.378
MARCELINA VARGAS LISBOA
PO BOX 1515
QUEBRADILLAS PR 00678-1515

**NO-NEGOCIABLE**

| Gobierno de Puerto Rico | | Grupo de Pago: | SM -Quincenal | Business Unit: | PUERT |
|---|---|---|---|---|---|
| 592 - SISTEMA DE RETIRO MAESTRO-PENS | | Desde: | 06/01/2018 | Aviso #: | 5197309 |
| | | Hasta: | 06/15/2018 | Fecha Aviso: | 06/15/2018 |

| MARCELINA VARGAS LISBOA | # Empleado: | XXXXX8359 | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| PO BOX 1515 | Dept: | 592160-ANOS SERVICIO LEY91 2004 | Estado Civil: | Married | Married |
| QUEBRADILLAS PR 00678-1515 | Lugar: | A/OS SERVICIO LEY 91 | Concesiones: | 0 | 39 +99 |
| | Titulo: | Pensionado | Pct. Adcl.: | | |
| SS: XXX-XX-8359 | Sueldo: | $2,066.25 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | | IMPUESTOS | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | | 1,033.13 | 900.00 | 11,364.43 | | | |
| Total: | | | 1,033.13 | 900.00 | 11,364.43 | Total: | 0.00 | 0.00 |

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| | | | RM-Prest Pers De Cuota-Ret Mae | 53.48 | 588.28 | SM-MCS Advantage | 0.00 | 500.00 |
| Total: | 0.00 | 0.00 | Total: | 53.48 | 588.28 | * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | | | | | |
|---|---|---|---|---|---|
| Corriente: | 1,033.13 | | 0.00 | 53.48 | 979.65 |
| Acumulado: | 11,364.43 | | 0.00 | 588.28 | 10,776.15 |

| PTO HORAS | ACUM | | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|
| Balance Inicial: | 0.0 | | Aviso #5197309 | 979.65 |
| + Acumulado: | | | | |
| - Utilizado: | | | Total: | 979.65 |
| - Donada: | | | | |
| + Ajustes: | | | | |
| Balance Final: | 0.0 | | | |

MENSAJE:

---

Gobierno de Puerto Rico          Fecha                    Aviso No.
592 - SISTEMA DE RETIRO MAESTRO-PENS          06/15/2018          5197309

Cant. Deposito: ___$979.65___

TRAY 39 SQ 9325**********SCH 5-DIGIT 00627   9325 2 AV 0.378
MARCELINA VARGAS LISBOA
PO BOX 1515
QUEBRADILLAS PR 00678-1515

| DISTRIBUCION DE DEPOSITO DIRECTO | | |
|---|---|---|
| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| Savings | | $979.65 |
| Total: | | $979.65 |

## NO-NEGOCIABLE

| Gobierno de Puerto Rico | | | Grupo de Pago: | SM -Quincenal | Business Unit: PUERT | |
|---|---|---|---|---|---|---|
| 592 - SISTEMA DE RETIRO MAESTRO-PENS | | | Desde: | 06/16/2018 | Aviso #: | 5422344 |
| | | | Hasta: | 06/30/2018 | Fecha Aviso: | 06/29/2018 |
| MARCELINA VARGAS LISBOA | | # Empleado: | XXXXX8359 | DATA IMP: | Federal | PR |
| PO BOX 1515 | | Dept: | 592160-ANOS SERVICIO LEY91 2004 | Estado Civil: | Married | Married |
| QUEBRADILLAS PR 00678-1515 | | Lugar: | A/OS SERVICIO LEY 91 | Concesiones: | 0 | 39 +99 |
| | | Titulo: | Pensionado | Pct. Adcl.: | | |
| SS: XXX-XX-8359 | | Sueldo: | $2,066.25 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | | IMPUESTOS | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | 1,033.13 | 975.00 | | 12,397.56 | | | |
| Total: | | 1,033.13 | 975.00 | | 12,397.56 | Total: | 0.00 | 0.00 |

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| | | | RM-Prest Pers De Cuota-Ret Mae | 53.48 | 641.76 | SM-MCS Advantage | 100.00 | 600.00 |
| Total: | 0.00 | 0.00 | Total: | 53.48 | 641.76 | * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Corriente | Acumulado | | | | |
|---|---|---|---|---|---|---|
| Corriente: | 1,033.13 | | | 0.00 | 53.48 | 979.65 |
| Acumulado: | 12,397.56 | | | 0.00 | 641.76 | 11,755.80 |

### PTO HORAS ACUM / DISTRIBUCION PAGA NETA

| | | | |
|---|---|---|---|
| Balance Inicial: | 0.0 | Aviso #5422344 | 979.65 |
| - Acumulado: | | | |
| - Utilizado: | | Total: | 979.65 |
| - Donada: | | | |
| + Ajustes: | | | |
| Balance Final: | 0.0 | | |

MENSAJE:

Gobierno de Puerto Rico  
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha  
06/29/2018

Aviso No.  
5422344

Cant. Deposito: ___$979.65___

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | | $979.65 |
| Total: | | $979.65 |

TRAY 39 SQ 9325****************SCH 5-DIGIT 00627   9325 2 AV 0.378  
MARCELINA VARGAS LISBOA  
PO BOX 1515  
QUEBRADILLAS PR 00678-1515

NO-NEGOCIABLE