Marcelina Vargas Lisboa
P.O. Box 1515
Quebradillas, P.R. 00628





7015 0640 0007 3192 8126

U.S. POSTAGE PAID
FCM LG ENV
QUEBRADILLAS, PR
00678
FEB 13, 20
AMOUNT
$7.80
R2305K136738-03

1000

00918

RECEIVED & FILED

2020 FEB 14  PM 3:14

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Secretaría ( Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room #50 Federal Building
San Juan, Puerto Rico 00918-1767