

# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

**ATT: Ley Promesa**

4 de febrero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | ZORAIDA LOZADA SANCHEZ |
| Seguro Social | : | -0324 |
| Categoría | : | MA. EDUC. SEC (ESPAÑOL) |
| Distrito Escolar | : | COROZAL_ |
| Sueldo Mensual | : | $3,045.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 19 de diciembre de 2008 |
| Otros | : | Presto servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 31 años, 8 meses, 2 semanas y .50 día. Nuestro sistema de Recursos Humanos refleja que ocupó una plaza desde 10/05/1976. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

Rev.GIFT 10-OCT-08

**Estado Libre Asociado de Puerto Rico**
**Sistema de Retiro para Maestros**

Mes-Día-Año
Fecha Radicación: 29-oct-08
Fecha Vencimiento: 14-mar-09

Núm de Caso: 1133

# INFORME RENTA ANUAL VITALICIA

Página 2

**LOZADA SANCHEZ, ZORAIDA**
Apellido Paterno, Materno, Nombre e Inicial

Seguro Social: 
Fecha Nacimiento (Mes-Día-Año): 
Categoría y Pueblo: COROZAL - SEC.

## COMPUTO RENTA ANUAL

A. $ 8,558.96 / 3 = $ 2,852.99 x 75.0% = x 0.000 = $ 2,139.74
   Sueldos más altos / años = Promedio Sueldos x Por Ciento

B. Ajuste de 0%    $ -   x 0% = $ -

C. Pensión Ajustada   $ -   x 12 = $ -

APORTACIÓN INDIVIDUAL 9%
$ 2,852.99 x 9% = $ 256.77

### TIEMPO / PROMEDIO DE SUELDOS / COMPUTO EDAD RETIRO

| Meses | Días Trabajados | Días Total | Mensual | Devengado | Promedio |
|---|---|---|---|---|---|
| 12 | 0 | 20 | $ 2,795.00 | $ 33,540.00 | |
| 0 | 0 | 20 | $ - | $ - | |
| 0 | 0 | 20 | $ - | $ - | |
| 0 | 0 | 20 | $ - | $ - | |
| 0 | 0 | 20 | $ - | $ - | |
| 0 | 0 | 20 | $ - | $ - | $ 2,795.00 |
| 6 | 0 | 20 | $ 2,795.00 | $ 16,770.00 | |
| 6 | 0 | 20 | $ 2,895.00 | $ 17,370.00 | |
| 0 | 0 | 20 | $ - | $ - | |
| 0 | 0 | 20 | $ - | $ - | |
| 0 | 0 | 20 | $ - | $ - | |
| 0 | 0 | 20 | $ - | $ - | $ 2,845.00 |
| 5 | 19 | 20 | $ 3,045.00 | $ 18,117.75 | |
| 6 | 1 | 20 | $ 2,795.00 | $ 16,909.75 | |
| 0 | 0 | 20 | $ - | $ - | |
| 0 | 0 | 20 | $ - | $ - | |
| 0 | 0 | 20 | $ - | $ - | |
| 0 | 0 | 20 | $ - | $ - | $ 2,918.96 |
| 0 | 0 | 20 | $ - | $ - | |
| 0 | 0 | 20 | $ - | $ - | |
| 0 | 0 | 20 | $ - | $ - | |
| 0 | 0 | 20 | $ - | $ - | |
| 0 | 0 | 20 | $ - | $ - | |
| 0 | 0 | 20 | $ - | $ - | $ - |
| 0 | 0 | 20 | $ - | $ - | |
| 0 | 0 | 20 | $ - | $ - | |
| 0 | 0 | 20 | $ - | $ - | |
| 0 | 0 | 20 | $ - | $ - | |
| 0 | 0 | 20 | $ - | $ - | |
| 0 | 0 | 20 | $ - | $ - | $ - |

**COMPUTO EDAD RETIRO**

| Fecha | Años | Meses | Días |
|---|---|---|---|
| Efectividad Pensión | 2008 | 12 | 20 |
| Nacimiento | 1954 | 8 | 3 |
| Edad al Retirarse | 54 | 4 | 17 |

