Sra. Zoraida Lozada Sánchez
P.O. Box 797
Corozal, P.R. 00783







RETURN RECEIPT REQUESTED

Clerks office
United States Distric Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767