MYRIAM L. COSTA MALARET

238 CALLE COCOPLUMOSO

URB. BOSQUE DE LAS PALMAS

BAYAMON PR 00956



7014 0150 0001 1616 5347

U.S. POSTAGE PAID
FCM LG ENV
PUNTA SANTIAGO, PR
00741
FEB 10, 20
AMOUNT
$7.80
R2307N153350-01

SECRETEARIA (CLERCK'S OFFICE)

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS

ROOM 150 FEDERAL BUILDING

SAN JUAN PR 00918-1767

RECEIVED & FILED
2020 FEB 14 PM 3:13
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR