Hoy 13 de Febrero 2020

A: Clerk office

Tribunal de Distrito de los Estados Unidos

Room 150 Chardon avenue federal building

San Juan PR 00918-1767

De: Alma m. Arvelo Plumey

Número de caso: 17 BK 03283-LTS

ASUNTO:

Someto nuevamente los documentos solicitados, se quitó aquella información que fue solicitada por ustedes .de haber alguna información que a su juicio deba ser omitida favor informar y subrayar para tomar acción. en torno al pago de $ 400.00 suscribiente desconoce cuál es el motivo de este cobro y su finalidad .al ser una demanda y de deberse esta suma, se realizaría el pago una vez esta sea ganada de la partida de dinero adeudada por el estado. el cobreo fue consultado vía teléfono al número 1-844-822-9231 reclamaciones ley promesa ofrecida a quien suscribe y consultado con mi abogado personal

A su orden:

*[signature]*
Alma M. Arvelo Plumey

10 de enero 2020

i. DATOS DEL CONTACTO

Nombre: Alma M. Arvelo Plumey

Realizados por suscribiente Dirección:

P O Box 142726 Arecibo Puerto Rico 00627

Teléfono: 787-248-8890

Correo Electrónico: almaarvelo@hotmail.com

ii. EPIGRAFE

Tribunal de Distrito de los Estados Unidos, San Juan, PR

Commonwealth of Puerto Rico ( Estado Libre Asociado de Puerto Rico)

Numero de caso: 17 BK 03283- LTS

Numero de procedimiento o reclamación: 16161

iii . MOTIVOS PARA OPONERSE A LA OBJECION GLOBAL

Someto ante su atención evidencias y documentos que justifican los

Reclamos, las bases de hecho y de derechos.

> Sobre pago de trienio: someto ante su atención se me conceda el aumento de sueldo por tres años de servicios satisfactorios ininterrumpidos (trienio), no se me ha concedido desde terminado el primer trienio en marzo 2011 ya que desde febrero 2008 comencé mi nombramiento y funciones como supervisora 1 de trabajo social en el Departamento de la Familia y a su vez el pago de los consecuentes trienios hasta el presente.

Esto lo solicito bajo el amparo de la ley 184, del 3 de agosto del 2004, según enmendada, ley para la administración de los recursos humanos en el servicio público del Estado Libre Asociado de Puerto Rico la cual establece en su artículo 8 sección 8.3 inciso 3- Normas especificas sobre retribución.

Someto carta enviada a la Secretaria del Departamento de la Familia Glorimar Andujar Matos con fecha del 17 de marzo 2017 solicitando el pago del mismo. Según mis cálculos ya que la agencia no se ha pronunciado sobre el particular, la deuda debe estar hasta diciembre 2019 en unos $12,648.00.

A su vez se somete el que se reconozca y retribuya justamente al principio de merito mi puesto como supervisora regional 11 el cual comencé a ejercer desde el 1 de agosto de 2016 hasta el presente con todas las funciones que este requiere ininterrumpidamente.al momento el Departamento de la Familia no ha tomado la atención pertinente para otorgar el salario que corresponde al puesto el cual asciende a $2724.00 más un diferencial al puesto de $285.00 mensuales, actualmente continuo cobrando un salario como supervisor de trabajador social 1 con el salario básico de $2488.00 mensuales. Por lo que el Gobierno de Puerto Rico me adeuda por la diferencia en salario al puesto que ocupo de supervisor regional 11, la suma de $9,440.00 y se añade por concepto del diferencial al puesto de supervisor regional 11 la suma de $11,400.00.

Esto lo reclamo según la constitución de Puerto Rico articulo 2 sección 16 derechos de los empleados a recibir igual paga por igual trabajo, ley número 16 del año 2017-ley de igualdad salarial de puerto rico y la Equal pay Act de 1963.

Someto copia de mi talonario el cual refleja el puesto que ocupo como supervisor regional de trabajo social 11 con el salario de $2488.00 equivalente a supervisor 1.el cual ya no ejerzo.

Someto carta con fecha de 22 de agosto 2016 donde indica que desde 1 de agosto 2016 ocupo el puesto de supervisora regional 11 enviadas a quien suscribe por Oficina de Recursos Humanos.

Someto copia de convocatoria a examen para supervisor trabajador social 11, donde indica salario y diferencial del mismo.

<u>Sobre pago del diferencial</u>: someto ante su atención se me otorgue el pago que me corresponde por el diferencial al puesto que ocupe como supervisora de trabajo social 1 en la unidad de investigaciones especiales del Departamento de la Familia en Arecibo, este puesto conlleva bajo reglamentaciones en la otorgación del pago de un diferencial especial por condiciones extraordinarias de trabajo en reglamentación en ese escenario por la cantidad de $271.00 mensuales .Estas funciones fueron realizadas desde marzo 2013 hasta noviembre 2015. La deuda asciende a $8943.00. este diferencial es conforme a la ley 184 del año 2014 articulo 8 sección 8.2-4 a según enmendada y su reglamentación vigente.

-Carta del 3 de abril 2013: oficina recursos humanos reclamada el diferencial a favor de suscribiente por Hilda Polanco –oficial de recursos humanos.

-Cartas del 12 de septiembre 2013 y 9 de septiembre 2015 dirigida a el director región Arecibo el Sr Wilfredo Bermúdez solicita a Wilda Ramos Administradora Auxiliar Departamento de la Familia nivel central recursos humanos solicitando el pago del diferencial.

-Carta del 9 de octubre 2015 de la Administradora. Auxiliar Recursos Humanos Wilda Ramos hacia mi persona indicando la cualificación para el pago del diferencial por condiciones extraordinarias de trabajo, pero no se autorizo el pago del mismo.

-Someto documento ante la comisión apelativa del servicio publico sobre retribución del pago del diferencial con fecha del 29 de octubre 2015 .con segunda moción del 28 de octubre 2016 y una tercera moción sometida del 9 de marzo 2017.