| IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT. |
|---|

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| ARVELO PLUMEY, ALMA M | 16161 | 5/17/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

| SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE. |
|---|

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| ARVELO PLUMEY, ALMA M | 16161 | 5/17/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).



## GOBIERNO DE PUERTO RICO

Departamento de la Familia
Programa de Adulto
P.O. Box 504 Arecibo, P.R. 00613
(787) 878-2985

## Hoja de Tramite

17 de marzo de 2017.

Licenciada: Glorimar Andújar Matos
Secretaria
Departamento de la familia

*[firma]*
Alma M. Arvelo Plumey
Supervisora regional
Región Arecibo

Recibido por: Judiann N. Diaz
Fecha: 03/17/17



GOBIERNO DE PUERTO RICO
Departamento de la Familia

17 de marzo 2017.

Licenciada: Glorimar Andújar Matos
Secretaria
Departamento de la familia

Alma M. Arvelo Plumey
Supervisora regional
Arecibo, P. R.

**SOLICITUD DE RECLAMO DEL AUMENTO POR AÑOS DE SERVICIO**

Por este medio deseo informar que Inicie mis labores en el departamento de la familia desde el 2008 y hasta el día de hoy 17 de marzo 2017 nunca me han pagado ningún aumento por anos de servicio. Para el 2008 fui cualificada como supervisora de trabajo social 1 y transferida a la región de Arecibo. En aquella entrevista fui calificada como supervisora 11 basado en mi resume y vasta experiencia profesional (anexo resume profesional).En ese momento ese puesto no se me honro aunque se me informo verbalmente. Aunque resido en Camuy, inicie mis funciones en la local de Morovis y luego fui trasladada a trabajar en la local de Utuado viajando larga distancia todos los días desde mi hogar.
En marzo 2013 fui trasladada a la unidad de investigaciones UIE en región Arecibo como supervisora 1 en turnos rotativos en horario 24/7 a la semana. En esa ocasión se me informo que recibiría el pago de diferencial como correspondía por condiciones extraordinarias en un escenario que requería mayor esfuerzo o riesgo para el empleado al ejercer sus funciones como lo contempla la ley 184 conocida como ley de personal del servicio publico del gobierno de Puerto Rico mientras lleva a cabo sus funciones .Al momento de esta carta no se me ha pagado el diferencial como me correspondía. En 2015 tuve que salir de la unidad al recibir comunicación de la oficina de gerencia y presupuesto la cual indicaba que no se me pagaría el diferencial aunque tengo derecho como lo expresa la misma carta recibida de la oficina de gerencia y presupuesto ya que cumplí con lo requerido en los turnos rotativos y horarios 24/7 según lo describe el puesto del supervisor 1 en esa unidad . Sin embargo a un compañero supervisor que entro a UIE luego de mi y a quien yo adiestre se lo pagaron estando yo laborando aun allí, desconozco las razones .
Dada la situación, por necesidad de servicio y a petición del Sr. Wilfredo Bermúdez director regional en aquel momento se me ubico en el centro de actividades múltiples para personas de edad avanzada como directora interina en el pueblo de Lares hasta julio 2016.
En agosto 2016 fui nombrada como supervisora
11 en propiedad en la región de Arecibo asumiendo todas las funciones como lo requiere el puesto y supervisando los programas y locales que me fueron asignadas en ese momento del nombramiento con el mismo salario con el que me reclutaron en el 2008.
Al iniciar mis funciones en esta agencia se me estableció un salario de $2489.00 y al presente nunca se ha evaluado mi salario ni he recibido ningún tipo de aumento ni retribución por clase como corresponde por el cumplimiento de mis funciones y servicio y así lo confirman mis evaluaciones excelentes en el expediente de la agencia. Solicito se me pague un aumento por anos de servicio y el pago del trienio retroactivo como corresponde por derecho conforme lo estipula la ley 184 conocida como ley para la administración de los recursos humanos en el servicio público del Estado Libre Asociado de Puerto Rico. Por este medio solicito respetuosamente que se evalué mi caso en todas sus partes y se me pague lo justo y correspondiente a mi puesto por el cumplimiento en todas sus partes en el ejercicio de mi profesión y puesto.

