7019 0700 0000 7823 7315




U.S. POSTAGE PAID
FCM LG ENV
ARECIBO, PR
00612
FEB 13, 20
AMOUNT
$5.55
R2305M144889-17

lura M. Arvelo Plumey
HC 4 Box 17263
Lamuy P.R. 00627-7601

Secretaria - Clerk's Office
Tribunal de Distrito de los Estados Unidos
Room 150 Chardon Avenue
Federal Building
San Juan P.R. 00918-1767

RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2020 JAN 15 PM 4:40