UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| In re: | * | Promesa |
| THE FINANCIAL OVERSIGHT AND | * | TITLE III |
| MANAGEMENT BOARD FOR PUERTO RICO | * | |
| | * | |
| | * | |
| as representative of | * | NO. 17 BK 3283-LTS |
| | * | |
| THE COMMONWEALTH OF PUERTO RICO, | * | |
| et al, | * | |
| Debtors | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# R E P L I C A

A: Clerk Office
United State District Court
#150 Chardón Building
Federak Building
San Juan, Puerto Rico

De: Sra. Carmen D. Ramos Pérez
P. O. Box 663
Añasco, Puerto Rixo 00610-0663

Por este medio objeto la Moción presentada ante este Honorable Tribunal por la parte deudora por las siguientes razones:

1. Que desde la existencia del (Romerazo) Ley 89 de 1979 se garantizó un aumento de salario de alrededor de cincuenta dólares mensuales ($50.00) a los Directores de Escuelas.

2. Que es de conocimiento del deudor, Departamento de Instrucción Pública que dicho aumento no me fue pagado desde la aprobación de la ley, ni cuando me retiré en el año 1991.

3. Cuando aprobaron la ley y cuando me retiré yo era Directora de Escuela.

4. Que el Departamento de Instrucción Pública tiene conocimiento de dichos hechos, el pago correspondiente que estimo es de cuatro mil quinientos dólares ($4,500.00) de principal a lo que hay que añadirle el seis porciento (6%) de interés, según el Código Civil de Puerto Rico. Serían los cómputos como sigue: $4,500.00 por 6% de interés es igual a $270.00. Estos se multiplica por los años trabajado hasta que me retiré que son once (11) años más veintiséis (26) hasta

que se radicó en la Corte de Quiebra. Sería un total de 37 años. Esto multiplicado por $270.00 es igual a $9,990.00 (intereses devengados. Con un gran total de $14,490.00.

5. Que es el Departamento de Instrucción Pública quien tiene todos los documentos y es quien realmente conoce y sabe lo que le adeuda a la compareciente.

6. Nota: El Departamento de Instrucción Pública y el Departamento de Educación es lo mismo.

7. Adjunto estoy enviándole la evidencia de reclamación debidamente corregida donde escribo la cantidad de dinero aproximada que yo estimo me adeudan de principal inciso (8). Además, una certificación de pensión y el informe de renta anual vitalicia.

CERTIFICO haber enviado a: Abogado de la Junta de Supervisión, Proskauer Rose LLP, Eleven Times Square, Nueva York, N.Y, 10036-8299, A/A Martin J. Bienenstock, Brian S. Rosen; Abogado del Comité de Acreedores, Paul Hastings LLP, 200 Park Avenue, Nueva York, N.Y. 10166, A/A Luc A. Despins, James Bliss, James Worthington, G. Alexander Bongartz.

En Añasco, Puerto Rico, hoy 12 de febrero de 2020.

_____
Carmen D. Ramos Pérez