SRA. CARMEN D. RAMOS PÉREZ
P.O. BOX 663
AÑASCO, PUERTO RICO 00610-0663





U.S. POSTAGE PAID
FCM LETTER
ANASCO, PR
00610
FEB 12, 20
AMOUNT

$7.40

R2305K136205-01

Clerk Office
United State District Court
#150 Chardón Building
Federal Building
San Juan, Puerto Rico 00918-1767

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7014 2870 0000 2936 5880