11 de febrero de 2020

**Replica a la objeción global**

**Datos Personales:**

| | |
|---|---|
| Nombre: | Maria V. Ortiz Llera |
| Dirección: | Bo. Vegas |
| | 24345 Cayey,P.R.00736 |
| Teléfono: | (787)223-9156 |
| Correo Electrónico: | omalismorales@yahoo.com |
| Numero de reclamación: | 112431 |

**Epígrafe:**

Tribunal de distrito de los Estados Unidos para el distrito de Puerto Rico

En el asunto de: PROMESA, Titulo 111

Junta de Supervisión y Administración Financiera para Puerto Rico, Núm. 17 BK 3283-LTS

como representante de

Estado Libre Asociado de Puerto Rico y otros, La presente radicación guarda relación el ELA, la ACT y el SRE.

Centésima Trigésima novena objeción Global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la autoridad de carreteras y transportación de Puerto Rico y del sistema de retiro de los empleados del gobierno del estado libre asociado de puerto rico a reclamos deficientes en los que se alegan intereses sobre la base de unas leyes puertorriqueñas no especificadas.

Nombre de los deudores:

- El Estado Libre Asociado de Puerto Rico (el "ELA") (núm. de procedimiento de quiebra17 BK 3283-LTS) (últimos cuatro dígitos del numero federal de contribuyente:3481)

- La corporación del Fondo de interés apremiante de Puerto Rico ("Cofina") (núm. de procedimiento de quiebra 17 BK3284-LTZ) (últimos cuatro dígitos del numero federal de contribuyente: 8474)

- La Autoridad de Carreteras y Transportación de Puerto Rico (la ÄCT") (núm. de procedimiento de quiebra 17 BK 3567-LTS (últimos cuatro dígitos del numero federal de contribuyente:3808)

1

- El sistema de Retiro de los Empleados del Gobierno del Estado dígitos del numero federal de contribuyente: 9686);

- La Autoridad de Energía Eléctrica de Puerto Rico (la "AEE') (núm. de procedimiento de quiebra 17 BK 4780-LTS)

Motivo para oponerse a la objeción global:

Me opongo a la objeción global ya que tengo derecho a la Ley 89 (romeraso), Ley 164 (escala salarial) y Ley 9 (Quinquenio Sila Calderón) he estado trabajando en el Departamento de la Familia, desde 1 de abril de 1977 hasta el 31 de agosto de 2009. Solicito que se reevalué mi reclamación 112431 y aprueben el monto de la reclamación de acuerdo al tiempo que he trabajado.

Le incluyo certificacion de empleo

Gracias,

*[signature]*
Maria V. Ortiz Llera

2