

**DEPARTAMENTO DE LA FAMILIA**
**GOBIERNO DE PUERTO RICO**

A QUIEN PUEDA INTERESAR

CERTIFICO que, **María V. Ortiz Llera,** Número de Seguro Social, ·2661, trabajo para el Departamento de la Familia en la Administración Desarrollo Socioeconómico de la Familia en la **Oficina Local Cayey**.

La **Sra. Ortiz** ofreció servicios como **Técnico de Asistencia Social y Familiar III**. Laboro en la agencia desde el **1ro de abril de 1977** hasta el **31 de agosto de 2009.**

Certifico hoy, **11 de febrero de 2020**, para los fines que crea pertinentes.

**Nelson Rodríguez Rivera**
Oficial Administrativo II
Oficina Regional Guayama