Sra. Maria V Cruz Riera
Bo. Vega 24345
Cayey, P.R. 00736

RECEIVED & FILED
2020 FEB 14 PM 2:52
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN P.R.



13 FEB 2020 PM 2 L
SAN JUAN PR 009

Secretaria (Clerk's Office)
Tribunal de Distrito Estados Unidos
150 Chardon Avenue
Federal Building
San Juan, Puerto Rico 00918-1767

00918-170625