IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------x

In re:                                                                              PROMESA
                                                                                    Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of                                        No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO, et al.,                    (Jointly Administered)


     Debtors.[1]

---------------------------------------------------------------------x

## **ORDER**

This matter is before the Court on the *Urgent Consented Motion for Extension of Deadline* (Dkt. No. 11055) (the "Extension Motion").  Therein, the Debtor[2] requests an extension until February 21, 2020 to file the joint status report required by the Court's Memorandum of Decision and Order Regarding COPI's Rule 2004 Request (Dkt. No. 9530) (the "Order").

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not defined herein shall have the meanings given to them in the Extension Motion.

Taking note of the agreement among the parties and finding good cause for the

requested relief, the Court hereby ALLOWS the Extension Motion.  The deadline to file the Joint

Status Report required by the Order is extended to **February 21, 2020.**

This Order resolves Dkt. Nos. 11055.


SO ORDERED.


/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: February 18, 2020