*Proof of Claim:* **81661**
*Claimant:* **Amalbert-Millan, Maria A.**

# INFORMATION REQUESTED TO PROCESS YOUR CLAIM

## Instructions

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. **Your answers should provide <u>more</u> information than the initial proof of claim**. For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate now on what specific laws you are purporting to rely on, the year the law at issue was passed, and how and why you believe this particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as a Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any and all documentation you believe supports your claim.

Please send the completed form and any supporting documents via **email** to PRClaimsInfo@primeclerk.com, or by **mail or hand delivery** to the following addresseses:

| First Class Mail | Hand Delivery |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

## Questionnaire

1. **What is the basis of your claim?**
    - ☐ A pending or closed legal action with or against the Puerto Rican government
    - ☐ Current or former employment with the Government of Puerto Rico
    - ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)
    _Dinero no pagado que me corresponde._

2. **What is the amount of your claim (how much money do you claim to be owed):**
    $75,000.00

3. **Employment.** Does your claim relate to current or former employment with the Government of Puerto Rico?
    - ☐ No. *Please continue to Question 4.*
    - ☒ Yes. Answer Questions 3(a)-(d).

3(a). Identify the specific agency or department where you were or are employed:
_Department of Education_

Batch 2



3(b). Identify the dates of your employment related to your claim:
_different dates_

3(c). Last four digits of your social security number: __5688__

3(d). What is the nature of your employment claims (select all applicable):
- ☒ Pension
- ☒ Unpaid Wages
- ☐ Sick Days
- ☐ Union Grievance
- ☒ Vacation
- ☐ Other (Provide as much detail as possible. Attach additional pages if necessary).

_Vacaciones vencidas y no usadas_

4. **Legal Action.** Does your claim relate to a pending or closed legal action?
- ☒ No.
- ☐ Yes. **Answer Questions 4(a)-(f).**

4(a). Identify the department or agency that is a party to the action.
_____

4(b). Identify the name and address of the court or agency where the action is pending:
_____

4(c). Case number: _____

4(d). Title, Caption, or Name of Case: _____

4(e). Status of the case (pending, on appeal, or concluded): _____

4(f). Do you have an unpaid judgment? Yes / No (Circle one)
   If yes, what is the date and amount of the judgment? _____


990123400335414



# DEPARTAMENTO DE EDUCACION
### Estado Libre Asociado de Puerto Rico
### Secretaría Auxiliar de Recursos Humanos

6 de febrero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | MARIA A. AMALBERT MILLAN |
| Seguro Social | : | |
| Categoría | : | SUP. GEN. ECONOMIA DOMESTICA IV |
| Distrito Escolar | : | HUMACAO_ |
| Sueldo Mensual | : | $2,245.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 30 de septiembre de 1999 |
| Otros | : | Nuestro Sistema de Recursos Humanos refleja que ha trabajado para ésta Agencia por un periodo de 33 años, 7 meses y 3 semanas. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión del **Prof. Maria A. Amalbert Millan**, con número de seguro social que termina en **5688**.

| | |
|---|---|
| Fecha de Efectividad de la Pensión | 1 de octubre de 1999 |
| Tiempo Cotizado para Pensión | 33 años, 8 meses, 1 sem, 3.5 días |
| Pensión mensual Inicial | $ 1,779.83 |
| Pensión Mensual Actual | $ 1,779.83 |

Esta certificación se expide hoy, **13 de febrero de 2020** en **San Juan, Puerto Rico**.

*[firma]*

**Edgardo Negron Ramirez**
Supervisor
Área de Servicios de Retiro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879


SRM
Sistema de Retiro para Maestros
Gobierno de Puerto Rico

☎ 787.777.1414   📠 787.764.6910   www.srm.pr.gov

Modelo SC-1515 (IRM)
14-mayo-71
Manual de Contabilidad

ESTADO LIBRE ASOCIADO DE PUERTO RICO

## JUNTA DE RETIRO PARA MAESTROS

## INFORME RENTA ANUAL VITALICIA

675

| Nombre: María A. Amalbert Millán | Núm. Reclamación: 31413 | Sexo: F |
|---|---|---|

Tipo de Renta:
a— Años de Servicio y Edad
  Opcional (x)
  Obligatorio ( )
b— Edad ( )
c— Incapacidad
  Ocupacional ( )
  No Ocupacional ( )
d— Diferida ( )*

Fecha de Nacimiento: Año ___ Mes ___ Día ___

Fecha de Retiro: 1999 septiembre 30

Edad al Retirarse: 55 Años 3 Meses 16 Días

Servicios Acreditados: 33 Años 8 Meses 1 Sem. 3½ Días

Costo Anualidad: $ 38,654.62

Fecha de Efectividad: 1999 octubre 1

Retiro Ley Núm. 218 de 1951

Cómputo de la Renta Anual:  tres
a— Sueldo promedio mensual más alto durante cinco años consecutivos a $ 2,236.89    1,677.66
X  .75% X  30 años
 (Por ciento)    (Tiempo Acreditado)

* En caso de renta anual diferida, ésta comenzará al cumplir la edad de _____

( ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años de edad.

