

**PRIORITY MAIL**






U.S. POSTAGE PAID
PM 1-Day
JUNCOS, PR
00777
FEB 13, 20
AMOUNT
**$7.75**
R2305K134649-11

1005   00918

From:

Maria A. Amalbert
Paseo Palma Real
76 Calle Calandria
Juncos, PR 00777-3125



EXPECTED DELIVERY DAY: 02/14/20

USPS TRACKING® NUMBER

9505 5110 1741 0044 3288 19

TO:



Secretaria (Clerk's Office)
Tribunal de Distrito de los
Estados Unidos
150 Avenida Chardón
Room-150 Federal Building
San Juan, P.R. 00918-1767

* For international shipments, the maximum weight is 4 lbs.

Label 228, March 2016   FOR DOMESTIC AND INTERNATIONAL USE

Maria A. Amalbert
Paseo Palma Real
76 Calle Calandria
Juncos, PR 00777-3125

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767