UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
ROOM 150 CHARDON AVENUE
FEDERAL BUILDING
SAN JUAN, PUERTO RICO 00918-1767

Debtors: Estado Libre Asociado de Puerto Rico
Gobierno de Puerto Rico
Departamento de Educación

PROMESA
Title 111
No. 17 BK 3283-LTS

**CASE NUMBER: 17 BK 03283-LTS** ( CLAIM #85308 - Exhibit A) OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTHE OF PUERTO RICO, IN DEFFICIENT CLAIMS ASSEITTING INTEREST BASED UPON UNSPECIFIED PUERTO RICO STATUS.

DOC. 8978-4

Proof of Claim: 85308
Date Filed        : 6/26/2018

Name and Address: FELICITA SANTANA PADILLA
P.O. BOX 341
TOA BAJA, P. R. 00951-0341

pág. 1

CORREO ELECTRONICO: santanapadilla64@gmail.com
Tel. (787) 307-6654    (787) 946-0778

Reclamo al Estado Libre Asociado de Puerto Rico; al Gobierno de Puerto Rico, Departamento de Educación de Puerto Rico:

| | |
|---|---|
| Ley #89 de 1984 - | Romerazo |
| Años Reclamados- | 28 años |
| Cantidad Reclamada- | $ 8,400.00 |

Ley #164 del 2002    y    Ley # 96 del 1 de julio de 2002
Años Reclamados-    28 años
Cantidad Reclamada    $ 13,200.00

(Monto de la cantidad reclamada  $21,600.00  aproximadamente)

2

Página 3

Replica de Objeción Global

Adjunto evidencia en réplica a la información solicitada:

1. Certificación de años de servicio en el Departamento de Educación (DE)

2. Certificación de Pensión del Sistema de Retiro de Maestros (SRM)

3. Narrativo de mis años de experiencia en el DE y logros alcanzados

Solicito la adjudicación de mi petición, según corresponda a mis derechos por las Leyes anteriormente Especificadas:

Nombre  Felicita Santana Padilla

Firma _Felicita Santana Padilla_    Fecha  13 feb- 2020

Replica de objeción global

NARRATIVO DE MIS AÑOS DE EXPERIENCIA Y LOGROS ALCANZADOS.

Mi nombre es FELICITA SANTANA PADILLA y presté servicios para el **Departamento de Educación** (DE) bajo el **Estado Libre Asociado de Puerto Rico,** (ELA) como Maestra de Educación Temprana Nivel Elemental (K-3) durante 28 años consecutivos; en los cuales trabajé en varios centros educativos y en diferentes niveles de enseñanza. Según los registros del Sistema de Recursos Humanos el DE, reflejan que comencé a trabajar el 11/21/1985 hasta mi renuncia efectiva el 23 de diciembre de 2015. Durantes estos años, ocupé puestos o plazas del nivel elemental desde primer grado hasta cuarto grado y aunque reconozco que esta información puede ser verificada en los registros del DE y en los documentos que les estoy enviando; a continuación les incluyo un desglose de mis años de experiencia de trabajo; y logros obtenidos con el fin de demostrar que la deuda existe y mis reclamos son válidos. Dado que a mi mejor entender, aparentemente durante el transcurso de estos 28 años que aquí hago referencia y según Leyes existentes ( Ley 164 del 2002 y Ley 96 del 1 de julio de 2002, Ley 89 de 1984 - Romerazo ) comprueban que el Gobierno de Puerto Rico le había concedió aumentos de sueldo a los maestros a través de "pasos por méritos" y aumentos de sueldo por decisión tomada por los gobernantes de turnos en Puerto Rico; los cuales me corresponden por Ley y no me fueron adjudicados ni pude ver reflejados en mi salario.

pág. 4

Desglose de años de experiencia laboral, centros de trabajo y plazas que ocupé:

1985-1986 - Departamento de Educación
Escuela S. U. Sabana Breñas, Vega Alta
Maestra Sustituta de primer grado (por maternidad nov.- enero)

1986- 1988- Departamento de Educación
Escuela Francisca Dávila Semprit, Bo. Sabana Seca, Toa Baja, PR
Maestra de tercer grado - Todas las materias

1988-1989- Departamento de Educación
Escuela María Justina Corredor, Urb. Covadonga, Toa Baja
Maestra de cuarto grado - Todas las materias (menos inglés)

1989- 2015- Departamento de Educación
Escuela Ernestina Bracero Pérez Bo. Candelaria Arenas, Toa Baja
Maestra de primer grado (hasta mi retiro 2015)

5

Durante estos años, obtuve logros y reconocimientos significativos de varias fuentes, entre las que puedo mencionar o recordar se encuentran las siguientes:

- En la escuela Ernestina Bracero Pérez fui seleccionada por votación de la facultad **Maestra Ejemplar** para el año 1994 y me dedicaron la **Semana de la Lenga** que se llevó a cabo del 21 al 25 de marzo de 1994. También competí en el Distrito por el premio de Excelencia el cual no gané, pero fue una experiencia única y especial.
- En las pruebas de lecturas realizadas a mis estudiantes de primer grado por los Supervisores del Distrito Escolar Toa Baja, siempre obtuve buenos resultados y me mantuve entre lo por cientos más altos (entre 89% a 94%).
- Mis estudiantes se graduaban de primer grado con buenas calificaciones, con los conocimientos, destrezas y herramientas necesarias en lectura que los capacitaban para hacer un mejor trabajo en segundo grado.
- La padres de mis estudiantes, en la celebración de los Días de Logros me otorgaron Placas en reconocimiento a mi labor como maestra de sus hijos.
- La comunidad escolar también me otorgo Certificados de Reconocimientos por mis ejecutorias como líder de la comunidad. Me desempeñé como Delegada de Taller de la Federación de Maestros en la escuela Ernestina Bracero Pérez y también fui presidenta del Consejo Escolar.
- Recibí bonos de asistencia perfecta del Departamento de Educación.
- Siempre mantuve buenas relaciones con los maestros, padres, estudiantes y con el director escolar.

6

Espero que puedan tomar en consideración mi caso y cambiar la clasificación de reclamo deficiente (Id) por un reclamo válido; porque les estoy enviando documentación e información que les permite a los deudores enjuiciar mi reclamo contra el ELA, en virtud del Titulo 111 de PROMESA Y basado en Leyes Puertorriqueñas, hechos y derechos. Justifico mi tardanza en comunicarme con ustedes y el atraso en el envío de documentación para complementar mi reclamación, debido a condiciones de salud crónicas (diabetes, alta presión, y otros). Además, como es de conocimientos de todos ustedes en Puerto Rico han ocurrido una serie de eventos y fenómenos atmosféricos; tales como: huracanes, inundaciones, terremotos y sismos que han afectado la salud en general de todos los puertorriqueños. Yo soy parte de esa población que se le ha afectado su salud física y emocional. No es agradable escuchar mala noticias casi todos los días, ni es fácil vivir bajo tensión diariamente en espera de algo peor. Se pierde la noción del tiempo y solo se piensa en como sobrevivir. Tampoco cuento con recursos económicos suficientes para contratar un abogado que me represente y me oriente sobre los pasos a seguir con esta reclamación. Debido a que en Puerto Rico el costo de vida está muy alto y el dinero que se recibe de la pensión no alcanza para los gastos mensuales: agua, luz, teléfono, alimentos, medicamentos y gastos médicos.

7