From: Felicita Santana
P.O. Box 341
Toa Baja, P.R. 00951-0…

7019 0700 0000 2040 2006

CERTIFIED MAIL

TO: Secretaría (*Clerk's Office*)
Tribunal de Distrito de los Estados Unidos
#150 Chardon Avenue
Federal Building
San Juan (Puerto Rico) 00918