Lourdes Soto Ramos<br>
Urb. Los Caobos calle Tabonuco # 2323<br>
Ponce, PR 00716-2712<br>
Lsoto024@gmail.com

De: Lourdes Soto Ramos

A: Quién pueda interesar:

　　　Por este medio, solicito se me conceda una prórroga para entregar los documentos y la evidencia requerida para completar el proceso de mi reclamación. Ésto, debido a que al recibir los documentos las Agencias estaban cerradas impidiendo conseguir la evidencia requerida. Especialmente en el área Sur de Puerto Rico donde resido, que desde entonces se encuentra en estado de emergencia debido a los terremotos.

　　　Además, soy paciente de cáncer y me encuentro bajo tratamiento al día de hoy. Aun así, mi interés es cumplir y culminar con este proceso lo antes posible.

Agradeceré toda la ayuda que puedan brindar a este asunto.

Cualquier duda o pregunta puede comunicarse al celular (787)-247-7653, casa (787)-842-6757 ó Lsoto024@gmail.com

Lourdes Soto Ramos

*[firma: Lourdes Soto Ramos]*

Solicito prórroga para los siguientes casos:

| | |
|---|---|
| Claim # 79870 | Claim # 126946 |
| Claim # 84774 | Claim # 124200 |
| | Claim # 137990 |

*[Sello: RECEIVED & FILED 2020 FEB 14 PM 2:52 CLERK'S OFFICE US DISTRICT COURT SAN JUAN, PR]*