Lourdes Soto Pease
Urb. Los Caobos
Calle Tabonuco #2323
Ponce, P.R. 00716-2712



Clerk's Office
United States District Court
#150 Chardón Avenue
Federal Building
San Juan, P.R. 00918

00918-170625