**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

    Debtors.

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(jointly administered)

**Appendix to Response to the One Hundred Forty-Third Omnibus Objection (Non-Substantive)**

**EXHIBIT**

1) Questionnaire Proof of Claim <u>158844</u>

2) Employment Certification Letter

Número de Evidencia de Reclamación: 158844
Reclamante: Perez Montano, Maria Dolores

# INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

## Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación. Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

## Cuestionario

1. **¿Cuál es el fundamento de su reclamación?**
   - ☐ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este
   - ☒ Empleo actual o anterior en el gobierno de Puerto Rico
   - ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

   _Empleada del Gobierno de Puerto Rico, Departamento de Educación_

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**

   _$13,500.00_

Batch 5



*Número de Evidencia de Reclamación*: 158644
*Reclamante*: Perez Montano, Maria Dolores

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   ☐ No. *Pase a la Pregunta 4.*
   ☑ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó:
   Departamento de Educación

3(b). Identifique las fechas de su empleo con relación a su reclamación:
   Empleada desde el 6 de marzo de 1963 hasta el 22 de diciembre de 1995

3(c). Últimos cuatro dígitos de su número de seguro social: 9070

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   ☐ Jubilación
   ☑ Salarios impagos
   ☐ Días por enfermedad
   ☐ Queja con el sindicato
   ☐ Vacaciones
   ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).
   Aumento de Salario otorgado mediante la Ley Número 89 de 12 de julio de 1979, Según enmendada, "Ley de Retribución Uniforme" de 1979.

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   ☑ No.
   ☐ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción.
   _____

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución:
   _____

4(c). Número de caso: _____

4(d). Título, epígrafe, o nombre del caso:
   _____

Batch 5

2


99012340041823

*Número de Evidencia de Reclamación:* 15884
*Reclamante:* **Perez Montano, Maria Dolores**

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):
_____

4(f). ¿Tiene usted una sentencia impaga? Sí / N̸o  (Marque una)
De ser así, ¿cuál es la fecha y el monto de la sentencia?

_____

Batch 5

3





## Certificación de Empleo

Certifico que la señora María D Pérez,Montano s.s. # xxx-xx-9070, trabajó en un puesto regular en la Escuela Elemental Nueva (Factor V) del Distrito Arecibo Municipio de Arecibo como Maestro Educ. Temprana K-3 . Desde el 6 de marzo de 1963 hasta el 22-diciembre-1995. Su salario mensual era de $1,675.00. Su jornada de trabajo era de seis horas (6.00). Según el Art. 2.10 de la ley 26-2017 a partir de la vigencia de esta Ley, ningún empleado público tendrá derecho al pago de la liquidación de días en exceso por concepto de vacaciones o enfermedad.

Cualquier tachadura o borrón invalida esta certificación, dada a petición de el Sra. Pérez, hoy 30 de enero de 2020.

Atentamente,

Marisol Cruz Monroig
Directora Recursos Humanos, Interina

Notifico que la información contenida en esta certificación es fiel y exacta.

Certificación emitida por:

| Laura Amador Rios | Técnico Recursos Humanos |
| Nombre/Firma | posición |

*Sello Oficial*

REGIÓN EDUCATIVA DE ARECIBO
Centro Gubernamental
372 Ave. José A. Cedeño, Ste. 210 B
Arecibo, Puerto Rico 00612-4623

Tel: (787) 878-0556

El Departamento de Educación no discrimina de ninguna manera por razón de raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosas, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.