**PRESS FIRMLY TO SEAL**

**PRESS FIRMLY TO SEAL**

U.S. POSTAGE PAID
PME 1-Day
HATILLO, PR
00659
FEB 13, 20
AMOUNT
$26.50
R2305K134656-02

# PRIORITY
★ MAIL ★
# EXPRESS™

**OUR FASTEST SERVICE IN THE U.S.**

**UNITED STATES POSTAL SERVICE®**

**PRIORITY MAIL EXPRESS®**

EJ 017 283 411 US

**CUSTOMER USE ONLY**

**FROM:** (PLEASE PRINT)   PHONE ( 787 ) 431-0606

Maria D. Perez Montano
HC-01 Box 6121
Hatillo, P.R. 00659

**DELIVERY OPTIONS (Customer Use Only)**
☑ SIGNATURE REQUIRED *Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.*
**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

**TO:** (PLEASE PRINT)   PHONE ( )

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, P.R. 00918-1767

ZIP + 4® (U.S. ADDRESSES ONLY)

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

**WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.**

**≡EMS**

**EP13L July 2013   OD: 15 x 9.5**

PS10001000059

**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**
☑ 1-Day  ☐ 2-Day  ☐ Military  ☐ DPO

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage |
|---|---|---|
| 00659 | 2/14/2020 | $ 26.50 |

| Date Accepted (MM/DD/YY) | Scheduled Delivery Time ☐ 10:30 AM ☑ 3:00 PM ☐ 12 NOON | Insurance Fee $ | COD Fee $ |
|---|---|---|---|
| 2/13/2020 | | | |

| Time Accepted 2:35 ☐ AM ☑ PM | 10:30 AM Delivery Fee $ | Return Receipt Fee $ | Live Animal Transportation Fee $ |
|---|---|---|---|

| Special Handling/Fragile $ | Sunday/Holiday Premium Fee $ | Total Postage & Fees $ 26.50 |
|---|---|---|

| Weight   lbs.   ozs. | ☒ Flat Rate | Acceptance Employee Initials |
|---|---|---|

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |
|---|---|---|

| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |
|---|---|---|

LABEL 11-B, MARCH 2019   PSN 7690-02-000-9996

**PEEL FROM THIS CORNER**

VISIT ... ORDER FREE SUPPLIES ONLINE

POSTAL SERVICE®