UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

    Debtors.

PROMESA
Title III

No. 17 BK 3283-LTS

(jointly administered)

---------------------------------------------------------------x

**Appendix to Response to the One Hundred Forty-Third Omnibus Objection (Non-Substantive)**

**EXHIBIT**

1) Questionnaire Proof of Claim <u>165615</u>

2) Employment Certification Letter

Número de Evidencia de Reclamación: 163613
Reclamante: Perez Montano, Maria Dolores

# INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

## Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial**. A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación.

Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

## Cuestionario

1. ¿Cuál es el fundamento de su reclamación?
   - ☐ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este
   - ☑ Empleo actual o anterior en el gobierno de Puerto Rico
   - ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)
   
   _Empleada del Gobierno de Puerto Rico, Departamento de Educación_

2. ¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):
   
   _$4,800.00_

Batch 4



*Número de Evidencia de Reclamación*: 165615
*Reclamante*: Perez Montano, Maria Dolores

3. <u>Empleo.</u> ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐ No. *Pase a la Pregunta 4.*
   - ☑ Sí. Responda preguntas 3(a)-(d).

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó:
_Departamento de Educación_

3(b). Identifique las fechas de su empleo con relación a su reclamación:
_Empleada desde el 6 de marzo del 1963 hasta el 22 de diciembre de 1995_

3(c). Últimos cuatro dígitos de su número de seguro social: _9070_

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☐ Jubilación
   - ☑ Salarios impagos
   - ☐ Días por enfermedad
   - ☐ Queja con el sindicato
   - ☐ Vacaciones
   - ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

_Aumento de salario mediante ley Núm. 96 del 1 de julio de 2002_

4. <u>Acción legal</u>. ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ☑ No.
   - ☐ Sí. Responda Preguntas 4(a)-(f).

4(a). Identifique el departamento o agencia que es parte de esta acción.

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución:

4(c). Número de caso:

4(d). Título, epígrafe, o nombre del caso:

Batch 4

2



*Número de Evidencia de Reclamación:*
*Reclamante*: **Perez Montano, Maria Dolores**

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):

_____

4(f). ¿Tiene usted una sentencia impaga? Sí / No (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?

_____





**DEPARTAMENTO DE EDUCACIÓN**
GOBIERNO DE PUERTO RICO

## Certificación de Empleo

Certifico que la señora María D Pérez, Montano s.s. # xxx-xx-9070, trabajó en un puesto regular en la Escuela Elemental Nueva (Factor V) del Distrito Arecibo Municipio de Arecibo como Maestro Educ. Temprana K-3. Desde el 6 de marzo de 1963 hasta el 22-diciembre-1995. Su salario mensual era de $1,675.00. Su jornada de trabajo era de seis horas (6.00). Según el Art. 2.10 de la ley 26-2017 a partir de la vigencia de esta Ley, ningún empleado público tendrá derecho al pago de la liquidación de días en exceso por concepto de vacaciones o enfermedad.

Cualquier tachadura o borrón invalida esta certificación, dada a petición de el Sra. Pérez, hoy 30 de enero de 2020.

Atentamente,

Marisol Cruz Monroig
Directora Recursos Humanos, Interina

Notifico que la información contenida en esta certificación es fiel y exacta.

Certificación emitida por:

Laura Amador Rios                                              Técnico Recursos Humanos

Nombre/Firma                                                          posición

Sello Oficial

REGIÓN EDUCATIVA DE ARECIBO
Centro Gubernamental
372 Ave. José A. Cedeño, Ste. 210 B
Arecibo, Puerto Rico 00612-4623

Tel: (787) 878-0556

El Departamento de Educación no discrimina de ninguna manera por razón de raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosas, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.