**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

----------------------------------------------------------------x

| | |
|---|---|
| In re: | **PROMESA** |
| | **Title III** |
| THE FINANCIAL OVERSIGHT AND | |
| MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| as representative of | (jointly administered) |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*,O | |
| Debtors. | |

----------------------------------------------------------------x

**Appendix to Response to the One Hundred Forty-Third Omnibus Objection (Non-Substantive)**

**EXHIBIT**

1) Questionnaire Proof of Claim <u>161088</u>

2) Employment Certification Letter

*Número de Evidencia de Reclamación:* 161088
*Reclamante:* Perez Montano, Juanita

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

### Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación.

Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### Cuestionario

1. ¿Cuál es el fundamento de su reclamación?

   ☐ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

   ☑ Empleo actual o anterior en el gobierno de Puerto Rico

   ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

   _Empleada del Departamento de Educación de Puerto Rico_

2. ¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):

   _$15,000.00_

Batch 4



*Número de Evidencia de Reclamación:* 161088
*Reclamante:* Perez Montano, Juanita

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):

_____

4(f). ¿Tiene usted una sentencia impaga? Sí / (No)  (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?

_____

Batch 4

3


990123400399210



## Certificación de Empleo

Certifico que la señora Juanita Pérez, Montano s.s. # xxx-xx-3072, trabajó en un puesto regular en la Escuela Luis Meléndez Rodríguez del Distrito Arecibo Municipio de Hatillo como Maestro Educ. Elemental 4-6 . Desde el 21 de septiembre de 1976 hasta el 1-agosto-2001. Su salario mensual era de $2,055.00. Su jornada de trabajo era de seis horas (6.00). Según el Art. 2.10 de la ley 26-2017 a partir de la vigencia de esta Ley, ningún empleado público tendrá derecho al pago de la liquidación de días en exceso por concepto de vacaciones o enfermedad.

Cualquier tachadura o borrón invalida esta certificación, dada a petición de el Sra. Pérez, hoy 30 de enero de 2020.

Atentamente,

Marisol Cruz Monroig
Directora Recursos Humanos, Interina

Notifico que la información contenida en esta certificación es fiel y exacta.

Certificación emitida por:

 Laura Amador Rios          Técnico Recursos Humanos

Nombre/Firma                posición

*Sello Oficial*

REGIÓN EDUCATIVA DE ARECIBO
Centro Gubernamental
372 Ave. José A. Cedeño, Ste. 210 B
Arecibo, Puerto Rico 00612-4623

Tel: (787) 878-0556

El Departamento de Educación no discrimina de ninguna manera por razón de raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosas, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.