



U.S. POSTAGE PAID
PME 1-Day
HATILLO, PR
00659
FEB 13, 20
AMOUNT
**$26.50**
R2305K134656-02

1005   00918

**PRESS FIRMLY TO SEAL**

**PRESS FIRMLY TO SEAL**

# PRIORITY
## ★ MAIL ★
# EXPRESS™

**OUR FASTEST SERVICE IN THE U.S.**



**UNITED STATES POSTAL SERVICE®**  |  **PRIORITY MAIL EXPRESS®**

EJ 017 283 385 US

**CUSTOMER USE ONLY**

**FROM:** (PLEASE PRINT)   PHONE ( 787 ) 528-4015

JUANITA PEREZ MONTAÑO
CALLE JAVES 967
HATILLO P.R. 00659

**PAYMENT BY ACCOUNT** (if applicable)
USPS® Corporate Acct. No.   Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**

☒ 1-Day   ☐ 2-Day   ☐ Military   ☐ DPO

PO ZIP Code: 00659    Scheduled Delivery Date (MM/DD/YY): 2/14/2020    Postage: $ 26.00

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED *Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.*

Date Accepted (MM/DD/YY): 2/13/2020    Scheduled Delivery Time: ☐ 10:30 AM ☐ 3:00 PM ☐ 12 NOON    Insurance Fee: $    COD Fee: $

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

Time Accepted: 2:38  ☐ AM ☒ PM    10:30 AM Delivery Fee: $    Return Receipt Fee: $    Live Animal Transportation Fee: $

**TO:** (PLEASE PRINT)   PHONE ( )

Clerk's OFFICE
UNITED STATES DISTRICT COURT
ROOM 150 FEDERAL BUILDING
SAN JUAN PUERTO RICO 00918-1767

Special Handling/Fragile: $   Sunday/Holiday Premium Fee: $   Total Postage & Fees: $ 26.50

Weight: lbs. ozs.   ☐ Flat Rate   Acceptance Employee Initials: a

ZIP + 4® (U.S. ADDRESSES ONLY)

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY): Time: ☐ AM ☐ PM   Employee Signature:
Delivery Attempt (MM/DD/YY): Time: ☐ AM ☐ PM   Employee Signature:

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

LABEL 11-B, MARCH 2019   PSN 7690-02-000-9996

← **PEEL FROM THIS CORNER**

**WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.**



**EP13L July 2013   OD: 15 x 9.5**


PS10001000059

**VISIT US AT USPS.COM®**
**ORDER FREE SUPPLIES ONLINE**







**UNITED STATES POSTAL SERVICE®**