13 de Febrero del 2020
Arroyo, P.R. 00714

A quien pueda interesar: Objeción Global
Numeró de reclamación 110201

Adjunto les envío evidencia de que fui empleada del Estado Libre Asociado de Puerto Rico siendo parte del departamento de Educación donde laboré por 30 años: desde Agosto 1974 hasta Marzo 28 2008; donde me retiré. Entiendo que mi reclamación es válida contra el Estado libre Asociado de Puerto Rico. Cuando llene la reclamación desconocía la cantidad reclamada. Ahora envío un monto aproximado de $8,940.00 dólares

Replica:
Datos personales:
Evelyn Rodríguez Lacot
Calle Morse 171
Arroyo, P.R. 00714
Celular: (787) 450-1223

Firma: _____

Numeró de reclamación 110201
No dispongo de correo electrónico.

Epígrafe
Secretaria Clerk's office
Tribunal de Distrito de los estados Unidos
Room 150 Federal Building
San Juan Puerto Rico, 00918-1767