ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACION
DIVISION DE PERSONAL - HATO REY, PUERTO RICO

DIAS DE ACUMULAR [illegible] HRS — PAGAR [illegible] DIAS [illegible] HRS
VACACIONES REGULARES — VACACIONES REGULARES [illegible]
POR AUSENCIAS DISCRECIONALES

INFORME DE CAMBIO DE PERSONAL [illegible]

CLAVE [illegible]

[illegible], EVELYN — [illegible]
NOMBRE — SEGURO SOCIAL

OFICINA [illegible] /OFICINA DEL SUPERINTENDENTE — [illegible]
DISTRITO/ESCUELA — PREPARACION

REGULAR (01) — [illegible]
STATUS — ANTES — DESPUES
EXPERIENCIA (AA-MM-DD)

MAESTRO TRAB. SOCIAL ESCOLAR (PROG.ED.ESP — [illegible]
CATEGORIA - CLASE — NUMERO DE PUESTO

$ 2,590.00 — [illegible]
SUELDO ANTES DEL CAMBIO — PAGO DE VACACIONES

ESTATAL (111)
FONDO — CAUSA DEL CESE

ULTIMO DIA DE TRABAJO — ULTIMO DIA DE PAGO

[illegible]1110-11100-[illegible]-2017-

CIFRA DE CUENTA

OBSERVACIONES:

APROBADO POR [signature]

FIRMA — FECHA

RECEIVED MAY 07 2007

PARA USO DE LA DIVISION DE NOMINAS

TIPO 5 (RECORD D) — (CESE) RECIBIDO [illegible]

[illegible] DE CAMBIO - PERSONAL DOCENTE

CLAVE AREA: ROD

| | |
|---|---|
| RODRIGUEZ LACOT, EVELYN | [illegible] |
| NOMBRE | SEGURO SOCIAL |
| [illegible] -DOS/ORIENTA[illegible] DEL SUPERINTENDENTE | 19 - 2A + 30 PG |
| DISTRITO/ESCUELA | PREPARACION |
| REGULAR (01) - | 30-0-0-0.0 |
| STATUS | ANTES DESPUES<br>EXPERIENCIA (A-M-D-H) |
| REGISTRO TRAB.SOCIAL ESCOLAR (PROG.ED.ESP | 712021 |
| CATEGORIA - CLASE | NUMERO DE PUESTO |
| $ 2,590.00 | 06/JUNIO/2007 |
| SUELDO ANTES DEL CAMBIO | PAGO DE VACACIONES |
| ESTATAL (111) | |
| FONDO | CAUSA DEL CASO |
| | |
| ULTIMO DIA DE TRABAJO | ULTIMO DIA DE PAGO |

E3 110-11150-[illegible]-2008-

CIFRA DE CUENTA

OBSERVACIONES:

APROBADO POR EL SECRETARIO DE EDUCACION. [signature] 

FIRMA

Recibido Arroyo 05-02-008

FECHA

PARA USO DE LA DIVISION DE NOMINAS

TIPO 3 (RECORD D) (CLIC?) PROXIMO MES