Evelyn Rodriguez Lacot
191 Morse
Arroyo, P.R. 00714

7013 2250 0000 6662 5056

Secretaria Clerk's Office
Tribunal de Distrito de los Estados-
Room 150 Federal Building
San Juan, P.R. 00918-1767

RECEIVED & FILED
2020 FEB 14 PM 2:56

RETURN RECEIPT REQUESTED

1000
00918