# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

    Debtors.

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(jointly administered)

## Appendix to Response to the One Hundred Forty-Third Omnibus Objection (Non-Substantive)

**EXHIBIT**

1) Questionnaire Proof of Claim 138135

2) Employment Certification Letter

Prime Clerk LLC
Centro de procesamiento de información complementaria del Estado Libre Asociado de Puerto Rico
850 3rd Avenue, Suite 412
Brooklyn, NY 11232
Tel.: (844) 822-9231
PRClaimsInfo@primeclerk.com

# INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

## Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación.

Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

Centro de procesamiento de información complementaria del Estado Libre Asociado de Puerto Rico
c/o Prime Clerk LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

## Cuestionario

5. ¿Cuál es el fundamento de su reclamación?

   ☐ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

   ☑ Empleo actual o anterior en el gobierno de Puerto Rico

   ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

   _Empleada del Gobierno de Puerto Rico, Departamento de Educación_

6. ¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):

   _$5,000.00  Reclamación 138135_

7. <u>Empleo.</u> ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐ No. *Pase a la Pregunta 4.*
   - ☒ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó:
_Departamento de Educacion_

3(b). Identifique las fechas de su empleo con relación a su reclamación:
_Empleada del Gobierno de Puerto Rico desde el 8 de agosto de 1977 hasta el 20 de diciembre de 2007_

3(c). Últimos cuatro dígitos de su número de seguro social:
_9810_

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☐ Jubilación
   - ☒ Salarios impagos
   - ☐ Días por enfermedad
   - ☐ Queja con el sindicato
   - ☐ Vacaciones
   - ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

_Aumento de salario otorgado mediante la Ley 164 del 22 de julio del 2003, "para conceder un aumento de sueldo de cien dólares a los empleados públicos del Gobierno del ELA"._

8. <u>Acción legal.</u> ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ☒ No.
   - ☐ Sí. **Responda Preguntas 3(a)-(e).**

4(a). Identifique el departamento o agencia que es parte de esta acción.

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución:

2

4(c). Número de caso: _____

_____

4(d). Título, epígrafe, o nombre del caso: _____

_____

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):

_____

4(f). ¿Tiene usted una sentencia impaga? Sí / No (Marque una)

    De ser así, ¿cuál es la fecha y el monto de la sentencia?

_____

3



GOBIERNO DE PUERTO RICO
Departamento de Educación
Región de Arecibo

## Certificación de Empleo

Certifico que la señora <u>Gloria Pérez Montano</u>, s.s. # <u>xxx-xx-9810</u>, trabajó en un puesto regular en la Escuela <u>S.U. Ramón E. Betances</u> del Distrito <u>Arecibo</u>  Municipio de <u>Arecibo</u> como <u>Ma. Educ. Nivel Elemental (4-6)</u>, desde 8 de agosto de 1977 hasta 20 de diciembre de 2007. Su salario mensual fue de $2,505.00 y su jornada de trabajo fue de seis horas (6.00). Según el Art. 2.10 de la ley 26-2017 a partir de la vigencia de esta Ley, ningún empleado público tendrá derecho al pago de la liquidación de días en exceso por concepto de vacaciones o enfermedad.

Cualquier tachadura o borrón invalida esta certificación dada a petición del señor <u>Pérez</u>, hoy <u>27 de enero de 2020</u>.

Atentamente,

*(firma)*
Marisol Cruz Monroig
Directora
Recursos Humanos  - Interina

Notifico que la información contenida en esta certificación es fiel y exacta. Se acompaña evidencia. Certificación emitida por:

*(firma)*
<u>Jelixsa Rivera Quiñones</u>            <u>Auxiliar de Recursos Humanos</u>
Nombre/Firma                               posición

Sello Oficial

REGIÓN EDUCATIVA DE ARECIBO
Centro Gubernamental
372 Ave. José A. Cedeño, Ste. 210 B
Arecibo, Puerto Rico  00612-4623

Tel: (787) 878-0556

El Departamento de Educación no discrimina de ninguna manera por razón de raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosas, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.