

# DEPARTAMENTO DE EDUCACION

## GOBIERNO DE PUERTO RICO

### OFICINA SUPERINTENDENTE DE ESCUELAS
### MARICAO, PUERTO RICO

A QUIEN PUEDA INTERESAR

CERTIFICO QUE LA SEÑORA AIDZA ORTIZ FELICIANO, SEGURO SOCIAL #XXX-XX-7216 SE DESEMPEÑO COMO MAESTRA EN EL DISTRITO ESCOLAR DE MARICAO DURANTE LOS SIGUIENTES AÑOS:

| PERIODO | PUESTO | STATUS | SUELDO | OBSERVACIONES |
|---|---|---|---|---|
| 19 AGO 81 A MAYO 82 | MA. PRE-ESC | PROV. | $585.00 | |
| 27 AGO 82 A MAYO 83 | MA ELEM | PROV. | $610.00 | |
| 22 AGO 83 A MAYO 84 | MA REC ESP | PROV. | $635.00 | |
| 6 AGO 84 A MAYO 85 | MA ELEM | PROB. | $760.00 | |
| AGOSTO 85 A MAYO 86 | MA ELEM | PROB. | $787.00 | |
| AGOSTO 86 A ENERO 87 | MA ELEM | PROB. | $787.00 | LICENCIA SIN SUELDO |
| ENERO 87 A MAYO 87 | MA ELEM | PROB. | $787.00 | |
| AGOSTO 87 A MAYO 88 | MA ELEM | PERM. | $787.00 | |
| AGOSTO 88 A MAYO 89 | MA ELEM | PERM. | $962.00 | |
| AGOSTO 89 A MAYO 90 | MA ELEM | PERM. | $1,050.00 | |
| AGOSTO 90 A MAYO 91 | MA ELEM | PERM. | $1,100.00 | |
| AGOSTO 91 A MAYO 92 | MA ELEM | PERM. | $1,150.00 | |

EN MARICAO, PUERTO RICO
A 28 DE AGOSTO DE 1998

GRISCA D. SEDA RUIZ
SUPERINTENDENTE DE ESCUELAS

FORMANDO LA GENERACION DEL FUTURO

PO Box 831, Maricao, Puerto Rico 00606 • Tels. 838-2360/838-4460 • Fax (787) 838-3264

Form. 409 Rev./79

| | |
|---|---|
| | Pagarle _____ días por vacaciones regulares en julio |
| | Descontarle _____ días por ausencias |

Estado Libre Asociado de Puerto Rico
**DEPARTAMENTO DE INSTRUCCION PUBLICA**
División de Personal · Hato Rey, Puerto Rico

**INFORME DE CAMBIO · PERSONAL DOCENTE**

| | | ANTES DEL CAMBIO | | DESPUES DEL CAMBIO | |
|---|---|---|---|---|---|
| 1 | Nombre del Empleado | AIDZA E. ORTIZ FELICIANO | | | |
| 2 | Núm. Seg. Social | ▓▓▓-7216 | | | |
| 3 | Sexo | F | | | |
| 4 | Estado Civil | CASADA | | | |
| 5 | Prep. Académica | BAR | 15 | | |
| 6 | Experiencia | 9-9-3-3-1/2 | | | |
| 7 | Status Empleado (Contrato) | PERMANENTE | (A | TRANSITORIO ELEGIBLE | |
| 8 | Sueldo Bruto | $1,150.00 | | | |
| 9 | Núm. de la Plaza | R21894 | | R-23243 | |
| 10 | Categoría de la Plaza | ELEMENTAL | 9971 | Elemental | 9971 |
| 11 | Clasificación Puestos Dir | | | | |
| 12 | Fondo | ESTATAL | | | |
| 13 | Cifra Cuenta | 93-111-081-01-046-001-1110-01-0000 | | 93-111-081-01-061-001-1110-01-0000 | |
| 14 | Fecha de Efectividad | | | 13 DE AGOSTO DE 1992 | |
| 15 | Acción y Duración | | | TRASLADO - AÑO | |
| 16 | Causa del Cese | | | | |
| 17 | Ultimo Día Trabajo | | | | |
| 18 | Ultimo Día de Pago | | | | |
| 19 | Programa Escolar | ELEMENTAL | | | |
| 20 | Turno en Registro | | | 0004 | |
| 21 | Distrito Escolar | MARICAO | 046 | SABANA GRANDE | 061 |

**LICENCIA POR VACACIONES y/o ENFERMEDAD CONCEDIDA**

| 22 Desde | 23 Hasta |
|---|---|
| 24 Observaciones (Antes del Cambio) | 25 Observaciones (Después del Cambio) |
| | La Sra. Ortiz Feliciano aceptó plaza con status transitorio elegible. Esta plaza pertenece a la Sra. Maida Lago, quien fue prorrogada a Coord. Evaluación. |

26 AIDZA E. ORTIZ FELICIANO          10 AGO 1992
Firma Empleado en caso de cambio de contrato a probatorio, traslado, reasignación permanente o descenso          Fecha

27 Deseo:  ☐ Acogerme   ☐ No acogerme

Al descuento del 3% de mi sueldo mensual para el Fondo de Ahorro y Préstamo de la Asociación de Empleados del ELA de P.R. en caso de cambio de contrato de sustituto a probatorio o de sustituto a permanente.

