UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

    Debtors.

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(jointly administered)

**Appendix to Response to the One Hundred Forty-Third Omnibus Objection (Non-Substantive)**

**EXHIBIT**

1) Questionnaire Proof of Claim <u>119143</u>

2) Employment Certification Letter

5

Prime Clerk LLC
Centro de procesamiento de información complementaria del Estado Libre Asociado de Puerto Rico
850 3rd Avenue, Suite 412
Brooklyn, NY 11232
Tel.: (844) 822-9231
PRClaimsInfo@primeclerk.com

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

**Instrucciones**

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación. Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:
Centro de procesamiento de información complementaria del Estado Libre Asociado de Puerto Rico
c/o Prime Clerk LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

**Cuestionario**

5. ¿Cuál es el fundamento de su reclamación?

   ☐ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

   ☑ Empleo actual o anterior en el gobierno de Puerto Rico

   ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

   _Empleada del gobierno de Puerto Rico desde el 8 de agosto 1977 al 20 diciembre de 2007_

6. ¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):
   _$15,000 - reclamación número 119143_

7. <u>Empleo.</u> ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐ No. *Pase a la Pregunta 4.*
   - ☒ Sí. *Responda preguntas 3(a)-(d).*

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó: _Departamento de Educación_

3(b). Identifique las fechas de su empleo con relación a su reclamación: _empleada desde el 8 de agosto de 1977 hasta el 20 de diciembre del 2007_

3(c). Últimos cuatro dígitos de su número de seguro social: _9810_

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☐ Jubilación
   - ☒ Salarios impagos
   - ☐ Días por enfermedad
   - ☐ Queja con el sindicato
   - ☐ Vacaciones
   - ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

_Aumento de salario otorgado mediante la Ley Número 89 de 12 de julio de 1979, según enmendada, "Ley de Retribución Uniforme" de 1979._

8. <u>Acción legal.</u> ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ☒ No.
   - ☐ Sí. *Responda Preguntas 3(a)-(e).*

4(a). Identifique el departamento o agencia que es parte de esta acción.
_____

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución:

2

4(c). Número de caso:

4(d). Título, epígrafe, o nombre del caso:

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):

4(f). ¿Tiene usted una sentencia impaga? Sí / No (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?



GOBIERNO DE PUERTO RICO
Departamento de Educación
Región de Arecibo

## Certificación de Empleo

Certifico que la señora <u>Gloria Pérez Montano</u>, s.s. # <u>xxx-xx-9810</u>, trabajó en un puesto regular en la Escuela <u>S.U. Ramón E. Betances</u> del Distrito <u>Arecibo</u> Municipio de <u>Arecibo</u> como <u>Ma. Educ. Nivel Elemental (4-6)</u>, desde 8 de agosto de 1977 hasta 20 de diciembre de 2007. Su salario mensual fue de $2,505.00 y su jornada de trabajo fue de seis horas (6.00). Según el Art. 2.10 de la ley 26-2017 a partir de la vigencia de esta Ley, ningún empleado público tendrá derecho al pago de la liquidación de días en exceso por concepto de vacaciones o enfermedad.

Cualquier tachadura o borrón invalida esta certificación dada a petición del señor <u>Pérez</u>, hoy <u>27 de enero de 2020</u>.

Atentamente,

Marisol Cruz Monroig
Directora
Recursos Humanos - Interina

Notifico que la información contenida en esta certificación es fiel y exacta. Se acompaña evidencia. Certificación emitida por:

<u>Jelixsa Rivera Quiñones</u>          <u>Auxiliar de Recursos Humanos</u>
Nombre/Firma                              posición

*Sello Oficial*

REGIÓN EDUCATIVA DE ARECIBO
Centro Gubernamental
372 Ave. José A. Cedeño, Ste. 210 B
Arecibo, Puerto Rico 00612-4623

Tel: (787) 878-0556

El Departamento de Educación no discrimina de ninguna manera por razón de raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosas, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.