Carmen D. Burgos Pabon
A-9 Urb. Villa Sacra
Santa Isabel, P.R. 007

7019 1640 0001 9527 0697




U.S. POSTAGE PAID
FCM LETTER
SALINAS, PR
00751
FEB 12 20
AMOUNT
$6.55
R2305K135299-04

1000    00918

Secretaria
Tribunal de Distrito de los EE.UU.
Room 150 Federal Building
San Juan, P.R. 00918-1767

USPS MAILING
FEB 12 2020
SAN JUAN, PR 00936

FOREVER / USA