24 enero 2020

Secretaria (Clerks Office)
Tribunal de Distrito de los Estados Unidos
#150 Chardon Avenue
Federal Building
San Juan Puerto Rico 00918

Deudor: Commonwealth of Puerto Rico
Numero de Procedimiento: 17BK3283-LTS
Centesima Trigesima Objecion Global

N.º De Reclamacion 72820

El Tribunal no debe desestimar el caso ya que la Ley del Romerazo fue para todos los trabajadores y no me fue otorgado.



Adamila Mejias Soto
Urb. Los Caobos 2187
calle Naranjo
Ponce Puerto Rico 00716
787-509-3383
adamila@1944@gmail.com
adamila1944@gmail.com