Adamila Mejias Soto
Urb. Los Caobos 2167
Calle Naranjo
Ponce P.R. 00716

Secretaria
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

RECEIVED & FILED
2020 FEB 14 AM 11:09
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.