Réplica de Objeción Global

(i) Datos de contacto:
Nombre: Bianca A. Díaz Rosario
Dirección: Urb Santa Isidra 3 Calle #3 C-29 Fajardo, PR 00738
Teléfono: (787) 585-1085
Correo Electrónico:

(ii) Epígrafe: Tribunal de Distrito de EU para el Distrito de Puerto Rico
- Nombre de Deudores: Junta de Supervisión y Administración Financiera para PR, como representante del Estado Libre Asociado de PR (ELA)
- # de procedimiento: 17 BK 3283-LTS
- Título de Objeción Global: Notificación de la Centésima Quincuagésima Sexta Objeción Global (No sustantiva) del Estado Libre Asociado (ELA) de PR de la Autoridad de Carreteras y Transportación de PR y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado (ELA) de PR a varios reclamos deficientes.
- # de evidencia de reclamo relacionado de PRIME CLERK: __87591__

(iii) Motivo para oponerse: Trabajé (y aún estoy en funciones en el Departamento de Educación de PR desde el año 2000. Aún no se me han otorgado los beneficios económicos de las leyes #89 (Romerazo) y la Ley de Sila Calderón. Reclamo dinero que me corresponde también por pasos por años de servicio en dicho período.

(iv) Documentación justificada: Incluyo copia de Certificación de prestación de servicios de mi persona al Dept. de Educación de PR (como maestra del Nivel Elemental (con fecha del 13 de feb. de 2020.).

Bianca A. Díaz Rosario
firma