

# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

**ATT: LEY PROMESA**

13 de febrero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | BIANCA A. DIAZ ROSARIO |
| Seguro Social | : | |
| Categoría | : | MA. EDUCACION TEMPRANA - NIVEL ELEMENTAL (K-3) |
| Distrito Escolar | : | FAJARDO |
| Sueldo Mensual | : | $2,696.67 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | Desde el 11 de septiembre de 2000 hasta el presente. |
| Cesó | : | N/A |
| Renunció | : | N/A |
| Otros | : | Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de (19) años |

Cándida R. Chico Montañez
Supervisora
Archivo Docente