Bianca A. Díaz Rosario
Calle #3- C-29 Santa Isidra
Fajardo, PR 00738

CERTIFIED MAIL

7018 0680 0001 4810 1780

U.S. POSTAGE PAID
FCM LETTER
PUERTO REAL, PR
00740
FEB 13, 20
AMOUNT
$6.95
R2304P119091-10

Secretaria (Clerk's Office)
(Tribunal de Distrito de los Estados Unidos)
Room 150 Federal Building
San Juan, PR 00918-1767