12 de febrero de 2020

Evidencia de reclamación #149,175

1. Nombre:
Juanita Vega Borrero

2. Dirección Postal
Costa Azul Estate
Calle 5 C2
Guayama, P.R. 00784

3. Teléfono
787-974-2312

4. Correo electrónico
1955juanita.vega@gmail.com

5. Epígrafe
Tribunal de Distrito de E.U.
Estado Libre Asociado de P.R.
Departamento de Educación
Junta de Supervisión Fiscal

6. Motivos para objeción
Comencé a trabajar para el Departamento de Educación de P.R. en el 1978 y me acogí al retiro el 2009. Laboré 31 años ininterrumpidos como maestra. Durante esos años se aprobó una ley El Ram...

otorgar un dinero. El Gobierno de P.R. Dep. de Educación me adeuda una cantidad de dinero que no me otorgo. por ley. Si tengo derecho a ese dinero, tengo derecho a recibirlo. No sé la cantidad que se me adeuda.