*Número de Evidencia de Reclamación:* 149173
*Reclamante:* VEGA BORRERO, JUANITA

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

### Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial**. A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación. Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### Cuestionario

1. **¿Cuál es el fundamento de su reclamación?**

    ☑ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

    ☐ Empleo actual o anterior en el gobierno de Puerto Rico

    ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.) Dinero que me adeuda el Dep. de Educ. de P.R. Ley Roneroza

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**

    No tengo idea de la cantidad que se me adeuda.
    Años de servicio
    1978 - 2009

Batch 3

Reclamante: VEGA BORRERO, JUANA

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?

   ☐ No. *Pase a la Pregunta 4.*

   ✓ Sí. **Responda preguntas 3(a)-(d).**

   3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó: Departamento de Educación de P.R.

   3(b). Identifique las fechas de su empleo con relación a su reclamación: Comencé en el 1978 hasta 2009

   3(c). Últimos cuatro dígitos de su número de seguro social: 5252

   3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):

   ☐ Jubilación

   ✓ Salarios impagos

   ☐ Días por enfermedad

   ☐ Queja con el sindicato

   ☐ Vacaciones

   ✓ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario). Ley Romeroza. El Gobierno de P.R. Dep. Educación me adeudan una cantidad de dinero.

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?

   ☐ No.

   ✓ Sí. **Responda Preguntas 4(a)-(f).**

   4(a). Identifique el departamento o agencia que es parte de esta acción. Dep. Educación - Estado Libre Asoc. de P.R.

   4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución: Tribunal Federal Distrito de E.U. para el Distrito de P.R.

   4(c). Número de caso: Reclamación 149175 - Caso No. 17-03283

   4(d). Título, epígrafe, o nombre del caso: Prime Clerk LLC - Ley Promesa Ley de Sup. Adm. y Est. Econ. de P.R.

Batch 3

2

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):

Pendiente de resolución

4(f). ¿Tiene usted una sentencia impaga? Sí / (No) (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?

_____

## Centésima cuadragésima octava Objeción Global

### Anexo A: Defectuosas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 411 | VEGA BORRERO, JUANITA<br>CALLE 5 C-2<br>URB. COSTA AZUL ESTATES<br>GUAYAMA, PR 00784 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 149175 | Indeterminado* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.