Juanita Vega Borrero
Vista Azul Estate
Calle 5 C2
Hwy/Poza, P.R. 00784

SAN JUAN
PR 009
12 FEB '20
PM 1 L

Secretaría (Clerk office)
Tribunal de Distrito de los E.U.
Room 150 Federal Building
San Juan, P.R. 00918-1767

RECEIVED & FILED
2020 FEB 18 AM 10:
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R.

RECEIVED