## Réplica de Objeción global

(i) Datos de contacto:
Nombre: LUZ S. ROSARIO CARMONA
Dirección: Urb. Santa Isidra III C-29 Calle #3 Fajardo, PR 00738
# de Tel.: (787) 556-7831
Correo Electrónico: lucyrafy@yahoo.com

(ii) Epígrafe — Tribunal de Distrito de EU para el Distrito de Puerto Rico (PR)

— Nombre de deudores: Junta de Supervisión y Administración Financiera para PR, como representante del Estado Libre Asociado (ELA) de PR

— Núm. de procedimiento: 17 BK 3283-LTS

— Título de Objeción global: Notificación de la Centésima Quincuagésima sexta Objeción Global (No sustantiva) del Estado Libre Asociado de Puerto Rico de la Autoridad de Carreteras y Transportación de PR y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de PR a varios reclamos deficientes.

— Número de evidencia de reclamo relacionado de PRIME CLERK: 137390

(iii) Motivo para oponerse: Trabajé en el Departamento de Educación de PR desde el año 1968 hasta mi retiro en el año 2001. No se me otorgaron los beneficios económicos que me correspondían por las Leyes 89 (Romerazo) y la Ley de Sila Calderón. Reclamo también los pasos que me correspondían (por años de servicio) correspondientes a tales leyes.

(iv) Documentación justificada: Incluyo Certificación del Departamento de Educación de PR que evidencia mis años de servicio en esta Agencia (tiene fecha del 13 de feb./2020).

*Luz S. Rosario Carmona*
Firma