Luz S. Rosario Carrasco
Calle #3 C-29 Santa Isidra 3
Fajardo, PR 00738




U.S. POSTAGE PAID
FCM LETTER
PUERTO REAL, PR
00740
FEB 13, 20
AMOUNT
**$6.95**
R2304P119091-10

1000   00918

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**



7018 0680 0001 4810 1773



Secretaría (Clerk's Office)
Tribunal de Distrito de los EU
Room 150 Federal Building
San Juan, PR 00918-1767

00918$9999