Mi nombre es Myriam C. Ortiz-Oliveras y aparece en la pagina 85 del documento Centesima trigesima objecion Global. El monto de la reclamacion aparece como indeterminado. Estoy enviando la documentación necesaria para justificar mi Objecion.

Replica a la objeción

Omnibus objection

Nombre del Tribunal: United States Bankruptcy Court for the District of Puerto Rico(San Juan)

Deudores: Estado Libre asociado de Puerto Rico

Numero de Reclamacion: 138098

Numero de caso: 17 BK 03283-LTS

*Myriam C. Ortiz - Oliveras*

RECEIVED & FILED
2020 FEB 14  PM 3: 05
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Opposition to Omnibus objection which appears on page 81 #495

Claim # 138098

Demandante:

Nombre: Myriam C. Ortiz _Oliveras
Dirección : Calle Aleli # 596
 Urb. Hacienda Florida
 Yauco, PR 00698-4540

Telefono casa : 787 856 2241
Celular: 787400 8962
Correo electrónico: pittyortiz1@gmail

No tengo abogado pues no puedo pagarlo.

I sent all the information you asked for. The Government of PR owes me the increase of my pension according

to law COLA , which is a 3% . It has been more than ten years that I have not gotten the increase. the pension is $1,132.56 .monthly.

It is about 15,000 plus interests.