

**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

SRM-SB-024
Rev. marzo 2017

## CERTIFICACIÓN DE PENSIÓN

ORTIZ OLIVERAS, MYRIAM C
HACIENDA FLORIDA
596 CALLE ALELI
YAUCO PR 00698

Certifico que ORTIZ OLIVERAS, MYRIAM C recibe de una pensión vitalicia del Sistema de Retiro para Maestros. La pensión mensual es de $1,132.56 equivalente a $13,590.72 anual. Luego de las deducciones recibe la cantidad de $1,096.56 mensual, equivalente a $13,158.72 anual.

Esta certificación se expide hoy 12 de febrero de 2020.



Número de Certificación: SRM03P2000866

Para verificar la validez de esta certificación, debe hacerlo a

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 12/16/2019 |
| Hasta: | 12/31/2019 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | 5289283 |
| Fecha Aviso: | 12/30/2019 |

MYRIAM C ORTIZ OLIVERAS
HACIENDAS FLORIDA
596 CALLE ALELI
YAUCO PR 00698-4540
SS: XXX-XX-6705

| | |
|---|---|
| # Empleado: | XXXXX6705 |
| Dept: | 592060-Anos de Serv:032 |
| Lugar: | Ley 218/51:032 |
| Titulo: | Pensionado |
| Sueldo: | $1,132.56 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 19 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | 6.969600 | 81.25 | 566.28 | 1,950.00 | 13,590.72 |
| Bono Navidad Pensionados | | | 0.00 | | |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | |
| **Total:** | | 81.25 | 566.28 | 1,950.00 | 13,890.72 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-SSS PR Inc | 18.00 | 417.00 |
| **Total:** | 18.00 | 417.00 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-SSS PR Inc | 100.00 | 1,100.00 |

\* Tributable

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 566.28 | 0.00 | 18.00 | 548.28 |
| Acumulado: | 13,890.72 | 0.00 | 417.00 | 13,473.72 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5289283 | 548.28 |
| Total: | 548.28 |

### PTO HORAS ACUM
| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

MENSAJE:

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
12/30/2019

Aviso No.
5289283

Cant. Deposito: $548.28

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposit |
|---|---|---|
| Checking | 2176398820 | $548.28 |
| Total: | | $548.28 |

TRAY 57 SQ 12980**********SCH 5-DIGIT 00653   12980 2 AV 0.383
MYRIAM C ORTIZ OLIVERAS
HACIENDAS FLORIDA