Alabama 1819 FOREVER · USA

SAN JUAN PR 009

13 FEB 2020 PM 2 L

Secretaría ( Clerk 's Office )
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918 - 1767

Myriam C. Ortiz-Oliveras
596 Calle Aleli
Urb. Hacienda Florida
Yauco PR 00698

SAN JUAN, P.R.
U.S. DISTRICT COURT
CLERK'S OFFICE
2020 FEB 14 PM 3: 05
RECEIVED & FILED