12 de febrero de 2020

Secretaría
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767

Por la presente se hace llegar la evidencia solicitada para el caso PROMESA Titulo III Num. 17 BK-03283-LTS, referente a la deuda de dinero que el Estado Libre Asociado de Puerto Rico y el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico tienen con este servidor. Mi número de reclamante es el 115033.

Esta evidencia no había podido ser suministrada, ya que al momento de someter la documentación para la reclamación, no la tenía en mi poder. Es por esto que se envía esta evidencia junto a esta carta explicativa solicitando respetuosamente que considere y valore la misma.

He sido empleado público regular para el Gobierno de Puerto Rico desde julio del año 1994. Durante todos estos años aporte a mi plan de Retiro de los Empleados del Gobierno religiosamente. Es por esto que evidencio la cantidad contenida ahorrada hasta el año 2017, año donde cambio la ley de retiro para los empleados públicos en mi Puerto Rico.

El monto a reclamación es de $63,069.35

Respetuosamente;

*[firma]*

Pascual Cruz Ramírez
Claim # 115033
Urb. Santa Elena B-18 Calle 2
Sabana Grande, P.R. 00637
(939) 640-0709

Adj: Certificación de Balance de Aportaciones Estimadas
     Estado de Cuenta Estimado