Pascual Cr~~uz Rosube~~
urbanización Santa Elena, B-18
Calle 2, Sabana Grande, P.R.,
00637



Secretaria
Tribunal de Distrito de los Estados unidos
Room 150 Federal Building
San Juan, Puerto Rico, 00918-1767





U.S. POSTAGE PAID
FCM LETTER
SAN GERMAN, PR
00683
FEB 13, 20
AMOUNT
$6.95
R2305K135312-05

RETURN RECEIPT REQUESTED