Anexo C
Certificado de Notificación

(i) Datos de Contacto
Nydia I. Callazo
Calle Capitán Correa J-8
Reparto Flamingo, Bayamón
Puerto Rico, 00959
Tel- 787-567-1418
e-mail nydiaivette29@hotmail.com

(ii) Epígrafe
Tribunal de Distrito de los E.U. para el Distrito de P.R.
Estado Libre Asociado de P.R. Deudores
En virtud de la ley PROMESA (Título III)
# procedimiento de quiebra 17 BK 3283-LTS

Título de Objeción Global
Centésima Tregésima Séptima Objeción Global (No sustantiva) del Estado Libre Asociado de P.R.; de la Autoridad de Carreteras y Transportación de P.R. y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de P.R. a reclamos deficientes en los que se alegan intereses sobre la base de unas leyes puertorriqueñas no especificadas

Num. de reclamo 143238

(iii) Motivos para oponerse a la Objeción global

Yo, Nydia I. Callejo Morales, me opongo a la determinación de Objeción global, ya que no se me dió la oportunidad de completar el documento "Información solicitada para procesar su reclamación" que debí haber completado y enviado antes del 16 de octubre de 2019 a P.R. claimsinfo@primeclerk.com.

Este documento nunca me llegó vía correo. Al recibir la carta de objeción, me comuniqué con las oficinas el 20 de enero con PrimeClerk y fui orientada de como realizar la réplica.

De acuerdo con mi reclamación #143238 se basa en el empleo anterior, ya que me retiré del Departamento de Educación el 31 de diciembre de 2018 por treinta años de servicio. No obstante, en el momento que radique el reclamo trabajaba como directora escolar en el Distrito de Bayamón, Región de Bayamón. Desde el 1991 laboré como empleada del DE hasta mi jubilación el 31 de diciembre de 2018. De acuerdo a mi reclamo, la naturaleza de los mismos son por salarios impagos, ya que desde el 2008 hasta el 2017 no recibí ningún aumento salarial. Además, luego de mi jubilación el Departamento de Educación dejo de pagar los días por enfermedad. Tenía acumulado 90 días, que son aproximadamente 12,250 dólares.

De acuerdo a mi reclamación #143238 esta, se relaciona a una acción judicial pendiente de resolución por parte del DE

y la acción esta pendiente de resolución en: Employees Retirement System of the Government of the Commonwealth of P.R.

El número del caso es 17 BK 03283-LTS y el título del caso es Evidencia de Reclamación en virtud de la ley PROMESA

Mi caso está pendiente de resolución y no he recibido el monto adeudado.

(iv) Documentación justificativa

Adjunto evidencia de carta aceptación de renuncia al puesto de Directora III efectiva el 31 de diciembre de 2018

Adjunto evidencia de licencia por enfermedad acumulados al 31 de diciembre 2016, y 2017. He informe de licencia de enfermedad a mayo 2018 - en horas.