

ESTADO LIBRE ASOCIADO DE
PUERTO RICO

DEPARTAMENTO DE EDUCACIÓN

MEMORANDO

ID-EMPLEADO:26356

SR(A). NYDIA I COLLAZO MORALES
SEGURO SOCIAL: XXX-XX-6626
PROGRAMA / PUESTO: SCHOOLWIDE16 ESCUELAS PUBLICAS / R51850,
REGIÓN: BAYAMON
DISTRITO: BAYAMON
ESCUELA: DR. JOSE A. DAVILA

WILFREDO FALCÓN NEGRÓN
DIRECTOR
OFICINA DE TIEMPO, ASISTENCIA Y LICENCIA

INFORME DE LICENCIAS

CONFORME A NUESTROS RECORDS DE ASISTENCIA USTED TIENE ACUMULADO HASTA EL 31 DE DICIEMBRE DE 2015:

60 DÍAS 0 HORAS DE LICENCIA POR VACACIONES REGULARES

16 DÍAS 0 HORAS EXCESO VACACIONES REGULARES

90 DÍAS 0 HORAS DE LICENCIA POR ENFERMEDAD

5 DÍAS 3.22 HORAS EXCESO ENFERMEDAD

LOS BALANCES AQUÍ ANOTADOS PUEDEN VARIAR EN CASO DE QUE NOS REPORTEN AUSENCIAS INCURRIDAS POR USTED NO INFORMADAS ANTERIORMENTE.

EL PERSONAL NO DOCENTE UNIONADO DEBERÁ DISFRUTAR LA TOTALIDAD DE LOS DÍAS DE LA LICENCIA DE VACACIONES ACUMULADAS EN EXCESO DE LOS SESENTA (60) DÍAS EN EL AÑO 2015, NO MÁS TARDE DEL 30 DE JUNIO DE 2016. LOS DÍAS DE VACACIONES ACUMULADAS EN EL AÑO NATURAL 2016, QUE PUEDA ACUMULAR EN EXCESO DE LOS SESENTA (60) DÍAS DEBERÁN DISFRUTARSE NO MÁS TARDE DEL 31 DE DICIEMBRE DE 2016.

EL PERSONAL DOCENTE Y GERENCIAL DEBERÁ DISFRUTAR LA TOTALIDAD DE LOS EXCESOS DE LOS NOVENTA (90) DÍAS DE LICENCIAS DE ENFERMEDAD ACUMULADAS EN EL AÑO NATURAL 2015, NO MAS TARDAR DEL 31 DE DICIEMBRE DE 2016.

NO SE AUTORIZA LA TRANSFERENCIA DE ESTOS DÍAS PARA DISFRUTARLOS POSTERIOR A ESTA FECHA.

CUALQUIER RECLAMACIÓN DEBERÁ SER MEDIANTE COMUNICACIÓN ESCRITA AL ÁREA DE RECURSOS HUMANOS DE SU REGIÓN CORRESPONDIENTE.

Recuerde que puede acceder a su hoja de asistencia las 24/7 a: http://sistematal.de.gobierno.pr o http://de.gobierno.pr
De esta manera podrá verificar la relación de asistencia e imprimirla.
Recuerde que es su derecho y su responsabilidad el mantenerse informado de cómo se le está trabajando su asistencia.

**GOBIERNO DE PUERTO RICO**

DEPARTAMENTO DE EDUCACIÓN
Secretaria Auxiliar de Recursos Humanos

ID-EMPLEADO: 26356

**SR(A). NYDIA I COLLAZO MORALES**
**SEGURO SOCIAL:** XXX-XX-6626
**PROGRAMA / PUESTO:** SCHOOLWIDE17 ESCUELAS PUBLICAS / R51850
**REGIÓN:** BAYAMON
**DISTRITO:** BAYAMON
**ESCUELA:** DR. JOSE A. DAVILA

*(firma)*

WILFREDO FALCÓN NEGRÓN
DIRECTOR
OFICINA DE TIEMPO, ASISTENCIA Y LICENCIA

## INFORME DE LICENCIAS

CONFORME A NUESTROS RECORDS DE ASISTENCIA USTED TIENE ACUMULADO HASTA EL 31 DE DICIEMBRE DE 2016:

   60 DÍAS 0 HORAS DE LICENCIA POR VACACIONES REGULARES

   10 DÍAS 3.49 HORAS EXCESO VACACIONES REGULARES

   90 DÍAS 0 HORAS DE LICENCIAS POR ENFERMEDAD

   13 DÍAS 1.2 HORAS EXCESO ENFERMEDAD

LOS BALANCES AQUÍ ANOTADOS PUEDEN VARIAR EN CASO DE QUE NOS INFORMEN AUSENCIAS INCURRIDAS POR USTED NO INFORMADAS ANTERIORMENTE.

