Lydia L. Cellier
Calle Capitán Correa J-8
Barrio Flamingo
Bayamón, P.R. 00959

RECEIVED & FILED
2020 FEB 14 PM 3:06
US DISTRICT COURT
SAN JUAN, PR

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767

SAN JUAN PR 009
13 FEB 2020 PM 1 L