Secretarial (Clerks Office)
Tribunal de Distrito de los Estados
Unidos.
#150 Chardon Avenue
Federal Building
San Juan Puerto Rico 00918

Deudor: Commonwealth of Puerto Rico
Numero de procedimiento: 17 BK 3283-LTS
Centesima Trigésima Objeción Global
No de Reclamación : 145791

El Tribunal no debe desestimar el caso
ya que como empleada nunca recibí el 3%
de aumento de la Ley núm. 168 del 12 de
julio de 2004.

Adamila Mejías Soto
Urb. Los Caobos 2187
Calle Naranjo
Ponce P.R.-00716
787-509-3383
adamila1944@gmail.com