Adamila Mejías Soto
Urb. Los Caobos 2187
Calle Naranjo
Ponce P.R. 00716

RECEIVED & FILED
2020 FEB 14 PM 3:03
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaria
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

