10 de febrero de 2020

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estado Unidos
Room 150 Federal Building
San Juan Puerto Rico 00918-1767

La presente es para solicitar la reclamación por demanda de clase, a traves del Departamento de Educación de Puerto Rico.

Mi nombre es Carmen Cecilia Acevedo Reyes, número de caso es 17 BK 03283-LTS y el número de reclamación 138221 Seguro Social. Durante los años donde laboré con el Departamento de Educación, no se me adjudicó una serie de sueldos o Saldos llamados Impagos. Laboré durante 26 años desde 1988 hasta el 2014 en el Departamento de Educación de Puerto Rico.

La cantidad esperada de esta reclamación es de 30,000.00.
  Las leyes son:
1. Ley número 96 del 1ro de julio 2002
2. Ley 164 del 22 de julio 2003
3. Ley 3% Pensión Retiro

Correo electrónico  carmenacevedo2121@gmail.com
Número de mi celular  787-478-9755