Carmen E. Acevedo Reyes
c/ San Rafael F-124
Urb. Los Dominicos
Bayamón, P.R. 00957

To: Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918

RECEIVED & FILED
2020 FEB 14 PM 3:06
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.