10 de febrero de 2014

Datos de Contacto:

Myrna Torres Rodríguez
2 Extención Urbanización Lago Horizonte I-2 #10 Juana Díaz P.R. 00795
Teléfono 939-644-0242

Epígrafe:
Tribunal de Distrito de los Estados Unidos
Deudor Sistema de Retiro de los Empleados de Gobierno de Estado Libre Asociado de Puerto Rico
Titulo III
Número de Caso 17 BK 03566-LTS
Número de Reclamación 153011

Motivos para oponerse a la Objeción Global:

El fundamento de mi reclamación es una acción legal pendiente de resolucción o concluida con el gobierno de P.R. o en contra de este. El monto es de $75,000.00

El organism organism es el Departamento de Educación, la naturaleza de mi reclamación es por salaries impagos. La reclamación se relaciona con una acción judicial cerrada o pendiente de resolucción.

El Departamento que es parte de esta acción es el Departamento de Educación. El caso esta pendiente de resolucción. La sentencia impaga es la Ley 109 – 2008 Aumento de 1 de julio de 2008 ($150.00). Ley 96 1mero de julio de 2002 ($100.00). Aumento por experiencia Caso #2012-05-2084 OASE Retribución ($25.00). Total de monto de sentencia (por los años de experiencia trabajados) $75,000.00

Documentación Justificativa:

Los documentos se presentaron a nivel global cuando se presenta la demanda.

*Myrna Torres*