Myrna Torres
P.O. Box 800080
Coto Laurel P.R.
00780



RECEIVED & FILED
2020 FEB 14 PM 3:03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918$1399

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan P.R. 00918-1767