TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS

PARA EL DISTRITO DE PUERTO RICO

| En el asunto de: | PROMESA |
| --- | --- |
| JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, | Título III |
| | Núm. 17 BK 3283-LTS |
| Como representante de | (Administrada conjuntamente) |
| ESTADO LIBRE ASOCIADO DE PUERTO RICO y otros, | La presente radicación guarda relación con el ELA, la ACT y el SER. |
| Deudores | |

NOTIFICACIÓN DE LA CENTÉSIMA CUADRAGÉSIMA OCTAVA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE UNAS LEYES PUERTORRIQUEÑAS NO ESPECIFICADAS.

Núm. De reclamación 146212

*Elizabeth Viana*
*RR 11 Box 4109*
*Bayamón, P.R. 00956*

(iii)    Motivos para oponerme a la Objeción Global

Mi nombre es Elizabeth Viana, vivo en Bayamón y tengo 73 años. Trabajé en el Departamento de Educación de Puerto Rico por más de 33 años. Me siento muy agradecida y satisfecha con la labor que realice durante todos ese tiempo sabiendo que lo hice con mucha dedicación y responsabilidad. Siempre tuve presente que educaba niño y niñas para que fueran honra y honor para Puerto Rico. Fui para ellos maestra, consejera, enfermera, madre y amiga. Mi orgullo mayor es cuando encuentro algunos de ellos ya profesionales otros obreros, otras amas de ócasa con sus familias y me saludan con mucho cariño recordando su maestra de escula elemental.

Son varias las razones por la que me opongo a la Objeción global:

1. Soy del grupo de pensionados del Departamento de Educación que la pensión está por debajo del nivel de pobreza de Puerto Rico.
2. La pensión la gané con mi esfuerzo, dedicación y trabajo. Mi mente de maestra iba más allá de los cinco días de trabajo y las veinticuatro horas del día.
3. Se legislaron leyes para aumentar el sueldo del maestro pero por diversas razones no se nos concedió el aumento motivo por el cual tenemos una pensión tan baja.
4. La pensión que tengo no guarda relación con el trabajo que rendí para el bien del pueblo de Puerto Rico.
5. Por estas y muchas más razones tengo, me pongo a la Objeción Global.

Adjunto los siguientes documentos de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico:

1. Certificación de Pensión
2. Certificación de la Secretaria Auxiliar de Recursos Humanos
3. Certificado de Maestro de Escuela Elementa (vitalicio)
4. Certificado de Maestro de Escuela Secundaria (Biologia)