Lisbeth Viera
RR11 Box 4109
Bayamón, P.R. 00956

RECEIVED & FILED
2020 FEB 14 PM 3:06
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, P.R. 00918-1767