14 de Febrero 2020

A: Tribunal de Distrito de los Estados Unidos

Priscilla Rivera Colón
Bo. Llanos carretera
Apartado 430
Aibonito P. R. 00705
787-516-5481
priscillarivera527@gmail.com

La presente es para notificar que no estoy de acuerdo con la objección global del reclamo sea rechazado, ya que por medio de esta estoy evidenciando los documentos requeridos por ustedes, ya que al presente año llevo trabajando con el Departamento de Educación del Estado Libre Asociado de Puerto Rico y tengo acumulado 73,000 aproximadamente. Esta cantidad esta sujeta a mi derecho a recibirla como compensación de mi retiro.

Gracias
Priscilla Rivera Colón

RECEIVED & FILED
2020 FEB 14 PM 3: 03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.