**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Rivera Colon, Priscilla | 163617 | 6/29/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Rivera Colon, Priscilla | 163617 | 6/29/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**



***CUST PR 1845 SRF 38939 PackID: 657 MMLID: 2125240 SVC: 144th Omni
Rivera Colon, Priscilla
Apartado 430
Bo. Llanos
Aibonito, PR 00705



**GOBIERNO DE PUERTO RICO**
**Sistema de Retiro para Maestros**

SRM-SB-022
Rev. marzo 2017

Estimado(a) participante PRISCILLA RIVERA COLON

De acuerdo a nuestros registros, el balance de aportaciones acumuladas en el SRM es de aproximadamente $58,863.20 al 11 de febrero de 2020. Las aportaciones han devengado intereses por $14,341.92 para un total de cuotas e intereses de $73,205.12.

El tiempo acreditado es de aproximadamente 25 año(s), 0 mes(es), 1 semana(s), 1.57 día(s).

Los pagos realizados por planes de pago, recaudaciones o pagos pendientes pueden no estar considerados en estos balances. Además, esta información puede variar, de encontrarse diferencias en el Informe de Cambio enviado por el patrono y de existir anulaciones futuras entre cuentas que afecten las Aportaciones del Sistema.

Estos cálculos son preliminares, están sujetos a verificación y ajustes cuando radique su Solicitud de Retiro. Deberá permanecer cotizando en el SRM hasta la fecha que proyecta retirarse.

Atentamente,

Área de Servicios de Retiro



235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918
P.O. Box 191879 · San Juan PR 00919-1879

☏ 787.777.1414      🖷 787.759.2883      www.srm.pr.gov





# DEPARTAMENTO DE EDUCACION
### Estado Libre Asociado de Puerto Rico
#### Secretaría Auxiliar de Recursos Humanos

ATT: Ley Promesa

4 de febrero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | PRISCILLA RIVERA COLON |
| Seguro Social | : | P.R.C. |
| Categoría | : | MA. EDUC. SALUD ESCOLAR (K-12) |
| Distrito Escolar | : | BARRANQUITAS_ |
| Sueldo Mensual | : | $2,841.67 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | Desde el 15 de enero de 1993 hasta el presente. |
| Cesó | : | N/A |
| Renunció | : | N/A |
| Otros | : | Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 24 años, 7 meses y 2.50 días. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.