Priscilla Rivera Colón
Apartado 430
Aibonito, P.R. 00705

U.S. POSTAGE PAID
FCM LETTER
BARRANQUITAS, PR
00794
FEB 12, 20
AMOUNT
$0.70
R2307M152928-02

RECEIVED & FILED
2020 FEB 14 PM 3:03

Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan Puerto Rico 00918-1767

00918$9999