11 de febrero de 2020

Asunto: Réplica

I Datos de contacto

Carmen L. Matos Matos
Calle Fábregas #50
Bo. Sábalos
Mayagüez P.R. 00680
Teléfono Res. (787) 833-2593
Teléfono cel. (939) 425-1076

II Epígrafe
La presente radicación guarda relación con:
ELA, La ACT y SRE
Num. caso 17 Bk 3283 L.T.S.

Deudores ELA, Confina

III Motivo para oponerse
A la obligación Global ley 89 - 12 julio 1979

IV Documentación de Justificación
Comenzé a trabajar en Julio de 1973 bajo la agencia de Salud Ambiental del Depto. de Salud.

Mi fecha de jubilación fue el 30 de septiembre de 2008. Debido a que la oficina de personal la mudaron al pueblo de Aguadilla, se me hace difícil someterle el documento de certificación de empleo debido a la proximidad de tiempo para someter la réplica (certificación)

Adjunto:
 Hoja de servicio
 Carta de jubilación

Gracias por la cooperación