**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Matos Matos, Carmen L. | 158116 | 7/6/2018 | Commonwealth of Puerto Rico | $18,000.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Matos Matos, Carmen L. | 158116 | 7/6/2018 | Commonwealth of Puerto Rico | $18,000.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

000529

Oficina de Recursos Humanos
Región Oeste de Salud - Mayagüez

5 de junio de 2008

Sra. Carmen Matos Matos
Inspector de Salud Ambiental
Programa de Salud Ambiental
Región de Mayagüez

*[firma]*

Madelyn Toro Meléndez
Directora Regional
Región Oeste de Salud

*[firma]*

Librada Hernández Muñiz
Oficial de Recursos Humanos
Oficina de Recursos Humanos

Estimada señora Matos Matos:

**Aceptación de Renuncia**

De acuerdo a sus deseos aceptamos la renuncia que presentó al puesto de Inspector de Salud Ambiental, el cual ocupa en el Programa de Salud Ambiental en la Local de Mayagüez.

Esta renuncia es efectiva el 30 de septiembre de 2008. Le agradecemos los servicios prestados a nuestra región durante el tiempo de su nombramiento.

LHM/lbv
AcepRenuncia

Anejo: DSP-15 RO-369

---

410 Ave. Hostos Suite #13, Mayagüez, P.R. 00682-1522, Tels. 787-265-86505 exts. 241, 249, Fax. 787-832-6329

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

Fill in this information to identify the case (Select only one Debtor per claim form). /
Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).

| | Debtor | Case No. | Petition Date |
|---|---|---|---|
| ☐ | Commonwealth of Puerto Rico / El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | May 3, 2017 |
| ☐ | Puerto Rico Sales Tax Financing Corporation (COFINA) / La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | May 5, 2017 |
| ☐ | Puerto Rico Highways and Transportation Authority / La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | May 21, 2017 |
| ☐ | Employees Retirement System of the Government of the Commonwealth of Puerto Rico / El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | May 21, 2017 |
| ☐ | Puerto Rico Electric Power Authority / La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | July 2, 2017 |

Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

## Part 1 / Parte 1 — Identify the Claim / Identificar la reclamación

1. Who is the current creditor?

   ¿Quién es el acreedor actual?

   Name of the current creditor (the person or entity to be paid for this claim)
   Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación) _____

   Other names the creditor used with the debtor
   Otros nombres que el acreedor usó con el deudor _____

2. Has this claim been acquired from someone else?

¿Esta reclamación se ha adquirido de otra persona?

☒ No / No
☐ Yes. From whom?
Sí. ¿De quién? _____

3. Where should notices and payments to the creditor be sent?

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

¿A dónde deberían enviarse las notificaciones al acreedor?

Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g)

Where should notices to the creditor be sent?
¿A dónde deberían enviarse las notificaciones al acreedor?

Carmen L. Matos Matos
Name / Nombre

Calle Fabregas #50
Number / Número   Street / Calle

Mayaguez      PR    00680
City / Ciudad   State / Estado   ZIP Code / Código postal

787-833-2593
Contact phone / Teléfono de contacto

Contact email / Correo electrónico de contacto

Where should payments to the creditor be sent? (if different)
¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)

La misma
Name / Nombre

Number / Número   Street / Calle

City / Ciudad   State / Estado   ZIP Code / Código postal

Contact phone / Teléfono de contacto

Contact email / Correo electrónico de contacto

4. Does this claim amend one already filed?

¿Esta reclamación es una enmienda de otra presentada anteriormente?

☒ No / No
☐ Yes   Claim number on court claims registry (if known)
Sí. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo) _____
Filed on / Presentada el _____ (MM/DD/YYYY) / (DD/MM/AAAA)

5. Do you know if anyone else has filed a proof of claim for this claim?

¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?

☒ No / No
☐ Yes. Who made the earlier filing?
Sí. ¿Quién hizo la reclamación anterior? _____

**Part 2 / Parte 2:**  Give Information About the Claim as of the Petition Date
Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?

¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico?

☐ No / No
☒ Yes   Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)
Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).

Departamento de Salud

7. Do you supply goods and / or services to the government?

¿Proporciona bienes y / o servicios al gobierno?

