Juan E. Cruz Alvarado
HC 01 Box 8779
Peñuelas, P.R.
00624

Secretaria (Clerk's Office)
Tribunal d Distrito de los E. Unidos
Room 150 Federal Building
San Juan (Puerto Rico)
00918-1767

SAN JUAN PR 009
12 FEB '20
PM 1 L

2020 FEB 14 PM 3:05
RECEIVED & FILED
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, PR