Reclamante: Romualdo Betancourt Collazo

Número de Procedimiento: 17 BK 3283-LTS

Número de Reclamación: 57163

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde 9 de agosto 1972 hasta agosto 2016 como maestro de escuela elemental en el Departamento de Educación del Estado Libre Asociado de Puerto Rico.

1. Ley 89-julio de 1995- Bomerazo — #Reclamación $7,200. Cantidad adeudada

2- Ley 109-junio de 2008 Escala Salarial-Paso —

3- Ley 96-julio 2002- Aumento sueldo —

4- Ley 164-julio 2003 - Aumento sueldo —

Así como otras leyes aprobadas que me apliquen y no se me otorgó la compensación adecuada.

Muy agradecido por su atención a esta reclamación.

atentamente,
Romualdo Betancourt Collazo

> IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Collazo, Romualdo Betancourt | 57163 | 6/20/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

> SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Collazo, Romualdo Betancourt | 57163 | 6/20/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

p. 2

Re: Betancourt Collazo, Romualdo

celular 787-918-4573

Direccion: P.O. Box 1629
Juana Diaz, P.R. 00795

Numero de reclamaciones: 57163

Fecha de presentacion 6-20-2018

Deudor: Commonwealth of Puerto Rico

Por este medio le estoy añadiendo a mis reclamacion # 57163 presentada Fecha 6-20-2018 lo siguiente:

1. Evidencia de que trabajé para Departamento de educacion del Ela desde 8-1972 hasta 8-2001
2. El monto de dinero de mi reclamacion
3. es de # 7,200.00

Favor de enmendar mi reclamacion con los cambios aqui indicados.

Muchas gracias,

firma [signature]
nombre Romualdo Betancourt Collazo
Fecha: 2-13-2020

REPLICA DE OBJECION GLOBAL

I. Datos de contacto

Nombre: Romualdo Betancourt Collazo

Dirección: P.O Box 1629, Juana Diaz PR 00795

Teléfono: 787-918-4573

II. Epígrafe

A. Secretaría (Clerk's Office)

Tribunal de Distrito de los Estados Unidos

Room 150 Federal Building

San Juan (Puerto Rico) 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Numero de Procedimiento: 17 BK 3283-LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

Número de las evidencias por reclamo

#49762 - Ley #89 - Romerazo – Efectiva en 1 de julio de 1996

#94057 - Ley de Escala Salarial – Pasos, del 6 de junio de 2008

#96621 – Ley #96 (2002) del Dr. Pedro Roselló – efectiva julio de 2002

Ley #164(2004) de la Sra. Sila M. Calderón efectiva enero de 2004

III. El Tribunal no debe declarar a lugar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes

Ley 89 Romerazo – Efectiva en 1 de julio de 1996

Ley de Escala Salarial – Pasos del 6 de junio de 2008

Ley #96 (2002) del Dr. Pedro Roselló – efectiva julio de 2002

Ley #164(2004) de la Sra. Sila M. Calderón efectiva enero 2004

IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con el Departamento de Educación de Puerto Rico desde el ⸺ de ⸺ de ⸺ hasta el ⸺ de ⸺ de ⸺ (⸺ años) de labor como ⸺

Se esta reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo:

Certificacion de Maestro de ELA
Certificado Vitalicio - El Secretario de Educación

Debido a la reciente situación de emergencia por terremotos en Puerto Rico se están enviando las réplicas en esta fecha. De necesitar información o documentación adicional favor de comunicarse con la que suscribe,

2



# DEPARTAMENTO DE EDUCACIÓN
ESTADO LIBRE ASOCIADO DE PUERTO RICO

# Certificado Vitalicio

## El Secretario de Educación

Por la presente confiere a

ROMUALDO BETANCOURT COLLAZO

El presente Certificado de Maestro que lo faculta para ejercer como

MAESTRO DE ESCUELA ELEMENTAL

en las escuelas públicas o privadas del Estado Libre Asociado de Puerto Rico.

Expedido el 20 de mayo de 19 94.

Dado en San Juan de Puerto Rico, el 20 de mayo de 19 94.

Secretario de Educación

Número 2294

## EL DEPARTAMENTO DE INSTRUCCIÓN PÚBLICA DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO

POR LA PRESENTE CONFIERE A

ROMUALDO BETANCOURT COLLAZO

QUIEN HA CUMPLIDO LOS REQUISITOS PRESCRITOS POR LA LEY, ESTE

# CERTIFICADO DE MAESTRO

QUE AUTORIZA AL TENEDOR A TRABAJAR COMO

MAESTRO DE ESCUELA ELEMENTAL

EN LAS

## ESCUELAS PÚBLICAS DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO

POR UN PERIODO DE __6__ AÑOS DESDE EL __9 de agosto__ DE 19__72__ HASTA EL __9 de agosto__ DE 19__78__

A MENOS QUE SEA REVOCADA POR AUTORIDAD LEGAL.

DADO EN SAN JUAN, PUERTO RICO EL __17 enero__ 19__73__

Número __346__

SECRETARIA DE INSTRUCCIÓN PÚBLICA
Interina



Proof of Claim: <CLAIM NUMBER>
Claimant: <CLAIMANT NAME>

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

### Instructions

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. Your answers should provide more information than the initial proof of claim. For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as a Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any and all documentation you believe supports your claim.

Please send the completed form and any supporting documents via **email** to PRClaimsInfo@primeclerk.com, or by **mail or hand delivery** to the following address:

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

### Questionnaire

1. **What is the basis of your claim?**
   - ☐ A pending or closed legal action with or against the Puerto Rican government
   - ☒ Current or former employment with the Government of Puerto Rico
   - ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)

   _____

2. **What is the amount of your claim (how much money do you claim to be owed):**
   $7,200.00

3. **Employment.** Does your claim relate to current or former employment with the Government of Puerto Rico?
   - ☐ No. *Please continue to Question 4.*
   - ☒ Yes. Answer Questions 3(a)-(d).

3(a). Identify the specific agency or department where you were or are employed:
Departamento de Educación del ELA

3(b). Identify the dates of your employment related to your claim:
9 de agosto de 1972 hasta agosto de 2001

3(c). Last four digits of your social security number: 4707

3(d). What is the nature of your employment claims (select all applicable):
- ☐ Pension
- ☒ Unpaid Wages
- ☐ Sick Days
- ☐ Union Grievance
- ☐ Vacation
- ☐ Other (Provide as much detail as possible. Attach additional pages if necessary).

_____

_____

4. **Legal Action.** Does your claim relate to a pending or closed legal action?
- ☒ No.
- ☐ Yes. Answer Questions 4(a)-(f).

4(a). Identify the department or agency that is a party to the action.
_____ N/A _____

4(b). Identify the name and address of the court or agency where the action is pending:
_____ N/A _____

4(c). Case number: _____ N/A _____

4(d). Title, Caption, or Name of Case: ____ N/A ____

4(e). Status of the case (pending, on appeal, or concluded): ____ N/A ____

4(f). Do you have an unpaid judgment? Yes / No (Circle one)
If yes, what is the date and amount of the judgment? ____ N/A ____

2