From: Romualdo Betancourt Collazo
P.O. Box 1629
Juana Díaz, P.R. 00795

 

U.S. POSTAGE PAID
FCM LG ENV
COTO LAUREL, PR
00780
FEB 13, 20
AMOUNT
$1.20
R2305K134134-05

RECEIVED & FILED
2020 FEB 14 PM 3:08
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

To: Clerk's Office
United States District C
Room 150 Federal Buil
San Juan, Puerto Rico 0