10 Febrero del 2020

A: Tribunal de Distrito de Estados Unidos.
Reclamo Ley Promesa No: 17 BK 03283-LTS
con el número de reclamación 76378-A
Commonwealth de Puerto Rico.
Cobro de Dinero por trabajo prestado

Reclamo por trabajo prestado al Departamento de Hacienda. Perteneciente al Sistema de Retiro del Estado Libre Asociado de Puerto Rico. Sueldo que el Dept. de Hacienda dejo de pagar por trabajo prestado al empleado.

Envio certificación Enmendando la enviada anteriormente por años de Servicios prestados al Dept. de Hacienda de Pto Rico.
Incluyo nueva certificacion por años de Trabajo prestados
Dejar sin Efecto la anterior por no consta los años de Trabajo temporero.

Luis A Lopez Rodriguez
Santa Elena III
35 Santa Clara
Guayanilla, Pto Rico
00656

Seg. Soc: xxx-xx-8644
Tel. 787-648-2345

Copia A          10 Febrero del 2020
① Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Pto Rico 00918-1767

② Abogado de la Junta de Supervición
Proskauer Rose LLP
Eleven Times Square
Nueva York, Nueva York 10036-8299
A/A: Martin J. Bienenstock
Brian S. Rosen

③ Abogado del Comité de Acreedores
Paul Hastings LLP
200 Park Avenue
Nueva York, Nueva York 10166
A/A: Luc A. Despins
James Bliss
James Worthington
G. Alexander Bongartz

II