

*Enmendada*



## GOBIERNO DE PUERTO RICO
Departamento de Hacienda

## CERTIFICACIÓN DE EMPLEO

Certifico que **LÓPEZ RODRÍGUEZ, LUIS A.** con seguro social **xxx-xx-8644** laboró en el Departamento de Hacienda desde el **4/01/1981 hasta el 10//15/2012**. El (la) señor(a) **López** ocupó un puesto **Regular** como **Agente Rentas Internas V** en el **Rent Int-Neg Imp al Consumo/Dv. Opde Camp. – Oficina DTTO. Ponce.**

Certifico correcto, hoy **30** de **enero** de **2020** en San Juan, Puerto Rico.

Alma I. Ortiz Pérez
Directora
Área de Recursos Humanos
y Asuntos Laborales

Edificio Intendente Ramírez 10 Paseo Covadonga • PO Box 9024140 San Juan, P.R. 00902-4140