Luis A Lopez Rodz
Santa Elena III
35 Sta Clara
Guayanilla, P.R. 00656

SAN JUAN PR 009
13 FEB 2020 PM 2 L



To: Tribunal de Distr. de E.U.
Room 150 Federal Building
San Juan, Pto Rico
00918-1767

RECEIVED & FILED
2020 FEB 14 PM 3:05
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.R.