IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>    Debtor. | PROMESA<br>Title III<br><br>Case No. 17-BK-03283 (LTS)<br>(Jointly Administered) |

## MOTION FOR ADMISSION
### *PRO HAC VICE* OF JAMES E. BAILEY III

**COMES NOW** James E. Bailey III, applicant herein (the "***Applicant***") and respectfully states:

1. Applicant is an attorney and a member of the law firm of Butler Snow LLP, with offices at:

> Crescent Center, Suite 500
> 6075 Poplar Avenue
> Memphis, TN 38187
> jeb.bailey@butlersnow.com
> Telephone: (901) 680-7200
> Facsimile: (901) 680-7201

2. Applicant will sign all pleadings with the name of James E. Bailey III.

3. Applicant has been retained as a member of the above-named firm by Financial Guaranty Insurance Company to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

4. Since November 8, 1993, Applicant has been and presently is a member in good standing of the bar of the United States District Court for the Western District of Tennessee, where Applicant regularly practices law. Applicant's Tennessee bar license number is 015979.

Applicant's Arkansas bar license number is 94089 and Applicant's Alabama bar license number is 7939L751.

5. Applicant has been admitted to before the following United States Courts:

| Court | Admission Date |
|---|---|
| U. S. Supreme Court | March 22, 2004 |
| U. S. Court of Appeals, 6th Circuit | June 6, 1997 |
| U. S. Court of Appeals, 8th Circuit | November 4, 2005 |
| U. S. Court of Appeals, 11th Circuit | September 27, 1999 |
| U. S. District Court, Western District of Tennessee | November 8, 1993 |
| U. S. District Court, Middle District of Tennessee | December 2, 2004 |
| U. S. District Court, Eastern & Western Districts of Arkansas | October 22, 2004 |
| U. S. District Court, Northern District of Alabama | October 21, 2019 |
| U. S. District Court, Middle District of Alabama | November 12, 2019 |
| U. S. Bankruptcy Court, Western District of Tennessee | November 8, 1993 |
| U. S. Bankruptcy Court, Middle District of Tennessee | December 2, 2004 |
| U. S. Bankruptcy Court, Eastern & Western Districts of Arkansas | October 22, 2004 |

6. Applicant is a member in good standing of the bars of the courts listed in Paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court of jurisdiction.

9. Applicant has never filed for *pro hac vice* admission in the United States District Court for the District of Puerto Rico.

10. Local counsel of record associated with applicant in this matter is:

> María Emilia Picó - USDC-PR No. 123214
> Rexach & Picó, CSP
> 802 Ave. Fernández Juncos
> Esq. Calle La Paz, Miramar
> San Juan, PR 00907-4315
> Telephone: (787) 723-8520
> Facsimile: (787) 395-7878

E-mail: mpico@rexachpico.com

11. Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico and will comply with same.

12. Applicant has read Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission fee of $300 per appearance in each new case before the Court. Accordingly, payment of the *pro hac vice* admission fee shall be completed either through the CM/ECF payment system (using pay.gov website) or by attaching herewith a check or money order payable to: "Clerk, U.S. District."

**WHEREFORE**, Applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

**RESPECTFULLY SUBMITTED**.

This 18th day of February, 2020.

*/s/ James E. Bailey III*
JAMES E. BAILEY III
(TN Bar No. 015979)
Butler Snow LLP
6076 Poplar Avenue, Suite 500
Memphis, TN 38119
jeb.bailey@butlersnow.com
Telephone: (901) 680-7200
Facsimile: (901) 680-7201
*Attorney for Financial Guaranty Insurance Company*

***I HEREBY CERTIFY***, pursuant to Local Rule 83.1(f), that I consent to the designation of local counsel of record for all purposes.

**RESPECTFULLY SUBMITTED**.

This 18th day of February, 2020.

> */s/ María E. Picó*
> María E. Picó, USDC-PR No. 123214
> Rexach & Picó, CSP
> 802 Ave. Fernández Juncos
> Esq. Calle La Paz, Miramar
> San Juan, PR 00907
> mpico@rexachpico.com
> Telephone: (787) 723-8520
> Facsimile: (787) 395-7878
> *Attorney for Financial Guaranty Insurance Company*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have served a true and correct copy of this document upon each attorney of record and the original upon the Clerk of Court accompanied by a $300.00 payment for *pro hac vice* admission fee.

> */s/ María E. Picó*
> María E. Picó, USDC-PR No. 123214
> Rexach & Picó, CSP
> 802 Ave. Fernández Juncos
> Esq. Calle La Paz, Miramar
> San Juan, PR 00907
> mpico@rexachpico.com
> Telephone: (787) 723-8520
> Facsimile: (787) 395-7878
> *Attorney for Financial Guaranty Insurance Company*

> */s/ James E. Bailey III*
> JAMES E. BAILEY III
> (TN Bar No. 015979)
> Butler Snow LLP
> 6076 Poplar Avenue, Suite 500

4

Memphis, TN 38119
jeb.bailey@butlersnow.com
Telephone: 901-680-7200
Facsimile: 901-680-7201
*Attorney for Financial Guaranty Insurance Company*