**Réplica de la objeción global**

I.  **Datos del contacto**

**Nombre:** Milagros I. Domínguez Morales

**Dirección Postal:** Ext. Las Marías H-38, calle H Juana Díaz, P.R. 00795-1704

**Teléfono:** Residencial: (787) 837-2703/ Celular: (787) 636-7277

**Correo electrónico:** milagrosdominguez216@yahoo.com

II.  **Epígrafe:**
   A.  **Nombre del Tribunal:**

   Tribunal de Distrito de los Estados Unidos

   #150 Chardon Avenue Federal Building, San Juan, P.R, 00918

   B.  **Nombre de los deudores**

   Employees Retirement System of the Government of the Commonwealth of Puerto Rico

   C.  **Número de Procedimiento**

   17BK03566-LTS

   D.  **Titulo de Objeción Global**

   Centésima Quincuagésima Sexta Objeción

   E.  Numero de las evidencias de reclamos relacionados a Prime Clerk

   #169602- 7/3/2019

III.  **Motivos para oponerse a la objeción global**

   **Ley #35** del 24 de abril de 2007

   Aumento de 3% a pensiones menores de $1,250.00 cuya efectividad debió ser el 1 de enero de 2004 en adelante y nunca lo pagaron.

IV.  Documentación justificativa

   • Adjunto evidencia de los talonarios, como prueba de que recibo menos de $1,250.00 mensual.

   • Además informe del monto de la reclamación (dinero que se me adeuda).

- Cartas Administración del Sistema de Retiro de los Empleados del Gobierno y la judicativa del Gobierno de Puerto Rico: 19/septiembre/ 2013 y 07/diciembre/2016
- Informe del monto de la reclamación (dinero que se me adeuda)- Según la Ley #35 del 24 de abril de 2007, efectiva el 1 de enero de 2004, en adelante hubo un aumento de 3% a pensiones menores de $1,250.00 mensual.

Fechas:

- 15 de febrero de 2013-Jubilación Departamento de Educación-Región de Ponce
- 16 de febrero de 2013-Pensión aprobada por edad y servicio, efectiva a partir de esta fecha de acuerdo con la Legislación vigente será de $740.56 mensual.
- 16 de febrero de 2017- Pensión re computada al estar plenamente asegurada bajo el Seguro Social Federal. Pensión mensual será de $683.50 a partir de esta fecha.

**Resumen:**

- 16 de febrero de 2013 al 15 de febrero de 2017: la pensión fue de $740.56 mensual. Total pensión 4 años.

| $740.56 (mensual) | $22.22 (3% mensual) | $266.64 (3%Anual) |
|---|---|---|
| x.03 (%) | x 12 meses | x 4 (años) |
| **$22.22 = (3% mensual)** | **$266.64 (Anual)** | **$1,066.56 = al 3% que deben por 4 años** |

- A partir del 16 de febrero de 2017 al 30 de enero de 2020, la pensión fue recomputada al estar plenamente asegurado bajo el Seguro Social Federal, la pensión será de $683.50 mensual. Total de pensión 2 años con 10 ½ meses.

| $683.50 (mensual) | $20.51 (3% mensual) | $246.06 (Anual) |
|---|---|---|
| x.03 (%) | x 12 meses | x 2 (años) |
| **$20.51 = (3% mensual)** | **$246.06 (Anual)** | **$492.12 = al 3% por 2 años** |

| $20.51 (3% mensual) | $492.12 (3% por 2 años) |
|---|---|
| x 10.50 meses | +215.36 (3% por 10½ meses) |
| **$215.36 (3% por 10 ½ meses)** | **$707.48 (3% por 2 años y 10 ½ meses)** |

**Continuación de Resumen:**

>**$1,066.56** (3% por 4años)-16 de febrero de 2013 al 15 de febrero de 2017
>
> +**$707.48** (3% por 2 años y 10 ½ meses)-16 de febrero de 2017 al 30 de enero 2020
>
>**$1,774.04  (Total de 3% que deben de acuerdo a la Ley#35 del 24 de abril de 2017, efectiva 1 de enero de 2004)**

Adjunto:

- Cartas de la Administración del Sistema de Retiro de los Empleados del Gobierno de Puerto Rico con fecha 19 de septiembre de 2013.
- Carta de la Judicatura del Gobierno de Puerto Rico con fecha del 07 de diciembre de 2016.
- Talonarios de la Pensión recibida, como evidencia de que recibo menos de $1,250.00 mensuales.


Cordialmente;


Firma: *Milagros I. Domínguez Morales*          Fecha: 02-02-2020

Milagros I. Domínguez Morales
#169602- 7/3/2019