*Número de Evidencia de Reclamación:* **169602**
*Reclamante*: **Dominguez Morales, Milagros I.**

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

### Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación.

Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### Cuestionario

1. **¿Cuál es el fundamento de su reclamación?**
   - ☐ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este
   - ☒ Empleo actual o anterior en el gobierno de Puerto Rico
   - ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

   _____

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**
   _Ver Anejo Información_

Batch 2


99012340033782S

3. <u>Empleo.</u> ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐ No. *Pase a la Pregunta 4.*
   - ☒ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó: _Departamento de Salud y Departamento de Educación_

3(b). Identifique las fechas de su empleo con relación a su reclamación: _1 octubre 1976 al 31 de mayo 1988 - Dpto Salud / 20 Abril 2004 al 15 febrero 2013 Retiro Dpto de Educación_

3(c). Últimos cuatro dígitos de su número de seguro social: _6836_

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☒ Jubilación
   - ☐ Salarios impagos
   - ☐ Días por enfermedad
   - ☐ Queja con el sindicato
   - ☐ Vacaciones
   - ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

   _____
   _____

4. <u>Acción legal.</u> ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ☒ No.
   - ☐ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción.
   _____

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución:
   _____

4(c). Número de caso: _____

4(d). Título, epígrafe, o nombre del caso:
   _____

**Batch 2**

2



990123400337825

<mark>Número de Evidencia de Reclamación:</mark> **169602**
*Reclamante*: **Dominguez Morales, Milagros I.**

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):

_____

4(f). ¿Tiene usted una sentencia impaga? Sí / No  (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?

_____

*Milagros I. Dominguez Morales* — 02-02-2020





Gobierno de Puerto Rico
ADMINISTRACION DE LOS SISTEMAS DE RETIRO
DE LOS EMPLEADOS DEL GOBIERNO Y LA JUDICATURA
PO BOX 42003 - SAN JUAN PR 00940-2203

19 de septiembre de 2013

**MILAGROS I DOMINGUEZ MORALES**
**EXT. LAS MARIAS**
**H-38**
**JUANA DIAZ PR 00795**

Estimado (a) señor (a) **DOMINGUEZ**:

Deseamos informarle que su solicitud de **PENSION POR EDAD Y SERVICIO** ha sido aprobada efectiva el **16 DE FEBRERO DE 2013**. La pensión que le corresponde recibir de acuerdo con la legislación vigente es de **$740.56** mensuales y comenzará a recibir sus pagos en la **PRIMERA QUINCENA DE OCTUBRE DE 2013**. Si posteriormente esta Administración determina la existencia de deficiencias que afecten esta decisión, se procederá a hacer los ajustes pertinentes.

Los pensionados por edad y años de servicio o por mérito, podrán servir al Gobierno, sus instrumentalidades, municipios o corporaciones públicas, sin que se le suspendan sus pagos de pensión, en las siguientes circunstancias; prestar servicios profesionales y consultivos mediante contrato a base de honorarios; servir en puestos regulares con horario parcial que no exceda de la mitad de la jornada completa de trabajo y recibiendo una retribución que no exceda la mitad de lo que correspondería al mismo puesto si fuera a jornada completa.

Le informamos que usted se acogió al Plan Coordinado y su pensión será reajustada al adquirir la condición de plenamente asegurado bajo la Ley Federal del Seguro Social. Si usted interesa cambiar al Plan de Completa Suplementación deberá solicitarlo en nuestras oficinas.

Para obtener información adicional al respecto, puede comunicarse libre de costo a través de TELERETIRO al 1-877-777-2020.

**Le extendemos el más sincero reconocimiento por su dedicación al servicio público.**

Cordialmente,

Héctor M. Mayol Kauffmann
Administrador

Wanda G. Sánchez Ortiz
Directora
Área de Servicios al Pensionado

MSOLIS



**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
Administración de los Sistemas de Retiro de los
Empleados del Gobierno y la Judicatura

07 de diciembre de 2016

| | | |
|---|---|---|
| MILAGROS I. DOMINGUEZ MORALES   XXX-XX-6836 | Solicitud No: | 914410 |
| EXT LAS MARIAS | Radicada en: | 22-NOV-16 |
| H38 CALLE H | | |
| JUANA DIAZ, PR 00795 1704 | | |

Estimado(a) pensionado:

Conforme a nuestros registros, el 16 de febrero de 2017, su pensión será recomputada al estar plenamente asegurado bajo el Seguro Social Federal. A partir de dicha fecha su pensión mensual será de $683.50. Si por alguna razón, no cualificara para recibir los beneficios del Seguro Social Federal deberá someternos evidencia.

