Milagros I. Dominguez Morales
Ext. Las Marias
H-38 Calle H
Juana Diaz, PR. 00795-1704

**CERTIFIED MAIL**

7019 1120 0001 1734 5589

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-2767



U.S. POSTAGE PAID
FCM LG ENV
JUANA DIAZ, PR
00795
FEB 13, 20
AMOUNT
$7.80
R2305K132895-07



00918



RECEIVED & FILED
2020 FEB 14 PM 3:10
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.