# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Case No. 17 BK 3283-LTS |
| as representative of | ANGEL L. MELÉNDEZ GONZÁLEZ |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | |
| Debtors | |

## RÉPLICA

**AL HONORABLE TRIBUNAL:**

Comparece ÁNGEL L. MELÉNDEZ GONZÁLEZ, que suscribe y muy respetuosamente, **EXPONE, ALEGA Y SOLICITA:**

1. Este servidor presentó el correspondiente "Proof of Claim" en el presente caso el día 29 de junio de 2018 por la cantidad de $8,150.00.

2. Posteriormente recibí una Notificación en la cual se objeta mi reclamación comforme a lo siguiente:

   *"La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquier de los otros deudores en virtud del Título III."*

3. Por no estar comforme con dicha determinación, ni con los fundamentos que la sustentan, este servidor presenta la siguiente RÉPLICA.

<u>FUNDAMENTOS PARA LA RÉPLICA</u>

1. Para la feha del 24 de junio de 2013 este servidor fue nombrado como Supervisor de Asistencia Social y Familiar de la Oficina Local del Departamento de la Familia de Vieques, y por lo tanto devengaría un salario mayor ya que mi nuevo puesto sería uno de mayor jerarquía.

2. No obstante, y aún cuando me encontraba ejerciendo una función que devenga un salario mayor, durante un periódo de 50 meses (Desde julio del año 2013 hasta agosto del año 2017) continué recibiendo mi salario anterior lo cual representa un diferencial de $163.00 mensuales.

3. La diferencia en mi salario de $163.00 mensuales multiplicado por los 50 meses en los cuales no se me pagó el salario que me correspondía constituye la cantidad de $8,150.00 (163 x 50) en la cual se basa mi reclamo.

4. Incomforme con esta situación, este servidor acudió a diferentes agencias gubernamentales, y por distintas vías, para intentar resolver el presente asunto.

5. No obstante, dicha discrepancia al día de hoy no se ha podido resolver.

6. Por entender que el Estado Libre Asociado de Puerto Rico adeuda a este servidor la cantidad de $8,150.00 por trabajo que se ha realizado y no se ha pagado es que se presenta esta reclamación.

7. Debido a falta de conocimiento del proceso, así como restricciones en cuanto a mi tiempo y orientación indebida, este servidor no incluyó la evidencia documental que sustenta mi "Proof of Claim" con el mismo.

8. Por tal razón, se incluye junto al presente escrito la siguiente documentación la cual sustenta mi reclamo:
    a. "Proof of Claim" presentado por este servidor
    b. Notificación con Objeción del ELA
    c. Carta del Departamento de la Familia del 24 de junio de 2013 sobre: Designación Destaque Administrativo Supervisor
    d. Carta del Departamento de la Familia del 8 de diciembre de 2015 sobre: Diferencial en Sueldo por Interinato
    e. Carta del Comité de Quejas y Agravios del 4 de octubre de 2016
    f. Solicitud de Arbitraje de Quejas y Agravios de la Comisión Apelativa del Servicio Público

  g. Carta enviada por este servidor a la Hon. Idalia Colón Rosado, Secretaria del Departamento de la Familia del 31 de octubre de 2016

  h. Informe de Cambio del Departamento de la Familia del 10 de enero de 2018

  i. Copias de Talonarios

  j. Certificación de Comparecencia ante la Comisión Apelativa del Servicio Público

  k. Resumen de Caso de la Oficina del Procurador del Ciudadano'

9. La evidencia incluída corrobora el reclamo de este servidor ante el Gobierno del Estado Libre Asociado de Puerto Rico.

**POR TODO LO CUAL**, se solicita respetuosamente de este Honorable Tribunal que se declare HA LUGAR la presente Réplica, así como cualquier otro pronunciamiento que en Derecho proceda.

**CERTIFICO**: Haber enviado copia del presente escrito a todas las parte requeridas por ley.

**RESPETUOSAMENTE SOMETIDA**

En San Juan, Puerto Rico, hoy 13 de febrero de 2020.

Ángel L. Meléndez González
P.O. Box 395
Vieques, P.R. 00765
Tel. 787-312-0301
Email: guitito28@hotmail.com