**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Melendez Gonzalez, Angel L. | 113415 | 6/29/2018 | Commonwealth of Puerto Rico | $8,150.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Melendez Gonzalez, Angel L. | 113415 | 6/29/2018 | Commonwealth of Puerto Rico | $8,150.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

**Fill in this information to identify the case (Select only one Debtor per claim form). /**
**Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).**

| | | |
|---|---|---|
| ☒ Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ☐ Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

## Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación                04/16

**Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

**Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.**

**Quienes presenten la documentación deben omitir o editar** información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. **No adjunte documentos originales,** ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

**Fill in all the information about the claim as of the Petition Date.**

**Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.**

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

**1. Who is the current creditor?**

**¿Quién es el acreedor actual?**

Angel L. Melendez Gonzalez

Name of the current creditor (the person or entity to be paid for this claim)
Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

Other names the creditor used with the debtor _____
Otros nombres que el acreedor usó con el deudor _____

Case:17-03283-LTS Doc#:11135-1 Filed:02/14/20 Entered:02/18/20 16:00:02 Desc:
Exhibit Page 4 of 50

**2. Has this claim been acquired from someone else?**

¿Esta reclamación se ha adquirido de otra persona?

☒ No / No
☐ Yes. From whom?
　　Sí. ¿De quién? _____

---

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

¿A dónde deberían enviarse las notificaciones al acreedor?

Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g

**Where should notices to the creditor be sent?**
¿A dónde deberían enviarse las notificaciones al acreedor?

_Angel L. Meléndez Gonzalez_
Name / Nombre

_PO Box 395_
Number / Número　　Street / Calle

_Vieques PR　00765_
City / Ciudad　State / Estado　ZIP Code / Código postal

_(787) 312-0301_
Contact phone / Teléfono de contacto

_quitito28@hotmail.com_
Contact email / Correo electrónico de contacto

**Where should payments to the creditor be sent?** (if different)
¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)

Name / Nombre

Number / Número　　Street / Calle

City / Ciudad　State / Estado　ZIP Code / Código postal

Contact phone / Teléfono de contacto

Contact email / Correo electrónico de contacto

---

**4. Does this claim amend one already filed?**

¿Esta reclamación es una enmienda de otra presentada anteriormente?

☒ No / No
☐ Yes.　Claim number on court claims registry (if known)
　　Sí.　Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo)_____
　　Filed on / Presentada el _____ (MM /DD/YYYY) / (DD/MM/AAAA)

---

**5. Do you know if anyone else has filed a proof of claim for this claim?**

¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?

☒ No / No
☐ Yes. Who made the earlier filing?
　　Sí. ¿Quién hizo la reclamación anterior?_____

---

**Part 2 / Parte 2:**　　**Give Information About the Claim as of the Petition Date**

**Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.**

**6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?**

¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico?

☐ No / No
☒ Yes.　Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)
　　Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).

_Estado Libre Asociado  y Departamento de la Familia_

---

**7. Do you supply goods and / or services to the government?**

¿Proporciona bienes y / o servicios al gobierno?

☐ No / No
☒ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:

Vendor / Contract Number | Número de proveedor / contrato: _Soy Empleado_

List any amounts due after the Petition Date (listed above) but before June 30, 2017:
Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017  $ _____

---

Modified Official Form 410　　　　　**Proof of Claim**　　　　　page 2

| | |
|---|---|
| **8. How much is the claim?**<br><br>**¿Cuál es el importe de la reclamación?** | $ _8,150_ _____   **Does this amount include interest or other charges?**<br>**¿Este importe incluye intereses u otros cargos?**<br>☒ No / No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other<br>    charges required by Bankruptcy Rule 3001(c)(2)(A).<br>Sí. Adjunte un balance con intereses detallados, honorarios,<br>    gastos u otros cargos exigidos por la Norma de Quiebras<br>    3001(c)(2)(A). |

**9. What is the basis of the claim?**

**¿Cuál es el fundamento de la reclamación?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

_Reclamacion Laboral ; Diferencia_

**10. Is all or part of the claim secured?**

**¿La reclamación está garantizada de manera total o parcial?**

☒ No / No
☐ Yes. The claim is secured by a lien on property.
Sí. La reclamación está garantizada por un derecho de retención sobre un bien.

    **Nature of property / Naturaleza del bien:**
    ☐ Motor vehicle / Vehículos

    ☐ Other. Describe:
      Otro. Describir: _____

    **Basis for perfection / Fundamento de la realización de pasos adicionales:** _____

    _____

    Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

    Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.

    **Value of property / Valor del bien:**    $_____

    **Amount of the claim that is secured /**
    **Importe de la reclamación que está garantizado:** $_____

    **Amount of the claim that is unsecured /**
    **Importe de la reclamación que no está garantizado:** $_____
    (The sum of the secured and unsecured amounts should match the amount in line 7.)
    (La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

    **Amount necessary to cure any default as of the Petition Date /**
    **Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso :** $_____
    _____

    **Annual Interest Rate** (on the Petition Date)
    _Tasa de interés anual (cuando se presentó el caso)_____%
    ☐ Fixed / Fija
    ☐ Variable / Variable

**11. Is this claim based on a lease?**

**¿Esta reclamación está basada en un arrendamiento?**

☒ No / No

☐ Yes. **Amount necessary to cure any default as of the Petition Date.**
    Sí. **Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso** $ _____

| 12. **Is this claim subject to a right of setoff?** ¿**La reclamación está sujeta a un derecho de compensación?** | ☒ No / No  ☐ Yes. Identify the property / Sí. Identifique el bien: _____ |
|---|---|

| 13. **Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?** ¿**La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.?** | ☒ No / No  ☐ Yes. **Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.** $_____<br><br>**Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación.** |
|---|---|

## Part 3 / Parte 3:

### Sign Below / Firmar a continuación

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).**

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☒ I am the creditor. / Soy el acreedor.

☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el __22/6/2018__ (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma _____

**Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:**

Name _____ *Angel* _____ *Luis* _____ *Melendez Gonzalez* _____
First name / Primer nombre      Middle name / Segundo nombre      Last name / Apellido

Title / Cargo _____

Company / Compañía _____
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección _____
Number / Número        Street / Calle

_____
City / Ciudad                  State / Estado      ZIP Code / Código postal

Contact phone / Teléfono de contacto_____  Email / Correo electrónico_____

ESTADO LIBRE ASOCIADO DE
# PUERTO RICO
Departamento de la Familia

24 de junio de 2013

Angel L. Melendez Gonzalez
Técnico de Servicios a la Familia II
Local de Vieques

Evelyn Nieves García
Directora Regional Humacao

## DESIGNACION DESTAQUE ADMINISTRATIVO SUPERVISOR

La Oficina Local de Vieques confronta una sería dificultad de personal de supervisión a raíz del personal que se acoge al retiro. Ante la necesidad del servicio, efectivo el 1 de julio de 2013, usted será designado a trabajar como Supervisor de Asistencia Social y Familiar de la Local de Vieques, ya que no contamos con Técnicos de Asistencia Social y Familiar III disponibles que puedan realizar esta función.

Agradecemos su disponibilidad para lograr las metas del Departamento de la Familia.



CC. Expediente de empleado
    Maritza Pérez- Directora Asociada en Administración ADSEF
    Migdalia García- Directora Local de Vieques

**Región Humacao**
Calle Georgetti, Esq. Dr. Vidal
Apartado 9098, Humacao, PR 00972
Tel. 787.852.6464  Fax: 787.850.4242

FAMILIA

ESTADO LIBRE ASOCIADO DE
P U E R T O   R I C O
Administración de Desarrollo
Socioeconómico de la Familia

8 de diciembre de 2015

Ángel Meléndez González
Tec. de Asistencia Social y Familiar II
Oficina Vieques
Región Humacao

Re: Diferencial en Sueldo por Interinato

La Oficina de Recursos Humanos recibió la petición del pago de un diferencial por usted estar realizando las funciones interinas como Supervisor de Asistencia Social y Familiar I en la Oficina Local de Vieques, Región Humacao.

Le notificamos que la consideración sobre la determinación final de esta solicitud será sometida a la OGP, una vez nos impartan instrucciones.

De usted no estar de acuerdo se le apercibe de su derecho a acudir mediante querella ante el Comité de Quejas y Agravios provisto por los Convenios Colectivos, dentro de los quince (15) días laborales siguientes al recibo de esta comunicación a la siguiente dirección: Departamento de la Familia, Secretaría Auxiliar de Recursos Humanos, Apartado 11298, San Juan, PR 00910-1398.

Cualquier información adicional, puede comunicarse con Jerimé Sánchez Figueroa, Analista de Recursos Humanos III, a la División de Clasificación y Retribución al 787-289-7600 ext. 2267.

Arvin J. Santiago Sabat, MPA
Administrador Auxiliar
Oficina de Recursos Humanos

JSF

C: Oficina de Recursos Humanos, Región Humacao

**Oficina Recursos Humanos**
800 Ave. Ponce de León
Capitol Office Building, Miramar, PR 00907
PO Box 8000, San Juan, PR 00910-0800
Tel. 787-289-7600 Fax: 787-289-7602

FAMILIA
Estado Libre Asociado de Puerto Rico



**CQyA**

**Comité de Quejas y Agravios- Unidad Apropiada B**

4 de octubre de 2016

Sr. Ángel Meléndez González
Técnico de Asistencia Social y Familiar II
Vieques

Sr. Meléndez:

El Comité de Quejas y Agravios en reunión sostenida durante el día de hoy, pasó juicio sobre su querella **QB-16-008**. Luego de la evaluación correspondiente, el Comité le notifica lo siguiente:

- Las partes no pudieron llegar a ningún acuerdo. Por tal motivo, según establece el Artículo XII Sección 8 del Convenio Colectivo usted o la Unión podrá presentar su querella ante la consideración de un árbitro de la Comisión Apelativa del Servicio Público dentro de los quince (15) días laborables siguientes a la fecha del recibo de esta notificación.

Para que así conste, los miembros del Comité de Quejas y Agravios firmamos la presente comunicación.

_____
*Nilda Muñoz Acósta, JD, MPA*

_____
*Sandra M. Colón Santiago*

_____
*Jesús A. Rodríguez Martínez*

_____
*Nixzaliz Cruz García*

COMISIÓN APELATIVA DEL SERVICIO PÚBLICO                                    Para uso oficial solamente

# SOLICITUD DE ARBITRAJE
# DE QUEJAS Y AGRAVIOS

| | Caso Número: | Fecha: |
|---|---|---|
| | AQ-16- | |

**INSTRUCCIONES:** Someta el original y tres copias de esta Solicitud a la Comisión Apelativa del Servicio Público. Notifique copia a la otra Parte. De requerir más espacio en algún apartado, favor de continuar en un anejo haciendo referencia al número del apartado.

| 1. (a) Nombre de la Agencia: DEPARTAMENTO DE LA FAMILIA | Dirección postal: P. O. BOX 11398 SAN JUAN, PR 00910 | Teléfono: (787) 294-4922 Fax: (787) 765-1743 Dirección electrónica: |
|---|---|---|
| (b) Nombre del abogado o representante: Hon. Idalia Colón Rondón Secretaria | Dirección postal: P. O. BOX 11398 SAN JUAN, PR 00910 | Teléfono: (787) 294-4900 Fax: (787) 765-1743 Dirección electrónica: |
| 2. (a) Nombre de la Unión: Servidores Públicos Unidos de PR (SPU/AFSCME) - Unidad Apropiada B - Personal Profesional en Programas de Servicio Directo a la Clientela de los Empleados del Departamento de la Familia Local 3234 - Unidad "B" | Dirección postal SERVIDORES PÚBLICOS UNIDOS DE PR Local 3234 – Unidad "B"P.O. BOX 13695 SAN JUAN, PR 00908-3695: | Teléfono: (787) 272-7222 Fax: (787) 272-7229 Dirección electrónica: lmadera@spupr.com |
| (b) Nombre del abogado o representante: Lcda. Genoveva Valentín Soto Directora Ejecutiva | Dirección postal: P.O. BOX 13695 SAN JUAN, PR 00908-3695 | Teléfono: (787) 272-7222 Fax: (787) 272-7231 Dirección electrónica: gvalentin@spupr.com |
| 3. Nombre del empleado: (Si la Solicitud es presentada por un empleado en su carácter individual) | Dirección postal: | Teléfono: ( ) - Fax: ( ) - Dirección electrónica: |

