Angel L. Meléndez González
PO BOX 395
Vieques, PR. 00765-0395





U.S. POSTAGE PA
FCM LG ENV
VIEQUES, PR
00765
FEB 13, 20
AMOUNT
$8.40
R2305K134122-03



RECEIVED & FILED
2020 FEB 14 PM 3:09
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767



7018 0680 0000 5775 1748
CERTIFIED MAIL
7018 0680 0000 5775 1748