**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Sanders Munoz, William | 158900 | 7/6/2018 | Commonwealth of Puerto Rico | $7,200.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Sanders Munoz, William | 158900 | 7/6/2018 | Commonwealth of Puerto Rico | $7,200.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

000651



**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

SRM-SB-022
Rev. marzo 2017

WILLIAM SANDERS MUÑOZ
BO. MAMEYAL
30-B CALLE KENNEDY
DORADO PR 00646

Estimado(a) participante WILLIAM SANDERS MUÑOZ

De acuerdo a nuestros registros, el balance de aportaciones acumuladas en el SRM es de aproximadamente $10,093.35 al 11 de febrero de 2020. Las aportaciones han devengado intereses por $1,918.31 para un total de cuotas e intereses de $12,011.66.

El tiempo acreditado es de aproximadamente 6 año(s), 6 mes(es), 1 semana(s), 1 día(s).

Los pagos realizados por planes de pago, recaudaciones o pagos pendientes pueden no estar considerados en estos balances. Además, esta información puede variar, de encontrarse diferencias en el Informe de Cambio enviado por el patrono y de existir anulaciones futuras entre cuentas que afecten las Aportaciones del Sistema.

Estos cálculos son preliminares, están sujetos a verificación y ajustes cuando radique su Solicitud de Retiro. Deberá permanecer cotizando en el SRM hasta la fecha que proyecta retirarse.

Atentamente,

Área de Servicios de Retiro



235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918
P.O. Box 191879 · San Juan PR 00919-1879

☏ 787.777.1414   📠 787.759.2883   www.srm.pr.gov





# DEPARTAMENTO DE EDUCACION
### Estado Libre Asociado de Puerto Rico
#### Secretaría Auxiliar de Recursos Humanos

11 de febrero de 2020

# CERTIFICACION

| | |
|---|---|
| Certifico que | : WILLIAM SANDERS MUNOZ |
| Seguro Social | : |
| Categoría | : MAESTRO EDUC.FISICA (K-12) |
| Distrito Escolar | : VEGA ALTA |
| Sueldo Mensual | : $2,209.17 |
| Status | : PERMANENTE |
| Observaciones | : |
| Trabaja | : Desde el 7 de agosto de 1989 hasta el presente. |
| Cesó | : N/A |
| Renunció | : N/A |
| Otros | : Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de (21) años. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

| 080 Dept. de Educacion - Maestros<br>Avenida Teniente Cesar Gonzalez<br>Esquina Calaf<br>HATO REY, PR 00919 | Grupo de Pago: SM -Quincenal<br>Desde: 01/08/2020<br>Hasta: 01/22/2020 | Aviso #: 5588510<br>Fecha Aviso: 01/15/2020 |
|---|---|---|
| WILLIAM SANDERS MUNOZ<br>KENNEDY 30 B<br>MAMEYAL<br>DORADO PR 00646-2424<br>SS: | # Empleado:<br>Dept: 8007025-Bayamon Dorado<br>Lugar: Ricardo Arroyo Laracuente<br>Titulo: DEPARTAMENTO DE EDUCACION<br>Sueldo: $2,209.17 Monthly | DATA IMP: Federal PR<br>Estado Civil: Claiming no personal exem<br>Concesiones: 0<br>Pct. Adcl.: 3<br>Cant. Adcl.: |

### HORAS E INGRESOS

| Descripcion | Corriente Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,104.59 | 66.00 | 1,104.59 |
| Total: | | | 1,104.59 | 66.00 | 1,104.59 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 16.02 | 16.02 |
| PR Withholding | 12.05 | 12.05 |
| Total: | 28.07 | 28.07 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 99.41 | 99.41 |
| Total: | 99.41 | 99.41 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 106.61 | 106.61 |
| SM-Asoc Maestros de PR | 170.00 | 170.00 |
| CO-COOP MAESTRO PR | 144.48 | 144.48 |
| OS-LS SM AFILIADO | 8.50 | 8.50 |
| Ahorros-AEELA | 33.14 | 33.14 |
| Total: | 462.73 | 462.73 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| FSED Disability Plan | 19.88 | 19.88 |
| * Tributable | | |

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,104.59 | 0.00 | 28.07 | 562.14 | 514.38 |
| Acumulado: | 1,104.59 | 0.00 | 28.07 | 562.14 | 514.38 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5588510 | 514.38 |
| Total: | 514.38 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Dept. de Educacion - Maestros  
Avenida Teniente Cesar Gonzalez  
Esquina Calaf  
HATO REY, PR 00919

Fecha 01/15/2020

Aviso No. 5588510

Cant. Deposito: $514.38

A la Cuenta(s) De

WILLIAM SANDERS MUNOZ  
KENNEDY 30 B  
MAMEYAL  
DORADO, PR 00646-2424  
Localizacion: Ricardo Arroyo Laracuente

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXXX | 514.38 |
| Total: | | 514.38 |

## NO-NEGOCIABLE