William Sanders Muñoz
30 Kennedy Hameyal
Dorado PR 00646

7019 1120 0000 1817 1423




U.S. POSTAGE PAID
FCM LG ENV
DORADO, PR
00646
FEB 13, 20
AMOUNT
**$4.75**
R2305M147187-10

RECEIVED & FILED
2020 FEB 14 PM 3:11
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Clerks Office
United States Distric Court
Roo 150 Federal Building
San Juan, PR. 00918-1767