(ii) Epígrafe: Promesa

    Título III

    Núm.17BK 3283-LTS

La presente radicación guarda relación con el ELA, la ACT y el SRE. Notificación de la centésima vigésima octava objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Reclamos de deficientes en los que se alegan intereses sobre la base de las reinvindicaciones salariales, laborables ó servicios prestados.

(iii) Motivos para oponerse a la objeción global.

En el año 2015 complete y entregue los requisitos de la carrera magisterial, lo cual me grarantizaba un aumento de sueldo de $720.00 mensuales de los cuales solo se me otorgo $125.00. Este reclamo se ha ido luchando por las diferentes organizaciones que representan al magisterio puertorriqueño por los pasados 7 años sin llegar aún a ningún acuerdo. Es por eso que se establece dicha demanda a las partes involucradas. El monto total de la deuda según mis cómputos es de $41,000.00 apróximadamente de salarios impagos. Solicito se trabaje dicha reclamación en forma individual y no como objeción global al cual tengo derecho según la Ley 158 del 30 de junio de 1999, Ley de carrera magisterial.

A continuación, le estoy enviando evidencia de los documentos que justifican ésta demanda.

(iv) Documentación justificativa: -Adjunto documentación solicitada y evidencias.

- Certificación del Sistema de Retiro para Maestros
- Evidencia talonario de pago
- Certificación del Departamento de Educación de Puerto Rico
- Información personal del Reclamante

Cordialmente,

Firma: _[firma]_

Nombre: William Sanders Mun

Dirección: Calle Kennedy Parc. 30 B. Bo Mameyal, Dorado PR. 00646.

Teléfono: 787-628-3586

últimos cuatro #Seguro Social: _____

Número de reclamación: _____