Jorge L. Latorre Rodríguez
Los Colobos Park
Calle Hucar #321
Carolina, PR 00986

CERTIFIED MAIL

7019 0160 0000 8568 0027


neopost
02/13/2020
US POSTAGE

Secretaria (Clerks Office)
Tribunal de Distrito de los Estados Unidos
#150 Chardón Avenue
Federal Building
San Juan, P.R. 00918

RECEIVED & FILED
2020 FEB 14 PM 3:09
SAN JUAN, P.R.