**(i)    Datos de contacto:**

Nombre demandante: Lisa M. Agosto Carrasquillo

Dirección: Urbanización Ponce de León Calle 23 # 285

Guaynabo PR 00969

Teléfono: 787-602-7028

Correo electrónico: agostol242@gmail.com



RECEIVED & FILED
2020 FEB -4 PM 3:22
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

**(ii)    Epígrafe**

Tribunal del Distrito de los Estados Unidos para el Distrito de Puerto Rico.

Notificación de la nonagésima sexta objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a reclamos deficientes en los que se alegan intereses sobre la base de las reivindicaciones salariales, laborales o servicios prestados.

17BK03566-LTS

Reclamo en Prime Clerk 30020

Base para la evidencia de reclamación tiene la intensión de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico

**(iii)    Motivos para oponerse a la objeción global**

El Gobierno de Puerto Rico dispuso de nuestras aportaciones al Sistema de Retiro, sin previa notificación y sin intensión de reponerlo. Por lo que se reclama un monto de deuda de $64,722.36 según el estado de cuenta estimado por la Administración de sistemas de Retiro de Empleados de Gobierno y la Adjudicatura.

**(iv)    Documentación justificativa**

Véase documentos adjuntos

RECEIVED & FILED
2020 FEB 14 PM 3:11
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.