Lisa M. Agosto Carrasquillo
Urb. Ponce de León
Calle 23 #285
Guaynabo PR 00969

**CERTIFIED MAIL**

7018 0680 0001 3852 2489



U.S. POSTAGE PAID
FCM LG ENV
GUAYNABO, PR
00969
FEB 13, 20
AMOUNT
$8.00
1000   00918   R2304N117113-06

RECEIVED & FILED
2020 FEB 14 PM 3:11
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Secretaria Tribunal de Distrito de los
E.U para Distrito de Puerto Rico
150 Carlos Chardon Street
Federal Building
San Juan , PR 00918-1767