# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

ne-310.fbc.m02

| | |
|---|---|
| **IN RE** | |
| **THE FINANCIAL OVERSIGHT & MANAGEMENT BOARD FOR PUERTO RICO** | **PROMESA** |
| | **TITLE III** |
| As the representative of the **COMMONWEALTH OF PUERTO RICO** | **CASE NO: 17 BK 3283 (LTS)** |
| **DEBTOR** | |

**URGENT MOTION REQUESTING THE CEASE OF NOTIFICATIONS**

**TO THE COURT:**

**COMES NOW** Creditor **MICHAEL MELÉNDEZ** through the subscribing **ATTORNEY**, who very respectfully alleges and prays:

Having no pending matters before the Court in the above captioned matter, it is most respectfully requested the Court order the cease of notifications to the subscriber.

**WHEREFORE**, it is most respectfully requested the relief sought herein be in all in respects granted, with such other and further relief as this Court may deem just and proper.

**I HEREBY CERTIFY** that on the herein below mentioned date the appearing claimant electronically filed the foregoing motion in the Clerk's Office of this Court, by means of the **CM/ECF**, which will further notifty of such to all of the Attorneys having made an appearance in the above captioned cause of action.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 18th day of February of the year 2020.

By: **/s/ PETER JOHN PORRATA**
**#128901**

Law Offices of
**PETER JOHN PORRATA**
1353 Luis Vigoreaux Avenue
PMB 204
Guaynabo, PR 00969
**peterjohnporrata@gmail.com**
M: 787.953.9888