I. Nilda Luz Colón Negrón
  - Quintas de Monserrate calle Gaudi
    G-6 Ponce, Puerto Rico 00730-1725
  - 787-635-2884
  - nildacolonnegron@hotmail.com

II. A. Nombre Tribunal
   - Secretaria (Clerk' Ofice)
     Tribunal de Distrito de los
     Estados Unidos
     Federal Building
     San Juan, Puerto Rico 00918

   B. Nombre de los deudores
   - Commonwealth of Puerto Rico

   C. Número de Procedimiento
   - 17 BK 3283-LTS

   D. Titulo de los objetivos global
   - Cestésima cuadragésima
     novena objeción Global

   E. Números
   - 166526

12 de febrero de 2020

La presente es para solicitar una revisión de mi petición del derecho a los aumentos de sueldo otorgados

- 1 de junio de 2008
- Ley 109-2008
- Caso # OASE 2013-11-0224
- Aumento de sueldo $150 por año

- 1 de junio 2002
- Ley 96
- Caso # 2013-04-1542 OASE
- Aumento de sueldo $100 por año

- Aumento por experiencia
- Ley ABDIEL ACEVEDO PEREZ (508) OASE
- Caso # 2012-05-2084 OA84
- Aumento por experiencia $25 por año

Las mismas fueron solicitadas y fueron rechazadas. Agradecere su revición nuevamente y me indique la acción tomada.

Agradecida de ante mano
Nilda Luz Colón Negrón
Nilda L Colón Negrón