Nilda Colón Negrón
Quintas de Monserrate
Calle Gaudi  G-6
Ponce, Puerto Rico 00730-1725






7019 2970 0002 2732 1743

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767
150 Avenida Carlos Chandon