7 de febrero de 2020

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

In re:                                                          PROMESA

                                                                Title III

THE FINANCIALOVERSIGHT AND
MANAGEMENT BOARDFOR PUERT RICO,                                 **No. 17 BK 3283-LTS**

        As representative of                                     (Jointly Administered)

THE COMMONWEALTH OF PUERTO RICO, et              This filing relates to the
                                                 Commonwealth, HTA, and ERS

El motivo para unirme a la Objeción Global es, que el gobierno de Puerto Rico utilizó mis aportaciones al
Sistema de Retiro sin mediar autorización o solicitud formal. Ese dinero fue utilizado para el pago a
Acreedores del Gobierno de Puerto Rico. El caso de "EMPLOYEES RETIREMENT SYSTEMS OF THE PUERTO
RICO" no tiene número de reclamo al momento, debido a que se completó una nueva solicitud a
Commonwealth of Puerto Rico Supplemental Information Processing Center y se espera contestación.

La segunda Objeción es la actualización de los salarios básicos del Plan de Retribución con el salario
Mínimo Federal que no se actualizaron. Mis números de reclamación son **20007, 19394,37092, 37098,
40705** y **19959** "COMMONWEALTH OF PUERTO RICO". Como previamente estipulado, se envió nueva
solicitud para el nuevo número de reclamo.

Solicito muy respetuosamente a este Tribunal que este dinero sea devuelto.

Lizzie J. Ruiz Pagán
P.O. Box 1813
Juncos P.R 00777
Teléfono (787) 310-6128
Correo Electrónico: lizzie.ruiz@familia.pr.gov