Lizzie J. Ruiz Pagán
P.O. Box 1813
Juncos P.R 00777

7019 0140 0000 1397 5603

U.S. POSTAGE PAID
FCM LG ENV
JUNCOS, PR
00777
FEB 13, 20
AMOUNT
**$4.95**
R2305K134649-11

RECEIVED & FILED
2020 FEB 14 PM 3:10
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Secretaría
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
Ave. Carlos Chardón
San Juan, Puerto Rico 00918-1767