3 de febrero de 2020

Argentina Sanabria Marty

Giralda #64 Urb. Sultana

Mayagüez, Puerto Rico 00680

Teléfono: 787-832-0152

Email: awibonrio@hptmail.Com

    Respetuosamente me dirijo al Tribunal de Distrito de Estados Unidos, en Puerto Rico, para presentar mi petición, para que se haga cumplir mi reclamo al Estado Libre Asociado de Puerto Rico, a través de Prime Clerk, con el número de procedimiento #152378, en la Centésima Trigésima Sexta Objeción Global, Anexo A:Defectuosas, por un monto de $5,400.

    Serví al Departamento de Educación como Maestra y Directora de escuela por cincuenta y un años, durante los cuales surgió la Ley 96, del 1ro de julio de 2002, bajo la gobernación de Sila María Calderón, que establecía un aumento salarial de $100.00 mensuales a todos los empleados del gobierno de Puerto Rico. Para esa fecha me encontraba activa y dando mis servicios, y este aumento al que tenía derecho no me fue otorgado. El incumplimiento de esta ley, afectó severamente mi pensión a la hora de acogerme a mi retiro.

    Por tanto, solicito al honorable tribunal, no declare a lugar la Objeción Global en relación a este reclamo.

    Adjunto evidencia justificativa a esta réplica antes expuesta.

Anejos

    a. Hoja con el número de reclamación
    b. Certificación por años de servicio y retiro del Departamento de Educación
    c. Certificación del Sistema de Retiro de Maestros

Atentamente,

*Argentina Sanabria Marty*

Argentina Sanabria Marty