| IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT. |
|---|

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| SANABRIA MARTY, ARGENTINA | 152378 | 7/6/2018 | Commonwealth of Puerto Rico | $5,400.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

| SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE. |
|---|

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| SANABRIA MARTY, ARGENTINA | 152378 | 7/6/2018 | Commonwealth of Puerto Rico | $5,400.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

***CUST PR 1845 SRF 38939 PackID: 508 MMLID: 2032555 SVC: 146th Omni
SANABRIA MARTY, ARGENTINA
GINALDA #64 URB.SULTANA
MAYAQUEZ, PR 00680



# GOBIERNO DE PUERTO RICO
## DEPARTAMENTO DE EDUCACIÓN

3 de febrero de 2020

## CERTIFICACION DE EMPLEO

Según el Sistema de Recursos Humanos certifico que la Sra. Argentina Sanabria Marty, con Número de Seguro Social xxx-xx-6541 trabajo para el Departamento de Educación en calidad de Directora Escolar desde el 8 de noviembre de 1962 hasta el 31 de diciembre de 2013.

Certificación emitida a petición de la empleada.

Certifico Correcto:

Lucía Otero Vázquez
Oficinista Mecanógrafo III





Centro Gubernamental
Calle Nenadich # 50  Suite #303
Mayagüez, Puerto Rico 00680

Notificación de política pública: El Departamento de Educación de Puerto Rico no discrimina por razón de raza, color, sexo, nacimiento, origen Nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios y oportunidad de empleo.

Rev. GIFT 12-abril-11

**Sistema de Retiro para Maestros**
**Area de Servicios de Retiro**

Fecha Radicación: 25-jun-13
Fecha Vencimiento: 10-may-14

Núm de Caso: 2328

## INFORME RENTA ANUAL VITALICIA

**Apellido Paterno, Materno, Nombre e Inicial:** SANABRIA MARTY ARGENTINA
**Seguro Social:** 
**Sexo:** ☑ Femenino ☐ Masculino

**Fecha Nacimiento (Mes-Día-Año):** 
**Categoría y Pueblo:** DIRECTOR IV - MAYAGUEZ
**Retiro Ley Núm.:** Ley 91 del 2004

**Dirección Postal:** URB SULTANA
64 CALLE GIRALDA
MAYAGUEZ PR 00680

**Tipo de Renta (Pensión):** ☑ Años de Servicio y Edad ☐ Edad ☐ Diferida
☐ Incapacidad Ocupacional ☐ Incapacidad No Ocupacional

| Edad al Retirarse | Servicios Acreditados | Costo Anualidad | Renta Mensual | Renta Anual |
|---|---|---|---|---|
| 71 Años 9 Meses 23 Días | 51 Años 1 Meses 0 Sem 4 Días | $ 110,551.72 | $ 2,808.75 | $ 33,705.00 |

**Fecha de Renuncia:** 31-dic-13
**Último Día de Pago:** 31-dic-13
**Fecha Efectividad Pensión:** 1-ene-14
**Cierre de Nómina:** 13-may-14
**Fecha Primer Pago Pensión:** 30-May-14
**Importe:** $ 2,808.75
**Pago Global Retroactivo Desde:** 1-ene-14 **Hasta:** 15-may-14 **Importe Total:** $ 12,639.38

### DESGLOSE DE DESCUENTOS

| | PAGO GLOBAL | PAGO MENSUAL |
|---|---|---|
| Importe Total (Bruto) | $ 12,639.38 | $ 2,808.75 |
| Menos Descuentos: Préstamos: | Descuento | Descuento |
| Personal (PP) Clave 47-000 | | |
| Cultural (PC) 45-000 | | |
| Hipotecario (PH) 36-000 | | |
| Finanzas 67-059 | | |
| Aport. Individual 9% (Clave 26-001) | | |
| ASUME | | |
| Otros | | |
| Importe Neto | $ 12,639.38 | $ 2,808.75 |

**Bonos:** ☐ Bono Verano (PBV) ☐ Bono Medicamentos (PBM) ☐ Bono Navidad (BNP)

Certifico que la información aquí provista es cierta, correcta y completa.

**Nombre del Empleado:** DULCE M. FIGUEROA ACEVEDO  **Firma:**  **Fecha:** 1-may-2014
**Nombre Supervisor:** NORMA I. PEÑA AGOSTO  **Firma:**  **Fecha:**

### PREINTERVENCIÓN DE DOCUMENTOS | USO DIRECTOR(A) AREA RETIRO

Verificación de: ☑ Exactitud ☑ Legalidad ☑ Firmas ☐ Otros

AREA DE BENEFICIOS Y SERVICIOS
DOCUMENTO PREINTERVENIDO
MAY 05 2014

**Aprobado por:** Gretchen I. Ferrá Tirado
Nombre Director(a) o Representante Autorizado
Fecha: 05/00/2014

### USO ÁREA DE PENSIONADOS (Sección Nóminas)

**Ingreso a Nómina** Mes: May ☑ 1ra ☐ 2da
**Nombre Empleado:** Viviana Marrero  Fecha: 7/5/14

**Nómina Pago Global** Mes: Mayo
**Nombre Empleado:**  Fecha: 12/05/2014

**Nombre Supervisor:** Jorge L. Serrano Cruz  Firma:  Fecha:

Conservación: Seis años o una intervención de la Oficina del Contralor de Puerto Rico, lo que ocurra primero.

**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión del **Prof. Argentina Sanabria Marty**, con número de seguro social que termina en **6541**.

| | |
|---|---|
| Fecha de Efectividad de la Pensión | 1 de enero de 2014 |
| Tiempo Cotizado para Pensión | 51 años, 1 meses, 0 sem, 4 días |
| Pensión mensual Inicial | $ 2,808.75 |
| Pensión Mensual Actual | $ 2,808.75 |

Esta certificación se expide hoy, **7 de febrero de 2020** en **San Juan**, **Puerto Rico**.

Edgardo Negron Ramirez
Supervisor
Área de Servicios de Retiro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879


Sistema de Retiro para Maestros
Gobierno de Puerto Rico
Protegemos la Aportación al Futuro

787.777.1414     787.764.6910    www.srm.pr.gov