

Sra A Sauabria
Urb Sultana
64 Calle Giralda
Mayaguez, PR 00680



7019 0700 0001 8181 9484



1000    00918

U.S. POSTAGE PAID
FCM LG ENV
MAYAGUEZ, PR
00680
FEB 11, 20
AMOUNT
$7.60
R2304E106813-25

RECEIVED & FILED
2020 FEB 14 PM 3:10

Clerk Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767