TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| En el asunto de:<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN<br><br>FINANCIERA PARA PUERTO RICO,<br>como representante de<br><br><br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO y<br><br>otros,<br><br>Deudores. | PROMESA,<br><br>Título III<br><br><br><br>Núm. 17 BK 3283-LTS<br><br>(Administrada conjuntamente)<br><br>La presente radicación guarda relación con el ELA, la ACT y el SER. |

**RÉPLICA**
A LA CENTÉSIMA TRIGÉSIMA QUINTA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE UNAS LEYES PUERTORRIQUEÑAS NO ESPECIFICADAS

**A LA HONORABLE JUEZ:**

Comparece la parte recurrente, **Adyliz Rivera Ortiz** por derecho propio y muy respetuosamente, ante la Honorable Juez, **EXPONE, ALEGA Y SOLICITA**:

1. Dentro del término establecido para ello, el 29 de junio de 2018 se presentó el documento de *Proof of Claim* o Evidencia de Reclamación en el Formulario Oficial 410 Modificado.

2. A nuestra Reclamación se le asignó el número 144696.

3. Nuestra reclamación es mencionada en el Anexo A de la Centésima Trigésima Quinta Objeción Global.

4. La objeción a nuestra Reclamación se basa en lo siguiente: *La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.*

5. Nos hemos percatado que al radicar la Evidencia de Reclamación en el Formulario se escogió como deudor a El Estado Libre Asociado de Puerto Rico, Caso No. 17-bk-03283 cuando debimos haber escogido El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, Caso No. 17-bk-03566.

6. Además, nos percatamos que en el acápite 8 en la página 3 del Formulario de Evidencia de Reclamación no indicamos la cantidad reclamada, ni se incluyó evidencia de nuestra reclamación.

7. Incluimos con esta Réplica como **Anejo 1**, el Formulario con correcciones a los mencionados errores y a otros, que tienen el efecto de aclarar y evidenciar que nuestro reclamo es por concepto de las aportaciones realizadas y acumuladas en el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico.

8. Estos procedimientos de quiebra del Gobierno de Puerto Rico, son altamente técnicos, nuevos y desconocidos para los ciudadanos comunes que somos empleados del Gobierno de Puerto Rico. Como empleada gubernamental no soy conocedora del derecho, y por consiguiente desconocíamos la forma correcta de someter nuestra reclamación para proteger y salvaguardar nuestros derechos sobre el dinero que nuestro patrono, que es el Estado, ha retenido de nuestra remuneración por tantos años de servicio y que serviría de fuente de sustento al momento de nuestro retiro.

9. Conforme a lo anterior, entendemos que en justicia procede que se nos permita someter el Formulario corregido, con la evidencia pertinente para hacer nuestra reclamación en contra del Gobierno del Estado Libre Asociado de Puerto Rico bajo el Caso No. 17-bk-03283.

10. En la alternativa entendemos que en justicia procede que se nos permita someter el Formulario corregido y con la evidencia pertinente para hacer nuestra reclamación en contra de El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, Caso No. 17-bk-03566.

**POR TODO LO CUAL**, muy respetuosamente solicitamos de esta Honorable Juez dicte Resolución determinando que: (a) procede la enmienda o corrección de nuestra Evidencia de Reclamación con el anejo correspondiente; (b) procede permitirle a la recurrente someter el Formulario corregido, con la evidencia pertinente para hacer nuestra reclamación en contra del Gobierno del Estado Libre Asociado de Puerto Rico bajo el Caso No. 17-bk-03283; o (c) en la alternativa, se nos permita someter el Formulario corregido y con la evidencia pertinente para hacer nuestra reclamación en contra de El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, Caso No. 17-bk-03566; (d) que declare NO Ha Lugar la Objeción Global en relación con nuestro reclamación 148563, con cualquier otro pronunciamiento que en Derecho proceda.

**CERTIFICO:** Haber enviado copia fiel y exacta por correo certificado de la presente Réplica a Abogado de la Junta de Supervisión (Counsel for the Oversight Board) Proskauer Rose

LLP, Eleven Times Square, Nueva York, Nueva York 10036-8299 A/A: Martin J. Bienestock, Brian S. Rosen & a Abogado del Comité de Acreedores (Counsel for the Creditors' Committee) Paul Hastings LLP 200 Park Avenue, Nueva York, Nueva York 10166 A/A: Luc A. Despins, James Bliss, James Worthington, G. Alexander Bongartz.

**RESPETUOSAMENTE SOMETIDO.**

En San Juan, Puerto Rico, a 6 de febrero de 2020.

**ADYLIZ RIVERA ORTIZ**
Calle Paraná ED-7
Urb. Santa Juanita
Bayamón, P.R. 00955
☎ 787- 453-0837
✉ a.rivera.10@hotmail.com

Case:17-03283-LTS Doc#:11147 Filed:02/14/20 Entered:02/18/20 16:46:09 Desc: Main Document Page 5 of 6