Adyliz Rivera Ortiz
Calle Paraná ED-7
Urb. Santa Juanita
Bayamón, PR 00956

CERTIFIED MAIL

7014 0150 0000 4413 2107



neopost
02/13/2020
US POSTAGE

Secretaria (Clerks Office)
Tribunal de Distrito de los Estados Unidos
#150 Chardón Avenue
Federal Building
San Juan, P.R. 00918

SAN JUAN, P.R.
U.S. DISTRICT COURT
CLERK'S OFFICE

2020 FEB 14 PM 3:10

RECEIVED & FILED