RECEIVED & FILED
2020 FEB 14 PM 3: 12
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

US POSTAGE
02/11/2020
From 10019
0 lbs 15 ozs
Zone 7

Pitney Bowes
ComPlsPrice
NO SURCHARGE

026W0004897206
2076604879

PRIORITY MAIL 3-DAY™

er C.
Lipton Rosen & Katz
d St
NY 10019-6119

Estimated Delivery Date: 02/14/2020

0004



ERK OF THE UNITED STATES DISTRICT
HE DISTRICT OF PUERTO RICO
AL BUILDING, STE 150
E CHARDON
AN PR 00918-1706

USPS TRACKING #



9405 5098 9864 2855 4359 97

The Clerk of the United States District Court
For the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767