# CERTIFICATE OF SERVICE

I have caused to be sent a copy of (1) Response to Docket#4784, #7057, #8141 and #9730] Individual Commonwealth GO and PBA Bondholder Motion to Dismiss Claims Objections to Claims by Holders of Commonwealth GO and PBA bonds; (2) [Response to Adv.Proc.19-292-Docket#12 and Adv.Proc.19-293-Docket#1] Motion of Individual Bondholder to Dismiss Complaints; (3) [Response to #10754 and 10755] Response and Opposition to UCC Motion for Order (A) Setting Briefing Schedule and Hearing Date for Omnibus Objection to Claims Asserting Priority, (B) Approving Form of Notice and (C) Granting Related Relief; and (4) letter to Clerk of Court, by email to each of the other parties or their attorneys on the attached service list pages.

Dated: February 11, 2020

_____
Peter C. Hein

Case:17-03283-LTS Doc#:11148-3 Filed:02/14/20 Entered:02/18/20 16:54:55 Desc:
Certificate of Service Page 2 of 12

Proskauer Rose LLP
11 Times Square
New York, NY 10036

Attn: Martin J. Bienenstock, Esq. (mbienenstock@proskauer.com)
Brian Rosen, Esq. (brosen@proskauer.com)
Paul V. Possinger, Esq. (ppossinger@proskauer.com)
Ehud Barak, Esq. (ebarak@proskauer.com)
Maja Zerjal, Esq. (mzerjal@proskauer.com)

Paul Hastings LLP
200 Park Ave.
New York, NY 10166

Attn: Luc A. Despins, Esq. (lucdespins@paulhastings.com)
James Bliss, Esq. (jamesbliss@paulhastings.com)
Andrew V. Tenzer, Esq. (andrewtenzer@paulhastings.com)
Michael E. Comerford, Esq. (michaelcomerford@paulhastings.com)
James Worthington, Esq. (jamesworthington@paulhastings.com)
G. Alexander Bongartz, Esq. (alexbongartz@paulhastings.com)

| | |
|---|---|
| **To:** | Bienenstock, Martin J. (Proskauer Rose LLP); Rosen, Brian S. (Proskauer Rose LLP); Possinger, Paul V. (Proskauer Rose LLP); Barak, Ehud (Proskauer Rose LLP); Zerjal, Maja (Proskauer Rose LLP); Despins, Luc A. (Paul Hastings LLP); Bliss, James R. (Paul Hastings LLP); Tenzer, Andrew V. (Paul Hastings LLP); Comerford, Michael (Paul Hastings LLP); Worthington, James B. (Paul Hastings LLP); Bongartz, G. Alexander (Paul Hastings LLP); Bienenstock, Martin J. (Proskauer Rose LLP); Rosen, Brian S. (Proskauer Rose LLP); Possinger, Paul V. (Proskauer Rose LLP); Barak, Ehud (Proskauer Rose LLP); Zerjal, Maja (Proskauer Rose LLP); Despins, Luc A. (Paul Hastings LLP); Bliss, James R. (Paul Hastings LLP); Tenzer, Andrew V. (Paul Hastings LLP); Comerford, Michael (Paul Hastings LLP); Worthington, James B. (Paul Hastings LLP); Bongartz, G. Alexander (Paul Hastings LLP); Stafford, Laura (Proskauer Rose LLP) |

| | |
|---|---|
| To: | Gerardo.Portela@aafaf.pr.gov; Mohammad.Yassin@aafaf.pr.gov; Rapisardi, John J. (O'Melveny & Myers LLP); Uhland, Suzzanne S. (O'Melveny & Myers LLP); Friedman, Peter M. (O'Melveny & Myers LLP); mitchelln@omm.com; DiConza, Maria J. (O'Melveny & Myers LLP); lmarini@mpmlawpr.com; cvelaz@mpmlawpr.com; malvarez@mpmlawpr.com; Bienenstock, Martin J. (Proskauer Rose LLP); Possinger, Paul V. (Proskauer Rose LLP); herman.bauer@oneillborges.com; Barak, Ehud (Proskauer Rose LLP); Zerjal, Maja (Proskauer Rose LLP); Despins, Luc A. (Paul Hastings LLP); Bliss, James R. (Paul Hastings LLP); Worthington, James B. (Paul Hastings LLP); Bongartz, G. Alexander (Paul Hastings LLP); jcasillas@cstlawpr.com; dbatlle@cstlawpr.lcom; aaneses@cstlawpr.com; emontull@cstlawpr.com; rgordon@jenner.com; Levin, Richard (Jenner & Block, LLP); csteege@jenner.com; ajb@bennazar.org; Monsita.lecaroz@usdoj.gov; ustp.region21@usdoj.gov |

