**Extremely Urgent**

ORIGIN ID:RMEA (516) 747-6700
STACY SPECTOR, ESQ.
KIRSCHENBAUM KIRSCHENBAUM PC
200 GARDEN CITY PLAZA - SUITE 315

GARDEN CITY, NY 11530 US
SIGN: STACY SPECTOR, ESQ.

SHIP DATE: 13FEB20
ACTWGT: 1.00 LB
CAD: 1061626/INET4220

BILL SENDER
NO EEI 30.37(a)

TO
U.S. DISTRICT COURT
DISTRICT OF PUERTO RICO
150 CARLOS CHARDON STREET
SAN JUAN PR 00918
(516) 747-6700 X 304      REF:
INV:
PO:                       DEPT:

(US)

FedEx Express

FedEx Ship Manager - Print Your Label(s)

TRK# 7777 6237 1190
0430

FRI - 14 FEB A5
INTL PRIORITY

**XQ SIGA**

00918
PR-US  SJU

RT 713    1400   B
FZ        00   1190
              14Feb

2/13/2020

◂ Insert shipping document here.