TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| *JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO*<br><br>*como representante de*<br><br>*ESTADO LIBRE ASOCIADO DE PUERTO RICO Y OTROS*<br>*Deudores* | *Caso Núm. 17BK-3283-LTS*<br><br>*PROMESA, Título III*  |

### MOCIÓN URGENTE EN SOLICITUD DE TÉRMINO

**AL HONORABLE TRIBUNAL:**

COMPARECE acreedor, Margot Santa Alicea, por derecho propio, y muy respetuosamente EXPONE, ALEGA y SOLICITA:

1. Recibí por correo postal un paquete de documentos cuyos titulos mencionan la "*Centesima Trigesima Tercera Objecion Global*" y exigen que se consulta con algun representante legal para propiamente replicar los mismos.

2. Al dia de hoy, ante el calendario de trabajo, los recursos limitados y el costo de contratar un representante legal, estoy muy respetuosamente solicitando al Honorable Tribunal una extensión de término para poder cumplir con lo ordenado.

3. La que suscribe mantiene una reclamación válida, sobre la cual, otros acreedores en la misma igualdad de condiciones han cobrado.

4. Por todo lo cual, entendiendo que tengo una reclamación meritoria, solicito la presente extensión de término y la oportunidad de propiamente replicar la objeción presentada por el deudor en contra de mi reclamación, en un término no menor de veinte (20) días.

POR TODO LO CUAL, a la luz de lo antes expuesto, muy respetuosamente solicito al Honorable Tribunal una extensión de término para cumplir con replicar la objeción presentada oportunamente.

**RESPETUOSAMENTE SOMETIDO.**

En Caguas, Puerto Rico, __18__ de febrero de 2020.

**MARGOT SANTA ALICEA**
P.O. Box 633,
San Lorenzo, Puerto Rico 00754
Phone: (939) 332-9931
Margotsanta2@gmail.com

-2-