TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO<br><br>*como representante de*<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO Y OTROS<br>*Deudores* | *Caso Núm.* 17BK-3283-LTS<br><br>*PROMESA, Título III* |

## MOCIÓN URGENTE EN SOLICITUD DE TÉRMINO

**AL HONORABLE TRIBUNAL:**

COMPARECE acreedor, Lilliam Alicea Colón, por derecho propio, y muy respetuosamente EXPONE, ALEGA y SOLICITA:

1. Recibí por correo postal un paquete de documentos cuyos títulos mencionan la *"Centesima Trigesima Tercera Objeción Global"* y exigen que se consulta con algún representante legal para propiamente replicar los mismos.

2. Al día de hoy, ante el calendario de trabajo, los recursos limitados y el costo de contratar un representante legal, estoy muy respetuosamente solicitando al Honorable Tribunal una extensión de término para poder cumplir con lo ordenado.

3. La que suscribe mantiene una reclamación válida, sobre la cual, otros acreedores en la misma igualdad de condiciones han cobrado.

4. Por todo lo cual, entendiendo que tengo una reclamación meritoria, solicito la presente extensión de término y la

oportunidad de propiamente replicar la objeción presentada por el deudor en contra de mi reclamación, en un término no menor de veinte (20) días.

POR TODO LO CUAL, y de todo lo antes expuesto, muy respetuosamente solicito al Honorable Tribunal una extensión de término para cumplir con replicar la objeción presentada oportunamente.

**RESPETUOSAMENTE SOMETIDO.**

En Caguas, Puerto Rico, 18 de febrero de 2020.

*[firma]*
LILLIAM ALICEA COLON
P.O. Box 285,
Punta Santiago, Puerto Rico 00741
Phone: (939) 579-9764
Email: lilly_ac12@yahoo.com

-2-