# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | PROMESA |
| THE FINANCIAL OVERSIGHT AND | ) | Title III |
| MANAGEMENT BOARD FOR PUERTO RICO | ) | |
| | ) | Case No. 17-BK-03283 (LTS) |
| as representative of | ) | |
| | ) | |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | ) | |
| | ) | |
| Debtors.[1] | ) | |

---

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | PROMESA |
| THE FINANCIAL OVERSIGHT AND | ) | Title III |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | |
| | ) | Case No. 17-BK-03566 (LTS) |
| as representative of | ) | |
| | ) | |
| THE EMPLOYEES RETIREMENT SYSTEM OF THE | ) | |
| GOVERNMENT OF THE COMMONWEALTH OF | ) | |
| PUERTO RICO, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

_____ )
                                        )
                                        )
THE SPECIAL CLAIMS COMMITTEE OF THE     )
FINANCIAL OVERSIGHT AND MANAGEMENT      )   Adv. Proc. No. 19-00356 (LTS)
BOARD FOR PUERTO RICO, ACTING BY AND    )
THROUGH ITS MEMBERS,                    )
                                        )
        and                             )
                                        )
THE OFFICIAL COMMITTEE OF UNSECURED     )
CREDITORS OF ALL TITLE III DEBTORS      )
(OTHER THAN COFINA),                    )
                                        )
        as co-trustees of               )
                                        )
THE EMPLOYEES RETIREMENT SYSTEM OF THE  )
GOVERNMENT OF PUERTO RICO,              )
                                        )
        Plaintiff,                      )
                                        )
v.                                      )
                                        )
DEFENDANT 1M, *et al.*,                 )
                                        )
        Defendants.                     )
                                        )
_____ )
                                        )
THE SPECIAL CLAIMS COMMITTEE OF THE     )
FINANCIAL OVERSIGHT AND MANAGEMENT      )
BOARD FOR PUERTO RICO, ACTING BY AND    )   Adv. Proc. No. 19-00357 (LTS)
THROUGH ITS MEMBERS,                    )
                                        )
                                        )
        and                             )
                                        )
THE OFFICIAL COMMITTEE OF UNSECURED     )
CREDITORS OF ALL TITLE III DEBTORS      )
(OTHER THAN COFINA),                    )
                                        )
        as co-trustees of               )
                                        )
THE EMPLOYEES RETIREMENT SYSTEM OF THE  )
GOVERNMENT OF PUERTO RICO,              )

|  |  |
|---|---|
| Plaintiff, | ) |
|  | ) |
|  | ) |
| v. | ) |
|  | ) |
|  | ) |
| STOEVER GLASS & CO., *et al.*, | ) |
|  | ) |
| Defendant. | ) |
|  | ) |
|  | ) |

_____

|  |  |
|---|---|
| THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, ACTING BY AND THROUGH ITS MEMBERS, | ) |
|  | ) |
|  | ) |
|  | ) Adv. Proc. No. 19-00359 (LTS) |
| and | ) |
|  | ) |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS (OTHER THAN COFINA), | ) |
|  | ) |
|  | ) |
| as co-trustees of | ) |
|  | ) |
| THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| DEFENDANT 1H-78H, | ) |
|  | ) |
| Defendants. | ) |
|  | ) |

_____

|  |  |
|---|---|
| THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, ACTING BY AND THROUGH ITS MEMBERS, | ) |
|  | ) |
|  | ) Adv. Proc. No. 19-00361 (LTS) |
| and | ) |
|  | ) |

THE OFFICIAL COMMITTEE OF UNSECURED )
CREDITORS OF ALL TITLE III DEBTORS )
(OTHER THAN COFINA), )
)
     as co-trustees of )
)
THE EMPLOYEES RETIREMENT SYSTEM OF THE )
GOVERNMENT OF PUERTO RICO, )
)
     Plaintiff, )
)
v. )
)
DEFENDANT 1G-50G, *et al.*, )
)
     Defendants. )

---------------------------------------------------------------------- X

## ORDER

     This matter is before the Court on the *ERS Bondholders' Consented-To Urgent Motion for Substitute Service of Deposition Subpoena on Juan Cancel Alegria* (Dkt. No. 811 in 17-BK-3566; Dkt. No. 11082 in 17-BK-3283; Dkt. No. 84 in 19-AP-356; Dkt. No. 85 in 19-AP-357; Dkt. No. 62 in 19-AP-359; and Dkt. No. 71 in 19-AP-361) (the "Urgent Motion").   Therein, the Bondholders[2] seek an order authorizing service of a deposition subpoena on Juan Cancel Alegria, a former ERS Administrator, by Federal Express at his home address and by email.  The Bondholders represent that, while they have identified Mr. Cancel Alegria's home address, they have been unable to make service at that address because security has repeatedly denied the process server entry to Mr. Cancel Alegria's gated community.

---

[2] Capitalized terms not defined herein shall have the meanings given to them in the Urgent Motion.

4

The Court finds that the Bondholders have made a diligent attempt to serve Mr. Cancel Alegria personally but have been unable to do so.  Accordingly, the Court hereby ALLOWS the Urgent Motion.  The Bondholders may serve Mr. Cancel Alegria by Federal Express at his home address, with copies by email to two addresses linked to him in public records.

This Order resolves Dkt. No. 811 in 17-BK-3566, Dkt No. 11082 in 17-BK-3283, Dkt. No. 84 in 19-AP-356, Dkt. No. 85 in 19-AP-357, Dkt. No. 62 in 19-AP-359, and Dkt. No. 71 in 19-AP-361.

SO ORDERED.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: February 19, 2020