# TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS

# PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO, COMO REPRESENTANTE DE ESTADO LIBRE ASOCIADO DE PUERTORICO Y OTROS, <br><br>DEUDORES | PROMESA <br><br> TITULO 111 <br><br> (Administrada conjuntamente) <br><br> La presente radicación guarda relación con el ELA, la ACT y el SRE |

I. Datos: Miriam Melendez Reyes Número de reclamo: 163205, (Dirección) HC 1 BOX 3119 Arroyo PR 00714 (Celular) 787-922-8190 (Email) miriammelendez93@gmail.com

II. Epígrafe: NOTIFICACION DE LA CENTESIMA CUADRAGESIMA SEGUNDA OBJECION GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE UNAS LEYES PUERTORRIQUEÑAS NO ESPECIFICADAS

III. Motivos: Yo Miriam Meléndez Reyes soy empleada activa del Departamento de Educación de Puerto Rico Docente desde el 2 de julio de 1989. Estoy reclamando la ley 89, ley 34, ley 164 que en conjunto estimo la cantidad de $25,380.00 que me pertenece actualmente y alguna otra cantidad adicional mientras este activo como empleado del Departamento de Educación tengo todo mi derecho de recibir estas cantidades aproximadas por todos los años de servicios conforme a las leyes establecidas por el Estado Libre Asociado de Puerto Rico.

IV. Documentación Justificativa. Adjunto la evidencia de documentos que incluye las leyes arriba mencionadas. De necesitar alguna otra información favor de notificarme de inmediato:

1. Estado de cuenta estimado (actual febrero 15,2020)

2. Estado de Cuenta estimado ( anterior 24 de Junio de 2018)

3. Certificación de empleo

Miriam Melendez Reyes

15 de febrero de 2020

Anexo C

