# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

PROGRAMA DE BENEFICIOS DEFINIDOS
ESTADO DE CUENTA ESTIMADO

28 de junio de 2018

**Agencia: 170 - DEPARTAMENTO DE EDUCACION**

MELENDEZ REYES MIRIAM
HC 1 BOX 3119

Seguro Social: XXX-XX-9740

ARROYO,  PR 00714

Nuestros registros al 28 de junio de 2018 reflejan lo siguiente:

### Balances Acumulados

| Tiempo | Aportaciones | Intereses | Balance Final |
|---|---|---|---|
| 28 Años - 7 Meses - 1 Sem. - 3.81 Días | $57,195.29 | $14,706.47 | $71,901.76 |

### Información Demográfica

| Fecha de Nacimiento | Ingreso al Servicio Público | Comienzo de Cotización | Género |
|---|---|---|---|
| | 02 de julio de 1989 | 14 de julio de 2003 | Femenino |

Los balances reflejados representan la acumulación de aportaciones e intereses en su cuenta de Beneficios Definidos a base de las aportaciones recibidas a la fecha de emisión del estado de cuenta. Esta información no es una certificación oficial. La información puede variar, de encontrarse diferencias en el Informe de Cambio, enviado por el Departamento de Educación y otras Instituciones Gubernamentales y de existir anulaciones futuras entre cuentas que afecten las aportaciones del Sistema.

De no coincidir esta información con sus registros, usted puede solicitar revisión a través de nuestras sucursales presentando la evidencia o información que valide la corrección a realizar.

Recuerde que puede crear o acceder a su cuenta para recibir información a través de nuestra página www.srm.pr.gov seleccionando: **Mi SRM.**

Le exhortamos a que visite nuestra página para que se mantenga informado sobre su Sistema de Retiro.

235 Avenida Arterial Hostos, Edificio Capital Center , Torre Norte, Hato Rey, Puerto Rico 00918
P.O. Box 191879, Hato Rey, PR 00919-1879

srm_correspondenciaconsulta@srm.pr.gov   (787) 777-1414   http://www.srm.pr.gov





GOBIERNO DE PUERTO RICO
Sistema de Retiro para Maestros

SRM-SB-020
Rev. marzo 2017

Estimado(a) participante MIRIAM MELENDEZ REYES

De acuerdo a nuestros registros, el balance de aportaciones acumuladas en el SRM es
de aproximadamente $61,976.26 al 15 de febrero de 2020. Las aportaciones han
devengado intereses por $17,677.05 para un total de cuotas e intereses de
$79,653.31.

El tiempo acreditado es de aproximadamente 30 año(s), 3 mes(es), 1 semana(s), 3.81
día(s).

Los pagos realizados por planes de pago, recaudaciones o pagos pendientes pueden
no estar considerados en estos balances. Además, esta información puede variar, de
encontrarse diferencias en el Informe de Cambio enviado por el patrono y de existir
anulaciones futuras entre cuentas que afecten las Aportaciones del Sistema.

Estos cálculos son preliminares, están sujetos a verificación y ajustes cuando radique
su Solicitud de Retiro. Deberá permanecer cotizando en el SRM hasta la fecha que
proyecta retirarse.

Atentamente,

Área de Servicios de Retiro



235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918
P.O. Box 191879 · San Juan PR 00919-1879

℡ 787.777.1414      🖷 787.759.2883      www.srm.pr.gov



Si usted tiene una transferencia de aportaciones y la misma no se refleja en su Relación de años y Servicios , puede
comunicarse con nosotros mediante correo electrónico a srm_correspondenciaconsulta@srm.pr.gov. También puede
comunicarse y/o visitarnos en nuestras localidades: Ver Localidades

Enviar        Cancelar

235 Avenida Arterial Hostos
Edificio Capital, Center Torre Norte
Hato Rey, PR

P.O.Box 191879
San Juan PR 00919-1879

Centro de Contacto
787.777.1414

DEPARTAMENTO DE
EDUCACIÓN
GOBIERNO DE PUERTO RICO

# DEPARTAMENTO DE EDUCACION
## Estado Libre Asociado de Puerto Rico
### Secretaría Auxiliar de Recursos Humanos

ATT: Ley Promesa

18 de febrero de 2020

# C E R T I F I C A C I O N

| | |
|---|---|
| Certifico que | : MIRIAM MELENDEZ REYES |
| Seguro Social | : -9740 mmr |
| Categoría | : MA. EDUC SEC (ESPAÑOL) |
| Distrito Escolar | : GUAYAMA |
| Sueldo Mensual | : $2,721.67 |
| Status | : PERMANENTE |
| Observaciones | : |
| Trabaja | : Desde el 21 de agosto de 1989 hasta el presente. |
| Cesó | : N/A |
| Renunció | : N/A |
| Otros | : Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 30 años, |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.