TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

En el asunto de:

JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,

    como representante de

ESTADO LIBRE ASOCIADO DE PUERTO RICO y otros,

    Deudores.

PROMESA, Título III

Núm. 17 BK 3283-LTS

(Administrada conjuntamente)

**La presente radicación guarda relación con el ELA, la ACT y el SRE.**

Réplica a Objeción Global de parte Demandada

Al Honorable Tribunal:

Comparece:

    Alberto Rosado Rodríguez, mayor de edad, parte demandante y con interés en la Reclamación 157078 radicada el 6/28/2018 contra el Estado Libre Asociado de Puerto Rico como deudor y por la suma reclamada de $17,400.00.

1.     Mis datos de contacto son:

    Alberto Rosado Rodríguez, con dirección postal PO Box 1370, San Germán, P.R., teléfono (787)910-3537 y correo electrónico babylichy40@yahoo.com.

2.     Ante el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico y en el asunto de epígrafe se ha presentado objeción global circunscrita a lo siguiente:

CENTÉSIMA CUADRAGÉSIMA SEXTA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS A RECLAMOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTOR RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE UNAS LEYES PUERTORRIQUEÑAS NO ESPECIFICADAS

3.     Que presento objeción, total y absoluta a dicha alegación y replico la misma en virtud de que trabajé en la Autoridad de Acueducto y Alcantarillado por espacio de cuatro años con 3 meses (aproximadamente 5 años) por lo que entiendo procede mi reclamación así que soy parte con interés y tengo derecho a la concesión del remedio solicitado que es el pago de la suma reclamada porque de lo contrario el estado se estaría enriqueciendo injustamente con lo que legalmente me corresponde.

4. Para probar mi reclamo acompaño como prueba o documentación justificativa lo siguiente:

a. copia de los talonarios de oct./ 1986 hasta dic./1989

*ARR*

Por lo que, de este Tribunal solicito declare NO HA LUGAR la objeción global presentada por la parte demandante en cuanto a mi reclamación por lo aquí expuesto.

En San Germán, P.R. a 18 de febrero de 2020.

_____
Alberto Rosado Rodríguez
PO BOX 1370
San Germán, P.R. 00683
Tel. 787-910-3537
c-e babylichy40@yahoo.com

Certifico haber radicado el original del presente escrito personalmente en

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
#150 Chardon Avenue
Federal Building
San Juan (Puerto Rico) 00918

y haber remitido copias certificadas a:

Abogado de la Junta de Supervisión (Counsel for the Oversight Board)
Proskauer LLP
Eleven Times Square
Nueva York, Nueva York 10036-8299
A/A: Martin J. Bienenstock
Brian S. Rosen

Abogado del Comité de Acreedores (Counsel for the Creditors' Committe)
Paul Hastings LLP
200 Park Avenue
Nueva York, Nueva York 10166
A/A: Luc A. Despins
James Bliss
James Worthington
G. Alesander Bongartz

_____
Alberto Rosado Rodríguez