18 de febrero de 2020

Tribunal de Distrito de los Estados Unidos
Para el Distrito de Puerto Rico
Promesa, Título III
Núm. 17 BK3283-LTS

*Margarita Figueroa Ortiz*
Sra. Margarita Figueroa Ortiz
P.O. Box 628
Trujillo Alto, PR 00977
Núm. Reclamación 158039
Margarita0660@gmail.com

**OBJECIÓN RESULTADO DE LA NOTIFICACIÓN DE LA CENTÉSIMA QUINTA OBJECIÓN GLOBAL, EL ELA**

Debido a los Eventos Telúricos y constantes réplicas en Puerto Rico, se me hizo imposible Objetar el resultado de la notificación de la Centésima Quinta Objeción global, El ELA, **Número de Reclamación 158039.**

Solicito me permitan objetar la notificación e incluir una réplica de los documentos donde sustenta el monto de la Reclamación Número 158039.

En esta se incluye:

- ✓ Certificación del Patrono indicando fecha en que comencé a prestar servicios.