18 de febrero de 2020

Tribunal de Distrito de los Estados Unidos
Para el Distrito de Puerto Rico
Promesa, Título III
Núm. 17 BK3283-LTS

Sra. Carmen E. Rodríguez Lanzar
HC 61 Box 4503
Trujillo Alto, PR 00976
Núm. Reclamación 127115
carmenelba.rodz@gmail.com

**OBJECIÓN RESULTADO DE LA NOTIFICACIÓN DE LA CENTÉSIMA QUINTA OBJECIÓN GLOBAL, EL ELA**

Debido a los Eventos Telúricos y constantes réplicas en Puerto Rico, se me hizo imposible Objetar el resultado de la notificación de la Centésima Quinta Objeción global, El ELA, **Número de Reclamación 127115.**

Solicito me permitan objetar la notificación e incluir una réplica de los documentos donde sustenta el monto de la Reclamación Número 127115.

En esta se incluye:

- ✓ Certificación del Patrono indicando fecha en que comencé a prestar servicios.