

ESTADO LIBRE ASOCIADO DE PUERTO RICO
GOBIERNO MUNICIPAL AUTÓNOMO DE TRUJILLO ALTO
DEPARTAMENTO DE RECURSOS HUMANOS

*Eduardo Rodríguez Colón*
*Director*

# CERTIFICACIÓN

Certifico que la señora **Carmen E. Rodríguez Lanzar**, seguro social XXX-XX-8548, trabaja para el Municipio de Trujillo Alto desde el 1 de noviembre de 2001 hasta el presente. Ocupa un puesto regular como Oficial de Pre-Intervención, adscrito al Departamento de Finanzas.

Para que así conste, firmo la presente hoy 13 de febrero de 2020.

Eduardo Rodríguez Colón

P.O. BOX 1869 TRUJILLO ALTO, P.R. 00977
TEL. (787) 761-0172