ESTADO LIBRE ASOCIADO DE PUERTO RICO
GOBIERNO MUNICIPAL AUTÓNOMO DE TRUJILLO ALTO
DEPARTAMENTO DE RECURSOS HUMANOS



Eduardo Rodríguez Colón
Director

# CERTIFICACIÓN

Certifico que la señora **Yaditza Torres Figueroa**, seguro social XXX-XX-1845, trabaja para el Municipio de Trujillo Alto desde el 16 de enero de 2002 hasta el presente.  Ocupa un puesto regular como Encargada de la Propiedad, adscrito al Departamento de Finanzas.

Para que así conste, firmo la presente hoy  13 de febrero de 2020.



Eduardo Rodríguez Colón

P.O. BOX 1869 TRUJILLO ALTO, P.R. 00977
TEL. (787) 761-0172