18 de febrero de 2020

Tribunal de Distrito de los Estados Unidos
Para el Distrito de Puerto Rico
Promesa, Título III
Núm. 17 BK3283-LTS

Sra. Milta E. Bermudez Gonzalez
1641 Calle Dalia
Urb. Round Hill
Trujillo Alto, PR 00976-2734
Núm. Reclamación 131592
Mbermudez0804@gmail.com

**OBJECIÓN RESULTADO DE LA NOTIFICACIÓN DE LA CENTÉSIMA QUINTA OBJECIÓN GLOBAL, EL ELA**

Debido a los Eventos Telúricos y constantes réplicas en Puerto Rico, se me hizo imposible Objetar el resultado de la notificación de la Centésima Quinta Objeción global, El ELA, **Número de Reclamación 131592.**

Solicito me permitan objetar la notificación e incluir una réplica de los documentos donde sustenta el monto de la Reclamación Número 131592.

En esta se incluye:

- ✓ Certificación del Patrono indicando fecha en que comencé a prestar servicios.