Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico

En el asunto:

Junta de Supervisión y Administración Financiera para Puerto Rico,

como representante de

Estado Libre Asociado de Puerto Rico y otros,

Deudores.

Promesa,

Título III

Num. 17 BK 3283 LTS.

(Administrado conjuntamente)

La presente radicación relación con el ELA, la HTA y el SRE.

Replica de la centésima Quincuagésima objeción (Global o no sustantiva) del estado libre Asociado de Puerto Rico, de la Autoridad de Carreteras y transportación de Puerto Rico y del Sistema de Retiro de los Empleados del gobierno del Estado Libre Asociado de Puerto Rico a varios Reclamos Deficiente.

Solicito que se me remita apelar la notificación lo cual le envío evidencia de Certificación de Empleo.

| Rodríguez Burgos, Walter | claim # 137168 | Date 6-29-2018 | Debtor Employees Retirement System of the Government of the Commonwealth P.R. | assert claim 33,400.00 |

Cualquier otra información requerida se me notifique.

Att.
Walter Rodríguez Burgos.
Urb. La Granja Calle Bernardino Torres H-3 Caguas P.R. 00726.
Tel. (787) 317-4634

RECEIVED & FILED 2020 FEB 18 PM 12:48 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.