**GOBIERNO DE PUERTO RICO**
Departamento de Corrección y Rehabilitación

# CERTIFICACIÓN

Certifico que, **Walter Rodríguez Burgos,** seguro social xxx-xx- laboró para el Departamento de Corrección y Rehabilitación en un puesto **Regular** como *Oficial Correccional* desde el 15 de enero de 1996 hasta el 23 de marzo de 2017, fecha en que fue efectiva su *Cesantía por Incapacidad.*

Se expide la presente certificación en San Juan, Puerto Rico, hoy **18 de febrero de 2020**.

Certifico correcto,

*[firma]*
Nilsa J. Kuilan Collazo
Coordinadora en Asuntos de Retiro
Secretaría Auxiliar de Recursoso Humanos
y Relaciones Laborales
División Beneficios Marginales

/msm

Calle Juan Calaf, Urb. Industrial Tres Monjitas, Hato Rey, P.R., 00917 / Apartado 71308, San Juan, P.R. 00936 Tel. (787) 273-6464 ext. 5206