Claimat: Yenitza Ruiz Alicea
157 Campo Alegre
Utuado PR, 00641
Teléfono: 787-450-2465
yenyalicea@yahoo.com

INTAKE DROP BOX
RECEIVED & FILED

2020 FEB 18 PM 1:10

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

Tribunal de Distrito de los Estados Unidos
Para el Distrito de Puerto Rico
Centésima Quincuagésima Objeción Global
Del Estado Libre Asociado de Puerto Rico

Debtors: Estado Libre Asociado de Puerto Rico
Gobierno De Puerto Rico
Departamento de Educación
No. 17 BK 3283-LTS

A quien pueda interesar:

Yo, Yenitza Ruiz Alicea, no estoy de acuerdo y por lo tanto me opongo a la Objeción Global y valido mi reclamación #114214 justificando la misma con los documentos adjuntos.

Comencé a trabajar en el Departamento de Educación en el mes de ___enero___ del año __2008__. Ejerciendo para la agencia un total de __9__ años hasta el presente. El 22 de julio del 2003 se aprobó la Ley 164, concediendo un aumento salarial de $100.00 mensual, efectivo el 1ro de enero del 2004, el cual no fue honrado por el patrono lo que representa una deuda a mi favor hasta el día de hoy de $___10,800___.

En total, el Departamento d Educación, por las disposiciones establecidas en dicha ley me adeuda la suma de $___10,800___.

Adjunto documentos que certifican la validez de estos reclamos.

Att.
*Yenitza Ruiz Alicea*
Yenitza Ruiz Alicea
Reclamación #114214