# DEPARTAMENTO DE EDUCACIÓN
## Estado Libre Asociado de Puerto Rico
Secretaría Auxiliar de Recursos Humanos
Division de Personal Docente

## INFORME DE NOMBRAMIENTOS Y CAMBIOS

Expediente:

Número del Cambio: 1481

| Número del Cambio | Antes del Cambio | Después del Cambio |
|---|---|---|
| 1. Nombre del Empleado | YENITZA RUIZ ALICEA | |
| 2. Seguro Social | YRA | |
| 3. Número de Puesto | R70978 | |
| 4. Cifra de Cuenta | E1110-221-0810000-0000-08100-2013-SCHOOLWIDE13 | |
| 5. Cifra de Cuenta SIFDE | E1110 - 221 - 13326 - 01F - 2013 - SCHOOLWIDE13A - 13326 - 01F - 1110 | |
| 6. Status | PROBATORIO | PERMANENTE |
| 7. Escala de Retribución | BAE | |
| 8. Clasificación y Número de Clase | MA. EDUC. SEC (MATEMATICAS) 9817 | |
| 9. Sueldo | $ 1,775.00 | |
| 10. Diferencial | | |
| 11. División o Escuela | S. U. FRANCISCO JORDAN 13326 | |
| 12. Programa | | |
| 13. Ubicación | UTUADO 138 | |
| 14. Acción y Duración | | CAMBIO DE STATUS |
| 15. Aportación a Retiro | | |
| 16. Último Día de Trabajo | | |
| 17. Último Día de Pago | | |
| 18. Fecha de Efectividad | | 01/AGOSTO/2013 |
| 19. Comentarios y Explicaciones | CONSIDERESE PARA CAMBIO STATUS SOLAMENTE | |

20. Firma del Jefe de Agencia o Representante Autorizado

Dra. Julia Nazario Fuentes

AUG 02 2013

Fecha de Preparado: 01/AGOSTO/2013
Preparado Por: LNG

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2219, 2223, 2227, 2229, 2224, 3461 FAX
El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.



# DEPARTAMENTO DE EDUCACION
### Estado Libre Asociado de Puerto Rico
Secretaría Auxiliar de Recursos Humanos

**ATT: LEY PROMESA**

18 de febrero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | YENITZA RUIZ ALICEA |
| Seguro Social | : | YRA |
| Categoría | : | MA. EDUC. SEC (MATEMATICAS) |
| Distrito Escolar | : | UTUADO |
| Sueldo Mensual | : | $1,941.67 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | Desde el 30 de enero de 2008 hasta el presente. |
| Cesó | : | N/A |
| Renunció | : | N/A |
| Otros | : | Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de (9) años. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| RUIZ ALICEA, YENITZA | 114214 | 6/27/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| RUIZ ALICEA, YENITZA | 114214 | 6/27/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si **tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**