Secretaría
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, PR 00918-1767

*[firma]*

Joel Pagán García
Urb. Mira Flores
C/29 Bloque 17 #4
Bayamón, PR 00957
Teléfono: 787- 460-2976
Correo Electrónico: joelo42@gmail.com

Asunto: Réplica para vista de Objeción Legal
Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico
En el Asunto de: Junta de Supervisión y Administración Financiera para Puerto Rico en la Notificación de la Centésima Quincuagésima Objeción Global (No Sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a varios reclamantes.

La evidencia adjunta se presenta con fines de cumplir la notificación de reclamo deficiente recibida en 17 de Enero de 2020 y con el numero de reclamacion 137066. Adjunto encontrarán el documento que evidencian y suple la información que respalda mi reclamación contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. Con ella solicito se reconozca el total de aportaciones de veinte y ocho mil seis dólares con cuarenta y ocho centavos ($28,006.48) por concepto de Aportación Individual y Años de Servicio. Bajo la Reforma 2000 participo de dicho programa a una anualidad vitalicia que le Brinda a cada retirado bajo un pago continuo y certero durante sus años de servicio. La Ley R2000 al 30 de junio de 2013 me reconoce un beneficio de ciento diecinueve con cuarenta y ocho centavos (119.48), por el total de aportaciones durante mis años acreditados.

Incluyo documento:

ESTADO DE CUENTA ESTIMADO