Secretaría
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, PR 00918-1767

*Edgard Verdejo* (signature)

Edgardo Verdejo Sanchez
Villa Fontana
Via 27 4jn3
Carolina, PR 00983
Telefono: 787-546-7260

Asunto: Réplica para vista de Objeción Legal
Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico
En el Asunto de: Junta de Supervisión y Administración Financiera para Puerto Rico en la Notificación de la Centésima Quincuagésima Objeción Global (No Sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a varios reclamantes.

La evidencia adjunta se presenta con fines de cumplir la notificación de reclamo deficiente recibida en 21 de Enero de 2020 con el numero de reclamacion 149940. Adjunto encontrarán los documentos que evidencian y suplen la información que respalda mi reclamación contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. Con ella solicito se reconozca el total de aportaciones de Diecinueve mil setecientos veinte con ochenta y cuatro ($19,720.84) por concepto de Aportación Individual y Años de Servicio. Bajo la Reforma 2000 participo de dicho programa a una anualidad vitalicia que le Brinda a cada retirado bajo un pago continuo y certero durante sus años de servicio. La Ley R2000 al 30 de junio de 2013 me reconoce un beneficio de ochenta y tres con cuarenta y cuatro ($83.44), por el total de aportaciones durante mis años acreditados.

Incluyo Documento:

ESTADO DE CUENTA ESTIMADO