**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

12 de febrero de 2020

**Agencia: 406 - DEPARTAMENTO DE LA FAMILIA**

EDGARDO VERDEJO SANCHEZ
VILLA FONTANA
4JN3 VIA 27
CAROLINA, PR 00983

Seguro Social: XXX-XX-:

A base de la información en nuestros registros, al 12 de febrero de 2020 usted posee:

Género: Masculino

Fecha de Nacimiento:
Fecha de Ingreso al Servicio Público: 01 de julio de 2007
Fecha de Comienzo de Cotización: 01 de julio de 2007

| Ley R2000 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | | Ley 106 | |
|---|---|---|---|---|---|
| Años Acreditados: | 5.02 | Tiempo Trabajado: | 4 | Tiempo Trabajado: | 2.58 |
| | | Aportaciones: | 8,761.53 | Aportaciones: | 5,139.38 |
| | | Intereses: | 2,419.65 | Intereses: | 0.00 |
| | | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| **Servicio No Cotizado** | | **Transferido Ley R2000** | | | |
| Pagado: | 0.00 | Aportaciones: | 8,416.80 | | |
| Tiempo: | 0.00 | Intereses: | 122.86 | | |
| **Balance Acumulado:** | 0.00 | **Total Aportaciones:** | 19,720.84 | **Total Aportaciones:** | 5,139.38 |
| **Beneficio:** | 0.00 | **Beneficio:** | 83.44 | **Beneficio:** | 0.00 |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes



**RETIRO**
GOBIERNO DE PUERTO RICO

Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov