RECEIVED & FILED

2020 FEB 18 AM 8: 34

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R

# TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS

## PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| JUNTA DE SUPERVISION Y ADMINISTRACION | PROMESA |
| FINANCIERA PARA PUERTO RICO, | TITULO 111 |
| COMO REPRESENTANTE DE | (Administrada conjuntamente) |
| ESTADO LIBRE ASOCIADO DE PUERTORICO Y | La presente radicación guarda |
| OTROS, | relación con el ELA, la ACT y el SRE |
| DEUDORES | |

I.  Datos:  Jose Luis Rodriguez Rivera  Número  de reclamo:  141045,  (Dirección) Urb. Villas de Lafayette Calle Y A-Z-13 Arroyo, PR 00714  (Celular) 787-557-2551 (Email) reyita.plaud@icloud.com

II.  Epígrafe:     NOTIFICACION DE LA CENTESIMA CUADRAGESIMA SEGUNDA OBJECION GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE UNAS LEYES PUERTORRIQUEÑAS NO ESPECIFICADAS

III.  Motivos: Yo Jose Luis Rodriguez Rivera soy empleado Retirado desde Junio del 2015 del Departamento de Educación de Puerto Rico Docente desde el 11 de agosto de 1987.  Estoy reclamando la ley 89, ley 34, ley 164 que en conjunto estimo la cantidad de $20,000 que entiendo me pertenece como empleado del Departamento de Educación tengo todo mi derecho de recibir estas cantidades aproximadas por todos los años de servicios conforme a las leyes establecidas por el Estado Libre Asociado de Puerto Rico.

IV.  Documentación Justificativa. Adjunto la evidencia de documentos que incluye las leyes arriba mencionadas. De necesitar alguna otra información favor de notificarme de inmediato:

1. Certificacion del Departamento de Educacion

2. Certificacion Pension Sistema de retiro para maestros

Jose Luis Rodriguez Rivera

15 de febrero de 2020