# Certificación de Notificación

Yo, **José Luis Rodríguez Rivera**, con # <u>141045</u> de reclamo, hoy 18 de de febrero del 2020, estoy entregando personalmente en la Oficina Secretaria Federal la réplica Promesa Titulo III, núm. 17 BK 3283-LTS, que incluye las leyes y otros documentos:

- Ley 89, Ley 34 y Ley 164
- Certificación de Educación
- Evidencia de Aportación acumulada de Retiro de Maestro (retirado)

Comentario_____

_____

Recibo por: _____

Fecha: _____ Hora: _____

Entregado por: _____

# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

**ATT:** Sistema Retiro para Maestros

10 de septiembre de 2013

## CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | JOSE L. RODRIGUEZ RIVERA |
| Seguro Social | : | |
| Categoría | : | MA. EDUCACION FISICA (K-12) |
| Distrito Escolar | : | PATILLAS_ |
| Sueldo Mensual | : | $2,705.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | Desde el 11 de agosto de 1987 hasta el presente. |
| Cesó | : | N/A |
| Renunció | : | N/A |
| Otros | : | Ha prestado servicios para este Departamento por un período de veinticuatro (24) años, cuatro (4) meses, dos (2) semanas, dos días y medio. |

Cándida R. Chico
Supervisor
Archivo Docente

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.



**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
Sistema de Retiro para Maestros

10 de septiembre de 2015

JOSE L. RODRIGUEZ RIVERA　　　　XXX-XX　　　　Solicitud No:　　836207
URB VILLAS DE LA FAYETTE　　　　　　　　　　　Radicada en:　　12 ago 2015
AZ 13 CALLE Y
ARROYO, PR 00714

Profesor(a): Rodriguez Rivera　　　　　　　　CASO: 507

Deseamos informarle que su Pension Años De Servicio / Merito ha sido aprobada. Su retiro fue efectivo el 29 de julio de 2015 y su renta mensual será de $1,559.73. Recibirá un pago retroactivo desde el 29 de julio de 2015 al 15 de septiembre de 2015.

Le orientamos que puede autorizar a nuestro Sistema a descontar de su pensión determinada cantidad para pagar compromisos contraídos, tales como; seguro médico de su preferencia u otras deducciones permitidas por ley.

Si usted no se encuentra conforme con la presente determinación podrá radicar dentro del término de 20 días a partir de la notificación de la determinación del Director o su representante, un Escrito de Reconsideración ante la Junta de Síndicos del SRM. Dicha solicitud puede ser radicada personalmente o enviada por correo.

Radicaciones

Dirección Física: Secretaría Junta de Síndicos, Piso 8, Capital Center, Torre Norte 235 Ave Arterial Hostos, Hato Rey, PR

Dirección Postal: Secretaría Junta de Síndicos, Piso 8, PO Box 191879, San Juan, PR 00919-1879

En las radicaciones por correo, el matasellos debe mostrar que la misma fue cursada dentro del término establecido. Todos los términos mencionados en los incisos para apelar o solicitar reconsideración son en días naturales. El procedimiento de apelación se rige por el Reglamento 7053 de 15 de noviembre de 2005.

Le informamos que cualquier gestión, comunicación o trámite que efectúe con nuestro Sistema, distinto a los escritos antes mencionados, no interrumpe los términos que dispone para ejercer su derecho de apelación.

Cordialmente,

Gretchen I. Ferra Tirado
Directora Área De Servicios De Retiro

235 Ave. Arterial Hostos, Edif. Capital Center,
Torre Norte, Hato Rey
P.O. Box 191879 Hato Rey, PR 00919-1879
Tel: (787) 777-1414; Fax:
http://www.srm.pr.gov    E-mail: srm_correspondenciaconsulta@srm.pr.gov

