

A QUIEN PUEDA INTERESAR

CERTIFICO que, **Carmen E. Quiñones Rivera**, Número de Seguro Social,           , trabaja para el Departamento de la Familia en la Administracion para el Sustento de Menores en la **Oficina Local Cayey**.

La señora **Quiñones**, ofrece servicios como **EPA..** Comenzó en la agencia el **04 de septiembre de 1994**. El empleado devenga un salario bruto de $1,685.00 mensual.

Certifico hoy, **12 de febrero de 2020**, para los fines que crea pertinentes.

*[firma]*

**Nelson Rodríguez Rivera**
Oficial Administrativo II
Oficina Regional Guayama