

## GOBIERNO DE PUERTO RICO

Departamento de la Familia

A QUIEN PUEDA INTERESAR

CERTIFICO que, **Lisette Arroyo Ramos**, Número de Seguro Social            , trabaja para el **Departamento de la Familia** con la **Administración para el Sustento de Menores (ASUME)** en la **Oficina Local Guayama**.

La **señora Arroyo**, ofrece servicios como **EPA**. Comenzó en la agencia el **01 de junio de 1994**. La empleada devenga un salario mensual de **$1,663.00** y su puesto es **Regular**.

Certifico hoy, **13 de febrero de 2020**, para los fines que crea pertinentes.

**Nelson Rodriguez Rivera**
Oficial Administrativo II
Recursos Humanos