

# GOBIERNO DE PUERTO RICO

Departamento de la Familia

A QUIEN PUEDA INTERESAR

CERTIFICO que, **Maribel Ramos Vázquez**, Número de Seguro Social _____ trabaja para el **Departamento de la Familia con la Administración para el sustento de Menores (ASUME) en la Oficina Local Guayama**.

La **señora Ramos**, ofrece servicios como, **EPA II**. Comenzó en la agencia el **17 de diciembre de 1991**. La empleada devenga un salario mensual de **$2,425.00** y su puesto es **Regular**.

Certifico hoy, **13 de febrero de 2020**, para los fines que crea pertinentes.

_____
**Nelson Rodriguez Rivera**
**Oficial Administrativo II**
**Oficina Regional Guayama**