

## GOBIERNO DE PUERTO RICO

Departamento de la Familia



A QUIEN PUEDA INTERESAR

CERTIFICO que, **Vivian N. Martinez Bastian,** Número de Seguro Social para el **Departamento de la Familia** con la **Administración Sustento de Menores (ASUME)** en la **Oficina Local de Guayama.**

La **Sra .Martinez,** ofrece servicios como **EPA I.** Comenzó en la agencia el **01 de agosto de 2000.** La empleada devenga un salario mensual de **$1,910.00** y su puesto es **Regular**.

Certifico hoy, **13 de febrero de 2020**, para los fines que crea pertinentes.

_____
**Nelson Rodriguez Rivera**
Oficial Recursos Humanos
Administrativo II

Oficina de Recursos Humanos, Edificio FISA, Paseo del Pueblo P.O. Box 210, Guayama, PR
00785, Tel. 787-864-4373