Claimant: Luz Nidia Medina Schelmety
B-128, Sector Campo Alegre, Utuado
Puerto Rico, 00641
Tel. 939-252-2018
schelmi2@yahoo.com

INTAKE-DROP BOX
RECEIVED & FILED

2020 FEB 18 PM 1:05

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Tribunal de Distrito de los Estados Unidos
Para el Distrito de Puerto Rico
Centésima Quincuagésima Objeción Global
Del Estado Libre Asociado de Puerto Rico

Debtors: Estado Libre Asociado de Puerto Rico
Gobierno de Puerto Rico
Departamento de Educación
No. 17 BK 3283-LTS

A quien pueda interesar:

Yo, Luz Nidia Medina Schelmety, me opongo a la Objeción Global y valido mi reclamación # 106006 justificando la misma con los documentos adjuntos.

Commencé a trabajar para el Departamento de Educación para el mes de enero del 1994 y continuo trabajando actualmente para el Departamento de Educación (febrero, 2020). El 22 de julio del 2003 se aprobó la Ley 164, concediendo un aumento salarial de (cien dólares) $100.00 mensuales, efectivos al 1ro de enero del 2004, el cual no fue honrado por el patrono, lo que representa una deuda a mi favor, a la fecha de hoy (13 de febrero de 2020) adeudan la cantidad de $19,200.00.

En total, el Departamento de Educación (Estado Libre Asociado del Gobierno de Puerto Rico), por las disposiciones establecidas en dicha ley me adeuda la suma de $19,200.00.

Adjunto los documentos que certifican la validez de estos reclamos.

Atentamente,

*[firma]*

Luz Nidia Medina Schelmety
Reclamación #106006