

# DEPARTAMENTO DE EDUCACION
Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

**ATT: LEY PROMESA**

18 de febrero de 2020

## CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | LUZ N. MEDINA SCHELMETY |
| Seguro Social | : | |
| Categoría | : | MA. EDUC. SEC (INGLES) |
| Distrito Escolar | : | UTUADO_ |
| Sueldo Mensual | : | $3,256.67 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | Desde el 19 de enero de 1994 hasta el presente. |
| Cesó | : | N/A |
| Renunció | : | N/A |
| Otros | : | Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de (25) años, (6) meses, (3) semanas y (1/2) días. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

Form. 409 Rev./7...

Estado Libre Asociado de Puerto Rico
**DEPARTAMENTO DE INSTRUCCION PUBLICA**
División de Personal - Hato Rey, Puerto Rico

Pagarle _____ días por vacaciones regulares en ju...

Descontarle _____ días por ausencias

## INFORME DE CAMBIO - PERSONAL DOCENTE

### ANTES DEL CAMBIO

| | | |
|---|---|---|
| 1 Nombre del Empleado | Medina Schelmety, Luz N. | |
| 2 Núm. Seg. Social | | |
| 3 Sexo | F | |
| 4 Estado Civil | Casada | |
| 5 Prep. Académica | 150 CREDITOS | 09 |
| 6 Experiencia | 0 | |
| 7 Status Empleado (Contrato) | TE | 03 |
| 8 Sueldo Bruto | $772 | |
| 9 Núm. de la Plaza | A-71377 | |
| 10 Categoría de la Plaza | Inglés Elem. | 9978 |
| 11 Clasificación Puestos Dir | | |
| 12 Fondo | Fed. | |
| 13 Cifra Cuenta | 94-222-081-29-724-075-1120-01-0767 | |
| 14 Fecha de Efectividad | 19-enero-94 | |
| 15 Acción y Duración | NOMB. RESTO ANO | |
| 16 Causa del Cese | | |
| 17 Ultimo Día Trabajo | | |
| 18 Ultimo Día de Pago | | |
| 19 Programa Escolar | FEDERA1 | |
| 20 Turno en Registro | RE | |
| 21 Distrito Escolar | Vega Alta | 072 |

### DESPUES DEL CAMBIO

RECIBIDO Depto. de Educación MAR 16 1994 División de Nóminas

### LICENCIA POR VACACIONES y/o ENFERMEDAD CONCEDIDA

22 Desde

23 Hasta

24 Observaciones (Antes del Cambio)

SE LE CORRIGIO PREPARACION SEGUN COMUNICACION CON EL DISTRITO (ZOE) EFEC. 15 MARZO 94

25 Observaciones (Después del Cambio)

Turnos anteriores no aceptaron nombramiento o no comparecieron. Plaza Vac.

26 _____ Fecha _____
Firma Empleado en caso de cambio de contrato a probatorio, traslado, reasignación permanente o descenso

27 Deseo:  ☐ Acogerme  ☐ No acogerme

Al descuento del 3% de mi sueldo mensual para el Fondo de Ahorro y Préstamo de la Asociación de Empleados del ELA de P.R. en caso de cambio de contrato de sustituto a probatorio o de sustituto a permanente.

Firma del Empleado _____ Fecha _____

28 Recomendado [signature] 22-feb.-93
Superintendente de Escuelas    Fecha

29 Recomendado

Superintendente de Escuelas    Fecha

30 APROBADO: POR EL SECRETARIO DE INSTRUCCION PUBLICA

FIRMA                                                    FECHA

* Si el nombramiento es provisional el mismo constituye un CERTIFICADO PROVISIONAL por ... uración

> IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Medina Schelmetty, Luz N | 106006 | 6/27/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

> SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Medina Schelmetty, Luz N | 106006 | 6/27/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

N 2604685

**Estado Libre Asociado de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 09/29/03 |
| Hasta: | 10/10/03 |

# Cheque: 01469962
Fecha: 10/14/03

LUZ N MEDINA SCHELMETY
URB SANTA ANA
J1 CALLE 11
VEGA ALTA PR 00692
SS:

| | |
|---|---|
| # Empleado: | |
| Dept: | 8001071-Arecibo Utuado |
| Oficina: | S. U. Francisco Jordan |
| Titulo: | M.Ingles-Nivel Sec. |
| Sueldo: | $2,080.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | | Claiming no personal exem |
| Concesiones: | 0 | |
| Pct. Adcl.: | | 1 |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,040.00 | 1140.00 | 18,860.00 |
| Total: | | | 1,040.00 | 1140.00 | 18,860.00 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA - MHI | 15.08 | 273.47 |
| PR Withholdng | 70.93 | 1,225.27 |
| Total: | 86.01 | 1,498.74 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 93.60 | 1,697.40 |
| Total: | 93.60 | 1,697.40 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 90.96 | 1,635.60 |
| AS FED MAESTROS AFT | 8.00 | 152.00 |
| GPR Plan de Ahorros | 31.20 | 565.80 |
| Total: | 130.16 | 2,353.40 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 88.40 | 1,603.16 |
| FSED Disability Plan | 17.68 | 320.68 |
| SM-First Medical Health Plan | 0.00 | 580.00 |

* Tributable

## TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Corriente | Acumulado |
|---|---|---|
| Total Bruto | 1,040.00 | 18,860.00 |
| Total Impuestos | 86.01 | 1,498.74 |
| Deducciones Totales | 223.76 | 4,050.80 |
| Paga Neta | 730.23 | 13,310.46 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| ( | 730.23 |
| Total: | 730.23 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

MENSAJE: "OCTUBRE MES DE LA CONSERVACION DE ENERGIA"