

# GOBIERNO DE PUERTO RICO
Departamento de la Familia

A QUIEN PUEDA INTERESAR

CERTIFICO que, **Carmen Ramos Santiago,** Número de Seguro Social _____, trabaja para el **Departamento de la Familia con la Administración para el sustento de Menores en la Oficina Local Guayama**.

La **señora Ramos,** ofrece servicios como, **EPA III.** Comenzó en la agencia el **07 de agosto de 1995.** La empleada devenga un salario mensual de **$2,623.00** y su puesto es **Regular.**

Certifico hoy, **13 de febrero de 2020**, para los fines que crea pertinentes.

_____
**Nelson Rodriguez Rivera**
**Oficial Administrativo II**
**Oficina Regional Guayama**