Claimant: Laura E. Gutiérrez Soto

HC03 Box14463, Utuado, PR.00641

Cel. (787)966-3907

laraguty@hotmail.com

Tribunal de Distrito de los Estados Unidos

Para el Distrito de Puerto Rico

Centésima Quincuagésima Objeción Global

Del Estado Libre Asociado de Puerto Rico

Debtors: Estado Libre Asociado de Puerto Rico

Gobierno de Puerto Rico

Departamento de Educación

No.17 BK 3283-LTS

A quién pueda interesar:

Yo, Laura E. Gutiérrez Soto, (hoy 13 de febrero de 2020), me opongo a la objeción global y válido mi reclamación 113458 justificando la misma con los documentos adjuntos.

Comencé a trabajar en el Departamento de Educación en el mes de febrero del año 1989 y me acogí al retiro el 8 de junio de 2019. El 22 de julio de 2003 se aprobó la ley 164, concediendo un aumento salarial de $100.00 mensuales, efectivo el 1 de enero de 2004, el cual no fue honrado por el patrono, lo que representa una deuda a mi favor a la fecha de mi retiro de 18,500.00.

En total, el Departamento de Educación, (Estado Libre Asociado del Gobierno de Puerto Rico), por las disposiciones establecidas en dicha ley me adeuda la cantidad de 18,500.00

Adjunto documentos que certifican la validez de estos reclamos.

Atentamente,

*Laura E. Gutiérrez Soto*
Laura E. Gutiérrez Soto

Reclamación #113458