# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Laura E. Gutiérrez Soto**, con número de seguro social que termina en _____.

| | |
|---|---|
| Fecha de Efectividad de la Pensión | 8 de junio de 2019 |
| Tiempo Cotizado para la Pensión | 30 años, 1 mes, 0 sem., 0 día |
| Pensión Mensual Inicial | $2,437.29 |
| Pensión Mensual Actual | $2,437.29 |

Esta certificación se expide hoy, **18 de febrero de 2020** en **San Juan**, Puerto Rico.

**Edgardo J. Negrón Ramírez**
Supervisor
Área de Servicios de Retiro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879



SRM
Sistema de Retiro para Maestros
Gobierno de Puerto Rico
Protegemos la Aportación al Futuro

787.777.1414   787.764.6910   www.srm.pr.gov



ESTADO LIBRE ASOCIADO DE
PUERTO RICO

DEPARTAMENTO DE EDUCACION

Secretaría Auxiliar de Recursos Humanos
Division de Personal Docente

## INFORME DE NOMBRAMIENTOS Y CAMBIOS

Expediente

Número del Cambio: 6829

| Número del Cambio | Antes del Cambio | Después del Cambio |
|---|---|---|
| 1. Nombre del Empleado | LAURA E GUTIERREZ SOTO | |
| 2. Seguro Social | | |
| 3. Número de Puesto | R06239 | |
| 4. Cifra de Cuenta | E1110-221-0810000-0000-08100-2019-SCHOOLWIDE19 | |
| 5. Cifra de Cuenta SIFDE | E1110 - 221 - 13326 - 01F - 2019 - SCHOOLWIDE19A - 13326 - 01F - 1110 | |
| 6. Estatus | REGULAR | |
| 7. Escala de Retribución | BAE | |
| 8. Clasificación y Número de Clase | MA. EDUC. NIVEL ELEMENTAL (4-6) 9969 | |
| 9. Sueldo | $3,340.00 | |
| 10. Diferencial | | |
| 11. División o Escuela | S. U. FRANCISCO JORDAN 13326 | |
| 12. Programa | | |
| 13. Ubicación | UTUADO 138 | |
| 14. Acción y Duración | | ENMIENDA RENUNCIA JUBILACION |
| 15. Aportación a Retiro | 8.5% | |
| 16. Último Día de Trabajo | 07/JUNIO/2019 3:00 PM | 07/JUNIO/2019 3:00 PM |
| 17. Último Día de Pago | 28/JUNIO/2019 03:00 PM | 07/JUNIO/2019 03:00 PM |
| 18. Fecha de Efectividad | 28/JUNIO/2019 3:00 PM | 07/JUNIO/2019 3:00 PM |

19. Comentarios y Explicaciones

SRM Y AEELA. SE ACOGE A LOS BENEFICIOS DE LA LEY NUM. 160 DEL 24 DIC 2013 CANCELA PAG.VAC. EF. 10/JUNIO/2019 P/ GLOBAL VAC. REG. 16.2.24 (DESDE 10/JUNIO/2019 8:00 AM - HASTA 2/JULIO/2019 10:24 AM) ( COMPRO TIEMPO 23.2.24 ) Y ENF. 0.0.00 NO APLICA POR LEY 26-2017    AÑOS DE SERVICIO

20. Firma del Jefe de Agencia o Representante Autorizado

Eric H. Pérez Torres

Fecha de Preparado:    04/SEPTIEMBRE/2019

Preparado Por:    ECS

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2219, 2223, 2227, 2229, 2224, 3461 FAX (787)759-
El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.

| SHR_AJU_SRM | SISTEMA DE RETIRO PARA MAESTROS | 13-11-2019 |
| --- | --- | --- |
| | Sistema de Aportaciones y Beneficios Integrados | 02:24:45 PM |
| | PAGO DE PENSION - REAJUSTE DE PENSION | Página: 1 |

| SEGURO SOCIAL | --- | | NUMERO SOLICITUD | 973749 |
| --- | --- | --- | --- | --- |
| NOMBRE | LAURA GUTIERREZ SOTO | | FECHA RADICACION | 07-06-2019 |
| DIRECCIÓN | HC 03 BOX 14463 | | REAJUSTE DE PENSION | |
| | UTUADO, PR    00641 | | PLAN DE PENSION | D - PERSONAL DOCENTE |
| | | | EDAD 54.94 | |

INGRESO A NOMINA: 15-12-2019

SERVICIOS ACREDITADOS: 30  1  0  0
Años Meses Sem Días

COSTO ANUALIDAD: $91,852.61

RETROACTIVO: 08-06-2019 AL 30-11-2019

| | | PAGO GLOBAL | MENSUAL | ANUAL |
| --- | --- | --- | --- | --- |
| | | $4,272.75 | $1,696.35 | |
| AUMENTO POR LEY: | | | $0.00 | |
| IMPORTE TOTAL (BRUTO) | | $4,272.75 | $2,437.29 | $29,247.48 |

| CONCEPTO | CLAVE | DESCUENTO | DESCUENTO |
| --- | --- | --- | --- |
| PENSION PAGADA | | $0.00 | $0.00 |
| PRÉSTAMOS: PERSONAL (PP) | 47-000 | $0.00 | $0.00 |
| CULTURAL (PC) | 45-000 | $0.00 | $0.00 |
| HIPOTECARIO (PH) | 36-000 | $0.00 | $0.00 |
| FINANZAS | 67-059 | $0.00 | $0.00 |
| INSUFICIENCIA EN APORTACION | | $0.00 | $0.00 |
| APORT. IND. 9% Cese: _____ | 26-001 | $0.00 | $0.00 |
| OTROS | | $0.00 | $0.00 |
| TOTAL DESCUENTO | | $0.00 | $0.00 |
| NETO | | $4,272.75 | $2,437.29 |

BONOS   NAVIDAD (BNP):   $0.00   VERANO (PBV):   $0.00   MEDICAMENTO (PBM):   $0.00

| COMPUTADO POR: | _Yearce Ch_ | FECHA: | 11/13/19 |
| --- | --- | --- | --- |
| INTERVENIDO POR: | | FECHA: | |
| SUPERVISOR (PENSIONES): | [signature] | FECHA: | 20 Nov 2019 |
| DIRECTOR: | [signature] | FECHA: | 21 Nov |
| INGRESADO A NOMINA POR: | | FECHA: | 21/11/19  NOV 15 2019 |
| Mes: ___  ☑ 1ra  ☐ 2da | | | |
| PAGO GLOBAL POR: | | FECHA: | 22 |
| Mes: ___  ☑ 1ra  ☐ 2da  ☐ Off Cycle  ☑ Pay Line | | | |
| SUPERVISOR (NOMINA): | [signature] | FECHA: | 26-11-19 |



# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

**ATT: LEY PROMESA**

18 de febrero de 2020

## C E R T I F I C A C I O N

| | | |
|---|---|---|
| Certifico que | : | LAURA E. GUTIERREZ SOTO |
| Seguro Social | : | |
| Categoría | : | MA. EDUCACION-NIVEL ELEMENTAL (4-6) |
| Distrito Escolar | : | UTUADO_ |
| Sueldo Mensual | : | $3,340.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 7 de junio de 2019 |
| Otros | : | Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de (30) años, (2) meses, (1) semana y (3) días. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.