# Réplica al Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico sobre determinación de la Ley Promesa

Nancy Velázquez Padilla

Cond. Assisi 1010 Carr. Luis Vigoreaux Apt. 61 Guaynabo PR 00966

787-502-4263

nahielys7@hotmail.com

Tribunal: Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico

Deudor: Estado Libre Asociado de Puerto Rico y otros.

Promesa Título III

Num. 17 BK 3283-LTS

Reclamos: 138885 y 118927

Motivo de Objeción:

La demandante no está de acuerdo con la determinación del anexo A de la ley Promesa. La demandante Nancy Velázquez Padilla no está de acuerdo con la decision de que su monto de reclamación es indeterminado. Su objeción es válida. Nancy Velázquez Padilla ha trabajado para el Departamento de Educación de Puerto Rico desde el 1991 hasta el presente, y está dispuesta a proveer toda la información necesaria y requerida para determinar cuál es la cantidad a pagar. Esta información será provista según solicitada a tiempo en su totalidad.

_____
Nancy Velázquez Padilla

02/18/2020