**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**INFORME DE SUELDOS Y DEDUCCIONES**

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| NANCY VELAZQUEZ PADILLA | 01 | 30 1195 | 353714 | 568734255 |

**DEDUCCIONES**

| ESPECIFICAS | | | | | MISCELANEAS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS AHORROS / SEGURO | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | | 06 | 29542 | 60 | 2500 | | |
| 72474 | 17900 | 86417 | | | | | | | | |
| MES CORRIENTE | | | | | | | | | | |
| 15472 | 3719 | 17955 | | | | | | | | |

| 1234535 | 1234535 | 256500 | 256500 | 00 | 69188 | 187312 |
|---|---|---|---|---|---|---|
| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ra QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | MES CORRIENTE | | |

VEASE CLAVES AL DORSO



# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

ATT: SRM

30 de julio de 2019

## CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | NANCY VELAZQUEZ PADILLA |
| Seguro Social | : | ---- |
| Categoría | : | MA. INGLES NIVEL ELEMENTAL (K-6) |
| Distrito Escolar | : | SAN JUAN II_ |
| Sueldo Mensual | : | $2,680.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | Desde el 14 de agosto de 1991 hasta el presente. |
| Cesó | : | N/A |
| Renunció | : | N/A |
| Otros | : | Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 28 años. |

Candida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.