

# GOBIERNO DE PUERTO RICO
Departamento de la Familia

A QUIEN PUEDA INTERESAR

CERTIFICO que, **Wanda I Cotto Lebrón,** Número de Seguro Social trabaja para el **Departamento de la Familia** con la **Administración para el Sustento de Menores (ASUME)** en la **Oficina Local Guayama.**

La **señora Cotto,** ofrece servicios como **OPA.** Comenzó en la agencia el **03 de octubre de 1993.** La empleada devenga un salario mensual de **$2,024.00** y su puesto es **Regular.**

Certifico hoy, **13 de febrero de 2020,** para los fines que crea pertinentes.

**Nelson Rodriguez Rivera**
**Oficial Administrativo II**
**Recursos Humanos**