Réplica al Tribunal de Distrito de los Estados Unidos

para el Distrito de Puerto Rico sobre

determinación de la Ley Promesa

Rebecca Ileana Torres de Jesús

Jardines de Quintana Apt. C-29 San Juan, PR 00917

787-461-3319

sualihey.torres@upr.edu

Tribunal: Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico

Deudor: Estado Libre Asociado de Puerto Rico y otros.

Promesa Titulo III

Núm. 17 BK 3283-LTS

Reclamos: 133477 y 92191

Motivos de Objeción:

La demandante está de acuerdo con la determinación del anexo A de la ley Promesa. La demandante Rebecca Ileana Torres de Jesús está de acuerdo con la decisión de que su monto de reclamación es uno de $5,000 y otro de $40,800. Su objeción es válida. Rebecca Ileana Torres de Jesús ha trabajado para el Departamento de Educación de Puerto Rico desde el 1991 hasta el presente, y está dispuesta a proveer toda la información necesaria y requerida para determinar cuál es la cantidad a pagar. Esta información será provista según solicitada a tiempo en su totalidad.

_____

Rebecca Ileana Torres de Jesús

02/18/2020