

# DEPARTAMENTO DE EDUCACIÓN
### Department of Education

ESTADO LIBRE ASOCIADO DE PUERTO RICO
Commonwealth of Puerto Rico

## Certificado Vitalicio
*Life Certificate*

**El Secretario de Educación por la presente confiere a**
*The Secretary of Education hereby issues to*

**REBECCA TORRES DE JESUS**

**el presente Certificado de Maestro que lo faculta para ejercer como**
*this Certificate that entitles the holder to perform as*

MAESTRO(A) DE ESCUELA ELEMENTAL
ELEMENTARY SCHOOL TEACHER

**en las escuelas públicas o privadas de Puerto Rico.**
*in the School System of Puerto Rico.*

**Expedido el** 21 de octubre **de 20** 03
*Issued on* October 21, 20 03

**Dado en San Juan de Puerto Rico, el** 04 noviembre **de 20** 03
*Given at San Juan, Puerto Rico on* November 04, 20 03

Número de Certificado: 229

Cesar A. Rey Hernandez
Secretario de Educación
*Secretary of Education*

Certificate Number: 229