

# TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS

# PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO, COMO REPRESENTANTE DE ESTADO LIBRE ASOCIADO DE PUERTORICO Y OTROS, DEUDORES | PROMESA TITULO 111 Núm. 17 BK 3283-LTS (Administrada conjuntamente) La presente radicación guarda relación con el ELA, la ACT y el SRE |

I. Datos: Martina Morales Número de reclamo: 149189 (Dirección) Box 743 Arroyo PR 00714. Cell) 787-674-0525 e-mail producoqui6@gmail.com

II. Epígrafe: NOTIFICACION DE LA CENTESIMA CUADRAGESIMA SEGUNDA OBJECION GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE UNAS LEYES PUERTORRIQUEÑAS NO ESPECIFICADAS

III. Motivos: Yo Martina Morales soy empleada no docente retirada del Departamento de Educación de Puerto Rico desde el 30 de Marzo del 1981 hasta el 1 de agosto de 2002 y entiendo que tengo el derecho de reclamar la ley 89 y la ley 34 por 21años y 9 meses la cantidad aproximada de $6,525 o cualquier otra cantidad que me corresponda según estipula las leyes.

IV. Documentación Justificativa. Adjunto la evidencia de documentos que incluye las leyes arriba mencionadas. De necesitar alguna otra información favor de notificarme de inmediato:

1. Certificación de balances de aportaciones estimadas.

2. Estado de cuenta estimado.

*Martina Morales* (firma)

Martina Morales

15 de febrero de 2020

RECEIVED & FILED
2020 FEB 18 PM 1: 36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## Certificación de Notificación

Yo, **Martina Morales**, con # **149189** de reclamo, hoy 18 de febrero del 2020, estoy entregando personalmente en la Oficina Secretaria Federal la réplica Promesa Titulo III, núm. 17 BK 3283-LTS, que incluye las leyes y otros documentos:

- Ley 180, Ley 89 y Ley 34
- Evidencia del Sistema de Retiro

Comentario_____

_____

Recibo por: _____

Fecha: _18/feb./2020_ Hora: _____

Entregado por: _Martina Moral_