

**GOBIERNO DE PUERTO RICO**

DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos
Archivo No Docente

# CERTIFICACIÓN

Certifico que **Martina Morales Iraola,** con seguro social XXX-XX    , ocupó el puesto de **Prof. Servicios de Alimentos I en** el Distrito **Escolar de Guayama.** Comenzó a prestar servicios el **30 de marzo de 1981** hasta el **1 de agosto 2002.** Devengó un salario de **$1,031.00** mensuales.

El **16 de octubre de 1983** la empleada comenzó a cotizar para el retiro.

Certificación dada en San Juan, Puerto Rico, hoy, el **6 de febrero de 2020** según solicitada por la/el empleada(o).

*[signature]*

Marieliz Arroyo Figueroa
Supervisora Archivo No Docente

P.O. Box 190759, San Juan, PR 00919-0759  Tel.: (787)773-3025 ó 3051

El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.



**GOBIERNO DE PUERTO RICO**

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# CERTIFICACIÓN

Certificamos que MARTINA MORALES IRAOLA, disfruta beneficios de PENSION POR EDAD Y SERVICIO de este Sistema de Retiro. La misma fue efectiva el 02 de agosto de 2002. En la actualidad, recibe una anualidad ascendente a $6,000.00 pagadera en mensualidades de $500.00.

Además, tiene derecho a un bono de medicamentos de $100.00, un aguinaldo de navidad de $200.00 y una aportación para plan médico de $100.00 mensuales.

Esta certificación se expide hoy 13 de febrero de 2020, en San Juan, Puerto Rico.

Certifico correcto,

Marlisa Marrero Negron
Gerente Auxiliar
División de Asuntos de Pensionados

KCRUZ



437 Ave. Ponce de León San Juan, P.R. 00917-3711 · PO Box 42003 San Juan, P.R. 00940-2203
787.777.1500 · 787.767.1108 · www.retiro.pr.gov