INTAKE DROP BOX
RECEIVED & FILED

2020 FEB 18 AM 8: 49

U.S. DISTRICT OF...

14 de febrero de 2020

**Replica a la objeción global**

**Datos Personales:**

Nombre: Lourdes Torres Guzmán

Dirección: HC 63 Box 3776

Patillas, PR 00723

Teléfono: (787) 318-3118

Correo Electrónico: ltorres3118@gmail.com

Numero de reclamación: 116699

**Epígrafe:**

Tribunal de distrito de los Estados Unidos para el distrito de Puerto Rico

En el asunto de: PROMESA, Titulo 111

Junta de Supervisión y Administración Financiera para Puerto Rico, Núm. 17 BK 3283-LTS

como representante de

Estado Libre Asociado de Puerto Rico y otros, La presente radicación guarda relación el ELA, la ACT y el SRE.

Centésima Trigésima novena objeción Global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la autoridad de carreteras y transportación de Puerto Rico y del sistema de retiro de los empleados del gobierno del estado libre asociado de puerto rico a reclamos deficientes en los que se alegan intereses sobre la base de unas leyes puertorriqueñas no especificadas.

Nombre de los deudores:

1. El Estado Libre Asociado de Puerto Rico (el "ELA") (núm. de procedimiento de quiebra17 BK 3283-LTS) (últimos cuatro dígitos del numero federal de contribuyente:3481)
2. La corporación del Fondo de interés apremiante de Puerto Rico ("Cofina") (núm. de procedimiento de quiebra 17 BK3284-LTZ) (últimos cuatro dígitos del numero federal de contribuyente: 8474)

3.  La Autoridad de Carreteras y Transportación de Puerto Rico (la ÄCT") (núm. de
    procedimiento de quiebra 17 BK 3567-LTS (últimos cuatro dígitos del numero
    federal de contribuyente:3808)
4.  El sistema de Retiro de los Empleados del Gobierno del Estado dígitos del
    numero federal de contribuyente: 9686);
5.  La Autoridad de Energía Eléctrica de Puerto Rico (la "AEE') (núm. de
    procedimiento de quiebra 17 BK 4780-LTS)

Motivo para oponerse a la objeción global:

Me opongo a que el tribunal declare a lugar a la objeción global y desestimen mi
reclamación  116699   por las siguientes leyes Ley 164 (escala salarial), Ley 9
(Quinquenio) y Ley 89 (Romeraso), por la cual considero tengo derecho de acuerdo a
mis años de servicio en el Departamento de la Familia como empleada de carrera
regular desde septiembre de 1994, hasta el presente.

Le incluyo certificación empleo.


Gracias,

Lourdes Torres Guzmán