

A QUIEN PUEDA INTERESAR

CERTIFICO que, **Lourdes Torres Guzman**, Número de Seguro Social, , trabaja para el Departamento de la Familia en la Administracion para el Sustento de Menores en la **Oficina Local Guayama**.

La señora **Torres** ofrece servicios como **Sup. Especialista Pensión Alimentaria**. Comenzó en la agencia el **01 de agosto de 1995**. El empleado devenga un salario bruto de $$2,929.00 mensual.

Certifico hoy, **12 de febrero de 2020**, para los fines que crea pertinentes.

**Nelson Rodríguez Rivera**
Oficial Administrativo II
Oficina Regional Guayama

Oficina de Recursos Humanos, Edificio FISA
Paseo del Pueblo P.O. Box 210
Guayama, PR 00785, Tel. 787-864-4373