# Certificación de Notificación



INTAKE DROP BOX
RECEIVED & FILED
2020 FEB 18 PM 1:30
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

Yo, <u>Violeta Mariani Guevara</u>, con #<u>137422</u> de reclamo, hoy 18 de febrero 2020, estoy entregando personalmente en la Oficina Secretaria Federal la réplica Promesa Título III, núm. 17 BK 3283-LTS, que incluye las leyes y otros documentos:

- Ley 164, Ley 89 y Ley 34
- Evidencia del Sistema de Retiro
- Evidencia de Empleo

Comentario
_____
_____

Recibo Por: _____

Fecha: _____   Hora: _____

Entregado por: _Violeta Mariani Guevara_

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS

PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO, COMO REPRESENTANTE DE ESTADO LIBRE ASOCIADO DE PUERTORICO Y OTROS, <br><br>DEUDORES | PROMESA <br>TITULO 111 Núm. 17 BK 3283-LTS <br>(Administrada conjuntamente) <br>La presente radicación guarda relación con el ELA, la ACT y el SRE |

I. Datos: Violeta Mariani Guevara, reclamo #137422 (Dirección) PO BOX 138 Patillas PR 00723 (cell) 787-385-7077 (email) violetamariani@gmail.com

II. Epígrafe: NOTIFICACION DE LA CENTESIMA CUADRAGESIMA SEGUNDA OBJECION GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE UNAS LEYES PUERTORRIQUEÑAS NO ESPECIFICADAS

III. Motivos: Yo Violeta Mariani Guevara fui empleada del Departamento de Educación de Puerto Rico desde enero 1976 hasta julio 29, 2011. Por la cual estoy reclamando la cantidad de $18,600 por la ley 89, ley 34, ley 164 según estipula la ley del por el Estado Libre Asociado.

IV. Documentación Justificativa. Adjunto la evidencia de documentos que incluye las leyes arriba mencionadas. De necesitar alguna otra información favor de notificarme de inmediato:

1. Certificación de Empleo

*Violeta Mariani Guevara*
Violeta Mariani Guevara

15 de febrero de 2020