## REQUEST FOR EMPLOYMENT INFORMATION

**From:**
**Telephone Number:**
**Social Security Administration**
**1-800-772-1213**

**Name and Address of Employer:**

**Date:** 08/10/2011
**Employee's Name:** VIOLETA MARIANI GUEVARA
**Employee's Social Security Number:**
**Name of Claimant:** VIOLETA MARIANI GUEVARA
**Claim Number:** 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

Dear Sir/Madam

We need the following information to determine if the above claimant is entitled to Supplementary Medical Insurance under Medicare.

Please, answer the questions below, sign and date this letter and return it in the enclosed envelope.

Please call the above telephone number if you have any questions.

Sincerely,

Office Manager

1. When did the employee or claimant start working for the company? __1976__
2. Is (or was) the claimant covered under an Employer Group Health Plan? [X] YES [ ] NO
3. If YES, give the original date of coverage for this claimant. __01-08-88__
4. Has the coverage ended? [ ] YES [X] NO
5. If YES, give the date the coverage ended. __N/A__
6. Is the employee or claimant still working for your company? [ ] YES [X] NO
7. If NO, give the date when either the employee or claimant last worked for the company. __JULY 29, 2011__

_Norma E. Marrero Costa_  |  AUGUST 11, 2011  |  (787) 893-2480
Signature and Title of Company Official | Date | Telephone Number

**Centers for Medicare and Medicaid Services**  **Form CMS-L564**

 

SECRETARIA AUXILIAR DE RECURSOS HUMANOS
Oficina Regional Educativa de Caguas

## CERTIFICACIÓN EMPLEO

Certifico que la Prof. Violeta Mariani Guevara, seguro social ocupó con status Regular el puesto R15290, como Maestra Educación Elemental 4to a 6to, laboró con la agencia desde el 30 de enero de 1974 hasta el 30 de mayo de 2011, adscrito a la Escuela Joaquín Parrilla del Municipio de Patillas.

Devengó un salario bruto de $2,755.00 mensuales.

Cualquier información adicional, puede comunicarse al 787-743-1234, Ext.4441.

Dado hoy, 18 de febrero de 2020, en Caguas, Puerto Rico.

María M. Aponte Santos
Directora Recursos Humanos
ORE - Caguas

DEPARTAMENTO DE EDUCACION
Región Educativa de Caguas
PO Box 398
Caguas, PR 00725



El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.