

## TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS

## PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO, COMO REPRESENTANTE DE ESTADO LIBRE ASOCIADO DE PUERTORICO Y OTROS, <br><br> DEUDORES | PROMESA <br> TITULO 111 Núm. 17 BK 3283-LTS <br> (Administrada conjuntamente) <br> La presente radicación guarda <br> relación con el ELA, la ACT y el SRE |

I. Datos: Rosaulino Santiago González, Reclamo# 152933,( Dirección) PO BOX 138 Patillas, PR 00723 (violetamariani@gmail.com) cell 787-385-7077

II. Epígrafe: NOTIFICACION DE LA CENTESIMA CUADRAGESIMA SEGUNDA OBJECION GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE UNAS LEYES PUERTORRIQUEÑAS NO ESPECIFICADAS

III. Motivos: Yo Rosaulino Santiago Gonzalez fui empleado del Departamento de la Policia de Puerto Rico desde el 20 de agosto de 1966 hasta el 1ro de enero de 1983. Por la cual estoy reclamando la cantidad de $3,900 por la ley 89, ley 34, según estipula la ley del por el Estado Libre Asociado.

IV. Documentación Justificativa. Adjunto la evidencia de documentos que incluye las leyes arriba mencionadas. De necesitar alguna otra información favor de notificarme de inmediato:

1. Certificación de Empleo

*Rosaulino Santiago Gonzalez*

15 de febrero de 2020

# Certificación de Notificación



Yo, Rosaulino Santiago Gonzalez, con #152933 de reclamo, hoy 18 de febrero 2020, estoy entregando personalmente en la Oficina Secretaria Federal la réplica Promesa Título III, núm. 17 BK 3283-LTS, que incluye las leyes y otros documentos:

- Ley 89 y Ley 34
- Evidencia del Sistema de Retiro
- Evidencia de Empleo

Comentario
_____
_____

Recibo Por: _____

Fecha: _____ Hora: _____

Entregado por: _Rosaulino Santiago Gonzalez_