ESTADO LIBRE ASOCIADO DE PUERTO RICO

POLICIA DE PUERTO RICO



DIRIJA TODA
LA CORRESPONDENCIA OFICIAL
AL SUPERINTENDENTE
APARTADO 938, HATO REY, P. R.

20 de agosto de 1966

Sr. Rosaulino Santiago González
P/C Decano Academia
Policía de Puerto Rico

Estimado señor Santiago González:

Me place comunicarle que ha sido usted seleccionado para ingresar en el Cuerpo de la Policía.

Como es de su conocimiento, es ésta una distinción que se ofrece a un número limitado de ciudadanos. Pertenecer al Cuerpo de la Policía, por su larga tradición de excelentes servicios, es un honor y debe ser motivo de especial orgullo para sus integrantes.

De acuerdo con la facultad que me confiere el Artículo 6 (a) de la Ley de la Policía (Ley Núm. 77 del 22 de junio de 1956), según ha sido subsiguientemente enmendada, tengo el gusto de notificarle su nombramiento como Guardia en el Cuerpo de la Policía. En este puesto devengará un sueldo mensual de $250. Se le asigna la placa número 6698.

Este nombramiento será efectivo desde la fecha en que preste juramento y tome posesión de su cargo.

Conforme a la Ley usted será sometido a un período probatorio de dos años. Durante ese período será observado por sus superiores para determinar si su conducta y capacidad ameritan que usted obtenga un nombramiento con carácter permanente. Espero que así sea.

Desde este momento es usted, por lo tanto, miembro de la Policía de Puerto Rico. El uniforme que le será entregado es el símbolo de la confianza que depositan en usted sus conciudadanos. Estoy seguro que usted sabrá honrar ampliamente esa confianza al dedicar su mayor esfuerzo en mantener el orden público y proteger vida y propiedad de esos conciudadanos.

Cordialmente,

Salvador Rodríguez
Superintendente