# TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS

# PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO, COMO REPRESENTANTE DE ESTADO LIBRE ASOCIADO DE PUERTORICO Y OTROS, <br><br> DEUDORES | PROMESA <br><br> TITULO 111 Núm. 17 BK 3283-LTS <br><br> (Administrada conjuntamente) <br><br> La presente radicación guarda relación con el ELA, la ACT y el SRE |

I. Datos: Irma M. Rivera García, Reclamo# 97172 ,( Dirección) Urb. Belinda Calle 1 Casa B 20 Arroyo, PR 00714, ( Cell) 787-486-0569, riverairma253@yahoo.com

II. Epígrafe: NOTIFICACION DE LA CENTESIMA CUADRAGESIMA SEGUNDA OBJECION GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE UNAS LEYES PUERTORRIQUEÑAS NO ESPECIFICADAS

III. Motivos: Yo, Irma M. Rivera García fui empleada Docente Del Departamento de Educación de PR desde el 2 de agosto del 1976 hasta el 31 de julio del 2014, por la cual estoy reclamando la ley 89, ley 34 y la ley 164 por la cantidad estimada de $22,350.00 según estipula la ley del Estado Libre Asociado de Puerto Rico.

IV. Documentación Justificativa. Adjunto la evidencia de documentos que incluye las leyes arriba mencionadas. De necesitar alguna otra información favor de notificarme de inmediato:
   1. Certificación de Empleo
   2. Certificación Retiros año de servicio
   3. Certificación de Pensión

*Irma M. Rivera García*

Irma M. Rivera García

15 de febrero de 2020

# Certificación de Notificación



INTAKE DROP BOX
RECEIVED & FILED
2020 FEB 18 PM 1:32
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

Yo, <u>Irma M. Rivera Garcia</u>, con # <u>97172</u> de reclamo, hoy 18 de febrero 2020, estoy entregando personalmente en la Oficina Secretaria Federal la réplica Promesa Título III, núm. 17 BK 3283-LTS, que incluye las leyes y otros documentos:

- Ley 164, Ley 89 y Ley 34
- Certificación de Pensión
- Certificación de Empleo
- Certificación Retiros años servicio

Comentario
_____
_____

Recibo Por: _____

Fecha: _____ Hora: _____

Entregado por: *Irma M. Rivera Garcia*