OFICINA REGIONAL EDUCATIVA DE CAGUAS
Oficina de la Superintendente Regional

7 de febrero de 2020

# CERTIFICACIÓN DE EMPLEO

Certifico que la Sra. Irma M. Rivera García, fue empleada del Departamento de Educación, s.s. ~~~~~~~~, fue empleada desde el 2 de agosto de 1976 hasta el 31 de julio de 2014.

Cualquier información adicional pueden comunicarse al 787-743-1234 ext. 4403/4421.

Atentamente,

Wenddy L. Colón Martínez
**Superintendente Regional**
**Oficina Regional ORE de Caguas**

El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.

# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

04 de febrero de 2020

DEPARTAMENTO EDUCACION  
SECCIÓN DE NOMBRAMIENTOS Y CAMBIOS  
PO BOX 190759  
SAN JUAN PR 00919 0759

Solicitud No: 653611  
Radicada en: 24 jun 2013

Atención: Sra. Matilde Pedraza

El(la) profesor(a) IRMA RIVERA GARCIA con seguro social XXX-XX-    ! ha radicado una Solicitud de Retiro en nuestro Sistema. Al 30 de mayo de 2014, fecha de su última aportación recibida, [ ]cualifica [ ]no cualifica para acogerse a la jubilación.

Su tiempo cotizado y edad es el siguiente:

38 Años, 0 Meses, 0 Semanas, .00 Dias y su edad es 59 años.

Los pagos pendientes no están considerados en esta certificación. Los mismos son:

[ ]Reconocimiento de Tiempo  
[ ]Diferencia en % por transferencia recibida  
[ ]Reembolso de Cuotas  
[X]No aplica

El tiempo certificado puede variar, de encontrarse diferencias en el Informe de Cambio, enviado por el Departamento de Educación u otras Instituciones Gubernamentales y de existir anulaciones futuras entre cuentas que afecten las aportaciones del Sistema.

Deberá permanecer cotizando en nuestro Sistema hasta la fecha que proyecta retirarse.

El plan médico y planes suplementarios deben ser pagados directamente a las aseguradoras hasta tanto envíen las autorizaciones de descuentos para tramitar su pensión.

Atentamente,

Evelyn Vazquez Velazquez  
Area de Servicios de Retiro

c: IRMA M. RIVERA GARCIA  
URB BELINDA  
B20 CALLE 1  
ARROYO, PR 00714

XXX-XX-3571

235 Avenida Arterial Hostos, Edificio Capital Center, Torre Norte, Hato Rey, Puerto Rico 00918  
P.O. Box 191879, Hato Rey, PR 00919-1879  
srm_correspondenciaconsulta@srm.pr.gov  (787) 777-1414  http://www.srm.pr.gov



**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

SRM-SB-024
Rev. marzo 2017

## CERTIFICACIÓN DE PENSIÓN

RIVERA GARCIA, IRMA M
URB BELINDA
B20 CALLE 1
ARROYO PR 00714-2018

Certifico que RIVERA GARCIA, IRMA M recibe de una pensión vitalicia del Sistema de Retiro para Maestros. La pensión mensual es de $2,546.14 equivalente a $30,553.68 anual. Luego de las deducciones recibe la cantidad de $2,410.24 mensual, equivalente a $28,922.88 anual.

Esta certificación se expide hoy 4 de febrero de 2020.



Número de Certificación: SRM03P2000672

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Estado Libre Asociado de Puerto Rico: http://www.pr.gov o en nuestro Portal en http://www.srm.pr.gov

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918
P.O. Box 191879 · San Juan PR 00919-1879

☏ 787.777.1414   📠 787.759.2883   www.srm.pr.gov

