**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

INTAKE DROP BOX
RECEIVED & FILED

2020 FEB 18 PM 1:29

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

| |
|---|
| **En el asunto de:**<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO<br><br>como representante de<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO y otros<br>**Deudores**<br><br>SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO |

PROMESA, TÍTULO III
Núm. 17 BK 3283-LTS

(Administrada conjuntamente)

La presente radicación guarda relación con el ELA, la ACT y el SER

Núm. BK 03566-LTS
RECLAMACIÓN 150166 y 127008

**RÉPLICA A OBJECIÓN**

**AL HONORABLE TRIBUNAL:**

   **COMPARECE** la reclamante, AGUSTINA GARCÍA MAYSONET, quien se representa por derecho propio, y muy respetuosamente ante este Honorable Tribunal **EXPONE, ALEGA** y **SOLICITA**:

1. La reclamación número 150166, por la suma reclamada de $18,250.00, ha sido objetada conforme al Anexo A número 664.

2. Igualmente, también fue objetada la reclamación número 127008, por la suma reclamada de $36,500.00, conforme al Anexo A número 665.

3. La objeción para ambas reclamaciones consiste en lo siguiente: No proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

4. Con el propósito de atender la objeción antes indicada, la suscribiente acompaña los documentos que aprueban que la reclamación es válida

y correcta. Específicamente, se acompañan con esta Réplica la Certificación del Sistema de Retiro para Maestros del Gobierno del Estado Libre Asociado de Puerto Rico (**Anejo I**) y el Informe de Renta Anual Vitalicia de la Junta de Retiro para Maestros del Gobierno del Estado Libre Asociado de Puerto Rico (**Anejo II**).

5. La reclamante no recibió todos los aumentos salariales concedidos al personal docente durante sus años de servicios en el Departamento de Educación.

**EN MÉRITO DE LO ANTES EXPUESTO**, muy respetuosamente solicitamos de este Honorable Tribunal que tome conocimiento de lo aquí mencionado y, en consecuencia, declare NO HA LUGAR la objeción presentada para las reclamaciones número 150166 y 127008.

**CERTIFICO**: Hemos enviado copia fiel y exacta de esta réplica a: Abogados de la Junta de Supervisión (Counsel for the Oversight Board), Proskauer Rose LLP, Eleven Times Square, New York, New York 10036-8299.

**RESPETUOSAMENTE SOMETIDA**.

En San Juan, Puerto Rico, a 17 de febrero de 2020.


*Agustina Garcia Maysonet*

**AGUSTINA GARCIA MAYSONET**
URB. COLINAS VERDES
F-1 CALLE 4
SAN JUAN, PUERTO RICO 00924
TEL. (787) 630-3708