# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Agustina Garcia Maysonet**, con número de seguro social que termina en _[firma]_

| | |
|---|---:|
| Fecha de Efectividad de la Pensión | 28 de julio de 2001 |
| Tiempo Cotizado para la Pensión | 30 años, 10 mes, 3 sem., 3.5 día |
| Pensión Mensual Inicial | $1,247.00 |
| Pensión Mensual Actual | $1,285.25 |

Esta certificación se expide hoy, **14 de febrero de 2020** en **San Juan, Puerto Rico**.

_[firma]_
**Edgardo J. Negrón Ramírez**
**Supervisor**
**Área de Servicios de Retiro**

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

**SRM**
Sistema de Retiro para Maestros
Gobierno de Puerto Rico
*Protegemos la Aportación al Futuro*

787.777.1414    787.764.6910    www.srm.pr.gov

Modelo SC-1515 (JRM)
14-mayo-71
Manual de Contabilidad

ESTADO LIBRE ASOCIADO DE PUERTO RICO

## JUNTA DE RETIRO PARA MAESTROS
## INFORME RENTA ANUAL VITALICIA

| Nombre | Agustina García Maysonet | Núm. Reclamación | 37040 | Sexo | F |
|---|---|---|---|---|---|

**Tipo de Renta:**

| | | | | |
|---|---|---|---|---|
| a- | Años de Servicio y Edad | | c- Incapacidad | |
| | Opcional ( ) | | Ocupacional ( ) | |
| | Obligatorio ( ) | | No Ocupacional ( ) | |
| b- | Edad ( ) | | d- Diferida ( ) | |

**Fecha de Nacimiento**

| Año | Mes | Día |
|---|---|---|

**Fecha de Retiro**

| Año | Mes | Día |
|---|---|---|
| 2001 | 7 | 27 |

| Edad al Retirarse | | | Servicios Acreditados | | | | Costo Anualidad | Fecha de Efectividad | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 55 | 2 | 23 | 30 | 10 | 3 | 31/2 | $ 43,123.09 | 2001 | 7 | 28 |
| Años | Meses | Días | Años | Meses | Sem. | Días | | Año | Mes | Día |

**Retiro Ley Núm.** 45 **de** 2000

**Cómputo de la Renta Anual:**

a- Sueldo promedio mensual más alto durante cinco años consecutivos a    $ 1,663.77        $1,247.82

    X    0.75    X    30 años

    (Por ciento)    (Tiempo Acreditado)

\* En caso de renta anual diferida, ésta comenzará al cumplir la edad de _____

    ( ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años de edad.

    ( ) o a opción en fecha posterior si al retirarse tiene 10 y menos de años de servicios y menos de 60 años de edad.

b- Ajuste para llegar al Mínimo Establecido por Ley 45

| Años de Servicio | Edad | Incapacidad Física | Diferido |
|---|---|---|---|
| $ | $ | $ | $ |

**Diferencia Mínimo o Renta Sistema Retiro**

| Renta Mensual Vitalicia | $1,247.82 |
|---|---|
| Renta Anual Vitalicia | $14,973.84 |

Computado: Julio C. Ortiz    6-feb. 02    Fecha

Cotejado: Hugo E. Aponte    6/feb/02    Fecha

Recomendado: Gloria E. Navas Pérez    6/2/02    Fecha
Directora Area Servicios de Retiro

Aprobado: Irma A. Giménez López    7/2/02    Fecha
Secretaria Ejecutiva

/jla

IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| GARCIA MAYSONET, AGUSTINA | 150166 | 7/6/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $18,250.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| GARCIA MAYSONET, AGUSTINA | 150166 | 7/6/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $18,250.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| GARCIA MAYSONET, AGUSTINA | 127008 | 7/6/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $36,500.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| GARCIA MAYSONET, AGUSTINA | 127008 | 7/6/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $36,500.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**