

# GOBIERNO DE PUERTO RICO

Departamento de la Familia

A QUIEN PUEDA INTERESAR

CERTIFICO que, **Emice S.Cartagena Maldonado,** Número de Seguro Social         , trabaja para el **Departamento de la Familia** con la **Administración para el Sustento de Menores (ASUME)** en la **Oficina Local Guayama.**

La **señora Cartagena** ofrece servicios como **OPA I.** Comenzó en la agencia el **01 de julio de 2000.** La empleada devenga un salario mensual de **$1,838.00** y su puesto es **Regular.**

Certifico hoy, **13 de febrero de 2020,** para los fines que crea pertinentes.

**Nelson Rodriguez Rivera**
**Oficial Administrativo II**
**Recursos Humanos**