TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| **En el asunto de:** | PROMESA, TITULO 111 |
| | Num 17 BK 3283-LTS |
| *JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO,* | |
| | (Administrada conjuntamente) |
| *como representante de* | La presente radicación guarda relación con el ELA, la ACT y el SER |
| ESTADO LIBRE ASOCIADO DE PUERTO RICO y otros Deudores | Num BK 03566-LTS RECLAMACION 157543 |
| SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO | |



**\*\* REPLICA A OBJECCIÓN \*\***

AL HONORABLE TRIBUNAL:

Comparece la parte reclamante CARMEN M. RIVERA FALÚ en el caso de epígrafe por derecho propio, quien suscribe y ante este Honorable Tribunal muy respetuosamente EXPONE, ALEGA Y SOLICITA:

1. Nuestra reclamación ha sido objetada conforme al Anexo A número 416; Evidencia de Reclamación 157543.

2. La objeción consiste en lo siguiente: No proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Titulo 111.

3. De los documentos que se presentan, en esta Réplica, surgen los datos pertinentes que prueban que la reclamación es válida y correcta.

4. Entre esos datos están los siguientes: Que no recibí el aumento estipulado en la Ley 89 del 1980.

POR TODO LO CUAL, muy respetuosamente se solicita de este Honorable Tribunal que declare no ha lugar a la objeción presentada.

CERTIFICO: Hemos enviado copia fiel y exacta de la presente réplica a : Abogado de la Junta de Supervisión (Counsel for the Oversight Board) Proskauer Rose LLP, Eleven Times Square, Nueva York, Nueva York 10036-8299

En Carolina, Puerto Rico, a 14 de febrero de 2019

CARMEN M.RIVERA FALU
PO BOX 20599
SAN JUAN, PR 00928-0599
TEL 787-473-2834
carminfalu1946@gmail.com