Case:17-03283-LTS   Doc#:11191-1   Filed:02/18/20   Entered:02/19/20 12:20:48   Desc:
Exhibit   Page 1 of 4

08-38
10-86(Rev.)

ASOCIACION DE MAESTROS (?)
DE LOS EMPLEADOS DE GOBIERNO Y LA JUDICATURA
Apartado 42003, Estación Minillas, Santurce, P. R. 00940

## HOJA DE SERVICIOS

INSTRUCCIONES:

Este formulario se utiliza para recopilar información sobre los servicios prestados al Gobierno por el participante del Sistema de Retiro.

1. Informe los sueldos devengados por el empleado sin descontar las ausencias, castigos, licencias y otros, pero excluyendo toda bonificación o pago por concepto de horas extras trabajadas.
2. En el apartado "Observaciones" indique aquellos períodos de interrupción de servicios, si los hubiera y las causas.
3. Si fuera necesario, utilicen hojas adicionales siguiendo el mismo patrón.
4. Las aportaciones al Sistema deberán cubrir el período total especificado.

| RIVERA | FALU | CARMEN R. | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (Apellido Paterno) | (Apellido Materno) | (Nombre) | | | | | | | Número Seguro Social o Empleado | | | |
| | | DEPARTAMENTO DE SERVICIOS SOCIALES | | | | | | | FEBRERO /70 | | | |
| Fecha de Nacimiento | | Agencia en que prestó los servicios | | | | | | | Fecha primer descuento para Retiro | | | |

| Clasificación del Puesto | Período de Servicios Desde | | | Período de Servicios Hasta | | | Sueldo Mensual | Sueldo por hora | Horas Traba-jadas | Total Sueldos Devengados | Aportaciones al Sistema | Observaciones |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | D | M | A | D | M | A | | | | | | |
| OFIC. TAQ. I | 01 | 07 | 69 | 30 | 06 | 70 | 250.00 | | | 3000.00 | 105.00 | |
| " " | 01 | 07 | 70 | 30 | 06 | 71 | 285.00 | | | 3420.00 | 119.76 | |
| " " | 01 | 07 | 71 | 31 | 05 | 72 | 310.00 | | | 3720.00 | 130.20 | |
| " " | 01 | 06 | 72 | 30 | 06 | 72 | 322.00 | | | 322.00 | 11.27 | |
| " " | 01 | 07 | 72 | 30 | 06 | 73 | 352.00 | | | 4224.00 | 142.84 | |
| " " | 01 | 07 | 73 | 30 | 06 | 74 | 364.00 | | | 4368.00 | 196.56 | |
| " " | 01 | 07 | 74 | 30 | 06 | 77 | 414.00 | | | 14904.00 | 670.68 | |
| " " | 01 | 07 | 77 | 30 | 09 | 79 | 450.00 | | | 12150.00 | 546.75 | |
| " " | 01 | 10 | 79 | 30 | 06 | 80 | 495.00 | | | 4428.00 | 199.26 | |
| " " | 01 | 07 | 80 | 31 | 08 | 80 | 517.00 | | | 1034.00 | 46.54 | |
| Traslado a la Administración de Tribunales efectivo el 1 de septiembre de 1980. | | | | | | | | | | | | |
| Empleada acogida al plan coordinado 5.775% de retiro. | | | | | | | | | | | | |

CERTIFICO CORRECTO:

28 de abril de 1994

MBR/bod   FECHA

María Belén Rivera, Dir. Div. de Nóminas
JEFE DE AGENCIA O SU REPRESENTANTE
AUTORIZADO



Estado Libre Asociado de Puerto Rico
**Tribunal General de Justicia**
Oficina de Administración de los Tribunales
PO Box 190917
San Juan, PR 00919-0917

*268 Ave. Muñoz Rivera*
*San Juan, PR 00918-3920*

*Tel.: (787) 641-6600*
*www.ramajudicial.pr*

# Certificación

Certifico que la Sra. Carmen M. Rivera Falú, con número de Seguro Social XX-XX-XXXX prestó servicios para el Tribunal General de Justicia desde el 1 de octubre de 1980 hasta el 31 de diciembre de 1995, fecha en que fue efectiva su renuncia para acogerse a la jubilación. Laboró como Secretaria Auxiliar del Tribunal III en el Tribunal de Primera Instancia, Sala Superior de Carolina; en un puesto perteneciente al Servicio Uniforme. Devengó un sueldo mensual de $1,130.

Expedida en San Juan, Puerto Rico, hoy 18 de febrero de 2020, a petición de la parte interesada.

Lymari Rivera Benítez
Supervisora Unidad de Archivo, Int.
División de Transacciones de Personal
Área de Recursos Humanos

: idc

**NOTA: NO TIENE ALTERACIONES, NI BORRONES**

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk
Grand Central Station, PO Box 4708
New York, NY 10163-4708
T: (844) 822-9231
PRClaimsInfo@primeclerk.com

SRF 35480

### *** Response Required ***

THIS LETTER RELATES TO A PROOF OF CLAIM YOU FILED AGAINST THE
GOVERNMENT OF PUERTO RICO IN ITS PROCEEDINGS UNDER THE PUERTO
RICO OVERSIGHT, MANAGEMENT, AND ECONOMIC STABILITY ACT.

PLEASE READ THIS LETTER CAREFULLY AND RESPOND IN ACCORDANCE
WITH THE INSTRUCTIONS BELOW. FAILURE TO RESPOND MAY RESULT IN THE
DEBTORS TAKING LEGAL ACTION TO FULLY OR PARTIALLY DISALLOW YOUR
CLAIM.

September 3, 2019

Re:     PROMESA Proof of Claim
        *In re Commonwealth of Puerto Rico*, Case No. 17-03283
        United States District Court for the District of Puerto Rico

Dear Sir or Madam:

This letter relates to a proof of claim you filed in the Title III cases (the "Title III Cases") against the
Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, or Employees
Retirement System of the Government of the Commonwealth of Puerto Rico (collectively, the "Debtors).
Prime Clerk LLC, maintains the official claims register in the Title III Cases for the United States
District Court in the District of Puerto Rico (the "Court"), and is reaching out to you on behalf of
the Debtors.

The Debtors' records reflect that you filed a proof of claim that was logged by Prime Clerk LLC
as Proof of Claim Number **162048** . You may download a copy of your claim by visiting Prime
Clerk's website at: https://cases.primeclerk.com/puertorico/Home-ClaimInfo.

Additional information is required in order for the Debtors to continue with assessing your claim.
The Debtors are unable to determine from the information you provided the basis, nature, or
amount for the claim you are attempting to assert against one or more of the Debtors. In responding
to this letter, please ensure that you provide all of the information requested and as much detail as
possible about your claim. The descriptions you put on your proof of claim were too vague for the
Debtors to understand the claim you are trying to assert, so please provide more detail and do not
simply copy over the same information.

**Please respond to this letter on or before October 3, 2019 by returning the enclosed
questionnaire with the requested information and documentation**.



**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|------|---------|-----------|--------|----------------------|
| Rivera Falu, Carmen M. | 157543 | 7/6/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $36,000.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|--------|---------------------|------------------------|--------|--------------------------------|
| Rivera Falu, Carmen M. | 157543 | 7/6/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $36,000.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.  **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m.  (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.  **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**