TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS

PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO, COMO REPRESENTANTE DE ESTADO LIBRE ASOCIADO DE PUERTORICO Y OTROS, <br><br> DEUDORES | PROMESA <br> TITULO 111 Núm. 17 BK 3283-LTS <br> (Administrada conjuntamente) <br> La presente radicación guarda <br> relación con el ELA, la ACT y el SRE |

I. Datos: Domingo Meléndez Vega Número de reclamo: 116244 (Dirección) HC 01 Box 4314 Bda. Marín Arroyo, PR 00714 (Celular) 787-996-4407 (Email) domingovm4@gmail.com

II. Epígrafe: NOTIFICACION DE LA CENTESIMA CUADRAGESIMA SEGUNDA OBJECION GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE UNAS LEYES PUERTORRIQUEÑAS NO ESPECIFICADAS

III. Motivos: Yo Domingo Meléndez Vega. Soy empleado activo del Departamento de Educación de Puerto Rico no docente desde 28 de octubre del 1988. Estoy reclamando la ley 89, la ley 34, en conjunto estimo la cantidad de $30.000 que me pertenece actualmente y alguna otra cantidad adicional mientras este activo como empleado del Departamento de Educación tengo todo mi derecho de recibir estas cantidades aproximadas por todos los años de servicios conforme a las leyes establecidas por el Estado Libre Asociado

IV. Documentación Justificativa. Adjunto la evidencia de documentos que incluye las leyes arriba mencionadas. De necesitar alguna otra información favor de notificarme de inmediato:

1. Certificación de balances de aportaciones estimadas.

2. Estado de cuenta estimado.

Domingo Meléndez Vega

15 de febrero de 2020