### GOBIERNO DE PUERTO RICO
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

23 de agosto de 2018

### Agencia: 171 - DEPARTAMENTO EDUCACION (NO DOCENTE)

DOMINGO MELENDEZ VEGA
HC 01 BOX 4314
BDA MARIN
ARROYO, PR 00714

**Seguro Social:** .

A base de la información en nuestros registros, al 23 de agosto de 2018 usted posee:

**Fecha de Nacimiento**

**Género: Masculino**

**Fecha de Ingreso al Servicio Público: 28 de octubre de 1988**

**Fecha de Comienzo de Cotización: 28 de octubre de 1988**

| *Ley 447 al 30 de junio de 2013* | | |
|---|---|---|
| Años Acreditados: | 24.75 | |
| Aportaciones: | | $23,169.82 |
| Intereses: | | $6,687.93 |
| Gastos Teneduría: | | $0.00 |
| Total Aportaciones: | | $29,857.75 |
| SNC Pagado: | | $0.00 |
| SNC Tiempo: | 0.00 | |
| Beneficio: | | $0.00 |

| *Ley 3 al 30 de junio de 2017* | | |
|---|---|---|
| Tiempo Trabajado: | 4 | |
| Aportaciones: | | $8,141.40 |
| Intereses: | | $641.43 |
| Gastos Teneduría: | | $0.00 |
| Total Aportaciones: | | $8,782.83 |
| Beneficio: | | $0.00 |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema.  Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio.  Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: nttp://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,

Unidad de Estado de Cuenta
Área de Participantes





**GOBIERNO DE PUERTO RICO**

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: DOMINGO MELENDEZ VEGA**

Seguro Social:

HC 01 BOX 4314

BDA MARIN

ARROYO, PR 00714

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | DEPARTAMENTO EDUCACION (NO DOCENTE) |
| Años de Servicio: | -- |
| Balance de Aportaciones: | $38,640.58 |

Esta certificación fue emitida el 23 de agosto de 2018.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2018082340863107

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov



**RETIRO**