INTAKE DROP BOX
RECEIVED & FILED

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Reyes Aguayo, Marta D | 128275 | 6/29/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Reason: | | | Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Reyes Aguayo, Marta D | 128275 | 6/29/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Base para: | | | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

000457

***CUST PR 1845 SRF 38939 PackID: 457 MMLID: 2038714 SVC: 131st Omni
Reyes Aguayo, Marta D
Urb San Antonio Calle 1 Casa 2A
Aguas Buenas, PR 00703

000457

## GOBIERNO DE PUERTO RICO
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: MARTA REYES AGUAYO**
URB. SAN ANTONIO CALLE
AGUAS BUENAS, PR 00703

Seguro Social: XXX-XX-

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | DEPT. DE CORRECCION Y REHABILITACION |
| Años de Servicio: | 23 |
| Balance de Aportaciones: | $56,563.46 |

Esta certificación fue emitida el 4 de febrero de 2020.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2020020446917001

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov

**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

04 de febrero de 2020

**Agencia: 404 - DEPT. DE CORRECCION Y REHABILITACION**

MARTA REYES AGUAYO
URB. SAN ANTONIO CALLE
AGUAS BUENAS, PR 00703

**Seguro Social:** XXX-XX-

A base de la información en nuestros registros, al 04 de febrero de 2020 usted posee:

**Fecha de Nacimiento:**

**Género:** Femenino

**Fecha de Ingreso al Servicio Público:** 30 de septiembre de 1994

**Fecha de Comienzo de Cotización:** 30 de septiembre de 1994

### Ley Anterior al 30 de junio de 2013

| | |
|---|---:|
| Años Acreditados: | 19.00 |
| Aportaciones: | $34,461.43 |
| Intereses: | $8,236.94 |
| Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $42,698.37 |
| SNC Pagado: | $0.00 |
| SNC Tiempo: | 0.00 |
| Beneficio: | $0.00 |

### Ley 3 al 30 de junio de 2017

| | |
|---|---:|
| Tiempo Trabajado: | 4 |
| Aportaciones: | $12,843.57 |
| Intereses: | $1,021.52 |
| Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $13,865.09 |
| Beneficio: | $0.00 |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov

**HERMANDAD EMPLEADOS DE CORRECCIÓN**
HC-02 BOX. 6519
GUAYANILLA, PUERTO RICO 00656
787-835-0185

## RECIBO DE PAGO PARA EL PROOF OF CLAIM

Copia

**NUMERO CONTRATO:** II 3088

**NUMERO RECIBO:** 0397A

YO, Marta Ruyz Aguay **SEGURO SOCIAL** _____,

COMO PARTE DEL ACUERDO CON LA **HERMANDAD EMPLEADOS DE CORRECCIÓN. ACEPTO** LIBRE Y VOLUNTARIAMENTE PAGAR **VEINTE ($20.00) DÓLARES** PARA CUMPLIMENTAR EL FORMULARIO OFICIAL 410 MODIFICADO PROOF OF CLAIM/EVIDENCIA DE RECLAMO Y SER PRESENTADO AL TRIBUNAL FEDERAL COMO EVIDENCIA DE PAGO EN EL CASO **KAC-1996-1381 EL ROMERAZO**

TAMBIÉN **RECLAMO** LA CANTIDAD DE 7,980-00 A RAZÓN DE **$40.00** DÓLARES **MENSUALES.**

ENTIENDO QUE EL PAGO CORRESPONDIENTE ES LUEGO DE HABERME DESCONTADO EL **30%** DEL PAGO A LA HERMANDAD COMO ESTABLECE EL **CONTRATO ORIGINAL.**

ENTIENDO TAMBIÉN QUE EL TRIBUNAL **PUEDE DETERMINAR** UNA CANTIDAD **MENOR** A SER PAGADA Y LA HERMANDAD ME INFORMARA A TRAVÉS DE **REUNIÓN, ASAMBLEA** Y/O CUALQUIER OTRO **MEDIO VIABLE PARA MI.**

LUEGO DE LEER Y ENTENDER ESTE ACUERDO FIRMO CONFORME ESTABLECE ESTE ACUERDO.

HOY 16 DE mayo 2018, EN Caguas , PUERTO RICO.

M. Ruyz
**FIRMA**

**DIRECCIÓN:** Urb. San Antonio
Calle 1 Casa 3A
Aguas Buenas, PR
00703

**TELÉFONO:** (7M) 382-8755