INTAKE DROP BOX
RECEIVED & FILED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO AM 9: 20

2020 FEB 18

CLERK'S OFFICE
COURT

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>      as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br>et al.,<br><br>      Debtors | PROMESA<br>TITLE III<br><br>NO. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>The filing related to the<br>Commonwealth, HTA, and ERS. |

## RÉPLICA A CENTÉSIMA TRIGÉSIMA TERCERA OBJECIÓN GLOBAL

AL HONORABLE TRIBUNAL:

      Comparece Wanda I. Colón Font, por derecho propio, y muy respetuosamente expone y solicita:

1) Esta parte se opone a la información contenida en el Anexo A de la Centésima Trigésima Tercera Objeción Global, donde se alega que no existe reclamo de mi parte, bajo el número de reclamación **144937 y 129974**.

2) Adjunto los documentos que certifican todas mis aportaciones al Sistema de Retiro, los cuales reclamo que me paguen en su totalidad.

    a. Anejo #1 – Certificación de Balances de Aportaciones Estimadas del Departamento de Corrección y Rehabilitación, con un balance de $57,138.96 al 11 de febrero de 2020.

    b. Anejo #2 – Estado de Cuenta Estimado por $57,138.96 al 11 de febrero de 2020.

      c.   Anejo #3 – Recibo de pago para el "proof of claim" con un balance de $7,308.00

         al 16 de mayo de 2018.

3) Para un total de balance de mis aportaciones al Retiro, a las fechas de cada certificación,

   de $64,446.96; cantidad que me adeudan y solicito recibir en su totalidad, más los

   intereses que dichas cantidades acumulen hasta la fecha en que lo reclame.

4) Por lo que solicito que se incluya el balance de mis cuentas de retiro en el presente caso,

   me eliminen de la lista de reclamos deficientes y se deniegue la obligación global

   presentada.

RESPETUOSAMENTE SOMETIDO.


       Certifico haber enviado copia fiel y exacta de este escrito y sus anejos por correo

regular a:  Counsel for the Oversight Board, Proskauer Rose LLP, Eleven Time Square,

New York, NY 100036-8299 and Counsel for the Creditors' Committee, Paul Hastings,

LLP 200 Park Avenue, New York, NY 10166.

       En Humacao, Puerto Rico, hoy 18 de febrero de 2020.


*Wanda I. Colón Font*
WANDA I. COLÓN FONT
HC-03 BOX 6328
HUMACAO, PR  00791
TEL. (787) 245-6420
CORREO ELECTRÓNICO: wandacorazon@gmail.com