**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

11 de febrero de 2020

Agencia: 351 - MUNICIPIO NAGUABO

CARMEN I FONT LEBRON
HC 3 BOX 5787

HUMACAO, PR 00791-9528

Seguro Social: XXX-XX

A base de la información en nuestros registros, al 11 de febrero de 2020 usted posee:

Fecha de Nacimiento:
Fecha de Ingreso al Servicio Público: 30 de enero de 1992
Fecha de Comienzo de Cotización: 30 de enero de 1992

Género: Femenino

*1 julio 2017* (handwritten)

| Ley 1 al 30 de junio de 2013 | Ley 3 - 2013 al 30 de junio de 2017 | Ley 106  *401K* |
|---|---|---|
| Años Acreditados: ~~16.5~~  *21 → 31.50%   31.50*  *22 → 33%* | Tiempo Trabajado: 4 | Tiempo Trabajado: 2.5 |
|  | Aportaciones: 10,996.80 | Aportaciones: 6,065.54 |
|  | Intereses: 890.78 | Intereses: 0.00 |
|  | Gastos Teneduría: 0.00 | Gastos Teneduría: 0.00 |
| **Servicio No Cotizado** |  | *Retención del 20% para Hacienda* |
| Pagado: 0.00 |  |  |
| Tiempo: 0.00 |  |  |
| Balance Acumulado: 31,390.30 | Total Aportaciones: 11,887.58 | Total Aportaciones: 6,065.54 |
| Beneficio: 519.11 | Beneficio: 76.01 | Beneficio: 0.00 |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

*Anuadio estimado  $2,057.00*
*31.50% = $644.38*
*32% = $656.44*
*33% = $677.16*

*+76.01 = $732.45*

*× Sujeto a revisión*

Unidad de Estado de Cuenta
Área de Participantes

**RETIRO**

Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov