UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

INTAKE DROP BOX
RECEIVED & FILED

2020 FEB 18 AM 9:20

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

| | |
|---|---|
| In re: | PROMESA TITLE III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | NO. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, et al., | (Jointly Administered) |
| Debtors | The filing related to the Commonwealth, HTA, and ERS. |

REPLICA A CENTESIMA TRIGESIMA TERCERA OBJECION GLOBAL

AL HONORABLE TRIBUNAL:

Comparece Sara N. Reyes Aguayo, por derecho propio, y muy respetuosamente expone y solicita:

1) Esta parte se opone a la información contenida en el Anexo A de la Centésima Trigésima Tercera Objeción Global, donde se alega que no existe reclamo de mi parte, bajo el número de reclamación **136086**.

2) Adjunto los documentos que certifican todas mis aportaciones al Sistema de Retiro, los cuales reclamo que me paguen en su totalidad.

   a. Anejo #1 – Certificación de Balances de Aportaciones Estimadas de la Administración de Vivienda Pública, con un balance de $34,033.29 al 11 de febrero de 2020.

   b. Anejo #2 – Estado de Cuenta Estimado por $34,033.20 al 11 de febrero de 2020.

3) Para un total de balance de mis aportaciones al Retiro, a las fechas de cada certificación, de $34,033.29 ; cantidad que me adeudan y solicito recibir en su totalidad, más los intereses que dichas cantidades acumulen hasta la fecha en que lo reclame.

4) Por lo que solicito que se incluya el balance de mis cuentas de retiro en el presente caso, me eliminen de la lista de reclamos deficientes y se deniegue la obligación global presentada.

RESPETUOSAMENTE SOMETIDO.

Certifico haber enviado copia fiel y exacta de este escrito y sus anejos por correo regular a: Counsel for the Oversight Board, Proskauer Rose LLP, Eleven Time Square, New York, NY 100036-8299 and Counsel for the Creditors' Committee, Paul Hastings, LLP 200 Park Avenue, New York, NY 10166.

En Aguas Buenas, Puerto Rico, hoy 18 de febrero de 2020.

SARA N. REYES AGUAYO
URBANIZACIÓN SAN ANTONIO
CALLE 1 CASA 2 A
AGUAS BUENAS, PR 00703
TEL. (787) 378-4473
CORREO ELECTRÓNICO: sreyes@avp.pr.gov