**GOBIERNO DE PUERTO RICO**

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: SARA REYES AGUAYO**                                    Seguro Social: XXX-XX-

CALLE 1 2 A

URB. SAN ANTONIO

AGUAS BUENAS, PR 00703

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | ADMINISTRACION VIVIENDA PUBLICA |
| Años de Servicio: | 11.01 |
| Balance de Aportaciones: | $34,033.29 |

Esta certificación fue emitida el 11 de febrero de 2020.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2020021147061729

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov



**RETIRO**
GOBIERNO DE PUERTO RICO

**GOBIERNO DE PUERTO RICO**

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# ESTADO DE CUENTA ESTIMADO

11 de febrero de 2020

### Agencia: 266 - ADMINISTRACION VIVIENDA PUBLICA

SARA REYES AGUAYO                                    **Seguro Social: XXX-XX-**

CALLE 1 2 A

URB. SAN ANTONIO

AGUAS BUENAS, PR 00703

A base de la información en nuestros registros, al 11 de febrero de 2020 usted posee:

**Fecha de Nacimiento:**                             **Género: Femenino**

**Fecha de Ingreso al Servicio Público: 12 de septiembre de 2002**

**Fecha de Comienzo de Cotización: 12 de septiembre de 2002**

| *Ley Anterior al 30 de junio de 2013* | | | *Ley 3 al 30 de junio de 2017* | |
|---|---|---|---|---|
| Años Acreditados: | 11.00 | | Tiempo Trabajado: | 11.01 |
| Aportaciones: | | $31,410.90 | Aportaciones: | $33,965.99 |
| Intereses: | | $2,459.99 | Intereses: | $0.00 |
| Gastos Teneduría: | | ($67.30) | Gastos Teneduría: | $0.00 |
| Total Aportaciones: | | $33,870.89 | Total Aportaciones: | $33,965.99 |
| SNC Pagado: | | $0.00 | Beneficio: | $0.00 |
| SNC Tiempo: | 0.00 | | | |
| Beneficio: | | $0.00 | | |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
☎ 787.754.4545 • 🖱 www.retiro.pr.gov