

**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

18 de febrero de 2020

**Agencia: 171 - DEPARTAMENTO EDUCACION (NO DOCENTE)**

IRISBELL GONZALEZ DELGADO
PO BOX 531

ARROYO, PR 00714

Seguro Social: XXX-XX-XXXX

A base de la información en nuestros registros, al 18 de febrero de 2020 usted posee:

Fecha de Nacimiento:
Fecha de Ingreso al Servicio Público: 02 de enero de 1996
Fecha de Comienzo de Cotización: 02 de enero de 1996

Género: Femenino

| Ley 1 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | | Ley 106 | |
|---|---|---|---|---|---|
| Años Acreditados: | 17 | Tiempo Trabajado: | 4 | Tiempo Trabajado: | 2.58 |
| | | Aportaciones: | 10,848.00 | Aportaciones: | 6,073.75 |
| | | Intereses: | 878.73 | Intereses: | 0.00 |
| | | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| **Servicio No Cotizado** | | | | | |
| Pagado: | 0.00 | | | | |
| Tiempo: | 0.00 | | | | |
| **Balance Acumulado:** | 34,202.10 | **Total Aportaciones:** | 11,726.73 | **Total Aportaciones:** | 6,073.75 |
| **Beneficio:** | 456.56 | **Beneficio:** | 55.71 | **Beneficio:** | 0.00 |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 · PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 · www.retiro.pr.gov



GOBIERNO DE PUERTO RICO

DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos
Archivo No Docente

# CERTIFICACIÓN

Certifico que, **Irisbell González Delgado** seguro social es empleado **Regular** que ocupa actualmente el puesto de Investigador de Querellas en la **Oficinas Central del Departamento de Educación**. Comenzó a prestar servicios el **16 de agosto de 2000** y actualmente devenga un sueldo de **$2,260.00** mensuales, en horario de 7.50 horas diarias de **Lunes a Viernes**.

Dada en San Juan, Puerto Rico, el 3 de octubre de 2019, según solicitada por el/la empleado(a).

Alfredo Rodríguez Leandry
*Especialista en Recursos Humanos*