TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

En el asunto de: JUNTA DE SUPERVISION
Y ADMINISTRACION FINANCIERA PARA PUERTO RICO

Como representante de:
ESTDO LIBRE ASOCIADO DE PR Y OTROS,

Deudores

PROMESA, Titulo III

Num. 17BK 3283 – LTS

(Administrada conjuntamente)

La presente radicación con el
ELA y el SRE.

---

La presente es para objetar global de la notificación recibida vía correo postal conforme a la Ley #164 - 2003, donde los propósitos del servicio público tendrían el beneficio de un aumento de sueldo de cien dólares a los empleados públicos del Gobierno efectivo el 1ro de enero de 2004, para mejorar las condiciones de trabajo. Este aumento no fue otorgado. Solicito que no se incluya mi reclamo en la Ley Promesa del Título III.

Se aneja Certificación de Empleo del Patrono para el cual estoy aún trabajando Departamento de Corrección y Rehabilitación Hato Rey, P.R., Ley 164-2003, Sila Maria Calderón y documentación del Sistema de Retiro para Empleados de Gobierno de Puerto Rico.

_____

Sra. Betty Alvalle Alvarado, 13-enero-2020
Cel. 787.204.3219 / Ofic. 787.864.8886, ext. 1907
balvalle@dcr.pr.gov / balvalle51@gmail.com
P.O. Box 1624
Guayama, PR 00785

