**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| ALVALLE ALVARADO, BETTY | 126029 | 7/3/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| ALVALLE ALVARADO, BETTY | 126029 | 7/3/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

*****CUST PR 1845 SRF 38939 PackID: 437 MMLID: 1950416 SVC: 135th Omni**
**ALVALLE ALVARADO, BETTY**
**P O BOX 1624**
**GUAYAMA, PR 00785**



GOBIERNO DE PUERTO RICO
Departamento de Corrección y Rehabilitación

# CERTIFICACIÓN

Certifico que la ***Sra. Betty Alvalle Alvarado,*** seguro social xxx-xx-7394, trabaja para el Departamento de Corrección y Rehabilitación, desde el 28 de diciembre de 1988.

La señora Alvalle Alvarado, se desempeña en un puesto *Regular* como *Técnico en Sistemas de Oficina II.*

Cualquier pregunta al respecto, favor de comunicarse con nuestra Secretaría de Recursos Humanos y Relaciones Laborales, División de Beneficios Marginales, al (787) 273-6464 ext. 2562.

Dado en San Juan, Puerto Rico, hoy 10 de febrero de 2020.

Certifico correcto,

Nilsa J. Kuilan Collazo
Coordinadora en Asuntos de Retiro
Secretaría Auxiliar de Recursos Humanos
y Relaciones Laborales
División Beneficios Marginales

/mms

Calle Juan Calaf, Urb. Industrial Tres Monjitas, Hato Rey, P.R., 00917 / Apartado 71308, San Juan, P.R. 00936/Tel. (787) 273-6464 ext. 5206

GOBIERNO DE PUERTO RICO

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: BETTY ALVALLE ALVARADO** Seguro Social: XXX-XX-7394

PO BOX 1624 G

GUAYAMA, PR 00785

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | DEPT. DE CORRECCION Y REHABILITACION |
| Años de Servicio: | -- |
| Balance de Aportaciones: | $44,824.65 |

Esta certificación fue emitida el 30 de julio de 2019.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2019073043907699

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov

RETIRO

Case:17-03283-LTS Doc#:11201-1 Filed:02/18/20 Entered:02/19/20 13:20:38 Desc: Exhibit Page 5 of 7




# Ley Núm. 164 del año 2003

**(P. de la C. 3485), 2003, ley 164**

**Para conceder un aumento de sueldo de cien dólares a los empleados Públicos del Gobierno Central de ELA, efectivo el 1ro de enero de 2004**
**Ley Núm.164 de 22 de julio de 2003**

Para conceder un aumento' de sueldo de cien (100) dólares a los empleados Públicos del Gobierno Central del Estado Libre Asociado de Puerto Rico, efectivo el 1ro. de enero de 2004.

## EXPOSICION DE MOTIVOS

El propósito del servicio público a nivel central es el de brindar apoyo al desarrollo económico y social de Puerto Rico., Como tal, es el facilitador de los esfuerzos de la sociedad civil, En reconocimiento a la excelente labor y aportación que hacen los servidores públicos en beneficio de la sociedad, el Gobierno del Estado Libre Asociado de **Puerto Rico ha** propiciado diversas iniciativas para mejorar las condiciones de trabajo de los servidores públicos, mediante el diálogo en los procesos de negociación colectiva; aprobando leyes especiales para mejorar los beneficios marginales de los empleados públicos; concediendo aumentos a diversos grupos que incluyen: maestros, policías, bomberos y a empleados del Gobierno Central; propiciando, la revisión de planes de retribución; concediendo aumentos por mérito, aumentos o bonos de productividad y asistencia, entre otras.

Nuestra Administración, tiene el propósito de continuar ofreciendo las mejores condiciones salariales posibles a todos los servidores públicos, dentro de la realidad económica mundial y nuestra actual situación económica, de manera que se promueva el reclutamiento, selección y retención de los candidatos más aptos para el desempeño en el servicio público y a su vez se impulse una mayor productividad.

Conforme a lo anterior, se concede mediante esta Ley un nuevo aumento salarial de cien (100) dólares a ser efectivo en enero de 2004, a todos los empleados públicos que están bajo las condiciones estipuladas más adelante, disponiéndose que los empleados cubiertos bajo la Ley Núm. 45 de 25 de febrero de 1998, según enmendada, que no hayan completado su proceso de negociación colectiva a la fecha de efectividad de esta Ley recibirán el aumento propuesto. No obstante, una vez recibido el aumento salarial otorgado por esta Ley, sólo podrán negociarse, colectivamente aumentos de sueldo adicionales con cargo al presupuesto para el Año Fiscal 2004-2005 y de futuros presupuestos.

***DECRETASE POR LA ASAMBLEA LEGISLATIVA DE PUERTO RICO:***

**Artículo 1.**-Los aumentos concedidos al amparo de esta Ley serán de la siguiente forma:

(a) Cien (100) dólares mensuales de aumento de sueldo a los empleados públicos que al 31 de diciembre de 2003 estén en servicio activo, sin distinción de status ni categoría. Cuando en un puesto se prestaren servicios a jornada parcial, el aumento a concederse será proporcional a la jornada de trabajo. Aquellos empleados vinculados al servicio que no estén en servicio activo al 1 de enero de 2004, tendrán derecho a recibir el aumento efectivo a la fecha que se reintegre al servicio.

