# TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS

## PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN | PROMESA |
| FINANCIERA PARA PUERTO RICO, | TITULO 111 NÚM. 17BK3283-LTS |
| COMO REPRESENTANTE DE | (Administrada conjuntamente) |
| ESTADO LIBRE ASOCIADO DE PUERTO RICO Y | La presente radicación guarda |
| OTRO, | relación con ELA, la ACT y el SRE |

DEUDORES

I. Datos: Irisbell Gonzalez Delgado, Número de reclamo: 119232 (Dirección) HC01 Buzon 3181 Arroyo, P.R. 00714. (Celular) (787) 366-2163 (Email gonzalezdi@de.pr.gov)

II. Epígrafe: NOTIFICACIÓN DE LA CENTESIMA CUADRAGESIMA SEGUNDA OBJECION GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE UNAS LEYES PUERTORRIQUEÑAS NO ESPECÍFICADAS.

III. Motivos: Yo Irisbell Gonzalez Delgado soy empleado activo del Departamento de Educación de Puerto Rico no docente desde el año 2000. Estoy Reclamando la Ley 180 en conjunto estimo la cantidad de$ 50,000.00 que me pertenece actualmente y alguna otra cantidad adicional mientras esté activo como empleado del Departamento de Educación tengo todo mi derecho de recibir estas cantidades aproximadas por todos los años de servicios conforme a las leyes establecidas por el Estado Libre Asociado.

IV. Documentación Justificativa: Adjunto evidencia de documentos que incluyen las leyes arriba mencionadas.

1- Estado de cuenta estimado del Sistema de Retiro de P.R.
2- Certificacion de empleo

Irisbell Gonzalez Delgado

18 de febrero de 2020