TRIBUNAL DE DISTRITO DE LOS ETADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| En el asunto de: JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO | PROMESA, Titulo III |
| | Num. 17BK 3283 – LTS |
| Como representante de: ESTDO LIBRE ASOCIADO DE PR Y OTROS, | (Administrada conjuntamente) |
| Deudores | La presente radicación con el ELA y el SRE. |

La presente es para objetar global de la notificación recibida vía correo postal conforme a la Ley de Retribución Uniforme, Ley #89 -1979, 3 L>P.R.A. secs. 760 et seq., en adelante ley de Retribución y el Reglamento de Retribución Uniforme de la Oficina Central de Administración de Personal, Reglamento Num.319 de 7-junio de 1984, así como los principios de méritos subyacentes en los planes de clasificación y retribución de las agencias gubernamentales y hasta el presente no se aplicado la clasificación y retribución. Solicito que no se incluya este reclamo en la Ley Promesa del Título III.

Se aneja Certificación de Empleo del Patrono para el cual estoy aún trabajando Departamento de Corrección y Rehabilitación Hato Rey, P.R., Ley 89-1979, y documentación del Sistema de Retiro para Empleados de Gobierno de Puerto Rico.

_____
Sra. Betty Alvalle Alvarado, 13-enero-2020
Cel. 787.204.3219 / Ofic. 787.864.8886, ext. 1907
balvalle@dcr.pr.gov / balvalle51@gmail.com
P.O. Box 1624
Guayama, PR 00785

