**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

03 de febrero de 2020

**Agencia: 227 - CORP. CENTRO CARDIOVASCULAR DE P.R.**

VICTOR J FERNANDINI AGOSTINI
PMB 322
P.O. BOX 6022
CAROLINA, PR 00984

Seguro Social: XXX-XX-9274

A base de la información en nuestros registros, al 03 de febrero de 2020 usted posee:

Género: Masculino

Fecha de Nacimiento:
Fecha de Ingreso al Servicio Público: 16 de octubre de 2000
Fecha de Comienzo de Cotización: 16 de octubre de 2000

| Ley R2000 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | | Ley 106 | |
|---|---|---|---|---|---|
| Años Acreditados: | 12.06 | Tiempo Trabajado: | 3.1 | Tiempo Trabajado: | 2.5 |
|  |  | Aportaciones: | 14,771.51 | Aportaciones: | 8,542.60 |
|  |  | Intereses: | 7,094.37 | Intereses: | 0.00 |
|  |  | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| **Servicio No Cotizado** | | **Transferido Ley R2000** | | | |
| Pagado: | 0.00 | Aportaciones: | 33,183.36 | | |
| Tiempo: | 0.00 | Intereses: | 3,290.97 | | |
| Balance Acumulado: | 0.00 | Total Aportaciones: | 58,340.21 | Total Aportaciones: | 8,542.60 |
| Beneficio: | 0.00 | Beneficio: | 240.79 | Beneficio: | 0.00 |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov