TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS

PARA EL DISTRITO DE PUERTO RICO

*INTAKE DROP BOX
RECEIVED & FILED
2020 FEB 18 PM 2:49
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR*

| | |
|---|---|
| JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, | PROMESA |
| COMO REPRESENTANTE DE | TITULO 111 NÚM. 17BK3283-LTS |
| ESTADO LIBRE ASOCIADO DE PUERTO RICO Y | (Administrada conjuntamente) |
| OTRO, | La presente radicación guarda relación con ELA, la ACT y el SRE |

DEUDORES

I. Datos: Carlos Arill Torres, (Dirección) Calle Valeriano Munoz #3, Altos san Lorenzo P.R. 00754 (Celular) (787) 3782011(Email cmarilltorres@gmail.com)

II. Epígrafe: NOTIFICACIÓN DE LA CENTESIMA CUADRAGESIMA SEGUNDA OBJECION GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE UNAS LEYES PUERTORRIQUEÑAS NO ESPECÍFICADAS.

III. Motivos: Yo Carlos Miguel Arill Torres actualmente retirado del Departamento de Educación de Puerto Rico docente desde el año 1977. Estoy Reclamando la Ley 34, Ley 180, Ley 89 en conjunto estimo la cantidad de$ 6 0,000.00 que me pertenece actualmente y alguna otra cantidad adicional mientras esté activo como empleado del Departamento de Educación tengo todo mi derecho de recibir estas cantidades aproximadas por todos los años de servicios conforme a las leyes establecidas por el Estado Libre Asociado.

*Carlos Arill Torres; (Firmado por fda Arill Torres)*

Carlos Miguel Arill Torres

18 de febrero de 2020