Tribunal de Distrito de los Estados Unidos
Para el Distrito de Puerto Rico
Estado Libre Asociado de Puerto Rico
Promesa Título III Núm. 17BK3283-LTS
Notificación de la Centésima Cuadragésima Novena
Objeción global del Estado Libre Asociado de P.R.
Número de reclamación 116045

Para enmendar

— Notifico que fuí maestra desde 1980 (en el 2001 acepté de Directora Escolar) hasta 2012 que me Jubilé. Trabajé para el Departamento de Educación bajo el mandato de los gobernadores Sila M. Calderón y Romero Barceló donde se aprobaron la ley 89 y 96 de aumento salarial que no pagaron a los Maestros. Cuando la ley fué aprobada estuve activa y tenía derecho como empleada y merecía el aumento. Según UNETE es 21 × 300 = $6,300.

— Hacienda por reembolso por pago doble de prima por Seguro Compulsorio periodo (1998–2010) = $400.00

M. Villanueva   18/Feb/2020
Marta Villanueva
Calle Manatí #212 Urb
Villa del Mar CocoBeach
Rio Grande P.R. 00745
Núm de reclamación 116045
Cel. 939 270 3864