# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

ATT: SRM

30 de enero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | MARTA VILLANUEVA OSORIO |
| Seguro Social | : | *mw.* |
| Categoría | : | DIRECTOR ESCOLAR II (K-12) |
| Distrito Escolar | : | CAROLINA |
| Sueldo Mensual | : | $3,545.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 31 de diciembre de 2012 |
| Otros | : | Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de (31) años. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

**GOBIERNO DE PUERTO RICO**
**DEPARTAMENTO DE HACIENDA**
San Juan, Puerto Rico

016899-T43
MARTA VILLANUEVA OSORIO
URB COCO BEACH
212 CALLE MANATI
RIO GRANDE PR 00745-4607

Fecha de Notificación:  22 de agosto de 2018

RE:  REEMBOLSO PAGO DOBLE DE PRIMA DEL SEGURO COMPULSORIO PERIODO 1998-2010

Estimado contribuyente:

De conformidad con la Orden dictada en el caso <u>Gladys García Rubiera, et al v. Juan Flores Galarza, et al</u>, Civil No. 02-1179 (GAG), el Departamento de Hacienda estableció un mecanismo para que toda persona que realizó el pago doble de la prima del seguro compulsorio en algún momento entre los años 1998 al 2010 pueda reclamar el reembolso de dicho pago, según el procedimiento y la Solicitud de Reembolso que se incluyen.

De acuerdo con nuestros records, usted tiene derecho a reclamar reembolso para los vehículos de motor detallados al dorso. [Ver el detalle al dorso.]

La solicitud puede ser enviada por internet a través de www.hacienda.pr.gov, siguiendo las instrucciones establecidas en el portal, o por correo postal al Área de Seguros Públicos, Departamento de Hacienda, Apartado 9024140, San Juan, PR 00902-4140, en o antes del período de dos años, contados desde la última publicación de este aviso en el periódico.

Esta notificación se efectúa en cumplimiento y como resultado de la estipulación y sentencia dictada en el caso de <u>García Rubiera, et al., v. Hon. Luis G. Fortuño, et al</u>, Civil Número 02-1179 (GAG) ante el Tribunal de Distrito Federal para el Distrito de Puerto Rico, y estipulación en el caso de <u>Gladys García Rubiera, et al v. Asociación de Suscripción Conjunta del Seguro de Responsabilidad Obligatorio</u>, Civil Número KDP2001-1441 (801) Sala de San Juan del Tribunal de Primera Instancia.

Cualquier pregunta puede comunicarse al (787) 721-2020 extensión 2713.

Cordialmente,

Carlos M. Allende Soto
Secretario Auxiliar Interino
Área de Seguros Públicos

| Número de Seg. Social | Número de Tablilla | Número de Identificación del Vehículo (VIN) | Compañía Aseguradora | # de Sol. | Número de Póliza | Año Reclamado |
|---|---|---|---|---|---|---|
| XXX-XX- ind | EIJ783 | S3TE52V026100194 | COOPERATIVA DE SEGUROS MULTIPLES DE PR | 13063 | PAP0550168 | 2002-2003 |
| XXX-XX- ind | BTX629 | 52CG58E0R4311542 | COOPERATIVA DE SEGUROS MULTIPLES DE PR | 13066 | PAP0550168 | 2002-2003 |
| XXX-XX- ind | EIJ783 | S3TE52V026100194 | COOPERATIVA DE SEGUROS MULTIPLES DE PR | 13073 | PAP0550168 | 2002-2003 |
|  |  |  |  | 13087 |  |  |