Tribunal de Distrito de los Estados Unidos para el Distrito Puerto Rico
Avenida Chardón # 150, Edificio Federal
San Juan, Puerto Rico 00918

**DEUDOR:** Estado Libre Asociado de Puerto Rico
Gobierno de Puerto Rico
Departamento de Educación
PROMESA, Título III
Núm. 17 BK 3283-LTS

En relación a la "**Centésima Cuadragésima Séptima Objeción Global**" (no-sustantiva) del Estado Libre Asociado de Puerto Rico ... y los reclamos deficientes en los que se alegan intereses sobre las bases de unas leyes puertorriqueñas no especificadas.

Evidencia de Reclamación: **126946** – Ley 96 (ver documento adjunto)
Evidencia de Reclamación: **124200** - Ley 164 (ver documento adjunto)

**RECLAMANTE:**
Lourdes Soto Ramos    # seg soc XXX-XX-
Urb. Los Caobos
Calle Tabonuco # 2323
Ponce, Puerto Rico 00716-2712
# celular (787) 247-7653
email - Lsoto024@gmail.com

**RECLAMA:**
Al **Estado Libre Asociado de Puerto Rico**; al **Departamento de Educación** del Gobierno de Puerto Rico, los **salarios impagos** aprobados por la **LEY # 96** ( 2002) y la **LEY # 164** ( 2003).

El **fundamento** de nuestra reclamación está, en que durante los años que **trabajamos** para el Gobierno de Puerto Rico en el **Departamento de Educación,** (como maestra de salud y luego como Supervisora de Salud **desde febrero de 1977 hasta febrero de 2011**), se aprobaron algunas leyes salariales para las que, entendemos, **no se adjudicaron los aumentos de sueldo** estipulados en las mismas. Trabajamos en el Departamento de Educación por un período de 31 años y nos acogimos a la jubilación en febrero de 2011. (ver documentos adjuntos - Certificación del Departamento de Educación y del Sistema de Retiro de Maestros).

(Esta reclamación consta de 3 páginas escritas y 10 documentos adjuntos)

Página 2- Lourdes Soto Ramos   # seg soc   XXX-XX-
Reclamación # 126946    y    Reclamación # 124200

La **naturaleza de nuestra reclamación** es por **salarios impagos** durante el tiempo que trabajamos en el Departamento de Educación.

**Detalles sobre las leyes reclamadas:**

**LEY # 96**    (claim # 126946)
- Efectiva el 1 de julio de 2002.
- Concede aumento de $100.00 mensuales en el sueldo a todos los empleados públicos que estén en el servicio activo al 30 de junio de 2002 sin distinguir estatus o categorías.

**Años reclamados:**  Del 1 de julio de 2002 al 4 de febrero de 2011  ( 8 años y 6 meses)
**Cantidad reclamada:**  $ 10,200.00

**LEY # 164**    (claim # 124200)
- Aprobada el 22 de julio de 2003 y efectiva el 1 de enero de 2004.
- Concede aumento de $100.00 mensuales en el sueldo a los empleados públicos.

**Años reclamados:**  Del 1 de enero de 2004 al 4 de febrero de 2011  (7 años y 1 mes)
**Cantidad reclamada:**  $ 8,500.00

**Documentos que ayudan a fundamentar esta reclamación:**
1. Evidencia de Reclamación para la Ley # 96 con constancia de recibo por correo.
2. Evidencia de Reclamación para la Ley # 164 con constancia de recibo por correo.
3. Departamento de Educación - CERTIFICACIÓN (incluyendo fecha de comienzo y de renuncia por jubilación).
4. Departamento de Educación – INFORME DE NOMBRAMIENTOS Y CAMBIOS
5. Sistema de Retiro de Maestros – CERTIFICACIÓN (con fecha de elegibilidad y tiempo cotizado)
6. Sistema de Retiro de Maestros – INFORME RENTA ANUAL VITALICIA
   (Nota: al acudir al Departamento de Educación y al Sistema de Retiro para Maestros ésta fue la única información que se nos proporcionó).

Página 3 - Lourdes Soto Ramos  # seg soc  XXX-XX-_LSR_
Reclamación # 126946   y   Reclamación # 124200

Por este medio, **solicito la adjudicación de mi petición**, según corresponda a mis derechos por las leyes anteriormente especificadas.

Nombre: _Lourdes Soto Ramos_

Firma: _Lourdes Soto Ramos_          Fecha: _18. febrero. 2020_