**Prime Clerk**
830 Third Ave, 9th Floor
New York, NY 10022



In re Commonwealth of Puerto Rico
Case No. 17-03283
United States Bankruptcy Court for the District of Puerto Rico (San Juan)

**PRIME CLERK RECEIVED YOUR PROOF OF CLAIM.**

Date Filed: 6/28/2018
Proof of Claim No.: 126946

For additional information, please visit
**http://cases.primeclerk.com/puertorico**, or
call us at **844.822.9231**.

Lourdes Soto Ramos
Urb. Los Caobos 2323 Calle Tabonuco
Ponce, PR 00685

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).

| | | |
|---|---|---|
| ☒ Commonwealth of Puerto Rico / El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date: May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA) / La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date: May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority / La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date: May 21, 2017 |
| ☐ Employees Retirement System of the Government of the Commonwealth of Puerto Rico / El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date: May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority / La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date: July 2, 2017 |

RECEIVED 2019 JUN 28 A 9:07

Modified Official Form 410 / Formulario Oficial 410 Modificado
# Proof of Claim / Evidencia de reclamación
04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

## Part 1 / Parte 1 — Identify the Claim / Identificar la reclamación

1. Who is the current creditor?
   ¿Quién es el acreedor actual?

   __Soto Ramos, Lourdes__
   Name of the current creditor (the person or entity to be paid for this claim)
   Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

   Other names the creditor used with the debtor _____
   Otros nombres que el acreedor usó con el deudor

2. Has this claim been acquired from someone else?
   ¿Esta reclamación se ha adquirido de otra persona?

   ☒ No / No
   ☐ Yes. From whom?
   Sí. ¿De quién? _____

3. Where should notices and payments to the creditor be sent?

   Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

   ¿A dónde deberían enviarse las notificaciones al acreedor?

   Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g)

   Where should notices to the creditor be sent?
   ¿A dónde deberían enviarse las notificaciones al acreedor?

   Soto Ramos, Lourdes
   Name / Nombre

   Urb. Los Caobos 2323 calle Tabonuco
   Number / Número   Street / Calle

   Ponce, P.R. 00716-2712
   City / Ciudad   State / Estado

   cel # (787)247-7653 (787)842-6757 home
   Contact phone / Teléfono de contacto

   lsoto024@gmail.com
   Contact email / Correo electrónico de contacto

   Where should payments to the creditor be sent? (if different)
   ¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)

   Name / Nombre

   Number / Número   Street / Calle

   City / Ciudad   State / Estado   ZIP Code / Código postal

   Contact phone / Teléfono de contacto

   Contact email / Correo electrónico de contacto

4. Does this claim amend one already filed?
   ¿Esta reclamación es una enmienda de otra presentada anteriormente?

   ☒ No / No
   ☐ Yes. Claim number on court claims registry (if known)
   Sí. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo)_____
   Filed on / Presentada el _____ (MM/DD/YYYY) / (DD/MM/AAAA)

5. Do you know if anyone else has filed a proof of claim for this claim?
   ¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?

   ☒ No / No
   ☐ Yes. Who made the earlier filing?
   Sí. ¿Quién hizo la reclamación anterior?_____

**Part 2 / Parte 2:**  Give Information About the Claim as of the Petition Date
Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?
   ¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico?

   ☐ No / No
   ☒ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)
   Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).

   Dpto. de Educación / Estado Libre Asociado de P.R.

7. Do you supply goods and / or services to the government?
   ¿Proporciona bienes y / o servicios al gobierno?

   ☒ No / No
   ☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:

   Vendor / Contract Number | Número de proveedor / contrato: _____

   List any amounts due after the Petition Date (listed above) but before June 30, 2017:
   Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017 $ Desconozco

| | | |
|---|---|---|
| 8. How much is the claim?<br><br>¿Cuál es el importe de la reclamación? | $ _Desconozco_ | . Does this amount include interest or other charges?<br>¿Este importe incluye intereses u otros cargos?<br>☐ No / No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).<br>Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A). |

9. What is the basis of the claim?

    ¿Cuál es el fundamento de la reclamación?

    Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

    Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

    _Ley # 96-1 de julio de 2002_

10. Is all or part of the claim secured?

    ¿La reclamación está garantizada de manera total o parcial?

    ☒ No / No
    ☐ Yes. The claim is secured by a lien on property.
         Sí. La reclamación está garantizada por un derecho de retención sobre un bien.

      **Nature of property / Naturaleza del bien:**
      ☐ Motor vehicle / Vehículos

      ☐ Other. Describe:
         Otro. Describir: _____

      **Basis for perfection / Fundamento de la realización de pasos adicionales:** _____

      _____

      Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

      Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.

      **Value of property / Valor del bien:**        $ _____

      **Amount of the claim that is secured /**
      **Importe de la reclamación que está garantizado:** $ _____

      **Amount of the claim that is unsecured /**
      **Importe de la reclamación que no está garantizado:** $ _____
      (The sum of the secured and unsecured amounts should match the amount in line 7.)
      (La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

      **Amount necessary to cure any default as of the Petition Date /**
      **Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso :** $ _____
      _____

      **Annual Interest Rate** (on the Petition Date)
      **Tasa de interés anual** (cuando se presentó el caso) _____ %
      ☐ Fixed / Fija
      ☐ Variable / Variable

11. Is this claim based on a lease?

    ¿Esta reclamación está basada en un arrendamiento?

    ☐ No / No
    ☒ Yes. Amount necessary to cure any default as of the Petition Date.
         Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso$ _____

### Part 3 / Parte 3

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).**

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

### Sign Below / Firmar a continuación

Check the appropriate box / Marque la casilla correspondiente:

- [x] I am the creditor. / Soy el acreedor.
- [ ] I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.
- [ ] I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.
- [ ] I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el  6/27/2018   (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma  *Lourdes Soto Ramos*

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name  **Lourdes Soto Ramos**
First name / Primer nombre   Middle name / Segundo nombre   Last name / Apellido

Title / Cargo  **Jubilada**

Company / Compañía  **Estado Libre Asociado de P.R / Departamento de Educación**
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección _____
Number / Número   Street / Calle

_____
City / Ciudad   State / Estado   ZIP Code / Código postal

Contact phone / Teléfono de contacto _____   Email / Correo electrónico _____

**Prime Clerk**
830 Third Ave, 9th Floor
New York, NY 10022

In re Commonwealth of Puerto Rico
Case No. 17-03283
United States Bankruptcy Court for the District of Puerto Rico (San Juan)

**PRIME CLERK RECEIVED YOUR PROOF OF CLAIM.**

Date Filed: 6/28/2018
Proof of Claim No.: 124200

Ley 164

For additional information, please visit
http://cases.primeclerk.com/puertorico, or
call us at **844.822.9231**.

U.S. POSTAGE ⟩⟩ PITNEY BOWES
ZIP 11232 $ 000.35⁰
02 4W
0000349804 SEP 12 2018

LOURDES SOTO RAMOS
URB. LOS CAOBAS 2323 CALLE TABO
NUCO
PONCE, PR 00670

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

Fill in this information to identify the case (Select only one Debtor per claim form)
Llene esta información para identificar el caso (seleccione solo un deudor por formulario de reclamación)

| | | |
|---|---|---|
| ☒ Commonwealth of Puerto Rico / El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date: May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA) / La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date: May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority / La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date: May 21, 2017 |
| ☐ Employees Retirement System of the Government of the Commonwealth of Puerto Rico / El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date: May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority / La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date: July 2, 2017 |

Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

## Part 1 / Parte 1 — Identify the Claim / Identificar la reclamación

1. Who is the current creditor?

   ¿Quién es el acreedor actual?

   __Soto Ramos, Lourdes__
   Name of the current creditor (the person or entity to be paid for this claim)
   Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

   Other names the creditor used with the debtor
   Otros nombres que el acreedor usó con el deudor _____

2. Has this claim been acquired from someone else?
   ¿Esta reclamación se ha adquirido de otra persona?

   ☒ No / No
   ☐ Yes. From whom?
   Sí. ¿De quién? _____

3. Where should notices and payments to the creditor be sent?

   Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

   ¿A dónde deberían enviarse las notificaciones al acreedor?

   Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g)

   **Where should notices to the creditor be sent?**
   ¿A dónde deberían enviarse las notificaciones al acreedor?

   Name / Nombre: Soto Ramos, Lourdes
   Number / Número, Street / Calle: Urb. Los Caobos, 2323 calle Tabonuco
   City / Ciudad: Ponce, State / Estado: P.R., ZIP: 00716-2712
   Contact phone / Teléfono de contacto: (787) 247-7653 / cel# (787) 842-6757
   Contact email / Correo electrónico de contacto: lsoto024@gmail.com

   **Where should payments to the creditor be sent?** (if different)
   ¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)

   Name / Nombre: _____
   Number / Número, Street / Calle: _____
   City / Ciudad, State / Estado, ZIP Code / Código postal: _____
   Contact phone / Teléfono de contacto: _____
   Contact email / Correo electrónico de contacto: _____

4. Does this claim amend one already filed?
   ¿Esta reclamación es una enmienda de otra presentada anteriormente?

   ☒ No / No
   ☐ Yes. Claim number on court claims registry (if known)
   Sí. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo) _____
   Filed on / Presentada el _____ (MM/DD/YYYY)/(DD/MM/AAAA)

5. Do you know if anyone else has filed a proof of claim for this claim?
   ¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?

   ☒ No / No
   ☐ Yes. Who made the earlier filing?
   Sí. ¿Quién hizo la reclamación anterior? _____

**Part 2 / Parte 2:** Give Information About the Claim as of the Petition Date
Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?
   ¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico?

   ☐ No / No
   ☒ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)
   Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).

   Dpto de Educación / Estado Libre Asociado de P.R.

7. Do you supply goods and / or services to the government?
   ¿Proporciona bienes y / o servicios al gobierno?

   ☒ No / No
   ☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:

   Vendor / Contract Number | Número de proveedor / contrato: _____

   List any amounts due after the Petition Date (listed above) but before June 30, 2017:
   Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017 $ Desconozco

Modified Official Form 410      Proof of Claim      page 2

(efect 1.ene,2004)

| | | |
|---|---|---|
| 8. How much is the claim?<br><br>¿Cuál es el importe de la reclamación? | $ _Desconozco_ | . Does this amount include interest or other charges?<br>¿Este importe incluye intereses u otros cargos?<br>☐ No / No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).<br>Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A). |
| 9. What is the basis of the claim?<br><br>¿Cuál es el fundamento de la reclamación? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.<br><br>_Ley # 164 del 22 de julio de 2003_ | |
| 10. Is all or part of the claim secured?<br><br>¿La reclamación está garantizada de manera total o parcial? | ☒ No / No<br>☐ Yes. The claim is secured by a lien on property.<br>Sí. La reclamación está garantizada por un derecho de retención sobre un bien.<br><br>**Nature of property / Naturaleza del bien:**<br>☐ Motor vehicle / Vehículos<br><br>☐ Other. Describe:<br>Otro. Describir: _____<br><br>**Basis for perfection / Fundamento de la realización de pasos adicionales:** _∅_<br>_____<br><br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br>Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.<br><br>**Value of property / Valor del bien:** $_____<br><br>**Amount of the claim that is secured /**<br>Importe de la reclamación que está garantizado: $_____<br><br>**Amount of the claim that is unsecured /**<br>Importe de la reclamación que no está garantizado: $_____<br>(The sum of the secured and unsecured amounts should match the amount in line 7.)<br>(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)<br><br>**Amount necessary to cure any default as of the Petition Date /**<br>Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $_____<br><br>**Annual Interest Rate (on the Petition Date)**<br>Tasa de interés anual (cuando se presentó el caso) _____%<br>☐ Fixed / Fija<br>☐ Variable / Variable | |
| 11. Is this claim based on a lease?<br><br>¿Esta reclamación está basada en un arrendamiento? | ☐ No / No<br>☒ Yes. Amount necessary to cure any default as of the Petition Date.<br>Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso $ _____ | |

## Part 3 / Parte 3: Sign Below / Firmar a continuación

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

- [x] I am the creditor. / Soy el acreedor.
- [ ] I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.
- [ ] I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.
- [ ] I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el  __6/27/2018__  (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma __Lourdes Soto Ramos__

