

## GOBIERNO DE PUERTO RICO

Departamento de la Familia

A QUIEN PUEDA INTERESAR

CERTIFICO que, **Karem Y Garcia Ortiz,** Número de Seguro Social trabaja para el **Departamento de la Familia** con la **Administración Familia y Niños (ADFAN)** en la **Oficina Local Cayey.**

La **señora Garcia,** ofrece servicios como **TS I.** Comenzó en la agencia el **17 de julio de 2007.** La empleada devenga un salario mensual de **$2,370.00** y su puesto es **Regular.**

Certifico hoy, **12 de febrero de 2020,** para los fines que crea pertinentes.

**Nelson Rodriguez Rivera**
**Oficial Administrativo II**
**Recursos Humanos**