INTAKE DROP BOX
RECEIVED & FILED
2020 FEB 18 PM 2:49
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

# TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
## PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, | PROMESA |
| COMO REPRESENTANTE DE | TITULO 111 NÚM. 17BK3283-LTS |
| ESTADO LIBRE ASOCIADO DE PUERTO RICO Y | (Administrada conjuntamente) |
| OTRO, | La presente radicación guarda relación con ELA, la ACT y el SRE |

DEUDORES

I. Datos: Ida Arill Torres, Número de reclamo: 89495 (Dirección) Calle Valeriano Munoz #3 Altos San Lorenzo P.R. 00754 (Celular) (787) 238-5081 (Email arillti@de.pr.gov)

II. Epígrafe: NOTIFICACIÓN DE LA CENTESIMA CUADRAGESIMA SEGUNDA OBJECION GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE UNAS LEYES PUERTORRIQUEÑAS NO ESPECÍFICADAS.

III. Motivos: Yo Ida Arill Torres soy empleado activo del Departamento de Educación de Puerto Rico no docente desde el año 1999. Estoy Reclamando la Ley 34 en conjunto estimo la cantidad de $ 60,000.00 que me pertenece actualmente y alguna otra cantidad adicional mientras esté activo como empleado del Departamento de Educación tengo todo mi derecho de recibir estas cantidades aproximadas por todos los años de servicios conforme a las leyes establecidas por el Estado Libre Asociado.

IV. Documentación Justificativa: Adjunto evidencia de documentos que incluyen las leyes arriba mencionadas.

1- Estado de cuenta estimado del Sistema de Retiro de P.R.

*Ida Arill Torres*

Ida Arill Torres

18 de febrero de 2020