

**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

18 de febrero de 2020

Agencia: 171 - DEPARTAMENTO EDUCACION (NO DOCENTE)

IDA ARILL TORRES
VALERIANO MU OZ  3 ALT

SAN LORENZO, PR 00754

Seguro Social: *I.A.T.*

A base de la información en nuestros registros,  al 18 de febrero de 2020 usted posee:

Fecha de Nacimiento:  *I.A.T.*                                         Género: Femenino
Fecha de Ingreso al Servicio Público: 16 de junio de 1994
Fecha de Comienzo de Cotización: 16 de junio de 1994

| Ley 1 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | | Ley 106 | |
|---|---|---|---|---|---|
| Años Acreditados: | 15.25 | Tiempo Trabajado: | 4 | Tiempo Trabajado: | 2.58 |
| | | Aportaciones: | 10,977.60 | Aportaciones: | 6,135.90 |
| | | Intereses: | 889.23 | Intereses: | 0.00 |
| | | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| **Servicio No Cotizado** | | | | | |
| Pagado: | 580.22 | | | | |
| Tiempo: | 0.00 | | | | |
| **Balance Acumulado:** | 33,636.61 | **Total Aportaciones:** | 11,866.83 | **Total Aportaciones:** | 6,135.90 |
| **Beneficio:** | 485.79 | **Beneficio:** | 71.14 | **Beneficio:** | 0.00 |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,


Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov