RECEIVED & FILED
2020 FEB 18 AM 10: 16
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

12 de febrero de 2020

**Replica a la objeción global**

**Datos Personales:**

| | |
|---|---|
| Nombre: | Betty Meléndez Alvarado |
| Dirección: | Urb. Sierra Real Buzón 206 |
| | Cayey, P.R. 00736-9004 |
| Teléfono: | (939) 282-3440 |
| Correo Electrónico: | bettymelendez18@gmail.com |
| Numero de reclamación: | 112957 |

**Epígrafe:**

Tribunal de distrito de los Estados Unidos para el distrito de Puerto Rico

En el asunto de: PROMESA, Titulo 111

Junta de Supervisión y Administración Financiera para Puerto Rico, Núm. 17 BK 3283-LTS.

Como representante de:

Estado Libre Asociado de Puerto Rico y otros, La presente radicación guarda relación el ELA, la ACT y el SRE.

Centésima Trigésima novena objeción Global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la autoridad de carreteras y transportación de Puerto Rico y del sistema de retiro de los empleados del gobierno del estado libre asociado de puerto rico a reclamos deficientes en los que se alegan intereses sobre la base de unas leyes puertorriqueñas no especificadas.

Nombre de los deudores:

1. El Estado Libre Asociado de Puerto Rico (el "ELA") (núm. de procedimiento de quiebra17 BK 3283-LTS) (últimos cuatro dígitos del numero federal de contribuyente:3481)
2. La corporación del Fondo de interés apremiante de Puerto Rico ("Cofina") (núm. de procedimiento de quiebra 17 BK3284-LTZ) (últimos cuatro dígitos del numero federal de contribuyente: 8474)

3. La Autoridad de Carreteras y Transportación de Puerto Rico (la ÄCT") (núm. de procedimiento de quiebra 17 BK 3567-LTS (últimos cuatro dígitos del numero federal de contribuyente:3808)
4. El sistema de Retiro de los Empleados del Gobierno del Estado dígitos del numero federal de contribuyente: 9686);
5. La Autoridad de Energía Eléctrica de Puerto Rico (la "AEE') (núm. de procedimiento de quiebra 17 BK 4780-LTS)

Motivo para oponerse a la objeción global:

Me opongo a la objeción global ya que tengo derecho a la Ley 89 (romeraso), Ley 164 (escala salarial) y Ley 9 (Quinquenio Sila Calderón) he estado trabajando en el Departamento de la Familia, desde el 16 de agosto de 1999 hasta el presente. Solicito que se reevalué mi reclamación 112957 y aprueben el monto de la reclamación de acuerdo al tiempo que he trabajado, además después de 20 años de servicios nunca he recibido ninguna reclasificación, tampoco se me ha honrado ningún quinquenio hasta el presente.

Le incluyo certificación de empleo.

Gracias,

*Betty Meléndez Alvarado*
Betty Meléndez Alvarado