

### DEPARTAMENTO DE LA FAMILIA
GOBIERNO DE PUERTO RICO

A QUIEN PUEDA INTERESAR

CERTIFICO que, **Betty Meléndez Alvarado**, Número de Seguro Social, , trabaja para el Departamento de la Familia en la Administración de Familia y Niños en la **Oficina Local Cayey**.

La señora **Meléndez** ofrece servicios como **TSF I**. Comenzó en la agencia el **16 de agosto de 1999**. El empleado devenga un salario bruto de $2,571.00 mensual.

Certifico hoy, **12 de febrero de 2020**, para los fines que crea pertinentes.

**Nelson Rodríguez Rivera**
Oficial Administrativo II
Oficina Regional Guayama