

**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: IRMA SANTANA SANTANA**  Seguro Social: XXX-XX-4168
CALLE 4
URB. BONNEVILLE HEIGHT
CAGUAS, PR 00725

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | DEPT. DE CORRECCION Y REHABILITACION |
| Años de Servicio: | 24.25 |
| Balance de Aportaciones: | $61,752.05 |

Esta certificación fue emitida el 4 de febrero de 2020.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2020020446919383

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov

**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

04 de febrero de 2020

Agencia: 404 - DEPT. DE CORRECCION Y REHABILITACION

IRMA SANTANA SANTANA
CALLE 4
URB. BONNEVILLE HEIGHT
CAGUAS, PR 00725

Seguro Social: XXX-XX-4168

A base de la información en nuestros registros, al 04 de febrero de 2020 usted posee:

**Fecha de Nacimiento:** _GLA_      **Género:** Femenino
**Fecha de Ingreso al Servicio Público:** 31 de agosto de 1992
**Fecha de Comienzo de Cotización:** 31 de agosto de 1992

| Ley Anterior al 30 de junio de 2013 | |
|---|---:|
| Años Acreditados: | 20.25 |
| Aportaciones: | $37,924.73 |
| Intereses: | $9,624.48 |
| Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $47,549.21 |
| SNC Pagado: | $0.00 |
| SNC Tiempo: | 0.00 |
| Beneficio: | $0.00 |

| Ley 3 al 30 de junio de 2017 | |
|---|---:|
| Tiempo Trabajado: | 4 |
| Aportaciones: | $13,142.70 |
| Intereses: | $1,060.14 |
| Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $14,202.84 |
| Beneficio: | $0.00 |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.

Coordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov

Hermandad Empleados

# RECIBO DE PAGO PARA EL PROOF OF CLAIM

NUMERO CONTRATO: 11-2311

NUMERO RECIBO: 054

YO, Irma D. Santana Santana, SEGURO SOCIAL GLA 4168,

COMO PARTE DEL ACUERDO CON LA **HERMANDAD EMPLEADOS DE CORRECCIÓN**. **ACEPTO LIBRE Y VOLUNTARIAMENTE PAGAR VEINTE ($20.00) DÓLARES** PARA CUMPLIMENTAR EL FORMULARIO OFICIAL 410 MODIFICADO PROOF OF CLAIM/EVIDENCIA DE RECLAMO Y SER PRESENTADO AL TRIBUNAL FEDERAL COMO EVIDENCIA DE PAGO EN EL CASO **KAC-1996-1381 EL ROMERAZO**

TAMBIÉN **RECLAMO** LA CANTIDAD DE $8,540.00 A RAZÓN DE $40.00 DÓLARES MENSUALES.

ENTIENDO QUE EL PAGO CORRESPONDIENTE ES LUEGO DE HABERME DESCONTADO EL **30%** DEL PAGO A LA HERMANDAD COMO ESTABLECE EL **CONTRATO ORIGINAL**.

ENTIENDO TAMBIÉN QUE EL TRIBUNAL **PUEDE DETERMINAR** UNA CANTIDAD **MENOR** A SER PAGADA Y LA HERMANDAD ME INFORMARA A TRAVÉS DE **REUNIÓN, ASAMBLEA** Y/O CUALQUIER OTRO **MEDIO VIABLE PARA MI.**

LUEGO DE LEER Y ENTENDER ESTE ACUERDO FIRMO CONFORME ESTABLECE ESTE ACUERDO.

HOY 7 DE Mayo 2018, EN Caguas, PUERTO RICO.

FIRMA: Doris Santana

DIRECCIÓN: Urb. Bonneville Heights
4 Calle Lajas
Caguas, P.R. 00727

TELÉFONO: (787) 949-7521