**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

IN RE:

**THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
AS REPRESENTATIVE OF**

**THE COMMONWEALTH OF PUERTO RICO
et. al.**

                        **Debtors**

**PROMESA
TITTLE III**

**NO.  17 BK 3283 - LTS**

**(Jointly Administred)**

**The filing related to the
Cmmonwealth, HTA, and ERS**

---

### REPLICA A  CENTÉSIMA TRIGÉSIMA TERCERA OBJECIÓN GLOBAL AL

### HONORABLE TRIBUNAL:

Comparece Sotero Carrasquillo Ortiz, por derecho propio y muy respetuosamente expone
y solicita:

1) Esta parte se opone a la información contenida en el Anexo A de la Centésima
   trigésima tercer objeción global donde se alega que no existe reclamo de mi parte,
   bajo el numero de reclamación **130102.**

2) Adjunto los documentos que certifican todas mis aportaciones al Sistema de Retiro,
   los cuales reclamo que me paguen en su totalidad.

   a) Anejo #1 – Certificación de balances de aportaciones estimadas del Departamento
      de Corrección y Rehabilitación con balance por $57,605.55  al 17 de febrero de
      2020.

   b) Anejo #2 – Estado de Cuenta Estimado por $57,605.55 al 17 de febrero de 2020.

3) Para un total de balance de mis aportaciones al retiro, a las fechas de cada certificación de **$ 57,605.55.** Cantidad que me adeudan y solicito recibir en su totalidad, más los intereses que esas cantidades acumulen hasta la fecha en que lo reclame.

4) Por todo que solicito que se incluya el balance de mis cuentas de retiro en el presente caso, me eliminen de la lista de reclamos deficientes, y se deniegue la objeción global presentada.

**RESPETUOSAMENTE SOMETIDO.**

Certifico haber enviado copia fiel y exacta de este escrito y sus anejos por correo regular a: Counsel for the Oversight Board, Proskauer Rose LLP, Eleven Time Square, New York, NY 100036-8299 and Counsel for the Creditors' Committee, Paul Hastings, LLP 200 Park Avenue New York, NY 10166.

En Gurabo, Puerto Rico hoy 17 de febrero de 2020.

SOTERO CARRASQUILLO ORTIZ
124 PASEO ESMERALDA
URB.  PASEO DE SANTA BARBARA
GURABO, PUERTO RICO  00778
Tel: (787) 702-2153
CORREO ELECTRONICO: scarrasquillo@gmail.com