**GOBIERNO DE PUERTO RICO**

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

RE: SOTERO CARRASQUILLO ORTIZ　　　　　　　　　Seguro Social: XXX-XX-6425
PASEO SANTA BARBARA
CALLE ESMERALDA 124
GURABO, PR 00778

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | DEPT. DE CORRECCION Y REHABILITACION |
| Años de Servicio: | 29 |
| Balance de Aportaciones: | $57,605.55 |

Esta certificación fue emitida el 17 de febrero de 2020.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2020021747175402

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov



RETIRO
GOBIERNO DE PUERTO RICO

Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov

**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

17 de febrero de 2020

Agencia: 404 - DEPT. DE CORRECCION Y REHABILITACION

SOTERO CARRASQUILLO ORTIZ
PASEO SANTA BARBARA
CALLE ESMERALDA 124
GURABO, PR 00778

Seguro Social: XXX-XX-6425

A base de la información en nuestros registros, al 17 de febrero de 2020 usted posee:

Fecha de Nacimiento:  _6C4_     Género: Masculino
Fecha de Ingreso al Servicio Público: 30 de agosto de 1988
Fecha de Comienzo de Cotización: 30 de agosto de 1988

| Ley Anterior al 30 de junio de 2013 | | Ley 3 al 30 de junio de 2017 | |
|---|---|---|---|
| Años Acreditados: | 25.00 | Tiempo Trabajado: | 4 |
| Aportaciones: | $34,749.56 | Aportaciones: | $11,941.17 |
| Intereses: | $9,966.39 | Intereses: | $948.43 |
| Gastos Teneduría: | $0.00 | Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $44,715.95 | Total Aportaciones: | $12,889.60 |
| SNC Pagado: | $0.00 | Beneficio: | $0.00 |
| SNC Tiempo: | 0.00 | | |
| Beneficio: | $0.00 | | |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.

Coordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov