INTAKE DROP BOX
RECEIVED & FILED

2020 FEB 18 PM 3: 15

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

14 de febrero de 2020

Tribunal de Distrito de los EU
#150 Chardon Avenue
Federal Building
San Juan PR 00918

D. Postal
Urb. Quintas de Cuasimas
Calle T-C-13
Arroyo PR 00714

A quienes corresponde:

Yo Luciano Vázquez Ruiz de núm. de Seguro Social _____ Mayor de edad y de 32 años de servicio para el Departamento de Corrección de Puerto Rico. Inicie el 8 de septiembre de 1987, hasta el 7 de enero de 2020, que fue radicada mi jubilación. Pertenezco a la Ley 447 como empleado y no estoy de acuerdo a que cambie mi retiro, **yo firmé y juramenté para un retiro de un 75%.** No de menos, no soy culpable de decisiones y cambios sin mi autorización a mi retiro digno y justo.

Hoy envío una objeción a la decisión tomada por ustedes, ya que no fui notificado con tiempo razonable, ni de la manera adecuada. Ustedes nunca me informaron que mi apelación estaba incorrectamente formulado y menos me notificaron que había sido rechazado. Por esto vuelvo a apelar la decisión tomada y que sea notificado debidamente y con tiempo razonable y en idioma español, para comprender y poder defenderme justamente.

Además reclamo el dinero que aún no me han pagado y que me deben, son los aumentos correspondientes a los gobernadores anteriores, desde el 1989 me deben ese dinero y deseo que se me entregue lo más pronto posible. Ese dinero no es negociable y estaba asignado para pagar los aumentos. Por lo que solicito que se me pague sin vacilaciones y sin jugar con la estabilidad emocional y física de aquellos que hemos servido a nuestra patria y sociedad fielmente.

Espero su atención, su justicia a la clase trabajadora y un trato digno por los años de servicio.

Cordialmente,

Luciano Vázquez Ruíz
Oficial Correccional
787-528-3631        #103870