3 de septiembre de 2019

Lic. Erik Y. Rolón Suárez
Secretario del Departamento de Corrección
Nivel Central

LUCIANO VAZQUEZ RUIZ
QUINTAS DE GUASIMAS
CALLE T CASA C-13
ARROYO, P.R. 00714

Saludos cordiales, por este medio deseo presentar mi renuncia al puesto como Oficial Correccional I en la Unidad de Operaciones Tácticas de Guayama, ya que me acogeré a mi retiro por años de servicios.

Mi renuncia será efectiva el 7 de enero de 2020.

Le agradezco la oportunidad que se me brindo de empleo durante los pasados 32 años de servicio.

Sin nada más quedo de usted.

SEC.AUX.RH 3SEP'19pm11:39

# GOBIERNO DE PUERTO RICO
Departamento de Corrección y Rehabilitación

10 de febrero de 2020

Sr. Luciano Vázquez Ruíz
Quintas de Guasimas
Calle T Casa C-13
Arroyo, P.R. 00714

Estimado señor Vázquez:

Conforme con su solicitud, efectivo el 7 de enero 2020, aceptamos su renuncia al puesto que ocupa como Oficial Correccional adscrito a la Unidad de Operaciones Tácticas de Guayama. Esta acción obedece a que próximamente se acogerá a los beneficios por jubilación que ofrece la Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura (ASR).

El Reglamento Núm. 11 Normas Básicas para el Control y la Contabilidad de los Activos Fijos del Departamento de Hacienda, establece que todo funcionario público deberá hacer entrega inmediata del equipo de trabajo, incluyendo la tarjeta de identificación. De igual modo la Ley Núm. 95-1963, Ley de Beneficios de Salud para Empleados Públicos, según enmendada, requiere la entrega de la tarjeta del plan de salud. El equipo de trabajo y arma de reglamento (si aplica) deberán ser entregados en la institución.

Deberá cumplimentar el formulario de Retiro de Ahorros de la Asociación de Empleados del Estado Libre Asociado de Puerto Rico (AEELA) el cual deberá ser cumplimentado y entregado en la División de Beneficios Marginales de la Secretaría Auxiliar de Recursos Humanos y Relaciones Laborales, Piso 7, del edificio de Nivel Central con los siguientes documentos: Certificación de Deuda del CRIM; Certificación de Deuda de AEELA; Certificación de Deuda de Retiro, Certificación de Deuda de Hacienda, Certificación de Radicación de Planillas por los pasados cinco (5) años y Certificación de Deuda de ASUME. En cuanto a las aportaciones de la ASR deberá solicitar orientación en la oficina antes mencionada.

Cordialmente,

Eduardo J. Rivera Juanatey
Secretario

EOS/MFF/IRZ/mdjd

http://ac.gobierno.pr/correccion/
Urb. Industrial Tres Monjitas, Ave. Tnte. César González Núm. 34, Hato Rey, Puerto Rico 00917
Apartado 71308, San Juan, PR 00936  Tel. (787) 273-6464 / Fax 793-2199



**GOBIERNO DE PUERTO RICO**
Departamento de Corrección y Rehabilitación

# CERTIFICACIÓN

Certifico que, **Luciano Vázquez Ruíz,** seguro social xxx-xx-4070, laboró para el Departamento de Corrección y Rehabilitación en un puesto **Regular** como *Oficial Correccional* desde el 8 de septiembre de 1987 hasta el 7 de enero de 2020, fecha en que fue se acogió a los beneficios de la *Jubilación*.

Se expide la presente certificación en San Juan, Puerto Rico, hoy **18 de febrero de 2020**.

Certifico correcto,

Nilsa J. Kuilan Collazo
Coordinadora en Asuntos de Retiro
Secretaría Auxiliar de Recursoso Humanos
y Relaciones Laborales
División Beneficios Marginales

/msm

Calle Juan Calaf, Urb. Industrial Tres Monjitas, Hato Rey, P.R., 00917 /    Apartado 71308, San Juan, P.R.  00936 Tel. (787) 273-6464 ext. 5206