TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| En el asunto de:<br><br>**JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO**, como representante de<br>**ESTADO LIBRE ASOCIADO DE PUERTO RICO** y otros<br><br>**Deudores** | Caso Núm. 17-BK-3283 LTS<br><br>(Administrada Conjuntamente)<br><br>PROMESA Title III Case |

REPLICA A "ONE HUNDRED FORTY-FOURTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS ASSERTING INTERESTS BASED UPON UNSPECIFIED PUERTO RICO STATUTES" (DKT. L9937)
(SOBRE: RECLAMACION #148952)

**AL HONORABLE TRIBUNAL:**

**COMPARECE**, el acreedor **Orlando Rentas Vargas** por derecho propio y muy respetuosamente **EXPONE, ALEGA Y SOLICITA**:

1. La información personal del compareciente es la siguiente:

   Orlando Rentas Vargas
   PMB 137 PO Box 6004
   Villalba PR 00766
   (787) 235-6181
   rentaslando@gmail.com

2. El 29 de junio de 2018 el compareciente presentó la **reclamación número** 148952.

1

3. El 14 de enero de 2020 el deudor presentó documento titulado "One Hundred Forty-Fourth Omnibus Objection (Non-Substantive) Of The Commonwealth Of Puerto Rico And Employees Retirement System Of The Government Of The Commonwealth Of Puerto Rico To Deficient Claims Asserting Interests Based Upon Unspecified Puerto Rico Statutes". (Ver docket #9937) Dicha objeción comprende la reclamación número 148952 presentada por el compareciente.

4. Mi reclamación se fundamenta en base a salarios impagos durante el periodo en que fui empleado del Estado Libre Asociado de Puerto Rico, bajo la Administración de Corrección desde el 1 de marzo de 1995 hasta el 30 de abril de 2012. **(Véase Anejo 1)**

5. El 18 de Octubre de 1996, los empleados de la Administración de Corrección presentaron un pleito ante el Tribunal de Primera Instancia, Sala de San Juan (Caso Número KAC1996-1381 (905). Dicho pleito estaba relacionado a salarios impagos.

6. El 28 de junio de 20 el Tribunal de Primera Instancia de Puerto Rico dictó sentencia a favor de los empleados y ordenó a la Administración de Corrección a pagar las sumas correspondientes a los salarios impagos. **(Véase Anejo 2)**

7. El monto adeudado debe determinarse de conformidad a la Sentencia Nun Pro Tunc dictada el 28 de junio de 2002 por el Tribunal de Primera Instancia de Puerto Rico, Sala de San Juan, en el caso civil KAC1996-1381.

8. Que se solicita respetuosamente al Honorable Tribunal que de por enmendado la reclamación #148952 y declare no ha lugar la objeción del deudor en lo que respecta a la reclamación #148952.

**POR TODO LO CUAL** muy respetuosamente se solicita de este Honorable Tribunal que de por enmendado la reclamación #148952 y declare no ha lugar la objeción del deudor en lo que respecta a la reclamación #148952.

En Juana Díaz, Puerto Rico hoy 12 de febrero de 2020.

**CERTIFICO** Haber presentado la presente réplica directamente a la Secretaría (Clerk's Office) Tribunal de Distrito de los Estados Unidos #150 Chardon Avenue Federal Building San Juan (Puerto Rico) 00918.

Orlando Rentas Vargas
PMB 137 PO Box 6004
Villalba PR 00766
(787) 235-6181
rentaslando@gmail.com