**GOBIERNO DE PUERTO RICO**

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: GUILLERMINA COTTO ALICEA**

Seguro Social: XXX-XX-8407

URB VILLA CRIOLLO

C-10 C/CORAZON

CAGUAS, PR 00725

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | DEPT. DE CORRECCION Y REHABILITACION |
| Años de Servicio: | 25 |
| Balance de Aportaciones: | $63,679.52 |

Esta certificación fue emitida el 18 de febrero de 2020.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2020021847201210

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov



**GOBIERNO DE PUERTO RICO**

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

18 de febrero de 2020

### Agencia: 404 - DEPT. DE CORRECCION Y REHABILITACION

GUILLERMINA COTTO ALICEA
URB VILLA CRIOLLO
C-10 C/CORAZON
CAGUAS, PR 00725

**Seguro Social: XXX-XX-8407**

A base de la información en nuestros registros, al 18 de febrero de 2020 usted posee:

**Fecha de Nacimiento:** 6C4          **Género: Femenino**

**Fecha de Ingreso al Servicio Público:** 31 de agosto de 1992

**Fecha de Comienzo de Cotización:** 31 de agosto de 1992

| Ley Anterior al 30 de junio de 2013 | |
|---|---|
| Años Acreditados: | 21.00 |
| Aportaciones: | $39,250.80 |
| Intereses: | $10,355.58 |
| Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $49,606.38 |
| SNC Pagado: | $0.00 |
| SNC Tiempo: | 0.00 |
| Beneficio: | $0.00 |

| Ley 3 al 30 de junio de 2017 | |
|---|---|
| Tiempo Trabajado: | 4 |
| Aportaciones: | $13,022.70 |
| Intereses: | $1,050.44 |
| Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $14,073.14 |
| Beneficio: | $0.00 |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
📞 787.754.4545 • www.retiro.pr.gov