**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el asunto de:<br><br>**JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,**<br>**como representante de**<br>**ESTADO LIBRE ASOCIADO DE PUERTO RICO y**<br>otros<br><br>**Deudores** | Caso Núm.  **17-BK-3283 LTS**<br><br>**(Administrada Conjuntamente)**<br><br>**PROMESA Title III Case** |

**REPLICA A "*ONE HUNDRED FORTY-FOURTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS ASSERTING INTERESTS BASED UPON UNSPECIFIED PUERTO RICO STATUTES*" (DKT. 9937)
(SOBRE: RECLAMACION #149039)**

**AL HONORABLE TRIBUNAL:**

       **COMPARECE**, el acreedor **OSVALDO RIVERA DOMINGUEZ** por derecho propio y muy respetuosamente **EXPONE, ALEGA Y SOLICITA**:

1.      La información personal del compareciente es la siguiente:

      Osvaldo Rivera Domínguez
      HC 03 Box 10746
      Juana Díaz, PR 00795
      (787) 900-6914
      rivera.osvaldo96@gmail.com

2.      El 29 de junio de 2018 el compareciente presentó la **reclamación número 149039.**

1

3.     El 14 de enero de 2020 el deudor presentó documento titulado "One Hundred Forty-Fourth Omnibus Objection (Non-Substantive) Of The Commonwealth Of Puerto Rico And Employees Retirement System Of The Government Of The Commonwealth Of Puerto Rico To Deficient Claims Asserting Interests Based Upon Unspecified Puerto Rico Statutes". (Ver docket #9937) Dicha objeción comprende la reclamación número **149039** presentada por el compareciente.

4.     Mi reclamación **#149039** se fundamenta en base a salarios impagos. El compareciente fue empleado del Estado Libre Asociado de Puerto Rico, bajo la Administración de Corrección desde junio de 1979  hasta el 31 de diciembre de 2011. **(Véase Anejo 1)**

5.     El 18 de Octubre de 1996, se presentó Demanda contra la Administración de Corrección ante el Tribunal de Primera Instancia, Sala de San Juan (Caso Número KAC1996-1381 (905). Dicho pleito estaba relacionado a los salarios impagos.

6.     El 28 de junio de 2002 el Tribunal de Primera Instancia de Puerto Rico dictó sentencia a favor de los empleados y ordenó a la Administración de Corrección a pagar las sumas correspondientes a los salarios impagos. **(Véase Anejo 2)**

7.     El monto adeudado debe determinarse de conformidad a la Sentencia Nun Pro Tunc dictada el 28 de junio de 2002 por el Tribunal de Primera Instancia de Puerto Rico, Sala de San Juan.

8.     Que se solicita respetuosamente al Honorable Tribunal que de por enmendado la reclamación # **149039** y declare no ha lugar la objeción del deudor en lo que respecta a la reclamación **#149039**.

2

**POR TODO LO CUAL** muy respetuosamente se solicita de este Honorable Tribunal que de por enmendado la reclamación # **149039** y declare no ha lugar la objeción del deudor en lo que respecta a la reclamación #**149039**.

En Juana Díaz, Puerto Rico hoy 12 de febrero de 2020.

**CERTIFICO** Haber presentado la presente réplica directamente a la Secretaría (Clerk's Office) Tribunal de Distrito de los Estados Unidos #150 Chardon Avenue Federal Building San Juan (Puerto Rico).

Osvaldo Rivera Domínguez
HC 03 Box 10746
Juana Díaz, PR 00795
(787) 900-6914
rivera.osvaldo96@gmail.com

3