| Formulario Form 499R-2/W-2 PR Rev. 07.08 | ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT | INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
|---|---|---|---|

| 1. Nombre-First Name OSVALDO | 3. Núm. Seguro Social Social Security No. ▇▇▇-6182 | 7. Sueldos - Wages ▇▇▇ | 17. Total Sueldos Seguro Social Social Security Wages ▇▇▇ |
| Apellido(s) - Surname(s) RIVERA DOMINGUEZ | | 8. Comisiones - Commissions 0.00 | 18. Seguro Social Retenido Social Security Tax Withheld ▇▇▇ |
| Dirección Postal del Empleado - Employee's Mailing Address BO. JACAGUAS | 4. Núm. de Ident. Patronal Employer's Ident. No. (EIN.) 660▇▇ | 9. Concesiones - Allowances 0.00 | |
| | 5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension Dia/Day Mes/Month Año/Year | 10. Propinas - Tips 0.00 | 19. Total Sueldos y Pro. Medicare Medicare Wages and Tips ▇▇▇ |
| 2. Nombre y Dirección Postal del Patrono Employer's Name and Mailing Address L098006012 JOVE 1000 ADMINISTRACION DE CORRECCION 21 CARR. ESTATAL KM 4.2 BO. MONACILLO EDF. METROP. PRO SAN JUAN, PR 00936 | 6. Costo de Pensión o Anualidad Cost of Pension or Annuity 0.00 | 11. Total=7+8+9+10 ▇▇▇ | 20. Contrib. Medicare Retenida Medicare Tax Withheld ▇▇▇ |
| | Copia C para Récord del Empleado Copy C for Employee's Records | 12. Gastos Reembolsados Reimbursed Expenses 0.00 | 21. Propinas Seguro Social Social Security Tips 0.00 |
| | | 13. Cont. Retenida - Tax Withheld ▇▇▇ | 22. Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips 0.00 |
| Número de Teléfono del Patrono Employer's Telephone Number | | 14. Fondo de Retiro Retirement Fund ▇▇▇ | |
| Fecha de Cese de Operaciones: Cease of Operations Date: Dia/Day Mes/Month Año/Year | Año: Year: 2008 | 15. Aportaciones a Planes Cualific. Contributions to CODA PLANS 0.00 | 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips 0.00 |
| Número de Control - Control Number ▇▇▇ | | 16. Salarios bajo Ley Núm. 324 de 2004 Salaries under Act No. 324 of 2004 0.00 | |

Reproducido por: Departamento de Hacienda



Anejo 1

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE SAN JUAN

Anejo 2

ALFREDO MALDONADO RODRIGUEZ Y otros
  Demandante
vs.
ZOE LABOY ALVARADO Y otros
  Demandados

CIVIL NUM.: KAC96-1381
KAC97-0144
KAC98-0530
KAC98-0531
(CONSOLIDADOS)

SOBRE: SENTENCIA DECLARATORIA

SENTENCIA NUNC PRO TUNC

Los demandantes reclaman el pago de los aumentos de sueldos y de los pasos por servicios activo prestados unos en la Administración de Corrección de Puerto Rico y otros en el Cuerpo de Bomberos de Emergencias Estatal, según sea el caso, durante los periodos de tiempo requeridos y enmarcados en las leyes en que basan su reclamación, y los cuales aumentos de sueldo o pasos dispuestos no le han sido pagados.

Como resultado de Vista Transaccional celebrada del caso, el día 4 de abril de 2000, el Tribunal dictaminó e indicó cómo habría de disponer en el caso, sobre lo cual hubo acuerdo entre las partes y especificando las directrices y el derecho aplicable al caso.

Analizando y evaluando los expedientes y las leyes aplicables, se dicta la presente Sentencia.

1. Se declara Ha lugar la reclamación incoada por los demandantes en el presente caso por entender que ellos tienen derecho a que se les paguen aquellos aumentos de sueldo y aquellos pasos por servicio activo, según dispuestos por ley, en aquellos casos en que aún no se les han reconocido o no se les ha efectuado el pago correspondiente.

2. Se ordena a la parte demandada y a la parte demandante el análisis de la reclamación de cada uno de los reclamantes en el caso, conforme a las leyes, las directrices y el derecho aplicable según esbozado, para determinar si se les ha reconocido o pagado o no los haberes a que tienen derecho. En los casos en que no se haya reconocido y/o no se haya efectuado el pago y proceda el mismo, deberá indicarse para cada demandante, el monto total que le

corresponda a la fecha en que se haga el informe.

