TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| En el asunto de:<br><br>**JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,** como representante de **ESTADO LIBRE ASOCIADO DE PUERTO RICO y** otros<br><br>**Deudores** | **Caso Núm. 17-BK-3283 LTS**<br><br>**(Administrada Conjuntamente)**<br><br>**PROMESA Title III Case** |

REPLICA A "ONE HUNDRED FORTY-FOURTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS ASSERTING INTERESTS BASED UPON UNSPECIFIED PUERTO RICO STATUTES" (DKT. 9937)
(SOBRE: RECLAMACION #144085)

**AL HONORABLE TRIBUNAL:**

**COMPARECE**, el acreedor **Edgardo Rentas Vargas** por derecho propio y muy respetuosamente **EXPONE, ALEGA Y SOLICITA**:

1. La información personal del compareciente es la siguiente:

   Edgardo Rentas Vargas
   HC 03 Box 12038
   Juana Díaz, PR 00795
   (787) 604-6483
   erentas2017@gmail.com

2. El 29 de junio de 2018 el compareciente presentó la **reclamación número 144085.**

1

3. El 14 de enero de 2020 el deudor presentó documento titulado "One Hundred Forty-Fourth Omnibus Objection (Non-Substantive) Of The Commonwealth Of Puerto Rico And Employees Retirement System Of The Government Of The Commonwealth Of Puerto Rico To Deficient Claims Asserting Interests Based Upon Unspecified Puerto Rico Statutes". (Ver docket #9937) Dicha objeción comprende la reclamación número **144085** presentada por el compareciente.

4. Mi reclamación se fundamenta en base a salarios impagos durante el periodo en que fui empleado del Estado Libre Asociado de Puerto Rico, bajo la Administración de Corrección desde el 1 de Diciembre de 1980 hasta el 15 de Marzo de 2011. **(Véase Anejo 1)**

5. El 18 de Octubre de 1996, los empleados de la Administración de Corrección presentaron un pleito ante el Tribunal de Primera Instancia, Sala de San Juan (Caso Número KAC1996-1381 (905). Dicho pleito estaba relacionado a salarios impagos.

6. El 28 de junio de 2002 el Tribunal de Primera Instancia de Puerto Rico dictó sentencia a favor de los empleados y ordenó a la Administración de Corrección a pagar las sumas correspondientes a los salarios impagos. **(Véase Anejo 2)**

7. El monto adeudado debe determinarse de conformidad a la Sentencia Nun Pro Tunc dictada el 28 de junio de 2002 por el Tribunal de Primera Instancia de Puerto Rico, Sala de San Juan, en el caso civil KAC1996-1381.

8. Que se solicita respetuosamente al Honorable Tribunal que de por enmendado la reclamación # **144085** y declare no ha lugar la objeción del deudor en lo que respecta a la reclamación #**144085**.

**POR TODO LO CUAL** muy respetuosamente se solicita de este Honorable Tribunal que de por enmendado la reclamación # **144085** y declare no ha lugar la objeción del deudor en lo que respecta a la reclamación #**144085**.

En Juana Díaz, Puerto Rico hoy 12 de febrero de 2020.

**CERTIFICO** Haber presentado la presente réplica directamente a la Secretaría (Clerk's Office) Tribunal de Distrito de los Estados Unidos #150 Chardon Avenue Federal Building San Juan (Puerto Rico) 00918.

*[signature]*
Edgardo Rentas Vargas
HC 03 Box 12038
Juana Díaz, PR 00795
(787) 604-6483
erentas2017@gmail.com

3