INTAKE DROP BOX
RECEIVED & FILED

2020 FEB 18 AM 10: 33

| | |
|---|---|
| En el asunto de:<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>como representante de<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO y Otros<br>Deudores | PROMESA,<br>Título III<br>Núm. 17 BK 03566-LTS<br>(Administrada conjuntamente)<br><br>La presente radicación guarda relación con el ELA, la ACT y el SRE. |

Réplica a:
NOTIFICACIÓN DE LA CENTÉSIMA QUINCUAGÉSIMA SEXTA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A VARIOS RECLAMOS DEFICIENTES.

Yo, Nilsa I. Colón Medina, por medio de la presente declaro, so pena de incurrir en falso testimonio, que lo que sigue es veraz y correcto a mi fiel saber y entender:

1. Se rechaza la posición de la Junta ya que nunca recibí la carta, conforme a la Orden de envío autorizado que dictó el Tribunal el 13 de agosto de 2019, que se envió a cada demandante que radicó Reclamos deficientes solicitando información adicional y documentación justificativa, por lo que no tuve la oportunidad de responder a la misma.

2. A mi mejor entender, se llenaron todos los documentos que me fueron enviados y que fueron presentados el 25 de junio de 2018 con el número de reclamación 120280.

3. La solicitud no indicaba que había que acompañar evidencia adicional más allá de la información que se escribió en los documentos. No cuento con documentación adicional a la que se presentó el 25 de junio de 2018.

4. Trabajé para el Departamento de Educación desde el año 1966 hasta el 1982, disfruté de una licencia sin sueldo desde agosto de 1982 hasta julio de 1989. Regresé a Educación en agosto de

1

1989 y trabajé hasta el fin del curso escolar 2001-2002 cuando me jubilé. Mi aportación al Sistema de Retiro de los Empleados del Gobierno de Estado Libre Asociado de Puerto Rico fue debitada de mi salario mientras trabajé en Educación y no hice ningún retiro mientras estuve empleado por ellos.

### NOTIFICACIÓN

5. La notificación relativa a esta réplica se entregó en la Secretaría del Tribunal de Distrito de los Estados Unidos, #150 Ave. Chardón, Federal Building en San Juan, PR, hoy, 18 de febrero de 2020 antes de las 4:00 p.m. (AST).

Por lo antes escrito, yo, Nilsa I. Colón Medina, solicito respetuosamente al tribunal que declare con lugar a esta moción y me pague los beneficios a los cuales tengo derecho. Declaro, so pena de incurrir en falso testimonio conforme a las leyes de los Estados Unidos de América, que lo que antecede es veraz y correcto a mi fiel saber y entender.

Fecha: 18 de febrero de 2020

Por: _____

Nilsa I. Colón Medina
PO Box 1315
Guayama, PR 00785
Tel. 787-391-0515
Email: nilsai_colon@yahoo.com

2