**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

RE: GRISEL PEREZ DE JESUS  
URB PASEO DE SANTA BARBARA  
124 PASEO ESMERALDA  
GURABO, PR 00778

Seguro Social: XXX-XX-5421

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | DEPT. DE CORRECCION Y REHABILITACION |
| Años de Servicio: | 19.75 |
| Balance de Aportaciones: | $54,330.04 |

Esta certificación fue emitida el 17 de febrero de 2020.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2020021747176555

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov

**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

17 de febrero de 2020

Agencia: 404 - DEPT. DE CORRECCION Y REHABILITACION

GRISEL PEREZ DE JESUS
URB PASEO DE SANTA BARBARA
124 PASEO ESMERALDA
GURABO, PR 00778

Seguro Social: XXX-XX-5421

A base de la información en nuestros registros, al 17 de febrero de 2020 usted posee:

Fecha de Nacimiento: GC-A            Género: Femenino
Fecha de Ingreso al Servicio Público: 31 de diciembre de 1997
Fecha de Comienzo de Cotización: 31 de diciembre de 1997

| Ley Anterior al 30 de junio de 2013 | |
|---|---|
| Años Acreditados: | 15.75 |
| Aportaciones: | $33,215.24 |
| Intereses: | $6,911.96 |
| Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $40,127.20 |
| SNC Pagado: | $0.00 |
| SNC Tiempo: | 0.00 |
| Beneficio: | $0.00 |

| Ley 3 al 30 de junio de 2017 | |
|---|---|
| Tiempo Trabajado: | 4 |
| Aportaciones: | $13,142.70 |
| Intereses: | $1,060.14 |
| Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $14,202.84 |
| Beneficio: | $0.00 |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.

Coordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov

Copia

# RECIBO DE PAGO PARA EL PROOF OF CLAIM

NUMERO CONTRATO: I 240

NUMERO RECIBO: 0515

YO, Grisel Pérez De Jesús, SEGURO SOCIAL ___-___-5431

COMO PARTE DEL ACUERDO CON LA HERMANDAD EMPLEADOS DE CORRECCIÓN. ACEPTO LIBRE Y VOLUNTARIAMENTE PAGAR VEINTE ($20.00) DÓLARES PARA CUMPLIMENTAR EL FORMULARIO OFICIAL 410 MODIFICADO PROOF OF CLAIM/EVIDENCIA DE RECLAMO Y SER PRESENTADO AL TRIBUNAL FEDERAL COMO EVIDENCIA DE PAGO EN EL CASO KAC-1996-1381 EL ROMERAZO

TAMBIÉN RECLAMO LA CANTIDAD DE $6,888.00 A RAZÓN DE $40.00 DÓLARES MENSUALES.

ENTIÉNDO QUE EL PAGO CORRESPONDIENTE ES LUEGO DE HABERME DESCONTADO EL **30%** DEL PAGO A LA HERMANDAD COMO ESTABLECE EL **CONTRATO ORIGINAL**.

ENTIENDO TAMBIÉN QUE EL TRIBUNAL PUEDE DETERMINAR UNA CANTIDAD MENOR A SER PAGADA Y LA HERMANDAD ME INFORMARA A TRAVÉS DE REUNIÓN, ASAMBLEA Y/O CUALQUIER OTRO MEDIO VIABLE PARA MI.

LUEGO DE LEER Y ENTENDER ESTE ACUERDO FIRMO CONFORME ESTABLECE ESTE ACUERDO.

HOY 7 DE mayo 2018, EN Caguas, PUERTO RICO.

FIRMA: Grisel Pérez de Jesús por Pedro Santana

DIRECCIÓN: Urb. Paseo de Santa Barbara
Paseo Esmeralda #124
Gurabo, P.R. 00778

TELÉFONO: 939-218-7494