

**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

11 de febrero de 2020

**Agencia: 171 - DEPARTAMENTO EDUCACION (NO DOCENTE)**

MARIA E RODRIGUEZ MALDONADO                                   Seguro Social: XXX-XX-8890
HC 4 BOX 12004

HUMACAO, PR 00791

A base de la información en nuestros registros, al 11 de febrero de 2020 usted posee:

Fecha de Nacimiento:                                                        Género: Femenino
Fecha de Ingreso al Servicio Público: 28 de febrero de 2004
Fecha de Comienzo de Cotización: 28 de febrero de 2004

| Ley R2000 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | | Ley 106 | |
|---|---|---|---|---|---|
| Años Acreditados: | 16.05 | Tiempo Trabajado: | 4 | Tiempo Trabajado: | 2.58 |
| | | Aportaciones: | 7,091.92 | Aportaciones: | 3,994.59 |
| | | Intereses: | 3,119.73 | Intereses: | 0.00 |
| | | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| **Servicio No Cotizado** | | **Transferido Ley R2000** | | | |
| Pagado: | 0.00 | Aportaciones: | 11,915.46 | | |
| Tiempo: | 0.00 | Intereses: | 735.91 | | |
| **Balance Acumulado:** | 0.00 | **Total Aportaciones:** | 22,863.02 | **Total Aportaciones:** | 3,994.59 |
| **Beneficio:** | 0.00 | **Beneficio:** | 109.32 | **Beneficio:** | 0.00 |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes