UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

In re:

THE FINANCIAL OVERSIGHT AND

MANAGEMENT BOARD FOR PUERTO RICO

as representative of

THE COMMONWEALTHE OF PUERTO RICO,

et all,.

Debtors

PROMESA

Title III

No. 17 BK 3283-LTS

(Jointly administered)

**This filing relates to the**

**Commonwealth, HTA and**

**ERS**

**EIGHTY EIGHT AND ONE HUNDRED THIRTY-NINTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTACION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS ASSERTING INTERESTS BASED UPON UNSPECIFIED PUERTO RICO STATUES**

**COMPARECE** por derecho propio Edna I. Fuentes Silva, mayor de edad, soltera, número de seguro social:        -3657, maestra de profesión, propietaria y residente de la Urb. Loma Linda # B-40 de Corozal, Puerto Rico, el adelante LA RECLAMANTE, y muy respetuosamente EXPONE, ALEGA y SOLICITA:

1.  QUE mi nombre y mis circunstancias son las antes mencionadas.

2.  QUE he recibido por correo la cantidad de dos (2) documentos titulados OBJECTION AND THE ATTACHMENT TO DETERMINE WHETHER THE OBJECTION AFFECTS YOUR CLAIM(S).

3.  QUE el primero de los documentos se refiere a la reclamación (CLAIM) # 165607 por la cantidad de $16,000.00 y que como deudor figura el Estado Libre Asociado de Puerto Rico (COMMONWEALTH OF PUERTO RICO), en adelante el CLAIM # 1.

4.  QUE el segundo de los documentos se refiere a la reclamación (CLAIM) # 148421 por la cantidad de $19,000.00 y que como deudor figura el Estado Libre Asociado de Puerto Rico (COMMONWEALTH OF PUERTO RICO), en adelante el CLAIM #2.

5.  QUE ambos reclamos son contra el mismo patrono, el Estado Libre Asociado de Puerto Rico, patrono para el cual ya no trabajo por haber renunciado el 1ro de agosto de 2018 al

Departamento de Educación de Puerto Rico. [Se acompaña la certificación del
Departamento de Educación]

6.  QUE, como parte del proceso de renuncia solicité se me devuelvan las cuotas que estuve
pagando por concepto de retiro durante todos los años que trabajé.

7.  QUE el Sistema de Retiro para Maestros ha certificado que el balance de mis
aportaciones por los 16 años y 3 meses que trabajé para el Departamento de Educación
ascienden aproximadamente a $44, 974.99 incluyendo los intereses que han ido
devengando. [Se acompaña la certificación expedida por el Sistema de Retiro para
Maestros]

8.  QUE la presente radicación guarda relación con el Estado Libre Asociado de Puerto Rico
(THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO), la Autoridad de
Carreteras y Transportación (HIGHWAYS AND TRANSPORTACION AUTHORITY),
y con al Sistema de Retiro para Maestros del Estado Libre Asociado de Puerto Rico
(EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE
COMMONWEALTH OF PUERTO RICO) a Reclamos Deficientes en los que se alegan
intereses sobre la base de las reinvindicaciones salariales, laborales o servicios prestados.

9.  QUE los motivos para oponerse a la objeción global son los siguientes:

    a.  Desde el año 1984 al 1985 al 2008-2009 se le otorgó a la clase magisterial un
        aumento salarial por la cantidad de $100 por parte del entonces gobernador de
        Puerto Rico, Hon. Carlos Romero Barceló, aumento que nunca se honró ni se
        pagó. Este reclamo se ha estado luchando consistentemente por las diferentes
        organizaciones sindicales que representan a los maestros, sin que se haya llegado
        a ningún acuerdo.
    b.  Por tal razón se establece la demanda a las partes involucradas para que se
        proceda al cómputo real del monto total de los salarios impagos, los cuales
        estimamos en aproximadamente $17,000 a razón de $100 por año entre los años
        2001 a 2018.
    c.  Solicito que se trabaje esa reclamación en forma individual y no como una
        objeción global, a lo cual tengo derecho de acuerdo con las disposiciones de la
        Ley 89.

10. Documentación justificativa:

    a.  **Certificación del Sistema de Retiro de Maestros**
    b.  **Certificación del Departamento de Educación**
    c.  **Información personal del reclamante**

11. QUE la reclamación contra el Departamento de Educación del Estado Libre Asociado de
    Puerto Rico está pendiente en:
    **UNITED STATES DISTRICT COURT
    FOR THE DISTRICT OF PUERTO RICO
    SUPLEMENTAL INFORMATION PROCESSING CENTER
    Case #: 1703283
    Title III, Ley 89**

2

12. QUE el status de la reclamación es el siguiente;

**Sentencia impaga**
**Caso # 1703282**
**PENDIENTE DE RESOLUCION Y APELACION**

13. QUE LA RECLAMANTE, humildemente solicita que se trabaje con ambas
reclamaciones, CLAIM # 165607 y CLAIM # 148421 y se falle a nuestro favor, tomando
en cuenta que no contamos para esta reclamación con representación legal por falta de
recursos económicos y que se tomen en consideración que no poseemos el "expertise" o
trasfondo legal que se requiere.

14. Nuestra única intención es recuperar el dinero que por ley y derecho se le debe a LA
RECLAMANTE.

POR **TODO LO CUAL,** muy humildemente se solicita del Honorable Juzgador que se haga
justicia y no permita que se nos violente nuestro derecho propietario a percibir la compensación
económica que por ley y por derecho nos corresponde, dejándonos en pobreza y total estado de
indefensión. Solicitamos, además, que se trabaje con las reclamaciones # 165607 y # 148421 y
que no se trabaje nuestro caso como una Objeción Global, sino como una independiente. Por
último, rogamos de este Honorable Juzgador, que se nos conceda todo aquel remedio al que
podamos tener derecho, aun cuando por nuestra falta de expertise hayamos podido dejar fuera de
esta reclamación y que, en caso de que haga falta alguna evidencia, se nos notifique
oportunamente y permita someterla.

En San Juan, Puerto Rico a 18 de febrero de 2020.

**RESPETUOSAMENTE SOMETIDO.**

Edna I. Fuentes Silva
LA RECLAMANTE
(787) 409-7630
Urb. Loma Linda # B-40
Corozal, Puerto Rico, 00783

EFS/

ANEJOS:      Certificación del Departamento de Educación

Certificación del Sistema de Retiro de Maestros