18 de febrero de 2020

### Réplica a la objeción global

### Datos Personales:

| | |
|---|---|
| Nombre: | Vanessa De León Ortiz |
| Dirección: | Hc 63 Box 3258 |
| | Patillas, PR 00723 |
| Teléfono: | 787-317-2989 |
| Correo Electrónico: | vdeleonortiz@gmail.com |
| Número de reclamación: | 65433 |

### Epígrafe:

Tribunal de distrito de los Estados Unidos para el distrito de Puerto Rico

En el asunto de: PROMESA, Titulo III Junta de Supervisión y Administración Financiera para Puerto Rico, Núm. 17 BK 3283-LTS como representante de Estado Libre Asociado de Puerto Rico y otros, La presente radicación guarda relación el ELA, la ACT y el SRE.

Centésima Trigésima novena objeción Global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a reclamos deficientes en los que se alegan intereses sobre la base de unas leyes puertorriqueñas no especificadas.

Nombre de los deudores:

1. El Estado Libre Asociado de Puerto Rico (el "ELA") (núm. de procedimiento de quiebra 17 BK 3283-LTS) (últimos cuatro dígitos del número federal de contribuyente: 3481)
2. La Corporación del Fondo de interés apremiante de Puerto Rico ("Cofina") (núm. de procedimiento de quiebra 17 BK3284-LTZ) (últimos cuatro dígitos del número federal de contribuyente: 8474)
3. La Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (núm. de procedimiento de quiebra 17 BK 3567-LTS (últimos cuatro dígitos del número federal de contribuyente: 3808)

RECEIVED & FILED
2020 FEB 18 PM 2: 53
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

4. El sistema de Retiro de los Empleados del Gobierno del Estado (últimos cuatro dígitos del número federal de contribuyente: 9886);
5. La Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (núm. de procedimiento de quiebra 17 BK 4780-LTS)

Motivo para oponerse a la objeción global:

Me opongo a que el tribunal declare a lugar a la objeción global y desestimen mi reclamación 65433 por las siguientes leyes Ley 164 (escala salarial) y Ley 9 (Quinquenio), por la cual considero tengo derecho de acuerdo a mis años de servicio en el Departamento de la Familia como empleada de carrera regular desde 16 de febrero de 2007, hasta el presente.

Le incluyo certificación empleo.

Gracias,

_Vanessa De León Ortiz_
Vanessa De León Ortiz