

A QUIEN PUEDA INTERESAR

CERTIFICO que, **Vanesa De León Ortiz**, Número de Seguro Social, , trabaja para el **Departamento de la Familia** en la **Administración de Desarrollo Socio Económico (ADSEF) en la Local de Patillas.**

La señora **De León**, ofrece servicios como **TASF I**. Comenzó en la agencia el **16 de febrero de 2007**. La empleada devenga un salario bruto de **$1,371.00** mensual.

Certifico hoy, **18 de febrero de 2020**, para los fines que crea pertinentes.

_____
**Nelson Rodríguez Rivera**
Oficial Administrativo II
Oficina Regional Guayama

Oficina de Recursos Humanos, Edificio FISA
Paseo del Pueblo P.O. Box 210
Guayama, PR 00785, Tel. 787-864-4373