10 de febrero de 2020

Tribunal de Distrito de los Estados Unidos
Honorable Juez L. Taylor Swain

Muy respetuosamente yo Sonia M. Santiago Vega con # de Seguro Social             y con la dirección postal Proyecto Parque Victoria Edif. B Apto. 225 San Juan, P.R. 00915, me dirijo a usted en relación a mi caso número de reclamación **#139029** para Employees Retirement System of the Goverment of the Commonwealth 4 of Puerto Rico, para solicitar mi compensación por mis años de servicio al Departamento de Educación donde comencé a trabajar para febrero de 1998 hasta la actualidad, tengo 22 años en el sistema. Comencé con un sueldo de $879.00 y actualmente es de $1,921.00.

Durante años no se han recibido aumentos salariales ni pasos esto es desde el 2013, reclamo que hago a este Sistema de Gobierno y al Estado Libre Asociado de Puerto Rico, esto fueron leyes que a su vez se enmendaron para no cumplir con lo estipulado incluyendo también el bono de navidad que al pasar de los años lo han ido reduciendo hasta llegar a unos $560.00 cuando originalmente eran $960.00 porque el dinero designado para esto y para los aumentos y pasos fueron desviados o hicieron malversación de fondos a lo que hoy día el sueldo recibido no da abasto para poder cumplir con las responsabilidadesdel diario vivir. Debido a lo anteriormente expuesto en esta carta es que solicito mi compensación. Adjunto talonarios que demuestran lo antes expresado.

Agradecido por tomar cartas en el asunto,

*Sonia M. Santiago Vega*

Sonia M. Santiago Vega
Cel. 939-286-2808
Email Santiagosonia477@gmail.com