| 081 DEPT DE EDUCACION-CLASIFICADOS | | Pag. | SM-01 | Aviso #: 6162872 |
|---|---|---|---|---|
| Ave. Teniente Cesar Gonzalez, Esquina Calaf | | Desde: | 05/01/2015 | Fecha Aviso: 05/15/2015 |
| HATO REY, PR 00919 | | Hasta: | 05/15/2015 | |

| SONIA M SANTIAGO VEGA | # Empleado: | | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| 2408 APT. 225 B EDUARDO CONDE FINAL | Dept: | 8106140-SAN JUAN-SAN JUAN (III,IV,V) | Estado Civil: | | Head of Household |
| PROYECTO PARQUE VICTORIA | Lugar: | HAYDEE REXACH | Concesiones: | 0 | 3 |
| SAN JUAN, PR 00915 | Titulo: | DEPARTAMENTO DE EDUCACION | Pct. Adcl.: | | |
| SS: | Sueldo: | $1,921.00 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS / IMPUESTOS

| | | Corriente | | Acumulado | | | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | | 960.50 | 727.50 | 8,644.50 | Fed FICA Med Hospital Ins / EE | 13.93 | 125.35 |
| | | | | | | Fed OASDI/Disability - EE | 59.55 | 535.96 |
| Total: | | | 960.50 | 727.50 | 8,644.50 | Total: | 73.48 | 661.31 |

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| GPR Retiro Hibrido | 96.05 | 864.45 | SI-Seg Incap. Obligatorio | 2.25 | 20.25 | GPR Retiro Hibrido | 89.09 | 801.81 |
| | | | AE-Asoc Emp ELA-Prest Regular | 89.68 | 807.12 | FSED Disability Plan | 16.33 | 146.97 |
| | | | SM-First Medical Health Plan | 21.50 | 193.50 | SM-First Medical Health Plan | 0.00 | 600.00 |
| | | | SC-COOP DE SEGUROS DE VIDA | 22.30 | 200.70 | | | |
| | | | OS-UNION PASO/ SPT Y SPU | 13.64 | 122.76 | | | |
| | | | Ahorros-AEELA | 28.82 | 259.38 | | | |
| Total: | 96.05 | 864.45 | Total: | 178.19 | 1,603.71 | * Tributable | | |

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 960.50 | 0.00 | 73.48 | 274.24 | 612.78 |
| Acumulado: | 8,644.50 | 0.00 | 661.31 | 2,468.16 | 5,515.03 |

| PTO HORAS | ACUM | | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|
| Balance Inicial: | 0.0 | | Aviso #6162872 | 612.78 |
| + Ganada: | | | | |
| + Compra: | | | Total: | 612.78 |
| - Usada: | | | | |
| - Donada: | | | | |
| + Ajustes: | | | | |
| Balance Final: | 0.0 | | | |

MENSAJE:

DEPT DE EDUCACION-CLASIFICADOS  
Ave. Teniente Cesar Gonzalez  
Esquina Calaf  
HATO REY, PR 00919

Fecha  
05/15/2015

Aviso No.  
6162872

Cant. Deposito: $612.78

A la Cuenta(s) De

SONIA M SANTIAGO VEGA  
2408 APT. 225 B EDUARDO CONDE FINAL  
PROYECTO PARQUE VICTORIA  
SAN JUAN, PR 00915  
Localizacion: HAYDEE REXACH

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | XXXXXXXXXXXXXX | 612.78 |
| Total: | | 612.78 |

