14 de febrero de 2020

**Réplica a la objeción global**

**Datos Personales:**

| | |
|---|---|
| Nombre: | Héctor J. Santiago Delgado |
| Dirección: | HC 63 BOX 5369 |
| | Patillas, PR 00723 |
| Teléfono: | 787-929-1335 |
| Correo Electrónico: | tito.20live.com |

Número de reclamación: 58089

**Epígrafe:**

Tribunal de distrito de los Estados Unidos para el distrito de Puerto Rico

En el asunto de: PROMESA, Titulo III Junta de Supervisión y Administración Financiera para Puerto Rico, Núm. 17 BK 3283-LTS como representante de Estado Libre Asociado de Puerto Rico y otros, La presente radicación guarda relación el ELA, la ACT y el SRE.

Centésima Trigésima novena objeción Global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del sistema de retiro de los empleados del gobierno del Estado Libre Asociado de Puerto Rico a reclamos deficientes en los que se alegan intereses sobre la base de unas leyes puertorriqueñas no especificadas.

Nombre de los deudores:

1. El Estado Libre Asociado de Puerto Rico (el "ELA") (núm. de procedimiento de quiebra17 BK 3283-LTS) (últimos cuatro dígitos del número federal de contribuyente:3481)
2. La Corporación del Fondo de interés apremiante de Puerto Rico ("Cofina") (núm. de procedimiento de quiebra 17 BK3284-LTZ (últimos cuatro dígitos del número federal de contribuyente: 8474)
3. La Autoridad de Carreteras y Transportación de Puerto Rico (la "ÄCT") (núm. de procedimiento de quiebra 17 BK 3567-LTZ (últimos cuatro dígitos del número federal de contribuyente:3808)

4. El sistema de Retiro de los Empleados del Gobierno del Estado dígitos del numero federal de contribuyente: 9686);
5. La Autoridad de Energía Eléctrica de Puerto Rico (la "AEE') (núm. de procedimiento de quiebra 17 BK 4780-LTS

Motivo para oponerse a la objeción global:

Me opongo a que el tribunal declare a lugar a la objeción global y desestimen mi reclamación 58089 por las siguientes leyes Ley 164 (escala salarial) y Ley 9 (Quinquenio), por la cual considero tengo derecho de acuerdo a mis años de servicio en el Departamento de la Familia como empleada de carrera regular desde Marzo 2002, hasta el presente.

Le incluyo certificación empleo.


Gracias,


*[signature: Héctor Santiago Delgado]*

Héctor J. Santiago Delgado