

# GOBIERNO DE PUERTO RICO
Departamento de la Familia

A QUIEN PUEDA INTERESAR

CERTIFICO que, **Hector J. Santiago Delgado**, Número de Seguro Social, trabaja para el **Departamento de la Familia en la Administración de Desarrollo Socio Económico en la Local de Patillas.**

El Sr.. **Santiago,** ofrece servicios como, **SASF I.** Comenzó en la agencia el **17 de septiembre de 2001**. La empleada devenga un salario mensual de **$2,044.00** y su puesto es **Regular**.

Certifico hoy, **14 de febrero de 2020**, para los fines que crea pertinentes.

_____
**Nelson Rodriguez Rivera**
Oficial de Recursos Humanos, Interino
Oficina Regional Guayama

Oficina de Recursos Humanos, Edificio FISA, Paseo del Pueblo
P.O. Box 210, Guayama, PR 00785
Tel. 787-864-4373