**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

En el asunto de:

JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN
FINANCIERA PARA PUERTO RICO,

    como representante de

ESTADO LIBRE ASOCIADO DE PUERTO RICO y
otros,

                    Deudores.

PROMESA,
Título III

Núm. 17 BK 3283-LTS

(Administrada conjuntamente)

**La presente radicación guarda
relación con el ELA, la ACT y el
SRE.**

Réplica a Objeción Global de parte Demandada

Al Honorable Tribunal:

Comparece:

    Sonia Vega Pérez, mayor de edad, parte demandante y con interés en la Reclamación 166624 radicada el 6/15/2018 contra el Estado Libre Asociado de Puerto Rico como deudor y por la suma reclamada de $18,600.00.

1. Mis datos de contacto son:
   Sonia Vega Pérez, con dirección postal apartado 1370, San Germán, P.R., teléfono (787)662-8357 y correo electrónico generosaviezpa@gmail.com.
2. Ante el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico y en el asunto de epígrafe se ha presentado objeción global circunscrita a lo siguiente:
   CENTÉSIMA CUADRAGÉSIMA OCTAVA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS A RECLAMOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTOR RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE UNAS LEYES PUERTORRIQUEÑAS NO ESPECIFICADAS
3. Que presento objeción, total y absoluta a dicha alegación y replico la misma en virtud de que trabajé en el Departamento de Educación por espacio de un año con 7 meses (aproximadamente 2 años) por lo que entiendo procede mi reclamación así que soy parte con interés y tengo derecho a la concesión del remedio solicitado que es el pago de la suma reclamada porque de lo contrario el estado se estaría enriqueciendo injustamente con lo que legalmente me corresponde.
4. Para probar mi reclamo acompaño como prueba o documentación justificativa lo siguiente:

    a. Certificación del Sistema de Retiro de Maestros – 11-dic./2017
    b. Certificación del Sistema de Retiro de Maestros – 16-feb./2020
    c. copia de comprobante de retención de 1989, 1990
    d. Verificación de empleo -12-junio-92
    e. certificado de exención para la retención -21-julio-89
    f. notificación a empleados transitorios- 21-nov.'88

Por lo que, de este Tribunal solicito declare NO HA LUGAR la objeción global presentada por la parte demandante en cuanto a mi reclamación por lo aquí expuesto.

En San Germán, P.R. a 18 de febrero de 2020.

                                                                      Sonia Vega Pérez
                                                                      Apartado 1370
                                                                      San Germán, P.R. 00683
                                                                      Tel. 787-662-8357
                                                                      c-e  generosaviezpa@gmail.com

Certifico haber radicado el original del presente escrito personalmente en

    Secretaría (Clerk's Office)
    Tribunal de Distrito de los Estados Unidos
    #150 Chardon Avenue
    Federal Building
    San Juan (Puerto Rico) 00918

y haber remitido copias certificadas a:

    Abogado de la Junta de Supervisión (Counsel for the Oversight Board)
    Proskauer LLP
    Eleven Times Square
    Nueva York, Nueva York 10036-8299
    A/A: Martin J. Bienenstock
    Brian S. Rosen

    Abogado del Comité de Acreedores (Counsel for the Creditors' Committe)
    Paul Hastings LLP
    200 Park Avenue
    Nueva York, Nueva York 10166
    A/A: Luc A. Despins
    James Bliss
    James Worthington
    G. Alesander Bongartz

                                                                      Sonia Vega Pérez