# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

11 de diciembre de 2017

*S.V.P.*

SONIA VEGA PEREZ  
PO BOX 1370  

SAN GERMAN, PR 00683 1370

Solicitud No: 925584  
Radicada en: 11 dic 2017

Estimado(a) Participante:

De acuerdo a nuestros registros, el balance de aportaciones acumuladas en nuestro Sistema de Retiro es de aproximadamente $59,929.02 . Las mismas han devengado intereses por aproximadamente $17,659.19 para un total de $77,588.21.

El tiempo acreditado es de aproximadamente:

  28 Años,   10 Meses,   0 Semanas,   .0 Dias

La última nómina recibida y contabilizada para este balance es la del 30 de octubre de 2017 Estos cálculos son preliminares y están sujetos a verificación final a la fecha de su retiro. Deberá permanecer cotizando en nuestro Sistema hasta la fecha que proyecta retirarse.

Los aportaciones recibidas por planes de pago o recaudaciones pueden no estar consideradas en este balance. Además, la información puede variar, de encontrarse diferencias en el Informe de Cambio enviado por su patrono y de existir anulaciones futuras entre cuentas que afecten las Aportaciones del Sistema.

De tener alguna duda al respecto, favor de comunicarse a nuestro Centro de Llamadas al 787-777-1414 extensiones 1619,1620,1628.

Atentamente,

Supervisor Área de Servicio de Retiro

235 Avenida Arterial Hostos, Edificio Capital Center , Torre Norte, Hato Rey, Puerto Rico 00918  
P.O. Box 191879, Hato Rey, PR 00919-1879  
srm_correspondenciaconsulta@srm.pr.gov   (787) 777-1414   http://www.srm.pr.gov



**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

SRM-SB-022
Rev. marzo 2017

Estimado(a) participante SONIA VEGA PEREZ

De acuerdo a nuestros registros, el balance de aportaciones acumuladas en el SRM es de aproximadamente $66,485.72 al 16 de febrero de 2020. Las aportaciones han devengado intereses por $19,346.26 para un total de cuotas e intereses de $85,831.98.

El tiempo acreditado es de aproximadamente 31 año(s), 1 mes(es), 0 semana(s), 0 día(s).

Los pagos realizados por planes de pago, recaudaciones o pagos pendientes pueden no estar considerados en estos balances. Además, esta información puede variar, de encontrarse diferencias en el Informe de Cambio enviado por el patrono y de existir anulaciones futuras entre cuentas que afecten las Aportaciones del Sistema.

Estos cálculos son preliminares, están sujetos a verificación y ajustes cuando radique su Solicitud de Retiro. Deberá permanecer cotizando en el SRM hasta la fecha que proyecta retirarse.

Atentamente,

Área de Servicios de Retiro



235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918
P.O. Box 191879 · San Juan PR 00919-1879



☏ 787.777.1414   📠 787.759.2883   www.srm.pr.gov

## Form 499 R-2/W-2 P.R. — 3 Octubre 1989

ESTADO LIBRE ASOCIADO DE PUERTO RICO — COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA — DEPARTMENT OF THE TREASURY
Area de Rentas Internas y Recaudaciones — Internal Revenue and Collection Area
Negociado de Contribución Sobre Ingresos - Bureau of Income Tax

