

**DEPARTAMENTO DE LA FAMILIA**
GOBIERNO DE PUERTO RICO

A QUIEN PUEDA INTERESAR

CERTIFICO que, **Elda M. Ortiz Pimentel**, Número de Seguro Social, , trabaja para el Departamento de la Familia en la Administración Desarrollo Socioeconómico de la Familia en el Centro de Servicios Integrados **Patillas**.

La **señora Ortiz** ofrece servicios como **Técnico Asistencia Social y Familiar I**. Comenzó en la agencia el **9 de marzo de 2012**. La empleada devenga un salario mensual de **$1,341.00** y su puesto es **Regular**.

Certifico hoy, **14 de febrero de 2020**, para los fines que crea pertinentes.

*[firma]*

**Nelson Rodríguez Rivera**
Oficial Administrativo II
Oficina Regional Guayama

| 127 Adm.Desarrollo Socio Economico<br>PO BOX 8000<br>SAN JUAN, PR 00910-0800 | | Grupo de Pago:<br>Desde:<br>Hasta: | SM -Quincenal<br>02/01/2020<br>02/15/2020 | Aviso #:<br>Fecha Aviso: | 6161067<br>02/14/2020 |
|---|---|---|---|---|---|
| ELDA M. ORTIZ PIMENTEL<br>CALLE RAYMUNDO FERNANDEZ #16<br>PATILLAS, PR 00723<br>SS: | | # Empleado:<br>Dept:<br>Lugar:<br>Titulo:<br>Sueldo: | 127060-Guayama<br>Patillas<br>Tecnico Asist Soc y Fam I<br>$1,341.00 Monthly | DATA IMP:<br>Estado Civil:<br>Concesiones:<br>Pct. Adcl.:<br>Cant. Adcl.: | Federal   PR<br>Married   Married<br>0   0 |

### HORAS E INGRESOS

|  | Corriente | | Acumulado | | IMPUESTOS | | |
|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | | 670.50 | 247.50 | 2,011.50 | Fed FICA Med Hospital Ins / EE | 9.73 | 29.17 |
| | | | | | | Fed OASDI/Disability - EE | 41.57 | 124.71 |
| Total: | | | 670.50 | 247.50 | 2,011.50 | Total: | 51.30 | 153.88 |

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| GPR Plan Aport. Definidas | 56.99 | 170.97 | SI-Seg Incap. Obligatorio | 1.68 | 5.04 | FSED Disability Plan | 22.46 | 67.38 |
| | | | AE-Asoc Emp ELA-Prest Regular | 42.38 | 127.14 | SM-First Medical Health Plan | 0.00 | 180.00 |
| | | | SM-First Medical Health Plan | 10.75 | 32.25 | | | |
| | | | OS-SERV PUBLICOS 009 B | 10.06 | 30.18 | | | |
| | | | Ahorros-AEELA | 20.12 | 60.36 | | | |
| Total: | 56.99 | 170.97 | Total: | 84.99 | 254.97 | * Tributable | | |

### TOTAL BRUTO / BRUTO TRIBUT. FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 670.50 | 0.00 | 51.30 | 141.98 | 477.22 |
| Acumulado: | 2,011.50 | 0.00 | 153.88 | 425.94 | 1,431.68 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 | Aviso #6161067 | 477.22 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 | | |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 | Total: | 477.22 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 | | |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Adm.Desarrollo Socio Economico
PO BOX 8000
SAN JUAN, PR 00910-0800

Fecha
02/14/2020

Aviso No.
6161067

Cant. Deposito:   $477.22

A la
Cuenta(s) De

ELDA M. ORTIZ PIMENTEL
CALLE RAYMUNDO FERNANDEZ #16
PATILLAS, PR 00723

Localizacion: Patillas

| DISTRIBUCION DE DEPOSITO DIRECTO | | |
|---|---|---|
| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| Checking | XXXXXXXXXXXXXX | 477.22 |
| | Total: | 477.22 |

## NO-NEGOCIABLE

| 127 Adm.Desarrollo Socio Economico<br>PO BOX 8000<br>SAN JUAN, PR 00910-0800 | Grupo de Pago: SM -Quincenal<br>Desde: 01/16/2020<br>Hasta: 01/31/2020 | Aviso #: 5910960<br>Fecha Aviso: 01/30/2020 |
|---|---|---|
| ELDA M. ORTIZ PIMENTEL<br>CALLE RAYMUNDO FERNANDEZ #16<br>PATILLAS, PR 00723<br>SS | # Empleado:<br>Dept: 127060-Guayama<br>Lugar: Patillas<br>Titulo: Tecnico Asist Soc y Fam I<br>Sueldo: $1,341.00 Monthly | DATA IMP: Federal  PR<br>Estado Civil: Married  Married<br>Concesiones: 0  0<br>Pct. Adcl.:<br>Cant. Adcl.: |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | 670.50 | 172.50 | 1,341.00 | |
| Total: | | 670.50 | 172.50 | 1,341.00 | |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 9.72 | 19.44 |
| Fed OASDI/Disability - EE | 41.57 | 83.14 |
| Total: | 51.29 | 102.58 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan Aport. Definidas | 56.99 | 113.98 |
| Total: | 56.99 | 113.98 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 1.68 | 3.36 |
| AE-Asoc Emp ELA-Prest Regular | 42.38 | 84.76 |
| SM-First Medical Health Plan | 10.75 | 21.50 |
| OS-SERV PUBLICOS 009 B | 10.06 | 20.12 |
| Ahorros-AEELA | 20.12 | 40.24 |
| Total: | 84.99 | 169.98 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 180.00 | 180.00 |
| FSED Disability Plan | 22.46 | 44.92 |
| * Tributable | | |

|  | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 670.50 | 0.00 | 51.29 | 141.98 | 477.23 |
| Acumulado: | 1,341.00 | 0.00 | 102.58 | 283.96 | 954.46 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| Aviso #5910960 | 477.23 |
|---|---|
| Total: | 477.23 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Adm.Desarrollo Socio Economico
PO BOX 8000
SAN JUAN, PR 00910-0800

Fecha
01/30/2020

Aviso No.
5910960

Cant. Deposito:  $477.23

A la
Cuenta(s) De

ELDA M. ORTIZ PIMENTEL
CALLE RAYMUNDO FERNANDEZ #16
PATILLAS, PR 00723

Localizacion: Patillas

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXX | 477.23 |
| Total: | | 477.23 |

## NO-NEGOCIABLE