

A QUIEN PUEDA INTERESAR

CERTIFICO que, **Yaira L. Semidey Alicea**, Numero de Seguro Social, , trabaja para el **Departamento de la Familia** en la **Administración de Desarrollo Socio Económico (ADSEF) en la Local de Patillas.**

La señora **Semidey**, ofrece servicios como **TASF III.** Comenzó en la agencia el **01 de septiembre de 2001.** La empleada devenga un salario bruto de **$2,205.00.** mensual.

Certifico hoy, **18 de febrero de 2020**, para los fines que crea pertinentes.

_____
**Nelson Rodríguez Rivera**
Oficial Administrativo II
Oficina Regional Guayama