**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el asunto de: | PROMESA, Título III |
| JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, | Núm 17 BK 3283-LTS |
| como representate de | (Administrada conjuntamente) |
| ESTADO LIBRE ASOCIADO DE PUERTO RICO y otros, | **La presente radicación guarda relación con el ELA, la ACT y el SRE.** |
| Deudores. | |

**NOTIFICACIÓN DE LA CENTÉSIMA VIGÉSIMA NOVENA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBE LA BASE DE LAS REIVINDICACIONES SALARIALES, LABORALES O SERVICIOS PRESTADOS**

Saidy Matías Ortiz
Reclamación Núm. 156438
Dirección Residencial - Bo. Piñales Abajo, Carr. 402, Km. 4.8
Dirección Postal – RR02 Box 2691, Añasco, Puerto Rico
Teléfono 787-342-0258 / 787-342-0330
E-mail: saidymatias@gmail.com

### Motivo para oposición a la Objeción global

Me opongo a que el Tribunal declare ha lugar la Objeción global puesto que, al menos en mi caso, el incentivo solicitado, corresponde a una ley previa a la Ley Promesa, ley en que se ampara el gobierno para no pagar lo correspondiente.

Soy maestra de Departamento de Educación de Puerto Rico, con estatus permanente, poseo Certificado Vigente de Maestra y tengo 14 años y 7 meses de experiencia. Actualmente, trabajo para la Escuela Manuel García Pérez del pueblo de Rincón, es por ello que mi reclamación va dirigida al Estado Libre Asociado, por incumplimiento del Departamento de Educación, específicamente con relación al impago por concepto de Carrera Magisterial, según lo establece la Ley 208 de 2002 (previamente Ley 158 de 1999), denominada "Ley de la Carrera Magisterial".

Solicito, si es posible, que mi caso sea evaluado de forma individual y no conjunta, o al menos, evaluado de acuerdo a reclamaciones similares a la misma agencia y por el mismo motivo.

Adjunto, según solicitado, algunos documentos que evidencian que mi Plan de Carrera Magisterial fue recibido por el Departamento de Educación (Anejo 1) en el 2013 y documento que evidencia que fue aprobado por el Director y Comité Evaluador (Anejo 2), según lo establece la Ley 208 del 2002 (previamente Ley 158 del 1999) "Ley de la Carrera Magisterial". El Departamento de Educación me concedió el aumento inicial por activación y primera etapa de la Carrera para el año 2013, sin embargo, no me concedió incentivo por las etapas II y III completadas hasta el nivel 5, lo que debió aumentar mi salario un 25% a partir del 2015. El Departamento hace alusión para no pagar a la Ley 66 del 17 de junio de 2014; sin embargo, esa ley fue posterior a haber iniciado mi Carrera Magisterial y haber completado etapas. Se nos dijo que ya estábamos activos y que se nos iba a permitir, a los activos antes de que se creara la Ley, continuar. El Artículo 3 del Código Civil de Puerto Rico, 31 L.P.R.A. sec. 3, dispone que "las leyes no tendrán efecto retroactivo, si no dispusieren expresamente lo contrario. En ningún caso podrá el efecto retroactivo de una ley perjudicar los derechos adquiridos al amparo de una legislación anterior". Y la Ley 66, a la cual se ampara el Departamento para no pagar la Carrera Magisterial, en su Artículo 11 expone "Desde y durante la vigencia de esta Ley…"; no expone que será aplicada de forma retroactiva. Los maestros activos en la Carrera invertimos nuestro tiempo, esfuerzo y dinero para cumplir con lo que solicitaba la Carrera Magisterial y a la vez, recibir los incentivos que proponía la ley. Considero que es ilegal que no se nos remunere lo que trabajamos.

Como mencioné anteriormente, poseo evidencia de que el documento fue recibido en las oficinas del Departamento (Anejo 1) y de la evaluación y aprobación por parte del Comité de la Etapa I. Lamentablemente, por estar, en estos momentos, aún, mi escuela cerrada, a causa de los terremotos, no pude mostrar evidencia de haber entregado el Nivel II y III. Sin embargo, en una visita al Departamento, mi nombre estaba en el sistema y me hicieron saber que de haber completado el Nivel III hasta la etapa 5, me correspondía una bonificación mensual de $595, a partir de septiembre de 2015 (53 pagos), lo que ascendería mi reclamación a $31,595. El Departamento de Educación, Oficina de la Carrera Magisterial, me informó que no podía darme ninguna evidencia para yo presentarles, aunque mi nombre apareciera en el sistema.

Respetuosamente,

*Saidy Matías Ortiz*
Saidy Matías Ortiz
Maestra de Educación Comercial