| IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT. |
|---|

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Matias Ortiz, Saidy | 156438 | 7/5/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

| SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE. |
|---|

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Matias Ortiz, Saidy | 156438 | 7/5/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

000138

...


**DEPARTAMENTO DE EDUCACIÓN**
Estado Libre Asociado de Puerto Rico

| | |
|---|---|
| **FECHA** | 3 de junio de 2013 |
| **HORA** | |
| **A:** | |
| **NOMBRE** | Oficina del Capital Humano |
| | Departamento de Educación |
| **NUM. FAX** | |
| **DE:** | |
| **NOMBRE** | Profa. Teresa Crespo Martínez |
| **POSICIÓN** | Directora Escuela Manuel García Pérez de Rincón |
| **TELEFONO** | (787) 823-0335 |

**ASUNTO:** Planes de Activación a la Carrera Magisterial (OCM-06)
1. Arleen Mercado Muñoz
2. Saidy Matías Ortiz

**NUMERO DE PÁGINAS (INCLUYENDO LA HOJA DE TRÁMITE): 3**



**Estado Libre Asociado de Puerto Rico**
DEPARTAMENTO DE EDUCACION
SECRETARIA AUXILIAR DE RECURSOS HUMANOS
**OFICINA DEL DEPARTAMENTO DEL CAPITAL HUMANO**

PROGRAMA DE CARRERA MAGISTERIAL

CERTIFICACION DE RADICACION Y APROBACION
DEL PLAN DE MEJORAMIENTO PROFESIONAL

Certificamos que el (la) Profesor(a) __Saidy Matías Ortiz__, seguro social__ de la Escuela __Manuel García Pérez__, del Distrito Escolar de Aguadilla, radicó su Plan de Mejoramiento Profesional de acuerdo con las disposiciones del Reglamento de Carrera Magisterial, Articulo 2.07, para el periodo de __1ro de abril de 2013 al 1ro de abril de 2018__. (5 años).

Certificamos, además, que el Comité de Evaluación analizó dicho Plan utilizando como referencia el Capítulo VI del mismo Reglamento y que fue aprobado hoy, __16__ de __mayo__ de 20__13__.
(mayo o junio)

## COMITÉ EVALUACIÓN

| NOMBRE | FIRMA | PUESTO QUE OCUPA |
|---|---|---|
| Teresa Crespo Martinez | Teresa Crespo Marti | Director(a)/Superintendente |
| Wilda M. Alfonso Roldán | Wilda M. Alfonso | Rep. Docencia/Facilitador |
| Wanda Febus Pagan | Wanda Febus Pagan | Rep. del Consejo Escolar |

Activación: Primera vez _x_     Plan: Nivel III _____     Nivel IV_____

FECHA EN QUE EL SOLICITANTE RADICÓ LA SOLICITUD: __30 DE ABRIL DE 2013__.

Nota: Este Documento tiene que ser Completado en todas sus partes por el Director/Superintendente.



ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACION
DISTRITO ESCOLAR DE AGUADILLA

GUÍA A UTILIZARSE EN EL COTEJO, APROBACION Y CERTIFICACION DE LOS PLANES DE MEJORAMIENTO PROFESIONAL: ACTIVACION A LA CARRERA MAGISTERIAL

Nombre del solicitante : *Saidy Matias Ortiz*
Seguro Social : 
Categoría de Permanencia : *Maestra Educación Comercial*
Escuela/Oficina : *Manuel García Pérez*
Distrito Escolar : *Aguadilla*
Región Educativa : *Mayagüez*
Nivel del solicitante : *Nivel I*
Fecha de vigencia del plan : *1/abril/13 – 1/abril/18*
Activación Primera vez ✔ : Otro_____

## Parte I Portada
La información solicitada está completa en todas sus partes: _____

## Parte II Introducción
Presenta un narrativo breve y preciso donde incluye: _____

| | Cumple | No cumple | Observaciones |
|---|---|---|---|
| A. Preparación Académica y experiencia | ✔ | | |
| B. Logros y Reconocimientos Profesionales | ✔ | | |
| C. Actividades Académicas y no Académicas de servicio a la comunidad escolar | ✔ | | |

|  | Cumple | No cumple | Observaciones |
|---|---|---|---|
| D. Resumen del Entorno Social, cultural, económico y académico de la escuela y la comunidad en que trabaja | ✓ |  |  |

