Saidy Matias Ortiz (186438)
RR02 Box 2691
Añasco, P.R. 00610

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767