

**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

18 de febrero de 2020

Agencia: 404 - DEPT. DE CORRECCION Y REHABILITACION

AMARILYS LEBRON FLORES
URB VILLA ANA
D-15 CALLE 1
JUNCOS, PR 00777

Seguro Social: XXX-XX-2807

A base de la información en nuestros registros, al 18 de febrero de 2020 usted posee:

Fecha de Nacimiento:   *ALF*   Género: Femenino
Fecha de Ingreso al Servicio Público: 28 de febrero de 1994
Fecha de Comienzo de Cotización: 28 de febrero de 1994

| Ley 1 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | | Ley 106 | |
|---|---|---|---|---|---|
| Años Acreditados: | 19.5 | Tiempo Trabajado: | 4 | Tiempo Trabajado: | 2.58 |
| | | Aportaciones: | 13,022.70 | Aportaciones: | 7,320.75 |
| | | Intereses: | 1,050.44 | Intereses: | 0.00 |
| | | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| **Servicio No Cotizado** | | | | | |
| Pagado: | 0.00 | | | | |
| Tiempo: | 0.00 | | | | |
| Balance Acumulado: | 47,324.70 | Total Aportaciones: | 14,073.14 | Total Aportaciones: | 7,320.75 |
| Beneficio: | 751.70 | Beneficio: | 66.94 | Beneficio: | 0.00 |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 · PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 · www.retiro.pr.gov

**HERMANDAD EMPLEADOS DE CORRECCIÓN**
HC-02 BOX. 6519
GUAYANILLA, PUERTO RICO 00656
787-835-0185

*Copia*

# RECIBO DE PAGO PARA EL PROOF OF CLAIM

**NUMERO CONTRATO:** IL 4070

**NUMERO RECIBO:** 0398A

YO, Amarilys Lebrón Flores SEGURO SOCIAL _____,

COMO PARTE DEL ACUERDO CON LA **HERMANDAD EMPLEADOS DE CORRECCIÓN**. ACEPTO LIBRE Y VOLUNTARIAMENTE PAGAR **VEINTE ($20.00) DÓLARES** PARA CUMPLIMENTAR EL FORMULARIO OFICIAL 410 MODIFICADO PROOF OF CLAIM/EVIDENCIA DE RECLAMO Y SER PRESENTADO AL TRIBUNAL FEDERAL COMO EVIDENCIA DE PAGO EN EL CASO **KAC-1996-1381 EL ROMERAZO**

TAMBIÉN **RECLAMO** LA CANTIDAD DE 8,176.00 A RAZÓN DE **$40.00** DÓLARES MENSUALES.

ENTIENDO QUE EL PAGO CORRESPONDIENTE ES LUEGO DE HABERME DESCONTADO EL **30%** DEL PAGO A LA HERMANDAD COMO ESTABLECE EL **CONTRATO ORIGINAL.**

ENTIENDO TAMBIÉN QUE EL TRIBUNAL **PUEDE DETERMINAR** UNA CANTIDAD **MENOR** A SER PAGADA Y LA HERMANDAD ME INFORMARA A TRAVÉS DE **REUNIÓN, ASAMBLEA** Y/O CUALQUIER OTRO **MEDIO VIABLE PARA MI.**

LUEGO DE LEER Y ENTENDER ESTE ACUERDO FIRMO CONFORME ESTABLECE ESTE ACUERDO.

HOY 16 DE mayo 2018, EN Cagua, PUERTO RICO.

_____
**FIRMA**

**DIRECCIÓN:** _____

**TELÉFONO:** _____