18 de febrero de 2020

**Réplica a la objeción global**

**Datos Personales:**

| | |
|---|---|
| Nombre: | Mario Solís Galio |
| Dirección: | HC 65 Box 6344 |
| | Patillas, PR 00723 |
| Teléfono: | 787-839-2120 |
| Correo Electrónico: | mario.solis@familia.pr.gov |
| Número de reclamación: | _____ |

**Epígrafe:**

Tribunal de distrito de los Estados Unidos para el distrito de Puerto Rico

En el asunto de: PROMESA, Titulo III  Junta de Supervisión y Administración Financiera para Puerto Rico, Núm. 17 BK 3283-LTS como representante de Estado Libre Asociado de Puerto Rico y otros, La presente radicación guarda relación el ELA, la ACT y el SRE.

Centésima Trigésima novena objeción Global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a reclamos deficientes en los que se alegan intereses sobre la base de unas leyes puertorriqueñas no especificadas.

Nombre de los deudores:

1. El Estado Libre Asociado de Puerto Rico (el "ELA") (núm. de procedimiento de quiebra 17 BK 3283-LTS) (últimos cuatro dígitos del número federal de contribuyente: 3481)
2. La Corporación del Fondo de interés apremiante de Puerto Rico ("Cofina") (núm. de procedimiento de quiebra 17 BK3284-LTZ) (últimos cuatro dígitos del número federal de contribuyente: 8474)
3. La Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (núm. de procedimiento de quiebra 17 BK 3567-LTS (últimos cuatro dígitos del número federal de contribuyente: 3808)

4. El sistema de Retiro de los Empleados del Gobierno del Estado (últimos cuatro dígitos del número federal de contribuyente: 9886);
5. La Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (núm. de procedimiento de quiebra 17 BK 4780-LTS)

Motivo para oponerse a la objeción global:

Me opongo a que el tribunal declare a lugar a la objeción global y desestimen mi reclamación _____ por las siguientes leyes Ley 164 (escala salarial), Ley 89 (Romerazo) y Ley 9 (Quinquenio), por la cual considero tengo derecho de acuerdo a mis años de servicio en el Departamento de la Familia como empleada de carrera regular desde el 12 de agosto de 1988, hasta el presente.

Le incluyo certificación empleo.

Gracias,

_____
Mario Solis Galio



A QUIEN PUEDA INTERESAR

CERTIFICO que, **Mario Solis Galio**, Número de Seguro Social, ___ ___, trabaja para el Departamento de la Familia en la Administración de Familias y Niños en la **Oficina Local de Patillas.**

El Señor Solis ofrece servicios como **Trabajador de Conservación**. Comenzó en la agencia el **12 de agosto de 1988**. El empleado devenga un salario bruto de **$2,539.00** mensual.

Certifico hoy, **18 de febrero de 2020**, para los fines que crea pertinentes.

**Nelson Rodríguez Rivera**
Oficial Administrativo II
Oficina Regional Guayama