TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

| En el asunto de: | PROMESA |
| --- | --- |
| JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO | Título III<br>Núm.: 17 BK 3283-LTS<br>(Administrada conjuntamente) |
| como representante de | La presente radicación guarda relación con el ELA, la ACT y el SRE. |
| ESTADO LIBRE ASOCIADO DE PUERTO RICO y otros | |
| Deudores | |

REPLICA A OBJECCION GLOBAL

Comparece Elizabeth Mojica Cruz quien es una de las reclamantes bajo el caso de epígrafe y muy respetuosamente declaro y solicito:

1. Que mi nombre aparece en el Anexo A de la Objeción Global, el ELA, la ACT y/o el SRE que solicitan que mi reclamo sea rechazado por ser Deficiente. Mi reclamación es la numero: 125569 y 167625.

2. Que me opongo a la objeción global que me privaría del derecho a reclamar el dinero adeudado por el Estado Libre Asociado. Presento la Replica a dicha objeción para aclarar mi reclamación, especificando las Leyes aprobadas por el gobierno concediendo aumentos de sueldo que no fueron pagados.

3. Que es oneroso para mi proveer con esta reclamación todos los records de mi salario durante mi empleo que justifican mi reclamación, pero el Gobierno de Puerto Rico, Departamento de La Familia como custodio de mi expediente tiene la obligación de proveer dichos records.

4. Que trabajé en el Departamento de La Familia desde el 19 de agosto de 1988 como Técnico de Sistemas de Oficina I. En agosto de 1998 me reporté al Fondo del Seguro del Estado y comencé una licencia sin sueldo en el año 1998. Obtuve los

beneficios del Seguro Social en octubre de 2001, retroactivo al 1998. (Se acompaña Certificación del Departamento de la Familia del Gobierno de Puerto Rico)

5. Que durante mi empleo con el Departamento de la Familia el gobierno de Puerto Rico aprobó leyes para beneficio de empleados públicos, cuyos beneficios no fueron pagados. Mi reclamación es por los ingresos y/ o beneficios dejados de pagar conforme a esas leyes según especifico.

6. Que las mencionadas leyes no fueron derogadas. El gobierno de Puerto Rico tiene conocimiento de las cantidades adeudadas a los empleados públicos.

7. Por concepto de la Ley de Retribución Uniforme, Ley 89 de 12 de julio de 1979, ley conocida como el Romerazo, por el gobernador que promulgo dicha ley, debí recibir un aumento de $25.00 por mes en adición a mi salario. He calculado que se me adeuda $3,000,00 desde agosto de 1988 hasta agosto de 1998.

8. Por concepto de la Ley 109 del 2 de septiembre de 1997 que concedía a los empleados públicos, un aumento de $150.00 por tres años, $200.00 por tres años, $250.00 por tres años y $300.00 por tres años. He calculado que se me adeuda $1,800.00 desde agosto de 1998 hasta agosto de 1998.

9. Que el Departamento de La Familia me ha provisto una certificación de empleo. Que devengaba un salario mensual de $1, 173.00. Que como custodio de mi expediente de personal el cual contiene toda la información sobre mi salario el Departamento de La Familia tiene la obligación de proveer los records que confirman mi salario durante los 10 años de empleo para que el Tribunal pueda confirmar las cantidades reclamadas. Que no he guardado los talonarios de pago ni he conservado toda la documentación relativa a mis ingresos.

10. Que estoy reclamando los beneficios de retiro por incapacidad conforme a la Ley 44 del 15 de mayo de 1951, según enmendada. Solicité los beneficios de retiro por incapacidad aproximadamente en el año 2000 siendo empleada del Departamento de la Familia. Mi solicitud fue procesada y se celebró una vista de adjudicación. Apelé la decisión y nunca se adjudicó mi reclamación. Recibí los beneficios de incapacidad del Seguro Social en el 2001, retroactivos al 1998. Los beneficios de retiro por incapacidad se establecían en el 65% de mi sueldo o sea $762.00 mensuales, los cuales debí haber recibido desde el 2002. Según la ley los beneficios debían concederse al año de haberse aprobado los beneficios del Seguro Social. Entiendo que se me adeuda la cantidad de $167,448 de beneficios de retiro por incapacidad desde el 2002.

11. Que acompaño los siguientes documentos en apoyo a mi reclamación:

    a. Certificación de empleo del Departamento de la Familia
    b. Certificación de beneficios de la Administración del Seguro Social.

12. Respetuosamente solicito se acepte esta Réplica a la Objeción Global presentada en este caso, que aclara cualquier deficiencia objetada y que se ordene a Prime Clerk, LLC, a que reciba instrucciones para aceptar la presente réplica y aclaración a los reclamos en marcos de causas radicadas conforme al Título III Promesa.

Respetuosamente sometida, hoy 14 febrero de 2020.

Elizabeth Mojica Cruz
Box 142
Punta Santiago P. R. 00741
939-335-8182