

**GOBIERNO DE PUERTO RICO**
**Departamento de la Familia**
Administración de Desarrollo Socioeconómico de la Familia

# C E R T I F I C A C I O N

Certifico que la Sra**. ELIZABETH MOJICA CRUZ,** Seguro Social **XXX-XX-** prestó servicios para la Administración de Desarrollo Socioeconómico, adscrita al Departamento de la Familia desde el 26 de agosto de 1988.

La señora Mojica Cruz ocupó un puesto con estatus regular en el Servicio de Carrera como Técnico de Asistencia Social y Familiar III. Estuvo en Licencia Sin Sueldo por Enfermedad desde el 2 de junio de 1998 hasta el 31 de octubre de 2010. Del 1 de noviembre de 2010 hasta el presente, se encuentra en Abandono de Servicio.

Certifico Correcto, hoy 18 de febrero de 2020, en San Juan, Puerto Rico.

Ana I. Linares Fuentes
Directora de División
Oficina de Recursos Humanos

IGC/MPR

Nota: Esta certificación no será válida si presenta tachaduras, correcciones o alteraciones, si no presenta el logo o sello oficial de la agencia y firma del Administrador Auxiliar de Recursos Humanos o su representante autorizado.

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**Preguntas más frecuentes respecto al AVISO desfecha límite**

**Antecedentes**

**Los Deudores en estos casos bajo el Título III y las fechas de petición**

| Deudor bajo el Título III | Federal Tax ID No. | Caso n.º | Fecha de Petición |
|---|---|---|---|
| Estado Libre Asociado de Puerto Rico | 3481 | 17-03283 | 3 de mayo de 2017 |
| Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") | 8474 | 17-03284 | 5 de mayo de 2017 |
| Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") | 9686 | 17-03566 | 21 de mayo de 2017 |
| Autoridad de Carreteras y Transportación de Puerto Rico ("ACT") | 3808 | 17-03567 | 21 de mayo de 2017 |
| Autoridad de Energía Eléctrica de Puerto Rico ("PREPA") | 3747 | 17-04780 | 2 de julio de 2017 |

**Aviso de fecha límite**

**Prime Clerk envió los siguientes documentos:**

- **Aviso de fecha límite — Aviso de plazos para la presentación de evidencias de reclamaciones**
- **Formulario de Evidencia de reclamación –** se trata de una versión modificada del Formulario Oficial la estándar 410, en el cual se proporcionan traducciones al español en el propio formulario–
- **Aviso especial para reclamantes pensionistas, jubilados y empleados**

El aviso de fecha límite y documentos adjuntos relacionados están disponibles en: https://cases.primeclerk.com/puertorico/EPOC-Index.

Los clientes de PREPA y empleados habrán recibido también un aviso por separado con información adicional.

1.    **¿Cuáles son los plazos (las "fechas límites") para radicar reclamaciones?**

El 25 de mayo de 2018, el Tribunal emitió una orden extendiendo la fecha límite general para la presentación de evidencias de reclamaciones.  **La Fecha Límite General Extendida es el 29 de junio de 2018 a las 4:00 p.m. (Hora estándar atlántica).**

La fecha límite extendida es la fecha límite para presentar:
- o   Reclamaciones que surgieron, o se considera que surgieron, antes de las respectivas fechas de inicio de un caso en virtud del Título III de un Deudor
- o   Reclamaciones de bonos contra un Deudor (LOS TITULARES INDIVIDUALES DE BONOS NO NECESITAN PRESENTAR UNA EVIDENCIA DE RECLAMACIÓN BASADA EN SUS POSICIONES DE BONOS)
- o   Reclamaciones de conformidad con el artículo 503(b)(9) contra un Deudor
- o   Reclamaciones de una unidad gubernamental contra un Deudor

NOTA: Si usted tuviera reclamaciones contra varios Deudores, debe radicar una Evidencia de reclamación contra cada uno de dichos Deudores e identificar en dicha Evidencia al Deudor en particular contra el cual alega la reclamación.

*Fecha límite de rechazo:* Salvo que se estipule lo contrario en alguna orden que autorice el rechazo de un contrato de ejecución pendiente o un arrendamiento vigente, la fecha límite para que una parte

presente una Evidencia de reclamación relacionada con el rechazo de dicho contrato o arrendamiento será a las **4:00 p.m. (hora estándar del Atlántico)** de la fecha que sea posterior entre:

(i)   La fecha límite extendida; y
(ii)  El *primer día hábil* después de los treinta y cinco (35) días calendario del registro de una orden que autoriza dicho rechazo

*Fecha límite si se modifica o complementa la Lista de acreedores:* Si algún Deudor: (a) modifica su respectiva Lista de acreedores para reducir una reclamación o cambiar la clasificación, naturaleza o caracterización de una reclamación, o (b) complementa su respectiva Lista de acreedores, dicho Deudor deberá notificar cualquier modificación o complementación a los titulares de las reclamaciones reducidas o cambiadas, e informará a dichos titulares que tendrán hasta:

(i)   La fecha límite extendida; y
(ii)  treinta y cinco (35) días desde la fecha de tal notificación, la fecha que sea posterior,

para presentar una Evidencia de reclamación, o una Evidencia de reclamación modificada, si procede, o se verán impedidos de hacerlo.

**2.     ¿Por qué recibo este aviso?**
Este documento ha sido enviado a las partes conocidas a las que los Deudores podrían adeudarle dinero.,

**3.     ¿Qué es un plan de ajuste?**
Un plan de ajuste es un documento en el que se explica la manera en que un Deudor propone pagar los montos adeudados a sus acreedores.  Una vez presentado, este plan estará disponible para que lo revisen los acreedores.  En una fecha posterior, se determinará quién votará en el plan.  El monto que puede recibir en virtud del plan también se determinará más adelante.

**4.     ¿Por qué recibí varios avisos?**
Es posible que haya recibido múltiples avisos porque los Deudores lo programaron en sus Listas de acreedores en relación con diferentes tipos de deudas o deudas múltiples del mismo tipo.  Recibir uno o más avisos no significa que tiene un reclamo.

