P-11
Agosto/1989

| 1. SIMBOLOS DE CONTABILIDAD | | | | | | | Estado Libre Asociado de Puerto Rico DEPARTAMENTO DE LA FAMILIA | 2. FECHA AUTORIZACION |
|---|---|---|---|---|---|---|---|---|
| A.F. | Fondo | Agencia | Div. | S.Div. | Asig. | Objeto | | Desde: 1/sept./ 2001 |
| E-1120 | 111 | 1230000 | 1080 | 001 | 2002 | | NOMBRAMIENTO Y JURAMENTO DE EMPLEADOS TRANSITORIOS | Hasta: 30/junio/2002 |

3. ADVERTENCIAL AL EMPLEADO:

El Nombramiento transitorio no le otorga derecho a ser nombrado en un puesto en el servicio de carrera con status probatorio o regular, a menos que cumpla con el procedimiento de reclutamiento y selección establecido en la Sección 4.3 de la Ley de Personal del Servicio Público, enmendada, para cubrir puestos en el Servicio de Carrera. El nombramiento transitorio tampoco le permite del Sistema de Retiro de los Empleados del Gobierno y la Judicatura. Este nombramiento transitorio se efectúa para atender una necesidad temporera, de emergencia, imprevista o de duración determinada y termina cuando desaparezca la necesidad que dió origen al mismo.

HOJA DE EVALUACION DE COSTOS Y DISPONIBILIDAD DE FONDOS #AFAN 02-0752 DEL 10/SEPT./2001

4. Nombre del Empleado

Torres           Rodríguez         Diana R.
(Apellidos Paterno) (Apellido Materno) (Nombre)
Si se trata de una mujer casada siga ese orden:
(1) Apellido paterno seguido de la preposición "DE"
(2) Apellido del esposo y (3) Nombre

5. Seguro Social:

6. Dirección del Empleado
Urb. Joseíra J-4 Mamey
P.O. Box 358
Patillas, PR 00723

7. Agencia, Negociado o División, Sección o Unidad y Pueblo
8. Departamento de la Familia, Administración de Familias y Niños, Adultos, Región Guayama-Oficina Regional

9. Título de Clasificación del Puesto Transitorio

Técnico Servicios a la Familia I

10. Número de Clase    G-305-0

11. Número del Puesto    12395408

12. Clase de Nombramiento:

__X__ En puesto de duración fija    _____ En puesto permanente

_____ Con funciones de carrera

_____ Con funciones de confianza

13. Sueldo mensual    $ 1,121.00    Diferencial    $_____

14. Duración del Nombramiento Transitorio

De 1/octubre/ 2001   Hasta 30 de junio de 2002

15. CERTIFICACIÓN DEL EMPLEADO

Certifico que no he ocupado un puesto permanente o de duración fija con status transitorio en el Servicio Público durante el período de un (1) año anterior a la fecha de efectividad de este nombramiento. Certifico además, que estoy física y mentalmente capacitado para desempeñar las funciones del puesto en el que se me nombra; que no he sido destituido del servicio público; que no he incurrido en conducta deshonrosa; no he resultado convicto por delito grave ó por cualquier delito que implique depravación moral; y que no soy adicto al uso habitual y excesivo de sustancias controladas o bebidas alcohólicas. Declaro que esta información es exacta y verídica y que tengo conocimiento que de descubriese falsedad en la misma seré separado del puesto en el que me nombra.

*Diana R Torres Rodriguez*
Firma del Empleado

16. Certificación de la Agencia:

Certifico que el puesto número __12395408__ clasificado como __Técnico Servicios a la Familia I__ en el cual se nombra a __Diana R. Torres Rodríguez__
__X__ Atenderá funciones de naturaleza temporera de emergencia, imprevistas o de duración determinada.
_____ Atenderá funciones permanentes o recurrentes mientras se crea el puesto permanente necesario.
_____ Responde a las circunstancias enumeradas en la Sección 4.3 inciso 12 de la Ley Núm. 5 del 14 de octubre de 1975, enmendada.
Especifique

17. *Nylsa B. Acósta de Colón*    Directora Regional    1 de octubre de 2001
Firma de la Autoridad nominadora o su representante autorizado    Título    Fecha

18. JURAMENTO DE FIDELIDAD Y DE TOMA DE POSESION DEL CARGO O EMPLEO

Yo, Diana R. Torres Rodríguez Seguro Social Núm. 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 de mayor soltera
(Edad) (Soltero o Casado)

Técnico Servicios a la Familia I y vecino de Patillas juro solemnemente que mantendré y defenderé la
(Nombre del Cargo o Empleo) (Pueblo)

Constitución de los Estados Unidos y la Constitución y las Leyes del Estado Libre Asociado de Puerto Rico contra todo enemigo interior o exterior; que prestaré fidelidad y adhesión a las mismas; y que asumo esta Obligación libre y sin reserva mental ni propósito de evadirla; y que desempeñaré bien y fielmente los deberes del cargo o empleo que estoy próximo a ejercer. Así me ayude Dios.

1 de octubre de 2001
Fecha

*Diana Raquel Torres Rodriguez*
(Firma del Empleado o Funcionario)

Declaración Jurada Núm. 36,757

Suscrito y Jurado ante mí por Diana R. Torres Rodríguez de las circunstancias antes expresadas, a quien doy fe de conocer personalmente de haber identificado mediante: personalmente

APROBADO
Oficina de Personal

En Patillas , Puerto Rico, hoy 1 de octubre del año 2001

JAN 22 2002
ADMINISTRACION DE FAMILIAS Y NIÑOS

P. O. Box 176 Patillas
Firma, Sello y Dirección del Notario Público o Funcionario

[Seal: CLAUDIO DAVID ORTIZ ABOGADO Y NOTARIO]