TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

| En el asunto de: | |
|---|---|
| JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO | PROMESA<br>Título III<br>Núm.: 17 BK 3283-LTS<br>(Administrada conjuntamente) |
| como representante de | |
| ESTADO LIBRE ASOCIADO DE PUERTO RICO y otros | La presente radicación guarda relación con el ELA, la ACT y el SRE. |
| Deudores | |

REPLICA A OBJECCION GLOBAL

Comparece Elizabeth Mojica Cruz quien es una de las reclamantes bajo el caso de epígrafe y muy respetuosamente declaro y solicito:

1. Que mi nombre aparece en el Anexo A de la Objeción Global, el ELA, la ACT y/o el SRE que solicitan que mi reclamo sea rechazado por ser Deficiente. Mi reclamación es la numero: 125569 y 167625.

2. Que me opongo a la objeción global que me privaría del derecho a reclamar el dinero adeudado por el Estado Libre Asociado. Presento la Replica a dicha objeción para aclarar mi reclamación, especificando las Leyes aprobadas por el gobierno concediendo aumentos de sueldo que no fueron pagados.

3. Que es oneroso para mi proveer con esta reclamación todos los records de mi salario durante mi empleo que justifican mi reclamación, pero el Gobierno de Puerto Rico, Departamento de La Familia como custodio de mi expediente tiene la obligación de proveer dichos records.

4. Que trabajé en el Departamento de La Familia desde el 19 de agosto de 1988 como Técnico de Sistemas de Oficina I. En agosto de 1998 me reporté al Fondo del Seguro del Estado y comencé una licencia sin sueldo en el año 1998. Obtuve los

beneficios del Seguro Social en octubre de 2001, retroactivo al 1998. (Se acompaña Certificación del Departamento de la Familia del Gobierno de Puerto Rico)

5. Que durante mi empleo con el Departamento de la Familia el gobierno de Puerto Rico aprobó leyes para beneficio de empleados públicos, cuyos beneficios no fueron pagados. Mi reclamación es por los ingresos y/ o beneficios dejados de pagar conforme a esas leyes según especifico.

6. Que las mencionadas leyes no fueron derogadas. El gobierno de Puerto Rico tiene conocimiento de las cantidades adeudadas a los empleados públicos.

7. Por concepto de la Ley de Retribución Uniforme, Ley 89 de 12 de julio de 1979, ley conocida como el Romerazo, por el gobernador que promulgo dicha ley, debí recibir un aumento de $25.00 por mes en adición a mi salario. He calculado que se me adeuda $3,000,00 desde agosto de 1988 hasta agosto de 1998.

8. Por concepto de la Ley 109 del 2 de septiembre de 1997 que concedía a los empleados públicos, un aumento de $150.00 por tres años, $200.00 por tres años, $250.00 por tres años y $300.00 por tres años. He calculado que se me adeuda $1,800.00 desde agosto de 1998 hasta agosto de 1998.

9. Que el Departamento de La Familia me ha provisto una certificación de empleo. Que devengaba un salario mensual de $1, 173.00. Que como custodio de mi expediente de personal el cual contiene toda la información sobre mi salario el Departamento de La Familia tiene la obligación de proveer los records que confirman mi salario durante los 10 años de empleo para que el Tribunal pueda confirmar las cantidades reclamadas. Que no he guardado los talonarios de pago ni he conservado toda la documentación relativa a mis ingresos.

10. Que estoy reclamando los beneficios de retiro por incapacidad conforme a la Ley 44 del 15 de mayo de 1951, según enmendada. Solicité los beneficios de retiro por incapacidad aproximadamente en el año 2000 siendo empleada del Departamento de la Familia. Mi solicitud fue procesada y se celebró una vista de adjudicación. Apelé la decisión y nunca se adjudicó mi reclamación. Recibí los beneficios de incapacidad del Seguro Social en el 2001, retroactivos al 1998. Los beneficios de retiro por incapacidad se establecían en el 65% de mi sueldo o sea $762.00 mensuales, los cuales debí haber recibido desde el 2002. Según la ley los beneficios debían concederse al año de haberse aprobado los beneficios del Seguro Social. Entiendo que se me adeuda la cantidad de $167,448 de beneficios de retiro por incapacidad desde el 2002.

11. Que acompaño los siguientes documentos en apoyo a mi reclamación:

    a. Certificación de empleo del Departamento de la Familia
    b. Certificación de beneficios de la Administración del Seguro Social.

12. Respetuosamente solicito se acepte esta Réplica a la Objeción Global presentada en este caso, que aclara cualquier deficiencia objetada y que se ordene a Prime Clerk, LLC, a que reciba instrucciones para aceptar la presente réplica y aclaración a los reclamos en marcos de causas radicadas conforme al Título III Promesa.

    Respetuosamente sometida, hoy 14 febrero de 2020.

*Elizabeth Mojica Cruz*
Box 142
Punta Santiago P. R. 00741
939-335-8182

**Prime Clerk**
830 Third Ave, 9th Floor
New York, NY 10022

In re Commonwealth of Puerto Rico
Case No. 17-03283
United States Bankruptcy Court for the District of Puerto Rico (San Juan)

**PRIME CLERK RECEIVED YOUR PROOF OF CLAIM.**

Date Filed: 6/28/2018
Proof of Claim No.: 114666

For additional information, please visit
**http://cases.primeclerk.com/puertorico**, or
call us at **844.822.9231**.

