RECEIVED & FILED
2020 FEB 18  AM 11: 49
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS

## PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO, COMO REPRESENTANTE DE ESTADO LIBRE ASOCIADO DE PUERTORICO Y OTROS, DEUDORES | PROMESA TITULO 111 Núm. 17 BK 3283-LTS (Administrada conjuntamente) La presente radicación guarda relación con el ELA, la ACT y el SRE |

I. Datos: Maria V. Diaz López , Reclamo #99193 ,(dirección) PO BOX 2422,Guayama PR 00785. (Cell) 787-225-9284 ,( email) viyinmarie@gmail.com

II. Epígrafe:  NOTIFICACION DE LA CENTESIMA CUADRAGESIMA SEGUNDA OBJECION GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE UNAS LEYES PUERTORRIQUEÑAS NO ESPECIFICADAS

III. Motivos: Yo Maria V. Diaz Lopez fui empleada del Departamento de Educación de Puerto rico desde el 4 de agosto de 1969 hasta el 30 de junio de 2013. Por la cual estoy reclamando la cantidad de $22,800 según estipula la ley 89, ley 34, ley 164 del Estado Libre Asociado de Puerto Rico

IV. Documentación Justificativa. Adjunto la evidencia de documentos que incluye las leyes arriba mencionadas. De necesitar alguna otra información favor de notificarme de inmediato:

1. Certificacion de Empleo

*[Firma]*
María V. Diaz López

15 de febrero de 2020