# Certificación de Notificación

RECEIVED & FILED
2020 FEB 18  AM 11: 49

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R

Yo, Maria V. Díaz Lopez, con #99193 de reclamo, hoy 18 de febrero 2020, estoy entregando personalmente en la Oficina Secretaria Federal la réplica Promesa Título III, núm. 17 BK 3283-LTS, que incluye las leyes y otros documentos:

- Ley 164, Ley 89 y Ley 34
- Evidencia del Sistema de Retiro
- Evidencia de Empleo

Comentario

_____

_____

Recibo Por: _____

Fecha: _____ Hora: _____

Entregado por: _____

 

**DEPARTAMENTO DE EDUCACIÓN**
GOBIERNO DE PUERTO RICO

OFICINA REGIONAL EDUCATIVA DE CAGUAS
Oficina de la Superintendente Regional

**7 de febrero de 2020**

## CERTIFICACIÓN DE EMPLEO

**Certifico que la Sra. María V. Díaz López, fue empleada del Departamento de Educación, s.s.**      ** fue empleada desde el 4 de agosto de 1969 hasta el 30 de junio de 2013.**

**Cualquier información adicional pueden comunicarse al 787-743-1234 ext. 4403/4421.**

**Atentamente,**

**Wenddy L. Colón Martínez**
**Superintendente Regional**
**Oficina Regional ORE de Caguas**

El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.