San Juan, Puerto Rico

JURAMENTO DE FIDELIDAD Y DE TOMA DE POSESION DEL CARGO O EMPLEO

22 RLM

Yo, Rolando Colón Montañez_____ de __23__
    (Nombre del Fucionario o Empleado)          (Edad)

de __Patillas_____, juro solemnemente que mantendré y
       (Pueblo)

defenderé la Constitución de los Estados Unidos y la Constitución

y las Leyes del Estado Libre Asociado de Puerto Rico contra todo

enemigo interior o exterior; que prestará fidelidad y adhesión

a las mismas; y que asumo esta obligación libremente y sin reserva

mental ni propósito de evadirla; y que desempeñare bien y fielmente

los deberes del cargo o empleo que estoy próximo a ejercer.

Así me ayude Dios.

1 de marzo de 1988          Y Rolando Colón Montañez
    (Fecha)                    (Firma del Empleado o Funcionario)

AFFIDAVIT NUM. __44__

    Jurado y Suscrito ante mí por ___Rolando Colón Montañez___,

de las circunstancias personales antes señaladas, de cuya identidad

me he asegurado mediante el siguiente documento: _Tarjeta Electoral_

2673390 y de lo cual yo el Notario autorizante DOY FE.

    En _Salinas_____, Puerto Rico, a __1__ de _marzo____

del año _1988_.

_____
        ABOGADO NOTARIO

ESTADO LIBRE ASOCIADO DE PUERTO RICO
**ADMINISTRACION DE CORRECCION**

OFICINA DE LA ADMINISTRADORA

23 de agosto de 1989

Sr. Rolando Colón Montañez
Oficial Correccional I
Anexo Penitenciaria Estatal
Río Piedras, Puerto Rico

Estimado señor Colón:

El día 1 de marzo de 1988, se le extendio nombramiento como Oficial Correccional I, sujeto a un periódo probatorio de doce (12) meses. Los informes y evaluaciones de sus supervisores inmediatos reflejan que durante el periódo de prueba usted ha demostrado dedicación e interés en el desempeño de las tareas que le han sido encomendadas.

Por tal motivo, usted pasa a ocupar un puesto en servicio de carrera con un status regular.

Le felicito por el triunfo obtenido y le recuerdo que este logro por usted alcanzado conlleva una mayor responsabilidad como ciudadano y servidor público. En la medida en que usted cumpla con esa responsabilidad podrá obtener reconocimientos y satisfacciones mayores en su vida personal y profesional.

¡Exito!

Cordialmente,

MIGUEL A. POUPART,Ph.D
Administrador Interino

Anexo: Formulario Evaluación Final
       (OP-35)

# GOBIERNO DE PUERTO RICO
Departamento de Corrección y Rehabilitación

## CERTIFICACIÓN

Certifico que el **Sr. Rolando Colón Montañez,** seguro social
trabaja para el Departamento de Corrección y Rehabilitación, desde el 2 de
marzo de 1988.

El señor Colón Montañez, se desempeña en un puesto *Regular* como *Oficial
Correccional.*

Cualquier pregunta al respecto, favor de comunicarse con nuestra
Secretaría de Recursos Humanos y Relaciones Laborales, División de
Beneficios Marginales, al (787) 273-6464 ext. 2562.

Dado en San Juan, Puerto Rico, hoy 18 de febrero de 2020.

Certifico correcto,

Nilsa J. Kuilan Collazo
Coordinadora en Asuntos de Retiro
Secretaría Auxiliar de Recursos Humanos
y Relaciones Laborales
División Beneficios Marginales

/mms