Hearing Date: March 4, 2020, at 9:30AM (Atlantic Standard Time)
Response Deadline: February 18, 2020 at 4:00PM (Atlantic Standard Time)

> **PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THE OBJECTION AFFECTS YOUR CLAIM(S).**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth, HTA, and ERS.** |

## ONE HUNDRED THIRTY-FIRST OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS ASSERTING INTERESTS BASED ON SALARY DEMANDS, EMPLOYMENT OR SERVICES PROVIDED

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Rivera Baez, Merida | 157637 | 7/7/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Rivera Baez, Merida | 157637 | 7/7/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

000643

***CUST PR 1845 SRF 38939 PackID: 643 MMLID: 2097434 SVC: 131st Omni
Rivera Baez, Merida
126 Camino de las Palmas
Urb. Veredas
Gurabo, PR 00778

000643

## Centésima trigésima primera Objeción Global
### Anexo A: Defectuosas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 580 | RIVERA AYALA, CARLOS ALBERTO<br>711 REINA ISABEL<br>QUINTO CENTENARIO<br>MAYAGUEZ, PR 00680 | 6/26/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 114306 | Indeterminado* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 581 | RIVERA AYALA, ELIUD<br>HC 1 BOX 5158<br>LOIZA, PR 00772 | 7/9/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 151963 | Indeterminado* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 582 | RIVERA AYALA, JUAN A.<br>HC 61 BOX 6117<br>TRUJILLO ALTO, PR 00976 | 7/10/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 161040 | $ 40,000.00* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 583 | RIVERA BAEZ, MERIDA<br>126 CAMINO DE LAS PALMAS<br>URB. VEREDAS<br>GURABO, PR 00778 | 7/7/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 157637 | Indeterminado* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 584 | RIVERA BAEZ, WANDA I.<br>2B22 CALLE 57 MANS DE CAROLINA<br>CAROLINA, PR 00987-8129 | 6/29/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 127432 | $ 75,000.00* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 585 | RIVERA BARBOSA, WANDA R<br>CALLE EDEN # W5 URB GLENVIEW<br>PONCE, PR 00731 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 150137 | Indeterminado* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

---

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

**ATT: Ley Promesa**

13 de febrero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | MERIDA RIVERA BAEZ |
| Seguro Social | : | -6370 |
| Categoría | : | MA. EDUC. SEC (CIENCIA GENERAL) |
| Distrito Escolar | : | CIDRA |
| Sueldo Mensual | : | $3,020.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 28 de julio de 2008 |
| Otros | : | Presto servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 32 años. Nuestro sistema de Recursos Humanos refleja que ocupó una plaza desde 08/16/1971. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.



**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

SRM-SB-024
Rev. marzo 2017

## CERTIFICACIÓN DE PENSIÓN

RIVERA BAEZ,MERIDA
URB VEREDAS
126 CAMINO DE LAS PALMAS
GURABO PR 00778-0000

Certifico que RIVERA BAEZ,MERIDA recibe de una pensión vitalicia del Sistema de Retiro para Maestros. La pensión mensual es de $2,091.64 equivalente a $25,099.68 anual. Luego de las deducciones recibe la cantidad de $1,524.82 mensual, equivalente a $18,297.84 anual.

Esta certificación se expide hoy 3 de febrero de 2020.



Número de Certificación: SRM03P2000641

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Estado Libre Asociado de Puerto Rico: http://www.pr.gov o en nuestro Portal en http://www.srm.pr.gov

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918
P.O. Box 191879 · San Juan PR 00919-1879



☎ 787.777.1414    📠 787.759.2883    www.srm.pr.gov

Exhibit 1

Merida Rivera Baez
SS # XXX-XX-6370
Government of the Commonwealth of Puerto Rico Retirement System for Teachers

POC # 157637
July 7, 2018

| | | | Law 62 9/4/1992 3% increase every 3 years (COLA) | | Law 62 9/4/1992 3% increase every 3 years (COLA) | | Law 62 9/4/1992 3% increase every 3 years (COLA) | | |
|---|---|---|---|---|---|---|---|---|---|
| Retirement date -7-28-2008 | | | Monthly Increase | | Monthly Increase | | Monthly Increase | | Total |
| Monthly Pension | | $ 2,091.64 | | | | | | | |
| Start date of Pension | 9/1/2008 | | | | | | | | |
| | 2009 | | | | | | | | |
| | 2010 | | | | | | | | |
| | 9/1/2011 | | 62.75 | 2,154.39 | | | | | |
| | 2012 | | | | | | | | |
| | 2013 | | | | | | | | |
| | 9/1/2014 | | | | 64.63 | 2,219.02 | | | |
| | 2015 | | | | | | | | |
| | 2016 | | | | | | | | |
| | 9/1/2017 | | | | | | 66.57 | 2,285.59 | |
| | 2018 | | | | | | | | |
| | 9/1/2019 | | | | | | | | |
| Grand total of pension for above period assuming no COLA increase | | 276,096.48 | | | | | | | 276,096.48 |
| Totals assuming COLA increase every 3 years. | | 75,299.04 | | 77,558.01 | | 79,884.75 | | 54,854.20 | 287,596.00 |
| Estimated amount due for COLA as of September 1, 2019 | | | | | | | | | 11,499.52 |

2/14/2020

Merida Rivera Baez
SS # XXX-XX-6370
Government of the Commonwealth of Puerto Rico Retirement System for Teachers

POC # 157637
July 7, 2018

Romerazo
Law 89 of 1984
$100 monthly increase
$1,200 annual increase

| | |
|---|---|
| Years being Claimed | 1984-2008 |
| Total amount Claimed | $ 28,800.00 |
| ( 24 years X $1,200) | |


EXHIBIT 3

Merida Rivera Baez
SS # XXX-XX-6370
Government of the Commonwealth of Puerto Rico Retirement System for Teachers

POC # 157637
July 7, 2018

PASOS" Yearly Increase per year of service"

$25 monthly increase
$300 annual increase

| | |
|---|---|
| Years being Claimed | 1998-2008 |
| Total amount Claimed | $ 3,000.00 |
| ( 10 years X $300) | |

## *"Ley de Ajuste de Pensiones de los Maestros Retirados del Gobierno de Puerto Rico"*

Ley Núm. 62 de 4 de Septiembre de 1992

Para ordenar al Sistema de Retiro para Maestros creado en virtud de la Ley Núm. 218 de 6 de mayo de 1951, según enmendada, para que ajuste las pensiones concedidas o a concederse por dicho Sistema en un tres por ciento (3%) cada tres años comenzando el primero de enero de 1992.

### EXPOSICION DE MOTIVOS

Las personas que dependen de una pensión o de un ingreso fijo relativamente bajo son las que sufren con mayor rigor y crudeza la pérdida en el poder adquisitivo de sus ingresos.

Este es el caso de unos catorce mil pensionados del Sistema de Retiro para Maestros que en un 35% reciben pensiones menores de $400 al mes. Tomando en consideración los descuentos de nómina para seguro de vida, planes médicos y pago de diversos préstamos resulta que la mayoría de estas pensiones se reducen prácticamente a niveles de indigencia, más aún si consideramos que estos maestros no disfrutan de los beneficios del Seguro Social Federal.

En los pasados seis años se aprobó una serie de medidas por este Gobierno dirigidas a aliviar la carga económica de estos pensionados. Entre éstas se destacan como las más sobresalientes las siguientes: se aumentó el Aguinaldo de Navidad de los pensionados decien (100) a ciento cincuenta (150) dólares; se eximió del pago de contribuciones sobre ingresos hasta cinco mil (5,000) dólares a los maestros pensionados menores de sesenta (60) años de edad y en ocho mil (8,000) dólares a los que excedan de esa edad y releva de la declaración de sus planillas a aquellos que sólo tienen ingresos por las pensiones mencionadas; se aumentó a cuarenta (40) dólares la aportación del Gobierno para los planes de salud de sus empleados y pensionados; se determinó que ningún pensionado recibirá una pensión menor de doscientos (200) dólares; se fijó en trescientos (300) dólares la pensión mínima de los maestros y se le aumentaron, además, cincuenta (50) dólares lo que elevó la pensión mínima de éstos a trescientos cincuenta (350) dólares; se le concedió a 41,342 pensionados del sistema central y a sus beneficiarios cónyuges o hijos menores e incapacitados un aumento de veinticinco (25) dólares mensuales, con una erogación para el Sistema de Retiro Central de $15,000,000.

A pesar de la aprobación de todas estas leyes y de otras que benefician de igual modo a nuestros maestros pensionados, entendemos que es nuestro deber el asegurarnos que las pensiones se ajusten por lo menos cada tres años en un tres por ciento (3%) para compensar en algo el alza que se registre en el costo de vida.

Esta norma ya existe a nivel del Gobierno Federal ya que las pensiones concedidas bajo las disposiciones del Seguro Social, tanto en los Estados Unidos como en Puerto Rico, se ajustan anualmente a tono con el alza registrada en el costo de la vida.

Esta ley es una medida de equidad y constituye, en cierta forma, un reconocimiento a los mejores años de productividad de miles de ex-maestros del sistema público de enseñanza.

"Ley de Ajuste de Pensiones de los Maestros Retirados del Gobierno de Puerto Rico" [Ley 62-1992]

*Decrétase por la Asamblea Legislativa de Puerto Rico:*

**Artículo 1. — Título Corto.** (18 L.P.R.A. § 384 nota)

Esta ley se conocerá como "Ley de Ajuste de Pensiones de los Maestros Retirados del Gobierno de Puerto Rico".

**Artículo 2. — Definiciones.** (18 L.P.R.A. § 384)

A menos que del contexto de esta ley se desprenda otra acepción, los siguientes términos tendrán el significado que a continuación se expresa:
a) Sistema — Sistema de Retiro para Maestros, creado en virtud de la Ley Núm. 218 de 6 de mayo de 1951, según enmendada, o en virtud de la legislación que se apruebe en el futuro.
b) Pensión Ajustada — Pensión que resultare después de aplicar el tres por ciento (3%) a la pensión bruta.

**Artículo 3. — Delegación de Responsabilidad.** (18 L.P.R.A. § 384a)

Se ordena al Sistema, comenzando el primero de enero de 1992 y subsiguientemente cada tres (3) años a ajustar en un tres por ciento (3%) todas las anualidades que estén vigentes al 1ro. de enero del año del aumento y que se hayan estado percibiendo por lo menos tres (3) años antes de la fecha del aumento. Si en algún año el Sistema tuviese reservas solamente para veinticuatro (24) meses o menos no podrá concederse aumento alguno en las pensiones.

**Artículo 4. — Cómputo Final de la Pensión Ajustada.** (18 L.P.R.A. § 384b)

El Sistema tendrá poder para elevar al dólar más alto las pensiones ajustadas que resultaren en cuantías con fracciones de dólar.

**Artículo 5. — Costo.** (18 L.P.R.A. § 384c)

El costo del ajuste de las pensiones o rentas anuales vitalicias autorizado por esta Ley, provendrá de las reservas en el Fondo de Anualidades y Pensiones para Maestros de Puerto Rico, de los intereses que produzcan las nuevas inversiones realizadas por la Junta de Retiro para Maestros de Puerto Rico según autorizadas por la Sección 35 de la Ley de Retiro para Maestros"; de las aportaciones patronales e individuales vigentes y de aquellos aumentos que pudiesen haber en el futuro en éstas; y de aquellas asignaciones especiales con que contribuya el Gobierno con el propósito de mantenerla solvencia económica del sistema y que sean consignadas en el Presupuesto General de Gastos del Gobierno de Puerto Rico, para el año en que se efectúe el ajuste de las pensiones.

**Artículo 6. — Efectividad.** (18 L.P.R.A. § 384d)

Retroactivo al 1ro. de enero de 1992 y subsiguientemente cada tres (3) años, se aumentarán en un tres por ciento (3%) todas las anualidades que se paguen bajo esta ley por edad, años de

"Ley de Ajuste de Pensiones de los Maestros Retirados del Gobierno de Puerto Rico" [Ley 62-1992]

servicio o incapacidad que estén vigentes a esa fecha y que se hayan estado percibiendo por lo menos tres años antes. En años subsiguientes al 1992 el aumento trienal estará sujeto a que haya una previa recomendación favorable del Actuario del Sistema de Retiro para Maestros. Cumplidos estos requisitos la Junta de Retiro para Maestros someterá la propuesta del aumento a la Asamblea Legislativa de Puerto Rico para su aprobación. El aumento trienal en años subsiguientes al 1992 cubrirá todas las anualidades que se paguen bajo esta ley por edad, años de servicio e incapacidad que estén vigentes al 1ro. de enero del año en que se conceda el aumento y que se hayan estado percibiendo por lo menos tres años antes.

**Artículo 7. — Normas.** (18 L.P.R.A. § 384e)

El Sistema promulgará las normas y reglamentos que habrán de regir la administración de esta ley.

**Artículo 8. — Vigencia.** (18 L.P.R.A. § 384 nota)

Esta Ley tendrá vigencia inmediata a partir de la fecha de su aprobación, pero su efecto económico será retroactivo a partir del 1ro. de enero de 1992.

**Nota.** Este documento fue compilado por personal de la Oficina de Gerencia y Presupuesto del Gobierno de Puerto Rico. Aunque hemos puesto todo nuestro esfuerzo en la preparación del mismo, este no es una compilación oficial y podría no estar completamente libre de errores. En el mismo se han incorporado todas las enmiendas hechas a la Ley a fin de facilitar su consulta. Para exactitud y precisión, refiérase a los textos originales de dicha ley. Compilado por la Biblioteca de la Oficina de Gerencia y Presupuesto.