OCAP-11
Rev 9/87

| I. SIMBOLOS DE CONTABILIDAD | | | | | | |
|---|---|---|---|---|---|---|
| A.F. | Fondo | Agencia | Div. | Sub. Div. | Asig. | Objeto |
| E1 | 110-1 | 11-123 | 0000 | -1078 | -001 | -2002 |

Estado Libre Asociado de Puerto Rico
**OFICINA CENTRAL DE ADMINISTRACION DE PERSONAL**
Apartado 8476, Estación Fernández Juncos
Santurce, Puerto Rico 00910

**NOTIFICACION DE NOMBRAMIENTO Y JURAMENTO**

2. Certificación Número: ADFAN 2001-14
3. Fecha de la Certificación: 18/septiembre/

ESCALA #16

INSTRUCCIONES: Use este formulario para todo nombramiento en el Servicio de Carrera y en el Servicio de Confianza. Use un formulario para cada nombramiento. La Agencia utilizará este formulario para notificar la fecha en que el empleado comenzará a prestar servicios. Por consiguiente, no debe ser sometido antes de la persona empezar a trabajar. El apartado 20 "Juramento" deberá ser firmado por el empleado en el espacio provisto. Acompañe este documento con el Historial Personal (OCAP-1), Examen Médico (OCAP-12) Certificación de Verificación de Requisitos (OCAP-29), Declaración Individual y Certificado de Nacimiento. Distribución: Original será retenido por la agencia, primera y segunda copia la O.C.A.P., tercera copia Departamento de Hacienda (Contaduría), cuarta copia Asociación de Empleados, quinta copia a Sistemas de Retiro, sexta copia al empleado.

HOJA DE EVALUACION DE COSTOS Y DISPONIBILIDAD DE FONDOS# AFAN 02-0156 DEL 12 JULIO DE 2001

4. Nombre del Empleado:
Figueroa (Apellido Paterno)   Vega (Apellido Materno)   Rosa E. (Nombre)

5. Nombre según aparece en el Seguro Social: Rosa E. Figueroa

6. Sexo: ☒ F

7. Número del Seguro Social:

8. Dirección del empleado:
Calle Vista Mar #2 Com. Recio
BO. Guardarraya, Patillas, PR 00723

9. Agencia, Negociado o División, Sección o Unidad y Pueblo:
Departamento de la Familia-Adm. de Familias y Niños-Oficina Local Guayama SFN

10. Título de Clasificación del Puesto: Trabajador Social IV
11. Número de Clase: G-323-0
12. Número del Puesto: 12305250

13. Clase de nombramiento: ☐ Regular  ☒ Probatorio  ☐ Transitorio  ☐ En el Servicio de Confianza
Ahorro 3%
Retiro 8.275%

14. Sueldo Mensual $ 1,540.
Diferencial 632.00
Total $ 2,172.00

15. Fecha de efectividad del Nombramiento: 1 de octubre de 2001
16. Fecha en que expira el período probatorio o el nombramiento: 31 de marzo de 2002

17. Anterior Incumbente:
18. Título de Clasificación del Puesto:

19. Firma de la autoridad nombradora o su representante autorizado:
Nylsa B. Acosta de Colón — Directora Regional — 1/octubre/2001

20. **JURAMENTO DE FIDELIDAD Y TOMA DE POSESION DEL CARGO O EMPLEO**
Yo, Rosa E. Figueroa Vega, SS. Núm. ___, de mayor edad, soltera, Trabajador Social, vecino de Patillas, juro solemnemente que mantendré y defenderé la Constitución de los Estados Unidos y la Constitución y las Leyes del Estado Libre Asociado de Puerto Rico contra todo enemigo interior o exterior; que prestaré fidelidad y adhesión a las mismas; y que asumo esta obligación libremente y sin reserva mental ni propósito de evadirla; y que desempeñaré bién y fielmente los deberes del cargo o empleo que estoy próximo a ejercer. Así me ayude Dios.

1 de octubre de 2001 (Fecha)
Declaración Jurada Núm. 2035
Suscrito y jurado ante mí por ROSA FIGUEROA VEGA
(Firma del Empleado o Funcionario): Rosa E. Figueroa Vega

expresadas, a quien doy fe de conocer personalmente o de haber identificado mediante ___
En Patillas, Puerto Rico, hoy 1ro de ___ del ___ 2001

APROBADO Oficina de Personal

21. Recibido en OCAP:
22. Nombramiento aprobado o registrado por:
23. Fecha: MAR 04 2002

ADMINISTRACION DE FAMILIAS Y NIÑOS

J.'99-07-114—600 B—41—IGPR.



A QUIEN PUEDA INTERESAR

CERTIFICO que, **Rosa Figueroa Vega**, Numero de Seguro Social, trabaja para el Departamento de la Familia en la **Administración Secretariado en la Local de Patillas.**

La señora **Figueroa**, ofrece servicios como **Dir. Centro Serv. Int. I.** Comenzó en la agencia el **01 deoctubre de 2001**. La empleada devenga un salario bruto de **$3,732.00.** mensual.

Certifico hoy, **18 de febrero de 2020**, para los fines que crea pertinentes.

_____
**Nelson Rodríguez Rivera**
Oficial Administrativo II
Oficina Regional Guayama