**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**DEPARTAMENTO DE LA FAMILIA**

INFORME DE CAMBIO ESPECIAL NUMERO __0710093__

Cifra de Cuenta __E1110-001-2007-111-1270000-1585__   Símbolo __G-205-0__

Unidad Apropiada  ☐ A
                  ☒ B

__(TANF) - OFICINA LOCAL PATILLAS__
Unidad de Trabajo

Se notifica el siguiente aumento de sueldo a empleados activos al 1 de julio de 2005 y que continúen en el servicio activo al 1 de julio de 2006, comprendidos en las Unidades Apropiadas A y B, conforme a la Resolución Conjunta 157 de 10 de junio de 2006 de la Asamblea Legislativa, equivalente a $100.00 mensuales efectivo el **primero de julio de 2006**.

__MARÍA S. GARCÍA RODRÍGUEZ__
Nombre del Empleado

Número de Seguro Social

**DE CARRERA REGULAR**
Status del Empleado

__15314__
Número del Puesto

**TÉCNICO ASIST. SOCIAL Y FAM. I**
Título de Clasificación

__8__
Escala de Retribución

$1,071.00           $1,675.00
Mínimo              Máximo

| ANTES DEL CAMBIO | | DESPUES DEL CAMBIO |
|---|---|---|
| Sueldo Mensual (sin diferencial) | $1,321.00 | $1,421.00 |

Observaciones: _____

CARMEN MERCEDES TORRES - ADM. AUX. REC. HUMS.
Firma de la Autoridad Nominadora o su Representante Autorizado

**18 DE MAYO DE 2007**
Fecha

BM/agt

24 MAY 2007

P-11
Agosto/1989

| 1. SIMBOLOS DE CONTABILDAD | | | | | | | Estado Libre Asociado de Puerto Rico DEPARTAMENTO DE LA FAMILIA | 2. FECHA AUTORIZACION Desde: Hasta: |
|---|---|---|---|---|---|---|---|---|
| A.F. | Fondo | Agencia | Div. | S.Div. | Asig. | Objeto | NOMBRAMIENTO Y JURAMENTO DE EMPLEADOS TRANSITORIOS | |

3. ADVERTENCIAL AL EMPLEADO:  E1120-001-2004-111-12700066-1585

El Nombramiento transitorio no le otorga derecho a ser nombrado en un puesto en el servicio de carrera con status probatorio o regular, a menos que cumpla con el procedimiento de reclutamiento y selección establecido en la Sección 4.3 de la Ley de Personal del Servicio Público, enmendada, para cubrir puestos en el Servicio de Carrera. El nombramiento transitorio tampoco le permite del Sistema de Retiro de los Empleados del Gobierno y la Judicatura. Este nombramiento transitorio se efectúa para atender una necesidad temporera, de emergencia, imprevista o de duración determinada y termina cuando desaparezca la necesidad que dió origen al mismo.

HOJA DE EVALUACIÓN DE COSTOS Y DISPONIBILIDAD DE FONDOS 2004-222 del 18 de agosto de 2003

4. Nombre del Empleado

   GARCIA        RODRIGUEZ        MARIA S.
   (Apellidos Paterno)  (Apellido Materno)  (Nombre)

   Si se trata de una mujer casada siga ese orden:
   (1) Apellido paterno seguido de la preposición "DE"
   (2) Apellido del esposo y (3) Nombre

5. Seguro Social:

6. Dirección del Empleado
   BO. LOS POLLOS PARCELAS NUEVAS
   HC-764 BUZON 6455, PATILLAS, PR  00723

7. Agencia, Negociado o División, Sección o Unidad y Pueblo
8. Departamento de la Familia, Administración de Desarrollo Socio Económico, **TANF**, Oficina Local Patillas

9. Titulo de Clasificación del Puesto Transitorio
   Técnica Asistencia Social y Familiar I

10. Número de Clase
    G-205-0

11. Número del Puesto
    37-627

12. Clase de Nombramiento:
    __X__ En puesto de duración fija      _____ En puesto permanente
    _____ Con funciones de carrera
    _____ Con funciones de confianza

13. Sueldo mensual        Diferencial
    $  1,071.00           $ 389.00

14. Duración del Nombramiento Transitorio
    De  18 DE AGOSTO DE 2003    Hasta  31-Dic-03

15. CERTIFICACIÓN DEL EMPLEADO
    Certifico que no he ocupado un puesto permanente o de duración fija con status transitorio en el Servicio Público durante el período de un (1) año anterior a la fecha de efectividad de este nombramiento. Certifico además, que estoy física y mentalmente capacitado para desempeñar las funciones del puesto en el que se me nombra; que no he sido destituido del servicio público; que no he incurrido en conducta deshonrosa; no he resultado convicto por delito grave ó por cualquier delito que implique depravación moral; y que no soy adicto al uso habitual y excesivo de sustancias controladas o bebidas alcohólicas. Declaro que esta información es exacta y verídica y que tengo conocimiento que de descubriese falsedad en la misma seré separado del puesto en el que me nombra.

    _María S. García Rodríguez_
    Firma del Empleado

16. Certificación de la Agencia:
    Certifico que el puesto número __37-627__ clasificado como __Técnico Asistencia Social y Familiar I__ en el cual se nombra a __María S. García Rodríguez__
    __X__ Atenderá funciones de naturaleza temporera de emergencia, imprevistas o de duración determinada.
    _____ Atenderá funciones permanentes o recurrentes mientras se crea el puesto permanente necesario.
    _____ Responde a las circunstancias enumeradas en la Sección 4.3 inciso 12 de la Ley Núm. 5 del 14 de octubre de 1975, enmendada.
    Especifique

17. _Nylsa B. Acosta de Colón_         Directora Regional         18 de agosto de 2003
    Firma de la Autoridad nominadora o su representante autorizado    Titulo    Fecha

18. JURAMENTO DE FIDELIDAD Y DE TOMA DE POSESION DEL CARGO O EMPLEO

    Yo, __María S. García Rodríguez__ Seguro Social Núm._____ de ____ Mayor ____ Casada
                                                                     (Edad)   (Soltero o Casado)
    __Técnica Asistencia Social y Familia I__ y vecino de __Patillas__ juro solemnemente que mantendré y defenderé la
    (Nombre del Cargo o Empleo)                    (Pueblo)
    Constitución de los Estados Unidos y la Constitución y las Leyes del Estado Libre Asociado de Puerto Rico contra todo enemigo interior o exterior; que prestaré fidelidad y adhesión a las mismas; y que asumo esta Obligación libre y sin reserva mental ni propósito de evadirla; y que desempeñaré bien y fielmente los deberes del cargo o empleo que estoy próximo a ejercer. Así me ayude Dios.

    18 de agosto de 2003
    Fecha                                           (Firma del Empleado o Funcionario)

    Declaración Jurada Núm. 12,559

    Suscrito y Jurado ante mí por María S. García Rod. _____ de las circunstancias antes expresadas, a quien doy fe conocer personalmente o de haber identificado mediante: Lic. 2152665 ss#s

    En Arroyo , Puerto Rico, hoy  18  de  Agosto  del año  2003

    Firma, Sello y Dirección del Notario Público del Funcionario



A QUIEN PUEDA INTERESAR

CERTIFICO que, **Maria S. Garcia Rodriguez**, Número de Seguro Social, trabaja para el **Departamento de la Familia** en la **Administración de Desarrollo Socio Económico (ADSEF) en la Local de Patillas.**

La señora **Garcia**, ofrece servicios como **TASF II**. Comenzó en la agencia el **18 de agosto de 2003.** La empleada devenga un salario bruto de **$1,853.00.** mensual.

Certifico hoy, **18 de febrero de 2020**, para los fines que crea pertinentes.

_____
**Nelson Rodríguez Rivera**
Oficial Administrativo II
Oficina Regional Guayama