TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| En el asunto de:<br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br>Como representante de<br>ESTADO LIBRE ASOCIADO DE PUERTO RICO y otros, deudores. | PROMESA,<br>Título III<br><br>Núm. 17 BK 3283-LTS<br><br>(Administrada conjuntamente)<br><br>La presente radicación guarda relación con el ELA, la ACT y el SRE. |

**NOTIFICACIÓN DE LA CENTÉSIMA TRIGÉSIMA SEGUNDA OBJECIÓN GLOBAL (NOSUSTANTIVA) DELESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE LAS REIVINDICACIONES SALARIALES, LABORALES O SERVICIOS PRESTADOS.**

La señora Valerie Rodríguez Rivera con domicilio en la Urbanización Villa Carolina 112-16 calle 78 Carolina, PR 00985. Número telefónico (787) 614-0198 y de email lola_rodrivera@yahoo.com hoy día 17 de febrero de 2020. Por la presente se le solicita al gobierno de Puerto Rico el pago adeudado, incluyendo intereses, por concepto de retiro de la ex empleada gubernamental Valerie Rodríguez Rivera número de reclamo 149512. Desde el año 2006 hasta el año 2017 he ocupado puestos como asistente de servicios al estudiante, maestra de salón Recurso y Técnico de asistencia social y familiar en los Departamentos de Educación y de la Familia respectivamente. En dichos puestos firmé el nombramiento entrando en un contrato donde de mi sueldo se sustrajo una cantidad de dinero destinado a mi retiro. Dicha cantidad de dinero fue retirada de mi sueldo por el tiempo ya mencionado. De ninguna manera, explícita o implícita, se me solicitó permiso para destinar mi retiro a otros fines que no fueran el pago del mismo. Todo el dinero que pertenece a esa cuenta surge de mi salario el cual fue devengado legalmente. Ese dinero, nunca se autorizó para utilizarse en otro fin que no fuera destinarlo a un sistema de retiro del cual soy elegible. Denuncio incumplimiento de contrato. El incumplimiento de dicho contrato es un factor detrimental a mi calidad de vida como futuro adulto retirado, ya que al día de hoy es el único plan de retiro al que tengo derecho. Es un abuso de la confianza que le deposité al sistema de retiro del Estado Libre Asociado de Puerto Rico. Repudio La alegada deuda que obliga a que se pagaría. con mi dinero a bonistas extranjeros. Dicha alegada deuda no le corresponde al pueblo de Puerto Rico, sino al gobierno de los Estados Unidos, en virtud de la ley Foraker y de la ley PROMESA. Esa alegada deuda se impone bajo un esquema colonial que el Derecho Internacional ha denominado crimen de lesa humanidad. Se adjunta evidencias de empleo y negativas de deudas en la administración de los sistemas de Retiro de los empleados del gobierno y la judicatura y el Departamento de Hacienda respectivamente.

Desglose de documentos

I. Certificación de Empleo de la Región Educativa de San Juan fechada el 22 de mayo de 2009
II. Certificación de del Departamento de Educación fechada el 19 de mayo de 2009
III. Notificación de Nombramiento y Juramento (OCAP-11) de l la Oficina Central de Administración de Personal fechada el 16 de diciembre de 2008
IV. Designación de Beneficiarios (ASR-CS-031) de la Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura
V. Certificación de Deuda (Modelo SC 6096) del Departamento de Hacienda fechado el 8 de junio del 2017
VI. Certificación de Préstamo Hipotecario y/o Experiencia de Pago (ASR-PR-203) de la Administración de los Sistemas de Retiro de los Empleados del Gobierno y de la Judicatura fechada al 7 de junio del 2017.
VII. Certificación Negativa de Deuda de Préstamos Personales, de Viajes Culturales o Pronto Pago Hogar (ASR-PR-100) de la Administración de los Sistemas de Retiro de lo s Empleados del Gobierno y de la Judicatura fechada al 7 de junio del 2017.
VIII. Estado de Cuenta Estimado de la Administración de los Sistemas de Retiro de lo s empleados del Gobierno y de la Judicatura fechada al 11 de mayo del 2017.

Hoy: 18 de febrero de 2020

_____
Valerie Rodríguez Rivera