Estado Libre Asociado de Puerto Rico
Departamento de Educación
**Región Educativa de San Juan**
**Oficina de Recursos Humanos - No Docente**
Ave. Barbosa Edificio Barreras 602 –3er piso
San Juan PR 00917

22 de mayo de 2009

A quien pueda interesar:

Certifico que el (la) **Sr.(a) Valerie Rodriguez Rivera** seguro social ocupó un puesto de Asistente de Servicios Especiales al Estudiante I - Irregular en la **Escuela Pedro Moczó** del Distrito Escolar **Carolina II** de la Región Educativa de San Juan.

El (la) señor(a) **Rodriguez** comenzó en nuestra agencia el **13 de noviembre de 2006** hasta el **26 de noviembre de 2007**. Devengó un salario $ 5.15 por hora 6 horas diarias, de lunes a viernes.

Para información adicional puede comunicarse al teléfono 787-777-8100 ext. 305, 224.

Certifico correcto,

Edgardo Rodriguez Rivera
Especialista en Recursos Humanos
Recursos Humanos No Docente
Región Educativa de San Juan

ERR/yfl

*Estado Libre Asociado de Puerto Rico*
*Departamento de Educación*
*Región Educativa de San Juan*
*Oficina de Recursos Humanos Docente*
*Ave. Barbosa, Edificio Barreras #602, 3er piso*
*San Juan, Puerto Rico 00917*

SELLO

---

**Ave. Barbosa Edif. Barreras 602 3er Piso San Juan, Puerto Rico 00917, Oficina de Recursos Humanos No Docente**
***Tel. (787) 777-8100 ext 222, 224 *Fax: (787) 767-1770**

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.



## DEPARTAMENTO DE EDUCACION
Estado Libre Asociado de Puerto Rico
Secretaría Auxiliar de Recursos Humanos

ATT: Departamento de la Familia

19 de mayo de 2009

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | VALERIE RODRIGUEZ RIVERA |
| Seguro Social | : | |
| Categoría | : | MAESTRO EDUC.ESPECIAL |
| Distrito Escolar | : | CAROLINA II |
| Sueldo Mensual | : | $1,600.00 |
| Status | : | TRANSITORIO PROVISIONAL |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | Efectivo el 30 de mayo de 2008 |
| Renunció | : | N/A |
| Otros | : | Prestó servicios para este Departamento por un período de siete (7) meses. |

Matilde Pedraza Deduc
Supervisora
División de Personal Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

OCAP-11
Rev. 9/87

5ta. COPIA

| 1. SIMBOLOS DE CONTABILIDAD | | | | | | |
|---|---|---|---|---|---|---|
| A.F. | Fondo | Agencia | Div. | Sub.Div. | Asig. | Objeto |
| | | | | | | |

Estado Libre Asociado de Puerto Rico
OFICINA CENTRAL DE ADMINISTRACION DE PERSONAL
Apartado 8476, Estación Fernández Juncos
Santurce, Puerto Rico 00910

**NOTIFICACION DE NOMBRAMIENTO Y JURAMENTO**

2. Certificación Número

3. Fecha de la Certificación

INSTRUCCIONES: Use este formulario para todo nombramiento en el Servicio de Carrera y en el Servicio de Confianza. Use un formulario para cada nombramiento. La Agencia utilizará este formulario para notificar la fecha en que el empleado comenzará a prestar servicios. Por consiguiente, no debe ser sometido antes de la persona empezar a trabajar. El apartado 20 "Juramento" deberá ser firmado por el empleado en el espacio provisto. Acompañe este documento con el Historial Personal.(OCAP-1), Examen Médico (OCAP-12), Certificación de Verificación de Requisitos (OCAP-29), Declaración Individual y Certificado de Nacimiento. Distribución: Original será retenido por la agencia, primera y segunda copia la O.C.A.P., tercera copia Departamento de Hacienda (Contaduría), cuarta copia Asociación de Empleados, quinta copia a Sistemas de Retiro, sexta copia al empleado.

CERTIFICACION DE ELEGIBLE 2008-182

4. Nombre del Empleado:
Rodríguez        Rivera,        Valerie
(Apellido Paterno) (Apellido Materno) (Nombre)

Si se trata de una mujer casada siga ese orden:
(1) Apellido paterno seguido de la preposición " DE"
(2) Apellido del esposo y (3) Nombre

5. Nombre según aparece en el Seguro Social
Valerie Rodríguez Rivera

6. Sexo  ☐ M  ☒ F

7. Número del Seguro Social

8. Dirección del empleado
Country Club JF-9 Calle 231, Carolina, PR 00984

9. Agencia, Negociado o División, Sección o Unidad y Pueblo
Departamento de la Familia
Región Carolina, Local Carolina II

10. Título de Clasificación del Puesto
TECNICO ASISTENCIA SOCIAL Y FAMILIAR I

11. Número de Clase
G-205-0

12. Número del Puesto
5771

13. Clase de nombramiento
☐ Regular   ☒ Probatorio   ☐ Transitorio
☐ En el Servicio de Confianza
(Indique disposición legal que incluye el puesto en el servicio de confianza)

14. Sueldo Mensual $ $1,071.00
Diferencial _____
Total $ $1,071.00

15. Fecha de efectividad del Nombramiento
16 DE DICIEMBRE DE 2008

16. Fecha en que expira el periodo probatorio o el nombramiento
15 DE AGOSTO DE 2009

17. Anterior Incumbente

18. Título de Clasificación del Puesto

19. Firma de la autoridad nombradora o su representante autorizado:
Rosa L. Muñoz Marzán        Directora Regional        16-DICIEMBRE-2008
Firma                         Título                    Fecha

20. **JURAMENTO DE FIDELIDAD Y DE TOMA DE POSESION DEL CARGO O EMPLEO**

Yo, Valerie Rodriquez Rivera SS. Núm. ___-__-____ de 24, soltera, TASF I, y
(Nombre del Funcionario o Empleado)  (Edad) (Soltero o Casado) (Nombre del cargo o empleo)

vecino de Carolina juro solemnemente que mantendré y defenderé la Constitución de los Estados Unidos y la Constitución y las Leyes del
(Pueblo)

Estado Libre Asociado de Puerto Rico contra todo enemigo interior o exterior; que prestaré fidelidad y adhesión a las mismas; y que asumo esta obligación libremente y sin reserva mental ni propósito de eludirla; y que desempeñaré bien y fielmente los deberes del cargo o empleo que estoy próximo a ejercer. Así me ayude Dios.

16-diciembre-2008
(Fecha)                                            (Firma del Empleado o Funcionario)

Declaración Jurada Núm. 516

Suscrito y jurado ante mí por Valerie Rodriquez Rivera, de las circunstancias antes
(Nombre)

expresadas, a quien doy fe de conocer personalmente o de haber identificado mediante licencia de conducir Número 0481557.

En San Juan, Puerto Rico, hoy 16 de diciembre del año 2008.

Firma, Sello y Dirección del Notario Público
o del Funcionario Autorizado que toma
el Juramento

**PARA USO EXCLUSIVO DE OCAP**

| 21. Recibido en OCAP: | 22. Nombramiento aprobado o registrado por: | 23. Fecha |
|---|---|---|
| | | |

J. 99-07-114-600 B-41-IGPR

ASR-CS-031
Rev.Sep.12


**RETIRO**
GOBIERNO DE PUERTO RICO

## DESIGNACIÓN DE BENEFICIARIOS

Leer la información al dorso antes de completar este formulario. Utilice letra de molde, maquinilla o computadora.

☐ Participante (Ley 447)    ☐ Participante (Ley 1)    ☑ Participante (Reforma 2000)    ☐ Pensionado

### Información del Participante o Pensionado

| Nombre e Inicial, Apellido Paterno y Materno | Número de Seguro Social | Correo Electrónico |
|---|---|---|
| Valerie Rodriguez Rivera |  | lda_rodrivera@yahoo.com |
| **Nombre de Agencia** (trabaja o trabajó) | **Fecha de Nacimiento** (día/mes/año) | **Teléfono** |
| ADSEF |  | (787) 614-0198 |

### Beneficiarios Designados

| Nombre y Apellidos del Beneficiario | Fecha de Nacimiento | Núm. de Seguro Social | Relación con el Declarante | Dirección Postal Actual | % del Beneficio |
|---|---|---|---|---|---|
| Endel Y. Rivera Rodriguez | 24-Mz-2012 |  | Hijo | Country Club Calle 231 JF-9 Carolina PR 00982 | 50% |
| Josean A. Rivera Rodriguez | 5 Dic-2005 |  | Hijo | Country Club Calle 231 JF-9 Carolina PR 00982 | 50% |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| **TOTAL** |  |  |  |  | **100%** |

Además, dispongo que si alguno de los beneficiarios aquí designados no me sobrevive, el beneficio correspondiente a este beneficiario fenecido se distribuya por partes iguales entre los demás beneficiarios.

_Firma del participante o pensionado_

21-Septiembre-2012
_Fecha (día/mes/año)_

Dirección Postal: Calle 231 JF-9 Country Club Carolina PR 00982.

En el caso de que el participante este incapacitado para firmar, utilice los siguientes encasillados para sus huellas digitales.

Pulgar Izquierdo    Pulgar derecho

**TESTIGOS** *"Ninguna persona que figure como beneficiario en esta designación podrá firmar como testigo".*
Certificamos que la firma o impresión de huellas digitales en este documento fueron realizadas en nuestra presencia.

1. Mayra I. Rivera Flores    _Firma del testigo_
Dirección Residencial: Bo Camuzos Km 9.8 Carr. 857 Carolina PR 00987

2. RAMONITA ROBLES SIERRA    _Firma del testigo_
Dirección Residencial: Urb Villa Fontana Park 5K5 Parque Borinquen CAROLINA PR 00983

Para uso exclusivo de la Administración de los Sistemas de Retiro

Conservación: Igual al expediente del cual forma parte.                    Página 1 de 2

ADMINISTRACIÓN DE LOS SISTEMAS DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO Y LA JUDICATURA
P.O. Box 42003 San Juan, PR 00940-2203 • Plaza Retiro, 437 Ave. Ponce de León Pda. 32 1/2, San Juan, PR 00917-3711
Tel. 787.777.1500 • www.retiro.pr.gov

```
MODELO              GOBIERNO DE PUERTO RICO       FECHA: 08-06-2017
SC 6096             DEPARTAMENTO DE HACIENDA        HORA : 11:59
17 MAY 10           AREA DE RENTAS INTERNAS         SEB1248

                      CERTIFICACION DE DEUDA

NUM. CUENTA: 002         /000 RODRIGUEZ RIVERA VALERIE
URB COUNTRY CLUB
JF9 CALLE 231
CAROLINA    PR 00982       *COMPUTOS HASTA: 08-06-2017
```

CERTIFICO QUE EL CONTRIBUYENTE ARRIBA DESCRITO
NO TIENE DEUDAS TASADAS POR CONCEPTO DE
CONTRIBUCION SOBRE INGRESOS, PATRONAL Y
ARBITRIOS AL DIA DE 08-06-2017 EN NUESTRO
SISTEMA PRITAS.

ESTA CERTIFICACION NO INCLUYE DEUDAS PENDIENTES POR TASAR O EN PROCESO DE
INVESTIGACION POR EL NEGOCIADO IMPOSITIVO A LA FECHA DE ESTA CERTIFICACION.

A D V E R T E N C I A :

FAVOR DE REVISAR ESTE DOCUMENTO EN DETALLE. SI USTED NO ESTA DE
ACUERDO CON ALGUNA DE LA INFORMACION AQUI PROVISTA DEBERA PRESENTAR
SU RECLAMACION JUNTO CON LOS DOCUMENTOS QUE EVIDENCIAN LA MISMA A
LAS DIRECCIONES QUE SE INDICAN EN LA HOJA ADJUNTA.

ESTA CERTIFICACION NO ES VALIDA SIN LA FIRMA AUTORIZADA Y EL SELLO
OFICIAL EN ORIGINAL DEL DEPARTAMENTO DE HACIENDA

---
SECRETARIO AUXILIAR DE RENTAS INTERNAS     FECHA      SELLO OFICIAL
O SU REPRESENTANTE AUTORIZADO

**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## Certificación de Préstamo Hipotecario y/o Experiencia de pago

Según nuestros sistemas de información certificamos los siguiente:

Nombre del cliente:     VALERIE RODRIGUEZ RIVERA
Número de seguro social: XXX-XX-3835

## No tiene Préstamo Hipotecario con ASR

El uso de esta certificación es para el uso de liquidación de licencias y otras gestiones entre el empleado público y/o Agencia. La información provista podrá estar sujeta a cambios como resultado de cualquier revisión que se determine necesaria. **No es un documento de cancelación de Préstamo Hipotecario**.

Atentamente,

_____
WANDA TAPIA
Representante Autorizado
Área de Préstamos

Fecha: 07 de junio de 2017



437 Ave. Ponce de León San Juan, P.R. 00917-3711 • PO Box 42003 San Juan, P.R. 00940-2203
787.777.1500 • 787.767.1108 • www.retiro.pr.gov

ASR-PR-100
Rev. Ene. 13



**CERTIFICACIÓN DE NEGATIVA DE DEUDA DE PRÉSTAMOS PERSONALES, DE VIAJES CULTURALES O PRONTO PAGO HOGAR**

La certificación que se presenta a continuación es basada en la información obtenida por nuestros sistemas computadorizados a la fecha de esta comunicación. No obstante, los balances pueden variar de acuerdo a las acumulaciones de intereses diarios y ajustes a los pagos mediante descuento de nóminas.

Nombre del Cliente:     Seguro Social:

VALERIE RODRIGUEZ RIVERA     XXX-XX-3835
CALLE 231 JF-9
URB. COUNTRY CLUB
CAROLINA, PR, 00982

**Nuestros sistemas de información no refleja deuda en este momento.**

Esta certificación fue realizada el 07 de junio de 2017 en San Juan, Puerto Rico.

WANDA TAPIA
Representante Autorizado
Área de Préstamos

Conservación: Igual al expediente del cual forma parte.



ESTADO LIBRE ASOCIADO DE
PUERTO RICO
Administración de los Sistemas de Retiro de los
Empleados del Gobierno y la Judicatura

# ESTADO DE CUENTA ESTIMADO

11 de mayo de 2017

**Agencia: 410 - ADMINISTRAC DESARROLLO SOCIAL ECONOMICO**

VALERIE RODRIGUEZ RIVERA　　　　　　　　　　　　　　　Seguro Social: XXX-XX-3835
CALLE 231 JF-9
URB. COUNTRY CLUB
CAROLINA, PR 00982

A base de la información en nuestros registros, al 11 de mayo de 2017 usted posee:

**Fecha de Nacimiento:**　　　　　　　　　　　　　　　**Género:** Femenino
**Fecha de Ingreso al Servicio Público:** 28 de noviembre de 2007
**Fecha de Comienzo de Cotización:** 28 de noviembre de 2007

| Ley R2000 al 30 de junio de 2013 | |
|---|---|
| Años Acreditados: | 4.06 |
| Aportaciones: | $5,242.55 |
| Intereses: | $47.50 |
| Gastos Teneduría: | ($27.99) |
| Total Aportaciones: | $5,290.05 |
| SNC Pagado: | $0.00 |
| SNC Tiempo: | 0.00 |
| Beneficio: | $0.00 |

| Ley 3 al 31 de diciembre de 2016 | |
|---|---|
| Años Acreditados: | 8.03 |
| Aportaciones: | $10,978.06 |
| Intereses: | $1,238.49 |
| Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $12,216.55 |
| Beneficio: | $0.00 |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Plaza Retiro, 437 Ave. Ponce de León, San Juan, PR 00917-3711
PO Box 42003, San Juan, PR 00940-2203
Tel: 787-754-4545
www.retiro.pr.gov

