# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

|  |  |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>Jointly Administered<br><br>**Re: Dkt. No. 9619** |

## JOINT STATEMENT OF DEFENDANTS IN THE UNDERWRITER LITIGATION REGARDING MOTIONS TO DISMISS OBJECTIONS TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN COMMONWEALTH GENERAL OBLIGATION BONDS AND PUBLIC BUILDINGS AUTHORITY BONDS

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority (Bankruptcy Case No. 19-05523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

To the Honorable United States District Court Judge Laura Taylor Swain:

Pursuant to this Court's order granting defendants in the adversary proceeding number 19-00280-LTS (the "<u>Underwriter Litigation</u>") the option of participating in motions to dismiss claim objections filed or asserted by holders of certain Commonwealth of Puerto Rico general obligation bonds and Public Buildings Authority bonds, "only if they raise issues unique or specialized to that party, or such additional brief otherwise raises an argument or issue not addressed in the briefs filed by the Identified Parties or Certain Interested Defendants," [Dkt. No. 9619] the Defendants[2] in the Underwriter Litigation state as follows:

1. The Defendants' position is that the bonds subject to the claim objections are valid and their issuance complied with the Puerto Rico Constitution and applicable law. The Defendants do not raise at this time any additional unique or specialized issues or arguments, but the Defendants reserve all rights to raise and prosecute such issues and arguments in any further proceedings relating to the claim objections, including but not limited to any proceedings with respect to any proposed resolution or settlement of the claim objections.

2. The Defendants reserve all rights, claims, and defenses applicable in these proceedings and the Underwriter Litigation, including but not limited to all arguments with respect to the validity and/or constitutionality of all bonds that are the subject of the complaint

---

[2] The defendants joining this statement consist of the following entities: Barclays Capital Inc.; BMO Capital Markets Citigroup Inc,, GKST Inc.; Goldman Sachs & Co. LLC; Jefferies LLC; J.P. Morgan Securities LLC; Merrill Lynch, Pierce, Fenner & Smith Inc. (successor to Banc of America Securities LLC) and Merrill Lynch Capital Services, Inc.; Mesirow Financial, Inc.; Morgan Stanley & Co LLC; RBC Capital Markets, LLC; Samuel A. Ramirez & Co., Inc.; Scotiabank de Puerto Rico; Santander Securities LLC and UBS Financial Services Inc. of Puerto Rico. The Complaint misidentifies various legal entities and incorrectly names as defendants other parties that were not involved in the underwritings or other matters implicated in the Complaint – including but not limited to BMO Capital Markets, Jefferies Group LLC, JPMorgan Chase & Co., BofA Securities and Scotia MSD. The incorrectly named parties, as well as the Defendants joining this Statement, reserve all rights and defenses relating to Plaintiffs' incorrect identifications in the Complaint, including but not limited to defenses based upon lack of personal jurisdiction.

filed in the Underwriter Litigation, as well as all defenses (including affirmative defenses) to any claims asserted in the Underwriter Litigation.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

Dated: February 19, 2020

| | |
|---|---|
| SALDAÑA, CARVAJAL & VÉLEZ-RIVÉ, P.S.C.<br><br>/s/ Luis N. Saldaña-Román<br>Luis N. Saldaña-Román<br>USDC-PR No. 208001<br>Ángel E. Rotger-Sabat<br>USDC-P.R. No. 208601<br>166 Avenida de la Constitución<br>San Juan, Puerto Rico 00901<br>Tel.: (787) 289-9250<br>Fax: (787) 289-9253<br>E-mail: lsaldana@scvrlaw.com<br>E-mail: arotger@scvrlaw.com<br><br>*Counsel to Morgan Stanley* | McCONNELL VALDÉS LLC<br><br>/s/ Roberto C. Quiñones-Rivera<br>Roberto C. Quiñones-Rivera, Esq.<br>USDC-PR No. 211512<br>270 Muñoz Rivera Avenue<br>Hato Rey, Puerto Rico 00918<br>Tel.: (787) 250-2631<br>Fax: (787) 759-9225<br>E-mail: rcq@mcvpr.com<br><br>*Counsel to Barclays Capital Inc., RBC Capital Markets, LLC, Scotiabank de Puerto Rico, Santander Securities LLC and UBS Financial Services Inc. of Puerto Rico* |
| SKADDEN, ARPS, SLATE, MEAGHER<br>   & FLOM LLP<br><br>/s/ Julie E. Cohen<br>Julie E. Cohen (*Pro Hac Vice*)<br>Four Times Square<br>New York, New York 10036-6522<br>Tel.: (212) 735-3000<br>Fax: (212) 735-2000<br>E-mail: julie.cohen@skadden.com<br><br>*Counsel to Morgan Stanley* | BOBONIS, BOBONIS & RODRIGUEZ POVENTUD<br><br>/s/ Enrique G. Figueroa-Llinás<br>Enrique G. Figueroa-Llinás<br>USDC-PR No. 201709<br>129 de Diego Ave.<br>San Juan, Puerto Rico 00911-1927<br>Tel.: (787) 725-7941<br>Fax: (787) 725-4245<br>E-mail: efl@bobonislaw.com<br><br>*Counsel to Merrill Lynch, Pierce, Fenner & Smith Inc. (successor to Banc of America Securities LLC) and Merrill Lynch Capital Services, Inc.* |
| ANTONETTI MONTALVO & RAMIREZ COLL<br><br>/s/ José L. Ramirez-Coll<br>José L. Ramirez-Coll<br>USDC-PR No. 221702<br>P.O. Box 13128<br>San Juan, Puerto Rico 00908<br>Tel.: (787) 977-0312<br>Fax: (787) 977-0323<br>E-mail: jramirez@amrclaw.com<br><br>-and- | GOODWIN PROCTER LLP<br><br>/s/ Charles A. Brown<br>Brian E. Pastuszenski (*Pro Hac Vice*)<br>Charles A. Brown (*Pro Hac Vice*)<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>Tel.: (212) 813-8800<br>Fax: (212) 355-3333<br>E-mail: BPastuszenski@goodwinlaw.com<br>E-mail: CBrown@goodwinlaw.com<br><br>*Counsel to Goldman Sachs & Co. LLC* |

4

| | |
|---|---|
| SIMPSON THACHER & BARTLETT LLP | /s/ *Ramon E. Dapena* |
| | Ramón E. Dapena |
| /s/ *Jonathan K. Youngwood* | USDC PR No. 125005 |
| Jonathan K. Youngwood (*Pro Hac Vice*) | MORELL, CARTAGENA & DAPENA LLC |
| David Elbaum (*Pro Hac Vice*) | PO Box 13399 |
| 425 Lexington Avenue | San Juan, PR 00908 |
| New York, NY 10017 | Tel.: 787.723.1233 |
| Tel.: (212) 455-2000 | Fax.: 787.723.8763 |
| Fax: (212) 455-2502 | Email: ramon.dapena@mbcdlaw.com |
| E-mail: jyoungwood@stblaw.com | *Co-Counsel to Goldman Sachs & Co. LLC* |
| E-mail: David.elbaum@stblaw.com | |
| | |
| *Counsel to J.P. Morgan Securities LLC* | |

| | |
|---|---|
| McGUIRE WOODS LLP | WINSTON & STRAWN LLP |
| | |
| /s/ *E. Andrew Southerling* | /s/ *Carrie V. Hardman* |
| E. Andrew Southerling (*Pro Hac Vice*) | Carrie V. Hardman (*Pro Hac Vice*) |
| 2001 K Street N.W., Suite 400 | 200 Park Avenue |
| Washington, DC 20006-1040 | New York, NY 10166 |
| Tel.: (202) 857-1700 | Tel.: (212) 294-6700 |
| Fax: (202) 857-1737 | Fax: (212) 294-4700 |
| E-mail: asoutherling@mcguirewoods.com | E-mail: chardman@winston.com |
| -and- | -and- |
| Aaron G. McCollough (*Pro Hac Vice*) | Joseph L. Motto (*Pro Hac Vice*) |
| 77 West Wacker Drive, Suite 4100 | 35 W. Wacker Drive |
| Chicago, IL 60601-1818 | Chicago, IL 60601 |
| Tel. : (312) 849-8256 | Tel.: (312) 558-5600 |
| Fax : (312) 698-4522 | Email: jmotto@winston.com |
| E-mail: amccollough@mcguirewoods.com | |
| | *Counsel to Merrill Lynch, Pierce, Fenner & Smith Inc. (successor to Banc of America Securities LLC) and Merrill Lynch Capital Services, Inc.* |
| *Counsel to Jefferies LLC and BMO Capital Markets GKST, Inc.* | |

| | |
|---|---|
| MURPHY & MCGONIGLE PC | CHAPMAN AND CUTLER LLP |
| | |
| /s/ *Cameron S. Matheson* | /s/ *James M. Heiser* |
| Andrew J. Melnick (*Pro Hac Vice*) | James M. Heiser (*Pro Hac Vice*) |
| Cameron S. Matheson (*Pro Hac Vice*) | 111 West Monroe Street |
| Daniel M. Payne (*Pro Hac Vice*) | Chicago, IL 60603-4080 |
| 1185 Avenue of the Americas | Tel.: (312) 845-3000 |
| Floor 21 | Fax: (312) 701-2361 |
| New York, NY 10036 | E-mail: heiser@chapman.com |
| Tel.: (212) 880-3580 | |
| E-mail: amelnick@mmlawus.com | - and – |
| E-mail: cmatheson@mmlawus.com | |
| E-mail: dpayne@mmlawus.com | |

*Counsel to Scotiabank de Puerto Rico*

KAYSER & REDFERN, LLP

/s/ *Leo Kayser III*
Leo Kayser III (*Pro Hac Vice*)
515 Madison Avenue
New York, NY 10022
Tel.: (212) 935-5057
E-mail: lkayser@515law.com

*Counsel to Samuel A. Ramirez & Co., Inc.*


SKADDEN, ARPS, SLATE, MEAGHER
   & FLOM LLP

/s/ *Paul J. Lockwood*
Paul J. Lockwood (*Pro Hac Vice*)
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
Tel.: (302) 651-3000
E-mail: paul.lockwood@skadden.com

*Counsel to UBS Financial Services Inc. of Puerto Rico*


CROWELL & MORING LLP

/s/ *Dan Zelenko*
Dan Zelenko (*Pro Hac Vice* pending)
Sarah Gilbert (*Pro Hac Vice* pending)
590 Madison Avenue, 20th Floor
New York, NY 10022
Tel: (212) 223-4000
Fax: (212) 223-4134
E-mail: dzelenko@crowell.com
E-mail: sgilbert@crowell.com

*Counsel to Santander Securities LLC*

GOODWIN PROCTER LLP

/s/ *Meghan K. Spillane*
Marshall H. Fishman (*Pro Hac Vice*)
Meghan K. Spillane (*Pro Hac Vice*)
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel.: (212) 813-8800
E-mail: MFishman@goodwinlaw.com
E-mail: MSpillane@goodwinlaw.com

*Counsel to Citigroup Inc.*


Ramón Coto-Ojeda
Ramón Coto-Ojeda (USDC-PR No. 202006)
Arianna Shokooh-Fermaintt (USDC-PR No. 301406)
MCS Plaza, Suite 800
255 Ponce de León Avenue
San Juan, Puerto Rico 00917
PO Box 71449
San Juan, PR 00936-8549
Telephone: (787) 756-9640
Facsimile: (787) 756-9641
E-mail: rco@crlawpr.com
E-mail: asf@crlawpr.com

*Counsel to Mesirow Financial, Inc.*


McCONNELL VALDÉS LLC

/s/ *Antonio A. Arias-Larcada*
Antonio A. Arias-Larcada, Esq.
USDC-PR Bar No. 204906
270 Muñoz Rivera Avenue
Hato Rey, Puerto Rico 00918
Tel.: (787) 250-5064
Fax: (787) 759-9225
E-mail: aaa@mcvpr.com

*Counsel to Samuel A. Ramirez & Co., Inc.*


NAVARRO-CABRER LAW OFFICES

/s/ *Nilda M. Navarro-Cabrer*
Nilda M. Navarro-Cabrer
USDC-PR Bar No. 201212
El Centro I, Suite 206
500 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918
Tel.: (787) 764-9595
Fax: (787) 764-7575
E-mail: navarro@navarrolawpr.com

*Counsel to Jefferies LLC and BMO Capital Markets GKST, Inc.*