# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>Jointly Administered<br><br>Re: Dkt. No. 10756 |

## JOINT STATEMENT OF ADVERSARY DEFENDANTS
## REGARDING PROPOSED FURTHER EXTENSION OF GLOBAL STAY

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority (Bankruptcy Case No. 19-05523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

To the Honorable United States District Court Judge Laura Taylor Swain:

In response to the Amended Report and Recommendation of the Mediation Team [Dkt. No. 10756] (the "Report"), the Adversary Defendants[2] named in the adversary proceeding number 19-00280-LTS (the "Underwriter Litigation"), respectfully object to the Report's recommendation that the Underwriter Litigation remain entirely stayed pending confirmation of a plan of adjustment, and state as follows:

1. On July 16, 2019, the Adversary Defendants filed an opposition to the FOMB's request for a stay of the Underwriter Litigation pending confirmation of a plan of adjustment.[3] By this statement, and for the reasons already outlined in the Stay Opposition, the Adversary Defendants object to the continued delay of briefing and adjudication of their anticipated motions to dismiss, which will raise case dispositive legal issues related to the Underwriter Litigation.

2. On December 27, 2019, the Adversary Defendants reiterated their objection [Dkt. No. 9657] to the global stay as applied to the Underwriter Litigation in response to this Court's

---

[2] The Adversary Defendants consist of the following entities: Barclays Capital Inc.; BMO Capital Markets, Citigroup Inc., GKST Inc.; Goldman Sachs & Co. LLC; Jefferies LLC; J.P. Morgan Securities LLC; Merrill Lynch, Pierce, Fenner & Smith Inc. (successor to Banc of America Securities LLC) and Merrill Lynch Capital Services, Inc.; Mesirow Financial, Inc.; Morgan Stanley & Co LLC; RBC Capital Markets, LLC; Samuel A. Ramirez & Co., Inc.; Scotiabank de Puerto Rico; Santander Securities LLC and UBS Financial Services Inc. of Puerto Rico. The Complaint misidentifies various legal entities and incorrectly names as defendants other parties that were not involved in the underwritings or other matters implicated in the Complaint – including but not limited to BMO Capital Markets, Jefferies Group LLC, JPMorgan Chase & Co., BofA Securities and Scotia MSD. The incorrectly named parties, as well as the Adversary Defendants joining this Statement, reserve all rights and defenses relating to Plaintiffs' incorrect identifications in the Complaint, including but not limited to defenses based upon lack of personal jurisdiction.

[3] *See* Reply to Objection of the Official Committee of Unsecured Creditors to Joint Motion of Certain Adversary Defendants Seeking Entry of an Order Authorizing Participation in Determination of Constitutional Validity of Challenged Bonds and Opposition to Urgent Motion for Stay of Adversary Proceeding Supplemental to Pending Motion to Stay GO Bond Proceedings Pending Confirmation of Commonwealth Plan of Adjustment (Dkt. No. 8028, the "Stay Opposition").

2

Order Partially Amending Order Addressing the Filing of an Amended Report by the Mediation Team and Extending Stay Period.

3. The Adversary Defendants now object to the Report's recommendation that the global stay apply fully to the Underwriter Litigation through confirmation of a plan of adjustment. As further articulated in the Stay Opposition, there are substantial, independent legal issues that may be dispositive of the claims in the Underwriter Litigation, or at the very least may serve to truncate significantly the scope of the issues that this Court will be required to adjudicate. (*See* Stay Opp. ¶¶ 15-17.) The Adversary Defendants restate their request that their anticipated motions to dismiss be removed from the global stay and this Court set a schedule for briefing those motions.

4. The Adversary Defendants expressly reserve all rights, claims, and defenses in these proceedings and the Underwriter Litigation, including but not limited to the right to submit additional or supplemental objections at the appropriate time.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

Dated: February 19, 2020

| | |
|---|---|
| SALDAÑA, CARVAJAL & VÉLEZ-RIVÉ, P.S.C. | McCONNELL VALDÉS LLC |

/s/ Luis Saldana-Roman
Luis N. Saldaña-Román
USDC-PR No. 208001
Ángel E. Rotger-Sabat
USDC-P.R. No. 208601
166 Avenida de la Constitución
San Juan, Puerto Rico 00901
Tel.: (787) 289-9250
Fax: (787) 289-9253
E-mail: lsaldana@scvrlaw.com
E-mail: arotger@scvrlaw.com

*Counsel to Morgan Stanley*

/s/ Roberto C. Quiñones-Rivera
Roberto C. Quiñones-Rivera, Esq.
USDC-PR No. 211512
270 Muñoz Rivera Avenue
Hato Rey, Puerto Rico 00918
Tel.: (787) 250-2631
Fax: (787) 759-9225
E-mail: rcq@mcvpr.com

*Counsel to Barclays Capital Inc., RBC Capital Markets, LLC, Scotiabank de Puerto Rico, Santander Securities LLC and UBS Financial Services Inc. of Puerto Rico*

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

/s/ Julie E. Cohen
Julie E. Cohen (*Pro Hac Vice*)
Four Times Square
New York, New York 10036-6522
Tel.: (212) 735-3000
Fax: (212) 735-2000
E-mail: julie.cohen@skadden.com

*Counsel to Morgan Stanley*

BOBONIS, BOBONIS & RODRIGUEZ POVENTUD

/s/ Enrique G. Figueroa-Llinas
Enrique G. Figueroa-Llinás
USDC-PR No. 201709
129 de Diego Ave.
San Juan, Puerto Rico 00911-1927
Tel.: (787) 725-7941
Fax: (787) 725-4245
E-mail: efl@bobonislaw.com

*Counsel to Merrill Lynch, Pierce, Fenner & Smith Inc. (successor to Banc of America Securities LLC) and Merrill Lynch Capital Services, Inc.*

ANTONETTI MONTALVO & RAMIREZ COLL

/s/ José L. Ramirez-Coll
José L. Ramirez-Coll
USDC-PR No. 221702
P.O. Box 13128
San Juan, Puerto Rico 00908
Tel.: (787) 977-0312
Fax: (787) 977-0323
E-mail: jramirez@amrclaw.com

-and-

GOODWIN PROCTER LLP

/s/ Brian E. Pastuszenski
Brian E. Pastuszenski (*Pro Hac Vice*)
Charles A. Brown (*Pro Hac Vice*)
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel.: (212) 813-8800
Fax: (212) 355-3333
E-mail: BPastuszenski@goodwinlaw.com
E-mail: CBrown@goodwinlaw.com

*Counsel to Goldman Sachs & Co. LLC*

4

SIMPSON THACHER & BARTLETT LLP

/s/ Jonathan K. Youngwood
Jonathan K. Youngwood (*Pro Hac Vice*)
David Elbaum (*Pro Hac Vice*)
425 Lexington Avenue
New York, NY 10017
Tel.: (212) 455-2000
Fax: (212) 455-2502
E-mail: jyoungwood@stblaw.com
E-mail: David.elbaum@stblaw.com

*Counsel to J.P. Morgan Securities LLC*

/s/ Ramon E. Dapena
Ramón E. Dapena
USDC PR No. 125005
MORELL, CARTAGENA & DAPENA LLC
PO Box 13399
San Juan, PR 00908
Tel.: 787.723.1233
Fax.: 787.723.8763
Email: ramon.dapena@mbcdlaw.com
*Co-Counsel to Goldman Sachs & Co. LLC*

McGUIRE WOODS LLP

/s/ E. Andrew Southerling
E. Andrew Southerling (*Pro Hac Vice*)
2001 K Street N.W., Suite 400
Washington, DC 20006-1040
Tel.: (202) 857-1700
Fax: (202) 857-1737
E-mail: asoutherling@mcguirewoods.com

    -and-

Aaron G. McCollough (*Pro Hac Vice*)
77 West Wacker Drive, Suite 4100
Chicago, IL 60601-1818
Tel. : (312) 849-8256
Fax : (312) 698-4522
E-mail: amccollough@mcguirewoods.com

*Counsel to Jefferies LLC and BMO Capital Markets GKST, Inc.*

FRIEDMAN KAPLAN SEILER & ADELMAN LLP

s/ Anne E. Beaumont
Eric Seiler (admitted *Pro Hac Vice*)
Anne E. Beaumont (admitted *Pro Hac Vice*)
Danielle E. Tepper (admitted *Pro Hac Vice*)
7 Times Square
New York, NY 10036
Telephone: (212) 833-1100
E-mail: eseiler@fklaw.com
E-mail: abeaumont@fklaw.com
E-mail: dtepper@fklaw.com

ANDREW JIMENEZ LLC

s/ Andrew Jiménez-Cancel
Andrew Jiménez-Cancel
USDC-PR # 226510
P.O. Box 9023654
San Juan, PR 00902-3654
Telephone: (787) 638-4778
E-mail: ajimenez@ajlawoffices.com

*Counsel for Sidley Austin LLP*

WINSTON & STRAWN LLP

/s/ Carrie V. Hardman
Carrie V. Hardman (*Pro Hac Vice*)
200 Park Avenue
New York, NY 10166
Tel.: (212) 294-6700
Fax: (212) 294-4700
E-mail: chardman@winston.com

    -and-

Joseph L. Motto (*Pro Hac Vice*)
35 W. Wacker Drive
Chicago, IL 60601
Tel.: (312) 558-5600
Email: jmotto@winston.com

*Counsel to Merrill Lynch, Pierce, Fenner & Smith Inc. (successor to Banc of America Securities LLC) and Merrill Lynch Capital Services, Inc.*

<div style="display: flex;">

<div>

MURPHY & MCGONIGLE PC

/s/ Andrew J. Melnick
Andrew J. Melnick (*Pro Hac Vice*)
Cameron S. Matheson (*Pro Hac Vice*)
Daniel M. Payne (*Pro Hac Vice*)
1185 Avenue of the Americas
Floor 21
New York, NY 10036
Tel.: (212) 880-3580
E-mail: amelnick@mmlawus.com
E-mail: cmatheson@mmlawus.com
E-mail: dpayne@mmlawus.com

*Counsel to Scotiabank de Puerto Rico*

KAYSER & REDFERN, LLP

/s/ Leo Kayser III
Leo Kayser III (*Pro Hac Vice*)
515 Madison Avenue
New York, NY 10022
Tel.: (212) 935-5057
E-mail: lkayser@515law.com

*Counsel to Samuel A. Ramirez & Co., Inc.*

SKADDEN, ARPS, SLATE, MEAGHER
   & FLOM LLP

/s/ Paul J. Lockwood
Paul J. Lockwood (*Pro Hac Vice*)
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
Tel.: (302) 651-3000
Fax: (302) 651-3001
E-mail: paul.lockwood@skadden.com

*Counsel to UBS Financial Services Inc. of Puerto Rico*

</div>

<div>

CHAPMAN AND CUTLER LLP

/s/ James M. Heiser
James M. Heiser (*Pro Hac Vice*)
111 West Monroe Street
Chicago, IL 60603-4080
Tel.: (312) 845-3000
Fax: (312) 701-2361
E-mail: heiser@chapman.com

Ramón Coto-Ojeda
Ramón Coto-Ojeda (USDC-PR No. 202006)
Arianna Shokooh-Fermaintt (USDC-PR No. 301406)
MCS Plaza, Suite 800
255 Ponce de León Avenue
San Juan, Puerto Rico 00917
PO Box 71449
San Juan, PR 00936-8549
Telephone: (787) 756-9640
Facsimile: (787) 756-9641
E-mail: rco@crlawpr.com
E-mail: asf@crlawpr.com

*Counsel to Mesirow Financial, Inc.*

McCONNELL VALDÉS LLC

/s/ Anonio A. Arias-Larcada
Antonio A. Arias-Larcada, Esq.
USDC-PR Bar No. 204906
270 Muñoz Rivera Avenue
Hato Rey, Puerto Rico 00918
Tel.: (787) 250-5064
Fax: (787) 759-9225
E-mail: aaa@mcvpr.com

*Counsel to Samuel A. Ramirez & Co., Inc.*

</div>

</div>

6

CROWELL & MORING LLP

/s/ Dan Zelenko
Dan Zelenko (*Pro Hac Vice* pending)
Sarah Gilbert (*Pro Hac Vice* pending)
590 Madison Avenue, 20th Floor
New York, NY 10022
Tel: (212) 223-4000
Fax: (212) 223-4134
E-mail: dzelenko@crowell.com
E-mail: sgilbert@crowell.com

*Counsel to Santander Securities LLC*

NAVARRO-CABRER LAW OFFICES

/s/ Nilda M. Navarro-Cabrer
Nilda M. Navarro-Cabrer
USDC-PR Bar No. 201212
El Centro I, Suite 206
500 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918
Tel.: (787) 764-9595
Fax: (787) 764-7575
E-mail: navarro@navarrolawpr.com

*Counsel to Jefferies LLC and BMO Capital Markets GKST, Inc.*

GOODWIN PROCTER LLP

/s/ Meghan K. Spillane
Marshall H. Fishman (*Pro Hac Vice*)
Meghan K. Spillane (*Pro Hac Vice*)
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel.: (212) 813-8800
Fax: (212) 355-3333
E-mail: MFishman@goodwinlaw.com
E-mail: MSpillane@goodwinlaw.com

*Counsel to Citigroup Inc.*