TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

| En el asunto de: | PROMESA, |
| --- | --- |
| JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, Como representante de ESTADO LIBRE ASOCIADO DE PUERTO RICO y otros, deudores. | Título III |
| | Núm. 17 BK 3283-LTS |
| | (Administrada conjuntamente) |
| | La presente radicación guarda relación con el ELA, la ACT y el SRE. |

RECEIVED AND FILED
2020 FEB 18 PM 2:55
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

NOTIFICACIÓN DE LA CENTÉSIMA TRIGÉSIMA SEGUNDA OBJECIÓN GLOBAL (NOSUSTANTIVA) DELESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE LAS REIVINDICACIONES SALARIALES, LABORALES O SERVICIOS PRESTADOS.

La señora Isidora Rivera Jiménez con domicilio enla Urbanización Country club JF-9 calle 231 Carolina, PR 00982 número telefónico (939) 428-4981 y de email rIsidora421@gmail.com hoy día 17 de febrero de 2020. Por la presente le solicita al gobierno de Puerto Rico el pago adeudado por concepto de retiro de la ex empleada gubernamental Isidora Rivera Jiménez número de reclamo 145357. Desde el año 1976 hasta el 1981 y desde el año 2000 hasta el año 2016 he ocupado puestos como Oficinista II Y asistente de servicios al estudiante en los Departamentos dela Familia Y de Educación respectivamente. En dichos puestos firmé el nombramiento entrando en un contrato donde de mi sueldo se retiró una cantidad de dinero destinado a mi retiro. Dicha cantidad de dinero fue retirada de mi sueldo por el tiempo ya mencionado. De ninguna manera explícita o implícita se me solicitó permiso para destinar mi retiro a otros fines que no fueren al pago del mismo. Todo el dinero que pertenece a esa cuenta pertenece a mi salario el cual fue devengado legalmente. Ese dinero nunca se autorizó para utilizarse en otro fin que no fuera destinarlo a un sistema de retiro del cual soy elegible ya que no tengo ningún tipo de deuda con el sistema. Repudio La alegada deuda que obliga a que se pagaría. con mi dinero. a bonistas extranjeros. Dicha alegada deuda no le corresponde al pueblo de Puerto Rico, sino al gobierno de los Estados Unidos, en virtud de la ley Foraker y de la ley PROMESA. Esa alegada deuda se impone bajo un esquema colonial que el Derecho Internacional ha denominado crimen de lesa humanidad. Se adjunta evidencias de empleo y otros documentos pertinentes a el caso.

Desglose de documentos

I. Certificación Relacionada con Interrupciones en el Servicio (ASR-PA-005) de la Administración de los Sistemas de Retiro de lo s Empleados del Gobierno y de la Judicatura fechada al 14 de septiembre del 2016.
II. Hoja de Servicio (ASR-PA-004) de la Administración de los Sistemas de Retiro de los Empleados del Gobierno y de la Judicatura fechada al 15 de septiembre de 2016.
III. Certificación de Fecha de Antigüedad en la Agencia de el Departamento de Educación fecha al22 de abril de2009.
IV. Notificación de Nombramiento y Juramento (modelo OP-11) de de la Administración de los Sistemas de Retiro de los Empleados del Gobierno y de la Judicatura fechada al 16 de junio de1976.

Hoy: 18 de febrero de 2020

*Isidora Rivera Jiménez*
Isidora Rivera Jiménez

1