**RETIRO**
ESTADO LIBRE ASOCIADO DE PUERTO RICO

DEPARTAMENTO DE LA FAMILIA
SECRETARIA AUXILIAR DE RECURSOS HUMANOS
Y RELACIONES LABORALES
SEP 15 2016

## HOJA DE SERVICIO

### SECCIÓN I. DATOS RELACIONADO CON EL PARTICIPANTE

RIVERA JIMENEZ, ISIDORA

1. Apellido Paterno, Materno, Nombre e Inicial
2. Núm. Seguro Social
3. Fecha de Nacimiento

4. Sistema de Retiro al que pertenece:
- ◯ **Retiro Definido (Ley Núm. 447)**
  Tipo de Plan Acogido  ☐ Completa Suplementación  ☑ Coordinado
- ◯ **Programa de Cuentas de Ahorro para el Retiro (Ley Núm. 305)**
  1. Aportación al Programa  ☐ 8.275%  ☐ 9.0%  ☐ 9.50%  ☐ 10.00%
  2. Alternativa de Inversión  ☐ Ingreso Fijo  ☐ Cartera de Inversión del Sistema
                               ☐ Combinación  Ingreso Fijo ___ Porciento  Cartera ___ Porciento

3. Fecha del Primer Descuento Retiro  JUNIO-1976
4. Fecha del Último Descuento ___

### SECCIÓN II. DATOS RELACIONADOS CON LA AGENCIA EN QUE PRESTÓ SERVICIOS

DEPARTAMENTO DE LA FAMILIA  DIVISION DE SERVICIOS AL EMPLEADO 00122

5. Nombre de la Agencia
6. Código

7. Dirección Postal
APARTADO 11398
SAN JUAN PR 00910-1398

8. Dirección Física
AV. BARBOSA 306
HATO REY PR

9. Núm. de Teléfono  294-4900
10. Núm. de Fax
11. E-mail

### SECCIÓN III. DETALLE DE LOS SERVICIOS PRESTADOS

| 12. Clasificación del Puesto | 13. Estatus del Empleado | 14. Periodos de Servicio Desde Día/Mes/Año | 14. Periodos de Servicio Hasta Día/Mes/Año | 15. Sueldo Mensual | 16. Sueldo Diferencial | 17. Horas Trabajadas | 18. Salario por Hora | 19. Total Sueldos Devengados | 20. Aportación Mensual Retiro |
|---|---|---|---|---|---|---|---|---|---|
| Nombramiento Efectivo al 16 de Junio de 1976 | | | | | | | | | |
| Oficinista II | Regular | 16/06/76 | 30/06/77 | 360.00 | | | | 4,500.00 | 202.50 |
| Oficinista II | Regular | 01/07/77 | 31/03/79 | 390.00 | | | | 8,190.00 | 368.55 |
| Licencia Sin Sueldo efectiva desde el 1 de abril de 1979 | | | | | | | | | |
| Reinstalación efectiva al 24 de Mayo de 1979 | | | | | | | | | |
| Oficinista II | Regular | 24/05/79 | 30/09/79 | 390.00 | | | | 1,860.00 | 83.70 |
| Oficinista II | Regular | 1/10/79 | 30/06/80 | 432.00 | | | | 3,888.00 | 174.96 |
| Oficinista II | Regular | 01/07/80 | 24/08/81 | 457.00 | | | | 6,292.55 | 283.16 |
| Licencia Sin Sueldo efectiva desde el 25 de Agosto de 1981 | | | | | | | | | |
| Reinstalación efectiva al 6 de octubre de 1981 | | | | | | | | | |
| Oficinista II | Regular | 06/10/81 | 13/11/81 | $ 457.00 | | | | $ 622.23 | $ 28.00 |

21. Observaciones  Renucia Efectiva al 13 de Noviembre de 1981. Empleado acogido al Plan Coordinado 4.5% de Retiro

### SECCIÓN IV. CERTIFICACIÓN

22. CERTIFICO que la información aquí provista es cierta y correcta.

LEILA DOMINGUEZ SANCHEZ
Nombre del Director de Recursos Humanos o su Representante Autorizado

*Firma*

DIRECTORA DIV. DE PAGOS
Puesto que Ocupa

SEP 1 5 2016
Fecha (Día/Mes/Año)

Conservación: Igual al expediente del cual forma parte.

Página ___ de ___

ASR-PA-005
Rev. Ene. 13

# RETIRO

## CERTIFICACIÓN RELACIONADA CON INTERRUPCIONES EN EL SERVICIO

☐ Retiro Definido (Ley 447)　　　　☐ Programa de Cuentas de Ahorro para el Retiro (Ley 305)

**CERTIFICO** que ___Isadora___ _____ ___Rivera___ ___Jimenez___
　　　　　　　　　　Nombre　　　Inicial　Apellido Paterno　Apellido Materno

_____, ☑ tuvo ☐ no tuvo interrupciones en el servicio que prestó a _____
Núm. Seguro Social

___Departamento de la Familia -Secretariado___.
Agencia - Municipio - Corporación Pública

A continuación el detalle de las mismas:

| TIPO DE INTERRUPCIÓN | DESDE<br>*Día/Mes/Año* | HASTA<br>*Día/Mes/Año* |
|---|---|---|
| ☑ Licencia sin sueldo |  |  |
|  | 1-Apr-79 | 24-May-79 |
|  | 25-Aug-81 | 6-Oct-81 |
|  |  |  |
|  |  |  |
| ☐ Participación en huelga (s) |  |  |
|  | n/a |  |
|  |  |  |
|  |  |  |
| ☐ Suspensión de empleo y sueldo |  |  |
|  | n/a |  |
|  |  |  |
|  |  |  |

Dada en ___San Juan___, P.R., hoy __14__ de __septiembre__ de __2016__.

___Lourdes M. Soto Meléndez___　　_[Firma]_　　Analista de Rec. Hum. III
Nombre Director Recursos Humanos　　　Firma　　　Puesto que Ocupa
o su Representante Autorizado

Conservación: Igual al expediente del cual forma parte.

Modelo OP-11
Rev. 12 Feb. 70

| 1. SIMBOLOS DE CONTABILIDAD ||||||| ESTADO LIBRE ASOCIADO DE PUERTO RICO OFICINA DE PERSONAL SAN JUAN, PUERTO RICO **NOTIFICACION DE NOMBRAMIENTO Y JURAMENTO** | 2. Cert. Núm. |
| A. F. | Fondo | Agencia | Div. | Sub. Div. | Asig. | Objeto || 3. Autorización Núm. |
| 75 | 111 | 77 | 11 | | 81 | 111 || 4. Fecha: |

INSTRUCCIONES: Use este formulario para informar todo nombramiento en el Servicio por Oposición y en el Servicio sin Oposición. Use un formulario para cada nombramiento. La Agencia utilizará este formulario para notificar la fecha en que el empleado comenzará a prestar servicios. Por consiguiente, no debe ser sometido antes de la persona empezar a trabajar. El apartado 16 "Juramento" deberá ser firmado por el empleado en el espacio provisto. Si la persona nombrada no tiene el Historial Personal (Formulario OP-1) radicado en la Oficina de Personal, dicho formulario deberá ser sometido conjuntamente con esta Notificación de Nombramiento. Además, este formulario deberá venir acompañado del Examen Médico (Formulario OP-12) y del acta de nacimiento de la persona nombrada. Prepare cuatro copias de este formulario y someta tres a la Oficina de Personal con los documentos estipulados. Para nombramiento de emergencia no se requiere Historial Personal, Examen Médico ni acta de nacimiento. La cuarta copia es para sus archivos.

5. Nombre del Empleado:
**Rivera     Jiménez     Isidora**
(Apellido Paterno) (Apellido Materno) (Nombre)

Si se trata de una mujer casada siga este orden:
(1) Apellido paterno seguido de la preposición "DE"
(2) Apellido del esposo y (3) Nombre

6. Dirección:
**Condominio de Francia
Apto. 408
Hato Rey, Puerto Rico**

7. Agencia, Negociado o División, Sección o Unidad:
**Depto. Servicios Sociales
Programa Cupones de Alimentos     Río Piedras I**

8. Título de Clasificación:   Símbolo   Puesto Núm.
**Oficinista II              3714**

9. Sexo:  ☐ Varón  ☒ Mujer

10. Clase de nombramiento: **Exento: Resolución Conjunta #5 del 26 de marzo de 1974.**
☐ Probatorio  ☐ Transitorio  ☐ Provisional  ☐ De Emergencia Núm._____

☐ En el Servicio sin Oposición.............
(INDIQUE LA DISPOSICION LEGAL QUE INCLUYE EL PUESTO EN ESTE SERVICIO)

11. Fecha de efectividad de Nombramiento:
**16 de junio de 1976**

12. Fecha en que expira el nombramiento si es transitorio o de emergencia

13. Sueldo Mensual: $ **360.00**
Obvenciones
**Retiro: 4 1/2%**

14. Anterior Incumbente:          Título de clasificación del puesto:

15. Firma de la autoridad nominadora o su representante autorizado:
Firma: **Iris M. Figueroa**   Título: **Jefe Nomb. y Cambios**   Fecha: **12/junio/76**

16. **JURAMENTO DE FIDELIDAD Y DE TOMA DE POSESION DEL CARGO O EMPLEO**

Yo, **Isidora Rivera Jiménez** , de **Mayor** **Oficinista II**
(Nombre del Funcionario o Empleado) (Edad) (Nombre del cargo o empleo)

juro solemnemente que mantendré y defenderé la Constitución de los Estados Unidos y la Constitución y las Leyes del Estado Libre Asociado de Puerto Rico contra todo enemigo interior o exterior; que prestaré fidelidad y adhesión a las mismas; y que asumo esta obligación libremente y sin reserva mental ni propósito de evadirla; y que desempeñaré bien y fielmente los deberes del cargo o empleo que estoy próximo a ejercer. Así me ayude Dios.

**por Isidora Rivera Jiménez**
(Funcionario o Empleado)

Jurado y firmado ante mí
en y para **Juramento de Fidelidad** hoy día **16** de **junio** del año **1976**
AFFIDAVIT NUM. **-982-**
(Funcionario que toma el juramento)

NO ESCRIBA DEBAJO DE ESTA LINEA

OFICINA DE PERSONAL

17. Nombramiento aprobado por:
Fecha:

18. Tarjeta:
Perforada:       Por:
Verificada:      Por:

19. Núm. asignado al empleado   Núm. Historial Personal

CONTADURIA

20. Intervención:

21. Tarjeta Perforada:
Por:
Verificada:
Por:

8106100
8110066480

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**DEPARTAMENTO DE EDUCACIÓN**

Región – Distrito: San Juan Carolina I
Escuela: Int. Petra Roman Vigo



Luis G. Fortuño
Gobernador

Carlos Chardón
Secretario

22 de abril de 2009

A: RIVERA JIMENEZ, ISIDORA

### CERTIFICACIÓN DE FECHA DE ANTIGÜEDAD EN LA AGENCIA

Surge de los récords de esta Agencia que RIVERA JIMENEZ, ISIDORA cuyo número de empleado es 129373, y que ocupa el puesto *ASISTENTE DE SERV. ESP. A ESTUDIANTE I*, tiene una fecha de ingreso al servicio público de *9/9/2004* con una antigüedad total de *8* años *7* meses *1* días (la antigüedad total será la suma de todos los períodos trabajados en el servicio público según lo establecido en la Ley Núm. 7 de 9 de marzo de 2009 y la Carta Circular 2009-02 emitida por la Junta de Reestructuración y Estabilización Fiscal el 3 de abril de 2009)

En la eventualidad de que usted no esté de acuerdo con la antigüedad certificada, tiene derecho a presentar en la Oficina de Recursos Humanos de la Agencia un Formulario de Impugnación de Fecha de Antigüedad Notificada mediante la cual acompañará aquella evidencia documental oficial emitida por la autoridad o entidad gubernamental competente ("evidencia documental fehaciente") que sostenga su posición. Asimismo, tendrá derecho a exponer y fundamentar en dicho Formulario su versión en torno a la antigüedad alegada.

El término para que someta el Formulario de Impugnación de Fecha de Antigüedad y la evidencia documental oficial es de treinta (30) días calendario, a partir de la notificación de la presente. La fecha de notificación es la de la entrega, o de la fecha de envío por correo certificado con acuse de recibo de esta Certificación, según sea el caso.

De no presentar evidencia documental fehaciente, o no refutar dentro del término de treinta (30) días, la antigüedad aquí notificada, ésta será concluyente.

En caso de que presente, dentro del término de treinta (30) días el Formulario con evidencia fehaciente que controvierta la antigüedad notificada, la Agencia no tomará determinación final sobre la antigüedad sin antes darle oportunidad de tener una vista previa.

Atentamente,

*[firma]*

Carlos Chardón
Secretario