## HOJA DE TRÁMITE

**ASUNTO: Entrega de Documentos**   2020 FEB 18   AM 9: 50

**NOMBRE** _Luz M. Declet Serrano_

U.S. DISTRICT COURT
SAN JUAN, P.R.

**Destinatario: Junta de Supervisión Fiscal**

Adjunto entrega de los siguientes documentos solicitados por la Junta de Supervisión Fiscal, Ley Promesa de P.R. a los maestros del Departamento de Educación de P.R. que se le adeudan dinero por concepto de diferentes leyes   que se otorgaron aumento en años pasados:

____✓ Fecha de Elegibilidad de la Pensión

____✓ Tiempo Cotizado para la  Pensión

____✓ Fecha de Efectividad de la Renuncia

____✓ Fecha de Efectividad de la Pensión

____✓ Pensión Mensual Actual

____ Forma 409   _Está en proceso por D.E. P.R._

**In re Commonwealth of Puerto Rico**

**Case No.** _17-03283_            **Case No.** _17-03283_

**Date Filed** _6/27/2018_        **Date Filed** _6/27/2018_

**Proof of Claim** _53344_        **Proof of Claim** _53052_

**Case No.** _17-03283_

**Date Filed** _6/27/2018_

**Poof of Claim** _48822_

**FIRMA** _Luz M. Declet Serrano_   **FECHA** _18/2/2020_

# GOBIERNO DE PUERTO RICO
### Sistema de Retiro para Maestros

2020 FEB 18  AM 9: 58

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof.LUZ M. DECLET SERRANO**, con número de seguro social que termina en **1667**.

| | |
|---|---|
| **Fecha de Elegibilidad de la Pensión** | **20 de diciembre de 2008** |
| **Tiempo Cotizado para la Pensión** | **33 años, 3 meses, 1 semana y 2 días** |
| **Fecha de Efectividad de la Renuncia** | **19 de diciembre de 2008** |
| **Fecha de Efectividad de la Pensión** | **20 de diciembre de 2008** |
| **Pensión Mensual Actual** | **$2,048.51** |

*Forma 409 - Está en proceso*   # Caso - 17-03283

Esta certificación se expide hoy, **14 de febrero de 2020** en **San Juan**, **Puerto Rico**.

*Talonarios últimos*     *Proof Claim*
*No. 53344*
*No. 58052*
*N8. 48822*

**Edgardo Negron Ramirez**
**Supervisor**
**Área de Servicios de Retiro**

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879



**SRM**
Sistema de Retiro para Maestros
Gobierno de Puerto Rico
*Protegemos la Aportación al Futuro*

☎ 787.777.1414     ✉ 787.764.6910     www.srm.pr.gov

Case N.

53344
53052
48822

Rev.GIFT 10-OCT-08

**Estado Libre Asociado de Puerto Rico**
**Sistema de Retiro para Maestros**

**INFORME RENTA ANUAL VITALICIA**

Mes-Día-Año
Fecha Radicación: **16-oct-08**
Fecha Vencimiento: **14-mar-09**

Núm de Caso: **1107**

DECLET SERRANO LUZ M.
Apellido Paterno, Materno, Nombre e Iniciales

Seguro Social

Sexo: ☑ Femenino ☐ Masculino

MA ELEM - TOA ALTA
Categoría y Pueblo

Ley 91 del 2004
Retiro Ley Núm.

Fecha Nacimiento
Mes-Día-Año

Dirección Postal: URB TOA ALTA HEIGHTS
F 37 CALLE 8
TOA ALTA, PR 00953

Tipo de Renta (Pensión): ☑ Años de Servicio y Edad ☐ Edad ☐ Diferida
☐ Incapacidad Ocupacional ☐ Incapacidad No Ocupacional

| Edad al Retirarse | | | Servicios Acreditados | | | | Costo Anualidad | Renta | |
|---|---|---|---|---|---|---|---|---|---|
| 55 | 3 | 13 | 33 | 3 | 1 | 2 | | Mensual | Anual |
| Años | Meses | Días | Años | Meses | Sem | Días | $ 57,397.29 | $ 2,048.51 | $ 24,582.12 |

Fecha de Renuncia: 19-DIC-08    Último Día de Pago: 19-DIC-08
Mes-Día-Año
Fecha Efectividad Pensión: 20-DIC-08    Cierre de Nómina: 11-mar-09
Mes-Día-Año
Fecha Primer Pago Pensión: 31-Mar-09    Importe $ 2,048.51
Mes-Día-Año
Pago Global Retroactivo   Desde 20-DIC-08   Hasta 15-mar-09   Importe Total $ 5,914.24

**DESGLOSE DE DESCUENTOS**

| | | PAGO GLOBAL | PAGO MENSUAL |
|---|---|---|---|
| Importe Total (Bruto) | | $ 5,914.24 | $ 2,048.51 |
| Menos Descuentos: | Clave | Descuento | Descuento |
| Préstamos: Personal (PP) | 47-000 | 588.20 | 235.28 |
| (PC) | 45-000 | - | |
| Hipotecario (PH) | 36-000 | - | |
| | 67-059 | | |
| Aport. Individual 9% (Clave 26-001) | | | |
| ASUME | | | |
| Otros | | | |
| Importe Neto | | $ 5,326.04 | $ 1,813.23 |

Bonos:
☐ Bono Verano (PBV)    ☐ Bono Medicamentos (PBM)    ☐ Bono Navidad (BNP)

PAGADO
31 MAR 2009

Certifico que la información aquí provista es cierta, correcta y completa.

JORGE I. ROHENA GOTAY
Nombre del Empleado    Firma    27-feb-2009 Fecha

NORMA I. PEÑA AGOSTO
Nombre Supervisor    Firma    3/mar/09 Fecha

**PREINTERVENCION DE DOCUMENTOS** | **USO DIRECTOR(A) AREA RETIRO**

AREA DE RETIRO
DOCUMENTOS PREINTERVENIDOS
MAR 03 2009
NOMBRE
FIRMA

Verificación de:
☑ Exactitud
☑ Legalidad
☑ Firmas
☐ Otros

Aprobado por:
Wanda Santiago López
Nombre Director(a) o Representante Autorizado

Firma    3/25/09 Fecha
Mes-Día-Año

**USO AREA DE PENSIONADOS (Sección Nóminas)**

Ingreso a Nómina   Mes 3   ☐ 1ra ☑ 2da

Nombre Empleado
Firma    Fecha (Mes-Día-Año)

Juan Agosto Castro
Nombre Supervisor    Firma

Nómina Pago Global   Mes   ☐ 1ra ☑ 2da
☐ Off Cycle ☑ Pay Line

Nombre Empleado
Firma    Fecha (Mes-Día-Año)

1-Abr/2009 Fecha (Mes-Día-Año)

Conservación: Seis años o una intervención de la Oficina del Contralor de Puerto Rico, lo que ocurra primero.

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 01/01/2020 |
| Hasta: | 01/15/2020 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | 5570710 |
| Fecha Aviso: | 01/15/2020 |

LUZ M DECLET SERRANO
EXT FOREST HILLS
X 436 CALLE SEVILLA
BAYAMON, PR  00959
SS:   XXX-XX-1667

| | |
|---|---|
| # Empleado: | XXXXX1667 |
| Dept: | 592160-ANOS SERVICIO LEY91 2004 |
| Lugar: | A/OS SERVICIO LEY 91 |
| Titulo: | Pensionado |
| Sueldo: | $2,048.51 Monthly |

| | | |
|---|---|---|
| DATA IMP: | Federal | PR |
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 + 99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,024.26 | 82.50 | 1,024.26 |
| **Total:** | | | 1,024.26 | 82.50 | 1,024.26 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SC-TRIPLE-S VIDA INC | 11.75 | 11.75 |
| AE-Seguro por Muerte Asoc ELA | 5.35 | 5.35 |
| **Total:** | 17.10 | 17.10 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente | 1,024.26 | 0.00 | 17.10 | 1,007.16 |
| Acumulado | 1,024.26 | 0.00 | 17.10 | 1,007.16 |

### LICENCIAS

| | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5570710 | 1,007.16 |
| **Total:** | 1,007.16 |

*Cases No.*
*53344*
*53052*
*48822*

MENSAJE:

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

**Fecha**
01/15/2020

**Aviso No.**
5570710

Cant. Desposito:     $1,007.16

A la
Cuenta(s) De

LUZ M DECLET SERRANO
EXT FOREST HILLS
X 436 CALLE SEVILLA
BAYAMON, PR  00959

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | $1,007.16 |
| **Total:** | | $1,007.16 |

# NO-NEGOCIABLE

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | | |
|---|---|---|
| Grupo de Pago: | SM -Quincenal | |
| Desde: | 01/16/2020 | |
| Hasta: | 01/31/2020 | |

| | | |
|---|---|---|
| Business Unit: | PUERT | |
| Aviso #: | 5827660 | |
| Fecha Aviso: | 01/30/2020 | |

LUZ M DECLET SERRANO
EXT FOREST HILLS
+X 436 CALLE SEVILLA
BAYAMON, PR  00959
SS:   XXX-XX-1667

| | |
|---|---|
| # Empleado: | XXXXX1667 |
| Dept: | 592160-ANOS SERVICIO LEY91 2004 |
| Lugar: | A/OS SERVICIO LEY 91 |
| Titulo: | Pensionado |
| Sueldo: | $2,048.51 Monthly |

| | | |
|---|---|---|
| DATA IMP: | Federal | PR |
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 + 99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | 1,024.26 | 172.50 | 2,048.52 | |
| **Total:** | | 1,024.26 | 172.50 | 2,048.52 | |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| | | |
| **Total:** | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| | | |
| **Total:** | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SC-TRIPLE-S VIDA INC | 11.75 | 23.50 |
| AE-Seguro por Muerte Asoc ELA | 5.35 | 10.70 |
| **Total:** | 17.10 | 34.20 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-MCS Advantage | 100.00 | 100.00 |
| * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 1,024.26 | 0.00 | 17.10 | 1,007.16 |
| Acumulado: | 2,048.52 | 0.00 | 34.20 | 2,014.32 |

### PTO HORAS      ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5827660 | 1,007.16 |
| **Total:** | 1,007.16 |

MENSAJE:

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
01/30/2020

Aviso No.
5827660

Cant. Desposito:     **$1,007.16**

A la
Cuenta(s) De

LUZ M DECLET SERRANO
EXT FOREST HILLS
X 436 CALLE SEVILLA
BAYAMON, PR  00959

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | $1,007.16 |
| **Total:** | | $1,007.16 |

# NO-NEGOCIABLE

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | | | | Grupo de Pago: | SM -Quincenal | | | Business Unit: PUERT |
|---|---|---|---|---|---|---|---|---|
| | | | | Desde: | 02/01/2020 | | | Aviso #: 6077720 |
| | | | | Hasta: | 02/15/2020 | | | Fecha Aviso: 02/14/2020 |

| LUZ M DECLET SERRANO | # Empleado: | XXXXX1667 | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| EXT FOREST HILLS | Dept: | 592160-ANOS SERVICIO LEY91 2004 | Estado Civil: | Married | Married |
| +X 436 CALLE SEVILLA | Lugar: | A/OS SERVICIO LEY 91 | Concesiones: | 0 | 39 + 99 |
| BAYAMON, PR 00959 | Titulo: | Pensionado | Pct. Adcl.: | | |
| SS: XXX-XX-1667 | Sueldo: | $2,048.51 Monthly | Cant. Adcl.: | | |

| HORAS E INGRESOS | | | | | | IMPUESTOS | | |
|---|---|---|---|---|---|---|---|---|
| | | Corriente | | Acumulado | | | | |
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | | 1,024.26 | 247.50 | 3,072.78 | | | |
| Total: | | | 1,024.26 | 247.50 | 3,072.78 | Total: | 0.00 | 0.00 |

| DEDUCCIONES | | | DEDUCCIONES GENERALES | | | BENEFICIOS PATRONALES PAGADOS | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
| | | | SC-TRIPLE-S VIDA INC | 11.75 | 35.25 | SM-MCS Advantage | 0.00 | 100.00 |
| | | | AE-Seguro por Muerte Asoc ELA | 5.35 | 16.05 | | | |
| Total: | 0.00 | 0.00 | Total: | 17.10 | 51.30 | * Tributable | | |

| TOTAL BRUTO | | | TOTAL IMPUESTOS | | DEDUCCIONES TOTALES | | PAGA NETA |
|---|---|---|---|---|---|---|---|
| Corriente: | 1,024.26 | | | 0.00 | | 17.10 | 1,007.16 |
| Acumulado: | 3,072.78 | | | 0.00 | | 51.30 | 3,021.48 |

| PTO HORAS | ACUM | | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|
| Balance Inicial: | 0.0 | | Aviso #6077720 | 1,007.16 |
| + Acumulado: | | | | |
| - Utilizado: | | | Total: | 1,007.16 |
| - Donada: | | | | |
| + Ajustes: | | | | |
| Balance Final: | 0.0 | | | |

**MENSAJE:**

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

**Fecha**
02/14/2020

**Aviso No.**
6077720

**Cant. Desposito:** **$1,007.16**

**A la**
**Cuenta(s) De**

LUZ M DECLET SERRANO
EXT FOREST HILLS
X 436 CALLE SEVILLA
BAYAMON, PR 00959

| DISTRIBUCION DE DEPOSITO DIRECTO | | |
|---|---|---|
| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| Checking | | $1,007.16 |
| Total: | | $1,007.16 |

# NO-NEGOCIABLE