Centésima cuadragésima octava octava objeción

Global relacionada con Prime Clerk # caso 17BK

03566 LTS, número de relación 120183.

Distrito Federal de E.U para distrito Estado Libre Asociado de P.R

Soy la. Olga I.Rivera Miranda Mi dirección postal es

calle San Carlos C24 Urb. Mariolga Caguas P.R 00725

Mi teléfono es 1-787-325-5651

Durante 25.5 años trabajé como personal docente para el Departamento de Educación de P.R desde agosto de 1982 hasta el septiembre de 2009 fecha en lo que me acogí  al retiró permanente.

Estoy escribiendo esta carta para indicarles qué continúen este caso de reclamación hacia delante los

años correspondiente a la ley 89, ley 96, y ley 164.

Adjunto le envió copias de la evidencia que me confirman

dicha alegaciones 120183

De necesitar alguna otra evidencia favor dec comunicarse conmigo nuevamente.

Centésima cuadragésima octava octava objeción

Global relacionada con Prime Clerk # caso 17BK

03566 LTS, número de relación 119731.

Distrito Federal de E.U para distrito Estado Libre Asociado de P.R

Soy la. Olga I.Rivera Miranda Mi dirección postal es

calle San Carlos C24 Urb. Mariolga Caguas P.R 00725

Mi teléfono es 1-787-325-5651


Durante 25.5 años trabajé como personal docente para el Departamento de Educación de P.R desde agosto de 1982 hasta el septiembre de 2009 fecha en lo que me acogí al retiró permanente.

Estoy escribiendo esta carta para indicarles qué continúen este caso de reclamación hacia delante los

años correspondiente a la ley 89, ley 96, y ley 164.

Adjunto le envió copias de la evidencia que me confirman

dicha alegaciones 119731

De necesitar alguna otra evidencia favor dec comunicarse conmigo nuevamente.

Centésima cuadragésima octava octava objeción

Global relacionada con Prime Clerk # caso 17BK

03566 LTS, número de relación 113026.

Distrito Federal de E.U para distrito Estado Libre Asociado de P.R

Soy la. Olga I.Rivera Miranda Mi dirección postal es

calle San Carlos C24 Urb. Mariolga Caguas P.R 00725

Mi teléfono es 1-787-325-5651


Durante 25.5 años trabajé como personal docente para el Departamento de Educación de P.R desde agosto de 1982 hasta el septiembre de 2009 fecha en lo que me acogí al retiró permanente.

Estoy escribiendo esta carta para indicarles qué continúen este caso de reclamación hacia delante los

años correspondiente a la ley 89, ley 96, y ley 164.

Adjunto le envió copias de la evidencia que me confirman

dicha alegaciones 113026

De necesitar alguna otra evidencia favor dec comunicarse conmigo nuevamente.

Olga I. Rivera Miranda
Calle San Carlos C-24
Urb. Mari Olga, Caguas, P.R. 00725

RECEIVED & FILED

2020 FEB 11 PM 2 48

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaria (Clerk office)
Tribunal de Distrito de los E.U.
Roon 150 Federal Building
San Juan, P.R.
00918-1767

SAN JUAN PR 009
10 FEB 2020 PM 2 L

FOREVER / USA

6 de febrero de 2020

## Sonia I. Rivera González

**Lo que hay que radicar con la réplica**

## I. Datos de Contacto

Sonia I Rivera González

**Dirección Residencial**

Barrio Cacao, Kilómetro 5.0

Carretera 853, Carolina, Puerto Rico

00987

**Dirección Postal**

HC – 02 Box 15426

Carolina, Puerto Rico

00987

**Teléfono** – 939-254-5456

**Email:** ainosseni@gmail.com



## II. Epígrafe

**Nombre del Tribunal**: El Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico.

**Deudores** : Junta de Supervisión y Administración Financiera para Puerto Rico, como representante del Estado Libre Asociado de Puerto Rico y otros.

**Número de Procedimiento**: Número 17BK83-LTS

**Título de la Objeción Global**: Nonagésima quinta objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación y del Sistema de Retiro de los Empleados del gobierno del Estado Libre Asociado de Puerto Rico, a reclamos deficientes.

III.   **Motivo para oponerse a la objeción global**

- Pasos por años de servicio, los que apliquen a mi caso.
- Reclamaciones judiciales o administrativas.
- Ley 9 del 8 de julio de 2003
- Ley 161 del 29 de diciembre del 2013
- Ley 104 del 22 de julio del 2003

IV.   **Documentación Justificativa**
Se adjunta certificación de la Junta de Retiro para Maestros.

**GOBIERNO DE PUERTO RICO**
**Sistema de Retiro para Maestros**

SRM-SB-022
Rev. marzo 2017

Estimado(a) participante SONIA I. RIVERA GONZALEZ

De acuerdo a nuestros registros, el balance de aportaciones acumuladas en el SRM es de aproximadamente $58,994.19 al 5 de febrero de 2020. Las aportaciones han devengado intereses por $15,071.89 para un total de cuotas e intereses de $74,066.08.

El tiempo acreditado es de aproximadamente 25 año(s), 9 mes(es), 2 semana(s), 1.74 día(s).

Los pagos realizados por planes de pago, recaudaciones o pagos pendientes pueden no estar considerados en estos balances. Además, esta información puede variar, de encontrarse diferencias en el Informe de Cambio enviado por el patrono y de existir anulaciones futuras entre cuentas que afecten las Aportaciones del Sistema.

Estos cálculos son preliminares, están sujetos a verificación y ajustes cuando radique su Solicitud de Retiro. Deberá permanecer cotizando en el SRM hasta la fecha que proyecta retirarse.

Atentamente,

Área de Servicios de Retiro



235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918
P.O. Box 191879 · San Juan PR 00919-1879

☎ 787.777.1414      📠 787.759.2883      www.srm.pr.gov



# Evidencias de reclamos radicadas

CLAIM #: 142803                                   NÚM. RECLAMACIÓN: 112980

Hasta la fecha, se han radicado aproximadamente 173,000 evidencias de reclamos contra los Deudores, que han sido registradas por Prime Clerk, LLC. Dichas evidencias de reclamos hacienden a un total de $43.6 billones en reclamos radicados contra los Deudores, además de los montos no liquidados reclamados.

De las evidencias de reclamo radicadas aproximadamente 110,175 han sido radicadas con relación con el ELA, o reclasificadas como radicadas contra el ELA. Más de 52,600 evidencias de reclamos han sido radicadas en relación con el SER, o reclasificadas como radicadas contra el SRE. Aproximadamente 2,240 evidencias de reclamos han sido radicadas en relación con la ACT, o reclasificadas como radicadas contra la ACT. De conformidad con las condiciones de las Órdenes de fecha final muchos de estos reclamos no tenían que haber sido radicados en absoluto o adolecen de otros tipos de vicios; por ejemplo, haber sido enmendados posteriormente, no alegar un reclamo por el que los Deudores sean responsable, estar duplicados en relación con otras evidencias de reclamos o no aportar información necesaria para que los Deudores determinen si el reclamo es válido.

Adjunto: Réplica

     Epígrafe

     Motivos

     Evidencia de trabajos (Empleo) aportaciones



RECEIVED & FILED

FEB 11

U.S. POSTAGE PAID
FCM LETTER
CAROLINA, PR
00983
FEB 10 20
AMOUNT
**$6.95**
R2305K134398-21

00918

1000

UNITED STATES
POSTAL SERVICE ®

Secretaría (Clerks Office)
Tribunal de Distrito de los EU.
#150 Chardon Avenue
Federal Building
San Juan P.R. 00918

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**®

7018 3090 0001 8041 0110

Sonia I. Rivera Gonzalez
HC 02. Box 15426
Carolina PR. 00987

Claim #: 142803                         Num. Reclamación: 112980

# Replica

Datos de conflicto

Nombre:                                             Dirección postal:

Eduardo Rodríguez Colón                             P.O. Box 9720

                                                    Cidra, P. R. 00739

Dirección física:          Teléfono celular:        Correo electrónico:

Carr. 729 km. 0.4           (787)205-4627            er70564@gmail.com

Bo. Rabanal

Cidra, P.R. 00739


Notificar respuesta a la réplica al demandante:

Eduardo Rodríguez Colón (Datos arriba)

Número de objeción:                                        Número de reclamación: 112980

                                                           *Claim # 142803*

Centésima vigésima segunda objeción global


                                    Epígrafe

Nombre del Tribunal:


Secretaría (Clerks' Office)

Tribunal de Distrito de los Estados Unidos

Room 150 Federal Building

San Juan, P.R. 00918-1767


Abogado de la Junta de Supervisión (counsel for the oversight board)

Proskaver Rose LLP

Eleven Times Square

Nueva York, Nueva York 10036-8299

Ala: Martin J. Bienenstock

Brian S. Rosen


Abogado del Comité de Acreedores (counsel for the creditor's committee)

Paul Hastings LLP

200 Park Avenue

Nueva York, Nueva York 10166

Ala: Dc A. Despins

Jemes Bliss

James Worthinton

G. Alexander Bongartz


Deudor: Estado Libre Asociado de Puerto Rico

Claim# 142803                                        Número de reclamación: 112980

Motivos:

A) Trabajé como maestro de matemáticas en el Departamento de Educación del Gobierno de Puerto Rico más de 30 años, 1 de diciembre de 1976 (comenzé) y el 31 de mayo 2011(terminé).

B) La Ley 89 del gobernador Romero Barceló estableció un aumento de sueldo o aumento en la escala salarial de $25 mensuales, aumento salarial que debieron pagarnos, pero no nos pagaron. (paso escala salarial 1980 al 1989). Reclamo $2,400 por concepto paso $25 mensuales por siete años trabajados.

C) La Ley 96 de la gobernadora Sila Calderón estableció un aumento de $100 mensuales que no fue pagado. Reclamamos $3,600 por ausencia de pago por tres años o 36 meses a $100 mensuales

D) La suma total del reclamo nuestro por el dinero que se tenía que pagar y no se pagó es de $6,000.

E) Esos aumentos de sueldos fueron aprobados y son leyes que debieron ser honradas. Tenemos perfecto derecho de que se nos pague un dinero que nos pertenece y por tanto rogamos al Tribunal que tome en cuenta nuestra oposición a la objeción, y se nos pague lo adeudado.

# GOBIERNO DE PUERTO RICO
### Sistema de Retiro para Maestros

*EVIDENCIA
TRABAJO
1 dic. 1976 - 31 mayo 2011*

2 de diciembre de 2019

EDUARDO RODRIGUEZ COLON
PO BOX 9720
CIDRA, PR 00739

Estimado señor Rodriguez Colon:

Según solicitado se prepara una Certificación de Aportaciones desde el: 1 de diciembre de 1976 hasta el: 31 de mayo de 2011.

De acuerdo con nuestros registros el balance de aportaciones acumuladas que usted tenía en este Sistema de Retiro para Maestros por ese periodo es de aproximadamente: $46,695.69.

Dichas aportaciones devengaron intereses por la cantidad de: $11,137.39, para un total de cuotas e intereses de: $57,833.08.

El tiempo acreditado fue de: 30 Años / 7 Meses / 1 Semana / 1:10 Horas.

Para su información y acción correspondiente.

Cordialmente,

Rafael Medina Ramos
Oficial Principal de Servicios de Retiro
Área de Servicios de Retiro

RMR

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918
P.O. Box 191879 · San Juan PR 00919-1879
☏ 787.777.1414     🖷 787.759.2883     www.srm.pr.gov





UNITED STATES POSTAL SERVICE

PRIORITY MAIL 1-DAY®

US POSTAGE PAID
$7.75

Retail

Origin: 00739
02/10/20
4226100739-09

EXPECTED DELIVERY DAY: 02/11/20

C018

0 Lb 2.40 Oz

1005

SHIP
TO:
150 AVE CARLOS CHARDON
STE 150
SAN JUAN PR 00918-1706

USPS TRACKING® NUMBER

9505 5138 3561 0041 4419 06

× For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.

Label 228, March 2016    FOR DOMESTIC AND INTERNATIONAL USE

PRIORITY MAIL

FROM:    EDUARDO RODRIGUEZ CALIX
P.O. BOX 9720
CIDRA, P.R. 00739

TO:    SECRETARIA (CLERKS OFFICE)
TRIBUNAL de DISTRITO DE LOS ESTADOS UNIDOS
ROOM 150 FEDERAL BUILDING
150 CALLE CHARDON
San Juan, P.R. 00918-1767

RECEIVED &
CLERK'S OFFICE
U.S. DISTRICT C
SAN JUAN P
2020 FEB 11  PM

PRIORITY MAIL
FLAT RATE
POSTAGE REQUIRED

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; October 2018; All rights reserved.