

United States District Court for the District of Puerto Rico

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767

RECEIVED AND FILED
2020 FEB 18 AM 10: 27
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

Debtors: Estado Libre Asociado de Puerto Rico

Gobierno de Puerto Rico

Departamento de Educación

No. 17 BK 3283-LTS

_____139_____ OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, IN DEFICIENT CLAIMS ASSERTING INTEREST BASED UPON UNSPECIFIED PUERTO RICO STATUS

DOC

Proof of Claim: 145068

Name: Altagracia Zurita Franco

Address: Cond Cristal House Apt 1114 Calle De Diego #368 San Juan P.R. 00923

Reclama al Gobierno del Estado Libre Asociado de Puerto Rico, al Gobierno de Puerto Rico y al Departamento de Educación de Puerto Rico.

**Ley 89 de 1984- Romerazo**

Años reclamado: 30 años

Cantidad Reclamada: $36,000

**Ley 96 del año 2001**

Años reclamado: 13 años

Cantidad Reclamada: $15,600

**Ley 91 Costo de Vida**

Años reclamado: 5 años con 5 meses

Cantidad Reclamada: $4,028.70

Adjunto evidencia en replica de la información solicitada:

1. Certificacion de Empleo
2. Certificacion de Retiro
3. Talonario

Solicito la adjudicación de mi petición según corresponda a mis derechos por las Leyes anteriormente especificadas.

Nombre Altagracia Zurita Franco

Firma Q Zurita Franco

Fecha: 18 de febrer 2020