

# DEPARTAMENTO DE EDUCACION
### Estado Libre Asociado de Puerto Rico
#### Secretaría Auxiliar de Recursos Humanos

**ATT: LEY PROMESA**

18 de febrero de 2020

# C E R T I F I C A C I O N

| | | |
|---|---|---|
| Certifico que | : | ALTAGRACIA ZURITA FRANCO |
| Seguro Social | : | |
| Categoría | : | MAESTRO EDUC.ESPECIAL (K-12) |
| Distrito Escolar | : | SAN JUAN (III,IV,V) |
| Sueldo Mensual | : | $2,755.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 30 de mayo de 2014 |
| Otros | : | Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de (31) años. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Altagracia Zurita Franco**, con número de seguro social que termina en **4158**.

| Fecha de Efectividad de la Pensión | 31 de mayo de 2014 |
|---|---|
| Tiempo Cotizado para la Pensión | 30 años, 9 mes, 3 sem., .09 día |
| Pensión Mensual Inicial | $2,066.25 |
| Pensión Mensual Actual | $2,066.25 |

Esta certificación se expide hoy, **18 de febrero de 2020** en **San Juan**, **Puerto Rico**.

Edgardo J. Negrón Ramírez
Supervisor
Área de Servicios de Retiro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879



SRM
Sistema de Retiro para Maestros
Gobierno de Puerto Rico
*Protegemos la Aportación al Futuro*

☎ 787.777.1414    📠 787.764.6910    www.srm.pr.gov

**080 DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez   Esquina Calaf
HATO REY, PR 00919

| | |
|---|---|
| Grupo de Pago: | Sin Codificación |
| Desde: | 05/05/2014 |
| Hasta: | 05/16/2014 |
| Aviso #: | 8729125 |
| Fecha Aviso: | 05/15/2014 |

| | | | |
|---|---|---|---|
| ALTAGRACIA ZURITA FRANCO<br>CRISTAL HOUSE APT 1114<br>AVE DE DIEGO 368<br>RIO PIEDRAS, PR 00924<br>SS: XXX-XX-4158 | # Empleado: XXXXX4158<br>Dept: 8006140-SAN JUAN-SAN JUAN III,IV,V<br>Lugar: MIGUEL SUCH<br>Titulo: DEPARTAMENTO DE EDUCACION<br>Sueldo: $2,755.00 Monthly | DATA IMP: | Federal / PR |
| | | Estado Civil: | Single / Single |
| | | Concesiones: | 0 / 1 |
| | | Pct. Adcl.: | |
| | | Cant. Adcl.: | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,377.50 | 540.00 | 12,122.03 |
| Licencia Enfermedad en Exceso | | | 0.00 | | 688.75 |
| **Total:** | | | **1,377.50** | **540.00** | **12,810.78** |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| PR Withholding | 39.25 | 383.91 |
| **Total:** | **39.25** | **383.91** |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 123.98 | 1,091.02 |
| **Total:** | **123.98** | **1,091.02** |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Pres Hipot-Retiro Maestros | 221.26 | 1,992.48 |
| RM-Prest Pers De Cuota-Ret Mae | 156.14 | 1,405.26 |
| AE-Asoc Emp ELA-Prest Regular | 297.19 | 2,674.71 |
| SM-First Medical Health Plan | 47.00 | 391.00 |
| CO-COOP MAESTRO PR | 27.95 | 251.55 |
| SC-TRANS OCEANIC LIFE | 8.42 | 75.78 |
| AE-Seguro por Muerte Asoc ELA | 9.74 | 87.66 |
| AS-ASOC MAESTROS DE P.R. | 8.50 | 76.50 |
| Ahorros-AEELA | 41.33 | 363.70 |
| SC-BOSTON MUTUAL LIFE INSS | 0.00 | 224.68 |
| **Total:** | **817.53** | **7,543.32** |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 117.09 | 1,030.39 |
| FSED Disability Plan | 23.42 | 217.80 |
| SM-First Medical Health Plan | 0.00 | 480.00 |

* Tributable

### TOTAL BRUTO / BRUTO TRIBUT. FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Bruto Tribut. Fed | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|---|
| Corriente: | 1,377.50 | 0.00 | 39.25 | 941.51 | 396.74 |
| Acumulado: | 12,810.78 | 0.00 | 383.91 | 8,634.34 | 3,792.53 |

### PTO HORAS / ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #8729125 | 396.74 |
| **Total:** | **396.74** |

**MENSAJE:**

---

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha: 05/15/2014

Aviso No. 8729125

**Cant. Deposito:** $396.74

A la Cuenta(s) De

ALTAGRACIA ZURITA FRANCO
CRISTAL HOUSE APT 1114
AVE DE DIEGO 368
RIO PIEDRAS, PR 00924
Localizacion: MIGUEL SUCH

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXX | 396.74 |
| **Total:** | | **396.74** |

## NO-NEGOCIABLE

**Departamento de Educación**
**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**Secretaria Auxiliar de Recursos Humanos**
**Informe de Cambios**

| | Antes del Cambio | Después del Cambio |
|---|---|---|
| 1. Nombre del Empleado | ALTAGRACIA ZURITA FRANCO | |
| 2. Número de Seguro Social | | |
| 3. Lugar de Nacimiento | | |
| 4. Fecha de Nacimiento | | |
| 5. Sexo | F | |
| 6. Estado Civil | | |
| 7. Preparación Académica | BA 15 | |
| 8. Experiencia | 30.0.0.0.0 | |
| 9. Status del Empleado | PERMANENTE | |
| 10. Sueldo Bruto | $2,755.00 | |
| 11. Número de Puesto | R32042 | |
| 12. Categoría del Puesto | MAESTRO EDUC.ESPECIAL (K-12) | |
| 13. Fondo | ESTATAL | |
| 14. Cifra de cuenta | E1110-111-0810000-1009-00100-2014 | |
| 15. Fecha de efectividad | 30 de mayo de 2014 03:00 pm | |
| 16. Acción | RENUNCIA | |
| 17. Duración | | |
| 18. Causa del Cese | JUBILACIÓN | |
| 19. Ultimo día de Trabajo | 30 de mayo de 2014 03:00 pm | |
| 20. Ultimo día de Pago | 30 de mayo de 2014 03:00 pm | |
| 21. Prog Esc, Nivel/Grado | | |
| 24. Distrito Escolar | SAN JUAN (III,IV,V) | |
| 25. Escuela | MIGUEL SUCH | |

RECIBIDO DIVISION DE NOMINAS JUN 11 2014 SECCION DE CORRESPONDENCIA

| | |
|---|---|
| 26. Dirección Postal: AVE DE DIEGO 368 CRISTAL HOUSE APT 1114 RIO PIEDRAS PUERTO RICO 00924 | 26. Teléfono: |

27. Observaciones: CANCELA PAGO VACACIONES EF. 2 JUNIO 2014 - SRM Y AEELA. SE ACOGE A LOS BENEFICIOS DE LA LEY NUM 160 DE 24 DE DICIEMBRE DE 2013 P/ GLOBAL VAC. REG 39.3.00 (DESDE 02/JUNIO/2014 08:00 AM - HASTA 28/JULIO/2014 11:00 AM) Y ENF. 90.0.00 (DESDE 28/JULIO/2014 11:01 AM - HASTA 08/DICIEMBRE/2014 11:00 AM).EXC. ENF. 8.4.46 EDAD Y AÑOS DE SERVICIO

28. Preparado por: DAISY QUIÑONES RODRIGUEZ    FECHA: 05 de junio de 2014
29. Verificado por: DAISY QUIÑONES RODRIGUEZ   FECHA: 05 de junio de 2014
30. Aprobado por: DRA. JULIA NAZARIO FUENTES   FECHA: 05 de junio de 2014
Secretario de Educación o su representante