# TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS

# PARA EL DISTRITO DE PUERTO RICO



| | |
|---|---|
| JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO, COMO REPRESENTANTE DE ESTADO LIBRE ASOCIADO DE PUERTORICO Y OTROS, DEUDORES | PROMESA TITULO 111 (Administrada conjuntamente) La presente radicación guarda relación con el ELA, la ACT y el SRE |

I. **Datos:** Caroll Santiago Santisteban, Número de reclamo: 146026, (Dirección) PO BOX 3023 Guayama, PR 00785, (Celular) 787-590-5133 (Email) maestradenisse@hotmail.com

II. **Epígrafe:** NOTIFICACION DE LA CENTESIMA CUADRAGESIMA SEGUNDA OBJECION GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE UNAS LEYES PUERTORRIQUEÑAS NO ESPECIFICADAS

III. **Motivos:** Yo Caroll Santiago Santisteban soy empleado activo del Departamento de Educación de Puerto Rico. Empleada Docente desde octubre del 2008. Estoy reclamando la ley 164 que en conjunto estimo la cantidad de $15,000.00 que me pertenece actualmente y alguna otra cantidad adicional mientras este activo como empleado del Departamento de Educación tengo todo mi derecho de recibir estas cantidades aproximadas por todos los años de servicios conforme a las leyes establecidas por el Estado Libre Asociado de Puerto Rico.

IV. **Documentación Justificativa:** Adjunto la evidencia de documentos que incluye las leyes arriba mencionadas. De necesitar alguna otra información favor de notificarme de inmediato:
1. Certificación de balances de aportaciones estimadas.

*[firma]*

Caroll Santiago Santisteban

15 de febrero de 2020

Anexo C