

United States District Court for the District of Puerto Rico

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767

Debtors: Estado Libre Asociado de Puerto Rico

Gobierno de Puerto Rico

Departamento de Educación

No. 17 BK 3283-LTS

_____146_____ OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, IN DEFICIENT CLAIMS ASSERTING INTEREST BASED UPON UNSPECIFIED PUERTO RICO STATUS

DOC

Proof of Claim: 130860

Name: Sanchez Vélez, Mayra T.

Address: Apt. 131 Condominio San Fernando Village Carolina, P.R. 00987

Reclama al Gobierno del Estado Libre Asociado de Puerto Rico, al Gobierno de Puerto Rico y al Departamento de Educación de Puerto Rico.

**Ley 89 de 1984- Romerazo**

Años reclamado: __30 años__

Cantidad Reclamada: __$36,000__

**Ley 96 del año 2001**

Años reclamado: __13 años__

Cantidad Reclamada: __$15,600__

**Ley 91 Costo de Vida**

Años reclamado: __5 años con 5 meses__

Cantidad Reclamada: __$4,028.70__

Adjunto evidencia en replica de la información solicitada:

1. __Certificación de Empleo__
2. __Certificación de Retiro__
3. __Talonario__

Solicito la adjudicación de mi petición según corresponda a mis derechos por las Leyes anteriormente especificadas.

Nombre __Mayra T. Sánchez Velez__

Firma __Mayra J. Sánchez Velez__          Fecha: __18 de febrero 2020__