

## DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

**ATT: LEY PROMESA**

18 de febrero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | MAYRA T. SANCHEZ VELEZ |
| Seguro Social | : | |
| Categoría | : | MAESTRO EDUC.ESPECIAL (K-12) |
| Distrito Escolar | : | SAN JUAN (III,IV,V) |
| Sueldo Mensual | : | $2,755.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 30 de mayo de 2014 |
| Otros | : | Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de (31) años, (1) meses y (1) día. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Mayra T. Sánchez Vélez**, con número de seguro social que termina en 3665.

| | |
|---|---:|
| Fecha de Efectividad de la Pensión | 30 de mayo de 2014 |
| Tiempo Cotizado para la Pensión | 31 años, 10 mes, 2 sem., 4 días |
| Pensión mensual Inicial | $2,066.25 |
| Pensión Mensual Actual | $2,066.25 |

Esta certificación se expide hoy, 18 **de febrero de 2020** en **San Juan**, **Puerto Rico**.

Edgardo J. Negrón Ramírez
**Supervisor**
**Área de Servicios de Retiro**



235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

📞 787.777.1414  📠 787.764.6910  www.srm.pr.gov

| 080 DEPT DE EDUCACION-MAESTROS | | | | |
|---|---|---|---|---|
| Avenida Teniente Cesar Gonzalez, Esquina Calaf | Grupo de Pago: SM-Quincenal | Aviso #: 8981248 | | |
| HATO REY, PR 00919 | Desde: 05/19/2014 | | | |
| | Hasta: 05/30/2014 | Fecha Aviso: 05/30/2014 | | |

| MAYRA T SANCHEZ VELEZ | # Empleado: XXXXX3665 | DATA IMP: | Federal | PR |
|---|---|---|---|---|
| URB COUNTRY CLUB | Dept: 8006107-San Juan San Juan III | Estado Civil: | Single | Single |
| 911 LINACERO | Lugar: Gustavo A. Becquer | Concesiones: | 0 | 0 |
| RIO PIEDRAS, PR 00924 | Titulo: DEPARTAMENTO DE EDUCACION | Pct. Adcl.: | | |
| SS: XXX-XX-3665 | Sueldo: $2,755.00 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 1,377.50 | 600.00 | 13,499.53 |
| Licencia Enfermedad en Exceso | | | 0.00 | | 688.75 |
| Total: | | 1,377.50 | 600.00 | | 14,188.28 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| PR Withholding | 46.54 | 496.06 |
| Total: | 46.54 | 496.06 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 123.98 | 1,215.00 |
| Total: | 123.98 | 1,215.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 162.50 | 2,031.00 |
| CO-COOP MAESTRO PR | 51.31 | 513.10 |
| DM-FONDOS UNIDOS | 0.50 | 5.00 |
| SC-AMER FAM LIFE ASS CO | 32.50 | 325.00 |
| SC-AM HERITAGE INSS CO | 8.98 | 89.80 |
| AS-ASOC MAESTROS DE P.R. | 8.50 | 85.00 |
| Total: | 264.29 | 3,048.90 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 120.00 | 600.00 |
| GPR Plan de Retiro de Maestro | 117.09 | 1,147.48 |
| FSED Disability Plan | 23.42 | 241.22 |

* Tributable

### TOTAL BRUTO / BRUTO TRIBUT. FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Bruto Tribut. Fed | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|---|
| Corriente: | 1,377.50 | 0.00 | 46.54 | 388.27 | 942.69 |
| Acumulado: | 14,188.28 | 0.00 | 496.06 | 4,263.90 | 9,428.32 |

### PTO HORAS ACUM

| Balance Inicial: | 0.0 |
|---|---|
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| Aviso #8981248 | 942.69 |
|---|---|
| Total: | 942.69 |

MENSAJE:

---

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
05/30/2014

Aviso No.
8981248

Cant. Deposito: $942.69

A la
Cuenta(s) De

MAYRA T SANCHEZ VELEZ
URB COUNTRY CLUB
911 LINACERO
RIO PIEDRAS, PR 00924
Localizacion: Gustavo A. Becquer

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXX | 942.69 |
| Total: | | 942.69 |

## NO-NEGOCIABLE