United States District Court for the District of Puerto Rico

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767

RECEIVED AND FILED
2020 FEB 18 AM 10: 28
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Debtors: Estado Libre Asociado de Puerto Rico

Gobierno de Puerto Rico

Departamento de Educación

No. 17 BK 3283-LTS

_____135_____ OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, IN DEFICIENT CLAIMS ASSERTING INTEREST BASED UPON UNSPECIFIED PUERTO RICO STATUS

DOC

Proof of Claim: __133545__

Name: __Lillian Alicea Ortiz__

Address: __Calle Raspinell #916 Urb. Country Club__
__San Juan P.R. 00924__.

Reclama al Gobierno del Estado Libre Asociado de Puerto Rico, al Gobierno de Puerto Rico y al Departamento de Educación de Puerto Rico.

**Ley 89 de 1984- Romerazo**

Años reclamado: 31 año

Cantidad Reclamada: $37,200

**Ley 96 del año 2001**

Años reclamado: 12 años

Cantidad Reclamada: $14,400

**Ley 91 Costo de Vida**

Años reclamado: 7 años

Cantidad Reclamada: $5,206.32

Adjunto evidencia en replica de la información solicitada:

1. Certificación empleo
2. Certificación de retiro
3. talonarios

Solicito la adjudicación de mi petición según corresponda a mis derechos por las Leyes anteriormente especificadas.

Nombre: Lillian Alicea Ortiz

Firma: [signature]

Fecha: 18 febrero 2020