

# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

ATT: LEY PROMESA

18 de febrero de 2020

# C E R T I F I C A C I O N

| | | |
|---|---|---|
| Certifico que | : | LILLIAN ALICEA ORTIZ |
| Seguro Social | : | |
| Categoría | : | MAESTRO EDUC.ESPECIAL (K-12) |
| Distrito Escolar | : | SAN JUAN (I,II) |
| Sueldo Mensual | : | $2,755.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 20 de diciembre de 2013 |
| Otros | : | Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de (31) años. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. LILLIAN ALICEA ORTIZ**, con número de seguro social que termina en **5712**.

| | |
|---|---|
| Fecha de Elegibilidad de la Pensión | 21 de diciembre de 2013 |
| Tiempo Cotizado para la Pensión | 31 años, 3 meses, 0 semana y 4.74 días |
| Fecha de Efectividad de la Renuncia | 20 de diciembre de 2013 |
| Fecha de Efectividad de la Pensión | 21 de diciembre de 2013 |
| Pensión Mensual Actual | $2,066.25 |

Esta certificación se expide hoy, **18 de febrero de 2020** en **San Juan**, Puerto Rico.

Edgardo Negron Ramirez
Supervisor
Área de Servicios de Retiro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879



787.777.1414   787.764.6910   www.srm.pr.gov

**080 DEPTO DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez, Esquina Calaf
HATO REY, PR 00919

Grupo de Pago: SM Quincenal
Desde: 12/09/2013
Hasta: 12/20/2013

Aviso #: 6243473
Fecha Aviso: 12/30/2013

| | |
|---|---|
| LILLIAN ALICEA ORTIZ | # Empleado: XXXXX5712 |
| COUNTRY CLUB | Dept: 8006139-SANJUAN III-SANJUAN |
| RASPINELL 916 | Lugar: UNIVERSITY GARDENS ESPECIALIZA |
| RIO PIEDRAS, PR 00924 | Titulo: DEPARTAMENTO DE EDUCACION |
| SS: XXX-XX-5712 | Sueldo: $2,755.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Single |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,377.50 | 1,476.00 | 32,808.99 |
| Bono de Navidad | | | 0.00 | | 1,000.00 |
| **Total:** | | | **1,377.50** | **1,476.00** | **33,808.99** |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| PR Withholding | 46.54 | 1,170.97 |
| **Total:** | **46.54** | **1,170.97** |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 123.98 | 2,952.92 |
| **Total:** | **123.98** | **2,952.92** |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 213.89 | 5,133.36 |
| AE-Asoc Emp ELA-Prest Regular | 132.29 | 3,174.96 |
| SM-First Medical Health Plan | 52.50 | 1,206.00 |
| SC-MULTINATIONAL LIFE INS. | 32.75 | 131.00 |
| Ahorros-AEELA | 41.33 | 984.38 |
| SC-AMER FAM LIFE ASS CO | 0.00 | 1,113.21 |
| **Total:** | **472.76** | **11,742.91** |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 120.00 | 1,440.00 |
| GPR Plan de Retiro de Maestro | 117.09 | 2,788.82 |
| FSED Disability Plan | 23.42 | 574.81 |

* Tributable

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,377.50 | 0.00 | 46.54 | 596.74 | 734.22 |
| Acumulado: | 33,808.99 | 0.00 | 1,170.97 | 14,695.83 | 17,942.19 |

### PTO HORAS

| | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #6243473 | 734.22 |
| **Total:** | **734.22** |

MENSAJE:

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha: 12/30/2013

Aviso No. 6243473

Cant. Deposito: $734.22

A la Cuenta(s) De

LILLIAN ALICEA ORTIZ
COUNTRY CLUB
RASPINELL 916
RIO PIEDRAS, PR 00924
Localizacion: UNIVERSITY GARDENS ESPECIALIZA

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | XXXXXXXXXXXXXXX | 734.22 |
| **Total:** | | **734.22** |

NO NEGOCIABLE

| 080 DEPT DE EDUCACION-MAESTROS<br>Avenida Teniente Cesar Gonzalez , Esquina Calaf<br>HATO REY, PR 00919 | Grupo de Pago: SM-Quincenal<br>Desde: 12/04/2013<br>Hasta: 12/04/2013 | Aviso #: 5713827<br>Fecha Aviso: 12/06/2013 |
|---|---|---|

| LILLIAN ALICEA ORTIZ<br>COUNTRY CLUB<br>RASPINELL 916<br>RIO PIEDRAS, PR 00924<br>SS: XXX-XX-5712 | # Empleado: XXXXX5712<br>Dept: 8006139-SANJUAN III-SANJUAN<br>Lugar: UNIVERSITY GARDENS ESPECIALIZA<br>Titulo: DEPARTAMENTO DE EDUCACION<br>Sueldo: $2,755.00 Monthly | DATA IMP: Federal PR<br>Estado Civil: Single Single<br>Concesiones: 0 0<br>Pct. Adcl.:<br>Cant. Adcl.: |
|---|---|---|

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Bono de Navidad | | | 1,000.00 | | 1,000.00 |
| Pago de Salarios Regulares | | 0.00 | 1,344.00 | | 30,053.99 |
| **Total:** | | | 1,000.00 | 1,344.00 | 31,053.99 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| PR Withholding | 70.00 | 1,077.89 |
| **Total:** | 70.00 | 1,077.89 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 0.00 | 2,704.96 |
| **Total:** | 0.00 | 2,704.96 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 0.00 | 4,705.58 |
| AE-Asoc Emp ELA-Prest Regular | 0.00 | 2,910.38 |
| SM-First Medical Health Plan | 0.00 | 1,101.00 |
| SC-MULTINATIONAL LIFE INS. | 0.00 | 65.50 |
| Ahorros-AEELA | 0.00 | 901.72 |
| SC-AMER FAM LIFE ASS CO | 0.00 | 1,113.21 |
| **Total:** | 0.00 | 10,797.39 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| FSED Disability Plan | 17.00 | 527.97 |
| SM-First Medical Health Plan | 0.00 | 1,320.00 |
| GPR Plan de Retiro de Maestro | 0.00 | 2,554.64 |
| * Tributable | | |

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,000.00 | 0.00 | 70.00 | 0.00 | 930.00 |
| Acumulado: | 31,053.99 | 0.00 | 1,077.89 | 13,502.35 | 16,473.75 |

| PTO HORAS | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5713827 | 930.00 |
| Total: | 930.00 |

**MENSAJE:**

---

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
12/06/2013

Aviso No.
5713827

Cant. Deposito: $930.00

A la
Cuenta(s) De

LILLIAN ALICEA ORTIZ
COUNTRY CLUB
RASPINELL 916
RIO PIEDRAS, PR 00924
Localizacion: UNIVERSITY GARDENS ESPECIALIZA

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | XXXXXXXXXXXXXX | 930.00 |
| Total: | | 930.00 |

NO NEGOCIABLE