IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Rivera Diaz, Ada Esther | 160 | 9/13/2017 | Commonwealth of Puerto Rico | $17,500.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Rivera Diaz, Ada Esther | 160 | 9/13/2017 | Commonwealth of Puerto Rico | $17,500.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

RECEIVED & FILED 2020 FEB 12 PM 5:07 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR

**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Ada E. Rivera Díaz**, con número de seguro social que termina en 7345.

| | |
|---|---:|
| Fecha de Efectividad de la Pensión | 23 de diciembre de 2017 |
| Tiempo Cotizado para la Pensión | 30 años, 1 mes, 0 sem., 0 días |
| Pensión mensual Inicial | $2,437.50 |
| Pensión Mensual Actual | $2,437.50 |

Esta certificación se expide hoy, **31 de enero de 2020** en **San Juan, Puerto Rico**.

**Jorge I. Rohena Gotay**
Supervisor
Área de Servicios de Retiro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879
787.777.1414   787.764.6910   www.srm.pr.gov


Sistema de Retiro para Maestros
Gobierno de Puerto Rico
Protegemos la Aportación al Futuro



# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

**ATT:** Ley Promesa

4 de febrero de 2020

## CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | ADA E. RIVERA DIAZ |
| Seguro Social | : | |
| Categoría | : | MA. EDUC. NIVEL ELEMENTAL (4-6) |
| Distrito Escolar | : | COROZAL |
| Sueldo Mensual | : | $3,250.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 22 de diciembre de 2017 |
| Otros | : | Presto servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 30 años, 7 meses, 1 semana y 2.50 días. Nuestro sistema de Recursos Humanos refleja que ocupó una plaza desde 02/04/1996. |

Candida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 09/16/2019 |
| Hasta: | 09/30/2019 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | 3619001 |
| Fecha Aviso: | 09/27/2019 |

ADA E RIVERA DIAZ
HC 1 BOX 4227
COROZAL PR 00783-9307

SS: XXX-XX-7345

| | |
|---|---|
| # Empleado: | XXXXX7345 |
| Dept: | 592230-Anos y Servicios Ley160/2013 |
| Lugar: | Anos y Servicios Ley160/2013 |
| Titulo: | Pensionado |
| Sueldo: | $2,437.50 Monthly |

| | Federal | PR |
|---|---|---|
| DATA IMP: | | |
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,218.75 | 1,462.50 | 21,937.50 |
| **Total:** | | | 1,218.75 | 1,462.50 | 21,937.50 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 106.50 | 1,620.00 |
| Ahorros-AEELA | 36.56 | 658.08 |
| **Total:** | 143.06 | 2,278.08 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|

* Tributable

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 1,218.75 | 0.00 | 143.06 | 1,075.69 |
| Acumulado: | 21,937.50 | 0.00 | 2,278.08 | 19,659.42 |

### PTO HORAS

| | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| Aviso #3619001 | 1,075.69 |
|---|---|
| Total: | 1,075.69 |

MENSAJE:

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
09/27/2019

Aviso No.
3619001

Cant. Deposito: $1,075.69

TRAY 140 SQ 35235******************SCH 5-DIGIT 00949    35235 2 AV 0.383
ADA E RIVERA DIAZ
HC 1 BOX 4227
COROZAL PR 00783-9307

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | 054735327 | $1,075.69 |
| Total: | | $1,075.69 |

**NO-NEGOCIABLE**

SHR_INOM_SRM

**SISTEMA DE RETIRO PARA MAESTROS**
Sistema de Aportaciones y Beneficios Integrados
**PAGO DE PENSION INGRESO A NOMINA**

01-02-2018
10:22:53 AM
Página: 1

SEGURO SOCIAL:
NOMBRE: ADA RIVERA DIAZ
DIRECCIÓN: HC 01 BOX 4227
COROZAL, PR   00783

NUMERO CASO: 842
NUMERO SOLICITUD: 929133
FECHA RADICACION: 29-01-2018
PENSION AÑOS DE SERVICIO
FECHA NACIMIENTO: 20-06-1961   EDAD 56.51   SEXO F

INGRESO A NOMINA: 28-02-2018
FECHA EFECTIVIDAD: 23-12-2017
SERVICIOS ACREDITADOS: 30   1   0   0
   Años Meses Sem Días
COSTO ANUALIDAD: $84,977.76
SALARIO PROMEDIO: $3,250.00
RETROACTIVO: 23-12-2017 AL 15-02-2018
IMPORTE TOTAL (BRUTO)

|  | PAGO GLOBAL | MENSUAL | ANUAL |
|---|---|---|---|
|  | $4,363.92 | $2,437.50 |  |
|  |  | $0.00 |  |
| AUMENTO POR LEY: |  | $2,437.50 |  |
|  | $4,363.92 |  | $29,250.00 |

| CONCEPTO | CLAVE | DESCUENTO | DESCUENTO |
|---|---|---|---|
| PENSION PAGADA |  | $0.00 | $0.00 |
| PRÉSTAMOS: PERSONAL (PP) | 47-000 | $0.00 | $0.00 |
| CULTURAL (PC) | 45-000 | $0.00 | $0.00 |
| HIPOTECARIO (PH) | 36-000 | $0.00 | $0.00 |
| FINANZAS | 67-059 | $0.00 | $0.00 |
| INSUFICIENCIA EN APORTACION |  | $0.00 | $0.00 |
| APORT. IND. 9% Cese: | 26-001 | $0.00 | $0.00 |
| OTROS |  | $0.00 | $0.00 |
| TOTAL DESCUENTO |  | $0.00 | $0.00 |
| NETO |  | $4,363.92 | $2,437.50 |

BONOS   NAVIDAD (BNP): $0.00   VERANO (PBV): $0.00   MEDICAMENTO (PBM): $0.00

COMPUTADO POR: _____   FECHA: 1/feb/18
INTERVENIDO POR: _____   FECHA: _____
SUPERVISOR (PENSIONES): _____   FECHA: 26 feb. 2018
DIRECTOR: _____   FECHA: 2/3/18
INGRESADO A NOMINA POR: _____   FECHA: 7/2/18
   Mes: FEB   ☐ 1ra   ☑ 2da
PAGO GLOBAL POR: _____   FECHA: 12/0/18
   Mes: _____   ☐ 1ra   ☑ 2da   ☐ Off Cycle   ☐ Pay Line
SUPERVISOR (NOMINA): _____   FECHA: 1/3/18