United State District Court For The District of Puerto Rico

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767

RECEIVED AND FILED
2020 FEB 18 AM 10:10
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Debtors : Estado Libre Asociado de Puerto Rico

Gobierno de Puerto Rico

Departamento de Educación

No. 17 B K 3283-LTS

_____150_____ OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALF OF PUERTO RICO, IN DEFICIENT CLAIMS ASSEITING INTEREST BASED UPON UNSPECIFIED PUERTO RICO STATUS.

DOC

Proof of Claim: 135410

Name and Address: C/ BOHIO G 7 CAGUAX
CAGUAS, P.R. 00725

Reclama al Gobierno del Estado Libre Asociado de Puerto Rico; al Gobierno de Puerto Rico y Departamento de Educación de Puerto Rico.

Ley 89 de 1984 - Romerazo

Años reclamados __26__

Cantidad Reclamada __$31,200.00__

Ley 96 del año 2001
Años Reclamados __9 años__
Cantidad Reclamada __$10,800.00__

Ley 91 del año __Costo de vida__

Años reclamados __9 años__

Cantidad reclamada __$6,629.00__

Adjunto evidencia en replica de la información solicitada:

1. Certificación de Empleo
2. Certificación de Retiro
3. Salarios

Solicito la adjudicación de mi petició según corresponda a mis derechos por las Leyes anteriormente Especificadas.

Nombre: __MAYRA R. PEREZ PAGAN__

Firma: __Mayra R. Ja__   Fecha: __18 de febrero 2020__



# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

**ATT: LEY PROMESA**

18 de febrero de 2020

# C E R T I F I C A C I O N

| | | |
|---|---|---|
| Certifico que | : | MAYRA R. PEREZ PAGAN |
| Seguro Social | : | |
| Categoría | : | MAESTRO EDUC.ESPECIAL (K-12) |
| Distrito Escolar | : | LAS PIEDRAS |
| Sueldo Mensual | : | $2,755.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 21 de diciembre de 2010 |
| Otros | : | Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de (30) años. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión del **Prof. Mayra Perez Pagan**, con número de seguro social que termina en **2460**.

| | |
|---|---|
| Fecha de Efectividad de la Pensión | 22 de diciembre de 2010 |
| Tiempo Cotizado para Pensión | 30 años, 4 meses, 3 sem, 2.5 días |
| Pensión mensual Inicial | $ 2,045.98 |
| Pensión Mensual Actual | $ 2045.98 |

Esta certificación se expide hoy, **18 de febrero de 2020** en **San Juan, Puerto Rico**.

Edgardo Negron Ramirez
Supervisor
Área de Servicios de Retiro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879



SRM
Sistema de Retiro para Maestros
Gobierno de Puerto Rico
Protegemos la Aportación al Futuro

787.777.1414     787.764.6910     www.srm.pr.gov

**Gobierno de Puerto Rico**
**592 - SISTEMA DE RETIRO MAESTRO-PENS**

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 12/01/2019 |
| Hasta: | 12/15/2019 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | 5065641 |
| Fecha Aviso: | 12/13/2019 |

**MAYRA R PEREZ PAGAN**
PO BOX 2042
JUNCOS PR 00777-2042

SS: XXX-XX-2460

| | |
|---|---|
| # Empleado: | XXXXX2460 |
| Dept: | 592160-ANOS SERVICIO LEY91 2004 |
| Lugar: | A/OS SERVICIO LEY 91 |
| Titulo: | Pensionado |
| Sueldo: | $2,046.98 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Horas Corriente | Ingresos Corriente | Horas Acumulado | Ingresos Acumulado |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,023.49 | 1,867.50 | 23,540.27 |
| Bono Navidad Pensionados | | | 0.00 | | 200.00 |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 |
| Total: | | | 1,023.49 | 1,867.50 | 23,840.27 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-Asoc Maestros de PR | 117.50 | 2,441.50 |
| CO-COOP MAESTRO PR | 105.00 | 2,415.00 |
| AS-ASOC MAESTROS DE P.R. | 8.50 | 195.50 |
| Total: | 231.00 | 5,052.00 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-Asoc Maestros de PR | 0.00 | 1,100.00 |
| * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 1,023.49 | 0.00 | 231.00 | 792.49 |
| Acumulado: | 23,840.27 | 0.00 | 5,052.00 | 18,788.27 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5065641 | 792.49 |
| Total: | 792.49 |

**MENSAJE:**

---

**Gobierno de Puerto Rico**
**592 - SISTEMA DE RETIRO MAESTRO-PENS**

Fecha
12/13/2019

Aviso No.
5065641

Cant. Deposito: ___$792.49___

TRAY 100 SQ 22771••••••••••••••••••SCH 5-DIGIT 00727   22771 2 AV 0.383
MAYRA R PEREZ PAGAN
PO BOX 2042
JUNCOS PR 00777-2042

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | $792.49 |
| Total: | | $792.49 |

**NO-NEGOCIABLE**

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 11/16/2019 |
| Hasta: | 11/30/2019 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | 4606326 |
| Fecha Aviso: | 11/29/2019 |

**MAYRA R PEREZ PAGAN**
PO BOX 2042
JUNCOS PR 00777-2042

SS: XXX-XX-2460

| | |
|---|---|
| # Empleado: | XXXXX2460 |
| Dept: | 592160-ANOS SERVICIO LEY91 2004 |
| Lugar: | A/OS SERVICIO LEY 91 |
| Titulo: | Pensionado |
| Sueldo: | $2,046.98 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,023.49 | 1,792.50 | 22,516.78 |
| Bono Navidad Pensionados | | | 0.00 | | 200.00 |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 |
| Total: | | | 1,023.49 | 1,792.50 | 22,816.78 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-Asoc Maestros de PR | 117.50 | 2,324.00 |
| CO-COOP MAESTRO PR | 105.00 | 2,310.00 |
| AS-ASOC MAESTROS DE P.R. | 8.50 | 187.00 |
| Total: | 231.00 | 4,821.00 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-Asoc Maestros de PR | 100.00 | 1,100.00 |

* Tributable

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 1,023.49 | 0.00 | 231.00 | 792.49 |
| Acumulado: | 22,816.78 | 0.00 | 4,821.00 | 17,995.78 |

### PTO HORAS

| | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #4606326 | 792.49 |
| Total: | 792.49 |

MENSAJE:

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
11/29/2019

Aviso No.
4606326

Cant. Deposito: ___$792.49___

TRAY 100 SQ 22771*******************SCH 5-DIGIT 00727     22771 2 AV 0.383
MAYRA R PEREZ PAGAN
PO BOX 2042
JUNCOS PR 00777-2042

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | $792.49 |
| Total: | | $792.49 |

**NO-NEGOCIABLE**

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez, Esquina Calaf
HATO REY, PR 00919

| | |
|---|---|
| Grupo de Pago: | SM -Quincen |
| Desde: | 07/05/2010 |
| Hasta: | 07/16/2010 |

| | |
|---|---|
| Aviso #: | 2105344 |
| Fecha Aviso: | 07/15/2010 |

**MAYRA R PEREZ PAGAN**
URB CAGUAX
G7 CALLE 5
CAGUAS, PR 00725-0000
SS:

| | |
|---|---|
| # Empleado: | |
| Dept: | 8003038-Humacao Juncos |
| Lugar: | ELEMENTAL BO. LIRIO |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $2,755.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 2 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 1,377.50 | 780.00 | 17,879.90 |
| Pago de Salarios Regulares | | 27.60- | | 0.00 | |
| Licencia Enfermedad en Exceso | | 0.00 | | 303.02 | |
| **Total:** | | | 1,349.90 | 780.00 | 18,182.92 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| PR Withholding | 57.74 | 821.18 |
| **Total:** | 57.74 | 821.18 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 121.49 | 1,609.25 |
| **Total:** | 121.49 | 1,609.25 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 104.95 | 1,364.35 |
| SM-Asoc Maestros de PR | 29.00 | 377.00 |
| CO-COOP MAESTRO PR | 164.30 | 2,135.90 |
| Ahorros-AEELA | 40.50 | 536.46 |
| **Total:** | 338.75 | 4,413.71 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 114.74 | 1,519.82 |
| FSED Disability Plan | 22.95 | 309.14 |
| SM-Asoc Maestros de PR | 0.00 | 720.00 |

* Tributable

### TOTAL BRUTO / BRUTO TRIBUT FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Bruto Tribut Fed | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|---|
| Corriente: | 1,349.90 | 0.00 | 57.74 | 460.24 | 831.92 |
| Acumulado: | 18,182.92 | 0.00 | 821.18 | 6,022.96 | 11,338.78 |

### PTO HORAS / ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #2105344 | 831.92 |
| **Total:** | 831.92 |

**MENSAJE:**

---

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
07/15/2010

Aviso No.
2105344

**Cant. Deposito:** $831.92

A la
Cuenta(s) De

**MAYRA R PEREZ PAGAN**
URB CAGUAX
G7 CALLE 5
CAGUAS, PR 00725-0000
Localizacion: ELEMENTAL BO. LIRIO

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | $831.92 |
| **Total:** | | $831.92 |

## NO-NEGOCIABLE