18 de febrero de 2020



**Replica a la objeción global**

**Datos Personales:**

| | |
|---|---|
| Nombre: | Aurea Rodríguez Morales |
| Dirección: | Bo. Apeadero sector Los Machuchales |
| | P.O. Box 805 |
| | Patillas, PR 00723 |
| Teléfono: | 939-277-1030 |
| Correo Electrónico: | arodz62@icloud.com |
| Número de reclamación: | _____ |

**Epígrafe:**

Tribunal de distrito de los Estados Unidos para el distrito de Puerto Rico

En el asunto de: PROMESA, Titulo III   Junta de Supervisión y Administración Financiera para Puerto Rico, Núm. 17 BK 3283-LTS como representante de Estado Libre Asociado de Puerto Rico y otros, La presente radicación guarda relación el ELA, la ACT y el SRE.

Centésima Trigésima novena objeción Global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a reclamos deficientes en los que se alegan intereses sobre la base de unas leyes puertorriqueñas no especificadas.

Nombre de los deudores:

1. El Estado Libre Asociado de Puerto Rico (el "ELA") (núm. de procedimiento de quiebra 17 BK 3283-LTS) (últimos cuatro dígitos del número federal de contribuyente:3481)
2. La corporación del Fondo de interés apremiante de Puerto Rico ("Cofina") (núm. de procedimiento de quiebra 17 BK3284-LTZ) (últimos cuatro dígitos del número federal de contribuyente: 8474)
3. La Autoridad de Carreteras y Transportación de Puerto Rico (la "ÄCT") (núm. de procedimiento de quiebra 17 BK 3567-LTS (últimos cuatro dígitos del número federal de contribuyente:3808)

4. El sistema de Retiro de los Empleados del Gobierno del Estado dígitos del número federal de contribuyente: 9686);

5. La Autoridad de Energía Eléctrica de Puerto Rico (la "AEE') (núm. de procedimiento de quiebra 17 BK 4780-LTS)

Motivo para oponerse a la objeción global:

Me opongo a que el tribunal declare a lugar a la objeción global y desestimen mi reclamación_____ por las siguientes leyes Ley 164 (escala salarial),   Ley 9 (Quinquenio) y Ley 89 (Romerazo), por la cual considero tengo derecho de acuerdo a mis años de servicio en el Departamento de la Familia como empleada de carrera regular desde septiembre de 1988, hasta el presente.

Le incluyo certificación empleo.

Gracias,

Aurea Rodríguez Morales



**DEPARTAMENTO DE LA**
# FAMILIA
**GOBIERNO DE PUERTO RICO**

A QUIEN PUEDA INTERESAR

CERTIFICO que, **Aurea Rodriguez Morales** , Número de Seguro Social,
, trabaja para el Departamento de la Familia en la
Administración de Familias y Niños en la **Oficina Local de Cayey**.

La señora **Rodriguez,** ofrece servicios como **Trabajadora Social II.**
Comenzó en la agencia el **06 de septiembre de 1988**. La empleada
devenga un salario bruto de **$3,615.00** mensual.

Certifico hoy, **18 de febrero de  2020**, para los fines que crea pertinentes.

**Nelson Rodríguez Rivera**
Oficial Administrativo II
Oficina Regional Guayama

Quayama



ADFAN

# Administración de Familias y Niños

Hon. Luis Fortuño Burset
Gobernador de Puerto Rico

Mayra N. López Carrero

19 de junio de 2009

A:  AUREA RODRIGUEZ MORALES

### RECERTIFICACIÓN DE FECHA DE ANTIGÜEDAD EN LA AGENCIA

La Agencia le certificó por escrito a usted  AUREA RODRIGUEZ MORALES, quien ocupa el puesto de Trabajador Social Ii, que tenía una antigüedad de 21 años, 0 meses y 0 días. Luego de revisar y actualizar los récords de los empleados, la Agencia recertifica por este medio que su antigüedad es de 20 años, 7 meses y 11 días al 17 de abril de 2009.

En la eventualidad de que usted no esté de acuerdo con la antigüedad aquí recertificada, tiene derecho a presentar en la Oficina de Recursos Humanos de la Agencia un *Formulario de Impugnación de Recertificación de Fecha de Antigüedad* por sí, o a través de su organización sindical, de ser el caso, acompañado de evidencia documental oficial emitida por una autoridad o entidad gubernamental competente ("evidencia documental fehaciente"), según definida en la Carta Circular Núm. 2009-11 de la Junta de Reestructuración y Estabilización Fiscal de 14 de mayo de 2009 ("Carta Circular Núm. 2009-11"), que sostenga su posición en cuanto a la antigüedad o el tiempo trabajado en el servicio público.  Asimismo, usted tendrá derecho a exponer y fundamentar en dicho *Formulario de Impugnación de Recertificación de Fecha de Antigüedad* su versión en torno a la antigüedad alegada como correcta.

El término para que usted someta el *Formulario de Impugnación de Recertificación de Fecha de Antigüedad* y la evidencia documental fehaciente es de treinta (30) días calendario a partir de la notificación de la presente *Recertificación de Fecha de Antigüedad en la Agencia*.  La fecha de notificación es la fecha de entrega o del envío por correo certificado con acuse de recibo de la *Recertificación de Fecha de Antigüedad en la Agencia* a usted, según sea el caso.  De no presentar evidencia documental fehaciente o no refutar la fecha de antigüedad recertificada dentro del término de treinta (30) días, la antigüedad aquí notificada será concluyente.

En caso de que usted presente, dentro del término de treinta (30) días, el *Formulario de Impugnación de Recertificación de Fecha de Antigüedad* acompañado de evidencia documental fehaciente que controvierta la antigüedad recertificada, la Agencia no tomará su determinación final sobre la antigüedad sin antes darle la oportunidad de tener una vista previa.

Para información sobre lo que constituye evidencia documental fehaciente y el proceso de impugnación, refiérase a la Carta Circular Núm. 2009-11, disponible en la Oficina de Recursos Humanos de la Agencia y en la siguiente página en el Internet: www.jrefpr.org.

Atentamente,

*Mayra N. López*

Mayra N. López Carrero

DEPARTAMENTO DE LA FAMILIA
ADMINISTRACIÓN DE FAMILIAS Y NIÑOS
OFICINA DE RECURSOS HUMANOS
DIVISION DE NOMBRAMIENTOS Y CAMBIOS

### INFORME DE CAMBIO ESPECIAL  60606

| E1110-111-1230000-1078-001-2003 | G-321-0 |
|---|---|
| Cifra de cuenta | Símbolo |

| ADMINISTRACIÓN DE FAMILIAS Y NIÑOS | Servicios Familias con Niños-Patillas- Reg. Guayama |
|---|---|
| Departamento o Agencia | Unidad de Trabajo |

Se notifica el siguiente cambio en sueldo de este empleado, en virtud de lo dispuesto por la ley Número 96 del 1 de julio de 2002 la cual provee un aumento de sueldo general de $100.00 mensuales para los empleados públicos a partir del primero de julio de 2002.

Rodríguez Morales, Aurea
**Nombre del Empleado**

| Número de Seguro Social | De Carrera-Regular |
|---|---|
| | Status del Empleado |

*VEASE ENMIENDA DEL 19 julio 2006 MH*

| (10552) 12300647 | Trabajadora Social  II |
|---|---|
| Número de Puesto | Título de Clasificación |

| 14 | $1,406.00 | $2,199.00 |
|---|---|---|
| Escala de Retribución | Mínimo | Máximo |

| ANTES DEL CAMBIO | DESPUÉS DEL CAMBIO |
|---|---|
| Sueldo Mensual   $ 1,670.00 | $ 1,770.00 |

Observaciones :   Posee diferencial $445.00

Dra. Yarah S. Rodríguez López
**Directora**
**Oficina de Recursos Humanos**
BHS/mcfr

APROBADO
Oficina de Personal

MAY 0 5 2003

ADMINISTRACION DE
FAMILIAS Y NIÑOS

30 de abril  de 2003

**FECHA**

31 AGO 2006

Estado Libre Asociado de Puerto Rico
**DEPARTAMENTO DE LA FAMILIA**
PO BOX 11398
SAN JUAN, PUERTO RICO 00910-1398

**INFORME DE CAMBIO**

IMPORTANTE
INSTRUCCIONES:
LEA AL DORSO

1. Número de Cambio **4-854**

2. Número de Seguro Social del Empleado

| Cambio a Efectuarse | Antes del Cambio | Después del Cambio |
|---|---|---|
| | Puesto Núm. **12300647** | Puesto Núm. |
| 3. Nombre del empleado | **RODRIGUEZ MORALES, AUREA** | |
| 4. Agencia, Administración o Secretariado | **ADMINISTRACION DE FAMILIAS Y NIÑOS** | |
| 5. Programa, División u Oficina | **SERVICIOS FAMILIAS NIÑOS** | |
| 6. Unidad, División o Sección | **LOCAL PATILLAS** | |
| 7. Ubicación geográfica del puesto | **REGION GUAYAMA** | |
| 8. Categoría del Empleado | **DE CARRERA** | |
| 9. Status del Empleado | **REGULAR** | |
| 10. Título de Clasificación | **TRABAJADOR SOCIAL II** | |
| 11. Unidad Apropiada / Excluido | **B** | |
| 12. Sueldo | **$2070.00** | **$2515.00** |
| 12.a Diferencial (1) | **$445.00** | **NADA** |
| 12.b Diferencial (2) | | |
| 13. Descuento para Contribución sobre Ingresos | | |
| 14. Descuento para Seguro Social | | |
| 15. Descuento para Aportación Sistema de | | |
| 16. Descuento para Servicios Médicos | | |
| 17. Descuento para Ahorros (A.E.E.L.A.) | | |
| 18. Descuento para Seguro (A.E.E.L.A.) | | |
| 19. Descuento Unión | | |
| 20. Otros Descuentos | | |
| 21. Clase | **G-321-0** | |
| 22. Escala | **14** | |
| 23. Fecha de Efectividad | | **1 DE NOVIEMBRE DE 2005** |

| 24. SIMBOLOS DE CONTABILIDAD | Cuenta | Fdo. | Org. | Prog. | Asig. | Año Pres. | Grant | Cuenta | Fdo. | Org. | Prog. | Asig. | Año Pres | Grant |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | E1110 | 111 | 1230000 | 1078 | 001 | 2006 | | | | | | | | |

25. Indique si se trata de: ☐ Ascenso ☐ Cambio de Categoría ☐ Cambio de Status ☐ Ascenso o Traslado Transitorio ☐ Diferencial
☐ Descenso ☐ Reclasificación ☐ Reinstalación ☐ Reubicación ☐ Traslado ☐ Nuevo Nombramiento ☐ Aumento de Sueldo

26. En Caso de cambio a otra agencia indique – Licencia a acreditarse: Compensatorio _____ días.
Licencia Enfermedad _____ días, Concedida _____ días, Licencia Regular _____ días, Concedida _____ días.

| | Fecha de Separación (Ultimo día de Pago) | Licencia sin Paga | Fecha de Efectividad de la Separación |
|---|---|---|---|
| 27. Renuncia | | | |
| 28. Separación | | | |
| 29. Destitución | | | |
| 30. Cesantía | | | |

31. Suspensión de Empleo y Sueldo: Duración: 30 días _____ A
32. Muerte: Fecha: _____ Hora _____ Ultimo día de pago: _____ Participante de Retiro ☐ Sí ☐ No
33. Clase de Licencia: ☐ Para estudio ☐ Especial con paga ☐ Militar sin sueldo ☐ Maternidad ☐ Sin sueldo
Duración: DE _____ A _____

34. Comentarios y Explicaciones (si necesita más espacio use el dorso) **Se integra al sueldo el diferencial ($445) por difícil reclutamiento y retención, conforme Memorando General SARHRL-03-2005 del 20 de septiembre de 2005 suscrito por Wilda Ramos Román, Sec. Aux. Rec. Hum.**

35. Si el cambio de puesto es por Certificación de Elegibles indique: Certificación de Elegibles Núm.
Si el cambio es a otro puesto, indique el nombre del anterior incumbente:

36. Si el cambio es a otra agencia el jefe de la agencia donde se origine el cambio o su representante autorizado firmará aquí:

37. Firma del empleado en casos que fuere necesario

38. Aprobado por: _____
DRA. YARAH E. RODRIGUEZ LOPEZ-DIR. REC. HUM.
Jefe de la Agencia o su Representante Autorizado

CCR

**APROBADO**
OFICINA DE RECURSOS HUMANOS

3 1 JUL 2006

DEPARTAMENTO DE LA FAMILIA

3 1 AGO 2006

ES    ) LIBRE ASOCIADO DE PUERT    )
**DEPARTAMENTO DE LA FAMILIA**

INFORME DE CAMBIO ESPECIAL NUMERO          **4-853**

Cifra de Cuenta   **E1110-111-1230000-1078-001-2005**          Símbolo   **G-321-0**

Unidad Apropiada   X   A
              B

**ADMINISTRACION FAMILIAS Y NIÑOS**
**SERVICIOS FAMILIAS NIÑOS**
**LOCAL PATILLAS-REGION GUAYAMA**
Unidad de Trabajo

Se notifica el siguiente aumento de sueldo a empleados que al primero de julio de 2004 estén en servicio activo, comprendidos en las Unidades Apropiadas A y B, conforme a las disposiciones de los Convenios Colectivos vigentes del 26 de febrero de 2003 al 25 de febrero de 2006, Artículo XXXV, Sección 1, equivalente a $150.00 mensuales. Este aumento es efectivo el primero de julio de 2004.

**RODRIGUEZ MORALES, AUREA**
Nombre del Empleado

Número de Seguro Social

**DE CARRERA-REGULAR**
Status del Empleado

**12300647**
Número del Puesto

**TRABAJADOR SOCIAL II**
Título de Clasificación

**14**
Escala de Retribución

**$1406.00**          **$2199.00**
Mínimo              Máximo

| ANTES DEL CAMBIO | DESPUES DEL CAMBIO |
|---|---|
| Sueldo Mensual (sin diferencial)     **$1920.00** | **$2070.00** |

Observaciones:   **DIFERENCIAL  $445.00**

Dra Yarah S. Rodríguez López Dir. Rec. Hum.
Firma de la Autoridad Nominadora o su
Representante Autorizado

CCR

**APROBADO**
OFICINA DE RECURSOS HUMANOS

**3 1 JUL 2006**

DEPARTAMENTO DE LA FAMILIA
Fecha

3 1 AGO 2006

ES... .O LIBRE ASOCIADO DE PUERTO ...CO
**DEPARTAMENTO DE LA FAMILIA**

INFORME DE CAMBIO ESPECIAL NUMERO          **4-852**

Cifra de Cuenta   **E1110-111-1230000-1078-001-2004**                    Símbolo   **G-321-0**

Unidad Apropiada   X   A B                    **ADMINISTRACION FAMILIAS Y NIÑOS**
                                              **SERVICIOS FAMILIAS NIÑOS**
                                              **LOCAL PATILLAS-REGION GUAYAMA**
                                              Unidad de Trabajo

Se notifica el siguiente aumento de sueldo a empleados que al primero de julio de 2003 estén en servicio activo, comprendidos en las Unidades Apropiadas A y B, conforme a las disposiciones de los Convenios Colectivos vigentes del 26 de febrero de 2003 al 25 de febrero de 2006, Artículo XXXV, Sección 1, equivalente a $150.00 mensuales.  Este aumento es efectivo el primero de julio de 2003.

**RODRIGUEZ MORALES, AUREA**
Nombre del Empleado

|  |  |
|---|---|
|  | **DE CARRERA-REGULAR** |
| Número de Seguro Social | Status del Empleado |
| **12300647** | **TRABAJADOR SOCIAL II** |
| Número del Puesto | Título de Clasificación |

| 14 | $1406.00 | $2199.00 |
|---|---|---|
| Escala de Retribución | Mínimo | Máximo |

| ANTES DEL CAMBIO | DESPUES DEL CAMBIO |
|---|---|
| Sueldo Mensual (sin diferencial)      **$1770.00** | **$1920.00** |

Observaciones:   **DIFERENCIAL  $445.00**

**Dra Yarah S. Rodríguez López, Dir. Rec. Hum.**
Firma de la Autoridad Nominadora o su
Representante Autorizado

CCR

**APROBADO**
OFICINA DE RECURSOS HUMANOS
3 1 JUL 2006
DEPARTAMENTO DE LA FAMILIA
Fecha

31 AGO 2006

| 1. SIMBOLOS DE CONTABILIDAD | | | | | | | Estado Libre Asociado de Puerto Rico | 2. Certificación Número |
|---|---|---|---|---|---|---|---|---|
| A. F. | Fondo | Agencia | Div. | Sub. Div. | Asig. | Objeto | OFICINA CENTRAL DE ADMINISTRACION DE PERSONAL Apartado 8476, Estación Fernandez Juncos Santurce, Puerto Rico 00910 | 198 |
| 80 | 141 | 77 | 01 | | 081 | 1120 | | 3. Fecha de la Certificación |
| | | | | | | | NOTIFICACION DE NOMBRAMIENTO Y JURAMENTO | 10 de enero 1989 |

INSTRUCCIONES: Use este formulario para todo nombramiento en el Servicio de Carrera y en el Servicio de Confianza. Use un formulario para cada nombramiento. La Agencia utilizará éste formulario para notificar la fecha en que el empleado comenzará a prestar servicios. Por consiguiente, no debe ser sometido antes de la persona empezar a trabajar. El apartado 20 "Juramento" deberá ser firmado por el empleado en el espacio provisto. Acompañe este documento con el Historial Personal (OCAP-1), Examen Médico (OCAP-2) Certificación de Verificación de Requisitos (OCAP-29), Declaración Individual y Certificado de Nacimiento. Distribución: Original será retenido por la agencia, primera y segunda copia a la O.C.A.P., tercera copia Departamento de Hacienda (Contaduría), cuarta copia Asociación de Empleados, quinta copia a Sistemas de Retiro, sexta copia al empleado.

**4. Nombre del Empleado:**

Rodríguez    Morales    Aurea

(Apellido Paterno)    (Apellido Materno)    (Nombre)

Si se trata de una mujer casada siga este orden:
(1) Apellido paterno seguido de la preposición "DE"
(2) Apellido del esposo y (3) Nombre

**5. Nombre según aparece en el Seguro Social**

Aurea Rodríguez Morales

**6. Sexo**  ☐ M  ☐ F

**7. Número del Seguro Social**

**8. Dirección del empleado**

Bo. Apeadero Apdo. 805
Patillas, PR 00723

**9. Agencia, Negociado o División, Sección o Unidad y Pueblo**

Programa Acción Correctiva – Guayama
Departamento de Servicios Sociales

**10. Título de Clasificación del Puesto**

Trabajador Social I

**11. Número de Clase**  1310

**12. Número del Puesto**  PAC 98-1215

**13. Clase de Nombramiento**

☐ Regular   ☐ Probatorio   ☒ Transitorio

☐ En el Servicio de Confianza _____ (indique disposición legal que incluye el puesto en el servicio de confianza)

**14. Sueldo Mensual** $ 787.00

Diferencial _____

Total $ _____

**15. Fecha de efectividad del Nombramiento**

6 de septiembre de 1988

**16. Fecha en que expira el período probatorio o el nombramiento** Fin o antes del 1 de enero/89

**17. Anterior Incumbente**  Nueva Creación

**18. Título de Clasificación del Puesto**  Trabajador Social I

**19. Firma de la autoridad nominadora o su representante autorizado:**

Juanita Pérez Rodríguez    Sec. Aux. Pers. y Rec. Humanos    6 de septiembre/88

Firma    Título    Fecha

**20.**

### JURAMENTO DE FIDELIDAD Y DE TOMA DE POSESION DEL CARGO O EMPLEO

Yo,  Aurea Rodríguez Morales    Mayor    Soltera    Trabajador Social I  y

(Nombre del Funcionario o Empleado)    (Edad)    (Soltero o Casado)    (Nombre del cargo o empleo)

vecino de  Patillas    , juro solemnemente que mantendré y defenderé la Constitución de los Estados Unidos y la Constitución

(Pueblo)

y las Leyes del Estado Libre Asociado de Puerto Rico contra todo enemigo interior o exterior; que prestaré fidelidad y adhesion a las mismas; y que asumo esta obligación libremente y sin reserva mental ni propósito de evadirla; y que desempeñaré bien y fielmente los deberes del cargo o empleo que estoy proximo a ejercer. Así me ayude Dios.

6 de septiembre/1988

(Fecha)    Firma del Empleado o Funcionario

AFFIDAVIT NUM. 6183

Suscrito y jurado ante mí por _____ _____ de las circunstancias personales antes expresados _____ doy fe de conocerle personalmente _____ Guayama _____ Puerto Rico.

hoy _____ de _____ del año _____

Firma y dirección del Notario Público del Funcionario autorizado a tomar Juramento

[seal: JOSE A. SOLA AMODEO — ABOGADO · NOTARIO]

[stamp: APROBADO DIVISION DE PERSONAL]

[stamp: DEPARTAMENTO DE SERVICIOS SOCIALES]

PARA USO EXCLUSIVO DE OCAP

| 21. Recibido en OCAP: | 22. Nombramiento aprobado o registrado por: | 23. Fecha |
|---|---|---|
| | | |