18 de febrero de 2020



### Réplica a la objeción global

### Datos Personales:

| | |
|---|---|
| Nombre: | Norma L. Morales Solís |
| Dirección: | P.O. Box 1157 |
| | Patillas, PR 00723-1157 |
| Teléfono: | 787-207-8243 |
| Correo Electrónico: | moralesnormaliz@gmail.com |
| Número de reclamación: | _____ |

### Epígrafe:

Tribunal de distrito de los Estados Unidos para el distrito de Puerto Rico

En el asunto de: PROMESA, Titulo III Junta de Supervisión y Administración Financiera para Puerto Rico, Núm. 17 BK 3283-LTS como representante de Estado Libre Asociado de Puerto Rico y otros, La presente radicación guarda relación el ELA, la ACT y el SRE.

Centésima Trigésima novena objeción Global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a reclamos deficientes en los que se alegan intereses sobre la base de unas leyes puertorriqueñas no especificadas.

Nombre de los deudores:

1. El Estado Libre Asociado de Puerto Rico (el "ELA") (núm. de procedimiento de quiebra 17 BK 3283-LTS) (últimos cuatro dígitos del número federal de contribuyente: 3481)
2. La Corporación del Fondo de interés apremiante de Puerto Rico ("Cofina") (núm. de procedimiento de quiebra 17 BK3284-LTZ) (últimos cuatro dígitos del número federal de contribuyente: 8474)
3. La Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (núm. de procedimiento de quiebra 17 BK 3567-LTS (últimos cuatro dígitos del número federal de contribuyente: 3808)

4. El sistema de Retiro de los Empleados del Gobierno del Estado (últimos cuatro dígitos del número federal de contribuyente: 9886);
5. La Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (núm. de procedimiento de quiebra 17 BK 4780-LTS)

Motivo para oponerse a la objeción global:

Me opongo a que el tribunal declare a lugar a la objeción global y desestimen mi reclamación _____ por las siguientes leyes Ley 164 (escala salarial), Ley 89 (Romerazo) y Ley 9 (Quinquenio), por la cual considero tengo derecho de acuerdo a mis años de servicio en el Departamento de la Familia como empleada de carrera regular desde el 18 de noviembre de 2013, hasta el presente.

Le incluyo certificación empleo.

Gracias,

_____
Norma Liz Morales Solís



A QUIEN PUEDA INTERESAR

CERTIFICO que, **Norma L. Morales Solis, Numero de Seguro Social, , trabaja para el Departamento de la Familia** en la **Administración de Desarrollo Socio Económico (ADSEF) en la Local de Patillas.**

La señora **Morales,** ofrece servicios como **TASF I.** Comenzó en la agencia el **18 de noviembre de 2013.** La empleada devenga un salario bruto de **$1,341.00.** mensual.

Certifico hoy, **18 de febrero de 2020,** para los fines que crea pertinentes.

_____
**Nelson Rodríguez Rivera**
Oficial Administrativo II
Oficina Regional Guayama