# GOBIERNO DE PUERTO RICO

Departamento de Corrección y Rehabilitación

*Centro Detención Tratamiento Social Villalba*

13 de febrero de 2020

Yo, Carlos A. Montalvo Vázquez, mayor de edad y vecino de Sabana Grande, certifico y adjunto evidencia de haber comenzado a trabajar para el Gobierno de Puerto el 18 de agosto de 1993. Al presente, he cumplido con 27 años de trabajo ininterrumpidos.

Para que así conste hoy, 13 de febrero de 2020 en Villalba, PR.

Certifico correcto,

_____
Carlos A. Montalvo Vázquez
Agente de Seguridad y Protección II



*CALL BOX 6003 VILLALBA, PUERTO RICO 00766-6003 / (787) 847-5000 EXT 245*