Case:17-03283-LTS Doc#:11262-2 Filed:02/18/20 Entered:02/19/20 16:40:35 Desc:
Envelope Page 1 of 1

Carlos P. Montalvo Vazquez
Parc. Rayo Guaras Calle Luna bzn. 125
Sabana Grande P.R. 00637

RECEIVED & FILED
2020 FEB 18 PM 5:12
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Tribunal de Distrito de los Estados Unidos
#150 Chardon Avenue
Federal Building
San Juan P.R. 00918

00918-170399