(i) Datos de contacto:

Nombre: Elizabeth Meléndez Herrera

Dirección: Urb. Monte-Brisas 2, Calle P.U-73
Fajardo, PR 00738

Número de teléfono: (787) 426-2553
Dirección correo electrónico: Caelina3@gmail.com

(ii) Epígrafe:

Nombre del Tribunal: Tribunal de Distrito de Estados Unidos Para el Distrito de Puerto Rico

Nombre de deudores: Junta Supervisión y Administración Financiera Para Puerto Rico, como representante de Estado Libre Asociado de Puerto Rico

Número de procedimiento: 17-BK3283-LTS

Título de la objeción global: Notificación de la centésima sexta global de ELA de P.R.
Números de evidencia de reclamos relacionado de Prime Clerk: 102539

(iii) Motivo para oponerse: Me desempeñé en el Depto. de Educación de P.R. durante los años 1976 hasta 2009. Durante los años se aprobaron las leyes #89 (Romero) y la Sila Calderón 2002 y no me otorgaron los beneficios que me correspondían por motivo de esas leyes.

(iv) Documentación justificada:
Adjunto comprobante evidenciando años de servicio en el Departamento de Educación

Elizabeth Meléndez Herrera
2/18/20