

# DEPARTMENT OF EDUCATION
## Commonwealth of Puerto Rico
### Subsecretary of Human Resources

ATT: LEY PROMESA

February 18, 2020

# CERTIFICATION

I hereby certify that : ELIZABETH MELENDEZ HERRERA

Social Security :

Category : SECONDARY SCHOOL TEACHER (ENGLISH)

School District : FAJARDO_

Monthly Salary : $2,705.00

Status : PERMANENT

Remarks :

Dates of Employment : N/A

Ceased : N/A

Resigned : Effective on May 29, 2009

Other : Worked for the Department of Education for a period (31) years, (8) months, (1) week.

Cándida R. Chico Montañez
Supervisor
File Unit

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

The Department of Education does not discriminate for reason of race, color, gender, birth, national origin, social condition, political ideas, religion, age or challenge in its activities, educational services and career opportunities.