**(I) Datos de Contacto:**

Nombre: María C. Rodríguez Mojica

Dirección: HC 8 Box 44743
Aguadilla, Puerto Rico 00603

Número de teléfono: 787-547-6396

Dirección correo electrónico: undra7@yahoo.com

RECEIVED & FILED
2020 FEB 18 AM 11: 57
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

**(ii) Epígrafe**:
Nombre del Tribunal: Tribunal de Distrito de Estados Unidos para el Distrito de Puerto Rico.

Nombres de deudores: Junta Supervisión y Administración Financiera para Puerto Rico, como representación del Estado Libre Adociado de Puerto Rico.

**Número de procedimiento: 17BK 03566-LTS
17BK03283-LTS**

**Título de la objeción global**: Notificación de la centésima Trigésima sexta objeción global del ELA de Puerto Rico.

**Números de evidencia de reclamos relacionados de Prime Clerk:** 133250

**(iii) Motivo para oponerse**: Me desempeñé en el Departamento de Educación de Puerto Rico durante los años 1981 hasta 2011. Durante esos años se aprobaron las leyes #89 (Romerazo) y la ley Sila Calderón 2002 y no me otorgaron los beneficios que me correspondían por motivo de esas leyes.

**Documentación justificada**:
Adjunto comprobante evidenciando años de servicio en el Departamento de Educación.

*[Firma: María C. Rodríguez Mojica]*
18 de febrero de 2020