18 de febrero del 2020

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

Muy respetuosamente me dirijo a usted para informarle que no recibí la carta que tenía que contestar antes del 19 de Octubre de 2019. Solicito me den la oportunidad de que evalúen mi reclamo nuevamente.

Gracias
Carmen J Cordero Vázquez
Urb. Las Vegas A-7
Canóvanas, PR 00729
Reclamación 152201
(787) 876-3473

RECEIVED & FILED
2020 FEB 18 PM 4:37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

17 de febrero de 2020

Reclamación #152201
Carmen J. Cordero Vázquez
Directora Unidad de Investigaciones
del Programa Seguro por Incapacidad
no Ocupacional.
Dpto. del Trabajo y Recursos Humanos de Puerto Rico

I  Pasos otorgados en el 1983 y otros años bajo la Administración del Honorable Gobernador de Puerto Rico, Carlos Romero Barceló y que no fueron pagados.

Pertenecía al Dpto. del Trabajo y Recursos Humanos bajo el Negociado de Seguridad de Empleo, División de Seguro por Desempleo desde el 16 de agosto de 1976 hasta el 15 de mayo de 1990. El 16 de mayo de 1990 pasé en ascenso a la División de Seguro por Incapacidad hasta mi jubilación el 31 de mayo de 2006.
Se nos había otorgado un paso de $50.00 mensuales efectivo al mes de abril de 1983 que no lo pagaron.
Se me adeuda $13,800 del llamado Romerazo.

II  En el año 1996 bajo la Administración del Honorable Gobernador de Puerto Rico, Rafael Hernández Colón, surge la Unión Sombrilla de la Administración del Derecho al Trabajo (ADT) y el Dpto. del Trabajo y Recursos Humanos con sus Negociados.
El Dpto. del Trabajo y Recursos Humanos y sus Negociados pasaron a formar parte de la Sombrilla de la Administración del Derecho al Trabajo (ADT).
Surge una reclasificación a los puestos de los empleados en la Administración del Derecho al Trabajo y todas sus dependencias incluyendo a los pertenecientes a la Sombrilla, que incluía al Dpto. del Trabajo y sus Negociados.
Al hacer la reclasificación no tomaron en consideración a los empleados que estaban bajo el Dpto. del Trabajo y Recursos Humanos y sus Negociados.
Por lo tanto no fuimos evaluados ni reclasificados. Para ese tiempo yo trabajaba en el Negociado de Seguridad de Empleo en la División de Seguro por

Incapacidad no Ocupacional, como Supervisora en el Área de Determinaciones.

El 1 de junio de 2002 fui nombrada Directora de la Unidad de Investigaciones de la División de Seguro por Incapacidad no Ocupacional.

Entiendo me correspondían los $100.00 de la reclasificación por lo que me adeudan $12,000.

Gracias por la atención.

Carmen J Cordero Vázquez
Carmen J Cordero Vázquez
Directora Unidad de Investigaciones del Seguro por Incapacidad no Ocupacional.
Dpto. del Trabajo y Recursos Humanos.