Fecha de la vista: 4 de marzo de 2020, a las 09:30 a.m. (AST)
Fecha límite para responder: 18 de febrero de 2020, a las 04:00 p.m. (AST)

> REVISE DETENIDAMENTE LA PRESENTE OBJECIÓN Y LOS DOCUMENTOS ADJUNTOS PARA DETERMINAR SI LA OBJECIÓN AFECTA A SU(S) RECLAMO(S).

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| En el asunto de:<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>como representante de<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO y otros,<br><br>Deudores. [1] | PROMESA,<br>Título III<br><br>Núm. 17 BK 3283-LTS<br><br>(Administrada conjuntamente)<br><br>**La presente radicación guarda relación con el ELA, la ACT y el SRE.** |

CENTÉSIMA TRIGÉSIMA SÉPTIMA OBJECIÓN GLOBAL (NO SUSTANTIVA)
DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE
CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE
LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE
PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES
SOBRE LA BASE DE UNAS LEYES PUERTORRIQUEÑAS NO ESPECIFICADAS

El Estado Libre Asociado de Puerto Rico (el "ELA"), la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") y el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE"), a través de la Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión"), como representante del ELA, de la ACT y del SRE, conforme al artículo

---

[1] Los Deudores en el marco de los presentes Procedimientos radicados conforme al Título III, junto con el respectivo número de procedimiento radicado conforme al Título III y los últimos cuatro (4) dígitos del número federal de contribuyente de cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (el "ELA") (núm. de procedimiento de quiebra 17 BK 3283-LTS) (últimos cuatro dígitos del número federal de contribuyente: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (núm. de procedimiento de quiebra 17 BK 3284-LTS) (últimos cuatro dígitos del número federal de contribuyente: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (núm. de procedimiento de quiebra 17 BK 3567-LTS) (últimos cuatro dígitos del número federal de contribuyente: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (núm. de procedimiento de quiebra 17 BK 3566-LTS) (últimos cuatro dígitos del número federal de contribuyente: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (núm. de procedimiento de quiebra 17 BK 4780-LTS) (últimos cuatro dígitos del número federal de contribuyente: 3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP", y denominados conjuntamente con el ELA, COFINA, la ACT, el SRE y la AEE, los "Deudores") (núm. de procedimiento de quiebra 19-BK-5532-LTS) (últimos cuatro dígitos del número federal de contribuyente: 3801) (los números de causas radicadas conforme al Título III figuran como números de procedimientos de quiebra debido a limitaciones del programa informático).

| IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT. |
|---|

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| CORDERO VAZQUEZ, CARMEN J | 152201 | 7/5/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

| SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE. |
|---|

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| CORDERO VAZQUEZ, CARMEN J | 152201 | 7/5/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

DTRH-15
Rev. 7/98

**Estado Libre Asociado de Puerto Rico**
**DEPARTAMENTO DEL TRABAJO Y RECURSOS HUMANOS**
Secretaría Auxiliar de Administración de Personal
505 Ave. Muñoz Rivera
Hato Rey, PR 00918

**INFORME DE CAMBIO**

INSTRUCCIONES AL DORSO
Original al Expediente
Copias: Empleado, Supervisor, Oficina de Finanzas, Hacienda, Sistemas de Retiro y AEELA

1. Número del Cambio: 1257
2. Número Seguro Social:
3. Tipo de Transacción: Aumento de sueldo

| Cambio a Efectuarse | Antes del Cambio | Después del Cambio |
|---|---|---|
| | Puesto Núm. 033-143 | Puesto Núm. |
| 4. Nombre | Carmen J. Cordero Vázquez | |
| 5. Depto. o Agencia | Trabajo y Recursos Humanos | |
| 6. Sec. Aux., Negdo. o Programa | Ngdo Ben. a Chof. y a Pers. con Incap No Ocup | |
| 7. Sección o Unidad | Programa SINOT – Investigaciones | |
| 8. Ubicación geográfica del puesto | Oficina Central, Hato Rey | |
| 9. Categoría Empleado(a) | De Carrera | |
| 10. Status Empleado(a) | Regular | |
| 11. Título Clasificación | Sup. del Seguro por Incapacidad | |
| 12. Sueldo | $1,846.00 | $2,066.00 |
| 13. Diferencial | | |
| 14. Descuento Contrib. / Ingresos | | |
| 15. Descuento Seguro Social | | |
| 16. Descuento Aportación Retiro | | |
| 17. Descuento Servicios Médicos | | |
| 18. Descuento Ahorros (AEELA) | | |
| 19. Descuento Seguro (AEELA) | | |
| 20. Otros Descuentos Coop. Depto. | | |
| 21. Fecha de Efectividad | | 1 de enero de 2000 |

| 22. Cifra de Cuenta | Cuenta | Fondo | Org. | Programa | Asignación | Año Pres. | Grant |
|---|---|---|---|---|---|---|---|
| ANTES | E1110 | 752 | 0670000 | ------ | 994 | 1999 | ---- |
| DESPUES | Cuenta | Fondo | Org. | Programa | Asignación | Año Pres. | Grant |
| | | | | | | | |

23. En caso de cambio a otra agencia, indique licencia a acreditarse: Lic. Reg. _____ Lic. Enf. _____ TC _____

| | Fecha de Separación (Ultimo día de Pago) | Licencia sin Paga | Fecha de Efectividad de la Separación |
|---|---|---|---|
| 24. Renuncia | | | |
| 25. Separación | | | |
| 26. Destitución | | | |
| 27. Cesantía | | | |

28. Suspensión de Empleo y Sueldo: Duración: De _____ A _____

| 29. Muerte: | Fecha | Hora | Ultimo día de pago | Participante de Retiro ☐ Sí ☐ No |
|---|---|---|---|---|

30. Clase de Licencia: ☐ Para Estudio  ☐ Especial con Paga  ☐ Maternidad  ☐ Militar con Sueldo
☐ Médico Familiar  ☐ Deportiva sin Sueldo  ☐ Sin Sueldo  ☐ Militar sin Sueldo
Duración: _____ DE _____ A _____

31. Comentarios y Explicaciones: (Si necesita más espacio, use el dorso) Se conceden $100.00 de aumento en virtud de la Ley 169 del 29 de julio de 1999. Además, un (1) paso por mérito y ajuste en escala.

32. Si el cambio de puesto es por Certificación de Elegibles indique: Certificación de Elegibles Núm. _____
Si el cambio es a otro puesto, indique el nombre del anterior incumbente _____

33. Si el cambio es a otra agencia, el jefe de la agencia donde se origine el cambio o su representante autorizado firmará aquí:

JAN 2 7 2000

34. Aprobado por: _____
Hilda Torres Fontánez, Sec. Aux. de Adm. de Personal
Jefe de la Agencia o su Representante Autorizado

35. Firma del empleado(a) en caso que fuere necesario: _____

36. Fecha en que se prepara: 20 de enero de 2000

37. Revisado por: HT/GMV/DC/adv

DTRH-15 ENMIENDA
Rev. 7/98



**DISTRIBUCION**
Original al Expediente
Copias: Empleado, Supervisor, Oficina de Finanzas, Hacienda, Sistemas de Retiro y AEELA

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DEL TRABAJO Y RECURSOS HUMANOS
Secretaría Auxiliar de Administración de Personal
505 Ave. Muñoz Rivera
Hato Rey, PR  00918

**ENMIENDA INFORME DE CAMBIO**

| 1. Número de Enmienda |
|---|
| 3125 |
| 2. Número Seguro Social |
|  |
| 3. Núm. de Puesto |
| 033-143 |

Nombre   Carmen J. Cordero Vázquez

Ubicación del Puesto   Negdo. Beneficios a Choferes y a Personas con Incapacidad No Ocupacional – Prog. SINOT – Investigaciones - Ofic. Central, Hato Rey

Título de Clasificación   Sup. del Seguro por Incapacidad

**ENMIENDAS APARTADOS DEL 4 AL 22**

| Núm. Inf. Cambio | Fecha | Núm. Apartado | Antes | Después |
|---|---|---|---|---|
| 558 | 5 nov 99 |  | Dejar sin efecto |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**ENMIENDAS A OTROS APARTADOS**

| Núm. Inf. Cambio | Fecha | Núm. Apartado | Debe Leer: |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Comentarios: Se deja sin efecto el Informe de Cambio Especial Núm. 558.   Esta enmienda obedece a que el aumento de $100.00 en virtud de la Ley 169 del 29 de julio de 1999 es efectivo a la misma fecha que la concesión de un paso por mérito.

[Sello: DEPARTAMENTO DEL TRABAJO Y RECURSOS HUMANOS - JAN 27 2000]

20 de enero de 2000
Fecha

Lillian Torres Fontánez
Secretaria Auxiliar de Administración de Personal

Revisado por: NT/GMV/DC/adv

08-38
08-93(Rev.)

**Administración Sistemas de Retiro
de los Empleados del Gobierno**

## HOJA DE SERVICIO

LEA LAS INSTRUCCIONES AL DORSO ANTES DE LLENAR EL FORMULARIO

| Cordero | Vázquez | | Carmen Y. | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| (APELLIDOS: PATERNOS | MATERNOS | CASADA) | (NOMBRE) | A.F. | FONDO | AGENCIA | DIVISIÓN | SUB-DIVISION | ASIGNACIÓN | OBJETO |
| NÚM. SEGURO SOCIAL | NÚM. DE EMPLEADO | | FECHA DE NACIMIENTO | SÍMBOLOS DE CONTABILIDAD ||||||
| Depto. Trabajo y Recursos Humanos | | | Regular | 16 agosto 1976    Plan Coordinado |||||||
| AGENCIA EN QUE PRESTO LOS SERVICIOS | | | STATUS DEL EMPLEADO | FECHA DEL PRIMER DESCUENTO PARA RETIRO |||||||

| CLASIFICACIÓN DEL PUESTO | PERÍODOS DE SERVICIOS ||||||  SUELDO MENSUAL | CANTIDAD DEL DIFERENCIAL | SUELDO POR HORA | HORAS TRABAJADAS | TOTAL SUELDOS DEVENGADOS | APORTACIONES AL SISTEMA |
| | DESDE ||| HASTA ||||||||
| | D | M | A | D | M | A | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ent. Empleo I | 14 | 2 | 75 | 15 | 8 | 76 | $495.00 | Nombramiento Prov. Especial | | | | |
| Ent. Empleo II | 16 | 8 | 76 | 31 | 3 | 77 | $580.00 | Nombramiento Prob. | | | | |
| | 1 | 4 | 77 | 30 | 6 | 77 | $600.00 | Mérito | | | | |
| | 1 | 7 | 77 | 31 | 3 | 78 | $640.00 | Ley 111 | | | | |
| | 1 | 4 | 78 | 31 | 3 | 79 | $660.00 | Mérito | | | | |
| | 1 | 4 | 79 | 30 | 9 | 79 | $680.00 | Mérito | | | | |
| | 1 | 10 | 79 | 31 | 3 | 80 | $710.00 | Mérito 89 | | | | |
| | 1 | 4 | 80 | 30 | 6 | 80 | $730.00 | Mérito | | | | |
| | 1 | 7 | 80 | 31 | 3 | 81 | $755.00 | Ley 23 | | — | | |

OBSERVACIONES:

---

Sección: Relaciones de Personal
Propósito: Uso Personal
Por: Lourdes Carmona

(CONTINUA AL DORSO)

| CLASIFICACIÓN DEL PUESTO | PERÍODOS DE SERVICIOS DESDE | | | HASTA | | | SUELDO MENSUAL | CANTIDAD DEL DIFERENCIAL | SUELDO POR HORA | HORAS TRABAJADAS | TOTAL SUELDOS DEVENGADOS | APORTACIONES AL SISTEMA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | D | M | A | D | M | A | | | | | | |
| | 1 | 4 | 81 | 31 | 8 | 83 | $775.00 | Mérito | | | | |
| | 1 | 9 | 83 | 30 | 9 | 83 | $795.00 | Mérito | | | | |
| | 1 | 10 | 83 | 31 | 3 | 84 | $825.00 | Ley 12 | | | | |
| | 1 | 4 | 84 | 31 | 8 | 86 | $978.00 | Ley 84 | | | | |
| | 1 | 9 | 86 | 30 | 9 | 86 | $1,016.00 | Mérito | | | | |
| | 1 | 10 | 86 | 31 | 3 | 88 | $1,071.00 | Ley 90 | | | | |
| | 1 | 4 | 88 | 15 | 5 | 90 | $1,111.00 | Ley 1 | | | | |
| Esp. Serv. EmpleoI | 16 | 5 | 90 | 30 | 6 | 90 | $1,202.00 | Ascenso | | | | |

Certificación

Certifico que la información es correcta.

*Julia María Ortega Aponte*
Julia M. Ortega Aponte; Ayudante Secretario Auxiliar
Administración de Personal

Firma del Jefe de Personal o su Representante Autorizado

22 de septiembre de 1997
Fecha

### INSTRUCCIONES

Este formulario se utiliza para recopilar información sobre los servicios prestados al Gobierno por los participantes del Sistema de Retiro.

1. Complemente este formulario en todas sus partes. (Si aplican)
2. Informe los sueldos devengados por el empleado sin descontar las ausencias, castigos, licencias y otros.
3. Utilice el espacio indicado como "DIFERENCIAL" para indicar toda bonificación o pago por concepto de diferenciales en sueldos.
4. En el apartado "OBSERVACIONES" indique aquellos períodos de interrupción de servicios, si los hubiera y las causas.
5. Las aportaciones al Sistema deberán cubrir el período total especificado.
6. Indique los símbolos de contabilidad en su totalidad.
7. Si fuera necesario, utilicen hojas adicionales siguiendo el mismo patrón.

08-38
08-93(Rev.)

Administración Sistemas de Retiro
de los Empleados del Gobierno

## HOJA DE SERVICIO

LEA LAS INSTRUCCIONES AL DORSO ANTES DE LLENAR EL FORMULARIO

| Cordero | Vázquez | Carmen J. | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| (APELLIDOS: PATERNOS MATERNOS CASADA) | | (NOMBRE) | A.F. | FONDO | AGENCIA | DIVISIÓN | SUB-DIVISIÓN | ASIGNACIÓN | OBJETO |

SÍMBOLOS DE CONTABILIDAD

| NÚM. SEGURO SOCIAL | NÚM. DE EMPLEADO | FECHA DE NACIMIENTO | |
|---|---|---|---|
| Depto. Trabajo y Recursos Humanos | Regular | 16 agosto 1976 | Plan Coordinado |
| AGENCIA EN QUE PRESTO LOS SERVICIOS | STATUS DEL EMPLEADO | FECHA DEL PRIMER DESCUENTO PARA RETIRO | |

| CLASIFICACIÓN DEL PUESTO | PERÍODOS DE SERVICIOS | | | | | | SUELDO MENSUAL | CANTIDAD DEL DIFERENCIAL | SUELDO POR HORA | HORAS TRABAJADAS | TOTAL SUELDOS DEVENGADOS | APORTACIONES AL SISTEMA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DESDE | | | HASTA | | | | | | | | |
| | D | M | A | D | M | A | | | | | | |
| | 1 | 7 | 90 | 30 | 9 | 91 | $1,252.00 | Ley 7 | | | | |
| | 1 | 10 | 91 | 31 | 8 | 92 | $1,302.00 Mérito | $103.00 efectivo el 16 mayo 1992 al 31 agosto 1992 | | | | |
| Esp. Serv. Empleo III | 1 | 9 | 92 | 30 | 6 | 94 | $1,460.00 | Ascenso | | | | |
| Téc. Seg. Inc. III | 1 | 7 | 94 | 31 | 15 | 95 | $1,593.00 | Plan Clasificación | | | | |
| | 1 | 6 | 95 | 22 | 9 | 97 | $1,633.00 | Productividad | | | | |

OBSERVACIONES:

(CONTINUA AL DORSO)

| CLASIFICACIÓN DEL PUESTO | PERÍODOS DE SERVICIOS | | | | | | SUELDO MENSUAL | CANTIDAD DEL DIFERENCIAL | SUELDO POR HORA | HORAS TRABAJADAS | TOTAL SUELDOS DEVENGADOS | APORTACIONES AL SISTEMA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DESDE | | | HASTA | | | | | | | | |
| | D | M | A | D | M | A | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

Certificación

Certifico que la información es correcta.

*Julia María Ortega* (firma)

Julia M. Ortega Aponte, Ayudante Secretario Aux. Adm. de Personal

Firma del Jefe de Personal o su Representante Autorizado

22 de septiembre de 1997

Fecha

### INSTRUCCIONES

Este formulario se utiliza para recopilar información sobre los servicios prestados al Gobierno por los participantes del Sistema de Retiro.

1. Complemente este formulario en todas sus partes. (Si aplican)

2. Informe los sueldos devengados por el empleado sin descontar las ausencias, castigos, licencias y otros.

3. Utilice el espacio indicado como "DIFERENCIAL" para indicar toda bonificación o pago por concepto de diferenciales en sueldos.

4. En el apartado "OBSERVACIONES" indique aquellos períodos de interrupción de servicios, si los hubiera y las causas.

5. Las aportaciones al Sistema deberán cubrir el período total especificado.

6. Indique los símbolos de contabilidad en su totalidad.

7. Si fuera necesario, utilicen hojas adicionales siguiendo el mismo patrón.