# PRIORITY MAIL

RECEIVED & FILED
2020 FEB 18 PM 4:37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**UNITED STATES POSTAL SERVICE** — Retail

US POSTAGE PAID
$7.50
Origin: 00729
02/15/20
4218000729-23

PRIORITY MAIL 1-DAY ®

0 Lb 2.20 Oz
1005

EXPECTED DELIVERY DAY: 02/18/20

SHIP TO: SAN JUAN PR 00918

USPS TRACKING® NUMBER
9505 5107 0257 0046 3129 72

MAILING ENVELOPE

FROM:
Carmen J Cordero Vázquez
Urb. Las Vegas A-7
Canóvanas, PR 00729

TO:
Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767