Janette R. Bonilla Rodríguez
Responding Claimant
PO Box 2864
Guayama, PR 00785
787-382-1742
janettebon@gmail.com

INTAKE DROP BOX
RECEIVED & FILED

2020 FEB 18 PM 3:07

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

In re:

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,

as representative of,

THE COMMONWEALTH OF PUERTO RICO, et al.,

Debtors[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

**This filing relates to the PROOF OF CLAIM No. 126600 against the Commonwealth.**
**This is an Amended Response to Omnibus Objection.**

## AMENDED RESPONSE TO ONE HUNDRED TWENTY-FOURTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS ASSERTING INTERESTS BASED ON SALARY DEMANDS, EMPLOYMENT OR SERVICE PROVIDED

TO THE HONORABLE COURT:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474).
RESPONSE TO OBMNIBUS OBJECTION - 1

**COMES NOW,** Janette R. Bonilla Rodríguez, responding claimant and party-in-interest as to the Commonwealth of Puerto Rico, pro se, and very respectfully states and prays:

1. The undersigned, a party-in-interest in the above captioned case, has timely filed a Proof of Claim dated June 28, 2018, Case Number 17 BK 03283-LTS, against the Commonwealth of Puerto Rico, Claim Number 126600, in the amount of $17,010.00, based on salary demands. This amount is approximate; hence it could result to be a greater amount.

2. The Commonwealth of Puerto Rico filed the Omnibus Objection alleging the Proof of Claim is deficient due to failing to provide information necessary for the Debtor to determine whether the claim is valid.

**Reasons for Opposing the Omnibus Objection**

The claimant opposes the Omnibus Objection for the reasons exposed as follows:

1. According to declaration of Jay Herriman, Managing Director of A&M (Exhibit B of the Omnibus Objection), a letter was sent to each of the claimants who filed Deficient Claims requesting additional information and supporting documentation, but the undersigned never received said notification.

2. The undersigned, herein the Responding Claimant, is employee of the Commonwealth of Puerto Rico, specifically working for the Department of Education as an English teacher since 2006 to the present **(Exhibit 1)**, activated to the *Carrera Magisterial* since 2013 **(Exhibit 2)**, and obtained a Master of Education in 2015, conferred by Universidad del Turabo **(Exhibit 3).**

3. The claim against the Commonwealth of Puerto Rico is in regard to salary due by the Department of Education to the claimant, on the basis of Law 158, known as the

RESPONSE TO OBMNIBUS OBJECTION - 2

*Ley de la Carrera Magisterial* (The Teaching Profession) of 1999. Also, on the basis of Law 109 of 2008, known as *Ley de aumento del salario básico a los maestros*. Another amount on the basis of Law 164 of 2003, known as *Ley para conceder un aumento de sueldo de cien dólares a los empleados Públicos del Gobierno Central de ELA, efectivo el 1ro de enero de 2004*. We are also including the amount related to Law 180 of 1998, known as *Ley de Salario Mínimo, Vacaciones y Licencia por Enfermedad de Puerto Rico*, Law 169 of 1999, known as *Ley para consignar en OGP cien millones de dólares para aumentos a empleados públicos*, Law 431 of 2000, known as *Ley para enmendar el Artículo 1, de la Ley Núm. 410 de 8 de octubre de 2000: Aumento de salarios*, and Law 96 of 2002, known as *Ley para conceder un aumento de suelo de cien (100) dólares a los empleados públicos del gobierno*.

4. In the case of the *Carrera Magisterial*, the Department of Education paid only the activation to this system in 2013 ($122.50) **(Exhibit 2)**, but in accordance to Law 66 of 2014, revisions of salaries were frozen and claimant did not receive the wage increase to the reason of $87.50 to the basic monthly salary per each year for 5 years to a total sum of $595.00, and the amount stated in the Proof of Claim was based on an approximated calculation of the salaries earned but unpaid to the amount of approximately $17,010.00 **(Exhibit 4)**.

5. In terms of Law 109 of 2008, the same establishes that "any person who is currently occupying the position of the teacher will be granted an increase of one hundred and fifty (150) dollars per month from the 1st. July 2008." However, to the best of her knowledge, information, and belief, the claimant did not receive such increase of

RESPONSE TO OBMNIBUS OBJECTION - 3

salary. Calculating said monthly amount of $150.00 to the year 2019, it is a total amount of approximately $19,800.00 **(Exhibit 5)**. Because this amount was undetermined at the date of the filing the Proof of Claim, it was included in the approximate amount established in the Proof of Claim, which amount could be a greater amount.

6. In accordance to Law 164 of 2003 **(Exhibit 6)**, Law 96 of 2002 **(Exhibit 7)**, Law 431 of 2000 **(Exhibit 8)**, and Law 169 of 1999 **(Exhibit 9)**, they entitle the employee with salary increase of $100.00 monthly each one.

7. Law 180 of 1998 **(Exhibit 10)**, entitles employee to an increase of $25.00 monthly due to cost of living increase.

8. The approximate total amount of the claim is as of this date **$103,125.00**, along with any other amount for salaries earned but unpaid by the Commonwealth of Puerto Rico, Department of Education to the undersigned, according to any law applied to this claimant.

9. Hereby the claimant attach the requested supporting documentation, evidence, and additional information to the claim, and requests for the Court to disallow the objection to the Proof of Claim number 126600 against the Commonwealth of Puerto Rico, and deem the claim as valid and allowed.

**WHEREFORE,** it is respectfully requested from this Honorable Court that the Omnibus Objection being not granted with respect to my claim, to accept the supporting documentation, evidence and additional information to Proof of Claim number 126600 against the Commonwealth of Puerto Rico, and deem it as valid and allowed.

RESPONSE TO OBMNIBUS OBJECTION - 4

**CERTIFICATE OF SERVICE:** I hereby certificate that I will file and serve this document through the U.S. mail to the Clerk's Office, United States District Court, the Oversight Board, and the Creditors' Committee at the following addresses: Clerk's Office, United States District Court, Room 150 Federal Building, San Juan, Puerto Rico 00918-1767; Counsel for the Oversight Board, Proskauer Rose LLP, Eleven Times Square, New York, New York 10036-8299; Counsel for the Creditors' Committee, Paul Hastings LLP, 200 Park Avenue, New York, New York 10166, Attn. Luc A. Despins, James Bliss, James Worthington, and G. Alexander Bongartz.

**RESPECTFULLY SUBMITTED,**

In Guayama, Puerto Rico, on this 17th day of February of 2020.

*[signature]*
Janette R. Bonilla Rodríguez
Responding Claimant
PO Box 2864
Guayama, PR 00785
(787) 382-1742
janettebon@gmail.com

RESPONSE TO OBMNIBUS OBJECTION - 5