# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

In re:

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of,

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

    Debtors

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

**This filing relates to the PROOF OF CLAIM No. 126600 against the Commonwealth.**
**This is an Amended Response to Omnibus Objection.**

## AMENDED RESPONSE TO ONE HUNDRED TWENTY-FOURTH OMNIBUS OBJECTION

### APPENDIX

| Exhibit | Description |
|---|---|
| 1 | Demographic Information on Statement Account form SRM |
| 2 | Letter form *Oficina de Carrera Magisterial* (Teaching Profession) |
| 3 | Master of Education Diploma |
| 4 | Calculation Sheet for approximate amount in regard to Law 158, known as the *Ley de la Carrera Magisterial* (The Teaching Profession) of 1999. |
| 5 | Calculation Sheet for approximate amount in regard to Law 109 of 2008, known as *Ley de aumento del salario básico a los maestros*. |

RESPONSE TO OBMNIBUS OBJECTION - 6

| | | |
|---|---|---|
| 1 | 6 | Calculation Sheet for approximate amount in regard to Law 164 of 2003, known as *Ley para conceder un aumento de sueldo de cien dólares a los empleados Públicos del Gobierno Central de ELA, efectivo el 1ro de enero de 2004.* |
| 4 | 7 | Calculation Sheet for approximate amount in regard to Law 96 of 2002, known as *Ley para conceder un aumento de suelo de cien (100) dólares a los empleados públicos del gobierno.* |
| 7 | 8 | Calculation Sheet for approximate amount in regard to Law 431 of 2000, known as *Ley para enmendar el Artículo 1, de la Ley Núm. 410 de 8 de octubre de 2000: Aumento de salarios.* |
| 9 | 9 | Calculation Sheet for approximate amount in regard to Law 169 of 1999, known as *Ley para consignar en OGP cien millones de dólares para aumentos a empleados públicos.* |
| 11 | 10 | Calculation Sheet for approximate amount in regard to Law 180 of 1998, known as *Ley de Salario Mínimo, Vacaciones y Licencia por Enfermedad de Puerto Rico.* |

RESPONSE TO OBMNIBUS OBJECTION - 7

**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

PROGRAMA DE BENEFICIOS DEFINIDOS
ESTADO DE CUENTA ESTIMADO

28 de junio de 2018

Agencia: 170 - DEPARTAMENTO DE EDUCACION

BONILLA RODRIGUEZ  JANETTE R.
PO BOX 2864

Seguro Social:

GUAYAMA, PR 00785

Nuestros registros al 28 de junio de 2018 reflejan lo siguiente:

**Balances Acumulados**

| Tiempo | Aportaciones | Intereses | Balance Final |
|---|---|---|---|
| 11 Años - 8 Meses - 0 Sem. - 2.79 Días | $22,973.78 | $2,552.06 | $25,525.84 |

**Información Demográfica**

| Fecha de Nacimiento | Ingreso al Servicio Público | Comienzo de Cotización | Género |
|---|---|---|---|
| 15 de enero de 1962 | 31 de julio de 2006 | 06 de noviembre de 2006 | Femenino |

Los balances reflejados representan la acumulación de aportaciones e intereses en su cuenta de Beneficios Definidos a base de las aportaciones recibidas a la fecha de emisión del estado de cuenta. Esta información no es una certificación oficial. La información puede variar, de encontrarse diferencias en el Informe de Cambio, enviado por el Departamento de Educación y otras Instituciones Gubernamentales y de existir anulaciones futuras entre cuentas que afecten las aportaciones del Sistema.

De no coincidir esta información con sus registros, usted puede solicitar revisión a través de nuestras sucursales presentando la evidencia o información que valide la corrección a realizar.

Recuerde que puede crear o acceder a su cuenta para recibir información a través de nuestra página www.srm.pr.gov seleccionando: **Mi SRM**.

Le exhortamos a que visite nuestra página para que se mantenga informado sobre su Sistema de Retiro.

235 Avenida Arterial Hostos, Edificio Capital Center , Torre Norte, Hato Rey, Puerto Rico 00918
P.O. Box 191879, Hato Rey, PR 00919-1879
srm_correspondenciaconsulta@srm.pr.gov   (787) 777-1414    http://www.srm.pr.gov

EXHIBIT #1

**GOBIERNO DE PUERTO RICO**

DEPARTAMENTO DE EDUCACIÓN     PROGRAMA DE CARRERA MAGISTERIAL
Oficina de Carrera Magisterial

3 de agosto de 2017

Prof(a). Janette Bonilla Rodriguez

Estimado(a) profesor(a): Bonilla Rodriguez

Recibimos su solicitud de extensión del periodo de cinco años de vigencia que se le otorgó para cumplir con su Plan de Mejoramiento Profesional, ya que no ha podido completar el mismo. La efectividad de su plan fue hasta abril de 2018.

Luego de analizar su petición en todos sus méritos y según lo establecido en los Artículos 6.05 y 6.06 del Reglamento de Carrera Magisterial, para completar su Plan de Mejoramiento Profesional, se le concede la extensión de vigencia solicitada hasta **abril de 2020**.

El Reglamento provee para conceder una extensión de vigencia por dos años adicionales. No obstante, debe recordar que de no poder completar su plan en el tiempo concedido perderá su condición de miembro activo en la Carrera Magisterial. Si desea reactivarse en la misma deberá radicar un nuevo plan de cinco años adicionales.

Le agradecemos su esfuerzo y dedicación para el mejoramiento académico de sus estudiantes.

Cordialmente,

*M. Concepción*
Técnico de Recursos Humanos

mct

P.O. Box 190759
San Juan, Puerto Rico 00919-0759
Tel: (787) 773-5800

El Departamento de Educación no discrimina por razón de raza, color, género, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo

EXHIBIT #2

# University of Turabo

Upon the recommendation of the Faculty and under the authority vested in the Board of Directors of the Ana G. Méndez University System

Hereby confers on

## Janette del Rosario Bonilla Rodríguez

the degree of

## Master of Education

with all the Honors, Rights, and Privileges appertaining thereto In witness thereof, the seal of the Universidad del Turabo is hereunto affixed at Gurabo, Puerto Rico in the month of May in the year of our Lord, two thousand and fifteen.

_____
Chancellor

_____
Chair of the Board of Directors

_____
President of the Institution

EXHIBIT #3

Calculation Sheet for approximate amount in regard to Law 158,
known as the *Ley de la Carrera Magisterial* (The Teaching Profession) of 1999

| Stages of Professional Improvement Plan | Claim Amount |
|---|---|
| First Stage $87.50 x 12 months (2014) | $1,050.00 |
| Second Stage ($87.50 x 2)= $175.00 x 12 months (2015) | $2,100.00 |
| Third Stage ($87.50 x 3)= $262.50 x 12 months (2016) | $3,150.00 |
| Fourth Stage ($87.50 x 4)= $350.00 x 12 months (2017) | $4,200.00 |
| Fifth Stage ($87.50 x 5)=$437.50 x 12 months (2018) | $5,250.00 |
| Approximate Total Amount* | $15,750.00 |

*This is an approximate amount, so it could change, and it does not include the amount owed by the Department of Education to this date and on.

EXHIBIT #4

Calculation Sheet for approximate amount in regard to Law 109 of 2008, known as *Ley de aumento del salario básico a los maestros*

| Description | Claim Amount |
|---|---|
| July, 2008 to July, 2009 ($150.00 x 12 months) | $1,800.00 |
| July, 2009 to July, 2010 ($150.00 x 12 months) | $1,800.00 |
| July, 2010 to July, 2011 ($150.00 x 12 months) | $1,800.00 |
| July, 2011 to July, 2012 ($150.00 x 12 months) | $1,800.00 |
| July, 2012 to July, 2013 ($150.00 x 12 months) | $1,800.00 |
| July, 2013 to July, 2014 ($150.00 x 12 months) | $1,800.00 |
| July, 2014 to July, 2015 ($150.00 x 12 months) | $1,800.00 |
| July, 2015 to July, 2016 ($150.00 x 12 months) | $1,800.00 |
| July, 2016 to July, 2017 ($150.00 x 12 months) | $1,800.00 |
| July, 2017 to July, 2018 ($150.00 x 12 months) | $1,800.00 |
| July, 2018 to July, 2019 ($150.00 x 12 months) | $1,800.00 |
| Approximate Total Amount* | $19,800.00 |

*This is an approximate amount, so it could change, and it does not include the amount owed by the Department of Education to this date and on. It was included in the amount of $17,010.00 claimed in the Proof of Claim, but the amount was undetermined.

EXHIBIT #5

**Calculation Sheet for approximate amount in regard to Law 164 of 2003, known as *Ley para conceder un aumento de sueldo de cien dólares a los empleados Públicos del Gobierno Central de ELA, efectivo el 1ro de enero de 2004***

| Description | Claim Amount |
|---|---|
| October, 2006 to December, 2006 ($100.00 x 3 months) | $300.00 |
| January, 2007 to December, 2007 ($100.00 x 12 months) | $1,200.00 |
| January, 2008 to December, 2008 ($100.00 x 12 months) | $1,200.00 |
| January, 2009 to December, 2009 ($100.00 x 12 months) | $1,200.00 |
| January, 2010 to December, 2010 ($100.00 x 12 months) | $1,200.00 |
| January, 2011 to December, 2011 ($100.00 x 12 months) | $1,200.00 |
| January, 2012 to December, 2012 ($100.00 x 12 months) | $1,200.00 |
| January, 2013 to December, 2013 ($100.00 x 12 months) | $1,200.00 |
| January, 2014 to December, 2014 ($100.00 x 12 months) | $1,200.00 |
| January, 2015 to December, 2015 ($100.00 x 12 months) | $1,200.00 |
| January, 2016 to December, 2016 ($100.00 x 12 months) | $1,200.00 |
| January, 2017 to December, 2017 ($100.00 x 12 months) | $1,200.00 |
| January, 2018 to December, 2018 ($100.00 x 12 months) | $1,200.00 |
| January, 2019 to December, 2019 ($100.00 x 12 months) | $1,200.00 |
| Approximate Total Amount | $15,900.00 |

**EXHIBIT #6**

**Calculation Sheet for approximate amount in regard to Law 96 of 2002, known as *Ley para conceder un aumento de suelo de cien (100) dólares a los empleados públicos del gobierno***

| Description | Claim Amount |
|---|---|
| October, 2006 to December, 2006 ($100.00 x 3 months) | $300.00 |
| January, 2007 to December, 2007 ($100.00 x 12 months) | $1,200.00 |
| January, 2008 to December, 2008 ($100.00 x 12 months) | $1,200.00 |
| January, 2009 to December, 2009 ($100.00 x 12 months) | $1,200.00 |
| January, 2010 to December, 2010 ($100.00 x 12 months) | $1,200.00 |
| January, 2011 to December, 2011 ($100.00 x 12 months) | $1,200.00 |
| January, 2012 to December, 2012 ($100.00 x 12 months) | $1,200.00 |
| January, 2013 to December, 2013 ($100.00 x 12 months) | $1,200.00 |
| January, 2014 to December, 2014 ($100.00 x 12 months) | $1,200.00 |
| January, 2015 to December, 2015 ($100.00 x 12 months) | $1,200.00 |
| January, 2016 to December, 2016 ($100.00 x 12 months) | $1,200.00 |
| January, 2017 to December, 2017 ($100.00 x 12 months) | $1,200.00 |
| January, 2018 to December, 2018 ($100.00 x 12 months) | $1,200.00 |
| January, 2019 to December, 2019 ($100.00 x 12 months) | $1,200.00 |
| Approximate Total Amount | $15,900.00 |

**EXHIBIT #7**

Calculation Sheet for approximate amount in regard to Law 431 of 2000, known as *Ley para enmendar el Artículo 1, de la Ley Núm. 410 de 8 de octubre de 2000: Aumento de salarios*

| Description | Claim Amount |
|---|---|
| October, 2006 to December, 2006 ($100.00 x 3 months) | $300.00 |
| January, 2007 to December, 2007 ($100.00 x 12 months) | $1,200.00 |
| January, 2008 to December, 2008 ($100.00 x 12 months) | $1,200.00 |
| January, 2009 to December, 2009 ($100.00 x 12 months) | $1,200.00 |
| January, 2010 to December, 2010 ($100.00 x 12 months) | $1,200.00 |
| January, 2011 to December, 2011 ($100.00 x 12 months) | $1,200.00 |
| January, 2012 to December, 2012 ($100.00 x 12 months) | $1,200.00 |
| January, 2013 to December, 2013 ($100.00 x 12 months) | $1,200.00 |
| January, 2014 to December, 2014 ($100.00 x 12 months) | $1,200.00 |
| January, 2015 to December, 2015 ($100.00 x 12 months) | $1,200.00 |
| January, 2016 to December, 2016 ($100.00 x 12 months) | $1,200.00 |
| January, 2017 to December, 2017 ($100.00 x 12 months) | $1,200.00 |
| January, 2018 to December, 2018 ($100.00 x 12 months) | $1,200.00 |
| January, 2019 to December, 2019 ($100.00 x 12 months) | $1,200.00 |
| Approximate Total Amount | $15,900.00 |

EXHIBIT #8

**Calculation Sheet for approximate amount in regard to Law 169 of 1999, known as *Ley para consignar en OGP cien millones de dólares para aumentos a empleados públicos***

| Description | Claim Amount |
|---|---|
| October, 2006 to December, 2006 ($100.00 x 3 months) | $300.00 |
| January, 2007 to December, 2007 ($100.00 x 12 months) | $1,200.00 |
| January, 2008 to December, 2008 ($100.00 x 12 months) | $1,200.00 |
| January, 2009 to December, 2009 ($100.00 x 12 months) | $1,200.00 |
| January, 2010 to December, 2010 ($100.00 x 12 months) | $1,200.00 |
| January, 2011 to December, 2011 ($100.00 x 12 months) | $1,200.00 |
| January, 2012 to December, 2012 ($100.00 x 12 months) | $1,200.00 |
| January, 2013 to December, 2013 ($100.00 x 12 months) | $1,200.00 |
| January, 2014 to December, 2014 ($100.00 x 12 months) | $1,200.00 |
| January, 2015 to December, 2015 ($100.00 x 12 months) | $1,200.00 |
| January, 2016 to December, 2016 ($100.00 x 12 months) | $1,200.00 |
| January, 2017 to December, 2017 ($100.00 x 12 months) | $1,200.00 |
| January, 2018 to December, 2018 ($100.00 x 12 months) | $1,200.00 |
| January, 2019 to December, 2019 ($100.00 x 12 months) | $1,200.00 |
| Approximate Total Amount | $15,900.00 |

EXHIBIT #9

**Calculation Sheet for approximate amount in regard to Law 180 of 1998, known as *Ley de Salario Mínimo, Vacaciones y Licencia por Enfermedad de Puerto Rico***

| Description | Claim Amount |
|---|---|
| October, 2006 to December, 2006 ($25.00 x 3 months) | $75.00 |
| January, 2007 to December, 2007 ($25.00 x 12 months) | $300.00 |
| January, 2008 to December, 2008 ($25.00 x 12 months) | $300.00 |
| January, 2009 to December, 2009 ($25.00 x 12 months) | $300.00 |
| January, 2010 to December, 2010 ($25.00 x 12 months) | $300.00 |
| January, 2011 to December, 2011 ($25.00 x 12 months) | $300.00 |
| January, 2012 to December, 2012 ($25.00 x 12 months) | $300.00 |
| January, 2013 to December, 2013 ($25.00 x 12 months) | $300.00 |
| January, 2014 to December, 2014 ($25.00 x 12 months) | $300.00 |
| January, 2015 to December, 2015 ($25.00 x 12 months) | $300.00 |
| January, 2016 to December, 2016 ($25.00 x 12 months) | $300.00 |
| January, 2017 to December, 2017 ($25.00 x 12 months) | $300.00 |
| January, 2018 to December, 2018 ($25.00 x 12 months) | $300.00 |
| January, 2019 to December, 2019 ($25.00 x 12 months) | $300.00 |
| Approximate Total Amount | $3,975.00 |

**EXHIBIT #10**