February 12, 2020

RECEIVED & FILED
2020 FEB 18 PM 4: 35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Clerk Office
United States District Court
Room 150 Federal Building
San Juan, PR 00918-1767

To whom may concern:

I here by wish to injorn that I worked as a teacher of the public system of the Department of Education of Puerto Rico. I occupied a regular full time placement, from October 16, 1974 to July 28, 2005. This amounts to a total of 30 years, one month, 3 weeks and one day.

I was actively working when the Law 89 (100.00) and the Law 95 (100.00) went into effect for public service employees.

I attest to the above information to be true.

Raquel Burgos Vázquez

February 12, 2020

Clerk Office
United States District Court
Room 150 Federal Building
San Juan, PR 00918-1767

To whom may concern:

I certify that the following personal information is correct:

    Name: Raquel Burgos Vazquez

    Permanent Address: Carr. 694 Km 0 Hm 2
                           Bo. Espinosa Sector Arenas
                           Vega Alta, PR 00692
    Postal Address: Hc 83 Box 6245
                       Vega Alta, PR 00692
    Cell Phone: 787-344-5615

    Email: rachelyshb@gmail.com

*Raquel Burgos Vazquez* (signature)
Raquel Burgos Vazquez