Raquel Burgos Vazquez
HC 83 Box 6245
Vega Alta P.R. 00692


7019 2280 0001 3529 9312



U.S. POSTAGE PAID
FCM LG ENV
VEGA ALTA, PR
00692
FEB 14, 20
AMOUNT
$7.60
R2305K134406-7

RECEIVED & FILED
2020 FEB 18 PM 4:35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaría (*Clerk's Office*)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767