TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| EN EL ASUNTO DE:<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>COMO REPRESENTANTE DE<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO Y OTROS,<br><br>DEUDORES | PROMESA,<br>Título III<br><br>Núm. 17 BK 3283-LTS<br><br>(Administrada conjuntamente)<br><br>**La presente radicación guarda relación con el ELA, la ACT y el SER.** |

### RÉPLICA A LA NOTIFICACIÓN DE LA CENTÉSIMA TRIGÉSIMA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE LAS REIVINDICACIONES SALARIALES, LABORALES O SERVICIOS PRESTADOS

**AL ILUSTRADO TRIBUNAL:**

Comparece la parte Reclamante, AUDRY B. ORTIZ VARGAS, y muy respetuosamente expone, alega y solicita:

1. Que el 28 de junio de 2018, fue radicada la presentación en el número de caso 17 BK 03283-LTS, hacia el deudor ESTADO LIBRE ASOCIADO DE PUERTO RICO; siendo el **número de reclamación 113092**.

2. Que recientemente se recibió evidencia documental sobre OBJECIÓN GLOBAL a los reclamos sometidos; en los cuales, se hace mención de la parte reclamante en el Anexo A: Defectuosas.

3. Que bajo el número de reclamación 113092, se detalla que el MONTO DE LA RECLAMACIÓN ALEGADA es Indeterminada; ya que la evidencia radicada no proporciona la documentación de respaldo.

4. Que posterior a la revisión de los documentos y evidencias conservadas de la radicación de la reclamación, efectuada el 28 de junio de 2018, nos percatamos de un error involuntario en el documento **Modified Official Form 410; en su página 3; inciso 8: Importe de la Reclamación.**

5. Que, ante advenir en conocimiento de dicho error, se procede a corregir el mismo en un

nuevo documento del Modified Official Form 410; detallando así la información requerida en su página 3; inciso 8.

**POR TODO LO CUAL**, la parte Reclamante respetuosamente solicita al Honorable Tribunal que tome conocimiento de lo antes informado, y que admita como evidencia la nueva documentación radicada para la Objeción Global en el Número de Caso 17 BK 3283-LTS tal y como fue presentada.

En San Juan, PR, hoy 18 de febrero de 2020.

*[firma]*

AUDRY B. ORTIZ VARGAS
839 Calle Añasco
Apt. 1716
San Juan, P.R. 00925-2473
betsabeeortiz@yahoo.com