RECEIVED & FILED
2020 FEB 18 PM 4:35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

febrero, 13, 2020

A quien puede interesar:
¡Saludos!

Yo Luz M. Abrams Sánchez. Mi dirección física 10307 Sector El Verde Quebradillas P.R. 00678. Mi teléfono es 787-694-1113.

Mi reclamación es la siguiente: por salarios inpagos al epigrafe Tribunal de Distrito de los Estados Unidos para el distrito de Puerto Rico.

a) ELA
b) Cofina
c) Sistema de Retiro
d) AEE
e) Autoridad de carreteras y transportación de P.R.
f) Centésima, trigésima, cuarta Objeccion global

El motivo: Es la razón que me opongo es porque tengo derecho a la bonificación que me corresponde por años de servicios de la Ley #96, e incentivo del 3% del Departamento de Educación de Puerto Rico y sistema de Retiro

Adjunto Evidencias!

Espero su pronta atención a dicha situación

Cordialmente
Luz M. Abrams Sánchez