From: Luz M. Abra[...]
10307 Sector El Verde
Quebradillas, P.R. 00678-9716



CERTIFIED MAIL

7012 1010 0000 8751 6058



RECEIVED & FILED
2020 FEB 18 PM 4: 35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

To: Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767