INTAKE DROP BOX
RECEIVED & FILED

2020 FEB 18 PM 3:07

# TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
# PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO, COMO REPRESENTANTE DE ESTADO LIBRE ASOCIADO DE PUERTORICO Y OTROS, DEUDORES | PROMESA TITULO 111 (Administrada conjuntamente) La presente radicación guarda relación con el ELA, la ACT y el SRE |

I. **Datos**: Lucy Santisteban Morales, Número de reclamo: 163177, (Dirección) PO BOX 3023 Guayama, PR 00785, (Celular) 787-590-5133 (Email) misimisi.cs@gmail.com

II. **Epígrafe**: NOTIFICACION DE LA CENTESIMA CUADRAGESIMA SEGUNDA OBJECION GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE UNAS LEYES PUERTORRIQUEÑAS NO ESPECIFICADAS

III. **Motivos:** Yo Lucy Santisteban Morales, soy empleado activo del Departamento de Educación de Puerto Rico. Empleada Docente desde del 1984 y actualmente retirada del servicio educativo y pensionada. Estoy reclamando la ley 189 y la ley 34 que en conjunto estimo la cantidad de $20,000.00 que me pertenece actualmente y alguna otra cantidad adicional mientras este activo como empleado del Departamento de Educación tengo todo mi derecho de recibir estas cantidades aproximadas por todos los años de servicios conforme a las leyes establecidas por el Estado Libre Asociado de Puerto Rico.

IV. **Documentación Justificativa:** Adjunto la evidencia de documentos que incluye las leyes arriba mencionadas. De necesitar alguna otra información favor de notificarme de inmediato:
   1. Certificación de pensión.
   2. Certificación de pensión con deducciones

*Lucy M. Morales*

Lucy Santisteban Morales

15 de febrero de 2020

Anexo C