

## GOBIERNO DE PUERTO RICO
### Sistema de Retiro para Maestros

# CERTIFICACIÓN DE PENSIÓN

Certifico que SANTISTEBAN MORALES, LUCY recibe de una pensión vitalicia del Sistema de Retiro para Maestros. La pensión mensual es de $1,000.22 equivalente a $12,002.64 anual. Luego de las deducciones recibe la cantidad de $983.22 mensual, equivalente a $11,798.64 anual.

Esta certificación se expide hoy 14 de febrero de 2020.



Número de Certificación: SRM03P2000920

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Estado Libre Asociado de Puerto Rico: http://www.pr.gov o en nuestro Portal en http://www.srm.pr.gov

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918
P.O. Box 191879 · San Juan PR 00919-1879

☎ 787.777.1414      📠 787.759.2883      www.srm.pr.gov



Case:17-03283-LTS Doc#:11274-1 Filed:02/18/20 Entered:02/19/20 17:11:56 Desc: Exhibit Page 2 of 5



## GOBIERNO DE PUERTO RICO
### Sistema de Retiro para Maestros

## CERTIFICACIÓN DE PENSIÓN CON DEDUCCIONES

Certifico que SANTISTEBAN MORALES, LUCY con número de Seguro Social XXX-XX-        s pensionado(a) del Sistema de Retiro para Maestros. Recibe una pensión mensual de $1,000.22, equivalente a $12,002.64 anual. Luego de las deducciones recibe una pensión neta de $983.22, equivalente a $11,798.64 anual. A Continuación se detallan los descuentos mensuales.

| NOMBRE DE LA ENTIDAD | CANTIDAD | | | |
|---|---|---|---|---|
| | Diciembre de 2019 2da. Quincena | Enero de 2020 1er. Quincena | Enero de 2020 2da. Quincena | Febrero de 2020 1er. Quincena |
| AS-ASOC MAESTROS DE P.R. | 8.50 | 8.50 | 8.50 | 8.50 |
| Total de descuentos | ($8.50) | ($8.50) | ($8.50) | ($8.50) |

Esta certificación se expide hoy 14 de febrero de 2020.



Número de Certificación: SRM04P2000456

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Estado Libre Asociado de Puerto Rico: http://www.pr.gov o en nuestro Portal en http://www.srm.pr.gov

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918
P.O. Box 191879 · San Juan PR 00919-1879

☏ 787.777.1414     📠 787.759.2883     www.srm.pr.gov



**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Santisteban Morales, Lucy | 163177 | 6/29/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Santisteban Morales, Lucy | 163177 | 6/29/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

000056

Ley 34
" 89 - Romerazo
" 164
" 180

***CUST PR 1845 SRF 38939 PackID: 56 MMLID: 1958917 SVC: 147th Omni
Santisteban Morales, Lucy
PO Box 3023
Guayama, PR 00785