RECEIVED & FILED
2020 FEB 18 PM 4:35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

A quien pueda interesar:

Reciban un cordial saludo desde el Área Sur de Puerto Rico.

Adjunto: los años trabajados en el Departamento de Educación es como evidencia; ya que tengo una reclamación caso # 17-03283 Commonwealth of Puerto Rico # claim 101584

Sobre mi caso que es deficiente.

Comenzé a trabajar en agosto del 1985 hasta 30 de Septiembre del 2015.

Gracias

Att. Angela Velázquez

939-207-2894

Espero respuesta del mismo.
Gracias por la ayuda que puedan brindarme.

DEPARTAMENTO DE EDUCACIÓN
GOBIERNO DE PUERTO RICO

# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

7 de febrero de 2019

# CERTIFICACION

Certifico que : ANGELA L. VELAZQUEZ ARROYO

Seguro Social :

Categoria : MA. EDUC. SEC (MATEMATICAS)

Distrito Escolar : PONCE II_

Sueldo Mensual : $2,730.00

Status : PERMANENTE

Observaciones :

Trabaja : N/A

Cesó : N/A

Renunció : Efectivo el 30 de septiembre de 2015

Otros : Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de (30) años.

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

GOBIERNO DE PUERTO RICO
Sistema de Retiro para Maestros

ÁNGELA L VELÁZQUEZ ARROYO
HC 2 BOX 5846
PEÑUELAS PR 00624

# CERTIFICACIÓN

Certifico que el (la) profesor (a), **Ángela L. Velázquez Arroyo**, es pensionado (a) del Sistema de Retiro para Maestros, desde el **1 de octubre de 2015**. Recibe una pensión mensual de **$2,047.50** equivalente a **$24,570.00** anual. Luego de las deducciones a su pensión recibe un neto mensual de **$1,698.04** equivalente a **$20,376.48.**

Esta certificación se expide hoy **6 de febrero de 2019**, en San Juan, Puerto Rico.

Cynthia Sanjurjo Santos
Supervisora
Centro de Contacto

sba

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918
P.O. Box 191879 · San Juan PR 00919-1879
787.777.1414 787.759.2882 www.srm.pr.gov

SRM



DEPARTAMENTO DE EDUCACIÓN

ESTADO LIBRE ASOCIADO DE PUERTO RICO

# Certificado Vitalicio

## El Secretario de Educación

Por la presente confiere a

ANGELA LUISA VELAZQUEZ ARROYO

El presente Certificado de Maestro que lo faculta para ejercer como

MAESTRA DE ESCUELA SECUNDARIA
(Matemáticas)

en las escuelas públicas o privadas del Estado Libre Asociado de Puerto Rico.

Expedido el 6 de octubre de 19 93.

Dado en San Juan de Puerto Rico, el 8 de octubre de 19 93.

Número 530

Secretario de Educación

De: Angela L Velázquez
HC-02 Box 5846
Peñuelas, P.R 00624

CERTIFIED MAIL

U.S. POSTAGE PAID
FCM LG ENV
PEÑUELAS, PR
00624
FEB 14, 20
AMOUNT
$7.60
R2305M143426-07

Para: Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

RECEIVED & FILED
2020 FEB 18 PM 4: 35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT