En el asunto de:

Junta de supervisión y administración financiera para Puerto Rico, como reprentante de Estado Libre Asociado de Puerto Rico y otros

Replica
Notificación de la centésima décima sexta objeción global (no sustantiva) del estado libre asociado de P.R. de la autoridad de carreteras y transportación de P.R. y del sistema de retiro de los empleados del gobierno del estado libre asociado de P.R. a reclamos deficientes en los que se alegan intereses sobre la base unas leyes puertorriqueñas no especificadas.

Néstor Rafael Rodriguez Bachier, calle Morse número 84 arroyo, P.R. Box 1048 arroyo P.R.
celular 787-505-9108. Ldo. Montañez Patillas P.R.

Motivos por la cual me opongo a la objeción global.

1. En mi opinión cumplí con todos los requisitos para tener el derecho a recibir el dinero que me adeudan

2. Las organizaciones magisteriales radicaron demanda en los tribunales, hubo fallo a favor de nosotros los maestros pensionados a que se nos pagará dinero que nos adeudan por aumentos de sueldo no recibidos.

3. Porque trabajé en los años que le efectuó el aumento y no lo recibí

4. Porque cumplo con todos los requisitos según el sistema de retiro para maestros

5. Porque no se puede discriminar si a otros compañeros de mi época cualificaron utilizando la lógica como criterio debo cualificar también.

atte. Néstor R. Rodriguez Bachier
Box 1046
Arroyo, P.R. 00714