

# GOBIERNO DE PUERTO RICO
Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión del **Prof. NESTOR R. RODRIGUEZ BACHIER**, con número de seguro social que termina en .

| | |
|---|---|
| Fecha de Radicación Solicitud Retiro | 24 de febrero de 2000 |
| Fecha de Renuncia | 27 de julio de 2001 |
| Fecha de Efectividad de la Pensión | 28 de julio de 2001 |
| Pensión Mensual Inicial | $1,438.98 |
| Pensión Mensual Actual | $1,438.98 |

Esta certificación se expide hoy, **16 de enero de 2020** en **San Juan, Puerto Rico**.

*Jorge I. Rohena Gotay*
**Supervisor**
**Sala de Servicios de Retiro**



235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

787.777.1414    787.764.6910    www.srm-pr.gov



GOBIERNO DE PUERTO RICO
Sistema de Retiro para Maestros

SRM-SB-024
Rev. marzo 2017

## CERTIFICACIÓN DE PENSIÓN

RODRIGUEZ BACHIER, NESTOR R
PO BOX 1046

ARROYO PR 00714

Certifico que RODRIGUEZ BACHIER, NESTOR R recibe de una pensión vitalicia del Sistema de Retiro para Maestros. La pensión mensual es de $1,438.98 equivalente a $17,267.76 anual. Luego de las deducciones recibe la cantidad de $1,358.98 mensual, equivalente a $16,307.76 anual.

Esta certificación se expide hoy 18 de febrero de 2020.



Número de Certificación: SRM03P2000953

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Estado Libre Asociado de Puerto Rico: http://www.pr.gov o en nuestro Portal en http://www.srm.pr.gov

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918
P.O. Box 191879 · San Juan PR 00919-1879



787.777.1414     787.759.2883     www.srm.pr.gov



GOBIERNO DE PUERTO RICO
Junta de Retiro para Maestros
PO Box 191879 San Juan, PR 00919-1879
Teléfono (787) 754-8611

12 de junio de 2000

Departemento de Educación
Sección: Nombramientos y Cambios
Atención: Sra. Matilde Pedraza

Re: Prof. Néstor R. Rodríguez Bachier     SS:

El profesor de referencia ha radicado una Solicitud de Retiro por la Ley 44 del 27 de enero del año 2000.

Al __31__ de __mayo__ de __2001__ fecha en que piensa renunciar para acogerse a la jubilación tiene, __26__ años, __1__ meses, __1__ semanas y __1½__ días.

Edad: __50__

Pagos pendientes por:   N/A

_____   Reconocimiento de Tiempo

_____   Diferencia Tranferencia de Fondos

_____   Otros

Cordialmente,

Jaime García Vallés
Secretario Ejecutivo Interino
HA/rem

cc: Prof.   NESTOR R. RODRIGUEZ BACHIER
            PO BOX 1046
            ARROYO PR 00714

"Sirviéndole a la Clase Magisterial Puertorriqueña"