A quien pueda interesar:

RECEIVED & FILED
2020 FEB 18 PM 4:35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Reciban un cordial saludo desde el Sur de Puerto Rico.

Adjunto: los años trabajados en el Departamento de Educación es como evidencia, ya que tengo una reclamación caso # 17-03283 Commonwealth of Puerto Rico # claim 77388

Sobre mi caso que es deficiente. Comenze a trabajar agosto 1985 hasta el 30 de Septiembre 2015.

Gracias

Att
Angela Velázquez
939-207-2824

Espero respuesta del mismo.
Gracias por la ayuda brindada