**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Velazquez Arroyo, Angela Luisa | 77388 | 6/25/18 | Commonwealth of Puerto Rico | $0.00 |
| **Reason:** | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors. | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Velazquez Arroyo, Angela Luisa | 77388 | 6/25/18 | Commonwealth of Puerto Rico | $0.00 |
| **Base para:** | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

PRIME CLERK
GRAND CENTRAL STATION, PO BOX 4850
NEW YORK NY 10163-4850



US POSTAGE PAID
TOPPAN MERRILL

USPS PRIORITY MAIL®

**LEGAL NOTICE ENCLOSED.
DIRECT TO ATTENTION OF ADDRESSEE
OR PRESIDENT/GENERAL COUNSEL.**

***CUST PR 1845 SRF 36961 PackID: 841 MMLID: 1735104 SVC: 92nd Omni
Velazquez Arroyo, Angela Luisa
#41 Calle Pilar Bo. Santo Domingo HC-02 Box 5846
Penuelas, PR 00624

Zone 8



## DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

7 de febrero de 2019

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | ANGELA L. VELAZQUEZ ARROYO |
| Seguro Social | : | |
| Categoría | : | MA. EDUC. SEC (MATEMATICAS) |
| Distrito Escolar | : | PONCE II_ |
| Sueldo Mensual | : | $2,730.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 30 de septiembre de 2015 |
| Otros | : | Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de (30) años. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

ÁNGELA L VELÁZQUEZ ARROYO
HC 2 BOX 5846
PEÑUELAS PR  00624

## CERTIFICACIÓN

Certifico que el (la) profesor (a), **Ángela L. Velázquez Arroyo**, es pensionado (a) del Sistema de Retiro para Maestros, desde el **1 de octubre de 2015**. Recibe una pensión mensual de **$2,047.50** equivalente a **$24,570.00** anual.  Luego de las deducciones a su pensión recibe un neto mensual de **$1,698.04** equivalente a **$20,376.48.**

Esta certificación se expide hoy **6 de febrero de 2019**, en San Juan, Puerto Rico.

Cynthia Sanjurjo Santos
Supervisora
Centro de Contacto

sba

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918
P.O. Box 191879 · San Juan PR 00919-1879

☏ 787.777.1414    📠 787.759.2882    www.srm.pr.gov





# DEPARTAMENTO DE EDUCACIÓN
ESTADO LIBRE ASOCIADO DE PUERTO RICO

# Certificado Vitalicio

## El Secretario de Educación

Por la presente confiere a

_____ANGELA LUISA VELAZQUEZ ARROYO_____

El presente Certificado de Maestro que lo faculta para ejercer como

_____MAESTRA DE ESCUELA SECUNDARIA_____
(Matemáticas)

en las escuelas públicas o privadas del Estado Libre Asociado de Puerto Rico.

Expedido el ___6 de octubre___ de 19_93_.

Dado en San Juan de Puerto Rico, el ___8 de octubre___ de 19_93_.

Número 530

_____
Secretario de Educación