De: Angela Velázquez
HC-02 Box 5846
Peñuelas, P.R 00624

**RETURN RECEIPT REQUESTED**

**RETURN RECEIPT REQUESTED**

7018 3090 0001 6079 2984

U.S. POSTAGE PAID
FCM LG ENV
PEÑUELAS, PR
00624
FEB 14, 20
AMOUNT
$7.60
R2305M143426-07

RECEIVED & FILED
2020 FEB 18 PM 4:35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Para: Secretaría (Clerk's Office)
Tribunal de Distrito de los
Estados Unidos.
#150 Chardon Avenue
Federal Building
San Juan (Puerto Rico) 00918