TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

En el asunto de:

JUNTA DE SUPERVISION Y
ADMINISTRACION FINANCIERA PARA
PUERTO RICO,

   como representante de

ESTADO LIBRE ASOCIADO DE PUERTO
RICO y otros,

   Deudores

PROMESA
Titulo III

Núm. 17 BK 3283-LTS

(Administrada conjuntamente)

**La presente radicación guarda relación con el ELA, la ACT y el SER.**

REPLICA A OBJECION RELACIONADA A NOTIFICACION DE LA CENTESIMA VIGESIMA QUINTA OBJECION GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACION DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE ALEGAN INTERESES SOBRE LA BASE DE LAS REINVINDICACIONES SALARIALES, LABORALES O SERVICIOS PRESTADOS

**AL HONORABLE TRIBUNAL:**

   **COMPARECE**: **JORGE DAVID CAPIELO ORTIZ** (En adelante "el Acreedor"), por si y para sí, y suscribe y muy respetuosamente expone y solicita:

   1.  Que el Acreedor **reside en el #1175 de la calle 54 SE de la Urbanización Reparto Metropolitano del Municipio de San Juan, 00921**, que su número de teléfono es el **(787) 533-1880** y su correo electrónico es *aventispr@yahoo.com*.

   2.  Que el 14 de enero de 2020 se instó Objeción al *Claim #143096*, basada en que no se acompañó fundamentación ni evidencia que hacen válida la reclamación (Ver *Docket 9894-4* Capielo Ortiz, Jorge D).

   3.  La reclamación #143096 está fundamentada en las disposiciones de la *Ley del Sistema de Retiro para Maestros del Estado Libre Asociado de Puerto Rico, Ley Número 160 de 24 de*

*diciembre de 2013, según enmendada* y en la alternativa, cualquier disposición especial que no

esté cubierta o contemplada por ésta, refiérase a la *Ley del Sistema de Retiro de los Empleados*

*del Gobierno del Estado Libre Asociado de Puerto Rico, Ley Número 447 de 15 de mayo de*

*1951, según enmendada.*

4. Finalmente, se acompaña Certificación de Retención emitida por el Sistema de Retiro

para Maestros como evidencia a la reclamación, a nombre del Acreedor.

**POR TODO LO CUAL**, muy respetuosamente se solicita de este Honorable Tribunal que

tome nota de lo anterior, permita la reclamación dejando sin efecto la objeción.

**CERTIFICO**: Haber entregado personalmente la Réplica a la Objeción y copia fiel y exacta
en Secretaría (*Clerk's Office*) del Tribunal de Distrito de los Estados Unidos #150 Chardon
Avenue Federal Building, San Juan Puerto Rico 00918.

**RESPETUOSAMENTE SOMETIDO**. En San Juan, Puerto Rico hoy 18 de febrero de

2020.

**JORGE DAVID CAPIELO ORTIZ**
#1175 de la calle 54 SE de la
Urbanización Reparto Metropolitano del
Municipio de San Juan, 00921,
**(787) 533-1880**
*aventispr@yahoo.com*