# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

12 de febrero de 2020

JORGE D. CAPIELO ORTIZ       XXX-XX-1677       Solicitud No:      977566
URB REPARTO METROPOLITANO       Radicada en:      12 feb 2020
54 SE NUM 1175
SANJUAN, PR 00921

Estimado(a) Participante:

A la fecha de esta comunicación y conforme a nuestros registros, el balance de aportaciones acumulados en el Sistema de Retiro para Maestros es aproximadamente de $3,796.21 . Las aportaciones han devengado intereses por $186.13 para un total de $3,982.34.

El tiempo acreditado aproximadamente es:

    1 Años,    10 Meses,    0 Semanas,    .0 Dias

La última nómina recibida y contabilizada en este balance es la del 29 de julio de 2011. Estas aportaciones están sujetas a verificación y cambio cuando radique su Solicitud de Retiro.

Con el propósito de completar su expediente, es necesario que nos envíe los siguientes documentos:

[ ] Acta de Nacimiento
[ ] Designación de Beneficiarios
[ ] Solicitud de Retiro en caso que decida acogerse a los beneficios
    de retiro
[ ] Otros: _____

Atentamente,

Área de Servicios de Retiro
Supervisor Área de Servicio de Retiro

235 Avenida Arterial Hostos, Edificio Capital Center , Torre Norte, Hato Rey, Puerto Rico 00918
P.O. Box 191879, Hato Rey, PR 00919-1879
srm_correspondenciaconsulta@srm.pr.gov   (787) 777-1414   http://www.srm.pr.gov

SRM
Sistema de Retiro para Maestros
Gobierno de Puerto Rico

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| CAPIELO ORTIZ, JORGE D | 143096 | 7/6/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $4,000.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| CAPIELO ORTIZ, JORGE D | 143096 | 7/6/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $4,000.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

000215

Case:17-03283-LTS Doc#:11278-1 Filed:02/18/20 Entered:02/19/20 17:22:32 Desc:
Exhibit Page 4 of 11

***CUST PR 1845 SRF 38939 PackID: 215 MMLID: 1809391 SVC: 125th Omni
CAPIELO ORTIZ, JORGE D
1175 CALLE 54 SE REPARTO METROPOLITANO
SAN JUAN, PR 00921

000215

You may also submit your claim electronically by visiting http://cases.primeclerk.com/puertorico/EPOC-Index

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

| Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación). | | | MMLID: 1229502 EPOC ID: 170356600278877 |
|---|---|---|---|
| ☐ | Commonwealth of Puerto Rico / El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date: May 3, 2017 |
| ☐ | Puerto Rico Sales Tax Financing Corporation (COFINA) / La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date: May 5, 2017 |
| ☐ | Puerto Rico Highways and Transportation Authority / La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date: May 21, 2017 |
| ☒ | Employees Retirement System of the Government of the Commonwealth of Puerto Rico / El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date: May 21, 2017 |
| ☐ | Puerto Rico Electric Power Authority / La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date: July 2, 2017 |

RECEIVED JUL 0 6 2018 PRIME CLERK LLC

Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico has listed your claim in their Creditor List on Schedule F -- Participant Obligations as a Contingent, Unliquidated general unsecured claim in an Undetermined amount. You must timely file a proof of claim or be forever barred from participating or sharing in any distribution or being treated as a claim for purposes of voting or distribution.

El deudor Employees Retirement System of the Government of the Commonwealth of Puerto Rico ha listado su reclamación en la lista de acreedores en el Schedule F -- Obligaciones de los participantes como un reclamo Contingente, Sin liquidez no asegurado por un monto Indeterminado. Debe presentar una prueba de reclamación oportunamente o se le prohibirá por siempre participar o compartir en cualquier distribución o ser tratado como un reclamo para fines de votación o distribución.

Modified Official Form 410 / Formulario Oficial 410 Modificado

## Proof of Claim / Evidencia de reclamación                    04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

[ ] Date Stamped Copy Returned
[ ] No Self-Addressed Stamped Envelope
[×] No Copy Provided

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

1. Who is the current creditor?

   ¿Quién es el acreedor actual?

   JORGE D CAPIELO ORTIZ

   Name of the current creditor (the person or entity to be paid for this claim)
   Nombre el acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

   Other names the creditor used with the debtor
   Otros nombres que el acreedor usó con el deudor _____

Claim Number: 143096                    Proof of Claim                    page 1   

2. Has this claim been acquired from someone else?

    ¿Esta reclamación se ha adquirido de otra persona?

    ☒ No / No
    ☐ Yes. From whom?
    Si. ¿De quién? _____

3. Where should notices and payments to the creditor be sent?

    Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

    ¿A dónde deberían enviarse las notificaciones al acreedor?

    Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g

    Where should notices to the creditor be sent?
    ¿A dónde deberían enviarse las notificaciones al acreedor?

    JORGE D CAPIELO ORTIZ
    NUM 58
    SANTA RITA BORINQUENA
    SAN JUAN PR 00925   changed

    Calle 54 SE # 1175
    Reparto Metropolitano
    San Juan, P.R. 00921

    (787) 533-1880
    Contact phone / Teléfono de contacto

    aventispr@yahoo.com
    Contact email / Correo electrónico de contacto

    Where should payments to the creditor be sent? (if different)
    ¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)

    Jorge D Capielo Ortiz
    Name / Nombre

    #1175    Calle 54 SE    Reparto Metropolitano
    Number / Número    Street / Calle

    San Juan     P.R.    00921
    City / Ciudad    State / Estado    ZIP Code / Código postal

    (787) 533-1880
    Contact phone / Teléfono de contacto

    aventispr@yahoo.com
    Contact email / Correo electrónico de contacto

4. Does this claim amend one already filed?

    ¿Esta reclamación es una enmienda de otra presentada anteriormente?

    ☒ No / No
    ☐ Yes. Claim number on court claims registry (if known) _____
    Si. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo)_____
    Filed on / Presentada el _____ (MM/DD/YYYY) / (DD/MM/AAAA)

5. Do you know if anyone else has filed a proof of claim for this claim?

    ¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?

    ☒ No / No
    ☐ Yes. Who made the earlier filing?
    Si. ¿Quién hizo la reclamación anterior?_____

**Part 2 / Parte 2:** Give Information About the Claim as of the Petition Date
Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?

    ¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico?

    ☐ No / No
    ☒ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)
    Si. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).

    Departamento de Educación de P.R.

7. Do you supply goods and / or services to the government?

    ¿Proporciona bienes y / o servicios al gobierno?

    ☐ No / No
    ☒ Yes. Provide the additional information set forth below / Si. Proporcionar la información adicional establecida a continuación:

    Vendor / Contract Number | Número de proveedor / contrato: _____

    List any amounts due after the Petition Date (listed above) but before June 30, 2017:
    Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017 $ 4,000.00

Modified Official Form 410         Proof of Claim         page 2

U0504 v 01 02 15 2018

8. How much is the claim? $ 4,000.00   Does this amount include interest or other charges?
   ¿Cuál es el importe de la reclamación?   ¿Este importe incluye intereses u otros cargos?
   ☒ No / No
   ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).
   Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A).

9. What is the basis of the claim?
   ¿Cuál es el fundamento de la reclamación?

   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

   Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

   Refund of Taxes and Retirement

10. Is all or part of the claim secured?
    ¿La reclamación está garantizada de manera total o parcial?

    ☒ No / No
    ☐ Yes. The claim is secured by a lien on property.
    Sí. La reclamación está garantizada por un derecho de retención sobre un bien.

    Nature of property / Naturaleza del bien:
    ☐ Motor vehicle / Vehículos

    ☐ Other. Describe:
    Otro. Describir: _____

    Basis for perfection / Fundamento de la realización de pasos adicionales: _____
    _____

    Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

    Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.

    Value of property / Valor del bien:  $_____

    Amount of the claim that is secured /
    Importe de la reclamación que está garantizado: $_____

    Amount of the claim that is unsecured /
    Importe de la reclamación que no está garantizado: $_____
    (The sum of the secured and unsecured amounts should match the amount in line 7.)
    (La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

    Amount necessary to cure any default as of the Petition Date /
    Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso: $_____
    _____

    Annual Interest Rate (on the Petition Date)
    Tasa de interés anual (cuando se presentó el caso)_____%
    ☐ Fixed / Fija
    ☐ Variable / Variable

11. Is this claim based on a lease?
    ¿Esta reclamación está basada en un arrendamiento?

    ☒ No / No
    ☐ Yes. Amount necessary to cure any default as of the Petition Date.
    Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso $_____

Modified Official Form 410         Proof of Claim         page 3

U0505 v 01 02 15 2018

| | |
|---|---|
| 12. Is this claim subject to a right of setoff?<br><br>¿La reclamación está sujeta a un derecho de compensación? | ☒ No / No<br><br>☐ Yes. Identify the property /<br>Sí. Identifique el bien: _____ |
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☒ No / No<br><br>☐ Yes. Indicate the amount of your claim arising from the value of any goods received $ _____ by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |

## Part 3 / Parte 3:

### Sign Below / Firmar a continuación

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☒ I am the creditor. / Soy el acreedor.
☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta Evidencia de reclamación se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

He leído la información en esta Evidencia de reclamación y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el 06/29/2018 (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma _____

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name: Jorge D Capillo Ortiz
  First name / Primer nombre   Middle name / Segundo nombre   Last name / Apellido

Title / Cargo: Profesor / Editor

Company / Compañía: Departamento de Educación
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección: 1175 Calle 54 SE Reparto Metropolitano
  Number / Número   Street / Calle

San Juan   PR   00921
City / Ciudad   State / Estado   ZIP Code / Código postal

Contact phone / Teléfono de contacto (787) 533-1380   Email / Correo electrónico quentispr@yahoo.com

Modified Official Form 410   Proof of Claim   page 4

U0506 v.01 02.15 2018

Epiq Bankruptcy Solutions, LLC
PO Box 4470
Beaverton, OR 97076

Legal Documents Enclosed --
Please direct to the attention
of the Addressee,
Legal Department or President.

Address Service Requested



PR2 POC 2-26-2018 (MERGE2,TXNUM2)
000 0036381 00000000 0001 0005 07277 INS: 0 0
****4000221089****BAR(23) MAIL ID *** 000125826441 ***
JORGE D CAPIELO ORTIZ
NUM 58
SANTA RITA BORINQUENA
SAN JUAN PR 00925

Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico has listed your claim in their Creditor List on Schedule F -- Participant Obligations as a Contingent, Unliquidated general unsecured claim in an Undetermined amount. You must timely file a proof of claim or be forever barred from participating or sharing in any distribution or being treated as a claim for purposes of voting or distribution.

El deudor Employees Retirement System of the Government of the Commonwealth of Puerto Rico ha listado su reclamación en la lista de acreedores en el Schedule F -- Obligaciones de los participantes como un reclamo Contingente, Sin liquidez no asegurado por un monto Indeterminado. Debe presentar una prueba de reclamación oportunamente o se le prohibira por siempre participar o compartir en cualquier distribución o ser tratado como un reclamo para fines de votación o distribución.

PLEASE SEND COMPLETED PROOF(S) OF CLAIM SO AS TO BE ACTUALLY RECEIVED ON OR BEFORE THE APPLICABLE BAR DATE:

**General Bar Date:** May 29, 2018 at 4:00 p.m., Atlantic Standard Time
Please send completed Proof(s) to Claim to:

**If by first class mail:**
Commonwealth of Puerto Rico
Claims Processing Center
c/o Prime Clerk LLC
Grand Central Station, PO Box 4708
New York, NY 10163-4708

**If by overnight courier or hand delivery/Para enviar por por mensajería o entrega al siguiente dia:**

Refer to "Section 6 -- Where and How to File" in the enclosed notice for additional locations in the Commonwealth accepting hand delivery of completed proof of claim forms.

Consulte la "Sección 6: Para ver dónde y cómo presentar su formulario" del aviso adjunto. Habran varias ubicaciones en el Commonwealth donde se aceptara la entrega de estos formularios de prueba de reclamo completados.

If you have questions about this notice, please call (844) 822-9231 (US toll free), (646) 486-7944, (international), email PuertoRicoInfo@primeclerk.com, or visit https://cases.primeclerk.com/puertorico

Si tiene preguntas acerca de este aviso, llame al (844) 822-9231 (local), (646) 486-7944 (internacional), envíe un correo electrónico a PuertoRicoInfo@PrimeClerk.com, o visite https://cases.primeclerk.com /puertorico

You may also submit your claim electronically by visiting https://cases.primeclerk.com/puertorico/EPOC-Index

También puede enviar su reclamo electrónicamente visitando http://cases.primeclerk.com/puertorico/EPOC-Index

EPOC ID: 170356600278877

U0501 v.01 02.15.2018



Jorge D Capillo Ortiz
Calle 54 SE # 1175
Rpto Metropolitano
San Juan, PR 00921

SAN JUAN PR 009
29 JUN 2018 PM 3 L

RECEIVED
JUL 0 6 2018
PRIME CLERK LLC

Commonwealth of P.R.
Claims Processing Center
c/o Prime Clerk LLC
Grand Central Station
PO Box 4708
New York, NY 10163-4708

1016334708