Réplica al Tribunal de Distrito delos Estados Unidos para el Distrito de Puerto Rico sobre determinación de la Ley Promesa

Teresita Guzmán Ruiz

Urb. Villa Carolina

114 - #28 calle 77

Carolina, P.R. 00985

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

tguzman_mat@yahoo.com

Reclamación: 65796

Num: 17bk 3283-LTS

Motivo de Objeción:

La demandante no esta de acuerdo con la determinació del anexo A de la ley Promesa. La demandante Teresita Guzmán Ruiz no esta de acuerdo con la desición de que su monto de la reclamación es indeterminado. Su objeciónes valida. Teresita Guzmán Ruiz ha trabajado para el Departamento de Educación de Puerto Rico desde 1992 hasta el presente, y esta dispueta a proveer toda la información necesaria y requerida para determinar cuál es la cantidad a pagar. Esta informacion será provista según solicitada en su totalidad.

_____

Teresita Guzmán Ruiz

02/18/2020