

# DEPARTAMENTO DE EDUCACION
## Estado Libre Asociado de Puerto Rico
### Secretaría Auxiliar de Recursos Humanos

26 de noviembre de 2019

# CERTIFICACION

| | |
|---|---|
| Certifico que | : TERESITA GUZMAN RUIZ |
| Seguro Social | : |
| Categoría | : MAESTRO ELEMENTAL (4-6) |
| Distrito Escolar | : SAN JUAN II |
| Sueldo Mensual | : $2,821.67 |
| Status | : PERMANENTE |
| Observaciones | : |
| Trabaja | : Desde el 13 de agosto de 1992 hasta el presente. |
| Cesó | : N/A |
| Renunció | : N/A |
| Otros | : Nuestro Sistema de Recursos Humanos refleja que ha trabajado para ésta Agencia por un periodo de 27 años. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.