RECEIVED & FILED
2020 FEB 18 PM 4:35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

12 de febrero de 2020

A quien pueda interesar:

Yo, Alexa Luis Tenox Ruiz, soy residente de Coamo, Puerto Rico. Mi dirección es carretera 119, Ramal 486 Km. 2 H.1 del Barrio Jaja de Coamo, Puerto Rico 00637 con número de teléfono 787-328-0554.

Mi reclamación es la siguiente, por salarios impagos al epígrafe Tribunal de Distrito de los Estados Unidos de América para el Distrito de Puerto Rico.

a. ELA
b. Cofina
c. Sistema de Retiro
d. AEE
e. Autoridad de Carreteras y Transportación de Puerto Rico.
f. Centésima, Cuadragésima cuarta objeción Global.

El motivo es la razón que me opongo es porque tengo derecho a la bonificación que me corresponde por años de servicios de la Ley 89, Ley 96 Incentivos y Ley 96 del de junio de 2002 aplicada al 9 de julio de 2002, Ley 180, costo de vida del 3 por ciento del Departamento de Educación de Puerto Rico.

Adjunto evidencia,
   Espero su pronta contestación a dicha situación que lo amerita.

   Gracias anticipadas,

   Cordialmente,

   787-328-0552

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 12/16/2018 |
| Hasta: | 12/31/2018 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | 8747424 |
| Fecha Aviso: | 12/28/2018 |

**ALMA I TERRON RUIZ**
HC 4 BOX 17819
CAMUY PR 00627-9502

SS: XXX-XX-8061

| | |
|---|---|
| # Empleado: | XXXXX8061 |
| Dept: | 592160-ANOS SERVICIO LEY91 2004 |
| Lugar: | A/OS SERVICIO LEY 91 |
| Titulo: | Pensionado |
| Sueldo: | $1,929.40 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 964.70 | 1,957.50 | 23,152.80 |
| Bono Navidad Pensionados | | | 0.00 | | 200.00 |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 |
| Total: | | | 964.70 | 1,957.50 | 23,452.80 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 53.48 | 1,283.52 |
| AE-Asoc Emp ELA-Prest Regular | 94.89 | 2,224.56 |
| SM-Asoc Maestros de PR | 54.00 | 1,364.00 |
| CO-COOP MAESTRO PR | 94.30 | 2,278.56 |
| AS-ASOC PENSIONADOS | 1.00 | 22.00 |
| AS-ASOC MAESTROS DE P.R. | 8.50 | 136.00 |
| Ahorros-AEELA | 28.94 | 694.56 |
| Total: | 335.11 | 8,003.20 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-Asoc Maestros de PR | 100.00 | 1,200.00 |

\* Tributable

### TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA

| | Total Bruto | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|
| Corriente: | 964.70 | 0.00 | 335.11 | 629.59 |
| Acumulado: | 23,452.80 | 0.00 | 8,003.20 | 15,449.60 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #8747424 | 629.59 |
| Total: | 629.59 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

**MENSAJE:**

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
12/28/2018

Aviso No.
8747424

Cant. Deposito: $629.59

TRAY 35 SQ 8583********************SCH 5-DIGIT 00627    8583 2 AV 0.378
ALMA I TERRON RUIZ
HC 4 BOX 17819
CAMUY PR 00627-9502

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | | $629.59 |
| Total: | | $629.59 |

NO-NEGOCIABLE

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 12/01/2018 |
| Hasta: | 12/15/2018 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | 8548295 |
| Fecha Aviso: | 12/14/2018 |

**ALMA I TERRON RUIZ**
HC 4 BOX 17819
CAMUY PR 00627-9502

SS: XXX-XX-8061

| | |
|---|---|
| # Empleado: | XXXXX8061 |
| Dept: | 592160-ANOS SERVICIO LEY91 2004 |
| Lugar: | A/OS SERVICIO LEY 91 |
| Titulo: | Pensionado |
| Sueldo: | $1,929.40 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | 964.70 | 1,875.00 | | 22,188.10 |
| Bono Navidad Pensionados | | | 0.00 | | 200.00 |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 |
| Total: | | 964.70 | 1,875.00 | | 22,488.10 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 53.48 | 1,230.04 |
| AE-Asoc Emp ELA-Prest Regular | 94.89 | 2,129.67 |
| SM-Asoc Maestros de PR | 54.00 | 1,310.00 |
| CO-COOP MAESTRO PR | 94.30 | 2,184.26 |
| AS-ASOC PENSIONADOS | 1.00 | 21.00 |
| AS-ASOC MAESTROS DE P.R. | 8.50 | 127.50 |
| Ahorros-AEELA | 28.94 | 665.62 |
| Total: | 335.11 | 7,668.09 |

* Tributable

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-Asoc Maestros de PR | 0.00 | 1,100.00 |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 964.70 | 0.00 | 335.11 | 629.59 |
| Acumulado: | 22,488.10 | 0.00 | 7,668.09 | 14,820.01 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #8548295 | 629.59 |
| Total: | 629.59 |

**MENSAJE:**

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
12/14/2018

Aviso No.
8548295

Cant. Deposito: $629.59

TRAY 35 SQ 8583****************SCH 5-DIGIT 00627      8583 2 AV 0.378
ALMA I TERRON RUIZ
HC 4 BOX 17819
CAMUY PR 00627-9502

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | | $629.59 |
| Total: | | $629.59 |

**NO-NEGOCIABLE**

Número de Evidencia de Reclamación:
Reclamante:

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

### Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial**. A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación.

Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### Cuestionario

1. ¿Cuál es el fundamento de su reclamación?

    - ☑ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este
    - ☐ Empleo actual o anterior en el gobierno de Puerto Rico
    - ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.) _Escala Salarial_

2. ¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda): $1,700.00

*Número de Evidencia de Reclamación:*
*Reclamante:*

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐ No. *Pase a la Pregunta 4.*
   - ☒ Sí. **Responda preguntas 3(a)-(d).**

   3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó: *Departamento de Educación, Puerto Rico*

   3(b). Identifique las fechas de su empleo con relación a su reclamación: *Junio 29, 2018*

   3(c). Últimos cuatro dígitos de su número de seguro social: *8061*

   3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☐ Jubilación
   - ☒ Salarios impagos
   - ☐ Días por enfermedad
   - ☐ Queja con el sindicato
   - ☐ Vacaciones
   - ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ☐ No.
   - ☒ Sí. **Responda Preguntas 4(a)-(f).**

   4(a). Identifique el departamento o agencia que es parte de esta acción. *Departamento de Educación de Puerto Rico, Sistema de Retiro*

   4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución: *Commonwealth of Puerto Rico, United States Bankruptcy Court for the District of Puerto Rico, San Juan, Puerto Rico*

   4(c). Número de caso: *17-03283*

   4(d). Título, epígrafe, o nombre del caso: *ELA, Cofina, Sistema de Retiro, AEE Autoridad de Carreteras y Transportación de Puerto Rico, Oclusión cuarta objeción global.*

2

Número de Evidencia de Reclamación:
Reclamante:

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):
_Pendiente de Resolución_

4(f). ¿Tiene usted una sentencia impaga? (Sí)/ No (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?
_Junio 29, 2018 — $1,700.00_
_Proof claim — 163248_

3

Número de Evidencia de Reclamación:

Reclamante:

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

### Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación.

Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### Cuestionario

1. ¿Cuál es el fundamento de su reclamación?

    - ☒ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este
    - ☐ Empleo actual o anterior en el gobierno de Puerto Rico
    - ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.) _Ley 164_

2. ¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda): _$1,700.00_

Número de Evidencia de Reclamación:
Reclamante:

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐ No. *Pase a la Pregunta 4.*
   - ☑ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó: *Departamento de Educación, Puerto Rico*

3(b). Identifique las fechas de su empleo con relación a su reclamación: *Junio 29, 2018*

3(c). Últimos cuatro dígitos de su número de seguro social: *8061*

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☐ Jubilación
   - ☑ Salarios impagos
   - ☐ Días por enfermedad
   - ☐ Queja con el sindicato
   - ☐ Vacaciones
   - ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ☐ No.
   - ☑ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción: *Departamento de Educación de Puerto Rico - Sistema Retiro*

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución: *Commonwealth of Puerto Rico United States Bankruptcy Court for the District of Puerto Rico, San Juan, Puerto Rico*

4(c). Número de caso: *17-03283*

4(d). Título, epígrafe, o nombre del caso: *ELA, Cofina, Sistema de Retiro, AEE, Autoridad de Carreteras y Transportación de Puerto Rico, Sexta/Séptima Cuarta Objeción global.*

2

*Número de Evidencia de Reclamación:*
*Reclamante:*

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):
___Pendiente de Resolución___

4(f). ¿Tiene usted una sentencia impaga? (Sí)/ No (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?
___Junio 29, 2018 — $1,700.00 Ley Promesa___

Proof. claim — 117562

Número de Evidencia de Reclamación:
Reclamante:

# INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

## Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial**. A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación.

Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

## Cuestionario

1. ¿Cuál es el fundamento de su reclamación?

   - ☒ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este
   - ☐ Empleo actual o anterior en el gobierno de Puerto Rico
   - ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

   *Ley 180 Costo de vida 3 por ciento, Departamento de Educación de Puerto Rico*

2. ¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda): $6,945.84

Número de Evidencia de Reclamación:
Reclamante:

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   ☐ No. *Pase a la Pregunta 4.*
   ☒ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó: _Departamento Educación, Puerto Rico_

3(b). Identifique las fechas de su empleo con relación a su reclamación: _junio 29, 2018_

3(c). Últimos cuatro dígitos de su número de seguro social: _8061_

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   ☐ Jubilación
   ☒ Salarios impagos
   ☐ Días por enfermedad
   ☐ Queja con el sindicato
   ☐ Vacaciones
   ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   ☐ No.
   ☒ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción. _Departamento de Educación de Puerto Rico - Sistema de Retiro_

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución: _Commonwealth of Puerto Rico United States Bankruptcy Court for the District of Puerto Rico, San Juan, Puerto Rico_

4(c). Número de caso: _1703283_

4(d). Título, epígrafe, o nombre del caso: _ELA, Cofina, Sistema de Retiro, AEE, Autoridad de Carreteras y Transportación de Puerto Rico, Centésimo cuarta objeción global_

2

*Número de Evidencia de Reclamación:*
*Reclamante:*

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):
_Pendiente de Resolución_

4(f). ¿Tiene usted una sentencia impaga? (Sí)/ No (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?
_Junio 29-2018 - $6,945.84 Ley Promesa_
_Proof Claim - 123412_

3

Número de Evidencia de Reclamación:
Reclamante:

# INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

## Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación.

Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

## Cuestionario

1. ¿Cuál es el fundamento de su reclamación?

    - ● Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este
    - ☐ Empleo actual o anterior en el gobierno de Puerto Rico
    - ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

    _Ley 89_

2. ¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):

    _$2,700.00_

Número de Evidencia de Reclamo:
Reclamante:

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐ No. *Pase a la Pregunta 4.*
   - ☒ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó: *Departamento de Educación, Puerto Rico*

3(b). Identifique las fechas de su empleo con relación a su reclamación: *Junio 29, 2018*

3(c). Últimos cuatro dígitos de su número de seguro social: 8061

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☐ Jubilación
   - ☒ Salarios impagos
   - ☐ Días por enfermedad
   - ☐ Queja con el sindicato
   - ☐ Vacaciones
   - ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ☐ No.
   - ☒ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción: *Departamento de Educación de Puerto Rico, Sistema de Retiro*

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución: *Commonwealth of Puerto Rico, United States Bankruptcy Court for the District of Puerto Rico, San Juan, Puerto Rico*

4(c). Número de caso: 17-03283

4(d). Título, epígrafe, o nombre del caso: *ELA, Cofina, Sistema Retiro, AEE, Autoridad de Carreteras y Transportación de Puerto Rico, Cuatésima Cuarta objeción global.*

2

*Número de Evidencia de Reclamación:*
*Reclamante:*

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):
___Pendiente de Resolución___

4(f). ¿Tiene usted una sentencia impaga? Sí / No (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?
___Junio 29, 2018 - $2,700.00 Ley Promesa___
___Proof Claim - 131007___

3

Alma Teresa Ruiz
HC-04 Box 17819
Bo. Zanjas, Camuy, P.R. 00627

U.S. POSTAGE PAID
FCM LG ENV
CAMUY, PR
00627
FEB 14, 20
AMOUNT
**$4.95**
R2304E104966-06

RECEIVED & FILED
2020 FEB 18 PM 4:35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

7017 1070 0000 2990 0409
CERTIFIED MAIL

Secretaria (Clerks Office)
Tribunal de Distrito de los
Estados Unidos
Room 150
Federal Building,
San Juan, P.R. 00918-1767