**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>            Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK-3283-LTS<br><br>(Jointly Administered) |

**JOINDER OF THE BANK OF NEW YORK MELLON, AS TRUSTEE, TO MOTION OF THE PRIFA BANS BONDHOLDERS TO DISMISS THE OMNIBUS OBJECTIONS FILED BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND THE LAWFUL CONSTITUTIONAL DEBT COALITION WITH RESPECT TO THE PRIFA BANS GUARANTY**

1.  The Bank of New York Mellon (the "Trustee") is the trustee under the Trust Agreement (the "Trust Agreement"), dated as of March 1, 2015, between the Puerto Rico Infrastructure Financing Authority (the "Authority") and the Trustee.

2.  On February 19, 2020, the PRIFA BANS Bondholders filed their *Motion to Dismiss the Omnibus Objections Filed by the Official Committee of Unsecured Creditors and the Lawful Constitutional Debt Coalition with Respect to the PRIFA BANS Guaranty* (the "Motion") [ECF No. 11267].

---

[1] The Debtors in the jointly-administered Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801).

- 2 -

3. The Trustee files this joinder (the "Joinder") to the Motion on its own behalf and does not assume any fiduciary or other duties to any other creditor or person. The Trustee supports the Court's entry of an order in the form attached to the Motion.

Dated: February 19, 2020
      San Juan, Puerto Rico

| | |
|---|---|
| **REED SMITH LLP** | **SEPULVADO, MALDONADO & COURET** |
| By: */s/ Eric A. Schaffer* | By: */s/ Albéniz Couret Fuentes* |
|     Eric A. Schaffer (admitted *pro hac vice*) |     Albéniz Couret Fuentes |
|     Luke A. Sizemore (admitted *pro hac vice*) |     (USDC-PR No. 222207) |
|     Jared S. Roach (admitted *pro hac vice*) |     304 Ponce de León Ave. Suite 990 |
|     225 Fifth Avenue, Suite 1200 |     San Juan, PR 00918 |
|     Pittsburgh, PA 15222 |     Telephone: (787) 765-5656 |
|     Telephone: (412) 288-3131 |     Facsimile: (787) 294-0073 |
|     Facsimile: (412) 288-3063 |     Email: acouret@smclawpr.com |
|     Email: eschaffer@reedsmith.com | |
|            lsizemore@reedsmith.com | |
|            jroach@reedsmith.com | |

***Attorneys for The Bank of New York Mellon***

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that, on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case.

        */s/ Albéniz Couret Fuentes*
        Albéniz Couret Fuentes
        (USDC-PR No. 222207)
        304 Ponce de León Ave. Suite 990
        San Juan, PR 00918
        Telephone: (787) 765-5656
        Facsimile: (787) 294-0073
        Email: acouret@smclawpr.com