Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico

En el asunto de:
Junta de Supervisión y administración Financiera para Puerto Rico, como representante del Estado Libre Asociado de Puerto Rico y otros,

Deudores

Promesa, título III
Núm. 17 BK 3283-LTs
(Administrada conjuntamente la presente radicación guarda relación con el ELA, la ACT y el SRE.

Réplica de la centésima quincuagésima séptima objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y transportación de Puerto Rico y del Sistema de Retiro de los empleados del Gobierno del Estado Libre Asociado de Puerto Rico a varios reclamos deficientes.

Datos de contacto:
Mary Luz Chamorro Ostolaza, Urb. San Antonio Calle Daniela 2336, Ponce, Puerto Rico 00728, teléfono celular 787-243-3163, y la dirección electrónica: marychamorropr@gmail.com
Número de reclamo: 94661, fecha de presentación: 6/22/2018,
Deudor: COMMONWEALTH OF Puerto Rico
Monto de la reclamación alegada: $4,110
Número de caso:

Datos de contacto:
Mary Luz Chamorro Ostolaza, Urb. San Antonio Calle Daniela 2336, Ponce, Puerto Rico, 00728, teléfono celular 787-243-3163, y la dirección electrónica: marychamorropr@gmail.com
Número de reclamo: 94525, fecha de presentación: 6/22/2018
Deudor: COMMONWEALTH, OF Puerto Rico
Monto de la reclamación alegada:
Número de reclamo: 83465, fecha de presentación: 6/22/2018
Deudor: COMMONWEALTH, OF Puerto Rico

_ Número de reclamo: 86390

_ Número de reclamo: 88421

Reclamo   Aumento de sueldo por reclamo, Carrera magisterial, ausencias y vacaciones y federación

Mary L Chamorro Ostolaza
Mary Luz Chamorro Ostolaza
18 febrero 2020