# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Mary L. Chamorro Ostolaza**, con número de seguro social que termina en *MFCHO*.

| | |
|---|---:|
| Fecha de Efectividad de la Pensión | 13 de enero de 2016 |
| Tiempo Cotizado para la Pensión | 30 años, 0 mes, 0 sem., 0 día |
| Pensión Mensual Inicial | $1,239.97 |
| Pensión Mensual Actual | $1,239.97 |

Esta certificación se expide hoy, **18 de febrero de 2020** en **San Juan, Puerto Rico**.

Edgardo J. Negrón Ramírez
Supervisor
Área de Servicios de Retiro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

787.777.1414   787.764.6910   www.srm.pr.gov


SRM
Sistema de Retiro para Maestros
Gobierno de Puerto Rico
*Protegemos la Aportación al Futuro*



# DEPARTAMENTO DE EDUCACION
## Estado Libre Asociado de Puerto Rico
### Secretaría Auxiliar de Recursos Humanos

**ATT: LEY PROMESA**

18 de febrero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | MARY L. CHAMORRO OSTOLAZA |
| Seguro Social | : | *[signature]* |
| Categoría | : | MA. EDUCACION TEMPRANA-NIVEL ELELMENTAL (K-3) |
| Distrito Escolar | : | PONCE |
| Sueldo Mensual | : | $3,300.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 12 de enero de 2016 |
| Otros | : | Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de (29) años, (2) meses, (2) semanas y (3) días. |

*[signature]*
Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

## Departamento de Educación
## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### Secretaria Auxiliar de Recursos Humanos
### Informe de Cambios

| | Antes del Cambio | Después del Cambio |
|---|---|---|
| 1. Nombre del Empleado | MARY L, CHAMORRO OSTOLAZA | |
| 2. Número de Seguro Social | *[firma]* | |
| 3. Lugar de Nacimiento | NEW YORK | |
| 4. Fecha de Nacimiento | *[firma]* | |
| 5. Sexo | F | |
| 6. Estado Civil | | |
| 7. Preparación Académica | MA 21 | |
| 8. Experiencia | 28.2.2.3.0 | |
| 9. Status del Empleado | PERMANENTE | |
| 10. Sueldo Bruto | $3,300.00 | |
| 11. Número de Puesto | F06692 | |
| 12. Categoría del Puesto | MA. EDUC. TEMPRANA ( NIVEL ELEM- K-3) | |
| 13. Fondo | FEDERAL | |
| 14. Cifra de cuenta | E1110-221-0810000-0000-08100-2016-SCHOOLWIDE16 | |
| 15. Fecha de efectividad | 12 de enero de 2016 03:00 pm | |
| 16. Acción | RENUNCIA | |
| 17. Duración | | |
| 18. Causa del Cese | JUBILACIÓN | |
| 19. Ultimo día de Trabajo | 12 de enero de 2016 03:00 pm | |
| 20. Ultimo día de Pago | 12 de enero de 2016 03:00 pm | |
| 21. Prog Esc, Nivel/Grado | | |
| 24. Distrito Escolar | PONCE | |
| 25. Escuela | ERNESTO RAMOS ANTONINI | |

RECIBIDO DIVISION DE NOMINAS JAN 22 2016 SECCION DE CORRESPONDENCIA

26. Dirección Postal: 2336 CALLE DANIELA URB SAN ANTONIO PONCE PUERTO RICO 007280000
26. Teléfono: (787)243-1454

27. Observaciones: SRM Y AEELA. SE ACOGE A LOS BENEFICIOS DE LA LEY NUM 160 DEL 24/DIC/2013 P/ GLOBAL VAC. REG 19.4.27 (DESDE 13/ENERO/2016 08:00 AM - HASTA 10/FEBRERO/2016 01:27 PM) Y ENF. 0.4.43 (DESDE 10/FEBRERO/2016 01:28 PM - HASTA 11/FEBRERO/2016 11:10 AM). AÑOS DE SERVICIO

28. Preparado por: EFRAIN CORDERO SALINAS — FECHA: 21 de enero de 2016
29. Verificado por: EFRAIN CORDERO SALINAS — FECHA: 21 de enero de 2016
30. Aprobado por: MAIDALYS IRIZARRY VILLEGAS — FECHA: 21 de enero de 2016
Secretario de Educación o su representante

| SHR_AJU_SRM | | SISTEMA DE RETIRO PARA MAESTROS | 28-06-2018 |
|---|---|---|---|
| | | Sistema de Aportaciones y Beneficios Integrados | 01:41:22 PM |
| | | **PAGO DE PENSION - REAJUSTE DE PENSION** | Página: 1 |

| SEGURO SOCIAL | | NUMERO SOLICITUD | 941099 |
|---|---|---|---|
| NOMBRE | MARY CHAMORRO OSTOLAZA | FECHA RADICACION | 22-01-2016 |
| DIRECCIÓN | URB SAN ANTONIO | REAJUSTE DE PENSION | |
| | 2336 CALLE DANIELA | PLAN DE PENSION | D - PERSONAL DOCENTE |
| | PONCE, PR       00728 | EDAD 59.33 | |

| | | | PAGO GLOBAL | MENSUAL | ANUAL |
|---|---|---|---|---|---|
| INGRESO A NOMINA: | 30-07-2018 | | $759.77 | $1,662.62 | |
| SERVICIOS ACREDITADOS: | 30  0  0  0 Años Meses Sem Días | AUMENTO POR LEY: | | $0.00 | |
| COSTO ANUALIDAD: | $73,188.88 | | | | |
| RETROACTIVO: | 14-06-2018 AL 15-07-2018 | | | | |
| IMPORTE TOTAL (BRUTO) | | | $759.77 | $2,374.91 | $28,498.92 |

| CONCEPTO | CLAVE | DESCUENTO | DESCUENTO |
|---|---|---|---|
| PENSION PAGADA | | $0.00 | $0.00 |
| PRÉSTAMOS: PERSONAL (PP ) | 47-000 | $0.00 | $0.00 |
|            CULTURAL (PC ) | 45-000 | $0.00 | $0.00 |
|            HIPOTECARIO (PH ) | 36-000 | $0.00 | $0.00 |
| FINANZAS | 67-059 | $0.00 | $0.00 |
| INSUFICIENCIA EN APORTACION | | $0.00 | $0.00 |
| APORT. IND. 9%  Cese:_____ | 26-001 | $0.00 | $0.00 |
| OTROS | | $0.00 | $0.00 |
| TOTAL DESCUENTO | | $0.00 | $0.00 |
| NETO | | $759.77 | $2,374.91 |

BONOS  NAVIDAD (BNP):   $0.00   VERANO (PBV):   $0.00   MEDICAMENTO (PBM):   $0.00

| | | FECHA: |
|---|---|---|
| COMPUTADO POR: | _____ | 28/6/2018 |
| INTERVENIDO POR: | | |
| SUPERVISOR (PENSIONES): | _____ | 11-jul-2018 |
| DIRECTOR: | _____ | |
| INGRESADO A NOMINA POR: | _____ | |
| Mes: JUL  ☐ 1ra  ☑ 2da | | |
| PAGO GLOBAL POR: | | |
| Mes: _____ ☐ 1ra  ☐ 2da  ☐ Off Cycle  ☐ Pay Line | | 19/7/2018 |
| VISOR (NOMINA): | | |

AREA DE BENEFICIOS Y SERVICIOS
DOCUMENTO PREINTERVENIDO
JUL 11 2018
Nombre: SANDRA L. LOPEZ COLON
Firma:

DEPARTAMENTO DE EDUCACIÓN
SECRETARIA AUXILIAR DE RECURSOS HUMANOS
DIVISIÓN PERSONAL DOCENTE

REVISION DE SALARIOS

De acuerdo a su petición verificamos su sueldo y el mismo está correctamente asignado. A continuación la relación de los sueldos asignados desde su ingreso al magisterio.

NOMBRE: MARY L. CHAMORRO OSTOLAZA             SEGURO SOCIAL:

FECHA DE INICIO: 21 DE ENERO DE 1983

| Año Esc. | FECHA EFECT. | Aum. Ley | Aum. Exp | Sueldo Antes | Sueldo Después | Otros Prep/ ley 89 | Observaciones |
|---|---|---|---|---|---|---|---|
| 1982-83 | 21 ene 83 | | | 585 | | BA | Nomb. resto año |
| | 1 jun 83 | | | 585 | | | No completó experiencia |
| 1983-84 | 18 ene 84 | | | 585 | | | Nomb. resto año |
| | 2 abril/84 | X | | 585 | 685 | | Aum/Sueldo ley 3 |
| | 1 jun 84 | | | 685 | | | Pago vacaciones |
| 1984-85 | 16 ene 85 | | | 710 | | | Nomb. r/año y a/s exp. (completó con arrastre) |
| | 3 jun 85 | | | 710 | | | No completó experiencia |
| 1987-88 | 19 ene 88 | | | 760 | | | Nomb. resto año |
| | 3 abril/88 | X | | 760 | 860 | | Aum/Sueldo ley 5 |
| | 1 jun 88 | | | 860 | | | Pago vacaciones |
| 1988-89 | 1 ago 88 | | | 885 | | | Nomb. año y a/s exp. (completó con arrastre) |
| | 3 abril/89 | X | | 885 | 1000 | | Aum/Sueldo ley 6 |
| | 3 jul 89 | | X | 1000 | 1025 | | |
| 1989-90 | 7 ago 89 | | | 1025 | | | Nomb. año |
| | 16 ago 89 | | | 1025 | | | C/Status (Perm) cont. r/año en plaza 0577 |
| | 2 jul 90 | | X | 1025 | 1050 | | |
| 1990-91 | 6 ago 90 | | | 1050 | | | Reinstalación plaza |
| | 1 jul 91 | | X | 1050 | 1075 | | |
| 1991-92 | 5 ago 91 | | | 1075 | | | |
| | 1 jul 92 | | X | 1075 | 1100 | | |

DEPARTAMENTO DE EDUCACIÓN
SECRETARIA AUXILIAR DE RECURSOS HUMANOS
DIVISIÓN PERSONAL DOCENTE

REVISION DE SALARIOS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1992-93 | 13 ago 92 | | | 1100 | | | |
| | 5 jul 93 | | X | 1100 | 1125 | | |
| 1993-94 | 1 sept 93 | | | 1125 | | | |
| | 1 oct/93 | X | | 1125 | 1250 | | Aum/Sueldo ley 28 |
| | 4 julio/94 | X | | 1250 | 1375 | | Aum/Sueldo ley 44 |
| | 4 jul 94 | | X | 1375 | 1400 | | |
| 1994-95 | 1 sept 94 | | | 1400 | 1425 | X | A/S ley 89 efec. 16 ago 94 |
| | 3 julio/95 | X | | 1425 | 1550 | | Aum/Sueldo ley 142 |
| | 3 jul 95 | | X | 1550 | 1575 | | |
| 1995-96 | 1 sept 95 | | | 1575 | | | |
| | 17 jun/96 | X | | 1575 | 1700 | | Aum/Sueldo ley 122 |
| | 1 jul 96 | | X | 1700 | 1725 | | |
| 1996-97 | 12 ago 96 | | | 1725 | | | |
| | 30 jun 97 | | X | 1725 | 1750 | | |
| 1997-98 | 1 ago 97 | | | 1750 | | | |
| | 1 jun 98 | | | 1750 | | | **Máxima Escala** |
| 1998-99 | 3 ago 98 | | | 1750 | | | |
| 1999-00 | 2 ago 99 | | | 1750 | | | |
| | 10 ene/00 | X | | 1750 | 1850 | | Aum/Sueldo ley 169 |
| 2000-01 | 1 ago 00 | | | 1850 | 1955 | | A/S carrera magisterial |
| 2001-02 | 1 ago 01 | | | 1955 | | | |
| | 1 julio/02 | X | | 1955 | 2055 | | Aum/Sueldo ley 96 |
| 2002-03 | 1 ago 02 | | | 2055 | | | |
| | 1 julio/03 | | | 2055 | 2205 | | Aum/Sueldo Convenio |
| 2003-04 | 4 ago 03 | | | 2205 | | | |
| | 1 julio/04 | | | 2205 | 2355 | | Aum/Sueldo Convenio |
| 2004-05 | 2 ago 04 | | | 2355 | | | |
| | 1 julio/05 | | | 2355 | 2455 | | Aum/Sueldo Convenio |
| | POSTERIOR | A | ESTA | FECHA | NO | SE | AFECTAN SUELDOS |
| 2007-08 | 1 ago 07 | | | 2455 | | | |
| | 8 ene/08 | X | | 2455 | 2555 | | Aum/Sueldo Orden Ejecutivo |
| | 1 julio/08 | X | | 2555 | 2705 | | Aum/Sueldo ley 109 |
| | POSTERIOR | A | ESTA | FECHA | NO | SE | AFECTAN SUELDOS |
| 2013-14 | 3 sept 13 | | | 2705 | 3300 | | A/S carrera magisterial |

- Posterior a esta fecha no se han otorgado aumentos salariales
- Todo maestro que en virtud de la ley 158 del 18 de julio de 1999 haya ingresado, o sea miembro de la Carrera Magisterial. No aplica a las disposiciones de la ley 34 (aumento de sueldo por experiencia o preparación)

_____    31 de julio de 2015
Preparado: Diana V. Rodríguez Maldonado    _____
Técnico de Recursos Humanos    Fecha