



# PRIORITY MAIL

PRIORITY MAIL
POSTAGE REQUIRED

 DATE OF DELIVERY SPECIFIED*
 USPS TRACKING™ INCLUDED*
 INSURANCE INCLUDED*
 PICKUP AVAILABLE
\* Domestic only

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

RECEIVED & FILED
2020 FEB 18 PM
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P

US POSTAGE
02/12/2020
From 10019
0 lbs 15 ozs
Zone 7
Pitney Bowes  026W0004897366
ComPlsPrice
NO SURCHARGE  2076604879

**PRIORITY MAIL 3-DAY™**

Hein, Peter C.
Wachtell Lipton Rosen & Katz
51 W 52nd St
New York NY 10019-6119

Estimated Delivery Date: 02/15/2020

0004

C018

THE CLERK OF THE UNITED STATES DISTRICT
FOR THE DISTRICT OF PUERTO RICO
FEDERAL BUILDING, STE 150
150 AVE CHARDON
SAN JUAN PR 00918-1706

USPS TRACKING #