UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

RECEIVED & FILED
2020 FEB 18 PM 4:05
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

--------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO,
*et al.*,

        Debtors.

PROMESA
Title III

No. 17 BK 3283-LTS
(Jointly Administered)

--------------------------------------------------------------------x

## FEBRUARY 2020 DECLARATION OF PETER C. HEIN

### to Accompany

### [Response To Docket#10756 and #10808]

## RESPONSE AND OBJECTION OF INDIVIDUAL BONDHOLDER TO (1) AMENDED REPORT AND RECOMMENDATION OF MEDIATION TEAM, AND (2) DEBTORS' PROPOSED SCHEDULE

     Pursuant to 28 USC § 1746, I declare under penalty of perjury that the following statements are true and correct to the best of my knowledge and belief:

     1.    This declaration attaches certain documents and statements referred to in my accompanying "Response and Objection of Individual Bondholder to (1) Amended Report and Recommendation of Mediation Team and (2) Debtors' Proposed Schedule." The factual statements in my Response and Objection are true and correct to the best of my knowledge and belief.

2.      Attached are the following exhibits:

| Exhibit | Description | Sequence Page Nos. |
|---------|-------------|--------------------|
| A | Puerto Rico Bondholders Reach Tentative Deal with Oversight Board, Wall Street Journal, 2/5/2020 (citing "people familiar with the matter"). | 0001 |
| B | Aires of agreement between the Fiscal Board and the bondholders of General Obligations (Endi – El Nuevo Día, 2/5/2020) (citing "sources in this newspaper") | 0003 |
| C | EMMA report of trading in 2012A CUSIP 74514LB89 (through 2/11/2020) | 0004 |
| D | EMMA report of trading in 2014A CUSIP 74514LE86 (through 2/11/2020) | 0007 |
| E | EMMA report of trading in 2012A CUSIP 74514LB89 (8/15/2017 to 1/10/2018) | 0010 |
| F | EMMA report of trading in 2014A CUSIP 74514LE86 (8/3/2017 to 1/17/2018) | 0013 |
| G | H. Report 114-602, accompanying H.R. 5278 (June 3, 2016) (excerpts) (excerpts concerning Section 201 (p. 58) and Section 314 (p. 63)) | 0017 |

Dated:  February 12, 2020

_Peter C. Hein_
_____
Peter C. Hein

# THE WALL STREET JOURNAL.

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.

https://www.wsj.com/articles/puerto-rico-bondholders-reach-tentative-deal-with-oversight-board-11580934722

MARKETS

## Puerto Rico Bondholders Reach Tentative Deal With Oversight Board

Deal raises recovery for newer general obligation bonds, moving the U.S. territory closer to bankruptcy exit



The flags of the U.S. and Puerto Rico fly outside the Capitol building in San Juan. PHOTO: ALVIN BAEZ/REUTERS

*By Matt Wirz and Andrew Scurria*

Updated Feb. 5, 2020 3:52 pm ET

Competing bondholder groups and the oversight board supervising Puerto Rico's debt restructuring have reached a tentative compromise that moves the U.S. territory closer to leaving bankruptcy, people familiar with the matter said.

The deal settles a dispute between holders of Puerto Rico general obligation bonds that were issued before 2012 and owners of general obligation bonds issued more recently. The oversight board has previously contested the validity of the newer debt and proposed owners of those bonds receive lower recoveries.

**Exhibit A**

0001

The agreement, which requires court approval, is expected to be announced next week. The board and the competing factions worked out the rough terms of their bargain during court-mandated mediation in recent months but are still discussing some legal points of disagreement, people familiar with the matter said.



Hedge funds including Monarch Alternative Capital LP, GoldenTree Asset Management LP and Whitebox Advisors LLC were part of a committee advocating for owners of the older—or legacy—bonds while a group including Aurelius Capital Management LP and Autonomy Capital negotiated on behalf of investors in the newer bonds. Together, the older and newer bonds total more than $18 billion in debt.

Spokesmen for the oversight board, and both bondholder groups declined to comment.

An early agreement between the legacy group and the oversight board contemplated paying about 64 cents on the dollar for the older bonds and between 45 and 35 cents on the newer bonds. The new deal involves a higher payment on the more recently issued bonds, the people familiar with the matter said.

The price of the U.S. territory's $3.5 billion bond issued in 2014 has climbed about 11% this year to around 70 cents on the dollar in recent days, its highest valuation since the bankruptcy case began in 2017, according to data from Electronic Municipal Market Access.

Aurelius has waged a legal battle against Puerto Rico and its oversight board that has gone all the way to the U.S. Supreme Court in an effort to increase payouts on their debt.

Write to Matt Wirz at matthieu.wirz@wsj.com and Andrew Scurria at Andrew.Scurria@wsj.com

Copyright © 2020 Dow Jones & Company, Inc. All Rights Reserved

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.

**Exhibit A**                                                                      0002



# Alleged agreement between the JSF and the bondholders of General Obligations

The mediation process would have served so that the JSF and certain constitutional bondholders have reached an understanding



The Board of Fiscal Oversight (JSF) and certain bondholders of General Obligations (GOs), including certain investment funds that are disgusted with the tax agency, would have **reached a preliminary agreement that could put an end to litigation around the debt of the island** and would allow to continue with the process of analysis and confirmation of a plan of adjustment of the central government, the New Day knew .

According to sources in this newspaper, the parties would have reached an initial understanding under the mediation process ordered by Judge Laura Taylor Swain , who presides over the cases of Title III of Puerto Rico.



To questions from El Nuevo Día, the JSF spokesman, Edward Zayas, indicated that the tax agency would not comment.

The information obtained by El Nuevo Día coincides with information recently published by the specialized newspaper The Wall Street Journal regarding a "tentative" agreement between the parties.

Just before Christmas, Judge Barbara Houser , who chairs the Mediation Team created by Swain, requested additional time to present a report on the ongoing negotiations. In that motion, Houser explained that the team of judges that he leads and the parties that interest in the bankruptcy process of Puerto Rico, were at a "critical juncture."

Then, Houser indicated that there was a possibility that the JSF and the holders of GOs could reach an understanding that would allow the tax agency to present a new adjustment plan. If the parties did indeed find common ground, Judge Houser explained, it would be necessary to include other parties that are not participating in the process to date.

By provision of Houser and Swain's warning, the parties involved in the mediation process of Title III cases are prohibited from talking about the processes that take place.

During the January general hearing, Judge Houser indicated by telephone in open court that she would meet the deadline generated by the court to file an amended mediation report. This should be presented around February 10.



In the first mediation report filed by Houser last November, the judge suggested that her counterpart give way to litigation to challenge the constitutional debt and to deal separately with questions regarding the debt payable with special income such as the Authority's bonds of Roads and Transportation and other entities. This, given that the parties refused to give in their respective arguments.

According to The Wall Street Journal, the "tentative" agreement would have been reached with the funds that make up the Legitimate Debt Coalition (CDL), the organized group that has constitutional bonds issued by Puerto Rico before 2012, but also with bondholders GOs issued after that year and that the JSF seeks to repudiate in court.

In dollars and cents, the JSF seeks to repudiate about $ 6,000 million in GOs bonds and about $ 4,000 million in bonds of the Public Buildings Authority (AEP).

The specialized newspaper ensures that the tentative agreement includes Autonomy Capital and Aurelius Capital Management , the latter, one of the funds that took the JSF to the United States Supreme Court, questioning its legitimacy.

The possible agreement between certain bondholders of GOs and the JSF arises at the time that the Unsecured Creditors Committee (UCC) has filed an objection in court asking that the constitutional bondholders requesting that all claims of GOs bondholders be fictiously as general unsecured claims, since from their perspective, such claims do not have priority over other general claims held by the government with contractors and individuals.



Likewise, the JSF would have reached an agreement while Governor Wanda Vázquez Garced informed this newspaper that she will ask the tax agency to review the terms of the debt restructuring agreement of the Electric Power Authority (PREPA).

More in news

1,334 cases of influenza are recorded in just one week

Raúl Delgree denounces that Trump and construction damages Apache tombs in Arizona

Alleged author of attack on Republican polling station in Florida arrested

American right conspiracy money supports Trump

Former Miami mayor calls Trump "hypocritical" with Cubans and Venezuelans

This is the luxurious $ 645 million yacht that Bill Gates bought

The Treasury will limit its sources for 15 days for work on its information systems

Parents demand transparency from the Department of Education about the reopening of schools

What is a suspect in New Hampshire who closes in Iowa?

Elton create a talent other than the Statue of Liberty

Featured

The Treasury will limit its sources for 15 days for work on its information systems

Parents demand transparency from the Department of Education about the reopening of schools

Puerto Rico qualifies for first Olympic Games in women's basketball

Jirō Jarm faces celebrates the Olympic pass in its thermal Women's Basketball Team

Austria's track red Poll was in Tokyo 2023



Browse Issuers | Tools and Resources | Market Activity | MyEMMA® | EMMA Dataport | A- 100% A+

Home > Issuers By State > Puerto Rico > Issuer Homepage > Issue Details > Security Details

## Security Details



**CUSIP: 74514LB89***

COMMONWEALTH OF PUERTO RICO PUBLIC IMPROVEMENT REFUNDING BONDS, SERIES 2012 A (GENERAL OBLIGATION BONDS) (PR)
PUERTO RICO COMWLTH PUB IMPT REF BDS 2012A (PR)*

| | |
|---|---|
| Coupon: | 5 % |
| Maturity Date: | 07/01/2041 |
| Dated Date: | 04/03/2012 |
| Initial Offering Price/Yield: | 95.272% |
| Principal Amount at Issuance: | $632,975,000 |
| Closing Date: | 04/03/2012 |



Trade Activity | Ratings | Disclosure Documents | Final Scale | Compare

View real-time price and yield information for trades in this security.

≡ Trade Summary | ≡ Trade Details | 🔍 Search Trades

Display 100 ▼ results   Search within list: [          ]   First Previous 1 2 3 4 5 … 20 Next Last

| | Trade Date | High/Low Price (%) | High/Low Yield (%) | Trade Count | Total Trade Amount ($) |
|---|---|---|---|---|---|
| ⊕ | 02/11/2020 | 77 / 72.345 | - | 65 | 18,340,000 + |
| ⊕ | 02/10/2020 | 78.25 / 74 | - | 39 | 61,695,000 + |
| ⊕ | 02/07/2020 | 75.375 / 72.137 | - | 22 | 1,990,000 |
| ⊕ | 02/06/2020 | 76.64 / 73.688 | - | 27 | 11,235,000 |
| ⊕ | 02/05/2020 | 77 / 72.75 | - | 60 | 6,130,000 |
| ⊕ | 02/04/2020 | 75 / 72.7 | - | 43 | 3,990,000 |
| ⊕ | 02/03/2020 | 75.125 / 71.75 | - | 40 | 4,125,000 |
| ⊕ | 01/31/2020 | 72.876 / 71.626 | - | 7 | 305,000 |
| ⊕ | 01/30/2020 | 72.75 / 71.08 | - | 25 | 2,105,000 |
| ⊕ | 01/29/2020 | 72.875 / 70.462 | - | 59 | 5,720,000 |
| ⊕ | 01/28/2020 | 72.68 / 70 | - | 71 | 8,345,000 |
| ⊕ | 01/27/2020 | 71.875 / 68.588 | - | 58 | 6,770,000 |
| ⊕ | 01/24/2020 | 70.625 / 68.835 | - | 33 | 890,000 |
| ⊕ | 01/23/2020 | 70.625 / 68.377 | - | 35 | 1,835,000 |
| ⊕ | 01/22/2020 | 70.625 / 68.785 | - | 28 | 2,230,000 |
| ⊕ | 01/21/2020 | 70.75 / 66.553 | - | 32 | 3,171,000 |
| ⊕ | 01/17/2020 | 70.5 / 67.3 | - | 37 | 3,685,000 |
| ⊕ | 01/16/2020 | 70.25 / 67 | - | 24 | 24,875,000 |
| ⊕ | 01/15/2020 | 68.5 / 66.3 | - | 27 | 565,000 |
| ⊕ | 01/14/2020 | 68.55 / 66.65 | - | 10 | 725,000 |
| ⊕ | 01/13/2020 | 68.212 / 66.974 | - | 6 | 105,000 |

Exhibit C   0004

| | Trade Date | High/Low Price (%) | | | |
|---|---|---|---|---|---|
| + | 01/10/2020 | 80.972 / 66.487 | - | 8 | 475,000 |
| + | 01/09/2020 | 68.375 / 66.63 | - | 20 | 1,170,000 |
| + | 01/08/2020 | 68.25 / 66.585 | - | 14 | 715,000 |
| + | 01/07/2020 | 67 / 66.252 | - | 2 | 110,000 |
| + | 01/03/2020 | 68 / 66.5 | - | 5 | 715,000 |
| + | 01/02/2020 | 66.875 / 66 | - | 3 | 135,000 |
| + | 12/31/2019 | 66 / 65.75 | - | 5 | 340,000 |
| + | 12/30/2019 | 65.69 / 65 | - | 7 | 245,000 |
| + | 12/27/2019 | 65.16 / 63.917 | - | 5 | 55,000 |
| + | 12/26/2019 | 66 / 63.82 | - | 14 | 810,000 |
| + | 12/24/2019 | 66.5 / 66.5 | - | 2 | 50,000 |
| + | 12/23/2019 | 66.5 / 64.35 | - | 37 | 2,140,000 |
| + | 12/20/2019 | 66.15 / 64.65 | - | 12 | 285,000 |
| + | 12/19/2019 | 66.5 / 64.522 | - | 27 | 1,545,000 |
| + | 12/18/2019 | 66.9 / 65.55 | - | 19 | 860,000 |
| + | 12/17/2019 | 67.5 / 65.559 | - | 11 | 150,000 |
| + | 12/16/2019 | 68 / 64.789 | - | 17 | 1,510,000 |
| + | 12/13/2019 | 68.5 / 65.75 | - | 27 | 1,335,000 |
| + | 12/12/2019 | 67.25 / 64.65 | - | 12 | 17,755,000 |
| + | 12/11/2019 | 66.25 / 62.15 | - | 25 | 5,950,000 |
| + | 12/10/2019 | 63.625 / 62.3 | - | 8 | 685,000 |
| + | 12/09/2019 | 63.75 / 61.277 | - | 31 | 11,635,000 |
| + | 12/06/2019 | 62.5 / 59 | - | 15 | 565,000 |
| + | 12/05/2019 | 63.25 / 60.994 | - | 15 | 11,645,000 |
| + | 12/04/2019 | 62.811 / 61.578 | - | 11 | 450,000 |
| + | 12/03/2019 | 63 / 61.5 | - | 11 | 795,000 |
| + | 12/02/2019 | 63.125 / 61.8 | - | 7 | 550,000 |
| + | 11/27/2019 | 63.125 / 61.4 | - | 8 | 440,000 |
| + | 11/26/2019 | 63.5 / 62.2 | - | 17 | 795,000 |
| + | 11/25/2019 | 63.4 / 61.081 | - | 6 | 105,000 |
| + | 11/22/2019 | 63.333 / 62.23 | - | 16 | 165,000 |
| + | 11/21/2019 | 63.75 / 62.667 | - | 9 | 200,000 |
| + | 11/20/2019 | 64.063 / 61.856 | - | 14 | 1,915,000 |
| + | 11/19/2019 | 62.625 / 62.024 | - | 12 | 695,000 |
| + | 11/18/2019 | 62.75 / 61.5 | - | 9 | 610,000 |
| + | 11/15/2019 | 62.38 / 61.061 | - | 10 | 500,000 |
| + | 11/14/2019 | 62.75 / 61 | - | 20 | 1,205,000 |
| + | 11/13/2019 | 62.9 / 61 | - | 11 | 1,055,000 |
| + | 11/12/2019 | 62.875 / 61.34 | - | 24 | 1,680,000 |
| + | 11/08/2019 | 63.3 / 60.3 | - | 24 | 2,320,000 |
| + | 11/07/2019 | 63.5 / 60.75 | - | 19 | 1,400,000 |
| + | 11/06/2019 | 63 / 60.07 | - | 16 | 315,000 |
| + | 11/05/2019 | 63 / 61.856 | - | 3 | 60,000 |
| + | 11/04/2019 | 62.656 / 61.38 | - | 5 | 45,000 |
| + | 11/01/2019 | 63.875 / 61.5 | - | 7 | 5,205,000 |
| + | 10/31/2019 | 63.276 / 61.817 | - | 13 | 1,860,000 |

Exhibit C   0005                    2/3

| | Trade Date | High/Low Price (%) | | | |
|---|---|---|---|---|---|
| + | 10/30/2019 | 63.5 / 62 | - | 7 | 415,000 |
| + | 10/29/2019 | 63.375 / 62.023 | - | 9 | 145,000 |
| + | 10/28/2019 | 62.799 / 62.599 | - | 4 | 80,000 |
| + | 10/25/2019 | 63.75 / 60.707 | - | 17 | 16,953,000 |
| + | 10/24/2019 | 62.5 / 60.093 | - | 15 | 21,240,000 |
| + | 10/23/2019 | 62 / 59.711 | - | 18 | 19,415,000 |
| + | 10/22/2019 | 61.3 / 59.058 | - | 21 | 7,855,000 |
| + | 10/21/2019 | 61.81 / 60.125 | - | 5 | 2,765,000 |
| + | 10/18/2019 | 62.5 / 59.796 | - | 26 | 54,553,000 |
| + | 10/17/2019 | 60.68 / 59.53 | - | 21 | 440,000 |
| + | 10/16/2019 | 62 / 59.45 | - | 11 | 2,295,000 |
| + | 10/15/2019 | 61 / 59.003 | - | 17 | 895,000 |
| + | 10/10/2019 | 60.599 / 58.54 | - | 25 | 680,000 |
| + | 10/09/2019 | 62.125 / 59.815 | - | 6 | 4,905,000 |
| + | 10/08/2019 | 59.125 / 58.2 | - | 9 | 1,465,000 |
| + | 10/07/2019 | 59 / 56.849 | - | 17 | 365,000 |
| + | 10/04/2019 | 59 / 57.005 | - | 21 | 425,000 |
| + | 10/03/2019 | 59 / 57 | - | 14 | 390,000 |
| + | 10/02/2019 | 59.75 / 58.261 | - | 22 | 1,265,000 |
| + | 10/01/2019 | 59.5 / 57.572 | - | 38 | 1,265,000 |
| + | 09/27/2019 | 64.055 / 61 | - | 5 | 200,000 |
| + | 09/26/2019 | 64.125 / 64 | - | 2 | 50,000 |
| + | 09/25/2019 | 64.33 / 62.849 | - | 6 | 75,000 |
| + | 09/24/2019 | 64.818 / 63.872 | - | 7 | 670,000 |
| + | 09/23/2019 | 65.5 / 64.75 | - | 9 | 1,320,000 |
| + | 09/20/2019 | 65.25 / 63 | - | 18 | 2,290,000 |
| + | 09/19/2019 | 67 / 65.125 | - | 4 | 540,000 |
| + | 09/18/2019 | 65 / 62.5 | - | 14 | 3,195,000 |
| + | 09/17/2019 | 64.311 / 61.95 | - | 12 | 5,785,000 |
| + | 09/16/2019 | 63.75 / 61.884 | - | 23 | 1,015,000 |
| + | 09/13/2019 | 63.21 / 61.9 | - | 16 | 905,000 |
| + | 09/12/2019 | 62.5 / 62.4 | - | 4 | 70,000 |
| + | 09/11/2019 | 63.3 / 60.489 | - | 19 | 745,000 |

Displaying 1 to 100 of 1,957 results          First  Previous  1  2  3  4  5  ...  20  Next  Last

**NOTICE:** * CUSIP numbers and certain related descriptive information are copyrighted by the American Bankers Association (ABA) and are used with permission from CUSIP Global Services managed on behalf of the ABA by Standard & Poor's. © 2020 ABA See EMMA's Terms and Conditions of Use for a description of proprietary rights in and restrictions on use of such data. "CUSIP" is a registered trademark of ABA.



About EMMA | Sitemap | Privacy Policy | Terms of Use | MSRB.org | MSRB Systems Status

© 2020 Municipal Securities Rulemaking Board (MSRB)

EMMA is a service of the Municipal Securities Rulemaking Board, which protects investors, state and local governments, and the public interest. Portions of EMMA data provided by Standard & Poor's Securities Evaluations, Inc., CUSIP Global Services & American Bankers Association.

Ratings data are provided by the following and are reprinted with permission, and copyright notices for the respective owners are as follows: Copyright © 2020, Fitch, Inc. All rights reserved. Copyright © 2020, Kroll Bond Rating Agency, Inc., and/or its licensors and affiliates (together, "KBRA"). All rights reserved. Copyright © 2020, Moody's Corporation, Moody's Investors Service, Inc., Moody's Analytics, Inc. and/or their licensors and affiliates (collectively, "MOODY'S"). All rights reserved. Copyright © 2020, Standard and Poor's Financial Services LLC. All rights reserved.

1.0.8617-243-5

Exhibit C   0006          I/3



| Browse Issuers | Tools and Resources | Market Activity | MyEMMA® | EMMA Dataport | A- 100% A+ |

Home > Issuers By State > Puerto Rico > Issuer Homepage > Issue Details > Security Details

## Security Details



**CUSIP: 74514LE86\***
COMMONWEALTH OF PUERTO RICO GENERAL OBLIGATION BONDS OF 2014, SERIES A (PR)
PUERTO RICO COMWLTH GO BDS 2014A (PR)*

| | |
|---|---|
| Coupon: | 8 % |
| Maturity Date: | 07/01/2035 |
| Dated Date: | 03/17/2014 |
| Initial Offering Price/Yield: | 93% / 8.727% |
| Principal Amount at Issuance: | $3,500,000,000 |
| Time of Formal Award: | 03/11/2014 01:00 PM |
| Time of First Execution: | 03/11/2014 03:30 PM |
| Closing Date: | 03/17/2014 |



| Trade Activity | Ratings | Disclosure Documents | Final Scale | Compare |

View real-time price and yield information for trades in this security.

🛒 Trade Summary    ☰ **Trade Details**    🔍 **Search Trades**

Display 100 ▼ results    Search within list: [        ]    First Previous 1 2 3 4 5 … 14 Next Last

| | Trade Date | High/Low Price (%) | High/Low Yield (%) | Trade Count | Total Trade Amount ($) |
|---|---|---|---|---|---|
| ⊕ | 02/11/2020 | 74.875 / 73.75 | - | 45 | 104,600,000 + |
| ⊕ | 02/10/2020 | 75.25 / 72.225 | - | 91 | 256,465,000 + |
| ⊕ | 02/07/2020 | 74 / 74 | - | 1 | 2,000,000 |
| ⊕ | 02/06/2020 | 72.63 / 71.271 | - | 8 | 14,655,000 |
| ⊕ | 02/05/2020 | 71.5 / 71.25 | - | 2 | 8,340,000 + |
| ⊕ | 02/04/2020 | 70.15 / 67.6 | - | 14 | 2,750,000 |
| ⊕ | 02/03/2020 | 70.25 / 69.5 | - | 6 | 1,900,000 |
| ⊕ | 01/31/2020 | 70 / 69.75 | - | 2 | 2,000,000 |
| ⊕ | 01/29/2020 | 69.05 / 68.083 | - | 3 | 2,340,000 |
| ⊕ | 01/28/2020 | 69 / 69 | - | 1 | 4,450,000 |
| ⊕ | 01/27/2020 | 68.75 / 67.011 | - | 7 | 11,700,000 |
| ⊕ | 01/22/2020 | 67.875 / 67.875 | - | 1 | 5,250,000 |
| ⊕ | 01/21/2020 | 67.625 / 67.625 | - | 1 | 5,000,000 |
| ⊕ | 01/17/2020 | 67.25 / 66.25 | - | 4 | 7,300,000 |
| ⊕ | 01/16/2020 | 66.75 / 66.5 | - | 2 | 1,800,000 |
| ⊕ | 01/15/2020 | 66.25 / 65.076 | - | 7 | 4,600,000 |
| ⊕ | 01/14/2020 | 66.25 / 65.188 | - | 4 | 3,300,000 |
| ⊕ | 01/13/2020 | 65.75 / 63.822 | - | 4 | 3,300,000 |
| ⊕ | 01/10/2020 | 65.75 / 65.5 | - | 8 | 4,250,000 |
| ⊕ | 01/09/2020 | 66.105 / 66.1 | - | 2 | 800,000 |
| ⊕ | 01/08/2020 | 65.3 / 65 | - | 3 | 1,200,000 |

| | Trade Date | High/Low Price (%) | | | |
|---|---|---|---|---|---|
| + | 01/07/2020 | 65.5 / 65.5 | - | 1 | 4,650,000 |
| + | 01/03/2020 | 63.625 / 63.083 | - | 3 | 450,000 |
| + | 01/02/2020 | 63.75 / 63.5 | - | 2 | 5,090,000 |
| + | 12/30/2019 | 63.2 / 62.575 | - | 5 | 4,400,000 |
| + | 12/26/2019 | 63.125 / 62.5 | - | 3 | 300,000 |
| + | 12/23/2019 | 63.125 / 62.775 | - | 3 | 600,000 |
| + | 12/20/2019 | 63.625 / 63.5 | - | 2 | 9,300,000 |
| + | 12/19/2019 | 65.25 / 61.1 | - | 6 | 1,500,000 |
| + | 12/18/2019 | 64.5 / 63.251 | - | 7 | 16,500,000 |
| + | 12/17/2019 | 65 / 64.24 | - | 4 | 6,995,000 |
| + | 12/16/2019 | 65.5 / 64.2 | - | 7 | 6,225,000 |
| + | 12/13/2019 | 65.5 / 64.3 | - | 5 | 14,040,000 |
| + | 12/12/2019 | 64.75 / 63 | - | 11 | 54,300,000 |
| + | 12/11/2019 | 62.875 / 61.48 | - | 6 | 7,225,000 |
| + | 12/10/2019 | 61.26 / 61 | - | 3 | 600,000 |
| + | 12/09/2019 | 61.56 / 60.75 | - | 11 | 24,545,000 |
| + | 12/05/2019 | 62.025 / 61.19 | - | 6 | 7,200,000 |
| + | 12/04/2019 | 61.25 / 61.19 | - | 2 | 1,150,000 |
| + | 12/03/2019 | 61.75 / 59.26 | - | 7 | 7,100,000 |
| + | 12/02/2019 | 61.75 / 61.625 | - | 2 | 14,580,000 |
| + | 11/29/2019 | 64.212 / 61.625 | - | 5 | 16,000,000 |
| + | 11/26/2019 | 62.125 / 61.38 | - | 10 | 1,000,000 |
| + | 11/25/2019 | 61.875 / 60.675 | - | 4 | 4,000,000 |
| + | 11/21/2019 | 61.875 / 61.4 | - | 5 | 1,100,000 |
| + | 11/20/2019 | 61.875 / 59.84 | - | 11 | 10,070,000 |
| + | 11/19/2019 | 61.625 / 61.276 | - | 11 | 5,205,000 |
| + | 11/18/2019 | 61.776 / 61.05 | - | 5 | 1,700,000 |
| + | 11/15/2019 | 61.875 / 61.5 | - | 3 | 4,800,000 |
| + | 11/12/2019 | 62.5 / 60.5 | - | 9 | 3,900,000 |
| + | 11/08/2019 | 61.58 / 60.98 | - | 6 | 2,550,000 |
| + | 11/07/2019 | 62 / 61.2 | - | 7 | 33,920,000 |
| + | 11/06/2019 | 62.85 / 61.625 | - | 5 | 8,330,000 |
| + | 11/05/2019 | 61 / 60.875 | - | 4 | 4,500,000 |
| + | 11/04/2019 | 61.25 / 60 | - | 11 | 8,800,000 |
| + | 11/01/2019 | 61.375 / 60.25 | - | 8 | 8,705,000 |
| + | 10/31/2019 | 60.5 / 60.125 | - | 2 | 3,000,000 |
| + | 10/29/2019 | 60.25 / 59 | - | 6 | 34,700,000 |
| + | 10/28/2019 | 60.25 / 60 | - | 6 | 67,050,000 |
| + | 10/25/2019 | 59.5 / 59.25 | - | 5 | 27,000,000 |
| + | 10/24/2019 | 59.125 / 58.75 | - | 6 | 41,850,000 |
| + | 10/23/2019 | 59 / 58.594 | - | 7 | 13,800,000 |
| + | 10/22/2019 | 58.875 / 58.2 | - | 6 | 13,710,000 |
| + | 10/18/2019 | 58.875 / 57.875 | - | 12 | 29,055,000 |
| + | 10/17/2019 | 57.1 / 57 | - | 2 | 200,000 |
| + | 10/15/2019 | 58.625 / 55.84 | - | 9 | 7,400,000 |
| + | 10/11/2019 | 58.5 / 57.322 | - | 7 | 17,300,000 |

| | Trade Date | High/Low Price (%) | | | |
|---|---|---|---|---|---|
| + | 10/09/2019 | 58.25 / 58.19 | - | 2 | 400,000 |
| + | 10/07/2019 | 57.399 / 57.299 | - | 2 | 200,000 |
| + | 10/04/2019 | 58.25 / 58.25 | - | 1 | 1,055,000 |
| + | 10/02/2019 | 59.125 / 57.375 | - | 7 | 7,200,000 |
| + | 10/01/2019 | 59.75 / 58.75 | - | 2 | 11,000,000 |
| + | 09/30/2019 | 60.375 / 58.44 | - | 15 | 18,595,000 |
| + | 09/27/2019 | 61 / 60.375 | - | 20 | 15,560,000 |
| + | 09/26/2019 | 61.75 / 60.594 | - | 15 | 5,600,000 |
| + | 09/25/2019 | 63.5 / 60.851 | - | 17 | 4,125,000 |
| + | 09/24/2019 | 63.5 / 61.25 | - | 5 | 3,825,000 |
| + | 09/23/2019 | 61.375 / 60.85 | - | 14 | 16,600,000 |
| + | 09/20/2019 | 62.375 / 60.2 | - | 9 | 7,050,000 |
| + | 09/19/2019 | 60.75 / 58.983 | - | 15 | 21,900,000 |
| + | 09/17/2019 | 58.5 / 57.4 | - | 9 | 16,720,000 |
| + | 09/16/2019 | 57.841 / 56.395 | - | 17 | 49,870,000 |
| + | 09/13/2019 | 56.06 / 55.983 | - | 6 | 600,000 |
| + | 09/12/2019 | 57.2 / 55.87 | - | 7 | 1,500,000 |
| + | 09/11/2019 | 56.5 / 56.5 | - | 1 | 5,000,000 |
| + | 09/10/2019 | 56.375 / 56.25 | - | 3 | 14,331,000 |
| + | 09/09/2019 | 57.28 / 55.75 | - | 7 | 39,340,000 |
| + | 09/06/2019 | 57 / 55.75 | - | 2 | 600,000 |
| + | 09/05/2019 | 56.25 / 55.375 | - | 4 | 7,500,000 |
| + | 09/04/2019 | 56 / 55.34 | - | 8 | 39,720,000 |
| + | 09/03/2019 | 55.75 / 54 | - | 26 | 14,482,000 |
| + | 08/30/2019 | 55.375 / 55.375 | - | 1 | 1,530,000 |
| + | 08/29/2019 | 57.225 / 54.983 | - | 12 | 23,985,000 |
| + | 08/27/2019 | 56.875 / 56.875 | - | 1 | 870,000 |
| + | 08/26/2019 | 55.375 / 55.315 | - | 2 | 1,740,000 |
| + | 08/23/2019 | 55.16 / 50.983 | - | 17 | 3,605,000 |
| + | 08/22/2019 | 55.5 / 55.048 | - | 4 | 4,435,000 |
| + | 08/21/2019 | 55.3 / 54.923 | - | 5 | 4,300,000 |
| + | 08/20/2019 | 55 / 54.375 | - | 3 | 1,000,000 |
| + | 08/16/2019 | 54.75 / 54.75 | - | 1 | 200,000 |

Displaying 1 to 100 of 1,333 results

First  Previous  1  2  3  4  5  ...  14  Next  Last

**NOTICE:** * CUSIP numbers and certain related descriptive information are copyrighted by the American Bankers Association (ABA) and are used with permission from CUSIP Global Services managed on behalf of the ABA by Standard & Poor's. © 2020 ABA See EMMA's Terms and Conditions of Use for a description of proprietary rights in and restrictions on use of such data. "CUSIP" is a registered trademark of ABA.

About EMMA | Sitemap | Privacy Policy | Terms of Use | MSRB.org | MSRB Systems Status

© 2020 Municipal Securities Rulemaking Board (MSRB)

EMMA is a service of the Municipal Securities Rulemaking Board, which protects investors, state and local governments, and the public interest. Portions of EMMA data provided by Standard & Poor's Securities Evaluations, Inc., CUSIP Global Services & American Bankers Association.

Ratings data are provided by the following and are reprinted with permission, and copyright notices for the respective owners are as follows: Copyright © 2020, Fitch, Inc. All rights reserved. Copyright © 2020, Kroll Bond Rating Agency, Inc., and/or its licensors and affiliates (together, "KBRA"). All rights reserved. Copyright © 2020, Moody's Corporation, Moody's Investors Service, Inc., Moody's Analytics, Inc. and/or their licensors and affiliates (collectively, "MOODY'S"). All rights reserved. Copyright © 2020, Standard and Poor's Financial Services LLC. All rights reserved.

1.0.8617-241-S

MSRB

Exhibit D   0009   1/3



EMMA
Electronic Municipal Market Access
A service of the MSRB

| Browse Issuers | Tools and Resources | Market Activity | MyEMMA® | EMMA Dataport | A- 100% A+ |
|---|---|---|---|---|---|

Home > Issuers By State > Puerto Rico > Issuer Homepage > Issue Details > Security Details

## Security Details



**CUSIP: 74514LB89\***

COMMONWEALTH OF PUERTO RICO PUBLIC IMPROVEMENT REFUNDING BONDS, SERIES 2012 A (GENERAL OBLIGATION BONDS) (PR)
PUERTO RICO COMWLTH PUB IMPT REF BDS 2012A (PB)\*

| | |
|---|---|
| Coupon: | 5 % |
| Maturity Date: | 07/01/2041 |
| Dated Date: | 04/03/2012 |
| Initial Offering Price/Yield: | 95.272% |
| Principal Amount at Issuance: | $632,975,000 |
| Closing Date: | 04/03/2012 |



Trade Activity    Ratings    Disclosure Documents    Final Scale    Compare

View real-time price and yield information for trades in this security.

≂ Trade Summary        ≔ Trade Details        🔍 Search Trades

Display 100 ▾ results    Search within list: [            ]    First  Previous  1  ...  5  6  7  ...  20  Next  Last

| | Trade Date | High/Low Price (%) | High/Low Yield (%) | Trade Count | Total Trade Amount ($) |
|---|---|---|---|---|---|
| ⊕ | 01/10/2018 | 24.125 / 22.681 | - | 5 | 3,005,000 |
| ⊕ | 01/09/2018 | 23.155 / 22.599 | - | 10 | 415,000 |
| ⊕ | 01/08/2018 | 22.69 / 22.577 | - | 2 | 200,000 |
| ⊕ | 01/05/2018 | 22.35 / 21.75 | - | 5 | 25,000 |
| ⊕ | 01/04/2018 | 23 / 21.549 | - | 6 | 1,390,000 |
| ⊕ | 01/03/2018 | 21.732 / 20.357 | - | 9 | 90,000 |
| ⊕ | 01/02/2018 | 20.599 / 20.1 | - | 7 | 395,000 |
| ⊕ | 12/29/2017 | 20.45 / 17.644 | - | 21 | 1,100,000 |
| ⊕ | 12/28/2017 | 20.45 / 18.349 | - | 39 | 1,080,000 |
| ⊕ | 12/27/2017 | 22 / 18.6 | - | 45 | 2,005,000 |
| ⊕ | 12/26/2017 | 20.521 / 18 | - | 41 | 910,000 |
| ⊕ | 12/22/2017 | 22.25 / 19 | - | 20 | 2,170,000 |
| ⊕ | 12/21/2017 | 22.25 / 16.691 | - | 48 | 2,515,000 |
| ⊕ | 12/20/2017 | 20.4 / 18.599 | - | 43 | 3,005,000 |
| ⊕ | 12/19/2017 | 22.25 / 17.716 | - | 41 | 10,385,000 |
| ⊕ | 12/18/2017 | 20.375 / 15.71 | - | 27 | 3,550,000 |
| ⊕ | 12/15/2017 | 21 / 18.75 | - | 35 | 20,305,000 |
| ⊕ | 12/14/2017 | 20.5 / 17.5 | - | 23 | 965,000 |
| ⊕ | 12/13/2017 | 20.5 / 18.462 | - | 19 | 900,000 |
| ⊕ | 12/12/2017 | 20.5 / 15.05 | - | 66 | 4,925,000 |
| ⊕ | 12/11/2017 | 20.6 / 17.644 | - | 43 | 4,465,000 |

| Trade Date | High/Low Price (%) | | Number of Trades | Volume ($) |
|---|---|---|---|---|
| 12/08/2017 | 20.5 / 18.4 | - | 18 | 720,000 |
| 12/07/2017 | 20.25 / 18.298 | - | 14 | 1,655,000 |
| 12/06/2017 | 21.75 / 17.678 | - | 21 | 7,288,000 |
| 12/05/2017 | 20.75 / 16.677 | - | 55 | 11,603,000 |
| 12/04/2017 | 21.75 / 18.205 | - | 24 | 19,040,000 |
| 12/01/2017 | 23 / 18.909 | - | 6 | 7,720,000 |
| 11/30/2017 | 20.25 / 17.65 | - | 22 | 1,185,000 |
| 11/29/2017 | 22.25 / 17.767 | - | 30 | 8,215,000 |
| 11/28/2017 | 19.5 / 17.767 | - | 21 | 955,000 |
| 11/27/2017 | 19.277 / 16.633 | - | 16 | 265,000 |
| 11/22/2017 | 19 / 18.864 | - | 2 | 40,000 |
| 11/21/2017 | 19 / 18.5 | - | 2 | 10,000 |
| 11/20/2017 | 21 / 19.32 | - | 8 | 1,000,000 |
| 11/17/2017 | 20.9 / 18 | - | 28 | 1,185,000 |
| 11/16/2017 | 21.444 / 20.611 | - | 9 | 160,000 |
| 11/15/2017 | 23.75 / 21.5 | - | 20 | 2,135,000 |
| 11/14/2017 | 23.303 / 22.296 | - | 11 | 470,000 |
| 11/13/2017 | 24.5 / 22.691 | - | 33 | 1,610,000 |
| 11/10/2017 | 24.461 / 23.375 | - | 13 | 1,055,000 |
| 11/09/2017 | 24.3 / 23.641 | - | 14 | 555,000 |
| 11/08/2017 | 25.545 / 24.52 | - | 16 | 1,565,000 |
| 11/07/2017 | 25.875 / 23.9 | - | 26 | 2,690,000 |
| 11/06/2017 | 27 / 25.2 | - | 12 | 5,490,000 |
| 11/03/2017 | 27.5 / 25.5 | - | 12 | 3,215,000 |
| 11/02/2017 | 26.75 / 23.935 | - | 20 | 430,000 |
| 11/01/2017 | 27.5 / 26.15 | - | 10 | 570,000 |
| 10/31/2017 | 26.875 / 23.5 | - | 21 | 1,000,000 |
| 10/30/2017 | 26.75 / 22.05 | - | 11 | 3,240,000 |
| 10/27/2017 | 23 / 21.05 | - | 14 | 735,000 |
| 10/26/2017 | 23.5 / 19.652 | - | 30 | 1,990,000 |
| 10/25/2017 | 24.72 / 19.85 | - | 15 | 675,000 |
| 10/24/2017 | 27 / 22.9 | - | 16 | 54,470,000 |
| 10/23/2017 | 26.5 / 23.927 | - | 14 | 455,000 |
| 10/20/2017 | 27.5 / 23.61 | - | 15 | 735,000 |
| 10/19/2017 | 29 / 24.75 | - | 21 | 2,545,000 |
| 10/18/2017 | 29 / 22.308 | - | 14 | 1,200,000 |
| 10/17/2017 | 29.25 / 26.25 | - | 14 | 325,000 |
| 10/16/2017 | 28.25 / 23.767 | - | 14 | 1,410,000 |
| 10/13/2017 | 30 / 26.031 | - | 12 | 2,750,000 |
| 10/12/2017 | 31 / 26.25 | - | 22 | 2,035,000 |
| 10/11/2017 | 34.75 / 30.974 | - | 23 | 2,876,000 |
| 10/10/2017 | 34 / 30.8 | - | 51 | 4,250,000 |
| 10/06/2017 | 36 / 30 | - | 25 | 24,094,000 |
| 10/05/2017 | 35.25 / 30.99 | - | 25 | 146,630,000 |
| 10/04/2017 | 36 / 27.88 | - | 24 | 11,470,000 |
| 10/03/2017 | 41 / 35.21 | - | 27 | 2,400,000 |

| | Trade Date | High/Low Price (%) | | | |
|---|---|---|---|---|---|
| + | 10/02/2017 | 40.02 / 36.3 | - | 21 | 670,000 |
| + | 09/29/2017 | 40.625 / 37.779 | - | 28 | 1,520,000 |
| + | 09/28/2017 | 44.375 / 36.2 | - | 48 | 7,040,000 |
| + | 09/27/2017 | 44.78 / 40.625 | - | 50 | 5,885,000 |
| + | 09/26/2017 | 45.64 / 34.7 | - | 50 | 5,780,000 |
| + | 09/25/2017 | 46.681 / 44.209 | - | 18 | 3,305,000 |
| + | 09/21/2017 | 49.599 / 47.039 | - | 33 | 1,480,000 |
| + | 09/20/2017 | 50.185 / 48.805 | - | 19 | 1,440,000 |
| + | 09/19/2017 | 52.5 / 49.8 | - | 45 | 3,850,000 |
| + | 09/18/2017 | 53.1 / 50.815 | - | 31 | 975,000 |
| + | 09/15/2017 | 53.25 / 51.877 | - | 12 | 415,000 |
| + | 09/14/2017 | 54 / 51.41 | - | 14 | 400,000 |
| + | 09/13/2017 | 53.76 / 50.7 | - | 29 | 2,140,000 |
| + | 09/12/2017 | 53.25 / 51.322 | - | 17 | 300,000 |
| + | 09/11/2017 | 54.25 / 51 | - | 35 | 6,405,000 |
| + | 09/08/2017 | 50.385 / 49.45 | - | 4 | 70,000 |
| + | 09/07/2017 | 51.75 / 49.093 | - | 11 | 1,605,000 |
| + | 09/06/2017 | 50.444 / 49.006 | - | 19 | 1,080,000 |
| + | 09/05/2017 | 52 / 49.262 | - | 34 | 5,495,000 |
| + | 09/01/2017 | 50.038 / 50.038 | - | 3 | 30,000 |
| + | 08/31/2017 | 50.6 / 50 | - | 9 | 235,000 |
| + | 08/30/2017 | 50.5 / 50.4 | - | 2 | 40,000 |
| + | 08/29/2017 | 50.3 / 49.37 | - | 8 | 220,000 |
| + | 08/28/2017 | 50.875 / 50.04 | - | 4 | 540,000 |
| + | 08/25/2017 | 50.96 / 49.852 | - | 12 | 230,000 |
| + | 08/24/2017 | 51.114 / 50.354 | - | 7 | 660,000 |
| + | 08/23/2017 | 50.95 / 49.3 | - | 15 | 460,000 |
| + | 08/22/2017 | 51.5 / 49.818 | - | 21 | 2,085,000 |
| + | 08/21/2017 | 51.75 / 49.418 | - | 23 | 1,030,000 |
| + | 08/18/2017 | 50.375 / 50 | - | 2 | 140,000 |
| + | 08/17/2017 | 51 / 47.5 | - | 18 | 990,000 |
| + | 08/16/2017 | 49.55 / 48.13 | - | 15 | 395,000 |
| + | 08/15/2017 | 50.5 / 47.979 | - | 15 | 965,000 |

Displaying 501 to 600 of 1,957 results

First | Previous | 1 | ... | 5 | 6 | 7 | ... | 20 | Next | Last

**NOTICE:** * CUSIP numbers and certain related descriptive information are copyrighted by the American Bankers Association (ABA) and are used with permission from CUSIP Global Services managed on behalf of the ABA by Standard & Poor's. © 2020 ABA See EMMA's Terms and Conditions of Use for a description of proprietary rights in and restrictions on use of such data. "CUSIP" is a registered trademark of ABA.



About EMMA | Sitemap | Privacy Policy | Terms of Use | MSRB.org | MSRB Systems Status

© 2020 Municipal Securities Rulemaking Board (MSRB)

EMMA is a service of the Municipal Securities Rulemaking Board, which protects investors, state and local governments, and the public interest. Portions of EMMA data provided by Standard & Poor's Securities Evaluations, Inc., CUSIP Global Services & American Bankers Association.

Ratings data are provided by the following and are reprinted with permission, and copyright notices for the respective owners are as follows: Copyright © 2020, Fitch, Inc. All rights reserved. Copyright © 2020, Kroll Bond Rating Agency, Inc., and/or its licensors and affiliates (together, "KBRA"). All rights reserved. Copyright © 2020, Moody's Corporation, Moody's Investors Service, Inc., Moody's Analytics, Inc. and/or their licensors and affiliates (collectively, "MOODY'S"). All rights reserved. Copyright © 2020, Standard and Poor's Financial Services LLC. All rights reserved.



1.0.8617-243-S

Exhibit E      0012      1/3



| Browse Issuers | Tools and Resources | Market Activity | MyEMMA® | EMMA Dataport | A- 100% A+ |

Home > Issuers By State > Puerto Rico > Issuer Homepage > Issue Details > Security Details

## Security Details

**CUSIP: 74514LE86***

COMMONWEALTH OF PUERTO RICO GENERAL OBLIGATION BONDS OF 2014, SERIES A (PR)
PUERTO RICO COMWLTH GO BDS 2014A/(PR)*

| | |
|---|---|
| Coupon: | 8 % |
| Maturity Date: | 07/01/2035 |
| Dated Date: | 03/17/2014 |
| Initial Offering Price/Yield: | 93% / 8.727% |
| Principal Amount at Issuance: | $3,500,000,000 |
| Time of Formal Award: | 03/11/2014 01:00 PM |
| Time of First Execution: | 03/11/2014 03:30 PM |
| Closing Date: | 03/17/2014 |



Trade Activity    Ratings    Disclosure Documents    Final Scale    Compare

View real-time price and yield information for trades in this security.

⇄ Trade Summary        ≣ Trade Details        🔍 Search Trades

Display 50 ▼ results    Search within list: [          ]    First Previous 1 ... 9 10 11 ... 27 Next Last

| | Trade Date | High/Low Price (%) | High/Low Yield (%) | Trade Count | Total Trade Amount ($) |
|---|---|---|---|---|---|
| ⊕ | 01/17/2018 | 25 / 24.4 | - | 11 | 5,945,000 |
| ⊕ | 01/16/2018 | 25.5 / 24.75 | - | 11 | 7,650,000 |
| ⊕ | 01/12/2018 | 24.75 / 23.31 | - | 2 | 1,710,000 |
| ⊕ | 01/11/2018 | 25.375 / 24.911 | - | 9 | 10,800,000 |
| ⊕ | 01/10/2018 | 25 / 25 | - | 2 | 200,000 |
| ⊕ | 01/08/2018 | 25.5 / 24.605 | - | 20 | 12,330,000 |
| ⊕ | 01/05/2018 | 25.75 / 24.5 | - | 8 | 13,217,000 |
| ⊕ | 01/04/2018 | 25.245 / 24 | - | 16 | 26,200,000 |
| ⊕ | 01/03/2018 | 24.4 / 23.75 | - | 19 | 27,350,000 |
| ⊕ | 01/02/2018 | 24.25 / 23.75 | - | 4 | 600,000 |
| ⊕ | 12/29/2017 | 24 / 22.825 | - | 3 | 8,700,000 |
| ⊕ | 12/28/2017 | 24 / 22.635 | - | 33 | 7,300,000 |
| ⊕ | 12/27/2017 | 23.9 / 21 | - | 31 | 13,475,000 |
| ⊕ | 12/26/2017 | 24 / 22.33 | - | 12 | 27,145,000 |
| ⊕ | 12/22/2017 | 23.75 / 22 | - | 16 | 3,655,000 |
| ⊕ | 12/21/2017 | 23.75 / 22.355 | - | 41 | 79,875,000 |
| ⊕ | 12/20/2017 | 23.919 / 21.75 | - | 31 | 18,140,000 |
| ⊕ | 12/19/2017 | 23.5 / 20.75 | - | 41 | 109,316,000 |
| ⊕ | 12/18/2017 | 22.1 / 21.27 | - | 13 | 3,240,000 |
| ⊕ | 12/15/2017 | 23.125 / 21.859 | - | 25 | 17,550,000 |
| ⊕ | 12/14/2017 | 23.5 / 21 | - | 14 | 10,100,000 |

| | Trade Date | High/Low Price (%) | | | |
|---|---|---|---|---|---|
| + | 12/13/2017 | 23.6 / 21.25 | - | 30 | 46,385,000 |
| + | 12/12/2017 | 23.55 / 21.125 | - | 22 | 40,845,000 |
| + | 12/11/2017 | 22.875 / 21.375 | - | 15 | 7,795,000 |
| + | 12/08/2017 | 23 / 21.19 | - | 22 | 18,380,000 |
| + | 12/07/2017 | 23 / 22.75 | - | 3 | 300,000 |
| + | 12/06/2017 | 23.5 / 21.25 | - | 33 | 17,890,000 |
| + | 12/05/2017 | 23.5 / 20.75 | - | 31 | 92,480,000 |
| + | 12/04/2017 | 23.533 / 21.75 | - | 30 | 35,540,000 |
| + | 12/01/2017 | 24.5 / 23 | - | 7 | 19,860,000 |
| + | 11/30/2017 | 25.027 / 22.543 | - | 19 | 45,550,000 |
| + | 11/29/2017 | 24.15 / 23.69 | - | 7 | 20,665,000 |
| + | 11/28/2017 | 25 / 23.265 | - | 22 | 32,650,000 |
| + | 11/27/2017 | 24.5 / 24 | - | 7 | 11,500,000 |
| + | 11/22/2017 | 23.21 / 23.12 | - | 3 | 450,000 |
| + | 11/21/2017 | 24.7 / 23.15 | - | 14 | 21,300,000 |
| + | 11/20/2017 | 24.75 / 24 | - | 17 | 22,050,000 |
| + | 11/17/2017 | 25 / 24 | - | 7 | 1,300,000 |
| + | 11/15/2017 | 25.875 / 24 | - | 12 | 73,300,000 |
| + | 11/14/2017 | 26.75 / 25.235 | - | 21 | 88,000,000 |
| + | 11/13/2017 | 26.25 / 25.48 | - | 4 | 550,000 |
| + | 11/10/2017 | 27.8 / 25.07 | - | 15 | 1,500,000 |
| + | 11/09/2017 | 27.75 / 26.5 | - | 16 | 23,510,000 |
| + | 11/08/2017 | 28.283 / 26.25 | - | 14 | 366,430,000 |
| + | 11/07/2017 | 28.032 / 27 | - | 2 | 5,100,000 |
| + | 11/06/2017 | 28.25 / 27.44 | - | 5 | 53,450,000 |
| + | 11/03/2017 | 29.75 / 28 | - | 16 | 255,025,000 |
| + | 11/02/2017 | 30 / 28.036 | - | 13 | 15,750,000 |
| + | 11/01/2017 | 30.818 / 28.973 | - | 25 | 77,870,000 |
| + | 10/31/2017 | 30.75 / 29.125 | - | 21 | 15,325,000 |

Displaying 451 to 500 of 1,333 results



First Previous 1 ... 9 10 11 ... 27 Next Last

**NOTICE:** * CUSIP numbers and certain related descriptive information are copyrighted by the American Bankers Association (ABA) and are used with permission from CUSIP Global Services managed on behalf of the ABA by Standard & Poor's. © 2020 ABA See EMMA's Terms and Conditions of Use for a description of proprietary rights in and restrictions on use of such data. "CUSIP" is a registered trademark of ABA.

About EMMA | Sitemap | Privacy Policy | Terms of Use | MSRB.org | MSRB Systems Status

© 2020 Municipal Securities Rulemaking Board (MSRB)



EMMA is a service of the Municipal Securities Rulemaking Board, which protects investors, state and local governments, and the public interest. Portions of EMMA data provided by Standard & Poor's Securities Evaluations, Inc., CUSIP Global Services & American Bankers Association.

Ratings data are provided by the following and are reprinted with permission, and copyright notices for the respective owners are as follows: Copyright © 2020, Fitch, Inc. All rights reserved. Copyright © 2020, Kroll Bond Rating Agency, Inc., and/or its licensors and affiliates (together, "KBRA"). All rights reserved. Copyright © 2020, Moody's Corporation, Moody's Investors Service, Inc., Moody's Analytics, Inc. and/or their licensors and affiliates (collectively, "MOODY'S"). All rights reserved. Copyright © 2020, Standard and Poor's Financial Services LLC. All rights reserved.

1.0.8617-243-S

Exhibit F   0014   2/2


## EMMA
Electronic Municipal Market Access
A service of the MSRB

| Browse Issuers | Tools and Resources | Market Activity | MyEMMA® | EMMA Dataport | A- 100% A+ |

Home > Issuers By State > Puerto Rico > Issuer Homepage > Issue Details > Security Details

## Security Details



### CUSIP: 74514LE86*
COMMONWEALTH OF PUERTO RICO GENERAL OBLIGATION BONDS OF 2014, SERIES A (PR)
PUERTO RICO COMWLTH GO BDS 2014A (PR)*

| | |
|---|---|
| Coupon: | 8 % |
| Maturity Date: | 07/01/2035 |
| Dated Date: | 03/17/2014 |
| Initial Offering Price/Yield: | 93% / 8.727% |
| Principal Amount at Issuance: | $3,500,000,000 |
| Time of Formal Award: | 03/11/2014 01:00 PM |
| Time of First Execution: | 03/11/2014 03:30 PM |
| Closing Date: | 03/17/2014 |



Trade Activity    Ratings    Disclosure Documents    Final Scale    Compare

View real-time price and yield information for trades in this security.

⇄ Trade Summary    ≣ Trade Details    🔍 Search Trades

Display 50 ▼ results    Search within list: [ ]    First Previous 1 ... 10 11 12 ... 27 Next Last

| | Trade Date | High/Low Price (%) | High/Low Yield (%) | Trade Count | Total Trade Amount ($) |
|---|---|---|---|---|---|
| ⊕ | 10/30/2017 | 29.3 / 27.285 | - | 12 | 4,230,000 |
| ⊕ | 10/27/2017 | 29.05 / 27.5 | - | 7 | 4,950,000 |
| ⊕ | 10/26/2017 | 28.5 / 26.71 | - | 36 | 40,380,000 |
| ⊕ | 10/25/2017 | 28.408 / 26.25 | - | 22 | 36,245,000 |
| ⊕ | 10/24/2017 | 30.75 / 26.5 | - | 45 | 68,150,000 |
| ⊕ | 10/23/2017 | 30.125 / 28.75 | - | 9 | 49,645,000 |
| ⊕ | 10/20/2017 | 33.095 / 29.5 | - | 61 | 276,066,000 |
| ⊕ | 10/19/2017 | 31 / 30 | - | 28 | 59,300,000 |
| ⊕ | 10/18/2017 | 31.1 / 29.25 | - | 45 | 53,200,000 |
| ⊕ | 10/17/2017 | 34.024 / 28.75 | - | 39 | 293,835,000 |
| ⊕ | 10/16/2017 | 34.935 / 31.95 | - | 24 | 24,255,000 |
| ⊕ | 10/13/2017 | 37.5 / 32.845 | - | 27 | 19,230,000 |
| ⊕ | 10/12/2017 | 35.506 / 34.315 | - | 26 | 8,855,000 |
| ⊕ | 10/11/2017 | 39.15 / 35 | - | 45 | 36,945,000 |
| ⊕ | 10/10/2017 | 39.5 / 36.9 | - | 29 | 11,985,000 |
| ⊕ | 10/09/2017 | 38.375 / 38.375 | - | 1 | 300,000 |
| ⊕ | 10/06/2017 | 38.9 / 37.5 | - | 10 | 7,500,000 |
| ⊕ | 10/05/2017 | 38.75 / 37 | - | 77 | 40,670,000 |
| ⊕ | 10/04/2017 | 39 / 30.25 | - | 106 | 483,661,000 |
| ⊕ | 10/03/2017 | 47.1 / 44 | - | 7 | 3,600,000 |
| ⊕ | 10/02/2017 | 47.75 / 46.94 | - | 8 | 1,500,000 |

| | Trade Date | High/Low Price (%) | | | |
|---|---|---|---|---|---|
| + | 09/28/2017 | 49 / 47.011 | - | 4 | 400,000 |
| + | 09/27/2017 | 50.5 / 47.087 | - | 20 | 14,990,000 |
| + | 09/26/2017 | 52.875 / 51.75 | - | 10 | 22,430,000 |
| + | 09/25/2017 | 53 / 52.75 | - | 3 | 9,000,000 |
| + | 09/22/2017 | 56.25 / 56 | - | 2 | 10,000 |
| + | 09/19/2017 | 57.5 / 56.165 | - | 8 | 2,880,000 |
| + | 09/18/2017 | 59.5 / 58.375 | - | 7 | 7,600,000 |
| + | 09/15/2017 | 59 / 58.75 | - | 2 | 34,090,000 |
| + | 09/14/2017 | 59 / 58.625 | - | 5 | 6,300,000 |
| + | 09/12/2017 | 59.625 / 58.73 | - | 17 | 21,250,000 |
| + | 09/11/2017 | 59.25 / 56 | - | 7 | 1,550,000 |
| + | 09/08/2017 | 58.5 / 58.5 | - | 1 | 1,175,000 |
| + | 09/07/2017 | 58.55 / 56.908 | - | 13 | 6,900,000 |
| + | 09/06/2017 | 57.125 / 56.335 | - | 5 | 500,000 |
| + | 09/05/2017 | 57 / 56.93 | - | 2 | 1,130,000 |
| + | 09/01/2017 | 56.75 / 56.65 | - | 2 | 1,000,000 |
| + | 08/30/2017 | 58 / 57.75 | - | 2 | 3,225,000 |
| + | 08/24/2017 | 59.475 / 58.19 | - | 3 | 300,000 |
| + | 08/23/2017 | 59.238 / 57.75 | - | 4 | 1,525,000 |
| + | 08/22/2017 | 57.69 / 56.81 | - | 3 | 345,000 |
| + | 08/17/2017 | 57.5 / 56.875 | - | 3 | 900,000 |
| + | 08/15/2017 | 58.279 / 58.25 | - | 2 | 400,000 |
| + | 08/14/2017 | 58.525 / 57 | - | 8 | 6,750,000 |
| + | 08/10/2017 | 58.75 / 57.35 | - | 9 | 33,000,000 |
| + | 08/09/2017 | 58.5 / 57.5 | - | 5 | 2,080,000 |
| + | 08/08/2017 | 58.75 / 58.009 | - | 11 | 4,400,000 |
| + | 08/07/2017 | 58.625 / 57.525 | - | 3 | 525,000 |
| + | 08/04/2017 | 58.475 / 57.924 | - | 5 | 1,750,000 |
| + | 08/03/2017 | 58.75 / 57.05 | - | 14 | 33,980,000 |

Displaying 501 to 550 of 1,333 results



First  Previous  1  …  10  11  12  …  27  Next  Last

**NOTICE:** * CUSIP numbers and certain related descriptive information are copyrighted by the American Bankers Association (ABA) and are used with permission from CUSIP Global Services managed on behalf of the ABA by Standard & Poor's. © 2020 ABA See EMMA's Terms and Conditions of Use for a description of proprietary rights and in restrictions on use of such data. "CUSIP" is a registered trademark of ABA.

About EMMA  |  Sitemap  |  Privacy Policy  |  Terms of Use  |  MSRB.org  |  MSRB Systems Status



© 2020 Municipal Securities Rulemaking Board (MSRB)

EMMA is a service of the Municipal Securities Rulemaking Board, which protects investors, state and local governments, and the public interest. Portions of EMMA data provided by Standard & Poor's Securities Evaluations, Inc., CUSIP Global Services & American Bankers Association.

Ratings data are provided by the following and are reprinted with permission, and copyright notices for the respective owners are as follows: Copyright © 2020, Fitch, Inc. All rights reserved. Copyright © 2020, Kroll Bond Rating Agency, Inc., and/or its licensors and affiliates (together, "KBRA"). All rights reserved. Copyright © 2020, Moody's Corporation, Moody's Investors Service, Inc., Moody's Analytics, Inc. and/or their licensors and affiliates (collectively, "MOODY'S"). All rights reserved. Copyright © 2020, Standard and Poor's Financial Services LLC. All rights reserved.

1.0.8617-243-S

# CONGRESS.GOV

# H. Rept. 114-602 - PUERTO RICO OVERSIGHT, MANAGEMENT, AND ECONOMIC STABILITY ACT

114th Congress (2015-2016)

**Report Type:**  House Report
**Accompanies:**  H.R.5278
**Committees:**  Natural Resources

---

**Report text available as:**  TXT | PDF  (PDF provides a complete and accurate display of this text.) ?

```
114th Congress   }                              {   Rept. 114-602
                            HOUSE OF REPRESENTATIVES
  2d Session      }                              {        Part 1

=======================================================================


     PUERTO RICO OVERSIGHT, MANAGEMENT, AND ECONOMIC STABILITY ACT


                             _____


   June 3, 2016.--Committed to the Committee of the Whole House on the
               State of the Union and ordered to be printed


                             _____


 Mr. Bishop of Utah, from the Committee on Natural Resources, submitted
                           the following

                          R E P O R T

                          together with

                        ADDITIONAL VIEWS

                    [To accompany H.R. 5278]

        [Including cost estimate of the Congressional Budget Office]

     The Committee on Natural Resources, to whom was referred
the bill (H.R. 5278) to establish an Oversight Board to assist
the Government of Puerto Rico, including instrumentalities, in
managing its public finances, and for other purposes, having
considered the same, report favorably thereon with an amendment
and recommend that the bill as amended do pass.
     The amendment is as follows:
   Strike all after the enacting clause and insert the
following:

SECTION 1. SHORT TITLE; TABLE OF CONTENTS.

   (a) Short Title.--This Act may be cited as the ``Puerto Rico
Oversight, Management, and Economic Stability Act'' or ``PROMESA''.
```

Exhbit G    0017    1/115

Section 108. Autonomy of the Oversight Board

    This section prevents the territorial government or legislature from exercising any control over the Oversight Board, or from enacting, implementing, or enforcing any legislation, resolution, policy, or rule that would impair the purposes of the Act. Furthermore, the Oversight Board is explicitly permitted to hire outside counsel for representation.

Section 109. Ethics

    This section subjects all members and staff of the Oversight Board to Federal conflict of interest and financial disclosure requirements.

### TITLE II--RESPONSIBILITIES OF OVERSIGHT BOARD

Section 201. Approval of Fiscal Plans

    This section establishes the method for developing Fiscal Plans for territorial governments and instrumentalities that provide the appropriate elected officials with the autonomy to develop such Fiscal Plans with guidance from the Oversight Board. To initiate the process, the Oversight Board determines a schedule by which the Governor must provide an approvable and certifiable Fiscal Plan. If the Governor fails to draft an acceptable Fiscal Plan as determined by the Oversight Board by the deadlines set forth in the schedule, then the Oversight Board will develop and adopt the Fiscal Plan, which shall be deemed approved by the Governor.
    Each Fiscal Plan serves as the cornerstone for the structural reforms the Oversight Board deems necessary to ensure the territory, or instrumentality, will be on a path towards ``fiscal responsibility and access to capital markets.'' These documents incorporate requirements including any recommendation made by the Oversight Board pursuant to Section 205, the elimination of structural deficits, as well as the improvement of fiscal governance, accountability, and internal controls. Importantly, Fiscal Plans ensure the protection of the lawful priorities and liens as guaranteed by the territorial constitution and applicable laws, and prevent unlawful inter-debtor transfers of funds.
    The Committee acknowledges the concern as to the ambiguity of the language regarding the funding of public pension systems. To clarify, Section 201(b)(1)(C) tasks the Oversight Board with ensuring fiscal plans ``provide adequate funding for public pension systems.'' This language should not be interpreted to reprioritize pension liabilities ahead of the lawful priorities or liens of bondholders as established under the territory's constitution, laws, or other agreements. While this language seeks to provide an adequate level of funding for pension systems, it does not allow for pensions to be unduly favored over other indebtedness in a restructuring.

Section 202. Approval of budgets

    This section outlines the process for developing annual budgets. Similar to the development of Fiscal Plans, the Oversight Board will establish a schedule the Governor and Legislature must meet for the development of territory and territorial instrumentality budgets. All budgets developed under this section must be developed in accordance with the appropriate Fiscal Plan. If the Governor and Legislature fail to develop certifiable budgets within the established deadline,

Case:17-03283-LTS Doc#:11284-3 Filed:02/18/20 Entered:02/19/20 17:48:09 Desc:
Declaration of Peter Hein Page 21 of 24
10/14/2019    H. Rept. 114-602 - PUERTO RICO OVERSIGHT, MANAGEMENT, AND ECONOMIC STABILITY ACT | Congress.gov | Library of Congr…

because the lease is subject to termination for failure of a debtor to appropriate rent.

Section 312. Filing of plan of adjustment

    This section permits only the Oversight Board to file a plan of adjustment, once the Oversight Board has issued a certification pursuant to Section 104(j).

Section 313. Modification of plan

    This section allows the Oversight Board to repeatedly change or modify a plan of adjustment, as submitted per Section 312, before such plan is confirmed, so long as such modification meets the requirements of Title III.

Section 314. Confirmation

    This section outlines the conditions necessary to having a plan confirmed by a court. Under this section, the court shall confirm a plan if: (1) the plan complies with the referenced statutes in Section 301; (2) the plan complies with Title III; (3) the debtor is not prohibited by law from undertaking any of the actions of the plan; (4) unless otherwise agreed to, the holders of claims specified in 11 U.S.C. 507(a)(2) will receive cash equal to the allowed amount of such claim; (5) the debtor has secured the necessary legislative, regulatory, or electoral approval of such action, or such provision is expressly conditioned on the securing of such actions; (6) the plan is in the best interest of the creditors and is feasible, which must include a consideration as to whether available remedies under the non-bankruptcy laws and constitution of the territory would result in a greater recovery for the creditors than is provided; and (7) the plan is consistent with the Fiscal Plan as established under Title II of PROMESA.
    By incorporating consistency with the Fiscal Plan into the requirements of confirmation of a plan of adjustment, the Committee has ensured lawful priorities and liens, as provided for by the territory's constitution, laws, and agreements, will be respected in any debt restructuring that occurs.

Section 315. Role and capacity of Oversight Board

    This section designates the Oversight Board as the representative of the debtor and authorizes the Oversight Board to take any action necessary on behalf of the debtor including the filing of a petition under Section 304, the submission or modification of a plan of adjustment, or the submission of other filings as required by the court.

Section 316. Compensation of professionals

    This section permits the court to authorize the debtor's reasonable payment of professionals, such as attorneys, paralegals or others connected with a Title III proceeding. This ensures these professionals will receive compensation for services rendered during the Title III case.

Section 317. Interim compensation

    This section authorizes the court to permit payment to professionals while the Title III case is ongoing.

                    TITLE IV--MISCELLANEOUS PROVISIONS