UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

    Debtors.

-----------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS
(Jointly Administered)

RECEIVED & FILED
2020 FEB 18 PM 4: 05
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

## INFORMATIVE MOTION – MARCH 4, 2020 HEARING

Dated: February 12, 2020

## INFORMATIVE MOTION – MARCH 4, 2020 HEARING

Peter C. Hein, pro se, will attend the March 4, 2020 hearing in the New York courtroom (17C). Peter C. Hein requests the opportunity to speak in response to Amended Report and Recommendation of Mediation Team (Docket #10756), on any matters or motions related thereto (including any further motions to stay or continue the stays applicable to these proceedings), on Debtors' Proposed Schedule (Docket #10808), and on any other matters that may affect his interests.

February 12, 2020

Respectfully Submitted,

/s/ Peter C. Hein

Peter C. Hein, Pro Se
101 Central Park West, Apt. 14E
New York, NY 10023
petercheinsr@gmail.com

-2-