## CERTIFICATE OF SERVICE

I have caused to be sent a copy of (1) [Response to Docket #10756 and #10808] Response and Objection of Individual Bondholder to (1) Amended Report and Recommendation of Mediation Team and (2) Debtors' Proposed Schedule; (2) Hein Declaration to accompany Response and Objection of Individual Bondholder to (1) Amended Report and Recommendation of Mediation Team and (2) Debtors' Proposed Schedule; (3) Informative Motive – March 4, 2020 hearing; and (4) letter to Clerk of Court, by email to each of the other parties or their attorneys on the attached service list pages.

Dated: February 12, 2020

*/s/ Peter C. Hein*

Peter C. Hein

Proskauer Rose LLP
11 Times Square
New York, NY 10036

Attn: Martin J. Bienenstock, Esq. (mbienenstock@proskauer.com)
Brian Rosen, Esq. (brosen@proskauer.com)
Paul V. Possinger, Esq. (ppossinger@proskauer.com)
Ehud Barak, Esq. (ebarak@proskauer.com)
Maja Zerjal, Esq. (mzerjal@proskauer.com)

Paul Hastings LLP
200 Park Ave.
New York, NY 10166

Attn: Luc A. Despins, Esq. (lucdespins@paulhastings.com)
James Bliss, Esq. (jamesbliss@paulhastings.com)
Andrew V. Tenzer, Esq. (andrewtenzer@paulhastings.com)
Michael E. Comerford, Esq. (michaelcomerford@paulhastings.com)
James Worthington, Esq. (jamesworthington@paulhastings.com)
G. Alexander Bongartz, Esq. (alexbongartz@paulhastings.com)

**To:** Bienenstock, Martin J. (Proskauer Rose LLP); Rosen, Brian S. (Proskauer Rose LLP); Possinger, Paul V. (Proskauer Rose LLP); Barak, Ehud (Proskauer Rose LLP); Zerjal, Maja (Proskauer Rose LLP); Despins, Luc A. (Paul Hastings LLP); Bliss, James R. (Paul Hastings LLP); Tenzer, Andrew V. (Paul Hastings LLP); Comerford, Michael (Paul Hastings LLP); Worthington, James B. (Paul Hastings LLP); Bongartz, G. Alexander (Paul Hastings LLP); Bienenstock, Martin J. (Proskauer Rose LLP); Rosen, Brian S. (Proskauer Rose LLP); Possinger, Paul V. (Proskauer Rose LLP); Barak, Ehud (Proskauer Rose LLP); Zerjal, Maja (Proskauer Rose LLP); Despins, Luc A. (Paul Hastings LLP); Bliss, James R. (Paul Hastings LLP); Tenzer, Andrew V. (Paul Hastings LLP); Comerford, Michael (Paul Hastings LLP); Worthington, James B. (Paul Hastings LLP); Bongartz, G. Alexander (Paul Hastings LLP); Stafford, Laura (Proskauer Rose LLP)

**To:** Gerardo.Portela@aafaf.pr.gov; Mohammad.Yassin@aafaf.pr.gov; Rapisardi, John J. (O'Melveny & Myers LLP); Uhland, Suzzanne S. (O'Melveny & Myers LLP); Friedman, Peter M. (O'Melveny & Myers LLP); mitchelln@omm.com; DiConza, Maria J. (O'Melveny & Myers LLP); lmarini@mpmlawpr.com; cvelaz@mpmlawpr.com; malvarez@mpmlawpr.com; Bienenstock, Martin J. (Proskauer Rose LLP); Possinger, Paul V. (Proskauer Rose LLP); herman.bauer@oneillborges.com; Barak, Ehud (Proskauer Rose LLP); Zerjal, Maja (Proskauer Rose LLP); Despins, Luc A. (Paul Hastings LLP); Bliss, James R. (Paul Hastings LLP); Worthington, James B. (Paul Hastings LLP); Bongartz, G. Alexander (Paul Hastings LLP); jcasillas@cstlawpr.com; dbatlle@cstlawpr.lcom; aaneses@cstlawpr.com; emontull@cstlawpr.com; rgordon@jenner.com; Levin, Richard (Jenner & Block, LLP); csteege@jenner.com; ajb@bennazar.org; Monsita.lecaroz@usdoj.gov; ustp.region21@usdoj.gov

**To:** 'Goldstein, Irena'; Fioccola, David J. (Morrison & Foerster, LLP); kurt.mayr@bracewell.com; rachel.goldman@bracewell.com; david.ball@bracewell.com; david.lawton@bracewell.com; shannon.wolf@bracewell.com; Kirpalani, Susheel (Quinn Emanuel Urquhart & Sullivan LLP); Goldstein, Marcia L. (Weil, Gotshal & Manges LLP); DiBlasi, Kelly (Weil, Gotshal & Manges LLP); gabriel.morgan@weil.com; Polkes, Jonathan D. (Weil, Gotshal & Manges LLP); gregory.silbert@weil.com; Friedmann, Jared R. (Weil, Gotshal & Manges LLP); Miller, Atara (Milbank LLP); Mainland, Grant R. (Milbank LLP); dburke@robbinsrussell.com; Stancil, Mark T. (Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP); Bernstein, Donald S. (Davis Polk & Wardwell LLP); Resnick, Brian M. (Davis Polk & Wardwell LLP); Libby, Angela M. (Davis Polk & Wardwell LLP); Peck, James M. (Morrison & Foerster, LLP); Lee, Gary S. (Morrison & Foerster, LLP); Esposito, Grant J. (Morrison & Foerster, LLP); Ellenberg, Mark C. (Cadwalader, Wickersham & Taft LLP); Caton, Amy (Kramer Levin Naftalis & Frankel LLP); Mayer, Thomas Moers (Kramer Levin Naftalis & Frankel LLP); Bello, Nancy M. (Kramer Levin Naftalis & Frankel LLP); O'Neill, P. Bradley (Kramer Levin Naftalis & Frankel LLP); Zeituni, Karen (Paul, Weiss, Rifkind, Wharton & Garrison LLP); Rosenberg, Andrew N. (Paul, Weiss, Rifkind, Wharton & Garrison LLP); Buckley, Douglas (Kramer Levin Naftalis & Frankel LLP); Bjork, Jeffrey E. (Latham & Watkins LLP); Harris, Christopher (Latham & Watkins LLP); Goldberg, Adam J. (Latham & Watkins LLP); Burton, Liza L. (Latham & Watkins LLP); Casey.Servais@cwt.com; Csteege@jenner.com; rgordon@jenner.com; lralford@jenner.com; deborahnewman@quinnemanuel.com; dblabey@kramerlevin.com; Bassett, Nicholas A. (Paul Hastings LLP); Bliss, James R. (Paul Hastings LLP); Papalaskaris, Angela (Brown Rudnick Berlack Israels LLP); Beville, Sunni P. (Brown Rudnick Berlack Israels LLP); Weisfelner, Edward S. (Brown Rudnick Berlack Israels LLP); TAxelrod@brownrudnick.com; RSierra@brownrudnick.com; Despins, Luc A. (Paul Hastings LLP)

To: agestrella@estrellallc.com; kcsuria@estrellallc.com; rrivera@jgl.com; Robbins, Lawrence S. (Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP); hburgos@cabprlaw.com; rcasellas@cabprlaw.com; dperez@cabprlaw.com; Hawkins, Howard R. (Cadwalader, Wickersham & Taft LLP); bill.natbony@cwt.com; Halstead, Ellen (Cadwalader, Wickersham & Taft LLP); thomas.curtin@cwt.com; mpico@rexachpico.com; Sosland, Martin A. (Butler Snow LLP); Callen, Jason W. (Butler Snow LLP); gacarlo@carlo-altierilaw.com; loomislegal@gmail.com; Fioccola, David J. (Morrison & Foerster, LLP); jnewton@mofo.com; akissner@mofo.com; epo@amgprlaw.com; loliver@amgprlaw.com; robert.berezin@weil.com; Polkes, Jonathan D. (Weil, Gotshal & Manges LLP); gregory.silbert@weil.com; mfb@tcm.law; lft@tcm.law; jvankirk@tcm.law; Mayer, Thomas Moers (Kramer Levin Naftalis & Frankel LLP); Caton, Amy (Kramer Levin Naftalis & Frankel LLP); Buckley, Douglas (Kramer Levin Naftalis & Frankel LLP); rcamara@ferraiuoli.com; Colon, Sonia E. (Ferraiuoli LLC); Dunne, Dennis F. (Milbank LLP); aleblanc@milbank.com; Miller, Atara (Milbank LLP); Mainland, Grant R. (Milbank LLP)