# PRIORITY MAIL

 DATE OF DELIVERY SPECIFIED*

 USPS TRACKING™ INCLUDED*

 INSURANCE INCLUDED*

 PICKUP AVAILABLE

* Domestic only

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

RECEIVED & FILED
2020 FEB 18 PM
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

PRIORITY MAIL POSTAGE REQUIRED



US POSTAGE
02/12/2020
From 10019
0 lbs 15 ozs
Zone 7
Pitney Bowes
ComPlsPrice
NO SURCHARGE
026W0004897366
2076604879

## PRIORITY MAIL 3-DAY™

Hein, Peter C.
Wachtell Lipton Rosen & Katz
51 W 52nd St
New York NY 10019-6119

Estimated Delivery Date: 02/15/2020

0004

 C018

THE CLERK OF THE UNITED STATES DISTRICT
FOR THE DISTRICT OF PUERTO RICO
FEDERAL BUILDING, STE 150
150 AVE CHARDON
SAN JUAN PR 00918-1706

**USPS TRACKING #**

