UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

              Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

PUERTO RICO ELECTRIC POWER
AUTHORITY,

              Debtor.

PROMESA
Title III

No. 17 BK 4780-LTS

(Jointly Administered)

------------------------------------------------------------x

CORTLAND CAPITAL MARKET SERVICES
LLC et al.,

              Plaintiffs,

       -v-

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD OF PUERTO RICO
et al.,

              Defendants.

Adv. Proc. No. 19-396-LTS

---

[1] The Debtors in these Title III cases, along with each Debtor's respective bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17- BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

```
------------------------------------------------------------x
```
SISTEMA DE RETIRO DE LOS EMPLEADOS
DE LAAUTORIDAD DE ENERGIA
ELECTRICA,                                                                  Adv. Proc. No. 19-405-LTS

               Plaintiff,

      -v-

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD OF PUERTO
RICO et al.,

               Defendants.
```
------------------------------------------------------------x
```

ORDER GRANTING URGENT MOTION TO ADJOURN MARCH 4, 2020
HEARING ON BONDHOLDERS' AND GOVERNMENT PARTIES'
MOTIONS TO DISMISS AMENDED COMPLAINTS IN ADVERSARY PROCEEDINGS

      The Court has received and reviewed the *Joint Response of Fuel Line Lenders and Union Entities to Government Parties' Scheduling Motion and Urgent Motion to Adjourn March 4, 2020 Hearing on Bondholders' and Government Parties' Motions to Dismiss Amended Complaints in Adversary Proceedings* (Docket Entry No. 10823 in Case No. 17-3283, the "Motion"[2]). The Motion is granted to the extent provided herein. The hearing on the Motions to Dismiss the Amended Complaints in the Fuel Line and SREAEE Adversary Proceedings[3] is hereby adjourned from the omnibus hearing scheduled for March 4, 2020, to the omnibus hearing scheduled for June 3, 2020.

      This Order resolves Docket Entry No. 10823 in Case No. 17-3283, Docket Entry No. 1905 in Case No. 17-4780, Docket Entry No. 82 in Adv. Proc. No. 19-396, and Docket Entry No. 56 in Adv. Proc. No. 19-405.

      SO ORDERED.

Dated: February 19, 2020

                                                /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              United States District Judge

---

[2]    The Motion was also filed at Docket Entry No. 1905 in Case No. 17-4780, Docket Entry No. 82 in Adv. Proc. No. 19-396, and Docket Entry No. 56 in Adv. Proc. No. 19-405.

[3]    Capitalized terms used but not otherwise defined herein have the meanings given to them in the Motion.