**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

**FIFTH SUPPLEMENTAL VERIFIED STATEMENT OF THE
QTCB NOTEHOLDER GROUP PURSUANT TO BANKRUPTCY RULE 2019**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), made applicable to this Title III case by Section 310 of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA"), 48 U.S.C. § 2170, and in accordance with the *Order Further Amending Case Management Procedures* [ECF No. 7115] (the "Order"), this fifth supplemental verified statement (the "Fifth Supplemental Statement") is hereby submitted by an ad hoc group of holders (the "QTCB Noteholder Group")[2] of those certain Qualified School Construction Bonds and Qualified Zone Academy Bonds issued by the Puerto

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID 9686); (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] The QTCB Noteholder Group shall have the same meaning as set forth in Notice of Appearance and Request for Notice [ECF No. 134].

Rico Public Buildings Authority and guaranteed by the Commonwealth of Puerto Rico (the "Commonwealth") (collectively, the "QTCBs" and, together with all other bonds issued or guaranteed by the Commonwealth the "General Obligation Bonds"). In support of this Fifth Supplemental Statement, the QTCB Noteholder Group respectfully states as follows:

1. On August 16, 2017, the QTCB Noteholder Group submitted the *Verified Statement of the QTCB Noteholder Group Pursuant to Bankruptcy Rule 2019* [ECF No. 1053]. On August 14, 2018, the QTCB Noteholder Group submitted the *Supplemental Verified Statement of the QTCB Noteholder Group Pursuant to Bankruptcy Rule 2019* [ECF No. 3765], corrected, *see Corrected Supplemental Verified Statement of the QTCB Noteholder Group Pursuant to Bankruptcy Rule 2019* [ECF No. 3778]. On January 18, 2019, the QTCB Noteholder Group submitted the *Second Supplemental Verified Statement of the QTCB Noteholder Group Pursuant to Bankruptcy Rule 2019* [ECF No. 4871]. On June 26, 2019, the QTCB Noteholder Group submitted the *Third Supplemental Verified Statement of the QTCB Noteholder Group Pursuant to Bankruptcy Rule 2019* [ECF No. 7659]. On September 5, 2019, the QTCB Noteholder Group submitted the *Fourth Supplemental Verified Statement of the QTCB Noteholder Group Pursuant Bankruptcy Rule 2019* (ECF No. 8618).

2. In accordance with Bankruptcy Rule 2019 and the Order, as set forth in Exhibit A, is a list of the names, addresses of each member of the QTCB Noteholder Group—and each such member's disclosable economic interests as of February 18, 2020. The information set forth herein (including Exhibit A) is based upon information provided to Counsel by the members of the QTCB Noteholder Group and is intended only to comply with Bankruptcy Rule 2019 and the Order.

3. As of the date of this Fifth Supplemental Statement, Counsel represents only the QTCB Noteholder Group and does not represent or purport to represent any other entities other

than the QTCB Noteholder Group with respect to the Debtors' Title III cases. In addition, neither the QTCB Noteholder Group nor any member of the QTCB Noteholder Group (a) assumes any fiduciary or other duties to any other creditor or person and (b) does not purport to act, represent or speak on behalf of any other entities in connection with the Debtors' Title III cases.

4. Nothing contained in this Fifth Supplemental Statement (including <u>Exhibit A</u> hereto) is intended to or should be construed as (a) a limitation upon, or waiver of any right to assert, file and/or amend its claims in accordance with applicable law and any orders entered in this or any other related Title III cases by any QTCB Noteholder Group member, its affiliates or any other entity, or (b) an admission with respect to any fact or legal theory.

5. Additional holders of QTCBs may become members of the QTCB Noteholder Group, and certain members of the QTCB Noteholder Group may cease to be members in the future. The QTCB Noteholder Group, through its undersigned Counsel, reserves the right to amend or supplement this Fifth Supplemental Statement as necessary for that or any other reason in accordance with the requirements set forth in Bankruptcy Rule 2019 and the Order.

6. The undersigned verify that the foregoing is true and correct to the best of their knowledge.

[*Remainder of page intentionally left blank; signature page follows.*]

Dated: February 19, 2020

**Morgan, Lewis & Bockius LLP**

*/s/ Kurt A. Mayr*
Kurt A. Mayr
David L. Lawton
Shannon B. Wolf
One State Street
Hartford, CT 06103-3178
Tel. (860) 240-2700
Fax: (860) 240-2701
kurt.mayr@morganlewis.com
david.lawton@morganlewis.com
shannon.wolf@morganlewis.com

**Correa-Acevedo & Abesada Law Offices, PSC**

*/s/ Roberto Abesada- Agüet*
Roberto Abesada-Agüet
USDC-PR No. 216706
Sergio E. Criado
USDC-PR No. 226307
Centro Internacional de Mercadeo, Torre II
# 90 Carr. 165, Suite 407
Guaynabo, P.R. 00968
Tel. (787) 273-8300
Fax (787) 273-8379
ra@calopsc.com
scriado@calopsc.com

*Co-Counsel for the QTCB Noteholder Group*

## Exhibit A

## Names, Addresses and Disclosable Economic Interests of the Members of the QTCB Noteholder Group[1]

| NAME | ADDRESS | NATURE AND AMOUNT OF DISCLOSABLE ECONOMIC INTEREST As of 2/18/2019 |
|---|---|---|
| Canyon Capital Advisors LLC (on behalf of its participating clients) | 2000 Avenue of the Stars 11th Floor Los Angeles, CA 90067 | General Obligation Bonds (Uninsured): $450,192,000 (Insured): $20,377,225 |
| | | PBA (Uninsured): $397,774,895 |
| Davidson Kempner Capital Management LP, as investment advisor to its affiliated funds | 520 Madison Avenue 30th Floor New York, NY 10022 | General Obligation Bonds (Uninsured):$272,533,000 |
| | | PBA (Uninsured): $230,203,000 |
| Sculptor Capital LP, on behalf of its participating funds and/or accounts | 9 West 57th Street 39th Floor New York, NY 10019 | General Obligation Bonds (Uninsured): $302,639,000 |
| | | PBA (Uninsured): $217,944,000 |
| QTCB Noteholder Group (Aggregate) | N/A | General Obligation Bonds: Uninsured: $1,025,364,000 Insured: $20,377,225 |
| | | PBA (Uninsured): $845,921,895 |

---

[1] To the best of Counsel's knowledge, the information included herein is accurate as of February 18, 2020. The amounts set forth herein include only outstanding principal and do not include any other amounts that may be due and owing under the applicable debt documents and laws, including but not limited to any overdue or compounded interest. In addition, the amounts set forth herein do not include any disclosable economic interests that are subject to pending trades or other transfers that have not settled or otherwise been closed as of February 18, 2020. Pursuant to paragraph 12 of the *Amended Order and Judgment Confirming the Third Amended Title III Plan of Adjustment of COFINA* (the "COFINA Plan"), Case. No. 17-3284 (Dkt. 561), all COFINA bonds were canceled on February 12, 2019. Members of the QTCB Noteholder Group may hold new COFINA securities issued under the COFINA Plan.

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on February 19, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send automatic notifications of such filing to all attorneys of record.

**CORREA ACEVEDO & ABESADA LAW OFFICES, P.S.C.**

*/s/ Roberto Abesada- Agüet*
Roberto Abesada-Agüet
USDC-PR No. 216706
Sergio E. Criado
USDC-PR No. 226307
Centro Internacional de Mercadeo, Torre II
# 90 Carr. 165, Suite 407
Guaynabo, P.R. 00968
Tel. (787) 273-8300
Fax (787) 273-8379
ra@calopsc.com
scriado@calopsc.com