A quién pueda interesar:-

Reciban un cordial saludo desde el Área Sur de Puerto Rico.

Adjunto: los años trabajados en el Departamento de Educación, es como evidencia. Ya que tengo una reclamación caso # 17-03283 Commonweath of Puerto Rico; # claim 85046.

Sobre mi caso que es deficiente. Comenze a trabajar en agosto de 1985 hasta el 30 de septiembre del 2015.

Gracias

Att
Ángela J. Velázquez
939-207-3864

Espero respuesta del mismo. Gracias por la ayuda que puedan brindarme.

RECEIVED & FILED
2020 FEB 18 PM 4:39
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.