① Ley 96 Sila Calderón

aumento de $100.00.

Desde 1 julio - 2002 - hasta 30 septiembre 2015.

julio/2002 - dic/2002 —        $600.00
ene/2003 - dic/2003 —        $1,200.00
ene/2004 - dic/2004 —        $1,200.00
ene/2005 - dic/2005 —        $1,200.00
ene/2006 - dic/2006 —        $1,200.00
ene/2007 - dic/2007 —        $1,200.00
ene/2008 - dic/2008 —        $1,200.00
ene/2009 - dic/2009 —        $1,200.00
ene/2010 - dic/2010 —        $1,200.00
ene/2011 - dic/2011 —        $1,200.00
ene/2012 - dic/2012 —        $1,200.00
ene/2013 - dic/2013 —        $1,200.00
ene/2014 - dic/2014 —        $1,200.00
ene/2015 - sept/2015 —       $900.00

Total                         $15,900.00

② Ley 109 del 8 julio de/ 2008.
aumento de $150.00.

8 julio 2008 — dic 2008 $900.00
ene 2009 — dic 2009 $1800.00
ene 2010 — dic 2010 $1800.00
ene 2011 — dic 2011 $1800.00
ene 2012 — dic 2012 $1800.00
ene 2013 — dic 2013 $1,800.00
ene 2014 — dic 2014 $1,800.00
ene 2015 — sept 2015 $1,350.00

Total $13,050.00

③ El Sistema del Retiro de Maestros.

3% de aumento cada 3 años.

Me Retire 30 de septiembre de 2015.

Cumplí los 3 años de retirada 30 de septiembre de 2018.

Mi aumento será de $61.42.

Octubre 2018 — enero 2020

Su deuda será de $982.72

4) Ley 161

Diciembre 24-2013

Efectiva 1 de julio de 2014, aumento de $25.00 hasta el 1 de julio de 2023.

1/julio/2015 — $25.00
1/agosto/2015 — $25.00
septiembre 2015 — $25.00

Total $75.00

① Bey 96 — $15,900.00

② Bey 109 — $13,050.00

③ 3% del Astero → $982.72
hasta enero 2020

④ Bey 161 → 75.00

---

Total            $30,007.72

# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

ÁNGELA L VELÁZQUEZ ARROYO
HC 2 BOX 5846
PEÑUELAS PR  00624

# C E R T I F I C A C I Ó N

Certifico que el (la) profesor (a), **Ángela L. Velázquez Arroyo**, es pensionado (a) del Sistema de Retiro para Maestros, desde el **1 de octubre de 2015**. Recibe una pensión mensual de **$2,047.50** equivalente a **$24,570.00** anual. Luego de las deducciones a su pensión recibe un neto mensual de **$1,698.04** equivalente a **$20,376.48**.

Esta certificación se expide hoy **6 de febrero de 2019**, en San Juan, Puerto Rico.

Cynthia Sanjurjo Santos
Supervisora
Centro de Contacto

sba



235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918
P.O. Box 191879 · San Juan PR 00919-1879

787.777.1414    787.759.2882    www.srm.pr.gov



# DEPARTAMENTO DE EDUCACION
Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

7 de febrero de 2019

## CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | ANGELA L. VELAZQUEZ ARROYO |
| Seguro Social | : | |
| Categoría | : | MA. EDUC. SEC (MATEMATICAS) |
| Distrito Escolar | : | PONCE II |
| Sueldo Mensual | : | $2,730.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 30 de septiembre de 2015 |
| Otros | : | Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de (30) años. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

# DEPARTAMENTO DE EDUCACIÓN
ESTADO LIBRE ASOCIADO DE PUERTO RICO

# Certificado Vitalicio
## El Secretario de Educación

Por la presente confiere a

__ANGELA IJITSA VELAZQUEZ ARROYO__

El presente Certificado de Maestro que lo faculta para ejercer como

__MAESTRA DE ESCUELA SECUNDARIA__
(Matemáticas)

en las escuelas públicas o privadas del Estado Libre Asociado de Puerto Rico.

Expedido el __6 de octubre__ de 19 __93__.

Dado en San Juan de Puerto Rico, el __8 de octubre__ de 19 __93__.

_____
Secretario de Educación

Número 530

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Velazquez Arroyo, Angela Luisa | 85046 | 6/22/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Velazquez Arroyo, Angela Luisa | 85046 | 6/22/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamacion tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

***CUST PR 1845 SRF 38154 PackID: 706 MMLID: 1694214 SVC: 118th Omni
Velazquez Arroyo, Angela Luisa
#41 Calle Pilar Bo.
Santo Domingo
HC-02 Box 5846
Penuelas, PR 00624