De: Angela A. Velaz
HC-02 Box 5076
Peñuelas, P.R. 00624

RECEIVED & FILED
2020 FEB 18 PM 4: 39
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN, PR

RETURN RECEIPT
REQUESTED

RETURN RECEIPT
REQUESTED

Para: Secretaria (Clerk's Office)
Tribunal de Distrito de los
Estados Unidos.
# 150 Chardon Avenue
Federal Building
San Juan (Puerto Rico)
00918