Sra. Iraida [illegible] González
Urb. Valle Verde
D-10 Calle 4
San Germán, P.R. 00683




RETURN RECEIPT REQUESTED

Secretaria (Clerk's Office)
Tribunal de Distrito de los E.
#150 Chardón Avenue
Federal Building
San Juan, P.R. 00918

RECEIVED & FILED
2020 FEB 18 PM 4:39
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR