11 de febrero de 2020

Atención:

Secretaria del Tribunal de San Juan

Abogado de la Junta de Supervisión

Abogado del Comité de Acreedores

Por este medio yo, Luz Eneida Vázquez, maestra retirada del Departamento de educación del estado Libre asociado de Puerto Rico, con número de caso 17BK 03283-LTS y con la reclamación 140795 procesado a contestar su misiva sobre falta de evidencias en mi reclamación. Por espacio de treinta años y tres meses, me desempeñe como maestra de dicho departamento. No me beneficie de todos los beneficios que fueron otorgados. Beneficios tales como el paso por paso y el 3%. Una de las leyes que nos cobija es la Ley 89-1979, conocida como la Ley de Retribución Uniforme. Gracias por la atención prestada a este asunto. Quedo de ustedes muy agradecida:

Luz Eneida Vázquez Vázquez

Maestra Retirada del D. E.

De Puerto Rico

Caso: 17BK 03283-LTS

Reclamación: 140793



Reclamante: Luz Eneida Vázquez Vázquez

# INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

### Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación. Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### Cuestionario

1. **¿Cuál es el fundamento de su reclamación?**

    - ☑ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este
    - ☐ Empleo actual o anterior en el gobierno de Puerto Rico
    - ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

    _____

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**

    $15,000

Número de Evidencia de Reclamación: _____
Reclamante: Luz Eneida Vázquez Vázquez

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?

   ☐ No. *Pase a la Pregunta 4.*

   ☑ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó: Departamento de Educación del Estado Libre Asociado de P.R.

3(b). Identifique las fechas de su empleo con relación a su reclamación: 2,000 - 2012

3(c). Últimos cuatro dígitos de su número de seguro social: 8925

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):

   ☐ Jubilación
   ☑ Salarios impagos
   ☐ Días por enfermedad
   ☐ Queja con el sindicato
   ☐ Vacaciones
   ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

   Pasos por servicios, ley 89-1979

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?

   ☐ No.

   ☑ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción. Departamento de Educación de Puerto Rico

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución: Tribunal de Distrito de los E.U. - Para Distrito de Puerto Rico Prime Clerk, LLC - 850 Third Avenue, Suite 412 - Brooklyn N.Y.

4(c). Número de caso: 17 BK 03283- LTS

4(d). Título, epígrafe, o nombre del caso: Promesa Título III

2

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):

<u>Pendiente de resolucion</u>

4(f). ¿Tiene usted una sentencia impaga? Sí / (No) (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?

_____

3

RECEIVED & FILED

2020 FEB 14 PM 3:05

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaria
Tribunal de Distrito de Los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico
00918-17

Réplica a la Objeción global

(i) Datos de contacto. Nombre: Angelina Torres Rivera
Dirección: 2nda. Ext. Punto Oro # 6760 Ave. Interior Ponce, PR 00728-2423
Número de teléfono: 1(774)318-8535.
Dirección de correo electrónico: lena4629t@gmail.com

(ii) Epígrafe. Nombre del Tribunal: Tribunal de Distrito de los Estados Unidos
Nombre de los Deudores: Estado Libre Asociado de Puerto Rico y otros,
Título de la Objeción global: Titulo III (PROMESA)
Números de las evidencias de reclamos de Prime Clerk: 137013.

(iii) Motivos para oponerse a la Objeción global: Fui empleada del Gobierno de Puerto Rico, bajo el Estado Libre Asociado de Puerto Rico y por consiguiente tengo el derecho de reclamar los aumentos que fueron aprobados por el Gobierno y no se adjudicaron a los empleados para aquel entonces. Me opongo a la Objeción global ya que ha sido un proceso arbitrario que no permite que se trate con justicia al empleado gubernamental y que tampoco nos ha tratado con respeto. Gracias por la oportunidad concedida para expresarnos. El reclamo está relacionado con un empleo anterior en el gobierno de Puerto Rico.

(iv) Documentación justificativa:
Fundamento de la reclamación: Una acción legal pendiente de resolución.
Departamento en el que trabajé: Departamento de Salud.
Fechas de mi empleo con relación a la reclamación: 1989-2000.
Naturaleza de las reclamaciones de empleo: salarios impagos
Estado del caso: Pendiente de resolución.
Sentencia impaga
Monto de la sentencia

Ley 1 de julio de 1996. $70.00 mensuales al 30 de junio de 1995. $50.00 mensuales sobre el sueldo al 30 de junio de 1996.

Total monto de sentencia: $3,240.00



Angelina Torres Rivera
inda. Ext. Punto Oro
#2760 Ave. Interior
Ponce, P.R.
00728-2423

RECEIVED &
2020 FEB 14 PM 3:05
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

SAN JUAN PR 009
13 FEB 2020 PM 2 L

USA FOREVER