Mayra Rivera Aponte 14 Febrero 2020

Parcelas Jagueyes, casa 61 Villalba
Puerto Rico 00766
Tel. 787-390-2186
correo electrónico- mayrara1111@gmail.com

A- Tribunal de Distrito de los Estados Unidos

B- Estado Libre Asociado de Puerto Rico

C- 17 BK-3283-LTS

D- Centésima Décima Quinta Objeción Global

E- Comenze a trabajar 1-Noviembre-1994 a un continuo trabajando en el Centro de tratamiento Villalba - Tel. 787-847-5000

Reclamo
① Ley 89 - 7-Julio-1979 (Romerano)
② Ley 96 - 1-Julio-2002 (costo de vida)
③ Ley 140 - 2008-2016 (Obama)
④ El Quinquenio - horas extras y tiempo no computerizado.

