## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

Orden

NOMBRE: MAYRA I RIVERA APONTE
IDENTIFICACION:
PERIODO QUE TERMINA EN: 30 1194
NUMERO DE COMPROBANTE: 314924
NUMERO DE CHEQUE: 548353098

**DEDUCCIONES**

| ESPECIFICAS | | | | | MISCELANEAS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS AHORROS / SEGURO | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |

ACUMULADO DURANTE EL AÑO NATURAL:
| 6065 | 6656 | | | | | | | | | |

MES CORRIENTE:
| 6065 | 6656 | | | | | | | | | |

| 87000 | 87000 | 87000 | 87000 | 00 | 12721 | 74279 |
|---|---|---|---|---|---|---|
| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ra QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |

ACUMULADO DURANTE EL AÑO NATURAL | MES CORRIENTE

VEASE CLAVES AL DORSO

---

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

NOMBRE: MAYRA I RIVERA APONTE
IDENTIFICACION:
PERIODO QUE TERMINA EN: 28 0295
NUMERO DE COMPROBANTE: 324713
NUMERO DE CHEQUE: 553583079

**DEDUCCIONES**

| ESPECIFICAS | | | | | MISCELANEAS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS AHORROS / SEGURO | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |

ACUMULADO DURANTE EL AÑO NATURAL:
| 12130 | 13312 | | | | | | | | | |

MES CORRIENTE:
| 6065 | 6656 | 11500 | | | | | | | | |

| 174000 | 174000 | 87000 | 87000 | 31300 | 24221 | 31479 |
|---|---|---|---|---|---|---|
| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ra QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |

ACUMULADO DURANTE EL AÑO NATURAL | MES CORRIENTE

VEASE CLAVES AL DORSO

---

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

NOMBRE: MAYRA I RIVERA APONTE
IDENTIFICACION:
PERIODO QUE TERMINA EN: 29 0296
NUMERO DE COMPROBANTE: 365345
NUMERO DE CHEQUE: 574222086

**DEDUCCIONES**

| ESPECIFICAS | | | | | MISCELANEAS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS AHORROS / SEGURO | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |

ACUMULADO DURANTE EL AÑO NATURAL:
| 14500 | 16202 | | | | | | | | | |

MES CORRIENTE:
| 7250 | 8101 | | | | | | | | | |

| 211800 | 211800 | 105900 | 105900 | 45200 | 15351 | 45349 |
|---|---|---|---|---|---|---|
| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ra QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |

ACUMULADO DURANTE EL AÑO NATURAL | MES CORRIENTE

VEASE CLAVES AL DORSO

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Rivera Aponte, Mayra | 12778 | 5/10/2018 | Commonwealth of Puerto Rico | $13,200.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Rivera Aponte, Mayra | 12778 | 5/10/2018 | Commonwealth of Puerto Rico | $13,200.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.  **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m.  (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.  **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

*[Signature: Mayra Rivera Aponte]*

000f