Mayra Rivera Aponte
Parcelas Jaguëyes
Casa # 61 Villalba PR
00766

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan Puerto Rico 00918-1767

U.S. POSTAGE PAID
FCM LETTER
VILLALBA, PR
00766
FEB 14, 20
AMOUNT
$3.55
R2305H127764-01

RECEIVED & FILED
FEB 18 PM 4:39
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

7018 2290 0000 2774 2351
CERTIFIED MAIL