6 DE FEBRERO DE 2020



DAMIAN STRIKER MENDEZ

BOX. 7867 PONCE

PUERTO RICO, 00732

lmvs22@gmail.com

Secretario (Clerks office)

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS

#150 CHARD ON AVENUE

FEDERAL BUILDING

SAN JUAN (PUERTO RICO) 00918

PROMESA TITULO III

DEUDOR- COMMONWEALTH OF PUERTO RICO

THE FINANCIAL OVERSIGHT AND MANAGEMENT BORAD FOR PUERTO RICO,

AS REPRESENTATIVE OF THE COMMONWEATH OF PUERTO RICO,ET.AL.

NUMERO DE PROCEDIMIENTO – 17-BK 3283- LTS

NUMERO DE PROCEDIMIENTO – 17–BK 3567

NUMERO DE PROCEDIMIENTO—17-BK 3566

NUMERO DE RECLAMACION - 105403

NOTIFICACION- LA PRESENTE RADICACION GUARDA RELACION CON EL ELA, LA ACT Y EL SRE

IDENTIFICADA LA RECLAMACION:

NOTIFICACION DE LA CENTESIMA QUINCUAGESIMA SEXTA OBJECION GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRASPORTACION DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A VARIOS RECLAMOS DEFICIENTES.

2-PAG.

EN LAS SIGUIENTES LEYES ESTAN DETALLADAS LAS REGLAMENTOS DE RETRIBUCIONES UNIFORME QUE NO SE ME HIZO JUSTICIA SALARIAL DESDE (3 DE AGOSTO DE 1992) TRABAJA COMO GUARDIA PENAL Y

DESDE EL 1 DE JULIO DE 2000 AL PRESENTE COMO LIDER CRECREATIVO EN EL DEPARTAMENTO DE CORRECCION DE PUERTO RICO.

NUMERO DE RECLAMACION – 105403

MONTO DE LA RECLAMACION ALEGADA CANTIDAD- $67,550.00 DOLARES

LEY DE RETRIBUCION UNIFORME Y EL REGLAMENTO DE RETRIBUCION UNIFORME:

LEY 89 – DEL 12 DE JUNIO DE 1979- (EL ROMERAZO) LEY FIRMADA POR EL HON. GOBERNADOR CARLOS ROMERO BARCELO **(AUMENTO DE $50.00 DOLARES POR MES) $16,200.00 DOLARES**

LEY 96 – DEL 1 JULIO DE 2002 – HON GOBERNADORA SILA MARIA CALDERON **(AUMENTO DE$100.00 DOLARES POR MES) EN VIGOR EL 30 DE JUNIO DE 2002. ($12,600.00) DEUDA**

LEY 164-2003- DEL 22 DE JULIO 2003 $100.00 DOLARES DE AUMENTO EFECTIVO EL 1RO DE ENERO DE 2004 – AUMENTO PASO POR MERITO, BONO DE PRODUCTIVIDAD **(DEUDA DE $20,400.00 DOLARES)**

RECLASIFICACION NO LA HAY DESDE EL AÑO 2000 HASTA EL PRESENTE

PAGO POR ALTO RIEGO – CONTACTO DIRECTO CON CONFINADOS SIENDO CIVIL, (RONDAS DE LA INSTITUCION)

LAS 480 HORAS Y LA I/2 HORA DE ALMUERZO POR 8 AÑOS EQUIVALE A 1,136 HORAS.

PASO POR MERITO CADA 5 AÑOS **(CADA PASO ES DE $50.00 DOLARES) CANTIDAD ($12,000.00) NO DEVENGADOS ART.6 – LOS AUMENTOS DE SUELDO CONCEDIDOS MEDIANTE ESTA LEY NO TIENE EL EFECTO DE INTERRUMPIR EL TIEMPO PARA SER ACREEDOR DE UN AUMENTO POR AÑOS DE SERVICIOS.**

ATTEM.
DAMIAN STRIKER MENDEZ