Damian Striker Mendez
P.O. Box 7867
Ponce, Puerto Rico, 00732

Secretaria (clerk's Office)
Tribunal de Distrito de Los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

**PRIORITY MAIL**

**FLAT RATE ENVELOPE**
ONE RATE ★ ANY WEIGHT*

**APPLY PRIORITY MAIL POSTAGE HERE**




U.S. POSTAGE PAID
PM 1-Day
PONCE, PR
00717
FEB 14, 20
AMOUNT
1005
00918
$7.75
R2304M113036-07

Ave. Carlos Chardon



EXPECTED DELIVERY DAY: 02/15/20
USPS TRACKING® NUMBER
9505 5127 1790 0045 4884 40

**EP14H July 2013 Outer Dimension: 10 x 5**







