15 de febrero de 2020

Abogado del Comité de Acreedores

Paul Hastings LLP

200 Park Avenue

Nueva York, Nueva York 10166

A/A: Luc A. Despins

James Bliss

James Worthington

G. Alexander Bongartz

RECEIVED & FILED
2020 FEB 18 PM 4: 36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

## Commonwealth of Puerto Rico (17-03283)

Case info  Docket  Claims  Presentar un reclamo

| Claim# | Creditor's name | Debtor name | Claim value |
|---|---|---|---|
| 116991 | Cruz Reyes, Ana F. | Commonwealth of Puerto Rico (Ley 89) | $31,800.00 aprox. |
| | Cruz Reyes, Ana F. | Commonwealth of Puerto Rico (Ley 96) | $4,800.00 aprox |
| | Cruz Reyes, Ana F. | Commonwealth of Puerto Rico (Retiro de PR) | *$2,100 aprox |

*El Sistema de Retiro de Maestros no contabilizó los aumentos adeudados por el Gobierno de PR para asignar la cantidad de pensión a recibirse desde Diciembre de 2006.

Febrero 15, 2020

A quien pueda interesar:

Certifico por este medio mi información personal:

Nombre complete : Ana F. Cruz-Reyes

Direccion Residencial:

Urb. Sierra Bayamon

45-18    42 St.

Bayamon, PR.  00961

Telefono celular:  787-370-1811

Correo electrónico:  cruzreyesana@gmail.com

Doy fe de lo antes expuesto.

Cordialmente,

Ana F. Cruz-Reyes

*Ana F. Cruz-Reyes* ACR

RECEIVED & FILED
2020 FEB 18 PM 4: 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Febrero 15, 2020

A quien pueda interesar :

Por este medio deseo informar y confirmar que trabajé como maestra de Matemática secundaria del Depto. de Educacíon de PR desde el 3 de agosto de 1973 hasta el 21 de diciembre de 2006 para un total de 33 años, 1 mes, 3 semanas. Por tal razón, me aplica la Ley 89 de empleados públicos.

Doy fe de lo antes expuesto.

Cordialmente,

*Ana F. Cruz-Reyes* ASCR

Nombre: Ana F. Cruz-Reyes

Direccion residencial:

Urb. Sierra Bayamon

45-18   42 St.

Bayamon, PR. 00961

Telefono Celular: 787-370-1811

Correo electronico: cruzreyesana@gmail.com

February 15, 2020

To whom it may concern:

I certify the following personal information:

Name: Ana F. Cruz-Reyes

Residential Address:

Urb. Sierra Bayamon

45-18    42 St.

Bayamon, PR.  00961

Cell Phone:  787-370-1811

E mail:  cruzreyesana@gmail.com

Cordially,

Ana F. Cruz-Reyes

*Ana F. Cruz-Reyes*  *[signature]*

February 15, 2020

To whom it may concern:

I hereby wish to inform you that I have worked as a secondary Math teacher in the PR Department of Education from August 3, 1973 until December 21, 2006 for a total of 33 years, 1 months and

3 weeks. During the administration of Governor Carlos Romero Barcelo, a salary increase of $100 per month was approved. I was active when Law 89 of July12 of 1979 was passed, that is, LEPRA 760 of Uniform Compensation and Law 96 of public employees for the amount of $100 per month. This increase was not made.

Cordially,

Ana F. Cruz-Reyes

*Ana F. Cruz-Reyes*

Name: Ana F. Cruz-Reyes

Residential Address:

Urb. Sierra Bayamon

45-18   42 St.

Bayamon, PR.  00961

Cell Phone:  787-370-1811

E mail: cruzreyesana@gmail.com