

**Estado Libre Asociado de Puerto Rico**
**Sistema de Retiro para Maestros**

CERTIFICACIÓN AÑOS DE SERVICIO Y EDAD

30 de octubre de 2006

SRA MATILDE PEDRAZA
SECCION NOMBRAMIENTOS Y CAMBIOS
DEPARTAMENTO DE EDUCACIÓN

**Prof: Ana F. Cruz Reyes**
**Seguro Social:**

El (La) profesor (a) de referencia ha radicado una Solicitud de Retiro por la Ley Núm. 91 del 29 de marzo de 2004 (Ley del Sistema de Retiro para Maestros del Estado Libre Asociado de Puerto Rico.
[ X ]  **Años de Servicio y Edad**     [ ] Edad     [ ] Diferida     [ ]Suplementaria
Al **25 de septiembre de 2006**, ( fecha en que piensa renunciar), **(fecha de su última aportación recibida)**
[ X ] **cualifica** [ ] no cualifica,  **para acogerse a la jubilación, y tienen el siguiente tiempo:**

| AÑOS | MESES | SEMANAS | DÍAS | EDAD |
|---|---|---|---|---|
| 33 | 1 | 3 | 1½ | 54 |

Los pagos pendientes no están considerados en esta certificación. Los mismos son:
  [ ] Reconocimiento de Tiempo
  [ ] Diferencia en Por Ciento por Transferencia Recibida
  [ ] Reembolso de Cuotas
  [X] No aplica

**De cualificar para pensión y tener menos de 30 años de servicios cotizados, cualifica para una pensión calculada al 1.8 porciento del promedio de los 36 salarios más altos, multiplicado por el tiempo cotizado.**

**El tiempo certificado puede variar, de encontrarse diferencias en el Informe de Cambio enviado por el Departamento de Educación u otras Instituciones Gubernamentales y de existir anulaciones futuras entre cuentas que afecten las Aportaciones del Sistema. Deberá permanecer cotizando en nuestro Sistema hasta la fecha que proyecta retirarse.**

**Las Pólizas de Salud y Planes Médicos deben ser pagados directamente a las aseguradoras hasta tanto sometan las autorizaciones de descuentos para tramitar en su pensión.**

**Todas las aportaciones deben estar en el sistema al momento de procesar su pensión.**

Cordialmente,

Irma García Hernández
Directora
Area Servicios de Retiro

Giovanni Mercado Reyes
Oficial Servicios de Retiro

FELD/ebc

CF: PROF: Ana F. Cruz Reyes
    BUEN SAMARITANO
    1 CALLE DELICIAS
    GUAYNABO PR 00966



**Estado Libre Asociado de Puerto Rico**
**Sistema de Retiro para Maestros**

16 de febrero de 2007

PROF ANA F CRUZ REYES
URB BUEN SAMARITANO
1 CALLE DELICIAS
GUAYNABO  PR          00966

CASO: **1054**

Profesora **Cruz Reyes**:                                              SS:

Nos referimos a su Solicitud de Retiro por **Años de Servicios**. La misma fue atendida a tono con las disposiciones de la **Ley 91**, aprobada el **29** de **marzo** de **2004**. Su retiro fue efectivo el **21 de diciembre de 2006** y recibirá una renta mensual de **$2,077.50**.

Le informamos que usted puede autorizar al Sistema de Retiro para Maestros a descontar de su pensión, determinada cantidad para pagar compromisos contraídos, tales como; seguro médico de su preferencia u otras deducciones permitidas por ley.

Si usted no se encuentra conforme con la presente determinación podrá radicar una Solicitud de Apelación directamente a la Junta de Síndicos del SRM.

**Apelación a la Junta de Síndicos del SRM**: La parte afectada podrá, dentro del término de treinta (30) días a partir de la notificación de la determinación del Director o su representante, o luego de denegada o no actuando sobre la solicitud de reconsideración, presentar un Escrito de Apelación ante la Junta de Síndicos del SRM.

Dicha solicitud puede ser radicada personalmente o enviada por correo. La parte afectada puede radicar directamente una apelación ante la Junta de Síndicos sin tener la obligación de seguir el procedimiento de reconsideración ante el Director Ejecutivo.

Radicaciones:
Reconsideraciones ante el Director Ejecutivo del SRM.
**Dirección Física**

Oficina Ejecutiva – Piso 8
Capital Center, Torre Norte
235 Ave Arterial Hostos
Hato Rey, PR

**Dirección Postal**

Director Ejecutivo SRM
PO Box 191879
Hato Rey  PR   00919-1879

**Apelaciones ante la Junta de Síndicos del SRM:**

Dirección Física

Secretaría Junta de Síndicos–
Piso 8, Capital Center, Torre Norte
235 Ave Arterial Hostos
Hato Rey, PR

PO Box 191879 San Juan, PR 00919-1879  Teléfonos (787) 754-8611 ó 1-877-JRETIRO (573-8476)
http://www.jrm.gobierno.pr   E-mail: consulta@jrm.gobierno.pr

IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Cruz Reyes, Ana F. | 116991 | 6/28/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Cruz Reyes, Ana F. | 116991 | 6/28/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**