From: Ana F. Cruz Reyes
Urb. Sierra Bayamón
45-18  42 St.
Bayamón, P.R. 00961



CERTIFIED MAIL

7019 0140 0000 0583 6493

RECEIVED & FILED
2020 FEB 18 PM 4: 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaria Clerk office
Tribunal de Distrito de los Estados Unidos
Room 150  Federal Building
San Juan, (Puerto Rico) 00918-1767