Forte de Vega Serrana
P O-Box 7867
Ponce, Puerto Rico
00732

RECEIVED & FILED
2020 FEB 18  PM 4: 38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P R

Secretaria (clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767