February 15, 2020

Secretariat (Clerk Office)

United States District Court

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767

To whom it may concern,

I hereby wish to inform that I worked as a secondary English teacher in the PR Department of Education from November 13, 1975 until July 28, 2007 for a total of 30 years, 11 months and 1 week. During the administration of Governor Carlos Romero Barceló, a salary increase of $ 100.00 per month was approved. I was active when Law 89 of July 12 of 1979 was passed, that is LEPRA 760 of Uniform Compensation and Law 96 of public employees for the amount of $100.00 per month. This increase was not made.

Sincerely,

*Norma I. Llera* (signature)

Name: Norma I. Llera-Rodríguez

February 15, 2020

Secretariat (Clerk Office)

United States District Court

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767

To whom it may concern,

I certify the following personal information:

Name: Norma I. Llera- Rodríguez

Home address: Sierra Bayamón, 45-18-42nd. St., Bayamón, PR

Postal address: Sierra Bayamón, 45-18-42nd. St., Bayamón, PR 00961

Home Phone: 787-778-2926 Cell Phone: 787-667-5556

E-mail: noririsl@yahoo.com

Cordially,

*[signature: Norma I. Llera]*

Norma I. Llera- Rodríguez

31 de enero de, 2020

Secretaría (Clerk Office)

Tribunal de Distrito de los Estados Unidos

Room 150 Federal Building

San Juan (Puerto Rico) 00918-1767

RECEIVED & FILED

2020 FEB 18 PM 4: 36

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

A quién pueda interesar,

Por este medio deseo informar que trabajé como maestra de inglés secundario del Departamento de Educación de PR desde el 13 de noviembre de 1975 hasta el 28 de julio de 2007 para un total de 30 años , 11 meses y 1 semana. Durante la administración del gobernador Carlos Romero Barceló se aprobó un aumento salarial de $100.00 mensuales. Estaba activa cuando se aprobó la Ley 89 de julio 12 de 1979, o sea LEPRA 760 de Retribución uniforme y la Ley 96 de empleados públicos por la cantidad e $100.00 mensuales. Dicho aumento no se realizó.

Atentamente,

*[signature]*

Nombre: Norma I. Llera-Rodríguez

31 de enero de 2020

Secretaría (Clerk Office)

Tribunal de Distrito de los Estados Unidos

Room 150 Federal Building

San Juan (Puerto Rico) 00918-1767

A quién pueda interesar

Certifico la siguiente información personal:

Nombre: Norma I. Llera-Rodríguez

Dirección Residencial: Urb. Sierra Bayamón, 45-18 calle 42, Bayamón, PR

Dirección Postal: Urb. Sierra Bayamón, 45-18 calle 42, Bayamón, PR 00961

Tel. Residencial: 787-778-2926 Tel. Celular 787-667-5556

E-mail: noririsl@yahoo.com

Norma I Llera-Rodríguez

IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Llera Rodriguez Norma I | 109500 | 6/26/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Llera Rodriguez Norma I | 97355 | 6/26/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Llera Rodriguez Norma I | 127138 | 6/28/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico | | | |



## CERTIFICACIÓN AÑOS DE SERVICIO Y EDAD

30 de abril de 2007

SRA MATILDE PEDRAZA
SECCION DE NOMBRAMIENTOS Y CAMBIOS
DEPARTAMENTO DE EDUCACIÓN

Prof: Norma I. Llera Rodríguez

El (La) profesor (a) de referencia ha radicado una Solicitud de Retiro por la Ley Núm. 91 del 29 de marzo de 2004 ( Ley del Sistema de Retiro para Maestros del Estado Libre Asociado de Puerto Rico)
[ X ] Años de Servicio   [ ] Edad   [ ] Diferida   [ ]Suplementaria
Al __2 de abril de 2007__ ( fecha en que piensa renunciar) (fecha de su última cotización recibida)
[ X ] cualifica [ ] no cualifica, para acogerse a la jubilación, y tienen el siguiente tiempo:

| AÑOS | MESES | SEMANAS | DÍAS | EDAD |
|------|-------|---------|------|------|
| 30 | 11 | 1 | - | 54 |

Los pagos pendientes no están considerados en esta certificación. Los mismos son:
[ ] Reconocimiento de Tiempo
[ ] Diferencia en Por Ciento por Transferencia Recibida
[ ] Reembolso de Cuotas
[ X ] No aplica

De cualificar para pensión y tener menos de 30 años de servicios cotizados, cualifica para una pensión calculada al 1.8 por ciento del promedio de los 36 salarios más altos, multiplicado por el tiempo cotizado.

El tiempo certificado puede variar, de encontrarse diferencias en el Informe de Cambio enviado por el Departamento de Educación u otras Instituciones Gubernamentales y de existir anulaciones futuras entre cuentas que afecten las Aportaciones del Sistema. Deberá permanecer cotizando en nuestro Sistema hasta la fecha que proyecta retirarse.

Las Pólizas de Salud y Planes Médicos deben ser pagados directamente a las aseguradoras hasta tanto sometan las autorizaciones de descuentos para tramitar en su pensión.
Todas las aportaciones deben estar en el sistema al momento de procesar su pensión.

Cordialmente,

Wanda G. Santiago López
Directora
Área Servicios de Retiro

Yolanda Cotto Ayala
Oficial Servicios de Retiro

FELD/ebc

CF: PROF: NORMA I. LLERA RODRÍGUEZ
SIERRA BAYAMÓN
45 18 CALLE 42
BAYAMÓN PR 00961

PO Box 191879 San Juan, PR 00919-1879 Teléfonos 1(787)754-8611 ó 1-877-JRETIRO (573-8476)
http://www.srm.gobierno.pr  E-mail: consulta@srm.gobierno.pr



**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

SRM-SB-024
Rev. marzo 2017

## CERTIFICACIÓN DE PENSIÓN

LLERA RODRIGUEZ, NORMA I
URB SIERRA BAYAMON
45-18 CALLE 42
BAYAMON PR 00961-4351

Certifico que LLERA RODRIGUEZ, NORMA I recibe de una pensión vitalicia del Sistema de Retiro para Maestros. La pensión mensual es de $2,006.16 equivalente a $24,073.92 anual. Luego de las deducciones recibe la cantidad de $1,968.70 mensual, equivalente a $23,624.40 anual.

Esta certificación se expide hoy 27 de enero de 2020.



Número de Certificación: SRM03P2000507

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Estado Libre Asociado de Puerto Rico: http://www.pr.gov o en nuestro Portal en http://www.srm.pr.gov

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918
P.O. Box 191879 · San Juan PR 00919-1879



☏ 787.777.1414   📠 787.759.2883   www.srm.pr.gov



20 de diciembre de 2007

PROF NORMA I LLERA RODRIGUEZ
URB SIERRA BAYAMON
4518 CALLE 42
BAYAMON PR  00961

CASO: 130-A

Profesora Llera Rodríguez:

Nos referimos a su Solicitud de Retiro por **Años de Servicio**. La misma fue atendida a tono con las disposiciones de la **Ley 91**, aprobada el **29 de marzo de 2004**. Su retiro fue efectivo el **28 de julio de 2007** y recibirá una renta mensual de **$ 2,006.15**.

Le informamos que usted puede autorizar al Sistema de Retiro para Maestros a descontar de su pensión, determinada cantidad para pagar compromisos contraídos, tales como; seguro médico de su preferencia u otras deducciones permitidas por ley.

Si usted no se encuentra conforme con la presente determinación podrá radicar dentro del término de 30 días a partir de la notificación de la determinación del Director o su representante, un Escrito de Apelación ante la Junta de Síndicos del SRM. Dicha solicitud puede ser radicada personalmente o enviada por correo.

Radicaciones

Dirección Física: Secretaría Junta de Síndicos, Piso 8, Capital Center, Torre Norte 235 Ave Arterial Hostos, Hato Rey, PR

Dirección Postal: Secretaría Junta de Síndicos, Piso 8, PO Box 191879, Hato Rey PR 00919-1879

En las radicaciones por correo, el matasellos debe mostrar que la misma fue cursada dentro del término establecido. Todos los términos mencionados en los incisos para apelar o solicitar reconsideración son en días naturales. El procedimiento de apelación se rige por el Reglamento 7053 de 15 de noviembre de 2005.

Le advertimos que cualquier gestión, comunicación o trámite que efectúe con el Sistema de Retiro para Maestros distinto a los escritos antes mencionados, no interrumpe los términos que usted dispone para ejercer su derecho de apelación.

Se incluye información de interés para los maestros pensionados.

Cordialmente,

Wanda G. Santiago López
Directora Área Servicios de Retiro

NPA/agb

PO Box 191879 San Juan, PR 00919-1879  Teléfonos (787) 754-8611 ó 1-877-JRETIRO (573-8476)
http://www.jrm.gobierno.pr   E-mail: consulta@jrm.gobierno.pr

15 de febrero de 2020

Secretaría (Clerk Office)

Tribunal de Distrito de los Estados Unidos

Room 150 Federal Building

San Juan (Puerto Rico) 00918-1767

## Commonwealth of Puerto Rico (17-03283)

### Case info  Docket  Claims  Presentar un reclamo

| Schedule | Claim# | Creditor's name | Debtor name | Claim value |
|---|---|---|---|---|
| 824511 | 97355 | Llera Rodríguez, Norma I | Commonwealth of Puerto Rico | $33,600.00 aprox. |
| 670699 Norma I | 109500 | Llera Rodríguez, | Commonwealth of Puerto Rico | $12,700.00+- |
| 670699 | 127138 | Llera Rodríguez, Norma I | Commonwealth of Puerto Rico | *$2,332.00+- |

*El Sistema de Retiro de Maestros no contabilizó los aumentos adeudados por el Gobierno de PR para asignar la cantidad de pension a recibir.

Norma Llera
Urb Sierra Bayamon
45-18 Calle 42
Bayamon, PR 00961



USPS POSTAGE
02 1P  $ 004.75⁰
0001924212  FEB 14 2020
MAILED FROM ZIP CODE 00961

Secretaría (Clerk Office)

Tribunal de Distrito de los Estados Unidos

Room 150 Federal Building

San Juan (Puerto Rico) 00918-1767,

RECEIVED & FILED
2020 FEB 18 PM 4: 36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR



7019 0140 0000 0583 6400
CERTIFIED MAIL