**Datos de contacto del demandante:**

**Nombre:** Rafael Á. Rivera Figueroa

**Dirección:** Urb. Valle Tolima F 25 Ricky Seda Caguas, P.R. 00727-2364

**Número de teléfono:** (787) 779-9334

**Correo electrónico:** rafaelangel_04@yahoo.com

RECEIVED & FILED
2020 FEB 18 PM 4: 38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Epígrafe:**

**Nombre del Tribunal:** Tribunal de Distrito de Estados Unidos, Distrito de Puerto Rico

**Nombre del Deudor:** Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico

**Número de Procedimiento:** 17 BK 3283-LTS

**Título de la Objeción global:** Centésima Trigésima Primera Objeción Global (No Sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado del Gobierno de Puerto Rico a Reclamos Deficientes en los que se alegan intereses sobre la base de las reivindicaciones salariales, laborales o servicios prestados

**Número de la evidencia de reclamo relacionado de Prime Clerk:** 138038

**Motivo de oposición a la Objeción Global:**

Ingresé el 1ro de septiembre de 2000 a trabajar a la Oficina del Contralor de Puerto Rico.

Desde el mismo 1ro de septiembre de 2000 comencé a realizar aportaciones al Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado del Gobierno de Puerto Rico.

Al 14 de junio de 2018, fecha que se sometió la reclamación, el monto de dichas aportaciones acumuladas totalizaba $64,429.29.

Por todo lo anterior, tengo un reclamo válido sobre dichas aportaciones contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado del Gobierno de Puerto Rico

**Documentación Justificativa:**

Certificación de Balances de Aportaciones

Estado de Cuenta Estimado

Rafael C. Rivera Jr.
Firma

14 de febrero de 2020
Fecha