GOBIERNO DE PUERTO RICO

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: RAFAEL RIVERA FIGUEROA**                                      Seguro Social: XXX-XX-0718

URB VALLE TOLIMA

F-25 CALLE RICKY SEDA

CAGUAS, PR 00727

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas
computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a
ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de
que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de
Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | OFICINA DEL CONTRALOR |
| Años de Servicio: | 16.11 |
| Balance de Aportaciones: | $64,429.29 |

Esta certificación fue emitida el 12 de febrero de 2020.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de
información faltante o suministrada por el Patrono.

Número de Certificación: ASR2020021247094732

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico
http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov



**GOBIERNO DE PUERTO RICO**

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

12 de febrero de 2020

### Agencia: 114 - OFICINA DEL CONTRALOR

RAFAEL RIVERA FIGUEROA                                    **Seguro Social: XXX-XX-0718**
URB VALLE TOLIMA
F-25 CALLE RICKY SEDA
CAGUAS, PR 00727 2364

A base de la información en nuestros registros, al 12 de febrero de 2020 usted posee:

**Fecha de Nacimiento:**                                    **Género: Masculino**

**Fecha de Ingreso al Servicio Público: 01 de septiembre de 2000**

**Fecha de Comienzo de Cotización: 01 de septiembre de 2000**

| *Ley Anterior al 30 de junio de 2013* | | |
|---|---|---|
| Años Acreditados: | 12.11 | |
| Aportaciones: | | $35,381.15 |
| Intereses: | | $3,495.59 |
| Gastos Teneduría: | | ($75.47) |
| Total Aportaciones: | | $38,876.74 |
| SNC Pagado: | | $0.00 |
| SNC Tiempo: | 0.00 | |
| Beneficio: | | $0.00 |

| *Ley 3 al 30 de junio de 2017* | | |
|---|---|---|
| Tiempo Trabajado: | 16.11 | |
| Aportaciones: | | $55,154.27 |
| Intereses: | | $9,127.55 |
| Gastos Teneduría: | | $0.00 |
| Total Aportaciones: | | $64,281.82 |
| Beneficio: | | $0.00 |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,

Unidad de Estado de Cuenta
Área de Participantes

