**From:** Rafael Rivera Figueroa
Valle Tolima
F25 Ricky Sede
Caguas P.R 00727-2364

7018 3090 0001 2435 8362

U.S. POSTAGE PAID
FCM LETTER
SAN JUAN, PR
00936
FEB 14, 20
AMOUNT
$6.95
R2304E105350-95

RECEIVED & FILED
2020 FEB 18 PM 4: 38
CLERK'S OFFICE

ReadyPost

**To:** Secretaria Clerk's Office
Tribunal Distrito de los EUA
Room 150 Federal Building
San Juan P.R 00918-1767