Claimant: Laura E. Piñeiro Mercado
Box 126, Angeles, P.R 00611
Tel. 939-240-3574    787-202-0179
elenipm@yahoo.com

RECEIVED & FILED
2020 FEB 18 PM 4: 38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

Tribunal de Distrito de Los Estados Unidos
Para el Distrito de Puerto Rico
Centésima Quincuagésima Objeción Global
Del Estado Libre Asociado de Puerto Rico

Debtors: Estado Libre Asociado de Puerto Rico
Gobierno de Puerto Rico
Departamento de Educación
No. 17 BK 3283-LTS

A quien pueda interesar:

Yo, Laura E. Piñeiro Mercado, quiero expresar que me opongo a la Objeción Global y que mi reclamación num. 151353 es válida y adjunto presento documentos que así lo demuestran.

Commencé a trabajar en el Departamento de Educación en el mes de agosto del año 1976 y me acogí al retiro el 31 de mayo del 2007. Durante ese tiempo, se aprobó la Ley 89 en julio del año 1979, concediendo un aumento salarial de $25.00 mensuales, efectivo a la aprobación de la misma. Este aumento nunca se me fue pagado por el patrono, lo que representa una deuda a mi favor de $8,075.00.

Además el 22 de julio del 2003 se aprobó la Ley 164, concediendo otro aumento salarial de $100.00 mensuales, efectivo el 1ro de enero del 2004, la cual tampoco fue honrada por el patrono lo que representa una deuda a mi favor a la fecha de mi retiro, el 31 de mayo de 2007, de $4,100.00.

En total, el Departamento de Educación, por las disposiciones establecidas en dichas leyes me adeuda la suma de $12,175.00.

Adjunto documentos que certifican la validez de estos reclamos.

Att.,

*Laura E. Piñeiro Mercado*
Laura E. Piñeiro Mercado

Reclamación #151353