

# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

6 de febrero de 2020

## CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | LAURA E. PINEIRO MERCADO |
| Seguro Social | : | |
| Categoría | : | M. EDUC. FAM. CONS. |
| Distrito Escolar | : | UTUADO_ |
| Sueldo Mensual | : | $2,505.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | Efectivo el 30 de mayo de 2007 |
| Renunció | : | Efectivo el 30 de mayo de 2007 |
| Otros | : | Presto servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 30 años, 7 meses y 2 semanas. Nuestro sistema de Recursos Humanos refleja que ocupó una plaza desde 08/10/1976. |

Candida R. Chico Montañez
Supervisora
Archivo Docente



## GOBIERNO DE PUERTO RICO
Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión del **Prof. Laura Pineiro Mercado**, con número de seguro social que termina en **8840**.

| | |
|---|---|
| Fecha de Efectividad de la Pensión | 31 de mayo de 2007 |
| Tiempo Cotizado para Pensión | 30 años, 3 meses, 0 sem, .5 días |
| Pensión mensual Inicial | $2,464.72 |
| Pensión Mensual Actual | $2,464.72 |

Esta certificación se expide hoy, **6 de febrero de 2020** en **San Juan, Puerto Rico**.

**Jorge Rohena Gotay**
**Supervisor**
**Área de Servicios de Retiro**

Modelo SC-1515 (IRM
14-mayo-71
Manual de Contabilidad

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**JUNTA DE RETIRO PARA MAESTROS**
**INFORME RENTA ANUAL VITALICIA**          9%=$221.82

| LAURA PINEIRO MERCADO | Núm. Reclamación 43305 | Sexo F |
|---|---|---|

**Tipo de Renta:**
- a- Años de Servicio y edad
  - Opcional    (X)
  - Obligatorio ( )
- b. Edad      ( )
- c- Incapacidad
  - Ocupacional      ( )
  - No Ocupacional   ( )
- d- Diferida        ( )

**Fecha de Nacimiento**
Año ___  Mes ___  Día ___

| Edad al Retirarse | Servicios Acreditados | Costo Anualidad | Fecha de Retiro |
|---|---|---|---|
| 51  11  04 | 30  3  -  ½ | $49,135.59 | 2007  5  30 |
| Años Meses Días | Años Meses Sem. Días | | Año Mes Día |

**Fecha de Efectividad**
2007  5  31
Año  Mes  Día

Retiro Ley Núm. **91DEL2004**

**Cómputo de la Renta Anual:**
a- Sueldo promedio mensual más alto durante TRES años consecutivos a **$2,464.72**          $1,848.54

.75 x 30 años

     (Por ciento)          (Tiempo Acreditado)

*En caso de renta anual diferida, ésta comenzará al cumplir la edad de _____

( ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años de edad

( ) o a opción en fecha posterior si al retirarse tiene 10 y menos de 25 años de servicios y menos de 60 años de edad

9 JUL 2007

b. Ajuste para llegar al Mínimo Establecido por ley 89

| Años de Servicio | Edad | Incapacidad Física | Diferido |
|---|---|---|---|
| $ _____ | $ _____ | $ _____ | $ _____ |

Diferencia Mínimo o Renta Sistema de Retiro

| Renta Mensual Vitalicia | $1,848.54 |
|---|---|
| Renta Anual Vitalicia | $22,182.48 |

Computado: Ana H Pérez Correa    Fecha 1/07/07
Cotejado: Ivonne L Ortiz Valladares    Fecha 7/17/07
Recomendado:
Aprobado:

| Gobierno de Puerto Rico | | | Grupo de Pago: | SM -Quincenal | Business Unit: PUERT | |
|---|---|---|---|---|---|---|
| 592 - SISTEMA DE RETIRO MAESTRO-PENS | | | Desde: | 12/16/2019 | Aviso #: | 5314511 |
| | | | Hasta: | 12/31/2019 | Fecha Aviso: | 12/30/2019 |

| LAURA PINEIRO MERCADO | # Empleado: | XXXXX8840 | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| PO BOX 126 | Dept: | 592160-ANOS SERVICIO LEY91 2004 | Estado Civil: | Married | Married |
| ANGELES PR 00611-0126 | Lugar: | A/OS SERVICIO LEY 91 | Concesiones: | 0 | 39 +99 |
| | Titulo: | Pensionado | Pct. Adcl.: | | |
| SS: XXX-XX-8840 | Sueldo: | $1,848.54 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS / IMPUESTOS

| | | Corriente | | Acumulado | | | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | | 924.27 | 1,957.50 | 22,182.48 | | | |
| Bono Navidad Pensionados | | | 0.00 | | 200.00 | | | |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 | | | |
| Total: | | | 924.27 | 1,957.50 | 22,482.48 | Total: | 0.00 | 0.00 |

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| | | | AE-Asoc Emp ELA-Prest Regular | 92.31 | 2,215.44 | SM-First Medical Health Plan | 100.00 | 1,200.00 |
| | | | SM-First Medical Health Plan | 62.00 | 1,458.00 | | | |
| | | | SC-TRIPLE-S VIDA INC | 14.25 | 342.00 | | | |
| | | | Ahorros-AEELA | 55.46 | 1,331.04 | | | |
| Total: | 0.00 | 0.00 | Total: | 224.02 | 5,346.48 | * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | | | | | |
|---|---|---|---|---|---|
| Corriente: | 924.27 | | 0.00 | 224.02 | 700.25 |
| Acumulado: | 22,482.48 | | 0.00 | 5,346.48 | 17,136.00 |

| PTO HORAS | ACUM | | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|
| Balance Inicial: | 0.0 | | Aviso #5314511 | 700.25 |
| + Acumulado: | | | | |
| - Utilizado: | | | Total: | 700.25 |
| - Donada: | | | | |
| + Ajustes: | | | | |
| Balance Final: | 0.0 | | | |

MENSAJE:

---

Gobierno de Puerto Rico
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
12/30/2019

Aviso No.
5314511

Cant. Deposito: $700.25

| DISTRIBUCION DE DEPOSITO DIRECTO | | |
|---|---|---|
| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| Checking | | $700.25 |