Laura [illegible]
Box 126
Angeles, P.R. 00611

7019 0140 0000 8690 9086



RECEIVED & FILED
2020 FEB 18 PM 4:38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaría (Clerk Office)
Tribunal de Distrito de los E.U.
Room 150 Federal Building
San Juan P.R. 00918-1767




U.S. POSTAGE PAID
FCM LETTER
UTUADO, PR
00641
FEB 15, 20
AMOUNT
$7.10
R2305K135436-07