UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
2020 FEB 18 PM 4: 36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

as representative of

THE COMMONWEALTH OF PUERTO RICO, et al.,
Debtors.

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

This filing relates to the Commonwealth, HTA, and ERS.

Yaritza Figueroa Rodríguez
PO Box 672
Sabana Grande, PR 00637
Bo. Santana La Máquina
Carr. 363 km 1.7 Interior
Sabana Grande, PR
787-458-4576

Claim # 38261
Date filed: 6/22/2018
Debtor: Commonwealth of Puerto Rico
Asserted Claim Amount: $30,000.00

Yo Yaritza Figueroa Rodríguez, certifico que trabajo en el Departamento de Educación de Puerto Rico desde el 11 de enero de 2007 hasta el presente. Es por esta razón que solicito los aumentos por mérito y salario establecidos en la Ley 158 (18 de julio de 1999 enmendada bajo la ley número 208 del 28 de agosto de 2002) y paralizados por la Ley 66 (17 de junio de 2014) y la Ley 3 (23 de enero de 2017). La legislación no aprobada por la crisis fiscal es un menoscabo de las leyes obrero patronales que el Departamento de Educación contrajo con el personal bajo la ley 158 y ley 208 debido a que el gobierno estaba mal administrado. Considero que me adeudan la cantidad de $30,000.00 aproximadamente.

Adjunto envío certificación de empleo del Departamento de Educación de Puerto Rico, incluyendo fecha de comienzo de empleo y salario actual mensual devengado.

La razón de que esta reclamación se somete luego del 29 de noviembre de 2019 es que aunque se recibió cercano a la fecha indicada para radicación, no tenía en mi poder las evidencias requeridas para justificar mi reclamo; dado a que dicha prueba documental era custodiada por la entidad pública a la que ejerzo funciones.

Certifico correcto,

*[signature]*
Yaritza Figueroa Rodríguez