Yaritza
PO Box
Sabana Grande PR 00637



7008 2810 0002 1236 8633

U.S. POSTAGE PAID
FCM LG ENV
MARICAO, PR
00606
FEB 14, 20
AMOUNT
$7.60
R2305K132730-03

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados
Room 150 Federal Building
San Juan PR 00918-1767

RECEIVED & FILED
2020 FEB 18 PM 4:36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR