# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Carmen E. Alsina Lopez**, con número de seguro social que termina en **6589**.

| | |
|---|---:|
| Fecha de Efectividad de la Pensión | 3 de agosto de 2019 |
| Tiempo Cotizado para la Pensión | 30 años, 2 mes, 2 sem., 0 días |
| Pensión Mensual Inicial | $2,457.50 |
| Pensión Mensual Actual | $2,457.50 |

Esta certificación se expide hoy, **11 de febrero de 2020** en **San Juan, Puerto Rico**.

**Edgardo J. Negrón Ramírez**
**Supervisor**
**Área de Servicios de Retiro**



235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

787.777.1414    787.764.6910    www.srm.pr.gov

| SHR_INOM_SRM | SISTEMA DE RETIRO PARA MAESTROS | 04-09-2019 |
|---|---|---|
| | Sistema de Aportaciones y Beneficios Integrados | 01:26:21 PM |
| | PAGO DE PENSION INGRESO A NOMINA | Página: 1 |

| SEGURO SOCIAL | | NUMERO CASO | 1067 |
|---|---|---|---|
| NOMBRE | CARMEN ALSINA LOPEZ | NUMERO SOLICITUD | 969605 |
| DIRECCIÓN | URB VILLA BLANCA | FECHA RADICACION | 27-08-2019 |
| | 6 CALLE ONICE | PENSION AÑOS DE SERVICIO 230 | |
| | CAGUAS, PR   00725 | FECHA NACIMIENTO | EDAD 55.32   SEXO F |

INGRESO A NOMINA: 30-09-2019
FECHA EFECTIVIDAD: 03-08-2019
SERVICIOS ACREDITADOS:   30   2   2   0
                          Años Meses Sem Días
COSTO ANUALIDAD:   $95,188.95
SALARIO PROMEDIO:   $3,276.67
RETROACTIVO:   03-08-2019   AL   15-09-2019
IMPORTE TOTAL (BRUTO)

|  | PAGO GLOBAL | MENSUAL | ANUAL |
|---|---|---|---|
|  | $3,488.01 | $2,457.50 | |
|  |  | $0.00 | |
| AUMENTO POR LEY: |  | $2,457.50 | |
|  | $3,488.01 |  | $29,490.00 |

| CONCEPTO | CLAVE | DESCUENTO | DESCUENTO |
|---|---|---|---|
| PENSION PAGADA | | $0.00 | $0.00 |
| PRESTAMOS: PERSONAL (PP ) | 47-000 | $0.00 | $0.00 |
| CULTURAL (PC ) | 45-000 | $0.00 | $0.00 |
| HIPOTECARIO (PH ) | 36-000 | $0.00 | $0.00 |
| FINANZAS | 67-059 | $0.00 | $0.00 |
| INSUFICIENCIA EN APORTACION | | $0.00 | $0.00 |
| APORT. IND. 9%  Cese:_____ | 26-001 | $0.00 | $0.00 |
| OTROS | | $0.00 | $0.00 |
| TOTAL DESCUENTO | | $0.00 | $0.00 |
| NETO | | $3,488.01 | $2,457.50 |

BONOS   NAVIDAD (BNP): $0.00   VERANO (PBV): $0.00   MEDICAMENTO (PBM): $0.00

COMPUTADO POR: _____   FECHA: 4-Sep-19
INTERVENIDO POR: _____   FECHA: _____
SUPERVISOR (PENSIONES): _____   FECHA: 6-sep-19
DIRECTOR: _____   FECHA: 6-Sep-19
INGRESADO A NOMINA POR:
  Mes: _____   ☐ 1ra ☒ 2da   FECHA: 9/9/19
PAGO GLOBAL POR:
  Mes: _____   ☐ 1ra ☐ 2da   ☐ Off Cycle   ☒ Pay Line   FECHA: 11/9/19
SUPERVISOR (NOMINA): _____   FECHA: 26-9-19

AREA DE BENEFICIOS Y SERVICIOS
DOCUMENTO PREINTERVENIDO
SEP 0 5 2019
Nombre: SANDRA L. MUÑOZ COLON
Firma: _____



# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

ATT: SRM

11 de febrero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | CARMEN E. ALSINA LOPEZ |
| Seguro Social | : | |
| Categoría | : | CONSEJERO ESCOLAR |
| Distrito Escolar | : | GURABO |
| Sueldo Mensual | : | $3,360.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 2 de agosto de 2019 |
| Otros | : | Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de (32) años y (5) meses. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.