Carmen Eneida Alsina Lopez
Calle Onice #6
Villa Blanca
Caguas, Puerto Rico 00725



U.S. POSTAGE PAID
FCM LETTER
CAGUAS, PR
00725
FEB 14, 20
AMOUNT
**$6.95**
R2304M115256-07

1000         00918



**CERTIFIED MAIL** ®

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7018 3090 0001 8047 7977

Clerk's Office
United States District Court
#150 Chardon Avenue
Federal Building
San Juan, Puerto Rico 00918

RECEIVED & FILED
2020 FEB 18 PM 4:38
SAN JUAN, P.R.

00918-170625