TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS

PARA EL DISTRITO DE PUERTO RICO

Número de caso: 52040

Nombre: Francisco Javier Rodríguez Vega

Dirección Postal: Urb. Del Carmen calle 4 #65 Juana Díaz Puerto Rico 00795

Correo Electrónico: fjrodrive@gmail.com

Epígrafe (titulo): Conmowealth of Puerto Rico

Nombre del Tribunal: Tribunal de Distrito de Estados Unidos Room 150 Federal Building San Juan, P.R 00918

Nombre de los deudores: Estado Libre Asociado de Puerto Rico

Número de Procedimiento: 17 BK 3283-LTS

Título de la objeción Global: One hundred sixteen omnibus objection Ley 89, liquidación por enfermedad, Etapa 5 Carrera magisterial

Número de reclamación: 52040

Mis motivos por los cuales el Tribunal no debe declarar no ha lugar a la Objeción Global es la siguiente:

Tengo un grado doctoral desde octubre 2013. Suficiente para haber alcanzado un aumento de sueldo. Cumplí con la etapa 5 del nivel 4 de Carrera magisterial. Nunca se me pagó la licencia de enfermedad, ni la ley 89.

Entiendo que tengo derecho a los siguientes aumentos:
1. Carrera magisterial. Grado obtenido en 2013.
2. Licencia por enfermedad. Liquidación por jubilación
3. Ley 89
4. Ley incentivo Sila Calderón
5. Romerazo
6. Ley 109-2008  # CASE 2013-11-0224
7. Ley 96   2013-04-1542
8. Aumento por experiencia # 2012-05-2084

Adjunto evidencia de Carrera Magisterial y exceso de días.

Carrera Magisterial - # SJ 2019 CV0 7914