TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS

PARA EL DISTRITO DE PUERTO RICO

Número de caso: 77150

Nombre: Francisco Javier Rodríguez Vega

Dirección Postal: Urb. Del Carmen calle 4 #65 Juana Díaz P.R. 00795

Correo Electrónico: fjrodrive@gmail.com

Epígrafe (titulo): Tribunal de Distrito de EE.UU

Nombre del Tribunal: Tribunal de Distrito de EE.UU. Room Federal Building San Juan P.R. 00918

Nombre de los deudores: Estado Libre Asociado de Puerto Rico

Número de Procedimiento: 17 BK 3283 - LTS

Título de la objeción Global: One hundred and fifth objection of the commonwealth Carrera Magisterial, Días en exceso, Ley 89

Número de reclamación: 77150

Mis motivos por los cuales el Tribunal no debe declarar no ha lugar a la Objeción Global es la siguiente: Fui maestro desde el 6 de agosto de 1984 hasta el 31 de julio de 2018. Entiendo y evidencio que tengo derecho a los siguientes aumentos:

1. Carrera Magisterial - Grado Adquirido - Doctorado (2013 año)
2. Licencia por enfermedad - exceso de días
3. Ley 89
4. Ley incentivo Sila Calderón
5. Rómerazo