Francisco Javier Rodriguez Vazquez
Urb. Del Carmen calle 4 #65
Juana Diaz, Puerto Rico, 00795

RECEIVED & FILED
2020 FEB 18 PM 4: 36
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN, P.R.





U.S. POSTAGE PAID
FCM LG ENV
JUANA DIAZ, PR
00795
FEB 14, 20
AMOUNT
**$5.15**
1000   00918   R2303S104071-02

7019 1120 0001 1734 5633

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

7019 1120 0001 1734 5633

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estado
Room 150 Federal Building
San Juan (Puerto Rico) 009