TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS

PARA EL DISTRITO DE PUERTO RICO

Número de caso: 88534

Nombre: Francisco Javier Rodríguez Vega

Dirección Postal: Urb. Del Carmen calle 4 #65 Juana Díaz, P.R.
00795

Correo Electrónico: fjrodrive @ gmail. com

Epígrafe (titulo) United States District Court for the District of Puerto Rico

Nombre del Tribunal: Tribunal de Distrito de los Estados Unidos Room Federal
150 Building
San Juan,
P.R. 00918

Nombre de los deudores: Estado Libre Asociado de Puerto Rico

Número de Procedimiento: 17 BK 3283-LTS

Título de la objeción Global: Ley incentivo Sila Calderón y Escala Salarial (pases)
One hundred forty-fifth omnibus
objection...

Número de reclamación: 88534

Mis motivos por los cuales el Tribunal no debe declarar no ha lugar a la Objeción Global es la
siguiente: Fui maestro desde el 6 de agosto de 1984 hasta 31 de
julio de 2018. Entiendo que tengo derecho a los
siguientes aumentos:
   ① Carrera Magisterial - Grado Adquirido-Doctorado.
   2 Ley incentivo Sila Calderón
   3 Ley 89
   4 Liquidación de días por enfermedad.
   5 Rōmerazo
Adjunto le evidencio copias de mi grado académico,
talleres y requisitos de etapa (5) nivel 4 de
Carrera Magisterial.