Francisco Javier Rodríguez Vega
Urb. Del Carmen calle 4 #65
Juana Díaz, Puerto Rico, 00795

RECEIVED & FILED
2020 FEB 18 PM 4:36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.





U.S. POSTAGE PAID
FCM LG ENV
JUANA DIAZ, PR
00795
FEB 14, 20
AMOUNT
$5.15
R2303S104071-02

1000    00918

7019 1120 0001 1734 5633
CERTIFIED MAIL
7019 1120 0001 1734 5633

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estado[s]
Room 150 Federal Building
San Juan (Puerto Rico) 009[01]