RECEIVED & FILED
2020 FEB 18 PM 4:38
CLERK'S OFFICE
U.S. DISTRICT COURT

12/feb/20

Centécima cuadragésima, octava objeción global reclamada por Prime Clerk # Caso 17BK 03283 LTS, número de reclamación 152950.

Distrito Federal de Estados Unidos para Distrito Estado Libre Asociado de Puerto Rico.

Soy la Sra. Nelka Liz Morales Velázquez. Mi dirección postal es 6357 Porthole Lane, Fort Worth, Tx. 76179, mi número de teléfono es 939-334-4700 o el 940-301-1242 y mi correo electrónico es nlm_homeschool@yahoo.com.

Trabajé como maestra en el Departamento de Educación de Puerto Rico desde agosto de 1993 hasta mayo de 1999. Recibí una notificación donde se me indica que tengo que enviar evidencia que corrobore el tiempo que trabajé y además, que cometí el error de llenar la reclamación para la Ley 89, cuando la que me correspondería era la Ley 96; que fue el período en que trabajé como maestra. Les pido me corrijan este detalle.

Adjunto envío evidencia que confirma.
att. [signature]