

## DEPARTAMENTO DE EDUCACION
Estado Libre Asociado de Puerto Rico
Secretaría Auxiliar de Recursos Humanos

11 de febrero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | NELKA L. MORALES VELAZQUEZ |
| Seguro Social | : | |
| Categoría | : | M. EDUC. FAM. CONS. |
| Distrito Escolar | : | BAYAMON |
| Sueldo Mensual | : | $1,625.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 23 de agosto de 2001 |
| Otros | : | Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un periodo de (5) años, (5) meses y (3) semanas. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente