Nella [illegible]
6357 Porthole Lane
Fort Worth, Tx. 76179

NORTH TEXAS TX P&DC
DALLAS TX 750
14 FEB 2020 PM 2 L
FOREVER USA
Barn Swallow

RECEIVED & FILED
2020 FEB 18 PM 4:38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

Secretaria (Clerk office)
Tribunal de Distrito de los E.U.
Room 150 Federal Building
San Juan P.R. 00918-1767

0091882412