TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS

PARA EL DISTRITO DE PUERTO RICO

Número de caso: 116037

Nombre: Francisco Javier Rodríguez Vega

Dirección Postal: Urb. Del Carmen calle 4 #65 Juana Díaz Puerto Rico, 00795

Correo Electrónico: fjrodrive@gmail.com

Epígrafe (titulo): Centésima Cuadragésima quinta objeción global

Nombre del Tribunal: Secretaría (Clerk's Office) Tribunal de Distrito de E.U. Room 150 Federal Building San Juan P.R. 00918

Nombre de los deudores: Estado Libre Asociado de Puerto Rico. D. Educación

Número de Procedimiento: 17 BK 3283 - LTS — One hundred and fifth omnibus objection of the Commonwealth

Título de la objeción Global: 116037 Ley 89, Liquidación días por enfermedad

Número de reclamación: 116037

Mis motivos por los cuales el Tribunal no debe declarar no ha lugar a la Objeción Global es la siguiente:

Entiendo de que nunca se me hizo justicia salarial. No se me pagó la liquidación de días por enfermedad ni el exceso de enfermedad.
No se me pagó por la ley Promesa.
No se me pagó por mi preparación académica Grado doctoral.
Evidencio información sobre:
1. Carrera magisterial. Grado Doctorado (2013 año)
2. Licencia o Liquidación por enfermedad.
3. Romerazo
4. Ley incentivo de Sila Calderón

Adjunto evidencia de Carrera Magisterial