

Estado Libre Asociado de Puerto Rico
Departamento de Educación
DISTRITO ESCOLAR DE JUANA DIAZ
JUANA DIAZ, PUERTO RICO

DESGLOSE DE CANTIDAD DE CREDITOS, HORAS DE EDUCACION CONTINUA, PROYECTO ESPECIAL / ADIESTRAMIENTOS OFRECIDOS Y EVALUACIONES PARA PODER PEDIR REVISIONES DE SALARIO POR ETAPAS Y NIVELES DE LA CARRRERA MAGISTERIAL

| ETAPAS | CREDITOS CONDUCENTES AL GRADO | HORA DE EDUCACION CONTINUA | HORA DE PROYECTO ESPECIAL/ ADIESTRAMIENTOS OFRECIDOS A LA FACULTAD DE LA ESCUELA Nivel IV Solamente | EVALUACIONES |
|---|---|---|---|---|
| ETAPA I | 1/5 de los créditos | 40 Horas | 20 Horas | 1 Evaluación |
| ETAPA 2 | 2/5 de los créditos | 80 Horas | 40 Horas | 1 Evaluación |
| ETAPA 3 | 3/5 de los créditos | 120 Horas | 60 Horas | 1 Evaluación |
| ETAPA 4 | 4/5 de los créditos | 160 Horas | 80 Horas | 1 Evaluación |
| ETAPA 5 | GRADO CONFERIDO POR LA UNIVERSIDAD | 200 Horas | 100 Horas | 2 Evaluaciones |

Certifico que cumplo fundamentalmente con los requisitos de
etapa 5  grado doctoral:
    ① Grado Adquirido en octubre 2013
    2  9 evaluaciones realizadas por el director escolar. Requisito ②
    3 más de 100 horas (130) en talleres a padres, maestros y estudiantes
    4 más de 200 horas en adiestramientos (265)
    5 Todo está certificado por el Departamento de Educación. Anejo la
                                                              información

Francisco
Bauer
Rodríguez

.04 del Reglamento núm. 6762 de Carrera Magisterial)

r derecho a reclamar los distintos niveles.

| A Nivel III | B (Opción 45) | A Nivel IV | B (Opción 45) |
|---|---|---|---|
| Tener aprobado el Nivel I o II<br><br>Tener aprobada Maestría (Master) en la categoría en que se desempeña<br><br>No menos de doscientas (200) horas contacto en actividades de educación continua, desde que se les reconoció el nivel que ocupa al momento de solicitar ascenso<br><br>Tener siete (7) años de experiencia docente en el Sistema de Educación Pública;<br><br>Evaluaciones de desempeño docente que demuestren ser consistentemente satisfactorias. (mínimo dos al año) | Aprobar no menos de cuarenta y cinco (45) créditos académicos a nivel graduado en áreas de estudio relacionadas con la categoría en que se desempeña<br><br>No menos de cien (100)horas contacto en actividades de educación continua, desde que se les reconoció el nivel que ocupa al momento de solicitar ascenso<br><br>Tener siete (7) años de experiencia docente en el Sistema de Educación Pública<br><br>Evaluaciones de desempeño docente que demuestren ser consistentemente satisfactorias. (mínimo dos al año) | Tener el Nivel III tener Doctorado en la categoría en que se desempeña<br><br>No menos de doscientas (200) horas contacto en actividades de educación continua, desde que se les reconoció el Nivel III<br><br>Impartido no menos de cien (100)horas en Proyecto especial de adiestramientos y tutorías a estudiantes, personal docente ,padres de las escuelas en que trabajan o de las escuelas del Sistema<br><br>Tener diez (10) años de experiencia docente en el Sistema de Educación Pública<br><br>Evaluaciones de desempeño docente que demuestren ser consistentemente satisfactorias. (m.nimo dos al año) | Aprobado no menos de cuarenta y cinco (45) créditos académicos conducentes al grado de doctor en áreas de estudio relacionadas con la categoría en que se desempeña<br><br>No menos de trescientas (300) horas contacto en actividades de educación continua, desde que se les reconoció el Nivel III<br><br>Impartido no menos de cien (100)horas en Proyecto especial de adiestramientos y tutorías a estudiantes, personal docente ,padres de las escuelas en que trabajan o de las escuelas del Sistema<br><br>Tener diez (10) años de experiencia docente en el Sistema de Educación Pública<br><br>Evaluaciones de desempeño docente que demuestren ser consistentemente satisfactorias. (mínimo dos al año) |



Estado Libre Asociado de Puerto Rico
## Departamento de Educación
### DISTRITO ESCOLAR DE JUANA DIAZ
### JUANA DIAZ, PUERTO RICO

DESGLOSE DE CANTIDAD DE CREDITOS, HORAS DE EDUCACION CONTINUA, PROYECTO ESPECIAL /
ADIESTRAMIENTOS OFRECIDOS  Y EVALUACIONES PARA PODER PEDIR REVISIONES DE SALARIO POR ETAPAS Y
NIVELES DE LA CARRRERA MAGISTERIAL

| ETAPAS | CREDITOS CONDUCENTES AL GRADO | HORA DE EDUCACION CONTINUA | HORA DE PROYECTO ESPECIAL/ ADIESTRAMIENTOS OFRECIDOS A LA FACULTAD DE LA ESCUELA Nivel IV Solamente | EVALUACIONES |
|---|---|---|---|---|
| ETAPA I | 1/5 de los créditos | 40 Horas | 20 Horas | 1 Evaluación |
| ETAPA 2 | 2/5  de los créditos | 80 Horas | 40 Horas | 1 Evaluación |
| ETAPA 3 | 3/5 de los créditos | 120 Horas | 60 Horas | 1 Evaluación |
| ETAPA 4 | 4/5 de los créditos | 160 Horas | 80 Horas | 1 Evaluación |
| ETAPA 5 | GRADO CONFERIDO POR LA UNIVERSIDAD | 200 Horas | 100 Horas | 2 Evaluaciones |

Certifico que cumplo fundamentalmente con los requisitos de
etapa 5 grado doctoral:
1. Grado Adquirido en octubre 2013
2. 9 evaluaciones realizadas por el director escolar. Requisito (2)
3. más de 100 horas (130) en talleres a padres, maestros y estudiantes
4. más de 200 horas en adiestramientos (265)
5. Todo está certificado por el Departamento de Educación. Anejo la información
(Evidencia)

Francisco
Javier
Rodriguez



**Departamento de Educación**
**Estado Libre Asociado de Puerto Rico**
**Secretaría Auxiliar de Recursos Humanos**
**Oficina de la Carrera Magisterial**

**Certificaciones Docentes y Desarrollo Profesional**
**PLAN DE MEJORAMIENTO PROFESIONAL**

Nombre: Francisco Javier Rodríguez Vega

Seguro Social: xxx-xx-1959

30 de abril de 2010

| ÁREA DE NECESIDAD | OBJETIVOS | TALLERES | ETAPAS DE DESARROLLO | | | | |
|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 | 5 |
| Elemento #2<br><br>Adiestramientos de Educación Continua<br>(horas contacto) | • Acumular 200 horas contacto en adiestramientos de Educación Continua.<br><br>Desde:<br>1 de agosto de 2000, hasta:<br><br>abril de 2010<br><br>**(83 horas contacto).** | 1) **Llénate de energía positiva**<br>( 6 horas contacto)<br>13 de diciembre de 2002<br><br>2) **Integración de la computadora al currículo escolar.**<br>**(30 horas contacto)**<br>**29 de junio de 2001**<br><br>3) **Marco curricular y estándares**<br>**26 de octubre de 2005**<br>**(6 horas contacto).**<br><br>4) **Taller: Conociendo mi computadora (25 horas contacto),**<br>**5 de mayo de 2005.**<br><br>5) **Estándares de contenido y expectativas de grado en el programa de español**<br>**27 de febrero de 2007(6 horas contacto).**<br><br>6). **La narración como acción y discurso; Dimensiones y elementos constituyentes del hecho narrativo; Hacia una narrativa posmoderna y transdisciplinar.**<br>**17 de noviembre de 2006**<br>**(4 horas contacto).** | | | | | |

COTEJADO POR:
JUN 0 9 2014
CARRERA MAGISTERIAL



Departamento de Educación
Estado Libre Asociado de Puerto Rico
Secretaría Auxiliar de Recursos Humanos
Oficina de la Carrera Magisterial

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 25. Seminario de desarrollo profesional para maestros de escuelas públicas del Proyecto especial de Nivel Avanzado<br>   Hotel Conrad<br>   1 y 8 de diciembre de 2012<br>   (11 horas) | | | | X |
| | | 26. Rockect Teacher Training Inc.<br>Desarrollo de lectores y escritores eficientes<br>          18    de diciembre<br>                    2012<br>   (6  horas). | | | | x |
| | | 27. Rockect Teacher Training inc.<br>Taller: Cómo trabajar la educación basada en proyectos<br>   25 de enero de 2013<br>       (7   horas). | | | | x |
| | | 28. Taller  de Alfabetización digital<br>Pontificia Universidad Católica de Puerto Rico<br>26,27 de abril 2013.<br>(12 horas contacto).<br><br>28. Proyecto titulado:<br>"Aprendiendo desde otras perspectivas"<br> Museo de Arte de Ponce<br>Sábado 18 de abril de 2013<br>        (8    horas contacto) | | | | X |
| | | 29.  Taller:  Aspectos de la nueva gramática y la nueva ortografía<br>Realizado en Guayanilla<br>11 de junio de 2013<br>(6 horas contacto).<br><br><br>         (260 horas). | | | | X |

COTEJADO POR

JUN 09 2014

CARRERA MAGISTERIAL

CENTRO DE ESTUDIOS AVANZADOS
DE PUERTO RICO Y EL CARIBE

Calle Cristo Núm. 52, Viejo San Juan
Apartado 9023970
San Juan, PR 00902-3970
Tel. 787-723-4481
Fax 787-723-1023

# CERTIFICACION DE GRADUACION

Certifico que **Francisco Javier Rodríguez Vega,** con número de estudiante **D0801-0008,** completó los requisitos para el grado de

**Doctorado en Filosofía y Letras
con especialidad en Literatura Puertorriqueña y del Caribe**

en octubre de 2013, con un índice académico de 4.00.

El grado correspondiente le será conferido en la próxima colación de grados que se llevará a cabo en junio 2015.

Expedida en San Juan, Puerto Rico, hoy 25 de noviembre de 2013.

Cordialmente,

Mayra Ramírez Valdejulli
Registradora

SELLO OFICIAL

Certifico que **Francisco J. Rodríguez Vega,** con número de estudiante **D0801-0008,** completó los requisitos para el grado de

## Doctorado en Filosofía y Letras
## con especialidad en Literatura Puertorriqueña y del Caribe

en octubre de 2013, con un índice académico de 4.00.

El grado correspondiente le será conferido en la próxima colación de grados que se llevará a cabo en junio 2015.

Expedida en San Juan, Puerto Rico, hoy 18 de noviembre de 2013.

Cordialmente,

Mayra Ramírez Valdejulli
Registradora

SELLO OFICIAL



COTEJADO POR _____

JUN 0 9 2014

CARRERA MAGISTERIAL

## LA JUNTA DE SINDICOS
## DEL CENTRO DE ESTUDIOS AVANZADOS
## DE PUERTO RICO Y EL CARIBE

A PROPUESTA DE SU FACULTAD
POR LA PRESENTE CONFIERE A

### Francisco Javier Rodríguez Vega

EL GRADO DE

## DOCTORADO EN FILOSOFIA Y LETRAS

Con Especialidad en LITERATURA PUERTORRIQUEÑA Y DEL CARIBE

En atención a que ha completado los estudios
y cumplido con todos los requisitos exigidos para dicho grado
y en testimonio de que le corresponden todos los derechos y
privilegios inherentes al mismo, le extiende el presente Diploma,
San Juan de Puerto Rico, 31 de enero de 2014

_____
Rector

_____
Presidente de la Junta de Sindicos



ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACIÓN
DISTRITO ESCOLAR DE SANTA ISABEL
Escuela Superior Carmen Belén Veiga

# CERTIFICACIÓN DE HORAS CONTACTO EN EL DISEÑO E IMPLANTACIÓN DE PROYECTOS ESPECIALES

Mediante la presente certificamos que **Francisco Javier Rodríguez Vega**, cuyo número de seguro social es **XXX-XX-1959** diseñó e implantó el Proyecto Especial **"Talleres a estudiantes, padres y maestros"**.

En los mismos, ha completado un total de **130 horas** en actividades académicas en beneficio de los estudiantes de la Escuela Carmen Belén Veiga. Las mismas se desglosan a continuación:

| Nombre del Proyecto Especial | Clientela impactada | Horas Contacto |
|---|---|---|
| Talleres a estudiantes, padres y maestros | Estudiantes, padres y maestros | 130 horas. |

Atentamente,

_Luis R. Hernández Hernández_
Luis R. Hernández Hernández
Director Escolar
Esc. Carmen Belén Veiga

Fecha: 10 de enero de 2013

SELLO ESCOLAR
ESC. SUPERIOR ESCUELA DE LA COMUNIDAD
CARMEN BELÉN VEIGA
JUANA DIAZ, P.R.

DEPARTAMENTO DE EDUCACION
ESCUELA CARMEN BELEN VEIGA
JAN 1 0 2013
RECIBIDO



**Departamento de Educación**
**Estado Libre Asociado de Puerto Rico**
**Secretaría Auxiliar de Recursos Humanos**
**Oficina de la Carrera Magisterial**

**PLAN DE MEJORAMIENTO PROFESIONAL**

Nombre: Francisco Javier Rodríguez Vega
Seguro Social: xxx-xx-1959

30 de abril de 2011

| ÁREA DE NECESIDAD | OBJETIVOS | ACTIVIDADES | ETAPAS DE DESARROLLO | | | | |
|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 | 5 |
| **Elemento # 4**  ● Obtener dos evaluaciones satisfactorias en el área de la docencia como mínimo por cualquier formulario redactado para estos fines. | Solicitar al director escolar, Sr. Hernández las visitas a la sala de clases para las evaluaciones sobre el desempeño docente. | ● Obtener dos evaluaciones satisfactorias en el área de la docencia como mínimo por cualquier formulario redactado para estos fines.  Evaluación de mi desempeño docente: **Fecha:** **1. 27 de marzo de 2009** **2.14 de abril de 2010** **3.24 de mayo de 2011** **4. 15 de agosto de 2011** **5. 2 de febrero de 2012** **6. 3 de diciembre de 2012** **7. 30 de enero de 2013** **8. 7 de octubre de 2013** **9. 6 de marzo de 2014** **10. 7 de 0ctubre de** | X | | | | |
| | | | x | | | | |
| | | | | x | | | |
| | | | | | x | | |
| | | | | | | x | |
| | | | | | | | X |
| | | | | | | | X |
| | | | | | | | X |
| | | | | | | | X |
| | | | | | | | X |



**Departamento de Educación**
**Estado Libre Asociado de Puerto Rico**
**Secretaría Auxiliar de Recursos Humanos**
**Oficina de la Carrera Magisterial**

## PLAN DE MEJORAMIENTO PROFESIONAL

Nombre: Francisco Javier Rodríguez Vega
Seguro Social: xxx-xx-1959                         30 de abril de 2011

| ÁREA DE NECESIDAD | OBJETIVOS | ACTIVIDADES | ETAPAS DE DESARROLO | | | | |
|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 | 5 |
| **Elemento # 4** ● Obtener dos evaluaciones satisfactorias en el área de la docencia como mínimo por cualquier formulario redactado para estos fines. | Solicitar al director escolar, Sr. Hernández las visitas a la sala de clases para las evaluaciones sobre el desempeño docente. | ● Obtener dos evaluaciones satisfactorias en el área de la docencia como mínimo por cualquier formulario redactado para estos fines. | X | | | | |
| | | Evaluación de mi desempeño docente: **Fecha:** **1. 27 de marzo de 2009** | X | | | | |
| | | **2.14 de abril de 2010** | | x | | | |
| | | **3.24 de mayo de 2011** | | | x | | |
| | | **4. 15 de agosto de 2011** | | | | x | |
| | | **5. 2 de febrero de 2012** | | | | | x |
| | | **6. 3 de diciembre de 2012** | | | | | X |
| | | **7. 30 de enero de 2013** | | | | | X |
| | | **8. 7 de octubre 2013** | | | | | x |



ESTADO LIBRE ASOCIADO DE
P U E R T O   R I C O

DEPARTAMENTO DE EDUCACIÓN

MEMORANDO

ID-Empleado: 31175

SR(A). FRANCISCO J RODRIGUEZ VEGA
SEGURO SOCIAL: XXX-XX-1959
REGIÓN: PONCE
DISTRITO: SANTA ISABEL
ESCUELA: CARMEN BELEN VEIGA

Wilfredo Falcón Negrón
Director
División de Tiempo, Asistencia y Licencia

*INFORME DE LICENCIAS*

Conforme a nuestros records de asistencia usted   ene acumulado hasta el mes escolar de octubre de  2013:

12 días 0.00 horas de licencia por vacaciones regulares 2013

103 días 0.00 horas de licencia por enfermedad 2013

Los balances aquí anotados pueden variar en caso de que nos informen ausencias incurridas por usted en este trimestre o no se hayan tabajado ajustes históricos que afecten sus acumulaciones.

El total de días que deben acumular el personal docente(**maestro**) de vacaciones regulares a octubre de 2013 es de 12 días.  Esto de haber comenzado en agosto y no estar acogido a ninguna licencia.

De tener reclamación relacionada a sus balances de vacaciones, la misma debe ser veri  cada por su director escolar. El director escolar y/o maestro encargado deberá acudir al área de recursos humanos de la región correspondiente para que se realicen los ajustes necesarios.

> Recuerde que puede acceder a su hoja de asistencia las 24/7 a:
> http://sistematal.de.gobierno.pr o http://de.gobierno.pr
> De esta manera podrá verificar la relación de asistencia e imprimirla.
> Es su derecho y su responsabilidad el mantenerse informado
> de cómo se le está trabajando su asistencia.

Secretaria Auxiliar de Recursos Humanos
División Tiempo, Asistencia y Licencia
Tel: (787) 773-5800



El Departamento de Educación no discrimina por razón de raza, color, género, nacimiento, origen nacional, condición social, ideas polí  cas o religiosas, edad o impedimento en sus ac  vidades, servicios educa  vos y oportunidades de empleo

**080 Dept. de Educacion - Maestros**
Avenida Teniente Cesar Gonzalez , Esquina Calaf
HATO REY, PR 00919

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 03/19/2018 |
| Hasta: | 04/05/2018 |

| Aviso #: | 4004239 |
|---|---|
| Fecha Aviso: | 03/29/2018 |

| FRANCISCO J RODRIGUEZ VEGA | | |
|---|---|---|
| URB DEL CARMEN | # Empleado: | |
| 65 CALLE 4 | Dept: | 8005137-SANTA ISABEL-PONCE |
| JUANA DIAZ, PR 00795-2513 | Lugar: | CARMEN BELEN VEIGA |
| SF. | Titulo: | DEPARTAMENTO DE EDUCACION |
| | Sueldo: | $3,605.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Head of Household |
| Concesiones: | 0 | 2 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| | | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | 1,802.50 | 384.00 | 10,815.00 | |
| **Total:** | | 1,802.50 | 384.00 | 10,815.00 | |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| PR Withholding | 80.89 | 485.34 |
| **Total:** | 80.89 | 485.34 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 162.23 | 973.38 |
| **Total:** | 162.23 | 973.38 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-Asoc Maestros de PR | 100.00 | 600.00 |
| Ahorros-AEELA | 54.08 | 324.48 |
| **Total:** | 154.08 | 924.48 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-Asoc Maestros de PR | 120.00 | 360.00 |
| FSED Disability Plan | 30.64 | 183.84 |
| * Tributable | | |

| TOTAL BRUTO | | BRUTO TRIBUT. FED | | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|---|
| Corriente: | 1,802.50 | | 0.00 | 80.89 | 316.31 | 1,405.30 |
| Acumulado: | 10,815.00 | | 0.00 | 485.34 | 1,897.86 | 8,431.80 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #4004239 | 1,405.30 |
| **Total:** | 1,405.30 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

**Dept. de Educacion - Maestros**
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
03/29/2018

Aviso No.
4004239

Cant. Deposito: **$1,405.30**

A la
Cuenta(s) De

**FRANCISCO J RODRIGUEZ VEGA**
URB DEL CARMEN
65 CALLE 4
JUANA DIAZ, PR 00795-2513
Localizacion: CARMEN BELEN VEIGA

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | XXXXXXXXXXXXXXXX | 1,405.30 |
| **Total:** | | 1,405.30 |

# NO-NEGOCIABLE

# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

03 de abril de 2018

DEPARTAMENTO DE EDUCACION
SECCIÓN DE NOMBRAMIENTOS Y CAMBIOS
APARTADO 190759

Solicitud No:            923640
Radicada en:          02 nov 2017

SAN JUAN PR 00919 0759

Atención: Sr. Enoch González Vélez

El(la) profesor(a) FRANCISCO J.RODRIGUEZ VEGA con seguro social XXX-XX-1959 ha radicado una Solicitud de Retiro en nuestro Sistema. Al 2 de marzo de 2018, fecha de su última aportación recibida,

[X]cualifica [  ]no cualifica para acogerse a la jubilación.

Su tiempo cotizado y edad es el siguiente:

33 Años,   7 Meses,   0 Semanas,   .00 Dias y su edad es 55 años.

Los pagos pendientes no están considerados en esta certificación. Los mismos son:

[ ]Reconocimiento de Tiempo
[ ]Diferencia en % por transferencia recibida
[ ]Reembolso de Cuotas
[X]No aplica

El tiempo certificado puede variar, de encontrarse diferencias en el Informe de Cambio, enviado por el Departamento de Educación u otras Instituciones Gubernamentales y de existir anulaciones futuras entre cuentas que afecten las aportaciones del Sistema.

Deberá permanecer cotizando en nuestro Sistema hasta la fecha que proyecta retirarse.

El plan médico y planes suplementarios deben ser pagados directamente a las aseguradoras hasta tanto envíen las autorizaciones de descuentos para tramitar su pensión.

Atentamente,

Ivonne L. Ortiz Valladares
Area de Servicios de Retiro

c:      FRANCISCO J. RODRIGUEZ VEGA                            XXX-XX-1959
        URB DEL CARMEN
        65 CALLE 4
        JUANA DIAZ, PR 00795 2513



# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

23 de octubre de 2018

FRANCISCO J. RODRIGUEZ VEGA          XXX-XX-1959          Solicitud No:       946134
URB DEL CARMEN                                                   Radicada en:    20 sep 2018
65 CALLE 4
JUANA DIAZ, PR 00795 2513

Señor(a): Rodriguez Vega            CASO: 186

Deseamos informarle que su Pension Años De Servicio ha sido aprobada.  Su retiro fue efectivo el 01 de agosto de 2018 y su renta mensual será de $2,703.75.  Recibirá un pago retroactivo desde la fecha de efectividad de su pensión hasta el ingreso a nómina.

Si usted no se encuentra conforme con la presente determinación podrá radicar dentro del término de 20 días a partir de la notificación de la determinación del Director o su representante, un Escrito de Reconsideración ante la Junta de Síndicos del SRM. Dicha solicitud puede ser radicada personalmente o enviada por correo.

Radicaciones

Dirección Física: Secretaría Junta de Síndicos, Piso 8, Capital Center, Torre Norte 235 Ave Arterial Hostos, Hato Rey, PR

Dirección Postal: Secretaría Junta de Síndicos, Piso 8, PO Box 191879, San Juan, PR 00919-1879

En las radicaciones por correo, el matasellos debe mostrar que la misma fue cursada dentro del término establecido. Todos los términos mencionados en los incisos para apelar o solicitar reconsideración son en días naturales.  El procedimiento de apelación se rige por el Reglamento 7053 de 15 de noviembre de 2005.

Le informamos que cualquier gestión, comunicación o trámite que efectúe con nuestro Sistema, distinto a los escritos antes mencionados, no interrumpe los términos que dispone para ejercer su derecho de apelación.

Atentamente,

Ivonne L. Ortiz Valladares
Area de Servicios de Retiro

235 Avenida Arterial Hostos, Edificio Capital Center , Torre Norte, Hato Rey, Puerto Rico 00918
P.O. Box 191879, Hato Rey, PR 00919-1879

srm_correspondenciaconsulta@srm.pr.gov   (787) 777-1414     http://www.srm.pr.gov

