Francisco Javier Rodriguez Vega
Urb. Del Carmen calle 4 #65
Juana Díaz, Puerto Rico, 00795

RECEIVED & FILED
2020 FEB 18 PM 4:36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.





U.S. POSTAGE PAID
FCM LG ENV
JUANA DIAZ, PR
00795
FEB 14, 20
AMOUNT
$5.15
R2303S104071-02

1000    00918

7019 1120 0001 1734 5633

CERTIFIED MAIL

7019 1120 0001 1734 5633

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados
Room 150 Federal Building
San Juan (Puerto Rico) 009