14 de febrero de 2020

Hon. Laura Taylor Swain
Tribunal de Distrito de los Estados Unidos
Distrito de Puerto Rico

RECEIVED & FILED
2020 FEB 18 PM 4: 38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

Honorable Jueza:

Saludos. Mediante esta carta presento mi reclamación de la réplica sobre el pago de la Ley Promesa a los maestros de Puerto Rico por la objeción global. Entendiendo que no se me ha realizado el pago correspondiente por mis años de servicio en el sistema público en el Departamento de Educación de Puerto Rico.

Mi nombre es Cheryl L. Santana Ayala

Resido en Cayey, Puerto Rico

Teléfono/Celular: 787-407- 7962

Correo electrónico: cheryl.santana7@gmail.com

Reclamo los casos #

    17 BK 3283-LTS Ley Promesa Título III
1. Claim# 56366
   - Ley 89 de 1979: Años reclamados 30 / Cantidad reclamada $18,000
   - Ley 164 de 2003: Años reclamados 16 / Cantidad reclamada $19,200
   - Ley 96 de 2002: Años reclamados 18 / Cantidad reclamada $1,800
   - Ley 180 de 1988: Años reclamados 3 / Cantidad reclamada $8,220

El total de la cantidad adeudada es aproximadamente de $47,220 para dichos casos relacionados. Solicito la adjudicación de mi petición, según corresponda a mis derechos por las Leyes anteriormente especificadas.
Adjunto evidencia en réplica a la información solicitada:

1. Certificación Pensión  Sistema de Retiro de Maestros de Puerto Rico
2. Pago de Pensión Ingreso a Nómina
2. Certificación de Años de Servicio en el Departamento de Educación

Nombre: Cheryl L. Santana Ayala

Firma: _Cheryl L. Santana Ayala_    Fecha: 14 de febrero de 2020