

# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

ATT: LEY PROMESA

13 de febrero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | CHERYL L. SANTANA AYALA |
| Seguro Social | : | |
| Categoría | : | MA. EDUC. TEMPRANA (NIVEL ELEM- K-3) |
| Distrito Escolar | : | CIDRA |
| Sueldo Mensual | : | $2,830.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 2 de agosto de 2019 |
| Otros | : | Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de (30) años. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

| | | |
|---|---|---|
| SHR_INOM_SRM | SISTEMA DE RETIRO PARA MAESTROS | 27-08-2019 |
| | Sistema de Aportaciones y Beneficios Integrados | 08:18:00 AM |
| | PAGO DE PENSION INGRESO A NOMINA | Página: 1 |

SEGURO SOCIAL:
NOMBRE: CHERYL SANTANA AYALA
DIRECCIÓN: URB. MANSIONES DE LOS CEDROS
#197 CALLE VEREDA
CAYEY, PR 00736

NUMERO CASO: 579
NUMERO SOLICITUD: 968604
FECHA RADICACION: 09-08-2019
PENSION AÑOS DE SERVICIO 230
FECHA NACIMIENTO: EDAD 53.95 SEXO F

INGRESO A NOMINA: 15-09-2019
FECHA EFECTIVIDAD: 03-08-2019
SERVICIOS ACREDITADOS: 30  0  2  1 (Años Meses Sem Días)
COSTO ANUALIDAD: $85,270.41
SALARIO PROMEDIO: $2,746.67
RETROACTIVO: 03-08-2019 AL 31-08-2019
IMPORTE TOTAL (BRUTO)

| | PAGO GLOBAL | MENSUAL | ANUAL |
|---|---|---|---|
| | $1,893.85 | $2,060.00 | |
| | | $0.00 | |
| AUMENTO POR LEY: | | $2,060.00 | |
| | $1,893.85 | | $24,720.00 |

| CONCEPTO | CLAVE | DESCUENTO | DESCUENTO |
|---|---|---|---|
| PENSION PAGADA | | $0.00 | $0.00 |
| PRÉSTAMOS: PERSONAL (PP) | 47-000 | $0.00 | $0.00 |
| CULTURAL (PC) | 45-000 | $0.00 | $0.00 |
| HIPOTECARIO (PH) | 36-000 | $0.00 | $0.00 |
| FINANZAS | 67-059 | $0.00 | $0.00 |
| INSUFICIENCIA EN APORTACION | | $0.00 | $0.00 |
| APORT. IND. 9% Cese: 2020-08-19 | 26-001 | $231.25 | $247.20 |
| OTROS | | $0.00 | $0.00 |
| TOTAL DESCUENTO | | $231.25 | $247.20 |
| NETO | | $1,662.60 | $1,812.80 |

BONOS  NAVIDAD (BNP): $0.00  VERANO (PBV): $0.00  MEDICAMENTO (PBM): $0.00

COMPUTADO POR: [signature]  FECHA: 27.09.19
INTERVENIDO POR:  FECHA:
SUPERVISOR (PENSIONES): [signature]  FECHA: 27-8-19
DIRECTOR:  FECHA:
INGRESADO A NOMINA POR:  FECHA:
Mes: ☑ 1ra ☐ 2da
PAGO GLOBAL POR:  FECHA:
Mes: ☑ 1ra ☐ 2da  ☐ Off Cycle  ☑ Pay Line
SUPERVISOR (NOMINA): [signature]  FECHA: 17/9/19

AUG 27 2019

# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof.CHERYL SANTANA AYALA**, con número de seguro social que termina en **7384**.

| | |
|---|---:|
| Fecha de Elegibilidad de la Pensión | 3 de agosto de 2019 |
| Tiempo Cotizado para la Pensión | 30 años, 0 meses, 2 semana y 1 días |
| Fecha de Efectividad de la Renuncia | 2 de agosto de 2019 |
| Fecha de Efectividad de la Pensión | 3 de agosto de 2019 |
| Pensión Mensual Actual | $2,060.00 |

Esta certificación se expide hoy, **13 de febrero de 2020** en **San Juan, Puerto Rico**.

Jorge I. Rohena Gotay
**Supervisor**
**Área de Servicios de Retiro**



235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

☏ 787.777.1414   ✉ 787.764.6910   www.srm.pr.gov