Cheryl L. Susaña-Apala
Urb. Mansiones de los Cedros
#197 Calle Vereda
Cayey P.R 00736

Case:17-03283-LTS Doc#:11312-2 Filed:02/18/20 Entered:02/20/20 09:53:41 Desc:
Envelope Page 1 of 1

CERTIFIED MAIL

7019 1120 0001 0292 2122

U.S. POSTAGE PAID
FCM LETTER
CAYEY, PR
00736
FEB 15, 20
AMOUNT
$6.95
R2305K136532-01

RECEIVED & FILED
2020 FEB 18 PM 4:38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Clerk's office
United States District Court
#150 Chardon Avenue
Federal Building
San Juan, P.R. 00918