(i) **Datos de contacto:**

Nombre: Myrna L. Casillas Rodriguez
Dirección: Urb. Monte Brisas V calle 12-5 K49
Fajardo, P-Rico 00738

RECEIVED & FILED
2020 FEB 18 PM 4:38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Número de teléfono: (787) 475 1345

Dirección correo electrónico: myrna.casillas1@gmail.com

(ii) **Epígrafe:**

Nombre del Tribunal: **Tribunal de Distrito de Estados Unidos Para el Distrito de Puerto Rico**

Nombre de deudores: **Junta Supervisión y Administración Financiera Para Puerto Rico, como representante de Estado Libre Asociado de Puerto Rico**

Número de procedimiento: 17-BK3283-LTS

Título de la objeción global: Notificación de la centésima Trigésima sexta objeción global del ELA de Puerto Rico

Números de evidencia de reclamos relacionado de Prime Clerk: 135462

(iii) Motivo para oponerse: Me desempeñé en el Dpto. de Educación de Puerto Rico durante los años 1979 hasta 2009. Durante esos años se aprobaron las leyes #89 (Romero) y la ley Sila Calderón 2002 y no me otorgaron los beneficios que me correspondían por motivo de esas leyes.

(iv) Documentación justificada:

Adjunto comprobante evidenciando años de servicio en el Departamento de Educación.