**EDUCACION**
GOBIERNO DE PUERTO RICO

# DEPARTAMENTO DE EDUCACION

## Estado Libre Asociado de Puerto Rico

### Secretaría Auxiliar de Recursos Humanos

**ATT: LEY PROMESA**

13 de febrero de 2020

# C E R T I F I C A C I O N

| | | |
|---|---|---|
| Certifico que | : | MYRNA CASILLAS RODRIGUEZ |
| Seguro Social | : | |
| Categoría | : | MA. BIBLIOTECARIO |
| Distrito Escolar | : | FAJARDO_ |
| Sueldo Mensual | : | $3,070.00 |
| Status | : | PROBATORIO |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | Efectivo el 29 de mayo de 2009 |
| Renunció | : | N/A |
| Otros | : | Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de (31) años. |

**Cándida R. Chico Montañez**
**Supervisora**
**Archivo Docente**

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.