Myrna L. Casté[...]
Calle 12-5K44
Urb. Monte Brisas
Fajardo, P.R. 00738

CERTIFIED MAIL

U.S. POSTAGE
FCM LETTER
FAJARDO, PR
00738
FEB 14, 20
AMOUNT
$6.9
R2304N117761

RECEIVED & FILED
2020 FEB 18 PM 4:38
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN PR

Secretaría
Tribunal de distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

00918$9999