(i) **Datos de contacto:**

Nombre: Víctor L. Peña Sonter

Dirección: Urb. Monte Brisas V Calle 12 - 5K44
Fajardo, Puerto Rico 00738

Número de teléfono: (787) 206-3520

Dirección correo electrónico: sugarpena@yahoo.com

RECEIVED & FILED
2020 FEB 18 PM 4:38
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.R.

(ii) **Epígrafe:**

Nombre del Tribunal: **Tribunal de Distrito de Estados Unidos Para el Distrito de Puerto Rico**

Nombre de deudores: **Junta Supervisión y Administración Financiera Para Puerto Rico, como representante de Estado Libre Asociado de Puerto Rico**

Número de procedimiento: 17-BK3283-LTS

Título de la objeción global: Notificación de la centésima trigésima sexta objeción global del ELA de Puerto Rico

Números de evidencia de reclamos relacionado de Prime Clerk: 54238

(iii) **Motivo para oponerse:** Trabajé en el Dpto de Educación de Puerto Rico durante los años 1980 hasta 2010. Durante esos años se aprobaron las leyes #89 (romerage) y Sila Calderón 2002 y no me otorgaron los beneficios que me correspondían.

(iv) **Documentación justificada:**

Adjunto comprobante evidenciando años de servicio en el Dpto. de Educación.