Victor Peno Santos
Urb. Monte Brisas 5
Calle 12 - 5K44
Fajardo, P.R. 00738

RECEIVED & FILED
2020 FEB 18 PM 4:38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

7018 2290 0001 5945 4917



1000   00918

U.S. POSTAGE PAID
FCM LETTER
FAJARDO, PR
00738
FEB 14, 20
AMOUNT
$6.95
R2304N117766-17

Secretaria
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767