San Juan, Puerto Rico 00918-1767

RECEIVED & FILED

2020 FEB 18  PM 4: 36

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Debtors: Estado Libre Asociado de Puerto Rico

Gobierno de Puerto Rico

Departamento de Educación

No. 178K 3283-LTS

One hundred tenth OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTHE OF PUERTO RICO, IN DEFFICIENT  CLAIMS ASSEITING INTEREST BASED UPON UNSPECIFIED PUERTO RICO STATUS

DOC 8978-4

Proof of Claim: 153453

Name and Address:  Eva Luz Viñales Rodriguez
HC. 46 Box 5544 Dorado, P.R. 00646

Reclama al Gobierno del Estado Libre Asociado de Puerto Rico; al Gobierno de Puerto Rico Departamento de Educación de Puerto Rico.

Ley 89 de 1984 – Romerazo

Años Reclamados  15  años (1984 - 2001

Cantidad Reclamada  4,500.00

Ley 447 enmen dada ley 15 de mayo 1951
Aumento por costo de vida (COLA)
Ley  10-1992

Años Reclamados  19 años

Cantidad Reclamada  8,354.88

Página 2

Adjunto evidencia en réplica a la información solicitada:

1. Certificación años de Servicios

2. Informe renta anual Vitalicia

3. Certificación del Sistema de retiro para maestros

Solicito la adjudicación de mi petición, según corresponda a mis derechos por las Leyes anteriormente Especificadas.

Nombre: Eva Luz Viñales Rodríguez

Firma: Eva Luz Viñales Rodríguez   Fecha: 10 Feb 2020

10 de febrero de 2020.

Re: Promesa Proof of Claim
United States District Court for the
District of Puerto Rico

Considero que debo recibir los beneficio a la
ley 89 (Romerozo) y a la ley 10 de 1992 (COLA)
ya que tengo derecho a dicha compensación
El hecho de no haber recibido estos
aumentos me perjudicó en mi salario
y por ende la cantidad de mi retiro fué
menor. Entiendo que debido al alto
costo de vida existente, este dinero
que se me retribuye será de gran
beneficio.

Agradeceré la atención prestada

Cordialmente,

Ena L. Ninales Rodríguez

A/A Martin J. Bienenstock
Brian S. Rosen
Abogado del Comite de Acreedores( Court of
the Creditor's Committee)
Paul Hastings LLP
200 Park Avenue
Nueva York, Nueva York 10166
A/A: Luc A. Despins
James Bliss
James Worthington
G. Alexander Bongartz