Computos Romero  La L. Morales

2001

Pesos

| | | % | | |
|---|---|---|---|---|
| 2004 – 2007 | 1455 | 43.74 | x36 | 1574.64 |
| 2007 – 2010 | 1501 | 45.03 | x36 | 1621.08 |
| 2010 – 2013 | 1546 | 46.38 | x36 | 1669.68 |
| 2013 – 2016 | 1592 | 47.76 | x36 | 1719.36 |
| 2016 – 2019 | 1639 | 49.17 | x36 | 1770.12 |

$8354.88

Romero 20

984. 200 L.

Paso
 25.00    12 meses    —$300.00    1 año.

$300.00 al año. 15 años  $ 4,500    15 años



# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

ATT: LEY PROMESA

28 de enero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | EVA L. VINALESS RODRIGUEZ |
| Seguro Social | : | |
| Categoría | : | MAESTRO ELEMENTAL |
| Distrito Escolar | : | VEGA ALTA |
| Sueldo Mensual | : | $2,005.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 27 de julio de 2001 |
| Otros | : | Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de (28) años. |

Candida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

Modelo SC-1515 (IRM)
14-mayo-71
Manual de Contabilidad

ESTADO LIBRE ASOCIADO DE PUERTO RICO

## JUNTA DE RETIRO PARA MAESTROS

## INFORME RENTA ANUAL VITALICIA

Nombre: Eva L. Viñales Rodríguez
Núm. Reclamación: 35712
Sexo: F

Tipo de Renta:
a— Años de Servicio y Edad
  Opcional ( )
  Obligatorio ( )
b— Edad ( )
c— Incapacidad
  Ocupacional ( )
  No Ocupacional ( )
d— Diferida ( )*

Fecha de Nacimiento: 1951 junio 04
Fecha de Retiro: 2001 julio 27

Edad al Retirarse: 50 Años, 1 Mes, 24 Días
Servicios Acreditados: 28 Años, 5 Meses, — Sem., 4½ Días
Costo Anualidad: $33,236.79
Fecha de Efectividad: 2001 julio 28

Retiro Ley Núm. 44 de 2000

Oficina de Finanzas
Documentos Preintervenidos
Fecha: 31/8/02

Cómputo de la Renta Anual: tres
a— Sueldo promedio mensual más alto durante cinco años consecutivos a $1,887.60
X .018 % X 28 años, 5 meses y 4½ días
(Por ciento) (Tiempo Acreditado)

965.88
menos ajuste 5 %
48.29
917.59

* En caso de renta anual diferida, ésta comenzará al cumplir la edad de _____

( ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años de edad.

( ) o a opción en fecha posterior si al retirarse tiene 10 y menos de 25 años de servicios y menos de 60 años de edad.

b— Ajuste para llegar al Mínimo Establecido por Ley 44

Años de Servicio $____ Edad $____ Incapacidad Física $____ Diferido $____

Diferencia Mínimo o Renta Sistema Retiro       498.11
Renta Mensual Vitalicia                       1,415.70
Renta Anual Vitalicia                        16,988.40

Computado: Julio C. Ortiz  29 agosto 2001
Cotejado: Hugo E. Aponte  29/8/01
Recomendado: Gloria E. Navas Pérez, Directora Area Servicios de Retiro  31/8/01
Aprobado: 5-9-01  Irma A. Giménez López, Secretaria Ejecutiva

HA/agb
lp

# GOBIERNO DE PUERTO RICO
### Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Eva L. Viñales Rodriguez**, con número de seguro social que termina en **6860**.

| | |
|---|---:|
| Fecha de Efectividad de la Pensión | 28 de julio de 2001 |
| Tiempo Cotizado para la Pensión | 28 años, 5 mes, 0 sem., 4.5 días |
| Pensión mensual Inicial | $1,415.70 |
| Pensión Mensual Actual | $1,458.17 |

Esta certificación se expide hoy, **28 de enero de 2020** en **San Juan, Puerto Rico**.

Edgardo J. Negrón Ramírez
Supervisor
Área de Servicios de Retiro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879



Sistema de Retiro para Maestros
Gobierno de Puerto Rico
Protegemos la Aportación al Futuro

☏ 787.777.1414   📠 787.764.6910   www.srm.pr.gov