**CERTIFIED MAIL**

7019 1120 0000 2391 3353

U.S. POSTAGE PAID
PM 1-Day
DORADO, PR
00646
FEB 14, 20
AMOUNT
$14.15
R2305M147187-03

**UNITED STATES POSTAL SERVICE**

# PRIORITY MAIL

- Date of delivery specified*
- USPS TRACKING™ included to many major international destinations.
- Limited international insurance.
- Pick up available.*
- Order supplies online.*
- When used internationally, a customs declaration label may be required.

* Domestic only

To schedule free Package Pickup, scan the QR code.

EP14F Oct 2018
OD: 12 1/2 x 9 1/2

USPS.COM/PICKUP

PS00001000014

FROM: Eva L. Viñales
H.C. 46 Box 5544
Dorado P.R. 00646

RECEIVED & FILED
2020 FEB 18 PM 4:36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

TO: Secretaria (Clerks office)
Tribunal de Distrito de los
Estados Unidos
Room 150 Federal Building
San Juan Puerto Rico
00918-1767