RÉPLICA

(i) **Datos de contacto:**

Nombre: Sylvia E. Vázquez Cordero

Dirección: ~~Urb.~~ Ext. Meléndez 28 Calle F
Fajardo, PR. 00738-4329

Número de teléfono: (787) 379-6918

Dirección correo electrónico: Sevdelfin10@gmail.com

(ii) **Epígrafe:**

Nombre del Tribunal: **Tribunal de Distrito de Estados Unidos Para el Distrito de Puerto Rico**

Nombre de deudores: **Junta Supervisión y Administración Financiera Para Puerto Rico, como representante de Estado Libre Asociado de Puerto Rico**

Número de procedimiento: 17-BK3283-LTS

Título de la objeción global: Notificación de la centésima trigésima sexta objeción global del ELA de Puerto Rico

Números de evidencia de reclamos relacionado de Prime Clerk: 137099

(iii) Motivo para oponerse: Me desempeñé como maestra de Inglés desde 01/15/1968 hasta 14 enero/1999. Durante este tiempo se aprobaron las leyes #89 (Romerazo) y la ley de Sila Calderón. No recibí los aumentos que me correspondían por la aprobación de dichas leyes.

(iv) Documentación justificada: Adjunto certificación del Departamento de Educación de años trabajados en dicha agencia.

Sylvia E. Vázquez Cordero