

# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

**ATT: Ley Promesa**

13 de febrero de 2020

# C E R T I F I C A C I O N

| | | |
|---|---|---|
| Certifico que | : | SYLVIA E. VAZQUEZ CORDERO |
| Seguro Social | : | |
| Categoría | : | MA. EDUC. SEC  (INGLES) |
| Distrito Escolar | : | FAJARDO_ |
| Sueldo Mensual | : | $1,810.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 14 de enero de 1999 |
| Otros | : | Presto servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 30 años, 6 meses y 2 semanas. Nuestro sistema de Recursos Humanos refleja que ocupó una plaza desde 01/15/1968. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.