Sylvia E. Vázquez Cordero
Ext. Melissa 28 Calle F
Fajardo, PR 00738

**CERTIFIED MAIL**

7018 0360 0000 9220 1290

RECEIVED & FILED
2020 FEB 18 PM 4: 38
CLERK'S OFFICE
U.S. DISTRICT COURT

Secretaría
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, PR   00918-1767

U.S. POSTAGE PAID
FCM LETTER
CEIBA, PR
00735
FEB 15, 20
AMOUNT

FORE

Re: Réplica