Room 150 Federal Building

San Juan, Puerto Rico 00918-1767

RECEIVED & FILED
2020 FEB 18 PM 4: 36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

Debtors: Estado Libre Asociado de Puerto Rico

Gobierno de Puerto Rico

Departamento de Educación

No. 178K 3283-LTS

OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTHE OF PUERTO RICO, IN DEFFICIENT CLAIMS ASSEITING INTEREST BASED UPON UNSPECIFIED PUERTO RICO STATUS

DOC 8978-4

Proof of Claim: 118506 - 152198

Name and Address: Félix Dávila Pérez
Jardines de Vega Baja
Calle Paraiso 206
Vega Baja P.R. 00693

Reclama al Gobierno del Estado Libre Asociado de Puerto Rico; al Gobierno de Puerto Rico Departamento de Educación de Puerto Rico.

Ley 89 de 1984 – Romerazo

Años Reclamados    15 años

Cantidad Reclamada    4,500.00

Ley 447 enmendada Ley 15 de mayo 1951
Aumento por el costo de Vida (COLA)

Ley    10 - 1992

Años Reclamados    19 años

Cantidad Reclamada    8,358.88

Página 2

Adjunto evidencia en réplica a la información solicitada:

1. Certificación Años de Servicios-Dept. de Educ.

2. Informe de Renta Anual Vitalicia (Pago Pensión) Sistema de Retiro Para Maestros

3. Certificación Sistema de Retiro de Maestros Tiempo Cotizado Para la Pensión

4. Carta Explicativa

Solicito la adjudicación de mi petición, según corresponda a mis derechos por las Leyes anteriormente Especificadas.

Nombre: Félix Dávila Pérez

Firma: _____    Fecha: 10 Feb. 2020

10 de febrero de 2020

Re:   **PROMESA  Proof of Claim Title III  - Proof of  Claim 118506 - 152198**


 **In re Commonwealth of <u>Puerto Rico, Case  No. 17 BK 3283-LTS</u>**


Considero que debo recibir los beneficios correspondientes a la **<u>Ley 89 ( Romerazo),</u>**

 **<u>Ley 447 enmendada</u>  Ley 15 de mayo de 1951** Aumento por Costo de Vida (COLA) <u>Ley 10</u>
<u>1992</u>,

ya que tengo dercho a la compensacion.  El hecho de no haber recibido estos aumentos  me perjudico en  mi salario y por

ende, la cantidad de mi sueldo de retiro fue menor. Entiendo que debido al alto costo de vida existente, este dinero que

se me retribuye sera de gran beneficio para mi.

Agradecere la atencion prestada.


1. Anos reclamados== **LEY 89 – Romerazo = Anos  = 15 anos – Cantidad Reclamada = 4,500.00**


2. Anos reclamados =    **Ley 447  Enmendada Ley 15 de mayo 1951  Aumento por Costo de Vida  (COLA)  Ley 10 1992**

    **Anos Reclamados – 19 anos  - Cantidad Reclamada  = 8,358,88**


Cordialmente,

**Felix Davila Perez**



# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

**ATT: LEY PROMESA**

28 de enero de 2020

# C E R T I F I C A C I O N

| | | |
|---|---|---|
| Certifico que | : | FELIX DAVILA PEREZ |
| Seguro Social | : | |
| Categoría | : | M. PRINCIPIOS EDUC. EN TECNOLOGIA (ARTES IND.) |
| Distrito Escolar | : | VEGA ALTA |
| Sueldo Mensual | : | $2,005.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 27 de julio de 2001 |
| Otros | : | Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de (28) años, (4) meses, (3) semanas y (1) día. |

Candida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social,
ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

## GOBIERNO DE PUERTO RICO
### Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión del **Prof. Felix Davila Perez**, con número de seguro social que termina en **7396**.

| | |
|---|---:|
| **Fecha de Efectividad de la Pensión** | **28 de julio de 2001** |
| **Tiempo Cotizado para la Pensión** | **27 años, 3 mes, 3 sem., 1 días** |
| **Pensión mensual Inicial** | **$1,415.82** |
| **Pensión Mensual Actual** | **$1,458.29** |

Esta certificación se expide hoy, **28 de enero de 2020** en **San Juan**, **Puerto Rico**.

**Edgardo J. Negrón Ramírez**
**Supervisor**
**Área de Servicios de Retiro**

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

☏ 787.777.1414    🖷 787.764.6910    www.srm.pr.gov


**SRM**
Sistema de Retiro para Maestros
Gobierno de Puerto Rico
Protegemos la Aportación al Futuro

Modelo SC 418 (Rev.
14-mayo-7
Manual de Contabilidad

JUNTA DE RETIRO PARA MAESTROS

## INFORME RENTA ANUAL VITALICIA

| Nombre | | Núm. Reclamación | |
|---|---|---|---|
| Félix  Dávila Pérez | | | Sexo  **M** |

Tipo de Renta:

a— Años de Servicio y Edad
    Opcional   ( )
    Obligatorio ( )

b— Edad ( )

c— Incapacidad
    Ocupacional   ( )
    No Ocupacional ( )

d— Diferida ( )*

| Fecha de Nacimiento | | |
|---|---|---|
| 1950 | feb. | 25 |
| Año | Mes | Día |

| Fecha de Retiro | | |
|---|---|---|
| 2001 | julio | 27 |
| Año | Mes | Día |

| Edad al Retirarse | | | Servicios Acreditados | | | | Costo Anualidad | Fecha de Efectividad | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 51 | 5 | 3 | 27 | 3 | 3 | 1 | $ 32,741.90 | 2001 | julio | 28 |
| Años | Meses | Días | Años | Meses | Sem. | Días | | Año | Mes | Día |

Retiro Ley Núm.  **44**  de  **2000**

Oficina de Finanzas
Documentos Preintervenidos
Fecha
Iniciales

| Cómputo de la Renta Anual:      tres | | 927.94 |
|---|---|---|
| a— Sueldo promedio mensual más alto durante cinco años consecutivos a $ 1,887.77 | | menos aju |
| X .18 %    X  27 años, 3 meses, 3 semanas y 1 día | | 5 % |
| (Por ciento)          (Tiempo Acreditado) | | 46.39 |
| * En caso de renta anual diferida, ésta comenzará al cumplir la edad de _____ | | 881.82 |

  ( ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años de edad.

  ( ) o a opción en fecha posterior si al retirarse tiene 10 y menos de 25 años de servicios y menos de 60 años de edad.

b— Ajuste para llegar al Mínimo Establecido por Ley  **44**

| Años de Servicio | Edad | Incapacidad Física | Diferido | |
|---|---|---|---|---|
| $ _____ | $ _____ | $ _____ | $ _____ | |
| Diferencia Mínimo o Renta Sistema Retiro | | | | 534.27 |
| Renta Mensual Vitalicia | | | | 1,415.82 |
| Renta Anual Vitalicia | | | | 16,989.84 |

| Computado | | Cotejado | |
|---|---|---|---|
| Carlos J. Serrano | 12/9/01 Fecha | Hugo E. Aponte | 12/sept/01 Fecha |
| Recomendado: | | Aprobado: | |
| Gloria E. Navas Pérez | 13/9/01 Fecha | Sept-14-01 Fecha | Irma A. Giménez López |
| Directora Area Servicios de Retiro | | | Secretaria Ejecutiva |

HA/agb
lp

2001                     Ley 10 1992 (Cola)

Pasos                              3%
2004 - 2007      1458 -   43.74   x36.   1574.44

2007 - 2010      1501     45.03   x36   1621.05

2010 - 2013      1546     46.38   x36.  1669.68

2013 - 2016      1592     47.76   x36   1719.36

2016 - 2019      1639     49.17   x36   1770.12

                                          8354.85

Romero-20

1984. 2001.

Paso
₡ 25.00        12 meses      —₡300.00      1 año.

₡300.00 al año .150 años   ₡ 4,500      17 años