**PRESS FIRMLY TO SEAL**

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

7019 2970 0002 1393 3707



U.S. POSTAGE PAID
PM 1-Day
VEGA BAJA, PR
00693
FEB 14, 20
AMOUNT
**$14.15**
R2304M115102-08

1005    00918

**PRIORITY MAIL®**

RECEIVED & FILED
2020 FEB 18 PM 4:08
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

- Date of delivery specified*
- USPS TRACKING™ included to many major international destinations.
- Limited international insurance.
- Pick up available.*
- Order supplies online.*
- When used internationally, a customs declaration label may be required.

\* Domestic only

To schedule free Package Pickup, scan the QR code.



**USPS.COM/PICKUP**

EP14F Oct 2018
OD: 12 1/2 x 9 1/2

**FROM:**

Félix Dávila Pérez
Jardines de Vega Baja
Calle Paraíso 206
Vega Baja P.R. 00693

**TO:**

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767