Dirigido al TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

En el asunto de:

JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO

En el asunto

Ley Promesa

Titulo III

Núm. 17 BK 328 – 3 –LTS

(Administración conjuntamente)

La presente radicación guarda

relación con el ELA, la ACT, y

el SRE

Yo, Enid Colon Torres, mayor de edad (62 años), divorciada y residente del pueblo de Santa Isabel (Urb. Villa Jauca A – 13P.R.00757). Teléfono es (787) 932 – 0180 y correo electrónico es: pitirre1613@gmail.com. Mi número de caso es: CLAIM – 109299 (DATE FILE – 5/25/2018).

- Desconozco el por ciento de aumento correspondientes fueron realizados por el Departamento de Educación de Puerto Rico.
- Orden Ejecutiva 30/junio 1987 – Aumento de sueldo de $100.00
- 1997 – Bono de Navidad
- ✓ 1997 - Aumento de sueldo de $200.00
- ✓ 1998 - Aumento de sueldo de $250.00
- ✓ 1999 - Aumento de sueldo de $300.00
- ✓ 2001 - Aumento de sueldo de 7.815% del sueldo anual del funcionario
- ✓ 2003 - Aumento de sueldo de 12.5% del sueldo anual del funcionario

Estuve laborando como maestra por 33 años y 5 meses.

- Ley de la Carrera Magisterial de 1999.
  Nivel III - $375.00 mensuales
- Ley 180 de 27 de julio de 1998 hasta 2018

Adjunto documentos en relación a este caso.
Sección de Nombramientos y cambios. - Sistema de Retiro para Maestros
Carta con lo recibido para mi pensión dada por Sistema de Retiro para Maestros
Talonario de mi pensión durante las quincenas de los meses de octubre, noviembre, diciembre de 2019.
Talonario del Departamento de Educación de Puerto Rico 2015.

Enid Colon Torres

Affid Num: 71,865

    Suscrito ante mi por Enid Colon Torres, mayor de edad y residente en Santa Isabel, Puerto Rioc a quien identifico mediante tarjeta con foto.
    En Santa Isabel, PR, hoy 12 de febrero 2020.

Notario

