# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

13 de junio de 2018

DEPARTAMENTO DE EDUCACION  
SECCIÓN DE NOMBRAMIENTOS Y CAMBIOS  
APARTADO 190759  
SAN JUAN PR 00919 0759

Solicitud No: 917299  
Radicada en: 30 jun 2017

Atención: Sr. Enoch González Vélez

El(la) profesor(a) ENID COLON TORRES con seguro social XXX-XX-3617 ha radicado una Solicitud de Retiro en nuestro Sistema. Al 28 de junio de 2017, fecha de su última aportación recibida,

[X]cualifica [ ]no cualifica para acogerse a la jubilación.

Su tiempo cotizado y edad es el siguiente:

33 Años, 5 Meses, 0 Semanas, 1.69 Dias y su edad es 59 años.

Los pagos pendientes no están considerados en esta certificación. Los mismos son:

[ ]Reconocimiento de Tiempo  
[ ]Diferencia en % por transferencia recibida  
[ ]Reembolso de Cuotas  
[X]No aplica

El tiempo certificado puede variar, de encontrarse diferencias en el Informe de Cambio, enviado por el Departamento de Educación u otras Instituciones Gubernamentales y de existir anulaciones futuras entre cuentas que afecten las aportaciones del Sistema.

Deberá permanecer cotizando en nuestro Sistema hasta la fecha que proyecta retirarse.

El plan médico y planes suplementarios deben ser pagados directamente a las aseguradoras hasta tanto envíen las autorizaciones de descuentos para tramitar su pensión.

Atentamente,

por.

Ivonne L. Ortiz Valladares  
Area de Servicios de Retiro

c: ENID COLON TORRES  
A13 URB VILLA JAUCA  
SANTA ISABEL, PR 00757

XXX-XX-3617

235 Avenida Arterial Hostos, Edificio Capital Center, Torre Norte, Hato Rey, Puerto Rico 00918  
P.O. Box 191879, Hato Rey, PR 00919-1879



# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

09 de noviembre de 2018

ENID COLON TORRES  
A13 URB VILLA JAUCA  
SANTA ISABEL, PR 00757

XXX-XX-3617

Solicitud No: 947039  
Radicada en: 03 oct 2018

Señor(a): Colon Torres    CASO: 256

Deseamos informarle que su Pension Años De Servicio ha sido aprobada. Su retiro fue efectivo el 01 de agosto de 2018 y su renta mensual será de $2,321.25. Recibirá un pago retroactivo desde la fecha de efectividad de su pensión hasta el ingreso a nómina.

Si usted no se encuentra conforme con la presente determinación podrá radicar dentro del término de 20 días a partir de la notificación de la determinación del Director o su representante, un Escrito de Reconsideración ante la Junta de Síndicos del SRM. Dicha solicitud puede ser radicada personalmente o enviada por correo.

Radicaciones

Dirección Física: Secretaría Junta de Síndicos, Piso 8, Capital Center, Torre Norte 235 Ave Arterial Hostos, Hato Rey, PR

Dirección Postal: Secretaría Junta de Síndicos, Piso 8, PO Box 191879, San Juan, PR 00919-1879

En las radicaciones por correo, el matasellos debe mostrar que la misma fue cursada dentro del término establecido. Todos los términos mencionados en los incisos para apelar o solicitar reconsideración son en días naturales. El procedimiento de apelación se rige por el Reglamento 7053 de 15 de noviembre de 2005.

Le informamos que cualquier gestión, comunicación o trámite que efectúe con nuestro Sistema, distinto a los escritos antes mencionados, no interrumpe los términos que dispone para ejercer su derecho de apelación.

Atentamente,

Ivonne L. Ortiz Valladares  
Area de Servicios de Retiro



**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 12/16/2019 |
| Hasta: | 12/31/2019 |

Business Unit: PUERT
Aviso #: 5325924
Fecha Aviso: 12/30/2019

**ENID COLON TORRES**
A13 VILLA JAUCA
SANTA ISABEL PR 00757-2703

SS: XXX-XX-3617

| | |
|---|---|
| # Empleado: | XXXXX3617 |
| Dept: | 592230-Anos y Servicios Ley160/2013 |
| Lugar: | Anos y Servicios Ley160/2013 |
| Titulo: | Pensionado |
| Sueldo: | $2,321.25 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,160.63 | 1,957.50 | 27,855.12 |
| **Total:** | | | **1,160.63** | **1,957.50** | **27,855.12** |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | **0.00** | **0.00** |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | **0.00** | **0.00** |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Ahorros-AEELA | 34.82 | 696.40 |
| **Total:** | **34.82** | **696.40** |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|

* Tributable

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | | | |
|---|---|---|---|
| Corriente: | 1,160.63 | 0.00 | 34.82 | 1,125.81 |
| Acumulado: | 27,855.12 | 0.00 | 696.40 | 27,158.72 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5325924 | 1,125.81 |
| **Total:** | **1,125.81** |

MENSAJE:

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
12/30/2019

Aviso No.
5325924

Cant. Deposito: $1,125.81

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | | $1,125.81 |
| **Total:** | | **$1,125.81** |

TRAY 118 SQ 26803••••••••••••••••••SCH 5-DIGIT 00751   26803 2 AV 0.383
ENID COLON TORRES

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 12/16/2019 |
| Hasta: | 12/31/2019 |

Business Unit: PUERT
Aviso #: 5325924
Fecha Aviso: 12/30/2019

**ENID COLON TORRES**
A13 VILLA JAUCA
SANTA ISABEL PR 00757-2703

SS: XXX-XX-3617

| | |
|---|---|
| # Empleado: | XXXXX3617 |
| Dept: | 592230-Anos y Servicios Ley 160/2013 |
| Lugar: | Anos y Servicios Ley 160/2013 |
| Titulo: | Pensionado |
| Sueldo: | $2,321.25 Monthly |

| | Federal | PR |
|---|---|---|
| DATA IMP: | | |
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,160.63 | 1,957.50 | 27,855.12 |
| **Total:** | | | 1,160.63 | 1,957.50 | 27,855.12 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Ahorros-AEELA | 34.82 | 696.40 |
| **Total:** | 34.82 | 696.40 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|

* Tributable

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 1,160.63 | 0.00 | 34.82 | 1,125.81 |
| Acumulado: | 27,855.12 | 0.00 | 696.40 | 27,158.72 |

### PTO HORAS ACUM
Balance Inicial:  0.0
+ Acumulado:
- Utilizado:
- Donada:
+ Ajustes:
Balance Final:  0.0

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5325924 | 1,125.81 |
| **Total:** | 1,125.81 |

MENSAJE:

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
12/30/2019

Aviso No.
5325924

Cant. Deposito:   $1,125.81

|||||
TRAY 118 SQ 26803●●●●●●●●●●●●●●●●●●●SCH 5-DIGIT 00751    26803 2 AV 0.383
ENID COLON TORRES

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | | $1,125.81 |
| **Total:** | | $1,125.81 |

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 11/01/2019 |
| Hasta: | 11/15/2019 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | 4409145 |
| Fecha Aviso: | 11/15/2019 |

ENID COLON TORRES
A13 VILLA JAUCA
SANTA ISABEL PR 00757-2703

SS: XXX-XX-3617

| | |
|---|---|
| # Empleado: | XXXXX3617 |
| Dept: | 592230-Anos y Servicios Ley160/2013 |
| Lugar: | Anos y Servicios Ley160/2013 |
| Titulo: | Pensionado |
| Sueldo: | $2,321.25 Monthly |

| | | |
|---|---|---|
| DATA IMP: | Federal | PR |
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,160.63 | 1,717.50 | 24,373.23 |
| Total: | | | 1,160.63 | 1,717.50 | 24,373.23 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Ahorros-AEELA | 34.82 | 591.94 |
| Total: | 34.82 | 591.94 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|

* Tributable

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|
| Corriente: | 1,160.63 | 0.00 | 34.82 | 1,125.81 |
| Acumulado: | 24,373.23 | 0.00 | 591.94 | 23,781.29 |

### PTO HORAS ACUM
Balance Inicial: 0.0
+ Acumulado:
- Utilizado:
- Donada:
+ Ajustes:
Balance Final: 0.0

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #4409145 | 1,125.81 |
| Total: | 1,125.81 |

MENSAJE:

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
11/15/2019

Aviso No.
4409145

Cant. Deposito: $1,125.81

TRAY 118 SQ 26803****************SCH 5-DIGIT 00751      26803 2 AV 0.383
ENID COLON TORRES
A13 VILLA JAUCA

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | | $1,125.81 |
| Total: | | $1,125.81 |

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Grupo de Pago: SM -Quincenal
Desde: 11/16/2019
Hasta: 11/30/2019

Business Unit: PUERT
Aviso #: 4611251
Fecha Aviso: 11/29/2019

**ENID COLON TORRES**
A13 VILLA JAUCA
SANTA ISABEL PR-00757-2703

SS: XXX-XX-3617

# Empleado: XXXXX3617
Dept: 592230-Anos y Servicios Ley160/2013
Lugar: Anos y Servicios Ley160/2013
Titulo: Pensionado
Sueldo: $2,321.25 Monthly

DATA IMP: Federal PR
Estado Civil: Married Married
Concesiones: 0 39+99
Pct. Adcl.:
Cant. Adcl.:

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,160.63 | 1,792.50 | 25,533.86 |
| Total: | | | 1,160.63 | 1,792.50 | 25,533.86 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Ahorros-AEELA | 34.82 | 626.76 |
| Total: | 34.82 | 626.76 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|
| Corriente: | 1,160.63 | 0.00 | 34.82 | 1,125.81 |
| Acumulado: | 25,533.86 | 0.00 | 626.76 | 24,907.10 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #4611251 | 1,125.81 |
| Total: | 1,125.81 |

MENSAJE:

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha: 11/29/2019

Aviso No. 4611251

Cant. Deposito: $1,125.81

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | | $1,125.81 |
| Total: | | $1,125.81 |

TRAY 118 SQ 26803****************SCH 5-DIGIT 00751   26803 2 AV 0.383
ENID COLON TORRES

| Gobierno de Puerto Rico | | Grupo de Pago: | SM -Quincenal | Business Unit: | PUERT |
|---|---|---|---|---|---|
| 592 - SISTEMA DE RETIRO MAESTRO-PENS | | Desde: | 11/01/2019 | Aviso #: | 4409145 |
| | | Hasta: | 11/15/2019 | Fecha Aviso: | 11/15/2019 |

| ENID COLON TORRES | # Empleado: | XXXXX3617 | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| A13 VILLA JAUCA | Dept: | 592230-Anos y Servicios Ley160/2013 | Estado Civil: | Married | Married |
| SANTA ISABEL PR 00757-2703 | Lugar: | Anos y Servicios Ley160/2013 | Concesiones: | 0 | 39 +99 |
| | Título: | Pensionado | Pct. AdcL: | | |
| SS: XXX-XX-3617 | Sueldo: | $2,321.25 Monthly | Cant. AdcL: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,160.63 | 1,717.50 | 24,373.23 |
| Total: | | | 1,160.63 | 1,717.50 | 24,373.23 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Ahorros-AEELA | 34.82 | 591.94 |
| Total: | 34.82 | 591.94 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|
| Corriente: | 1,160.63 | 0.00 | 34.82 | 1,125.81 |
| Acumulado: | 24,373.23 | 0.00 | 591.94 | 23,781.29 |

### PTO HORAS ACUM

| Balance Inicial: | 0.0 |
|---|---|
| + Acumulado: | |
| - Utilizado: | |
| - Donado: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| Aviso #4409145 | 1,125.81 |
|---|---|
| Total: | 1,125.81 |

MENSAJE:

---

Gobierno de Puerto Rico  
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha  
11/15/2019

Aviso No.  
4409145

Cant. Deposito: $1,125.81

TRAY 118 SQ 26803**************SCH 5-DIGIT 00751   26803 2 AV 0.383  
ENID COLON TORRES  
A13 VILLA JAUCA

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | -- | $1,125.81 |
| Total: | | $1,125.81 |

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | | |
|---|---|---|
| Grupo de Pago: | SM -Quincenal | Business Unit: PUERT |
| Desde: | 10/16/2019 | Aviso #: 4116747 |
| Hasta: | 10/31/2019 | Fecha Aviso: 10/30/2019 |

**ENID COLON TORRES**
A13 VILLA JAUCA
SANTA ISABEL PR 00757-2703

SS: XXX-XX-3617

| | | | |
|---|---|---|---|
| # Empleado: | XXXXX3617 | DATA IMP: | Federal PR |
| Dept: | 592230-Anos y Servicios Ley160/2013 | Estado Civil: | Married Married |
| Lugar: | Anos y Servicios Ley160/2013 | Concesiones: | 0 39+99 |
| Titulo: | Pensionado | Pct. Adcl.: | |
| Sueldo: | $2,321.25 Monthly | Cant. Adcl.: | |

## HORAS E INGRESOS

| | | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 1,160.63 | 1,635.00 | 23,212.60 |
| **Total:** | | | **1,160.63** | **1,635.00** | **23,212.60** |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | **0.00** | **0.00** |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | **0.00** | **0.00** |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Ahorros-AEELA | 34.82 | 557.12 |
| **Total:** | **34.82** | **557.12** |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|

* Tributable

## TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 1,160.63 | 0.00 | 34.82 | 1,125.81 |
| Acumulado: | 23,212.60 | 0.00 | 557.12 | 22,655.48 |

## PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #4116747 | 1,125.81 |
| **Total:** | **1,125.81** |

**MENSAJE:**

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha: 10/30/2019

Aviso No. 4116747

Cant. Deposito: $1,125.81

TRAY 118 SQ 26803•••••••••••••••••••SCH 5-DIGIT 00751    26803 2 AV 0.383
ENID COLON TORRES
A13 VILLA JAUCA
SANTA ISABEL PR 00757-2703

## DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | | $1,125.81 |
| **Total:** | | **$1,125.81** |

**Gobierno de Puerto Rico**
**592 - SISTEMA DE RETIRO MAESTRO-PENS**

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 10/01/2019 |
| Hasta: | 10/15/2019 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | 3865142 |
| Fecha Aviso: | 10/15/2019 |

**ENID COLON TORRES**
A13 VILLA JAUCA
SANTA ISABEL PR 00757-2703
SS: XXX-XX-3617

| | |
|---|---|
| # Empleado: | XXXXX3617 |
| Dept: | 592230-Años y Servicios Ley160/2013 |
| Lugar: | Años y Servicios Ley160/2013 |
| Titulo: | Pensionado |
| Sueldo: | $2,321.25 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39+99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,160.63 | 1,545.00 | 22,051.97 |
| Total: | | | 1,160.63 | 1,545.00 | 22,051.97 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Ahorros-AEELA | 34.82 | 522.30 |
| Total: | 34.82 | 522.30 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|

* Tributable

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|
| Corriente: | 1,160.63 | 0.00 | 34.82 | 1,125.81 |
| Acumulado: | 22,051.97 | 0.00 | 522.30 | 21,529.67 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #3865142 | 1,125.81 |
| Total: | 1,125.81 |

MENSAJE:

---

**Gobierno de Puerto Rico**
**592 - SISTEMA DE RETIRO MAESTRO-PENS**

Fecha
10/15/2019

Aviso No.
3865142

Cant. Deposito: $1,125.81

TRAY 118 SQ 26803**************SCH 5-DIGIT 00751   26803 2 AV 0.383
ENID COLON TORRES

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | | $1,125.81 |
| Total: | | $1,125.81 |

| 080 DEPT DE EDUCACION-MAESTROS | | | | Pag Período | Desde: 02/19/2015 | Aviso No. 4643392 | |
|---|---|---|---|---|---|---|---|
| Avenida Teniente Cesar Gonzalez, Esquina Calaf | | | | | Hasta: 03/04/2015 | Fecha Aviso: 02/27/2015 | |
| HATO REY, PR 00919 | | | | | | | |

| ENID COLON TORRES | # Empleado: | XXXXX3617 | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| VILLA JAUCA | Dept: | 8005137-SANTA ISABEL-PONCE | Estado Civil: | Married | Head of Household |
| A13 | Lugar: | JOHN F. KENNEDY | Concesiones: | 0 | 0 |
| SANTA ISABEL, PR 00757 | Titulo: | DEPARTAMENTO DE EDUCACION | Pct. Adcl.: | | |
| SS: XXX-XX-3617 | Sueldo: | $3,095.00 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | | IMPUESTOS | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | | 1,547.50 | 240.00 | 6,190.00 | PR Withholding | 74.85 | 299.40 |
| Total: | | | 1,547.50 | 240.00 | 6,190.00 | Total: | 74.85 | 299.40 |

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| GPR Plan de Retiro de Maestro | 139.28 | 557.12 | RM-Prest Pers De Cuota-Ret Mae | 213.89 | 855.56 | SM-First Medical Health Plan | 120.00 | 240.00 |
| | | | AE-Asoc Emp ELA-Prest Regular | 143.14 | 572.56 | GPR Plan de Retiro de Maestro | 131.54 | 526.16 |
| | | | SM-First Medical Health Plan | 68.00 | 272.00 | FSED Disability Plan | 26.31 | 105.24 |
| | | | CO-COOP MAESTRO PR | 5.00 | 20.00 | | | |
| | | | DM-FONDOS UNIDOS | 0.50 | 2.00 | | | |
| | | | SC-AMER FAM LIFE ASS CO | 65.28 | 261.12 | | | |
| | | | AS-ASOC MAESTROS DE P.R. | 8.50 | 34.00 | | | |
| | | | Ahorros-AEELA | 46.43 | 185.72 | | | |
| Total: | 139.28 | 557.12 | Total: | 550.74 | 2,202.96 | * Tributable | | |

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,547.50 | 0.00 | 74.85 | 690.02 | 782.63 |
| Acumulado: | 6,190.00 | 0.00 | 299.40 | 2,760.08 | 3,130.52 |

| PTO HORAS | ACUM | | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|
| Balance Inicial: | 0.0 | | Aviso #4643392 | 782.63 |
| + Ganada: | | | | |
| + Compra: | | | Total: | 782.63 |
| - Usada: | | | | |
| - Donada: | | | | |
| + Ajustes: | | | | |
| Balance Final: | 0.0 | | | |

MENSAJE:

DEPT DE EDUCACION-MAESTROS  
Avenida Teniente Cesar Gonzalez  
Esquina Calaf  
HATO REY, PR 00919

Fecha  
02/27/2015

Aviso No.  
4643392

Cant. Deposito: $782.63

A la  
Cuenta(s) De

ENID COLON TORRES  
VILLA JAUCA  
A13  
SANTA ISABEL, PR 00757  
Localizacion: JOHN F. KENNEDY

| DISTRIBUCION DE DEPOSITO DIRECTO | | |
|---|---|---|
| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| Savings | XXXXXXXXXXXXXX | 782.63 |
| Total: | | 782.63 |