Enid Colon Torres
Urb. Villa Tauca A-13
Santa Isabel, P.R. 0075



CERTIFIED MAIL

7 1-453 0748



U.S. POSTAGE PAID
FCM LG ENV
SANTA ISABEL, PR
00757
FEB 15, 20
AMOUNT
$7.80
R2305K135432-04

1000    00918

RECEIVED & FILED
2020 FEB 18  PM 4:37
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, P.R.

RETURN RECEIPT
REQUESTED

Secretaría (Clerk's Office)
Tribunal de Distrito de Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00 918-1767