18 de febrero de 2020

A quien pueda interesar:

Adjunto evidencia de los años trabajados en el Departamento de Educación. Es como evidencia ya que tengo una reclamación del caso número 17 BK 3283-LTS and claim number 94117 ya que recibí información sobre mi caso que es deficiente.

Comencé a trabajar el 6 de octubre de 1976 y mi fecha de jubilación fue el 31 de julio del 2007.

Gracias.

RECEIVED & FILED
2020 FEB 18 PM 4:37
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN PR

Mis respetos,
Inaida Marie
787-642-9659

Espero respuesta de ustedes
Gracias por la ayuda que puedan
brendarme.

Iraida Mari