**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Mari Gonzalez, Iraida O. | 94117 | 6/25/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Mari Gonzalez, Iraida O. | 94117 | 6/25/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

***CUST PR 1845 SRF 38939 PackID: 724 MMLID: 1905864 SVC: 157th Omni
Mari Gonzalez, Iraida O.
D-10 4 Valle Verde
San German, PR 00683

FORM. 409-Rev. 99

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**DEPARTAMENTO DE EDUCACION**
Secretaría Auxiliar de Recursos Humanos

Pagarle____dias por vacaciones regulares en Julio
Descontarle _____días por ausencias

## Informe de Cambio – Personal Docente

| | ANTES DEL CAMBIO | DESPUÉS DEL CAMBIO |
|---|---|---|
| 1. Nombre del Empleado | MARI GONZALEZ, IRAIDA O. | |
| 2. Número de Seguro Social | | |
| 3. Lugar y Fecha de Nacimiento | SAN GERMAN, 1 | |
| 4. Sexo | F | |
| 5. Estado Civil | C | |
| 6. Preparación Académica | BA | |
| 7. Experiencia | 30 AÑOS 7 MESES 3 DÍAS | |
| 8. Status del Empleado (Contrato) | PERMANENTE | |
| 9. Sueldo Bruto | 2,515.00 | |
| 10. Número del Puesto | R-21430 | |
| 11. Categoría del Puesto | MAESTRO DE ESPAÑOL | |
| 12. Nivel del Puesto (Directivo) | | |
| 13. Fondo | ESTATAL | |
| 14. Cifra de Cuenta | E1110-11100-0810000-1008-00100-2007 | |
| 15. Fecha de Efectividad | 31 DE JULIO DE 2007 | |
| 16. Acción y Duración | RENUNCIA | |
| 17. Causa del Cese | JUBILACION EDAD Y AÑOS | |
| 18. Último día de Trabajo | 30 DE MAYO DE 2007 | |
| 19. Ultimo día de Pago | | |
| 20. Programa Escolar, Nivel y Grado | SECUNDARIA | |
| 21. Turno en Registro | | |
| 22. Distrito Escolar | HORMIGUEROS | |
| 23. Escuela | SEGUNDO RUIZ BELVIS | |
| 24. Dirección Postal y Residencial | URB. VALLE VERDE CALLE 4 D-10 SAN GERMAN, PR 00683 | 25. Teléfono Residencial 787-892-8939 |

26. Observaciones

27. En caso de cambio de status a probatorio o permanente, traslado, reasignación permanente o descenso

Firma del Empleado / Fecha

28. Recomendado
ELIZABETH TROCHE CORDERO — 30 de mayo de 2007
Director de Escuela / Fecha

29. Deseo____Acogerme _____No Acogerme
Al descuento del 3% de mi sueldo mensual para el fondo de Ahorro y Préstamo de la Asociación de Empleados de ELA de Puerto Rico en caso de cambio de contrato a probatorio o permanente

Firma del Empleado / Fecha

30. Recomendado
Director de Escuela / Fecha

31. Aprobado por: El Secretario de Educación o su Representante

Firma / Fecha

Si el nombramiento es con status transitorio provisional el mismo constituye un **CERTIFICADO PROVISIONAL DE MAESTRO**

/lov