Sra. Iraida O. Mari Gonzalez
Urb. Valle Verde
D-10 Calle 4
San German, P.R.
00683



**RETURN RECEIPT REQUESTED**

7014 1820 0000 8137 0028

U.S. POSTAGE PAID
FCM LG ENV
SAN GERMAN, PR
00683
FEB 15, 20
AMOUNT
**$7.60**
R2305K135312-05

Secretaria (Clerk's Office)
Tribunal de Distrito de los E.U.
#150 Chardón Avenue
Federal Building
San Juan, P.R.
00918

RECEIVED & FILED
2020 FEB 18 PM 4:37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.