UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
2020 FEB 18 PM 4: 36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

In re:

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,

as representative of

THE COMMONWEALTH OF PUERTO RICO, et al.,

Debtors.

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

This filing relates to the Commonwealth, HTA, and ERS.

Lidia Rodríguez Figueroa
PO Box 672
Sabana Grande, PR 00637
Bo. Santana La Máquina
Carretera 363 km 1.7 Interior
Sabana Grande, PR
787-358-4579

Claim # 116540
Date filed: 6/28/2018
Debtor: Commonwealth of Puerto Rico
Asserted Claim Amount: $15,000.00

Yo, Lidia Rodríguez Figueroa, certifico que trabajé en el Departamento de la Familia – División ADSEF desde el 3 de septiembre de 1974 hasta el 31 de diciembre de 2004; fecha en que me acogí al retiro. Por esta razón, entiendo que puedo solicitar los aumentos no recibidos por las siguientes leyes: Ley 89 (Romerazo), Ley 96 (Hon. Sila M. Calderón), Ley 160, Ley 180 y Ley del 3%. Considero que me adeudan la cantidad de $15,000.00 aproximadamente.

Adjunto envío certificación del Departamento de la Familia y Sistemas de Retiro de Puerto Rico sobre fechas de comienzo y terminación de empleo, así como salarios devengados durante estos años de trabajo.

Certifico correcto,

*Lidia Rodríguez*

Lidia Rodríguez Figueroa