08-38
10-98(Rev.)

**ADMINISTRACION DE LOS SISTEMAS DE RETIRO**
Gobierno de Puerto Rico

CERTIFICO QUE ESTA COPIA ES FIEL Y EXACTA DE SU ORIGINAL   5/feb/2020

## HOJA DE SERVICIO

| RODRIGUEZ | | FIGUEROA | | LYDIA | | PLAN ACOGIDO: | | COMPLETA SUPLEMENTACION | X | COORDINADO |
|---|---|---|---|---|---|---|---|---|---|---|
| (APELLIDOS: | PATERNO | | MATERNO | CASADA) | (NOMBRE) | | | | | |

| NUM. SEGURO SOCIAL | 28 DE OCTUBRE DE 1949 | FECHA ACOGIDO: | |
|---|---|---|---|
| | FECHA DE NACIMIENTO | 3 DE SEPTIEMBRE DE 1974 | |
| ADSEF | REGULAR | FECHA DEL PRIMER DESCUENTO PARA RETIRO: | |
| AGENCIA EN QUE PRESTO LOS SERVICIOS | STATUS DEL EMPLEADO | ccc | |

| CLASIFICACION DEL PUESTO | PERIODOS DE SERVICIOS DESDE D/M/A | PERIODOS DE SERVICIOS HASTA D/M/A | SUELDO MENSUAL | CANTIDAD DEL DIFERENCIAL | SUELDO POR HORA | HORAS TRABAJADAS | TOTAL SUELDOS DEVENGADOS | APORTACION MENSUAL AL SISTEMA |
|---|---|---|---|---|---|---|---|---|
| TEC. SERVICIOS SOC. I | 03/09/74 | 30/09/75 | 495.00 | | | | 6,402.00 Pts | 288.15 Pts |
| TEC. SERVICIOS SOC. II | 01/10/75 | 30/06/77 | 555.00 | | | | 11,655.00 Pts | 527.10 Pts |
| | 01/07/77 | 30/09/79 | 595.00 | | | | 16,065.00 Pts | 753.30 Pts |
| | 01/10/79 | 30/06/80 | 630.00 | | | | 5,670.00 Pts | 273.15 Pts |
| | 01/07/80 | 30/09/80 | 655.00 | | | | 1,965.00 Pts | 96.30 Pts |
| | 01/10/80 | 30/09/83 | 675.00 | | | | 24,300.00 Pts | 1,206.00 Pts |
| | 01/10/83 | 31/03/84 | 705.00 | | | | 4,230.00 Pts | 213.60 Pts |
| | 01/04/84 | 30/09/85 | 778.00 | | | | 14,004.00 Pts | 732.78 Pts |
| | 01/10/85 | 30/09/86 | 808.00 | | | | 9,696.00 Pts | 513.72 Pts |
| | 01/10/86 | 28/02/87 | 863.00 | | | | 4,315.00 Pts | 233.30 Pts |
| TEC. SERV. SOCIALES III | 01/03/87 | 31/03/88 | 914.00 | | | | 11,882.00 Pts | 652.99 Pts |
| | 01/04/88 | 31/03/90 | 954.00 | | | | 22,896.00 Pts | 1,272.72 Pts |

Observaciones:

**CERTIFICACION**

Certifico que la información es correcta:

MYRNA SANTOS GARCIA, COORDINADORA ASUNTOS DE RETIRO
Firma Director de Recursos Humanos o su Representante Autorizado

23 de septiembre de 2004
Fecha

NLM/HVO/mpr

08-38
10-98(Rev.)



**ADMINISTRACION DE LOS SISTEMAS DE RETIRO**
Gobierno de Puerto Rico

CERTIFICO QUE EST[A]
COPIA ES FIEL Y EXACTA
DE SU ORIGINAL

## HOJA DE SERVICIO

| RODRIGUEZ | | FIGUEROA | | LYDIA | | PLAN ACOGIDO: | | COMPLETA SUPLEMENTACION | X | COORDINADO |
|---|---|---|---|---|---|---|---|---|---|---|
| (APELLIDOS: | PATERNO | MATERNO | CASADA) | (NOMBRE) | | | | | | |

| NUM. SEGURO SOCIAL | 28 DE OCTUBRE DE 1949 FECHA DE NACIMIENTO | FECHA ACOGIDO: 3 DE SEPTIEMBRE DE 1974 |
|---|---|---|
| ADSEF AGENCIA EN QUE PRESTO LOS SERVICIOS | REGULAR STATUS DEL EMPLEADO | FECHA DEL PRIMER DESCUENTO PARA RETIRO: ccc |

| CLASIFICACION DEL PUESTO | PERIODOS DE SERVICIOS DESDE D/M/A | PERIODOS DE SERVICIOS HASTA D/M/A | SUELDO MENSUAL | CANTIDAD DEL DIFERENCIAL | SUELDO POR HORA | HORAS TRABAJADAS | TOTAL SUELDOS DEVENGADOS | APORTACION MENSUAL AL SISTEMA |
|---|---|---|---|---|---|---|---|---|
| TECN. SERVICIOS SOC. III | 01/04/90 | 30/04/90 | 954.00 | | | | 954.00 Pts | 65.19 Pts |
| | 01/05/90 | 30/06/90 | 991.00 | | | | 1,982.00 Pts | 136.50 Pts |
| | 01/07/90 | 30/06/94 | 1,041.00 | | | | 49,968.00 Pts | 3,474.72 Pts |
| | 01/07/94 | 30/04/95 | 1,156.00 | | | | 11,560.00 Pts | 819.10 Pts |
| | 01/05/95 | 29/02/96 | 1,202.00 | | | | 12,020.00 Pts | 857.10 Pts |
| | 01/03/96 | 30/09/99 | 1,301.00 | | | | 55,943.00 Pts | 4,038.13 Pts |
| | 01/10/99 | 31/12/99 | 1,361.00 | | | | 4,083.00 Pts | 296.61 Pts |
| | 01/01/00 | 31/12/00 | 1,461.00 | | | | 17,532.00 Pts | 1,285.80 Pts |
| | 01/01/01 | 28/02/01 | 1,561.00 | | | | 3,122.00 Pts | 230.84 Pts |
| | 01/03/01 | 30/06/02 | 1,655.00 | | | | 26,480.00 Pts | 1,971.20 Pts |
| | 01/07/02 | 30/06/03 | 1,755.00 | | | | 21,060.00 Pts | 1,577.64 Pts |
| | 01/07/03 | 30/06/04 | 1,905.00 | | | | 22,860.00 Pts | 1,726.68 Pts |
| | 07/01/04 | 31/12/04 | 2,055.00 | | | | 12,330.00 Pts | 937.80 Pts |
| | 31/12/04 | JUBILACION | | | | | | |

Observaciones:

**CERTIFICACION**

Certifico que la información es correcta:

MYRNA SANTOS GARCIA, COORDINADORA ASUNTOS DE RETIRO
Firma Director de Recursos Humanos o su Representante Autorizado

11 de febrero de 2004
Fecha

NLM/HVO/mpr