Lidia Rodriguez Figueroa
PO Box 672
Sabana Grande PR 00637






7008 2810 0002 1236 8664



RECEIVED & FILED
2020 FEB 18 PM 4:36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados
Room 150 Federal Building
San Juan Puerto Rico 00918-17