**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|------|---------|------------|--------|-----------------------|
| de Jesus Santiago, Socorro | 131951 | 6/27/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|--------|--------------------|-----------------------|--------|---------------------------------|
| de Jesus Santiago, Socorro | 131951 | 6/27/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

Rev.GIFT 10-OCT-08

| | | Mes-Dia-Año |
| --- | --- | --- |
| | | Fecha Radicación |
| | | 13-abr-09 |
| | | Fecha Vencimiento |
| | | 11-jul-09 |

**Estado Libre Asociado de Puerto Rico**
**Sistema de Retiro para Maestros**

| Núm de Caso |
| --- |
| 1839 |

**INFORME RENTA ANUAL VITALICIA**

DE JESUS SANTIAGO SOCORRO
Apellido Paterno, Materno, Nombre e Inicial          Seguro Social

Sexo ☑ Femenino
☐ Masculino

ELEM-YABUCOA
Categoría y Pueblo

Ley 91 del 2004
Retiro Ley Núm.

Fecha Nacimiento
Mes-Dia-Año

Dirección Postal    PO BOX 1905
YABUCOA PR 00767

Tipo de Renta (Pensión)    ☑ Años de Servicio y Edad    ☐ Edad    ☐ Diferida
☐ Incapacidad Ocupacional    ☐ Incapacidad No Ocupacional

| Edad al Retirarse | | | Servicios Acreditados | | | | Costo Anualidad | Renta | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 55 | 5 | 27 | 31 | 9 | 3 | 0.5 | $ 57,232.93 | Mensual | Anual |
| Años | Meses | Días | Años | Meses | Sem | Días | | $ 2,302.14 | $ 27,625.68 |

Fecha de Renuncia        29-may-09        Último Día de Pago        29-may-09
Mes-Dia-Año
Fecha Efectividad Pensión        30-may-09        Cierre de Nómina        29-jul-09
Mes-Dia-Año
Fecha Primer Pago Pensión        15-Aug-09        Importe $        2,302.14
Mes-Dia-Año
Pago Global Retroactivo    Desde    30-may-09    Hasta    31-jul-09    Importe Total    $    4,752.80

**DESGLOSE DE DESCUENTOS**

| | | PAGO GLOBAL | PAGO MENSUAL |
| --- | --- | --- | --- |
| Importe Total (Bruto) | | $ 4,752.80 | $ 2,302.14 |
| Menos Descuentos: | | | |
| Préstamos: | Clave | Descuento | Descuento |
| Personal (PP) | 47-000 | 337.96 | 168.98 |
| Cultural (PC) | 45-000 | - | - |
| Hipotecario (PH) | 36-000 | - | - |
| Finanzas | 67-059 | | |
| Aport. Individual 9% (Clave 26-001) | | | - |
| ASUME | | | - |
| Otros | | | - |
| Importe Neto | | $ 4,414.84 | $ 2,133.16 |

Bonos:
☑ Bono Verano (PBV)    $    100.00        ☑ Bono Medicamentos (PBM)    $    100.00
☐ Bono Navidad (BNP)

Certifico que la información aquí provista es cierta, correcta y completa.
ALFONSO MARTINEZ SANCHEZ        Alfonso Martinez Sanchez    24 junio/2009
Nombre del Empleado        Firma        Fecha
NORMA I. PEÑA AGOSTO        9 jun-/09
Nombre Supervisor        Firma        Fecha

| **PREINTERVENCIÓN DE DOCUMENTOS** | **USO DIRECTOR(A) AREA RETIRO** |
| --- | --- |
| Verificación de: | Aprobado por: |
| ☑ Exactitud | IVONNE L. ORTIZ VALLADARES |
| ☑ Legalidad | Nombre Director(a) o Representante Autorizado |
| ☑ Firmas | |
| ☐ Otros | Firma        Fecha |
| | Mes-Dia-Año |

**USO ÁREA DE PENSIONADOS (Sección Nóminas)**

Ingreso a Nómina    Mes        ☑ 1ra ☐ 2da        Nómina Pago Global    Mes    8    ☐ 1ra ☐ 2da
☐ Off Cycle ☐ Pay Line
Nombre Empleado                Nombre Empleado    MARIANELA GONZALEZ MARTINEZ    3-13
Firma        Fecha (Mes-Dia-Año)        Firma        Fecha (Mes-Dia-Año)
Juan Agosto Castro        14-Ago-2009
Nombre Supervisor        Firma        Fecha (Mes-Dia-Año)

Conservación: Seis años o una intervención de la Oficina del Contralor de Puerto Rico, lo que ocurra primero.

| Rev.GIFT 10-OCT-08 | | | | Mes-Dia-Año |
|---|---|---|---|---|
| | Estado Libre Asociado de Puerto Rico | | Fecha Radicación | 13-abr-09 |
| | Sistema de Retiro para Maestros | | Fecha Vencimiento | |
| Núm de Caso **1839** | **INFORME RENTA ANUAL VITALICIA** | | | 11-jul-09 |

Página 2

DE JESUS SANTIAGO SOCORRO
Apellido Paterno, Materno, Nombre e Inicial

ELEM-YABUCOA

Seguro Social     Fecha Nacimiento
Mes-Dia-Año     Categoría y Pueblo

## COMPUTO RENTA ANUAL

A. $ 9,208.55 / 3 = 3,069.52 x 75.0% = x 0.000 = $ 2,302.14
Sueldos más altos   años   Promedio Sueldos   Por Cierto

B. Ajuste de 0%   $ - x 0% = $ -    **APORTACIÓN INDIVIDUAL 0%**

C. Pensión Ajustada   $ - x 12 = $ -    $ - x 0% = $ -

| TIEMPO | | | PROMEDIO DE SUELDOS | | | COMPUTO EDAD RETIRO | | | |
|---|---|---|---|---|---|---|---|---|---|
| Meses | Días Trabajados | Total | Mensual | Devengado | Promedio | Fecha | Años | Meses | Días |
| 2 | 3 | 20 | $ 2,580.00 | $ 5,547.00 | | Efectividad Pensión | 2009 | 5 | 30 |
| 9 | 17 | 20 | $ 3,015.00 | $ 29,697.75 | | | | | |
| 0 | 0 | 20 | $ - | $ - | | Nacimiento | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | $ 2,937.06 | Edad al Retirarse | 55 | 5 | 27 |
| 6 | 0 | 20 | $ 3,015.00 | $ 18,090.00 | | | | | |
| 6 | 0 | 20 | $ 3,115.00 | $ 18,690.00 | | Fracción de Tiempo Docente | | | |
| 0 | 0 | 20 | $ - | $ - | | Años 0 x 240 = | | | |
| 0 | 0 | 20 | $ - | $ - | | Meses 0 x 20 = | | | |
| 0 | 0 | 20 | $ - | $ - | | Semanas 0 x 5 = | | | |
| 0 | 0 | 20 | $ - | $ - | $ 3,065.00 | Días 0 x 1 = | | | |
| | | | | | | 0.0000 | | | |
| 10 | 19.5 | 20 | $ 3,265.00 | $ 35,833.38 | | | | | |
| 1 | 0.5 | 20 | $ 2,580.00 | $ 2,644.50 | | Fracción de Tiempo No-Docente | | | |
| 0 | 0 | 20 | $ - | $ - | | Años 0 x 365 = | | | |
| 0 | 0 | 20 | $ - | $ - | | Meses 0 x 30 = | | | |
| 0 | 0 | 20 | $ - | $ - | | 4 Sem 0 x 29 = | | | |
| 0 | 0 | 20 | $ - | $ - | $ 3,206.49 | 3 Sem 0 x 22 = | | | |
| 0 | 0 | 20 | $ - | $ - | | 2 Sem 0 x 15 = | | | |
| 0 | 0 | 20 | $ - | $ - | | 1 Sem 0 x 7 = | | | |
| 0 | 0 | 20 | $ - | $ - | | Días 0 x 1 = | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | 0.0000 |
| 0 | 0 | 20 | $ - | $ - | $ - | DATOS APORTACIÓN 9% | | | |
| 0 | 0 | 20 | $ - | $ - | | Fecha Cese Descuento | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | Preparado por: | | | |
| 0 | 0 | 20 | $ - | $ - | | | Nombre | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | $ - | Firma | | Fecha | |

Sueldo Total para Promedio   $ 110,502.63   $ 9,208.55

Revisado por:
    Nombre

Firma     Fecha

### Servicios Acreditados

| Años | Meses | Sem | Días |
|---|---|---|---|
| 31 | 9 | 3 | 0.5 |



## DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

**ATT: LEY PROMESA**

11 de febrero de 2020

# C E R T I F I C A C I O N

| | | |
|---|---|---|
| Certifico que | : | SOCORRO DE JESUS SANTIAGO |
| Seguro Social | : | |
| Categoría | : | MA. EDUCACION - NIVEL ELEMENTAL - (4-6) |
| Distrito Escolar | : | YABUCOA_ |
| Sueldo Mensual | : | $3,265.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 29 de mayo de 2009 |
| Otros | : | Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de (31) años, (4) meses, (3) semanas y (2) días. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.



**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

SRM-SB-024
Rev. marzo 2017

## CERTIFICACIÓN DE PENSIÓN

DE JESUS SANTIAGO, SOCORRO
PO BOX 1905

YABUCOA PR 00767-1905

Certifico que DE JESUS SANTIAGO, SOCORRO recibe de una pensión vitalicia del Sistema de Retiro para Maestros. La pensión mensual es de $2,302.14 equivalente a $27,625.68 anual. Luego de las deducciones recibe la cantidad de $2,118.38 mensual, equivalente a $25,420.56 anual.

Esta certificación se expide hoy 11 de febrero de 2020.



Número de Certificación: SRM03P2000844

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Estado Libre Asociado de Puerto Rico: http://www.pr.gov o en nuestro Portal en http://www.srm.pr.gov

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918
P.O. Box 191879 · San Juan PR 00919-1879



☏ 787.777.1414     📠 787.759.2883     www.srm.pr.gov

CERTIFICADO

VITALICIO



ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE INSTRUCCIÓN PÚBLICA
SAN JUAN DE PUERTO RICO

# LA SECRETARIA DE INSTRUCCIÓN PÚBLICA

POR LA PRESENTE CONFIERE A:

SOCORRO  DE  JESUS  SANTIAGO

EL PRESENTE CERTIFICADO DE MAESTRO QUE LO FACULTA PARA EJERCER  COMO

MAESTRA  DE  ESCUELA  ELEMENTAL

EN LAS ESCUELAS PÚBLICAS O PRIVADAS DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO

EXPEDIDO DESDE  29  de  marzo  DE 19 82

DADO EN SAN JUAN DE PUERTO RICO EL  6  de  abril  DE 19 82 .

SECRETARIA DE INSTRUCCIÓN PUBLICA

Número 464

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

**Fill in this information to identify the case (Select only one Debtor per claim form). /**
**Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).**

| | | |
|---|---|---|
| ☒ Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ☐ Employees Retirement System of the Government of the<br>Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado<br>Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

CDS

Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. **No adjunte documentos originales,** ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

| **Part 1 / Parte 1** | Identify the Claim / Identificar la reclamación |
|---|---|

| | |
|---|---|
| 1. **Who is the current creditor?**<br><br>**¿Quién es el acreedor actual?** | _Socorro de Jesús Santiago_<br>Name of the current creditor (the person or entity to be paid for this claim)<br>Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)<br><br>Other names the creditor used with the debtor<br>Otros nombres que el acreedor usó con el deudor _____ |



**Claim Number: 122797**

170328380049968

**2. Has this claim been acquired from someone else?**

**¿Esta reclamación se ha adquirido de otra persona?**

☑ No / No
☐ Yes. From whom?
   Sí. ¿De quién? _____

---

**3. Where should notices and payments to the creditor be sent?**

**Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)**

**¿A dónde deberían enviarse las notificaciones al acreedor?**

**Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g**

**Where should notices to the creditor be sent?**
**¿A dónde deberían enviarse las notificaciones al acreedor?**

Socorro de Jesus
Name / Nombre

PO Box 1905
Number / Número      Street / Calle

Yabucoa P.R.      00767
City / Ciudad      State / Estado      ZIP Code / Código postal

787- 929- 8560
Contact phone / Teléfono de contacto

xxiiu pepo E yahoo com
Contact email / Correo electrónico de contacto

**Where should payments to the creditor be sent?**
**(if different)**
**¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)**

_____
Name / Nombre

_____
Number / Número      Street / Calle

_____
City / Ciudad      State / Estado      ZIP Code / Código postal

_____
Contact phone / Teléfono de contacto

_____
Contact email / Correo electrónico de contacto

---

**4. Does this claim amend one already filed?**

**¿Esta reclamación es una enmienda de otra presentada anteriormente?**

☐ No / No
☐ Yes.  Claim number on court claims registry (if known) _____
   Sí.  Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo)_____
   Filed on / Presentada el _____ (MM /DD/YYYY) / (DD/MM/AAAA)

---

**5. Do you know if anyone else has filed a proof of claim for this claim?**

**¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?**

☑ No / No
☐ Yes. Who made the earlier filing?
   Sí. ¿Quién hizo la reclamación anterior?_____

---

| Part 2 / Parte 2: | Give Information About the Claim as of the Petition Date |
| --- | --- |
| | Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso. |

**6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?**

**¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico?**

☐ No / No
☑ Yes.  Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)
   Sí.  Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).

Departamento de Educacion

---

**7. Do you supply goods and / or services to the government?**

**¿Proporciona bienes y / o servicios al gobierno?**

☑ No / No
☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:

Vendor / Contract Number | Número de proveedor / contrato: _____

List any amounts due after the Petition Date (listed above) but before June 30, 2017:
Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero ant
del 30 de junio de 2017 $ _____

**8. How much is the claim?** $ _desconocido_

**¿Cuál es el importe de la reclamación?**

Does this amount include interest or other charges?
¿Este importe incluye intereses u otros cargos?

☐ No / No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).
Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A).

**9. What is the basis of the claim?**

**¿Cuál es el fundamento de la reclamación?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

_Ley 89, Romeraso_

**10. Is all or part of the claim secured?**

**¿La reclamación está garantizada de manera total o parcial?**

☒ No / No

☐ Yes. The claim is secured by a lien on property.
Sí. La reclamación está garantizada por un derecho de retención sobre un bien.

Nature of property / Naturaleza del bien:
☐ Motor vehicle / Vehículos

☐ Other. Describe:
Otro. Describir: _____

Basis for perfection / Fundamento de la realización de pasos adicionales: _____
_____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.

Value of property / Valor del bien: $_____

Amount of the claim that is secured /
Importe de la reclamación que está garantizado: $_____

Amount of the claim that is unsecured /
Importe de la reclamación que no está garantizado: $_____
(The sum of the secured and unsecured amounts should match the amount in line 7.)
(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

Amount necessary to cure any default as of the Petition Date /
Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $_____

Annual Interest Rate (on the Petition Date)
Tasa de interés anual (cuando se presentó el caso)_____%
☐ Fixed / Fija
☐ Variable / Variable

**11. Is this claim based on a lease?**

**¿Esta reclamación está basada en un arrendamiento?**

☒ No / No

☐ Yes. Amount necessary to cure any default as of the Petition Date.
Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso $ _____

| 12. Is this claim subject to a right of setoff?<br><br>¿La reclamación está sujeta a un derecho de compensación? | ☑ No / No<br><br>☐ Yes. Identify the property /<br>Sí. Identifique el bien: _____ |
|---|---|

| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☑ No / No<br><br>☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.  $_____<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |
|---|---|

## Part 3 / Parte 3:     Sign Below / Firmar a continuación

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☑ I am the creditor. / Soy el acreedor.

☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta Evidencia de reclamación se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

He leído la información en esta Evidencia de reclamación y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el _06/27/2018_ (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma _Jacaria de Jesus Santiago_

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name _Soraia de Jesus Santiago_
First name / Primer nombre     Middle name / Segundo nombre     Last name / Apellido

Title / Cargo _Acreedor maestra_

Company / Compañía _Departamento de Educación_
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección _Urb. Santa Maria Calle San Martin_
Number / Número     Street / Calle

_Yabucoa_ _P.R_ _00767_
City / Ciudad     State / Estado     ZIP Code / Código postal

Contact phone / Teléfono de contacto _787-939-8860_   Email / Correo electrónico _____



## Expanded Service
## International Air Waybill

For FedEx services worldwide
Not all services and options are available to all destinations

**Origin Copy**



**From**

Date `06/28/18`   Sender's FedEx Account Number

Sender's Name `William Gros`   Phone

Company `Promesa Clerk - Oldman Law Enforcement Court`

Address `500 Recinto Sur Street`

Address `Suite 109`

City `San Juan`   State/Province `PR`

Country `US`   ZIP/Postal Code `0901`

Email Address

Internal Billing Reference `1845 - 02`   `65 Recinto Court`

**To**

28 ☐ Residential Delivery

Recipient's Name

Company `PRIME CLERK`   Phone

Address `830 3rd Ave`

Address

City `NEW YORK`   State/Province `NY`

Country `US`   ZIP/Postal Code `10022-7502`

Recipient's Tax ID Number for Customs Purposes

**Shipment Information**

Total Packages `1`   Total Weight `4` ☒ lbs ☐ kg   DIM ___ x ___ x ___ ☐ in ☐ cm

| Commodity Description | Harmonized Code | Country of Manufacture | Value for Customs |
|---|---|---|---|
| Legal Documents | | | 0 |

Has EEI been filed in AES? or U.S. Export Only: Check One

☐ No EEI required, value $2,500 or less per Schedule B Number, no license required (NLR), not subject to ITAR.

 ☐ Other than NLR, enter License Exception _____

☐ No EEI required, enter exemption number _____

☐ Yes - Enter AES proof of filing citation _____

Total Declared Value for Carriage

Total Value for Customs (Specify Currency)

**Origin Station ID** `YPBA`   **Country Code/Destination Station ID** `US/JRBA`   **URSA Routing** `XA/JRBA`

Handling Units ____   Total Volume ____

Received 1 ☐ Reg. Stop 2 ☐ On-Call Stop 3 ☐ Drop Box 4 ☐ World Service Center 5 ☐ Station   Forms Attached: ☐ CI ☐ CO

---

FedEx Tracking Number   `8126 1824 4947   0425`   Form ID No.

**4a   Express Package Service**   Packages up to 150 lbs. / 68 kg

NOTE: Service order has changed. Please select carefully.

06 ☐ FedEx Intl. First   01 ⊙ FedEx Intl. Priority   03 ☐ FedEx Intl. Economy

**4b   Express Freight Service**   Packages over 150 lbs. / 68 kg

70 ☐ FedEx Intl. Priority Freight   86 ☐ FedEx Intl. Economy Freight

Booking Number
Please call your nearest FedEx location to book shipments.

**5   Packaging**

06 ☐ FedEx Envelope   02 ⊙ FedEx Pak   03 ☐ FedEx Box   04 ☐ FedEx Tube

15 ☐ FedEx 10kg Box   25 ☐ FedEx 25kg Box   01 ☐ Other

**6a   Special Handling and Delivery Signature Options**   Fees may apply. See the FedEx Service Guide.

01 ☐ HOLD at FedEx Location   03 ☐ SATURDAY Delivery

10 ☐ Direct Signature   34 ☐ Indirect Signature

Does this shipment contain dangerous goods?
One box must be checked / ticked.

No 04 ☐ | Yes ☐ As per attached Shipper's Declaration | 08 ☐ Yes Shipper's Declaration not required. | 06 ☐ Dry Ice   Dry Ice, 9, UN 1845 ___ x ___ kg

CA ☐ Cargo Aircraft Only

Restrictions apply for dangerous goods — see the current FedEx Service Guide.

**6b   Broker Selection**   (Optional   To specify a broker other than FedEx)

40 ☐ Intl. Broker Select

Broker's Email
City / State / Province / Country
ZIP / Postal Code   Phone

**7   Payment**   Complete payment options for both transportation charges and duties and taxes.

Bill transportation charges to:   Enter FedEx Acct. No. or Credit Card No. below.

1 ☐ Sender Acct No. in Section 1 will be billed   2 ⊙ Recipient   3 ☐ Third Party   4 ☐ Credit Card   5 ☐ Cash/Check/Cheque

FedEx Acct. No. `1743-25`   Total Transportation

Credit Card No.   Credit Card Exp. Date   Specify Currency

Bill duties and taxes to:   Enter FedEx Acct. No. below

1 ☐ Sender Acct No. in Section 1 will be billed   2 ☐ Recipient   3 ☐ Third Party   5 ☐ Cash/Check/Cheque

FedEx Acct. No.

**8   Required Signature**

Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and you represent that this shipment does not require a U.S. State Department license. Certain international treaties, including the Warsaw or Montreal Convention, may apply to this shipment and limit our liability for damage, loss, or delay, as described in the Conditions of Contract.

WARNING: These commodities, technology, or software were exported from the United States in accordance with Export Administration regulations. Diversion contrary to U.S. law prohibited.

Sender's Signature

FedEx Courier Receipt   Date

For either air credit shipments only

Received above shipment in good order and condition. We agree to pay all charges, including customs duties and taxes as applicable, and we agree to the Conditions of Contract on the reverse side of the Recipient's Copy.

Recipient's Signature

**RECEIVED**

**JUL 02 2018**

Dept./Floor

**PRIME CLERK LLC**



UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

**Fill in this information to identify the case (Select only one Debtor per claim form). /
Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).**

| | | |
|---|---|---|
| ☒ Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ☐ Employees Retirement System of the Government of the<br>Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado<br>Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

CDS ___6__ / _27_ / _18_

RECEIVED 2018 JUN 27 P 2:18

## Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

*(Stamped Copy Returned
in ... ... ... ... self ... envelope
☒ No Copy Provided)*

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

**1. Who is the current creditor?**

**¿Quién es el acreedor actual?**

Socorro de Jesús Santiago

Name of the current creditor (the person or entity to be paid for this claim)
Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

Other names the creditor used with the debtor
Otros nombres que el acreedor usó con el deudor _____

Claim Number: 139373



170328380049969

RECEIVED

JUL 02 2018

PRIME CLERK LLC

page 1

| | | |
|---|---|---|
| **2. Has this claim been acquired from someone else?**<br><br>**¿Esta reclamación se ha adquirido de otra persona?** | ☒ No / No<br>☐ Yes. From whom?<br>    SI. ¿De quién? _____ | |

**3. Where should notices and payments to the creditor be sent?**

**Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)**

**¿A dónde deberían enviarse las notificaciones al acreedor?**

**Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g**

| Where should notices to the creditor be sent?<br>¿A dónde deberían enviarse las notificaciones al acreedor? | Where should payments to the creditor be sent? (If different)<br>¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente) |
|---|---|
| _Smocro de Jesús_<br>Name / Nombre | _____<br>Name / Nombre |
| _P.O. Box 1905_<br>Number / Número   Street / Calle | _____<br>Number / Número   Street / Calle |
| _Llabucoa P.R. 00767_<br>City / Ciudad  State / Estado  ZIP Code / Código postal | _____<br>City / Ciudad  State / Estado  ZIP Code / Código postal |
| _787-929-8560_<br>Contact phone / Teléfono de contacto | _____<br>Contact phone / Teléfono de contacto |
| _socky-mon@yahoo.com_<br>Contact email / Correo electrónico de contacto | _____<br>Contact email / Correo electrónico de contacto |

| | |
|---|---|
| **4. Does this claim amend one already filed?**<br><br>**¿Esta reclamación es una enmienda de otra presentada anteriormente?** | ☒ No / No<br>☐ Yes. Claim number on court claims registry (if known)<br>    SI. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo)_____<br>    Filed on / Presentada el _____ (MM /DD/YYYY) / (DD/MM/AAAA) |
| **5. Do you know if anyone else has filed a proof of claim for this claim?**<br><br>**¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?** | ☒ No / No<br>☐ Yes. Who made the earlier filing?<br>    SI. ¿Quién hizo la reclamación anterior?_____ |

| **Part 2 / Parte 2:** | **Give Information About the Claim as of the Petition Date**<br>**Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.** |
|---|---|

| | |
|---|---|
| **6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?**<br><br>**¿Tiene una reclamación en contra de algún organismo o departamento del Estado Libre Asociado de Puerto Rico?** | ☐ No / No<br>☒ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)<br>SI. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).<br><br>_Departamento de Educación_ |
| **7. Do you supply goods and / or services to the government?**<br><br>**¿Proporciona bienes y / o servicios al gobierno?** | ☒ No / No<br>☐ Yes. Provide the additional information set forth below / SI. Proporcionar la información adicional establecida a continuación:<br><br>Vendor / Contract Number | Número de proveedor / contrato: _____<br><br>List any amounts due after the Petition Date (listed above) but before June 30, 2017:<br>Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017 $ _____ |

**8. How much is the claim?**

¿Cuál es el importe de la reclamación?

$ *Desconosco*

. Does this amount include interest or other charges?
¿Este importe incluye intereses u otros cargos?

☐ No / No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).
Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A).

**9. What is the basis of the claim?**

¿Cuál es el fundamento de la reclamación?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

*Ley 96 - Sila M. Calderón*

**10. Is all or part of the claim secured?**

¿La reclamación está garantizada de manera total o parcial?

☑ No / No

☐ Yes. The claim is secured by a lien on property.
Sí. La reclamación está garantizada por un derecho de retención sobre un bien.

Nature of property / Naturaleza del bien:
☐ Motor vehicle / Vehículos

☐ Other. Describe:
Otro. Describir: _____

Basis for perfection / Fundamento de la realización de pasos adicionales: _____

_____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.

Value of property / Valor del bien:        $_____

Amount of the claim that is secured /
Importe de la reclamación que está garantizado: $_____

Amount of the claim that is unsecured /
Importe de la reclamación que no está garantizado: $_____
(The sum of the secured and unsecured amounts should match the amount in line 7.)
(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

Amount necessary to cure any default as of the Petition Date /
Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $_____
_____

Annual Interest Rate (on the Petition Date)
Tasa de interés anual (cuando se presentó el caso)_____%

☐ Fixed / Fija
☐ Variable / Variable

**11. Is this claim based on a lease?**

¿Esta reclamación está basada en un arrendamiento?

☑ No / No

☐ Yes. Amount necessary to cure any default as of the Petition Date.
Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso$ _____

| | |
|---|---|
| 12. Is this claim subject to a right of setoff?<br><br>¿La reclamación está sujeta a un derecho de compensación? | ☒ No / No<br><br>☐ Yes. Identify the property /<br>Sí. Identifique el bien: _____ |

| | |
|---|---|
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☒ No / No<br><br>☐ Yes. Indicate the amount of your claim arising from the value of any goods received    $_____<br>by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |

## Part 3 / Parte 3:

### Sign Below / Firmar a continuación

**The person completing this proof of claim must sign and date it.** FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha.** FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

*Check the appropriate box / Marque la casilla correspondiente:*

☒ I am the creditor. / Soy el acreedor.

☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el  6/27/2018    (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma  *Socorro de Jesús Santiago*

**Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:**

Name  Socorro     de Jesús     Santiago
     First name / Primer nombre  Middle name / Segundo nombre  Last name / Apellido

Title / Cargo  Acreedor   maestra

Company / Compañía  Departamento de Educacion
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifiqué al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección  P.O. Box 1905
    Number / Número    Street / Calle

    Yabucoa     P.R.          00767
    City / Ciudad          State / Estado   ZIP Code / Código postal

Contact phone / Teléfono de contacto  787-929-8560  Email / Correo electrónico_____



**Expanded Service**
**International Air Waybill**
For FedEx services worldwide.
Not all services and options are available to all destinations.

**Origin Copy**

## 1 From

Date OL 28 18   Sender's FedEx Account Number

Sender's Name William Garcia   Phone

Company Prime Clerk - Old Jansen Packaging Cont

Address 300 Kennedy Jw Street

Address Suite 104

City San Juan   State Province PR

Country US   ZIP Postal Code 0901

Email Address

Internal Billing Reference 1845-02   65 package count

## To

Recipient's Name

Company PRIME CLERK   **RECEIVED**

Address   **JUL 03 2018**

Address 830 3RD AVE   Dept./Floor

City NEW YORK   **PRIME CLERK LLC**   State Province NY

Country US   ZIP Postal Code 10022/523

Email Address

Recipient's Tax ID Number for Customs Purposes

### Shipment Information

Total Packages   Total Weight 4   ☒ lbs. ☐ kg   DIM / / ☐ in. ☐ cm

| Commodity Description | Harmonized Code | Country of Manufacture | Value for Customs |
|---|---|---|---|
| Legal Documents | | | 0 |
| | | | |
| | | | |
| | | | |
| | | | |

Has EEI been filed in AES?
For U.S. Export Only: Check One

☐ No EEI required, value $2,500 or less per Schedule B Number, no license required (NLR), not subject to ITAR.
→ If other than NLR, enter License Exception.

☐ No EEI required, enter exemption number:

☐ Yes - enter AES proof of filing citation.

Total Declared Value for Carriage

Total Value for Customs (Specify Currency)   0

Origin Station ID   NRBA

Country Code/Destination Station ID   US/JRBA

URSA Routing   XA/JRBA

Handling Units

Received 1 ☐ Reg. Step 2 ☒ On Call Step 3 ☐ Drop Box 4 ☐ World Service Center 5 ☐ Station   Person Attached ☐ CI ☐ CD

Base Charges   Declared Val. Chrg.   DOA/ DFA   Credit Card Auth.

FedEx Emp. #   Emp. #   Date 6/28   Time   Del. Courier Emp. #   Date   Time

---

## FedEx Tracking Number 8126 1824 4947 0425   Form ID No.

### 4a Express Package Service
NOTE: Service order has changed. Please select carefully.   Packages up to 150 lbs./68 kg

06 ☐ FedEx Intl. First   01 ☒ FedEx Intl. Priority   03 ☐ FedEx Intl. Economy

### 4b Express Freight Service   Packages over 150 lbs./68 kg

70 ☐ FedEx Intl. Priority Freight   86 ☐ FedEx Intl. Economy Freight

Booking Number
Please call your nearest FedEx location to book shipments.

### 5 Packaging

06 ☐ FedEx Envelope   02 ☒ FedEx Pak   03 ☐ FedEx Box   04 ☐ FedEx Tube

15 ☐ FedEx 10kg Box   25 ☐ FedEx 25kg Box   01 ☐ Other

### 6a Special Handling and Delivery Signature Options   Fees may apply. See the FedEx Service Guide.

01 ☐ HOLD at FedEx Location   03 ☐ SATURDAY Delivery

10 ☐ Direct Signature   Someone at recipient's address may sign for delivery.   34 ☐ Indirect Signature   If no one is available at recipient's address, someone at a neighboring address may sign for delivery. For residential deliveries only.

Does this shipment contain dangerous goods?
One box must be checked / ticked.

☐ No 04 ☐ Yes As per attached Shipper's Declaration   08 ☐ Yes Shipper's Declaration not required   06 ☐ Dry Ice   Dry Ice, 9, UN 1845 ____ kg

Restrictions apply for dangerous goods — see the current FedEx Service Guide.   CA ☐ Cargo Aircraft Only

### 6b Broker Selection   Optional. To specify a broker other than FedEx.

40 ☐ Intl. Broker Select

Broker's Email

City / State / Province / Country

ZIP / Postal Code   Phone

### 7 Payment   Complete payment options for both transportation charges and duties and taxes.

Bill transportation charges to:

Enter FedEx Acct. No. or Credit Card No. below.

1 ☐ Sender Acct. No. in Section 1 will be billed   2 ☒ Recipient   3 ☐ Third Party   4 ☐ Credit Card   5 ☐ Cash/Check/Cheque

FedEx Acct. No. 3743-29__

Credit Card No.   Credit Card Exp. Date   Total Transportation   Specify Currency

Bill duties and taxes to:

Enter FedEx Acct. No. below.

1 ☐ Sender Acct. No. in Section 1 will be billed   2 ☐ Recipient   3 ☐ Third Party   5 ☐ Cash/Check/Cheque

FedEx Acct. No.

### 8 Required Signature

Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and you represent that this shipment does not require a U.S. State Department license. Certain international treaties, including the Warsaw or Montreal Convention, may apply to this shipment and limit our liability for damage, loss, or delay, as described in the Conditions of Contract.
WARNING: These commodities, technology, or software were exported from the United States in accordance with Export Administration regulations. Diversion contrary to U.S. law prohibited.

Sender's Signature:

FedEx Courier Receipt:   Date:
For letter of credit shipments only.

Received above shipment in good order and condition. We agree to pay all charges, including customs duties and taxes as applicable, and we agree to the Conditions of Contract as stated on the reverse side of the Recipient's Copy.

Recipient's Signature:

663

PART 158411 • Rev. Date 8/13 • ©1994–2013 FedEx • PRINTED IN U.S.A. RRDA • Non-Negotiable International Air Waybill

10/17

*Número de Evidencia de Reclamación:* **122797**
*Reclamante:* **De Jesus Santiago, Socorro**

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

### Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables.  Incluya el mayor nivel de detalle posible en sus respuestas.  **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial**.  A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación.
Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com. o por **correo postal o entrega en mano** a la siguiente dirección:

| **Por Correo** | **Entrega en Mano o Service de Correo Postal de 24 Horas** |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### Cuestionario

1. **¿Cuál es el fundamento de su reclamación?**

    ☐ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

    ☒ Empleo actual o anterior en el gobierno de Puerto Rico

    ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

    _____

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**

    Ley 89  $25.00  en  pagos desde julio 1979
    hasta  el  presente
    $11,479.00
    $25.00 por mes

*Número de Evidencia de Reclamación:* **122797**
*Reclamante:* **De Jesus Santiago, Socorro**

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?

   ☐ No. *Pase a la Pregunta 4.*

   ☒ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó:
   *Departamento de Educacion*

3(b). Identifique las fechas de su empleo con relación a su reclamación:
   *Ley 89 julio 1989 al presente.    Ley 96, julio 2002 present*

3(c). Últimos cuatro dígitos de su número de seguro social: *2802*

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):

   ☐ Jubilación

   ☒ Salarios impagos

   ☐ Días por enfermedad

   ☐ Queja con el sindicato

   ☐ Vacaciones

   ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

   _____

   _____

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?

   ☒ No.

   ☐ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción.

   _____

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución:

   _____

4(c). Número de caso: _____

4(d). Título, epígrafe, o nombre del caso: _____

   _____

**Batch 4**                                  2



*Número de Evidencia de Reclamación:* **139373**
*Reclamante:* **De Jesus Santiago , Socorro**

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

### Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables.  Incluya el mayor nivel de detalle posible en sus respuestas.  **Sus respuestas deben proporcionar <u>más información de la que se incluye en la evidencia de reclamación inicial</u>**.  A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación.

Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| **Por Correo** | **Entrega en Mano o Service de Correo Postal de 24 Horas** |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### Cuestionario

1. **¿Cuál es el fundamento de su reclamación?**

   ☐ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

   ☒ Empleo actual o anterior en el gobierno de Puerto Rico

   ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

   _____

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**

   Ley 96-2002 $100.00 per mes en pagos desde julio hasta el presente.
   Ley 96 2002
   $20,800.00
   $100.00 por mes

Batch 4

*Número de Evidencia de Reclamación:* **139373**
*Reclamante*: **De Jesus Santiago , Socorro**

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?

   ☐   No. *Pase a la Pregunta 4.*

   ☒   Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó:

*Departamento de Educacion*

3(b). Identifique las fechas de su empleo con relación a su reclamación:

*Ley 96- julio 2002 al presente (articulo 1)*

3(c). Últimos cuatro dígitos de su número de seguro social:   *2802*

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):

   ☐   Jubilación

   ☒   Salarios impagos

   ☐   Días por enfermedad

   ☐   Queja con el sindicato

   ☐   Vacaciones

   ☐   Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

   _____

   _____

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?

   ☒   No.

   ☐   Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción.

   _____

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución:

   _____

4(c). Número de caso: _____

4(d). Título, epígrafe, o nombre del caso:

   _____



990123400390404