

02/14/20
4295400767-05



PRIORITY MAIL 1-DAY ®

FROM:

0 Lb 6.20 Oz

1005

EXPECTED DELIVERY DAY: 02/15/20

C018

SHIP TO:
150 AVE CARLOS CHARDON
SAN JUAN PR 00918-1703

USPS TRACKING® NUMBER

9505 5111 1647 0045 1841 28

PRIORITY
★ MAIL ★

UNITED STATES
POSTAL SERVICE ®

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: Socorro de Jesús
P.O. Box 1905
Yabucoa, Puerto Rico 00767

TO: Secretaria
Tribunal de Distrito de los
Estados Unidos
#150 Chardon Avenue
Federal Building
San Juan, Puerto Rico
00918

Label 228, March 2016   FOR DOMESTIC AND INTERNATIONAL USE



RECEIVED & FILED
2020 FEB 18 PM 4:37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE



EP14F July 2013
OD: 12.5 x 9.5

PS00001000014