11 de febrero de 2020

Prime Clerk LLC
Grand Central Station
P.O. Box 4850
New York, NY 10163-4850

Señores:

Por más de 30 años trabajé para el Gobierno de Puerto Rico en el Departamento de Educación retirándome del servicio en el 2014. Durante esos años recibí algunos aumentos de salario y pasos por años de servicio más sin embargo otros aumentos nunca me fueron otorgados pese a haber legislación concediendo los mismos. Por esta razón reclamo que se satisfaga la deuda por dichos aumentos de acuerdo a las leyes que los otorgaron.

No soy experta en la materia, pero entiendo que se me adeuda todo lo que en derecho me correspondía de acuerdo a las disposiciones legales. Solicito la adjudicación de mi reclamo según corresponda a mis derechos.

Agradezco su atención a este asunto.

Cordialmente,

*Zenaida Ledesma Maulien* (signature)

Reclamos:
_____ Ley 96 del 1ro de julio de 2002 aplicada a 9 de julio de 2002. Años reclamados __12__. Cantidad reclamada __$14,400__
_____ Ley 164 del 22 de julio de 2003 aplicada a enero 2004. Años reclamados __10 1/2__. Cantidad reclamada __$12,600__
_____ Escala salarial. Años reclamados __10__. Cantidad reclamada __$13,000__
_____ Ley 180- Costo de vida 3% cada 2 años. Años reclamados __6 1/2__. Cantidad reclamada __$4,500__