Número de Evidencia de Reclamación 14598
Reclamante: Zenaida Ledesma Moulier

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

### Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación. Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta.
- Una sentencia o acuerdo de conciliación sin pagar.
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo.
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a o por **correo postal o entrega en mano** a la siguiente dirección:

**Por Correo**

Commonwealth of Puerto Rico Supplemental
Information Processing Center
c/o Prime Clerk, LLC
Grand Central Station, PO Box 4708
New York, NY 10163-4708

**Entrega en Mano o Service de Correo Postal de 24 Horas**

Commonwealth of Puerto Rico Supplemental
Information Processing Center
c/o Prime Clerk LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

### Cuestionario

1. ¿Cuál es el fundamento de su reclamación?

   ☐ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este.

   ☒ Empleo actual o anterior en el gobierno de Puerto Rico.

   ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

2. ¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):

   $12,000.00

Número de Evidencia de Reclamación: **94398**
Reclamante: **Zenaida Ledesma Moulier**

3. <u>Empleo.</u> ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?

   ☐ No. Pase a la Pregunta 4.

   **X** (Sí) Responda preguntas 3(a)-(d).

   3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó:
   **Departamento de Educación de P.R.**

   3(b). Identifique las fechas de su empleo con relación a su reclamación:
   **2004 - 2014**

   3(c). Últimos cuatro dígitos de su número de seguro social: **6929**

   3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):

   ☐ Jubilación

   **X** Salarios impagos

   ☐ Días por enfermedad

   ☐ Queja con el sindicato

   ☐ Vacaciones

   ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario):

4. <u>Acción legal.</u> ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?

   **X** (No.)

   ☐ Sí. Responda Preguntas 4(a)-(f).

   4(a). Identifique el departamento o agencia que es parte de esta acción.

   4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción esta pendiente de resolución:

   4(c). Número de caso:

   4(d). Título, epígrafe, o nombre del caso:

2

Reclamante: Zenaida Ledesma Meulier

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):

4(f). ¿Tiene usted una sentencia impaga? Sí ___ No ___ (Marque una)
De ser así, ¿cuál es la fecha y el monto de la sentencia?



# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

31 de enero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | ZENAIDA LEDESMA MOULIER |
| Seguro Social | : | |
| Categoría | : | TRABAJADOR SOCIAL ESCOLAR |
| Distrito Escolar | : | BAYAMON I_ |
| Sueldo Mensual | : | $3,927.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 28 de julio de 2014 |
| Otros | : | Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de (30) años, (3) meses, (3) semanas y (2) días. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

# GOBIERNO DE PUERTO RICO
### Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof.ZENAIDA LEDESMA MOULIER**, con número de seguro social que termina en **6929**.

| | |
|---|---|
| Fecha de Elegibilidad de la Pensión | 29 de julio de 2014 |
| Tiempo Cotizado para la Pensión | 30 años, 2 meses, 1 semana y 2 días |
| Fecha de Efectividad de la Renuncia | 28 de julio de 2014 |
| Fecha de Efectividad de la Pensión | 29 de julio de 2014 |
| Pensión Mensual Actual | $2,936.61 |

Esta certificación se expide hoy, **13 de febrero de 2020** en San Juan, Puerto Rico.

**Edgardo Negron Ramirez**
Supervisor
Área de Servicios de Retiro



SRM
Sistema de Retiro para Maestros
Gobierno de Puerto Rico

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

787.777.1414     787.764.6910     www.srm.pr.gov

Rev.GIFT 10-OCT-08

**Estado Libre Asociado de Puerto Rico**
**Sistema de Retiro para Maestros**

Fecha Radicación: 27-nov-13
Fecha Vencimiento: 11-sep-14

Núm de Caso: 0331

## INFORME RENTA ANUAL VITALICIA

**Apellido Paterno, Materno, Nombre e Inicial:** LEDESMA MOULIER ZENAIDA
**Seguro Social:** 
**Sexo:** ☑ Femenino ☐ Masculino

**Fecha Nacimiento (Mes-Día-Año):** 11-oct-1950
**Categoría y Pueblo:** TS ESCOLAR - BAYAMON

**Dirección Postal:**
EXT VILLA RICA
H-11 CALLE 8
BAYAMON PR 00959

**Tipo de Renta (Pensión):** ☑ Años de Servicio y Edad  ☐ Edad  ☐ Diferida
☐ Incapacidad Ocupacional  ☐ Incapacidad No Ocupacional

| Edad al Retirarse | | | Servicios Acreditados | | | | Costo Anualidad | Renta | |
|---|---|---|---|---|---|---|---|---|---|
| Años | Meses | Días | Años | Meses | Sem | Días | | Mensual | Anual |
| 63 | 9 | 18 | 30 | 2 | 1 | 2 | $ 86,990.34 | $ 2,936.61 | $ 35,239.32 |

**Fecha de Renuncia:** 28-jul-14
**Último Día de Pago:** 28-jul-14
**Fecha Efectividad Pensión:** 29-jul-14
**Cierre de Nómina:** 15-sep-14
**Fecha Primer Pago Pensión:** 30-Sep-14
**Importe:** $ 2,936.61
**Pago Global Retroactivo:** Desde 29-jul-14 Hasta 15-sep-14  Importe Total $ 4,689.11

### DESGLOSE DE DESCUENTOS

| | PAGO GLOBAL | PAGO MENSUAL |
|---|---|---|
| Importe Total (Bruto) | $ 4,689.11 | $ 2,936.61 |
| Menos Descuentos: Préstamos: | Descuento | Descuento |
| Personal (PP) Clave 47-000 | 489.27 | 326.18 |
| Cultural (PC) 45-000 | - | - |
| Hipotecario (PH) 36-000 | - | - |
| Finanzas 67-059 | | |
| Aport. Individual 9% (Clave 26-001) | | |
| ASUME | | |
| Otros | | |
| **Importe Neto** | $ 4,199.84 | $ 2,610.43 |

**Bonos:**
☐ Bono Verano (PBV)   ☐ Bono Medicamentos (PBM)
☐ Bono Navidad (BNP)

Certifico que la información aquí provista es cierta, correcta y completa.

**Nombre del Empleado:** FELIX J. CEPEDA ORTIZ   Fecha: 3-sep-2014
**Nombre Supervisor:** NORMA I. PEÑA AGOSTO

### PREINTERVENCIÓN DE DOCUMENTOS | USO DIRECTOR(A) AREA RETIRO

**Verificación de:**
☑ Exactitud
☑ Legalidad
☑ Firmas
☐ Otros

AREA DE BENEFICIOS Y SERVICIOS
DOCUMENTO PREINTERVENIDO
SEP - 8 2014

**Aprobado por:** GRETCHEN FERRA TIRADO
Nombre Director(a) o Representante Autorizado

### USO AREA DE PENSIONADOS (Sección Nóminas)

**Ingreso a Nómina Mes:** Sept  ☑ 1ra ☐ 2da
**Nombre Empleado:** Viviana Warren   9/9/14

**Nómina Pago Global Mes:** Sept  ☐ 1ra ☐ 2da  ☐ Off Cycle ☑ Pay Line
**Nombre Empleado:** Alicia Gómez  11/09/2014

**Nombre Supervisor:** Jorge L. Serrano Cruz

Conservación: Seis años o una intervención de la Oficina del Contralor de Puerto Rico, lo que ocurra primero.