Z. LEDESMA Medina
8-H-11 Ext. Villa Rica
BAYAMÓN, P.R.
00959-5011

RECEIVED & FILED
2020 FEB 18 PM 5: 11

Secretaría
Tribunal de Distrito de
  los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767