Isaíra Rodríguez Andújar
PO Box 2498
Arecibo, PR 00613
787-615-6487
isair.rod@gmail.com

RECEIVED & FILED
2020 FEB 18 PM 5: 14
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ISAIRA RODRIGUEZ ANDUJAR

vs.

COMMONWEALTH OF PUERTO RICO, et al

# RECLAMACION: 156185

PROMESA
Title III
NUM. 17 BK 3283-LTS

Conforme a la documentación recibida sobre la moción de desestimación de mi reclamo;

1. En la reclamación 156185 estoy pidiendo se me paguen los aumentos salariales que corresponden por la Ley de Carrera Magisterial de Puerto Rico, 1999 (Ley Núm. 158 de 30 de junio de 1999, según enmendada).

2. Que ingresé a la Carrera Magisterial el 12 de marzo de 2012 y completé la misma el 30 de abril de 2017.

3. Que el pago de los aumentos salariales y la revisión del Plan de desarrollo Profesional fueron paralizados por el Gobierno de Puerto Rico.

4. Que al momento de esta reclamación la cantidad adeudada por concepto de los aumentos sin Sumar los intereses devengados sumaba la cantidad de $21,420.00.

5. Que para el año 2020 de hoy esa cantidad habrá aumentado a 35,880.00 sin sumar los intereses devengado.

6. Que soy maestra activa del Departamento de Educación de Puerto Rico por espacio 19 años.

Por lo antes expuesto entiendo que este reclamo no debe ser desestimado ya que como ciudadano y maestro responsable completé todos los requisitos de la Ley de Carrera Magisterial para tener derecho a los aumentos concedidos por ley. Cualquier información adicional que requiera y me sea solicitada estoy dispuesta a hacerla llegar.

NUM. 17 BK 3283-LTS - 1