I. Rodriguez
P.O. Box 2498
Arecibo P.R.
00613




U.S. POSTAGE PAID
FCM LETTER
ARECIBO, PR
00612
FEB 15, 20
AMOUNT
$4.10
R2305E126270-13

CERTIFIED MAIL



7019 0700 0000 7824 9028

Secretaria (Clerk's Office
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan Puerto Rico
00918-1767