# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br>　as representative of<br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br>　　　　　　Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth, HTA, and ERS.** |

## MOTION OPPOSING THE OMNIBUS OBJECTION

TO THE HONORABLE COURT:

Now comes claimant: SANCHEZ FUENTES, AUGUSTO vs. SISTEMA DE RETIRO De los Empleados del Estado Libre Asociado de Puerto Rico, claim number: 115082, and respectfully states and prays:

1. The reason for Opposing the Omnibus objection is because all the evidence is in possession of the Retirement System. However, claimant submits with this motion the documentation in his possession.

2. Supporting documentation has been submitted to the System since year 2006 and is now being considered by that office. Copies are included:

    (a) Hoja de trámite de 13 de diciembre de 2006.

    (b) Solicitud para Transferencia de Aportaciones y Certificación del Jefe de Personal de la Cámara de Representantes de fecha 2 de mayo de 2006.

    (c) Certificación de Aportaciones al Sistema de Retiro para Maestros de 16 de noviembre de 2006.

3. The asserted claim amount is in the vicinity of an Eight Hundred dollars monthly pension, with retroactive payment in the vicinity of $112,000 plus accrued

interest; from 02 september, 2006, date of 65th birthday of participant to the present.

If dismissed, claimant prays that it be without prejudice; so that The Retirement System can continue analyzing and considering the claim to which participant is entitled under the law for time in service.

Respectfully submitted, in Fajardo, Puerto Rico, this 13th day of February, 2020.

I certify notification to:

| Counsel for the Oversight Board | & | Counsel for the Creditor's Committee |
|---|---|---|
| Proskau Rose LLP | | Paul Hastings LLP |
| Eleven Times Square | | 200 Park Avenue |
| New York, New York 10036-8299 | | New York, New York 10166 |
| Attn: Martin J. Bienenstock | | Attn: Luc A. Despins |
| Brian S. Rosen | | James Bliss |
| | | James Worthington |
| | | G. Alexander Bongartz |

*[signature]*

AUGUSTO C. SANCHEZ FUENTES
Urb. Santa Isidra I
166 Calle Unión
Fajardo, PR 00738-4935