

Estado Libre Asociado de Puerto Rico
Sistema de Retiro para Maestros

## HOJA DE TRÁMITE

13 de diciembre de 2006

AUGUSTO C SANCHEZ FUENTES
166 CALLE UNION
FAJARDO PR  00736                              SS

SISTEMA DE RETIRO PARA MAESTROS

**ENVIO COPIA DE DOCUMENTOS**

__  Devolver cumplimiento            ___ Acuse de recibo

XX  Sus Archivos                     ___ Trámite

XX  Su información                   ___ Acción Correspondiente

*Observación: Le hacemos llegar copia de los documentos de la Transferencia de Aportaciones que trabajamos, según usted lo solicitará de Sistema de Retiro para Maestros hacia el Sistema de Retiro del ELA. Cualquier duda se puede comunicar con el señor Teddy Vázquez Tapia, durante el horario regular de oficina al (787) 754-8611 extensión 2359.*

Cordialmente,

*[firma]*

Eidy Basabe Jusino
Supervisora Interina
Sección Trámite Aportaciones

mnn

Anexos

SRM-asr-9
Rev. 05/04

ESTADO LIBRE ASOCIADO DE PUERTO RICO
Sistema de Retiro para Maestros
Área Servicios de Retiro

## SOLICITUD PARA TRANSFERENCIA DE APORTACIONES

| Nombre | Apellido Paterno | Apellido Materno | Seguro Social |
|---|---|---|---|
| Augusto C. | Sánchez | Fuentes | |
| | | | Teléfono |

### AL: SISTEMA DE RETIRO PARA MAESTROS

Por la presente solicito que las aportaciones que he hecho al Sistema de Anualidades y Pensiones para Maestros me sean transferidas al Sistema de Retiro de **los Empleados del Gobierno** donde ocupo actualmente el cargo de **Ex-Representante** en el Departamento de **Cámara de Representantes** o en la Agencia _____. Los datos sobre mi labor como maestro se indican a continuación:

| Años (día/mes/año) Desde | Hasta | Nivel o Categoría | Pueblo | Nombre con que cobraba |
|---|---|---|---|---|
| 1962 | 1972 | Intermedia | Fajardo | Augusto C. Sánchez Fuentes |

Calle Union 166, Fajardo, P.R. 00736
*Dirección Postal*

Apartado 8-A Marry Plaza
Ave. Ashford, Santurce P.R.
*Dirección Residencial*

Augusto C. Sánchez Fuentes
*Nombre del Solicitante*

*Firma del Solicitante*

### CERTIFICACIÓN DEL JEFE DE PERSONAL DEL DEPARTAMENTO O AGENCIA CON QUIEN TRABAJA ACTUALMENTE

CERTIFICO que el empleado **Augusto C. Sánchez Fuentes** ocupa un cargo de **Ex-Representante** en esta * **Rama Legislativa** siendo su nombramiento de carácter: ☐ permanente; ☐ probatorio; ☐ otro ( **Electo** ). Que actualmente es un participante del Sistema de Retiro de ** **Sistema de Retiro de los Empleados del Gobierno**

2 de mayo de 2006
*Fecha*

Subdirectora Interina
*Título*

Gineima T. Ojeda Richardson
*Nombre del Director de Personal*

*Firma del Director de Personal*

NOTA: Esta certificación tiene que ser firmada por el Director de Personal de la Agencia o Departamento.

### PARA USO DEL SISTEMA DE RETIRO PARA MAESTROS

| DEVOLUCIÓN O TRANSACCIÓN ANTERIOR | | | FACTURA ENTRE CUENTAS | DENEGADO-RAZÓN |
|---|---|---|---|---|
| FECHA | NÚMERO | TIPO | | |

| DEUDAS | SI/NO | IMPORTE | FECHA | FIRMA OFICIAL | OBSERVACIONES |
|---|---|---|---|---|---|
| Préstamo Personal | | | | | |
| Préstamo Cultural | | | | | |
| Préstamo Hipotecario | | | | | |
| Cuentas por Cobrar | | | | | |
| Otras | | | | | |

| TRASLADADA | | ACEPTADA | |
|---|---|---|---|
| Director(a) Área de Retiro | Fecha | Director (a) Área de Finanzas | Fecha |

NOTA: * Informe si es Departamento o Agencia.
** Sistema de Retiro de los Empleados del Gobierno Estatal, Universidad, Energía Eléctrica, Judicatura ú otro.

Estado Libre Asociado de Puerto Rico
Sistema de Retiro para Maestros
Area Servicios de Retiro
Sección Trámite de Aportaciones

Participante: **AUGUSTO C. SANCHEZ FUENTES**
Seguro Social: _____
Número Empleado: _____

| Año Fiscal AAAA-AAAA | Periodos Trabajados Desde DD/MM/AAAA | Hasta DD/MM/AAAA | Sueldo Mensual | Sueldo Devengado | Tiempo Trabajado Meses | Días | Aportaciones Participante % | Cantidad | Patronal % | Cantidad | Intereses Devengados % | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1962-1963 | 1/8/1962 | 30/6/1963 | $ 250.00 | $ 1,650.00 | 6 | 12 | 0.0700 | $ 115.50 | 0.0675 | $ 111.38 | | |
| 1963-1964 | NO COTIZO HASTA | | | $ - | | | | $ - | | $ - | | |
| 1966-1967 | 1/8/1966 | 30/6/1967 | $ 300.00 | $ 3,300.00 | 11 | | 0.0700 | $ 231.00 | 0.0675 | $ 222.75 | | |
| 1967-1968 | 1/7/1967 | 30/6/1968 | $ 320.00 | $ 3,840.00 | 12 | | 0.0700 | $ 268.80 | 0.0675 | $ 259.20 | | |
| 1968-1969 | 1/7/1968 | 30/6/1969 | $ 375.00 | $ 4,500.00 | 12 | | 0.0700 | $ 315.00 | 0.0675 | $ 303.75 | | |
| 1969-1970 | 1/7/1969 | 30/6/1970 | $ 445.00 | $ 5,340.00 | 12 | | 0.0700 | $ 373.80 | 0.0675 | $ 360.45 | | |
| 1970-1971 | 1/7/1970 | 30/6/1971 | $ 500.00 | $ 6,000.00 | 12 | | 0.0700 | $ 420.00 | 0.0675 | $ 405.00 | | |
| 1971-1972 | 1/7/1971 | 30/9/1971 | $ 560.00 | $ 1,596.00 | 2 | 17 | 0.0700 | $ 111.72 | 0.0675 | $ 107.73 | | |
| | | | | | | | | $ 1,835.82 | | $ 1,770.26 | | 101..00 |

JOF/RAL/ral

Notas:
- Tiempo acreditado es: **5 años, 8 meses y 9 dias**
- Actualmente es empleado **Camara de Reprezentantes**

CERTIFICO

CERTIFICO que de acuerdo con nuestros records, ésta es una relación exacta de las cuotas aportadas al Sistema de Anualidades y Pensiones para Maestros por el participante arriba indicado.

_____   16/NOV/06   _____   _____
Firma Oficial Servicios de Retiro   Fecha   Firma Supervisora de Retiro   Fecha

(Sello: 7 DIC 2006)

## Centésima quincuagésima Objeción Global
### Anexo A: Defectuosas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 679 | SANCHEZ CASTRO, NORMA I.<br>#62 CALLE GUARIENEP<br>URB. CIUDAD CENTRO<br>CAROLINA, PR 00987 | 6/30/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 132211 | Indeterminado* |
| | Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |
| 680 | SANCHEZ CORREA, GLENDA L.<br>HC-2 BOX 2982<br>SABANA HOYOS, PR 00688 | 7/6/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 154132 | Indeterminado* |
| | Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |
| 681 | SANCHEZ CURBELO, IDA<br>BOX 432<br>TOA ALTA, PR 00954 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 130245 | Indeterminado* |
| | Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |
| 682 | SANCHEZ DE LEON, CARMEN M<br>URBANIZACION LOS MAESTROS<br>CALLE C - B 15<br>HUMACAO, PR 00792 | 7/6/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 115826 | Indeterminado* |
| | Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |
| 683 | SANCHEZ FUENTES, AUGUSTO<br>URB SANTA ISIDRA 1<br>166 CALLE UN<br>FAJARDO, PR 00738-4935 | 6/28/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 115082 | Indeterminado* |
| | Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |

IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Sanchez Fuentes, Augusto | 115082 | 6/28/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Sanchez Fuentes, Augusto | 115082 | 6/28/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**