RECEIVED & FILED

2020 FEB 18 PM 5: 11

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

AUGUSTO SANCHEZ-FUENTES
166 CALLE UNION
FAJARDO PR 00738-4935

Clerk's Office
United States District
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767