**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**AMBAC ASSURANCE CORPORATION, ASSURED GUARANTY CORP., ASSURED GUARANTY MUNICIPAL CORP, NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION, AND FINANCIAL GUARANTY INSURANCE COMPANY'S LIMITED OBJECTION TO THE JOINT STIPULATION REGARDING (I) THE DRA PARTIES' MOTION AND MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION FOR RELIEF FROM THE AUTOMATIC STAY, OR IN THE ALTERNATIVE, ORDERING PAYMENT OF ADEQUATE PROTECTION [ECF NO.7643]; AND (II) THE DRA PARTIES' MOTION AND MEMORANDUM OF LAW IN SUPPORT OF THEIR NOTICE THAT THE DRA IS A PARTY IN INTEREST AND CAN PARTICIPATE IN THE MONOLINES AMENDED LIFT STAY LITIGATION [ECF NO. 11285]**

Ambac Assurance Corporation ("Ambac"), Assured Guaranty Corp. ("AGC"), Assured Guaranty Municipal Corp (together with AGC, "Assured"), National Public Finance Guarantee Corporation ("National"), and Financial Guaranty Insurance Company ("FGIC", and, together

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5233-LTS) (Last Four Digits of Federal Tax ID: 3801).

with Ambac, Assured, and National, the "Monolines"), by and through their undersigned counsel, file this Limited Objection to the entry of an order approving the *Joint Stipulation Regarding (I) The DRA Parties' Motion and Memorandum of Law in Support of their Motion for Relief from the Automatic Stay, or in the Alternative, Ordering Payment of Adequate Protection [ECF No.7643]; and (II) The DRA Parties' Motion and Memorandum of Law in Support of their Notice that the DRA is a Party in Interest and can Participate in the Monolines Amended Lift Stay Litigation* (the "Government/DRA Stipulation") [ECF No. 11285] and state as follows:

## BACKGROUND

1. On February 11, 2020, the DRA Parties filed a *Motion and Memorandum of Law in Support of Their (I) Notice that the DRA Is a Party In Interest and Can Participate in the Monolines' Amended Lift Stay Litigation and Request to Modify the Amended Revenue Bond Scheduling Order, or (II) in the Alternative, Motion to Permit the DRA Parties to Intervene in the Monolines' Amended Lift Stay Litigation* (the "Intervention Motion"). [ECF No. 10835].

2. Through the Intervention Motion, the DRA Parties generally seek leave to intervene in the Monolines' HTA-related lift stay litigation. Concurrently with the Intervention Motion, and in accordance with the Court's Tenth Amended Case Management Order, the DRA Parties filed and Served a Notice of Hearing [ECF No. 10836], noticing the Intervention Motion for hearing at the next scheduled omnibus hearing on March 4, 2020 in Puerto Rico..

3. On February 18, 2020, the Monolines timely filed their opposition to the Intervention Motion (the "Monoline Opposition"). [ECF No. 11126]. The Monoline Opposition summarizes the relevant background facts, which are incorporated herein by reference.

4. Pursuant to the Tenth Amended Case Management Order, the Intervention Motion and the Monoline Opposition are scheduled to be heard at the March 4 omnibus hearing.

5. Notwithstanding the Monoline Opposition, on February 19, 2020, the DRA Parties, the Commonwealth of Puerto Rico (the "Commonwealth") and the Puerto Rico Highways and Transportation Authority ("HTA"), through their representatives the Financial Oversight and Management Board for Puerto Rico ("FOMB") pursuant to section 315(b) of PROMESA, and the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF" and together with the Commonwealth, HTA, and the FOMB, the "Government Parties") filed the Government/DRA Stipulation, whereby, the Government Parties and the DRA Parties purport to enter into a joint stipulation regarding the Intervention Motion and the DRA Parties' participation in the Monolines' lift stay motion. The Monolines, who have a pending objection to the Intervention Motion, are not a party to the Government/DRA "Joint Stipulation." The Government/DRA Stipulation attaches a "Proposed Order" at Exhibit A that purports to approve the Government/DRA Stipulation and resolve the Intervention Motion.

**ARGUMENT**

6. The Government/DRA Stipulation cavalierly seeks the entry of the Proposed Order while ignoring the Monoline Opposition and the Monolines' rights to appear and be heard on the Intervention Motion. Moreover, despite the timely filed Monoline Opposition, the Proposed Order would grant relief to the DRA Parties without a hearing, thereby improperly defining the scope of participation of the DRA Parties in a lift stay motion filed by the Monolines, pursuant to a stipulation to which the Monolines are not a party. The Monolines object to entry of the Proposed Order.

7. As noted in the Monoline Opposition, permissive intervention is a discretionary prerogative of the court. *See Am. Pipe & Constr. Co. v. Utah*, 414 U.S. 538, 562 (1974) ("Permissive intervenors may be barred . . . if the district judge, in his discretion, concludes that

the intervention will 'unduly delay or prejudice the adjudication of the rights of the original parties.'") (Blackmun, J., concurring) (citing Fed. R. Civ. P. 24(b)). And, it is well-settled that the scope of intervention is at the broad discretion of the Court. *See, e.g., In re Fin. Oversight & Mgmt. Bd. for P.R.*, 872 F.3d at 63 (courts have "broad discretion to control and limit the scope of intervention").

8. The Government/DRA Stipulation seeks to remove the Court's prerogative and discretion to direct or deny intervention based on the totality of the circumstances. Due process will be served by deciding the Intervention Motion and Monoline Opposition on a complete record at the March 4 omnibus hearing. This is especially true, where here, the Court is already prepared to hear and adjudicate procedural matters related to HTA and other revenue bonds. Due process and prudent consideration dictate that the Court not enter the Proposed Order or approve the Government/DRA Stipulation prior to the hearing scheduled on March 4, 2020.

9. The Monolines do not object to the Government/DRA Stipulation to the extent it seeks solely to memorialize an agreement as between the Government Parties and the DRA Parties. The Monolines object to the extent the Government/DRA Stipulation seeks, through Court *imprimatur* and circumventing due process, to resolve the contested Intervention Motion and define procedures for the DRA Parties' intervention in the Monolines' lift stay motion. The Intervention Motion is a pending contested matter, subject to the Monoline Opposition, and should be heard by the Court as scheduled on March 4, 2020.

## CONCLUSION

10. Monolines reassert the relief sought in the Monoline Opposition and request the Court to refrain from entry of the Proposed Order, to conduct the hearing on the Intervention Motion as scheduled on March 4, 2020, and upon hearing, to deny the Intervention Motion for the reasons stated in the Monoline Opposition.

Dated: February 20, 2020
San Juan, Puerto Rico

**FERRAIUOLI LLC**

By: */s/ Roberto Cámara-Fuertes*
  Roberto Cámara-Fuertes (USDC-PR No. 219002)
  Sonia Colón (USDC-PR No. 213809)
  221 Ponce de León Avenue, 5th Floor
  San Juan, PR 00917
  Telephone: (787) 766-7000
  Facsimile: (787) 766-7001
  Email: rcamara@ferraiuoli.com
      scolon@ferraiuoli.com

**MILBANK LLP**

By: */s/ Atara Miller*
  Dennis F. Dunne (admitted *pro hac vice*)
  Atara Miller (admitted *pro hac vice*)
  Grant R. Mainland (admitted *pro hac vice*)
  John J. Hughes, III (admitted *pro hac vice*)
  55 Hudson Yards
  New York, NY 10001
  Telephone: (212) 530-5000
  Facsimile: (212) 530-5219
  Email: ddunne@milbank.com
      amiller@milbank.com
      gmainland@milbank.com
      jhughes2@milbank.com

***Attorneys for Ambac Assurance Corporation***

**ARENT FOX LLP**

By: */s/ David L. Dubrow*
  David L. Dubrow (admitted *pro hac vice*)
  Mark A. Angelov (admitted *pro hac vice*)
  1301 Avenue of the Americas
  New York, NY 10019
  Telephone: (212) 484-3900
  Facsimile: (212) 484-3990
  Email: david.dubrow@arentfox.com
      mark.angelov@arentfox.com
  Randall A. Brater (admitted *pro hac vice*)
  1717 K Street, NW
  Washington, DC 20006
  Telephone: (202) 857-6000
  Facsimile: (202) 857-6395
  Email: randall.brater@arentfox.com

***Attorneys for Ambac Assurance Corporation***

| | |
|---|---|
| **REXACH & PICÓ, CSP** | **BUTLER SNOW LLP** |
| By: */s/ María E. Picó* <br>  María E. Picó <br>  (USDC-PR No. 123214) <br>  802 Ave. Fernández Juncos <br>  San Juan, PR 00907-4315 <br>  Telephone: (787) 723-8520 <br>  Facsimile: (787) 724-7844 <br>  Email: mpico@rexachpico.com <br><br> ***Attorneys for Financial Guaranty Insurance Company*** | By: */s/ Martin A. Sosland* <br>  Martin A. Sosland (admitted *pro hac vice*) <br>  5430 LBJ Freeway, Suite 1200 <br>  Dallas, TX 75240 <br>  Telephone: (469) 680-5502 <br>  Facsimile: (469) 680-5501 <br>  Email: martin.sosland@butlersnow.com <br>  Jason W. Callen (admitted *pro hac vice*) <br>  150 3rd Ave., S., Suite 1600 <br>  Nashville, TN 37201 <br>  Telephone: (615) 651-6774 <br>  Facsimile: (615) 651-6701 <br>  Email: jason.callen@butlersnow.com <br><br> ***Attorneys for Financial Guaranty Insurance Company*** |

| **CASELLAS ALCOVER & BURGOS P.S.C.** | **CADWALADER, WICKERSHAM & TAFT LLP** |
|---|---|
| By: /s/ *Heriberto Burgos Pérez* <br> Heriberto Burgos Pérez <br> (USDC-PR No. 204809) <br> Ricardo F. Casellas-Sánchez <br> (USDC-PR No. 203114) <br> Diana Pérez-Seda <br> (USDC-PR No. 232014) <br> P.O. Box 364924 <br> San Juan, PR 00936-4924 <br> Telephone: (787) 756-1400 <br> Facsimile: (787) 756-1401 <br> Email: hburgos@cabprlaw.com <br>  rcasellas@cabprlaw.com <br>  dperez@cabprlaw.com <br><br> ***Attorneys for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.*** | By: /s/ *Howard R. Hawkins, Jr.* <br> Howard R. Hawkins, Jr. (admitted *pro hac vice*) <br> Mark C. Ellenberg (admitted *pro hac vice*) <br> William J. Natbony (admitted *pro hac vice*) <br> Ellen M. Halstead (admitted *pro hac vice*) <br> Thomas J. Curtin (admitted *pro hac vice*) <br> Casey J. Servais (admitted *pro hac vice*) <br> 200 Liberty Street <br> New York, NY 10281 <br> Telephone: (212) 504-6000 <br> Facsimile: (212) 504-6666 <br> Email: howard.hawkins@cwt.com <br>  mark.ellenberg@cwt.com <br>  bill.natbony@cwt.com <br>  ellen.halstead@cwt.com <br>  thomas.curtin@cwt.com <br>  casey.servais@cwt.com <br><br> ***Attorneys for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.*** |

| | |
|---|---|
| **ADSUAR MUNIZ GOYCO SEDA & PEREZ-OCHOA PSC** | **WEIL, GOTSHAL & MANGES LLP** |
| By: */s/ Eric Perez-Ochoa*<br>Eric Pérez-Ochoa<br>USDC-PR No. 206,314<br>Email: epo@amgprlaw.com | By: */s/ Robert Berezin*<br>Jonathan Polkes (admitted *pro hac vice*)<br>Gregory Silbert (admitted *pro hac vice*)<br>Robert Berezin (admitted *pro hac vice*)<br>Kelly Diblasi (admitted *pro hac vice*)<br>Gabriel A. Morgan<br>767 Fifth Avenue<br>New York, NY 10153<br>Telephone: (212) 310-8000<br>Fax: (212) 310-8007<br>Email: jonathan.polkes@weil.com<br>gregory.silbert@weil.com<br>robert.berezin@weil.com<br>kelly.diblasi@weil.com<br>gabriel.morgan@weil.com |
| By: */s/ Luis A. Oliver-Fraticelli*<br>Luis A. Oliver-Fraticelli<br>USDC-PR No. 209,204<br>Email: loliver@amgprlaw.com<br>208 Ponce de Leon Ave., Suite 1600<br>San Juan, PR 00936<br>Telephone: (787) 756-9000<br>Fax: (787) 756-9010 | |
| *Attorneys for National Public Finance Guarantee Corp.* | *Attorneys for National Public Finance Guarantee Corp.* |

## CERTIFICATE OF SERVICE

I hereby certify that, on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case.

*/s/ Marty A. Sosland*

51679856.v1