

13 de febrero de 2020

A quien pueda interesar:

Reclamante: Eneida Pérez Díaz
Dirección: Calle Bonet 354 Mayagüez, P.R. 00682-7434
Teléfono: (787)647-6106
Email: eneida.perez28@gmail.com
Número Reclamación: 153400

**Asunto: Reclamación de salarios impagos.**

Conforme a la Ley 89 de 12 de julio de 1979, mejor conocida como "Ley de Retribución Uniforme" establece la política pública sobre la retribución a empleados de carrera y de confianza cubiertos por el Sistema de Personal y otros fines. A tales efectos se estableció mediante ley las escalas salariales que le correspondía cobrar a cada empleado público del Gobierno de Puerto Rico.

El motivo de mi reclamación obedece a salarios impagos en violación a las estipulaciones establecidas por la citada Ley. Trabajé en el Departamento de la Vivienda en Mayagüez desde el 1961 hasta el 1992 cuando me acogí al retiro por años de servicios.

Según el cálculo de los salarios dejados de recibir hacienden a la cantidad de $5,400.00. Por tal razón, someto ante su consideración dicha reclamación para la revisión, ajuste y acción correspondiente. Espero su pronta acción sobre este particular.

Cordialmente,

Eneida Pérez Díaz