Case:17-03283-LTS Doc#:11326-1 Filed:02/18/20 Entered:02/20/20 11:16:01 Desc: Envelope Page 1 of 1

Eneida Pérez Díaz
Bonet 354
Mayaguez, P.R. 00682-7434

CERTIFIED MAIL

7019 1640 0000 2884 2305

RECEIVED & FILED
2020 FEB 18 PM 5:12
CLERK'S
U.S. DISTRICT
SAN JUAN

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan Puerto Rico 00918-1767

U.S. POSTAGE PAID
FCM LETTER
MAYAGUEZ, PR
00682
FEB 14, 20
AMOUNT
$6.95
R2305K131382-15

0091833204

