Sr. Jorge H Valentín!

HC-3 Box 8384

MOCA PR. 00676

CERTIFIED MAIL®

7014 2120 0003 4192 8475

TO: Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Un
Rm 150 Federal BLDG
San Juan PR 00918-1767

2020 FEB 18 PM 5:14

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

U.S. POSTAGE PAID
FCM LETTER
AGUADILLA, PR
00603
FEB 14, 20
AMOUNT
$7.10
R2304E105991-TO

00918§9999