Hearing Date: March 4, 2020 at 9:30AM (Atlantic Standard Time)
Response Deadline: February 18, 2020 at 4:00PM (Atlantic Standard Time)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,
as representative of
THE COMMONWEALTH OF PUERTO RICO, *et al.*,
Debtors.[1]
PROMESA
Title III
No. 17 BK 3283-LTS
(Jointly Administered)

**This filing relates to the Commonwealth, HTA, and ERS.**

**RESPONSE TO ONE HUNDRED FORTY-SIXTH OMINIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS ASSERTING INTERESTS BASED UPON UNSPECIFIED PUERTO RICO STATUES**

**For case no.** SANABRIA LOPEZ, ODA
HC 6 BOX 4141
COTTO LAUREL, PR, 00780
6/29/2018 CLAIN #134084 Commonwealth of Puerto Rico
Case No. 17 BK 03283-LTS ASSERTED CLAIM AMOUNT - undetermined
Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the the Commonwealth of Puerto Rico or any of the other Title III debtors

CLAIM is based on my previous employment at the Department of Correction and Rehabilitation. I work for this Department from May 8, 1989 until May 2015. As part of my job I made Claim as part of the benefit known as the "Romerazo", an increase in my salary. I only have my testimony as evidence of this Claim.

SANABRIA LOPEZ, ODA
HC 6 BOX 4141
COTTO LAUREL, PR, 00780