RETURN RECEIPT REQUESTED

U.S. POSTAGE PAID
FCM LETTER
MERCEDITA, PR
00715
FEB 14, 20
AMOUNT
$6.40
R2304M113827-02

CERTIFIED MAIL

7016 1970 0001 0184 7452

Oda Sonaban
HCG Box 4141
Coto Laurel PR 00780

2020 FEB 18 PM 5:12
RECEIVED & FILED
DISTRICT COURT
SAN JUAN

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R., 00918-1767