AFTER 10 DAYS RETURN TO

Mr. Ricardo Torres
PO Box 2159
Mayaguez, PR 00681

SAN JUAN PR 009
15 FEB 2020 PM 1 L

2020 FEB 18 PM 5: 15
RECEIVED & FILED

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767