

# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

ATT: LEY PROMESA

6 de febrero de 2020

## CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | GLORIA E. TORRES BAEZ |
| Seguro Social | : | |
| Categoría | : | MA. EDUC. SEC (ESPAÑOL) |
| Distrito Escolar | : | GURABO |
| Sueldo Mensual | : | $2,705.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 28 de julio de 2014 |
| Otros | : | Presto servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 25 años, 7 meses, 3 semanas y 4.50 días. Nuestro sistema de Recursos Humanos refleja que ocupó una plaza desde 11/04/1981. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Gloria E. Torres Báez**, con número de seguro social que termina en **9681**.

| | |
|---|---|
| Fecha de Efectividad de la Pensión | 29 de julio de 2014 |
| Tiempo Cotizado para la Pensión | 30 años, 0 mes, 1 sem., 1.5 días |
| Pensión Mensual Inicial | $2,028.75 |
| Pensión Mensual Actual | $2,028.75 |

Esta certificación se expide hoy, **6 de febrero de 2020** en **San Juan, Puerto Rico**.

Edgardo J. Negrón Ramírez
Supervisor
Área de Servicios de Retiro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879



SRM
Sistema de Retiro para Maestros
Gobierno de Puerto Rico
*Protegemos la Aportación al Futuro*

☎ 787.777.1414   📠 787.764.6910   www.srm.pr.gov

| SHR_INOM_SRM | SISTEMA DE RETIRO PARA MAESTROS | 09-10-2014 |
|---|---|---|
| | Sistema de Aportaciones y Beneficios Integrados | 09:33:24 AM |
| | PAGO DE PENSION INGRESO A NOMINA | Página: 1 |

| | | |
|---|---|---|
| SEGURO SOCIAL | | NUMERO CASO 1207 |
| NOMBRE | GLORIA TORRES BAEZ | NUMERO SOLICITUD 773014 |
| DIRECCIÓN | HC 20 BOX 17621 | FECHA RADICACION 11-09-2014 |
| | | PENSION AÑOS DE SERVICIO / MERITO |
| | JUNCOS, PR   00777 | FECHA NACIMIENTO 11-10-1959   EDAD 54.80   SEXO F |

INGRESO A NOMINA: 30-10-2014
FECHA EFECTIVIDAD: 29-07-2014
SERVICIOS ACREDITADOS: 30  0  1  1.5
Años Meses Sem Días
COSTO ANUALIDAD: $74,972.16
SALARIO PROMEDIO: $2,705.00
RETROACTIVO: 29-07-2014 AL 15-10-2014

| | PAGO GLOBAL | MENSUAL | ANUAL |
|---|---|---|---|
| | $5,268.21 | $2,028.75 | |
| AUMENTO POR LEY: | | $0.00 | |
| IMPORTE TOTAL (BRUTO) | $5,268.21 | $2,028.75 | $24,345.00 |

| CONCEPTO | CLAVE | DESCUENTO | DESCUENTO |
|---|---|---|---|
| PENSION PAGADA | | $0.00 | $0.00 |
| PRÉSTAMOS: PERSONAL (PP) | 47-000 | $1,069.45 | $427.78 |
| CULTURAL (PC) | 45-000 | $0.00 | $0.00 |
| HIPOTECARIO (PH) | 36-000 | $0.00 | $0.00 |
| FINANZAS | 67-059 | $0.00 | $0.00 |
| INSUFICIENCIA EN APORTACION | | $0.00 | $0.00 |
| APORT. IND. 9%  Cese: 11 octubre 2014 | 26-001 | $573.29 | $0.00 |
| OTROS | | $0.00 | $0.00 |
| TOTAL DESCUENTO | | $1,642.74 | $427.78 |
| NETO | | $3,625.47 | $1,600.97 |

BONOS  NAVIDAD (BNP): $0.00   VERANO (PBV): $0.00   MEDICAMENTO (PBM): $0.00

| | | FECHA: |
|---|---|---|
| COMPUTADO POR: | | 9 oct 14 |
| INTERVENIDO POR: | | |
| SUPERVISOR (PENSIONES): | JULIO C. ORTIZ BERBERENA | 19-10-14 |
| DIRECTOR: | | 10/10/14 |
| INGRESADO A NOMINA POR: Mes: ☐ 1ra ☒ 2da | | 14/10/14 |
| PAGO GLOBAL POR: Mes: ☐ 1ra ☒ 2da ☐ Off Cycle ☒ Pay Line | | 14/oct/14 |
| SUPERVISOR (NOMINA): | | 5/oct/14 |