Gloria E. Torres Baez
HC-20 Box. 17621
Juncos, PR. 00777-9615

U.S. POSTAGE PAID
FCM LETTER
CAGUAS, PR
00725
FEB 14, 20
AMOUNT
**$6.95**
R2304M115256-07

00918

1000

Clerk's Office
United States District Court
#150 Chardon Avenue
Federal Building
San Juan, Puerto Rico
00918

CERTIFIED MAIL

7018 3090 0001 8047 7984

00918-170525