**In re: The Financial Oversight and Management Board for Puerto Rico, as representative of The Commonwealth of Puerto Rico, et al. Case No. 17 BK 3283-LTS at UNITED STATED DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO**

**This filing relates to the Commonwealth, HTA and ERS, in my case ERS.**

February 13, 2020

**Claim number 143443 on the case No. 17 BK 3283-LTS**

To whom it may concern

This present letter pretends to file a response to the Omnibus Objection One Hundred Twenty-Ninth based on on deficient Claims asserting Interests based on salary demands, employment or services provided. There is no better way to proof my worked years than the system of the Department of Education and my Social Security. My social security have all the information about my work history on Puerto Rico and based on my years of service I have the rights to file this claim and its all the evidence. It's giving us an unfair treatment by asking to file evidence about the claim. The proof of claim asked for my Social Security, that's it.

The objection, is not fair because it's money that the Employees Retirement System of the Government of Puerto Rico owes me, it's the law in Puerto Rico.

The objection of the Omnibus pretends to bypass the law, pretends that the Puerto Rico Department of Education Retirees don't have the right to claim the money that is ours, money earned, and if the objection pass we will never have justice.

My claim is based on the "Romerazo Act", that give us a rise up in steps by the service years on the Department of Education.

The objection of the Omnibus is unfair to all the people, including myself, because my claim is based on acquired rights by law that I never received. The

money on the retirement plan that I supposed to be awarded is an acquired
right and now the Omnibus have an objection and by that means they think
that the Government of Puerto Rico don't need to add the Department of Ed-
ucation retirees teachers retirement plan to the PROMESA based bankruptcy
of Puerto Rico. It's not fair.

Sincerely yours,

*Lillian Morales Rosado*

**Lillian Morales Rosado**

**31 Urb. Los Maestros**

**Box 786**

**Añasco, Puerto Rico 00610**

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767