From: Lillian M. Morales Rosado
31 Urb. 205 Maestros
Box 786
Añasco P.R. 00610

RECEIVED & FILED
2020 FEB 18 PM 5: 13
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN P

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

7014 2870 0000 2955 6387

00919381767 B016

U.S. POSTAGE PAID
FCM LETTER
AÑASCO, PR
00610
FEB 14, 20
AMOUNT
$6.95
R2305K136205-01
1000
00918
UNITED STATES POSTAL SERVICE