14 de febrero de 2020

A quien pueda interesar:

Adjunto evidencia de los años trabajados del departamento de educación, como evidencia ya que tengo una reclamación de caso # 17 BK 3283 LTS Commonwealth Puerto Rico. Claim # 91048 ya que recibí información sobre mi caso que es deficiente.

Comencé a trabajar 5/Agosto/96

Mi fecha de jubilación fue Sept./2012.

Gracias
att.
José R. [firma]

Mi # de teléfono es 787-954-6262