Jose A. D[...]
P.O. BOX 5000-446
San German P.R.
00683

15 FEB 20
PM 1 L

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico
00918-1767