Giberto Gonzalez Sánchez
Urb. Jaime L. Drew
Calle 7 #190 Ponce P.R. 00730-1506.
Tel. 939-217-3034.

A. Tribunal de los Estados Unidos.

B. Deudor.
   Estado Libre Asociado de Puerto Rico.

C. Número de Procedimiento.
   17BK3283 LTS.

D. Título de la Objeción Global.
   Centésima Trigésima Novena Objeción Global

Los Números de los Reclamos.
#155162 — Ley 96 — Costo de Vida.
   $9,000.00.

#97511

#619134 — Aportación Patronal.
   $30,000

#91497 — Reclamo Laboral (Romeraze).
   $10,200.

I

A. Tribunal de los Estados Unidos.
Honorable Tribunal, Mi nombre es Gilberto González Sánchez; Ex oficial Correccional; Trabajé para el gobierno de Puerto Rico por espacio de 17 años. actualmente recibo una Pensión del Seguro Social federal, desde el año 2008. Año en el cual cesé mis funciones laborables en el Estado libre Asociado de P.R.. Durante mis años de Servicio, aporté a los sistemas del Retiro; Para en el futuro disfrutar del mismo. Lamentablemente enfermé tuve Problemas de Salud. Solicité incapacidad, tanto en retiro, como en el Seguro Social. Este último rápido me aprovó la incapacidad — No así el gobierno de P.R... Luego de luchar por años contra el gobierno para que me aprobaran el retiro. Al no lograr que así fuera; Me vi en la obligación de Solicitar mis aportaciones y las del Patrono — Por años se negaron. al final solo me hicieron entrega de unos $27,000°° dólares: Quedándose

II

el Estado Libre Asociado con la otra Parte. unos $30,000 dolares.

Cuando firmamos, un nombramiento de puesto de trabajo Permanente (como es mi caso) Se llega al acuerdo que el empleado aporta un 50% para cuando se retira, sea edad o Enfermedad. Y el gobierno de P.R. aporta el otro 50%.

Al yo recibir mi incapacidad del Seguro Social; Ya no podía seguir laborando en mi puesto de Oficial Correccional. Por lo tanto Solicito, mi incapacidad al gobierno; Según lo expuse anteriormente.

Entiendo que por mis años de Servicio - Mi sacrificio, que aunque enfermo seguí laborando, hasta no poder Más. Era el deber del gobierno de entregarme la totalidad del dinero de las aportaciones.

Por lo tanto le estoy Solicitando a ustedes; Honorable tribunal, que falle a mi favor y se me otorgue lo adeudado.

Gilberto González Sánchez

I

A. Honorable Tribunal de los
    Estados Unidos:
Honorable tribunal de los E-U.
Mi nombre es Gilberto González Sánchez.
Laboré como oficial Correccional para
el gobierno de P.R. por espacio de 17
años. En este momento me encuentro
incapacitado, recibiendo una Pensión
del Seguro Social Federal. Para las
fechas que trabaje para el Estado
Libre Asociado, recibimos información
de las uniones laborales - Y superiores
Que habían unos aumentos Salariales
que no estabamos recibiendo. Estos
aumentos fueron otorgados por varias
administraciones gubernamentales. Uno
de ellos Conocido Como (El Romerazo)
otorgado por el ex Gobernador Carlos
Romero Barceló - Y el otro por la
ex Gobernante Sila M. Calderón Serra.
Es mi mayor interés, Solicitarles
a ustedes, Que sí esa deuda del E.L.A.
Para con éste Servidor, sea pagada.
Espero ustedes con su Sabiduría
nos den el visto bueno, para que

II

el gobierno de Puerto Rico.
Cumpla con la promesa de
dar un aumento, el cual nunca
honrró. Y por años estuvimos
esperando por la retribución
de ese dinero.
      Gracias.


*[firma]*

Gilberto Gonzalez Sanchez