Gilberto González Sánchez
Urb. Jaime L. Drew.
Calle 7 #190 Ponce P.R.
00730-1506.

Secretaria (Clerk's. Office).
Tribunal de Distrito de los Estados Unidos.
Room 150 Federal Building.
San Juan (Puerto Rico) 00918-1767.

RECEIVED & FILED
2020 FEB 18 PM 5:14