RECEIVED & FILED
2020 FEB 18 PM 4: 36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

(ii) Epígrafe: Promesa

Título III

Núm.17BK 3283-LTS

La presente radicación guarda relación con el ELA, la ACT y el SRE. Notificación de la centésima vigésima octava objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Reclamos de deficientes en los que se alegan intereses sobre la base de las reinvindicaciones salariales, laborables ó servicios prestados.

(iii) Motivos para oponerse a la objeción global.

Desde el año 1984-1985 al 2020 se nos otorgó un aumento salarial de $100.00 por parte del gobernador en turno el Honorable Carlos Romero Barceló el cual, nunca se nos honró. Este reclamo se ha ido luchando por las diferentes organizaciones que representan al magisterio puertorriqueño por muchos años sin llegar aún a ningún acuerdo. Es por eso que se establece dicha demanda a las partes involucradas. El monto total de la deuda según mis cómputos es de $24,600 aproximadamente de salarios impagos. Solicito se trabaje dicha reclamación en forma individual y no como objeción global al cual tengo derecho según la Ley 89.

A continuación, le estoy enviando evidencia de los documentos que justifican ésta demanda.

(iv) Documentación justificativa: -Adjunto documentación solicitada y evidencias.

- Certificación del Sistema de Retiro para Maestros
- Evidencia talonario de pago
- Certificación del Departamento de Educación de Puerto Rico
- Información personal del Reclamante

Cordialmente,

Julia Balbina Rodriguez Fernandez

*Julia B. Rodriguez Fernández*
*R de Jesús*
Firma

Dirección Residencial:
Calle 19 Final # 643
Bo. Higuillar Sector El Arenal

Dorsdo PR 00646

Teléfono: 787-645-1592

últimos cuatro # Seguro Social: 8424

Número de reclamación: Núm.17BK 3283-LTS

Dirección Postal:
PO Box 426
Dorado PR 00646-0426

**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

SRM-SB-022
Rev. marzo 2017

JULIA B RODRIGUEZ FERNANDEZ
PO BOX 426

DORADO PR 00646-0426

Estimado(a) participante JULIA B RODRIGUEZ FERNANDEZ

De acuerdo a nuestros registros, el balance de aportaciones acumuladas en el SRM es de aproximadamente $52,922.19 al 28 de enero de 2020. Las aportaciones han devengado intereses por $10,539.92 para un total de cuotas e intereses de $63,462.11.

El tiempo acreditado es de aproximadamente 20 año(s), 1 mes(es), 1 semana(s), 1.99 día(s).

Los pagos realizados por planes de pago, recaudaciones o pagos pendientes pueden no estar considerados en estos balances. Además, esta información puede variar, de encontrarse diferencias en el Informe de Cambio enviado por el patrono y de existir anulaciones futuras entre cuentas que afecten las Aportaciones del Sistema.

Estos cálculos son preliminares, están sujetos a verificación y ajustes cuando radique su Solicitud de Retiro. Deberá permanecer cotizando en el SRM hasta la fecha que proyecta retirarse.

Atentamente,

Área de Servicios de Retiro



235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918
P.O. Box 191879 · San Juan PR 00919-1879

787.777.1414    787.759.2883    www.srm.pr.gov



| | | |
|---|---|---|
| 080 Dept. de Educacion - Maestros<br>Avenida Teniente César Gonzalez<br>Esquina Calaf<br>HATO REY, PR 00919 | Grupo de Pago: SM -Quincenal<br>Desde: 02/06/2020<br>Hasta: 02/20/2020 | Aviso #: 6095594<br>Fecha Aviso: 02/14/2020 |
| JULIA B RODRIGUEZ FERNANDEZ<br>CALLE 19 # 643 ARENAL_P.O. BOX<br>DORADO, PR 00926<br>SS: ** | # Empleado:<br>Dept: 8007025-Bayamon Dorado<br>Lugar: Ricardo Arroyo Laracuente<br>Titulo: DEPARTAMENTO DE EDUCACION<br>Sueldo: $3,189.17 Monthly | DATA IMP: Federal   PR<br>Estado Civil: Married   Married<br>Concesiones: 0   0<br>Pct. Adcl.:<br>Cant. Adcl.: |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| | | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 1,594.59 | 192.00 | 4,783.77 |
| **Total:** | | | 1,594.59 | 192.00 | 4,783.77 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 23.12 | 69.36 |
| PR Withholding | 62.32 | 186.96 |
| **Total:** | 85.44 | 256.32 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 143.51 | 430.53 |
| **Total:** | 143.51 | 430.53 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 192.52 | 577.56 |
| SM-First Medical Health Plan | 49.00 | 147.00 |
| OS-AMPR LOCAL SIND AFIL | 8.50 | 25.50 |
| Ahorros-AEELA | 47.84 | 143.52 |
| **Total:** | 297.86 | 893.58 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| FSED Disability Plan | 27.11 | 81.33 |
| SM-First Medical Health Plan | 0.00 | 120.00 |
| * Tributable | | |

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,594.59 | 0.00 | 85.44 | 441.37 | 1,067.78 |
| Acumulado: | 4,783.77 | 0.00 | 256.32 | 1,324.11 | 3,203.34 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #6095594 | 1,067.78 |
| Total: | 1,067.78 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Dept. de Educacion - Maestros
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
02/14/2020

Aviso No.
6095594

Cant. Deposito: $1,067.78

A la
Cuenta(s) De

JULIA B RODRIGUEZ FERNANDEZ
CALLE 19 # 643 ARENAL_P.O. BOX
DORADO, PR 00926

Localizacion: Ricardo Arroyo Laracuente

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXX | 1,067.78 |
| Total: | | 1,067.78 |

## NO-NEGOCIABLE



# DEPARTAMENTO DE EDUCACION
## Estado Libre Asociado de Puerto Rico
### Secretaría Auxiliar de Recursos Humanos

28 de enero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | JULIA B. RODRIGUEZ FERNANDEZ |
| Seguro Social | : | |
| Categoría | : | MA. EDUC. SEC (INGLES) |
| Distrito Escolar | : | VEGA ALTA |
| Sueldo Mensual | : | $3,189.17 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | Desde el 20 de octubre de 1998 hasta el presente. |
| Cesó | : | N/A |
| Renunció | : | N/A |
| Otros | : | Nuestro Sistema de Recursos Humanos refleja que ha trabajado para ésta Agencia por un periodo de 20 años, 2 meses, 2 semanas y 1 1/2 día. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

7019 ____ ____ 0066

**U.S. POSTAGE PAID**
PM 1-Day
DORADO, PR
00646
FEB 14, 20
AMOUNT
$14.15
1005  00918  R2305M147187-03



**UNITED STATES POSTAL SERVICE**

**PRIORITY MAIL**

RECEIVED & FILED
FEB 18 PM 4:36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

- Date of delivery specified*
- USPS TRACKING™ included to many major international destinations.
- Limited international insurance.
- Pick up available.*
- Order supplies online.*
- When used internationally, a customs declaration label may be required.
* Domestic only

To schedule free Package Pickup, scan the QR code.




PS00001000014
EP1_
OD: _____

**PRIORITY MAIL**

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: Julia B. Rodriguez
PO Box 426
Dorado P.R. 00646-0426

TO: Clerks Office
United States District Court
Room 150 Federal Building
San Juan P.R. 00918-1467

Label 228, March 2016   FOR DOMESTIC AND INTERNATIONAL USE