Claimant: Agripina Portalatín Irizarry
Box 436, Angeles, P.R 00611
Tel. 787-955-2319
agripinapi@yahoo.com

Tribunal de Distrito de Los Estados Unidos
Para el Distrito de Puerto Rico
Centésima Quincuagésima Objeción Global
Del Estado Libre Asociado de Puerto Rico

Debtors: Estado Libre Asociado de Puerto Rico
Gobierno de Puerto Rico
Departamento de Educación
No. 17 BK 3283-LTS

A quien pueda interesar:

Yo, Agripina Portalatín Irizarry, quiero expresar que me opongo a la Objeción Global y que mi reclamación num. 159770 es válida y adjunto presento documentos que así lo demuestran.

Commencé a trabajar en el Departamento de Educación en el mes de agosto del año 1975 y me acogí al retiro el 31 de mayo del 2007. Durante ese tiempo, se aprobó la Ley 89 en julio del año 1979, concediendo un aumento salarial de $25.00 mensuales, efectivo a la aprobación de la misma. Este aumento nunca se me fue pagado por el patrono, lo que representa una deuda a mi favor de $8,075.00.

Además el 22 de julio del 2003 se aprobó la Ley 164, concediendo otro aumento salarial de $100.00 mensuales, efectivo el 1ro de enero del 2004, la cual tampoco fue honrada por el patrono lo que representa una deuda a mi favor a la fecha de mi retiro, el 31 de mayo de 2007, de $4,100.00.

En total, el Departamento de Educación, por las disposiciones establecidas en dichas leyes me adeuda la suma de $12,175.00.

Adjunto documentos que certifican la validez de estos reclamos.

Att.,

*Agripina Portalatín Irizarry*
Agripina Portalatín Irizarry

Reclamación #159770