> **IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| PORTALATIN IRIZARRY, AGRIPINA | 159770 | 7/6/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

> **SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| PORTALATIN IRIZARRY, AGRIPINA | 159770 | 7/6/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).



# DEPARTAMENTO DE EDUCACION
Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

ATT: LEY PROMESA

11 de febrero de 2020

## CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | AGRIPINA PORTALATIN IRIZARRY |
| Seguro Social | : | |
| Categoría | : | MA. EDUC. SEC (MATEMATICAS) |
| Distrito Escolar | : | UTUADO_ |
| Sueldo Mensual | : | $2,530.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 30 de mayo de 2007 |
| Otros | : | Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de (31) años, (6) meses, (2) semanas y (1) día. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Agripina Portalatin Irizarry**, con número de seguro social que termina en **6087**.

| | |
|---|---:|
| Fecha de Efectividad de la Pensión | 31 de mayo de 2007 |
| Tiempo Cotizado para la Pensión | 30 años, 5 mes, 2 sem., .5 días |
| Pensión Mensual Inicial | $1,867.29 |
| Pensión Mensual Actual | $1,867.29 |

Esta certificación se expide hoy, **11 de febrero de 2020** en **San Juan, Puerto Rico**.

Edgardo J. Negrón Ramírez
Supervisor
Área de Servicios de Retiro



235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

787.777.1414   787.764.6910   www.srm.pr.gov

Modelo SC-1515 (IRM
14-mayo-71
Manual de Contabilidad

**ESTADO LIBRE ASOCIADO DE PUERTO RICO
SISTEMA DE RETIRO PARA MAESTROS
INFORME RENTA ANUAL VITALICIA**

9%=$224.07

| AGRIPINA PORTALATIN IRIZARRY | Núm. Reclamación 43298 | Sexo F | |
|---|---|---|---|
| **Tipo de Renta:** | | | **Fecha de Nacimiento** |
| a- Años de Servicio y edad | c- Incapacidad | | 1953 / 6 / 17 |
| Opcional (X) | Ocupacional ( ) | | Año / Mes / Día |
| Obligatorio ( ) | No Ocupacional ( ) | | |
| b- Edad ( ) | d- Diferida ( ) | | |
| **Edad al Retirarse** | **Servicios Acreditados** | **Costo Anualidad** | **Fecha de Retiro** |
| 53 / 11 / 14 | 30 / 5 / 2 / ½ | $48,453.52 | 2007 / 5 / 30 |
| Años / Meses / Días | Años / Meses / Sem. / Días | | Año / Mes / Día |
| | | | **Fecha de Efectividad** |
| | | | 2007 / 5 / 31 |
| | | | Año / Mes / Día |

Retiro Ley Núm. 91 DEL 2004

**Cómputo de la Renta Anual:**

a- Sueldo promedio mensual más alto durante TRES años consecutivos a $2,489.72 — $1,867.29

.75% X 30 años
(Por ciento) (Tiempo Acreditado)

OFICINA DE FINANZAS
DOCUMENTOS PREINTERVENIDOS
1 9 JUL 2007
JOSÉ REYES DÁVILA

*En caso de renta anual diferida, ésta comenzará al cumplir la edad de _____
( ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años de edad

( ) o a opción en fecha posterior si al retirarse tiene 10 y menos de 25 años de servicios y menos de 60 años de edad

b. Ajuste para llegar al Mínimo Establecido por ley 89

| Años de Servicio | Edad | Incapacidad Física | Diferido |
|---|---|---|---|
| $ _____ | $ _____ | $ _____ | $ _____ |

Diferencia Mínimo o Renta Sistema de Retiro

| Renta Mensual Vitalicia | 1,867.29 |
|---|---|
| Renta Anual Vitalicia | 22,407.48 |

| Computado | | Cotejado | |
|---|---|---|---|
| Ana H. Pérez Correa | 13/07/07 Fecha | Ivonne L. Ortiz Valladares | 7/17/07 Fecha |
| **Recomendado:** | | **Aprobado:** | |
| José A. Massas Rosario | Fecha | Fecha | Wanda G. Santiago López |
| Director Area Servicios de Retiro | | | Subdirector Ejecutivo |
| o su Representante | | | o su Representante |

Fecha: 7/12/2007

agb

| Gobierno de Puerto Rico | Grupo de Pago: | SM -Quincenal | Business Unit: PUERT |
|---|---|---|---|
| 592 - SISTEMA DE RETIRO MAESTRO-PENS | Desde: | 12/01/2019 | Aviso #: 5057393 |
| | Hasta: | 12/15/2019 | Fecha Aviso: 12/13/2019 |

| AGRIPINA PORTALATIN IRIZARRY | # Empleado: | XXXXX6087 | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| PO BOX 436 | Dept: | 592160-ANOS SERVICIO LEY91 2004 | Estado Civil: | Married | Married |
| ANGELES PR 00611-0436 | Lugar: | A/OS SERVICIO LEY 91 | Concesiones: | 0 | 39-99 |
| | Titulo: | Pensionado | Pct. Adcl.: | | |
| SS: XXX-XX-6087 | Sueldo: | $1,867.29 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | -------- Corriente -------- | | ------ Acumulado ------ | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | 933.65 | 1,867.50 | 21,473.95 | |
| Bono Navidad Pensionados | | | 0.00 | | 200.00 |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 |
| Total: | | 933.65 | 1,867.50 | 21,773.95 | |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 47.00 | 1,054.00 |
| Total: | 47.00 | 1,054.00 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 0.00 | 1,100.00 |
| * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 933.65 | 0.00 | 47.00 | 886.65 |
| Acumulado: | 21,773.95 | 0.00 | 1,054.00 | 20,719.95 |

### PTO HORAS   ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| - Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| - Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5057393 | 886.65 |
| Total: | 886.65 |

MENSAJE:

---

Gobierno de Puerto Rico
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
12/13/2019

Aviso No.
5057393

Cant. Deposito:   $886.65

TRAY 38 SQ 8543****************SCH 5-DIGIT 00627    8543 2 AV 0.383
AGRIPINA PORTALATIN IRIZARRY
PO BOX 436
ANGELES PR 00611-0436

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | 675000621459 | $886.65 |
| Total: | | $886.65 |

NO NEGOCIABLE

| Gobierno de Puerto Rico | | Grupo de Pago: | SM -Quincenal | Business Unit: PUERT | |
|---|---|---|---|---|---|
| 592 - SISTEMA DE RETIRO MAESTRO-PENS | | Desde: | 12/16/2019 | Aviso #: | 5312748 |
| | | Hasta: | 12/31/2019 | Fecha Aviso: | 12/30/2019 |

| AGRIPINA PORTALATIN IRIZARRY | # Empleado: | XXXXX6087 | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| PO BOX 436 | Dept: | 592160-ANOS SERVICIO LEY91 2004 | Estado Civil: | Married | Married |
| ANGELES PR 00611-0436 | Lugar: | A/OS SERVICIO LEY 91 | Concesiones: | 0 | 39 +99 |
| | Titulo: | Pensionado | Pct. Adel.: | | |
| SS: XXX-XX-6087 | Sueldo: | $1,867.29 Monthly | Cant. Adel.: | | |

### HORAS E INGRESOS / IMPUESTOS

| | | Corriente | | Acumulado | | | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | | 933.65 | 1,957.50 | 22,407.60 | | | |
| Bono Navidad Pensionados | | | 0.00 | | 200.00 | | | |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 | | | |
| Total: | | | 933.65 | 1,957.50 | 22,707.60 | Total: | 0.00 | 0.00 |

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| | | | SM-First Medical Health Plan | 47.00 | 1,101.00 | SM-First Medical Health Plan | 100.00 | 1,200.00 |
| Total: | 0.00 | 0.00 | Total: | 47.00 | 1,101.00 | * Tributable | | |

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 933.65 | 0.00 | 47.00 | 886.65 |
| Acumulado: | 22,707.60 | 0.00 | 1,101.00 | 21,606.60 |

| PTO HORAS | ACUM | | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|
| Balance Inicial: | 0.0 | | Aviso #5312748 | 886.65 |
| - Acumulado: | | | Total: | 886.65 |
| - Utilizado: | | | | |
| - Donada: | | | | |
| - Ajustes: | | | | |
| Balance Final: | 0.0 | | | |

MENSAJE:

---

Gobierno de Puerto Rico  
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha  
12/30/2019

Aviso No.  
5312748

Cant. Deposito: ___$886.65___

TRAY 38 SQ 8543***********SCH 5-DIGIT 00627   8543 2 AV 0.383  
AGRIPINA PORTALATIN IRIZARRY  
PO BOX 436  
ANGELES PR 00611-0436

| DISTRIBUCION DE DEPOSITO DIRECTO | | |
|---|---|---|
| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| Checking | 675000621459 | $886.65 |
| Total: | | $886.65 |

NO-NEGOCIABLE