Agripina Portalatin Irizarry
Box #36
Angeles, P.R. 00611

7019 0140 0000 8690 9062

Secretaria (Clerk Office)
Tribunal de Distrito de los E.U.
Room 150, Federal Building
San Juan, P.R. 00918-1767

2020 FEB 18 PM 3:14
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.