Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

**In re: The Financial Oversight and Management Board for Puerto Rico, as representative of The Commonwealth of Puerto Rico, et al. Case No. 17 BK 3283-LTS at UNITED STATED DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO**

**This letter relates to the Commonwealth, HTA and ERS, in my case ERS. Claim number 152124.**

February 14, 2020

To whom it may concern

The present letter is to file a response to the Omnibus Objection One Hundred Thirty-second OBJECTION OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS ASSERTING INTERESTS BASED ON SALARY DEMANDS, EMPLOYMENT OR SERVICES PROVIDED.

The Omnibus objection is based on "Each of the Deficient Claims purports to assert liabilities arising from salary or other compensation owed in connection with salary demands, employment, pensions, or services provided by the claimant, but fail to provide critical information, such as the specific services provided, the salary accrued but unpaid, or other information needed to understand what liabilities either the Commonwealth, HTA, ERS, or any other Title III Debtor may owe."

The objection based on the above fails to present a valid argument because I was an Employee of the Government, specially the Department of Education of Puerto Rico, and all the info I wrote on the Proof of Claim the correct info and that info proof that I have a valid claim against the Commonwealth. All my information, including my Social Security is there.

The objection, is not fair because it's money that the Employees Retirement System of the Government of Puerto Rico owes me, it's the law in Puerto Rico.

The objection of the Omnibus pretends to bypass the law, pretends that the Puerto Rico Department of Education Retirees don't have the right to claim the money that is ours, money earned, and if the objection pass we will never have justice.

The objection of the Omnibus is unfair to all the people, including myself, because my claim is based on acquired rights by law that I never received. The money on the retirement plan that I supposed to be awarded is an acquired right and now the Omnibus have an objection and by that means they think that the Government of Puerto Rico don't need to add the Department of Education retirees teachers retirement plan to the PROMESA based bankruptcy of Puerto Rico.

Sincerely yours,

*Norma L. Rosado* (signature)

**Norma L. Rosado Diaz**

**Urb. Los Maestros #35**

**Añasco, Puerto Rico 00610**