Norma L. Rosado
Urb. Los Maestros #35
Añasco, P.R. 00610

15 FEB '20
PM 1 L

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, P.R. 00918-1767

RECEIVED & FILED
2020 FEB 18 PM 5:15
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918899999