Jaime A. Ruiz
Urb. Los Maestros #35
Añasco, P.R. 00610

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, P.R. 00918-1767