RECEIVED & FILED

2020 FEB 18 PM 5: 09

CLERK'S OFFICE
U.S. DISTRICT

De: Luis A. Rivera Martinez

Caso: #155952

A:  Abogado de la Junta de Supervisión

    Secretaria del Tribunal de Distrito de los Estados Unidos

    Abogado del Comité de Acreedores

Asunto: Oposicion a la Objeción Global

**Replica:**

Nombre:  Luis A. Rivera Martinez

Direccion: 158 Tara Ln
            Haines city, fl. 33844

Telefono: (863) 207-5166, (863) 866-2509

Caso: 155952

**Epigrafe:**

**Tribunal:**

        Tribunal de Distrito de los Estados Unidos para el distrito de
Puerto Rico

**Deudores**:

Estado Libre Asociado de Puerto Rico ( ELA)
Autoridad de Carreteras y Transportación de Puerto Rico ( ACT)
Sistema de Retiro de Empleados de Gobierno del Estado Libre Asociado
de Puerto Rico (SRE)
Corporación del Fondo de Interés Apremiante de Puerto Rico (COFINA)
Autoridad de Energía Eléctrica de Puerto Rico (AEE)

RECEIVED & FILED

2020 FEB 18  PM 5: 38

11 de febrero, 2020.

Yo, Luis A. Rivera Martinez, caso # 155952, me comunico por este medio con ustedes, para hacerles saber que no estoy de acuerdo con su decisión, con respecto a mi reclamacion.

Inicie mi trabajo como Tecnico de Epidemiologia 1 para el año 1971 . Mi trabajo era bastante arduo, complicado y tenía muchos riesgos. Para este tipo de trabajo había que tener bachillerato en alguna universidad, me había graduado de la Universidad de Puerto Rico hacian 3 años. Este trabajo requería de muchas cosas, la primordial era encontrar casos que se relacionaran con enfermedades transmisibles sexualmente. Casos como HIV, Sífilis, Gonorrea, Clamidia, AIDS. Para producir casos había que ir a cualquier lugar que se nos asignara. Realice mi labor como Técnico desde la ciudad de Canovanas hasta Naguabo, en USP de Santurce, Caguas, en ocasiones hubo que utilizar avioneta o el Ferry para ir a la isla de Vieques a buscar casos. En estos lugares tenía que ir en busca de personas en cuanto rincon fuera necesario. Era mi responsabilidad identificar personas con situaciones ya nombradas, para poder darles el tratamiento necesario y a tiempo.

Identificabamos personas de clase alta, media y baja, pero donde más casos identificabamos era en la clase media. Habia mucha enfermedades venereas entre adictos, homosexuales y mujeres de la vida, etc. Todo trabajo era totalmente confidencial.

Desconozco si el gobierno tenía conocimiento del tipo de trabajo que hacia el Técnico en Epidemiología. El trabajo y el riesgo al cual se enfrentaba dia a dia, para poder crear un caso era indescriptible. Había que buscar el paciente, identificarlo,  informarle sobre su condición y convencerlo de pasar por la clinica mas cercana a darse tratamiento. Inclusive algunos pacientes se tornaban agresivos y en negación.

Mi familia me advertia del peligro al que me enfrentaba teniendo que ir a lugares peligrosos. Buscaba casos en buenas urbanizaciones, pero el foco de venereas estaba en los residenciales públicos en donde había muchos usuarios de drogas. Si no encontraba un caso tenía que regresar

a buscarlo al lugar ya que era mi responsabilidad encontrarlo para que recibiera tratamiento. En muchas ocasiones tocaba puertas y encontraba que eran hospitalillos . En una ocasión fui a entregar una cita de urgencia y fui agredido por una piedra que arrojó un residente advirtiendo que yo no pertenecía a ese lugar. Otro de los riesgos era que nos confundian con policías, detectives o encubiertos y nos pedían identificación cuando entrabamos.El riesgo era mayor ya que se nos adiestró para nosotros mismos tomar las muestras de sangre, viendo los riesgos a los cuales nos enfrentabamos esto se eliminó. A pesar de todos los riesgos tengo la satisfacción de que hice mi trabajo con dignidad y esmero.

Como tecnico de CLETS, ofreci conferencias en comunidades, escuelas, iglesias, etc acerca del virus del SIDA.

No recuerdo mi salario al retirarme por enfermedad. Me acogí al Seguro Social.

Hoy, 20 años después, siento satisfacción de haber trabajado en este programa y haber podido ayudar a otros a salvar sus vidas a pesar de que muchos no sobrevivieron.

Por lo ya expresado, mi ardua labor responsable y de riesgo, entiendo se me debe considerar en la reclamación hecha.


Gracias por su atencion;


Luis A. Rivera Martinez