Luis A. Riv[...]
158 Tara Lane
Haines City, Fl,
33844



Secretaria Tribunal de
Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico
00918-1767