

**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión del **Prof. Margarita Morales Figueroa**, con número de seguro social que termina en **5342**.

| | |
|---|---:|
| Fecha de Efectividad de la Pensión | 30 de mayo de 2009 |
| Tiempo Cotizado para la Pensión | 33 años, 9 mes, 0 sem., 3 días |
| Pensión Mensual Inicial | $2,185.83 |
| Pensión Mensual Actual | $2,185.83 |

Esta certificación se expide hoy, **11 de febrero de 2020** en **San Juan, Puerto Rico**.

Edgardo J. Negrón Ramírez
Supervisor
Área de Servicios de Retiro

238 Avenida Arterial Hostos · Edificio Capital Center · Suite No. 11E, Hato Rey, Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879



Sistema de Retiro para Maestros
Gobierno de Puerto Rico
Protegemos la Aportación al Futuro



**DEPARTAMENTO DE EDUCACION**
Estado Libre Asociado de Puerto Rico
Secretaría Auxiliar de Recursos Humanos

11 de febrero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | MARGARITA MORALES FIGUEROA |
| Seguro Social | : | |
| Categoría | : | MA. BIBLIOTECARIO |
| Distrito Escolar | : | BARRANQUITAS |
| Sueldo Mensual | : | $3,070.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 29 de mayo de 2009 |
| Otros | : | Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de (34) años. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social