_garita Morales Figueroa
_O. Box 1138
_merio, Puerto Rico 00782



Secretaria (Clerk's Office)
Tribunal de Distrito de los
Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico
              00918-1767