En el asunto de:

Junta de Supervisión y administración Financiera para Puerto Rico

Como representante de

Estado Libre Asociado de Puerto Rico y otros,

Deudores

Promesa
Título III

Núm. 17 BK 3283-LTS

(administrada conjuntamente)

La presente radicación guarda relación con el ELA, la ACT y el SRE.

Notificación de la Centésima Cuadragésima Octava Objeción Global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del gobierno del Estado Libre Asociado de Puerto Rico a reclamos deficientes en lo que se alega intereses sobre la base de unas leyes puertorriqueñas no específicas.

(iii) Motivos para oponerse a la objeción global.          claim # 96445 96455

Yo Julia I. Oyola Cruz #SS. certifico que trabajé con el Departamento de Educación por espacio de 31 años y me opongo a ésta objeción global porque durante muchos años se nos ofrecieron aumentos de sueldo a los maestros que nunca se nos otorgaron y eso hizo que nuestra pensión sea menor a lo esperado. Ese aumento podía hacer que la pensión de hoy día fuera mayor y que ahora

en la actualidad nos encontramos bajo el nivel de pobreza en el que nos encontramos. El nivel de vida es muy alto y los pensiones no pueden competir con ese nivel. Nosotros los maestros de Puerto Rico hicimos nuestro mejor esfuerzo para lograr una sociedad educada y trabajadora, pero los que no estamos satisfechos con el cambio que ha dado la situación y el alto costo de la vida en Puerto Rico somos nosotros.

Julia J. Ayala Cruz
P.O. Box 928,
Toa Alta, P.R.
00954



# DEPARTAMENTO DE EDUCACION
Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

ATT: Ley Promesa

14 de febrero de 2020

## CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | JULIA T. OYOLA CRUZ |
| Seguro Social | : | |
| Categoría | : | ESPECIALISTA EN TECNOLOGIA EDUCATIVA |
| Distrito Escolar | : | TOA ALTA_ |
| Sueldo Mensual | : | $1,970.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 28 de julio de 2000 |
| Otros | : | Presto servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 31 años. Nuestro sistema de Recursos Humanos refleja que ocupó una plaza desde 08/04/1969. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Julia Oyola Cruz**, con número de seguro social que termina en 3602.

| | |
|---|---|
| Fecha de Efectividad de la Pensión | 29 de julio de 2000 |
| Tiempo Cotizado para la Pensión | 30 años, 11 mes, 3 sem., 2.5 días |
| Pensión mensual Inicial | $1,405.17 |
| Pensión Mensual Actual | $1,490.67 |

Esta certificación se expide hoy, 14 **de febrero de 2020** en **San Juan, Puerto Rico**.

Edgardo J. Negrón Ramírez
**Supervisor**
**Área de Servicios de Retiro**

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879



SRM
Sistema de Retiro para Maestros
Gobierno de Puerto Rico
*Protegemos la Aportación al Futuro*

787.777.1414   787.764.6910   www.srm.pr.gov

Modelo SC-1515 (IBM)
14-mayo-71
Manual de Contabilidad

ESTADO LIBRE ASOCIADO DE PUERTO RICO

JUNTA DE RETIRO PARA MAESTROS

# INFORME RENTA ANUAL VITALICIA

| Nombre: Julia T. Oyola Cruz | Núm. Reclamación: 31356 | Sexo: F |
|---|---|---|

Tipo de Renta:
- a— Años de Servicio y Edad
  - Opcional ( )
  - Obligatorio ( )
- b— Edad ( )
- c— Incapacidad
  - Ocupacional ( )
  - No Ocupacional ( )
- d— Diferida ( )*

Fecha de Nacimiento: Año ___ Mes ___ Día ___

Fecha de Retiro: 2000 julio 28

| Edad al Retirarse | Servicios Acreditados | Costo Anualidad | Fecha de Efectividad |
|---|---|---|---|
| 51 Años 02 Meses 07 Días | 30 Años 11 Meses 3 Sem. 2½ Días | $36,067.63 | 2000 julio 29 |

Retiro Ley Núm. 44 de 2000

Cómputo de la Renta Anual:
a— Sueldo promedio mensual más alto durante tres (~~cinco~~) años consecutivos a $ 1,873.47 ............ 1,217.75
X .065 % X 30 años
(Por ciento)   (Tiempo Acreditado)

* En caso de renta anual diferida, ésta comenzará al cumplir la edad de _____
  ( ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años de edad.
  ( ) o a opción en fecha posterior si al retirarse tiene 10 y menos de 25 años de servicios y menos de 60 años de edad.

b— Ajuste para llegar al Mínimo Establecido por Ley

Años de Servicio: $ 187.35    Edad: $    Incapacidad Física: $     .................. 187.35

Oficina de Finanzas
Documentos Preintervenidos
Fecha
Iniciales

Diferencia Mínimo o Renta Sistema Retiro

| Renta Mensual Vitalicia | 1,405.10 |
|---|---|
| Renta Anual Vitalicia | 16,861.20 |

Computado: Celia Rodríguez    Fecha: 4 enero 2001
Recomendado: Gloria E. Navas Pérez    Fecha: 10-1-01
Directora Área Servicios de Retiro

Cotejado: Hugo Aponte Morán    Fecha: 4-1-01
Aprobado: Irma A. Giménez López    Fecha: 10-1-01
Secretaria Ejecutiva

/lp

**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

JRM-127

# BALANCE DE PRESTAMO PERSONAL

FECHA :02-14-2020

| | | |
|---|---|---:|
| NOMBRE | : JULIA T OYOLA CRUZ | |
| DIRECCION | : PO BOX 928 | |
| | : TOA ALTA PR 00954-0928 | |
| SEG. SOC. | : XXX-XX-3602 | |
| NUM. PRESTAMO | : 347875 | |
| | BALANCE DE PRINCIPAL | $1,687.01 |
| | INTERESES POR COBRAR | $6.56 |
| | RECARGOS | $0.00 |
| | SOBREGIROS O RESERVA | $0.00 |
| | SEGURO DE VIDA | $0.18 |
| | SUB TOTAL | $1,693.75 |
| | TOTAL A PAGAR | $1,693.75 |
| | **COMPUTOS VALIDOS HASTA** | 2/14/2020 |

SUJETO A QUE LOS DESCUENTOS Y/O PAGOS DE ESTE PRESTAMO SE HAYAN EFECTUADO CORRECTAMENTE Y NO SE RECIBAN CANCELACIONES DE CHEQUES A LA FECHA DE CANCELACION

PARA EFECTUAR EL PAGO DEBE ENVIARNOS CHEQUE CERTIFICADO O GIRO POSTAL POR LA CANTIDAD ANTES INDICADA A NOMBRE DEL SISTEMA DE RETIRO PARA MAESTROS Y RECIBIRSE EN NUESTRAS OFICINAS AL MENOS CINCO (5) DIAS LABORABLES ANTES DE LA FECHA ESPECIFICADA EN 'COMPUTOS VALIDOS HASTA'

SERVICIO DE PRESTAMOS

Hilda García Rivera—2/14/2020

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918
P.O. Box 191879 · San Juan PR 00919-1879

787.777.1414    787.754.9179    www.srm.pr.gov



Julia Trinidad Ayala Cruz
P.O. Box 928
Toa Alta, P.R. 00954

Secretaría (Clerk's Office)
Tribund de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767