> IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Garcia Nieves, Lydia E. | 53714 | 6/27/18 | Commonwealth of Puerto Rico | $15,000.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors. | | | |

> SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Garcia Nieves, Lydia E. | 53714 | 6/27/18 | Commonwealth of Puerto Rico | $15,000.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**



# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

4 de febrero de 2020

## CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | LYDIA E. GARCIA NIEVES |
| Seguro Social | : | |
| Categoría | : | MA. EDUC. SEC (MATEMATICAS) |
| Distrito Escolar | : | COROZAL_ |
| Sueldo Mensual | : | $2,480.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | Desde el 1 de agosto de 1974 hasta el presente. |
| Cesó | : | Efectivo el 28 de julio de 2005 |
| Renunció | : | N/A |
| Otros | : | Presto servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 31 años. Nuestro sistema de Recursos Humanos refleja que ocupó una plaza desde 08/0/1974. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

Modelo SC-1515 (SRM)
14-mayo-71
Manual de Contabilidad

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**SISTEMA DE RETIRO PARA MAESTROS**
**INFORME RENTA ANUAL VITALICIA**

.9%=$201.70

**LYDIA E GARCIA NIEVES**

Núm. Reclamación: 39914
Sexo: F

Tipo de Renta:
a- Años de Servicio y edad
   Opcional (X)
   Obligatorio ( )
b. Edad ( )
c- Incapacidad
   Ocupacional ( )
   No Ocupacional ( )
d- Diferida ( )

Fecha de Nacimiento: 1952 / 5 / 21 (Año / Mes / Día)

| Edad al Retirarse | Servicios Acreditados | Costo Anualidad | Fecha de Retiro |
|---|---|---|---|
| 53 Años 2 Meses 8 Días | 30 Años 5 Meses 2 Sem. Días | $44,858.90 | 2005 / 7 / 28 |

Fecha de Efectividad: 2005 / 7 / 29 (Año / Mes / Día)

Retiro Ley Núm. 91 DEL 2004

Cómputo de la Renta Anual:
a- Sueldo promedio mensual más alto durante TRES años consecutivos a $2,241.11     $1,680.83

.75% X 30 años
(Por ciento) (Tiempo Acreditado)

*En caso de renta anual diferida, ésta comenzará al cumplir la edad de _____

( ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años de edad

( ) o a opción en fecha posterior si al retirarse tiene 10 y menos de 25 años de servicios y menos de 60 años de edad

b. Ajuste para llegar al Mínimo Establecido por ley 89

| Años de Servicio | Edad | Incapacidad Física | Diferido |
|---|---|---|---|
| $ _____ | $ _____ | $ _____ | $ _____ |

OFICINA DE FINANZAS
DOCUMENTOS PREINTERVENIDOS
1 2 AGO 2005
AWILDA VÁZQUEZ CARABALLO

Diferencia Mínimo o Renta Sistema de Retiro

Renta Mensual Vitalicia     1,680.83
Renta Anual Vitalicia     20,169.96

Computado: Annie Rivera    Fecha: 8/8/05
Cotejado: María A. Torres Morales    Fecha: 09/ago/05
Recomendado: Irma García Hernández, Directora Area Servicios de Retiro    Fecha: 8/10/05
Aprobado: Dinelia Oyola Morales, Subdirectora Ejecutiva    Fecha: 8 agosto 05

smc
Fecha 8/8/2005

# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Lydia E. García Nieves**, con número de seguro social que termina en 7831.

| | |
|---|---|
| Fecha de Efectividad de la Pensión | 29 de julio de 2005 |
| Tiempo Cotizado para la Pensión | 30 años, 5 meses, 2 sem,.-días |
| Pensión mensual Inicial | $1,680.83 |
| Pensión Mensual Actual | $1,680.83 |

Esta certificación se expide hoy, **4 de febrero de 2020** en **San Juan, Puerto Rico**.

Jorge I. Rohena Gotay
**Supervisor**
Área de Servicios de Retiro



235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

☏ 787.777.1414   ✉ 787.764.6910   www.srm.pr.gov