

From: Box 337
Corozal, P.R. 00783

To: Clerks Office
United States Distric Court
Room 150 Federal Building
San Juan, P.R. 00918-1767

RECEIVED & FILED
2020 FEB 18 PM 5:09
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.