UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

    Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER GRANTING MOTION FOR EXTENSION OF TIME TO OPPOSE
ONE HUN[D]RED THIRTY-SIXTH OMNIBUS OBJECTION (DOCKET ENTRY NO. 11141)

    The Court has received and reviewed the *Motion for Extension of Time to Oppose One Hun[d]red Thirty-Sixth Omnibus Objection* (Docket Entry No. 11141 in Case No. 17-3283, the "Motion"), filed by Ms. Blanca I. Berdiel-López (the "Movant"). The Motion is granted to the extent provided herein. Movant's deadline to respond to the One Hundred Thirty-Sixth Omnibus Objection (Docket Entry No. 9912 in Case No. 17-3283) shall be extended to **5:00 p.m. (Atlantic Standard Time) on Monday, February 24, 2020**.

    This Order resolves Docket Entry No. 11141 in Case No. 17-3283.

    SO ORDERED.

Dated: February 20, 2020

                                                                          /s/ Laura Taylor Swain
                                                                    LAURA TAYLOR SWAIN
                                                                    United States District Judge

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).