## Evidencia de Reclamación

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS A[RE OBJECTING] TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW [THAT YOUR] CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR |
|---|---|---|---|
| SANTIAGO PEREZ, MARVIN | 75243 | 6/20/2018 | Commonwealth of Puerto Rico |

Reason: Proof of claim purports to assert liabilities associated with the Comm[onwealth of Puerto] Rico, but fails to provide any basis or supporting documentation for [the claim] against the Commonwealth of Puerto Rico, such that the Debtors a[re unable to] determine whether claimant has a valid claim against the Common[wealth] or any of the other Title III debtors.

**SI SU RECLAMO ESTA INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORE[S OBJETAN] QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS IND[ICAN QUE SU] RECLAMO ES DEFICIENTE.**

| NOMBRE | N° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MON[TO] REC[LAMADO] |
|---|---|---|---|---|
| SANTIAGO PEREZ, MARVIN | 75243 | 6/20/2018 | Commonwealth of Puerto Rico | $0.0[0] |

Base para: La evidencia de reclamación tiene la intención de formular las respo[nsabilidades] asociadas con el Estado Libre Asociado de Puerto Rico, pero no pro[porciona] fundamentos ni la documentación de respaldo para formular una re[clamación contra el] Estado Libre Asociado de Puerto Rico, de manera que los Deudores [no pueden] determinar si el reclamante tiene una reclamación válida contra el E[stado Libre Asociado] de Puerto Rico o cualquiera de los otros deudores en virtud del Títul[o III].

Copies of the Omnibus Objection and all other filings in the Title III Cases are avail[able] at https://cases.primeclerk.com/puertorico. If you have questions, please contact P[rime Clerk] LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for [international] callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish av[ailable]).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas [del] Título III, están disponibles de manera gratuita en https://cases.primeclerk.com/pue[rtorico. Si usted] tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-92[31 (número] gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde [el extranjero]), disponible entre las 10:00 a.m. y las 17:00 p.m. (AST) (hablamos español).

Comprobante de Pensión del Sistema de Retiro de Maestros de Puerto Rico como evidencia de mi labor como maestro en el Departamento de Educación