From: Marvin Santiago Pérez
HC-01 Box 7524
Villalba P.R. 00766

# Reclamación 168782



RECEIVED & FILED
2020 FEB 18 PM 5:10
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

To: Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados U
Room 150 Federal Building
San Juan P.R. 00918-1767