United States District Court For The District of Puerto Rico
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

Debtors: Estado Libre Asociado de Puerto Rico

Gobierno de Puerto Rico

Departamento de Educación

No. 178K 3283-LTS

**OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTHE OF PUERTO RICO, IN DEFFICIENT CLAIMS ASSEITING INTEREST BASED UPON UNSPECIFIED PUERTO RICO STATUS**

DOC 8978-4

Proof of Claim: 164219 ; 121692

Name and Address: Gissel Torres Viñales
HC 46 Box 5544
Dorado, PR 00646

Reclama al Gobierno del Estado Libre Asociado de Puerto Rico; al Gobierno de Puerto Rico Departamento de Educación de Puerto Rico.

Ley 89 de 1984 – Romerazo

Años Reclamados  16 años

Cantidad Reclamada  $4,800.00

Ley  Ley 96, 2000 (Sila Calderón)

Años Reclamados  16 años

Cantidad Reclamada  $19,200.00

Página 2

Adjunto evidencia en réplica a la información solicitada:

1. Certificación años de servicios - Depto. de Educ.
2. Carta explicativa
3.

Solicito la adjudicación de mi petición, según corresponda a mis derechos por las Leyes anteriormente Especificadas.

Nombre: Gissel Torres Viñales

Firma: _____   Fecha: 13 feb., 2020