# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

**ATT: LEY PROMESA**

28 de enero de 2020

## CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | GISSEL M. TORRES VINALES |
| Seguro Social | : | |
| Categoría | : | MA. BELLAS ARTES (MUSICA GENERAL) |
| Distrito Escolar | : | VEGA ALTA |
| Sueldo Mensual | : | $2,414.17 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | Desde el 2 de agosto de 2004 hasta presente. |
| Cesó | : | N/A |
| Renunció | : | N/A |
| Otros | : | Nuestro Sistema de Recursos Humanos refleja que ha trabajado para ésta Agencia por un periodo de 15 años. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social

4 de febrero de 2020

Re: PROMESA Proof of Claim – 164219; 121692

In re Commonwealth of Puerto Rico, Case No. 17-03283

United States District Court for the District of Puerto Rico

A quien pueda interesar:

Considero que debo recibir los beneficios correspondientes a la Ley 89 ( Romerazo) y a la Ley 96(Sila Calderon – 2000),

Ya que tengo dercho a la compensacion. El hecho de no haber recibido estos aumentos me perjudico en mi salario y por

ende, la cantidad de mi sueldo de retiro fue menor. Entiendo que debido al alto costo de vida existente, este dinero que

se me retribuye sera de gran beneficio.

Agradecere la atencion prestada.

Cordialmente,

_____
Gissel Torres Viñales