**PRIORITY MAIL FLAT RATE POSTAGE REQUIRED**

Retail

**US POSTAGE PAID**
**$10.90**
Origin: 00646
02/14/20
4233300646-03

**PRIORITY MAIL 1-DAY ®**

0 Lb 2.20 Oz
1005

EXPECTED DELIVERY DAY: 02/15/20

SHIP TO:
SAN JUAN PR 00918

**USPS SIGNATURE® TRACKING NUMBER**



9510 8103 3666 0045 2557 84

- Date
- USPS
- intern
- Limite
- Pick up available.*
- Order supplies online.*
- When used internationally, a customs declaration label may be required.

* Domestic only


PS00001000014
EP14F Oct 2018
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

FROM:

Gissel Torres Viñales
HC 46 Box 5544
Dorado, PR 00646

2020 FEB 18 PM 5:10
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
RECEIVED & FILED

TO:

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidoso
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767