Johanne I. O'Neill Marshall
43991 Cobham Ct
Ashburn, VA 20147
Phone: 787-636-5853
Email: jjooyyaa@yahoo.com

RECEIVED & FILED
2020 FEB 13 PM 5: 10

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>Claim Number: 149213<br><br>(Jointly administered)<br><br>**This filing relates to the Commonwealth, HTA, and ERS.** |

Statement of Facts

1. I, Johanne I. O'Neill Marshall, was employed by the Department of Labor and Human Resources of Puerto Rico as an Economist.

2. My employment began on July 2, 2002 and I resigned from my position effective August 31, 2015.

3. During my employment, I made contributions to the Employees Retirement System of the Government of Commonwealth of Puerto Rico, for my retirement. The sum of my contributions totaled $35,388.69 (see enclosed Certificacion de Balances de Aportaciones Estimadas, issued by the Employees Retirement System of the Government of Commonwealth of Puerto Rico, Number: ASR2020021247064603).

1

I respectfully request that the Honorable United States District Court for The District of Puerto Rico review my case based on the enclosed documentation.

Dated: February 12, 2020
Ashburn, Virginia

Respectfully submitted,

*Johanne I. O'Neill*
Johanne I. O'Neill Marshall

Cc:
1. Clerk's Office
   United States District Court
   Room 150 Federal Building
   San Juan, Puerto Rico 00918-1767

2. Counsel for the Oversight Board
   Proskauer Rose LLP
   Eleven Times Square
   New York, New York 10036-8299
   Attn: Martin J. Bienenstock
   Brian S. Rosen

3. Counsel for the Creditors' Committee
   Paul Hastings LLP
   200 Park Avenue
   New York, New York 10166
   Attn: Luc A. Despins
   James Bliss
   James Worthington
   G. Alexander Bongartz