UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

    Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER GRANTING MOTION FOR EXTENSION OF TIME TO OPPOSE
ONE HUNDRED FORTY-SEVENTH OMNIBUS OBJECTION (DOCKET ENTRY NO. 11143)

    The Court has received and reviewed the *Motion for Extension of Time to Oppose One Hun[d]red Thirty-Sixth Omnibus Objection* (Docket Entry No. 11143 in Case No. 17-3283, the "Motion"), filed by Mr. Luis Serrano-Cedeño (the "Movant"). In the Motion, Movant seeks an extension of time to respond to the *One Hundred Forty-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based upon Unspecified Puerto Rico Statutes* (Docket Entry No. 9940 in Case No. 17-3283, the "One Hundred Forty-Seventh Omnibus Objection").

    The Motion is granted to the extent provided herein. Movant's deadline to respond to the One Hundred Forty-Seventh Omnibus Objection shall be extended to **5:00 p.m. (Atlantic Standard Time) on Monday, February 24, 2020**.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

This Order resolves Docket Entry No. 11143 in Case No. 17-3283.

SO ORDERED.

Dated: February 20, 2020

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge