10 de febrero de 2020

Re:  **PROMESA  Proof of Claim Title III  (152673) (124777) (110509)**

 **In re Commonwealth of <u>Puerto Rico, Case  No. 17 BK 3283-LTS</u>**


Considero que debo recibir los beneficios correspondientes a la <u>**Ley 89 ( Romerazo),**</u> a la <u>**Ley 96
(Sila Calderon – 2000)**</u> y a la

 <u>**Ley 447 enmendada  Ley 15 de mayo de 1951**</u>  Aumento por Costo de Vida (COLA) <u>**Ley 10
1992**</u>,
ya que tengo dercho a la compensacion.  El hecho de no haber recibido estos aumentos  me
perjudico en  mi salario y por

ende, la cantidad de mi sueldo de retiro fue menor. Entiendo que debido al alto costo de vida
existente, este dinero que

se me retribuye sera de gran beneficio para mi.

Agradecere la atencion prestada.


1.  Anos reclamados==20 con 11 meses  **LEY 89 – Romerazo = Cantidad = 6,275.00**


2.  Anos reclamados = 16 anos   **Ley 96 = Sila Calderon = Cantidad Reclamada  =  14,200.00**


3.  Anos reclamados = un ano    **Ley 447  Enmendada Ley 15 de mayo 1951  Aumento por
Costo de Vida  (COLA)  Ley 10 1992**

**Cantidad  reclamada =  342.00**



Cordialmente,

*M. Viñales*

**Maria del C. Vinales Rodriguez**

Página 2

Adjunto evidencia en réplica a la información solicitada:

1. Certificación años de Servicios - Dept. de Educ.

2. Informe Renta Anual Vitalicia (Pago Pensión) Sistema de Retiro para Maestros

3. Certificación Sistema de Retiro de Maestros Tiempo Cotizado para la Pensión

4. Carta Explicativa

Solicito la adjudicación de mi petición, según corresponda a mis derechos por las Leyes anteriormente Especificadas.

Nombre: María del C. Viñales Rodríguez

Firma: M. Viñales          Fecha: 10 feb. 2020

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767

Debtors: Estado Libre Asociado de Puerto Rico

Gobierno de Puerto Rico

Departamento de Educación

No. 178K 3283-LTS

_____ OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF
THE COMMONWEALTHE OF PUERTO RICO, IN DEFFICIENT CLAIMS ASSEITING
INTEREST BASED UPON UNSPECIFIED PUERTO RICO STATUS

DOC 8978-4

Proof of Claim: 152673 - 12477 - 40509

Name and Address: María del C. Viñales Rodríguez
Jardines de Vega Baja
Calle Paraiso 206
Vega Baja P.R. 00693

Reclama al Gobierno del Estado Libre Asociado de Puerto Rico; al Gobierno de Puerto Rico
Departamento de Educación de Puerto Rico.

Ley 89 de 1984 – Romerazo

Años Reclamados   20 años 11 meses

Cantidad Reclamada   6,275.00

Ley   96 - 2000 – Sila Calderón

Años Reclamados   16 años

Cantidad Reclamada   19,200.00

Ley 441 enmendada Ley 15 de mayo 1951

Aumento por Costo de Vida

(COLA) Ley 10, 1992

Años Reclamados — un año

Cantidad Reclamada = 342.00