

# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

**ATT: LEY PROMESA**

28 de enero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | MARIA DEL C. VINALES RODRIGUEZ |
| Seguro Social | : | |
| Categoría | : | MA. INGLES NIVEL ELEMENTAL (K-6) |
| Distrito Escolar | : | VEGA ALTA |
| Sueldo Mensual | : | $2,530.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 28 de julio de 2016 |
| Otros | : | Nuestro Sistema de Recursos Humanos refleja que ha trabajado para ésta Agencia por un periodo de 21 años. |

Candida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

| SHR_INOM_SRM | SISTEMA DE RETIRO PARA MAESTROS | 26-08-2016 |
|---|---|---|
| | Sistema de Aportaciones y Beneficios Integrados | 01:19:50 PM |
| | PAGO DE PENSION INGRESO A NOMINA | Página: 1 |

SEGURO SOCIAL  
NOMBRE         MARIA VINALES RODRIGUEZ  
DIRECCIÓN      URB JARDINES DE VEGA BAJA  
               206 CALLE PARAISO  
               VEGA BAJA, PR       00693  

NUMERO CASO                 152  
NUMERO SOLICITUD            900938  
FECHA RADICACION            15-08-2016  
PENSION EDAD  
FECHA NACIMIENTO 04-06-1951    EDAD 65.15   SEXO F  

INGRESO A NOMINA: 30-09-2016  
FECHA EFECTIVIDAD: 29-07-2016  
SERVICIOS ACREDITADOS: 20  11  0  0  
                       Años Meses Sem Días  
COSTO ANUALIDAD: $54,862.67  
SALARIO PROMEDIO: $2,530.00  
RETROACTIVO: 29-07-2016 AL 15-09-2016  

|  | PAGO GLOBAL | MENSUAL | ANUAL |
|---|---|---|---|
| | $1,521.24 | $952.70 | |
| AUMENTO POR LEY: | | $0.00 | |
| IMPORTE TOTAL (BRUTO) | $1,521.24 | $952.70 | $11,432.40 |

| CONCEPTO | CLAVE | DESCUENTO | DESCUENTO |
|---|---|---|---|
| PENSION PAGADA | | $0.00 | $0.00 |
| PRÉSTAMOS: PERSONAL (PP) | 47-000 | $545.43 | $363.62 |
| CULTURAL (PC) | 45-000 | $0.00 | $0.00 |
| HIPOTECARIO (PH) | 36-000 | $0.00 | $0.00 |
| FINANZAS | 67-059 | $0.00 | $0.00 |
| INSUFICIENCIA EN APORTACION | | $0.00 | $0.00 |
| APORT. IND. 9%  Cese:_____ | 26-001 | $0.00 | $0.00 |
| OTROS | | $0.00 | $0.00 |
| TOTAL DESCUENTO | | $545.43 | $363.62 |
| NETO | | $975.81 | $589.08 |

BONOS    NAVIDAD (BNP): $0.00       VERANO (PBV): $0.00       MEDICAMENTO (PBM): $0.00

$181.81

COMPUTADO POR: _____  FECHA: 26 ago 16  
INTERVENIDO POR: _____  FECHA:  
SUPERVISOR (PENSIONES): _____  FECHA: 2 sept 2016  
DIRECTOR: _____  FECHA:  
INGRESADO A NOMINA POR: _____  FECHA:  
  Mes: sept   ☐ 1ra ☐ 2da  
PAGO GLOBAL POR: _____  FECHA: 14/09/2016 - 2 2016  
  Mes: ___   ☐ 1ra ☐ 2da  ☐ Off Cycle  ☐ Pay Line  
SUPERVISOR (NOMINA): _____  FECHA:

**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Maria Viñales Rodriguez**, con número de seguro social que termina en **6972**.

| | |
|---|---|
| Fecha de Efectividad de la Pensión | 29 de julio de 2016 |
| Tiempo Cotizado para la Pensión | 20 años, 11 mes, 0 sem., 0 días |
| Pensión mensual Inicial | $952.70 |
| Pensión Mensual Actual | $952.70 |

Esta certificación se expide hoy, **28 de enero de 2020** en **San Juan, Puerto Rico**.

Edgardo J. Negrón Ramírez
Supervisor
Área de Servicios de Retiro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879



SRM
Sistema de Retiro para Maestros
Gobierno de Puerto Rico
Protegemos la Aportación al Futuro

787.777.1414   787.764.6910   www.srm.pr.gov