PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE
POSTAGE REQUIRED



UNITED STATES POSTAL SERVICE

Retail

**P** US POSTAGE PAID
**$10.90**
Origin: 00646
02/14/20
4233300646-03

PRIORITY MAIL 1-DAY ®

0 Lb 2.70 Oz
1005

EXPECTED DELIVERY DAY: 02/15/20

SHIP TO:
SAN JUAN PR 00918

USPS SIGNATURE® TRACKING NUMBER

9510 8103 3666 0045 2558 14

FROM:
María del C. Viñales Rodríguez
Jardines de Vega Baja
Calle Paraíso 206
Vega Baja P.R. 00693

TO:
Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidoso
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

- Date of deli...
- USPS TRAC...
  international...
- Limited inte...
- Pick up ava...
- Order suppl...
- When used...
  declaration label may be req...

* Domestic only

EP14F Oct 2018
OD: 12 1/2 x 9 1/2

PS00001000014

USPS.COM/PICKUP