Sadoe Rodriguez
HC 02 Box 5814
Peñuelas P.R. 00624

15 FEB '20
PM 1 L

2020 FEB 18 PM 5:16
RECEIVED & FILED

Clerk's Office
United States District Court
#150 Chardon Avenue
Federal Building
San Juan, Puerto Rico 00918

00918-170625