
Sra. Ana Rosa Cruz Cruz
Calle Cojoba 2F33
Los Caobos
Ponce, Puerto Rico 00716

RECEIVED & FILED
2020 FEB 18 PM 5:06
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918




U.S. POSTAGE PAID
FCM LG ENV
MERCEDITA, PR
00715
FEB 14, 20
AMOUNT
$1.20
R2305M144696-03