# ISIDRO LASALLE ACEVEDO

Dirección- 148 calle Juan Lasalle Quebradillas PR 00678

Teléfono celular- (787)566-1387

## PREPARACIÓN ACADÉMICA

Bachillerato en Ciencias Sociales

## AGENCIA

Departamento de Educación

De el 15 de septiembre de 1970 hasta el 10 de agosto de el año 1981 presté servicio como conserje en la escuela Eugenio Maria de Hostos, en el barrio Guajataca de Quebradillas P.R., con un sueldo de $445.00 mensuales.p

## AGENCIA

Departamento de Educación

Desde el 2 de Enero del 1979 hasta el 28 de Julio de el año 2000, presté mis servicios como maestro de Estudios Sociales en la escuela Joaquín Vazquez Cruz del pueblo de Camuy P.R.

## RECLAMOS

- Ley 89 Romeraso
- Ley 96
- Ley 1801
- Claim No:149265
- Claim No:161330
- Claim No:159466

RECEIVED & FILED
2020 FEB 18 PM 4:35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

*Isidro Lasalle Acevedo* (signature)