

GOBIERNO DE PUERTO RICO

DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos
Archivo No Docente

# CERTIFICACIÓN

Certifico que, **Isidro Lasalle Acevedo**, seguro social **XXX-XX-6548**, ocupó un puesto de **Conserje I** en el Distrito Escolar de Quebradillas. Prestó servicios desde el **15 de septiembre de 1970** hasta el **10 de agosto de 1981** y devengó un salario de **$445.00** mensuales.

Dada en San Juan, Puerto Rico, el 11 de febrero de 2020, según solicitada por el empleado.

Marieliz D. Arroyo Figueroa
Supervisora

P.O. Box 190759, San Juan, PR 00919-0759 • Tel.: (787)773-3025 ó 3051
El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.

DE DEPARTAMENTO DE EDUCACIÓN



**GOBIERNO DE PUERTO RICO**
DEPARTAMENTO DE EDUCACIÓN
OFICINA REGIONAL EDUCATIVA ARECIBO

Oficina Regional Educativa
Centro gubernamental de Arecibo

## Certificación de Empleo

Certifico que el señor Isidro Lasalle Acevedo, seguro social # xxx-xx-6548, se desempeñó como Maestro de Estudios Sociales en la escuela Joaquín Vázquez Cruz del distrito escolar de Camuy. El mismo comenzó el día 2 de enero de 1979 y culminó el 28 de julio del año 2000.

Cualquier tachadura o borrón invalida esta certificación dada a petición del señor Lasalle, hoy 3 de febrero de 2020.

Atentamente,

*Marisol Cruz Monroig*
Marisol Cruz Monroig
Directora Recursos Humanos, Interina

Información validada por:

*Myrna Santiago González*
Myrna Santiago González
Técnico Recursos Humanos

REGIÓN EDUCATIVA DE ARECIBO
Centro Gubernamental
372 Ave. José A. Cedeño, Ste. 210 B
Arecibo, Puerto Rico  00612-4623

Sello Oficial

Tel: (787) 878-0556

El Departamento de Educación no discrimina de ninguna manera por razón de raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosas, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.