**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO**

IN RE COMMONWEALTH OF PUERTO RICO, CASE NO. 17BK3283-LTS

| | |
|---|---|
| ANA ROSA CRUZ CRUZ | PROMESA |
| CALLE COJOBA 2833 | TÍTULO III |
| LOS CAOBOS | NUM. 17BK3283-LTS |
| PONCE, PUERTO RICO 00716 | NO. DE RECLAMACION: 10 6371 |
| TEL. 787-484-7316 | |

RÉPLICA A LA CENTÉSIMA CUARTA OBJECIÓN (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO COMO EMPLEADO DEL DEPARTAMENTO DE EDUCACIÓN DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO EN RECLAMO DE LA LEY 180-COST LIVING DE 27 DE JULIO DE 1998. LA LEY 180 ESTABLECE UN AUMENTO DE (SALARIO) AL 3% MENSUAL, CADA TRES AÑOS POR EL AUMENTO DEL COSTO DE LA VIDA. EL DINERO SE ME ADEUDA DESDE EL AÑO 2000 CUANDO COMENCÉ A RECIBIR LA PENSIÓN HASTA EL PRESENTE 2019. ESTOS SON LOS MOTIVOS POR LOS QUE PIENSO QUE EL HON. TRIBUNAL NO DEBE DECLARAR A LUGAR LA OBJECIÓN GLOBAL CON RELACIÓN A MI RECLAMO.

_____
ANA ROSA CRUZ CRUZ
*MAESTRA RETIRADA*
*TEL. 787-484-7316*
CORREO ELECTRÓNICO: ANAROSACRUZ47@YAHOO.COM (minúscula)