Brenda Muñiz Osorio
Calle Higuero X-9
urb. Quintas de Dorado
Dorado, P.R. 00646



RECEIVED & FILED
2020 FEB 18 PM 4:35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Clerks Office
United States Distric Court
Room 150 Federal Building
San Juan, P.R. 00918-1767