RECEIVED & FILE
2020 FEB 18 PM 5: 08
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

17 de febrero de 2020

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767        Rec- 15,000.00

Fecha - 06-29-18
Caso - 17 BK 03283-LTS

A quien pueda interesar;

Por este medio me comunico con ustedes, como empleada que fui del Departamento de Salud AFASS, ya que como empleada retirada tengo derecho a reclamar "El Bomeraso" Ley 89 del 12 de julio de 1979.

Durante esos años trabaje con AFASS y como prueba puedo presentar solo un par de talonarios de pago ya que por los temblores perdi mi casa y todo se perdió. Ya solicité un Certificado del Departamento y se los haré llegar tan pronto este me sea entregado.

Siempre a sus órdenes. Sin más quedo de ustedes.

Atentamente,
Nous Montañez Rivera

Cel-787-313-4123

S.S. 1687