| HORAS | TARIFA | DEVENGADO | | | DEDUCCIONES | | |
|---|---|---|---|---|---|---|---|
| | | DESC. | MES CORRIENTE | ACUMULADO | DESC. | MES CORRIENTE | ACUMULADO |
| 157.50 | 4.03 | REGUT | 634.00 | 5051.00 | ADV. | 265.37 | |
| | | | | | FICA | 39.31 | 313.16 |
| | | | | | CWT | 42.77 | 339.01 |
| | | | | | MEDIC | 9.19 | 73.22 |
| | | | | | 60010 | 12.00 | 75.00 |
| | | TOTAL | 634.00 | 5051.00 | | | |

| PERIODO QUE TERMINA EN | FECHA | NUMERO CHEQUE |
|---|---|---|
| 08/31/92 | 08/28/92 | 01902672 |

| NUM. PUESTO | NUM. SEGURO SOCIAL | PAGA NETA |
|---|---|---|
| D9577 | | 265.36 |

TOTAL ▶ 103.27   800.39

NORIS MONTAÑEZ RIVERA

REGION SUR C.S.F. GUANICA

---

| HORAS | TARIFA | DEVENGADO | | | DEDUCCIONES | | |
|---|---|---|---|---|---|---|---|
| | | DESC. | MES CORRIENTE | ACUMULADO | DESC. | MES CORRIENTE | ACUMULADO |
| | | ADV. | 229.63 | | | | |
| | | TOTAL | 229.63 | | | | |

| PERIODO QUE TERMINA EN | FECHA | NUMERO CHEQUE |
|---|---|---|
| 09/15/92 | 09/15/92 | 01923795 |

| NUM. PUESTO | NUM. SEGURO SOCIAL | PAGA NETA |
|---|---|---|
| D3888 | | 229.63 |

TOTAL ▶

NORIS MONTAÑEZ RIVERA

REGION SUR C.S.F. GUANICA