Sra. Noris Montañez Rivera
HC 38 Box 7819
Guánica, P.R. 00653



Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, (Puerto Rico) 00918-1767