**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Alvarez Rios, Jose M. | 96561 | 6/26/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Alvarez Rios, Jose M. | 96561 | 6/26/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).



**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

SRM-SB-024,
Rev. marzo 2017

## CERTIFICACIÓN DE PENSIÓN

ALVAREZ RIOS, JOSE M
H C 01 BOX 4085

COROZAL  PR  00783

Certifico que ALVAREZ RIOS, JOSE M recibe de una pensión vitalicia del Sistema de Retiro para Maestros. La pensión mensual es de $2,006.26 equivalente a $24,075.12 anual. Luego de las deducciones recibe la cantidad de $1,765.12 mensual, equivalente a $21,181.44 anual.

Esta certificación se expide hoy 11 de febrero de 2020.



Número de Certificación: SRM03P2000826

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Estado Libre Asociado de Puerto Rico: http://www.pr.gov o en nuestro Portal en http://www.srm.pr.gov

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918
P.O. Box 191879 · San Juan PR 00919-1879



787.777.1414          787.759.2883          www.srm.pr.gov

# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

31 de octubre de 2017

DEPARTAMENTO DE EDUCACION
SECCIÓN DE NOMBRAMIENTOS Y CAMBIOS
APARTADO 190759

SAN JUAN PR 00919 0759

Atención: Sr. Enoch González Vélez

Solicitud No: 919821
Radicada en: 28 ago 2017

El(la) profesor(a) JOSE M. ALVAREZ RIOS con seguro social XXX-XX-0542 ha radicado una Solicitud de Retiro en nuestro Sistema. Al 29 de septiembre de 2017, fecha de su última aportación recibida,

[x] cualifica [ ] no cualifica para acogerse a la jubilación.

Su tiempo cotizado y edad es el siguiente:

30 Años, 10 Meses, 0 Semanas, .00 Días y su edad es 49 años.

Los pagos pendientes no están considerados en esta certificación. Los mismos son:

[ ] Reconocimiento de Tiempo
[ ] Diferencia en % por transferencia recibida
[ ] Reembolso de Cuotas
[X] No aplica

El tiempo certificado puede variar, de encontrarse diferencias en el Informe de Cambio, enviado por el Departamento de Educación u otras Instituciones Gubernamentales y de existir anulaciones futuras entre cuentas que afecten las aportaciones del Sistema.

Deberá permanecer cotizando en nuestro Sistema hasta la fecha que proyecta retirarse.

El plan médico y planes suplementarios deben ser pagados directamente a las aseguradoras hasta tanto envíen las autorizaciones de descuentos para tramitar su pensión.

Atentamente,

Ivonne L. Ortiz Valladares
Area de Servicios de Retiro

c: JOSE M. ALVAREZ RIOS
HC 01 BOX 4085

COROZAL, PR 00783

XXX-XX-0542

235 Avenida Arterial Hostos, Edificio Capital Center, Torre Norte, Hato Rey, Puerto Rico 00918
P.O. Box 191879, Hato Rey, PR 00919-1879

srm_correspondenciaconsulta@srm.pr.gov  (787) 777-1414  http://www.srm.pr.gov





**GOBIERNO DE PUERTO RICO**
**DEPARTAMENTO DE EDUCACION**
**REGION EDUCATIVA DE ARECIBO**

| Cambio | Antes del Cambio | Después del Cambio |
|---|---|---|
| 1. Nombre del Empleado | JOSE M. ALVAREZ RIOS | |
| 2. Seguro Social | | |
| 3. Lugar y Fecha de Nacimiento | COROZAL, PR 10/11/167 | |
| 4. Sexo | MASCULINO | |
| 5. Estado Civil | CASADO | |
| 6. Preparación Académica | BACHILLERATO | |
| 7. Experiencia | 30 AÑOS | |
| 8. Status | PERMANENTE | |
| 9. Sueldo Bruto | $2,675.00 | |
| 10. Número de Puesto | R35048 | |
| 11. Categoría de Puesto | MA. PRINCIPIOS TEC. ARTES INDUSTRIALES | |
| 12. Nivel de Puesto Directivo | | |
| 13. Fondo | ESTATAL | |
| 14. Cifra de Cuenta | | |
| 15. Fecha de Efectividad | 31 DE DICIEMBRE DEL 2017. | |
| 16. Acción y Duración | RENUNCIA | |
| 17. Causa de Cese | JUBILACION AÑOS DE SERVICIOS | |
| 18. Ultimo Día de Trabajo | 22 DE DICIEMBRE DEL 2017. | |
| 19. Ultimo Día de Pago | | |
| 20. Programa Escolar, nivel y grado | | |
| 21. Turno en Registro | | |
| 22. Escuela | RICARDO ARROYO LARACUENTE | |
| 23. Distrito Escolar | VEGA ALTA  MUNICIPIO DORADO | |
| 24. Dirección Postal y Residencial | HC-01 BOX 4085 COROZAL , PR 00783 | (787) 366-4444 |
| 26. Observaciones | SE INCLUYEN TODOS LOS DOCUMENTOS RELACIONADOS A SU RETIRO. | |

27. En caso de cambio de "status" a probatorio o permanente, traslado, reasignacion permanente, reubicacion o descenso.

_____   _____
Firma del Empleado          Fecha

29. Deseo: ___Acogerme    ___No Acogerme
Al descuento del 3% de mi sueldo mensual para el Fondo de Ahorro y Préstamo de la Asociación de Empleados del ELA de Puerto Rico en caso de cambio de contrato a probatoriao o permanente.

_____   _____
Firma del Empleado          Fecha

28. Recomendado

_____   _____
Director Regional           Fecha

30. Recomendado

_____   _____
Director de Escuela         Fecha

31. Aprobado: Por el Secretario o su Representante

_____                         _____
Firma                                           Fecha

Preparado por y Fecha:    LUIS A. LARRIUZ MARRERO            30  DE NOVIEMBRE DEL 2017.

Si el nombramiento es con estatus transitorio provisional el mismo constituye un CERTIFICADO PROVISIONAL DE MAESTRO.

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 12/01/2018 |
| Hasta: | 12/15/2018 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | 8559630 |
| Fecha Aviso: | 12/14/2018 |

**JOSE M ALVAREZ RIOS**
HC 1 BOX 4085
COROZAL PR 00783-9469

SS: XXX-XX-0542

| | |
|---|---|
| # Empleado: | XXXXX0542 |
| Dept: | 592230-Anos y Servicios Ley 160/2013 |
| Lugar: | Anos y Servicios Ley 160/2013 |
| Titulo: | Pensionado |
| Sueldo: | $2,006.25 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39+99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,003.13 | 1,620.00 | 20,062.60 |
| Pago Retro Pensionados | | | 0.00 | | 3,591.86 |
| Total: | | | 1,003.13 | 1,620.00 | 23,654.46 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Ser No Coti-Ret Ma-Nunca | 120.57 | 2,531.39 |
| Total: | 120.57 | 2,531.39 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|
| Corriente: | 1,003.13 | 0.00 | 120.57 | 882.56 |
| Acumulado: | 23,654.46 | 0.00 | 2,531.39 | 21,123.07 |

### HORAS / ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #8559630 | 882.56 |
| Total: | 882.56 |

MENSAJE:

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
12/14/2018

Aviso No.
8559630

Cant. Deposito: _$882.56_

TRAY 138 SQ 33771**************SCH 5-DIGIT 00949    33771 2 AV 0.378
JOSE M ALVAREZ RIOS
HC 1 BOX 4085
COROZAL PR 00783-9469

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | | $882.56 |
| Total: | | $882.56 |

**NO-NEGOCIABLE**

# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

**ATT: LEY PROMESA**

11 de febrero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | JOSE M. ALVAREZ RIOS |
| Seguro Social | : | |
| Categoría | : | M. PRINCIPIOS EDUC. EN TECNOLOGIA (ARTES IND.) |
| Distrito Escolar | : | VEGA ALTA |
| Sueldo Mensual | : | $2,675.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 22 de diciembre de 2017 |
| Otros | : | Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de (32) años. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.