José M. Alvarez Rios
HC-01 Box 4085
Corozal, P.R. 00783



RECEIVED & FILED
2020 FEB 18 PM 5:08
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Clerks Office
United States Distric Court
Room 150 Federal Building
San Juan, P.R. 00918-1767