Name: Migdalia Quiñones Román

Claim Number 130788

Address: P. O. Box 8388 Ponce, Puerto Rico 00732

Phone: 787 549 9588

Email: migdaliaquinones@pucpr.edu

RECEIVED & FILED
2020 FEB 18 PM 5:08
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

Caption: United States District Court for the district of Puerto Rico The financial oversight and management board for Puerto Rico Debtors: The commonwealth of Puerto Rico, et al Promesa Title III no. 17 BK3283- LTS for opposing Reasons.

Respectable Lords: Law 89 granted a pay increase to teachers under the government of the Bachelor Carlos Romero Barceló that I never received. I worked for many years and retired from the Magisterium and did not receive such an increase. For this reason, it is being requested. From 1989 to 2013 in which I retired I stopped acrusting the amount of approximately $30,000. That number I get by multiplying $100 a month in increase for all the years I worked as a teaching staff in the Puerto Rico Department of Education.

Supporting Documentation

1. Departamento de Educación Informe de Cambios. Año 20 de junio de 2008.
2. Certificación de Años de Servicio y edad. 5 de abril de 2013.
3. Talonario - Año 7/30/2009
4. Talonario - Año 12/14/2012
5. Talonario Año 9/30/2013
6. Talonario PENSIONADO 9/13/2013

Atentamente;

Dra. Migdalia Quiñones Román