PIPE

## Departamento de Educación
### ESTADO LIBRE ASOCIADO DE PUERTO RICO
Secretaria Auxiliar de Recursos Humanos
**PRELIMINAR: Informe de Cambios – Personal Docente**

| | Antes del Cambio | Después del Cambio |
|---|---|---|
| 1. Nombre del Empleado | MIGDALIA QUIÑONES ROMAN | |
| 2. Número de Seguro Social | | |
| 3. Lugar de Nacimiento | | |
| 4. Fecha de Nacimiento | 07 de agosto de 1959 | |
| 5. Sexo | F | |
| 6. Estado Civil | | SOLTERO |
| 7. Preparación Académica | MA 21 | |
| 8. Experiencia | 23.8.3.0.0 | |
| 9. Status del Empleado | PERMANENTE | PERMANENTE |
| 10. Sueldo Bruto | $2,810.00 | |
| 11. Número de Puesto | R05338 | R89061 |
| 12. Categoría del Puesto | CONSEJERO ESCOLAR 9986 | CONSEJERO ESCOLAR 9986 |
| 13. Fondo | ESTATAL | ESTATAL |
| 14. Cifra de cuenta | E1110-11100-0810000-1008-00100-2008 | E1110-11100-0810000-1008-00100-2008 |
| 15. Fecha de efectividad | | 01 de agosto de 2008 |
| 16. Acción | | TRASLADO PERMANENTE |
| 17. Duración | | |
| 18. Causa del Cese | | |
| 19. Ultimo día de Trabajo | | |
| 20. Ultimo día de Pago | | |
| 21. Prog Esc, Nivel/Grado | | |
| 22. Turno en Registro | | 0.000 |
| Tipo de Registro | | DOCENTE TRASLADO MISMA CATEGORIA |
| Distrito Escolar | MANATI | PONCE I |
| Escuela | JUAN A. SANCHEZ DAVILA 14779 | ERNESTO RAMOS ANTONINI 54288 |

Dirección Postal: PO BOX 8388 PONCE PR=PUERTO RICO 328388

26. Teléfono: (787)848-1074

Preparado por: IRIS COLON GONZALEZ   FECHA: 20 de junio de 2008

Verificado por: _____   FECHA:

Aprobado por: SECRETARIO(A) O SU REPRESENTANTE AUTORIZADO   FECHA:

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez, Esquina Calaf
HATO REY, PR 00919

| | |
|---|---|
| Grupo de Pago: | M -Quincenal |
| Desde: | 11/26/2012 |
| Hasta: | 12/07/2012 |
| Aviso #: | 9046133 |
| Fecha Aviso: | 12/14/2012 |

**MIGDALIA QUINONES ROMAN**
PO BOX 3316
MANATI, PR 00674

SS: XXX-XX-9410

| | |
|---|---|
| # Empleado: | XXXXX9410 |
| Dept: | 8005103-Ponce Ponce I |
| Lugar: | Ernesto Ramos Antonini |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $2,960.00 Monthly |

| | | |
|---|---|---|
| DATA IMP: | Federal | PR |
| Estado Civil: | | Claiming no personal exem |
| Concesiones: | 0 | |
| Pct. Adcl.: | | 0 |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | 1,480.00 | 1,404.00 | 34,032.60 | |
| Bono de Navidad | | | 0.00 | | 1,000.00 |
| Total: | | 1,480.00 | 1,404.00 | 35,032.60 | |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 21.46 | 507.97 |
| PR Withholding | 94.74 | 2,248.08 |
| Total: | 116.20 | 2,756.05 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 133.20 | 3,062.93 |
| Total: | 133.20 | 3,062.93 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 213.89 | 4,851.19 |
| AE-Asoc Emp ELA-Prest Regular | 287.06 | 6,568.14 |
| SM-First Medical Health Plan | 10.50 | 221.50 |
| CO-COOP MAESTRO PR | 15.00 | 345.00 |
| SC-COOP DE SEGUROS DE VIDA | 6.50 | 149.50 |
| AE-Seguro por Muerte Asoc ELA | 3.50 | 80.50 |
| AS-ASOC MAESTROS DE P.R. | 8.50 | 195.50 |
| Ahorros-AEELA | 44.40 | 1,020.98 |
| Total: | 589.35 | 13,432.31 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 125.80 | 3,040.62 |
| FSED Disability Plan | 25.16 | 595.55 |
| SM-First Medical Health Plan | 0.00 | 1,320.00 |

* Tributable

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,480.00 | 0.00 | 116.20 | 722.55 | 641.25 |
| Acumulado: | 35,032.60 | 0.00 | 2,756.05 | 16,495.24 | 15,781.31 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #9046133 | 641.25 |
| Total: | 641.25 |

MENSAJE:

---

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
12/14/2012

Aviso No.
9046133

Cant. Deposito:   $641.25

A la
Cuenta(s) De

**MIGDALIA QUINONES ROMAN**
PO BOX 3316
MANATI, PR 00674

Localizacion: Ernesto Ramos Antonini

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | 4004949302 | $641.25 |
| Total: | | $641.25 |



**Gobierno de Puerto Rico**
**Sistema de Retiro para Maestros**

CERTIFICACIÓN AÑOS DE SERVICIO Y EDAD

5 de abril de 2013

SRA MATILDE PEDRAZA
SECCION NOMBRAMIENTOS Y CAMBIOS
DEPARTAMENTO DE EDUCACIÓN

RE: Migdalia Quiñones Román

El profesor de referencia ha radicado una Solicitud de Retiro por la Ley 91 de 29 de marzo de 2004 (Ley del Sistema de Retiro para Maestros del Estado Libre Asociado de Puerto Rico).

[X] Años de Servicio  [ ] Edad  [ ] Diferida  [ ] Suplementaria

Al **5 de marzo de 2013** fecha de su última aportación recibida

[X] cualifica  [ ] no cualifica  para acogerse a la jubilación y tiene el siguiente tiempo:

| AÑOS | MESES | SEMANAS | DÍAS | EDAD |
|---|---|---|---|---|
| 27 | 5 | 1 | - | 53 |

Los pagos pendientes no están considerados en esta certificación. Los mismos son:

  [ ] Reconocimiento de Tiempo
  [ ] Diferencia en por ciento por transferencia recibida
  [ ] Reembolso de Cuotas
  [X] No aplica

Cualifica para una pensión al 75% del promedio de los 36 salarios más altos, de haber cotizado 30 años de servicios. De tener menos de 30 años de servicio cualificaría para una pensión al 1.8 % del promedio de los 36 salarios más altos, multiplicados por el tiempo cotizado.

El tiempo certificado puede variar, de encontrarse diferencias en el Informe de Cambio, enviado por el Departamento de Educación u otras instituciones Gubernamentales y de existir anulaciones futuras entre cuentas que afecten las aportaciones del Sistema. Deberá permanecer cotizando en nuestro Sistema hasta la fecha que proyecta retirarse.

El plan médico y planes suplementarios deben ser pagados directamente a las aseguradoras hasta tanto envíen las autorizaciones de descuentos para tramitar su pensión.

Cordialmente,

Ivonne L Ortiz Valladares
Principal Oficial Ejecutivo
Beneficios y Servicios


PROF MIGDALIA QUIÑONES ROMAN
PO BOX 8388
PONCE PR 00732

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez, Esquina Calaf
HATO REY, PR 00919

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 07 15 2009 |
| Hasta: | 07 28 2009 |
| Aviso #: | 5739250 |
| Fecha Aviso: | 07/30/2009 |

**MIGDALIA QUINONES ROMAN**
PO BOX 3316
MANATI, PR 00674
SS: ___-__-____

| | |
|---|---|
| # Empleado: | |
| Dept: | 8005105-Ponce once I |
| Lugar: | Ernesto Ramos Antonini |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $2,960.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | | Claiming no personal exem |
| Concesiones: | 0 | |
| Pct. Adcl.: | | 0 |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| | --- Corriente --- | | | --- Acumulado --- | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | 1,480.00 | 852.00 | 20,720.00 | |
| Total: | | 1,480.00 | 852.00 | 20,720.00 | |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins EE | 21.46 | 300.44 |
| PR Withholding | 119.70 | 1,675.80 |
| Total: | 141.16 | 1,976.24 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 133.20 | 1,864.80 |
| Total: | 133.20 | 1,864.80 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 196.82 | 2,605.38 |
| AE-Asoc Emp ELA-Prest Regular | 261.67 | 3,663.38 |
| SM-First Medical Health Plan | 12.00 | 168.00 |
| AE-Seguro por Muerte Asoc ELA | 3.50 | 49.00 |
| AS-ASOC MAESTROS DE P.R. | 8.50 | 119.00 |
| Ahorros-AEELA | 44.40 | 621.60 |
| Total: | 526.89 | 7,226.36 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 120.00 | 840.00 |
| GPR Plan de Retiro de Maestro | 125.80 | 1,761.20 |
| FSED Disability Plan | 25.16 | 352.24 |

* Tributable

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,480.00 | 0.00 | 141.16 | 660.09 | 678.75 |
| Acumulado: | 20,720.00 | 0.00 | 1,976.24 | 9,091.16 | 9,652.60 |

### PTO HORAS / ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Ganada: | |
| - Compra: | |
| - Usada: | |
| - Donada: | |
| - Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5739250 | 678.75 |
| Total: | 678.75 |

MENSAJE:

---

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha 07/30/2009

Aviso No. 5739250

Cant. Deposito: $678.75

A la Cuenta(s) De

**MIGDALIA QUINONES ROMAN**
PO BOX 3316
MANATI, PR 00674

Localizacion: Ernesto Ramos Antonini

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | 4004949302 | $678.75 |
| Total: | | $678.75 |

**Estado Libre Asociado de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | | |
|---|---|---|
| Grupo de Pago: | SM -Quincenal | |
| Desde: | 09 01 2013 | |
| Hasta: | 09 15 2013 | |

| | | |
|---|---|---|
| Business Unit: | PUERT | |
| Aviso #: | 4137342 | |
| Fecha Aviso: | 09 13 2013 | |

MIGDALIA QUINONES ROMAN
PO BOX 8388
PONCE PR 00732-8388

SS: XXX-XX-9410

# Empleado: XXXXX9410
Depto: 592160-ANOS SERVICIO LEY91 2004
Lugar: A OS SERVICIO LEY 91
Titulo: Pensionado
Sueldo: $2,220.00 Monthly

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 - 99 |
| Pct. Adel.: | | |
| Cant. Adel.: | | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | 1,110.00 | 157.50 | 2,220.00 | |
| Pago Retro Pensionados | | 0.00 | | 2,578.05 | |
| Total: | | 1,110.00 | 157.50 | 4,798.05 | |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Ser No Coti-Ret Ma-Nunca | 133.20 | 532.80 |
| RM-Prest Pers De Cuota-Ret Mae | 213.89 | 855.56 |
| Total: | 347.09 | 1,388.36 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|

* Tributable

## TOTAL BRUTO

| | |
|---|---|
| Corriente: | 1,110.00 |
| Acumulado: | 4,798.05 |

## TOTAL IMPUESTOS

| | |
|---|---|
| | 0.00 |
| | 0.00 |

## DEDUCCIONES TOTALES

| | |
|---|---|
| | 347.09 |
| | 1,388.36 |

## PAGA NETA

| | |
|---|---|
| | 762.91 |
| | 3,409.69 |

### PTO HORAS ACUM
| | |
|---|---|
| Balance Inicial: | 0.0 |
| - Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| - Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA
| | |
|---|---|
| Aviso #4137342 | 762.91 |
| Total: | 762.91 |

MENSAJE:

---

**Estado Libre Asociado de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
09/13/2013

Aviso No.
4137342

Cant. Deposito:    $762.91

### DISTRIBUCION DE DEPOSITO DIRECTO
| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | 4004949302 | $762.91 |
| Total: | | $762.91 |

TRAY 176 SQ 33606**************AUTO**SCH 3-DIGIT 006    33606 1 AT 0.384
MIGDALIA QUINONES ROMAN
PO BOX 8388