Dra. Migdalia Quiñones Román
Box 8388
Ponce PR 00732



Clerk's Office
United States District Court
Room 150 Federal Building
San Juan P.R. 00918-1747