

Brenda I. Emmanuelli
HC-01 Box 4085
Corozal, P.R. 00783

Clerk's office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

RECEIVED & FILED
2020 FEB 18 PM 5:08
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.