In re Commonwealth of Puerto Rico, Case No. 17 BK 3283-LTS

| | |
|---|---|
| Luz Minerva Cruz Cruz | Promesa |
| Hacienda El Semil | Título III |
| Bzn. 11157 | Núm. 17 BK 3283-LTS |
| Villalba, P.R. 00766 | No. de Reclamación |
| Tel. 939-242-6626 | 121266 or 132044 |

Réplica a la centésima cuarta objeción global (no sustantiva) del Estado Libre de Puerto Rico en reclamo a la Ley 180 establece un aumento (de salario) al 3% mensual cada 3 años por el aumento de costo de la vida. El dinero se me adeuda desde el año 2000 cuando comencé a recibir la pensión hasta el presente 2019. Estos son los motivos por los que pienso que el Hon. Tribunal no deba declarar a lugar la objeción global en relación a mi reclamo.

Sin otro particular, queda de usted

Luz Minerva Cruz Cruz
(maestra retirada)

Luz Minerva Cruz Cruz Reclamante:

Ley 180 - Cost Living del 27 julio de 1998

$ 1,447.79 — Salario por pensión vitalicia.

La Ley 180 establece un aumento de salario al 3% mensual cada tres (3) años por el aumento en el costo de la vida.

Cómputos:

① $ 1,447.79
  × .03
  ─────────
  $   43.43

  $ 1,447.79
  +   43.43
  ─────────
  $ 1,491.22

② $ 1,491.22
  × .03
  ─────────
  $   44.73

  $ 1,492.22
  +   44.73
  ─────────
  $ 1,536.05

③ $ 1,536.05
  × .03
  ─────────
  $   46.08

  $ 1,536.05
  +   46.08
  ─────────
  $ 1,582.13

④ $ 1,582.13
  × .03
  ─────────
  $   47.46

  $ 1,582.13
  +   47.46
  ─────────
  $ 1,629.59

⑤ $ 1,629.59
  × .03
  ─────────
  $   48.88

  $ 1,629.59
  +   48.88
  ─────────
  $ 1,678.47

⑥

$1,678.47
× .03
―――――
50.35

$1,678.47
+50.35
―――――
$1,728.82

Case:17-03283-LTS Doc#:11359 Filed:02/28/20 Entered:02/20/20 13:23:16 Desc: Main Document Page 3 of 4

| Años Reclamados | Aumento | (36 meses) cada 3 años | Deuda |
|---|---|---|---|
| 2000 – 2003 | $43.43 | 36 meses | $1,563.48 |
| 2003 – 2006 | $44.73 | 36 " | $1,610.28 |
| 2006 – 2009 | $46.08 | 36 " | $1,658.88 |
| 2009 – 2012 | $47.46 | 36 " | $1,708.56 |
| 2012 – 2015 | $48.88 | 36 " | $1,759.68 |
| 2015 – 2018 | $50.35 | 36 " | $1,812.60 |
| | | Total Adeudado | $10,113.48 |

(Luz Minerva Cruz Cruz)