Sra. Luz Minerva Cruz Cruz
Hacienda El Semil
Bzn. 11137
Villalba, Puerto Rico 00766



Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan Puerto Rico 00918-1767

RECEIVED & FILED
2020 FEB 18 PM 5:07
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR