February 10 2020

*Clerk Office United States District Court*
*Room 150 Federal Building*
*San Juan, Puerto Rico 0018-1767*

Claimer: Pablo A. Rodríguez Salas
Mobile phone number: 939-299-7764

Claim number: 132246
Date Filled: February 2018
Debtor: Department of Education of Puerto Rico

**Asserted Claim: Sick days**

Reason for opposing the Omnibus Objection:

1. Work for the Department of Education of Puerto Rico January 2000 to May 2010. I accumulated my sick days just like so many colleagues who were paid in previous years.

2. For this reason, my objection to Omnibus Objection lies the illegality. It was up to me to get paid for my years worked.

4. I Pablo Antonio Rodriguez Salas does not authorize any use of the money I have contributed with sacrifice for so many years for any use other than the one mentioned above.

Signed by me, today February 10 2020

Pablo Antonio Rodriguez Salas