Pablo. A. Rodriguez
Box 893
San Sebastian P.R. 00685



Clerk Office United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 0018-1767
00918