Tribunal de Distrito Estados Unidos para el Distrito de Puerto Rico

RECEIVED & FILED
2020 FEB 18 PM 5:07
DISTRICT
SAN JUAN

In re Commonwealth of Puerto Rico, Case No. 17 BK 3283-LTS

Francisco De Jesús Torres
Hacienda El Semil
Bzn. 11137
Villalba, P.R. 00766
Tel. 939-242-0220

PROMESA
Título III
Núm. 17 BK 3283-LTS
No. De Reclamación
137-245

Réplica a la centésima cuarta objeción (no sustantiva) del Estado Libre Asociado de Puerto Rico como empleado del Departamento de Educación del Gobierno del Estado Libre Asociado de Puerto Rico en reclamo a la Ley 180 - Cost Living del 27 de julio de 1998. La Ley 180 establece un aumento (de salario) al 3% mensual cada 3 años por el aumento del costo de la vida. El dinero se me adeuda desde el año 1998 cuando comencé a recibir la pensión hasta el presente 2019. Estos son los motivos por los que pienso que el Hon. Tribunal no deba declarar a lugar. La objeción global en relación a mi reclamo.

Sin otro particular, queda de usted

Francisco De Jesús Torres
Francisco De Jesús Torres

Francisco De Jesus Torres - Reclamante

Ley 180 - Cost Living del 27 de julio de 1998
$1,234.42 - Salario por pensión vitalicia
La Ley 180 establece un aumento al salario al 3% mensual, cada 3 años por el aumento en el Costo de la Vida.

## Cómputos:

① $1,234.42
× .03
─────────
$ 37.03

$1,234.42
+ 37.03
─────────
1,271.45

② $1,271.45
× .03
─────────
$ 38.14

$1,271.45
+ 38.14
─────────
$1,309.59

③ $1,309.59
× .03
─────────
$ 39.28

$1,309.59
+ 39.28
─────────
$1,348.87

④ $1,348.87
× .03
─────────
$ 40.46

$1,348.87
+ 40.46
─────────
$1,389.33

⑤ $1,389.33
× .03
─────────
$ 41.67

$1,389.33
+ 41.67
─────────
$1,431.00

⑥ $1,431.00
× .03
─────────
$ 42.93

$1,431.00
+ 42.93
─────────
$1,473.93

⑦ $ 1,473.93
    × .03
──────────
$    44.21


$ 1,473.93
+   44.21
──────────
$ 1,518.14

| Años Reclamados | Aumentos | cada 3 años (36 meses) | Deuda |
|---|---|---|---|
|  |  | 36 meses |  |
| 1998 - 2001 | $ 37.03 | 36 " | $ 1,333.08 |
| 2001 - 2003 | $ 38.14 | 36 " | $ 1,373.04 |
| 2003 - 2006 | $ 39.28 | 36 " | $ 1,414.08 |
| 2006 - 2009 | $ 40.46 | 36 " | $ 1,456.56 |
| 2009 - 2012 | $ 41.67 | 36 " | $ 1,500.12 |
| 2012 - 2015 | $ 42.93 | 36 " | $ 1,545.48 |
| 2015 - 2018 | $ 44.21 | 36 " | $ 1,591.56 |
|  |  | Total Adeudado | $ 10,213.92 |

Francisco De Jesús Torres

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

FRANCISCO DE JESUS TORRES
11137 HACIENDA SEMIL
VILLALBA PR 00766-2376

SS: XXX-XX-8224

| | | |
|---|---|---|
| Grupo de Pago: | SM -Quincenal | |
| Desde: | 01/01/2018 | |
| Hasta: | 01/15/2018 | |
| # Empleado: | XXXXX8224 | |
| Dept: | 592060-Anos de Serv:032 | |
| Lugar: | Ley 218/51:032 | |
| Titulo: | Pensionado | |
| Sueldo: | $1,234.42 Monthly | |

| | Federal | PR |
|---|---|---|
| DATA IMP: | | |
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 19 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

Business Unit: PUERT
Aviso #: 2648763
Fecha Aviso: 01/12/2018

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | 7.596431 | 81.25 | 617.21 | 81.25 | 617.21 |
| Total: | | 81.25 | 617.21 | 81.25 | 617.21 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Seguro por Muerte Asoc ELA | 3.50 | 3.50 |
| Total: | 3.50 | 3.50 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|

* Tributable

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 617.21 | 0.00 | 3.50 | 613.71 |
| Acumulado: | 617.21 | 0.00 | 3.50 | 613.71 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #2648763 | 613.71 |
| Total: | 613.71 |

### PTO HORAS

| | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

**MENSAJE:**

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
01/12/2018

Aviso No.
2648763

Cant. Deposito: ___$613.71___

TRAY 104 SQ 25919**********SCH 5-DIGIT 00751    25919 2 AV 0.378
FRANCISCO DE JESUS TORRES
11137 HACIENDA SEMIL
VILLALBA PR 00766-2376

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | 6819 | $613.71 |
| Total: | | $613.71 |

**NO-NEGOCIABLE**

**Gobierno de Puerto Rico**
**592 - SISTEMA DE RETIRO MAESTRO-PENS**

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 01/16/2018 |
| Hasta: | 01/31/2018 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | 2843646 |
| Fecha Aviso: | 01/29/2018 |

**FRANCISCO DE JESUS TORRES**
11137 HACIENDA SEMIL
VILLALBA PR 00766-2376

SS: XXX-XX-8224

| | |
|---|---|
| # Empleado: | XXXXX8224 |
| Dept: | 592060-Anos de Serv:032 |
| Lugar: | Ley 218/51:032 |
| Titulo: | Pensionado |
| Sueldo: | $1,234.42 Monthly |

| | Federal | PR |
|---|---|---|
| DATA IMP: | | |
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 19 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | 7.596431 | 81.25 | 617.21 | 162.50 | 1,234.42 |
| Total: | | 81.25 | 617.21 | 162.50 | 1,234.42 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Seguro por Muerte Asoc ELA | 3.50 | 7.00 |
| Total: | 3.50 | 7.00 |

\* Tributable

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-MMM Advantage | 100.00 | 100.00 |

## TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|
| Corriente: | 617.21 | 0.00 | 3.50 | 613.71 |
| Acumulado: | 1,234.42 | 0.00 | 7.00 | 1,227.42 |

### PTO HORAS

| | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #2843646 | 613.71 |
| Total: | 613.71 |

**MENSAJE:**

---

**Gobierno de Puerto Rico**
**592 - SISTEMA DE RETIRO MAESTRO-PENS**

Fecha
01/29/2018

Aviso No.
2843646

Cant. Deposito:  $613.71



TRAY 104 SQ 25919**************SCH 5-DIGIT 00751      25919 2 AV 0.378
FRANCISCO DE JESUS TORRES
11137 HACIENDA SEMIL
VILLALBA PR 00766-2376

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | 6819 | $613.71 |
| Total: | | $613.71 |

**NO-NEGOCIABLE**

*Número de Evidencia de Reclamación:* 137245
*Reclamante:* De Jesus Torres, Francisco

3. <u>Empleo.</u> ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐ No. *Pase a la Pregunta 4.*
   - ☐ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó: Departamento de Educacion

3(b). Identifique las fechas de su empleo con relación a su reclamación: 1998 - 2018

3(c). Últimos cuatro dígitos de su número de seguro social: 8224

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☐ Jubilación
   - ☒ Salarios impagos
   - ☐ Días por enfermedad
   - ☐ Queja con el sindicato
   - ☐ Vacaciones
   - ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario). adjunto evidencia detallada

4. <u>Acción legal.</u> ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ☐ No.
   - ☒ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción. Departamento de Educacion

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución: Tribunal de Distrito de los E.U. para el Distrito de Puerto Rico

4(c). Número de caso: 17 BK 3283 LTS

4(d). Título, epígrafe, o nombre del caso: LivingCost-Ley 180-1998

Batch 11

2



*Número de Evidencia de Reclamación:* 137245
*Reclamante*: De Jesus Torres, Francisco

*Francisco De Jesús*

# INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

## Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación.

Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

## Cuestionario

1. **¿Cuál es el fundamento de su reclamación?**

   ☐ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

   ☐ Empleo actual o anterior en el gobierno de Puerto Rico

   ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

   _____

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**

   ( _____ )

Batch 11



99012340071897 9

*Número de Evidencia de Reclamación:* 137245
*Reclamante:* **De Jesus Torres, Francisco**

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):

resolucion

4(f). ¿Tiene usted una sentencia impaga? Sí / No (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?

$ 10,213.92

Mr. Francisco De Jesus Torres
Hacienda El Semil
Bzn. 11137
Villalba, Puerto Rico 00766



Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

2020 FEB 18 PM 5:07
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.