## Anexo C – pág. 4 del documento

**ii) Epígrafe:** Promesa
Título III
Núm. 17 BK 3283-LTS

La presente radicación guarda relación con el ELA, la ACT y el SRE.
Notificación de la centésima vigésima octava objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a reclamos deficientes en los que alegan intereses sobre la base de las reinvindicaciones salariales, laborales o servicios prestados.

**iii) Motivos para oponerse a la objeción global**

Desde el año 1984-85 al 2008-2009 se nos otorgó un aumento salarial de $100.00 por parte del gobernador en turno, el honorable Carlos Romero Barceló el cual nunca se nos honró. Este reclamo se ha ido luchando por las diferentes organizaciones que representan al magisterio puertorriqueño, sin llegar a ningún acuerdo. Es por eso que se establece dicha demanda a las partes involucradas. El monto total de la deuda según mis cómputos es de $15,000.00 aproximadamente de salarios impagos. Solicito se trabaje dicha reclamación en forma individual y no como objeción global al cual tengo derecho según la Ley 89.

A continuación, le estoy enviando evidencia de los documentos que justifican esta demanda.

**iv) Documentación justificativa:**
    -Adjunto documentación solicitada y evidencias
        *Certificación del Sistema de Retiro para Maestros
        *Informe de Renta Anual Vitalicia
        *Evidencia talonarios de pago
        *Certificación del Departamento de Educación de Puerto Rico

Pág. 2

Cordialmente,

__Mercedes Maurer MB__
Nombre

__Box 158, Corozal, P.R.__
Dirección

__c/4 F#5 Urb. Monterrey, Corozal 00783__

__939-940-2942__
Télefono

__- 0166__
Seguro Social

__#83871__
Número de Reclamación