**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Marrero Ortiz, Mercedes | 83871 | 6/29/2018 | Commonwealth of Puerto Rico | $15,000.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Marrero Ortiz, Mercedes | 83871 | 6/29/2018 | Commonwealth of Puerto Rico | $15,000.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

**ATT:** Ley Promesa

4 de febrero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | MERCEDES MARRERO ORTIZ |
| Seguro Social | : | ___-__-____ |
| Categoría | : | MA EDUC NIÑEZ TEMP NIVEL ELEM (K-3) |
| Distrito Escolar | : | COROZAL_ |
| Sueldo Mensual | : | $2,505.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 28 de julio de 2005 |
| Otros | : | Presto servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 34 años. Nuestro sistema de Recursos Humanos refleja que ocupó una plaza desde 08/02/1971. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

Modelo SC-1515 (IRM
14-mayo-71
Manual de Contabilidad

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**JUNTA DE RETIRO PARA MAESTROS**
**INFORME RENTA ANUAL VITALICIA**

58  .9%=$203.95

**MERCEDES MARRERO ORTIZ**

Núm. Reclamación: 40269
Sexo: F

**Tipo de Renta:**
- a- Años de Servicio y edad
  - Opcional (X)
  - Obligatorio ( )
- b. Edad ( )
- c- Incapacidad
  - Ocupacional ( )
  - No Ocupacional ( )
- d- Diferida ( )

Fecha de Nacimiento: 1951 / 5 / 29 (Año / Mes / Día)

**Edad al Retirarse:** 54 Años, 2 Meses, - Días

**Servicios Acreditados:** 34 Años, - Meses, - Sem., - Días

**Costo Anualidad:** $47,517.24

**Fecha de Retiro:** 2005 / 7 / 28
**Fecha de Efectividad:** 2005 / 7 / 29

Retiro Ley Núm. **91 DEL 2004**

**Cómputo de la Renta Anual:**
a- Sueldo promedio mensual más alto durante TRES años consecutivos a $2,266.11 ......... $1,699.58

.75% X 30 años
(Por ciento)   (Tiempo Acreditado)

*En caso de renta anual diferida, ésta comenzará al cumplir la edad de _____

( ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años de edad

( ) o a opción en fecha posterior si al retirarse tiene 10 y menos de 25 años de servicios y menos de 60 años de edad

b. Ajuste para llegar al Mínimo Establecido por ley 89

| Años de Servicio | Edad | Incapacidad Física | Diferido |
|---|---|---|---|
| $ _____ | $ _____ | $ _____ | $ _____ |

OFICINA DE FINANZAS
DOCUMENTOS PREINTERVENIDOS
0 3 AGO 2005
MADELINE MARRERO FIGUEROA

Diferencia Mínimo o Renta Sistema de Retiro

**Renta Mensual Vitalicia** ........ 1,699.58

**Renta Anual Vitalicia** ........ 20,394.96

Computado: Annie Rivera  29/7/05
Cotejado: Alberto Sohun  29-Jul-05
Recomendado: Irma García Hernández, Directora Area Servicios de Retiro  29/7/05
Aprobado: José O. Reyes / Dinelia Oyola Morales, Subdirectora Ejecutiva  4 agosto 05

agb
Fecha: 29 de julio de 2005

# GOBIERNO DE PUERTO RICO
### Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Mercedes Marrero Ortíz**, con número de seguro social que termina en 0166.

| | |
|---|---:|
| Fecha de Efectividad de la Pensión | 29 de julio de 2005 |
| Tiempo Cotizado para la Pensión | 34 años |
| Pensión mensual Inicial | $1,699.58 |
| Pensión Mensual Actual | $1,699.58 |

Esta certificación se expide hoy, 4 **de febrero de 2020** en **San Juan, Puerto Rico**.

*Jorge I. Rohena Gotay*
**Supervisor**
**Área de Servicios de Retiro**



235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

☎ 787.777.1414   📠 787.764.6910   www.srm.pr.gov

| Gobierno de Puerto Rico | | | Grupo de Pago: | SM -Quincenal | Business Unit: | PUERT |
|---|---|---|---|---|---|---|
| 592 - SISTEMA DE RETIRO MAESTRO-PENS | | | Desde: | 10/01/2019 | Aviso #: | 3849485 |
| | | | Hasta: | 10/15/2019 | Fecha Aviso: | 10/15/2019 |

| **MERCEDES MARRERO ORTIZ** | # Empleado: | XXXXX0166 | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| PO BOX 158 | Dept: | 592160-ANOS SERVICIO LEY91 2004 | Estado Civil: | Married | Married |
| COROZAL PR 00783-0158 | Lugar: | A/OS SERVICIO LEY 91 | Concesiones: | 0 | 39 +99 |
| | Titulo: | Pensionado | Pct. Adcl.: | | |
| SS: XXX-XX-0166 | Sueldo: | $1,699.58 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | --------- Corriente --------- | | ------ Acumulado ------ | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 849.79 | 1,545.00 | 16,146.01 |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 |
| Total: | | 849.79 | 1,545.00 | 16,246.01 | |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-Plan Medico ASES | 0.00 | 900.00 |
| * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 849.79 | 0.00 | 0.00 | 849.79 |
| Acumulado: | 16,246.01 | 0.00 | 0.00 | 16,246.01 |

| PTO HORAS | ACUM | | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|
| Balance Inicial: | 0.0 | | Aviso #3849485 | 849.79 |
| + Acumulado: | | | Total: | 849.79 |
| - Utilizado: | | | | |
| - Donada: | | | | |
| + Ajustes: | | | | |
| Balance Final: | 0.0 | | | |

MENSAJE:

---

Gobierno de Puerto Rico  
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha  
10/15/2019

Aviso No.  
3849485

Cant. Deposito: _____ $849.79

| DISTRIBUCION DE DEPOSITO DIRECTO | | |
|---|---|---|
| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| Checking | 054723248 | $849.79 |
| Total: | | $849.79 |

TRAY 155 SQ 35056******************SCH 5-DIGIT 00949    35056 2 AV 0.383  
MERCEDES MARRERO ORTIZ  
PO BOX 158  
COROZAL PR 00783-0158

NO-NEGOCIABLE

| Gobierno de Puerto Rico | | Grupo de Pago: | SM -Quincenal | Business Unit: | PUERT |
|---|---|---|---|---|---|
| 592 - SISTEMA DE RETIRO MAESTRO-PENS | | Desde: | 10/16/2019 | Aviso #: | 4101107 |
| | | Hasta: | 10/31/2019 | Fecha Aviso: | 10/30/2019 |

**MERCEDES MARRERO ORTIZ**
PO BOX 158
COROZAL PR 00783-0158

SS: XXX-XX-0166

| # Empleado: | XXXXX0166 |
|---|---|
| Dept: | 592160-ANOS SERVICIO LEY91 2004 |
| Lugar: | A/OS SERVICIO LEY 91 |
| Titulo: | Pensionado |
| Sueldo: | $1,699.58 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 849.79 | 1,635.00 | 16,995.80 |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 |
| Total: | | | 849.79 | 1,635.00 | 17,095.80 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-Plan Medico ASES | 100.00 | 1,000.00 |

* Tributable

### TOTAL BRUTO
Corriente: 849.79
Acumulado: 17,095.80

### TOTAL IMPUESTOS
0.00
0.00

### DEDUCCIONES TOTALES
0.00
0.00

### PAGA NETA
849.79
17,095.80

### PTO HORAS ACUM
Balance Inicial: 0.0
+ Acumulado:
- Utilizado:
- Donada:
+ Ajustes:
Balance Final: 0.0

### DISTRIBUCION PAGA NETA
Aviso #4101107    849.79
Total:    849.79

**MENSAJE:**

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
10/30/2019

Aviso No.
4101107

Cant. Deposito: $849.79

TRAY 155 SQ 35056*****************SCH 5-DIGIT 00949    35056 2 AV 0.383
MERCEDES MARRERO ORTIZ
PO BOX 158
COROZAL PR 00783-0158

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | 054723248 | $849.79 |
| Total: | | $849.79 |

**NO-NEGOCIABLE**