Mercedes Marrero Ortiz
Box 158
Corozal, P.R. 00783

RECEIVED & FILED
2020 FEB 18 PM 5:06
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Clerk Office
United States Distric Court
Room 150 Federal Building
San Juan, P.R. 00918-1767



U.S. POSTAGE PAID
FCM LG ENV
COROZAL, PR
00783
FEB 11, 20
AMOUNT
$0.65
R2305P150747-10