Bayamón P.R.
10 de febrero de 2020

Secretaría (Clerk's Office)
Tribunal de distrito de los Estados Unidos
Room 150 Federal Building
San Juan P.R. 009181767

Me dirijo a ustedes:
Datos de contacto:

Yo Iris B. Oyola Ríos, radico ésta réplica, Resido en la Urb. Santa Rosa, 54-14 Calle 32 Bayamón P.R. 00959  Tel. 787-633-0541

Epígrafe:

El tribunal de distrito de los Estados Unidos, para el distrito de Puerto Rico. El deudor conforme al Título III es el Estado Libre Asociado de Puerto Rico (ELA) Número de procedimiento de quiebra 17 BK 3283 - LTS (últimos cuatro dígitos del número federal de contribuyente 3481, (17 BK 03283 LTS)

El número de reclamación 51657 presentado en la réplica.

Motivos:

Me opongo a la objeción global de mi reclamo, El tribunal debe

declarar a lugar este reclamo por aumentos a los que tenía derecho y no fueron adjudicados.

Adjunto documentación de respaldo a mi reclamación contra el Estado Libre Asociado de Puerto Rico.

Debido a los días feriados de Navidad, la situación por la que Puerto Rico está pasando (terremotos) estoy enviando la documentación fuera de fecha.

Espero entiendan la demora y agradecería su atención.

Gracias,
Luis B. Ayala Ríos