# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

29 de enero de 2020

# C E R T I F I C A C I O N

| | | |
|---|---|---|
| Certifico que | : | IRIS B. OYOLA RIOS |
| Seguro Social | : | |
| Categoría | : | MAESTRO ELEMENTAL |
| Distrito Escolar | : | CATAÑO_ |
| Sueldo Mensual | : | $2,705.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 31 de mayo de 2013 |
| Otros | : | Presto servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 25 años, 3 meses, 1 semana y 2 días. Nuestro sistema de Recursos Humanos refleja que ocupó una plaza desde 04/06/1987. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

## Departamento de Educación
## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### Secretaria Auxiliar de Recursos Humanos
### Informe de Cambios

| | Antes del Cambio | Después del Cambio |
|---|---|---|
| 1. Nombre del Empleado | IRIS B, OYOLA RIOS | |
| 2. Número de Seguro Social | | |
| 3. Lugar de Nacimiento | JAYUYA, P.R. | |
| 4. Fecha de Nacimiento | | |
| 5. Sexo | F | |
| 6. Estado Civil | | |
| 7. Preparación Académica | BA 15 | |
| 8. Experiencia | 24.3.1.2.0 | |
| 9. Status del Empleado | PERMANENTE | |
| 10. Sueldo Bruto | $2,705.00 | |
| 11. Número de Puesto | F02280 | |
| 12. Categoría del Puesto | MA. EDUC. TEMPRANA ( NIVEL ELEM- K-3) | |
| 13. Fondo | FEDERAL | |
| 14. Cifra de cuenta | E1110-221-0810000-0000-08100-2013-SCHOOLWIDE13 | |
| 15. Fecha de efectividad | 31 de mayo de 2013 03:00 pm | |
| 16. Acción | RENUNCIA | |
| 17. Duración | | |
| 18. Causa del Cese | JUBILACIÓN | |
| 19. Ultimo día de Trabajo | 31 de mayo de 2013 03:00 pm | |
| 20. Ultimo día de Pago | 31 de mayo de 2013 03:00 pm | |
| 21. Prog Esc, Nivel/Grado | | |
| 24. Distrito Escolar | TOA BAJA | |
| 25. Escuela | ROSENDO MATIENZO CINTRON | |

| 26. Dirección Postal: APT. 312 COND. LAGOS DEL NORTE TOA BAJA PUERTO RICO 00949 | 26. Teléfono: |
|---|---|

27. Observaciones: CANCELA PAGO VACACIONES EF. 3/JUNIO/2013. SRM Y AEELA. SE ACOGE A LOS BENEFICIOS DE LA LEY NUM 91 DE 29 DE MARZO DE 2004 P/ CANCELA PAGO VACACIONES EF. 3/JUNIO/2013. GLOBAL VAC. REG 40.0.00 (DESDE 03/JUNIO/2013 08:00 AM - HASTA 26/JULIO/2013 03:00 PM) Y ENF. 10.0.08 (DESDE 01/AGOSTO/2013 08:00 AM - HASTA 15/AGOSTO/2013 08:08 AM). EDAD

| 28. Preparado por: LUZ N GONZALEZ RIVERA | FECHA: 15 de julio de 2013 |
|---|---|
| 29. Verificado por: LUZ N GONZALEZ RIVERA | FECHA: 15 de julio de 2013 |
| 30. Aprobado por: DRA. JULIA NAZARIO FUENTES  | FECHA: 15 de julio de 2013 |
| Secretario de Educación o su representante | |