IRIS OYOLA RIOS
URB SANTA ROSA
54-14 CALLE 32
BAYAMON, PR 00959




U.S. POSTAGE PAID
FCM LG ENV
BAYAMON, PR
00959
FEB 15, 20
AMOUNT
$1.20
R2304E105860-12

1000   00918

Secretaría (*Clerk's Office*)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

RECEIVED & FILED
2020 FEB 18 PM 5:08
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR