United States District Court For The District of Puerto Rico

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767

Debtors: Estado Libre Asociado de Puerto Rico

Gobierno de Puerto Rico

Departamento de Educación

No. 178K 3283-LTS



__One hundred tenth__ OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTHE OF PUERTO RICO, IN DEFFICIENT CLAIMS ASSEITING INTEREST BASED UPON UNSPECIFIED PUERTO RICO STATUS

DOC 8978-4

Proof of Claim: __73956__

Name and Address: __Evelia Nevárez Marrero__
__750 Francisco García__
__Dorado, P.R. 00646__

Reclama al Gobierno del Estado Libre Asociado de Puerto Rico; al Gobierno de Puerto Rico Departamento de Educación de Puerto Rico.

Ley 89 de 1984 – Romerazo

Años Reclamados __25__

Cantidad Reclamada __$7,500.00__

Ley ___ de __1996__

Años Reclamados __13__

Cantidad Reclamada __$15,600.00__

Página 2

Adjunto evidencia en réplica a la información solicitada:

1. Certificación Pensión Vitalicia Sistema Retiro Maestros
2. Certificación renta mensual Sistema Retiro Maestros
3. Certificación años de servicio Depto. Educación

Solicito la adjudicación de mi petición, según corresponda a mis derechos por las Leyes anteriormente Especificadas.

Nombre: Evelia Nevárez Marrero

Firma: Evelia Nevárez Marrero    Fecha: 10 feb. 20

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, P.R. 00918-1767



Entiendo que esta demanda debe proceder debido a que laboré por 30 años en el Departamento de Educación. Con esta deuda se afectó mi pago de pensión anual y por ende mensual.

(Ley Promesa)
   Ley 89 de 1984 - Romerazo
   Ley de 1996 - Sila Calderón

Queda de ustedes,
Evelia Nevárez Marrero