Rev.GIFT 10-OCT-08

**Estado Libre Asociado de Puerto Rico**
**Sistema de Retiro para Maestros**

Fecha Radicación: 24-abr-09
Fecha Vencimiento: 10-oct-09

Núm. de Caso: 0836

## INFORME RENTA ANUAL VITALICIA

Apellido Paterno, Materno, Nombre e Inicial: NEVAREZ MARRERO EVELIA
Sexo: ☑ Femenino ☐ Masculino

Fecha Nacimiento (Mes-Día-Año): 18-may-1955
Categoría y Pueblo: ELEM-DORADO
Retiro Ley Núm.: Ley 91 del 2004

Dirección Postal: 750 FRANCISCO GARCIA FARIA, DORADO PR 00646

Tipo de Renta (Pensión):
☑ Años de Servicio y Edad  ☐ Edad  ☐ Diferida
☐ Incapacidad Ocupacional  ☐ Incapacidad No Ocupacional

| Edad al Retirarse | | | Servicios Acreditados | | | | Costo Anualidad | Renta Mensual | Renta Anual |
|---|---|---|---|---|---|---|---|---|---|
| Años | Meses | Días | Años | Meses | Sem | Días | | | |
| 54 | 2 | 11 | 30 | 1 | 0 | 1 | $ 52,984.87 | $ 1,938.77 | $ 23,265.24 |

Fecha de Renuncia: 28-jul-09
Último Día de Pago: 27-jul-09
Fecha Efectividad Pensión: 29-jul-09
Cierre de Nómina: 14-oct-09
Fecha Primer Pago Pensión: 31-Oct-09
Importe $ 1,938.77
Pago Global Retroactivo: Desde 29-jul-09 Hasta 15-oct-09 Importe Total $ 5,034.55

### DESGLOSE DE DESCUENTOS

| | PAGO GLOBAL | PAGO MENSUAL |
|---|---|---|
| Importe Total (Bruto) | $ 5,034.55 | $ 1,938.77 |
| Menos Descuentos: | Descuento | Descuento |
| Préstamos: Clave | | |
| Personal (PP) 47-000 | - | - |
| Cultural (PC) 45-000 | - | - |
| Hipotecario (PH) 36-000 | - | - |
| Finanzas 67-059 | - | - |
| Aport. Individual 9% (Clave 26-001) | 581.63 | 232.65 |
| ASUME | | |
| Otros | | |
| Importe Neto | $ 4,452.92 | $ 1,706.12 |

Bonos:
☐ Bono Verano (PBV)  ☐ Bono Medicamentos (PBM)
☐ Bono Navidad (BNP)

PAGADO — OCT 13 2009 — AREA DE RETIRO — DOCUMENTOS PREINTERVENIDOS

Certifico que la información aquí provista es cierta, correcta y completa.
Nombre del Empleado: ALFONSO MARTINEZ SANCHEZ   Firma: [signed]   Fecha: 24-sep-2009
Nombre Supervisor: NORMA I. PEÑA AGOSTO   Firma: [signed]   Fecha: 25/Sept/09

### PREINTERVENCIÓN DE DOCUMENTOS | USO DIRECTOR(A) AREA RETIRO

Verificación de:
☑ Exactitud
☑ Legalidad
☑ Firmas
☐ Otros

AREA DE RETIRO — DOCUMENTOS PREINTERVENIDOS — SEP 25 2009
NOMBRE: B Ledout   FIRMA: [signed]

Aprobado por: IVONNE L. ORTIZ VALLADARES
Nombre Director(a) o Representante Autorizado
Firma: [signed]   Fecha: [signed]

### USO AREA DE PENSIONADOS (Sección Nóminas)

Ingreso a Nómina Mes: 10  ☐ 1ra ☑ 2da
Nómina Pago Global Mes: [ ]  ☐ 1ra ☑ 2da  ☐ Off Cycle  ☐ Pay Line

Nombre Empleado: [signed]   Firma: [signed]   Fecha: 10/1/09
Nombre Empleado: [signed]   Firma: [signed]   Fecha: 13/oct/09

Nombre Supervisor: Juan Agosto Castro   Firma: [signed]   Fecha: 30 October 2009

Conservación: Seis años o una intervención de la Oficina del Contralor de Puerto Rico, lo que ocurra primero.

Rev.GIFT 10-OCT-08

**Estado Libre Asociado de Puerto Rico**
**Sistema de Retiro para Maestros**

Mes-Día-Año.
Fecha Radicación: 24-abr-09
Fecha Vencimiento: 10-oct-09

Núm de Caso: 0836

### INFORME RENTA ANUAL VITALICIA

Página 2

NEVAREZ MARRERO EVELIA
Apellido Paterno, Materno, Nombre e Inicial

Seguro Social: _____
Fecha Nacimiento (Mes-Día-Año): 18-may-1955
Categoría y Pueblo: ELEM-DORADO

#### COMPUTO RENTA ANUAL

A.  $ 7,755.10 / 3 = $ 2,585.03 x 75.0% = — x 0.000 = $ 1,938.77
    (Sueldos más altos / años / Promedio Sueldos / Por Ciento)
B.  Ajuste de 0%   $ —   x 0% = $ —
C.  Pensión Ajustada   $ —   x 12 = $ —

APORTACIÓN INDIVIDUAL 9%
$ 2,585.03 x 9% = $ 232.65

| TIEMPO | | | PROMEDIO DE SUELDOS | | | COMPUTO EDAD RETIRO | | | |
|---|---|---|---|---|---|---|---|---|---|
| Meses | Días Trabajados | Días Total | Mensual | Devengado | Promedio | Fecha | Años | Meses | Días |
| 6 | 10 | 20 | $ 2,480.00 | $ 16,120.00 | | Efectividad Pensión | 2009 | 7 | 29 |
| 5 | 10 | 20 | $ 2,580.00 | $ 14,190.00 | | Nacimiento | 1955 | 5 | 18 |
| 0 | 0 | 20 | $ — | $ — | | | | | |
| 0 | 0 | 20 | $ — | $ — | | | | | |
| 0 | 0 | 20 | $ — | $ — | | | | | |
| 0 | 0 | 20 | $ — | $ — | $ 2,525.83 | Edad al Retirarse | 54 | 2 | 11 |
| 12 | 0 | 20 | $ 2,730.00 | $ 32,760.00 | | | | | |
| 0 | 0 | 20 | $ — | $ — | | | | | |
| 0 | 0 | 20 | $ — | $ — | | Fracción de Tiempo Docente | | | |
| 0 | 0 | 20 | $ — | $ — | | Años 0 x 240 = — | | | |
| 0 | 0 | 20 | $ — | $ — | | Meses 0 x 20 = — | | | |
| 0 | 0 | 20 | $ — | $ — | $ 2,730.00 | Semanas 0 x 5 = — | | | |
| | | | | | | Días 0 x 1 = — | | | |
| 0 | 18.5 | 20 | $ 2,730.00 | $ 2,525.25 | | | | | 0.0000 |
| 11 | 1.5 | 20 | $ 2,480.00 | $ 27,466.00 | | | | | |
| 0 | 0 | 20 | $ — | $ — | | | | | |
| 0 | 0 | 20 | $ — | $ — | | Fracción de Tiempo No-Docente | | | |
| 0 | 0 | 20 | $ — | $ — | | Años 0 x 365 = — | | | |
| 0 | 0 | 20 | $ — | $ — | $ 2,499.27 | Meses 0 x 30 = — | | | |
| | | | | | | 4 Sem 0 x 29 = — | | | |
| 0 | 0 | 20 | $ — | $ — | | 3 Sem 0 x 22 = — | | | |
| 0 | 0 | 20 | $ — | $ — | | 2 Sem 0 x 15 = — | | | |
| 0 | 0 | 20 | $ — | $ — | | 1 Sem 0 x 7 = — | | | |
| 0 | 0 | 20 | $ — | $ — | | Días 0 x 1 = — | | | |
| 0 | 0 | 20 | $ — | $ — | | | | | 0.0000 |
| 0 | 0 | 20 | $ — | $ — | $ — | DATOS APORTACION 9% | | | |
| 0 | 0 | 20 | $ — | $ — | | 2010 / 05 / 18 | | | |
| 0 | 0 | 20 | $ — | $ — | | Fecha Cese Descuento | | | |
| 0 | 0 | 20 | $ — | $ — | | | | | |
| 0 | 0 | 20 | $ — | $ — | | Preparado por: _____ | | | |
| 0 | 0 | 20 | $ — | $ — | | Nombre | | | |
| 0 | 0 | 20 | $ — | $ — | $ — | Firma       Fecha | | | |

Sueldo Total para Promedio: $ 93,061.25   $ 7,755.10

Revisado por: _____
Nombre
Firma       Fecha

| Servicios Acreditados | | | |
|---|---|---|---|
| Años | Meses | Sem | Días |
| 30 | 1 | 0 | 1 |

# GOBIERNO DE PUERTO RICO
Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión del **Prof. Evelia Nevarez Marrero**, con número de seguro social que termina en **4358**.

| | |
|---|---|
| Fecha de Efectividad de la Pensión | 29 de julio de 2009 |
| Tiempo Cotizado para Pensión | 30 años, 1 meses, 0 sem, 1 días |
| Pensión mensual Inicial | $ 1,938.77 |
| Pensión Mensual Actual | $ 1,938.77 |

Esta certificación se expide hoy, **13 de febrero de 2020** en **San Juan, Puerto Rico**.

Edgardo Negron Ramirez
Supervisor
Área de Servicios de Retiro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879



SRM
Sistema de Retiro para Maestros
Gobierno de Puerto Rico
*Protegemos la Aportación al Futuro*

787.777.1414   787.764.6910   www.srm.pr.gov



# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

**ATT: LEY PROMESA**

13 de febrero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | EVELIA NEVAREZ MARRERO |
| Seguro Social | : | |
| Categoría | : | MA. EDUCACION - NIVEL ELEMENTAL (4-6) |
| Distrito Escolar | : | VEGA ALTA |
| Sueldo Mensual | : | $2,730.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 28 de julio de 2009 |
| Otros | : | Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de (29) años, (4) meses, (2) semanas y (4 1/2) días. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.