Evelia Nevárez Marrero
150 Francisco García
Dorado, P.R. 00646

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, P.R. 00918-1767



SAN JUAN P&DC 009
FRI 14 FEB 2020 PM