| | |
|---|---|
| JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO, como representante de ESTADO LIBRE ASOCIADO DE PUERTO RICO Y OTROS, Deudores | PROMESA Titulo III Num. 17 BK 3283- LTS (Administrada conjuntamente) **La presente radicación guarda relación con el ELA y el SRE** |

## RADICACION DE REPLICA

Yo, Luz E. Rivera Cintron, numero de reclamación 144833, residente de la Urb. Ciudad Masso Calle 15 G59, San Lorenzo, Puerto Rico, numero de celular 787-329-0268 o 787-486-6274 y el correo electrónico, **lannspa@yahoo.com**, radico esta replica en carácter personal debido a la siguiente;

- El comencé a trabajar en el Departamento de Educación, como Trabajadora de Servicios de Alimentos, 6 horas.

- Pero inmediatamente mis funciones fueron como Oficinista Mecanografa II, o sea que ejercía las funciones de Oficinista pero con un nombramiento de Trabajadora de servicios de Alimentos.

- Trabaje con el sueldo de Trabajadora de servicios de Alimentos hasta la Reclasificacion efectiva el 1 de julio de 1997.

- Si disfrute de los aumentos otorgados, pero no de auerdo a las funciones que estaba realizando.

- Tampoco disfrute del aumento por el llamado Ley del Romerazo.

- Entiendo que se me debe alrededor de $19,800 a $20,000 por trabajo realizado y por la Ley del Romerazo

Lo expuesto anteriormente, lo expongo a mi mejor recuerdo .

Envio copias de los siguientes documentos:

-Carta del Plan de Clasificación y Retribución

-Certificación del Sistema de Retiro

-Certificación del departamento de Educación

Esta Replica se esta enviando a las siguientes Oficinas;

Secretaria (Clerk's Office)

Tribunal de Distrito de los Estados Unidos

Room 150 Federal Building

San Juan, Puerto Rico, 00918-1767

Abogado de la Junta de Supervision (Counsel for the Oversight Board)

Proskauer Rose LLP

Eleven Times Square

Nueva York, Nueva York 10036-8299

A/A: Martin J. Bienenstock

Brian S. Rosen

Abogado del Comite de Acreedores (Counsel for the Creditors Committee)

Paul Hastings LLP

200 Park Avenue

Nueva York, Nueva York 10166

A/A Luc A. Despins

James Bliss

James Worthington

G. Alexander Bongartz

*Luz E Rivera Cintron*

Firmo la presente hoy 14 de febereo de 2020 en San Lorenzo PR.