**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Rivera Cintron, Luz E | 144833 | 6/29/2018 | Commonwealth of Puerto Rico | $19,800.00 |
| Reason: | | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Rivera Cintron, Luz E | 144833 | 6/29/2018 | Commonwealth of Puerto Rico | $19,800.00 |
| Base para: | | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

***CUST PR 1845 SRF 38939 PackID: 639 MMLID: 2072612 SVC: 144th Omni
Rivera Cintron, Luz E
Urb. Ciudal Marso Calle 15 G 59
San Lorenzo, PR 00754

000639

7 de abril de 1986

Sr. Justo Gómez Gómez
Supte. de Escuelas
Yabucoa, P.R.   00767

Estimado Sr. Gómez:

    Me dirijo a usted para contestar su carta recibida el 24 de marzo de 1986 donde me solicita le informe mi preferencia de trabajo.

    Deseo indicarle que desde que comencé a trabajar para el Programa de comedores escolares se me concideró dejandome en la oficina para ayudar a realizar las tareas de secretaria, hasta el presente. Es mi interés continúar desempeñando las mismas labores si usted me lo permite y no se afecta el sistema.

    Agradeceré mucho la ayuda que me pueda brindar.

    Queda de usted

                                Atentamente,

                                Luz E. Rivera Cintrón

ESTADO LIBRE ASOCIADO DE PUERTO RICO
OFICINA CENTRAL DE ADMINISTRACION DE PERSONAL
SANTURCE, PUERTO RICO

INFORME DE CAMBIO ESPECIAL

CIFRA DE CUENTA - 91-111-081-24-036-001        NUMERO DE CAMBIO - 16068

DEPARTAMENTO - INSTRUCCION PUBLICA             YABUCOA
DEPARTAMENTO O AGENCIA                         UNIDAD DE TRABAJO

SE NOTIFICA EL SIGUIENTE CAMBIO EN EL SUELDO DE ESTE EMPLEADO, EN VIRTUD DE LO DISPUESTO POR LA LEY NUM. 7 DEL 7 DE MAYO DE 1989 LA CUAL PROVEE UN AUMENTO DE SUELDO GENERAL DE $50.00 MENSUALES PARA LOS EMPLE-ADOS PUBLICOS A PARTIR DEL PRIMERO DE JULIO DE 1990.

RIVERA-CINTRON, LUZ E
EMPLEADO

ACTIVO   ~~XXXXXXX~~ ~~Reg. de Carrera~~
STATUS DEL EMPLEADO

NUMERO DE SEGURO SOCIAL

10108                                          4060 - TRABAJADOR SERVICIO DE ALIMENTOS I

NUMERO DE PUESTO                               TITULO DE CLASIFICACION

SUELDO MENSUAL

ANTES DEL CAMBIO                               DESPUES DEL CAMBIO

$ 538.40                                       $ 578.40

OBSERVACIONES:

FRANK E. DOBEK                                 13-dic.-90

FIRMA DE LA AUTORIDAD NOMINADORA               FECHA
O SU REPRESENTANTE AUTORIZADO

jrp

# DEPARTAMENTO DE EDUCACION
### Secretaría Auxiliar de Recursos Humanos
### División de Personal Clasificado

PO Box 190759
San Juan, PR 00919-0759

18 de septiembre de 1998

SR. ROBERTO VARCARCEL
DIRECTOR
DIVISION DE NOMINAS

RAFAEL SIFONTE
DIRECTOR
DIVISION DE PERSONAL CLASIFICADO

ENMIENDA O CANCELACION DE FORMULARIO

Le estamos notificando la ( enmienda - cancelación) (del - los) siguiente formulario: Plan Clasificación y Retribución efectivo al 1 julio 1997. correspondiente a Luz E. Rivera Cintrón Trab Serv Alim. Com. Esc 6 hrs Com. Escolares Yabucoa    SEGURO SOCIAL: ( )

CIFRA CUENTA: 98-111-081-07-541-001-1160-01-0000   para que lea como sigue:

Apdo Num 7 Clasificacion despues del cambio debera leer: Oficinista Mecanografo II
Apdo Num 8 Numero de Clase despues del cambio debera leer : 11402
Apdo Num 9 Sueldo y Escala despues del cambio debera leer: $791.60 (ER3)

NOTA. Se hace esta enmienda con resolución del comite de revisión del Plan de Clasificación y Retribución designado por el Secretario.

RSR/

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE INSTRUCCION PUBLICA

RECOMENDACION DE CANDIDATOS PARA CUBRIR VACANTES EN EL
SERVICIO DE TRABAJADORES *

YABUCOA                                          16 de marzo de 1977
Distrito Escolar                                 Fecha

Someto para la aprobación del Secretario de Instrucción Pública los siguientes candidatos para nombramiento.

| Nombre de los Candidatos | Título del Puesto Vacante | Barrio de la Vacante | Nombre de la persona que ocupaba el puesto anteriormente | Fecha de Efectividad del nombramiento |
|---|---|---|---|---|
| Luz R. Rivera Cintrón | T.S.A.I | Guayabo | Esther Sanjurjo empleada regular-Ascenso | 16 marzo 1977 |

Certifico que los candidatos seleccionados figuran en las listas de elegibles entre los primeros cinco candidatos disponibles para empleo en este distrito escolar.

aprobado: 5 abril 77

Roque Díaz T...
Superintendente de Escuelas

W B de Zayas Pou...
Directora, División de Personal Clasificado

Director Regional

* Conserjes, Trabajador del Servicio de Alimentos I y II, Cocineros, Trabajadores de Granja, Guardianes, Trabajadores I y II.


# GOBIERNO DE PUERTO RICO

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## CERTIFICACIÓN

Certificamos que LUZ RIVERA CINTRON, disfruta beneficios de RETIRO INCENTIVADO LEY 70 de este Sistema de Retiro. La misma fue efectiva el 01 de enero de 2011. En la actualidad, recibe una anualidad ascendente a $16,050.00 pagadera en mensualidades de $1,337.50.

Además, tiene derecho a un bono de medicamentos de $100.00, un aguinaldo de navidad de $200.00 y una aportación para plan médico de $100.00 mensuales.

Esta certificación se expide hoy 07 de febrero de 2020, en San Juan, Puerto Rico.

Certifico correcto,



Marlisa Marrero Negron
Gerente Auxiliar
División de Asuntos de Pensionados

LREYES1

## GOBIERNO DE PUERTO RICO

DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos
Archivo No Docente

# CERTIFICACIÓN

Certifico que, **Luz E. Rivera Cintrón,** seguro social **XXX-XX-4269**, ocupó un puesto **Regular** de **Oficinista Mecanógrafo II** en el Distrito Escolar de Yabucoa. Prestó servicios desde el **29 de enero de 1963** hasta el **31 de diciembre de 2010** y devengó un salario de **$1,800.00** mensuales.

Dada en San Juan, Puerto Rico, el 7 de febrero de 2020, según solicitada por la empleada.

Marieliz D. Arroyo Figueroa
Supervisora

P.O. Box 190759, San Juan, PR 00919-0759 · Tel.: (787)773-3025 ó 3051

El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.