Luz E. Rivera Cintrón
Urb. Ciudad Massó
Calle 15 G 59
San Lorenzo, P.R. 00754



Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

RECEIVED & FILED
2020 FEB 18 PM 5:09
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR