| | |
|---|---|
| JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO, | PROMESA |
| como representante de | Titulo III |
| | Num. 17 BK 3283- LTS |
| ESTADO LIBRE ASOCIADO DE PUERTO RICO Y OTROS, | (Administrada conjuntamente) |
| Deudores | **La presente radicación guarda relación con el ELA y el SRE** |

### RADICACION DE REPLICA

Yo, Carmen D. Lozada Cruz, numero de reclamación 143830 y 128552, residente de la Urb. Ciudad Masso Calle 15 G 16, San Lorenzo, Puerto Rico, numero de celular 787-526-6972 y no tengo correo electronico, radico esta replica en carácter personal debido a la siguiente;

- El comencé a trabajar en el Departamento de Educación, como Trabajadora de Servicios de Alimentos, 6 horas, para el 1981 aproximadamente.
- Solicito esta replica debido a que nunca recibi el aumento de sueldo por la ley de Romerazo.

Lo expuesto anteriormente, lo expongo a mi mejor recuerdo.

Envio copias de los siguientes documentos:

-Certificación del Sistema de Retiro

-Certificación del Departamento de Educación

Esta Replica se esta enviando a las siguientes Oficinas;

Secretaria (Clerk's Office)

Tribunal de Distrito de los Estados Unidos

Room 150 Federal Building

*Carmen D. Lozada Cruz*

San Juan, Puerto Rico, 00918-1767

Abogado de la Junta de Supervision (Counsel for the Oversight Board)

Proskauer Rose LLP

Eleven Times Square

Nueva York, Nueva York 10036-8299

A/A: Martin J. Bienenstock

Brian S. Rosen

Abogado del Comite de Acreedores (Counsel for the Creditors Committee)

Paul Hastings LLP

200 Park Avenue

Nueva York, Nueva York 10166

A/A Luc A. Despins

James Bliss

James Worthington

G. Alexander Bongartz

Carmen D. Lozada Cruz

Firmo la presente hoy 14 de febrero de 2020 en San Lorenzo, P.R.

*[signature: Carmen D. Lozada Cruz]*