From: Carmen O. Bryant Cruz

P.M.B. 382

P.O. Box 1203

San Lorenzo P.R. 00754



To: Clerk's Office
United States District Court.
Room 150 Federal Building
San Juan, Puerto Rico 00 918-1767

PR 00918