12 de febrero de 2020

Secretaría (Clerk Office)

Tribunal de Distrito de los Estados Unidos

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767

A quien pueda interesar:

Por este medio deseo informar y confirmar que trabajé como maestra de Biología a nivel secundario e intermedio para el Departamento de Educación de Puerto Rico durante 30 años, 0 meses, 0 semanas y 4.5 días según se desprende de la certificación emitida por el Sistema de Retiro para Maestros adjunto a esta carta.

Desde el año 1984-1985 se aprobó un aumento salarial de $100.00 mensuales mediante la Ley 89 por parte del gobernador de turno Honorable Carlos Romero Barceló. El 1 de julio de 2001, la Ley 96 bajo la administración de la Honorable Sila María Calderón, otorgó otro aumento de $100.00 mensuales a los empleados públicos. Estos dos aumentos no me fueron otorgados a pesar de estar activa para dichas fechas. Este reclamo se ha luchado durante años por parte de las organizaciones que representan al magisterio puertorriqueño sin lograr acuerdos. Estos aumentos no recibidos afectaron el ingreso mensual durante los años correspondientes y además los ingresos por concepto de pensión de retiro al no ser cotizados. Lo antes mencionado lo expongo de mi mejor conocimiento y buena fe.

Adjunto documentación solicitada y evidencias.

- Certificación del Sistema de Retiro para Maestros
- Informe de Renta Anual Vitalicia
- Evidencia talonario de pago
- Certificación del Departamento de Educación de Puerto Rico
- Información personal del reclamante

_____   Números de reclamación: 121384

Nidza Ivette Díaz Marrero                                117143

Seguro Social XXX-XX-6466                         113763

5042 Avenida Ext. Ramón Ríos Román,

Sabana Seca, PR 00952

(787) 644-3532  nidzadiaz@yahoo.com

12 de febrero de 2020

Secretaría (Clerk Office)

Tribunal de Distrito de los Estados Unidos

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767

A quien pueda interesar:

Certifico la siguiente información personal:

Nombre: Nidza Ivette Díaz Marrero

Dirección Residencial: 708 Avenida Extensión Ramón Ríos Román, Sabana Seca, Toa Baja, Puerto Rico

Dirección Postal 5042 Avenida Extensión Ramón Ríos Román, Sabana Seca, Puerto Rico 00952

Teléfono: (787) 644-3532

Seguro Social: XXX-XX-6466

Correo electrónico ( E mail ) nidzadiaz@yahoo.com

_____

Nidza Ivette Díaz Marrero



Números de reclamación: 121384

117143

113763