| IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT. |
|---|

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Diaz Marrero, Nidza Ivette | 121384 | 6/28/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

| SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE. |
|---|

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Diaz Marrero, Nidza Ivette | 121384 | 6/28/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

000266

***CUST PR 1845 SRF 38939 PackID: 266 MMLID: 2040903 SVC: 138th Omni
Diaz Marrero, Nidza Ivette
5042 Ave. Ext. R.R.Roman
Sabana Seca, PR 00952

| IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT. |
|---|

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Diaz Marrero, Nidza Ivette | 117143 | 6/28/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

| SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE. |
|---|

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Diaz Marrero, Nidza Ivette | 117143 | 6/28/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.  If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m.  (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.  Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

000268

***CUST PR 1845 SRF 38939 PackID: 268 MMLID: 1858249 SVC: 138th Omni
Diaz Marrero, Nidza Ivette
5042 Ave. Ext. RR Roman
Sabana Seca, PR 00952

> **IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Diaz Marrero, Nidza Ivette | 113763 | 6/28/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

> **SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Diaz Marrero, Nidza Ivette | 113763 | 6/28/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

\*\*\*CUST PR 1845 SRF 38939 PackID: 267 MMLID: 2017285 SVC: 138th Omni
Diaz Marrero, Nidza Ivette
5042 Ave. Ext. RR Roman
Sabana Seca, PR 00952

**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Nidza I. Díaz Marrero**, con número de seguro social que termina en 6466.

| | |
|---|---|
| Fecha de Efectividad de la Pensión | 23 de diciembre de 2011. |
| Tiempo Cotizado para la Pensión | 30 años, 0 meses, 0 sem, 4.5 días |
| Pensión mensual Inicial | $2,160.00 |
| Pensión Mensual Actual | $2,160.00 |

Esta certificación se expide hoy, 4 **de febrero de 2020** en **San Juan, Puerto Rico**.

**Jorge I. Rohena Gotay**
**Supervisor**
**Área de Servicios de Retiro**

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918 P.O. Box 191879 · San Juan PR 00919-1879

787.777.1414    787.764.6910    www.srm.pr.gov



Rev.GIFT 12-abril-11

**Sistema de Retiro para Maestros**
**Area de Servicios de Retiro**

Fecha Radicación: 16-ago-11
Fecha Vencimiento: 23-feb-12

Núm de Caso: 1139

## INFORME RENTA ANUAL VITALICIA

**Apellido Paterno, Materno, Nombre e Inicial:** DIAZ MARRERO NIDZA I.
**Seguro Social:**
**Sexo:** ☑ Femenino ☐ Masculino

**Categoría y Pueblo:** SEC-VEGA BAJA
**Fecha Nacimiento (Mes-Día-Año):**
**Retiro Ley Núm.:** Ley 91 del 2004

**Dirección Postal:** 5042 Ave Ext Ramón Ríos Román, Sabana Seca PR 00952

**Tipo de Renta (Pensión):** ☑ Años de Servicio y Edad  ☐ Edad  ☐ Diferida
☐ Incapacidad Ocupacional  ☐ Incapacidad No Ocupacional

| Edad al Retirarse | Servicios Acreditados | Costo Anualidad | Renta |
|---|---|---|---|
| 58 Años, 11 Meses, 10 Días | 30 Años, 0 Meses, 0 Sem, 4.5 Días | $ 53,778.30 | Mensual $ 2,160.00  Anual $ 25,920.00 |

**Fecha de Renuncia:** 22-dic-11
**Último Día de Pago:** 22-dic-11
**Fecha Efectividad Pensión:** 23-dic-11
**Cierre de Nómina:** 28-feb-12
**Fecha Primer Pago Pensión:** 15-Mar-12
**Importe:** $ 2,160.00
**Pago Global Retroactivo:** Desde 23-dic-11 Hasta 29-feb-12  Importe Total $ 4,947.12

### DESGLOSE DE DESCUENTOS

|  | PAGO GLOBAL | PAGO MENSUAL |
|---|---|---|
| Importe Total (Bruto) | $ 4,947.12 | $ 2,160.00 |
| Menos Descuentos: | Descuento | Descuento |
| Préstamos: Clave |  |  |
| Personal (PP) 47-000 |  |  |
| Cultural (PC) 45-000 |  |  |
| Hipotecario (PH) 36-000 |  |  |
| Fianzas 67-059 |  |  |
| Aport. Individual 9% (Clave 26-001) |  |  |
| ASUME |  |  |
| Otros |  |  |
| **Importe Neto** | $ 4,947.12 | $ 2,160.00 |

**Bonos:**
☐ Bono Verano (PBV)
☐ Bono Navidad (BNP)
☐ Bono Medicamentos (PBM)

Certifico que la información aquí provista es cierta, correcta y completa.

**Nombre del Empleado:** ALFONSO MARTINEZ SANCHEZ  Firma  Fecha: 17-feb-2012
**Nombre Supervisor:** NORMA I. PEÑA AGOSTO  Firma  Fecha

### PREINTERVENCIÓN DE DOCUMENTOS  |  USO DIRECTOR(A) AREA RETIRO

**Verificación de:**
☑ Exactitud
☑ Legalidad
☑ Firmas
☐ Otros

AREA DE RETIRO DOCUMENTOS PREINTERVENIDOS
FEB 24 2012
NOMBRE / FIRMA

**Aprobado por:** IVONNE L. ORTIZ VALLADARES
Nombre Director(a) o Representante Autorizado
Firma  Fecha: 24 FEB 2012

### USO AREA DE PENSIONADOS (Sección Nóminas)

**Ingreso a Nómina Mes** ☑ 1ra ☐ 2da
**Nombre Empleado**  Firma  Fecha
**Nombre Supervisor:** Jorge L. Serrano Cruz  Firma  Fecha

**Nómina Pago Global Mes** ☐ 1ra ☐ 2da  ☐ Off Cycle ☑ Pay Line
**Nombre Empleado**  Firma  Fecha

Conservación: Seis años o una intervención de la Oficina del Contralor de Puerto Rico, lo que ocurra primero.

Rev.GIFT 12-abril-11

**SRM** — Sistema de Retiro para Maestros
Area de Servicios de Retiro

Fecha Radicación: 16-ago-11
Fecha Vencimiento: 23-feb-12

Núm de Caso: 1139

## INFORME RENTA ANUAL VITALICIA

Página 2

**DIAZ MARRERO NIDZA I.**
Apellido Paterno, Materno, Nombre e Inicial

Seguro Social | Fecha Nacimiento (Mes-Día-Año) | Categoría y Pueblo: SEC-VEGA BAJA

### COMPUTO RENTA ANUAL

A. $ 8,640.00 / 3 = $ 2,880.00 x 75.0% = - x 0.000 = $ 2,160.00
   Sueldos más altos / años / Promedio Sueldos / Per Ciento

B. Ajuste de 0%   $ - x 0% = $ -

C. Pensión Ajustada  $ - x 12 = $ -

APORTACIÓN INDIVIDUAL 0%
$ - x 0% = $ -

| TIEMPO | | | PROMEDIO DE SUELDOS | | | COMPUTO EDAD RETIRO | | | |
|---|---|---|---|---|---|---|---|---|---|
| Meses | Días Trabajados | Días Total | Mensual | Devengado | Promedio | Fecha | Años | Meses | Días |
| 12 | 0 | 20 | $ 2,880.00 | $ 34,560.00 | | Efectividad Pensión | 2011 | 12 | 23 |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | Nacimiento | 1953 | 1 | 13 |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | $ 2,880.00 | Edad al Retirarse | 58 | 11 | 10 |
| 12 | 0 | 20 | $ 2,880.00 | $ 34,560.00 | | | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | Fracción de Tiempo Docente | | | |
| 0 | 0 | 20 | $ - | $ - | | Años 0 x 240 = | | | |
| 0 | 0 | 20 | $ - | $ - | | Meses 0 x 20 = | | | |
| 0 | 0 | 20 | $ - | $ - | $ 2,880.00 | Semanas 0 x 5 = | | | |
| | | | | | | Días 0 x 1 = 0.0000 | | | |
| 12 | 0 | 20 | $ 2,880.00 | $ 34,560.00 | | | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | Fracción de Tiempo No Docente | | | |
| 0 | 0 | 20 | $ - | $ - | | Años 0 x 365 = | | | |
| 0 | 0 | 20 | $ - | $ - | | Meses 0 x 30 = | | | |
| 0 | 0 | 20 | $ - | $ - | $ 2,880.00 | 4 Sem 0 x 29 = | | | |
| | | | | | | 3 Sem 0 x 22 = | | | |
| 0 | 0 | 20 | $ - | $ - | | 2 Sem 0 x 15 = | | | |
| 0 | 0 | 20 | $ - | $ - | | 1 Sem 0 x 7 = | | | |
| 0 | 0 | 20 | $ - | $ - | | Días 0 x 1 = | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | 0.0000 |
| 0 | 0 | 20 | $ - | $ - | | DATOS APORTACION I/A | | | |
| 0 | 0 | 20 | $ - | $ - | $ - | | | | |
| 0 | 0 | 20 | $ - | $ - | | Fecha Cese Descuento | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | Preparado por: | | | |
| 0 | 0 | 20 | $ - | $ - | | Nombre | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | $ - | Firma         Fecha | | | |

Sueldo Total para Promedio: $ 103,680.00   $ 8,640.00

Revisado por: _____ Nombre
Firma         Fecha

### Servicios Acreditados

| Años | Meses | Sem | Días |
|---|---|---|---|
| 30 | 0 | 0 | 4.5 |

| Gobierno de Puerto Rico | | Grupo de Pago: | SM -Quincenal | Business Unit: | PUERT |
|---|---|---|---|---|---|
| 592 - SISTEMA DE RETIRO MAESTRO-PENS | | Desde: | 12/16/2019 | Aviso #: | 5318236 |
| | | Hasta: | 12/31/2019 | Fecha Aviso: | 12/30/2019 |

| NIDZA I DIAZ MARRERO | # Empleado: | XXXXX6466 | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| 5042 AVE RAMON RIOS | Dept: | 592160-ANOS SERVICIO LEY91 2004 | Estado Civil: | Married | Married |
| SABANA SECA PR 00952-4555 | Lugar: | A/OS SERVICIO LEY 91 | Concesiones: | 0 | 39 +99 |
| | Titulo: | Pensionado | Pct. Adcl.: | | |
| SS: XXX-XX-6466 | Sueldo: | $2,160.00 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | | 
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 1,080.00 | 1,957.50 | 25,920.00 |
| Bono Navidad Pensionados | | | 0.00 | | 200.00 |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 |
| Total: | | | 1,080.00 | 1,957.50 | 26,220.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AS-ASOC PENSIONADOS | 1.00 | 24.00 |
| Total: | 1.00 | 24.00 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-MMM LEY 117 | 100.00 | 1,200.00 |
| * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 1,080.00 | 0.00 | 1.00 | 1,079.00 |
| Acumulado: | 26,220.00 | 0.00 | 24.00 | 26,196.00 |

### PTO HORAS / ACUM

| | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5318236 | 1,079.00 |
| Total: | 1,079.00 |

MENSAJE:

---

Gobierno de Puerto Rico  
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha  
12/30/2019

Aviso No.  
5318236

Cant. Deposito: $1,079.00

TRAY 160 SQ 36309**********SCH 5-DIGIT 00949 36309 2 AV 0.383  
NIDZA I DIAZ MARRERO  
5042 AVE RAMON RIOS  
SABANA SECA PR 00952-4555

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | | $1,079.00 |
| Total: | | $1,079.00 |

**NO-NEGOCIABLE**

INTENTIONALLY LEFT BLANK

TRAY 160 SQ 36309******************SCH 5-DIGIT 00949     36309 2 AV 0.383
NIDZA I DIAZ MARRERO
5042 AVE RAMON RIOS
SABANA SECA PR 00952-4555



# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

**ATT: LEY PROMESA**

11 de febrero de 2020

# C E R T I F I C A C I O N

| | | |
|---|---|---|
| Certifico que | : | NITZA I. DIAZ MARRERO |
| Seguro Social | : | |
| Categoría | : | MA. EDUC. SEC (BIOLOGIA) |
| Distrito Escolar | : | VEGA ALTA |
| Sueldo Mensual | : | $2,880.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 22 de diciembre de 2011 |
| Otros | : | Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de (30) años. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.