Nidza Irett Diaz Marrero
5042 Ave. Ext. R.R. Roman
Sabana Seca, PR 00952



U.S. POSTAGE PAID
FCM LG ENV
SABANA SECA, PR
00952
FEB 14, 20
AMOUNT
**$1.40**
R2304E106667-04

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

RECEIVED & FILED
2020 FEB 18 PM 5:04
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR