Réplica de Objeción Global

I. Datos de Contacto

Fernando E. Pérez Torres
Urb. Las Lomas, calle 1A
aptdo. 963
Juana Díaz, P.R. 00795
Teléfono- 939-281-4617

RECEIVED & FILED
2020 FEB 18 PM 5:06

II. EPÍGRAFE

a. Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
#150 Chardón Avenue
Federal Building
San Juan (Puerto Rico) 00918

b. Estado Libre Asociado de Puerto Rico y otros (deudores).

c. Número de Procedimiento 17BK 3283-LTS.

d. Objeción global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico.

C. Número de las evidencias de reclamos.

1. 101019 - Ley 180 - Pensión Retiro Aumento anual - Lcdo. Aníbal Acevedo Vilá (2001)

2. 99337 - Ley 34 de Dr. Pedro Roselló Aumento Anual. (1998)

3. 110.193 - Ley 89 - Prestación servicios educativos al Depto. Educación. Lcdo. Rafael Hdez. Colón

4. 99337 - Ley 96 - 2002 Dr. Pedro Roselló

5. 101019 - Ley 164 - 2004 Sra. Sila M. Calderón

6. 129266 - Ley 34 - 1998    7. 149181 - Ley 89 del 79

III. El Tribunal no debe declarar a lugar la objeción Global, debido a que son dineros adeudados en las siguientes leyes aprobados por el gobierno del Estado Libre Asociado de Puerto Rico.

1. Ley 180 - Pensión Retiro Aumento Anual 3% Lcdo. Aníbal Acevedo Vilá.

2. Ley 34 - Aumento Anual - Dr. Pedro Roselló

3. Ley 89 del 79 - Prestación de Servicios Educativos al Depto. de Educación de P.R. Lcdo. Rafael Hernández Colón.

4. Ley 96 - 2002 - Aumento Anual - Dr. Pedro Roselló.

5. Ley 164 - 2004 Aumento Anual - Sra. Sila M.

IV. Documentación

Años Servicios con el Departamento de Educación 1976-2006 (30 años).

Se está reclamando las leyes que cubren estos años de servicio Educativo.

No he podido enviar toda la evidencia Justificativa debido a que las agencias que tramitan dicha información actualmente no están trabajando.

3 de enero 2020
Juana Díaz, Puerto Rico

Reclamante: Fernando E. Pérez Torres
# Reclamación 101019 - 99337 - 110193

Reclamación del dinero adeudado en mis años de Servicios con el Depto. de Educación del Estado Libre Asociado de Puerto Rico 1976-2006. En los siguientes # de Reclamación 101019, 149181, 99337 - 110193, 129,266 de las Leyes que me competen cuando trabajaba:

1. Ley 180 - Pensión Retiro Aumento Anual 3% 2001. 6,000

2. Ley 34 - Aumento Anual (1998) 9,600

3. Ley 89 del 79 26,400

4. Ley 96 de/2002 4,800

5. Ley 164 del 2004 2,400

Gran total 49,200

Gracias anticipadas por la cooperación al respecto.

Atentamente
Fdo. Fernando Pérez Torres
939-281-4617

7 de febrero de 2020
Juana Díaz, P.R.

A quien pueda interesar:

Motiva esta carta a mi objeción, ya que para esos años trabajé como maestro y Director de escuelas pública y como Director III en el Departamento de Educación del Estado Libre Asociado de P.R. Nunca recibí aumentos de las diferentes leyes aprobadas por los gobernantes y que fueron ofrecidas a empleados públicos del Departamento de Educación. Cumplí con mi trabajo, pero no me pagaron los aumentos ofrecidas por cada gobierno de Puerto Rico. Por tanto, cada ley tiene que responder a los reclamos de cada empleado público en la Educación de Puerto Rico. Así que espero se me haga justicia en dicho caso.

Queda de su parte atender mencionado caso.

atentamente, Fernando E. Pérez