DE-35
Rev. 4/99

# DEPARTAMENTO DE EDUCACION
## AREA DE RECURSOS HUMANOS

### INFORME SOBRE TRABAJO DE EMPLEADOS EN PERIODO PROBATORIO
### PERSONAL NO DOCENTE

| 1. Nombre del empleado | 2. Número de Seguro Social | 3. Título de Clasificación |
|---|---|---|
| Fernando E. Perez Torres | | Director Ejec. Prog. Vocacional |

| 4. Ubicación Región / Distrito | 5. División, Sección, Unidad o Escuela | 6. Fecha en que vence el nombramiento |
|---|---|---|
| Ponce | Region de Ponce | 1 de septiembre de 2005 |

| FACTORES | Sobrepasa | Alcanza | No alcanza | Comentarios |
|---|---|---|---|---|
| **PRODUCTIVIDAD:** La cantidad de trabajo que realiza el empleado. | X | | | |
| **EFICIENCIA:** La calidad del trabajo que realiza el empleado. | X | | | |
| **CONOCIMIENTOS DEL TRABAJO:** Se refiere al dominio que ejerce sobre los distintos aspectos que componen su área de especialización. | X | | | |
| **HABILIDAD PARA APRENDER:** La rápidez y corrección con que el empleado aprende a ejecutar los deberes después de recibir las instrucciones. | X | | | |
| **ASISTENCIA:** La regularidad y puntualidad con que el empleado cumple con el horario diario de trabajo. | X | | | |
| **CONFIABILIDAD:** La capacidad observada en el empleado para captar y seguir instrucciones, asumir sus responsabilidades y ejecutar sus tareas con relativa independencia. | X | | | |
| **INTEGRIDAD:** La ausencia de sospecha, involucración o convicción por actos contrarios a la política pública, la Ley y la moral. La adhesión sincera y evidente a altos ideales morales y profesionales. | X | | | |
| **SOCIABILIDAD:** La conducta del empleado en sus contactos con los demas empleados, supervisores y usuarios de servicios de la agencia. | X | | | |
| **COOPERACION:** La actitud y disposición para colaborar en la consecución de los objetivos del servicio. | X | | | |
| **INICIATIVA Y CREATIVIDAD:** Cuando el empleado hace uso de sus talentos y capacidades especiales y los pone al servicio de la agencia. | X | | | |

CERTIFICO que los servicios rendidos por este empleado durante el período probatorio fueron:
☐ satisfactorios
☐ no satisfactorios

Indique si la no aprobación del período probatorio se debió a:

☐ Servicios  ☐ Hábitos  ☐ Actitudes

_____
Firma del Jefe de Agencia o Representante Autorizado    Fecha

CERTIFICO que la evaluación del empleado de referencia se hizo de conformidad con las guías emitidas por el Departamento de Educación y que la misma cubre el período comprendido entre el 29/Oct-04 y el 29/Oct-05 y que el resultado de ésta se discutió con el empleado.

_____   29 Oct. 2004
Firma del Supervisor Inmediato           Fecha

_____   octubre 29/04
Firma del Empleado                        Fecha

11/Feb-20

lbf



## Estado Libre Asociado de Puerto Rico
### DEPARTAMENTO DE EDUCACIÓN
REGIÓN EDUCATIVA DE PONCE

OFICINA DEL DIRECTOR REGIONAL

27 de junio de 2006

A QUIEN PUEDA INTERESAR:

Por la presente certifico que el Sr. Fernando E. Pérez Torres ( ) trabaja en el Departamento de Educación como Director Ejecutivo II en la Región Educativa de Ponce con un puesto permanente desde hace 30 años.

Devenga un salario mensual de $ 3,975.00.

Certifico correcto,

Daisy E. Sánchez Cruz
Directora Interina
Región Educativa de Ponce

DESC/hms




**GOBIERNO DE PUERTO RICO**
**DEPARTAMENTO DE EDUCACIÓN**
**REGION EDUCATIVA DE PONCE**
**DISTRITO ESCOLAR DE SANTA ISABEL**

**CERTIFICACION DE EMPLEO Y AÑOS DE SERVICIO**

22 de diciembre de 2017

A quién pueda interesar:

Saludos cordiales. Certifico que el Profesor Fernando E. Pérez Torres, con número de Seguro Social XXX-XX-XX fue maestro y luego director Ejecutivo III desde agosto del año 1966 hasta septiembre del año 2006. El Profesor Fernando E. Pérez Torres tenía estatus permanente en horario diurno, de la Región Educativa de Ponce, y completó sus 30 años de servicio.

Esperando su atención al respecto.

Cordialmente,

Prof. Carlos J. Martínez Ortiz
Ayudante Especial III
Distrito Escolar de Santa Isabel
Tel. 787-845-1265/939-366-5466



**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

SRM-SB-024
Rev. marzo 2017

## CERTIFICACIÓN DE PENSIÓN

PEREZ TORRES, FERNANDO E
PO BOX 963

JUANA DIAZ PR 00795-0963

Certifico que PEREZ TORRES, FERNANDO E recibe de una pensión vitalicia del Sistema de Retiro para Maestros. La pensión mensual es de $2,784.16 equivalente a $33,409.92 anual. Luego de las deducciones recibe la cantidad de $1,252.26 mensual, equivalente a $15,027.12 anual.

Esta certificación se expide hoy 10 de enero de 2020.



Número de Certificación: SRM03P2000111

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Estado Libre Asociado de Puerto Rico: http://www.pr.gov o en nuestro Portal en http://www.srm.pr.gov

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918
P.O. Box 191879 · San Juan PR 00919-1879



☎ 787.777.1414     📠 787.759.2883     www.srm.pr.gov