Fdo. E. Pérez Torres
P.O. Box 963
Juana Díaz, P.R. 00795



RECEIVED & FILED
2020 FEB 18 PM 5:06
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

TO: Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico
00918-1767