5 de febrero de 2020

A: Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico, 00918-1767

A: Abogados de la Junta de Supervisión (Counsel for the Oversight Board)
Proskauer Rose LLP
Eleven Times Square
Nueva York, Nueva York, 10036-8299
A/A: Martin J. Bienenstock
Brian S. Rosen

A: Abogados del Comité de Acreedores (Counsel for the Creditors Committee)
Paul Hastings LLP
200 Park Avenue
Nueva York, Nueva York, 10166
A/A: Luc A. Despins
James Worthington
G. Alexander Bongartz

Por este medio procedo a someter la documentación requerida para completar los documentos de la demanda del Título III (PROMESA) número de caso: 17 BK 3283-LTS demanda donde se incluye a la querellante Nilda Román Santiago, número de reclamación 124543.

Anejo las certificaciones de la Administración del Sistema de Retiro del ELA que evidencia las cantidades retenidas en los salarios devengados durante los años de servicio público en el Departamento del Trabajo y Recursos Humanos por la Administración del Sistema de Retiro del Estado Libre Asociado de Puerto Rico.

Cordialmente,

Nilda Román Santiago.
Calle Granadilla U2
Valle Arriba Heights
Carolina, Puerto Rico, 00983
Granadillapr@yahoo.com