

Nilda Roman Santiago
Calle Granadilla U2
Valle Arriba Heights
Carolina, Puerto Rico, 00983

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico, 00918-1767