12 de febrero de 2020

Secretaría (Clerk Office)

Tribunal de Distrito de los Estados Unidos

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767

A quien pueda interesar:

Certifico la siguiente información personal:

Nombre: Nelly Lasanta Pintado

Dirección Residencial: Bo. Cerro Gordo Km.2.3 Carr.830 Bayamón, Puerto Rico 00956

Dirección Postal: PO Box 676 Bayamón, Puerto Rico 00960

Teléfono: (787) 249-8509

Seguro Social: XXX-XX-1557

Correo electrónico ( E mail ) tanama717@hotmail.com

*[signature: Nelly Lasanta Pintado]*

Nelly Lasanta Pintado

Números de reclamación: 120327

102236

102673

RECEIVED & FILED 2020 FEB 18 PM 5:03 CLERK'S OFFICE US DISTRICT COURT SAN JUAN, PR

12 de febrero de 2020

Secretaría (Clerk Office)

Tribunal de Distrito de los Estados Unidos

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767

A quien pueda interesar:

Por este medio deseo informar y confirmar que trabajé como maestra de Biología a nivel secundario e intermedio para el Departamento de Educación de Puerto Rico durante 30 años desde el 1 de agosto de 1979 hasta el 1 de septiembre de 2009 según se desprende de la certificación emitida por el Sistema de Retiro para Maestros adjunto a esta carta.

Desde el año 1984-1985 se aprobó un aumento salarial de $100.00 mensuales mediante la Ley 89 por parte del gobernador de turno Honorable Carlos Romero Barceló. El 1 de julio de 2001, la Ley 96 bajo la administración de la Honorable Sila María Calderón, otorgó otro aumento de $100.00 mensuales a los empleados públicos. Estos dos aumentos no me fueron otorgados a pesar de estar activa para dichas fechas. Este reclamo se ha luchado durante años por parte de las organizaciones que representan al magisterio puertorriqueño sin lograr acuerdos. Estos aumentos no recibidos afectaron el ingreso mensual durante los años correspondientes y además los ingresos por concepto de pensión de retiro al no ser cotizados. Lo antes mencionado lo expongo de mi mejor conocimiento y buena fe.

Adjunto documentación solicitada y evidencias.

- Certificación de Pensión del Sistema de Retiro para Maestros
- Certificación de Años de Servicios y Edad, Ley 91 (2)
- Evidencia talonario de pago
- Información personal del reclamante

*Nelly Lasanta-Pintado*

Nelly Lasanta Pintado

Seguro Social XXX-XX-1557

PO Box 676

Bayamón, PR 00960

(787) 249-8509  tanama717@hotmail.com

Números de reclamación ; 120327

102236

102673

12 de febrero de 2020

Abogado de la Junta de Supervisión (Counsel for the Oversight Board)

Proskauer Rose LLP

Eleven Times Square

Nueva York, Nueva York 10036-8299

A/A: Martin J. Bienenstock

Brian S. Rosen

A quien pueda interesar:

Por este medio deseo informar y confirmar que trabajé como maestra de Biología a nivel secundario e intermedio para el Departamento de Educación de Puerto Rico durante 30 años desde el 1 de agosto de 1979 hasta el 1 de septiembre de 2009, según se desprende de la certificación emitida por el Sistema de Retiro para Maestros adjunto a esta carta.

Desde el año 1984-1985 se aprobó un aumento salarial de $100.00 mensuales mediante la Ley 89 por parte del gobernador de turno Honorable Carlos Romero Barceló. El 1 de julio de 2001, la Ley 96 bajo la administración de la Honorable Sila María Calderón, otorgó otro aumento de $100.00 mensuales a los empleados públicos. Estos dos aumentos no me fueron otorgados a pesar de estar activa para dichas fechas. Este reclamo se ha luchado durante años por parte de las organizaciones que representan al magisterio puertorriqueño sin lograr acuerdos. Estos aumentos no recibidos afectaron el ingreso mensual durante los años correspondientes y además los ingresos por concepto de pensión de retiro al no ser cotizados. Lo antes mencionado lo expongo de mi mejor conocimiento y buena fe.

Adjunto documentación solicitada y evidencias.

- Certificación del Sistema de Retiro para Maestros
- Certificación de Años de Servicios y Edad, Ley 91 (2)
- Evidencia talonario de pago
- Información personal del reclamante

_Nelly Lasanta Pintado_ (firma)

Nelly Lasanta Pintado

Seguro Social XXX-XX-1557

PO Box 676,

Bayamón, PR 00960 (787) 249-8509 tanama717@hotmail.com

Números de reclamación: 120327
102236
102673

10 de febrero de 2020

Abogado del Comité de Acreedores (Counsel for the Oversight Board)

Paul Hastings LLP

200 Park Avenue Nueva York, Nueva York 10166

A/A: Luc A. Despins

James Bliss

James Worthington

G. Alexander Bongartz

A quien pueda interesar:

Por este medio deseo informar y confirmar que trabajé como maestra de Biología a nivel secundario e intermedio para el Departamento de Educación de Puerto Rico durante 30 años, desde el 1 de agosto de 1979 hasta el 1 de septiembre de 2009 según se desprende de la certificación emitida por el Sistema de Retiro para Maestros adjunto a esta carta.

Desde el año 1984-1985 se aprobó un aumento salarial de $100.00 mensuales mediante la Ley 89 por parte del gobernador de turno Honorable Carlos Romero Barceló. El 1 de julio de 2001, la Ley 96 bajo la administración de la Honorable Sila María Calderón, otorgó otro aumento de $100.00 mensuales a los empleados públicos. Estos dos aumentos no me fueron otorgados a pesar de estar activa para dichas fechas. Este reclamo se ha luchado durante años por parte de las organizaciones que representan al magisterio puertorriqueño sin lograr acuerdos. Estos aumentos no recibidos afectaron el ingreso mensual durante los años correspondientes y además los ingresos por concepto de pensión de retiro al no ser cotizados. Lo antes mencionado lo expongo de mi mejor conocimiento y buena fe.

Adjunto documentación solicitada y evidencias.

- Certificación del Sistema de Retiro para Maestros
- Certificación de Años de Servicios y Edad, Ley 91 (2)
- Evidencia talonario de pago
- Información personal del reclamante

*Nelly Lasanta Pintado* (signature)

Nelly Lasanta Pintado

Seguro Social XXX-XX-1557

PO Box 676,

Bayamón, PR 00960  (787) 249-8509  tanama717@hotmail.com

Números de reclamación: 120327

102236

102673



SRM-ar-517
REV 04/2009

16 de julio de 2009

SRA. MATILDE PEDRAZA  
SECCION DE NOMBRAMIENTOS Y CAMBIOS  
DEPARTAMENTO DE EDUCACION

Prof: NELLY LASANTA PINTADO  
Seguro Social:

El (La) profesor (a) de referencia ha radicado una solicitud de retiro por la Ley Núm. 91 del 29 de marzo de 2004 (Ley del Sistema de Retiro para Maestros del Estado Libre Asociado de Puerto Rico).

[X] Años de Servicio     [ ] Edad     [ ] Diferida     [ ] Suplementaria

AL <u>26 de junio de 2009</u> fecha de su última cotización recibida.

[X] cualifica [ ] no cualifica, para acogerse a la jubilación, y tiene el siguiente tiempo:

| AÑOS | MESES | SEMANAS | DIAS | EDAD |
|------|-------|---------|------|------|
| 29   | 10    | 2       | 4    | 53   |

Los pagos pendientes no están considerados en esta certificación. Los mismos son:

[ ] Reconocimiento de Tiempo  
[ ] Diferencia en Por Ciento por Transferencia Recibida  
[ ] Reembolso de Cuotas  
[ ] Otros

De cualificar para pensión y tener menos de 30 años de servicio cotizados, cualifica para una pensión calculada al 1.8 por ciento del promedio de los 36 salarios más altos, multiplicado por el tiempo cotizado.

El tiempo certificado puede variar, de encontrarse diferencias en el Informe de Cambio enviado por el Departamento de Educación u otras Instituciones Gubernamentales y de existir anulaciones futuras entre cuentas que afecten las Aportaciones del Sistema. Deberá permanecer cotizando en nuestro Sistema hasta la fecha que proyecta retirarse.

Las Pólizas de Salud y Planes Médicos deben ser pagados directamente a las aseguradoras hasta tanto sometan las autorizaciones de descuentos para tramitar en su pensión.

Todas las aportaciones deben estar en el sistema al momento de procesar su pensión.

Cordialmente,

Ivonne L. Ortiz Valladares

Directora  
Area Servicios de Retiro

Samuel Alejandro

Sección Investigación y  
Análisis de Aportaciones

CF:PROF:NELLY LASANTA PINTADO  
BOX 676  
BAYAMON, PR 00960



Estado Libre Asociado de Puerto Rico
Sistema de Retiro para Maestros

12 de noviembre de 2009

PROF NELLY LASANTA PINTADO
PO BOX 676
BAYAMON PR 00960

CASO: 0920

Profesora Lasanta Pintado:

Nos referimos a su Solicitud de Retiro por **Años de Servicio y Edad,** conforme a las disposiciones de la **Ley 91**, aprobada el **29 de agosto de 2004**. Su retiro fue efectivo **el 1 de septiembre de 2009** y su renta mensual es de **$2,199.11**. Se incluye cheque **05349814 por $3,870.44** correspondiente a su pago retroactivo que cubre **del 1 de septiembre de 2009 hasta el 31 de octubre de 2009**. Los descuentos efectuados en este pago se reflejan en forma global en su talonario de cheque.

Le informamos que usted puede autorizar al Sistema de Retiro para Maestros a descontar de su pensión, determinada cantidad para pagar compromisos contraídos, tales como; seguro médico de su preferencia u otras deducciones permitidas por ley.

Si usted no se encuentra conforme con la presente determinación podrá radicar dentro del término de 30 días a partir de la notificación de la determinación del Director o su representante, un Escrito de Apelación ante la Junta de Síndicos del SRM. Dicha solicitud puede ser radicada personalmente o enviada por correo.

Radicaciones

**Dirección Física:** Secretaría Junta de Síndicos, Piso 8, Capital Center, Torre Norte 235 Ave Arterial Hostos, Hato Rey, PR

**Dirección Postal:** Secretaría Junta de Síndicos, Piso 8, PO Box 191879, Hato Rey PR 00919-1879

En las radicaciones por correo, el matasellos debe mostrar que la misma fue cursada dentro del término establecido. Todos los términos mencionados en los incisos para apelar o solicitar reconsideración son en días naturales. El procedimiento de apelación se rige por el Reglamento 7053 de 15 de noviembre de 2005.

Le informamos que cualquier gestión, comunicación o trámite que efectúe con el Sistema de Retiro para Maestros distinto a los escritos antes mencionados, no interrumpe los términos que usted dispone para ejercer su derecho de apelación.

Cordialmente,

Juan Agosto Castro
Supervisor Nómina de Pensionado

jbm



**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

SRM-SB-024
Rev. marzo 2017

## CERTIFICACIÓN DE PENSIÓN

LASANTA PINTADO, NELLY
BOX 676

BAYAMON PR 00960

Certifico que LASANTA PINTADO, NELLY recibe de una pensión vitalicia del Sistema de Retiro para Maestros. La pensión mensual es de $2,199.12 equivalente a $26,389.44 anual. Luego de las deducciones recibe la cantidad de $1,856.12 mensual, equivalente a $22,273.44 anual.

Esta certificación se expide hoy 12 de febrero de 2020.



Número de Certificación: SRM03P2000861

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Estado Libre Asociado de Puerto Rico: http://www.pr.gov o en nuestro Portal en http://www.srm.pr.gov

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918
P.O. Box 191879 · San Juan PR 00919-1879



☏ 787.777.1414   📠 787.759.2883   www.srm.pr.gov

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 12/01/2019 |
| Hasta: | 12/15/2019 |

Business Unit: PUERT
Aviso #: **5065221**
Fecha Aviso: 12/13/2019

**NELLY LASANTA PINTADO**
PO BOX 676
BAYAMON PR 00960-0676

SS: XXX-XX-1557

| | |
|---|---|
| # Empleado: | XXXXX1557 |
| Dept: | 592160-ANOS SERVICIO LEY91 2004 |
| Lugar: | A/OS SERVICIO LEY 91 |
| Titulo: | Pensionado |
| Sueldo: | $2,199.11 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | 1,099.56 | 1,867.50 | 25,289.88 | |
| Bono Navidad Pensionados | | 0.00 | | 200.00 | |
| BONO MEDICINA- PENSIONADOS | | 0.00 | | 100.00 | |
| Total: | | 1,099.56 | 1,867.50 | 25,589.88 | |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 120.50 | 2,723.50 |
| CO-COOPACA | 50.00 | 1,150.00 |
| AS-ASOC PENSIONADOS | 1.00 | 23.00 |
| Total: | 171.50 | 3,896.50 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 0.00 | 1,100.00 |

\* Tributable

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 1,099.56 | 0.00 | 171.50 | 928.06 |
| Acumulado: | 25,589.88 | 0.00 | 3,896.50 | 21,693.38 |

| PTO HORAS | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5065221 | 928.06 |
| Total: | 928.06 |

**MENSAJE:**

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
12/13/2019

Aviso No.
**5065221**

Cant. Deposito: $928.06

TRAY 170 SQ 38725******************SCH 5-DIGIT 00959    38725 2 AV 0.383
NELLY LASANTA PINTADO
PO BOX 676
BAYAMON PR 00960-0676

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | 361036326 | $928.06 |
| Total: | | $928.06 |

NO NEGOCIABLE

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Grupo de Pago: SM -Quincenal
Desde: 12/16/2019
Hasta: 12/31/2019

Business Unit: PUERT
Aviso #: 5320574
Fecha Aviso: 12/30/2019

**NELLY LASANTA PINTADO**
PO BOX 676
BAYAMON PR 00960-0676

SS: XXX-XX-1557

# Empleado: XXXXX1557
Dept: 592160-ANOS SERVICIO LEY91 2004
Lugar: A/OS SERVICIO LEY 91
Titulo: Pensionado
Sueldo: $2,199.11 Monthly

DATA IMP: Federal / PR
Estado Civil: Married / Married
Concesiones: 0 / 39+99
Pct. Adcl.:
Cant. Adcl.:

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,099.56 | 1,957.50 | 26,389.44 |
| Bono Navidad Pensionados | | | 0.00 | | 200.00 |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 |
| Total: | | | 1,099.56 | 1,957.50 | 26,689.44 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 120.50 | 2,844.00 |
| CO-COOPACA | 50.00 | 1,200.00 |
| AS-ASOC PENSIONADOS | 1.00 | 24.00 |
| Total: | 171.50 | 4,068.00 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 100.00 | 1,200.00 |

\* Tributable

## TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 1,099.56 | 0.00 | 171.50 | 928.06 |
| Acumulado: | 26,689.44 | 0.00 | 4,068.00 | 22,621.44 |

## PTO HORAS

| | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5320574 | 928.06 |
| Total: | 928.06 |

MENSAJE:

---

Gobierno de Puerto Rico
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
12/30/2019

Aviso No.
5320574

Cant. Deposito: $928.06

TRAY 170 SQ 38725**************SCH 5-DIGIT 00959    38725 2 AV 0.383
NELLY LASANTA PINTADO
PO BOX 676
BAYAMON PR 00960-0676

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | 361036326 | $928.06 |
| Total: | | $928.06 |

NO NEGOCIABLE

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Lasanta Pintado Nelly | 120327 | 6/28/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Lasanta Pintado Nelly | 120327 | 6/28/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Lasanta Pintado Nelly | 102236 | 6/26/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Lasanta Pintado Nelly | 102236 | 6/26/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

000266

| | | | | |
|---|---|---|---|---|
| IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT. | | | | |
| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
| Lasanta Pintado Nelly | 102673 | 6/26/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

| | | | | |
|---|---|---|---|---|
| SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE. | | | | |
| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
| Lasanta Pintado Nelly | 102673 | 6/26/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

000266