Lasanta Pintado Abel
P O Box 676
Bayamón Puerto Rico 00960



U.S. POSTAGE PAID
FCM LG ENV
BAYAMON, PR
00959
FEB 14, 20
AMOUNT
**$1.40**
R2304N117237-14

1000          00918

Secretaría (Clerk Office)

Tribunal de Distrito de los Estados Unidos

Room 150 Federal Building

San Juan (Puerto Rico) 00918-1767,

RECEIVED & FILED
2020 FEB 18  PM 5: 03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.