14 de febrero de 2020

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, (Puerto Rico) 00918-1767



Mi nombre es Isabel Amaral González. Recibí el documento relacionado con la Centésima trigésima quinta Objeción Global del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno de Estado Libre Asociado de Puerto Rico a Reclamos deficientes, de fecha 14 de enero de 2020.

En el Exhibit A: Defectuosas, se me identifica en la página #98/174, #reclamación 140116 como reclamación deficiente. En esta página, entre otra información provista, se provee mi dirección postal como errónea, ya que la establece como PO Box 1962, en lugar del correcto, el cual es PO Box 1926, Juncos, PR 00777. El número de caso es 17 BK 03283-LTS, el deudor el Estado Libre Asociado de Puerto Rico, con un monto reclamado de $75,000.

Por este medio deseo certificar mis siguientes circunstancias personales.

Soy maestra retirada del Departamento de Educación del Estado Libre Asociado de Puerto Rico. Trabajé por 30 años para el Departamento de Educación como maestra de Educación Especial. Mi fecha de retiro fue en mayo de 2010. Mi dirección residencial es Urb. Villa Ana D-8, Juncos, Puerto Rico y mi dirección postal es PO Box 1926, en Juncos, Puerto Rico 00777. Mi número de teléfono es (787) 396-6825. Adjunto evidencia relacionada a mi posición como maestra del Departamento de Educación durante esos 30 años.

Entiendo que durante mi tiempo de servicio al Departamento de Educación se aprobaron una serie de leyes en Puerto Rico que impactaban económica y positivamente a los maestros activos en ese tiempo, lo cual me incluye. Estas leyes, entre otras, se refieren a la Ley #34, Ley #96, Ley de Aumento de Salarios, Ley de Paso y leyes conocidas como el Romerazo, el Rosellazo, en alusión a los gobernadores que las firmaron, el Hon. Carlos Romero Barceló y Hon. Pedro Roselló González, y la ley de la Hon. Sila María Calderón. De acuerdo a estas leyes se aprobaron unos aumentos salariales, que nunca se me pagaron, lo cual sienta la base para esta reclamación.

Por este medio deseo validar mi reclamación contra el Estado Libre Asociado de Puerto Rico como maestra retirada del Departamento de Educación, debidamente calificada para los aumentos salariales provistos por las leyes aprobadas mencionadas anteriormente y por el monto establecido o mayor debido a tanto tiempo transcurrido desde su aprobación sin el pago justo de ese salario debidamente devengado. Por esta razón, es que solicito muy respetuosamente al Honorable Tribunal de Distrito de los Estados Unidos, no declarar a lugar a la Objeción global en relación con mi reclamo.

De necesitar alguna información adicional relacionada a mi reclamación, favor de comunicarse conmigo a la dirección postal corregida anteriormente o al siguiente correo electrónico sandra.bendiciones4u@gmail.com, ya que estoy en la mejor disposición de proveerla.

Cordialmente,

*[firma]*

Isabel Amaral González