**Estado Libre Asociado de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 06/16/2010 |
| Hasta: | 06/30/2010 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | 1756867 |
| Fecha Aviso: | 06/30/2010 |

ISABEL AMARAL GONZALEZ
PO BOX 1926
JUNCOS, PR 00777
SS:

| | |
|---|---|
| # Empleado: | --- |
| Dept: | 592160-ANOS SERVICIO LEY91 2004 |
| Lugar: | A/OS SERVICIO LEY 91 |
| Titulo: | Pensionado |
| Sueldo: | $2,010.78 Monthly |

| | | |
|---|---|---|
| DATA IMP: | Federal | PR |
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 + 99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,005.39 | 82.50 | 1,005.39 |
| Total: | | | 1,005.39 | 82.50 | 1,005.39 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 324.05 | 324.05 |
| Total: | 324.05 | 324.05 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|

* Tributable

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|
| Corriente: | 1,005.39 | 0.00 | 324.05 | 681.34 |
| Acumulado: | 1,005.39 | 0.00 | 324.05 | 681.34 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #1756867 | 681.34 |
| Total: | 681.34 |

MENSAJE:

---

Estado Libre Asociado de Puerto Rico
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
06/30/2010

Aviso No.
1756867

*junio 30, 2010*

Cant. Desposito: $681.34

A la
Cuenta(s) De
ISABEL AMARAL GONZALEZ
PO BOX 1926
JUNCOS, PR 00777

Location: A/OS SERVICIO LEY 91

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | 717078943 | $681.34 |
| Total: | | $681.34 |

18 de marzo de 2010

Sr. Angel E. Cruz Carrión
Director
Escuela Fulgencio Piñero
Juncos, Puerto Rico

Estimado señor Cruz:

Por este medio deseo informar mi renuncia a la plaza de maestra de Educación Especial en la Escuela Fulgencio Piñero. La misma será efectiva el 31 de mayo de 2010. La razón para esta renuncia es que he decidido acogerme a la jubilación por edad y años de servicio.

Agradezco la oportunidad de haber laborado en dicha escuela.

Cordialmente,

Isabel Amaral González
Maestra de Educación Especial



ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACIÓN
OFICINA REGIONAL EDUCATIVA
HUMACAO, PUERTO RICO

## ACEPTACION DE RENUNCIA

Región Educativa: __HUMACAO__      Distrito: __JUNCOS__

Nombre del Maestro (a): __ISABEL AMARAL GONZALEZ__

Seguro Social: __XXX-XX-8114__

Categoría de Puesto: __MA. EDUCACION ESPECIAL__

Número de Puesto: __R17823__

Razón de Licencia: __JUBILACION POR AÑOS DE SERVICIO__

Fecha de Efectividad: __31 DE MAYO DE 2010__

En representación del Secretario (a) de Educación le acepto su renuncia. Le deseamos mucho éxito en todas sus actividades futuras.

_____      __23 de marzo de 2010__
Firma del (la) Director (a) Regional              Fecha

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0579 TEL. (787) 250-6393, 759-2000, EXT. 2175. FAX (787765-1084
El Departamento de Educación no discrimina por razón de raza, color, sexo nacimiento, origen nacional, condición social, ideas política o religiosas edad o impedimento en sus actividades servicios educativas y oportunidades de empleo.