



PME 1-Day
CAGUAS, PR
00725
FEB 15, 20
AMOUNT
**$29.20**
R2304H109474-7

1005   00918

**PRESS FIRMLY TO S**

 **UNITED STATES POSTAL SERVICE®** | **PRIORITY MAIL EXPRESS®**


EJ 217 345 981 US

**UNITED STATES POSTAL SERVICE®**

**PRIORITY MAIL EXPRESS**


This envelope is made from post-consumer waste. Please recycle - again.

**CUSTOMER USE ONLY**

**FROM:** (PLEASE PRINT)   PHONE (     )

ISABEL AMARAL GONZALEZ
P.O. BOX 1926
JUNCOS, PR 00777

**DELIVERY OPTIONS (Customer Use Only)**

☐ **SIGNATURE REQUIRED** *Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.*

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

**TO:** (PLEASE PRINT)   PHONE (     )

SECRETARIA (CLERK'S OFFICE)
TRIBUNAL DE DISTRITO DE E.U.
150 AVE CARLOS CHARDON SUITE 150
SAN JUAN, PR

ZIP + 4® (U.S. ADDRESSES ONLY)

0 0 9 1 8 - 1 7 6 7

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

⬅ **PEEL FROM THIS CORNER**

RECEIVED & FILED
2020 FEB 18 PM 4:39
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

To schedule free Package Pickup, scan the QR code.



| PAYMENT BY ACCOUNT (if applicable) | |
|---|---|
| USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No. |

**ORIGIN (POSTAL SERVICE USE ONLY)**

| ☐ 1-Day | ☒ 2-Day | ☐ Military | ☐ DPO |
|---|---|---|---|
| PO ZIP Code **00725** | Scheduled Delivery Date (MM/DD/YY) **2/18/20** | Postage **$ 26.35** | |
| Date Accepted (MM/DD/YY) **2/15/20** | Scheduled Delivery Time ☐ 10:30 AM ☒ 3:00 PM ☐ 12 NOON | Insurance Fee $ | COD Fee $ |
| Time Accepted **2:46** ☐ AM ☒ PM | 10:30 AM Delivery Fee $ | Return Receipt Fee **$ 2.85** | Live Animal Transportation Fee $ |
| Special Handling/Fragile $ | Sunday/Holiday Premium Fee $ | Total Postage & Fees **$ 29.20** | |
| Weight 0 lbs. 2 ozs. | ☒ Flat Rate | Acceptance Employee Initials | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |
|---|---|---|
| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |

LABEL 11-B, MARCH 2019   PSN 7690-02-000-9996





EP13F Oct 2018
OD: 12 1/2 x 9 1/2

PS10001000006