Nombre:

Lisett Cueves Sánchez

Direccción:

Urb Parque Ecuestre c/37 G-10
Caroline, P.R. 00987

Tele:
(787) 310-3047

Correo electronico:
lisettcueves96@gmail.com

Tribunal De Distrito De Los Estados Unidos

# de procedimiento: 17BK3283 - LTS

# de reclamación: 157394  de Prime Clerk se
encuentra en el anexo A.
Montón de la reclamación:  $31,283.65

Yo, Lisett Cueves Sánchez entiendo que el
montón que se esta reclamando es y pertenece a
mí persona. Es dinero que he acumulado durante
mis años de trabajo y esfuerzo desde 1998
que comencé a trabajar en el Departamento de
Educación y que actualmente trabajo. Afirmo que se me
lobe la cantidad expuesta ariba. att