**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

28 de enero de 2020

**Agencia: 171 - DEPARTAMENTO EDUCACION (NO DOCENTE)**

LISSETT CUEVAS SANCHEZ
COND. PRUDENCIO RIVERA MARTINE
APT.11-11 VILLA PRADES
SAN JUAN, PR 00924

Seguro Social: XXX-XX-6105

A base de la información en nuestros registros, al 28 de enero de 2020 usted posee:

Fecha de Nacimiento: 30 de mayo de 1967
Fecha de Ingreso al Servicio Público: 01 de agosto de 2000
Fecha de Comienzo de Cotización: 01 de agosto de 2000

Género: Femenino

| Ley R2000 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | | Ley 106 | |
|---|---|---|---|---|---|
| Años Acreditados: | 19.06 | Tiempo Trabajado: | 4 | Tiempo Trabajado: | 2.5 |
| | | Aportaciones: | 7,753.20 | Aportaciones: | 4,307.66 |
| | | Intereses: | 3,776.65 | Intereses: | 0.00 |
| | | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| **Servicio No Cotizado** | | **Transferido Ley R2000** | | | |
| Pagado: | 0.00 | Aportaciones: | 14,508.72 | | |
| Tiempo: | 0.00 | Intereses: | 1,137.42 | | |
| **Balance Acumulado:** | 0.00 | **Total Aportaciones:** | 27,175.99 | **Total Aportaciones:** | 4,307.66 |
| **Beneficio:** | 0.00 | **Beneficio:** | 133.89 | **Beneficio:** | 0.00 |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov