H Cuevas Sánchez
Parque Ecuestre C/37
Carolina, P.R. 00987



U.S. POSTAGE PAID
FCM LG ENV
CAROLINA, PR
00985
FEB 15, 20
AMOUNT
**$1.20**
R2304W120227-04

Secretaria Tribunal del Distrito
de Estados Unidos
Room 150 Federal Bilding
San Juan, P.R. 00918-1767