Ponce, P.R.
12 de febrero de 2020

Secretaria (Clerk's Office)
Tribunal de distrito de los E.U.
Room 150 Federal Building
San Juan, P.R.
00918-1767

Saludos:

Adjunto le envío evidencia donde se indica la fecha cuando comencé a trabajar con el Departamento de Educación de P.R. (septiembre de 1969), fecha de retiro (agosto de 2001), sueldo mensual desde mi retiro en el 2001 hasta el 2019 y enero de 2020 ($1,458.29) y el sueldo anual de 17,499.36.

Durante todos estos años desde que me retiré en el 2001 nunca he recibido el aumento de 3% de cada tres años que por la ley 62 del 7 de septiembre de 1992, ordenaba al sistema de Retiro a dar un aumento de 3% cada tres años a los jubilados del sistema de retiro.

Tal vez la cantidad que me corresponde

no sea tan alta para una persona de 72 años, con los aumentos en los alimentos, luz, agua, gas, medicamentos, plan médico de medicare no teniendo seguro social (por ser maestra que no pagan ni reciben seguro social) y habiendo padecido dos veces de cáncer, cualquier cantidad de aumento es importante.

Para una persona que siempre trabajó y nunca vivió del gobierno porque hasta la parte B de medicare tengo que pagar, esa pequeña cantidad es importante. Para completar el cuadro la Junta de Supervisión Fiscal quiere descontar un 10% a las pensiones. ¿Es esto justo? Habiendo otras formas de adquirir capital para pagar bonos. ¿Tienen que ser los jubilados los que paguen? Si sus pensiones no le alcanzan para sus necesidades básicas.

Por favor velen por los intereses de los jubilados. Gracias.

Cordialmente,
Miriam Ferrer Rivera
Punto Oro 4022
Calle El Anaíz
Ponce, P.R. 00728