**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| FERRER RIVERA, MIRIAM | 166408 | 6/28/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| FERRER RIVERA, MIRIAM | 166408 | 6/28/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

000788

Año de jubilación

| | | Si es del sueldo anual | Si es del sueldo mensual |
|---|---|---|---|
| 2001 | | | $1458.29 |
| 2002 | | $17,499.36 | x .03 |
| 2003 | 3% | x .03 | $43.74 |
| 2004 | | $524.98 | |
| | | | |
| 2005 | | $17,499.36 | $1458.29 |
| 2006 | 3% | x .03 | x .03 |
| 2007 | | $524.98 | $43.74 |
| | | | |
| 2008 | | $17,499.36 | $1458.29 |
| 2009 | 3% | x .03 | x .03 |
| 2010 | | $524.98 | $43.74 |
| | | | |
| 2011 | | $17,499.36 | $1458.29 |
| 2012 | 3% | x .03 | x .03 |
| 2013 | | $524.98 | $43.74 |
| | | | |
| 2014 | | $17,499.36 | $1458.29 |
| 2015 | 3% | x .03 | x .03 |
| 2016 | | $524.98 | $43.74 |
| | | | |
| 2017 | | $17,499.36 | $1458.29 |
| 2018 | 3% | x .03 | x .03 |
| 2019 | | $524.98 | $43.74 |
| | | | |
| 2020 | | $524.98 | $43.74 |
| | | x 6 | x 6 |
| | | $3149.98 Total que deben de 2001 - 2019 | $262.49 Total que deben de 2001 - 2019 |

*Miriam Ferrer Rivera*

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 12/16/2019 |
| Hasta: | 12/31/2019 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | 5302493 |
| Fecha Aviso: | 12/30/2019 |

MIRIAM FERRER RIVERA
URB PUNTO ORO
4022 CALLE EL ANAEZ
PONCE PR 00728-2024
SS: XXX-XX-1616

# Empleado: XXXXX1616
Dept: 592110-Por Merito Ley 44
Lugar: PENSIONADOS LEY 44  02700
Titulo: Pensionado
Sueldo: $1,458.29 Monthly *sueldo mensual*

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | 8.974092 | 81.25 | 729.14 | 1,950.00 | 17,499.36 |
| Bono Navidad Pensionados | | | 0.00 | | 200.00 |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 |
| Total: | | 81.25 | 729.14 | 1,950.00 | 17,799.36 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SC-TRANS OCEANIC LIFE | 3.13 | 75.12 |
| Total: | 3.13 | 75.12 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-Humana Health Advantage | 100.00 | 1,200.00 |

* Tributable

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|
| Corriente: | 729.14 | 0.00 | 3.13 | 726.01 |
| Acumulado: | 17,799.36 *sueldo anual* | 0.00 | 75.12 | 17,724.24 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5302493 | 726.01 |
| Total: | 726.01 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

MENSAJE:

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
12/30/2019

Aviso No.
5302493

Cant. Deposito: _____ $726.01

TRAY 110 SQ 25072***************SCH 5-DIGIT 00730    25072 2 AV 0.383
MIRIAM FERRER RIVERA
URB PUNTO ORO
4022 CALLE EL ANAEZ
PONCE PR 00728-2024

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | $726.01 |
| Total: | | $726.01 |

**NO-NEGOCIABLE**

Form rev. 09.14

ESTADO LIBRE ASOCIADO DE PUERTO RICO — COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
**DECLARACION INFORMATIVA - PLANES DE RETIRO Y ANUALIDADES**
INFORMATIVE RETURN - RETIREMENT PLANS AND ANNUITIES

AÑO CONTRIBUTIVO - TAXABLE YEAR: 2014

S140008
Número de Confirmación de Radicación Electrónica
Electronic Filing Confirmation Number

☐ Enmendado - Amended: ___/___/___

| INFORMACION DEL PAGADOR - PAYER'S INFORMATION | INFORMACION DE QUIEN RECIBE EL PAGO - PAYEE'S INFORMATION |
|---|---|
| Núm. de Identificación Patronal - Employer Identification Number<br>660433481 | Núm. de Seguro Social - Social Security No. |
| Nombre - Name<br>SISTEMA DE RETIRO MAESTRO-PENS | Nombre - Name<br>MIRIAM FERRER RIVERA |
| Dirección - Address<br>EDIF. CAPITAL CENTER TORRE NOR<br>235 AVE. ARTERIAL HOSTOS<br>SAN JUAN, PR | Dirección - Address<br>URB PUNTO ORO<br>4022 CALLE EL ANAEZ<br>PONCE, PR |
| Código Postal - Zip Code 00919 | Código Postal - Zip Code 00728-20 |

Marque el encasillado correspondiente: - Check the corresponding box:

Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension
Día **01** Mes **08** Año **2001**

**Forma de Distribución:** - Form of Distribution:
☐ Total / Lump Sum  ☐ Parcial / Partial  ☒ Anualidad o Pagos Periódicos / Annuity or Periodic Payments

**Tipo de Plan o Anualidad:** - Plan or Annuity Type:
☒ Gubernamental / Governmental  ☐ Privado Calificado / Qualified Private  ☐ No Calificado / Non Qualified

| Descripción - Description | Cantidad - Amount | Distribuciones - Distributions | |
|---|---|---|---|
| 1. Aportación Vía Transferencia / Rollover Contribution | | 14. Cantidad Distribuida / Amount Distributed | 17799.36 |
| 2. Distribución Vía Transferencia / Rollover Distribution | | 15. Cantidad Tributable / Taxable Amount | 17499.36 |
| 3. Costo de la Pensión o Anualidad / Cost of Pension or Annuity | 41001.70 | 16. Cantidad sobre la cual se Pagó por Adelantado bajo las Secciones 1023.21, 1081.01(b)(9) o 1012D(b)(5) - Amount over which a Prepayment was made under Sections 1023.21, 1081.01(b)(9) or 1012D(b)(5) | |
| 4. Fondo de Retiro Gubernamental / Governmental Retirement Fund | 0.00 | | |
| 5. Contribución Retenida sobre Anualidad o Pagos Periódicos / Tax Withheld from Annuity or Periodic Payments | 0.00 | 17. Desglose de Cantidad Distribuida / Breakdown of Amount Distributed | |
| 6. Contribución Retenida sobre una Distribución Total (20%) / Tax Withheld from Lump Sum Distributions (20%) | | A. Aportaciones Diferidas / Deferred Contributions | |
| 7. Contribución Retenida sobre una Distribución Total (10%) / Tax Withheld from Lump Sum Distributions (10%) | | B. Aportaciones Voluntarias / After-Tax Contributions | |
| 8. Contribución Retenida sobre Otras Distribuciones de Planes Calificados (10%) - Tax Withheld from Other Distribution of Qualified Plans (10%) | | C. Ingreso Generado / Income Accretion | |
| 9. Contribución Retenida sobre Transferencia de un Plan Calificado a una Cuenta de Retiro Individual No Deducible - Tax Withheld from Rollover of a Qualified Plan to a Non Deductible Individual Retirement Account | | D. Otros / Others | |
| 10. Contribución Retenida sobre Distribuciones del Programa de Cuentas de Ahorro para el Retiro (10%) - Tax Withheld from Distributions from the Retirement Savings Account Program (10%) | | E. Total (Sume líneas 17A a la 17D) / Total Add lines 17A through 17D | |
| 11. Contribución Retenida sobre Transferencia del Programa de Cuentas de Ahorro para el Retiro a Cuenta de Retiro Individual No Deducible (10%) - Tax Withheld from Rollover of the Retirement Savings Account Program to a Non Deductible Individual Retirement Account (10%) | | 16. Código de Distribución / Distribution Code | A |
| 12. Contribución Retenida sobre Distribuciones a No Residentes - Tax Withheld from Nonresidents Distributions | | Razones para el Cambio / Reasons for the Change | |
| 13. Contribución Retenida sobre Otras Distribuciones / Tax Withheld from Other Distributions | | | |

| Número de Cuenta / Account Number | Número de Control / Control Number<br>000354081 | Número de Control de la Declaración Informativa Original / Control Number of Original Informative Return |
|---|---|---|

FECHA DE RADICACION: 28 DE FEBRERO O 30 DE AGOSTO, SEGUN APLIQUE. VEA INSTRUCCIONES - FILING DATE: FEBRUARY 28 OR AUGUST 30, AS APPLICABLE. SEE INSTRUCTIONS

Reproducido por: Departamento de Hacienda

ENVIE ELECTRONICAMENTE AL DEPARTAMENTO DE HACIENDA. ENTREGUE DOS COPIAS A QUIEN RECIBE EL PAGO. CONSERVE COPIA PARA SUS RECORDS.
SEND TO DEPARTMENT OF THE TREASURY ELECTRONICALLY. DELIVER TWO COPIES TO PAYEE. KEEP COPY FOR YOUR RECORDS.