From: Miriam [R?]
Punta [Ao?] 7022 Calle El Arroz
Ponce, P.R. 00728




Secretaría (Clerk's Office)
Tribunal de Distrito de los E.U.
Room 150 Federal Building
San Juan, P.R. 00918-1767

RECEIVED & FILED
2020 FEB 18 PM 5:05
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR