13 de febrero de 2020

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

RECEIVED & FILED
2020 FEB 18 PM 5:30
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

La presente es para solicitar la reclamación por demanda de clase a través del Departamento de Justicia de Puerto Rico. Mi nombre es Hilda Nieves Rodríguez y mi número de caso es 17BK 03283-LTS y mi número de reclamación es 164346 con seguro social ___. Entiendo que durante los años donde laboré en el Departamento de Justicia de Puerto Rico no se me adjudicó una serie de saldos llamados Impagos.

Laboré desde 1 de agosto de 1964 y terminé mis funciones el 15 de mayo de 1994 en el Departamento de Justicia de Puerto Rico.

Correo electrónico mcnieves56@yahoo.com
Mi celular es (787) 249-1255
Cantidad reclamada $15,000
Mi dirección Calle 53 Bloque 44-11 Miraflores
Bayamón, Puerto Rico 00957

Hilda Milagros Nieves Rodríguez