Héctor Nieves Rodríguez
Calle 53, B-44-11
Urb. Miraflores
Bayamón, P.R. 00957

RECEIVED & FILED
2020 FEB 18 PM 5:30
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

SAN JUAN PR 005
14 FEB 2020 PM 1 L

USA Forever — George H.W. Bush