UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br>as representative of<br>THE COMMONWEALTH OF PUERTO RICO, et al., | PROMESA<br>Title III<br>No. 17 BK 3283-LTS<br>(Jointly Administered)<br>This filing relates to the Commonwealth, HTA and ERS. |

RECEIVED & FILED
2020 FEB 18 PM 5:19
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.R.

## MOCIÓN INFORMATIVA Y SUPLEMENTANDO INFORMACIÓN

**AL HONORABLE TRIBUNAL:**

**COMPARECE**, Irma Violeta Reyes García, quien suscribe y muy respetuosamente **EXPONE, ALEGA Y SOLICITA:**

1. El día 29 de junio de 2018, se presentó el Formulario Oficial 410 modificado con relación a la reclamación de la Sra. Irma Violeta Reyes García.

2. Por error involuntario en la parte 1 del Formulario 410, se indicó en el mismo que el acreedor era el Sr. Fernando Figueroa Almodóvar, esposo de la aquí reclamante.

3. Posteriormente, durante la 1era semana del mes de febrero llegó un mamotreto del presente caso en donde se anejó la página #135 de la 176, específicamente el #762 en donde se hace alusión al nombre de Fernando Figueroa Almodóvar e Irma N. Reyes García, cuando lo correcto sería Irma V. Reyes García.

4. Que la verdadera acreedora del Estado Libre Asociado de Puerto Rico, soy yo Irma Violeta Reyes García.

5. Que trabajé para el Departamento de Salud del Estado Libre Asociado de Puerto Rico desde el 23 de julio de 1975 hasta el 31 de agosto de 1979.

6. También trabajé para el Departamento de Educación del Estado Libre Asociado de Puerto Rico desde el 1 de septiembre de 1979 hasta el 31 de julio de 2008.

7. Que trabajé para el Estado Libre Asociado de Puerto Rico como enfermera durante 33 años.

8. Que entre los años 2001 al 2005 se aprobó legislación para darle aumento a los empleados del Sistema de Educación y los mismos no fueron otorgados según establecido por ley.

9. Que posteriormente se llevaron litigios en donde se reclamaron los pagos de esos aumentos salariales y prevalecieron las uniones y los reclamantes que solicitaban el pago de dichos aumentos.

10. Al día de hoy no he recibido dinero alguno relacionado con dichos aumentos.

11. Que someto la presente moción solicitando reconsideración de la determinación del tribunal con relación al presente caso y aclarando que el acreedor oficial del gobierno es la suscribiente y no el Sr. Fernando Figueroa Almodóvar.

12. Se aneja a la presente moción talonario donde se evidencia el pago por concepto de pensión que recibo como beneficio de haber laborado para el Estado Libre Asociado de Puerto Rico durante 33 años y evidencia de los lugares en donde brinde servicios como empleada gubernamental.

**RESPETUOSAMENTE SOMETIDO.**

En Ponce y para San Juan Puerto Rico, a 13 de febrero de 2020.

**CERTIFICO**: Haber enviado copia fiel y exacta del presente escrito a: **Secretaría Tribunal de Distrito de los Estados Unidos**, a su dirección: Room 150 Federal Building, San Juan, PR, 00918-1767; **Martin J. Bienenstock**, a su dirección Eleven Times Square, Nueva York, NY 10036-8299; **Luc A. Despins**, a su dirección: 200 Park Avenue, Nueva York, NY, 10166.

*[firma]*

**IRMA VIOLETA REYES GARCÍA**
Urb. Santa Teresita calle Santa Lucia 4803
Ponce, PR, 00730-4529
787-484-7276
irmavioletaro@gmail.com