15 de febrero de 2020

A quien pueda interesar:

Yo, Irma Violeta Reyes García, solicito se evalúe nuevamente, si es posible el formulario 410 modificado con relación a una reclamación, ya que por error mi esposo el Sr. Fernando Figueroa Almodóvar firmó como acreedor actual y oportunamente a él fue que evaluaron la solicitud y no a mi Irma V. Reyes García quien es la persona que solicita.

En la moción informativa que prometí no. 8 debo corregir que el aumento a los empleados del Sistema de Educación me fue otorgado el aumento, pues encontré la evidencia.

Lo que en realidad estoy solicitando es se evalúe mi caso con relación a la Ley # 89 Retribución Uniforme del 12 de Julio 1979 También conocido como el Romerazo por la cual hace bastante tiempo y no recuerdo ni encuentro evidencia que lo haya recibido.

Gracias anticipadas
Sra. Irma V. Reyes G.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).

CDS 6/29/18

CDS ___/___

| Debtor | Case No. | Petition Date |
|---|---|---|
| ☒ Commonwealth of Puerto Rico / El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date: May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA) / La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date: May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority / La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date: May 21, 2017 |
| ☐ Employees Retirement System of the Government of the Commonwealth of Puerto Rico / El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date: May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority / La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date: July 2, 2017 |

2018 JUN 29 P 2:33 RECEIVED

## Modified Official Form 410 / Formulario Oficial 410 Modificado
## Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.
Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

[ ] Date Stamped Copy Returned
[ ] No Self-Addressed Stamped Envelope
[✗] No Copy Provided

### Part 1 / Parte 1   Identify the Claim / Identificar la reclamación

**Who is the current creditor?**
¿Quién es el acreedor actual?

Fernando Figueroa Almodovar

Name of the current creditor (the person or entity to be paid for this claim)
Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

Other names the creditor used with the debtor _____
Otros nombres que el acreedor usó con el deudor

Received
JUL 05 2018
Prime Clerk LLC

Claim Number: 150337

Proof of Claim

page 1

2. Has this claim been acquired from someone else?
¿Esta reclamación se ha adquirido de otra persona?

☒ No / No
☐ Yes. From whom?
  Sí. ¿De quién? _____

3. Where should notices and payments to the creditor be sent?

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

¿A dónde deberían enviarse las notificaciones al acreedor?

Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g)

Where should notices to the creditor be sent?
¿A dónde deberían enviarse las notificaciones al acreedor?

Name / Nombre: IRMA V. REYES GARCIA
Number / Número: URB SANTA TERESITA 4803
Street / Calle: CALLE SANTA LUCIA
City / Ciudad: PONCE, P.R. State / Estado: ZIP Code / Código postal: 00730
Contact phone / Teléfono de contacto: 787-484-7276 — 939-244-7111
Contact email / Correo electrónico de contacto: _____

Where should payments to the creditor be sent? (if different)
¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)

Name / Nombre: _____
Number / Número: _____ Street / Calle: _____
City / Ciudad: _____ State / Estado: _____ ZIP Code / Código postal: _____
Contact phone / Teléfono de contacto: _____
Contact email / Correo electrónico de contacto: _____

Does this claim amend one already filed?
¿Esta reclamación es una enmienda de otra presentada anteriormente?

☒ No / No
☐ Yes. Claim number on court claims registry (if known) _____
  Sí. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo) _____
  Filed on / Presentada el _____ (MM/DD/YYYY) / (DD/MM/AAAA)

Do you know if anyone else has filed a proof of claim for this claim?
¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?

☒ No / No
☐ Yes. Who made the earlier filing?
  Sí. ¿Quién hizo la reclamación anterior? _____

**Part 2 / Parte 2:** Give Information About the Claim as of the Petition Date
Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?

Tiene una reclamación contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico?

☐ No / No
☒ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at https://cases.primeclerk.com/puertorico/.)
  Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).

Departamento de Educacion

Do you supply goods and / or services to the government?
¿Proporciona bienes y / servicios al gobierno?

☒ No / No
☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:

Vendor / Contract Number | Número de proveedor / contrato: Retirada

List any amounts due after the Petition Date (listed above) but before June 30, 2017:
Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017 $ _____

| | |
|---|---|
| How much is the claim? ¿Cuál es el importe de la reclamación? | $_____. Does this amount include interest or other charges? ¿Este importe incluye intereses u otros cargos?<br>☐ No / No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).<br>Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A). |
| What is the basis of the claim? ¿Cuál es el fundamento de la reclamación? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.<br>Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.<br>HONORAS - SILA<br>Reclamacion laboral - 30% de pension de Retiro |
| Is all or part of the claim secured? ¿La reclamación está garantizada de manera total o parcial? | ☒ No / No<br>☐ Yes. The claim is secured by a lien on property.<br>Sí. La reclamación está garantizada por un derecho de retención sobre un bien.<br><br>Nature of property / Naturaleza del bien:<br>☐ Motor vehicle / Vehículos<br><br>☐ Other. Describe:<br>Otro. Describir: _____<br><br>Basis for perfection / Fundamento de la realización de pasos adicionales: _____<br><br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br>Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.)<br><br>Value of property / Valor del bien: $_____<br>Amount of the claim that is secured / Importe de la reclamación que está garantizado: $_____<br><br>Amount of the claim that is unsecured / Importe de la reclamación que no está garantizado: $_____<br>(The sum of the secured and unsecured amounts should match the amount in line 7.)<br>(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)<br><br>Amount necessary to cure any default as of the Petition Date /<br>Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso: $_____<br><br>Annual Interest Rate (on the Petition Date)<br>Tasa de interés anual (cuando se presentó el caso) _____ %<br>☐ Fixed / Fija<br>☐ Variable / Variable |
| Is this claim based on a lease? Esta reclamación está basada en un arrendamiento? | ☒ No / No<br>☐ Yes. Amount necessary to cure any default as of the Petition Date.<br>Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso $_____ |

Modified Official Form 410                                              Proof of Claim                                              page 3

| | |
|---|---|
| 12. Is this claim subject to a right of setoff? / ¿La reclamación está sujeta a un derecho de compensación? | ☒ No / No <br> ☐ Yes. Identify the property / Sí. Identifique el bien: _____ |
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)? <br> ¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☒ No / No <br> ☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.    $ _____ <br><br> Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |

## Part 3 / Parte 3: Sign Below. / Firmar a continuación

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☒ I am the creditor. / Soy el acreedor.
☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta Evidencia de reclamación se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

He leído la información en esta Evidencia de reclamación y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el ___29-06-2018___ (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma _____

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name: First name / Primer nombre _____ Middle name / Segundo nombre _____ Last name / Apellido _____

Title / Cargo _____

Company / Compañía _____
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección:
Number / Número _____ Street / Calle _____
City / Ciudad _____ State / Estado _____ ZIP Code / Código postal _____

Contact phone / Teléfono de contacto _____ Email / Correo electrónico _____

Modified Official Form 410                                    Proof of Claim

# FedEx International Air Waybill — Origin Copy

## 1 From
- Date: [illegible]
- Sender's FedEx Account Number: [blank]
- Sender's Name: [illegible]
- Phone: [illegible]
- Company: [illegible] Clerk
- Address: MCC Building [illegible]
- Address: [illegible]
- City: [illegible]
- State/Province: [illegible]
- ZIP/Postal Code: [illegible]
- Country: US
- Email Address: [blank]
- Internal Billing Reference: 194500 / 8001

FedEx Tracking Number: 8124 5664 2642 0402

## 4 Express Package Service
NOTE: Service order has changed. Please select carefully.
- 06 ☐ FedEx Intl. First
- 01 ☐ FedEx Intl. Priority
- 03 ☐ FedEx Intl. Economy

## 5 Packaging
- 06 ☐ FedEx Envelope
- 02 ☑ FedEx Pak
- 03 ☐ FedEx Box
- 04 ☐ FedEx Tube
- 15 ☐ FedEx 10kg Box
- 25 ☐ FedEx 25kg Box
- 01 ☐ Other

## 6 Special Handling and Delivery Signature Options
- 01 ☐ HOLD at FedEx Location
- 03 ☐ SATURDAY Delivery
- 10 ☑ Direct Signature
- 34 ☐ Indirect Signature

## 2 To
- 28 ☐ Residential Delivery
- Recipient's Name: [blank]
- Phone: 2122574169
- Company: PRIME CLERK
- Address: 850 3RD AVE STE 412
- Dept./Floor: [blank]
- City: BROOKLYN
- State/Province: NY
- ZIP/Postal Code: 11232
- Country: US
- Email Address: [blank]
- Recipient's Tax ID Number for Customs Purposes: [blank]

## 7 Payment
Bill transportation charges to:
1 ☐ Sender  2 ☑ Recipient  3 ☐ Third Party  4 ☐ Credit Card  5 ☐ Cash/Cheque

FedEx Acct No.: [obscured]

Bill duties and taxes to:
1 ☐ Sender  2 ☐ Recipient  3 ☐ Third Party  5 ☐ Cash/Cheque

FedEx Acct No.: 909-5[illegible]

## 3 Shipment Information
- Total Packages: 1
- Total Weight: 3 lbs
- DIM: [blank]

Commodity Description: [blank]
Harmonized Code: [blank]
Country of Manufacture: [blank]
Value for Customs: [blank]

RECEIVED JUL 05 2018 PRIME CLERK LLC

## 8 Required Signature
Sender's Signature: [signature]
Recipient's Signature: [blank]

662

- Origin Station ID: PSEA
- Country Code/Destination Station ID: USFBTA
- URSA Routing: SAFBTA
- Handling Units: [blank]
- Total Volume (cm): [blank]

Received At: 1 ☐ Reg. Stop  2 ☐ On-Call Stop  3 ☐ Drop Box  4 ☐ World Service Center  5 ☐ Station
Forms Attached: ☐ CI  ☐ CO

Base Charges: [blank]
Declared Val. Chrg: [blank]
Other: [blank]
ODA/OPA: [blank]
Credit Card Auth: [blank]
FedEx Emp. #: 32495

Has EEI been filed in AES? ☐ No EEI required, value $2,500 or less per Sch. B Number, no license required (NLR), not subject to ITAR
For U.S. Export Only; Check One: ☐ No EEI required, enter exemption number; ☐ Yes – Enter AES proof of filing citation
Total Declared Value for Carriage: [blank]
If other than NLR, enter License Exception: [blank]
Total Value for Customs (Specify Currency): [blank]

PART 158409 • Rev. Date 9/13 • ©1994–2013 FedEx • PRINTED IN U.S.A. RRDA • Non-Negotiable International Air Waybill

09/17

Centésima trigésima octava Objeción Global
Anexo A: Defectuosas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 760 | FIGUEROA ALDOY, IRIS M. URB. JARDINES DE GURABO CALLE 4 #89 GURABO, PR 00778 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 155382 | Indeterminado* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 761 | FIGUEROA ALICEA, MYRNA URB VALPARAISO CALLE 7 F-8 TOA BAJA, PR 00949 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 152507 | $ 18,000.00 |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 762 | FIGUEROA ALMODOVAN, FERNANDO IRMA N. REYES GARCIA URB SANTA TERESITA 4803 CALLE SANTA LUCAS PONCE, PR 00730 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 150337 | Indeterminado* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 763 | FIGUEROA ALVAREZ, SALVADOR HC-01 BOX 3095 JAYUYA, PR 00664-9705 | 8/13/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 133925 | Indeterminado* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 764 | FIGUEROA ALVAREZ, SALVADOR HC-01 BOX 3095 JAYUYA, PR 00664-9705 | 8/13/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 163801 | Indeterminado* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

\* Indica que la reclamación contiene montos por liquidar o indeterminados



ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE SALUD
HOSPITAL REGIONAL Dr. RAMON RUIZ ARNAU
BAYAMON, PUERTO RICO

28 de diciembre de 1979

CERTIFICACION

Certificamos que Irma V. Reyes García, ocupó un puesto de Enfermera II, con carácter Regular en el Hospital Regional Dr. Ramón Ruíz Arnau de Bayamón.

Comenzó a prestar sus servicios en nuestra Institución el día 23 de julio de 1975 hasta el mes de agosto de 1979.

Devengaba un sueldo mensual de $635.00.

Nellie Cartagena
Oficial de Personal
Hospital Regional
Bayamón, Puerto Rico

1 de mayo de 2008

Sra. Edmée Lugo Meléndez
Superintendente de Escuelas
Distrito Escolar Ponce I

Estimada Sra. Lugo:

La presente es para notificar que efectivo el 31 de julio de 2008 renunció a mi plaza K-00547 Enfermera Escolar II por motivos de jubilación.

Ha sido un verdadero placer el haber laborado para este distrito y tener la dicha de tenerla a usted como supervisora inmediata.

Espero en Dios por disfrutar de esta otra etapa de mi vida.

Atentamente,

Irma V. Reyes García
Enfermera Escolar



*Estado Libre de Asociado de Puerto Rico*
*Departamento de Educación*

*Oficina Superintendente de Escuelas*

2 de mayo de 2008

Sra. Irma V. Reyes García
Enfermera Escolar II
Distrito Escolar Ponce I

Estimada Sra. Reyes:

Sirva la presente para comunicarle que acepto su renuncia a su plaza K-00547 **Enfermera Escolar II** la cual será efectiva el 31 de julio de 2008.

Agradecida por los años de servicio que brindó al sistema y deseo que Dios le de salud para el disfrute de este retiro.

Cordialmente,

Edmée Lugo Meléndez
Superintendente de Escuelas

Distrito Escolar Ponce I·P.O. BOX 7396 Ponce, PR 00732-7396/Tel 841-7442-844-2708/FAX 844-6481
El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidad de empleo.

| Gobierno de Puerto Rico | | Grupo de Pago: | SM -Quincenal | Business Unit: PUERT |
|---|---|---|---|---|
| 530 - RETIRO CENTRAL PENSIONADOS | | Desde: | 12/16/2018 | Aviso #: 8826042 |
| | | Hasta: | 12/31/2018 | Fecha Aviso: 12/28/2018 |

| IRMA REYES GARCIA | # Empleado: | | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| EXT SANTA TERESITA | Dept: | 530100-Merito-Edad-Svc-Opcional-001 | Estado Civil: | Married | Married |
| 4803 CALLE SANTA LUCIA | Lugar: | Ley 447 de 15 de mayo de 1951 | Concesiones: | 0 | 0 |
| PONCE PR 00730-4529 | Titulo: | Pensionado | Pct. Adcl.: | | |
| SS: XXX-XX-3901 | Sueldo: | $1,529.56 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | --- Corriente --- | | --- Acumulado --- | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | 764.78 | 1,957.50 | 18,354.72 | |
| Bono Navidad Pensionados | | 0.00 | | 200.00 | |
| BONO MEDICINA- PENSIONADOS | | 0.00 | | 100.00 | |
| Total: | | 764.78 | 1,957.50 | 18,654.72 | |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Seguro por Muerte Asoc ELA | 19.69 | 472.56 |
| AS-ASOC PENSIONADOS | 1.00 | 24.00 |
| AS-AS BONAFI SERV PUB UNIDOS | 1.00 | 24.00 |
| Total: | 21.69 | 520.56 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-MCS Advantage | 100.00 | 1,200.00 |

* Tributable

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 764.78 | 0.00 | 21.69 | 743.09 |
| Acumulado: | 18,654.72 | 0.00 | 520.56 | 18,134.16 |

| PTO HORAS | ACUM | | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|
| Balance Inicial: | 0.0 | | Aviso #8826042 | 743.09 |
| + Acumulado: | | | | |
| - Utilizado: | | | Total: | 743.09 |
| - Donada: | | | | |
| + Ajustes: | | | | |
| Balance Final: | 0.0 | | | |

MENSAJE:

**¡Atención Pensionados!**

Solicitamos a todos los Pensionados que tenían cuentas en los bancos: Doral, Westernbank, RG y Bilbao Vizcaya a realizar los cambios de ruta y tránsito correspondients con el proposito de que sus depósitos directos no se vean afectados próximamente.

Para información llame al 787-777-1500

---

Gobierno de Puerto Rico  
530 - RETIRO CENTRAL PENSIONADOS

Fecha  
12/28/2018

Aviso No.  
8826042

Cant. Deposito: ___$743.09___

TRAY 92 SQ 22625****************SCH 5-DIGIT 00730    22625 2 AV 0.383  
IRMA REYES GARCIA  
EXT SANTA TERESITA  
4803 CALLE SANTA LUCIA  
PONCE PR 00730-4529

| DISTRIBUCION DE DEPOSITO DIRECTO | | |
|---|---|---|
| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| Savings | 534043828 | $743.09 |
| Total: | | $743.09 |

NO-NEGOCIABLE

| Gobierno de Puerto Rico | | | | | Grupo de Pago: | SM -Quincenal | | Business Unit: PUERT | |
|---|---|---|---|---|---|---|---|---|---|
| 530 - RETIRO CENTRAL PENSIONADOS | | | | | Desde: | 12/01/2018 | | Aviso #: | 8643438 |
| | | | | | Hasta: | 12/15/2018 | | Fecha Aviso: | 12/14/2018 |
| **IRMA REYES GARCIA** | | | # Empleado: | | | | DATA IMP: | Federal | PR |
| EXT SANTA TERESITA | | | Dept: | 530100-Merito-Edad-Svc-Opcional-001 | | | Estado Civil: | Married | Married |
| 4803 CALLE SANTA LUCIA | | | Lugar: | Ley 447 de 15 de mayo de 1951 | | | Concesiones: | 0 | 0 |
| PONCE PR 00730-4529 | | | Titulo: | Pensionado | | | Pct. Adcl.: | | |
| SS: XXX-XX-3901 | | | Sueldo: | $1,529.56 Monthly | | | Cant. Adcl.: | | |

### HORAS E INGRESOS / IMPUESTOS

| | | --- Corriente --- | | ------ Acumulado ------ | | | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | | 764.78 | 1,875.00 | 17,589.94 | | | |
| Bono Navidad Pensionados | | | 0.00 | | 200.00 | | | |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 | | | |
| Total: | | | 764.78 | 1,875.00 | 17,889.94 | Total: | 0.00 | 0.00 |

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| | | | AE-Seguro por Muerte Asoc ELA | 19.69 | 452.87 | SM-MCS Advantage | 0.00 | 1,100.00 |
| | | | AS-ASOC PENSIONADOS | 1.00 | 23.00 | | | |
| | | | AS-AS BONAFI SERV PUB UNIDOS | 1.00 | 23.00 | | | |
| Total: | 0.00 | 0.00 | Total: | 21.69 | 498.87 | * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | | | | |
|---|---|---|---|---|
| Corriente: | 764.78 | 0.00 | 21.69 | 743.09 |
| Acumulado: | 17,889.94 | 0.00 | 498.87 | 17,391.07 |

| PTO HORAS | ACUM | DISTRIBUCION PAGA NETA | |
|---|---|---|---|
| Balance Inicial: | 0.0 | Aviso #8643438 | 743.09 |
| + Acumulado: | | | |
| - Utilizado: | | Total: | 743.09 |
| - Donada: | | | |
| + Ajustes: | | | |
| Balance Final: | 0.0 | | |

MENSAJE:

**¡Atención Pensionados!**

Solicitamos a todos los Pensionados que tenían cuentas en los bancos: Doral, Westernbank, RG y Bilbao Vizcaya a realizar los cambios de ruta y tránsito correspondientes con el proposito de que sus depósitos directos no se vean afectados próximamente.

Para información llame al 787-777-1500

---

Gobierno de Puerto Rico         Fecha                    Aviso No.
530 - RETIRO CENTRAL PENSIONADOS     12/14/2018                8643438

| DISTRIBUCION DE DEPOSITO DIRECTO | | |
|---|---|---|
| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| Savings | 534043828 | $743.09 |
| Total: | | $743.09 |

Cant. Deposito: _____ $743.09

TRAY 92 SQ 22625**************SCH 5-DIGIT 00730    22625 2 AV 0.383
IRMA REYES GARCIA
EXT SANTA TERESITA
4803 CALLE SANTA LUCIA
PONCE PR 00730-4529

**NO-NEGOCIABLE**