Irma
Urb. Santa Teresita
4803 Santa Lucia St
Ponce, P.R. 00730-4520





U.S. POSTAGE PAID
FCM LG ENV
COTO LAUREL, PR
00780
FEB 15, 20
AMOUNT
$8.00
R2305K134134-06

Secretaria Tribunal de Distrito
de los Estados Unidos de America
Room 150 Federal Building
San Juan, P.R. 00918-1767