**GOBIERNO DE PUERTO RICO**

DEPARTAMENTO DE EDUCACIÓN
OFICINA REGIONAL EDUCATIVA DE PONCE
Unidad de Recursos Humanos

5 de febrero de 2020

**A QUIEN PUEDA INTERESAR:**

Certifico que la Sra. Sonia Quirindongo González, con seguro social número XXX-XX-1548, trabajó con el Departamento de Educación en un puesto de Profesional de Servicios de Alimentos I en la Escuela Elemental Webster del municipio de Peñuelas, Distrito Escolar de Yauco.

La señora Quirindongo comenzó a trabajar para el Departamento de Educación el 3 de septiembre de 1985 en un puesto permanente y renunció efectivo al 1 de marzo de 2013 con un sueldo final de $1,786.00.

Certifico correcto,



MANUEL CANDELARIO RAMOS
Ayudante Especial – ORE de Ponce

mmp

**DEPARTAMENTO DE EDUCACIÓN**

APARTADO 7477, PONCE, PR 00732-7477 * TEL: (787) 843-7171

El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.

## DEPARTAMENTO DE EDUCACIÓN
Estado Libre Asociado de Puerto Rico
Secretaría Auxiliar de Recursos Humanos
Division de Personal No Docente

### INFORME DE NOMBRAMIENTOS Y CAMBIOS

Expediente: 32767      Número del Cambio: 3889

| Número del Cambio | Antes del Cambio | Después del Cambio |
|---|---|---|
| 1. Nombre del Empleado | SONIA QUIRINDONGO GONZALEZ | |
| 2. Seguro Social | | |
| 3. Número de Puesto | C28433 | |
| 4. Cifra de Cuenta | E1160-111-0810000-1010-00100-2013- | |
| 5. Cifra de Cuenta SIFDE | E1160 - 111 - 51862 - 1010 - 001 - 2013 | |
| 6. Status | REGULAR | |
| 7. Escala de Retribución | 02 | |
| 8. Clasificación y Número de Clase | PROFESIONAL DE SERVICIOS DE ALIMENTOS I 61102 (7.00) | |
| 9. Sueldo | $ 1,786.00 | |
| 10. Diferencial | | |
| 11. División o Escuela | ELEMENTAL WEBSTER 51862 | |
| 12. Programa | Servicios de Alimentos | |
| 13. Ubicación | YAUCO 136 | |
| 14. Acción y Duración | RENUNCIA | |
| 15. Aportación a Retiro | 5.775% | |
| 16. Último Día de Trabajo | | |
| 17. Último Día de Pago | 31/ENERO/2013 04:00 PM | |
| 18. Fecha de Efectividad | 01/MARZO/2013 | |
| 19. Comentarios y Explicaciones | | |

AGOTO BALANCES
AUSENCIAS SIN AUTORIZACION DESDE EL 1/FEBRERO/2013 HASTA EL 1/MARZO/2013.

20. Firma del Jefe de Agencia o Representante Autorizado

Dra. Julia Nazario Fuentes

Fecha de Preparado: 08/ABRIL/2013
Preparado Por: jlvh

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2219, 2223, 2227, 2229, 2224, 3461 FAX
El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.