



U.S. POSTAGE PAID
FCM LG ENV
PUEBLO, CO
81008
FEB 11, 20
AMOUNT
**$4.75**
R2304H109880-82

1023   00918



CERTIFIED MAIL

7019 1640 0002 1491 7299

Sonia Quindelond Gonzalez
#c03 Box 12659
Peñuelas P.R. 00624

Clerk's Office (No. 17 BK 3283-LTS)
United States District Court, District of Puerto Rico
150 Carlos Chardon Street
San Juan, PR 00918-1767

RECEIVED & FILED
2020 FEB 18 PM 5:19
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR