14 de febrero de 2020

A quien pueda interesar:

Adjunto evidencia de los años trabajados del departamento de educación, como evidencia ya que tengo una reclamación del caso # 17BK3283-LTS Commonwealth Puerto Rico. Claim # 89755, ya que recibí información sobre mi caso que es deficiente.

Comencé a trabajar 24 de agosto de 1980 y terminé el 31 de julio de 2012. Mi fecha de jubilación fue 31 de julio de 2012.

Gracias
att.
Heriberta Maui González
mi # de teléfono es
787-673-5375

P.D.> Trabajé en el D.E.
Desde el año 1980-1982
Me fui por 6 años
pero regresé al D.E.
Desde el año 1988 hasta el año 2012
que me jubilé

Espero respuesta del mismo.

Gracias por la ayuda que puedas brindarme!

Herohilda Maui González