

Estado Libre Asociado de Puerto Rico  -  Sistema de Retiro para Maestros

## CERTIFICACIÓN DE PENSIÓN

FRM-70-0001
Rev. 10/2015

MARI GONZALEZ,HEROHILDA
PO BOX 5000-446

SAN GERMAN PR 00683

Certifico que MARI GONZALEZ,HEROHILDA recibe de una pensión vitalicia del Sistema de Retiro para Maestros. La pensión mensual es de $1,218.72 equivalente a $14,624.64 anual. Luego de las deducciones recibe la cantidad de $461.48 mensual, equivalente a $5,537.76 anual.

Esta certificación se expide hoy 24 de enero de 2017.



Número de Certificación: SRM03P1700355

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Estado Libre Asociado de Puerto Rico: http://www.pr.gov o en nuestro Portal en http://www.srm.pr.gov

Ave. Arterial, Calle Hostos #235
Edif. Capital Center, Torre Norte
San Juan, Puerto Rico

(787) 777-1414
http://www.srm.pr.gov



Página 1 de 1

*Atención*
*Carmen Ayuso*



**CERTIFICACIÓN AÑOS DE SERVICIO Y EDAD**

30 de julio de 2012

SRA MATILDE PEDRAZA
SECCION NOMBRAMIENTOS Y CAMBIOS
DEPARTAMENTO DE EDUCACIÓN

RE : Herohilda Mari González

El profesor de referencia ha radicado una Solicitud de Retiro por la Ley 91 de 29 de marzo de 2004 (Ley del Sistema de Retiro para Maestros del Estado Libre Asociado de Puerto Rico).

[ X ] Años de Servicio   [ ] Edad    [ ] Diferida    [ ] Suplementaria

Al **27 de julio de 2012**    fecha de su última aportación recibida

[ X ] cualifica   [ ] no cualifica   para acogerse a la jubilación y tiene el siguiente tiempo:

| AÑOS | MESES | SEMANAS | DÍAS | EDAD |
|---|---|---|---|---|
| 25 | - | 1 | 2 | 55 |

Los pagos pendientes no están considerados en esta certificación. Los mismos son:

[ ] Reconocimiento de Tiempo
[ ] Diferencia en por ciento por transferencia recibida
[ ] Reembolso de Cuotas
[ X ] No aplica

Cualifica para una pensión al 75% del promedio de los 36 salarios más altos, de haber cotizado 30 años de servicios. De tener menos de 30 años de servicio cualificaría para una pensión al 1.8 % del promedio de los 36 salarios más altos, multiplicados por el tiempo cotizado.

El tiempo certificado puede variar, de encontrarse diferencias en el Informe de Cambio, enviado por el Departamento de Educación u otras instituciones Gubernamentales y de existir anulaciones futuras entre cuentas que afecten las aportaciones del Sistema. Deberá permanecer cotizando en nuestro Sistema hasta la fecha que proyecta retirarse.

El plan médico y planes suplementarios deben ser pagados directamente a las aseguradoras hasta tanto envíen las autorizaciones de descuentos para tramitar su pensión.

Cordialmente,

Ivonne L Ortiz Valladares
Principal Oficial Ejecutivo
Beneficios y Servicios

PROF HEROHILDA MARI GONZALEZ
PO BOX 5000-446
SAN GERMAN PR 00683

PO Box 191879 San Juan P.R 00919-1879 Teléfonos (787) 754-8611 ó 1-800-981-861
http://www.srm.gobierno.pr   E-mail: consulta@srm.gobierno.pr

IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Mari Gonzalez, Herohilda | 89755 | 6/25/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Mari Gonzalez, Herohilda | 89755 | 6/25/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**