

P.O. Box 5000-446

San Germán, Puerto Rico, 00683

Secretaria (Clerk's Office)
Tribunal de distrito de los
Unidos
#150 Charlos Avenue
Federal Building
San Juan Puerto Rico, 00918

CERTIFIED MAIL

7018 3090 0000 0794 2596

$4.75