Luz N. Casasnovas Cuevas
Urb. Villa Cristina
Calle 3 - B. 12
Coamo P.R. 00769

Tribunal de Distrito de los Estados Unidos

Nombre de los deudores: Estado Libre Asociado de Puerto Rico.

Número de Procedimiento - 17BK3283-LTS

Título de Obligación Global
Centécima trigécima novena Objeción Global

Número de Evidencias o Reclamaciones #93661
Aportaciones patronales y laborales #104321 $56,000
Ley #96 del 1 de Julio del 2002 de la Gobernadora
Sila M. Calderón #141982 $9,000
Reclamación laboral c/Romero #110662 $7,500
Quinquenios, Horas Extras y Tiempo no Contabilizado
Ley de Obama 2008-2016 Sistema de Retiro

RECEIVED & FILED
2020 FEB 18 PM 5:05
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Honorable Tribunal Federal

Honorables Miembros del Tribunal
Mi nombre es Luz M. Casasnovas Cuevas quien laboré para el Gobierno de Puerto Rico. Comencé en 2 de agosto de 1996 hasta Mayo de 2010. En el puesto de Oficial Correccional y a lo que fui destituida luego de estar fuera por el fondo del Seguro del estado, debido a unas lecciones recibidas mientras laboraba como oficial de custodia. El seguro social me dio una Incapacidad. Luego solicité al sistema del Retiro para que me aprobaran una Incapacidad laboral y estos me lo negaron por muchos años. Al no Acorme que habían cerrado mi caso en el 2016 decidí pedirle que me fueran devueltos todas mis Aportaciones patronales y personales, estos se negaron a devolverlo. Intenté pedirle nuevamente y ellos se niegan a devolverlo. Esto es algo que por ley me pertenece.

Luz M. Casasnovas Cuevas

Esta segunda reclamación es para que tengan conocimiento que para la fecha de Abril del 2009 me acogí a los beneficios del Seguro Social por Incapacidad luego de haber luchado por muchos años mi incapacidad laboral y haber sido denegada me vi en la obligación de solicitar fueran devueltas mis aportaciones laborales y personales al Sistema del Retiro de Puerto Rico. Ellos han continuado negandose a devolverlas. Yo entiendo que ellos (El Sistema del Retiro) tienen que devolver ese dinero ya que cuando un empleado forma un contrato con el Gobierno para que el empleado aporte con 50% y el Gobierno el otro 50% este dinero tiene que ser devuelto en su totalidad. Y a la fecha de hoy, después de casi 10 años de estar fuera del trabajo no he recibido ni un centavo de ellos.

[signature]