**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| CASASNOVAS CUEVAS, LUZ N | 93661 | 6/26/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| CASASNOVAS CUEVAS, LUZ N | 93661 | 6/26/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

*[signature]*

000680

***CUST PR 1845 SRF 38154 PackID: 680 MMLID: 1893210 SVC: 119th Omni
CASASNOVAS CUEVAS, LUZ N
URB VILLA CRISTINA CALLE 3/B-12
COAMO, PR 00769

(3) Motivos para el Trib. para que no desestimen el Caso

(4) Evidencia existente.

(4) Quin quiero Explicar



*ESTADO LIBRE ASOCIADO DE PUERTO RICO*
*DEPARTAMENTO DE CORRECCION Y REHABILITACION*
*ADMINISTRACION DE INSTITUCIONES JUVENILES*

## A QUIEN PUEDA INTERESAR

Certifico que la Sra. Luz N. Casasnovas Cuevas, Seguro Social XXX-XX-0321, trabaja para esta Agencia desde el 2 de agosto de 1996. La señora Casasnovas Cuevas, ocupa un puesto permanente clasificado como Oficial de Servicios Juveniles I adscrito al Centro de Tratamiento Social de Guayama. En tal capacidad devenga un sueldo mensual de $2,177.00.

Señalamos que la señora Casasnovas Cuevas, no está incluida en la lista de empleados cesanteados por la Ley Núm. 7 de 9 de marzo de 2009.

Cualquier duda sobre este particular, puede comunicarse con nuestra Oficina de Recursos Humanos al 767-9600, exts. 5952 ó 5937.

Dado en Hato Rey, Puerto Rico, hoy 28 de octubre de 2009, a petición de la señora Casasnovas Cuevas.

Certifico correcto,

*[firma]*

María de los A. Ortiz Torres
Directora de Recursos Humanos

OR/mri

**Este documento está libre de tachaduras y/o**
**borrones y no es válido sin el sello de la**
**Oficina de Recursos Humanos**

APARTADO POSTAL 19175, ESTACION FERNANDEZ JUNCOS, SAN JUAN, PR 00910   TELEFONO 767-9600



ESTADO LIBRE ASOCIADO DE PUERTO RICO
*DEPARTAMENTO DE CORRECCIÓN Y REHABILITACIÓN*
ADMINISTRACIÓN DE INSTITUCIONES JUVENILES

OFICINA DEL SUBADMINISTRADOR

5 de mayo de 2010

Sra. Luz Casasnovas Cuevas
Urbanización Villa Cristina, Calle 3 B-12
Coamo, Puerto Rico 00769

Señora Casasnovas:

Mediante comunicado del 1 de marzo de 2010, le notifiqué la intención de decretar su Cesantía del puesto que ocupa como Oficial de Servicios Juveniles I en el Centro de Tratamiento Social de Guayama. Esto, toda vez que la Administración de Instituciones Juveniles le concedió el período máximo de tiempo para proteger su status y los derechos a que pudo ser acreedora según lo tipificado en la Ley 45 del 18 de abril de 1935, Ley de Compensaciones por Accidente del Trabajo de la Corporación del Fondo del Seguro del Estado, Artículo 5ª. Además, usted fue apercibida del derecho que le asiste a solicitar por escrito una vista informal ante el Oficial Examinador de la Agencia, en un término de quince (15) días a partir del recibo de la comunicación. Dicho término transcurrió sin que usted hubiera solicitado la misma.

La Ley 184 de 3 de agosto de 2004, "Ley para la Administración de los Recursos Humanos en el Servicio Público del Estado Libre Asociado de Puerto Rico", dispone:

Artículo 6    Administración de los Recursos Humanos

Sección 6.6    Disposiciones sobre Retención

Inciso 9    Se podrán decretar cesantías en el servicio, sin que contribuya acción disciplinaria o destitución en las siguientes circunstancias:

...c.    cuando el empleado esté inhabilitado por accidente del trabajo y en tratamiento médico bajo el Fondo del Seguro del Estado por un período mayor de doce (12) meses desde la fecha del accidente, conforme al Artículo 5-A de la Ley Núm. 45 de 18 de abril de 1935, según enmendada, "Ley de Compensaciones por Accidente del Trabajo". De esta acción se notificará al empleado apercibiéndole de su derecho a solicitar vista administrativa


PUERTO RICO VERDE

P.O. BOX 19175, SAN JUAN, PUERTO RICO 00910-9175
Tel. (787) 273-6464 * Fax. (787) 765-3394

MAYAGÜEZ 2010

Luego de evaluar su caso y con la Autoridad conferida a mi persona por la Ley número 154 de 5 de agosto de 1988, Ley Orgánica de la Administración de Instituciones Juveniles le notifico, que queda Cesada del puesto que ocupa como Oficial de Servicios Juveniles I al recibo de esta comunicación. De usted, no estar de acuerdo con esta determinación, tendrá el derecho a radicar una apelación ante la **Comisión de Relaciones del Trabajo del Servicio Público, PO Box 13934, San Juan. PR 00907** en un término de quince (15) días laborables a partir de la fecha en que reciba esta comunicación. Deberá notificarnos con copia de todo escrito que radique ante la Comisión de Relaciones del Trabajo del Servicio Público.

Atentamente,

Sr. Carlos M. Molina Rodríguez
Administrador

MAOT/CHS

Cf: Sr. Rafael O. Malavé Ramos
   Sra. Carmen Bravo Rivera
   Federación de Custodia




P.O. BOX 19175, SAN JUAN, PUERTO RICO 00910-9175
Tel. (787) 273-6464 * Fax. (787) 765-3394

Administración de Instituciones Juveniles

28 de diciembre de 2009

POR CORREO CERTIFICADO
CON ACUSE DE RECIBO

AIJ0884
LUZ N. CASASNOVAS CUEVAS
VILLA CRISTINA
B12 CALLE 3
COAMO PR 00769-3614

### ESTA CARTA NO ES UNA CARTA DE CESANTÍA
### ES UNA NOTIFICACIÓN DE ANTIGÜEDAD EN EL SERVICIO PÚBLICO

### CERTIFICACIÓN DE FECHA DE ANTIGÜEDAD

Estimado(a) señor(a) LUZ N. CASASNOVAS CUEVAS:

OFICIAL SERVICIOS JUVENILES I

Por la presente se certifica su fecha de antigüedad total en el servicio público al 17 de abril de 2009, conforme a lo dispuesto en la Ley Núm. 7 de 9 de marzo de 2009, según enmendada, y la Carta Circular Núm. 2009-16 emitida el 2 de noviembre de 2009 por la Junta de Reestructuración y Estabilización Fiscal ("JREF").

Antigüedad Total al 17 de abril de 2009:    13 años 10 meses y 5 días

El proceso de notificación de antigüedad ha sido reiniciado en atención a las reclamaciones presentadas por ciertas organizaciones sindicales ante los Tribunales.

De usted no estar de acuerdo con la antigüedad aquí certificada deberá presentar por sí, y de ser el caso, a través de su organización sindical, a la Oficina de Recursos Humanos de su Agencia el documento titulado: "Formulario de Impugnación de Fecha de Antigüedad Certificada" (el "Formulario"). Este documento será provisto por su Agencia o podrá tener acceso al mismo en la siguiente dirección electrónica: www.jrefpr.org. Deberá acompañar junto al Formulario evidencia documental fehaciente, la cual deberá ser emitida por la entidad gubernamental pertinente, que refute la antigüedad que le ha sido aquí certificada.

El término que usted, o de ser el caso, su organización sindical, tendrá para presentar ante la Oficina de Recursos Humanos de su Agencia el Formulario, acompañado de la evidencia documental fehaciente, es de treinta (30) días calendario a partir de la fecha de la notificación de esta certificación. La fecha de notificación será la del envío por correo certificado con acuse de recibo de la presente certificación. De no presentar el Formulario y la evidencia documental fehaciente dentro del término de treinta (30) días antes

señalado, la antigüedad aquí notificada será concluyente. Para mayor información, refiérase a la Carta Circular Núm. 2009-11 emitida el 14 de mayo de 2009 por la JREF. Puede obtener copia de la carta circular a través de la Oficina de Recursos Humanos de su Agencia o podrá tener acceso al mismo en la siguiente dirección electrónica: www.jrefpr.org

Atentamente,

*[firma]*

Carlos M. Molina Rodríguez
Administrador

DE USTED SER MIEMBRO DE UNA ORGANIZACIÓN SINDICAL, SIMULTÁNEAMENTE CON LA NOTIFICACIÓN POR CORREO CERTIFICADO CON ACUSE DE RECIBO DE ESTA CERTIFICACIÓN, SE ENTREGARÁ COPIA DE LA MISMA A SU REPRESENTANTE SINDICAL POR CORREO CERTIFICADO CON ACUSE DE RECIBO.

# Administración del Seguro Social
## Seguro de Jubilación, Sobrevivientes e Incapacidad
Notificación de Aprobación

Office of Central Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Fecha: 8 de noviembre de 2009
Número de Solicitud:

000043 MCSM87 N3 2.850

LUZ N CASASNOVAS CUEVAS
URB VILLA CRISTINA
B 12 CALLE 3
COAMO, PR 00769

Usted tiene derecho a beneficios mensuales de incapacidad comenzando en abril de 2009.

## Qué Pagaremos Y Cuándo

- Usted recibirá $4,278.75 alrededor de 14 de noviembre de 2009.

- Este es el dinero debido a usted por abril de 2009 hasta e incluyendo octubre de 2009.

- El próximo pago de usted por $815.00, que es para noviembre de 2009, será recibido en, o cerca del cuarto miércoles de diciembre de 2009.

- Después de eso, recibirá $815.00 en o cerca del cuarto miércoles de cada mes.

- Estos y cualquier otro pago futuro irán a la institución financiera que usted eligió. Por favor notifíquenos si cambia su dirección postal para que le podamos enviar cartas directamente.

- Más adelante en esta carta le mostraremos cómo calculamos estas cantidades.

El día en que hacemos los pagos en este registro se basa en la fecha de nacimiento de usted.

## Otros Pagos Por Incapacidad Afectan A Los Beneficios

Los pagos presentes de usted por compensación de trabajadores de $433.30 no afectan los beneficios de Seguro Social de usted.

Enclosure(s):
Pub 05-10903
Pub 05-10958

C                    Vea La Página Siguiente

## Información Sobre Los Honorarios De Los Representantes

Hemos dado autorización al acuerdo de honorarios entre usted y su representante.

Los beneficios adeudados a a usted son $5,705.00 para abril de 2009 hasta octubre de 2009. Bajo el acuerdo de honorarios, el representante no puede cobrarle más de $1,426.25 por su trabajo. La cantidad de honorario no incluye ningún gasto adicional (por ejemplo copias de los informes de médicos u hospitales) Este es un asunto entre usted y el representante.

## Cómo Pedirnos Que Revisemos La Determinación De Honorarios

Usted, el representante o la persona que decidió su caso pueden pedirnos que revisemos la cantidad del honorario que hemos decidido que el representante puede cobrar.

Si usted piensa que la cantidad de honorarios es excesiva, díganoslo por escrito dentro de 15 días después de la fecha en que recibió esta carta. Díganos que usted no está de acuerdo con la cantidad y dénos las razones. Envíe su petición a esta dirección:

> Social Security Administration
> Office of Disability Adjudication and Review
> Attorney Fee Branch
> 5107 Leesburg Pike
> Falls Church, Virginia 22041-3255

El representante también tiene 15 días para escribirnos si piensa que la cantidad es muy baja.

Si no recibimos carta de usted o el representante, asumiremos que los dos están de acuerdo con la cantidad de honorarios.



**RETIRO**
GOBIERNO DE PUERTO RICO

| | | |
|---|---|---|
| Luz Cassanovas Cuevas<br>Villa Cristina<br>B-12 Calle 3<br>Coamo PR 00769 | * | Caso Núm.: 2011-0067 |
| Apelante | * | |
| V | * | Sobre: |
| Administración de los Sistemas de<br>Retiro de los Empleados del Gobierno<br>y la Judicatura | * | Incapacidad Ocupacional<br>Incapacidad No Ocupacional |
| Apelada | * | |

## ORDEN

Se le concede un **término final de diez (10) días** a la Parte Apelante, para que cumpla con la Orden de 9 de diciembre de 2011.

### REGÍSTRESE Y NOTIFÍQUESE:

En San Juan, Puerto Rico, a 9 de marzo de 2012.

Lcda. Milagros Rodríguez De Jesús
Asesora Legal Administrativa

**ABOGADO APELANTE:**
Derecho Propio

MRDJ/jvf



JUNTA DE SÍNDICOS
ADMINISTRACIÓN DE LOS SISTEMAS DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO Y LA JUDICATURA
PO Box 40316 San Juan, PR 00940-0316 • Plaza Retiro, 437 Ave. Ponce de León Pda. 32 1/2, San Juan, P.R. 00917-3711
Tel. 787.767.1166 • www.retiro.pr.gov