Case:17-03283-LTS Doc#:11379-2 Filed:02/18/20 Entered:02/20/20 14:43:33 Desc: Envelope Page 1 of 1

Luz Hereida Casasnovas  
urb. Villa Cristina  
Calle 3-B-12  
Coamo, P.R-00769



Secretaria (Clerk's office)  
Tribunal de Distrito de los Estados Unidos  
Room 150 Federal Building  
San Juan (Puerto Rico) 00918-1767

RECEIVED & FILED  
2020 FEB 18 PM 5:05  
CLERK'S OFFICE  
U.S. DISTRICT COURT  
SAN JUAN, PR