14 de febrero de 2020

A quien pueda interesar:

Adjunto evidencia de los años trabajados del departamento de educación, como evidencia ya que tengo una reclamación del caso # 17BK3283-LTS Commonwealth Puerto Rico. Claim # 92796, ya que recibí información sobre mi caso que es deficiente.

Comencé a trabajar 24 de agosto del año 1980 y terminé en el año 2012. Mi fecha de jubilación fue 31 de julio de 2012.

Gracias
att.
Herohilda Mari González
mi # de teléfono es
787-673-5375

Trabajé en el D.E.
Desde el año 1980-1982
Me fui por 6 años
Pero regresé al D.E.
Desde el año 1988- hasta el año 2012 que me jubilé.

RECEIVED & FILED
2020 FEB 18 PM 5:18
CLERK'S OFFICE
US DIST COURT
SAN JUAN P.R.

Espero respuesta del mismo.

Gracias por la ayuda que puedas brindarme.

Hushilda Marí González