Avalí
P.O. Box 500-446
San Germán, Puerto Rico, 00683

Secretaria (clerk's Office)
Tribunal de distrito de los Estados Unidos
#150 Chardon Avenue
Federal Building
San Juan Puerto Rico, 00918

7018 3090 0000 0794 2596

CERTIFIED MAIL

$4.75