A quien pueda interesar:

Reciban un cordial Saludo desde el Seer de Puerto Rico (Ponceños).

Adjunto los años trabajados en el Departamento de Corrección es como evidencia, ya que tengo una reclamación caso # 17-03283 Commonwealth of Puerto Rico.

# claim 88463. Sobre mi caso que es deficiente. Comence a trabajar en Abril de 1984 hasta el 16 de junio de 2013.

Gracias

Att. David Lynn Marcucci
939-307-2874

Espero su respuesta del mismo. Gracias por la ayuda que puedan brindarme.



**GOBIERNO DE PUERTO RICO**

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## CERTIFICACIÓN

Certificamos que DAVID LOPEZ MARCUCCI, disfruta beneficios de PENSION POR EDAD Y SERVICIO de este Sistema de Retiro. La misma fue efectiva el 16 de junio de 2013. En la actualidad recibe una anualidad ascendente a $13,392.00 pagadera en mensualidades de $1,116.00.

Mensualmente se le efectúan los siguientes descuentos:

FIRST MEDICAL                                                                                  $94.00

Esta certificación se expide hoy, 14 de febrero de 2020, en San Juan, Puerto Rico.

Certifico correcto,

Marlisa Marrero Negron
Gerente Auxiliar
División de Asuntos de Pensionados

VPENA01



437 Ave. Ponce de León San Juan, P.R. 00917-3711 • PO Box 42003 San Juan, P.R. 00940-2203
787.777.1500 • 787.767.1108 • www.retiro.pr.gov

De. David López Marcucci
HC-02 Box 5846
Peñuelas, P.R. 00624

Para: Secretaría (Clerk's Office)
Tribunal de Distrito de los
Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico)
00918-1767

RECEIVED & FILED
2020 FEB 18 PM 4:34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.