12 de febrero de 2020

Secretaría (Clerk's Office)

Tribunal de Distrito de los Estados Unidos

Room 150 Federal Building

San Juan (Puerto Rico) 00918-1767

*[firma]*

Néstor A. Ortiz Montero

P.O. Box 33-2144 Ponce P.R.

00733-2144

Tel. (787) 951-3938, (787) 951-4355

Correo electronico: lichielq@hotmail.com

A. Deudores:
1. Departamento de Corrección y Rehabilitación.
2. Estado Libre Asociado de Puerto Rico.
3. # De prodedimiento (reclamación): 130566.
4. Titulo de la Objeción Global:
   a. Deuda de pagó del diferencial por realizar labores Interina de Superintendente de Instituciones Correcionales.
   b. Ley de Incentivo para Empleados del Servicio Público por el Gobernador Carlos Romero Barceló y la Gobernadora Sila M. Calderón
5. Evidencia de Reclamo:
   a. Carta de Designación Interina para Superintendente de Instituciones Correcionales por la Autoridad Nominadora del Departamento de Corrección y Rehabilitación.
   b. Respecto a la Ley para Incentivos, Talonarios de Cheques.

B. Motivo para Oponerse a la Objeción Global:
1. Que desde el 17 de enero de 2017, fui designado por la Autoridad Nominadora de el Departamento de Corrección y Rehabilitación, el Secretario Erik Y. Rolón Suarez, para ocupar el puesto Interino de Superintendente de Instituciones Correcionales. Que se me concedería un

diferencial por la labor interina de Superintendente, luego de haber realizado las funciones por 30 dias sin interrupcion. Que el diferencial prevalecería mientras los servicios sean requeridos. A partir del 4 de marzo de 2019, comenze a recibir un pago de $400.00 dólares mensuales por las funciones de Superintendente Interino con efectividad del 22 de febrero de 2019, sin recibir o pagarme (retroactivo) no cumpliendo con el comunicado el 17 de enero de 2017, firmado por la Autoridad Nominadora. El Departamento de Corrección y Rehabilitación imcumplió con lo estipulado en el comunicado y me adeuda la cantidad de $9,800.00 dólares. Actualmente trabajo de Superintendente (Interino) de Instituciones Correccionales.

2. Para el año 2000, la Gobernadora de Puerto Rico Hon. Sila M. Calderón, aprobó Ley de Incentivo para Empleados del Servicio Públicos y nunca me han pagado por dicho incentivo.
3. Para los años 1980 el Gobernador de Puerto Rico, Carlos Romero Barceló, aprobó Ley de Incentivos para los Empleados del Servicio Público y nunca me han pagado dicho incentivo.

Por cual solicito al Honorable Tribunal, que No declaré ha lugar a la Objeción Global.