IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| ORTIZ MONTERO, NESTOR A | 130566 | 6/28/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| ORTIZ MONTERO, NESTOR A | 130566 | 6/28/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).



Gobierno de Puerto Rico
DEPARTAMENTO DE CORRECCIÓN Y REHABILITACIÓN

17 de enero de 2017

Néstor A. Ortiz Montero
Oficinista II
Institución Máxima Seguridad Ponce

Estimado señor Ortiz:

Por la autoridad que me confiere el Plan de Reorganización Núm. 2 del 21 de noviembre de 2011 y conforme a la Ley Núm. 184 del 3 de agosto de 2004, conocida como "Ley para la Administración de los Recursos Humanos en el Servicio Público del Estado Libre Asociado de Puerto Rico", según enmendada, se le designa interinamente al puesto 13702397 como Superintendente de Instituciones Correccionales en la Institución Fase I Ponce.

Esta acción será efectiva al recibo de esta comunicación. Le informamos que su número de puesto y salario quedará inalterado. Se le concederá un diferencial luego de haber realizado las funciones por 30 días sin interrupción. El diferencial prevalecerá mientras sus servicios sean requeridos o las condiciones que dieron origen al mismo desaparezcan.

Será su responsabilidad notificar a la Oficina de Recursos Humanos cuando finalice su interinato. De la Agencia incurrir en pagos indebidos, se le harán los ajustes necesarios para el cobro del mismo.

Éxito por el logro alcanzado y la invito a continuar prestando servicios en bien de nuestro sistema correccional y del servicio público.

Cordialmente,

Erik Y. Rolón Suarez
Secretario

AEP/LLA/mm

P.O. Box 71308, San Juan, PR 00936

# GOBIERNO DE PUERTO RICO
### Departamento de Corrección y Rehabilitación

4 de marzo de 2019

Nestor Ortiz Montero
Oficinista II
Institución Máxima Seguridad Ponce

Sr. Ortiz Montero:

La Oficina de Gerencia y Presupuesto(OGP) nos autorizó a concederle un diferencial en sueldo de $400.00 mensuales por su designación interina en el puesto 13702397 de Superintendente de Instituciones Correccionales en el Complejo Correccional Ponce, Fase I.

Este diferencial es una compensación temporera especial, adicional y separada de su sueldo regular por lo que no forma parte de este. Su efectividad es al 22 de febrero de este año, fecha de la carta de autorización de la OGP. Se mantendrá vigente mientras la condición que lo justificó permanezca.

Es su responsabilidad notificar a la Secretaría Auxiliar de Administración de Recursos Humanos y Asuntos Laborales del Departamento si esta designación se deja sin efecto. De no hacerlo y continuar recibiendo este diferencial la División de Nóminas procederá con el recobro del dinero.

Cordialmente,

Erik Y. Rolón Suárez
Secretario



http://ac.gobierno.pr/correccion/
Calle Juan Calaf, Urb. Industrial Tres Monjitas, Hato Rey, P.R., 00917 / Apartado 71308, San Juan, P.R. 00936
Tel. 787- 273-6464 / Fax. 787-793-2199

ALA...H-16
Rev. 06-08

ESTADO LIBRE ASOCIADO DE PUERTO RICO
ADMINISTRACIÓN DE CORRECCIÓN

## DESCRIPCION DEL PUESTO

| 1 Apellido Paterno | Apellido Materno o del Esposo | Nombre e Inicial | 5 Título Funcional del Puesto |
|---|---|---|---|
| XXXXXXXXXXX | XXXXXXXXXXXXXXX | XXXXXXXXXXXXXXX | XXXXXXXXXXXXXX |
| 2 Número de Seguro Social XXX-XX-XXXX | 3 Número del Puesto | | 6 Oficina, División y Sección |
| XXXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | | XXXXXXXXXXXXXXXXXXX |
| 4 Título y Clasificación del Puesto | | | 7 Teléfono y Extensión |
| Superintendente de Instituciones Correccionales | | | XXXXXXXXXXXXXXXXXXX |

8 Detalle las funciones esenciales y marginales que usted realiza en el orden de importancia de la misma, comenzando con la más importante. Indique el tiempo que dedica a cada una en un por ciento del total del tiempo que dedica a su puesto. ESTA EL LA PARTE MAS IMPORTANTE DEL FORMULARIO. Use sus propias palabras y haga las descripciones de sus deberes tan claras que las personas que no estén familiarizadas con su trabajo entiendan con exactitud lo que usted hace. Las funciones marginales deberán identificarse como tales al finalizar el detalle de las funciones esenciales.

| ...EMPO | TAREAS DEL PUESTO | NO LLENE ESTE ESPACIO |
|---|---|---|
| | **FUNCIONES ESENCIALES DEL PUESTO** | |
| | 1. Planifica, coordina, supervisa y dirige con personal administrativo y de apoyo los programas de trabajo del campamento o institución correccional para que se presten los servicios adecuados a los miembros de la población correccional tales como: área educativa, área médica, lavandería y ropería, área de record criminal, área de servicios sociopenales, admisiones, capellanía, operaciones fiscales; la conservación y el mantenimiento de las facilidades del campamento o institución correccional. | |
| | 2. Vela por que el campamento o institución correccional cumpla con las órdenes del Tribunal en el caso Carlos Morales Feliciano vs. Estado Libre Asociado de Puerto Rico, en el caso Efraín Montero Torres y otros que surjan. | |
| | 3. Traza y ejecuta los planes a seguir con respecto al cuidado y rehabilitación de los miembros de la población correccional, la clasificación y tratamiento de éstos, y de otras áreas de la política correccional en el campamento o institución correccional. | |
| | 4. Es responsable de que se cumplan con los planes de seguridad tales como: amenaza de bomba prevención de incendios, uso de fuerza, práctica de colgar toldos, control de llaves, visibilidad restringida, notificación al personal crítico en caso de emergencia, control de armas de fuego y otro equipo de seguridad, control de disturbios, recuentos institucionales, control de herramientas, equipo y material peligroso, identificación y movimiento de los miembros de la población correccional, prevención de fugas y capturas, inspecciones de seguridad y cualquier otro que se implante. | |
| | 5. Supervisa el área de cuidado, custodia y disciplina de los miembros de la población correccional en el campamento o institución correccional y los programas de trabajo. | |
| | 6. Supervisa y participa en los procesos de ingreso y egreso de los miembros de la población correccional y se asegura que tengan cubiertas sus necesidades tanto de orden físico como mental que incluye que se les provea ropa, alimentos, medicinas para su salud física y mental, así como otros servicios necesarios durante su período de confinamiento. | |
| | 7. Realiza inspecciones de las facilidades y los equipos disponibles en campamento o la institución y se asegura de que se haga buen uso del mismo y recomienda las medidas correctivas que correspondan. | |
| | 8. Es responsable de que las excarcelaciones cumplan con los procedimientos establecidos. | |

9 Nombre y título de Clasificación del Supervisor Inmediato

10 Si usted supervisa más de seis (6) empleados, mencione el nombre y los títulos de clasificación de cada uno. Si usted supervisa más de cinco (5), indique el número de empleados con sus títulos de clasificación. Si usted no supervisa a nadie escriba "ninguno".

ORIGINAL - AC      1ra copia - Empleado      2da copia - Supervisor      AC/08

OCALARH-16
Rev. 06-08

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**ADMINISTRACIÓN DE CORRECCIÓN**

## DESCRIPCION DEL PUESTO

| 1 Apellido Paterno | Apellido Materno o del Esposo | Nombre e Inicial | 5 Título Funcional del Puesto |
|---|---|---|---|
| XXXXXXXXX | XXXXXXXXXXXXX | XXXXXXXXXXXXXXX | XXXXXXXXXXXXXXXX |
| 2 Número de Seguro Social | | 3 Número del Puesto | 6 Oficina, División y Sección |
| XXXXXXXXXXXXXXXXXX | | XXXXXXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXXX |
| 4 Título y Clasificación del Puesto | | | 7 Teléfono y Extensión |
| Superintendente de Instituciones Correccionales | | | |

8. Detalle las funciones esenciales y marginales que usted realiza en el orden de importancia de la misma, comenzando con la más importante. Indique el tiempo que dedica a cada una en por ciento del total del tiempo que dedica a su puesto. ESTA EL LA PARTE MAS IMPORTANTE DEL FORMULARIO. Use sus propias palabras y haga las descripciones de sus deberes tan claras que las personas que no estén familiarizadas con su trabajo entiendan con exactitud lo que usted hace. Las funciones marginales deberán identificarse como tales al finalizar el detalle de las funciones esenciales.

| TIEMPO | TAREAS DEL PUESTO | NO LLENE ESTE ESPACIO |
|---|---|---|
| | **FUNCIONES ESENCIALES DEL PUESTO** | |
| | 9. Vela por que se cumplan con los planes de trabajo trazados para el cuidado y tratamiento de los miembros de la población correccional, conducentes a su rehabilitación. | |
| | 10. Atiende visitantes, abogados, problemas de los miembros de la población correccional, oficiales correccionales y demás personal de la institución que se llevan ante su consideración y recomienda la acción que corresponda. | |
| | 11. Vela por que se mantenga un clima institucional adecuado. | |
| | 12. Coordina y mantiene relaciones con otras agencias gubernamentales que contribuyen a la rehabilitación de los miembros de la población correccional. | |
| | 13. Prepara informes variados según le sean requeridos tanto para su firma como para la de un(a) superior(a) de mayor jerarquía. | |
| | 14. Se asegura que la cocina del campamento o institución correccional que dirige cumpla con la higiene, mantenimiento y funcionamiento adecuado. | |
| | 15. Administra efectivamente el presupuesto asignado. | |
| | 16. Preside varios comités en el campamento o institución correccional. | |
| | 17. Desarrolla, supervisa y evalúa los planes de acción para el personal a su cargo. | |
| | 18. En instituciones correccionales de ingreso, vela por que se cumpla con el procedimiento adecuado de ingreso. | |
| | 19. Vela por que se cumpla con el reglamento disciplinario de los miembros de la población correccional. | |
| | 20. Refiere para acción disciplinaria a los oficiales correccionales y demás personal que incumpla con la reglamentación establecida según el Manual para la Aplicación de Medidas Correctivas y Disciplinarias de la Administración de Corrección. | |
| | 21. Vela por que se cumpla con el Reglamento para la Administración del Personal Correccional (roster). | |
| | 22. Se asegura de que se cumpla con el Plan de Mantenimiento, Higiene y Salud Ambiental en el campamento o institución correccional o campamento que dirige. | |
| | 23. Rinde informes sobre aspectos relacionados al Plan de Mantenimiento y Salud Ambiental. | |
| | 24. Rinde informes de la labor realizada. | |

9 Nombre y título de Clasificación del Supervisor Inmediato

10 Si usted supervisa más de seis (6) empleados, mencione el nombre y los títulos de clasificación de cada uno. Si usted supervisa más de cinco (5), indique el número de empleados con sus títulos de clasificación. Si usted no supervisa a nadie escriba "ninguno".

ORIGINAL - AC          1ra copia - Empleado          2da copia - Supervisor          AC/08

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| NESTOR ARIEL ORTIZ MONTERO | | 31 0590 | 511820 | 680067513 |

**DEDUCCIONES**

| ESPECIFICAS | | | | | | MISCELANEAS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS AHORROS | SEGURO | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | | | | | | | | |
| 1274 | 5391 | 5832 | | | | | | | | | |
| MES CORRIENTE | | | | | | | | | | | |
| 1274 | 5391 | 5832 | | 2114 | | | | | | | |

| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ª QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |
|---|---|---|---|---|---|---|
| 70473 | 70473 | 70473 | 70473 | 00 | 14611 | 55862 |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | MES CORRIENTE | | |

VEASE CLAVES AL DORSO

---

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| NESTOR ARIEL ORTIZ MONTERO | | 30 0690 | 514784 | 681496767 |

**DEDUCCIONES**

| ESPECIFICAS | | | | | | MISCELANEAS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS AHORROS | SEGURO | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | | | | | | | | |
| 2548 | 10608 | 11476 | | | | | | | | | |
| MES CORRIENTE | | | | | | | | | | | |
| 1274 | 5217 | 5644 | | 2046 | | | | | | | |

| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ª QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |
|---|---|---|---|---|---|---|
| 138673 | 138673 | 68200 | 68200 | 27000 | 14181 | 27019 |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | MES CORRIENTE | | |

VEASE CLAVES AL DORSO

---

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| NESTOR ARIEL ORTIZ MONTERO | | 31 0790 | 303070 | 682908687 |

**DEDUCCIONES**

| ESPECIFICAS | | | | | | MISCELANEAS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS AHORROS | SEGURO | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | | | | | | | | |
| 4421 | 16208 | 17533 | | | | | | | | | |
| MES CORRIENTE | | | | | | | | | | | |
| 1873 | 5600 | 6057 | | 2196 | | | | | | | |

| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ª QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |
|---|---|---|---|---|---|---|
| 211873 | 211873 | 73200 | 73200 | 28700 | 15726 | 28774 |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | MES CORRIENTE | | |

VEASE CLAVES AL DORSO

# ESTADO LIBRE ASOCIADO DE PUERTO RICO
## INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| NESTOR ARIEL ORTIZ MONTERO | | 31 0196 | 361973 | 572136462 |

DEDUCCIONES

| | CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS AHORROS | ASOCIACION DE EMPLEADOS SEGURO |
|---|---|---|---|---|---|---|
| ESPECIFICAS – ACUMULADO DURANTE EL AÑO NATURAL | 3706 | 8652 | 9359 | | | |
| ESPECIFICAS – MES CORRIENTE | 3706 | 8652 | 9359 | | 3393 | 630 |

| MISCELANEAS CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
|---|---|---|---|---|---|
| 07 | 17260 | 81 | 1000 | | |

| ACUMULADO DURANTE EL AÑO NATURAL – SUELDO BRUTO DEVENGADO | ACUMULADO – SUELDO TRIBUTABLE SEGURO SOCIAL | MES CORRIENTE – SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ra QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |
|---|---|---|---|---|---|---|
| 113100 | 113100 | 113100 | 113100 | 34500 | 44000 | 34600 |

VEASE CLAVES AL DORSO

# ESTADO LIBRE ASOCIADO DE PUERTO RICO
## INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| NESTOR ARIEL ORTIZ MONTERO | | 29 0296 | 366653 | 574637211 |

DEDUCCIONES

| | CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS AHORROS | ASOCIACION DE EMPLEADOS SEGURO |
|---|---|---|---|---|---|---|
| ESPECIFICAS – ACUMULADO DURANTE EL AÑO NATURAL | 7412 | 17304 | 18718 | | | |
| ESPECIFICAS – MES CORRIENTE | 3706 | 8652 | 9359 | | 3393 | 630 |

| MISCELANEAS CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
|---|---|---|---|---|---|
| 07 | 17260 | 81 | 1000 | | |

| ACUMULADO DURANTE EL AÑO NATURAL – SUELDO BRUTO DEVENGADO | ACUMULADO – SUELDO TRIBUTABLE SEGURO SOCIAL | MES CORRIENTE – SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ra QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |
|---|---|---|---|---|---|---|
| 226200 | 226200 | 113100 | 113100 | 34500 | 44000 | 34600 |

VEASE CLAVES AL DORSO

# ESTADO LIBRE ASOCIADO DE PUERTO RICO
## INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| NESTOR ARIEL ORTIZ MONTERO | | 31 0396 | 370039 | 576219555 |

DEDUCCIONES

| | CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS AHORROS | ASOCIACION DE EMPLEADOS SEGURO |
|---|---|---|---|---|---|---|
| ESPECIFICAS – ACUMULADO DURANTE EL AÑO NATURAL | 11118 | 25956 | 28077 | | | |
| ESPECIFICAS – MES CORRIENTE | [illegible] | [illegible] | 9359 | | 3393 | 630 |

| MISCELANEAS CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
|---|---|---|---|---|---|
| 07 | 17260 | 81 | 1000 | | |

| ACUMULADO DURANTE EL AÑO NATURAL – SUELDO BRUTO DEVENGADO | ACUMULADO – SUELDO TRIBUTABLE SEGURO SOCIAL | MES CORRIENTE – SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ra QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |
|---|---|---|---|---|---|---|
| [illegible]9300 | 339300 | 113100 | 113100 | [illegible] | 44000 | 34600 |

VEASE CLAVES AL DORSO

1

**Gobierno de Puerto Rico**
098 - Administracion de Correccion

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 07/01/00 |
| Hasta: | 07/15/00 |

# Cheque: 03826763
Fecha: 07/14/00

**NESTOR ARIEL ORTIZ MONTERO**
URB. VILLAS DEL COQUI
F-15
SALINAS PR  00704
SS:

| | |
|---|---|
| # Empleado: | |
| Dept: | 098600-Depto. Region Ponce |
| Oficina: | Ponce Minima |
| Titulo: | Oficial Custodia I |
| Sueldo: | $1,508.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 19 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | 10.00 |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 684.40 | 975.00 | 8,908.84 |
| Pago de Dias Feriados | 9.280000 | 7.50 | 69.60 | 75.00 | 678.16 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA - MHI | 10.93 | 139.01 |
| Fed OASDL Dis | 46.74 | 594.39 |
| PR Withholdng | 10.00 | 130.00 |

| Total: | | 7.50 | 754.00 | 1050.00 | 9,587.00 |
|---|---|---|---|---|---|

| Total: | 67.67 | 863.40 |
|---|---|---|

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro | 62.39 | 793.27 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| LQ-01 Bankruptcy | 85.00 | 1,105.00 |
| SM-First Medical Health Plan | 6.50 | 24.50 |
| DM-FONDOS UNIDOS | 1.00 | 1.00 |
| RC-Pres Pers Ret Cen-E Clasif | 48.46 | 629.98 |
| AE-Seguro por Muerte Asoc ELA | 3.15 | 40.95 |
| GPR Plan de Ahorros | 22.62 | 287.66 |
| DUM-Gob Dev Sueldo Cob Indebid | 0.00 | 174.86 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro | 69.93 | 889.19 |
| FSED Disability Plan | 27.90 | 354.70 |
| SM-First Medical Health Plan | 0.00 | 240.00 |

| Total: | 62.39 | 793.27 | Total: | 166.73 | 2,263.95 |
|---|---|---|---|---|---|

* Tributable

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 754.00 | 67.67 | 229.12 | 457.21 |
| Acumulado: | 9,587.00 | 863.40 | 3,057.22 | 5,666.38 |

## DISTRIBUCION PAGA NETA

| Cheque #03826763 | 457.21 |
|---|---|
| Total: | 457.21 |

| PTO HORAS | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

SAJE: