Néstor A. Ortiz Montero
P.O. Box 33-2144
Ponce, P.R. 00733-2144.

Secretaria (Clerk Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767.

