A quien pueda interesar.

Reciban un cordial saludo de aquí del sur de Puerto Rico.

Adjunto: Los años trabajados en el Departamento de Corrección como evidencia; ya que tengo una reclamación caso # 17-03283 Commonwealth of Puerto Rico.

# Claim 85184 Sobre mi caso que es definitivo. Comenze a trabajar en abril de 1986 hasta 16 de junio de 2013.

Gracias

Att. David [López] Mansucci

939-207-2874

Espero su respuesta del mismo. Gracias por la ayuda que puedan brindarme.