De: David Lopez Marcucci
HC-02 Box 5846
Peñuelas, P.R. 00624





RETURN RECEIPT REQUESTED

RETURN RECEIPT REQUESTED

Para: Secretaria (Clerk's Office)
Tribunal de Districto de los Estados Unidos.
#150 Chardon Avenue
Federal Building
San Juan (Puerto Rico) 00918

RECEIVED & FILED
2020 FEB 18 PM 5:19
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.