12 de febrero de 2020

Secretaria (Clerk's Office)

Tribunal de Distrito de los Estados Unidos

#150 Chardon Avenue

Federal Building

San Juan PR. 00918-1767

Néstor A. Ortiz Montero

P.O. Box 33-2144 Ponce P.R.

00733-2144

Tel. (787) 951-3938, (787) 951-4355

Correo electronico: lichielq@hotmail.com

A. Deudores:
1. Administración de los Sistemas de Retiro de los Empleados Del Gobierno y La Judicatura.
2. # De prodedimiento (reclamación): 131861.
3. Titulo de la Objeción Global: aportaciones al Sistema de Retiro de los Empleados Del Gobierno y Lla Judicatura.
4. Evidencia de Reclamo: Certificación de los Balances de Aportaciones.

B. Motivo para Oponerse a la Objeción Global:

Que desde el 31 de mayo de 1990, ingrese al Servicio Público en el Departamento de Corrección y Rehabilitación. Comenzé a cotizar el 31 de mayo de 1990. Al presenté tengo un balance de aportaciones de $58,240.08. Que el Balance de Aportaciones antes mencionado es para mi retiro. Llevo 29 años en el servicio público. Que para el futuro tengo planificada mi jubilación y seria mi fuente de ingreso familiar.

Por cual solicito al Honorable Tribunal, que No declaré ha lugar a la Objeción Global.