Néstor A. Ortiz Montero
P.O. Box 33-2144
Ponce, P.R. 00733-2144.

Secretaria (Clerk Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767.

CERTIFIED MAIL

7019 2970 0002 2160 1063

U.S. POSTAGE PAID
FCM LG ENV
PONCE, PR
00730
FEB 15, 20
AMOUNT
$7.80
R2303S101816-9