14 de febrero de 2020

A quien pueda interesar:

Adjunto evidencia de los años trabajados del departamento de educación, como evidencia ya que tengo una reclamación de caso # 17BK3283-LTS Commonwealth Puerto Rico Claim # 89694, ya que recibí información sobre mi caso que es deficiente.

Comencé a trabajar 5 de agosto de 1996 y terminé en Septiembre de 2012, mi fecha de jubilación fue Septiembre de 2012.

Gracias
att.
José R. Pérez

mi # de teléfono es
787-974-6267

Espero respuesta del mismo.

Gracias por la ayuda que pueda brindarme.

Jose R. Ruiz