Jose R. Perez
P.O. Box 5000-446
San German P.R.
00683
2020 FEB 18 PM 5:19
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.




Clerk's Office
United States District Court
#150 Chardon Avenue
Federal Building
San Juan P.R. 00918.