11 de febrero de 2020

Antonio L. Torres Cardenales

Urbanización Hacienda Mira Flores #6 calle orquídea

Coamo, Puerto Rico, 00769

Teléfono (787) 595-3439

a.torrescardenales1365@gmail.com

Número de Reclamación 50767, ~~123421~~, 121892, 53478, 115453, 112646

RECEIVED & FILED
2020 FEB 18 PM 4: 39
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

En el asunto de Estado Libre Asociado de Puerto Rico, número de procedimiento 17 BK 3283-LTS, de la declaración de Jay Herriman en apoyo de la centésima trigésima tercera objeción global (No sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a reclamos deficientes en los que se alegan intereses sobre la base de las reivindicaciones salariales, labores o servicios prestados. Solicitamos al tribunal que declare a lugar la objeción global en relación al reclamo de la Ley 96 Sila María Calderón, aumento salarial del año 2004 al 2019, Ley de Retiro 3% y Ley de Escala Salarial. Ya que no fue otorgado. Se adjunta documentación justificativa para evidenciar la objeción.

Gracias por su pronta atención.

*[firma]*

Antonio L. Torres Cardenales