Form 482.0 Rev. 05.05

# LONG FORM

Liquidator | Reviewer
R | M | RO | V1 | V2 | P1 | P2 | N | D | E | A | G

**RETURN WITH CHECK (PLEASE ATTACH CHECK HERE)**

**2005** — COMMONWEALTH OF PUERTO RICO / DEPARTMENT OF THE TREASURY — **2005**

## INDIVIDUAL INCOME TAX RETURN

FOR CALENDAR YEAR 2005 OR TAXABLE YEAR BEGINNING ON 1 January, 2005 AND ENDING ON 31 December, 2005

Serial Number: ____
○ AMENDED RETURN
○ DECEASED DURING THE YEAR: Day Month Year
Payment Stamp

**First Name:** Antonio    Initial: ___
**Last Name:** Torres    **Second Last Name:** Candelas

**Social Security Number:** ____
**Date of Birth:** Da___    **Sex:** ● M  ○ F
**Spouse's Social Security Number:** ____
**Spouse's Date of Birth:** Day / Month / Year

**Postal Address:** P.O. Box 782
Coamo PR    **Zip Code:** 00769-0782
"Place label here"

**Spouse's First Name and Initial:** ___    **Last Name:** ___    **Second Last Name:** ___

**Home Telephone:** ___
**Office Telephone:** ___

**Home Address (Town or Urbanization, Number, Street):**
Bo. Rio Jueyes
Coamo    PR    Zip Code: 00769

**CHANGE OF ADDRESS:** ○ Yes   ● No
**Receipt Number:** ____    **Amount:** ____

**E-Mail Address:** ___

### Part 1

| | YES | NO | |
|---|---|---|---|
| A. | ● | ○ | United States Citizen? |
| B. | ● | ○ | Resident of Puerto Rico at the end of the year? |
| C. | ○ | ● | Tax exempt income from Lottery of Puerto Rico? |
| D. | ○ | ● | Income from racetrack winnings in Puerto Rico? |
| E. | ○ | ● | Other exempt income? (Submit Schedule) |
| F. | ○ | ● | Obligation to make payments to ASUME? |

**FILING STATUS AT THE END OF THE TAXABLE YEAR:**
1. ○ Married living with spouse and filing jointly
2. ○ Married not living with spouse (Not head of household) (Indicate spouse's name and social security number)
3. ● Head of household (Not for married persons)
4. ○ Single
5. ○ Married filing separately (Indicate spouse's name and social security number)

**HIGHEST SOURCE OF INCOME:**
G. ● Government, Municipalities and Public Corporations Employee
H. ○ Federal Government Employee
I. ○ Private Business Employee
J. ○ Retired/Pensioner
K. ○ Self-Employed (Indicate principal industry or business)

**GOVERNMENT CONTRACT:**
○ TAXPAYER    ○ SPOUSE

**2006 RETURN:** ● SPANISH   ○ ENGLISH

**Your occupation:** Teacher    6110
**Spouse's occupation:** ___

Receipt Stamp: RECIBIDO 12 ABR. 2006

### Part 2

| | | A - Income Tax Withheld | B - Wages, Commissions, Allowances and Tips |
|---|---|---|---|
| 1. Wages, Commissions, Allowances and Tips | ATTACH ALL YOUR WITHHOLDING STATEMENTS (Forms 499R-2/W-2PR, 499R-2c/W-2cPR or W-2, as applicable). | 1,887.00 | 32,220.00 |
| | | .00 | .00 |
| | | .00 | .00 |
| | | .00 | .00 |
| Total (Number of withholding statements with this return) | 1 | 1,887.00 | 32,220.00 |
| | | Income Tax Withheld | Federal Wages |
| C - Federal Government Wages (See instructions) | (01) | .00 | (02) .00 |

2. Other Income (or Losses):
| | | |
|---|---|---|
| A) Interest income (Schedule F Individual, Part I, line 10) | (03) | .00 |
| B) Distributable share on special partnerships profits (Submit Schedule F Individual and Schedule R) | (04) | .00 |
| C) Distributable share on special partnerships losses (Submit Schedule R) | (05) | .00 |
| D) Dividends from corporations and distributions from partnerships subject to withholding (Schedule F Individual, Part II, line 1A) | (06) | .00 |
| E) Dividends from corporations and distributions from partnerships not subject to withholding (Schedule F Individual, Part II, line 3B) | (07) | .00 |
| F) Distributable share on profits from corporations of individuals (Submit Schedule N Individual) | (08) | .00 |
| G) Distributions from the Retirement Saving Accounts Program (Schedule F Individual, Part V, line 1A) | (09) | .00 |
| H) Miscellaneous income (Submit Schedule F Individual) | (10) | .00 |
| I) Distributions from Individual Retirement Accounts and Educational Contribution Accounts (Submit Schedule F Individual) | (11) | .00 |
| J) Dividends from Capital Investment or Tourism Fund (Submit Schedule Q1) | (12) | .00 |
| K) Income from annuities and pensions (Schedule H Individual, Part II, line 12) | (13) | .00 |
| L) Alimony received (Payer's social security No. __-__-__) | (14)(15) | .00 |
| M) Gain (or loss) from industry or business (Submit Schedule K Individual) | (16) | .00 |
| N) Gain (or loss) from farming (Submit Schedule L Individual) | (17) | .00 |
| O) Gain (or loss) from professions and commissions (Submit Schedule M Individual) | (18) | 1,209.00 |
| P) Gain (or loss) from rental business (Submit Schedule N Individual) | (19) | .00 |
| Q) Gain (or loss) from sale or exchange of capital assets and Qualified plans (Submit Schedule D Individual) | (20) | .00 |
| R) Net long-term capital gain on Investment Funds (Submit Schedule Q1) | (21) | .00 |
| 3. Total Gross Income (Add lines 1B, 1C and 2A through 2R) | (22) | 33,429.00 |
| 4. Alimony Paid (Recipient's social security No. __-__-__)(23) (Judgment No. ___)(24) | (25) | .00 |
| 5. Adjusted Gross Income (Subtract line 4 from line 3) | (30) | 33,429.00 |

Conservation Period: Ten (10) years    PRSoft, Inc. (www.prsoft.com)

Formulario 499R-2/W-2 PR Rev. 06.06

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**

**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

**Copia C para Récord del Empleado / Copy C for Employee's Records**

**Año / Year: 2006**

1. Nombre - First Name: ANTONIO
   Apellido(s) - Surname(s): TORRES CARDENALES
   Dirección Postal del Empleado - Employee's Mailing Address:
   APARTADO 782
   COAMO, PR 00769

2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address:
   L8002150526 S RIVERA
   DEPT DE EDUCACION-MAESTROS
   AVENIDA TENIENTE CESAR GONZALE
   ESQUINA CALAF
   HATO REY, PR 00919

3. Núm. Seguro Social / Social Security No.:
4. Núm. de Ident. Patronal / Employer's Ident. No. (EIN): 660433481
5. Fecha en que comenzó a recibir la pensión:
6. Costo de Pensión o Anualidad / Cost of Pension or Annuity: 0.00

Número de Control - Control Number: 22987485

**INFORMACION PARA EL DEPARTAMENTO DE HACIENDA / DEPARTMENT OF THE TREASURY INFORMATION**

| # | Concepto | Monto |
|---|---|---|
| 7 | Sueldos - Wages | 33165.00 |
| 8 | Comisiones - Commissions | 0.00 |
| 9 | Concesiones - Allowances | 0.00 |
| 10 | Propinas - Tips | 0.00 |
| 11 | Total = 7+8+9+10 | 33165.00 |
| 12 | Gastos Reembolsados - Reimbursed Expenses | 0.00 |
| 13 | Cont. Retenida - Tax Withheld | 1959.58 |
| 14 | Fondo de Retiro - Retirement Fund | 2674.02 |
| 15 | Aportaciones a Planes Cualific. - Contributions to CODA PLANS | 0.00 |
| 16 | Salarios bajo Ley Núm. 324 de 2004 / Salaries under Act No. 324 of 2004 | 0.00 |

**INFORMACION PARA EL SEGURO SOCIAL / SOCIAL SECURITY INFORMATION**

| # | Concepto | Monto |
|---|---|---|
| 17 | Total Sueldos Seguro Social / Social Security Wages | 0.00 |
| 18 | Seguro Social Retenido / Social Security Tax Withheld | 0.00 |
| 19 | Total Sueldos y Pro. Medicare / Medicare Wages and Tips | 0.00 |
| 20 | Contrib. Medicare Retenida / Medicare Tax Withheld | 0.00 |
| 21 | Propinas Seguro Social / Social Security Tips | 0.00 |
| 22 | Seguro Social no Retenido en Propinas / Uncollected Social Security on Tips | 0.00 |
| 23 | Contrib. Medicare no Retenida en Propinas / Uncollected Medicare Tax on Tips | 0.00 |

Reproducido por: Departamento de Hacienda



COPY

Formulario 482 Rev. 10.07

# FORMA LARGA

Liquidador | Revisor

| R | G | RO | V1 | V2 | P1 | P2 | N | D1 | D2 | E | A | M |

☐ PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE EN ESTE LUGAR)

**2007** ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA **2007**
PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2007 O AÑO COMENZADO EL
__1__ de __enero__ de 2007 Y TERMINADO EL __31__ de __diciembre__ de 2007

☐ PLANILLA ENMENDADA
☐ FALLECIDO DURANTE EL AÑO: __/__/__
   Día Mes Año

Número de Serie

Sello de Pago

Nombre del Contribuyente: **Antonio** Inicial Apellido Paterno **Torres** Apellido Materno **Cardenales**

Dirección Postal: **P.O. Box 782**
**Coamo PR**  Código Postal **00769**

Número de Seguro Social Contribuyente
Sexo: ● M  ○ F
Día / Mes / Año

Número de Seguro Social Cónyuge

"Coloque la etiqueta engomada (Label) aquí".
Nombre e Inicial del Cónyuge / Apellido Paterno / Apellido Materno

Fecha de Nacimiento del Cónyuge: Día / Mes / Año
Teléfono Residencia: **(787) 000-0000**

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)
**Bo. Río Jueyes**
**Coamo** **PR** Código Postal **00769**
Correo Electrónico (E-Mail)

Teléfono del Trabajo
CAMBIO DE DIRECCION: ○ Sí ● No

Número de Recibo: 05902
Importe: 177-...

**Encasillado 1**

| SI | NO | |
|---|---|---|
| A. ● | ○ | ¿Ciudadano de Estados Unidos? |
| B. ● | ○ | ¿Residente de Puerto Rico al finalizar el año? |
| C. ○ | ● | ¿Ingresos exentos de Lotería de Puerto Rico? |
| D. ○ | ● | ¿Ingresos de premios de jugadas en Hipódromo? |
| E. ○ | ● | ¿Otros ingresos exentos de contribución? (Someta Anejo) |
| F. ○ | ● | ¿Obligación de hacer pagos a ASUME? |

ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:
1. ○ Casado que vivía con su cónyuge y rinde planilla conjunta
2. ○ Casado que no vivía con su cónyuge (No jefe de familia) (Indique nombre y seguro social del cónyuge arriba)
3. ● Jefe de familia (No para casados)
4. ○ Soltero
5. ○ Casado que rinde por separado (Indique nombre y seguro social del cónyuge)

FUENTE DE MAYOR INGRESO:
G. ● Empleado del Gobierno, Municipios o Corporaciones Públicas
H. ○ Empleado del Gobierno Federal
I. ○ Empleado de Empresa Privada
J. ○ Retirado/Pensionado
K. ○ Trabajo Cuenta Propia (Indique la industria o negocio principal)

Su ocupación: **Maestro de Escuela** **6110**   Ocupación cónyuge: __

CONTRATO GOBIERNO
○ CONTRIBUYENTE ○ CONYUGE

PLANILLA 2008
● ESPAÑOL ○ INGLES

Sello de Recibido
ESTADO LIBRE ASOCIADO DE PUERTO RICO
Colecturía
1146 - Coamo
RECIBIDO
25 MAR 2008
CON PAGO A/SC
05-2786

**Encasillado 2**

| | | A-Contribución Retenida | B-Sueldos, Comisiones, Concesiones y Propinas |
|---|---|---|---|
| 1. Sueldos, Comisiones, Concesiones y Propinas | | 1,716 00 | 34,714 00 |
| ○ SUMINISTRE LOS COMPROBANTES DE RETENCION (Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique). | | 00 | 00 |
| | | 00 | 00 |
| | | 00 | 00 |
| ○ Total de comprobantes con esta planilla .. | 1 | 1,716 00 | 34,714 00 |

| | | Contribución Retenida | Salarios Federales |
|---|---|---|---|
| 2. Salarios del Gobierno Federal (Véanse instrucciones) ..............................(01) | | 00 | (02) 00 |
| Otros Ingresos o Pérdidas: | | | |
| A) Ingreso de intereses (Anejo F Individuo, Parte I, línea 10) | | (03) | 00 |
| B) Participación distribuible en beneficios de sociedades especiales (Someta Anejo F Individuo y Anejo R) | | (04) | 00 |
| C) Participación distribuible en pérdidas de sociedades especiales (Someta Anejo R) | | (05) | 00 |
| D) Dividendos de corporaciones y distribuciones de sociedades sujetos a retención (Anejo F Individuo, Parte II, línea 1A) | | (06) | 00 |
| E) Dividendos de corporaciones y distribuciones de sociedades no sujetos a retención (Anejo F Individuo, Parte II, línea 3B) | | (07) | 00 |
| F) Participación distribuible en beneficios de corporaciones de individuos (Someta Anejo F Individuo) | | (08) | 00 |
| G) Distribuciones de Planes Gubernamentales (Anejo F Individuo, Parte V, líneas 1C y 1D) | | (09) | 00 |
| H) Ingresos misceláneos (Someta Anejo F Individuo) | | (10) | 00 |
| I) Distribuciones de Cuentas de Retiro Individual y Cuentas de Aportación Educativa (Someta Anejo F Individuo) | | (11) | 00 |
| J) Dividendos de Fondo de Capital de Inversión o de Turismo (Someta Anejo Q1) | | (12) | 00 |
| K) Ingresos de anualidades y pensiones (Anejo H Individuo, Parte II, línea 12) | | (13) | 00 |
| L) Pensión recibida por divorcio o separación (Núm. seguro social del que paga: __) (14) | | (15) | 00 |
| M) Ganancia (o pérdida) atribuible a industria o negocio (Someta Anejo K Individuo) | | (16) | 00 |
| N) Ganancia (o pérdida) atribuible a la agricultura (Someta Anejo L Individuo) | | (17) | 00 |
| O) Ganancia (o pérdida) atribuible a profesiones y comisiones (Someta Anejo M Individuo) | | (18) | 00 |
| P) Ganancia (o pérdida) atribuible a alquiler (Someta Anejo N Individuo) | | (19) | 1,954 00 |
| Q) Ganancia (o pérdida) en la venta o permuta de activos de capital y Planes cualificados (Someta Anejo D Individuo) | | (20) | 00 |
| R) Ganancia neta de capital a largo plazo en Fondos de Inversión (Someta Anejo Q1) | | (21) | 00 |
| 3. Total Ingreso Bruto (Sume líneas 1B, 1C y 2A a la 2R) | | (22) | 36,668 00 |
| 4. Pensión Pagada por Divorcio o Separación (seg. soc. del que la recibe: __)(23) (Núm. sentencia __)(24) | | (25) | 00 |
| 5. Ingreso Bruto Ajustado (Línea 3 menos línea 4) | | (30) | 36,668 00 |

Período de Conservación: Diez (10) años

PRSoft, Inc. (www.prsoft.com)

Form 482.0 Rev. 12.08

**LONG FORM**

RETURN WITH CHECK (PLEASE ATTACH CHECK HERE)

**2008** COMMONWEALTH OF PUERTO RICO
DEPARTMENT OF THE TREASURY **2008**

**INDIVIDUAL INCOME TAX RETURN**

FOR CALENDAR YEAR 2008 OR TAXABLE YEAR BEGINNING ON
1 January, 2008 AND ENDING ON 31 December, 2008

Serial Number

○ AMENDED RETURN
○ DECEASED DURING THE YEAR:
Day Month Year

Payment Stamp

| Taxpayer's Name | Initial | Last Name | Second Last Name |
|---|---|---|---|
| Antonio | | Torres Cardenales | |

Postal Address
P.O. Box 782

Coamo PR                    Zip Code 00769

"Place label here".

| Spouse's First Name and Initial | Last Name | Second Last Name |
|---|---|---|

Home Address (Town or Urbanization, Number, Street)
Bo. Rio Jueyes
Coamo                       Zip Code 00769
E-Mail Address

Taxpayer's Social Security Number

Date of Birth | Sex
Day Month Year | ● M ○ F

Spouse's Social Security Number

Spouse's Date of Birth
Day Month Year

Home Telephone
(787) 000-0000
Work Telephone

CHANGE OF ADDRESS
○ Yes ● No

**Part 1**

YES NO
A. ● ○ United States Citizen?
B. ● ○ Resident of Puerto Rico at the end of the year?
C. ○ ● Tax exempt income from Lottery of Puerto Rico?
D. ○ ● Income from racetrack winnings in Puerto Rico?
E. ○ ● Other exempt income? (Submit Schedule)
F. ○ ● Obligation to make payments to ASUME?

FILING STATUS AT THE END OF THE TAXABLE YEAR:
1. ○ Married living with spouse and filing jointly
2. ○ Married not living with spouse (Not head of household) (Submit spouse's name and social security number above)
3. ● Head of household (Not married)
4. ○ Single
5. ○ Married filing separately (Submit spouse's name and social security number above)

HIGHEST SOURCE OF INCOME:
G. ● Government, Municipalities or Public Corporations Employee
H. ○ Federal Government Employee
I. ○ Private Business Employee
Your occupation  Teacher  6110  Spouse's occupation _____

J. ○ Retired/Pensioner
K. ○ Self-Employed (Indicate principal industry or business) _____

GOVERNMENT CONTRACT
○ TAXPAYER    ○ SPOUSE

2009 RETURN
● SPANISH   ○ ENGLISH

○ Fill in here if you choose the optional computation of tax for married individuals living together, filing a joint return and both working. Do not complete Parts 2 and 3, neither lines 15 through 25 of Part 4, and go to Schedule CO Individual.

Receipt Stamp
Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
1166-Colecturia Coamo
RECIBIDO
08-2783
MAR 09 2009
SIN PAGO

**Part 2**

1. Wages, Commissions, Allowances and Tips | A-Income Tax Withheld | B-Wages, Commissions, Allowances and Tips
ATTACH ALL YOUR WITHHOLDING STATEMENTS (Forms 499R-2/W-2PR, 499R-2c/W-2cPR or W-2, as applicable). | 1,537 00 | 33,691 00
 | 00 | 00
 | 00 | 00
 | 00 | 00
Total of withholding statements with this return ........ 1 | 1,537 00 | 33,691 00
 | Income Tax Withheld | Federal Wages
C- Federal Government Wages (See instructions).. (01) _____ 00 | (02) _____ 00

2. Other Income (or Losses):
A) Interest income (Schedule F Individual, Part I, line 10) .................................................................. (03) _____ 00
B) Distributable share on special partnerships profits (Submit Schedule F Individual and Schedule R) .... (04) _____ 00
C) Distributable share on special partnerships losses (Submit Schedule R) .................................................. (05) _____ 00
D) Dividends from corporations and distributions from partnerships subject to withholding (Schedule F Individual, Part II, line 1A) .... (06) _____ 00
E) Dividends from corporations and distributions from partnerships not subject to withholding (Schedule F Individual, Part II, line 3B) .... (07) _____ 00
F) Distributable share on profits from corporations of individuals (Submit Schedule F Individual) ............. (08) _____ 00
G) Distributions from Governmental Plans (Schedule F Individual, Part V, lines 1C and 1D) ...................... (09) _____ 00
H) Miscellaneous income (Submit Schedule F Individual) ............................................................................. (10) _____ 00
I) Distributions from Individual Retirement Accounts and Educational Contribution Accounts (Submit Schedule F Individual) .... (11) _____ 00
J) Dividends from Capital Investment or Tourism Fund (Submit Schedule Q1) ............................................. (12) _____ 00
K) Income from annuities and pensions (Schedule H Individual, Part II, line 12) ........................................... (13) _____ 00
L) Alimony received (Payer's social security No. _____ )(14) ..................................................... (15) _____ 00
M) Gain (or loss) from industry or business (Submit Schedule K Individual) ................................................. (16) _____ 00
N) Gain (or loss) from farming (Submit Schedule L Individual) ..................................................................... (17) _____ 00
O) Gain (or loss) from professions and commissions (Submit Schedule M Individual) ................................. (18) _____ 00
P) Gain (or loss) from rental business (Submit Schedule N Individual) ......................................................... (19) 1,759 00
Q) Gain (or loss) from sale or exchange of capital assets (Submit Schedule D Individual) ........................... (20) _____ 00
R) Qualified plans and Variable Annuity Contracts (Submit Schedule D Individual) ..................................... (21) _____ 00
S) Net long-term capital gain on Investment Funds (Submit Schedule Q1) ................................................... (22) _____ 00

3. Total Gross Income (Add lines 1B, 1C and 2A through 2S) .................................................................. (23) 35,450 00
4. Alimony Paid (Recipient's social security No. _____ )(24) (Judgment No. _____ )(25) ............ (26) _____ 00
5. Adjusted Gross Income (Subtract line 4 from line 3) .............................................................................. (30) 35,450 00

Retention Period: Ten (10) years

PRSoft, Inc. (www.prsoft.com)

Form 482.0 Rev. 01.10

# LONG FORM

**2009 COMMONWEALTH OF PUERTO RICO DEPARTMENT OF THE TREASURY 2009**
**INDIVIDUAL INCOME TAX RETURN**
FOR CALENDAR YEAR 2009 OR TAXABLE YEAR BEGINNING ON 1 January, 2009 AND ENDING ON 31 December, 2009

- Liquidator / Reviewer
- R G RO V1 V2 P1 P2 N D1 D2 E A M
- RETURN WITH CHECK (PLEASE ATTACH CHECK HERE)
- AMENDED RETURN
- DECEASED DURING THE YEAR: __/__/__ (Day Month Year)
- Serial Number: _____

**Taxpayer's Name:** Antonio
**Last Name:** Torres **Second Last Name:** Cardenales
**Taxpayer's Social Security Number:** ___-__-____
**Postal Address:** P.O. Box 782, Coamo PR, Zip Code 00769
**Date of Birth:** Day / Month / Year
**Sex:** ⊗ M  ◯ F
**Spouse's Social Security Number:** _____
**Spouse's Date of Birth:** Day / Month / Year
**Home Address (Town or Urbanization, Number, Street):** Bo. Rio Jueyes, Coamo PR, Zip Code 00769-0000
**Home Telephone:** (787) 000-0000
**Work Telephone:** _____
**Change of Address:** ◯ Yes ⊗ No
**Receipt Number:** _____ **Amount:** _____
**E-Mail Address:** _____

## Part 1

**YES / NO**
- A. ⊗ / ◯  United States Citizen?
- B. ⊗ / ◯  Resident of Puerto Rico at the end of the year?
- C. ◯ / ⊗  Tax exempt income from Lottery of Puerto Rico?
- D. ◯ / ⊗  Income from racetrack winnings in Puerto Rico?
- E. ◯ / ⊗  Other exempt income? (Submit Schedule)
- F. ◯ / ⊗  Obligation to make payments to ASUME?

**FILING STATUS AT THE END OF THE TAXABLE YEAR:**
1. ◯ Married living with spouse and filing jointly
2. ◯ Married not living with spouse (Not head of household) (Submit spouse's name and social security number above)
3. ⊗ Head of household (Not married)
4. ◯ Single
5. ◯ Married filing separately (Submit spouse's name and social security number above)

**HIGHEST SOURCE OF INCOME:**
- G. ⊗ Government, Municipalities or Public Corporations Employee
- H. ◯ Federal Government Employee
- I. ◯ Private Business Employee
- J. ◯ Retired/Pensioner
- K. ◯ Self-Employed (Indicate principal industry or business)

**GOVERNMENT CONTRACT:** ◯ TAXPAYER ◯ SPOUSE

**Your occupation:** Teacher — 6110
**Spouse's occupation:** _____

**2010 RETURN:** ⊗ SPANISH ◯ ENGLISH

> Fill in here if you choose the optional computation of tax for married individuals living together, filing a joint return and both working. Do not complete Parts 2 and 3, neither lines 15 through 25 of Part 4, and go to Schedule CO Individual.

## Part 2

**1. Wages, Commissions, Allowances and Tips**
ATTACH ALL YOUR WITHHOLDING STATEMENTS (Forms 499R-2/W-2PR, 499R-2c/W-2cPR or W-2, as applicable).

| | A - Income Tax Withheld | B - Wages, Commissions, Allowances and Tips |
|---|---|---|
| | 1,639.00 | 34,647.00 |
| | .00 | .00 |
| | .00 | .00 |
| | .00 | .00 |
| Total of withholding statements with this return: 1 | 1,639.00 | 34,647.00 |
| | Income Tax Withheld | Federal Wages |

C - Federal Government Wages (See instructions).. (01) _____ .00  (02) _____ .00

**2. Other Income (or Losses):**
- A) Interest income (Schedule F Individual, Part I, line 10) ........................................... (03) .00
- B) Distributable share on special partnerships profits (Submit Schedule F Individual and Schedule R) ... (04) .00
- C) Distributable share on special partnerships losses (Submit Schedule R) ... (05) .00
- D) Dividends from corporations and distributions from partnerships subject to withholding (Schedule F Individual, Part II, line 1A) ... (06) .00
- E) Dividends from corporations and distributions from partnerships not subject to withholding (Schedule F Individual, Part II, line 3B) ... (07) .00
- F) Distributable share on profits from corporations of individuals (Submit Schedule F Individual) ... (08) .00
- G) Distributions from Governmental Plans (Schedule F Individual, Part V, lines 1C and 1D) ... (09) .00
- H) Miscellaneous income (Submit Schedule F Individual) ... (10) .00
- I) Distributions from Individual Retirement Accounts and Educational Contribution Accounts (Submit Schedule F Individual) ... (11) .00
- J) Dividends from Capital Investment or Tourism Fund (Submit Schedule Q1) ... (12) .00
- K) Income from annuities and pensions (Schedule H Individual, Part II, line 12) ... (13) .00
- L) Alimony received (Payer's social security No. _____) (14) ... (15) .00
- M) Gain (or loss) from industry or business (Submit Schedule K Individual) ... (16) .00
- N) Gain (or loss) from farming (Submit Schedule L Individual) ... (17) .00
- O) Gain (or loss) from professions and commissions (Submit Schedule M Individual) ... (18) .00
- P) Gain (or loss) from rental business (Submit Schedule N Individual) ... (19) 1,449.00
- Q) Gain (or loss) from sale or exchange of capital assets (Submit Schedule D Individual) ... (20) .00
- R) Qualified plans and Variable Annuity Contracts (Submit Schedule D Individual) ... (21) .00
- S) Net long-term capital gain on Investment Funds (Submit Schedule Q1) ... (22) .00

**3. Total Gross Income** (Add lines 1B, 1C and 2A through 2S) ... (23) 36,096.00
**4. Alimony Paid** (Recipient's social security No. _____) (24) (Judgment No. _____) (25) ... (26) .00
**5. Adjusted Gross Income** (Subtract line 4 from line 3) ... (30) 36,096.00

Retention Period: Ten (10) years

PRSoft, Inc. (www.prsoft.com)

Form 482.0 Rev. 01.11

# LONG FORM

## 2010 GOVERNMENT OF PUERTO RICO DEPARTMENT OF THE TREASURY — INDIVIDUAL INCOME TAX RETURN — 2010

FOR CALENDAR YEAR 2010 OR TAXABLE YEAR BEGINNING ON 1 January, 2010 AND ENDING ON 31 December, 2010

RETURN WITH CHECK (PLEASE ATTACH CHECK HERE)

Liquidator / Reviewer
R | G | RO | V1 | V2 | P1 | P2 | N | D1 | D2 | E | A | M

Serial Number: _____
☐ AMENDED RETURN
☐ DECEASED DURING THE YEAR: ___ Day ___ Month ___ Year

**Taxpayer's Name:** Antonio
**Last Name:** Torres Cardenales
**Taxpayer's Social Security Number:** _____

**Postal Address:** PO Box 782
Coamo PR
**Zip Code:** 00769-0782

**Date of Birth:** ___
**Sex:** ● M ○ F
**Spouse's Social Security Number:** _____
**Spouse's Date of Birth:** Day / Month / Year
**Disabled:** ○ Taxpayer ○ Spouse

**Home Address:** Hacienda Miraflores, Coamo PR
**Zip Code:** 00769-0000
**Home Telephone:** (787) 000-0000
**Work Telephone:** _____
**CHANGE OF ADDRESS:** ○ Yes ● No

### Part 1

**YES / NO**
- A. ● ○ United States Citizen?
- B. ● ○ Resident of Puerto Rico at the end of the year?
- C. ○ ● Obligation to make payments to ASUME?
- D. ○ ● Other exempt income? (Submit Schedule) Indicate total $ 0

**FILING STATUS AT THE END OF THE TAXABLE YEAR:**
1. ○ Married living with spouse and filing jointly
2. ○ Married not living with spouse (Not head of household) (Submit spouse's name and social security number above)
3. ● Head of household (Not married)
4. ○ Single
5. ○ Married filing separately (Submit spouse's name and social security number above)

**HIGHEST SOURCE OF INCOME:**
- E. ● Government, Municipalities or Public Corporations Employee
- F. ○ Federal Government Employee
- G. ○ Private Business Employee
- H. ○ Retired/Pensioner
- I. ○ Self-Employed (Indicate principal industry or business) _____

**Your occupation:** Teacher 6110
**Spouse's occupation:** _____

**GOVERNMENT CONTRACT:** ○ TAXPAYER ○ SPOUSE

**2011 RETURN:** ● SPANISH ○ ENGLISH

○ Fill in here if you choose the optional computation of tax for married individuals living together, filing a joint return and both working. Do not complete Parts 2 and 3, neither lines 15 through 25 of Part 4, and go to Schedule CO Individual.

### Part 2

**1. Wages, Commissions, Allowances and Tips**

ATTACH ALL YOUR WITHHOLDING STATEMENTS (Forms 499R-2/W-2PR, 499R-2c/W-2cPR or W-2, as applicable).

| | A - Income Tax Withheld | B - Wages, Commissions, Allowances and Tips |
|---|---|---|
| | 1,354 00 | 33,618 00 |
| | 167 00 | 4,950 00 |
| Total of withholding statements with this return ... 2 | 1,521 00 | 38,568 00 |
| | Income Tax Withheld | Federal Wages |
| C - Federal Government Wages (See instructions) .. (01) | 00 | (02) 00 |

**2. Other Income (or Losses):**
- A) Interest income (Schedule F Individual, Part I, line 10) ......... (03) ____ 00
- B) Distributable share on special partnerships profits (Submit Schedule F Individual and Schedule R) ......... (04) ____ 00
- C) Distributable share on special partnerships losses (Submit Schedule R) ......... (05) ____ 00
- D) Dividends from corporations and distributions from partnerships subject to withholding (Schedule F Individual, Part II, line 1A) ......... (06) ____ 00
- E) Dividends from corporations and distributions from partnerships not subject to withholding (Schedule F Individual, Part II, line 3B) ......... (07) ____ 00
- F) Distributable share on profits from corporations of individuals (Submit Schedule F Individual) ......... (08) ____ 00
- G) Distributions from Governmental Plans (Schedule F Individual, Part V, lines 1C and 1D) ......... (09) ____ 00
- H) Miscellaneous income (Submit Schedule F Individual) ......... (10) ____ 00
- I) Distributions from Individual Retirement Accounts and Educational Contribution Accounts (Submit Schedule F Individual) ......... (11) ____ 00
- J) Dividends from Capital Investment or Tourism Fund (Submit Schedule Q1) ......... (12) ____ 00
- K) Income from annuities and pensions (Schedule H Individual, Part II, line 12) ......... (13) ____ 00
- L) Alimony received (Payer's social security No. _____ )(14) ......... (15) ____ 00
- M) Gain (or loss) from industry or business (Submit Schedule K Individual) ......... (16) ____ 00
- N) Gain (or loss) from farming (Submit Schedule L Individual) ......... (17) ____ 00
- O) Gain (or loss) from professions and commissions (Submit Schedule M Individual) ......... (18) ____ 00
- P) Gain (or loss) from rental business (Submit Schedule N Individual) ......... (19) 1,785 00
- Q) Gain (or loss) from sale or exchange of capital assets (Submit Schedule D Individual) ......... (20) ____ 00
- R) Qualified plans and Variable Annuity Contracts (Submit Schedule D Individual) ......... (21) ____ 00
- S) Net long-term capital gain on Investment Funds (Submit Schedule Q1) ......... (22) ____ 00

**3. Total Gross Income** (Add lines 1B, 1C and 2A through 2S) ......... (23) 40,353 00
**4. Alimony Paid** (Recipient's social security No. _____ )(24) (Judgment No. _____ )(25) ......... (26) ____ 00
**5. Adjusted Gross Income** (Subtract line 4 from line 3) ......... (30) 40,353 00

Retention Period: Ten (10) years

PRSoft, Inc. (www.prsoft.com)

m-499R-2/W-2 PR
10.11

GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

INFORMACION PARA EL DEPARTAMENTO DE HACIENDA
INFORMATION OF THE TREASURY

INFORMACION PARA EL SEGURO SOCIAL
SOCIAL SECURITY INFORMATION

**Nombre-First Name:** ANTONIO

**Apellido(s)-Surname(s):** TORRES CARDENALES

**Dirección Postal del Empleado-Employee's Mailing Address:**
APARTADO 782
COAMO, PR 00769

**Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address:**
L8013750526 SUSANA RIV
DEPT DE EDUCACION-MAESTROS
AVENIDA TENIENTE CESAR GONZALE
ESQUINA CALAF
HATO REY, PR 00919

**Número de Teléfono del Patrono - Employer's Telephone Number**

**Fecha Cese de Operaciones / Cease of Operations Date:** Día/Day, Mes/Month, Año/Year

**Número Control - Control Number:** 116459082

3. Núm. Seguro Social / Social Security No.
4. Núm. de Ident. Patronal / Employer Ident. No. (EIN): 660433481
5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension: Día/Day, Mes/Month, Año/Year
6. Costo de Pensión o Anualidad / Cost of Pension or Annuity: 0.00
6A. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage: 0.00
6B. Donativos / Charitable Contributions: 12.00

Copia C para Récord del Empleado
Copy C for Employee's Records
Año/Year: **2011**

7. Sueldos - Wages: 33458.72
8. Comisiones - Commissions: 0.00
9. Concesiones - Allowances: 0.00
10. Propinas - Tips: 0.00
11. Total=7+8+9+10: 33458.72
12. Gastos Reembolsados / Reimbursed Expenses: 0.00
13. Cont. Retenida - Tax Withheld: 898.31
14. Fondo de Retiro Gubernamental / Governmental Retirement Fund: 2921.40
15. Aportaciones a Planes Cualific. / Contributions to CODA PLANS: 0.00
16. Salarios bajo Ley Núm. 324 de 2004 / Salaries under Act No. 324 of 2004: 0.00
16A. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program: 0.00

17. Total Sueldos Seguro Social / Social Security Wages: 0.00
18. Seguro Social Retenido / Social Security Tax Withheld: 0.00
19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips: 0.00
20. Contrib. Medicare Retenida / Medicare Tax Withheld: 0.00
21. Propinas Seguro Social / Social Security Tips: 0.00
22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips: 0.00
23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips: 0.00

---

Handwritten notes: 3024, 1300, cheque #840 300.00

3. Empleado de Empresa Privada
4. Retirado/Pensionado
5. Trabajo Cuenta Propia
Su ocupación: Maestro de Escu[ela]

FOTOCOPIE : PIERDE LEGIBILIDAD

CONTRATO GOBIERNO: Contribuyente / Cónyuge

AGO

**Reintegro**
1. CONTRIBUCION PAGADA EN EXCESO
  A) Acreditar a la contribución estimada
  B) Aportación al Fondo Especial para...
  C) Aportación al Fondo Especial para...
  D) A REINTEGRAR (Si desea que se...)

(01) 00
(02) 00
(03) 00
(04) 00
(05) 00 (de Depósito)

**Pago**
2. TOTAL NO PAGADO DE LA CONTR... (06) 563 00
3. Menos: Cantidad pagada (a) Con P... (07) 300 00
  (b) Interé... (08) 00
  (c) Reca... (09) 00
4. BALANCE PENDIENTE DE PAGO (10) 263 00

**Depósito**
Tipo de cuenta: Cheques / Ahorros
Número de ruta/tránsito
Número de su cuenta
Cuenta a nombre de: _____ y _____

Declaro bajo penalidad de perjurio que la información incluida en esta planilla, anejos y documentos que se acompañan, ha sido examinada por mí y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

Firma del Contribuyente [signature] Fecha: 12-abril-12
Firma del Cónyuge ___ Fecha ___

04 Nombre del Especialista (Letra de Molde): **Esther Figueroa**
Nombre de la Firma o Negocio ___

Número de Registro: **19447**
Número de Identificación Patronal: **66-0760098**
Especialista por cuenta propia (ennegrezca aquí): Sí
Firma del Especialista ___ Fecha ___

NOTA AL CONTRIBUYENTE: Indique si hizo pagos por la preparación de su planilla: Sí / No. Si contestó "Sí", exija la firma y el número de registro del Especialista

Período de Conservación: Diez (10) años

PRSoft, Inc. (www.prsoft.com)

# ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
## DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
### COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

Formulario 499R-2/W-2 PR
Rev. 09.12

**1. Nombre-First Name:** ANTONIO
**Apellido(s) - Surname(s):** TORRES CARDENALES

**Dirección Postal del Empleado - Employee's Mailing Address:**
APARTADO 782
COAMO, PR 00769

**2. Nombre y Dirección Postal del Patrono / Employer's Name and Mailing Address:**
L8013750526 SUSANA RIV
DEPT DE EDUCACION-MAESTROS
AVENIDA TENIENTE CESAR GONZALE
ESQUINA CALAF
HATO REY, PR 00919

**Número de Teléfono del Patrono / Employer's Telephone Number:**

**Fecha Cese de Operaciones / Cease of Operations Date:** Día / Mes / Año

**Número Control - Control Number:** 125527633

**3. Núm. Seguro Social / Social Security No.:**

**4. Núm. de Ident. Patronal / Employer Ident. No. (EIN):** 660433481

**5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension:** Día / Mes / Año

**6. Costo de Pensión o Anualidad / Cost of Pension or Annuity:** 0.00

**6A. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage:** 0.00

**6B. Donativos / Charitable Contributions:** 12.00

**Copia C para Récord del Empleado / Copy C for Employee's Records**

**Año / Year:** 2012

| Item | Descripción | Monto |
|---|---|---|
| 7 | Sueldos - Wages | 35821.82 |
| 8 | Comisiones - Commissions | 0.00 |
| 9 | Concesiones - Allowances | 0.00 |
| 10 | Propinas - Tips | 0.00 |
| 11 | Total=7+8+9+10 | 35821.82 |
| 12 | Gastos Reemb. y Beneficios Marginales / Reimb. Expenses and Fringe Benefits | 0.00 |
| 13 | Cont. Retenida - Tax Withheld | 1069.82 |
| 14 | Fondo de Retiro Gubernamental / Governmental Retirement Fund | 2921.41 |
| 15 | Aportaciones a Planes Cualific. Contributions to CODA PLANS | 0.00 |
| 16 | Salarios bajo Ley 324-2004 / Salaries under Act 324-2004 | 0.00 |
| 16A | Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program | 0.00 |

**INFORMACION PARA EL DEPARTAMENTO DE HACIENDA / DEPARTMENT OF THE TREASURY INFORMATION**

**INFORMACION PARA EL SEGURO SOCIAL / SOCIAL SECURITY INFORMATION**

| Item | Descripción | Monto |
|---|---|---|
| 17 | Total Sueldos Seguro Social / Social Security Wages | 0.00 |
| 18 | Seguro Social Retenido / Social Security Tax Withheld | 0.00 |
| 19 | Total Sueldos y Pro. Medicare / Medicare Wages and Tips | 0.00 |
| 20 | Contrib. Medicare Retenida / Medicare Tax Withheld | 0.00 |
| 21 | Propinas Seguro Social / Social Security Tips | 0.00 |
| 22 | Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0.00 |
| 23 | Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

Reproducido por: Departamento de Hacienda

---

5. ☐ Trabajo Cuenta Propia (Indique la industria o negocio principal)
6. ☐ Otro _____

Su ocupación: **Maestro de Escuela**  6110  Ocupación cónyuge: _____

**COPY**

**CONTRATO GOBIERNO:** ☐ Contribuyente  ☐ Cónyuge

### PASE A LA PAGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO

**Reintegro:**
1. CONTRIBUCION PAGADA EN EXCESO (Encasillado 3, línea 27). Indique distribución en las líneas A, B, C y D .... (01) 40 00
   A) Acreditar a la contribución estimada 2013 .... (02) 00
   B) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan .... (03) 00
   C) Aportación al Fondo Especial para la Universidad de Puerto Rico .... (04) 00
   D) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado de Depósito) .... (05) 40 00

**Pago:**
2. TOTAL NO PAGADO DE LA CONTRIBUCION (Encasillado 3, línea 27) .... (06) 00
3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado .... (07) 00
   (b) Intereses .... (08) 00
   (c) Recargos _____ y Penalidades _____ .... (09) 00
4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a)) .... (10) 00

### AUTORIZACION PARA DEPOSITO DIRECTO DE REINTEGRO

**Depósito:**
Tipo de cuenta: ☐ Cheques  ☐ Ahorros
Número de ruta/tránsito: _____
Número de su cuenta: _____
Cuenta a nombre de: _____ y _____
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que he examinado la información incluida en esta planilla, anejos y documentos que se acompañan, y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

**Firma del Contribuyente:** [signature]  **Fecha:** 1/04/2013 ✓
**Firma del Cónyuge:** _____  **Fecha:** _____

04 | **Nombre del Especialista (Letra de Molde):** Esther Figueroa | **Nombre de la Firma o Negocio:** Esther Figueroa
**Firma del Especialista:** ✓ | **Fecha:** _____ | **Especialista por cuenta propia (ennegrezca aquí):** ☒ | **Número de Registro:** 19447

NOTA AL CONTRIBUYENTE: Indique si hizo pagos por la preparación de su planilla: ☒ Sí  ☐ No. Si contestó "Sí", exija la firma y el número de registro del Especialista.

Período de Conservación: Diez (10) años

PRSoft, Inc. (www.prsoft.com)

**Estado Libre Asociado de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 12/09/2013 |
| Hasta: | 12/20/2013 |

# Cheque: 06330151
Fecha: 12/17/2013

ANTONIO L TORRES CARDENALES
APARTADO 782
COAMO PR 00769
SS: XXX-XX-2681

| | |
|---|---|
| # Empleado: | XXXXX2681 |
| Dept: | 8005137-SANTA ISABEL-PONCE |
| Oficina: | SUSANA RIVERA |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $2,705.00 Monthly |

| | |
|---|---|
| DATA IMP: | Federal  PR |
| Estado Civil: | Head of Household |
| Concesiones: | 0   2 |
| Pct. Adcl.: | |
| Cant. Adcl.: | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Bono de Navidad | | | 0.00 | | 1,000.00 |
| Pago de Salarios Regulares | | | 0.00 | 1,476.00 | 32,460.00 |
| Licencia Enfermedad en Exceso | | | 0.00 | | 2,184.14 |
| **Total:** | | | **0.00** | **1,476.00** | **35,644.14** |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| PR Withholdng | 0.00 | 939.77 |
| **Total:** | **0.00** | **939.77** |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 0.00 | 2,921.52 |
| **Total:** | **0.00** | **2,921.52** |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| DUM-Gob Otras Deducciones | 611.59- | 611.59- |
| SM-Asoc Maestros de PR | 0.00 | 766.00 |
| Ahorros-AEELA | 0.00 | 973.92 |
| DM-FONDOS UNIDOS | 0.00 | 8.00 |
| SC-MULTINATIONAL LIFE INS. | 0.00 | 131.00 |
| AE-Asoc Emp ELA-Prest Regular | 0.00 | 421.89 |
| SC-GENERAL ACCIDENT LIFE | 0.00 | 109.62 |
| **Total:** | **611.59-** | **1,798.84** |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-Asoc Maestros de PR | 0.00 | 1,440.00 |
| GPR Plan de Retiro de Maestro | 0.00 | 2,759.04 |
| FSED Disability Plan | 0.00 | 605.89 |

* Tributable

## TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 0.00 | 0.00 | 611.59- | 611.59 |
| Acumulado: | 35,644.14 | 939.77 | 4,720.36 | 29,984.01 |

## PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA

| | |
|---|---|
| Cheque #06330151 | 611.59 |
| **Total:** | **611.59** |

**MENSAJE:**

| Formulario Form 499R-2/W-2PR Rev. 03.14 | ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY | INFORMACION PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
|---|---|---|---|
| 222 | COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT | | |

| 1. Nombre - First Name<br>Antonio | 3. Núm. Seguro Social<br>Social Security No. | 7. Sueldos - Wages<br>**33,387** | 17. Total Sueldos Seguro Social<br>Social Security Wages |
|---|---|---|---|
| Apellido(s) - Surname(s)<br>**Torres Cardenales** | 4. Núm. de Ident. Patronal<br>Employer Ident. No. (EIN)<br>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 | 8. Comisiones - Commissions<br>0 | 0 |
| Dirección Postal del Empleado - Employee's Mailing Address<br>**PO Box 872 Coamo PR 00769-0872** | 5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage<br>0 | 9. Concesiones - Allowances<br>0 | 18. Seguro Social Retenido<br>Social Security Tax Withheld<br>0 |
| | 6. Donativos<br>Charitable Contributions<br>0 | 10. Propinas - Tips<br>0 | |
| 2. Nombre y Direccion Postal del Patrono<br>Employer's Name and Mailing Address<br>**Departamento Educacion**<br>**Ave. Teniente cesar Gonzalez San Juan PR 00919-0000** | Patrono: - Employer:<br>• Envíe a: - Send to.<br>Social Security Administration<br>Data Operations Center<br>Wilkes-Barre, PA 18769-0001<br>Con la With the W-3PR<br>• Envíe al Departamento de Hacienda electronicamente<br>Send to Department of the Treasury electronically<br>(www.hacienda.gobierno.pr)<br>• Entregue dos copias al empleado<br>Deliver two copies to employee<br>• Conserve copia para sus records<br>Keep copy for your records | 11. Total = 7 + 8 + 9 + 10<br>**33,387** | 19. Total Sueldos y Pro. Medicare<br>Medicare Wages and Tips<br>0 |
| | | 12. Gastos Reemb. y Beneficios Marginales<br>Reimb. Expenses and Fringe Benefits<br>0 | |
| | | 13. Cont. Retenida - Tax Withheld<br>**742** | 20. Contrib. Medicare Retenida<br>Medicare Tax Withheld<br>0 |
| Numero de Telefono del Patrono<br>Employer's Telephone Number | | 14. Fondo de Retiro Gubernamental<br>Governmental Retirement Fund<br>**2,890** | |
| Fecha Cese de Operaciones.<br>Cease of Operations Date: | | 15. Aportaciones a Planes Cualific.<br>Contributions to CODA PLANS<br>0 | 21. Propinas Seguro Social<br>Social Security Tips<br>0 |
| Numero Confirmación de Radicación Electrónica<br>Electronic Filing Confirmation Number<br>**S140003** | | 16. Salarios Exentos (Ver instrucciones)<br>Exempt Salaries (See instructions)<br>0 | 22. Seguro Social no Retenido<br>en Propinas - Uncollected<br>Social Security Tax on Tips<br>0 |
| Número Control - Control Number<br>**004382730** | Año:<br>Year: **2014** | 16A. Código de Salarios Exentos<br>Exempt Salaries Code | |
| | | 16B. Aportaciones al Programa Ahorra y<br>Duplica tu Dinero - Contributions to the<br>Save and Double your Money Program<br>0 | 23. Contrib. Medicare no Retenida<br>en Propinas - Uncollected<br>Medicare Tax on Tips<br>0 |
| Fecha de radicación: 31 de enero - Filing date: January 31 | | | |

Planilla Radicada Electrónicamente

Formulario / Form 499R-2/W-2PR Rev. 08.15

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

| Field | Value |
|---|---|
| 1. Nombre - First Name | ANTONIO |
| Apellido(s) - Surname(s) | TORRES CARDENALES |
| Dirección Postal del Empleado - Employee's Mailing Address | APARTADO 782, COAMO, PR 00769 |
| 2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address | DEPT DE EDUCACION-MAESTROS, AVENIDA TENIENTE CESAR GONZALE ESQUINA CALAF, HATO REY, PR 00919 |
| Número de Teléfono del Patrono - Employer's Telephone Number | |
| Fecha Cese de Operaciones - Cease of Operations Date | |
| Número Confirmación de Radicación Electrónica - Electronic Filing Confirmation Number | S150008 |
| Número Control - Control Number | 004903462 |
| 3. Núm. Seguro Social - Social Security No. | |
| 4. Núm. de Ident. Patronal - Employer Ident. No. (EIN) | 660433481 |
| 5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage | 0.00 |
| 6. Donativos - Charitable Contributions | 0.00 |
| Año: Year: | 2015 |

Patrono: - Employer:
* Envíe a: - Send to: Social Security Administration Data Operations Center Wilkes-Barre, PA 18769-0001 Con la / With the W-3PR
* Envíe al Departamento de Hacienda electrónicamente / Send to Department of the Treasury electronically (www.hacienda.pr.gov)
* Entregue dos copias al empleado / Deliver two copies to employee
* Conserve copia para sus records / Keep copy for your records

Fecha de radicación: 31 de enero - Filing date: January 31

**INFORMACION PARA EL DEPARTAMENTO DE HACIENDA / DEPARTMENT OF THE TREASURY INFORMATION**

| # | Concepto | Amount |
|---|---|---|
| 7 | Sueldos - Wages | 33060.00 |
| 8 | Comisiones - Commissions | 0.00 |
| 9 | Concesiones - Allowances | 0.00 |
| 10 | Propinas - Tips | 0.00 |
| 11 | Total = 7+8+9+10 | 33060.00 |
| 12 | Gastos Reemb. y Beneficios Marginales / Reimb. Expenses and Fringe Benefits | 0.00 |
| 13 | Cont. Retenida - Tax Withheld | 716.88 |
| 14 | Fondo de Retiro Gubernamental / Governmental Retirement Fund | 2921.52 |
| 15 | Aportaciones a Planes Cualific. / Contributions to CODA PLANS | 0.00 |
| 16 | Salarios Exentos (Ver instrucciones) / Exempt Salaries (See instructions) | 0.00 |
| 16A | Código de Salarios Exentos / Exempt Salaries Code | |
| 16B | Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program | 0.00 |

**INFORMACION PARA EL SEGURO SOCIAL / SOCIAL SECURITY INFORMATION**

| # | Concepto | Amount |
|---|---|---|
| 17 | Total Sueldos Seguro Social / Social Security Wages | 0.00 |
| 18 | Seguro Social Retenido / Social Security Tax Withheld | 0.00 |
| 19 | Total Sueldos y Pro. Medicare / Medicare Wages and Tips | 0.00 |
| 20 | Contrib. Medicare Retenida / Medicare Tax Withheld | 0.00 |
| 21 | Propinas Seguro Social / Social Security Tips | 0.00 |
| 22 | Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0.00 |
| 23 | Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

Reproducido por: Departamento de Hacienda

## Form 1 (top)

**ADO 782, PR 00769**

DE EDUCACION - MAESTROS
A TENIENTE CESAR GONZALE
A CALAF
REY, PR 00919

Confirmation Number: S160021
Control Number: 006251777
Año / Year: 2016
Fecha de radicación: 31 de enero - Filing date: January 31

| Field | Amount |
|---|---|
| 5. Costo de cubierta de salud - Cost of employer-sponsored health coverage | 0.00 |
| 6. Donativos - Charitable Contributions | 0.00 |
| 7. Sueldos - Wages | 32999.51 (implied) |
| 10. Propinas - Tips | 0.00 |
| 11. Total=7+8+9+10 | 32999.51 |
| 12. Gastos Reemb. y Beneficios Marginales | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 713.02 |
| 14. Fondo de Retiro Gubernamental / Governmental Retirement Fund | 2916.07 |
| 15. Aportaciones a Planes Cualific. / Contributions to CODA PLANS | 0.00 |
| 16. Código/Code - Salarios Exentos | 0.00 |
| 16A. Código/Code | 0.00 |
| 16B. Aportaciones al Programa Ahorra y Duplica tu Dinero | 0.00 |
| 17. Total Sueldos Seguro Social / Social Security Wages | 0.00 |
| 18. Seguro Social Retenido / Social Security Tax Withheld | 0.00 |
| 19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips | 0.00 |
| 20. Contrib. Medicare Retenida / Medicare Tax Withheld | 0.00 |
| 21. Propinas Seguro Social / Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas | 0.00 |
| 23. Contrib. Medicare no Retenida en Propinas | 0.00 |

EIN: 660433481

---

## Form 2 (bottom) — ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
### DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
### COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

Surname(s): CARDENALES
Employee Mailing Address: DO 782, PR 00769
Fecha nacimiento: Día 13 Mes 06 Año 1965

DE EDUCACION - MAESTROS
A TENIENTE CESAR GONZALE
A CALAF
EY, PR 00919

EIN: 660433481
Confirmation Number: S160021
Control Number: 006251777
Año / Year: 2016
Fecha de radicación: 31 de enero - Filing date: January 31

| Field | Amount |
|---|---|
| 5. Costo de cubierta de salud | 0.00 |
| 6. Donativos - Charitable Contributions | 0.00 |
| 7. Sueldos - Wages | 32999.51 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total=7+8+9+10 | 32999.51 |
| 12. Gastos Reemb. y Beneficios Marginales | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 713.02 |
| 14. Fondo de Retiro Gubernamental | 2916.07 |
| 15. Aportaciones a Planes Cualific. / CODA PLANS | 0.00 |
| 16. Salarios Exentos - Código/Code | 0.00 |
| 16A. Código/Code | 0.00 |
| 16B. Aportaciones al Programa Ahorra y Duplica tu Dinero | 0.00 |
| 17. Total Sueldos Seguro Social | 0.00 |
| 18. Seguro Social Retenido | 0.00 |
| 19. Total Sueldos y Pro. Medicare | 0.00 |
| 20. Contrib. Medicare Retenida | 0.00 |
| 21. Propinas Seguro Social | 0.00 |
| 22. Seguro Social no Retenido en Propinas | 0.00 |
| 23. Contrib. Medicare no Retenida en Propinas | 0.00 |

Reproducido por: Departamento de Hacienda

| Formulario Form 409R-2/W-2PR Rev. 07.17 | GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY | INFORMACIÓN PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION | INFORMACIÓN PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
|---|---|---|---|
| 222 | COMPROBANTE DE RETENCIÓN - WITHHOLDING STATEMENT | | |

| 1. Nombre - First Name  ANTONIO | 3. Núm. Seguro Social / Social Security No. | 7. Sueldos - Wages  33,041.97 | 17. Total Sueldos Seguro Social / Social Security Wages |
| --- | --- | --- | --- |
| Apellido(s) - Last Name(s)  L TORRES CARDENALES | 4. Núm. de Ident. Patronal / Employer Ident. No. (EIN)  660433481-080 | 8. Comisiones - Commissions  0.00 | 0.00 |
| Dirección Postal del Empleado - Employee's Mailing Address  APARTADO 782  COAMO PR 00769 | 5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage  0.00 | 9. Concesiones - Allowances  0.00 | 18. Seguro Social Retenido / Social Security Tax Withheld  0.00 |
| | | 10. Propinas - Tips  0.00 | |
| | | 11. Total = 7 + 8 + 9 + 10  33,041.97 | 19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips |
| Fecha de Nacimiento: Día 13 Mes 6 Año 1965 / Date of Birth: Day Month Year | 6. Donativos / Charitable Contributions  0.00 | 12. Gastos Reemb. y Beneficios Marginales / Reimb. Expenses and Fringe Benefits  0.00 | |
| 2. Nombre y Dirección Postal del Patrono / Employer's Name and Mailing Address  DEPT DE EDUCACION MAESTROS  AVENIDA TENIENTE CESAR  ESQUINA CALAF  HATO REY PR 00919 | Patrono: - Employer:  • Envíe a: - Send to: Social Security Administration Data Operations Center Wilkes-Barre, PA 18769-0001 Con la / With the W-3PR | 13. Cont. Retenida - Tax Withheld  716.20 | 20. Contrib. Medicare Retenida / Medicare Tax Withheld |
| | | 14. Fondo de Retiro Gubernamental / Governmental Retirement Fund  2,913.12 | 0.00 |
| | | 15. Aportaciones a Planes Cualific. / Contributions to CODA PLANS  0.00 | 21. Propinas Seguro Social / Social Security Tips |
| Número de Teléfono del Patrono / Employer's Telephone Number (787) 773-3508 | • Envíe al Departamento de Hacienda electrónicamente / Send to Department of the Treasury electronically (www.hacienda.pr.gov) | Salarios Exentos (Ver instrucciones) / Exempt Salaries (See instructions) Código/Code | 0.00 |
| Fecha Cese de Operaciones: Día Mes Año / Cease of Operations Date: Day Month Year | | | 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips |
| Número Confirmación de Radicación Electrónica / Electronic Filing Confirmation Number  S170008 | • Entregue dos copias al empleado / Deliver two copies to employee.  • Conserve copia para sus records / Keep copy for your records | 16. 0.00  Código/Code  16A. 0.00 | 0.00 |
| Número Control - Control Number  006975261 | Año: Year: 2017 | 16B. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program  0.00 | 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips  0.00 |
| Fecha de radicación: 31 de enero - Filing date: January 31 | | | |

INSTRUCCIONES PARA EL EMPLEADO
DEBERÁ SOMETER COPIA AL RENDIR SU PLANILLA

De acuerdo al Código de Rentas Internas de Puerto Rico de 2011, según enmendado (Código), viene obligado a rendir planilla de contribución sobre ingresos todo individuo residente que:

- sea contribuyente individual o casado, si durante el año contributivo tuviere un ingreso bruto reducido por las exenciones de la Sección 1031.02 del Código mayor de $5,000;
- sea casado que vivía con su cónyuge y opte por rendir planilla separada, si durante el año contributivo tuviere un ingreso bruto reducido por las exenciones de la Sección 1031.02 del Código de $2,500 o más;
- tenga ingreso neto sujeto a contribución básica alterna de $150,000 o más.

PENALIDAD – El Código dispone lo siguiente: Toda persona obligada bajo cualquier Subtítulo del Código a rendir una planilla, declaración, certificación o informe, que voluntariamente dejare de rendir dicha planilla, declaración, certificación o informe dentro del término o términos fijados por el Subtítulo correspondiente o por reglamentos, además de otras penalidades establecidas por el Código, incurrirá en delito menos grave, y en caso de convicción, será castigada con pena de multa no mayor de $5,000, o con pena de reclusión por un término máximo de 90 días, o ambas penas, a discreción del tribunal, más las costas del proceso. En aquellos casos en que cualquier persona voluntariamente dejare de rendir dicha planilla, declaración, certificación o informe (dentro de los términos fijados por el Subtítulo correspondiente o por reglamentos), con la intención de evadir o derrotar cualquier contribución impuesta por el Código, además de otras penalidades establecidas por el Código, incurrirá en un delito grave de tercer grado, y en caso de convicción, será sancionada con pena de reclusión la cual fluctuará entre tres años un día y ocho años. El Tribunal a su discreción podrá imponer la pena fija de reclusión establecida o pena de multa que no excederá de $20,000, o ambas penas, más las costas del proceso.

Retenga copia de este formulario para sus records. Puede usarla para establecer su derecho a los beneficios de seguro social. Si su nombre, dirección o número de seguro social están incorrectos, informe el error a su patrono para que le complete un Formulario 499R-2c/W-2cPR.

INSTRUCTIONS FOR THE EMPLOYEE
A COPY MUST BE SUBMITTED WITH YOUR RETURN

Pursuant to the Puerto Rico Internal Revenue Code of 2011, as amended (Code), an income tax return must be filed by any resident individual who:

- is an individual or married taxpayer, who during the taxable year had gross income, reduced by the exemptions established in Code Section 1031.02, greater than $5,000;
- is a married individual who lived with his/her spouse, and elects to file separate returns, that during the taxable year had gross income, reduced by the exemptions established in Code Section 1031.02, of $2,500 or more; or
- has net income subject to alternate basic tax of $150,000 or more.

PENALTY – The Code provides the following: Every person required under any Subtitle of the Code to file a return, statement, certification or report, who willfully fails to file such return, statement, certification or report within the term or terms established by the corresponding Subtitle or by regulations, in addition to other penalties provided by the Code, shall be guilty of a misdemeanor, and upon conviction thereof, punished by a fine of not more than $5,000, or imprisonment for a term of not more than 90 days, or both penalties, at the discretion of the Court, plus the costs of prosecution. In the case of any person who willfully fails to file such return, statement, certification or report (within the terms established by the corresponding Subtitle or by regulations), with the intention to evade or defeat any tax imposed by the Code, in addition to other penalties provided by the Code, shall be guilty of a third degree felony, and upon conviction thereof, punished by imprisonment for a term ranging from three years and one day to eight years. The Court may impose, at its discretion, the fixed penalty of imprisonment provided or a fine of not more than $20,000, or both penalties, plus the costs of prosecution.

Keep copy of this form for your records. You can use it to prove your right to social security benefits. If your name, address or social security number is incorrect, inform this to your employer and request a Form 499R-2c/W-2cPR.

Form 499R-2/W-2PR
Rev. 07.18

GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

222 COMPROBANTE DE RETENCIÓN - WITHHOLDING STATEMENT

| | | | |
|---|---|---|---|
| 1. Nombre - First Name: ANTONIO L | 3. Núm. Seguro Social / Social Security No. | 7. Sueldos - Wages: 34,546.90 | 17. Total Sueldos Seguro Social / Social Security Wages: 0.00 |
| Apellido(s) - Last Name(s): TORRES CARDENALES | 4. Núm. de Ident. Patronal / Employer Ident. No. (EIN): 66-0433481 | 8. Comisiones - Commissions: 0.00 | 18. Seguro Social Retenido / Social Security Tax Withheld: 0.00 |
| Dirección Postal del Empleado - Employee's Mailing Address: APARTADO 782 COAMO PR 00769 | 5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage: 0.00 | 9. Concesiones - Allowances: 0.00 | |
| | | 10. Propinas - Tips: 0.00 | |
| | | 11. Total = 7 + 8 + 9 + 10: 34,546.90 | |
| | 6. Donativos / Charitable Contributions: 0.00 | 12. Gastos Reemb. y Beneficios Marginales: 0.00 | 19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips: 0.00 |
| Fecha de Nacimiento / Date of Birth: Día/Day 13 Mes/Month 6 Año/Year 1965 | | 13. Cont. Retenida - Tax Withheld: 839.32 | 20. Contrib. Medicare Retenida / Medicare Tax Withheld: 0.00 |
| 2. Nombre y Dirección Postal del Patrono / Employer's Name and Mailing Address: DEPT DE EDUCACION MAESTROS AVENIDA TENIENTE CESAR ESQUINA CALAF HATO REY, PR 00919-0000 | Patrono: - Employer: Indique si la remuneración incluye pagos al empleado por: Indicate if the renumeration includes payments to the employee for: A - ☐ Servicios prestados por un médico cualificado bajo la Ley 14-2017 / Services rendered by a qualified physician under Act 14-2017 B - ☐ Servicios domésticos / Domestic services C - ☐ Otros / Others: _____ | 14. Fondo de Retiro Gubernamental / Governmental Retirement Fund: 3,021.55 | |
| | | 15. Aportaciones a Planes Calificados / Contributions to CODA PLANS: 0.00 | 21. Propinas Seguro Social / Social Security Tips: 0.00 |
| | | Salarios Exentos (Ver instrucciones) / Exempt Salaries (See instructions) | |
| Número de Teléfono del Patrono / Employer's Telephone Number | | 16. Código/Code: 0.00 | 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips: 0.00 |
| Fecha Cese de Operaciones / Cease of Operations Date: Día/Day___ Mes/Month___ Año/Year___ | | 16A. Código/Code: 0.00 | |
| Número Confirmación de Radicación Electrónica / Electronic Filing Confirmation Number: F0717193216 | | 16B. Código/Code: 0.00 | 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips: 0.00 |
| Número Control - Control Number: 180048791 | | 16C. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program: 0.00 | |
| Fecha de radicación: 31 de enero - Filing date: January 31 | | Año / Year: 2018 | |

