Antonio Luis Torres Cardenales
Urb. Hacienda Miraflores #6 Calle Orquidea
Coamo, P.R. 00769



7018 0680 0000 9965 5448

**CERTIFIED MAIL**

7018 0680 0000 9965 5448

U.S. POSTAGE PAID
FCM LG ENV
COAMO, PR
00769
FEB 15, 20
AMOUNT
**$5.15**
R2305H126384-06

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

RECEIVED & FILED
2020 FEB 18 PM 4:39
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR