14 de febrero de 2020

A quien pueda interesar:

Adjunto evidencia de los años trabajados del departamento de educación, como evidencia ya que tengo una reclamación de caso # 17BK 3283-LIS Commonwealth Puerto Rico. Claim # 81194, ya que recibí información sobre mi caso que es deficiente.

Comencé a trabajar 5 de agosto del 1996 y terminé en septiembre del 2012 mi fecha de jubilación fue Septiembre de 2012

Gracias

att.
Jose P. Pere
mi # de teléfono es
787- 974-6267

RECEIVED & FILED
2020 FEB 18 PM 5:19
US DISTRICT COURT
SAN JUAN P.R.

Espero respuesta del
mismo.

Gracias por la
ayuda que puedas
brindarme.