**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Perez Rivera, Jose R. | 81194 | 6/25/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Perez Rivera, Jose R. | 81194 | 6/25/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.  **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m.  (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.  **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

001007

ESTADO LIBRE ASOCIADO DE PUERTO RICO
Departamento de Educación
Oficina Superintendente de Escuelas
Distrito Escolar Ponce II
Apartado 7851
Ponce, Puerto Rico 00732

6 de agosto de 1996
_____
Fecha

Sr. Rafael Sinfontes
Director Div. de Personal Clasificado
Departamento de Educación
Apartado 190759
San Juan, Puerto Rico 00919-0759

Estimad __o__ señor __Sinfonte__:

Tenemos a bien a referirle a __José R. Pérez Rivera__ en la plaza __C-10455__ de __Conserje I. - 7 1/2hr.__ del Programa __Funcionamiento de Escuelas__.

A continuación enviamos los documentos correspondiente al nombramiento de __José R. Pérez Rivera__
Fecha de efectividad: 5 de agosto 1996:

____ OCAP-Notificación de Nombramiento, Juramento de Empleados Transitorios

__X__ PC-3 Reclutamiento de Personal o Recomendación de Candidatos

__X__ Op-1 Historial de Personal

__X__ Examen Médico

__X__ Juramento

__X__ Retratos 2 x 2

__X__ Forma 499-R-4 Certificación de Exención para la Retención

__X__ Certificado Negativo de Antecedentes Penales

__X__ Certificado de Nacimiento

__X__ I-9 - Verificación de Elegibilidad de Empleo

__X__ Memo sobre el área Libre de Drogas

__X__ Fotocopia tarjeta Seguro Social, Licencia de Conducir o Tarjeta Electoral

__X__ Transcripción de Crédito o Fotocopia del Diploma

__X__ 08-20-Designación de Beneficiarios

____ AEELA-194- Autorización de Descuento Fondo de Ahorro y Préstamos

__X__ Datos Demográficos de los Participantes

Sin otro particular al respecto, queda.