Jose R. Perez
P.O. Box 5000-446
San German P.R.
00683


7018 3090 0000 0794 2541


U.S. POSTAGE PAID
FCM LG ENV
SABANA GRANDE, PR
00637
FEB 15, 20
AMOUNT
$4.55
R2305K135317-06

2020 FEB 18 PM 5:19
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Clerk's Office
United States District Court
#150 Chardon Avenue
Federal Building
San Juan P.R. 00918.