**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| En el asunto de: | Reclamación Núm: 119925 |
|---|---|
| JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO | PROMESA, Título III |
| Como representante de | Núm. 17 BK 3283-LTS |
| ESTADO LIBRE ASOCIADO DE PUERTO RICO Y OTROS, | (Administrada conjuntamente) |
| Deudores | La presente radicación guarda relación con el ELA, la ACT y el SER |

## REPLICA A LA OBJECCION GLOBAL

A la Secretaría del Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico:

**Comparece ANA L. FEBO BURGOS**, mayor de edad, casada, propietaria y vecina de Comerío, Puerto Rico con dirección postal en el Hc-1 Box 13604, Comerío, Puerto Rico, 00782 y con número telefónico 787-678-1842.

1. Que comencé a laborar para el Estado Libre Asociado de Puerto Rico, desempeñándome como Maestra en el año 1977.

2. Que se radicó "Reclamación" el pasado 28 de Junio de 2018, con el número 119925.

3. Que, entiendo que cualifico para los correspondientes aumentos aprobados durante el periodo en que me desempeñé como Maestra y los mismos no fueron pagados, violentando mis derechos.

4. Que mis derechos están cobijados bajo las siguientes Leyes:

    a. Ley 34

    b. Ley 89

    c. Ley 94

    d. Ley 96

    e. Ley 164

5. Adjunto se somete Certificación del Sistema de Retiro Para Maestros acreditando el periodo trabajado.

Por todo lo cual, solicitamos de la Secretaría del Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico, declare Ha Lugar el presente escrito

En, Comerío, Puerto Rico a 14 de febrero de 2020.

*Ana L. Febo Burgos*
Ana L. Febo Burgos
Hc-1 Box 13604
Comerío, P.R. 00782
Tel. 787-678-1842