**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Ana L. Febo Burgos**, con número de seguro social que termina en **4798**.

| | |
|---|---|
| Fecha de Efectividad de la Pensión | 30 de agosto de 2008 |
| Tiempo Cotizado para la Pensión | 30 años, 0 mes, 3 sem., 0 día |
| Pensión Mensual Inicial | $1,901.54 |
| Pensión Mensual Actual | $1,901.54 |

Esta certificación se expide hoy, **4 de febrero de 2020** en **San Juan, Puerto Rico**.

Edgardo J. Negrón Ramírez
Supervisor
Área de Servicios de Retiro



235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

787.777.1414   787.764.6910   www.srm.pr.gov