Ana Luz Febo Burgos
HC1. BOX 13604
Comerio P.R. 00782

Tribunal de distrito de los Estados Unidos
Room 150 Federal Building
San Juan P.R. 00918-1767