# RECLAMACION

Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico

RE: García Fortes, María del C
Claim # 42037

Por la presente hago mi reclamo y no estoy de acuerdo con la decisión tomada debido a que por más de 30 años he trabajado para el Gobierno de Puerto Rico y mi dinero del Fondo de Retiro, por el cual trabaje y pague intereses al estado, me fue despojado.

Por lo menos más de **$80,000.00** me fueron sustraídos quedando sin un retiro justo para mis años de jubilación. Cuando firme en el 1986, para mi desempeño en el Gobierno de Puerto Rico fue con la confianza de tener un retiro razonable, poniendo toda mi confianza y el porvenir mío y de mi familia en manos de estos. Hoy me encuentro en una etapa que se vislumbra de extrema pobreza.

Reclamo que mi dinero sea devuelto y pagado con los intereses que así me corresponden.

En Bayamón, Puerto Rico a 14 de enero de 2020.

Dirección: Urb. Las Colinas
R 3 Colina Las Pinas, Toa Baja, PR 00949-4931
melusa07@hotmail.com
Teléfono: (787)- 608-9411

cc. Abogado de la Junta de Supervisión (Counsel for the Overright Board)
    Abogado Comite de Acreedores (Counsel for the Creditors)