Maria Del C. García Fortes
Urb. Las Colinas
R-3 Colina Las Piñas
7da Baja, P.R. 00949-4931

SAN JUAN PR 009
14 FEB 2020 PM 1 L

Secretaria
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767

2020 FEB 18 PM 5:30
RECEIVED & FILED