Noel Ortiz Rolón
Urb. Las Colinas
R-3 Colina Las Piñas
Toa Baja, P.R. 00949-4931

Secretaría
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767