(i) Datos de contacto:

Nombre: Myrna Luz Berrios Williams

Dirección: Urb. Baralt Calle 1-A-14 Fajardo P.R 00738

Número de teléfono: (787) 939-891-0269

Dirección correo electrónico: mirnalyz56@gmail.com

RECEIVED & FILED
2020 FEB 18 PM 5:15
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

(ii) Epígrafe:

Nombre del Tribunal: **Tribunal de Distrito de Estados Unidos Para el Distrito de Puerto Rico**

Nombre de deudores: **Junta Supervisión y Administración Financiera Para Puerto Rico, como representante de Estado Libre Asociado de Puerto Rico**

Número de procedimiento: 17- BK3283-LTS

Título de la objeción global: Notificación de la centesima trigesima global del E.L.A de Puerto Rico

Números de evidencia de reclamos relacionado de Prime Clerk: 163505

(iii) Motivo para oponerse: Me desempeñe en el Departamento de Educacion de P.R. durante los años 1978 hasta 2010 durante esos años se aprobaron la ley #89 Romerazo y la ley Sila Calderon año 2002 y no me otorgaron los beneficios que me correspondian por motivos de esas leyes

iv) Documentación justificada: Adjunto comprobante de evidencia de años de servicio en el Departamento de educacion.