# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

**ATT: Ley Promesa**

13 de febrero de 2020

# C E R T I F I C A C I O N

| | | |
|---|---|---|
| Certifico que | : | MYRNA BERRIOS WILLIAMS |
| Seguro Social | : | |
| Categoría | : | MA. EDUC. SALUD ESCOLAR (K-12) |
| Distrito Escolar | : | CANOVANAS |
| Sueldo Mensual | : | $3,070.00 |
| Status | : | PROBATORIO |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 28 de julio de 2010 |
| Otros | : | Presto servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 32 años. Nuestro sistema de Recursos Humanos refleja que ocupó una plaza desde 09/20/1978. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.



# GOBIERNO DE PUERTO RICO
Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. MYRNA L BERRIOS WILLIAMS** con número de seguro social que termina en 8108

| | |
|---|---|
| Fecha de Efectividad de la Pensión | 29 de julio de 2010 |
| Tiempo Cotizado para la Pensión | 31 años, 4 meses, 2 semanas |
| Pensión Mensual Inicial | $ 2,250.94 |
| Pensión Mensual Actual | $ 2,250.94 |

Esta certificación se expide hoy 14 de febrero de 2020 en San Juan, Puerto Rico

Cynthia Sanjurjo Santos
Supervisora
Centro de Contacto SRM

236 Avenida Arterial Hostos - Edificio Capital Center - Torre Norte, Hato Rey - Puerto Rico
00918 P.O. Box 191879 - San Juan PR 00919-1879

