Myrna L. Berrios Williams
Urb. Baralt Calle 1-A-14
Fajardo 00738

A/A
Abogado
Proskauer Rose LLP

To: Secretaria (Clerk's Office
Tribunal de distrito de
los Estados Unidos
Room 150 Federal Building
San Juan P.R. 00918-1767

SAN JUAN PR 009
15 FEB 2020 PM 1
FOREVER USA
Barn Swallow

RECEIVED & FILED
2020 FEB 18 PM 5:15