ED & FI

13- Febrero-2020

2020 [ ] 18 PM 5:17

A quien pueda interesar y/o Secretaria (Clerk's Office)
Tribunal de Distrito de los EU - Room 150 Federal Building
San Juan P.R. 00918 - 1767

Por la presente certifico que solicite la
certificación de empleo del Dpto. de Educación
y aun no my la han entregado.
Ademas la correspondencia a mi llego
febrero 30 del 2020 por la razón de
que el correo de Mayaguez Pueblo
con el terremoto del 7 de Enero 2020
permanece cerrado aun. Estuvimos
2 semanas sin el servicio y lo
volvieron a abrir en carpas en el
patio del correo 30 Enero 2020.
Por estas razones estamos en P.R.
atrasados y el Dpto. de Educación estuvo
cerrado y hay mucho volumen de certificaciones
atrasadas para esta reclamación.
Por favor solicito un tiempo para tan pronto
me la entreguen yo sea enviar a ustedes
Certificada. ———— Gracias por su atención
Sra Wanda I. Arvelo Marcos
# 155544

Tan pronto me entreguen la certificación la envio.
Cualquier duda pueden      (787) 602-4344
llamarme