Wanda I. Arvelo Alvares
P.O. Box 1845
Mayagüez, Puerto Rico
   00681
Case:17-03283-LTS  Doc#:11393-2  Filed:02/18/20  Entered:02/20/20 15:33:03  Desc:
Envelope   Page 1 of 1

SAN JUAN PR 009
14 FEB 2020 PM 1 L



RECEIVED & FILED
2020 FEB 18 PM 5: 17
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.R.

Secretaría (Clerk's office)
Tribunal de Distrito de los EU.
Room 150 Federal Building
San Juan, Puerto Rico
   00918-1767

00918$9999