(i) **Datos de contacto:**

Nombre: Myrna-Luz Berrios Williams
Dirección: Urb. Baralt Calle 1-A-14 Fajardo P.R.- 00738
Número de teléfono: (787) 939-991-0269
Dirección correo electrónico: mirnaluz56@gmail.com

RECEIVED & FILED
2020 FEB 18 PM 5:18
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

(ii) **Epígrafe:**

Nombre del Tribunal: **Tribunal de Distrito de Estados Unidos Para el Distrito de Puerto Rico**

Nombre de deudores: **Junta Supervisión y Administración Financiera Para Puerto Rico, como representante de Estado Libre Asociado de Puerto Rico**

Número de procedimiento: 17- BK3283-LTS

Título de la objeción global: Notificación de la Centesima trigesima sexta global del Ela de P.R

Números de evidencia de reclamos relacionado de Prime Clerk: Claim # 163444

(iii) Motivo para oponerse: Me desempeñe en el departamento de Educación de Puerto Rico durante los años 1974 hasta el 2010 Durante esos años se aprobaron las leyes # 89 (Romero 20) y la ley Sila Calderon 2002 y no me otorgaron los beneficios que me correspondian por motivos de esas leyes.

iv) Documentación justificada: Adjunto Comprobante de evidencia años de servicios en el Departamento De Educación