# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

**ATT:** Ley Promesa

13 de febrero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | MYRNA BERRIOS WILLIAMS |
| Seguro Social | : | |
| Categoría | : | MA. EDUC. SALUD ESCOLAR (K-12) |
| Distrito Escolar | : | CANOVANAS |
| Sueldo Mensual | : | $3,070.00 |
| Status | : | PROBATORIO |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 28 de julio de 2010 |
| Otros | : | Presto servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 32 años. Nuestro sistema de Recursos Humanos refleja que ocupó una plaza desde 09/20/1978. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

ATT: Ley Promesa

13 de febrero de 2020

## CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | MYRNA BERRIOS WILLIAMS |
| Seguro Social | : | 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 |
| Categoría | : | MA. EDUC. SALUD ESCOLAR (K-12) |
| Distrito Escolar | : | CANOVANAS |
| Sueldo Mensual | : | $3,070.00 |
| Status | : | PROBATORIO |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 28 de julio de 2010 |
| Otros | : | Presto servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 32 años. Nuestro sistema de Recursos Humanos refleja que ocupó una plaza desde 09/20/1978. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.