Jorge Benio Villums
Urb. Beraff Calle 1-14-14
Edo. P.R. 00738

RECEIVED & FILED
2020 FEB 18 PM 5:18

To: Secretaria (Clerk's Office)
Martin J. Bienenstock
Estados Unidos Distrito de los
Brian J. Rosen   Federal Bankruptcy Room 150
(Puerto Rico) 00918-1767

SAN JUAN PR 009
15 FEB 2020 PM 1 L
FOREVER
Barn Swallow