(i) **Datos de contacto:**

Nombre: Dolores R. Francis Rosario

Dirección: Urb. Meléndez C-23 Calle B
Fajardo, P.R. 00738

Número de teléfono: (787) 568-1242

Dirección correo electrónico: myrna:casillas@gmail.com

(ii) **Epígrafe:**

Nombre del Tribunal: **Tribunal de Distrito de Estados Unidos Para el Distrito de Puerto Rico**

Nombre de deudores: **Junta Supervisión y Administración Financiera Para Puerto Rico, como representante de Estado Libre Asociado de Puerto Rico**

Número de procedimiento: 17-BK3283-LTS  Notificación de La Centésima Trigésima Sexta Objeción global del
Título de la objeción global: ELA de P.R.

Números de evidencia de reclamos relacionado de Prime Clerk: 163586

(iii) **Motivo para oponerse:**

Trabajé en el Dept. de Educación de Puerto Rico durante los años 1972 hasta 2010. En esos años se aprobaron las leyes #89 (Promesa) y la ley Sila Calderón de 2002 y no me otorgaron los beneficios que me correspondían por motivo de esas leyes.

(iv) **Documentación justificada:**

Adjunto comprobante, evidenciando años de servicios en el Dept. de Educación.



# DEPARTAMENTO DE EDUCACION
### Estado Libre Asociado de Puerto Rico
#### Secretaría Auxiliar de Recursos Humanos

**ATT: LEY PROMESA**

13 de febrero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | DOLORES R. FRANCIS ROSARIO |
| Seguro Social | : | |
| Categoría | : | MA. EDUC. SEC (CIENCIA GENERAL) |
| Distrito Escolar | : | FAJARDO |
| Sueldo Mensual | : | $2,730.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 28 de julio de 2010 |
| Otros | : | Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de (37) años, (6) meses, (2) semanas y (1) día. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

Dolores R. Francis Rosario
C23 Calle B
Urb. Meléndez
Fajardo, P.R. 00738

SAN JUAN PR 009
14 FEB 2020 PM 1 L

Secretaría (Clerk Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, (Puerto Rico) 00918-1767

2020 FEB 18 PM 5: 17