A quien pueda interesar:

Adjunto evidencia de los años trabajados en el Departamento de Educación. Es como evidencia ya que tengo una reclamación del caso número 17 BK 3283 LTS and claim number 90628 ya que recibí información sobre mi caso que es deficiente.

Comencé a trabajar el 6 de octubre de 1976 y mi fecha de jubilación fue el 31 de julio de 2007.

Mis respetos,
Iraida Mari
787-642-9659

2020 FEB 18 PM 5:18
RECEIVED & FILED
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN

Espero respuesta del mismo.
Gracias por la ayuda que puedan brindarme.

Iraida Mari