Urb. Valle Verde
D-10 Calle 4
San Lorenzo, P.R.
00683

RECEIVED & FILED
2020 FEB 18 PM 5:18
N JUAN, P.R.

**RETURN RECEIPT REQUESTED**

Secretaria (Clerk's Office)
Tribunal de Distrito de los EU
#150 Chardón Avenue
Federal Building
San Juan, P.R.
00918

