12 DE FEBRERO 2020

DE: SOLTERESA QUILES

URB. MEDINA CALLE 8 P11

ISABELA, PUERTO RICO 00662

A: CLERKS OFFICE

UNITED STATES DISTRICT COURT

ROOM 150 FEDERAL BUILDING

SAN JUAN, PUERTO RICO 00918-1767

ADJUNTO ENVIO EVIDENCIA DE TALONARIOS CON CONTENIDO E INFORMACION PERSONAL Y EVIDENCIAS PARA DE SER VIABLE SE PROCEDA CON MI RECLAMACION. ADEMAS JUSTIFICACIONES QUE PODRIAN APLICAR PARA EL PAGO PROMESA TITULO 111 EN MI CASO. LEY 89, LEY 51 DE LA HONORABLE SILA CALDERON LEY 164, LEY 180 (INCENTIVOS POR PASOS DEL DEPARTAMENTO DE EDUCACION DE PUERTO RICO QUE NO FUERON PAGADOS.

ATENTAMENTE;

SOL TERESA QUILES