- ☐ No. *Pase a la Pregunta 4.*
- ☒ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó:
_Departamento de Educación_

3(b). Identifique las fechas de su empleo con relación a su reclamación:
_Trabaje por 33 años_

3(c). Últimos cuatro dígitos de su número de seguro social: _1114_

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):

- ☐ Jubilación
- ☐ Salarios impagos
- ☐ Días por enfermedad
- ☐ Queja con el sindicato
- ☐ Vacaciones
- ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

_Pasos, concedidos por el Departamento de Educación que no fueron pagados._

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?

- ☐ No.
- ☒ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción.
_Departamento de Educación_

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución:
_Inre Commonwealth of Puerto Rico_

4(c). Número de caso: _Promesa Título III No. 17 BK 3283-LTS_

4(d). Título, epígrafe, o nombre del caso:

2

**Instrucciones**

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación. Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

**Cuestionario**

1. **¿Cuál es el fundamento de su reclamación?**
   - ☐ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este
   - ☐ Empleo actual o anterior en el gobierno de Puerto Rico
   - ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

   _____

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**
   — No estimado —

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):

__Promesa III. No. 17 BK 3283-LTS__

4(f). ¿Tiene usted una sentencia impaga? Sí / No  (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?

_____

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| URB MEDINA<br>P11 CALLE 8<br>ISABELA PR 00662-3828<br>SS: XXX-XX-1114 | | | Dept:<br>Lugar:<br>Titulo:<br>Sueldo: | 592230-Anos y Servicios Ley160/2013<br>Anos y Servicios Ley160/2013<br>Pensionado<br>$2,010.00 Monthly | | Estado Civil:<br>Concesiones:<br>Pct. Adcl.:<br>Cant. Adcl.: | Married<br>0 | Married<br>39 +99 |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | | IMPUESTOS | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | | 1,005.00 | 562.50 | 7,035.00 | | | |
| Total: | | | 1,005.00 | 562.50 | 7,035.00 | Total: | 0.00 | 0.00 |

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| | | | SM-First Medical Health Plan | 108.50 | 717.50 | | | |
| Total: | 0.00 | 0.00 | Total: | 108.50 | 717.50 | * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | | | | |
|---|---|---|---|---|
| Corriente: | 1,005.00 | 0.00 | 108.50 | 896.50 |
| Acumulado: | 7,035.00 | 0.00 | 717.50 | 6,317.50 |

| FTO HORAS | ACUM | | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|
| Balance Inicial: | 0.0 | | Aviso #4188216 | 896.50 |
| + Acumulado: | | | | |
| - Utilizado: | | | Total: | 896.50 |
| - Donada: | | | | |
| + Ajustes: | | | | |
| Balance Final: | 0.0 | | | |

MENSAJE:

Gobierno de Puerto Rico  
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha  
04/13/2018

Aviso No.  
4188216

Cant. Deposito: $896.50

TRAY 3 SQ 767**************SCH 5-DIGIT 00602    767 2 AV 0.378  
SOL T QUILES RODRIGUEZ  
URB MEDINA  
P11 CALLE 8  
ISABELA PR 00662-3828

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | | $896.50 |
| Total: | | $896.50 |

NO-NEGOCIABLE

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ISABELA PR 00662-3828 | | | Titulo: | Pensionado | | Pct. Adcl.: | |
| SS: XXX-XX-1114 | | | Sueldo: | $2,010.00 Monthly | | Cant. Adcl.: | |

**HORAS E INGRESOS** | **IMPUESTOS**

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,005.00 | 645.00 | 8,040.00 | | | |
| Total: | | | 1,005.00 | 645.00 | 8,040.00 | Total: | 0.00 | 0.00 |

**DEDUCCIONES** | **DEDUCCIONES GENERALES** | **APORTACIONES PATRONALES PAGADAS**

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| | | | SM-First Medical Health Plan | 108.50 | 826.00 | | | |
| Total: | 0.00 | 0.00 | Total: | 108.50 | 826.00 | * Tributable | | |

**TOTAL BRUTO** | **TOTAL IMPUESTOS** | **DEDUCCIONES TOTALES** | **PAGA NETA**

| | | | | |
|---|---|---|---|---|
| Corriente: | 1,005.00 | 0.00 | 108.50 | 896.50 |
| Acumulado: | 8,040.00 | 0.00 | 826.00 | 7,214.00 |

**PTO HORAS   ACUM** | **DISTRIBUCION PAGA NETA**

| | | | |
|---|---|---|---|
| Balance Inicial: | 0.0 | Aviso #4327353 | 896.50 |
| + Acumulado: | | | |
| - Utilizado: | | Total: | 896.50 |
| - Donada: | | | |
| + Ajustes: | | | |
| Balance Final: | 0.0 | | |

MENSAJE:

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
04/27/2018

Aviso No.
4327353

Cant. Deposito:  $896.50

TRAY 3 SQ 767*****************SCH 5-DIGIT 00602   767 2 AV 0.378
SOL T QUILES RODRIGUEZ
URB MEDINA
P11 CALLE 8
ISABELA PR 00662-3828

**DISTRIBUCION DE DEPOSITO DIRECTO**

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | | $896.50 |
| Total: | | $896.50 |

# NO-NEGOCIABLE

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 05/01/2018 |
| Hasta: | 05/15/2018 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | 4701478 |
| Fecha Aviso: | 05/14/2018 |

**SOL T QUILES RODRIGUEZ**
URB MEDINA
P11 CALLE 8
ISABELA PR 00662-3828
SS: XXX-XX-1114

| | |
|---|---|
| # Empleado: | XXXXX1114 |
| Dept: | 592230-Anos y Servicios Ley160/2013 |
| Lugar: | Anos y Servicios Ley160/2013 |
| Titulo: | Pensionado |
| Sueldo: | $2,010.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,005.00 | 727.50 | 9,045.00 |
| Total: | | | 1,005.00 | 727.50 | 9,045.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 108.50 | 934.50 |
| Total: | 108.50 | 934.50 |

### BENEFICIOS ADICIONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 1,005.00 | 0.00 | 108.50 | 896.50 |
| Acumulado: | 9,045.00 | 0.00 | 934.50 | 8,110.50 |

### EXC. HORAS / ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #4701478 | 896.50 |
| Total: | 896.50 |

**MENSAJE:**

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

**Fecha**
05/14/2018

**Aviso No.**
4701478

Cant. Deposito: ___$896.50___

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | | $896.50 |

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 05/16/2018 |
| Hasta: | 05/31/2018 |

Business Unit: PUERT
Aviso #: 4958356
Fecha Aviso: 05/30/2018

**SOL T QUILES RODRIGUEZ**
URB MEDINA
P11 CALLE 8
ISABELA PR 00662-3828
SS: XXX-XX-1114

# Empleado: XXXXX1114
Dept: 592230-Anos y Servicios Ley160/2013
Lugar: Anos y Servicios Ley160/2013
Titulo: Pensionado
Sueldo: $2,010.00 Monthly

| | Federal | PR |
|---|---|---|
| DATA IMP: | | |
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39+99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| | | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 1,005.00 | 817.50 | 10,050.00 |
| **Total:** | | | 1,005.00 | 817.50 | 10,050.00 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 108.50 | 1,043.00 |
| **Total:** | 108.50 | 1,043.00 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|

* Tributable

## TOTAL BRUTO

| | |
|---|---|
| Corriente: | 1,005.00 |
| Acumulado: | 10,050.00 |

## TOTAL IMPUESTOS

| | |
|---|---|
| | 0.00 |
| | 0.00 |

## DEDUCCIONES TOTALES

| | |
|---|---|
| | 108.50 |
| | 1,043.00 |

## PAGA NETA

| | |
|---|---|
| | 896.50 |
| | 9,007.00 |

## HORAS

| | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #4958356 | 896.50 |
| **Total:** | 896.50 |

**MENSAJE:**

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
05/30/2018

Aviso No.
4958356

Cant. Deposito: $896.50

## DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | | $896.50 |

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 06/01/2018 |
| Hasta: | 06/15/2018 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | 5214513 |
| Fecha Aviso: | 06/15/2018 |

SOL T QUILES RODRIGUEZ
URB MEDINA
P11 CALLE 8
ISABELA PR 00662-3828
SS: XXX-XX-1114

| | |
|---|---|
| # Empleado: | XXXXX1114 |
| Dept: | 592230-Anos y Servicios Ley160/2013 |
| Lugar: | Anos y Servicios Ley160/2013 |
| Titulo: | Pensionado |
| Sueldo: | $2,010.00 Monthly |

| | Federal | PR |
|---|---|---|
| DATA IMP: | | |
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | 1,005.00 | 900.00 | 11,055.00 | |
| Total: | | 1,005.00 | 900.00 | 11,055.00 | |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 108.50 | 1,151.50 |
| Total: | 108.50 | 1,151.50 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|
| Corriente: | 1,005.00 | 0.00 | 108.50 | 896.50 |
| Acumulado: | 11,055.00 | 0.00 | 1,151.50 | 9,903.50 |

### LICENCIAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5214513 | 896.50 |
| Total: | 896.50 |

**MENSAJE:**

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
06/15/2018

Aviso No.
5214513

Cant. Deposito: ___$896.50___

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | | $896.50 |

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 06/16/2018 |
| Hasta: | 06/30/2018 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | 5439509 |
| Fecha Aviso: | 06/29/2018 |

SOL T QUILES RODRIGUEZ
URB MEDINA
P11 CALLE 8
ISABELA PR 00662-3828
SS: XXX-XX-1114

| | |
|---|---|
| # Empleado: | XXXXX1114 |
| Dept: | 592230-Anos y Servicios Ley160/2013 |
| Lugar: | Anos y Servicios Ley160/2013 |
| Titulo: | Pensionado |
| Sueldo: | $2,010.00 Monthly |

| | | |
|---|---|---|
| DATA IMP: | Federal | PR |
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,005.00 | 975.00 | 12,060.00 |
| Total: | | | 1,005.00 | 975.00 | 12,060.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 108.50 | 1,260.00 |
| Total: | 108.50 | 1,260.00 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|

* Tributable

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|
| Corriente: | 1,005.00 | 0.00 | 108.50 | 896.50 |
| Acumulado: | 12,060.00 | 0.00 | 1,260.00 | 10,800.00 |

### HORAS / ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5439509 | 896.50 |
| Total: | 896.50 |

**MENSAJE:**

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
06/29/2018

Aviso No.
5439509

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | | $896.50 |

Cant. Deposito: $896.50