Sol Teresa Quiles
Urb. Medina Calle 8 P11
Isabela, P.R. 00662

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767