A quien pueda interesar:

Adjunto evidencia de los años trabajados en el Departamento de Educación. Es como evidencia ya que tengo una reclamación del caso número 17 BK 3283-LTS and claim number 73184 ya que recibí información sobre mi caso que es deficiente.

Comencé a trabajar el 6 de octubre de 1976 y mi fecha de jubilación fue el 31 de julio de 2007.

Gracias.

RECEIVED & FILED
2020 FEB 18 PM 5:18
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

Mis respetos,
Jraida Marín
787-643-9659

Espero respuesta del Juzgado.
Gracias por la ayuda que puedan brindarme.

Inaida Marí