Urb. Valle Verde
D-10 Calle 4
San Juan, P.R. 00683

RECEIVED & FILED
2020 FEB 18 PM 5:18
SAN JUAN, P.R.

RETURN RECEIPT REQUESTED

Secretaria (Clerk's Office)
Tribunal de Distrito de los E.U.
#150 Chardón Avenue
Federal Building
San Juan, P.R. 00918

