A la persona concerniente:

Por este medio notifico que mi certificación no ha llegado. La misma está en proceso. Una vez llegue se haré llegar.

Gracias anticipadas,

Altagracia Carino Figueroa