From:

Altagracia Carrero Figueroa
Juan Rodriguez # 475
Barrio Maní
Mayagüez, P.R. 00682

To: Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

RECEIVED & FILED
2020 FEB 18 PM 5:17
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Barn Swallow

FOREVER USA

14 FEB 2020 PM 1

SAN JUAN PR 006

00918839999