**In re: The Financial Oversight and Management Board for Puerto Rico, as representative of The Commonwealth of Puerto Rico, et al. Case No. 17 BK 3283-LTS at UNITED STATED DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO**

**This filing relates to the Commonwealth, HTA and ERS, in my case ERS.**

February 13, 2020

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

**Claim number 151628 on case No. 17 BK 3283-LTS, In re: The financial Oversight and Management Board for Puerto Rico as representative of The Commonwealth of Puerto Rico, et al.**

To whom it may concern

The present letter is to file a response to the Omnibus objection "ONE HUNDRED TWENTY-FOURTH OMNIBUS OBJECTION (NON-SUBSTANTIVE)OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS ASSERTING INTERESTS BASED UPON UNSPECIFIED PUERTO RICO STATUTES" based on "Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to de-

termine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors."

The objection, is not fair because it's money that the Employees Retirement System of the Government of Puerto Rico owes me by law.

The objection of the Omnibus is unfair to all the people, including myself, because my claim is based on acquired rights by law that I never received. The money on the retirement plan that I supposed to be awarded is an acquired right and now the Omnibus have an objection and by that means they think that the Government of Puerto Rico don't need to add the Department of Education retirees teachers retirement plan to the PROMESA based bankruptcy of Puerto Rico. It's not fair to me.

We, the Retirees of the Education Department, deserve a fair treatment by the Omnibus. All of the money on the retirement that the Omnibus pretends that the government don't need to pay, is money for my future, that I worked for. I deserve a Retirement with a quality life. The omnibus is not on our position, at risk of life in misery because os loosing this money.

That is the correct basis of my claim and I consider unfair that after all my work years on the Department of Education that an objection of the Omnibus that he understand that my claim fails to provide any basis. The basis of my claim is the "ROMERAZO" Act., that give us the service years increment on retirement.

Sincerely yours,

*Norma L. Ruiz Rosado*
**Norma L. Ruiz Rosado**

**RR #4 Box 6927**

**Añasco, Puerto Rico 00610**