Norma L. Ruiz
RR #4 Box 6927
Añasco, P.R. 00610

SAN JUAN
PR 009
15 FEB '20
PM 1 L

RECEIVED & FILED
2020 FEB 18 PM 5:17
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, P.R. 00918-1767

00918$9999