**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|------|---------|-----------|--------|----------------------|
| Rodriguez Laboy, Carmen M. | 113538 | 6/28/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|--------|---------------------|------------------------|--------|-------------------------------|
| Rodriguez Laboy, Carmen M. | 113538 | 6/28/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at (https://cases.primeclerk.com/puertorico.) **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Rodriquez Laboy, Carmen M. | 119768 | 6/28/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Rodriquez Laboy, Carmen M. | 119768 | 6/28/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.  **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.  **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

Rev.GIFT 12-abril-11

**Sistema de Retiro para Maestros**
**Area de Servicios de Retiro**

| Mes-Dia-Año | |
|---|---|
| Fecha Radicación | |
| 16-feb-11 | |
| Fecha Vencimiento | |
| 24-jun-11 | |

| Núm de Caso |
|---|
| 1899 |

## INFORME RENTA ANUAL VITALICIA

RODRIGUEZ LABOY CARMEN M.
Apellido Paterno, Materno, Nombre e Inicial          Seguro Social

Sexo ☑ Femenino
☐ Masculino

25-ene-1955                     MUSICA-YABUCOA                     Ley 91 del 2004
Fecha Nacimiento                Categoría y Pueblo                 Retiro Ley Núm.
Mes-Dia-Año

Dirección Postal    PO BOX 1864
                    YABUCOA PR 00767-1864                               2426.64

Tipo de Renta (Pensión)   ☑ Años de Servicio y Edad   ☐ Edad   ☐ Diferida

☐ Incapacidad Ocupacional   ☐ Incapacidad No Ocupacional

| Edad al Retirarse | | | Servicios Acreditados | | | | Costo Anualidad | Renta | |
|---|---|---|---|---|---|---|---|---|---|
| 56 | 4 | 6 | 30 | 4 | 1 | 0 | $ 56,945.78 | Mensual $ 2,426.64 | Anual $ 29,119.68 |
| Años | Meses | Días | Años | Meses | Sem | Días | | | |

Fecha de Renuncia         31-may-11     Último Día de Pago     31-may-11
                          Mes-Dia-Año
Fecha Efectividad Pensión    1-jun-11          Cierre de Nómina   28-jun-11
Fecha Primer Pago Pensión   15-Jul-11          Importe  $         2,426.64
                          Mes-Dia-Año
Pago Global Retroactivo   Desde   1-jun-11   Hasta   30-jun-11   Importe Total  $   2,426.64

### DESGLOSE DE DESCUENTOS

| | | PAGO GLOBAL | PAGO MENSUAL |
|---|---|---|---|
| Importe Total (Bruto) | | $ 2,426.64 | $ 2,426.64 |

Menos Descuentos:

| Préstamos: | Clave | Descuento | Descuento |
|---|---|---|---|
| Personal (PP) | 47-000 | 427.78 | 427.78 |
| Cultural (PC) | 45-000 | - | |
| Hipotecario (PH) | 36-000 | - | |
| Finanzas | 67-059 | | |

PAGADO

Aport. Individual 9% (Clave 26-001)
ASUME
Otros                                                                              -

| Importe Neto | | $ 1,998.86 | $ 1,998.86 |
|---|---|---|---|

Bonos:
☑ Bono Verano (PBV)   $   100.00   ☑ Bono Medicamentos (PBM)   $   100.00
☐ Bono Navidad (BNP)

Certifico que la información aquí provista es cierta, correcta y completa.

ALFONSO MARTINEZ SANCHEZ        Firma        9-jun-2011
Nombre del Empleado                          Fecha
NORMA I. PEÑA AGOSTO            Firma        Fecha
Nombre Supervisor

| PREINTERVENCIÓN DE DOCUMENTOS | USO DIRECTOR(A) AREA RETIRO |
|---|---|
| ÁREA DE RETIRO DOCUMENTOS PREINTERVENIDOS | Aprobado por: |
| Verificación de: | Ivonne L. Ortiz Valladares |
| ☑ Exactitud | Nombre Director(a) o Representante Autorizado |
| ☑ Legalidad | |
| ☐ Firmas    JUN 20 2011 | Firma                2 2 JUN 2011 |
| ☐ Otros | Fecha |
| NOMBRE: | Mes-Dia-Año |
| FIRMA Brendally Ledoux Mirabal | |

### USO ÁREA DE PENSIONADOS (Sección Nóminas)

Ingreso a Nómina   Mes   ☑ 1ra ☐ 2da      Nómina Pago Global   Mes   ☑ 1ra ☑ 2da
                                                                ☐ Off Cycle ☑ Pay Line

Nombre Empleado                   Fecha (Mes-Dia-Año)   Nombre Empleado
Firma          Fecha (Mes-Dia-Año)                      Firma   27/06/2011  Fecha (Mes-Dia-Año)

Jorge L. Serrrano Cruz
Nombre Supervisor        Firma        Fecha (Mes-Dia-Año)

Conservación: Seis años o una intervención de la Oficina del Contralor de Puerto Rico, lo que ocurra primero.

Rev.GIFT 12-abril-11

**Sistema de Retiro para Maestros**
**Area de Servicios de Retiro**

| Mes-Día-Año |
| --- |
| **Fecha Radicación** |
| **16-feb-11** |
| **Fecha Vencimiento** |
| **24-jun-11** |

| Núm de Caso |
| --- |
| **1899** |

## INFORME RENTA ANUAL VITALICIA

Página 2

RODRIGUEZ LABOY CARMEN M.
Apellido Paterno, Materno, Nombre e Inicial

| Seguro Social | 25-ene-1955 | MUSICA-YABUCOA |
| --- | --- | --- |
| | Fecha Nacimiento Mes-Día-Año | Categoría y Pueblo |

### COMPUTO RENTA ANUAL

A. $ 9,706.56 / 3 = $ 3,235.52 x 75.0% = - x 0.000 = $ 2,426.64
   Sueldos más altos  años  Promedio Sueldos  Por Ciento

B. Ajuste de 0%  $ - x 0% = $ -

C. Pensión Ajustada  $ - x 12 = $ -

| APORTACIÓN INDIVIDUAL | 0% |
| --- | --- |
| $ - x 0% = $ - |

| TIEMPO | | | PROMEDIO DE SUELDOS | | | COMPUTO EDAD RETIRO | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Meses | Días | | Mensual | Devengado | Promedio | Fecha | Años | Meses | Días |
| | Trabajados | Total | | | | Efectividad Pensión | 2011 | 6 | 1 |
| 12 | 0 | 20 | $ 3,240.00 | $ 38,880.00 | | | | | |
| 0 | 0 | 20 | $ - | $ - | | Nacimiento | 1955 | 1 | 25 |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | $ 3,240.00 | Edad al Retirarse | 56 | 4 | 6 |
| 12 | 0 | 20 | $ 3,240.00 | $ 38,880.00 | | | | | |
| 0 | 0 | 20 | $ - | $ - | | Fracción de Tiempo Docente | | | |
| 0 | 0 | 20 | $ - | $ - | | Años | 0 x 240 = - |
| 0 | 0 | 20 | $ - | $ - | | Meses | 0 x 20 = - |
| 0 | 0 | 20 | $ - | $ - | | Semanas | 0 x 5 = - |
| 0 | 0 | 20 | $ - | $ - | $ 3,240.00 | Días | 0 x 1 = 0.0000 |
| 10 | 18.5 | 20 | $ 3,240.00 | $ 35,397.00 | | | | | |
| 1 | 1.5 | 20 | $ 3,090.00 | $ 3,321.75 | | Fracción de Tiempo No-Docente | | | |
| 0 | 0 | 20 | $ - | $ - | | Años | 0 x 365 = - |
| 0 | 0 | 20 | $ - | $ - | | Meses | 0 x 30 = - |
| 0 | 0 | 20 | $ - | $ - | | 4 Sem | 0 x 29 = - |
| 0 | 0 | 20 | $ - | $ - | $ 3,226.56 | 3 Sem | 0 x 22 = - |
| | | | | | | 2 Sem | 0 x 15 = - |
| 0 | 0 | 20 | $ - | $ - | | 1 Sem | 0 x 7 = - |
| 0 | 0 | 20 | $ - | $ - | | Días | 0 x 1 = 0.0000 |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | DATOS APORTACIÓN 9% | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | $ - | Fecha Cese Descuento | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | Preparado por: | | | |
| 0 | 0 | 20 | $ - | $ - | | | Nombre | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | Firma | | Fecha | |
| 0 | 0 | 20 | $ - | $ - | $ - | Revisado por: | | | |

| Sueldo Total para Promedio | $ 116,478.75 | $ 9,706.56 |
| --- | --- | --- |

| Revisado por: | |
| --- | --- |
| | Nombre |
| Firma | Fecha |

### Servicios Acreditados

| Años | Meses | Sem | Días |
| --- | --- | --- | --- |
| 30 | 4 | 1 | 0 |



# DEPARTAMENTO DE EDUCACION

## Estado Libre Asociado de Puerto Rico

### Secretaría Auxiliar de Recursos Humanos

**ATT: LEY PROMESA**

13 de febrero de 2020

# C E R T I F I C A C I O N

Certifico que : CARMEN M. RODRIGUEZ LABOY

Seguro Social :

Categoría : MA. BELLAS ARTES (MUSICA GENERAL)

Distrito Escolar : YABUCOA_

Sueldo Mensual : $3,240.00

Status : PERMANENTE

Observaciones :

Trabaja : N/A

Cesó : N/A

Renunció : Efectivo el 31 de mayo de 2011

Otros : Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de (25) años y(3) semanas.

Cándida R. Chico Montañez
Supervisora
Archivo Docente

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Carmen M. Rodríguez Laboy**, con número de seguro social que termina en 8406.

| | |
|---|---|
| **Fecha de Efectividad de la Pensión** | **1 de junio de 2011** |
| **Tiempo Cotizado para la Pensión** | **30 años, 4 mes, 1 sem., 0 días** |
| **Pensión mensual Inicial** | **$2,426.64** |
| **Pensión Mensual Actual** | **$2,426.64** |

Esta certificación se expide hoy, 13 **de febrero de 2020** en **San Juan, Puerto Rico**.

Jorge I. Rohena  Gotay
**Supervisor**
**Área de Servicios de Retiro**



235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

1 787 777 1414    2 787 764 6910    www.srm.pr.gov

# DEPARTAMENTO DE EDUCACIÓN

## ESTADO LIBRE ASOCIADO DE PUERTO RICO

Department of Education

Commonwealth of Puerto Rico

## Certificado Vitalicio

*Life Certificate*

El Secretario de Educación por la presente confiere a

*The Secretary of Education hereby issues to*

**CARMEN M. RODRIGUEZ LABOY**

MAESTRO(A) DE MUSICA GENERAL-VOCAL

TEACHER OF GENERAL MUSIC VOICE

el presente Certificado que lo faculta para ejercer como

*this Certificate that entitles the holder to perform as*

en las escuelas públicas o privadas de Puerto Rico.

*in the School System of Puerto Rico.*

Expedido el        26 de enero        de 2016

*Issued on*        *January 26*        *2016*

Dado en San Juan de Puerto Rico, el        29 de enero        de 2016

*Given at San Juan, Puerto Rico on*        *January 29*        *2016*



Rafael Román Meléndez
Secretario de Educación
*Secretary of Education*

Número de Certificado: 1029016
Certificate Number: 1029016

# Universidad del Turabo



Upon the recommendation of the Faculty and under the
authority vested in the Board of Directors of the

Ana G. Méndez University System

Hereby confers on

## Carmen M. Rodríguez Zabay

the Degree of

## Master of Education

with all the Honors, Rights, and Privileges appertaining thereto
In witness whereof, the seal of the Universidad del Turabo
is hereunto affixed at Gurabo, Puerto Rico in the month of June
in the year of our Lord, two thousand and five.

Chancellor

President of the Foundation

Estado Libre Asociado de Puerto Rico

Junta de Supervisión y Administración Financiera para Puerto Rico

Comité de Acreedores

**Promesa III**

**Carmen M. Rodríguez Laboy**

P.O. Box 1864

Yabucoa, P.R. 00767-1864

Teléfono (787) 914-3070

E-mail    milagros_47@yahoo.com

Presentación; 6|28|2018

Caso número **17 BK 3283-LTS**

Números de Reclamación:

                **115463**

                **119768**

                **113538**

**Ley de Retribución Uniforme:**

1) Ley 89 del 12 de julio de 1980; ley conocida como el Romerazo, otorgando un aumento salarial de $25.00 en pagos mensual desde julio de 1980 hasta el presente. Se me adeuda la cantidad de **$11,700.00 desde julio de 1980 hasta el presente.**

2) Ley 96 del 2002; Honorable Sila M. Calderón, concedido un aumento de $100.00 mensuales a los maestros del sistema de educación.

He calculado que se me adeudan **$21,600.00 desde julio de 2002 hasta el presente.**

3) Ley 109 del 2 de septiembre de 1997; conocido como aumentos automáticos. Concedidos en aumentos de $150.00 por (3) tres años, $200.00 por (3) años, $250 por (3) años, $300.00 por (3) años.

He calculado que se me adeuda **$38,880.00** **desde septiembre de 1997 hasta el presente.**

Pongo mis evidencias encontradas: (1) Certificación Magisterial. (2) Certificación por años trabajados.

Caso: número **17 BK 3283-LTS**

Números de reclamación: **115463**
**119768**
**113538**

**Por lo tanto, se ordena que declare a lugar a la Centésima cuadragésima primera objeción global según se establece en el documento.**

**Se ordena que Prime Clerk, LLC; quede autorizada a recibir instrucciones para aceptar la presente réplica y aclaración a los reclamos en marcos de causas radicadas conforme al Título III de Promesa.**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

**Fill in this information to identify the case (Select only one Debtor per claim form). /
Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).**

| | | |
|---|---|---|
| ☑ Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ☐ Employees Retirement System of the Government of the<br>Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado<br>Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

RECEIVED
JUL 02 2018
PRIME CLERK LLC 04/16

## Modified Official Form 410 / Formulario Oficial 410 Modificado
# Proof of Claim / Evidencia de reclamación

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

[ ] Date Stamped Copy Returned
[ ] No Self-Addressed Stamped Envelope
☒ No Copy Provided

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

**1. Who is the current creditor?**

**¿Quién es el acreedor actual?**

Carmen M. Rodriguez Laboy
_____
Name of the current creditor (the person or entity to be paid for this claim)
Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

Other names the creditor used with the debtor
Otros nombres que el acreedor usó con el deudor _____



**2. Has this claim been acquired from someone else?**

¿Esta reclamación se ha adquirido de otra persona?

☒ No / No
☐ Yes. From whom?
   Sí. ¿De quién? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

¿A dónde deberían enviarse las notificaciones al acreedor?

Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g

**Where should notices to the creditor be sent?**
¿A dónde deberían enviarse las notificaciones al acreedor?

Carmen M. Rodriguez Laboy
Name / Nombre

P.O. Box 1864
Number / Número    Street / Calle

Yabucoa, P.R. 00767-1864
City / Ciudad       State / Estado    ZIP Code / Código postal

(787) 914-3070
Contact phone / Teléfono de contacto

milagros-47@yahoo.com
Contact email / Correo electrónico de contacto

**Where should payments to the creditor be sent?** (if different)
¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)

_____
Name / Nombre

_____
Number / Número    Street / Calle

_____
City / Ciudad    State / Estado    ZIP Code / Código postal

_____
Contact phone / Teléfono de contacto

_____
Contact email / Correo electrónico de contacto

**4. Does this claim amend one already filed?**

¿Esta reclamación es una enmienda de otra presentada anteriormente?

☒ No / No
☐ Yes.  Claim number on court claims registry (if known)
   Sí.  Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo) _____
   Filed on / Presentada el _____ (MM /DD/YYYY) / (DD/MM/AAAA)

**5. Do you know if anyone else has filed a proof of claim for this claim?**

¿Sabe sí alguien más presentó una evidencia de reclamación para esta reclamación?

☒ No / No
☐ Yes. Who made the earlier filing?
   Sí.  ¿Quién hizo la reclamación anterior? _____

---

**Part 2 / Parte 2:**    **Give Information About the Claim as of the Petition Date**

**Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.**

**6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?**

¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico?

☐ No / No
☒ Yes.  Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)
   Sí.  Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).

Departamento Educación

**7. Do you supply goods and / or services to the government?**

¿Proporciona bienes y / o servicios al gobierno?

☒ No / No
☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:

Vendor / Contract Number | Número de proveedor / contrato: _____

List any amounts due after the Petition Date (listed above) but before June 30, 2017:
Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017  $ _____

| | |
|---|---|
| **8. How much is the claim?** | $ *Desconozco* . **Does this amount include interest or other charges?** |
| **¿Cuál es el importe de la reclamación?** | **¿Este importe incluye intereses u otros cargos?** |
| | ☐ No / No |
| | ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| | Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A). |

**9. What is the basis of the claim?**

**¿Cuál es el fundamento de la reclamación?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

*Ley 89 Romeraso*

**10. Is all or part of the claim secured?**

**¿La reclamación está garantizada de manera total o parcial?**

☒ No / No
☐ Yes. The claim is secured by a lien on property.
Sí. La reclamación está garantizada por un derecho de retención sobre un bien.

**Nature of property / Naturaleza del bien:**
☐ Motor vehicle / Vehículos

☐ Other. Describe:
Otro. Describir: _____

**Basis for perfection / Fundamento de la realización de pasos adicionales:** _____
_____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.)

**Value of property / Valor del bien:** $_____

**Amount of the claim that is secured /**
**Importe de la reclamación que está garantizado:** $_____

**Amount of the claim that is unsecured /**
**Importe de la reclamación que no está garantizado:** $_____
(The sum of the secured and unsecured amounts should match the amount in line 7.)
(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

**Amount necessary to cure any default as of the Petition Date /**
**Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso :** $_____
_____

**Annual Interest Rate** (on the Petition Date)
**Tasa de interés anual** (cuando se presentó el caso)_____%
☐ Fixed / Fija
☐ Variable / Variable

**11. Is this claim based on a lease?**

**¿Esta reclamación está basada en un arrendamiento?**

☒ No / No
☐ Yes. Amount necessary to cure any default as of the Petition Date.
Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso $_____

| 12. Is this claim subject to a right of setoff?<br><br>¿La reclamación está sujeta a un derecho de compensación? | ☒ No / No<br>☐ Yes. Identify the property /<br>Sí. Identifique el bien: _____ |

| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☒ No / No<br>☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.     $_____<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |

---

## Part 3 / Parte 3:

### Sign Below / Firmar a continuación

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

*Check the appropriate box / Marque la casilla correspondiente:*

☒ I am the creditor. / Soy el acreedor.

☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el   06/28/2018   (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma   *Carmen M. Rodriguez Laboy*

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name   Carmen   M.   Rodriguez Laboy
        First name / Primer nombre    Middle name / Segundo nombre    Last name / Apellido

Title / Cargo   Maestra

Company / Compañía _____
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección   Departamento de Educación
                     Number / Número        Street / Calle

_____   _____   _____
City / Ciudad              State / Estado    ZIP Code / Código postal

Contact phone / Teléfono de contacto _____ Email / Correo electrónico _____

Modified Official Form 410

**FedEx** Express

Expanded Service
International Air Waybill

For FedEx services worldwide.
Not all services and options are available to all destinations.

Origin Copy

FedEx Tracking Number **8126 1820 3763   0425**   Form ID No.

**1  From**

Date  06/29/18   Sender's FedEx Account Number

Sender's Name  William Garcia   Phone

Company  Prime Clerk - Old San Juan Packaging Corp

Address  300 Recinto Sur Street

Address  Suite 129

City  San Juan   State/Province  PR

Country  US   ZIP/Postal Code  00901

Email Address

Internal Billing Reference  1845-02   200 Packaging Corp

**2  To**

28 ☐ Residential Delivery

Recipient's Name   Phone   RECEIVED

Company  PRIME CLERK   JUL 03 2018

Address

Address  830 3RD AVE   PRIME CLERK LLC

City  NEW YORK   State/Province  NY

Country  US   ZIP/Postal Code  10022-7513

Email Address

Recipient's Tax ID Number for Customs Purposes

**4a  Express Package Service**   Packages up to 150 lbs. / 68 kg
NOTE: Service order has changed. Please select carefully.

06 ☐ FedEx Intl. First   01 ☐ FedEx Intl. Priority   03 ☐ FedEx Intl. Economy

**4b  Express Freight Service**   Packages over 150 lbs. / 68 kg

70 ☐ FedEx Intl. Priority Freight   66 ☐ FedEx Intl. Economy Freight

Booking Number

Please get your nearest FedEx location to book shipment.

**5  Packaging**

06 ☐ FedEx Envelope   02 ☑ FedEx Pak   03 ☐ FedEx Box   04 ☐ FedEx Tube

15 ☐ FedEx 10kg Box   25 ☐ FedEx 25kg Box   01 ☐ Other

**6a  Special Handling and Delivery Signature Options**   Fees may apply
See the FedEx Service Guide

01 ☐ HOLD at FedEx Location   03 ☐ SATURDAY Delivery

10 ☐ Direct Signature   34 ☐ Indirect Signature

Does this shipment contain dangerous goods?
One box must be checked / ticked.

☐ No 04 ☐ Yes   08 ☐ Yes   06 ☐ Dry Ice

CA ☐ Cargo Aircraft Only

**6b  Broker Selection**

40 ☐ Intl. Broker Select

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

| Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación). | | |
|---|---|---|
| ☒ Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ☐ Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

RECEIVED

JUL 02 2018

PRIME CLERK LLC

Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación          04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

[ ] Date Stamped Copy Returned
[ ] No Self-Addressed Stamped Envelope
[☒] No Copy Provided

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

**1. Who is the current creditor?**

**¿Quién es el acreedor actual?**

Carmen M. Rodriguez Laboy

Name of the current creditor (the person or entity to be paid for this claim)
Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

Other names the creditor used with the debtor
Otros nombres que el acreedor usó con el deudor _____



**Claim Number: 113538**

| 2. | Has this claim been acquired from someone else?<br><br>¿Esta reclamación se ha adquirido de otra persona? | ☒ No / No<br>☐ Yes. From whom?<br>Sí. ¿De quién? _____ |
|---|---|---|

| 3. | Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)<br><br>¿A dónde deberían enviarse las notificaciones al acreedor?<br><br>Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g | **Where should notices to the creditor be sent?**<br>¿A dónde deberían enviarse las notificaciones al acreedor?<br><br>Carmen M. Rodriguez Laboy<br>Name / Nombre<br><br>P. O. Box 1864<br>Number / Número      Street / Calle<br><br>Yabucoa, P.R. 00767-1864<br>City / Ciudad    State / Estado    ZIP Code / Código postal<br><br>(787) 914-3070<br>Contact phone / Teléfono de contacto<br><br>milagros_47@yahoo.com<br>Contact email / Correo electrónico de contacto | **Where should payments to the creditor be sent?** (if different)<br>¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)<br><br>_____<br>Name / Nombre<br><br>_____<br>Number / Número   Street / Calle<br><br>_____<br>City / Ciudad   State / Estado   ZIP Code / Código postal<br><br>_____<br>Contact phone / Teléfono de contacto<br><br>_____<br>Contact email / Correo electrónico de contacto |
|---|---|---|

| 4. | Does this claim amend one already filed?<br><br>¿Esta reclamación es una enmienda de otra presentada anteriormente? | ☒ No / No<br>☐ Yes.  Claim number on court claims registry (if known)<br>Sí.  Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo)_____<br>Filed on / Presentada el _____ (MM /DD/YYYY) / (DD/MM/AAAA) |
|---|---|---|

| 5. | Do you know if anyone else has filed a proof of claim for this claim?<br><br>¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación? | ☒ No / No<br>☐ Yes. Who made the earlier filing?<br>Sí. ¿Quién hizo la reclamación anterior?_____ |
|---|---|---|

## Part 2 / Parte 2:  Give Information About the Claim as of the Petition Date

**Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.**

| 6. | Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?<br><br>¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico? | ☐ No / No<br>☒ Yes.  Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)<br>Sí.  Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).<br><br>Departamento Educación |
|---|---|---|

| 7. | Do you supply goods and / or services to the government?<br><br>¿Proporciona bienes y / o servicios al gobierno? | ☒ No / No<br>☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:<br><br>Vendor / Contract Number | Número de proveedor / contrato: _____<br><br>List any amounts due after the Petition Date (listed above) but before June 30, 2017:<br>Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017  $ _____ |
|---|---|---|

Modified Official Form 410                    **Proof of Claim**                    page 2

**8. How much is the claim?**

**¿Cuál es el importe de la reclamación?**

$ *Desconozco* . Does this amount include interest or other charges?
¿Este importe incluye intereses u otros cargos?

☐ No / No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).
Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A).

**9. What is the basis of the claim?**

**¿Cuál es el fundamento de la reclamación?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

*Servicios Prestados Sistema de Retiro de Maestro*

**10. Is all or part of the claim secured?**

**¿La reclamación está garantizada de manera total o parcial?**

☒ No / No

☐ Yes. The claim is secured by a lien on property.
Sí. La reclamación está garantizada por un derecho de retención sobre un bien.

Nature of property / Naturaleza del bien:
☐ Motor vehicle / Vehículos

☐ Other. Describe:
Otro. Describir: _____

Basis for perfection / Fundamento de la realización de pasos adicionales: _____

_____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.

Value of property / Valor del bien:       $_____

Amount of the claim that is secured /
Importe de la reclamación que está garantizado: $_____

Amount of the claim that is unsecured /
Importe de la reclamación que no está garantizado: $_____
(The sum of the secured and unsecured amounts should match the amount in line 7.)
(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

Amount necessary to cure any default as of the Petition Date /
Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $_____
_____

Annual Interest Rate (on the Petition Date)
Tasa de interés anual (cuando se presentó el caso)_____%
☐ Fixed / Fija
☐ Variable / Variable

**11. Is this claim based on a lease?**

**¿Esta reclamación está basada en un arrendamiento?**

☒ No / No

☐ Yes. Amount necessary to cure any default as of the Petition Date.
Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso$ _____

| 12. Is this claim subject to a right of setoff?<br><br>¿La reclamación está sujeta a un derecho de compensación? | ☒ No / No<br><br>☐ Yes. Identify the property /<br>Sí. Identifique el bien: _____ | |
|---|---|---|
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☒ No / No<br><br>☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. | $_____ |

---

| **Part 3 / Parte 3:** | **Sign Below / Firmar a continuación** |
|---|---|
| The person completing this proof of claim must sign and date it. FRBP 9011(b).<br><br>If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.<br><br>**La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).**<br><br>Si presenta ésta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma. | Check the appropriate box / Marque la casilla correspondiente:<br><br>☒ I am the creditor. / Soy el acreedor.<br>☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.<br>☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.<br>☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.<br><br>I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.<br><br>Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda<br><br>I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.<br><br>He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.<br><br>I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.<br><br>Executed on date / Ejecutado el  06/28/2018  (MM/DD/YYYY) / (DD/MM/AAAA)<br><br>Signature / Firma  *Carmen M. Rodríguez Laboy*<br><br>**Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:**<br><br>Name  *Carmen M. Rodríguez Laboy*<br>First name / Primer nombre   Middle name / Segundo nombre   Last name / Apellido<br><br>Title / Cargo  *Maestra*<br><br>Company / Compañía _____<br>Identify the corporate servicer as the company if the authorized agent is a servicer.<br>Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.<br><br>Address / Dirección  *Departamento Educación*<br>Number / Número   Street / Calle<br><br>_____<br>City / Ciudad           State / Estado      ZIP Code / Código postal<br><br>Contact phone / Teléfono de contacto_____   Email / Correo electrónico_____ |

**FedEx Express**

**Expanded Service International Air Waybill**

For FedEx services worldwide.
Not all services and options are available to all destinations.

FedEx Tracking Number: 8126 1820 3763   0425   Form ID No.

**1 From**

Date: 06/29/18   Sender's FedEx Account Number

Sender's Name: William Cavino   Phone

Company: Prime Clerk - OI1 Jun Jun Bankruptcy (cont)

Address: 300 Penn Ave Street

Address: Suite 129

City: San Juan   State/Province: PR

Country: U   Postal Code: 00901

Email Address:

Internal Billing Reference: 1845-02   200 Package (cont)

**2 To**

28 ☐ Residential Delivery

Recipient's Name

Phone   **RECEIVED**

Company: PRIME CLERK

**JUL 03 2018**

Address:

Address: 830 3RD AVE   Dept/Floor

**PRIME CLERK LLC**

City: NEW YORK   State/Province: NY

Country: US   ZIP/Postal Code: 10022518

Email Address:

Recipient's Tax ID Number for Customs Purposes

**4a Express Package Service** — *Packages up to 150 lbs. / 68 kg*

NOTE: Service order has changed. Please select carefully.

06 ☐ FedEx Intl. First   01 ☐ FedEx Intl. Priority   03 ☐ FedEx Intl. Economy

**4b Express Freight Service** — *Packages over 150 lbs. / 68 kg*

70 ☐ FedEx Intl. Priority Freight   85 ☐ FedEx Intl. Economy Freight

Booking Number
Please call your nearest FedEx location for such shipments

**5 Packaging**

06 ☐ FedEx Envelope   02 ☒ FedEx Pak   03 ☐ FedEx Box   04 ☐ FedEx Tube

15 ☐ FedEx 10kg Box   25 ☐ FedEx 25kg Box   01 ☐ Other

**6a Special Handling and Delivery Signature Options**
*Fees may apply. See the FedEx Service Guide.*

01 ☐ HOLD at FedEx Location   03 ☐ SATURDAY Delivery

10 ☐ Direct Signature
Someone at Recipient's address may sign for delivery

34 ☐ Indirect Signature
If no one is available at recipient's address, someone at a neighboring address may sign for delivery. For residential deliveries only.

Does this shipment contain dangerous goods?
One box must be checked / ticked.

No 04 ☐   Yes 07 ☐ As per attached Shipper's Declaration   08 ☐ Yes Shipper's Declaration not required   06 ☐ Dry Ice
Dry Ice, 9, UN 1845 _____ kg

Restrictions apply for dangerous goods — see the current FedEx Service Guide.   CA ☐ Cargo Aircraft Only

**6b Broker Selection** — *Optional. To specify a broker other than FedEx.*

40 ☐ Intl. Broker Select

Broker/detail
City / State / Province / Country

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

| Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación). | | |
|---|---|---|
| ☒ Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ☐ Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

RECEIVED

JUL 02 2018

PRIME CLERK LLC

## Modified Official Form 410 / Formulario Oficial 410 Modificado
# Proof of Claim / Evidencia de reclamación
04/16

**Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.**

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

**Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.**

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. **No adjunte documentos originales,** ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

**Fill in all the information about the claim as of the Petition Date.**

**Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.**

[ ] Date Stamped Copy Returned
[ ] No Self-Addressed Stamped Envelope
[☒] No Copy Provided

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

1. **Who is the current creditor?**

   **¿Quién es el acreedor actual?**

   _Carmen M. Rodriguez Laboy_
   Name of the current creditor (the person or entity to be paid for this claim)
   Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

   Other names the creditor used with the debtor
   Otros nombres que el acreedor usó con el deudor _____



**Claim Number: 119768**

170328380062395

| | |
|---|---|
| **2. Has this claim been acquired from someone else?**<br><br>¿Esta reclamación se ha adquirido de otra persona? | ☒ No / No<br>☐ Yes. From whom?<br>  Sí. ¿De quién? _____ |

**3. Where should notices and payments to the creditor be sent?**

| Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)<br><br>¿A dónde deberían enviarse las notificaciones al acreedor?<br><br>Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g | **Where should notices to the creditor be sent?**<br>¿A dónde deberían enviarse las notificaciones al acreedor?<br><br>Carmen M. Rodriguez Laboy<br>Name / Nombre<br><br>P.O. Box 1864<br>Number / Número    Street / Calle<br><br>Yabucoa, P.R. 00767-1864<br>City / Ciudad    State / Estado    ZIP Code / Código postal<br><br>(787) 914-3070<br>milagros_47@yahoo.com<br>Contact phone / Teléfono de contacto<br><br>milagros_47@yahoo.com<br>Contact email / Correo electrónico de contacto | **Where should payments to the creditor be sent?** (if different)<br>¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)<br><br>_____<br>Name / Nombre<br><br>_____<br>Number / Número    Street / Calle<br><br>_____<br>City / Ciudad    State / Estado    ZIP Code / Código postal<br><br>_____<br>Contact phone / Teléfono de contacto<br><br>_____<br>Contact email / Correo electrónico de contacto |

| | |
|---|---|
| **4. Does this claim amend one already filed?**<br><br>¿Esta reclamación es una enmienda de otra presentada anteriormente? | ☒ No / No<br>☐ Yes. Claim number on court claims registry (if known)<br>  Sí. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo)_____<br><br>  Filed on / Presentada el _____ (MM /DD/YYYY) / (DD/MM/AAAA) |
| **5. Do you know if anyone else has filed a proof of claim for this claim?**<br><br>¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación? | ☒ No / No<br>☐ Yes. Who made the earlier filing?<br>  Sí. ¿Quién hizo la reclamación anterior?_____ |

---

**Part 2 / Parte 2:**   **Give Information About the Claim as of the Petition Date**

**Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.**

| | |
|---|---|
| **6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?**<br><br>¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico? | ☐ No / No<br>☒ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)<br>Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).<br><br>Departamento de Educación |
| **7. Do you supply goods and / or services to the government?**<br><br>¿Proporciona bienes y / o servicios al gobierno? | ☒ No / No<br>☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:<br><br>Vendor / Contract Number | Número de proveedor / contrato: _____<br><br>List any amounts due after the Petition Date (listed above) but before June 30, 2017:<br>Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017  $ _____ |

---

| | |
|---|---|
| **8. How much is the claim?**<br><br>**¿Cuál es el importe de la reclamación?** | $ *Desconozco* . Does this amount include interest or other charges?<br>**¿Este importe incluye intereses u otros cargos?**<br>❑ No / No<br>❑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).<br>Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A). |
| **9. What is the basis of the claim?**<br><br>**¿Cuál es el fundamento de la reclamación?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.<br><br>*Ley 96 — Sila M. Calderón* |
| **10. Is all or part of the claim secured?**<br><br>**¿La reclamación está garantizada de manera total o parcial?** | ☒ No / No<br>❑ Yes. The claim is secured by a lien on property.<br>Sí. La reclamación está garantizada por un derecho de retención sobre un bien.<br><br>**Nature of property / Naturaleza del bien:**<br>❑ Motor vehicle / Vehículos<br><br>❑ Other. Describe:<br>Otro. Describir: _____<br><br>**Basis for perfection / Fundamento de la realización de pasos adicionales:** _____<br>_____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br>Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención).<br><br>**Value of property / Valor del bien:**   $_____<br>**Amount of the claim that is secured /**<br>**Importe de la reclamación que está garantizado:** $_____<br><br>**Amount of the claim that is unsecured /**<br>**Importe de la reclamación que no está garantizado:** $_____<br>(The sum of the secured and unsecured amounts should match the amount in line 7.)<br>(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)<br><br>**Amount necessary to cure any default as of the Petition Date /**<br>**Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso :** $_____<br>_____<br><br>**Annual Interest Rate** (on the Petition Date)<br>**Tasa de interés anual** (cuando se presentó el caso)_____%<br>❑ Fixed / Fija<br>❑ Variable / Variable |
| **11. Is this claim based on a lease?**<br><br>**¿Esta reclamación está basada en un arrendamiento?** | ☒ No / No<br><br>❑ Yes. Amount necessary to cure any default as of the Petition Date.<br>Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso $ _____ |

| 12. Is this claim subject to a right of setoff? ¿La reclamación está sujeta a un derecho de compensación? | ☒ No / No<br>☐ Yes. Identify the property / Sí. Identifique el bien: _____ |
|---|---|

| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)? ¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☒ No / No<br>☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. | $_____ |

## Part 3 / Parte 3:

### Sign Below / Firmar a continuación

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).**

Si presenta ésta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☒ I am the creditor. / Soy el acreedor.

☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el ___06/28/2018___ (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma _____

**Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:**

Name ___Carmen___ ___M.___ ___Rodriguez Laboy___
First name / Primer nombre    Middle name / Segundo nombre    Last name / Apellido

Title / Cargo ___Maestra___

Company / Compañía _____
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección ___Departamento de Educacion___
Number / Número    Street / Calle

_____    _____    _____
City / Ciudad    State / Estado    ZIP Code / Código postal

Contact phone / Teléfono de contacto _____    Email / Correo electrónico _____

**FedEx**
Express

Expanded Service
International Air Waybill

For FedEx services worldwide.
Not all services and options are available to all destinations.

**1  From**

Date  06/29/18   Sender's FedEx Account Number

Sender's Name  William Garcia   Phone

Company  Pmt Clerk - Old San Juan Emergency Cont

Address  300 Puerto Rico Street

Address  Suite 129

City  San Juan   State/Province  PR

Country  U   ZIP/Postal Code  00901

Email Address

Internal Billing Reference  1745.02   200 orange cont

**2  To**

☒ 28  Residential Delivery

Recipient's Name   Phone   RECEIVED

Company  PRIME CLERK

Address   JUL 03 2018

Address  P30 3RD AVE   Dept/Floor

City  NEW YORK   State/Province  NY

Country  US   ZIP/Postal Code  50002289.3

Email Address

Recipient's Tax ID Number for Customs Purposes

PRIME CLERK LLC

FedEx Tracking Number  8126 1820 3763   0425   Form ID No.

**4a  Express Package Service**   Packages up to 150 lbs./68 kg

NOTE: Service order has changed. Please select carefully.

06 ☐ FedEx Intl. First   01 ☐ FedEx Intl. Priority   03 ☐ FedEx Intl. Economy

**4b  Express Freight Service**   Packages over 150 lbs./68 kg

70 ☐ FedEx Intl. Priority Freight   86 ☐ FedEx Intl. Economy Freight

Booking Number
Please call your nearest FedEx location to book shipments.

**5  Packaging**

06 ☐ FedEx Envelope   02 ☒ FedEx Pak   03 ☐ FedEx Box   04 ☐ FedEx Tube

15 ☐ FedEx 10kg Box   25 ☐ FedEx 25kg Box   01 ☐ Other

**6a  Special Handling and Delivery Signature Options**   Fees may apply. See the FedEx Service Guide.

01 ☐ HOLD at FedEx Location   03 ☐ SATURDAY Delivery

10 ☐ Direct Signature   34 ☐ Indirect Signature

Does this shipment contain dangerous goods?
One box must be checked/ticked.

No 04 ☐   Yes ☐   Yes ☐   06 ☐ Dry Ice

CA ☐ Cargo Aircraft Only

**6b  Broker Selection**   Optional. To specify a broker other than FedEx.

40 ☐ Intl. Broker Select

Broker's Email

City / State / Province / Country