Car...
P.O. Box 1864
Yabucoa, P.R. 00767-1864



CERTIFIED MAIL
7019 0700 0000 8216 2139




U.S. POSTAGE PAID
FCM LG ENV
YABUCOA, PR
00767
FEB 15, 20
AMOUNT
1000   00918   $8.60
R2305K135298-05

RECEIVED & FILED
2020 FEB 18 PM 5:18
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Secretaria (Clerk's Office)
Tribunal de Distrito de los Esta[dos]
#150 Chardon Avenue
Federal Building
San Juan, Puerto Rico 00...