**Fracción de Tiempo Docente**
- Años  0  x  240  =
- Meses 0  x  20   =
- Semanas 0 x 5   =
- Días  0  x  1    =
- 0.0000

**Fracción de Tiempo No-Docente**
- Años  0  x  365  =
- Meses 0  x  30   =
- 4 Sem 0  x  29   =
- 3 Sem 0  x  22   =
- 2 Sem 0  x  15   =
- 1 Sem 0  x  7    =
- Días  0  x  1    =
- 0.0000

**DATOS APORTACION 9%**
2009 / 08 / 03
Fecha Cese Descuento

Preparado por: _Marjorie R___  Nombre
Firma  5/may/09  Fecha

Revisado por: _____ Nombre
Firma   Fecha

Sueldo Total para Promedio: $ 102,707.50   $ 8,558.96

### Servicios Acreditados

| Años | Meses | Sem | Días |
|---|---|---|---|
| 31 | 9 | 2 | 0 |

Rev.GIFT 10-OCT-08

**Estado Libre Asociado de Puerto Rico**
**Sistema de Retiro para Maestros**

**INFORME RENTA ANUAL VITALICIA**

Fecha Radicación: 29-oct-08
Fecha Vencimiento: 14-mar-09

Núm. de Caso: 1133

Apellido Paterno, Materno, Nombre e Inicial: LOZADA SANCHEZ, ZORAIDA
Sexo: ☑ Femenino ☐ Masculino

Fecha Nacimiento (Mes-Día-Año):
Categoría y Pueblo: COROZAL - SEC.
Retiro Ley Núm.: Ley 91 del 2004

Dirección Postal: PO BOX 797
COROZAL PR 00783

Tipo de Renta (Pensión):
☑ Años de Servicio y Edad ☐ Edad ☐ Diferida
☐ Incapacidad Ocupacional ☐ Incapacidad No Ocupacional

| Edad al Retirarse | Servicios Acreditados | Costo Anualidad | Renta Mensual | Renta Anual |
|---|---|---|---|---|
| 54 Años / 4 Meses / 17 Días | 31 Años / 9 Meses / 2 Sem / 0 Días | $ 59,085.47 | $ 2,139.74 | $ 25,676.88 |

Fecha de Renuncia: 19-DIC-08
Último Día de Pago: 19-DIC-08
Fecha Efectividad Pensión: 20-DIC-08
Cierre de Nómina: 11-mar-09
Fecha Primer Pago Pensión: 31-Mar-09
Importe $: 2,139.74
Pago Global Retroactivo: Desde 20-DIC-08 Hasta 15-mar-09 Importe Total $ 6,177.59

**DESGLOSE DE DESCUENTOS**

| | PAGO GLOBAL | PAGO MENSUAL |
|---|---|---|
| Importe Total (Bruto) | $ 6,177.59 | $ 2,139.74 |
| Menos Descuentos: | Descuento | Descuento |
| Préstamos: Clave | | |
| Personal (PP) 47-000 | - | - |
| Cultural (PC) 45-000 | | |
| Hipotecario (PH) 36-000 | | |
| Finanzas 67-059 | | |
| Aport. Individual 9% (Clave 26-001) | 641.93 | 256.77 |
| ASUME | | |
| Otros | | |
| Importe Neto | $ 5,535.66 | $ 1,882.97 |

Bonos:
☐ Bono Verano (PBV) ☐ Bono Medicamentos (PBM)
☐ Bono Navidad (BNP)

Certifico que la información aquí provista es cierta, correcta y completa.
Nombre del Empleado: ANNIE RIVERA CANALES
Fecha: 25-feb-2009
Nombre Supervisor: NORMA I. PEÑA AGOSTO

**PREINTERVENCIÓN DE DOCUMENTOS**

Verificación de:
☐ Exactitud
☐ Legalidad
☐ Firmas
☐ Otros

AREA DE RETIRO
DOCUMENTOS PREINTERVENIDOS
MAR 03 2009
NOMBRE:
FIRMA:

**USO DIRECTOR(A) AREA RETIRO**

Aprobado por: Wanda Santiago López
Nombre Director(a) o Representante Autorizado

**USO AREA DE PENSIONADOS (Sección Nóminas)**

Ingreso a Nómina Mes: 3 ☐ 1ra ☑ 2da
Nombre Empleado:
Juan Agosto Castro - Nombre Supervisor

Nómina Pago Global Mes: ☐ 1ra ☐ 2da / ☐ Off Cycle ☐ Pay Line
Nombre Empleado:

Conservación: Seis años o una intervención de la Oficina del Contralor de Puerto Rico, lo que ocurra primero.

# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Zoraida Lozada Sánchez**, con número de seguro social que termina en 0324.

| | |
|---|---|
| Fecha de Efectividad de la Pensión | 20 de diciembre de 2008. |
| Tiempo Cotizado para la Pensión | 31 años, 9 meses, 2 sem,.-días |
| Pensión mensual Inicial | $2,139.74 |
| Pensión Mensual Actual | $2,139.74 |

Esta certificación se expide hoy, 4 **de febrero de 2020** en **San Juan, Puerto Rico**.

**Jorge I. Rohena Gotay**
**Supervisor**
**Área de Servicios de Retiro**



235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

787.777.1414   787.764.6910   www.srm.pr.gov

| Gobierno de Puerto Rico<br>592 - SISTEMA DE RETIRO MAESTRO-PENS | | Grupo de Pago: SM -Quincenal<br>Desde: 12/16/2019<br>Hasta: 12/31/2019 | | Business Unit: PUERT<br>Aviso #: 5313214<br>Fecha Aviso: 12/30/2019 | |
|---|---|---|---|---|---|
| ZORAIDA LOZADA SANCHEZ<br>PO BOX 797<br>COROZAL PR 00783-0797<br>SS: XXX-XX-0324 | | # Empleado: XXXXX0324<br>Dept: 592160-ANOS SERVICIO LEY91 2004<br>Lugar: A/OS SERVICIO LEY 91<br>Titulo: Pensionado<br>Sueldo: $2,139.74 Monthly | | DATA IMP: Federal PR<br>Estado Civil: Married Married<br>Concesiones: 0 39 +99<br>Pct. Adcl.:<br>Cant. Adcl.: | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Horas Corriente | Ingresos | Horas Acumulado | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,069.87 | 1,957.50 | 25,676.88 |
| Bono Navidad Pensionados | | | 0.00 | | 200.00 |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 |
| Total: | | | 1,069.87 | 1,957.50 | 25,976.88 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| CO-COOP MAESTRO PR | 40.00 | 960.00 |
| SC-MULTINATIONAL LIFE INS. | 24.13 | 579.12 |
| AS-ASOC MAESTROS DE P.R. | 8.50 | 204.00 |
| Ahorros-AEELA | 32.10 | 770.40 |
| SM-Asoc Maestros de PR | 0.00 | 1,164.00 |
| Total: | 104.73 | 3,677.52 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-MCS Advantage | 100.00 | 400.00 |
| SM-Asoc Maestros de PR | 0.00 | 700.00 |
| * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|
| Corriente: | 1,069.87 | 0.00 | 104.73 | 965.14 |
| Acumulado: | 25,976.88 | 0.00 | 3,677.52 | 22,299.36 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5313214 | 965.14 |
| Total: | 965.14 |

MENSAJE:

---

Gobierno de Puerto Rico
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
12/30/2019

Aviso No.
5313214

Cant. Deposito: _____$965.14_____

TRAY 155 SQ 35150**********SCH 5-DIGIT 00949   35150 2 AV 0.383
ZORAIDA LOZADA SANCHEZ
PO BOX 797
COROZAL PR 00783-0797

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | $965.14 |
| Total: | | $965.14 |

NO-NEGOCIABLE