| 123 Administracion Familia y Ninos<br>P.O. BOX 194090<br>San Juan, PR 00919-4090 | | | Grupo de Pago: SM-Quincenal<br>Desde: 0. .19<br>Hasta: 05/.._J19 | | Aviso #: 1287300<br>Fecha Aviso: 05/15/2019 |
|---|---|---|---|---|---|
| ALMA ALVELO PLUMEY<br><br>SS: | # Empleado:<br>Dept: 123330-Arecibo<br>Lugar: Arecibo<br>Titulo: Supervisor DeTrabajo Social II<br>Sueldo: $2,488.00 Monthly | | | DATA IMP: Federal PR<br>Estado Civil: Single Head of Household<br>Concesiones: 0 0<br>Pct. Adcl.:<br>Cant. Adcl.: | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Horas (Corriente) | Ingresos (Corriente) | Horas (Acumulado) | Ingresos (Acumulado) |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,244.00 | 727.50 | 11,196.00 |
| Total: | | | 1,244.00 | 727.50 | 11,196.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 18.04 | 162.34 |
| Fed OASDI/Disability - EE | 77.13 | 694.15 |
| PR Withholding | 35.81 | 322.29 |
| Total: | 130.98 | 1,178.78 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan Aport. Definidas | 105.74 | 951.66 |
| Total: | 105.74 | 951.66 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 3.11 | 27.99 |
| AE-Asoc Emp ELA-Prest Regular | 72.98 | 659.64 |
| SC-COOP DE SEGUROS DE VIDA | 6.50 | 58.50 |
| Ahorros-AEELA | 62.20 | 559.80 |
| Total: | 144.79 | 1,305.93 |

* Tributable

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| FSED Disability Plan | 41.67 | 375.03 |

### TOTAL BRUTO / BRUTO TRIBUT. FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Bruto Tribut. Fed | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|---|
| Corriente: | 1,244.00 | 0.00 | 130.98 | 250.53 | 862.49 |
| Acumulado: | 11,196.00 | 0.00 | 1,178.78 | 2,257.59 | 7,759.63 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| Aviso #1287300 | 862.49 |
|---|---|
| Total: | 862.49 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Administracion Familia y Ninos
P.O. BOX 194090
San Juan, PR 00919-4090

Fecha
05/15/2019

Aviso No.
1287300

Cant. Deposito: $862.49

A la
Cuenta(s) De

ALMA ALVELO PLUMEY

Localizacion: Arecibo

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXX | 862.49 |
| Total: | | 862.49 |

## NO-NEGOCIABLE



ESTADO LIBRE ASOCIADO DE
PUERTO RICO
Administración de Familias y Niños

22 de agosto de 2016

Wallace Bentiné Robledo
Administrador Auxiliar
División de Recursos Humanos
Administración de Familias y Niños - **ADFAN**

Víctor Vélez Toro
Director de División
Reclasificación y Retribución
**ADFAN**

Wilfredo Bermúdez López
Director Regional

Oneida Sánchez Cruz
Oficial de Recursos Humanos Interina

### RE SOLICITUD DE TRASLADO
### ALMA ARVELO PLUMEY

¡Saludos Cordiales!

La empleada en referencia ocupa un puesto de Supervisora de Trabajo Social I desde el 1 de febrero de 2008, adscrito a la Región de Arecibo. En marzo del 2013 fue trasladada a la Unidad de Investigaciones Especiales de Arecibo. Efectivo el 16 de noviembre de 2015 por necesidad de servicio se ubicó en el Centro de Actividades Múltiples. Desde el 1 de agosto de 2016 se encuentra en la Oficina Regional en un puesto interino de Supervisora Regional II.

La empleada está solicitando que se le oficialice el cambio de su puesto de la Unidad de Investigaciones Especiales a la Oficina Regional de Arecibo-**ADFAN.**

Deseo informarle que este servidor no tiene objeción alguna a dicho traslado.

Le anticipamos la atención brindada a este asunto.

WBL/dcs

***Región de Arecibo***
Calle Delfín Olmo – Edificio Llerandi #156
PO Box 504, Arecibo, Puerto Rico 00613-0504
Tel. 787-878-7251  Fax: 787-817-5673





ESTADO LIBRE ASOCIADO DE
PUERTO RICO
Departamento de la Familia

12 de septiembre de 2013

Wilda Ramos Román
Administradora Auxiliar
Recursos Humanos
ADFAN

Wilfredo Bermúdez López
Director Regional-Arecibo

## ALMA ARVELO PLUMEY

Saludos cordiales:

La empleada en epígrafe ocupa un puesto de Supervisor de Trabajo Social I que pertenece a la Oficina Local Utuado I. Desde el 4 de marzo 2013 se encuentra trabajando en la Unidad de Investigaciones Especiales (UIE).

Es por esta razón que estamos solicitando el pago de diferencial por condiciones extraordinarias de trabajo.

Se incluye comunicación designando a la señora Arvelo a esta Unidad y comunicación enviada a usted solicitando el mismo.

Agradecería la atención a la petición expuesta.

Gracias

Anejo
WBL/ypn

*Oficina del Director Regional*
Edificio Llerandi #156
Arecibo PR 00613
Tel. (787)878-2801/(787)878-1032



**ESTADO LIBRE ASOCIADO DE**
# PUERTO RICO
Administración de Familias y Niños

9 de octubre de 2015

Sa. Alma Alvelo Plumey
Supervisora Trabajo Social I
Unidad de Investigaciones Especializadas
Región Arecibo

## DIFERENCIAL CONDICIONES EXTRAORDINARIAS

Usted ocupa el puesto regular núm. 12301059, clasificado como Supervisora de Trabajo Social I en la Unidad de Investigaciones Especializadas (UIE) en la Región de Arecibo. La naturaleza de las funciones que usted realiza en la UIE, requieren que trabaje bajo condiciones extraordinarias, fuera de horas laborables, turnos rotativos, sábados, domingos y días feriados.

Conforme a lo dispuesto en la Ley Núm. 184-2004, según enmendada, y a la Reglamentación vigente, usted cualifica para la otorgación de un Diferencial por Condiciones Extraordinarias de Trabajo, por la cantidad de $271.00 mensuales.

La Oficina de Gerencia y Presupuesto no autorizó la concesión del mismo.

Se le apercibe de su derecho a apelar la determinación anunciada ante la Comisión Apelativa del Servicio Público, dentro de los próximos 30 días, contados a partir del recibo de la presente.

Cordialmente,

Wilda Ramos Román
Administradora Auxiliar

CC Wilfredo Bermúdez
Director Regional / Arecibo

*Administración Auxiliar de*
*Recursos Humanos*
Edif. Lila Mayoral, 306 Ave Barbosa
PO Box 194090, San Juan, PR 00919-4090
Tel. 787-625-4900 Fax: 787-625-4925





ESTADO LIBRE ASOCIADO DE
PUERTO RICO
Departamento de la Familia

9 de septiembre 2015

Wilda Ramos Román
Administradora Auxiliar
Recursos Humanos
ADFAN

Wilfredo Bermúdez López
Director Regional

**PAGO DEL DIFERENCIAL**

**Saludos cordiales:**

Por este medio queremos traer a su atención la petición del pago del diferencial de la Sra. Alma Arvelo Plumey, Supervisora Trabajo Social I Unidad de Investigaciones Especiales (UIE), Región de Arecibo.

Incluimos correo electrónico sometido por la compañera, con el propósito de conocer en qué fase se encuentra el pago de su diferencial.

Agradeceré la ayuda que nos pueda ofrecer ante la petición expuesta.

**Gracias,**

WBL/ypa

*Oficina del Director Regional*
Edificio Llerandi # 156
Arecibo PR 00613
Tel. 787.878.2801 / 787.8781032
Fax: 787.878.7150





*Región de Arecibo*

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE LA FAMILIA
OFICINA DE RECURSOS HUMANOS
TELÉFONOS: 787-878-7251

3 de abril de 2013

Wilda Ramos Román
Secretaria Auxiliar Recursos Humanos
Administración de Familias y Niños

Wilfredo Bermúdez López
Director Regional

Hilda M. Polanco de Vargas
Oficial de Recursos Humanos

**RE: Alma M. Arvelo Plumey**
**Christian D. Román Ramírez**

La Sra. Arvelo Plumey ocupa el puesto : y el Sr. Román el puesto **12304056** de la Administración de Familia y Niños en Protección de Menores, devengan un sueldo de **$2,488.00** respectivamente.

Por necesidad de servicio y a solicitud de los empleados fueron trasladados a la Unidad de Investigaciones Especiales. En esta unidad los empleados se le otorga un diferencial por trabajar 24 horas 7 días a la semana, condición que no existía en el Programa de Protección de Familia, por tal razón solicitamos se le honre este diferencial ya que ellos están cumpliendo con este horario.

El Sr. Román fue trasladado a la Unidad de Investigaciones Especiales desde el **14 de septiembre de 2012** donde realiza tareas "On Call" y rota turnos.

La Sra. Arvelo fue trasladada el **4 de marzo de 2013** quien trabaja en igualdad de condiciones, razón por lo que reclama el diferencial que paga esta unidad por trabajar 24 horas 7 días de la semana.

Sometemos esta situación para su evaluación y acción.

HMPV/dcs

DEPARTAMENTO DE LA FAMILIA
OFICINA DE ASESORAMIENTO LEGAL

RECIBIDO POR: _R. Rodz_
DÍA/ 30 MES/ 10 AÑO 2015

ESTADO LIBRE ASOCIADO DE PUERTO RICO
COMISIÓN APELATIVA DEL SERVICIO PÚBLICO
SAN JUAN, PUERTO RICO

| | |
|---|---|
| ALMA MILAGROS ALVELO PLUMEY<br><br>Apelante<br><br>Vs.<br><br>DEPARTAMENTO DE LA FAMILIA, ADMINISTRACIÓN DE FAMILIAS Y NIÑOS<br><br>Apelada | CASO NUM:<br><br>SOBRE: RETRIBUCIÓN<br><br>(DIFERENCIAL SALARIAL) |

## APELACIÓN

**A LA HONORABLE COMISIÓN:**

COMPARECE la parte apelante de epígrafe, por conducto de la representación legal que suscribe y que muy respetuosamente EXPONE, ALEGA Y SOLICITA lo siguiente:

1. Que la apelante se llama Alma Milagros Alvelo Plumey. El teléfono de la apelante es ' _ , de su trabajo es el (787) 878-8202. Su dirección física es la siguiente: Bo. Sarza, Sec. Puente, Carr. 119, km. 90.0, Camino del Río, Camuy, Puerto Rico.

   Su dirección postal es la siguiente: PO Box 142726, Arecibo, P.R. 00614.

2. En febrero de 2008, la apelante comenzó a prestar servicios en la Administración de Familias y Niños (ADFAN), como *Supervisor I*.

3. Mediante comunicación del 1 de marzo de 2013, la Sra. Hilda M. Polanco de Vargas, Oficial de Recursos Humanos del Departamento de la Familia, le notificó a la apelante que a partir del 4 de marzo de 2013, se reportaría a trabajar a la Unidad de Emergencias Sociales (UES). Según indica la misiva "tendrá la responsabilidad de cumplir horario de 24 horas 7 días a la semana en turnos rotativos." Por último, le indican que "[e]staremos sometiendo solicitud de diferencial para consideración y aprobación de la administración." **Anejo 1.**



## GOBIERNO DE PUERTO RICO

### Departamento de la Familia

Roosevelt Plaza 185 Avenida Roosevelt, Esq. Trinidad, Piso 2
San Juan, Puerto Rico 00910-1398

Patrono con igualdad de oportunidades de empleo

CONVOCATORIA A EXAMEN

Reclutamiento Externo- Público en General

__SUPERVISOR/A DE TRABAJO SOCIAL II (UIE)__

**SUELDO:** $2,724.00

**DIFERENCIAL:** $ 285.00

**ESCALA:** VEINTIUNO (21)

**UBICACIÓN:** ABIERTA PARA LOS SIGUIENTES PUEBLOS:

Ponce y Caguas.

SE ACEPTARÁN SOLICITUDES HASTA NUEVO AVISO

TIPO DE COMPETENCIA: INGRESO

### REQUISITOS MÍNIMOS:

Maestría en Trabajo Social de una institución acreditada. Un (1) año de experiencia en el campo del Trabajo Social en funciones de naturaleza y complejidad similar a las que realiza un (a) Supervisor de Trabajo Social I en el Servicio de Carrera del Departamento de la Familia.

Licencia para ejercer la Profesión de Trabajo Social, expedida por la Junta Examinadora de Trabajadores Sociales de Puerto Rico.

Ser miembro activo del Colegio de Trabajadores Sociales.

### CONDICIONES ESPECIALES:

La naturaleza de las funciones del personal adscrito a la UIE requiere que se trabaje bajo condiciones extraordinarias, fuera de horas laborales, turnos rotativos, sábado, domingo y días feriados. Las condiciones extraordinarias de trabajo constituyen una variación a las circunstancias normales de empleo y requieren un esfuerzo mayor para éstos mientras lleven a cabo las funciones de su puesto.

### NATURALEZA DEL EXAMEN:

El examen consiste de una evaluación en la que se adjudicará puntuación por la preparación académica, cursos o adiestramientos y por la experiencia de trabajo directamente relacionada con las funciones de los puestos en la clase.

### NATURALEZA DEL TRABAJO:

Trabajo profesional especializado que conlleva supervisar los servicios sociales directos a familias, adultos o menores que se proveen en un oficina local o Centro de Servicios Integrados del Departamento de la Familia.

### PERÍODO PROBATORIO:

Seis (6) meses.

### CONDICIONES DE TRABAJO:

Se requiere más de 15 salidas al año dentro y fuera de turno de trabajo.

### NOTAS IMPORTANTES:

1. El valor total del examen es de cien (100) puntos. Se adjudicará un setenta por ciento (70%) por requisitos mínimos, un veinte (20%) por experiencia de trabajo adicional a los requisitos mínimos y un diez por ciento (10%) por preparación académica adicional a la requerida y cursos o adiestramientos directamente relacionados con las funciones del puesto.

2. En los casos en que el solicitante sea empleado del Sistema de Administración y Transformación de los Recursos Humanos, se considerarán únicamente las funciones propias y el nivel de la clasificación oficial del puesto en el cual fue nombrado.

3. Los candidatos que indiquen poseer experiencia en el Sistema de Administración y Transformación de los Recursos Humanos, empresas privadas o agencias excluidas de las disposiciones de la Ley para la Administración y Transformación de los Recursos Humanos del Gobierno de Puerto Rico, deberán incluir, conjuntamente con su solicitud de examen, una certificación de la agencia donde presta o haya prestado servicios que incluya:

4. El 12 de septiembre de 2013, el Sr. Wilfredo Bermúdez López, Director Regional del Departamento de la Famila, Región de Arecibo, solicitó a la Sra. Wilda Ramos Román, Administradora Auxiliar de Recursos Humanos de ADFAN, el pago de diferencial por condiciones extraordinarias de trabajo de la apelante. **(Anejo 2)**. No obstante, la apelante no obtuvo respuesta o diferencia alguna en su nómina.

4. Desde su designación en la UES (hoy día Unidad Investigaciones Especiales "UIE"), al presente, la apelante ha ejercido ininterrumpidamente funciones extraordinarias en su área de trabajo consistentes en: turnos de 24 horas, 7 días a la semana, atendiendo situaciones estresantes de maltrato a menores; referidos del 911, Policía, Hospitales, Tribunales; consultas de Trabajadores Sociales 24 horas al día, entre otras.

5. En abril de 2015, la apelante acudió al OMBUDSMAN con el propósito de obtener información sobre el pago de su diferencial por condiciones extraordinarias. **Anejo 3.**

6. El 16 de octubre de 2015, la apelante sostuvo una reunión con el señor Bermúdez López, Director Regional-Arecibo, donde le entregó a la mano carta con fecha del 9 de octubre de 2015, titulada "Diferencial Condiciones Extraordinarias". Dicha misiva indica: **(Anejo 4).**

> Usted ocupa el puesto regular núm. 12301059, clasificado como Supervisora de Trabajo Social I en la unidad de Investigaciones Especializadas (UIE) en la Región de Arecibo. **La naturaleza de las funciones que usted realiza en la UIE, requieren que trabaje bajo condiciones extraordinarias, fuera de horas laborables, turnos rotativos, sábados, domingos y días feriados.**
>
> **Conforme a lo dispuesto en la Ley Núm. 184-2004, según enmendada, y a la Reglamentación vigente, usted cualifica para la otorgación de un Diferencial por Condiciones Extraordinarias de Trabajo, por la cantidad de $271.00 mensuales.**
>
> La Oficina de Gerencia y Presupuesto no autorizó la concesión del mismo.
>
> Se le apercibe de su derecho a apelar la determinación anunciada ante la Comisión Apelativa del Servicio Público, dentro de los próximos 30 días, contados a partir del recibo de la presente. **(Énfasis nuestro).**

7. La *Ley Núm. 184-2004*, según enmendada, conocida como *Ley Para la Administración de los Recursos Humanos en el Servicio Público del Estado Libre Asociado de Puerto Rico*, dispone en su Artículo 8, sección 8.2, lo siguiente:

> Las siguientes guías son aplicables a todas las agencias gubernamentales bajo este capítulo:
>
> [...]
>
> 4. Las agencias podrán utilizar otros métodos de compensación para retener, motivar, y reconocer al personal. Algunos de estos mecanismos son:
>
> a. Diferenciales - es una compensación temporera especial, adicional y separada del sueldo regular del empleado, que se concede para mitigar circunstancias extraordinarias que de otro modo podrían considerarse onerosas para el empleado. Los diferenciales se podrán conceder por:
>
> **A) Condiciones extraordinarias - Situación de trabajo temporera que requiere un mayor esfuerzo o riesgo para el empleado, mientras lleva a cabo las funciones de su puesto. (Énfasis nuestro).**
>
> [...]

8. En el caso de epígrafe, respetuosamente entendemos que se dan las condiciones que exige la *Ley Núm. 184-2004* para que se conceda el diferencial a la apelante, más aún ante el reconocimiento de la apelada de la procedencia del mismo en marzo de 2013, y la del 9 de octubre de 2015, donde incluso calculan el mismo en $271.00 mensuales.

9. Por otro lado, el no conceder el diferencial solicitado o no permitir se retribuya a la apelante justamente por las funciones ejecutadas, sería el avalar o permitir un enriquecimiento injusto de la parte apelada y sabemos que nuestro ordenamiento jurídico no tolera este tipo de actuación.

POR TODO LO CUAL, muy respetuosamente solicitamos de esta Honorable Comisión declare Con Lugar la presente apelación y en consecuencia, conceda el diferencial solicitado por el apelante y el aumento equivalente a un tipo retributivo a su puesto de Sargento, con cualquier otro pronunciamiento que en derecho proceda.

RESPETUOSAMENTE SOMETIDO.

En San Juan, Puerto Rico, __29__ de __Octubre__ de 2015.

CERTIFICO haber enviado copia de este escrito a: Idalia Colón Rondón, Secretaria del Departamento de la Familia, P.O. Box 11218 San Juan, PR 00910; Vanessa Pintado Rodríguez, Administradora ADFAN, P.O. Box 194090, San Juan, P.R. 00919-4090.

Alma Milagros Arvelo Plumey
Apelante
PO Box 142726
Arecibo, P.R. 00614

Juan E. Serrano Santiago
Abogado Parte Apelante
RUA: 16,820
Asociación de Empleados del ELA
Oficina de Asuntos Legales
PO Box 70199
San Juan, P.R. 00936-8190
(787) 641-2021 exts. 1220 ó 1234
(787) 641-4079
E-Mail: juan.serrano@aeela.com

ESTADO LIBRE ASOCIADO DE PUERTO RICO
COMISIÓN APELATIVA DEL SERVICIO PÚBLICO
SAN JUAN, PUERTO RICO

| | |
|---|---|
| **ALMA M. ALVEDO PLUMEY**<br><br>Apelante<br><br>vs.<br><br>**DEPARTAMENTO DE LA FAMILIA**<br><br>Apelada | **CASO NÚM. 2015-10-0388**<br><br>Materia<br><br>**RETRIBUCIÓN** |

### TERCERA MOCIÓN EN SOLICITUD DE
### DE VISTA EN SU FONDO

A LA HONORABLE COMISION:

Comparece el abogado que suscribe y muy respetuosamente INFORMA Y SOLICITA:

1. El 22 de octubre de 2015, se radicó en esta Honorable Comisión, el Informe de Conferencia Conjunto.

2. Informamos a la Honorable Comisión que estamos disponibles para la celebración de vista, ya que el apelante tiene interés en que se dilucide el caso, por lo que solicitamos que se señale el mismo.

**POR TODO LO CUAL**, se solicita de la Honorable Comisión que señale vista en el caso de epígrafe.

**RESPETUOSAMENTE SOMETIDA.**

**CERTIFICO:** Haber enviado copia fiel y exacta de esta Moción a la Lcda. Limary Rodríguez González y al Lcdo. Carlos R. Quiñones Cruz, Departamento de Justicia, División Laboral, PO Box 9020192, San Juan, P.R. 00902-0192 y a la apelante a su dirección en: PO Box 142726, Arecibo, P.R. 00614.

En San Juan, Puerto Rico, a 9 de marzo de 2017.

*[firma]*

JUAN E. SERRANO SANTIAGO
Abogado Parte Apelante
RÚA Núm. 16,820
Asociación de Empleados del ELA
División de Servicios Legales
PO Box 70199
San Juan, P. R. 00936-8190
Tel. (787) 641-2021 Ext. 1234 ó 1220
Fax (787) 641-4079
E-mail: juan.serrano@aeela.com

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**COMISIÓN APELATIVA DEL SERVICIO PÚBLICO**
**SAN JUAN, PUERTO RICO**

| | |
|---|---|
| **ALMA M. ARVELO PLUMEY** <br> Apelante <br><br> vs. <br><br> **DEPARTAMENTO DE LA FAMILIA** <br> Apelada | **CASO NÚM. 2015-10-0388** <br><br> Materia <br> **RETRIBUCIÓN** |

**SEGUNDA MOCIÓN EN SOLICITUD DE**
**DE VISTA EN SU FONDO**

A LA HONORABLE COMISION:

Comparece el abogado que suscribe y muy respetuosamente INFORMA Y SOLICITA:

1. El 17 de marzo de 2016, se radicó en esta Honorable Comisión, el Informe de Conferencia Conjunto.

2. Informamos a la Honorable Comisión que estamos disponibles para la celebración de vista, ya que la apelante tiene interés en que se dilucide el caso, por lo que solicitamos que se señale el mismo.

**POR TODO LO CUAL**, se solicita de la Honorable Comisión que señale vista en el caso de epígrafe.

**RESPETUOSAMENTE SOMETIDA.**

**CERTIFICO:** Haber enviado copia fiel y exacta de esta Moción a la Lcda. Limary Rodríguez González y al Lcdo. Carlos R. Quiñones Cruz, Departamento de Justicia, División Laboral, PO Box 9020192, San Juan, P.R. 00902-0192 y a la apelante a su dirección en: PO Box 142726, Arecibo, P.R. 00614.

En San Juan, Puerto Rico, a 28 de octubre de 2016.

*[firma]*

JUAN E. SERRANO SANTIAGO
Abogado Parte Apelante
RÚA Núm. 16,820
Asociación de Empleados del ELA
División de Servicios Legales
PO Box 70199
San Juan, P. R. 00936-8190
Tel. (787) 641-2021 Ext. 1234 ó 1220
Fax (787) 641-4079
E-mail: juan.serrano@aeela.com



**OMBUDSMAN**
1977
Gobierno de Puerto Rico

Hon. Iris Miriam Ruiz Class
Procuradora

# OFICINA DEL PROCURADOR DEL CIUDADANO

15 de abril de 2015

Sra. Alma Arvelo Plumey
Arecibo, PR 00614

RE: ARE-15-03203 - Alma Arvelo Plumey
MTS5776

Estimado(a) señor(a) Arvelo:

Conforme a la Ley Núm. 134 del 30 de junio de 1977, le estamos incluyendo copia de la notificación enviada a la Agencia notificando su caso. Le recordamos que dicha notificación no interrumpe la ejecución de las resoluciones administrativas o judiciales, ni los plazos legales para ir contra ellos.

Estamos concediendo cinco (5) días laborables a la Agencia para que nos conteste la referida notificación. Le mantendremos informados del curso de la misma.

Cordialmente,

Gloria E. Serrano Soberal

Gloria Serrano
Investigador(a)

Carta Ley 134 - OPC-004(a)
Revisado 2010



**OMBUDSMAN**
1977
Gobierno de Puerto Rico

Hon. Iris Miriam Ruiz Class
Procuradora

# OFICINA DEL PROCURADOR DEL CIUDADANO

Oficina Regional de Arecibo

543-1 Ave. José A. Cedeño

Arecibo, PR 00612

Tel: 787-879-1313 787-724-7373 ext. 1320
Fax: 787-817-1622

## REQUERIMIENTO DE INFORMACION

A tono con la facultad que nos confiere la Ley Núm. 134 del 30 de junio de 1977, según enmendada, y según se establece en el Reglamento Núm. 1 sobre Reclamaciones, se requiere nos someta contestación sobre la reclamación presentada ante nuestra Oficina. Deberá devolver a esta Oficina la contestación a este Requerimiento dentro de los próximos cinco (5) días laborables. Si necesita información adicional favor comunicarse con nosotros al Tel. 787-879-1313 787-724-7373 ext. 1320 haciendo referencia al número de esta reclamación.

| Agencia o Instrumentalidad Pública: | Num. de la Reclamación de la OPC: | Fecha: |
|---|---|---|
| Depto. de la Familia | ARE-15-03203 | 24/04/2015 |

| Núm. de Caso de la Agencia: | Nombre del Reclamante: | |
|---|---|---|
| MTS5776 | Sra. Alma Arvelo Plumey | |

| Facilitador de la Agencia: | Teléfono Reclamante: | Celular Reclamante: |
|---|---|---|
| Sra. Julia Rivera Cruz (FAX: 787-294-0732) | | |
| | E-mail Reclamante: | |

| Referido a: | Dirección Reclamante: |
|---|---|
| | P.O. Box 142726 Arecibo PR 00614 |
| Posición: | |

### INFORMACIÓN O ACCIÓN SOLICITADA

**ALEGADA DEMORA EN EMITIR PAGO DIFERENCIAL SUELDO - DERECHO LABORAL DE TRABAJO**

Para sustentar su reclamación expone a partir del 4 de marzo de 2013 comenzó a ejercer funciones en la Unidad de Emergencias Sociales con la responsabilidad de cumplir horario 24 horas, 7 días a la semana en turnos rotativos, véase anexo. Alega su solicitud de diferencial no ha sido tramitada, a pesar de sus gestiones. Le urge se evalúe y se determine su caso, ya que es paciente de cáncer y tiene que someterse a estudios constantemente. Lo anterior puede constituir una violación al Derecho Laboral de Trabajo, el cual garantiza una remuneración adecuada al trabajo realizado.

| Investigador: Gloria Serrano | Oficina Regional: | Fecha: |
|---|---|---|
| *Gloria G. Serrano Soberal* | Oficina Regional de Arecibo | 24/04/2015 |

Requerimiento de Informacion - OPC-003
Revisado 2010

Pagina 1 de 2



# OFICINA DEL PROCURADOR DEL CIUDADANO

**OMBUDSMAN**
- 1977 -
Gobierno de Puerto Rico

Hon. Iris Miriam Ruiz Class
Procuradora

Oficina Regional de Arecibo

543-1 Ave. José A. Cedeño

Arecibo, PR 00612

Tel: 787-879-1313 787-724-7373 ext. 1320

Fax: 787-817-1622

Investigador: Gloria Serrano
gserrano@opc.gobierno.pr

| Agencia o Instrumentalidad Pública: | Num. de la Reclamación de la OPC: | Fecha: |
|---|---|---|
| Depto. de la Familia | ARE-15-03203 | 24/04/2015 |

| Núm. de Caso de la Agencia: | Nombre del Reclamante: | |
|---|---|---|
| MTS5776 | Sra. Alma Arvelo Plumey | |

| Referido a la atención de: | Teléfono Reclamante: | Celular Reclamante: |
|---|---|---|
| Sra. Julia Rivera Cruz (FAX: 787-294-0732) | | |
| | E-mail Reclamante: | |

| Referido a: | Dirección: |
|---|---|
| | P.O. Box 142726 Arecibo PR 00614 |
| Posición: | |

## CONTESTACIÓN A LA RECLAMACIÓN: (Para uso de la agencia reclamada)

| Nombre del Funcionario que rinde el Informe: | Puesto que Ocupa: | |
|---|---|---|
| Fecha: | Número del Teléfono: | Número de Fax: |

Requerimiento de Informacion - OPC-003
Revisado 2010

Pagina 2 de 2