( ) o a opción en fecha posterior si al retirarse tiene 10 y menos de 25 años de servicios y menos de 60 años de edad.

b— Ajuste para llegar al Mínimo Establecido por Ley

| Años de Servicio | Edad | Incapacidad Física | Diferido |
|---|---|---|---|
| $ | $ | $ | $ |

Diferencia Mínimo o Renta Sistema Retiro

Renta Mensual Vitalicia

Renta Anual Vitalicia    1,677.66
                         20,131.92

Computado: B. Ledoux — Brendally Ledoux — 21-dic-99

Recomendado: Gloria E. Navas Pérez — 21-12-99
Sec. Eje. Aux. Area de Retiro

Cotejado: Hugo E. Aponte Morán — 21 dic. 99

Aprobado: José A. Figueroa Colón — 27 dic. 99
Sub-Secretario Ejecutivo

/agb

DE-15
Rev. 6/96

DEPARTAMENTO DE EDUCACION
SECRETARIA AUXILIAR DE
RECURSOS HUMANOS

## INFORME DE NOMBRAMIENTO Y CAMBIO

| NUMERO DE CAMBIO | ANTES DEL CAMBIO | DESPUES DEL CAMBIO |
|---|---|---|
| 1. Nombre del Empleado | Maria A. Amalbert Millan | |
| 2. Número Seguro Social | --- | |
| 3. Número de Puesto | E 00046 | |
| 4. Cifra de Cuenta | 96-111-081-03-416-001-1120-01-0000 | |
| 5. Categoria y status | De Conf -- Transitorio | |
| 6. Clasificación y Escala de Retribución | Ejecutivo II ER-9 | |
| 7. Número de Clase | 3302 | |
| 8. Sueldo | 2120.00 | |
| 9. Diferencial | | |
| 10. División | Funcionamiento Escolar | |
| 11. Unidad o Sección | Enseñansa Elemental y Secundaria | |
| 12. Ubicación | Region de Humacao | |
| 13. Acción y Duración | Renuncia | |
| 14. Aportación a Retiro | no cotiza | |
| 15. Ultimo día de pago | | |
| 16. Fecha de efectividad | | 6 de nov de 1996 |
| 17. Nombre anterior incumbente | | |
| 18. Comentarios y explicaciones (si necesita más espacio use el dorso) Se Transfieren los Balances a personaal Docente | | |
| 19. Firma del empleado (si aplica) | | |
| 20. Firma del Jefe de Agencia o Representante Autorizado | | Rafael Sifontes |

21 de enero de 1997.
Fecha preparado : didi

P.O. BOX 190759 SAN JUAN, PUERTO RICO 00919-0759 TEL. 759-2000

FORM. 409 Rev. 99



## DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos

### Informe de Cambio - Personal Docente

Pagarle ___ días por vacaciones regulares

Descontarle ___ días por ausencias

| | ANTES DEL CAMBIO | DESPUÉS DEL CAMBIO |
|---|---|---|
| 1. Nombre del Empleado | MARIA A. AMALBERT MILLAN | PARA LA JUNTA DE RETIRO Y ASOC. DE EM |
| 2. Número de Seguro Social | | eados. |
| 3. Lugar y Fecha de Nacimiento | RIO PIEDRAS, PR | |
| 4. Sexo | F | |
| 5. Estado Civil | CASADA | |
| 6. Preparación Académica | MA  (21) | |
| 7. Experiencia | 84 33-7-3 | |
| 8. Status Empleado (Contrato) | PERMANENTE  (01) | |
| 9. Sueldo Bruto | $2,245.00 | |
| 10. Numero del Puesto | R-15967 | |
| 11. Categoría del Puesto | Sup. General IV (Eco.Dom.) (8609) | |
| 12. Nivel del Puesto (Directivo) | SUP. GEN. ECONOMIA DOMESTICA IV | |
| 13. Fondo | ESTATAL | |
| 14. Cifra de Cuenta | E1110-11100-0810000-1006-00100-2000 | RECIBIDO NOV 1 0 1999 DIVISION DE NOMINAS SECCION DE CORRESPONDENCIA |
| 15. Fecha de Efectividad | 30 DE SEPTIEMBRE DE 1999 | |
| 16. Acción y Duración | CESE | |
| 17. Causa del Cese | RENUNCIA ACOGERSE BENEFICIOS JUBILACION | |
| 18. Último día de Trabajo | 30 DE SEPTIEMBRE DE 1999 | |
| 19. Último día de Pago | PAGO GLOBAL 22 de junio del 2000 a las 4:03 P.M | |
| 20. Programa Escolar, nivel y grado | SUP. GEN. ECONOMIA DOMESTICA IV | |
| 21. Turno en Registro | | |
| 22. Distrito Escolar | HUMACAO  (034) | |
| 23. Escuela | OFIC. SUPERINTENDENTE DE HUMACAO | |
| 24. Dirección Postal y Residencial | BOX 26 JUNCOS, PR 00777 / BARRIO CEIBA NORTE CARR. 935 KM 3.4 JUNCOS, PR 00777 | 25. Teléfono Residencial  0 |

26. Observaciones: Pago Global Enf. Exceso desde 1 al 21/oct/99 a las 11:45 A.M (13días XX3hrs. 45min.) del 21/oct/99 a las 11:45A.M hasta 6/marzo/del 2000 a las 11:45A.M(90 días) Pago Global Vec.Reg.desde )Exceso desde 6/marzo/2000 a las 11:45 A.M hasta 27/marzo/2000 a las 11:45 A.M (14 días 3hrs. 18min.) y del 27/marzo/2000 a las 11:45 A.M hasta el 22/junio del 2000 a las 4:03 P.M (60 días)

27. En caso de cambio de status a probatorio o permanente, traslado, reasignación permanente, reubicación o descenso.

28. Deseo:  ___ Acogerme  ___ No Acogerme
Al descuento del 3% de mi sueldo mensual para el Fondo de Ahorro y Préstamo de la Asociación de Empleados del ELA de Puerto Rico en caso de cambio de contrato a probatorio o permanente.

Firma del empleado  Fecha  |  Firma del empleado  Fecha

29. Recomendado  |  30. Recomendado
Director de Escuela  Fecha  |  Director de Escuela  Fecha

31. Aprobado: Por el Secretario de Educación o su Representante

Hacienda-CRIM
AEELA-KI AEELA-196

Firma  Fecha