_____          _____
Firma del Empleado          Fecha

28 Recomendado
MIRIAM ESTRADA IZQUIERDO  10 AGO
_____
Superintendente de Escuelas     Fecha

29 Recomendado
_____     11 agosto 1992
Superintendente de Escuelas     Fecha

30 APROBADO: POR EL SECRETARIO DE INSTRUCCION PUBLICA
_____
FIRMA

_____
FECHA

* Si el nombramiento es provisional el mismo constituye un CERTIFICADO PROVISIONAL por su duración

FORM 409 REV./79



| | Pagarle | días por vacaciones |
|---|---|---|
| | regulares en julio | |
| | Descontarle | días por ausencias |

Estado Libre Asociado de Puerto Rico
**DEPARTAMENTO DE INSTRUCCION PUBLICA**
División de Personal · Hato Rey, Puerto Rico

### INFORME DE CAMBIO · PERSONAL DOCENTE



| | ANTES DEL CAMBIO | CLAVE | DESPUES DEL CAMBIO | CLAVE |
|---|---|---|---|---|
| 1. Nombre del Empleado | ORTIZ FELICIANO, AIDZA E. | | | |
| 2. Núm. Seg. Social | ___-___-7216 | | | |
| 3. Sexo | F | | | |
| 4. Prep. Académica | BAE | 15 | | |
| 5. Experiencia | 9-9-3-3-1/2 | | | |
| 6. Status Empleado | Trans. Eleg. | 06 | Permanente | 01 |
| 7. Sueldo Bruto | $1,150 | | | |
| 8. Bonificación | | | | |
| 9. Núm. de la Plaza | R-23243 | | K23253 | |
| 10. Categoría de la Plaza | Elemental | 9971 | Elemental | 9971 |
| 11. Clasificación Puestos Dir. | | | | |
| 12. Fondo | Estatal | | | |
| 13. Cifra Cuenta | 93-111-081-01-046-001-1110-01-0000 | | | |
| 14. Fecha de Efectividad | | | 13 de agosto de 1992 | |
| 15. Acción y Duración | CAMBIO NUMERO DE PLAZA STATUS | | | |
| 16. Causa del Cese | | | | |
| 17. Ultimo Día Trabajo | | | | |
| 18. Ultimo Día de Pago | | | | |
| 19. Programa Escolar | Elemental | | | |
| 20. Turno en Registro | 4 | | | |
| 21. Distrito Escolar | SABANA GRANDE | 061 | Sab. Grande | 061 |

**LICENCIA POR VACACIONES y/o ENFERMEDAD CONCEDIDA**

| 22. Desde | 23 Hasta |
|---|---|

| 24. Observaciones (Antes del Cambio) | 25 Observaciones (Después del Cambio) |
|---|---|
| *Deja Vacante la plaza #R21894 de Elemental en el distrito de Maricao.* | **La Sra. Ortiz Feliciano adquiere status permanente en plaza que queda vacante con el traslado permanente de Aurora Quiñones al distrito de San Germán.** |

26. _____ _____
Firma Empleado en caso de cambio de status probatorio,   Fecha
traslado, resignación permanente o descenso.

27 Deseo:
☐ Acogerme   ☐ No acogerme

Al descuento del 3% de mi sueldo mensual para el Fondo de Ahorro y Préstamo de la Asociación de Empleados del ELA de P.R. en caso de cambio de status de transitorio elegible a probatorio o a permanente.

Firma del Empleado   Fecha

28. Recomendado

**7 octubre de 1992**
Fecha

**Gladys González Vega
Interina**
Superintendente de Escuelas

**7 octubre 1992**
Fecha

**Gladys González Vega
Interina**
Superintendente de Escuelas

APROBADO POR EL SECRETARIO DE INSTRUCCION PUBLICA

FIRMA                                                 FECHA

Si el nombramiento es transitorio provisional el mismo constituye un certificado provisional por su duración.

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE EDUCACION
Oficina del Superintendente de Escuelas
Sabana Grande, Puerto Rico

11 de agosto de 1992
Fecha

Sr(a).  Ediberto Jusino Sánchez

Director Escuela  Juan I. Vega

Sabana Grande, Puerto Rico

Estimado (a) señor (a)  Jusino  :

El portador de esta carta lo le es  Aidza Ortiz Feliciano  ,
quien ha sido nombrado para ocupar la plaza # R 23243  de

Elemental  con status  T.E.  efectivo
desde  13 de agosto de 1992  hasta  18 de junio de 1993  .

Mucho habré de agradecer que se le oriente en todo lo
relacionado a sus labores y se le provean los materiales
necesarios para que pueda descargar sus responsabilidades
con el mayor grado de eficiencia y efectividad posible.

Cordialmente,

CARLOS HUMBERTO VEGA
Superintendente de Escuelas

/ism

FLM. 409

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACION
DIVISION DE PERSONAL — HATO REY, PUERTO RICO

INFORME DE CAMBIO ESPECIAL — PERSONAL DOCENTE

| | ANTES DEL CAMBIO | DESPUES DEL CAMBIO |
|---|---|---|
| 1. NOMBRE DEL EMPLEADO | Ortiz Feliciano, Aidza E. | |
| 2. NUM. SEGURO SOCIAL | ___-__-7216 | |
| 3. PREP. ACADEMICA | Bae | |
| 4. EXPERIENCIA | | |
| 5. STATUS DEL SERVIDOR | Perm. | |
| 6. SUELDO BRUTO | $987 | $1,012 |
| 7. NUM. DE LA PLAZA | | |
| 8. CATEGORIA | Elem. | |
| 9. CLASIFICACION | | |
| 10. FONDO | Estatal | |
| 11. CIFRA CUENTA | 89-111-081-01-001 (93-111-081-01-061-001-1110-01-0000) | |
| 12. FECHA-EFECTIVIDAD | | 24/nov/88 |
| 13. ACCION Y DURACION | | Aum.S/Ley 89 |
| 14. DISTRITO ESCOLAR | Maricao (Sabana Grande) | |

15. ENMIENDA A LOS SIGUIENTES CAMBIOS.

| | | SUELDO | | | |
|---|---|---|---|---|---|
| ACCION | EFECTIVIDAD. | ANTES | DESPUES | DISTRITO | CIFRA DE CUENTA |
| Aum. S/Ley 6 | 3/abril/89 | 1,012 | 1,075 | | |
| Aum. S/Exp. | 3/jul/89 | 1,075 | 1,100 | | |
| Aum. S/Exp. | 2/jul/90 | 1,100 | 1,125 | | |
| Aum. S/Exp. | 1/jul/91 | 1,125 | 1,150 | | |
| Aum. S/Exp. | 1/jul/92 | 1,150 | 1,175 | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

16. APROBADO POR EL SECRETARIO DE EDUCACION

_Ramón Hernández Agosto_

31 de mayo de 1993
FECHA

SI EL NOMBRAMIENTO ES PROVISIONAL EL MISMO CONSTITUYE UN CERTIFICADO
PROVISIONAL POR SU DURACION.

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACION

## DIVISION DE PERSONAL - HATO REY, PUERTO RICO

DEJO DE ACUMULAR  0 DIAS 3.00 HRS             PAGA  30 DIAS 3.00 HRS
VACACIONES REGULARES                          VACACIONES REGULARES
POR AUSENCIAS DESCONTABLES

### INFORME DE CAMBIO - PERSONAL DOCENTE

ORTIZ FELICIANO, AIDZA E                      7215
-----------------------------------           --------------------
NOMBRE                                        SEGURO SOCIAL

001 - SABANA GRANDE                           15 - BA
-----------------------------------           --------------------
DISTRITO                                      PREPARACION

                                                             11-9
PERMANENTE  (01)                              10-9        11-00-00000
-----------------------------------           --------------------  XXXXXXXXXXXXX
STATUS                                        ANTES      DESPUES
                                              EXPERIENCIA (A-M-S-D)

9971  - MAESTRO ELEMENTAL                     R23253
-----------------------------------           --------------------
CATEGORIA - CLASE                             NUMERO DE PUESTO

05 JULIO 1993                                 PAGO DE VACACIONES
-----------------------------                 --------------------
EFECTIVIDAD                                   ACCION Y DURACION

------- $1,175 -----------                     -----------------------
SUELDO ANTES DEL CAMBIO                        CAUSA DEL CESE

----------------------                         ----------------------------
ULTIMO DIA DE TRABAJO                          ULTIMO DIA DE PAGO

ESTATAL (111)            93-111-081-01-061-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-01-000061-0000
-----------------------------------------------------------------------
FONDO                                    CIFRA DE CUENTA


OBSERVACIONES:   AUMENTO DE SUELDO POR EXPERIENCIA
                 EFECTIVO EL 05 DE JULIO DE 1993 A  $1,200

                                        Prob en mayo Cao
                                        5 ago 1985 2 1993
                                        RECEIVED DEC  Nov

APROBADO POR EL SECRETARIO DE EDUCACION.

                         Ramón Hernández Zayas
                              FIRMA

Fo

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACION
DIVISION DE PERSONAL - HATO REY, PUERTO RICO

DEJO DE ACUMULAR   5 DIAS 3.00 HRS          PAGAR 39 DIAS 3.00 HRS
VACACIONES REGULARES                        VACACIONES REGULARES
POR AUSENCIAS DESCONTABLES

INFORME DE CAMBIO - PERSONAL DOCENTE

CLAVE ALFA: ORT
---

| | |
|---|---|
| ORTIZ FELICIANO, AIDZA L | -7216 |
| NOMBRE | SEGURO SOCIAL |
| 061 - SABANA GRANDE | 15 - LA |
| DISTRITO | PREPARACION |
| PERMANENTE (01) | 11-09-03-3.0 |
| STATUS | ANTES        DESPUES EXPERIENCIA (A-M-S-D) |
| 9971 - MAESTRO ELEMENTAL | R23253 |
| CATEGORIA - CLASE | NUMERO DE PUESTO |
| $ 1,325.00 | PAGO DE VACACIONES |
| SUELDO ANTES DEL CAMBIO | ACCION Y DURACION |
| ESTATAL (111) | |
| FONDO | CAUSA DEL CESE |
| ULTIMO DIA DE TRABAJO | ULTIMO DIA DE PAGO |

94-111-061-01-061-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-01-000061-0000

CIFRA DE CUENTA

OBSERVACIONES: AUMENTO DE SUELDO POR LEY
EFECTIVO AL 04 DE JULIO DE 1994 A $ 1,450.00

AUMENTO DE SUELDO POR EXPERIENCIA
EFECTIVO AL 04 DE JULIO DE 1994 A $ 1,475.00

APROBADO POR EL SECRETARIO DE EDUCACION.

_____          _____
FIRMA                            FECHA

PARA USO DE LA DIVISION DE NOMINAS
TIPO 5                    (CESE)
(RECORD U) _____     PROXIMO MES _____

Form. 409 Rev./79

Pagarle _____ días por vacaciones regulares en julio

Descontarle _____ días por ausencias

Estado Libre Asociado de Puerto Rico
**DEPARTAMENTO DE INSTRUCCION PUBLICA**
División de Personal - Hato Rey, Puerto Rico

### INFORME DE CAMBIO - PERSONAL DOCENTE

| | ANTES DEL CAMBIO | DESPUES DEL CAMBIO |
|---|---|---|
| 1 Nombre del Empleado | ORTIZ FELICIANO, AIDZA | |
| 2 Núm. Seg. Social | XXX-XX-7216 | |
| 3 Sexo | F | |
| 4 Estado Civil | Soltera | |
| 5 Prep. Académica | BAE (15) | |
| 6 Experiencia | 11-9-3-3.0 | |
| 7 Status Empleado (Contrato) | Permanente (91) | Trans. Prov. (03) |
| 8 Sueldo Bruto | $1,475 | |
| 9 Núm. de la Plaza | RZ3253 | A70660 |
| 10 Categoría de la Plaza | Elemental (9971) | Biblioteca (9979) |
| 11 Clasificación Puestos Dir | | |
| 12 Fondo | Estatal | Federal |
| 13 Cifra Cuenta | 94-111-051-01-061-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-01-000061-0000 | 94-222-031-26-424-075-1120-01-0764 |
| 14 Fecha de Efectividad | | 23 de septiembre de 1994 |
| 15 Acción y Duración | CAMBIO PLAZA, FONDO Y CATEGORIA DESDE AÑO ESCOLAR 1994-95 | |
| 16 Causa del Cese | | REASIG. H/AÑO |
| 17 Ultimo Día Trabajo | | |
| 18 Ultimo Día de Pago | | |
| 19 Programa Escolar | Elemental | Biblioteca |
| 20 Turno en Registro | | RE |
| 21 Distrito Escolar | SABANA GRANDE (061) | |

### LICENCIA POR VACACIONES y/o ENFERMEDAD CONCEDIDA

| 22 Desde | 23 Hasta |
|---|---|

24 Observaciones (Antes del Cambio)

25 Observaciones (Después del Cambio)

**La Sra. Ortiz se reasigna a Biblioteca por el resto del año escolar 1994-95, por Reclutamiento Especial. Listados elegibles y provisionales se agotaron.**

26 _____  Fecha
Firma Empleado en caso de cambio de contrato a probatorio, traslado, reasignación permanente o descenso

27 Deseo:
☐ Acogerme   ☐ No acogerme

Al descuento del 3% de mi sueldo mensual para el Fondo de Ahorro y Préstamo de la Asociación de Empleados del ELA de P.R. en caso de cambio de contrato de sustituto a probatorio o de sustituto a permanente.

Firma del Empleado _____   Fecha _____

28 Recomendado

_____   _____
Superintendente de Escuelas   Fecha

29 Recomendado   **23 sept. 1994**

**SANTOS SEPULVEDA RODRIGUEZ**
Superintendente de Escuelas   Fecha

30 APROBADO POR EL SECRETARIO DE INSTRUCCION PUBLICA

_____
FIRMA

**Hilda C. Báez, Ph.D.
Directora Regional**

FECHA

nombramiento es provisional el mismo constituye un CERTIFICADO PROVISIONAL por su duración

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACION
DIVISION DE PERSONAL - HATO REY, PUERTO RICO

| DEJO DE ACUMULAR 0 DIAS 0.00 HRS | PAGAR 40 DIAS 0.00 HRS |
| VACACIONES REGULARES | VACACIONES REGULARES |
| POR AUSENCIAS DESCONTABLES | |

## INFORME DE CAMBIO - PERSONAL DOCENTE

D5H.

CLAVE ALFA: ORT

| ORTIZ FELICIANO, AIDZA E | -7216 |
| NOMBRE | SEGURO SOCIAL |
| 061 - SABANA GRANDE/JOSE C. BARBOSA | 15 - 8A |
| DISTRITO | PREPARACION |
| TRANSITORIO (03) | 13-09-03-3.5 |
| STATUS | ANTES    DESPUES EXPERIENCIA (A-M-S-D) |
| 9979 - MAESTRO BIBLIO. | A70660 |
| CATEGORIA - CLASE | NUMERO DE PUESTO |
| $ 1,475.00 | PAGO DE VACACIONES |
| SUELDO ANTES DEL CAMBIO | ACCION Y DURACION |
| FEDERAL (222) | |
| FONDO | CAUSA DEL CESE |
| ULTIMO DIA DE TRABAJO | ULTIMO DIA DE PAGO |

95-222-081-26-424-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-01-000061-0899

CIFRA DE CUENTA

OBSERVACIONES: AUMENTO DE SUELDO POR LEY
EFECTIVO AL 03 DE JULIO DE 1995 A $ 1,600.00

AUMENTO DE SUELDO POR EXPERIENCIA
EFECTIVO AL 03 DE JULIO DE 1995 A $ 1,625.00

APROBADO POR EL SECRETARIO DE EDUCACION.

| FIRMA | FECHA |

PARA USO DE LA DIVISION DE NOMINAS
(CESE)
TIPO 5
(RECORD 0) _____    PROXIMO MES _____

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACION

DIVISION DE PERSONAL — HATO REY, PUERTO RICO

INFORME DE CAMBIO — PERSONAL DOCENTE

CLAVE ALFA: ORT
---

|  | ANTES DEL CAMBIO | DESPUES DEL CAMBIO |
|---|---|---|
| 1. NOMBRE | ORTIZ FELICIANO, AIDZA E |  |
| 2. NUM. SEG. SOC. | XXX-XX-7216 |  |
| 3. STATUS EMPLEADO | 03 — TRANSITORIO | 01 — PERMANENTE |
| 4. SUELDO BRUTO | $ 1,825.00 |  |
| 5. NUMERO DE PUESTO | A70660 | R23253 |
| 6. CATEGORIA | 9979-MAESTRO BIBLIO. | 9971-MAESTRO ELEMENTAL |
| 7. FONDO | 222 — FEDERAL | 111 — ESTATAL |
| 8. CIFRA DE CUENTA | 95-222-081-26-424-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-01-000061-0899 |  |
| 9. CIFRA DE CUENTA | 96-111-081-03-061-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-01-000061-C000 |  |
| 10. EFECTIVIDAD |  | 01 DE SEPTIEMBRE DE 1995 |
| 11. ACC. Y DURACION |  | REINSTALACION |
| 12. DISTRITO ESCOLAR | 061 — SABANA GRANDE | 061 — SABANA GRANDE |

13. OBSERVACIONES

RECEIVED
DEC 04 1995
Oficina Supte. Escuelas
Sabana Grande

14. APROBADO POR EL SECRETARIO DE EDUCACION

_____          _____
FIRMA                                   FECHA
_____          _____

PARA USO DE LA DIVISION DE NOMINA
TIPO 5                          (CESE)
(RECORD 0) _____      PROXIMO MES _____

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACION
DIVISION DE PERSONAL — HATO REY, PUERTO RICO

| DEJO DE ACUMULAR  0 DIAS 0.00 HRS | PAGAR  40 DIAS 0.00 HRS |
|---|---|
| VACACIONES REGULARES | VACACIONES REGULARES |
| POR AUSENCIAS DESCONTABLES | |

INFORME DE CAMBIO — PERSONAL DOCENTE

CLAVE ALFA: ORT
---

| ORTIZ FELICIANO, AIDZA E | ~~_____~~ - 7216 |
|---|---|
| NOMBRE | SEGURO SOCIAL |
| 061 — SABANA GRANDE/ROSENDO MATIENZO CINT | 15 — 8A |
| DISTRITO | PREPARACION |
| PERMANENTE  (01) | 14-09-03-3.5 |
| STATUS | ANTES      DESPUES |
| | EXPERIENCIA (A-M-D-D) |
| 9971  — MAESTRO ELEMENTAL | H23253 |
| CATEGORIA — CLASE | NUMERO DE PUESTO |
| $ 1,600.00 | PAGO DE VACACIONES |
| SUELDO ANTES DEL CAMBIO | 17 JUNIO DE 1996 |
| ESTATAL (111) | |
| FONDO | CAUSA DEL CESE |
| ULTIMO DIA DE TRABAJO | ULTIMO DIA DE PAGO |

97-111-061-03-061-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-01-000061-0000

CIFRA DE CUENTA

OBSERVACIONES: AUMENTO DE SUELDO POR LEY
EFECTIVO AL 17 DE JUNIO DE 1996 A $ 1,725.00

AUMENTO DE SUELDO POR EXPERIENCIA
EFECTIVO AL 01 DE JULIO DE 1996  A $ 1,750.00

APROBADO POR EL SECRETARIO DE EDUCACION.

_____
FIRMA                    FECHA

PARA USO DE LA DIVISION DE NOMINAS
TIPO 5                    (CESE)
(RECORD 0) _____    PROXIMO MES _____

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACION
DIVISION DE PERSONAL - HATO REY, PUERTO RICO

DEJO DE ACUMULAR   DIAS    HRS           PAGAR   DIAS   HRS
VACACIONES REGULARES                     VACACIONES REGULARES
POR AUSENCIAS DESCONTABLES

INFORME DE CAMBIO - PERSONAL DOCENTE

CLAVE ALFA:

ORTIZ FELICIANO, AIDZA E.                        7216
NOMBRE                                   SEGURO SOCIAL

061-SABANA GRANDE /ROSENDO MATIENZO CINT.        15 BA
DISTRITO                                 PREPARACION

PERMANENTE   (01)                        14-09-03-3.5
STATUS                                   ANTES    DESPUES
                                         EXPERIENCIA (A-M-S-D)

9971 MAESTRO ELEMENTAL                   R23253
CATEGORIA - CLASE                        NUMERO DE PUESTO

1,625.00                                 PAGO DE VACACIONES
SUELDO ANTES DEL CAMBIO                   17 JUNIO 1996

ESTATAL (111)
FONDO                                    CAUSA DEL CESE

ULTIMO DIA DE TRABAJO                    ULTIMO DIA DE PAGO

97-111-081-03-061-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-01-000061-0000
CIFRA DE CUENTA

* ENMIENDA EL ENVIADO ANTERIORMENTE
OBSERVACIONES: AUMENTO DE SUELDO POR LEY
               EFECTIVO AL 17 DE JUNIO DE 1996 A
                                         $1,750.00

AUMENTO DE SUELDO POR EXPERIENCIA
EFECTIVO AL 01 DE JULIO DE 1996
                                         Maxima Escala

APROBADO POR EL SECRETARIO DE EDUCACION.

                    FIRMA            FECHA

PARA USO DE LA DIVISION DE NOMINAS
TIPO 5                  (CESE)
(RECORD D)              PROXIMO MES

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACION
DIVISION DE PERSONAL - HATO REY, PUERTO RICO

| DEJO DE ACUMULAR   0 DIAS 0.00 HRS | PAGAR   40 DIAS 0.00 HRS |
| VACACIONES REGULARES | VACACIONES REGULARES |
| POR AUSENCIAS DESCONTABLES | |

INFORME DE CAMBIO - PERSONAL DOCENTE

CLAVE ALFA: ORT
- - -

ORTIZ FELICIANO, AIDZA E                                    -7215
- - - - - - - - - - - - - - - - - - - - - - - - -          - - - - - - - - - - - - - -
NOMBRE                                                     SEGURO SOCIAL

001 - SABANA GRANDE/INST. REF. EDUC                        15 - BA
- - - - - - - - - - - - - - - - - - - - - - - - -          - - - - - - - - - - - - - -
DISTRITO                                                   PREPARACION

REGULAR  (01)                                              15-09-03-3.5
- - - - - - - - - - - - - - - - - - - - - - - - -          - - - - - - - - - - - - - -
STATUS                                                     ANTES      DESPUES
                                                          EXPERIENCIA (A-M-S-D)

9971  - MAESTRO ELEMENTAL                                  R23233
- - - - - - - - - - - - - - - - - - - - - - - - -          - - - - - - - - - - - - - -
CATEGORIA - CLASE                                          NUMERO DE PUESTO

$ 1,750.00                                                 PAGO DE VACACIONES
- - - - - - - - - - - - - - - - - - - - - - - - -          - - - - - - - - - - - - - -
SUELDO ANTES DEL CAMBIO                                    02 JUNIO DE 1997

ESTATAL (111)
- - - - - - - - - - - - - - - - - - - - - - - - -          - - - - - - - - - - - - - -
FONDO                                                     CAUSA DEL CESE


- - - - - - - - - - - - - - - - - - - - - -              - - - - - - - - - - - - - - - - - -
ULTIMO DIA DE TRABAJO                                      ULTIMO DIA DE PAGO

- - - - - - - - - - - -   98-111-081-09-001-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-01-000001-0000
- - - - - - - - - - - - - - - - - - - - - - - - -
                                        CIFRA DE CUENTA

AUMENTO DE SUELDO POR EXPERIENCIA
              EFECTIVO AL 30 DE JUNIO DE 1997        MAXIMO ESCALA

APROBADO POR EL SECRETARIO DE EDUCACION.

- - - - - - - - - - - - - - - - - - -              - - - - - - - - - - - - - - - -
                     FIRMA                              FECHA
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
                     PARA USO DE LA DIVISION DE NOMINAS
TIPO 3                        (CESE)
(RECORD 0) - - - - - - - - - - -          PROXIMO MES - - - - - - - - - -

Form. 409 Rev./79

Pagarle _____ días por vacaciones
regulares en julio

Descontarle _____ días por
ausencias

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE INSTRUCCION PUBLICA
División de Personal - Hato Rey, Puerto Rico

INFORME DE CAMBIO - PERSONAL DOCENTE

| | ANTES DEL CAMBIO | DESPUES DEL CAMBIO |
|---|---|---|
| 1 Nombre del Empleado | ORTIZ FELICIANO, AIDZA E. | |
| 2 Núm. Seg. Social | ████-7216 | |
| 3 Sexo | F | |
| 4 Estado Civil | | |
| 5 Prep. Académica | BA | |
| 6 Experiencia | 16- 9- 3-3.5 | |
| 7 Status Empleado (Contrato) | Perm | |
| 8 Sueldo Bruto | $1,750.00 | |
| 9 Núm. de la Plaza | R23253 | |
| 10 Categoría de la Plaza | Elemental | |
| 11 Clasificación Puestos Dir | | |
| 12 Fondo | Estatal | |
| 13 Cifra Cuenta | 99-111-081-09-061-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-01-00006 -0000 | |
| 14 Fecha de Efectividad | 3 de agosto de 1998 | |
| 15 Acción y Duración | REUBICACION DE NUCLEO POR NECESIDAD DEL SERVICIO | |
| 16 Causa del Cese | | |
| 17 Ultimo Día Trabajo | | |
| 18 Ultimo Día de Pago | | |
| 19 Programa Escolar | Elemental | |
| 20 Turno en Registro | | |
| 21 Distrito Escolar | SABANA GRANDE | |

ESCUELA ROSENDO MATIENZO CINTRON          ESCUELA JUAN I. VEGA

LICENCIA POR VACACIONES y/o ENFERMEDAD CONCEDIDA

| 22 Desde | 23 Hasta |
|---|---|

24 Observaciones (Antes del Cambio)

25 Observaciones (Despues del Cambio)

*Juan A. Rodríguez Rodríguez*
Juan A. Rodríguez Rodríguez
Director

26 *Aidza E. Ortiz Feliciano*    29 abri/98
Firma Empleado en caso de cambio de contrato a pro-     Fecha
batorio, traslado, reasignación permanente o descenso

27 Deseo:
☐ Acogerme          ☐ No acogerme

Al descuento del 3% de mi sueldo mensual para el
Fondo de Ahorro y Préstamo de la Asociación de Emplea-
dos del ELA de P.R. en caso de cambio de contrato de
sustituto a probatorio o de sustituto a permanente.

_____          _____
Firma del Empleado          Fecha

28 Recomendado

29 Recomendado

_29 de abril de 1998_
Superintendente de Escuelas     Fecha

LUIS E. BURGOS FELICIANO

_____          _____
Superintendente de Escuelas          Fecha

30 APROBADO: POR EL SECRETARIO DE INSTRUCCION PUBLICA

FORM. 409

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACION

DIVISION DE PERSONAL - HATO REY, PUERTO RICO

INFORME DE CAMBIO ESPECIAL - PERSONAL DOCENTE

| | ANTES DEL CAMBIO | DESPUES DEL CAMBIO |
|---|---|---|
| 1. NOMBRE DEL EMPLEADO | ORTIZ FELICIANO, AIDZA E | |
| 2. NUM. SEGURO SOCIAL | ███-72██ | |
| 3. PREP. ACADEMICA | 15 - BA | |
| 4. STATUS EMPLEADO | 01 - REGULAR | |
| 5. SUELDO BRUTO | 1,750.00 | 1,775.00 |
| 6. NUM. DE PUESTO | R23253 | |
| 7. CATEGORIA | 9971-MAESTRO ELEMENTAL | |
| 8. FONDO | 111 - ESTATAL | |
| 9. CIFRA DE CUENTA | 98-111-081-09-061-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-01-000061-0000 | |
| 10. FECHA EFECTIVIDAD | | 01 JULIO 1998 |
| 11. ACCION Y DURACION | | AUMENTO SUELDO LEY 89 |
| 12. DISTRITO ESCOLAR | 061 - SABANA GRANDE | |

13. OBSERVACIONES

Enmienda sueldo en reubicación a 1,775.00

14. APROBADO POR EL SECRETARIO DE EDUCACION
O SU REPRESENTANTE AUTORIZADO

*[signature]*

FIRMA                                      FECHA

SI EL NOMBRAMIENTO ES PROVISIONAL EL MISMO CONSTITUYE UN CERTIFICADO
PROVISIONAL POR SU DURACION

INFORME DE CAMBIO - PERSONAL DOCENTE

CLAVE ALFA: ORT
---

ORTIZ FELICIANO, AIDZA E                           ████-7216
----------------------------------------           -------------------
NOMBRE                                             SEGURO SOCIAL

061 - SABANA GRANDE/ROSENDO MATIENZO CINT          15 - 8A
----------------------------------------           -------------------
DISTRITO/ESCUELA                                  PREPARACION

REGULAR  (01)                                              15-09-03-3.5
----------------------------------------           -------------------
STATUS                                            ANTES        DESPUES
                                                  EXPERIENCIA (A-M-S-D)

9971  - MAESTRO ELEMENTAL                          R23253
----------------------------------------           -------------------
CATEGORIA - CLASE                                 NUMERO DE PUESTO

$ 1,750.00                                         PAGO DE VACACIONES
----------------------------------------           -------------------
SUELDO ANTES DEL CAMBIO                           01 JUNIO DE 1998

ESTATAL (111)
----------------------------------------           -------------------
FONDO                                             CAUSA DEL CESE

----------------------------------------           -------------------
ULTIMO DIA DE TRABAJO                             ULTIMO DIA DE PAGO

               99-111-081-09-061-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-01-000061-0000
               -------------------------------------------------
                              CIFRA DE CUENTA

AUMENTO DE SUELDO POR EXPERIENCIA
          EFECTIVO AL 01 DE JULIO DE 1998          MAXIMO ESCALA

APROBADO POR EL SECRETARIO DE EDUCACION.
                    _Jme A. ____
----------------------------------------           -------------------
                    FIRMA                          FECHA
-------------------------------------------------------------------
                  PARA USO DE LA DIVISION DE NOMINAS
TIPO 5                        (CESE)
(RECORD 0) _____        PROXIMO MES _____

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACION
DIVISION DE PERSONAL - HATO REY, PUERTO RICO

DEJO DE ACUMULAR  0 DIAS 0.00 HRS          PAGAR  40 DIAS 0.00 HRS
VACACIONES REGULARES                       VACACIONES REGULARES
POR AUSENCIAS DESCONTABLES

INFORME DE CAMBIO - PERSONAL DOCENTE

CLAVE ALFA: ORT
---

ORTIZ FELICIANO, AIDZA E                   ████-7216
-----------------------------------        --------------
NOMBRE                                     SEGURO SOCIAL

061 - SABANA GRANDE/JUAN I. VEGA           15 - BA
-----------------------------------------  --------------
DISTRITO/ESCUELA                           PREPARACION

REGULAR (01)                                         17-09-03-3.5
-----------------------------------        -----------------------------
STATUS                                     ANTES       DESPUES
                                           EXPERIENCIA (A-M-S-D)

9971  - MAESTRO ELEMENTAL                  R23253
-----------------------------------------  -----------------------------
CATEGORIA - CLASE                          NUMERO DE PUESTO

$ 1,775.00                                 PAGO DE VACACIONES
-----------------------------------        ----------------------
SUELDO                                     31 MAYO DE 1999

ESTATAL (111)
--------------                             ----------------------
FONDO                                      CAUSA DEL CESE

-----------------------                    -----------------------
ULTIMO DIA DE TRABAJO                      ULTIMO DIA DE PAGO

     00-111-081-09-061-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-01-000061
     -------------------------------------------------------------
                         CIFRA DE CUENTA

APROBADO POR EL SECRETARIO DE EDUCACION.
            _Jeme A. ___ ___
     -------------------------------        ----------------------
                    FIRMA                   FECHA
----------------------------------------------------------------------
                PARA USO DE LA DIVISION DE NOMINAS
TIPO 5                          (CESE)
(RECORD 0) _____        PROXIMO MES _____

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACION
DIVISION DE PERSONAL — HATO REY, PUERTO RICO

INFORME DE CAMBIO — PERSONAL DOCENTE

CLAVE ALFA: ORF
– – –

ORTIZ FELICIANO, AIDZA E                          ▬▬▬-7216
-----------------------------------               --------------
NOMBRE                                            SEGURO SOCIAL

SABANA GRANDE                                     15 — 8A
-----------------------------------               --------------
DISTRITO                                          PREPARACION

43059-SUAN I. VEGA                                R23253
-----------------------------------------------   --------------
UBICACION/ESCUELA                                 NUMERO DE PUESTO

REGULAR                                           ESTATAL
-----------------------------------               --------------
STATUS                                            FONDO

MAESTRO ELEMENTAL                                 10 DE ENERO 2000
-----------------------------------------         --------------------------
CATEGORIA — CLASE                                 FECHA DE EFECTIVIDAD

E1110-11100-0810000-1008-00100-2000-
-----------------------------------------------------------------------
CIFRA DE CUENTA


$ 1,775.00                                        $ 1,875.00
--------------------------                        --------------------------
ANTES DEL CAMBIO                                  DESPUES DEL CAMBIO



OBSERVACIONES:

    AUMENTO EN SUELDO CONFORME A LA LEY NUM. 149 DE 29 DE JULIO DE 1999.




APROBADO POR EL SECRETARIO DE EDUCACION.

                    _____
                              FIRMA

FORM. 409

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACION
------------------------------

SECRETARIA AUXILIAR DE RECURSOS HUMANOS

INFORME DE CAMBIO - PERSONAL DOCENTE

| | ANTES DEL CAMBIO | DESPUES DEL CAMBIO |
|---|---|---|
| 1. NOMBRE DEL EMPLEADO | ORTIZ FELICIANO, AIDZA E | |
| 2. NUM. SEGURO SOCIAL | ▨▨▨-7216 | |
| 3. STATUS EMPLEADO | 01 - PERMANENTE | |
| 4. SUELDO | $ 1,875.00 | $ 1,980.00 |
| 5. NUM. DE PUESTO | R23253 | |
| 6. CATEGORIA | 9971-MAESTRO ELEMENTAL | |
| 7. RANGO | | MAESTRO AUXILIAR |
| 8. FONDO | ESTATAL | |
| 9. CIFRA DE CUENTA | E1110-11100-0810000-1008-C0100-2001- | |
| 10. FECHA EFECTIVIDAD | | 1 DE AGOSTO DE 2000 |
| 11. DISTRITO | 061 - SABANA GRANDE | |
| 12. ESCUELA | SUAN I. VEGA | |

------------------------------

13. OBSERVACIONES:

ASIGNACION DE RANGO Y MODIFICACION EN SALARIO
POR APLICACION DE LA LEY NUMERO 158 DE 18 DE
JULIO DE 1999 (CARRERA MAGISTERIAL).

------------------------------

14. APROBADO: POR EL SECRETARIO DE EDUCACION O SU REPRESENTANTE

FIRMA                          FECHA



ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTMENTO DE EDUCACION
DIVISION DE PERSONAL — HATO REY, PUERTO RICO

DEJO DE ACUMULAR   0 DIAS 0.00 HRS          PAGAR   40 DIAS 0.00 HRS
VACACIONES REGULARES                         VACACIONES REGULARES
POR AUSENCIAS DECONSTABLES

INFORME DE CAMBIO — PERSONAL DOCENTE

CLAVE ALFA: ORT

ORTIZ FELICIANO, AIDZA E                     ---7216
------------------------------               --------------------
NOMBRE                                       SEGURO SOCIAL

SABANA GRANDE —061/SUAN I. VEGA              15 — 8A
------------------------------               --------------------
DISTRITO/ESCUELA                             PREPARACION

REGULAR (01) —                                         19-9-3-3.5
                                             --------------------
STATUS                                       ANTES       DESPUES
                                             EXPERIENCIA (A-M-S-D)

MAESTRO ELEMENTAL —9971                      R23253
------------------------------               --------------------
CATEGORIA — CLASE                            NUMERO DE PUESTO

$ 1,980.00                                   04/JUNIO/2001
------------------------------               --------------------
SUELDO ANTES DEL CAMBIO                      PAGO DE VACACIONES

ESTATAL (111)
------------------------------               --------------------
FONDO                                        CAUSA DEL CESE

------------------------------               --------------------
ULTIMO DIA DE TRABAJO                        ULTIMO DIA DE PAGO

E1110—11100—0810000—1008—00100—2001—
------------------------------
CIFRA DE CUENTA

APROBADO POR EL SECRETARIO DE EDUCACION.                  RECEIVED
                                                          NOV 2 0 2001
                                                          Sabana Grande

------------------------------               --------------------
FIRMA                                        FECHA
------------------------------------------------------------
PARA USO DE LA DIVISION DE NOMINAS
(CESE)
TIPO 5                          PROXIMO MES _____
(RECORD D) _____

 

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACION
DIVISION DE PERSONAL - HATO REY, PUERTO RICO

DEJO DE ACUMULAR  0 DIAS 0.00 HRS          PAGAR  40 DIAS 0.00 HRS
VACACIONES REGULARES                       VACACIONES REGULARES
POR AUSENCIAS DESCONTABLES

INFORME DE CAMBIO - PERSONAL DOCENTE

CLAVE ALFA: ORT
---

ORTIZ FELICIANO, AIDZA E              ____-7216
----------------------------          ------------------------
NOMBRE                                SEGURO SOCIAL

SABANA GRANDE -061/JUAN I. VEGA       15 - BA
----------------------------          ------------------------
DISTRITO/ESCUELA                      PREPARACION

REGULAR (01) -                                    21-9-3-3.5
----------------------------          ------------------------
STATUS                                ANTES        DESPUES
                                      EXPERIENCIA (A-M-S-D)

MAESTRO ELEMENTAL -9971               R23253
----------------------------          ------------------------
CATEGORIA - CLASE                     NUMERO DE PUESTO

$ 2,080.00                            02/JUNIO/2003
----------------------------          ------------------------
SUELDO ANTES DEL CAMBIO               PAGO DE VACACIONES

ESTATAL (111)
----------------------------          ------------------------
FONDO                                 CAUSA DEL CESE


----------------------------          ------------------------
ULTIMO DIA DE TRABAJO                 ULTIMO DIA DE PAGO

E1110-11100-0810000-1008-00100-2004-
----------------------------------------
CIFRA DE CUENTA


APROBADO POR EL SECRETARIO DE EDUCACION.
                FIRMA                 FECHA
-------------------------------------------------------------
                PARA USO DE LA DIVISION DE NOMINAS
TIPO 5                      (CESE)
(RECORD D) _____      PROXIMO MES _____

DEPARTAMENTO DE EDUCACION
ESTADO LIBRE ASOCIADO DE PUERTO RICO
----------------------------------------
SECRETARIA AUXILIAR DE RECURSOS HUMANOS
INFORME DE CAMBIOS - PERSONAL DOCENTE

|  | : | ANTES DEL CAMBIO | : | DESPUES DEL CAMBIO |
|---|---|---|---|---|
| 1. NOMBRE DEL EMPLEADO | : | ORTIZ FELICIANO, AIDZA E | : | |
| 2. SEGURO SOCIAL | : | ███████-7216 | : | |
| 3. PREPARACION ACADEMICA | : | BA | : | |
| 4. SUELDO BRUTO | : | $ 2,080.00 | : | $ 2,230.00 |
| 5. NUMERO DE PUESTO | : | R23253 | : | |
| 6. CATEGORIA DE PUESTO | : | MAESTRO ELEMENTAL -9971 | | |
| 7. FONDO | : | ESTATAL | : | |
| 8. CIFRA DE CUENTA | : | E1110-11100-0810000-1008-00100-2003- | | |
| 9. FECHA DE EFECTIVIDAD | : | | : | 01/JULIO/2003 |
| 10. ACCION Y DURACION | : | | : | AUMENTO EN SUELDO |
| 11. ESCUELA | : | JUAN I. VEGA -43059 | | |
| 12. DISTRITO ESCOLAR | : | SABANA GRANDE -061 | : | |

13. OBSERVACIONES:  AUMENTO SUELDO DE ACUERDO AL CONVENIO COLECTIVO ENTRE EL
DEPARTAMENTO DE EDUCACION Y LA FEDERACION DE MAESTROS RATIFICADO EL 20 DE
AGOSTO DE 2002.

14. APROBADO: POR EL SECRETARIO O SU REPRESENTANTE

_[signature]_

FIRMA                                           FECHA



**ESTADO LIBRE ASOCIADO DE**
# PUERTO RICO

Sistema de Retiro para Maestros

28 de marzo de 2014

AIDZA E. ORTIZ FELICIANO          XXX-XX-7216        Solicitud No:        719344
URB  VILLA ALBA                                       Radicada en:     03 mar 2014
G 6 CALLE 9
SABANA GRANDE, PR 00637 0000

Profesor(a): Ortiz Feliciano                 CASO: 2060

Deseamos informarle que su Pension Años De Servicio / Merito ha sido aprobada conforme a
las disposiciones de la Ley Núm. 91 de 29 de marzo de 2004. Su retiro fue efectivo el
21 de diciembre de 2013 y su renta mensual será de $2,465.63. Recibirá un pago
retroactivo desde el 21 de diciembre de 2013 al 15 de abril de 2014.

Le orientamos que puede autorizar a nuestro Sistema a descontar de su pensión
determinada cantidad para pagar compromisos contraídos, tales como; seguro médico de su
preferencia u otras deducciones permitidas por ley.

Si usted no se encuentra conforme con la presente determinación podrá radicar dentro del
término de 20 días a partir de la notificación de la determinación del Director o su
representante, un Escrito de Reconsideración ante la Junta de Síndicos del SRM. Dicha
solicitud puede ser radicada personalmente o enviada por correo.

Radicaciones

Dirección Física: Secretaría Junta de Síndicos, Piso 8, Capital Center, Torre Norte 235
Ave Arterial Hostos, Hato Rey, PR

Dirección Postal: Secretaría Junta de Síndicos, Piso 8, PO Box 191879, San Juan, PR
00919-1879

En las radicaciones por correo, el matasellos debe mostrar que la misma fue cursada
dentro del término establecido. Todos los términos mencionados en los incisos para
apelar o solicitar reconsideración son en días naturales. El procedimiento de apelación
se rige por el Reglamento 7053 de 15 de noviembre de 2005.

Le informamos que cualquier gestión, comunicación o trámite que efectúe con nuestro
Sistema, distinto a los escritos antes mencionados, no interrumpe los términos que
dispone para ejercer su derecho de apelación.

Cordialmente,

Gretchen I. Ferrá Tirado
Principal Oficial Ejecutivo
Área de Beneficios y Servicios



235 Ave. Arterial Hostos, Edif. Capital Center ,
Torre Norte, Hato Rey
P.O. Box 191879 Hato Rey, PR 00919-1879
Tel: (787) 777-1414;  Fax:
http://www.srm.pr.gov   E-mail: srm_correspondenciaconsulta@srm.pr.gov