EL PERSONAL NO DOCENTE UNIONADO DEBERÁ DISFRUTAR LA TOTALIDAD DE LOS DÍAS DE LA LICENCIA DE VACACIONES ACUMULADAS EN EXCESO DE LOS SESENTA (60) DÍAS EN EL AÑO 2016, NO MÁS TARDE DEL 30 DE JUNIO DE 2017. LOS DÍAS DE VACACIONES ACUMULADAS EN EL AÑO NATURAL 2017, QUE PUEDA ACUMULAR EN EXCESO DE LOS SESENTA (60) DÍAS DEBERÁN DISFRUTARSE NO MÁS TARDE DEL 31 DE DICIEMBRE DE 2017.

EL PERSONAL DOCENTE Y GERENCIAL DEBERÁ DISFRUTAR LA TOTALIDAD DE LOS EXCESOS DE LOS NOVENTA (90) DÍAS DE LICENCIAS DE ENFERMEDAD ACUMULADAS EN EL AÑO NATURAL 2016, NO MAS TARDAR DEL 31 DE DICIEMBRE DE 2017.

NO SE AUTORIZA LA TRANSFERENCIA DE ESTOS DÍAS PARA DISFRUTARLOS POSTERIOR A ESTA FECHA.

CUALQUIER RECLAMACIÓN DEBERÁ SER MEDIANTE COMUNICACIÓN ESCRITA AL ÁREA DE RECURSOS HUMANOS DE SU REGIÓN CORRESPONDIENTE.

---

Recuerde que puede acceder a su hoja de asistencia las 24/7 a: http://sistematal.de.gobierno.pr o http://de.gobierno.pr
De esta manera podrá verificar la relación de asistencia e imprimirla.
Recuerde que es su derecho y su responsabilidad el mantenerse informado de cómo se le está trabajando su asistencia.

## Accrual Summary

| | | Data Up to Date: | 5/1/2018 9:00:52 AM |
| | | Executed on: | 5/01/2018 9:00AM GMT-04:00 |
| | | Printed for: | 26356 |

Time Period:   Today
Query:   Previously Selected Employee(s)

| Accrual Code<br>Starting Date (*Reset) | Starting Balance | Earnings and Credits | Takings and Debits | Ending Balance |
|---|---|---|---|---|
| COLLAZO MORALES, NYDIA I | 26356 | | | |
| CRUZ ROJA (Hours) | | | | |
| Tue 5/1/2018 | 225:00 | 0:00 | 0:00 | 225:00 |
| DONAR SANGRE (Hours) | | | | |
| Tue 5/1/2018 | 4:00 | 0:00 | 0:00 | 4:00 |
| ENFERMEDAD (Hours) | | | | |
| Tue 5/1/2018 | 714:29 | 0:00 | 0:00 | 714:29 |

Page 9

*Enfermedad en horas   714.29 ÷ ea 7.5 hr diarias*
*equivale a 95 dias licencia enfermedad*

# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

08 de noviembre de 2018

DEPARTAMENTO EDUCACION  
SECCIÓN DE NOMBRAMIENTOS Y CAMBIOS  
PO BOX 190759  
SAN JUAN PR 00919 0759

Solicitud No: 939593  
Radicada en: 01 jun 2018

Atención: Sr. Enoch González Vélez

El(la) profesor(a) NYDIA I. COLLAZO MORALES con seguro social XXX-XX-6626 ha radicado una Solicitud de Retiro en nuestro Sistema. Al 28 de septiembre de 2018, fecha de su última aportación recibida,

[X] cualifica [ ] no cualifica para acogerse a la jubilación.

Su tiempo cotizado y edad es el siguiente:

29 Años, 10 Meses, 0 Semanas, 4.50 Días y su edad es 58 años.

Los pagos pendientes no están considerados en esta certificación. Los mismos son:

[ ] Reconocimiento de Tiempo  
[ ] Diferencia en % por transferencia recibida  
[ ] Reembolso de Cuotas  
[X] No aplica

El tiempo certificado puede variar, de encontrarse diferencias en el Informe de Cambio, enviado por el Departamento de Educación u otras Instituciones Gubernamentales y de existir anulaciones futuras entre cuentas que afecten las aportaciones del Sistema.

Deberá permanecer cotizando en nuestro Sistema hasta la fecha que proyecta retirarse.

El plan médico y planes suplementarios deben ser pagados directamente a las aseguradoras hasta tanto envíen las autorizaciones de descuentos para tramitar su pensión.

Atentamente,

Ivonne L. Ortiz Valladares  
Area de Servicios de Retiro

c: NYDIA I. COLLAZO MORALES  
REPARTO FLAMINGO  
J-8 CALLE CAPITAN CORREA  
BAYAMON, PR 00959

XXX-XX-6626

235 Avenida Arterial Hostos, Edificio Capital Center, Torre Norte, Hato Rey, Puerto Rico 00918  
P.O. Box 191879, Hato Rey, PR 00919-1879  
srm_correspondenciaconsulta@srm.pr.gov (787) 777-1414 http://www.srm.pr.gov

27 de noviembre de 2018

Dra. Yanira Raíces

Directora

ORE Bayamón


Saludos cordiales.

Hace 34 años me he desempeñado como educadora de escuelas privadas y públicas como maestra de ciencia, bibliotecaria y directora escolar por los últimos 16 años. De los cuales 14 años laboro en la Escuela Dr. José Antonio Dávila de Bayamón en donde he dejado huellas que espero continúen rindiendo frutos. Durante el tiempo que he laborado como directora escolar en la Escuela Dr. José A. Dávila he trabajado, promovido, iniciado y dirigido varios proyectos que han sido de beneficio para mi comunidad escolar. De los cuales puedo destacar las gestiones realizadas para participar del Proyecto de Remodelación de Escuelas Siglo XXI, Acreditación de la Escuela por siete años por el Consejo de Educación de Puerto Rico, el Modelo de Servicio Salón a tiempo Completo con promoción de grado (Nuevo nombre MOSSEI- PG) que actualmente cinco escuelas son participantes y la iniciativa de orientar a varios directores y maestros con el aval de ORE Bayamón y DE con la intención de replicar en todos los niveles académicos el Modelo de Servicio, además el Proyecto TIBA (Tecnología, idioma y bellas artes), para estudiantes talentosos; Ganadores de Bandera Verde por OPAS ( Organización Pro – Ambiente Sustentable; participación de Fotoperiodismo por cinco años; artículos de periódicos de actividades realizadas en la escuela; además de motivar a maestros y T – 1 a estudiar entre muchas otras iniciativas. Lograr que una cuarta parte de la matrícula de los estudiantes participen del cuadro de honor (100/419) y que el 98% de nuestros estudiantes se gradúen de octavo grado son algunos de los logros alcanzados.

Me siento muy satisfecha por los logros alcanzados; sin embargo es tiempo de dar oportunidad a otros de llevar las riendas de la que fue mi escuela por catorce años.

Por este medio hago constar que efectivo el 31 de diciembre de 2018 presento mi carta de renuncia al Departamento de Educación dejando liberada la plaza R – 51850 de Directora III.

Sin otro particular,

Nydia I. Collazo Morales

RECIBIDO
DIVISIÓN DE NÓMINAS
DEC 1 3 2018
SECCIÓN DE CORRESPONDENCIA



28 de noviembre de 2018

Sra. Nydia I. Collazo Morales
Directora
Esc. Dr. José Antonio Dávila
Bayamón, Puerto Rico

Estimada señora Collazo:

Recibimos su carta en la que presenta su renuncia al puesto número R-51850 de Directora III, efectiva el 31 de diciembre de 2018.

Agradecemos infinitamente los años de ardua y encomiable labor en el Departamento de Educación en beneficio de nuestros niños y jóvenes.

Acepto su renuncia y le deseo el mayor de los éxitos en su vida futura.

Atentamente,

Yanira I. Raíces Vega, Ed. D.
Directora Regional Interina

YIRV:aia



RECIBIDO
DIVISIÓN DE NÓMINAS
DEC 1 3 2018
SECCIÓN DE CORRESPONDENCIA



DEPARTAMENTO DE EDUCACIÓN