☒ No / No
☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:

Vendor / Contract Number | Número de proveedor / contrato: _____

List any amounts due after the Petition Date (listed above) but before June 30, 2017:
Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017  $ _____

Modified Official Form 410                              Proof of Claim                                    page 2

| | |
|---|---|
| How much is the claim?<br>¿Cuál es el importe de la reclamación? | $ 18,000. Does this amount include interest or other charges?<br>¿Este importe incluye intereses u otros cargos?<br>☐ No / No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).<br>Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A). |
| What is the basis of the claim?<br>¿Cuál es el fundamento de la reclamación? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c) Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.<br><br>Ley 89 12 Julio 1979 |
| ) Is all or part of the claim secured?<br>¿La reclamación está garantizada de manera total o parcial? | ☑ No / No<br>☐ Yes. The claim is secured by a lien on property.<br>Sí. La reclamación está garantizada por un derecho de retención sobre un bien.<br><br>Nature of property / Naturaleza del bien:<br>☐ Motor vehicle / Vehículos<br><br>☐ Other. Describe:<br>Otro. Describir: _____<br><br>Basis for perfection / Fundamento de la realización de pasos adicionales: _____<br><br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.<br><br>Value of property / Valor del bien: $_____<br><br>Amount of the claim that is secured /<br>Importe de la reclamación que está garantizado: $_____<br><br>Amount of the claim that is unsecured /<br>Importe de la reclamación que no está garantizado: $_____<br>(The sum of the secured and unsecured amounts should match the amount in line 7.)<br>(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)<br><br>Amount necessary to cure any default as of the Petition Date /<br>Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $_____<br><br>Annual Interest Rate (on the Petition Date)<br>Tasa de interés anual (cuando se presentó el caso)_____%<br>☐ Fixed / Fija<br>☐ Variable / Variable |
| 11. Is this claim based on a lease?<br>¿Esta reclamación está basada en un arrendamiento? | ☑ No / No<br>☐ Yes. Amount necessary to cure any default as of the Petition Date.<br>Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso $ _____ |

Modified Official Form 410              Proof of Claim              page 3

12. Is this claim subject to a right of setoff?

    ¿La reclamación está sujeta a un derecho de compensación?

    ☑ No / No

    ☐ Yes. Identify the property /
    Sí. Identifique el bien: _____

13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?

    ¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.?

    ☑ No / No

    ☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.    $ _____

    Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación.

## Part 3 / Parte 3: Sign Below / Firmar a continuación

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma

Check the appropriate box / Marque la casilla correspondiente:

☑ I am the creditor. / Soy el acreedor.

☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el  29 Junio 2018 (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma _____

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name _____
First name / Primer nombre    Middle name / Segundo nombre    Last name / Apellido

Title / Cargo _____

Company / Compañía _____
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador

Address / Dirección _____
Number / Número    Street / Calle

_____
City / Ciudad    State / Estado    ZIP Code / Código postal

Contact phone / Teléfono de contacto _____    Email / Correo electrónico _____

Modified Official Form 410                    Proof of Claim                    page 4

(Rev.)

DE LOS EMPLEADOS DEL GOBIERNO Y LA JUDICATURA
Apartado 42003, Estación Miniilas, Santurce, P. R. 00940

## HOJA DE SERVICIOS

INSTRUCCIONES:

Este formulario se utiliza para recopilar información sobre los servicios prestados al Gobierno por el participante del Sistema de Retiro.

1. Informe los sueldos devengados por el empleado sin descontar las ausencias, castigos, licencias y otros, pero excluyendo toda bonificación o pago por concepto de horas extras trabajadas.
2. En el apartado "Observaciones" indique aquellos períodos de interrupción de servicios, si los hubiera y las causas.
3. Si fuera necesario, utilicen hojas adicionales siguiendo el mismo patrón.
4. Las aportaciones al Sistema deberán cubrir el período total especificado.

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Matos | | Matos | | Carmen L. | | | | Número Seguro Social o Empleado | | | |
| (Apellido Paterno) | | (Apellido Materno) | | (Nombre) | | | | | | | |
| Fecha de Nacimiento | | Departamento de Salud | | | | | | octubre de 1984 | | | |
| | | Agencia en que prestó los servicios | | | | | | Fecha primer descuento para Retiro | | | |

| Clasificación del Puesto | Período de Servicios | | | | | | Sueldo Mensual | Sueldo por hora | Horas Trabajadas | Total Sueldos Devengados | Aportaciones al Sistema | Observaciones |
| | Desde | | | Hasta | | | | | | | | |
| | D | M | A | D | M | A | | | | | | |
| pector Salud Am- | 10 | 7 | 73 | 30 | 6 | 74 | 370.00 | | | 4,332.58 | | CERTIFICO CORRECTO, |
| ntal I Contrato | 1 | 7 | 74 | 30 | 9 | 74 | 370.00 | | | 1,110.00 | | |
| -462 | 1 | 10 | 74 | 30 | 6 | 75 | 480.00 | | | 4,320.00 | | Cira Hernández |
| | 1 | 7 | 75 | 30 | 6 | 78 | 480.00 | | | 17,280.00 | | Funcionario Ejecut. |
| | 1 | 7 | 78 | 30 | 6 | 79 | 525.00 | | | 6,300.00 | | Div. de Nóminas (AFASS) |
| | 1 | 7 | 79 | 30 | 9 | 79 | 525.00 | | | 1,575.00 | | |
| | 1 | 10 | 79 | 30 | 6 | 80 | 570.00 | | | 5,130.00 | | |
| | 1 | 7 | 80 | 30 | 6 | 81 | 595.00 | | | 7,140.00 | | |
| | 1 | 7 | 81 | 31 | 1 | 82 | 595.00 | | | 4,165.00 | | |
| | 1 | 2 | 82 | 30 | 6 | 82 | 512.18 | | | 2,560.90 | | |
| | 1 | 7 | 82 | 30 | 6 | 83 | 595.00 | | | 7,140.00 | | |
| | 1 | 7 | 83 | 30 | 9 | 83 | 595.00 | | | 1,785.00 | | |
| | 1 | 10 | 83 | 31 | 3 | 84 | 625.00 | | | 3,750.00 | | |
| | 1 | 4 | 84 | 30 | 6 | 84 | 648.00 | | | 1,944.00 | | |

(Rev.)

ADMINISTRACION DE LOS SISTEMAS DE RETIRO
DE LOS EMPLEADOS DEL GOBIERNO Y LA JUDICATURA
Apartado 42003, Estación Minillas, Santurce, P. R. 00940

## HOJA DE SERVICIOS

Carmen L. Matos Matos

| Clasificación del Puesto | Período de Servicios Desde D | M | A | Hasta D | M | A | Sueldo Mensual | Sueldo por hora | Horas Trabajadas | Total Sueldos Devengados | Aportaciones al Sistema | Observaciones |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| spector Salud biental II | 1 | 7 | 84 | 31 | 8 | 84 | 648.00 | | | 1,296.00 | | |
| | 1 | 9 | 84 | 30 | 6 | 85 | 624.00 | | | 6,240.00 | 269.37 | |
| | 1 | 7 | 85 | 30 | 6 | 86 | 624.00 | | | 7,488.00 | 359.16 | |
| | 1 | 7 | 86 | 30 | 9 | 86 | 624.00 | | | 1,872.00 | 89.79 | |
| | 1 | 10 | 86 | 30 | 6 | 87 | 679.00 | | | 6,111.00 | 304.02 | |
| | 1 | 7 | 87 | 31 | 3 | 88 | 679.00 | | | 6,111.00 | 304.02 | |
| | 1 | 4 | 88 | 30 | 6 | 88 | 719.00 | | | 2,157.00 | 109.74 | |
| | 1 | 7 | 88 | 31 | 12 | 88 | 747.00 | | | 4,482.00 | 231.24 | |
| | 1 | 1 | 89 | 15 | 1 | 89 | 747.00 | | | 361.45 | 16.27 | |
| | 16 | 1 | 89 | 31 | 1 | 89 | 782.00 | | | 403.61 | 20.29 | |
| | 1 | 2 | 89 | 30 | 6 | 89 | 782.00 | | | 3,910.00 | 204.95 | |
| | 1 | 7 | 79 | 30 | 6 | 90 | 782.00 | | | 9,384.00 | 521.79 | |
| | 1 | 7 | 90 | 31 | 7 | 90 | 832.00 | | | 832.00 | 65.09 | CERTIFICO CORRECTO, Cira Hernández Funcionario Ejecutivo Div. de Nóminas (AFASS) |

8 de agosto de 1990
FECHA

CERTIFICO CORRECTO,
Cira Hernández - Funcionario Ejecutivo - Div. Nóminas
JEFE DE AGENCIA O SU REPRESENTANTE