Este recómputo de su pensión se debe a que cuando ingresó al Gobierno seleccionó el Plan Coordinado. Esto implica que sus aportaciones al Sistema de Retiro fueron menores que las que hubiera hecho si se acogía al Plan de Completa Suplementación. Por otra parte, al seleccionar este plan aceptó la condición de que su pensión sería reducida cuando estuviera plenamente asegurado bajo el Seguro Social Federal.

No obstante, puede optar por cambiar al Plan de Completa Suplementación; para ello deberá cumplir con lo siguiente:

o Solicitud por escrito el cambio de plan de retiro y los costos envueltos en el mismo mediante el formulario provisto por la Agencia.

o Pagar el costo (cantidad que dejó de aportar por seleccionar el Plan de Retiro Coordinado) y los intereses correspondientes.

Si realiza los pagos para cubrir estos costos antes de la fecha de su ajuste, su pensión no será reducida. Si salda posterior a la fecha del ajuste, su pensión será recomputada al día primero del mes siguiente. En estos casos, no se reembolsarán las cantidades correspondientes a los ajustes de meses anteriores.

Cordialmente,

Janet Nazario Aponte
SIP-SECCION DE COMPUTOS

Plaza Retiro, 437 Ave. Ponce de León, San Juan, PR 00917-3711
PO BOX 42003, San Juan, PR 00940-2203
Tel: 787-754-4545, Fax: 787-250-7251
www.retiro.pr.gov



**Estado Libre Asociado de Puerto Rico**
530 - RETIRO CENTRAL PENSIONADOS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 12/01/2013 |
| Hasta: | 12/15/2013 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | 5856758 |
| Fecha Aviso: | 12/13/2013 |

MILAGROS DOMINGUEZ MORALES
EXT, LAS MARIAS
H-38
JUANA DIAZ PR 00795
SS: XXX-XX-6836

| | |
|---|---|
| # Empleado: | XXXXX6836 |
| Dept: | 530100-Merito-Edad-Svc-Opcional-001 |
| Lugar: | Ley 447 de 15 de mayo de 1951 |
| Titulo: | Pensionado |
| Sueldo: | $740.56 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Single |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 370.28 | 495.00 | 2,221.68 |
| Bono Navidad Pensionados | | | 0.00 | | 200.00 |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 |
| Pago Retro Pensionados | | | 0.00 | | 5,527.75 |
| **Total:** | | 370.28 | 495.00 | 8,049.43 | |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| | | |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 49.64 | 99.28 |
| SM-First Medical Health Plan | 32.00 | 96.00 |
| **Total:** | 81.64 | 195.28 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 0.00 | 200.00 |

* Tributable

### TOTAL BRUTO

| | Corriente | Acumulado |
|---|---|---|
| Corriente: | 370.28 | |
| Acumulado: | 8,049.43 | |

### TOTAL IMPUESTOS
0.00
0.00

### DEDUCCIONES TOTALES
81.64
195.28

### PAGA NETA
288.64
7,854.15

### DISTRIBUCION PAGA NETA
Aviso #5856758 — 288.64
Total: 288.64

### PTO HORAS / ACUM
Balance Inicial: 0.0
+ Acumulado:
- Utilizado:
- Donada:
+ Ajustes:
Balance Final: 0.0

MENSAJE:

CONTACTOS: CentroRetiro- San Juan, Caguas, Humacao, Mayagüez, Ponce
PO BOX 42003 San Juan, PR 00940-2203 * 437 Ave Ponce de León San Juan PR 00917-3711
Tel. 787-777-1500 * Fax 787-764-6058 * cesresanjuan@retiro.pr.gov * www.retiro.pr.gov
ContactoRetiro 787-777-1500 * Isla 1-877-777-2020 * TelePréstamo 787-957-8181

---

Estado Libre Asociado de Puerto Rico
530 - RETIRO CENTRAL PENSIONADOS

Fecha: 12/13/2013

Aviso No. 5856758

Cant. Deposito: $288.64

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | $288.64 |
| Total: | | $288.64 |

TRAY 192 SQ 38911**********************SNGLP 006    38911 2 SP 0.500
MILAGROS DOMINGUEZ MORALES
EXT, LAS MARIAS
H-38
JUANA DIAZ PR 00795

**NO-NEGOCIABLE**

**Estado Libre Asociado de Puerto Rico**
530 - RETIRO CENTRAL PENSIONADOS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 12/16/2013 |
| Hasta: | 12/31/2013 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | 6126842 |
| Fecha Aviso: | 12/30/2013 |

MILAGROS DOMINGUEZ MORALES
EXT, LAS MARIAS
H-38
JUANA DIAZ PR 00795
SS:   XXX-XX-6836

| | |
|---|---|
| # Empleado: | XXXXX6836 |
| Dept: | 530100-Merito-Edad-Svc-Opcional-001 |
| Lugar: | Ley 447 de 15 de mayo de 1951 |
| Titulo: | Pensionado |
| Sueldo: | $740.56 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Single |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 370.28 | 495.00 | 2,221.68 |
| Bono Navidad Pensionados | | | 0.00 | | 200.00 |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 |
| Pago Retro Pensionados | | | 0.00 | | 5,527.75 |
| Total: | | | 370.28 | 495.00 | 8,049.43 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| | | |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 49.64 | 99.28 |
| SM-First Medical Health Plan | 32.00 | 96.00 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 100.00 | 200.00 |

| Total: | 0.00 | 0.00 | Total: | 81.64 | 195.28 | * Tributable | | |
|---|---|---|---|---|---|---|---|---|

## TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Corriente | Impuestos | Deducciones | Paga Neta |
|---|---|---|---|---|
| Corriente: | 370.28 | 0.00 | 81.64 | 288.64 |
| Acumulado: | 8,049.43 | 0.00 | 195.28 | 7,854.15 |

### PTO HORAS ACUM
| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA
| | |
|---|---|
| Aviso #6126842 | 288.64 |
| Total: | 288.64 |

CONTACTOS: CentroRetiro- San Juan, Caguas, Humacao, Mayagüez, Ponce
PO BOX 42003 San Juan, PR 00940-2203 * 437 Ave Ponce de León San Juan PR 00917-3711
Tel. 787-777-1500 * Fax 787-764-6058 * cesresanjuan@retiro.pr.gov * www.retiro.pr.gov
ContactoRetiro 787-777-1500 * Isla 1-877-777-2020 * TelePréstamo 787-957-8181

MENSAJE:

---

Estado Libre Asociado de Puerto Rico
530 - RETIRO CENTRAL PENSIONADOS

Fecha
12/30/2013

Aviso No.
6126842

Cant. Deposito: ___$288.64___

TRAY 192 SQ 38911**********************SNGLP 006        38911 2 SP 0.500
MILAGROS DOMINGUEZ MORALES
EXT, LAS MARIAS
H-38
JUANA DIAZ PR 00795

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | $288.64 |
| Total: | | $288.64 |

NO NEGOCIABLE

**Estado Libre Asociado de Puerto Rico**
530 - RETIRO CENTRAL PENSIONADOS

| | | |
|---|---|---|
| Grupo de Pago: | SM -Quincenal | |
| Desde: | 02/01/2017 | |
| Hasta: | 02/15/2017 | |

Business Unit: PUERT
Aviso #: 6200997
Fecha Aviso: 02/14/2017

MILAGROS DOMINGUEZ MORALES
EXT LAS MARIAS
H38 CALLE H
JUANA DIAZ PR 00795-1704
SS: XXX-XX-6836

| # Empleado | |
|---|---|
| Dept: | 530100-Merito-Edad-Svc-Opcional-001 |
| Lugar: | Ley 447 de 15 de mayo de 1951 |
| Titulo: | Pensionado |
| Sueldo: | $683.50 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Single |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 341.75 | 247.50 | 1,082.31 |
| Total: | | | 341.75 | 247.50 | 1,082.31 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 199.76 | 599.28 |
| AS-ASOC PENSIONADOS | 1.00 | 1.00 |
| Total: | 200.76 | 600.28 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-MMM Advantage | 0.00 | 98.32 |

* Tributable

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 341.75 | 0.00 | 200.76 | 140.99 |
| Acumulado: | 1,082.31 | 0.00 | 600.28 | 482.03 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #6200997 | 140.99 |
| Total: | 140.99 |

MENSAJE:

**¡Atención Pensionados!**

Solicitamos a todos los Pensionados que tenían cuentas en los bancos: Doral, Westernbank, RG y Bilbao Vizcaya a realizar los cambios de ruta y tránsito correspondients con el proposito de que sus depósitos directos no se vean afectados próximamente.

**Para información llame al 787-777-1500**

**Estado Libre Asociado de Puerto Rico**
530 - RETIRO CENTRAL PENSIONADOS

Fecha
02/14/2017

Aviso No.
6200997

Cant. Deposito: $140.99



TRAY 117 SQ 28536**********SCH 5-DIGIT 00751  28536 2 AV 0.373
MILAGROS DOMINGUEZ MORALES
EXT LAS MARIAS
H38 CALLE H
JUANA DIAZ PR 00795-1704

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | $140.99 |
| Total: | | $140.99 |

**NO-NEGOCIABLE**

**Estado Libre Asociado de Puerto Rico**
530 - RETIRO CENTRAL PENSIONADOS

MILAGROS DOMINGUEZ MORALES
EXT LAS MARIAS
H38 CALLE H
JUANA DIAZ PR 00795-1704
SS: XXX-XX-6836

| | | |
|---|---|---|
| Grupo de Pago: | SM -Quincenal | Business Unit: PUERT |
| Desde: | 01/16/2017 | Aviso #: 5725691 |
| Hasta: | 01/31/2017 | Fecha Aviso: 01/30/2017 |
| # Empleado: | | DATA IMP:  Federal  PR |
| Dept: | 530100-Merito-Euau-Svc-Opcional-001 | Estado Civil: Single  Single |
| Lugar: | Ley 447 de 15 de mayo de 1951 | Concesiones: 0  0 |
| Titulo: | Pensionado | Pct. Adcl.: |
| Sueldo: | $740.56 Monthly | Cant. Adcl.: |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 370.28 | 165.00 | 740.56 |
| Total: | | | 370.28 | 165.00 | 740.56 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 199.76 | 399.52 |
| Total: | 199.76 | 399.52 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-MMM Advantage | 98.32 | 98.32 |

* Tributable

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 370.28 | 0.00 | 199.76 | 170.52 |
| Acumulado: | 740.56 | 0.00 | 399.52 | 341.04 |

### PTO HORAS

| | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5725691 | 170.52 |
| Total: | 170.52 |

MENSAJE:

**¡Atención Pensionados!**

Solicitamos a todos los Pensionados que tenían cuentas en los bancos: Doral, Westernbank, RG y Bilbao Vizcaya a realizar los cambios de ruta y tránsito correspondients con el proposito de que sus depósitos directos no se vean afectados próximamente.

**Para información llame al 787-777-1500**

---

**Estado Libre Asociado de Puerto Rico**
530 - RETIRO CENTRAL PENSIONADOS

Fecha
01/30/2017

Aviso No.
5725691

Cant. Deposito:   $170.52

TRAY 117 SQ 28536***************SCH 5-DIGIT 00751   28536 2 AV 0.373
MILAGROS DOMINGUEZ MORALES
EXT LAS MARIAS
H38 CALLE H
JUANA DIAZ PR 00795-1704

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | $170.52 |
| Total: | | $170.52 |

| | |
|---|---|
| Gobierno de Puerto Rico<br>530 - RETIRO CENTRAL PENSIONADOS | Grupo de Pago: SM -Quincenal<br>Desde: 10/01/2019<br>Hasta: 10/15/2019 |

Business Unit: PUERT
Aviso #: 3775414
Fecha Aviso: 10/15/2019

MILAGROS DOMINGUEZ MORALES
EXT, LAS MARIAS
H-38
JUANA DIAZ, PR 00795
SS: 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

# Empleado: 
Dept: 530100-Merito-Edad-Svc-Opcional-001
Lugar: Ley 447 de 15 de mayo de 1951
Titulo: Pensionado
Sueldo: $683.50 Monthly

DATA IMP: Federal PR
Estado Civil: Single Single
Concesiones: 0. 0 +
Pct. Adcl.:
Cant. Adcl.:

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | 341.75 | 1,545.00 | | 6,493.25 |
| BONO MEDICINA- PENSIONADOS | | 0.00 | | | 100.00 |
| Total: | | 341.75 | 1,545.00 | | 6,593.25 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 199.76 | 3,795.44 |
| AS-ASOC PENSIONADOS | 1.00 | 19.00 |
| Total: | 200.76 | 3,814.44 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-MMM LEY 117 | 0.00 | 900.00 |

\* Tributable

## TOTAL BRUTO

| | Corriente | Acumulado |
|---|---|---|
| | 341.75 | 6,593.25 |

## TOTAL IMPUESTOS

| Corriente | Acumulado |
|---|---|
| 0.00 | 0.00 |

## DEDUCCIONES TOTALES

| Corriente | Acumulado |
|---|---|
| 200.76 | 3,814.44 |

## PAGA NETA

| | |
|---|---|
| | 140.99 |
| | 2,778.81 |

## DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #3775414 | 140.99 |
| Total: | 140.99 |

## PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

MENSAJE:

---

Gobierno de Puerto Rico
530 - RETIRO CENTRAL PENSIONADOS

Fecha
10/15/2019

Aviso No.
3775414

Cant. Desposito: $140.99

A la
Cuenta(s) De
MILAGROS DOMINGUEZ MORALES
EXT, LAS MARIAS
H-38
JUANA DIAZ, PR 00795

Location: LEY 447 DE 15 DE MAYO DE 1951

## DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | $140.99 |
| Total: | | $140.99 |

## NO-NEGOCIABLE

| Gobierno de Puerto Rico | | | | Grupo de Pago: | SM -Quincenal | | Business Unit: PUERT | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 530 - RETIRO CENTRAL PENSIONADOS | | | | Desde: | 10/16/2019 | | Aviso #: 4026721 | |
| | | | | Hasta: | 10/31/2019 | | Fecha Aviso: 10/30/2019 | |
| MILAGROS DOMINGUEZ MORALES | | # Empleado: | | | | DATA IMP: | Federal | PR |
| EXT, LAS MARIAS | | Dept: | 55U100-Merito-Edad-Svc-Opcional-001 | | | Estado Civil: | Single | Single |
| H-38 | | Lugar: | Ley 447 de 15 de mayo de 1951 | | | Concesiones: | 0 | 0 + |
| JUANA DIAZ PR 00795 | | Titulo: | Pensionado | | | Pct. Adcl.: | | |
| S! | | Sueldo: | $683.50 Monthly | | | Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | ---- Corriente ---- | | ----- Acumulado ----- | |
| --- | --- | --- | --- | --- | --- |
| | | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | 341.75 | 1,635.00 | 6,835.00 | |
| BONO MEDICINA- PENSIONADOS | | 0.00 | | 100.00 | |
| Total: | | 341.75 | 1,635.00 | 6,935.00 | |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
| --- | --- | --- |
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
| --- | --- | --- |
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
| --- | --- | --- |
| AE-Asoc Emp ELA-Prest Regular | 199.76 | 3,995.20 |
| AS-ASOC PENSIONADOS | 1.00 | 20.00 |
| Total: | 200.76 | 4,015.20 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
| --- | --- | --- |
| SM-MMM LEY 117 | 100.00 | 1,000.00 |
| * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Total Impuestos | Deducciones Totales | Paga Neta |
| --- | --- | --- | --- | --- |
| Corriente: | 341.75 | 0.00 | 200.76 | 140.99 |
| Acumulado: | 6,935.00 | 0.00 | 4,015.20 | 2,919.80 |

### PTO HORAS ACUM

| | |
| --- | --- |
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| Aviso #4026721 | 140.99 |
| --- | --- |
| Total: | 140.99 |

MENSAJE:

Gobierno de Puerto Rico
530 - RETIRO CENTRAL PENSIONADOS

Fecha
10/30/2019

Aviso No.
4026721

Cant. Desposito: $140.99

A la
Cuenta(s) De

MILAGROS DOMINGUEZ MORALES
EXT, LAS MARIAS
H-38
JUANA DIAZ, PR  00795

Location: LEY 447 DE 15 DE MAYO DE 1951

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| --- | --- | --- |
| Checking | | $140.99 |
| Total: | | $140.99 |

## NO-NEGOCIABLE