(texto vertical al margen: C A S P 13 OCT '16 PM 2 53)

4. ¿Se cumplió con el procedimiento establecido en el convenio colectivo antes de solicitar arbitraje?   SÍ ☒   NO ☐

5. Cantidad de Empleados afectados por esta controversia:   (1) Ángel Meléndez González

6. Período de vigencia del convenio:   fecha de efectividad: 3 de julio de 2012   fecha de vencimiento: 3 de julio de 2015

Disposiciones aplicables del convenio:   Artículos II, VII, XII, XXVI y XLVII

¿Esta solicitud es sometida por acuerdo de las partes?   SÍ ☒   NO ☐

Esta solicitud es radicada por:   Unión ☒   Agencia ☐   Empleado ☐

¿Se radicó cargo de práctica ilícita?   NO ☒   SÍ ☐ , Caso Núm.   , radicado el

¿Llevó el caso al procedimiento de quejas, agravios y arbitraje?   NO ☒   SÍ ☐   Fecha:

¿Ha sometido esta controversia a algún otro foro?   SÍ ☐   NO ☒   Si contestó que sí, indique a cuál foro y cuándo se

(Continúa en la próxima página)

13. Breve descripción de la naturaleza de la controversia: [...]

El Departamento de la Familia viola las disposiciones del [...] activo, Artículos II, VII, XII, XXVI y XLVII; y todas las leyes y reglamentos aplicables, al actuar de forma arbitraria, caprichosa y discriminatoria, y no pagarle el diferencial al querellante, Sr. Ángel Meléndez González, que le corresponde por derecho.

El querellante fue designado como Supervisor Asistencia Social y Familia I, Interino en la Oficina Local de Vieques, de la Administración de de Desarrollo Socioeconómico de la Familia (ADSEF), efectivo al 1 de junio de 2013. El querellante ha hecho múltiples reclamos y gestiones para el pago de dicho diferencial, resaltando sus esfuerzos infructuosos. El querellante ocupa el puesto de Técnico de Asistencia Social y Familiar II; y al día de hoy sigue realizando la Supervisión de forma interina sin que el patrono lo remunere por las tareas realizadas.

Por no estar de acuerdo con la actuación de la Agencia, se radica la presente controversia ante el procedimiento de arbitraje.

---

14. Remedio solicitado:

Que se ordene al Departamento de la Familia a pagar el Diferencial por interinato al querellante, Sr. Ángel Meléndez González, se le conceda un aumento salarial o cualquier otro remedio que corresponda.

---

| 15. Nombre y título de la persona que firma este documento | 16. Firma |
|---|---|
| **Luis A. Madera Echevarría**<br>**Director División Quejas y Agravios** | *Luis Madera* |

Aquella persona que intencionalmente someta información falsa en este formulario puede estar sujeta a las multas que imponga la Comisión y a cualquier otra sanción o pena de Ley aplicable.
(Modificado en septiembre de 2008)

31 de octubre de 2016

Hon. Idalia Colón Rondón
Secretaria
Departamento de la Familia
306 Ave. Barbosa Apartado 11398
San Juan, Puerto Rico 00910

**RE: DESTAQUE ADMINISTRATIVO COMO SUPERVISOR DE ASISTENCIA SOCIAL Y
FAMILIAR DE LA LOCAL DE VIEQUES**

Estimada Secretaria:

Saludos cordiales.

Ante las vacantes existentes en la Oficina Local del Municipio de Vieques, fui designado en un destaque administrativo al puesto de Supervisor de Asistencia Social y Familiar.   En la comunicación fechada el 24 de junio de 2013, la Agencia reconoce la falta de Técnicos de Asistencia Social y Familiar III para ocupar el puesto.

Desde ese periodo al presente, realizo las funciones adicionales de supervisión, que me han sido delegadas; sin recibir la justa compensación que merezco y que he reclamado siguiendo los canales de comunicación establecidos por el Departamento.   Conforme a las disposiciones del Artículo II - Carta de Derechos - de la Sección 16 -  Derechos de los Empleados- de nuestra Constitución, se dispone que: *"se reconoce el derecho de todo trabajador a escoger libremente su ocupación y a renunciar a ella, **a recibir igual paga por igual trabajo**, a un salario mínimo razonable, a protección contra riesgos para su salud o integridad personal en su trabajo o empleo, y a una jornada ordinaria que no exceda de ocho horas de trabajo".*

A tenor con las disposiciones del Artículo 8 – Disposiciones sobre Retribución- de la Ley para la Administración de los Recursos Humanos en el Servicio Público, **Ley Núm. 184-2004, según enmendada**, soy merecedor de un diferencial en el sueldo desde el 24 de julio de 2013, transcurridos 30 días sin interrupción, de haber desempeñado las funciones esenciales al puesto, que ocupo en propiedad.   De ser relevado de mis funciones, tengo derecho a un aumento salarial, equivalente a un tipo retributivo en mi puesto regular, por haber desempeñado funciones interinas de supervisión por doce (12) meses o más. Respetuosamente, solicito su intervención y solución a mi situación como Autoridad Nominadora, Jefa de Agencia y única persona con la facultad legal para hacer nombramientos en el Departamento de la Familia.

Cabe destacar que, la Oficina Local de Vieques carece del personal, equipo y atención necesarios para ofrecer el servicio de calidad que merecen nuestros clientes.   Ninguno de los puestos de supervisión que han quedado vacantes en los últimos años, han sido ocupados: (Director de Oficina Local, Supervisor de Asistencia Social y Familiar, entre otros) ni las necesidades han sido mitigadas, aun cuando las conoce personalmente.   En este momento, realizo ambas funciones (interina y operacionalmente) para garantizar el funcionamiento de nuestra local; y aun así, me veo obligado a luchar contra mi patrono para que se honren sus determinaciones.

Reconozco que, la situación económica que enfrentamos, hace necesaria la implantación de medidas cautelares, provisionales y adecuadas que preserven un clima de trabajo en el que se preserve la óptima prestación de los servicios. Sobre esta base, justifico la determinación de la Agencia para auscultar mi **"disponibilidad para lograr las metas del Departamento de la Familia"**, a lo que accedí con la entrega, compromiso y responsabilidad que me caracteriza. Sin embargo, esta transacción representa una economía en términos presupuestarios (dos puestos en uno) y una autorización casi expedita de la Oficina de Gerencia y Presupuesto (basado en el precedente de autorizaciones de esta índole en esta Administración).  También estoy consciente que, la inacción del Departamento durante todo este tiempo, nos coloca en un periodo de veda electoral, que puede ser atendido con una dispensa a la Oficina de Capacitación y Asesoramiento en Asuntos Laborales y de Administración de Recursos Humanos (OCALARH).

Su paso por la Agencia no debe ni puede representar un atentado contra mis emolumentos; una obtención de servicios adicionales, carente de una compensación especial, adicional y separada de mi sueldo regular de empleado; y un engaño al empleado al incumplir todas las normativas vigentes.  Hace falta voluntad, justicia y compromiso para hacer valer los derechos de los trabajadores, por lo que su incumbencia en el puesto dejará un mensaje claro e inequívoco del manejo y administración de los recursos humanos en la agencia responsable de *"forjar sentido de esperanza a un futuro con nuevas oportunidades para obtener mejor calidad de vida para nuestra gente y transformar en realidad el reclamo de justicia social y económica"*.

Con aproximadamente 17 años en la Agencia y siendo residente de Vieques, conozco la dejadez, el abandono y el desasosiego que se vive, por la posición geográfica desventajosa y la apatía de los gobiernos a reforzar los servicios sociales en las islas municipio y en el archipiélago.   No obstante, lo anterior, ofrezco mis manos para aportar al crecimiento, educación y bienestar social; siempre y cuando, estén garantizados mis derechos constitucionales, laborales y civiles.

Apelo a su buen juicio para atender diligentemente mi transacción de personal y hacer valer las normativas vigentes en el Estado Libre Asociado de Puerto Rico.  Cuenta conmigo siempre para cumplir con nuestro deber ministerial y velar por los mejores intereses de nuestra institución.

Respetuosamente,

Ángel L. Meléndez González
Técnico de Servicios a la Familia II
Oficina Local de Vieques

Anejos

DEFAM-388
Rev. 3/08

Estado Libre Asociado de Puerto Rico
**DEPARTAMENTO DE LA FAMILIA**
Secretaría Auxiliar de Recursos Humanos y Relaciones Laborales
**División de Nombramientos y Cambios**

**INFORME DE CAMBIO**
(Ver instrucciones al dorso)

1. Número del Cambio

**17-16525**

2. Número de Seguro Social del(de la) Empleado(a)

| Cambio a efectuarse | Antes del Cambio | Después del Cambio |
|---|---|---|
| | Puesto Núm. **16150** | Puesto Núm. |
| 3. Nombre del(la) Empleado(a) | Angel L. Meléndez González | |
| 4. Agencia | **Departamento de la Familia** | |
| 5. Secretariado o Administración | Administración Desarrollo Socioeconómico | |
| 6. Programa | PAN | |
| 7. Oficina, División o Sección | Oficina Local Vieques | |
| 8. Ubicación del Puesto | Región Humacao | |
| 9. Categoría del(de la) Empleado(a) | De Carrera | |
| 10. Status del(de la) Empleado(a) | Regular | |
| 11. Título de Clasificación | Técnico de Asistencia Social y Familiar II | |
| 12. Unidad Apropiada / Excluido(a) | Unidad Apropiada B | |
| 13. Sueldo | $2,044.00 | |
| 13.a Diferencial | | $163.00 |
| 14. Bonificación | | |
| 15. Descuento Contribución sobre Ingresos | | |
| 16. Descuento Seguro Social | | |
| 17. Descuento Aportación Sistema de Retiro | | |
| 18. Descuento Servicios Médicos | | |
| 19. Descuento Ahorros (A.E.E.L.A.) | | |
| 20. Descuento Seguro (A.E.E.L.A.) | | |
| 21. Descuento Unión | | |
| 22. Otros Descuentos | | |
| 23. Clase | | |
| 24. Escala | | |
| 25. Fecha de Efectividad | | 12 de septiembre de 2017 |

| 26. SÍMBOLOS DE CONTABILIDAD | Fondo | Org. | Prog. | Asig. | Cuenta | Año Pres. | Grant | Fondo | Org. | Prog. | Asig. | Cuenta | Año Pres. | Grant |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 222 | 1270000 | - | 01F | E1110 | 2017 | PANADM2017 | | | | | | | |

27. Indique si se trata de: ☐ Ascenso ☐ Aumento de Sueldo ☐ Cambio de Categoría ☐ Cambio de Status ☐ Descenso ☐ Traslado ☒ Diferencial ☐ Nuevo Nombramiento ☐ Reclasificación ☐ Reinstalación ☐ Transferencia ☐ Otro

28. En caso de cambio a otra agencia indique Licencia a Transferir: Compensatorio ___ días ___ horas ___ Minutos  Lic. Regular ___ días ___ horas ___ min. Lic. Enfermedad ___ días ___ horas ___ min.

Fecha de Separación (Ultimo día de Pago) ___ Licencia sin Paga ___ Fecha de Efectividad de la Separación

29. Renuncia ☐
30. Separación ☐
31. Destitución ☐
32. Cesantía ☐
33. Suspensión de Empleo y Sueldo: Duración: De ___ Hasta ___
34. Muerte: ___ Hora: ___ Ultimo día de pago: ___ Participante de Retiro ☐ Sí ☐ No  Fecha
35. Indique tipo de Licencia: ☐ Militar sin Sueldo ☐ Estudios ☐ Especial con Paga ☐ Sin Sueldo ☐ Médico Familiar ☐ Maternidad  Duración: Desde ___ Hasta ___

36. Comentarios y Explicaciones (si necesita más espacio use al dorso)   Se concede Diferencial por Interinato en el puesto #12706218 de Sup. de Asist. Social y Familiar I en la Oficina Local Vieques.   Autorizado en Hoja de Eval. de Disponibilidad de Fondos #2017-704 del 31 de enero de 2017 y por la OGP en PP #2017-27412 del 12 de septiembre de 2017.

37. Si el cambio de puesto es por Certificación de Elegibles indique el número de Certificación de Elegibles:
Si el cambio es a otro puesto, indique el nombre del anterior incumbente:
38. Si el cambio es a otra agencia, el jefe de la agencia donde se origine el cambio o su representante autorizado firma aquí:

39. Firma del(de la) empleado(a) de ser necesario
40. Aprobado por: Jerime Sánchez Figueroa, Adm Aux Rec Hum  Jefe de la Agencia o su Representante Autorizado

PERIODO DE RETENCIÓN: Original – Expediente
Seis (6) años luego que el(la) empleado(a) se desvincule del servicio

JAN 10 2018   Analista: ____

127 Adm.Desarrollo Socio Economico
PO BOX 8000
SAN JUAN, PR 00910-0800

Grupo de Pago: SM 00 Mail-: Aviso#: 2940426
Desde: 01/16
Hasta: 01/31/2018
Fecha Aviso: 01/29/2018

| ANGEL L MELENDEZ GONZALEZ | # Empleado: | XXXXX3380 | DATA IMP: | Federal | PR |
| CALLE BALDORIOTY DE CASTRO # 507 | Dept: | 127070-Humacao | Estado Civil: | Single | Single |
| VIEQUES, PR 00765 | Lugar: | Vieques | Concesiones: | 0 | 0 |
| | Titulo: | Tecnico Asist Soc y Fam II | Pct. Adcl.: | | |
| SS: XXX-XX-3380 | Sueldo: | $2,044.00 Monthly | Cant. Adcl.: | | |

## HORAS E INGRESOS

| | | -------- Corriente -------- | ----- Acumulado ----- | | | IMPUESTOS | | |
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| Diferencial Temporero | | | 682.09 | | 763.59 | Fed FICA Med Hospital Ins / EE | 9.89 | 40.71 |
| Pago de Salarios Regulares | | | 0.00 | 172.50 | 2,044.00 | Fed OASDI/Disability - EE | 42.29 | 174.07 |
| | | | | | | PR Withholding | 47.75 | 87.78 |
| Total: | | | 682.09 | 172.50 | 2,807.59 | Total: | 99.93 | 302.56 |

## DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| GPR Plan Aport. Definidas | 0.00 | 173.74 | SI-Seg Incap. Obligatorio | 0.00 | 5.12 | FSED Disability Plan | 22.85 | 94.06 |
| | | | SM-First Medical Health Plan | 0.00 | 116.50 | SM-First Medical Health Plan | 0.00 | 180.00 |
| | | | DM-FONDOS UNIDOS | 0.00 | 1.00 | | | |
| | | | DM-GOB SEG SOC CHOFERES | 0.00 | 2.18 | | | |
| | | | OS-SERV PUBLICOS 009 B | 0.00 | 30.66 | | | |
| | | | Ahorros-AEELA | 0.00 | 61.32 | | | |
| Total: | 0.00 | 173.74 | Total: | 0.00 | 216.78 | * Tributable | | |

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 682.09 | 0.00 | 99.93 | 0.00 | 582.16 |
| Acumulado: | 2,807.59 | 0.00 | 302.56 | 390.52 | 2,114.51 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

| DISTRIBUCION PAGA NETA | |
|---|---|
| Aviso #2940426 | 582.16 |
| Total: | 582.16 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

**Adm.Desarrollo Socio Economico**
PO BOX 8000
SAN JUAN, PR 00910-0800

**Fecha**
01/29/2018

**Aviso No.**
2940426

Cant. Deposito: **$582.16**

A la
Cuenta(s) De
    **ANGEL L MELENDEZ GONZALEZ**
    CALLE BALDORIOTY DE CASTRO # 507
    VIEQUES, PR 00765

    Localizacion: Vieques

| DISTRIBUCION DE DEPOSITO DIRECTO | | |
|---|---|---|
| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| Savings | XXXXXXXXXXXXXXX | 582.16 |
| Total: | | 582.16 |

# NO-NEGOCIABLE

**127 Adm.Desarrollo Socio Economico**
PO BOX 8000
SAN JUAN, PR  00910-0800

| | | |
|---|---|---|
| Grupo de Pago: | SM -Quincenal | |
| Desde: | 01/16/2... | Aviso #: 2940425 |
| Hasta: | 01/31/2... | Fecha Aviso: 01/29/2018 |

| | | | | |
|---|---|---|---|---|
| ANGEL L MELENDEZ GONZALEZ | # Empleado: | XXXXX3380 | DATA IMP: | Federal | PR |
| CALLE BALDORIOTY DE CASTRO # 507 | Dept: | 127070-Humacao | Estado Civil: | Single | Single |
| VIEQUES, PR  00765 | Lugar: | Vieques | Concesiones: | 0 | 0 |
| | Titulo: | Tecnico Asist Soc y Fam II | Pct. Adcl.: | | |
| SS:  XXX-XX-3380 | Sueldo: | $2,044.00 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS / IMPUESTOS

| | | Corriente | | Acumulado | | | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Diferencial Temporero | | | 81.50 | | 763.59 | Fed FICA Med Hospital Ins / EE | 1.18 | 40.71 |
| Pago de Salarios Regulares | | | 0.00 | 172.50 | 2,044.00 | Fed OASDI/Disability - EE | 5.05 | 174.07 |
| | | | | | | PR Withholding | 5.71 | 87.78 |
| Total: | | 81.50 | 172.50 | 2,807.59 | | Total: | 11.94 | 302.56 |

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| GPR Plan Aport. Definidas | 0.00 | 173.74 | SI-Seg Incap. Obligatorio | 0.00 | 5.12 | FSED Disability Plan | 2.73 | 94.06 |
| | | | SM-First Medical Health Plan | 0.00 | 116.50 | SM-First Medical Health Plan | 0.00 | 180.00 |
| | | | DM-FONDOS UNIDOS | 0.00 | 1.00 | | | |
| | | | DM-GOB SEG SOC CHOFERES | 0.00 | 2.18 | | | |
| | | | OS-SERV PUBLICOS 009 B | 0.00 | 30.66 | | | |
| | | | Ahorros-AEELA | 0.00 | 61.32 | | | |
| Total: | 0.00 | 173.74 | Total: | 0.00 | 216.78 | * Tributable | | |

### TOTAL BRUTO / BRUTO TRIBUT. FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 81.50 | 0.00 | 11.94 | 0.00 | 69.56 |
| Acumulado: | 2,807.59 | 0.00 | 302.56 | 390.52 | 2,114.51 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 | Aviso #2940425 | 69.56 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 | | |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 | Total: | 69.56 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 | | |

Los balances de licencias corresponden al periodo de:

MENSAJE:

| | | |
|---|---|---|
| **Adm.Desarrollo Socio Economico** | **Fecha** | **Aviso No.** |
| PO BOX 8000 | 01/29/2018 | 2940425 |
| SAN JUAN, PR  00910-0800 | | |

**Cant. Deposito:**   $69.56

A la
Cuenta(s) De
    **ANGEL L MELENDEZ GONZALEZ**
    CALLE BALDORIOTY DE CASTRO # 507
    VIEQUES, PR  00765

    Localizacion: Vieques

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | XXXXXXXXXXXXXXX | 69.56 |
| | | |
| Total: | | 69.56 |

# NO-NEGOCIABLE

ESTADO LIBRE ASOCIADO DE PUERTO RICO
**COMISIÓN APELATIVA DEL SERVICIO PÚBLICO**
PO Box 41149
San Juan, PR 00940-1149
Tel. 787.723.4242 • Fax 787.723.4699
www.casp.pr.gov

## CERTIFICACIÓN DE COMPARECENCIA

Certifico que _____el Sr. Ángel L. Meléndez González_____ compareció a la Comisión

Apelativa del Servicio Público el ___26___ de _____abril_____ de __2018__, a partir de la(s)

__9:00__ a.m. hasta la(s) __11:30__ a.m., en relación al Caso Núm. ___AQ-16-0825___,

ante ____Carlos M. Román Espada____, ____Interventor Neutral____, con el propósito de:

_____ Presentar declaración jurada.

_____ Vista en calidad de:

_____ Parte.

✓ Testigo de _____la Unión_____.

_____ Representante de _____.

_____ Otro: _____.

En San Juan, Puerto Rico, a ___26___ de _____abril_____ de __2018__.



_____
**Reynaldo González Rodríguez**
Secretario de la Comisión

**Nota al patrono:** El inciso (e) del artículo 8 del Plan de Reorganización Núm. 2-2010, dispone que la Comisión tiene la facultad de certificar para que se le otorgue una licencia judicial con paga por la comparecencia de empleados públicos citados ante la Comisión o ante cualquiera de sus agentes autorizados. De no ser empleado público y ser testigo, recibirá la misma dieta y compensación por millaje que reciben los testigos en el Tribunal General de Justicia.



**OMBUDSMAN**
1977
Gobierno de Puerto Rico

# OFICINA DEL PROCURADOR
# DEL CIUDADANO

Hon. Iris Miriam Ruiz Class
Procuradora

## RESUMEN DE CASO

| Nombre del Reclamante:<br>Sr Angel L. Melendez Gonzalez | Núm. Teléfono | Núm. De Celular:<br>787-312-0301 |
|---|---|---|
| Agencia o Instrumentalidad:<br>Adm. de Desarrollo Socio Económico<br>de la Familia | Núm. de Caso de la OPC:<br>HUM-17-00405 | Investigador:<br>Zulma Carrillo |
| | Num. de Caso de la Agencia: | Tipo de Caso:<br>Orientacion |
| Representado por: | Relación: | Fecha:<br>9/14/2016 |

Autorizo a la Procuraduria del Ciudadano a proveer a las entidades pertinentes la
siguiente información sensitiva : No Aplica.

La información sobre mi caso será utilizada con el propósito de Pago de diferencial.

Esta autorización estará en efecto hasta el cierre de mi solicitud o reclamación en la
Procuraduria del Ciudadano para los propósitos de la misma. Entiendo que con la firma
de este documento:
- Autorizo voluntariamente al uso de la información provista para los propósitos
  declarados por la Procuraduria del Ciudadano
- Que puedo revocar esta autorización en cualquier momento pero que ello
  puede afectar la efectividad de la solución de la reclamación.
- Que la Procuraduria del Ciudadano sólo se responsabiliza por el uso
  correcto de la información por su personal y no por el de las agencias
  intervenidas.

Firma del reclamante con derecho a autorizar esta solicitud \ reclamación.

_- 3380_



**OMBUDSMAN**
1 9 7 7
Gobierno de Puerto Rico

**Hon. Iris Miriam Ruiz Class**
Procuradora

# OFICINA DEL PROCURADOR
# DEL CIUDADANO

14 de septiembre de 2016

Sr Angel L. Melendez Gonzalez
P O Box 395
Vieques, PR 00765

**RE:    HUM-17-00405 - Angel L. Melendez Gonzalez**

Estimado(a) señor(a) Melendez:

Hacemos referencia a la situacion que nos expusiera relacionada con la ADSEF sobre la
demora en el pago diferencial de sueldo por interinato.

Conforme a la Ley Núm. 187 del 1 de septiembre de 2006, Ley para la protección de la
confidencialidad del número del seguro social; le adjuntamos el Formulario OPC-100
Resumen de Caso, el cual deberá firmar y proveernos su número del seguro social; con el fin
de utilizar dicha información necesaria para tramitarle su caso. Nuestra Oficina sólo
utilizará los últimos cuatro dígitos en los documentos que se tramiten a dicha agencia.

Deberá enviar la evidencia solicitada dentro de los próximos cinco (5) días, ya que hasta
tanto no la recibamos no podremos procesar su caso. Puede enviarlo vía faxcimile al 1-787-
850-7686; enviarlo vía correo al 45 Cruz Ortiz Stella Norte, Suite 14, Humacao PR 00791;o
a mi correo electrónico: zcarrillo@opc.gobierno.pr

Cordialmente,

Zulma Carrillo
Investigador(a)

Formulario Rapido Ciudadano Cierre - OPC-114
Revisado 2010

---

45 Cruz Ortiz Stella Norte Suite 14 Humacao PR 00791
Tel. 787-852-6710 787-724-7373 ext. 6711 • Fax 787-850-7686



**OMBUDSMAN**
——— 1 9 7 7 ———
Gobierno de Puerto Rico

Hon. Iris Miriam Ruiz Class
Procuradora

# OFICINA DEL PROCURADOR
## DEL CIUDADANO

16 de septiembre de 2016

Sr Angel L. Melendez Gonzalez
P O Box 395
Vieques, PR 00765

**RE:    HUM-17-00414 - Angel L. Melendez Gonzalez**

Estimado(a) señor(a) Melendez:

Conforme a la Ley Núm. 134 del 30 de junio de 1977, le estamos incluyendo copia de la notificación enviada a la Agencia notificando su caso. Le recordamos que dicha notificación no interrumpe la ejecución de las resoluciones administrativas o judiciales, ni los plazos legales para ir contra ellos.

Estamos concediendo cinco (5) días laborables a la Agencia para que nos conteste la referida notificación. Le mantendremos informados del curso de la misma.

Cordialmente,

Zulma Carrillo
Investigador(a)

Carta Ley 134 - OPC-004(a)
Revisado 2010



# OFICINA DEL PROCURADOR
# DEL CIUDADANO

**OMBUDSMAN**
— 1 9 7 7 —
Gobierno de Puerto Rico

**Hon. Iris Miriam Ruiz Class**

Procuradora

**Oficina Regional de Humacao**

45 Cruz Ortiz Stella Norte Suite 14

Humacao PR 00791

Tel: 787-852-6710 787-724-7373 ext. 6711

Fax: 787-850-7686

## NOTIFICACIÓN DE INTERVENCIÓN INICIAL DEL CASO (NIIC)

A tono con la facultad que nos confiere la Ley Núm. 134 del 30 de junio de 1977, según enmendada, y dada la reglamentación vigente establecida en el Reglamento Núm. 1, sobre Intervenciones, a partir del 11 de noviembre de 2010, se requiere emita contestación a la notificación dentro de los próximos cinco (5) días laborables, previo a la radicación de una reclamación formal. De necesitar información adicional, deberá comunicarse con nuestra Oficina Regional y proveer el número de la notificación recibida.

| Agencia o Instrumentalidad Pública:<br>Adm. de Desarrollo Socio Económico de la Familia | Num. de la Reclamación de la OPC:<br>HUM-17-00414 | Fecha:<br>16/09/2016 |
|---|---|---|
| Núm. de Caso de la Agencia: | Nombre del Reclamante:<br>Sr Angel L. Melendez Gonzalez | |
| Facilitador de la Agencia:<br>Sra. Angélica Meléndez Torres, MTS (FAX: 787-289-1199) | Teléfono Reclamante: | Celular Reclamante:<br>787-312-0301 |
| | E-mail Reclamante: | |
| Referido a: | Dirección Reclamante:<br>P O Box 395 Vieques PR 00765 | |
| Posición: | | |

### INFORMACIÓN O ACCIÓN SOLICITADA

#### Demora en el pago diferencial; Derecho Laboral del Trabajo

Explica el ciudadano que efectivo al 1 de Julio de 2013 fue designado a trabajar como Supervisor de Asistencia Social y Familiar I, de la Oficina Local de Vieques; por el cual recibiría un diferencial en sueldo por interinato, sin embargo, al presente aun no le estan pagando por dicho diferencial.

| Investigador: Zulma Carrillo | Oficina Regional:<br>Oficina Regional de Humacao | Fecha:<br>16/09/2016 |
|---|---|---|



# OFICINA DEL PROCURADOR
# DEL CIUDADANO

### Oficina Regional de Humacao

**OMBUDSMAN**
— 1 9 7 7 —
Gobierno de Puerto Rico

Hon. Iris Míriam Ruiz Class
Procuradora

45 Cruz Ortiz Stella Norte Suite 14

Humacao PR 00791

| Tel: | 787-852-6710 787-724-7373 ext. 6711 |
|---|---|
| Fax: | 787-850-7686 |

## REQUERIMIENTO DE INFORMACION

A tono con la facultad que nos confiere la Ley Núm. 134 del 30 de junio de 1977, según enmendada, y según se establece en el Reglamento Núm. 1 sobre Reclamaciones, se requiere nos someta contestación sobre la reclamación presentada ante nuestra Oficina. Deberá devolver a esta Oficina la contestación a este Requerimiento dentro de los próximos cinco (5) días laborables. Si necesita información adicional favor comunicarse con nosotros al Tel. 787-852-6710 787-724-7373 ext. 6711 haciendo referencia al número de esta reclamación.

| Agencia o Instrumentalidad Pública:<br>Adm. de Desarrollo Socio Económico de la Familia | Num. de la Reclamación de la OPC:<br>HUM-17-00414 | Fecha:<br>27/09/2016 |
|---|---|---|
| **Núm. de Caso de la Agencia:** | Nombre del Reclamante:<br>Sr Angel L. Melendez Gonzalez | |
| Facilitador de la Agencia:<br>Sra. Angélica Meléndez Torres, MTS (FAX: 787-289-1199) | Teléfono Reclamante: | Celular Reclamante:<br>787-312-0301 |
| | E-mail Reclamante: | |
| Referido a:<br><br>Posición: | Dirección Reclamante:<br>P O Box 395 Vieques PR 00765 | |

### INFORMACIÓN O ACCIÓN SOLICITADA

#### Demora en el pago diferencial; Derecho Laboral del Trabajo

Explica el ciudadano que efectivo al 1 de Julio de 2013 fue designado a trabajar como Supervisor de Asistencia Social y Familiar I, de la Oficina Local de Vieques; por el cual recibiría un diferencial en sueldo por interinato, sin embargo, al presente aun no le estan pagando por dicho diferencial.

| Investigador:   Zulma Carrillo | Oficina Regional:<br>Oficina Regional de Humacao | Fecha:<br>27/09/2016 |
|---|---|---|



**OMBUDSMAN**
—— 1 9 7 7 ——
Gobierno de Puerto Rico

Hon. Iris Miriam Ruiz Class
Procuradora

# OFICINA DEL PROCURADOR
# DEL CIUDADANO

27 de septiembre de 2016

Sr Angel L. Melendez Gonzalez
P O Box 395
Vieques, PR 00765

**RE:    HUM-17-00414 - Angel L. Melendez Gonzalez**

Estimado(a) señor(a) Melendez:

Conforme a la Ley Núm. 134 del 30 de junio de 1977, le estamos incluyendo copia de la
notificación enviada a la Agencia notificando su caso. Le recordamos que dicha notificación
no interrumpe la ejecución de las resoluciones administrativas o judiciales, ni los plazos
legales para ir contra ellos.

Estamos concediendo cinco (5) días laborables a la Agencia para que nos conteste la referida
notificación. Le mantendremos informados del curso de la misma.

Cordialmente,

Zulma Carrillo
Investigador(a)

Carta Ley 134 - OPC-004(a)
Revisado 2010



**OMBUDSMAN**
—— 1 9 7 7 ——
Gobierno de Puerto Rico

Hon. Iris Miriam Ruiz Class
Procuradora

# OFICINA DEL PROCURADOR
## DEL CIUDADANO

10/25/2016

Sr Angel L. Melendez Gonzalez
P O Box 395
Vieques, PR, 00765

RECLAMACIÓN NÚMERO:        **HUM-17-00414**

Estimado(a) Sr Angel L. Melendez Gonzalez:

Por este medio le notificamos que con relación a su reclamación relacionada con Pago de diferencial, hemos procedido a citar a los funcionarios autorizados de la Agencia reclamada para que comparezca a nuestra Oficina para la discusión de la misma.

Le mantendremos informado(a) del resultado de la referida reclamación.

Cordialmente,

Zulma Carrillo
Investigador



**OMBUDSMAN**
—— 1 9 7 7 ——
Gobierno de Puerto Rico

**Hon. Iris Miriam Ruiz Class**
Procuradora

# OFICINA DEL PROCURADOR
## DEL CIUDADANO

12/5/2016

Sr Angel L. Melendez Gonzalez
P O Box 395
Vieques, PR, 00765

RECLAMACIÓN NÚMERO:          **HUM-17-00414**

Estimado(a) Sr Angel L. Melendez Gonzalez:

Por este medio le notificamos que con relación a su reclamación relacionada con Pago de
diferencial, hemos procedido a citar a los funcionarios autorizados de la Agencia reclamada para
que comparezca a nuestra Oficina para la discusión de la misma.

Le mantendremos informado(a) del resultado de la referida reclamación.

Cordialmente,

Zulma Carrillo
Investigador

Notificacion Citacion Agencia - OPC-005(a)
Revisado 2010



# OFICINA DEL PROCURADOR
# DEL CIUDADANO

**OMBUDSMAN**
· · · 1 9 7 7 · · ·
Gobierno de Puerto Rico

**Hon. Iris Miriam Ruiz Class**
Procuradora

1/12/2017

Sr Angel L. Melendez Gonzalez
P O Box 395
Vieques, PR, 00765

RECLAMACIÓN NÚMERO:          **HUM-17-00414**

Estimado(a) Sr Angel L. Melendez Gonzalez:

Por este medio le notificamos que con relación a su reclamación relacionada con Pago de diferencial, hemos procedido a citar a los funcionarios autorizados de la Agencia reclamada para que comparezca a nuestra Oficina para la discusión de la misma.

Le mantendremos informado(a) del resultado de la referida reclamación.

Cordialmente,

Zulma Carrillo
Investigador



# OFICINA DEL PROCURADOR
# DEL CIUDADANO

**OMBUDSMAN**
— 1 9 7 7 —
Gobierno de Puerto Rico

Hon. Iris Miriam Ruiz Class
Procuradora

2/27/2017

Sr Angel L. Melendez Gonzalez
P O Box 395
Vieques, PR, 00765

RECLAMACIÓN NÚMERO:          **HUM-17-00414**

Estimado(a) Sr Angel L. Melendez Gonzalez:

Por este medio le notificamos que con relación a su reclamación relacionada con Pago diferencial, hemos procedido a citar a los funcionarios autorizados de la Agencia reclamada para que comparezca a nuestra Oficina para la discusión de la misma.

Le mantendremos informado(a) del resultado de la referida reclamación.

Cordialmente,

Zulma Carrillo
Investigador



**OMBUDSMAN**
—— 1 9 7 7 ——
Gobierno de Puerto Rico

# OFICINA DEL PROCURADOR
# DEL CIUDADANO

Hon. Iris Miriam Ruiz Class
Procuradora

3 de marzo de 2017

Sr Angel L. Melendez Gonzalez
P O Box 395
Vieques, PR 00765

**RE:**    **HUM-17-00414 - Angel L. Melendez Gonzalez**

Estimado(a) señor(a) Melendez:

Hacemos referencia a la reclamacion de epigrafe relacionada con la ADSEF sobre la demora en el pago diferencial de sueldo por interinato.

Mediante comunicacion recibida se nos informa que la Oficina de Recursos Humanos de la Agencia refirió a la OGP el planteamiento del diferencial por interinato para el tramite correspondiente; que tan pronto reciban contestacion al respect, nos informaran.

No obstante, a lo antes señalado, su caso permanecera activo en nuestra oficina hasta que la agencia culmine todo el proceso.

Cordialmente,

Zulma Carrillo
Investigador(a)

Formulario Rapido Ciudadano - OPC-112
Revisado 2010



# OFICINA DEL PROCURADOR
# DEL CIUDADANO

**OMBUDSMAN**
—— 1 9 7 7 ——
Gobierno de Puerto Rico

Hon. Iris Miriam Ruiz Class
Procuradora

4/26/2018

Sr Angel L. Melendez Gonzalez
P O Box 395
Vieques, PR, 00765

RECLAMACIÓN NÚMERO:                      **HUM-17-00414**

Estimado(a)Sr Angel L. Melendez Gonzalez:

Hemos recibido comunicación de Adm. de Desarrollo Socioeconómico de la Familia. En la misma nos informa la ADSEF solicitó la autorización para el pago del Diferencial en Sueldo por Interinato a la OGP a partir del 31 de julio de 2013, sin embargo, solo autorizaron a partir del 12 de septiembre de 2017.

Con esto se pone fin a la situación que motivó su reclamación en nuestra Oficina y por tal razón procederemos con el cierre y archivo de su expediente.

De no estar conforme con la determinación de la Agencia y entender pertinente, puede comunicarse con nuestra Oficina.

Le agradeceremos que se haya comunicado con la Procuraduria del Ciudadano (Ombudsman) y nos reiteramos a sus órdenes para servirle en el futuro.

Cordialmente,

Zulma Carrillo
Investigador

Notificacion Cierre Ciudadano - OPC-010(a)
Revisado 2010