**To:** 'Goldstein, Irena'; Fioccola, David J. (Morrison & Foerster, LLP); kurt.mayr@bracewell.com; rachel.goldman@bracewell.com; david.ball@bracewell.com; david.lawton@bracewell.com; shannon.wolf@bracewell.com; Kirpalani, Susheel (Quinn Emanuel Urquhart & Sullivan LLP); Goldstein, Marcia L. (Weil, Gotshal & Manges LLP); DiBlasi, Kelly (Weil, Gotshal & Manges LLP); gabriel.morgan@weil.com; Polkes, Jonathan D. (Weil, Gotshal & Manges LLP); gregory.silbert@weil.com; Friedmann, Jared R. (Weil, Gotshal & Manges LLP); Miller, Atara (Milbank LLP); Mainland, Grant R. (Milbank LLP); dburke@robbinsrussell.com; Stancil, Mark T. (Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP); Bernstein, Donald S. (Davis Polk & Wardwell LLP); Resnick, Brian M. (Davis Polk & Wardwell LLP); Libby, Angela M. (Davis Polk & Wardwell LLP); Peck, James M. (Morrison & Foerster, LLP); Lee, Gary S. (Morrison & Foerster, LLP); Esposito, Grant J. (Morrison & Foerster, LLP); Ellenberg, Mark C. (Cadwalader, Wickersham & Taft LLP); Caton, Amy (Kramer Levin Naftalis & Frankel LLP); Mayer, Thomas Moers (Kramer Levin Naftalis & Frankel LLP); Bello, Nancy M. (Kramer Levin Naftalis & Frankel LLP); O'Neill, P. Bradley (Kramer Levin Naftalis & Frankel LLP); Zeituni, Karen (Paul, Weiss, Rifkind, Wharton & Garrison LLP); Rosenberg, Andrew N. (Paul, Weiss, Rifkind, Wharton & Garrison LLP); Buckley, Douglas (Kramer Levin Naftalis & Frankel LLP); Bjork, Jeffrey E. (Latham & Watkins LLP); Harris, Christopher (Latham & Watkins LLP); Goldberg, Adam J. (Latham & Watkins LLP); Burton, Liza L. (Latham & Watkins LLP); Casey.Servais@cwt.com; Csteege@jenner.com; rgordon@jenner.com; lralford@jenner.com; deborahnewman@quinnemanuel.com; dblabey@kramerlevin.com; Bassett, Nicholas A. (Paul Hastings LLP); Bliss, James R. (Paul Hastings LLP); Papalaskaris, Angela (Brown Rudnick Berlack Israels LLP); Beville, Sunni P. (Brown Rudnick Berlack Israels LLP); Weisfelner, Edward S. (Brown Rudnick Berlack Israels LLP); TAxelrod@brownrudnick.com; RSierra@brownrudnick.com; Despins, Luc A. (Paul Hastings LLP)

Case:17-03283-LTS Doc#:11148-3 Filed:02/14/20 Entered:02/18/20 16:54:55 Desc: Certificate of Service Page 9 of 12

To: agestrella@estrellallc.com; kcsuria@estrellallc.com; rrivera@jgl.com; Robbins, Lawrence S. (Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP); hburgos@cabprlaw.com; rcasellas@cabprlaw.com; dperez@cabprlaw.com; Hawkins, Howard R. (Cadwalader, Wickersham & Taft LLP); bill.natbony@cwt.com; Halstead, Ellen (Cadwalader, Wickersham & Taft LLP); thomas.curtin@cwt.com; mpico@rexachpico.com; Sosland, Martin A. (Butler Snow LLP); Callen, Jason W. (Butler Snow LLP); gacarlo@carlo-altierilaw.com; loomislegal@gmail.com; Fioccola, David J. (Morrison & Foerster, LLP); jnewton@mofo.com; akissner@mofo.com; epo@amgprlaw.com; loliver@amgprlaw.com; robert.berezin@weil.com; Polkes, Jonathan D. (Weil, Gotshal & Manges LLP); gregory.silbert@weil.com; mfb@tcm.law; lft@tcm.law; jvankirk@tcm.law; Mayer, Thomas Moers (Kramer Levin Naftalis & Frankel LLP); Caton, Amy (Kramer Levin Naftalis & Frankel LLP); Buckley, Douglas (Kramer Levin Naftalis & Frankel LLP); rcamara@ferraiuoli.com; Colon, Sonia E. (Ferraiuoli LLC); Dunne, Dennis F. (Milbank LLP); aleblanc@milbank.com; Miller, Atara (Milbank LLP); Mainland, Grant R. (Milbank LLP)