El aumento de sueldo se concederá aun cuando el empleado esté devengando un sueldo igual o superior al tipo máximo de la escala o que con el aumento excedan éste. Dicho aumento no afectará el marge1n retributivo de que disfrutan los empleados para mejoramiento salarial ni se ajustará a escala. Disponiéndose que las acciones de personal que se efectúen con posterioridad a la vigencia del presente aumento se tramitarán conforme a las normas que emita la Oficina Central de Asesoramiento Laboral y de Administración de Recursos Humanos, en armonía con la Ley Núm. 89 de 12 de julio de 1979, según enmendada, conocida como "Ley de Retribución Uniforme" y el Reglamento de Retribución Uniforme.

**Artículo 2.**-El costo del aumento de sueldo propuesto será sufragado por fondos a ser provistos mediante reembolso por la Oficina de Gerencia y Presupuesto, con cargo a las asignaciones que para este propósito se incluyeron en la Resolución Conjunta del Presupuesto General. Sin embargo, dicho reembolso cubrirá únicamente los sueldos que son sufragados con recursos provenientes del Fondo General. Se dispone que los empleados públicos que conforme a las fechas aquí establecidas cualifican para este aumento, pero cobran de otros fondos, reciban los mismos aumentos con cargo a los fondos especiales federales y estatales de los cuales cobran. Las agencias para las cuales trabajen este tipo de empleados públicos, así como aquellas cuyo presupuesto proviene de una fórmula, deberán hacer los ajustes correspondientes en dichos fondos para otorgar aumentos salariales, según lo dispuesto en este Artículo.

**Artículo 3.**-Para obtener el reembolso al que se hace referencia en el Artículo 2 de esta Ley, cada agencia que sufrague dichos aumentos del Fondo General someterá a la Oficina de Gerencia y Presupuesto una relación certificada que incluya nombre del empleado, número de: seguro social, clasificación del puesto, fecha que comenzó a trabajar, sueldo devengado y costo total para la agencia del aumento concedido. Dicha certificación debe recibirse en la Oficina de Gerencia y Presupuesto no más tarde del 1ro de abril de 2004.

**Artículo 4.**-Se excluyen de las disposiciones de esta Ley las siguientes agencias 0 dependencias públicas: (1) la Universidad de Puerto Rico; (2) las corporaciones públicas que tiene autoridad expresa para llevar a cabo convenios colectivos bajo las disposiciones de la Ley Núm. 130 de 8 de mayo de 1945, según enmendada, (3) los empleados municipales y/o aquellos que presten ser-vicios a los municipios; (4) los empleados cubiertos por la Ley Núm. 45 de 25 febrero de 1998, según enmendada, que hayan suscrito un convenio colectivo a la fecha de la vigencia de esta Ley que incluya concesión de aumentos de sueldos; y (5) los miembros del Personal del Sistema de Rango del Cuerpo de Bomberos de Puerto Rico.

**Artículo 5.**-El aumento concedido mediante esta Ley será efectivo el 1 de enero de 2004.

Case:17-03283-LTS Doc#:11201-1 Filed:02/18/20 Entered:02/18/20 13:20:38 Desc: Exhibit Page 7 of 7

**Artículo 6.**-Los aumentos de sueldo concedidos mediante esta Ley no tienen el efecto de interrumpir el tiempo par ser acreedor de un aumento por años de servicio.

**Artículo 7.**-Aquellos empleados cubiertos bajo la Ley Núm. 45 de 25 de febrero de 1998, según enmendad, que reciban en este año fiscal el aumento dispuesto en esta Ley, sólo podrán negociar colectivamente aumentos de sueldo adicionales con cargo al presupuesto para el año fiscal 2004-2005 y de futuros presupuestos".

**Artículo 8.**-Toda disposición de ley que esté en conflicto con lo aquí dispuesto quedará sin efecto mientras tenga aplicabilidad esta Ley.

**Artículo 9.**-Esta Ley comenzará a regir inmediatamente después de su aprobación.

*Presidente de la Cámara*
*Presidente del Senado*

**Nota Importante:** Esta ley es copia de la ley original cuando fue aprobada, no incluye enmiendas posteriores.

**Presione Aquí para regresar al Menú anterior y seleccionar otra ley.**

---

**ADVERTENCIA**

Este documento constituye un documento de las leyes del Estado Libre Asociado de P.R. que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las leyes de Puerto Rico. Su distribución electrónica se hace como un servicio público a la comunidad. Siempre busque leyes posteriores para posibles enmiendas a esta ley.

**LexJuris de Puerto Rico siempre está bajo construcción.**

---

| Home | Leyes y Jurisprudencia | Información | Agencias | Profesionales | Biografías | Historia | Pueblos de Puerto Rico | Servicios | Publicidad | Directorios | Compras | Eventos | Noticias | Entretenimiento | Publicaciones CD | Ordenanzas | Revista Jurídica |

© 1996-2003 LexJuris de Puerto Rico - Derechos Reservados

---