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name __Lourdes        Soto        Ramos__
First name / Primer nombre     Middle name / Segundo nombre     Last name / Apellido

Title / Cargo __Jubilada__

Company / Compañía __Estado Libre Asociado de P.R./Departamento de Educación__
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección _____
Number / Número        Street / Calle

_____
City / Ciudad        State / Estado        ZIP Code / Código postal

Contact phone / Teléfono de contacto _____    Email / Correo electrónico _____



# DEPARTAMENTO DE EDUCACION
Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

**ATT: Ley Promesa**

13 de febrero de 2020

## CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | LOURDES SOTO RAMOS |
| Seguro Social | : | |
| Categoría | : | FACILITADOR DOCENTE SALUD ESCOLAR |
| Distrito Escolar | : | PONCE I_ |
| Sueldo Mensual | : | $3,120.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 4 de febrero de 2011 |
| Otros | : | Presto servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 31 años. Nuestro sistema de Recursos Humanos refleja que ocupó una plaza desde 02/06/1977. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

# DEPARTAMENTO DE EDUCACIÓN
Estado Libre Asociado de Puerto Rico
Secretaría Auxiliar de Recursos Humanos
Division de Personal Docente

## INFORME DE NOMBRAMIENTOS Y CAMBIOS

Expediente:   Número del Cambio: 3125

| Número del Cambio | Antes del Cambio | Después del Cambio |
|---|---|---|
| 1. Nombre del Empleado | LOURDES SOTO RAMOS | |
| 2. Seguro Social | | |
| 3. Número de Puesto | R00814 | |
| 4. Cifra de Cuenta | E1110-111-0810000-1008-00100-2011- | PARA LA JUNTA DE RETIRO DE MAESTROS Y ASOCIACION DE EMPLEADO |
| 5. Cifra de Cuenta SIFDE | E1110 - 111 - 03061500 - 1008 - 001 - 2011 | |
| 6. Status | REGULAR | |
| 7. Escala de Retribución | 01 | |
| 8. Clasificación y Número de Clase | SUP. DE ZONA SALUD III 8501 | |
| 9. Sueldo | $ 3,120.00 | |
| 10. Diferencial | | |
| 11. División o Escuela | OFICINA DEL SUPERINTENDENTE 95654 | |
| 12. Programa | Escuelas de la Comunidad | |
| 13. Ubicación | PONCE 135 | |
| 14. Acción y Duración | JUBILACION LEY 91 | |
| 15. Aportación a Retiro | 9.000% | |
| 16. Último Día de Trabajo | 04/FEBRERO/2011 | |
| 17. Último Día de Pago | 21/SEPTIEMBRE/2011 04:30 PM | |
| 18. Fecha de Efectividad | 04/FEBRERO/2011 | |

**19. Comentarios y Explicaciones**
SE ACOGE A LOS BENEFICIOS DE LA LEY 91 DEL 25/MARZO/2004. U.D.T. 4/MARZO/2011. 5 Y 6/FEB./2011, SAB. Y DOM., PAGO GLOBAL VAC. REG. 7/FEBRERO/2011 HASTA 5/MAYO/2011. (60 DIAS) PAGO GLOBAL LIC. ENF. 6/MAYO/2011 HASTA 21/SEPT./2011 (90 DIAS)

**20. Firma del Jefe de Agencia o Representante Autorizado**
María Lizardi Valdés

Fecha de Preparado:   16/FEBRERO/2011
Preparado Por:   MMC

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2219, 2223, 2227, 2229, 2224, 3461 FAX
El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. LOURDES SOTO RAMOS**, con número de seguro social que termina en :

| | |
|---|---|
| Fecha de Elegibilidad de la Pensión | 5 de febrero de 2011 |
| Tiempo Cotizado para la Pensión | 32 años, 4 meses, 2 semana y 1 ½ días |
| Fecha de Efectividad de la Renuncia | 4 de febrero de 2011 |
| Fecha de Efectividad de la Pensión | 5 de febrero de 2011 |
| Pensión Mensual Actual | $2,324.82 |

Esta certificación se expide hoy, **14 de febrero de 2020** en **San Juan**, Puerto Rico.

Edgardo Negron Ramirez
Supervisor
Área de Servicios de Retiro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879
787.777.1414  787.764.6910  www.srm.pr.gov



**Estado Libre Asociado de Puerto Rico**
**Sistema de Retiro para Maestros**

Mes-Día-Año
Fecha Radicación
17-dic-10
25-mar-11

Número de Caso: 1660

## INFORME RENTA ANUAL VITALICIA

**SOTO RAMOS, LOURDES**
Apellido Paterno, Materno, Nombre e Inicial

Seguro Social

Sexo: ☑ Femenino ☐ Masculino

Categoría y Pueblo: PONCE - SUP. SALUD III

Retiro Ley Núm.: **LEY 70**

Fecha Nacimiento (Mes-Día-Año)

Dirección Postal: URB LOS CAOBOS
2323 CALLE TABONUCO
PONCE PR 00716-2712

Tipo de Renta (Pensión): ☑ Años de Servicio y Edad ☐ Edad ☐ Diferida
☐ Incapacidad Ocupacional ☐ Incapacidad No Ocupacional

| Edad al Retirarse | | | Servicios Acreditados | | | | Costo Anualidad | Renta | |
|---|---|---|---|---|---|---|---|---|---|
| Años | Meses | Días | Años | Meses | Sem | Días | | Mensual | Anual |
| 54 | 0 | 14 | 32 | 4 | 2 | 1½ | $ 65,374.90 | $ 2,324.82 | $ 27,897.84 |

Fecha de Renuncia: 4-feb-11  Último Día de Pago: 4-feb-11
Fecha Efectividad Pensión: 5-feb-11  Cierre de Nómina: 28-mar-11
Fecha Primer Pago Pensión: 15-ABR-11  Importe $ 2,324.82
Pago Global Retroactivo: Desde 5-feb-11 Hasta 31-mar-11  Importe Total $ 4,317.54

### DESGLOSE DE DESCUENTOS

| | PAGO GLOBAL | PAGO MENSUAL |
|---|---|---|
| Importe Total (Bruto) | $ 4,317.54 | $ 2,324.82 |
| Menos Descuentos: | Descuento | Descuento |

Préstamos:  Clave
Personal (PP)  47-000
Cultural (PC)  45-000
Hipotecario (PH)  36-000
Finanzas  67-059

PAGADO APR 2011

Aport. Individual 9% (Clave 26-001)
ASUME
Otros

Importe Neto  $ 4,317.54  $ 2,324.82

Bonos:
☐ Bono Verano (PBV)  ☐ Bono Medicamentos (PBM)
☐ Bono Navidad (BNP)

Certifico que la información aquí provista es cierta, correcta y completa.
ANNIE RIVERA CANALES  11-mar-2011
NOMBRE  Firma  Fecha

NORMA I. PEÑA AGOSTO
NOMBRE  Firma  Fecha

### PREINTERVENCIÓN DE DOCUMENTOS | USO DIRECTOR(A) ÁREA RETIRO

Verificación de:
☐ Exactitud
☑ Legalidad
☐ Firmas
☑ Otros

Oficina Documentos Preintervenidos
Fecha: 23/mar/10
Iniciales:

Aprobado por:
IVONNE L. ORTIZ VALLADARES
Nombre Director(a) o Representante Autorizado

Firma  3/24/11 Fecha Mes-Día-Año

### USO ÁREA DE PENSIONADOS (Sección Nóminas)

Ingreso a Nómina  Mes ___  ☑ 1ra ☐ 2da
Nombre Empleado
Firma  Fecha (Mes-Día-Año)

Nómina Pago Global  Mes ___  ☐ 1ra ☐ 2da
☐ Off Cycle ☐ Pay Line
Nombre Empleado
Firma  Fecha (Mes-Día-Año)

Juan Agosto Castro
Nombre Supervisor  Firma  Fecha (Mes-Día-Año)

Conservación: Seis años o una intervención de la Oficina del Contralor de Puerto Rico, lo que ocurra primero.