3. Que se determine que las leyes aplicables al caso de epígrafe son:

| | | | |
|---|---|---|---|
| 1. | 12/julio/1979 | | Aumento de sueldo equivalente a un tipo o paso de la escala correspondiente a Ley 89 |
| 2. | 1/julio/1974 | $50.00 | Enmiendas a los Planes de Clasificación y Retribución, Reglamento de Retribución Uniforme de 7 de junio de 1984, según enmendado |
| 3. | 1/julio/1977 | $30.00 | Revisión al Plan Retributivo, supra |
| 4. | 1/julio/1979 | Ver normas | Aumento por Ley 3 |
| 5. | 1/julio/1980 | Ver normas | Revisión al Plan Retributivo, supra |
| 6. | 1/octubre/1983 | $30.00 | Aumento por Ley 12 de 27 de agosto de 1982 |
| 7. | 1/abril/1984 | Ver normas | Revisión al Plan Retributivo, Ley 84 de 3 de junio de 1983 |
| 8. | 1/octubre/1986 | $55.00 | Aumento por Ley 90 de 9 de julio de 1986 |
| 9. | 1/noviembre/1986 | $35.00 | Adelanto al Plan Retributivo, supra |
| 10. | 1/enero/1987 | Ver normas | Revisión a los Planes de Clasificación y Retribución, supra |
| 11. | 1/abril/1988 | $40.00 | Aumento por Ley 1 de 9 de febrero de 1988 |
| 12. | 1/julio/1990 | $50.00 | Aumento por Ley 7 de 7 de mayo de 1989 |
| 13. | 1/diciembre/1991 | Se aseguró un mínimo de $30 a los Oficiales de Custodia y $20 a los empleados civiles | Revisión a los Planes de Retribución, supra |
| 14. | 1/julio/1993 | $100.00 | Ley 26 de 23 de julio de 1993, Aumento a la serie de clase de Oficiales de Custodia y Técnicos de Servicios Sociopenales |

| | | | |
|---|---|---|---|
| 15. | 1/octubre/1994 | $100.00 | Ley 108 de 21 de septiembre de 1994, Estipulación Federal sobre "Personal de Custodia y Sociopenal" de 1 de septiembre de 1994, Aumento a la serie de Clase de Oficial de Custodia y Técnicos de Servicios Sociopenales. |
| 16. | 1/julio/1995 | $150.00 | Ley 170 de 12 de agosto de 1995, Estipulación Federal sobre "Personal de Custodia y Sociopenal" de 1 de septiembre de 1994, Aumento a la serie de Clase de Oficial de Custodia y Técnicos de Servicios Sociopenales. |
| 17. | 1/julio/1995 | $200.00 | Orden del Administrador y OPG Aumento a Superintendentes y Supervisores Regionales. |
| 18. | 1/agosto/1995 | $125.00 | Aumento por Productividad y Eficiencia a empleados civiles con un año o más en la Administración y productividad excelente o buena. |
| 19. | 1/noviembre/1995 | $60.00 | Ley 124 de 9 de agosto de 1995 (transitorios y regulares) |
| 20. | 1/octubre/1997 | $100.00 | Adelanto Plan Retributivo Personal Administrativo y Apoyo |
| 21. | 1/abril/1998 | $100.00 | Adelanto al Plan Retributivo a Oficiales de Custodia y Técnicos de Servicios Sociopenales. |
| 22. | 1/julio/1999 | $100 o menos | Adelando al Plan Retributivo, supra |

4. La representación legal de la parte demandada conjuntamente con la representación legal de los demandantes preparará y someterá al Tribunal hojas de cómputo y de liquidación en las que se indicarán las cantidades que hay que pagar a cada demandante, siguiendo las directrices y el derecho aplicable al caso. Al radicar en el Tribunal los originales de las hojas de cómputo y liquidación, la parte demandada, a través de la

entregará una copia de dichas hojas de cómputo y de liquidación a la representación legal de los demandantes.

5. La parte demandada preparará y radicará en el Tribunal, suministrando copia a la representación legal de los demandantes, las nóminas necesarias para efectuar el pago a los demandantes. Las nóminas contendrán: (a) los nombres y otra identificación de los demandantes; (b) el total de lo adeudado y a ser cobrado por cada demandante en pleito; (c) la cantidad retenida para el pago de retiro de cada demandante; (d) la cantidad retenida por concepto de seguro social; (e) la cantidad retenida por concepto de contribución sobre ingresos; (f) la cantidad retenida por concepto de honorarios; (g) la cantidad neta correspondiente a cada demandante y consignada a su favor en la Secretaría del Tribunal.

6. Una vez se determine el monto individual agregado, si alguno, del total de las reclamaciones se procederá a consignar dicha cantidad en el presupuesto de la agencia demandada. Para poder así, ésta efectuar la consignación de fondos contemplados en la estipualación, procediendo así con el pago a los demandantes. De convenirlo las partes, el pago podrá efectuarse en forma más acelerada. Cualquier otra forma o sistema de pago que las partes acuerden, distinto al aquí indicado, será informado conjuntamente y por escrito por los abogados de las partes.

7. Los demandantes tiene derecho a que se les pague intereses legales, por sentencia, a razón del porciento anual fijado por la Junta Financiera, desde la fecha de esta sentencia, hasta su pago. Por lo tanto, resulta de interés para el Estado Libre Asociado de Puerto Rico que el pago se efectúe dentro del tiempo más breve posible.

REGÍSTRESE Y NOTIFÍQUESE.

DADA en San Juan, Puerto Rico, a 28 de _____ de 2002

JUEZ SUPERIOR
MIGUEL J. FABRE RAMIREZ
JUEZ SUPERIOR

CERTIFICO
CARM_____
SECRE___O. RIVERA
SECRETARIA AUXILIAR