## NO-NEGOCIABLE

081 DEPT DE EDUCACION-CLASIFICADOS
Ave. Teniente Cesar Gonzalez, Esquina Calaf
HATO REY, PR 00919

Periodo de Pago
Desde: 09/16/2015
Hasta: 09/30/2015

Aviso #: 8644377
Fecha Aviso: 09/30/2015

SONIA M SANTIAGO VEGA
2408 APT. 225 B EDUARDO CONDE FINAL
PROYECTO PARQUE VICTORIA
SAN JUAN, PR 00915
SS: XX

| # Empleado: | |
|---|---|
| Dept: | 8106140-SAN JUAN-SAN JUAN (III,IV,V) |
| Lugar: | HAYDEE REXACH |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $1,921.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | | Head of Household |
| Concesiones: | 0 | 3 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | 960.50 | 1,462.50 | 17,289.00 | |
| Total: | | 960.50 | 1,462.50 | 17,289.00 | |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 13.93 | 250.69 |
| Fed OASDI/Disability - EE | 59.55 | 1,071.92 |
| Total: | 73.48 | 1,322.61 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Retiro Hibrido | 96.05 | 1,728.90 |
| Total: | 96.05 | 1,728.90 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 2.25 | 40.50 |
| AE-Asoc Emp ELA-Prest Regular | 63.98 | 1,460.04 |
| SM-First Medical Health Plan | 21.50 | 387.00 |
| SC-COOP DE SEGUROS DE VIDA | 22.30 | 401.40 |
| OS-UNION PASO/ SPT Y SPU | 13.64 | 245.52 |
| Ahorros-AEELA | 28.82 | 518.76 |
| Total: | 152.49 | 3,053.22 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 150.00 | 1,350.00 |
| GPR Retiro Hibrido | 137.11 | 1,891.74 |
| FSED Disability Plan | 16.33 | 293.94 |

* Tributable

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 960.50 | 0.00 | 73.48 | 248.54 | 638.48 |
| Acumulado: | 17,289.00 | 0.00 | 1,322.61 | 4,782.12 | 11,184.27 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #8644377 | 638.48 |
| Total: | 638.48 |

MENSAJE:

---

DEPT DE EDUCACION-CLASIFICADOS
Ave. Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha 09/30/2015

Aviso No. 8644377

Cant. Deposito: $638.48

A la Cuenta(s) De

SONIA M SANTIAGO VEGA
2408 APT. 225 B EDUARDO CONDE FINAL
PROYECTO PARQUE VICTORIA
SAN JUAN, PR 00915
Localizacion: HAYDEE REXACH

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | XXXXXXXXXXXXXX | 638.48 |
| Total: | | 638.48 |

## NO-NEGOCIABLE

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 081 | | | | | Periodo de Pago | Aviso: | 1670279 | |
| Ave. Teniente Cesar Gonzalez, Esquina Calaf | | | | | Desde: 06/16/2016 | Fecha Aviso: 06/30/2016 | | |
| HATO REY, PR 00919 | | | | | Hasta: 06/30/2016 | | | |

| | | |
|---|---|---|
| SONIA M SANTIAGO VEGA | # Empleado: | DATA IMP: Federal PR |
| 2408 APT. 225 B EDUARDO CONDE FINAL | Dept: 8100180-SAN JUAN-SAN JUAN (III,IV,V) | Estado Civil: Head of Household |
| PROYECTO PARQUE VICTORIA | Lugar: HAYDEE REXACH | Concesiones: 0 3 |
| SAN JUAN PR 00915 | Titulo: DEPARTAMENTO DE EDUCACION | Pct. Adcl.: |
| SS: XXX- | Sueldo: $1,921.00 Monthly | Cant. Adcl.: |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | | IMPUESTOS | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | 960.50 | | 975.00 | 11,526.00 | Fed FICA Med Hospital Ins / EE | 13.93 | 167.13 |
| | | | | | | Fed OASDI/Disability - EE | 59.55 | 714.61 |
| Total: | | | 960.50 | 975.00 | 11,526.00 | Total: | 73.48 | 881.74 |

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| GPR Retiro Hibrido | 96.05 | 1,152.60 | SI-Seg Incap. Obligatorio | 2.25 | 27.00 | SM-First Medical Health Plan | 150.00 | 900.00 |
| | | | AE-Asoc Emp ELA-Prest Regular | 63.98 | 767.76 | GPR Retiro Hibrido | 137.11 | 1,645.32 |
| | | | SM-First Medical Health Plan | 21.50 | 258.00 | FSED Disability Plan | 16.33 | 195.96 |
| | | | SC-AMER FAM LIFE ASS CO | 28.95 | 323.90 | | | |
| | | | OS-UNION PASO/ SPT Y SPU | 13.64 | 163.68 | | | |
| | | | Ahorros-AEELA | 28.82 | 345.84 | | | |
| | | | SC-COOP DE SEGUROS DE VIDA | 0.00 | 149.59 | | | |
| Total: | 96.05 | 1,152.60 | Total: | 159.14 | 2,035.77 | * Tributable | | |

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 960.50 | 0.00 | 73.48 | 255.19 | 631.83 |
| Acumulado: | 11,526.00 | 0.00 | 881.74 | 3,188.37 | 7,455.89 |

| PTO HORAS | ACUM | | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|
| Balance Inicial: | 0.0 | | Aviso #1670279 | 631.83 |
| + Ganada: | | | | |
| + Compra: | | | Total: | 631.83 |
| - Usada: | | | | |
| - Donada: | | | | |
| + Ajustes: | | | | |
| Balance Final: | 0.0 | | | |

MENSAJE:

DEPT DE EDUCACION-CLASIFICADOS  
Ave. Teniente Cesar Gonzalez  
Esquina Calaf  
HATO REY, PR 00919

Fecha  
06/30/2016

Aviso No.  
1670279

Cant. Deposito: $631.83

A la  
Cuenta(s) De

SONIA M SANTIAGO VEGA  
2408 APT. 225 B EDUARDO CONDE FINAL  
PROYECTO PARQUE VICTORIA  
SAN JUAN, PR 00915  
Localizacion: HAYDEE REXACH

| DISTRIBUCION DE DEPOSITO DIRECTO | | |
|---|---|---|
| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| Savings | XXXXXXXXXXXXXX | 631.83 |
| Total: | | 631.83 |

## NO-NEGOCIABLE

| 081 Depto. de Educacion-Clasificados | | Desde: 08/16/2017 | Aviso Desc: 9919379 |
|---|---|---|---|
| Ave. Teniente Cesar Gonzalez, Esquina Calaf | | Hasta: 08/31/2017 | Fecha Aviso: 08/30/2017 |
| HATO REY, PR 00919 | | | |

| SONIA M SANTIAGO VEGA | # Empleado: | | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| 2408 APT. 225 B EDUARDO CONDE FINAL | Dept: | 8106140-SAN JUAN-SAN JUAN (III,IV,V) | Estado Civil: | | Head of Household |
| PROYECTO PARQUE VICTORIA | Lugar: | HAYDEE REXACH | Concesiones: | 0 | 3 |
| SAN JUAN, PR   5 | Titulo: | DEPARTAMENTO DE EDUCACION | Pct. Adcl.: | | |
| SS: | Sueldo: | $1,921.00 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 960.50 | 1,305.00 | 15,368.00 |
| Total: | | | 960.50 | 1,305.00 | 15,368.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 13.93 | 222.84 |
| Fed OASDI/Disability - EE | 59.55 | 952.82 |
| Total: | 73.48 | 1,175.66 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Retiro Hibrido | 96.05 | 1,536.80 |
| Total: | 96.05 | 1,536.80 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 2.25 | 36.00 |
| AE-Asoc Emp ELA-Prest Regular | 70.50 | 1,088.88 |
| SM-First Medical Health Plan | 27.50 | 440.00 |
| SC-TRANS OCEANIC LIFE | 19.68 | 157.44 |
| OS-UNION PASO/ SPT Y SPU | 13.64 | 218.24 |
| Ahorros-AEELA | 28.82 | 461.12 |
| SC-AMER FAM LIFE ASS CO | 0.00 | 202.65 |
| Total: | 162.39 | 2,604.33 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 150.00 | 1,200.00 |
| FSED Disability Plan | 16.33 | 261.28 |
| GPR Retiro Hibrido | 0.00 | 2,111.68 |
| * Tributable | | |

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 960.50 | 0.00 | 73.48 | 258.44 | 628.58 |
| Acumulado: | 15,368.00 | 0.00 | 1,175.66 | 4,141.13 | 10,051.21 |

| | Vacacion Horas | Enfermedad Horas | Tiempo Comp. Horas |
|---|---|---|---|
| Balance Previo: | 0.00 | 0.00 | 0.00 |
| + Acumulado: | 0.00 | 0.00 | 0.00 |
| - Utilizado: | 0.00 | 0.00 | 0.00 |
| Balance Final: | 0.00 | 0.00 | 0.00 |

### DISTRIBUCION PAGA NETA

| Aviso #9919379 | 628.58 |
|---|---|
| Total: | 628.58 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Dept de Educacion-Clasificados
Ave. Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
08/30/2017

Aviso No.
9919379

Cant. Deposito:   $628.58

A la
Cuenta(s) De

SONIA M SANTIAGO VEGA
2408 APT. 225 B EDUARDO CONDE FINAL
PROYECTO PARQUE VICTORIA
SAN JUAN, PR 00915
Localizacion: HAYDEE REXACH

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | XXXXXXXXXXXXXX | 628.58 |
| Total: | | 628.58 |

## NO-NEGOCIABLE

| 081 Dept de Educacion-Clasificados | | | Grupo de Pago: | SM - Quincenal | Aviso #: | 1738630 |
|---|---|---|---|---|---|---|
| Ave. Teniente Cesar Gonzalez | | | Periodo: | 06/01/2019 | Fecha Aviso: | 06/14/2019 |
| Esquina Calaf | | | Hasta: | 06/15/2019 | | |
| HATO REY, PR 00919 | | | | | | |

| SONIA M SANTIAGO VEGA | # Empleado: | | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| 2408 APT. 225 B EDUARDO CONDE FINAL | Dept: | 8106140-SAN JUAN-SAN JUAN (III,IV,V) | Estado Civil: | | Single |
| PROYECTO PARQUE VICTORIA | Lugar: | ERNESTO RAMON ANTONINI | Concesiones: | 0 | 0 |
| SAN JUAN, PR 00915 | Titulo: | DEPARTAMENTO DE EDUCACION | Pct. Adcl.: | | |
| SS: | Sueldo: | $1,921.00 Monthly | Cant. Adcl.: | | |

| HORAS E INGRESOS | | | | | | IMPUESTOS | | |
|---|---|---|---|---|---|---|---|---|
| | | Corriente | | Acumulado | | | | |
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | | 960.50 | 892.50 | 10,565.50 | Fed FICA Med Hospital Ins / EE | 13.93 | 153.20 |
| | | | | | | Fed OASDI/Disability - EE | 59.55 | 655.06 |
| | | | | | | PR Withholding | 11.99 | 47.96 |
| Total: | | | 960.50 | 892.50 | 10,565.50 | Total: | 85.47 | 856.22 |

| DEDUCCIONES | | | DEDUCCIONES GENERALES | | | BENEFICIOS PATRONALES PAGADOS | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
| GPR Plan Aport. Definidas | 81.64 | 898.04 | SI-Seg Incap. Obligatorio | 2.25 | 24.75 | FSED Disability Plan | 16.33 | 179.63 |
| | | | AE-Asoc Emp ELA-Prest Regular | 83.02 | 913.22 | SM-First Medical Health Plan | 0.00 | 750.00 |
| | | | SM-First Medical Health Plan | 34.00 | 356.78 | | | |
| | | | SC-TRANS OCEANIC LIFE | 19.68 | 216.48 | | | |
| | | | OS-UNION PASO/ SPT Y SPU | 13.64 | 150.04 | | | |
| | | | Ahorros-AEELA | 28.82 | 317.02 | | | |
| Total: | 81.64 | 898.04 | Total: | 181.41 | 1,978.29 | * Tributable | | |

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 960.50 | 0.00 | 85.47 | 263.05 | 611.98 |
| Acumulado: | 10,565.50 | 0.00 | 856.22 | 2,876.33 | 6,832.95 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 | Aviso #1738630 | 611.98 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 | | |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 | Total: | 611.98 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 | | |

Los balances de licencias corresponden al periodo de:

MENSAJE: `Aprovecha las Oportunidades de Movilidad visita la www.OATRH.PR.GOV`

---

Dept de Educacion-Clasificados  
Ave. Teniente Cesar Gonzalez  
Esquina Calaf  
HATO REY, PR 00919

Fecha  
06/14/2019

Aviso No.  
1738630

Cant. Deposito: $611.98

A la  
Cuenta(s) De

SONIA M SANTIAGO VEGA  
2408 APT. 225 B EDUARDO CONDE FINAL  
PROYECTO PARQUE VICTORIA  
SAN JUAN, PR 00915  
Localizacion: ERNESTO RAMON ANTONINI

| DISTRIBUCION DE DEPOSITO DIRECTO | | |
|---|---|---|
| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| Savings | XXXXXXXXXXXXXX | 611.98 |
| Total: | | 611.98 |

**NO-NEGOCIABLE**

| 081 Dept. de Educacion | | Periodo Pago: | 17 | Aviso Desc: | 4250333 |
|---|---|---|---|---|---|
| Ave. Teniente Cesar Gonzalez | | Desde: | 11/01/2019 | Fecha Aviso: | 11/15/2019 |
| Esquina Calaf | | Hasta: | 11/15/2019 | | |
| HATO REY, PR 00919 | | | | | |

| SONIA M SANTIAGO VEGA | # Empleado: | | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| 2408 APT. 225 B EDUARDO CONDE FINAL | Dept: | 8106140-SAN JUAN-SAN JUAN (III,IV,V) | Estado Civil: | | Single |
| PROYECTO PARQUE VICTORIA | Lugar: | ERNESTO RAMON ANTONINI | Concesiones: | 0 | 0 |
| SAN JUAN, PR 00915 | Titulo: | DEPARTAMENTO DE EDUCACION | Pct. Adcl.: | | |
| SS: | Sueldo: | $1,921.00 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | | IMPUESTOS | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | 960.50 | 1,717.50 | 20,170.50 | | Fed FICA Med Hospital Ins / EE | 13.92 | 292.47 |
| | | | | | | Fed OASDI/Disability - EE | 59.55 | 1,250.57 |
| | | | | | | PR Withholding | 11.99 | 167.86 |
| Total: | | 960.50 | 1,717.50 | 20,170.50 | | Total: | 85.46 | 1,710.90 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado | Descripcion (DEDUCCIONES GENERALES) | Corriente | Acumulado | Descripcion (BENEFICIOS PATRONALES PAGADOS) | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| GPR Plan Aport. Definidas | 81.64 | 1,714.44 | SI-Seg Incap. Obligatorio | 2.25 | 47.25 | FSED Disability Plan | 16.33 | 342.93 |
| | | | AE-Asoc Emp ELA-Prest Regular | 100.91 | 1,797.09 | SM-First Medical Health Plan | 0.00 | 1,500.00 |
| | | | SM-First Medical Health Plan | 34.00 | 696.78 | | | |
| | | | SC-TRIPLE-S VIDA INC | 22.05 | 66.15 | | | |
| | | | OS-UNION PASO/ SPT Y SPU | 13.64 | 286.44 | | | |
| | | | Ahorros-AEELA | 28.82 | 605.22 | | | |
| | | | SC-TRANS OCEANIC LIFE | 0.00 | 334.56 | | | |
| Total: | 81.64 | 1,714.44 | Total: | 201.67 | 3,833.49 | * Tributable | | |

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 960.50 | 0.00 | 85.46 | 283.31 | 591.73 |
| Acumulado: | 20,170.50 | 0.00 | 1,710.90 | 5,547.93 | 12,911.67 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 | Aviso #4250333 | 591.73 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 | | |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 | Total: | 591.73 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 | | |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Dept de Educacion-Clasificados  
Ave. Teniente Cesar Gonzalez  
Esquina Calaf  
HATO REY, PR 00919

Fecha  
11/15/2019

Aviso No.  
4250333

Cant. Deposito: $591.73

A la  
Cuenta(s) De

SONIA M SANTIAGO VEGA  
2408 APT. 225 B EDUARDO CONDE FINAL  
PROYECTO PARQUE VICTORIA  
SAN JUAN, PR 00915  
Localizacion: ERNESTO RAMON ANTONINI

| DISTRIBUCION DE DEPOSITO DIRECTO | | |
|---|---|---|
| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| Savings | XXXXXXXXXXXXXX | 591.73 |
| | Total: | 591.73 |

## NO-NEGOCIABLE