**COMPROBANTE DE RETENCION — WITHHOLDING STATEMENT**

Copia C — Copy C

| Field | Value |
|---|---|
| 1 Nombre y Dirección del Empleado / Name and Address of Employee | SONIA-VEGA PEREZ |
| 2 Núm. Cuenta (Seg. Soc.) / Account Number (Soc. Sec.) | SUP. |
| 3 Estado Civil / Civil Status | Soltero/Single ☐  Casado/Married ☐ |
| 6 Núm. Cuenta Cónyuge (Seg. Soc.) / Spouse's Account No. (Soc. Sec.) | |
| 4 Sueldos / Wages | 12,551.00 |
| 7a. Comisiones / Commissions | .00 |
| 7b. Concesiones / Allowances | .00 |
| 11 Total = 4 + 7a + 7b | 12,551.00 |
| 9 Nombre y Dirección del Patrono / Name and Address of Employer | INSTRUCCION — MAESTRO 80  222-081-01-119**000063  REGION MAYAGUEZ  SAN GERMAN 0000  MEDICARE |
| 10 Núm. de Cuenta Patronal / Employer's Account No. (EIN) | 66-0433481 |
| 11a Gastos Reembolsados / Reimburses Expenses | .00 |
| 13 Cont. Retenida Tax Withhold | 1,118.53 |
| 15 Fondo de Retiro / Retirement Fund | 861.77 |
| 15a Aportaciones a Planes Cualificados / Contributions to CODA PLANS | .00 |
| 5 Subtotal | |
| 8 Total de Sueldos (FICA) / Total FICA Wages | 12,551.00 |
| 12 Seguro Social Retenido / FICA Tax Withheld | 181.99 |
| 14 Propinas (FICA) / FICA tips | .00 |
| 16 Seguro Social no retenido en propinas - Uncollected FICA tax on tips | .00 |
| AÑO / YEAR | 1989 |

Copia C Para Records del Empleado / Copy C for Employee's Records

---

## Form 499 R-2/W-2 P.R. — Ago—90

ESTADO LIBRE ASOCIADO DE PUERTO RICO — COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA — DEPARTMENT OF THE TREASURY
Area de Rentas Internas y Recaudaciones — Internal Revenue and Collection Area
Negociado de Contribución Sobre Ingresos - Bureau of Income Tax

**COMPROBANTE DE RETENCION — WITHHOLDING STATEMENT**

Copia C — Copy C

| Field | Value |
|---|---|
| 1 Nombre y Dirección del Empleado / Name and Address of Employee | SONIA-VEGA PEREZ |
| 2 Núm. Cuenta (Seg. Soc.) / Account Number (Soc. Sec.) | SUP. |
| 3 Estado Civil / Civil Status | Soltero/Single ☐  Casado/Married ☐ |
| 6 Núm. Cuenta Cónyuge (Seg. Soc.) / Spouse's Account No. (Soc. Sec.) | |
| 4 Sueldos / Wages | 12,338.75 |
| 7a. Comisiones / Commissions | .00 |
| 7b. Concesiones / Allowances | .00 |
| 11 Total = 4 + 7a + 7b | 12,338.75 |
| 9 Nombre y Dirección del Patrono / Name and Address of Employer | INSTRUCCION — MAESTRO 80  222-081-03-221**000063  SERVICIOS EDUCA  EST MIGRANT0000  MEDICARE |
| 10 Núm. de Cuenta Patronal / Employer's Account No. (EIN) | 66-0433481 |
| 11a Gastos Reembolsados / Reimburses Expenses | .00 |
| 13 Cont. Retenida Tax Withhold | 1,126.72 |
| 15 Fondo de Retiro / Retirement Fund | 846.91 |
| 15a Aportaciones a Planes Cualificados / Contributions to CODA PLANS | .00 |
| 5 Subtotal | |
| 8 Total de Sueldos (FICA) / Total FICA Wages | 12,338.75 |
| 12 Seguro Social Retenido / FICA Tax Withheld | 178.90 |
| 14 Propinas (FICA) / FICA tips | .00 |
| 16 Seguro Social no retenido en propinas - Uncollected FICA tax on tips | .00 |
| AÑO / YEAR | 1990 |

Copia C Para Records del Empleado / Copy C for Employee's Records

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE EDUCACION
Oficina del Superintendente de Escuelas
San Germán, Puerto Rico

_12_ de _JUNIO_ de 19_92_

VERIFICACION DE EMPLEO

Nombre : SONIA VEGA PEREZ

Puesto : MAESTRA ELEMENTAL

Sueldo mensual : $1,050.00

Fecha que comenzó : 1989

Contrato : PERMANENTE

Seguro Social : S.v.P.

Observaciones :

EFREN RODRIGUEZ TORO
Firma del Supervisor o persona autorizada

Supte. de Escuelas
Puesto

/wor

DEPARTAMENTO DE HACIENDA
AREA DE RENTAS INTERNAS Y RECAUDACIONES
Negociado de Contribución sobre Ingresos

## CERTIFICADO DE EXENCION PARA LA RETENCION

CAMBIOS EN LA EXENCION PERSONAL, EL NUMERO DE DEPENDIENTES O LA CONCESION POR DEDUCCIONES, REQUIEREN LA SUSTITUCION DE ESTE CERTIFICADO

### AL EMPLEADO

Llene y entregue este impreso a su patrono. De lo contrario, él vendrá obligado por Ley a retener su contribución sobre ingresos sin tomar en consideración su exención personal, crédito por dependientes y concesión por deducciones.

Indique con una "X" en el Apartado A su opción con respecto a la exención personal que usted desea reclamar a los fines de la retención sobre salarios. Anote en el Apartado B el número de dependientes que reclama a tales fines y en el Apartado C su preferencia en relación con la "Concesión por Deducciones".

Nombre del Empleado: Sonia Vega Pérez

Número de Cuenta (Seguro Social): S.V.P.

Dirección Residencial del Empleado:
carr. 119 int. 341
Sector Las Piñas Bo. Hoc. Bajo
San Germán, P.R.

Número de Cuenta del Cónyuge (Seguro Social):

| A. EXENCION PERSONAL | Completa | Mitad | Ninguna |
|---|---|---|---|
| 1. De persona soltera | | ▓▓▓ | |
| 2. De persona casada | | | |
| 3. De jefe de familia | | ▓▓▓ | |

B. CREDITO POR DEPENDIENTES: NUMERO DE DEPENDIENTES: _____

| C. CONCESION POR DEDUCCIONES | Automática | | Opcional |
|---|---|---|---|
| | Completa | Ninguna | |
| 1. Empleado Gubernamental * | | | |
| 2. Empleado de Empresa Privada | | | |

Si es empleado gubernamental y se acogió al plan suplementario de retención para el retiro, hágalo constar haciendo una "X" en el siguiente encasillado: ☐

PARA USO DEL PATRONO
Número de Concesiones: _____

CERTIFICO que la exención personal, el crédito por dependientes y la concesión por deducciones que aquí reclamo, para fines de la retención de salarios, no exceden del importe que tengo derecho a reclamar bajo la Ley.

21-julio-'89
Fecha

Sonia Vega Pérez
Firma del Empleado

LEA LAS INSTRUCCIONES AL DORSO ANTES DE LLENAR ESTE CERTIFICADO DE EXENCION PARA LA RETENCION

**Estado Libre Asociado de Puerto Rico**
**Departamento de Instrucción Pública**
**Hato Rey, Puerto Rico**

## NOTIFICACION A EMPLEADOS TRANSITORIOS

A : Maestro Transitorio Elegible o Transitorio Provision

| Sonia Vega Pérez | Elemental-Hormigueros |
|---|---|
| Nombre del Maestro | Categoría y Distrito |

(x) Trans. Elegible ( ) Transitorio Provisional  Desde 18 nov. 88
Hasta 22 diciembre 1988
Extensión del nombramiento

Estimada señorita Vega:

El nombramiento que se ha extendido estará sujeto a las disposiciones reglamentarias que rigen el reclutamiento, selección, traslado y reasignación de maestro. El mismo se extenderá hasta en o antes de la fecha arriba indicada. La continuación de la plaza no le da derecho a que su nombramiento sea prorrogado.

Si su nombramiento es de carácter transitorio elegible, tendrá derecho a competir por plazas en propiedad de acuerdo con las normas establecidas para la asignación de probatorio o permanencia.

21/11/88
Fecha

Superintendente de Escuelas

## CERTIFICACION

Yo, __Sonia Vega Peña__, mayor de edad de estado civil __soltera__, seleccionado para ocupar una plaza de maestro en el distrito escolar de __Hormigueros__ voluntariamente certifico que no he aceptado ni aceptaré oferta de nombramiento como maestro en otro distrito a menos que cuente con el relevo del Superintendente de Escuelas al compromiso por mí contraído Certifico además, que he leído esta notificación y que acepto los términos y condiciones del nombramiento que se me extiende.

__18-11-88__
Fecha

_Sonia Vega Pérez_
Firma del empleado