## Parte III Objetivo General

|  | Cumple | No cumple | Observaciones |
|---|---|---|---|
| Presenta el objetivo en términos del nivel que espera lograr al finalizar las cinco etapas de desarrollo del Plan de Mejoramiento. | ✓ |  |  |

## Parte IV Plan de Mejoramiento Profesional

| Elemento #1 ÁREA DE NECESIDAD Estudios Formales con créditos Universitarios | Cumple | No cumple | Observaciones |
|---|---|---|---|
| A. Encabezamiento | ✓ |  |  |
| B. ÁREA DE NECESIDAD Estudios Formales con créditos Universitarios | ✓ |  |  |
| C. Objetivo específico correspondiente al nivel que aspira | ✓ |  |  |
| D. Actividades que conduzcan al logro del objetivo, siguiendo el orden en que se van a desarrollar y programadas equitativamente para cada etapa del plan (utilizar currículo del programa de estudio universitario a seguir para alcanzar el nivel). | ✓ |  |  |
| E. Etapas de desarrollo ( Hacer marca de cotejo (x) debajo de cada etapa en que va a desarrollar cada una de las actividades, distribuidas equitativamente). | ✓ |  |  |

| Elemento #2 ÁREA DE NECESIDAD Adiestramiento de Educación Continua (Horas contacto) | Cumple | No cumple | Observaciones |
|---|---|---|---|
| A. Encabezamiento | ✓ |  |  |
| B. ÁREA DE NECESIDAD Adiestramiento de Educación Continua (Horas contacto) | ✓ |  |  |
| C. Objetivo específico correspondiente al nivel que aspira (horas contacto de educación continua) | ✓ |  |  |

| | Cumple | No cumple | Observaciones |
|---|---|---|---|
| D. Actividades que conduzcan al logro del objetivo, siguiendo el orden en que se van a desarrollar y programadas equitativamente para cada etapa del plan (solicitar itinerario de Adiestramiento de educación continua). | ✓ | | |
| E. Etapas de desarrollo (Hacer marca de cotejo (x) debajo de cada etapa en que va a desarrollar cada una de las actividades, distribuidas equitativamente). | ✓ | | |

| Elemento #3 ÁREA DE NECESIDAD Nivel IV Proyecto Especial | Cumple | No cumple | Observaciones |
|---|---|---|---|
| A. Encabezamiento | | N/A | |
| B. ÁREA DE NECESIDAD Nivel IV Proyecto Especial (Aprobado por Director y Ayudante Especial III) | | N/A | |
| C. Objetivo específico correspondiente al nivel que aspira (100 horas al desarrollo de un Proyecto Educativo Especial) | | N/A | |
| D. Actividades que conduzcan al logro del objetivo, siguiendo el orden en que se van a desarrollar y programadas equitativamente para cada etapa del plan (Estudio de necesidades, adiestramientos, etc.). | | N/A | |
| E. Etapas de desarrollo (Hacer marca de cotejo (x) debajo de cada etapa en que va a desarrollar cada una de las actividades, distribuidas equitativamente). | | N/A | |

| Elemento #4 ÁREA DE NECESIDAD Desempeño docente | Cumple | No cumple | Observaciones |
|---|---|---|---|
| A. Encabezamiento | ✓ | | |
| B. ÁREA DE NECESIDAD Desempeño docente | ✓ | | |
| C. Objetivo específico correspondiente al nivel que aspira (mínimo dos (2) evaluaciones satisfactorias) | ✓ | | |
| D. Actividades que conduzcan al logro del objetivo, siguiendo el orden en que se van a desarrollar y programadas equitativamente para cada etapa del plan (mínimo dos (2) evaluaciones satisfactorias cada vez que solicite revisión salarial) | ✓ | | |
| E. Etapas de desarrollo (Hacer marca de cotejo (x) debajo de cada etapa en que va a desarrollar cada una de las actividades, distribuidas equitativamente). | ✓ | | |

**Nivel Aprobado**

Nivel I ✔

Nivel II _____

Nivel III _____

Nivel IV _____

**Nivel a alcanzar**

Nivel I _____

Nivel II _____

Nivel III ✔

Nivel IV _____

Comentarios: _____

_____

_____

_____

_____

**Comité de Evaluación**

| NOMBRE | FIRMA | POSICION |
|---|---|---|
| Teresa Crespo Martinez | Teresa Crespo Martinez | Director(a)/Superintendente |
| Wilda H. Alfonso Roldán | Wilda H. Alfonso | Rep. Docencia/ Facilitador |
|  |  | Representante del Consejo Escolar |