**5.     ¿Por qué mi aviso indica que el deudor incluyó mi reclamo en su lista de acreedores como contingente, sin liquidar, en disputa y / o en un monto indeterminado?**
Los registros de los Deudores indican que puede tener un reclamo contra uno o más de los Deudores.  Sin embargo, los registros de los Deudores también indican que posiblemente su reclamo puede depender de la ocurrencia de un evento futuro, incierto en cuanto a la cantidad y / o los Deudores no están de acuerdo con la existencia o el monto del reclamo.  Es posible que desee consultar con su propio abogado para entender sus derechos legales aquí.

**6.     ¿Qué sucede si no tengo que presentar una Evidencia de reclamación?**
Si a usted no se le exige presentar una reclamación, no es necesario que complete y devuelva un formulario de Evidencia de reclamación, y seguirá manteniendo sus derechos de votar con respecto a un plan de ajuste y recibir pagos en virtud del plan.

**7.     Tengo preguntas con respecto a mis derechos legales, ¿a quién debo contactar?**
Prime Clerk no puede proporcionar asesoría legal.  Si tiene preguntas acerca de sus derechos legales, incluso si necesita presentar una reclamación, debe consultar a su propio asesor legal.

**8.    ¿Quién es Prime Clerk?**
Prime Clerk LLC ha sido contratado por los Deudores para actuar como su Agente de Reclamaciones para enviar el Aviso de fecha límite y procesar todos los formularios de evidencias de reclamación recibidos en forma electrónica, por correo o mediante entrega personal.

**9.    Recibí el aviso de fecha límite y el formulario de Evidencia de reclamación, ¿significa esto que tengo una reclamación?**
No, no significa que usted tenga una reclamación. El titular de una posible reclamación en contra de los Deudores debe consultar con un abogado si tiene preguntas respecto al Aviso de fecha límite, incluso si tiene que presentar una Evidencia de reclamación.

**10.    ¿Debo presentar una Evidencia de reclamación?**
De acuerdo con la Sección 3 del Aviso de fecha límite, las fechas límites se aplican a cada persona o entidad que alega una reclamación contra uno o más de los Deudores. Consulte la sección 2 del Aviso de fecha límite en cuanto a aquellas personas/entidades que no necesitan presentar una Evidencia de reclamación. (Por favor tenga en cuenta que los titulares individuales de bonos no necesitan presentar una evidencia de reclamación basada en sus posiciones de bonos.)

**11.    ¿Quiénes son las personas y entidades a las que no se les exige presentar Evidencias de reclamación?**
Las personas y entidades a las que no se les exige presentar Evidencias de reclamación se establecen en la Sección 2 del Aviso de fecha límite. Usted debe determinar por sí mismo o con la ayuda de su propio abogado si debe presentar una Evidencia de reclamación.
*Las partes serán notificadas si el Tribunal de Distrito fija una fecha en la cual deben ser presentadas las reclamaciones descritas en la Sección 2.*

**12.    ¿Quiénes son las personas y entidades a las que se les exige presentar Evidencias de reclamación?**
Usted DEBE presentar una Evidencia de reclamación para votar sobre cualquier plan de ajuste que presente la Junta de Supervisión en nombre de los Deudores o para participar en las distribuciones de los Deudores si tiene una reclamación que haya surgido antes de las fechas de inicio y que no es ninguno de los tipos de Reclamaciones descritos en la Sección 2 del Aviso de fecha límite. Si usted tiene reclamaciones contra varios Deudores, debe presentar una Evidencia de reclamación contra cada uno de dichos Deudores e identificar en la evidencia al Deudor en particular contra el cual se alega la reclamación.

**13.    ¿Qué sucede si tengo una reclamación contra una de las agencias o departamentos del Estado Libre Asociado? ¿Necesito presentar una Evidencia de reclamación?**
Tenga a bien revisar la lista de agencias y departamentos puesta a disposición en el centro de información en el sitio web del Agente de Reclamaciones, en https://cases.primeclerk.com/puertorico, para ver si necesita presentar una reclamación contra el Estado Libre Asociado en nombre de una de sus agencias o departamentos.

**14.    La pregunta número 6 del formulario de Evidencia de reclamación pregunta si la reclamación es contra una agencia o departamento específico del Estado Libre Asociado de Puerto Rico, y de ser así, identificar la agencia o departamento y el nombre del contacto. ¿Dónde puedo obtener esta información?**

La lista de agencias y departamentos ha sido puesta a disposición en el centro de información en el sitio web del Agente de Reclamaciones, ubicado en https://cases.primeclerk.com/puertorico.

15. **Recibí una fecha límite de cliente de PREPA, ¿debo entonces presentar una Evidencia de reclamación?**

De acuerdo con la Orden de fechas límite, no se les exige a los clientes de PREPA presentar evidencias de reclamación contra PREPA en relación con la disposición de sus depósitos o con disputas individuales de servicio o facturación. **Sin embargo, en la medida que considere ser un acreedor de PREPA por cualquier otra razón debe presentar una Evidencia de reclamación contra PREPA a más tardar a las 4:00 p.m. (Hora estándar del Atlántico) del 29 de junio de 2018.**

16. **Recibí el Aviso especial para reclamantes pensionistas, jubilados y empleados, ¿debo presentar una Evidencia de reclamación?**

De conformidad con la Orden de fechas límite, a usted no se le exige presentar una Evidencia de reclamación con respecto a las reclamaciones que tiene por pensiones acumuladas y cualquier otro beneficio posterior a la jubilación que se le adeude ("Beneficios de pensiones"). **Sin embargo, en caso de tener una reclamación que no sea por Beneficios de pensiones en contra de alguno de los Deudores bajo el Título III mencionados anteriormente, entonces, debe presentar una Evidencia de reclamación con respecto a dicha reclamación a las 4:00 p. m. (hora estándar del Atlántico) del 29 de mayo de 2018, o con anterioridad, para evitar que se rechace dicha reclamación.**

17. **Tengo la intención de presentar un formulario de Evidencia de reclamación, ¿qué debo presentar?**

Para ser archivado correctamente una Evidencia de reclamación deberá: (i) estar escrita en inglés o español; (ii) estar denominada en moneda de curso legal de los Estados Unidos a la fecha de inicio del Caso pertinente en virtud del Título III; (iii) establecer específicamente el fundamento legal y fáctico de la reclamación alegada; (iv) incluir una copia de la documentación de respaldo (o, si esta documentación es demasiado extensa, debe adjuntar un resumen de dicha documentación) o una explicación de por qué la documentación no está disponible, y la documentación, el resumen o la explicación deben proporcionarse en inglés o español; (v) incluir una firma original o electrónica del reclamante o un representante autorizado del reclamante, y (vi) respetar sustancialmente el formulario de Evidencia de reclamación aprobado por la Orden de fechas límite. Si presenta un resumen de la documentación de respaldo porque es muy extensa, debe enviar esta documentación (a) al Agente de reclamaciones y (b) al Deudor pertinente en un plazo de diez días posteriores a la fecha de una solicitud escrita de dichos documentos por parte de los Deudores.

18. **¿Qué pasa si me debe dinero la Autoridad de Energía Eléctrica de Puerto Rico (PREPA)?**

Conforme a la Orden de fecha Límite para presentar evidencias de reclamación, los clientes de PREPA no están obligados a presentar pruebas de reclamación contra PREPA en relación con la disposición de sus depósitos y / o cualquier disputa individual o disputas de servicio. Sin embargo, en la medida en que crea que es acreedor de PREPA por cualquier otro motivo, usted debe presentar una evidencia de reclamación contra PREPA para que sea recibida antes de las 4:00 p.m. (Hora estándar del Atlántico) del 29 de junio de 2018.

19. **¿Cómo obtengo información adicional sobre el caso de Título III de PREPA y / o el aviso que recibí?**

Todos los documentos presentados en el Caso del Título III, incluidos la Orden de fecha límite para presentar evidencias de reclamación y el Formulario de prueba de reclamo, están disponibles de forma gratuita accediendo al sitio web que mantiene Prime Clerk en cases.primeclerk.com/puertorico.  Para preguntas específicas sobre este aviso de PREPA, también puede contactar a Epiq al (888) 697-8557 (línea gratuita para los EE. UU. Y Puerto Rico) o (503) 520-4450 (para llamadas internacionales), disponible de 9:00 a.m. a 9:00 p.m. (Hora estándar del Atlántico).

**20.**   **Tengo una pensión u otros beneficios posteriores a la jubilación que se me deben. ¿Debo presentar una evidencia de reclamación?**
Conforme a la Orden de fecha límite para presentar evidencias de reclamación, **no es** necesario que presente una evidencia de reclamación con respecto a los reclamos que tenga por las pensiones acumuladas y por todos los demás beneficios posteriores a la jubilación que le correspondan. Sin embargo, en la medida en que tenga un reclamo que no corresponda a ninguno de dichos beneficios contra ninguno de los Deudores del Título III, usted deberá presentar una evidencia de reclamación con respecto a dicho reclamo para que se reciba antes de las 4:00 p.m. (Hora estándar del Atlántico) el 29 de mayo de 2018 para evitar la desautorización de dicha reclamación.

**21.**   **¿Puedo adjuntar documentación que respalde mi reclamación?**
Puede adjuntar copias redactadas de cualquier documento que demuestre y / o respalde la deuda o el reclamo existente, un gravamen que asegure la deuda, o ambos, tales como pagarés, órdenes de compra, facturas, extractos detallados de cuentas corrientes, contratos, fallos, hipotecas y acuerdos de seguridad.  No envíe documentos originales porque pueden ser destruidos después del escaneo. Si los documentos no están disponibles, puede explicar porque no están disponibles en un archive adjunto.

**22.**   **¿Qué significa redactar?**
Redactar significa tachar, editar o borrar cierta información privada o confidencial.  Los declarantes deben redactar o excluir la información que tenga derecho a privacidad o que esté sujeta a confidencialidad en el formulario de prueba de reclamo y en los documentos adjuntos.

**23.**   **Soy un empleado, un empleado despedido o un ex empleado de uno o varios de los Deudores. ¿Debo presentar una prueba de reclamo?**
Como empleado, empleado despedido o ex empleado, no está obligado a presentar una evidencia de reclamación de ninguna compensación y beneficios de empleo, incluidos, entre otros, sueldos, salarios, beneficios médicos para empleados y / o beneficios de seguro, o reclamaciones de compensación para trabajadores; sin embargo, debe presentar una evidencia de reclamación por reclamaciones afirmadas o que se afirmen en cualquier demanda o procedimiento administrativo basado en una ley común, leyes legales o reglamentaciones extracontractuales o no relacionadas con el empleo, incluso cuando dichos reclamos afirmen como daños un derecho a salarios, salarios, beneficios médicos para empleados y / o beneficios de seguro.

**24.**   **Mi relación laboral con Commonwealth u otro deudor del Título III está sujeta a un acuerdo de negociación colectiva. ¿Debo presentar una prueba de reclamación?**
No está obligado a presentar una prueba de reclamación limitada a obligaciones adeudadas en virtud de un acuerdo de negociación colectiva, incluidas, entre otras, quejas formales o reclamaciones derivadas de relaciones laborales actuales o anteriores con el Estado Libre Asociado; sin embargo, si hace valer un reclamo por una o más reclamaciones que han sido resueltas y liquidadas mediante acuerdo conciliatorio o arbitraje a partir del 28 de febrero de

2018, usted DEBE presentar una prueba de reclamación para que se reciba antes de las 4:00 p.m. (Hora estándar del Atlántico) del 29 de junio de 2018.

**25. ¿Dónde y cómo presento mi formulario de Evidencia de reclamación?**
Todas las Evidencias de reclamación deben ser presentadas al Agente de Reclamaciones de conformidad con los procedimientos establecidos en la Orden de fechas límite para que se reciban en o antes de la Fecha límite aplicable, dependiendo de la naturaleza de la reclamación.

**26. Las Evidencias de reclamación pueden presentarse a través de cualquiera de los siguientes métodos:**

(i) **completar la Evidencia de reclamación** en formato electrónico en el sitio web del Agente de Reclamaciones en https://cases.primeclerk.com/puertorico/EPOC-Index

(ii) **si se envía por correo de primera clase (first class) a la siguiente dirección:** Commonwealth de Puerto Rico Claims Processing Center
c/o Prime Clerk LLC Grand Central Station
PO Box 4708
New York, NY 10163-4708

(iii) **si se envía por servicio de correo overnight (para entrega al siguiente día), a la siguiente dirección:**
Commonwealth de Puerto Rico Claims Processing Center
c/o Prime Clerk LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232, o

(iv) **si por entrega en persona, en cualquiera de los siguientes lugares, a la hora indicada**
(estas oficinas no estaran disponibles los fines de semana y feriados judiciales):
**Lugar 1:** Commonwealth of Puerto Rico, Claims Processing Center, c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232
Horario (ESTE): De lunes a viernes de 9:00 a.m. a 6:00 p.m.
**Lugar 2:** José V. Toledo Federal Building & US Courthouse Clerk's Office, 300 Calle Recinto Sur, San Juan, PR 00901
Horario (AST): De lunes a viernes de 8:00 a.m. a 5:00 p.m.
**Lugar 3:** Federico Degetau Federal Building and Clemente Ruiz Nazario U.S. Courthouse, Clerk's Office, 150 Calle Carlos Chardón, San Juan, Puerto Rico, 00918-1767
Horario (AST): De lunes a viernes de 8:30 a.m. a 4:30 p.m.
**Lugar 4:** MCS Building, Suite 222 A, Clerk's Office, 880 Avenida Tito Castro, Ponce, PR 00716-4732
Horario (AST): De lunes a viernes de 8:00 a.m. a 5:00 p.m.

Case:17-03283-LTS   Doc#:11231-1   Filed:02/18/20   Entered:02/19/20 14:55:47   Desc:
Exhibit - de página 8 of 23
Estructura Funcional del Gobierno de Puerto Rico

La información que contiene este documento se basa en la comprensión por parte de Ankura Consulting Group de las operaciones del Gobierno central de Puerto Rico (en lo sucesivo denominado "Gobierno central"), la revisión de los documentos relevantes relacionados con el Gobierno central, y la información proporcionada por un asesor externo a la Autoridad de Asesoría Financiera y Agencia Fiscal (Fiscal Agency and Financial Advisory Authority, AAFAF) de Puerto Rico, relacionada con las entidades que componen el Gobierno central. La AAFAF, el Gobierno central, y cada uno de sus respectivos funcionarios, directores, empleados, agentes, abogados, asesores, miembros, socios o afiliados no ofrecen declaración ni garantía de ningún tipo, ni explícita ni implícitamente, a terceras partes con respecto a la información que contiene este documento, y todas esas partes renuncian expresamente a dichas declaraciones y garantías.

| Agency | Agencia |
|---|---|
| 911 Emergency System Bureau | Negociado de Sistemas de Emergencia 9-1-1 |
| Bureau of Special Investigations | Negociado de Investigaciones Especiales (NIE) |
| Chief of Staff | Secretaría de la Gobernacion |
| Child Support Administration | Administracion para el Sustento de Menores (ASUME) |
| Childcare and Childhood Integral Development Administration | Administracion para el Cuidado y Desarrollo Integral de la Ninez (ACUDEN) |
| Controller's Office | Oficina del Contralor (OCPR) |
| Cooperative Development Commission | Comision de Desarrollo Cooperativo de Puerto Rico (CDCOOP) |
| Corps of Firefighters Bureau | Negociado del Cuerpo de Bomberos de Puerto Rico |
| Corps of Medical Emergencies Bureau | Negociado del Cuerpo de Emergencias Médicas de Puerto Rico (CEM) |
| Court of Appeals | Tribunal de Apelaciones |
| Court of First Instance | Tribunal de Primera Instancia |
| Criminal Justice Information System | Sistemas de Informacion de Justicia Criminal (SIJC) |
| Department of Agriculture | Departamento de Agricultura (DA) |
| Department of Consumer Affairs | Departamento de Asuntos del Consumidor (DACO) |
| Department of Correction and Rehabilitation | Departamento de Correccion y Rehabilitacion (DCR) |
| Department of Economic Development and Commerce | Departamento de Desarrollo Economico y Comercio (DDEC) |
| Department of Education | Departamento de Educacion (DE) |
| Department of Family | Departamento de Familia (DF) |
| Department of Health | Departamento de Salud (DS) |
| Department of Housing | Departamento de Vivienda (DV) |
| Department of Justice | Departamento de Justica (DJ) |
| Department of Justice - Office of General Solicitor | Departamento de Justicia - Oficina del Procurador General |
| Department of Labor and Human Resources | Departamento del Trabajo y Recursos Humanos (DTRH) |
| Department of Natural and Environmental Resources | Departamento De Recursos Naturales Y Ambientales (DRNA) |
| Department of Public Safety | Departamento de Seguridad Pública de Puerto Rico |
| Department of Sports and Recreation | Departamento de Recreacion y Deportes (DRD) |
| Department of State | Departamento de Estado |
| Department of Treasury | Departamento de Hacienda |
| Emergency and Disaster Management Bureau | Negociado para el Manejo de Emergencias y Administración de Desastres (AEMEAD) |
| Environmental Quality Board | Junta de Calidad Ambiental (JCA) |
| Family and Children Administration | Administracion de Familias y Ninos (ADFAN) |
| Forensics Science Bureau | Negociado de Ciencias Forenses de Puerto Rico (ICF) |
| General Services Administration | Administracion de Servicios Generales (ASG) |
| Government Ethics Office | Oficina de Etica Gubernamental de Puerto Rico (OEGPR) |

| Agency | Agencia |
|---|---|
| Horse Racing Administration | Administracion de la Industria y el Deporte Hipico (AIDH) |
| House of Representatives | Camara de Representantes |
| Human Rights Commission | Comision de Derechos Civiles (CDC) |
| Independent Consumer Protection Office | Oficina Independiente de Proteccion al Consumidor (OIPC) |
| Industrial Commission | Comision Industrial de Puerto Rico (CIPR) |
| Investigation, Processing and Appellate Commission | Comision de Investigacion, Procesamiento y Apelacion (CIPA) |
| Labor Development Administration | Administracion del Desarrollo Laboral (ADL) |
| Labor Relations Board | Junta de Relaciones del Trabajo (JRT) |
| Mental Health Services and Addiction Control Administration | Administracion de Servicios de Salud Mental y Contra la Adiccion (ASSMCA) |
| National Guard of Puerto Rico | Guardia Nacional de Puerto Rico (GNPR) |
| Natural Resources Administration | Administracion de Recusos Naturales |
| Office for Community and Socioeconomic Development of Puerto Rico | Oficina para el Desarrollo Socioeconomico y Comunitario de Puerto Rico (ODSEC) |
| Office of Administration and Transformation of Human Resources in the Government of Puerto Rico | Oficina de Administracion y Transformacion de los Recursos Humanos del Gobierno de Puerto Rico (OCALARH/OATRH) |
| Office of Court Administration | Oficina De Administracion De Los Tribunales (OAT) |
| Office of Electoral Comptroller | Oficina del Contralor Electoral (OCE) |
| Office of Industrial Tax Exemption | Oficina de Exencion Contributiva Industrial (OECI) |
| Office of Legislative Services | Oficina de Servicios Legislativos (OSLPR) |
| Office of Management and Budget | Oficina de Gerencia y Presupuesto (OGP) |
| Office of Municipal Management | Oficina de Gerencia Municipal |
| Office of the Commissioner of Financial Institutions | Oficina del Comisionado de Instituciones Financieras (OCIF) |
| Office of the Commissioner of Insurance | Oficina del Comisionado de Seguros (OCS) |
| Office of the Governor | Gobernador |
| Office of the OMBUDSMAN | Oficina del OMBUDSMAN |
| Office of the OMBUDSMAN - Elders and Pensioners | Oficina del Procurador de las Personas de Edad Avanzada (OPPEA) |
| Office of the OMBUDSMAN - Patients and Health | Oficina del Procurador del Paciente (OPP) |
| Office of the OMBUDSMAN - Persons with Disabilities | Defensoria dc las Personas con Impedimentos (OPPI) |
| Office of the OMBUDSMAN - Veterans | Oficina del Procurador del Veterano (OPV) |
| Office of the OMBUDSMAN - Women | Oficina de la Procuradora de las Mujeres (OPM) |
| Office of the Solicitor - Special Independent Prosecutor | Panel Fiscal Especial Independiente (PFEI) |
| Parole Board | Junta de Libertad Bajo Palabra (JLBP) |
| Permits Management Office | Oficina de Gerencia de Permisos (OGPe) |
| Planning Board | Junta de Planificacion (JP) |
| PR Federal Affairs Administration | Administracion de Asuntos Federales de Puerto Rico (PRFAA) |
| Pretrial Services Program | Programa de Servicios con Antelacion al Juicio (PSAJ) |
| Program of Youth Affairs | Programa de Desarrollo de la Juventud (OAJ) |
| Public Housing Administration | Administracion de Vivienda Publica (AVP) |
| Public Service Appellate Commission | Comision Apelativa del Servicio Publico (CASP) |
| Public Service Commission | Comision de Servicio Publico (CSP) |
| Puerto Rico Education Council | Consejo de Educacion de Puerto Rico (CEPR) |
| Puerto Rico Energy Administration | Administracion de Energia de Puerto Rico (AAE) |

| Agency | Agencia |
|---|---|
| Puerto Rico Energy Commission | Comisión de Energía de Puerto Rico (PREC) |
| Puerto Rico Police Bureau | Negociado de la Policía de Puerto Rico (PPR) |
| Senate | Senado |
| Socioeconomic Development of the Family Administration | Administracion de Desarrollo Socioeconomico de la Familia (ADSEF) |
| State Elections Commission | Comision Estatal de Elecciones de Puerto Rico (CEEPR) |
| State Historic Conservation Office | Oficina Estatal de Conservacion Historica (OECH) |
| State Office of Energy Public Policy | Oficina Estatal de Política Pública Energética (OPEPPE) |
| Statistics Institute of PR | Instituto de Estadisticas de Puerto Rico |
| Superintendent of the Capitol | Superintendente del Capitolio |
| Supreme Court | Tribunal Supremo |
| Telecommunications Regulatory Board | Junta Reglamentadora de Telecomunicaciones de Puerto Rico (JRTPR) |
| Transit Safety Commission | Comision para la Seguridad en el Transito (CST) |
| Transportation and Public Works | Departamento de Transportacion y Obras Publicas (DTOP) |
| Vocational Rehabilitation Administration | Administracion de Rehabilitacion Vocacional (ARV) |

SOCIAL SECURITY ADMINISTRATION

Date: February 14, 2020
BNC#: 20BC120B61291
REF: A


ELIZABETH MOJICA
PO BOX 142
PUNTA SANTIAGO PR 00741-0142


You asked us for information from your record. The information that you
requested is shown below. If you want anyone else to have this information, you
may send them this letter.


## Information About Current Social Security Benefits

Beginning December 2019, the full monthly
Social Security benefit before any deductions is......$ 873.20

We deduct $144.60 for medical insurance premiums each month.

The regular monthly Social Security payment is........$ 728.00
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For
example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the third Wednesday of
each month.


## Other Important Information

ACCORDING TO OUR SYSTEM CLAIMANT START RECEIVING HER BENEFITS ON 2001 RETRO
TO 11/1998.


## Type of Social Security Benefit Information

You are entitled to monthly disability benefits.

## SUSPECT SOCIAL SECURITY FRAUD?

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud
Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

**R: COMPLETE THIS SECTION**

plete items 1, 2, and 3.
your name and address on the reverse
at we can return the card to you.
ch this card to the back of the mailpiece,
n the front if space permits.

le Addressed to:

*ion Wealth of PR Supplemental*
*Information Processing Center*
*c/o Prime Clerk LLC*
*Grand Central Station, PoBox 4708*
*New York, NY 10163-4708*

9590 9402 3921 8060 4594 58

7019 0700 0001 7953 6898

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                        ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature                        ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery    ☐ Registered Mail™
☐ Certified Mail®                        ☐ Registered Mail Restricted
☐ Certified Mail Restricted Delivery        Delivery
☐ Collect on Delivery                    ☐ Return Receipt for
☐ Collect on Delivery Restricted Delivery   Merchandise
☐ ─ed Mail                               ☐ Signature Confirmation™
☐ ─ed Mail Restricted Delivery           ☐ Signature Confirmation
   (over $500)                              Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

NEW YORK, NY 10163        OFFICIAL USE

| Certified Mail Fee | $3.50 | | 0778 |
| $ | | | 05 |
| Extra Services & Fees (check box, add fee as appropriate) | $2.80 | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark | |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | Here | |
| ☐ Adult Signature Required | $ $0.00 | | |
| ☐ Adult Signature Restricted Delivery $ | | | |
| Postage | $0.55 | | |
| $ | | | |
| Total Postage and Fees | $6.85 | | 10/16/2019 |
| $ EC20b0199MYsq | | | |

Sent To *Commonwealth of PR Supplemental*
Street and Apt. No., or PO Box No. *Grand Central Station POBox 4708*
City, State, ZIP+4 *NY NY 10163-4708*

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

*Número de Evidencia de Reclamación:* 114666
*Reclamante:* Mojíca Cruz, Elizabeth

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

**Instrucciones**

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. Sus respuestas deben proporcionar **más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación. Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

**Cuestionario**

1. ¿Cuál es el fundamento de su reclamación?

   ☐ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

   ☑ Empleo actual o anterior en el gobierno de Puerto Rico

   ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

2. ¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):

*(handwritten)* $172,048 total ( ver exp # cálculos)

Ley # 84 Bonuras $25 y más hasta el presente → 25 x 120 = 3,000
                  Más 2 pasos ( cada 5 años $8-25 1 paso $100 x 60 años = 6,000
                                95 al 2001 -1 paso      100 x 60 años = 6000

Jubilación Retiro
Sueldo $1,173 x 65% = 762. hasta el presente
(seg. soc. aportado) 2002 al 2019 = 170,000 y 12 m/s
al 2001                              = 762 x 209 = 155,148

Batch 5

990123400416948

Número de Evidencia de Reclamación: 114666
Reclamante: Majica Cruz, Elizabeth

4(e).  Estado del caso (pendiente de resolución, en apelación, o cerrado):

4(f).  ¿Tiene usted una sentencia impaga? Sí / No  (Marque una)
De ser así, ¿cuál es la fecha y el monto de la sentencia?

Explicación Respuesta # 2

Ley # 84 Romeroso $25 x Mes hasta el presente
$25 y 120 (meses) = $3,000

Más 2 pasos (cada 5 años)
del 88 al 93   1 paso   93-95 (60Meses)
1 paso $100 por mes   $100 x 60 = $6,000

del 98 al 2001   95 al 98
1 paso $100 por Mes   $100 x 60 = $6,000

Jubilación-Retiro
Sueldo $1,173 x 65% = $762 hasta el presente
(aprobado Seg Soc)   Retiro al → hasta 2019 = 17 años x 12 Mes = 204 x 762 $155,448
ca 2001                    2002
                                                                    + 12
                                                                  167 448
                                                                      3
                                                                  170 440

Batch 5                                                    3

INTAKE DROP BOX
RECEIVED & FILED

2020 FEB 18  AM 11: 52

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL
DISTRITO DE PUERTO RICO

RECEIVED & FILED

| | | | |
|---|---|---|---|
| **Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).** | | | |
| ☐ | Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ☐ | Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ☐ | Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ☒ | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ☐ | Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

**Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

**Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.**

**Quienes presenten la documentación deben omitir o editar** información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. **No adjunte documentos originales,** ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

**Fill in all the information about the claim as of the Petition Date.**

**Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.**

| **Part 1 / Parte 1** | **Identify the Claim / Identificar la reclamación** |
|---|---|

| | |
|---|---|
| 1. **Who is the current creditor?**<br><br>**¿Quién es el acreedor actual?** | _Elizabeth Mojica Cruz_<br>Name of the current creditor (the person or entity to be paid for this claim)<br>Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)<br><br>Other names the creditor used with the debtor<br>Otros nombres que el acreedor usó con el deudor _____ |

| 2. | **Has this claim been acquired from someone else?** | ☒ No / No |
| | | ☐ Yes. From whom? |
| | **¿Esta reclamación se ha adquirido de otra persona?** | Sí. ¿De quién? _____ |

| 3. | **Where should notices and payments to the creditor be sent?** | **Where should notices to the creditor be sent?** ¿A dónde deberían enviarse las notificaciones al acreedor? | **Where should payments to the creditor be sent?** (if different) **¿A dónde deberían enviarse los pagos al acreedor?** (En caso de que sea diferente) |
| | Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | _Elizabeth Mojica Cruz_ <br> Name / Nombre | _____ <br> Name / Nombre |
| | **¿A dónde deberían enviarse las notificaciones al acreedor?** | _P.O. Box 142_ <br> Number / Número    Street / Calle | _____ <br> Number / Número    Street / Calle |
| | Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g | _Punta Stgo   P.R._    _00741_ <br> City / Ciudad   State / Estado   ZIP Code / Código postal | _____ <br> City / Ciudad   State / Estado   ZIP Code / Código postal |
| | | _939-335-8182_ <br> Contact phone / Teléfono de contacto | _____ <br> Contact phone / Teléfono de contacto |
| | | _elizabethmojicacruz@gmail.com_ <br> Contact email / Correo electrónico de contacto | _____ <br> Contact email / Correo electrónico de contacto |

| 4. | **Does this claim amend one already filed?** | ☒ No / No |
| | | ☐ Yes.  Claim number on court claims registry (if known) |
| | **¿Esta reclamación es una enmienda de otra presentada anteriormente?** | Sí.  Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo)_____ |
| | | Filed on / Presentada el _____ (MM /DD/YYYY) / (DD/MM/AAAA) |

| 5. | **Do you know if anyone else has filed a proof of claim for this claim?** | ☒ No / No |
| | | ☐ Yes. Who made the earlier filing? |
| | **¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?** | Sí.  ¿Quién hizo la reclamación anterior?_____ |

**Part 2 / Parte 2:**   **Give Information About the Claim as of the Petition Date**

**Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.**

| 6. | **Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?** | ☐ No / No |
| | | ☒ Yes.  Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.) |
| | **¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico?** | Sí.  Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/). |
| | | _Departamento de la Familia_ |

| 7. | **Do you supply goods and / or services to the government?** | ☒ No / No |
| | | ☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación: |
| | **¿Proporciona bienes y / o servicios al gobierno?** | Vendor / Contract Number | Número de proveedor / contrato: _____ |
| | | List any amounts due after the Petition Date (listed above) but before June 30, 2017: <br> Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017  $ _____ |

**8. How much is the claim?**

¿Cuál es el importe de la reclamación?

$ 167,448 . **Does this amount include interest or other charges?**
¿Este importe incluye intereses u otros cargos?

☐ No / No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).
Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A).

**9. What is the basis of the claim?**

¿Cuál es el fundamento de la reclamación?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

Ley 44 del 15 mayo 51

**10. Is all or part of the claim secured?**

¿La reclamación está garantizada de manera total o parcial?

☒ No / No

☐ Yes. The claim is secured by a lien on property.
Sí. La reclamación está garantizada por un derecho de retención sobre un bien.

**Nature of property / Naturaleza del bien:**
☐ Motor vehicle / Vehículos

☐ Other. Describe:
Otro. Describir: _____

**Basis for perfection / Fundamento de la realización de pasos adicionales:** _____

_____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.

**Value of property / Valor del bien:** $_____

**Amount of the claim that is secured /**
Importe de la reclamación que está garantizado: $_____

**Amount of the claim that is unsecured /**
Importe de la reclamación que no está garantizado: $_____
(The sum of the secured and unsecured amounts should match the amount in line 7.)
(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

**Amount necessary to cure any default as of the Petition Date /**
Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $_____

_____

**Annual Interest Rate** (on the Petition Date)
_Tasa de interés anual (cuando se presentó el caso)_____%

☐ Fixed / Fija
☐ Variable / Variable

**11. Is this claim based on a lease?**

¿Esta reclamación está basada en un arrendamiento?

☒ No / No

☐ Yes. Amount necessary to cure any default as of the Petition Date.
Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso$ _____

| 12. **Is this claim subject to a right of setoff?**<br><br>¿La reclamación está sujeta a un derecho de compensación? | ☒ No / No<br><br>☐ Yes. Identify the property /<br>Sí. Identifique el bien: _____ |
|---|---|

| 13. **Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.?** | ☒ No / No<br><br>☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.   $_____<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |
|---|---|

## Part 3 / Parte 3:

### Sign Below / Firmar a continuación

| The person completing this claim must sign and date it. FRBP 9011(b).<br><br>If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.<br><br>**La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).**<br><br>Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma. | *Check the appropriate box / Marque la casilla correspondiente:*<br><br>☒ I am the creditor. / Soy el acreedor.<br>☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.<br>☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.<br>☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.<br><br>I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.<br><br>Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda<br><br>I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.<br><br>He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.<br><br>I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.<br><br>Executed on date / Ejecutado el 02/18/2020 (MM/DD/YYYY) / (DD/MM/AAAA)<br><br>Signature / Firma _____<br><br>**Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:**<br><br>Name *Elizabeth Mónica Cruz*<br>   First name / Primer nombre  Middle name / Segundo nombre  Last name / Apellido<br><br>Title / Cargo *Tecnico Certificado II*<br><br>Company / Compañía *Departamento de la Familia*<br>   Identify the corporate servicer as the company if the authorized agent is a servicer.<br>   Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.<br><br>Address / Dirección _____<br>   Number / Número   Street / Calle<br><br>_____<br>   City / Ciudad   State / Estado  ZIP Code / Código postal<br><br>Contact phone / Teléfono de contacto_____ Email / Correo electrónico_____ |
|---|---|

# Instructions for Proof of Claim

United States Bankruptcy Court                                                              12/15

**These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.**

### How to fill out this form

- **Fill in all of the information about the claim as of the petition date.**

- **Fill in the caption at the top of the form.**

- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.** Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the next page.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents because attachments may be destroyed after scanning.**

- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.**

- **A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.** For example, write *A.B., a minor child (John Doe, parent, 123 Main St., City, State)*. See Bankruptcy Rule 9037.

### Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, either enclose a stamped self-addressed envelope and a copy of this form or contact the Claims and Noticing Agent at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), or by email at puertoricoinfo@primeclerk.com. You may view a list of filed claims in the Title III cases by visiting the Claims and Noticing Agent's website at https://cases.primeclerk.com/puertorico.

### Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Claim Pursuant to 11 U.S.C. § 503(b)(9):** A claim arising from the value of any goods received by the Debtor within 20 days before the petition date, in which the goods have been sold to the Debtor in the ordinary course of the Debtor's business. Attach documentation supporting such claim.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. § 101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the petition date. The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy or confidential information. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

---

**Do not file these instructions with your form**

---

**Secured claim under 11 U.S.C. § 506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of § 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

## Please send completed Proof(s) of Claim to:

**If by first class mail:**
Commonwealth of Puerto Rico
Claims Processing Center
c/o Prime Clerk LLC
Grand Central Station, PO Box 4708
New York, NY 10163-4708

**If by overnight courier or hand delivery:**
Commonwealth of Puerto Rico
Claims Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

# Instrucciones para la Evidencia de reclamación

Tribunal de Quiebras de los Estados Unidos                                                                                    12/15

**Estas instrucciones y definiciones explican la ley de forma general. En ciertas circunstancias, tales como casos de quiebra que los deudores no presentan de forma voluntaria, se pueden aplicar excepciones a estas normas generales. Debe considerar la posibilidad de obtener el asesoramiento de un abogado, en especial si no conoce el proceso de quiebra y las reglamentaciones de privacidad.**

## Cómo completar este formulario

- **Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.**

- **Complete el título en la parte superior del formulario.**

- **Si la reclamación se ha adquirido de otra persona, indique la identidad de la última parte** que fue propietaria de la reclamación o fue titular de la reclamación y que la transfirió a usted antes de que se presente la reclamación inicial.

- **Adjunte cualquier documento de respaldo a este formulario.**
  Adjunte copias editadas de cualquier documento que demuestre que la deuda existe, que un gravamen garantiza la deuda, o ambos. (Ver la definición de *edición* en la siguiente página).

  También adjunte copias editadas de cualquier documento que demuestre el perfeccionamiento de un derecho de garantía o cualquier cesión o transferencia de la deuda. Además de los documentos, puede agregarse un resumen. Norma federal del procedimiento de quiebra (denominada "Norma de quiebra") 3001(c) y (d).

- **No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de examinarlos.**

- **Si la reclamación se basa en la prestación de bienes o servicios de atención médica, no divulgue información de atención médica confidencial. Omita o edite la información confidencial tanto en la reclamación como en los documentos adjuntos.**

- **El formulario de *Evidencia de reclamación* y los documentos adjuntos solo deben mostrar los últimos 4 dígitos de un número de seguridad social, el número de identificación tributaria de una persona o un número de cuenta financiera, y solo el año de la fecha de nacimiento de una persona. Ver la Norma de quiebra 9037.**

- **En el caso de un menor, complete solamente las iniciales del menor y el nombre completo y la dirección del padre o madre o el tutor del menor. Por ejemplo, escriba *A.B., un menor* (John Doe, padre, calle 123, ciudad, estado). Ver la Norma de quiebra 9037.**

## Confirmación de que se ha presentado la reclamación

Para recibir una confirmación de que se ha presentado la reclamación, puede adjuntar un sobre autodirigido y estampillado y una copia de este formulario o comunicarse con el representante de reclamaciones y notificaciones al (844) 822-9231 (número gratuito para EE. UU. y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), o por correo electrónico a puertoricoinfo@primeclerk.com. Para ver una lista de las reclamaciones presentadas en los casos del Título III, visite el sitio web del representante de reclamaciones y notificaciones en https://cases.primeclerk.com/puertorico.

## Comprenda los términos utilizados en este formulario

**Gastos administrativos:** En términos generales, gastos que se generan luego de presentar un caso de quiebra en relación con el manejo, la liquidación o la distribución del patrimonio de la quiebra.
Título 11 § 503 del Código de los Estados Unidos (U.S.C.).

**Reclamación:** El derecho de un acreedor a recibir un pago por una deuda del deudor a la fecha en la que el deudor solicitó la quiebra. Título 11 (5) del U.S.C. Una reclamación puede estar garantizada o no garantizada.

**Reclamación de conformidad con el Título 11 § 503(b)(9) del U.S.C.:** Una reclamación que surge del valor de cualquier bien recibido por el Deudor dentro de los 20 días anterioresa la fecha en la que se presentó el caso , en el que se han vendido al Deudor en el transcurso normal de los negocios del Deudor. Adjunte la documentación que respalde dicha reclamación.

**Acreedor:** Una persona, una sociedad anónima u otra entidad con la que el deudor tiene una deuda que se contrajo en la fecha en la que el deudor solicitó la quiebra o con anterioridad. Título 11 § 101 (10) del U.S.C.

**Deudor:** Una persona, una sociedad anónima u otra entidad que está en quiebra. Utilice el nombre del deudor y el número de caso tal como se muestran en el aviso de quiebra que recibió. Título 11 § 101 (13) del U.S.C.

**Prueba de pasos adicionales:** La prueba de la realización de pasos adicionales para hacer valer un derecho de garantía puede incluir documentos que demuestren que se ha presentado o registrado un derecho de garantía, tal como una hipoteca, un derecho de retención, un certificado de propiedad o una declaración de financiamiento.

**Información que debe mantenerse en privado:** El formulario de *Evidencia de reclamación* y los documentos adjuntos solo deben mostrar los últimos 4 dígitos de un número de seguridad social, el número de identificación tributaria de una persona o un número de cuenta financiera, y solo las iniciales del nombre de un menor y el año de la fecha de nacimiento de una persona. Si una reclamación se basa en la prestación de bienes o servicios de atención médica, limite la divulgación de los bienes o servicios a fin de evitar la incomodidad o la divulgación de información de atención médica confidencial. Es posible que, más adelante, se le solicite que brinde más información si el síndico u otra persona de interés se opone a la reclamación.

**Evidencia de reclamación:** Un formulario que detalla el monto de la deuda que el deudor mantiene con un acreedor a la fecha de la presentación. El formulario debe ser presentado en el distrito donde el caso se encuentra pendiente de resolución.

**Edición de información:** Ocultamiento, corrección, o eliminación de cierta información para proteger la privacidad o la información confidencial. Quienes presenten la documentación deben editar u omitir información sujeta a **privacidad** en el formulario de *Evidencia de reclamación* y en cualquier documento adjunto.

**Reclamación garantizada en virtud el Título 11 § 506(a) del U.S.C.:** Una reclamación respaldada por un derecho de retención sobre un bien en particular del deudor. Una reclamación está garantizada en la medida que un acreedor tenga el derecho a recibir un pago proveniente del bien antes de que se les pague a otros acreedores. El monto de una reclamación garantizada generalmente no puede ser mayor que el valor del bien en particular sobre el cual el acreedor mantiene un derecho de retención. Cualquier monto adeudado a un acreedor que sea mayor que el valor del bien generalmente se lo considera una reclamación no garantizada. Sin embargo, existen excepciones; por ejemplo, el Título 11 § 1322(b) del U.S.C., y la oración final de § 1325(a).

Algunos ejemplos de derechos de retención sobre bienes incluyen una hipoteca sobre un inmueble o un derecho de garantía sobre un automóvil. Un derecho de retención puede ser otorgado de manera voluntaria por un deudor o puede obtenerse a través de un procedimiento judicial. En algunos estados, una resolución judicial puede ser un derecho de retención.

**Compensación:** Ocurre cuando un acreedor se paga a sí mismo con dinero que pertenece al deudor y que mantiene en su poder, o cuando el acreedor cancela una deuda que mantiene con el deudor.

**Reclamación no garantizada:** Una reclamación que no cumple con los requisitos de una reclamación garantizada. Una reclamación puede no estar garantizada en parte en la medida que el monto de la reclamación sea mayor que el valor del bien sobre la cual un acreedor tiene un derecho de retención.

## Ofrecimiento de compra de una reclamación

Algunas entidades compran reclamaciones por un monto menor que su valor nominal. Estas entidades pueden contactar a acreedores para ofrecerles la compra de sus reclamaciones. Algunas comunicaciones por escrito de estas entidades pueden confundirse fácilmente con documentación judicial oficial o con comunicaciones del deudor. Estas entidades no representan al tribunal de quiebras, al síndico de la quiebra, ni al deudor. Un acreedor no tiene obligación alguna de vender su reclamación. Sin embargo, si decide hacerlo, cualquier transferencia de esa reclamación está sujeta a la Norma de Quiebras 3001(e), a las correspondientes disposiciones del Código de Quiebras (Título 11 § 101 y subsiguientes del U.S.C.) y a cualquier resolución del tribunal de quiebras que corresponda al caso.

## Envíe la(s) Evidencia(s) de reclamación completa(s) a:

**Si por correo de primera clase:**
Commonwealth of Puerto Rico
Claims Processing Center
c/o Prime Clerk LLC
Grand Central Station, PO Box 4708
New York, NY 10163-4708

**Si por el mensajero de una noche o la entrega de mensajero a mano:**
Commonwealth of Puerto Rico
Claims Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

---

**No presente estas instrucciones con su formulario**