Elizabeth Mojica Cruz
PO Box 142
Punta Santiago, PR 00741



**GOBIERNO DE PUERTO RICO**
**Departamento de la Familia**
Administración de Desarrollo Socioeconómico de la Familia

# C E R T I F I C A C I O N

Certifico que la Sra. **ELIZABETH MOJICA CRUZ,** Seguro Social **XXX-XX-** prestó servicios para la Administración de Desarrollo Socioeconómico, adscrita al Departamento de la Familia desde el 26 de agosto de 1988.

La señora Mojica Cruz ocupó un puesto con estatus regular en el Servicio de Carrera como Técnico de Asistencia Social y Familiar III. Estuvo en Licencia Sin Sueldo por Enfermedad desde el 2 de junio de 1998 hasta el 31 de octubre de 2010. Del 1 de noviembre de 2010 hasta el presente, se encuentra en Abandono de Servicio.

Certifico Correcto, hoy 18 de febrero de 2020, en San Juan, Puerto Rico.

*Ana I. Linares Fuentes*
*Directora de División*
*Oficina de Recursos Humanos*

IGC/MPR

Nota: Esta certificación no será válida si presenta tachaduras, correcciones o alteraciones, si no presenta el logo o sello oficial de la agencia y firma del Administrador Auxiliar de Recursos Humanos o su representante autorizado.

Ave. Ponce de León No. 800 Capitol Office Building · PO Box 8000, San Juan, PR 00910-0800 · 787.289-7600
Oficina de Recursos Humanos, División de Servicios al Empleado

SOCIAL SECURITY ADMINISTRATION

Date: February 14, 2020
BNC#: 20BC120B61291
REF: A

ELIZABETH MOJICA
PO BOX 142
PUNTA SANTIAGO PR 00741-0142

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

Information About Current Social Security Benefits

   Beginning December 2019, the full monthly
   Social Security benefit before any deductions is......$ 873.20

   We deduct $144.60 for medical insurance premiums each month.

   The regular monthly Social Security payment is........$ 728.00
   (We must round down to the whole dollar.)

   Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

   Your Social Security benefits are paid on or about the third Wednesday of each month.

Other Important Information

   ACCORDING TO OUR SYSTEM CLAIMANT START RECEIVING HER BENEFITS ON 2001 RETRO TO 11/1998.

Type of Social Security Benefit Information

   You are entitled to monthly disability benefits.

SUSPECT SOCIAL SECURITY FRAUD?

   Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

Número de Evidencia de Reclamación: 114666
Reclamante: Mojica Cruz, Elizabeth

# INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

## Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial. A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96", tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación. Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo.
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por correo electrónico a PRClaimsInfo@primeclerk.com, o por correo postal o entrega en mano a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correos Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

## Cuestionario

1. ¿Cuál es el fundamento de su reclamación?
   - ☐ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de esto
   - ☑ Empleo actual o anterior en el gobierno de Puerto Rico
   - ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

2. ¿Cuál es el monto de su reclamación (cuanto dinero reclama que se le adeuda):
   $1172 DDB total (ver Ley #140CHN)
   Ley#BA Bonneras $125 MO Navidad (Navidad) $204,120 = 3010
   Mas 2 pesos (Cada 5 años 89-85 ) 100×$10,00 y 40Hrs = $400
   $5 al 2001-1 peso 100 x 80Hrs $000
   Jubilación Retiro
   Sueldo $1,173 × 60% = $762 hasta el presente
   (ya se capitalizo ) 2002 al 2019 = 17años y 12Mes
   al 2001  = 762 x 204 = $155,498

Batch 5

990123400416948

Número de Evidencia de Reclamación: 114666
Reclamante: Mojica Cruz, Elizabeth

4e). Estado del caso (pendiente de resolución, en apelación, o cerrado):

_____

40). ¿Tiene usted una sentencia impaga? Sí / No. (Marque una)
De ser así, ¿cuál es la fecha y el monto de la sentencia?

Explicación Respuesta #2

Ley # 89 Reverso $25 y Mes hasta el presente
del 95 y 120 (bonos) = 3,000

Más 2 pasos (cada 5 años)
del 88 al 93 . 1 paso 93-95 (bonos)
1 paso $100 por mes    $100 x 60 = $6,000
del 95 al 2001    95 al 98
1 paso $100 por mes "$100 x 60 = $6,000

Jubilación-Retiro
Sueldo $1,173 y 65% = $762 hasta el presente
(aprobada Seg Soc) Retiro 01, hasta 2017 = 17 años x 12 mes = 204 v 762 = $155,448
en 2001                                                                              2002                                                           +12
                                                                                                                                                                  167,448
                                                                                                                                                                  ÷ 5
                                                                                                                                                                  170 USD

"INTAKE" DROP BOX
RECEIVED & FILED

2020 FEB 18 AM 11:52

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR