3 de febrero de 2020

Elma Bonilla Ríos

HC 4 Box 42436

Aguadilla, Puerto Rico 00603

Teléfono: 787-505-7558

Email: boni_1951@gmail.com

    Respetuosamente me dirijo al Tribunal de Distrito de los Estados Unidos, en Puerto Rico, para presentar mi petición para que se haga cumplir mi reclamo al Estado Libre Asociado de Puerto Rico, sometido a través de Prime Clerk, con el número de procedimiento # 153636, en la Centésima Trigésima Sexta Objeción Global, Anexo A: Defectuosas por un monto de $18,000.00.

    Serví al Departamento de Educación por treinta años, durante los cuales surgió la Ley 89, del 12 de julio de 1979, que establecía un aumento salarial y una retribución uniforme a los empleados del gobierno de Puerto Rico. Para esa fecha me encontraba activa y en servicio y este aumento al que tenía derecho, no me fue otorgado. El incumplimiento de esta ley afectó severamente mi pensión a la hora de acogerme a mi retiro.

    Por tanto, suplico al honorable Tribunal, no declare a lugar la Objeción global en relación a este reclamo.

    Adjunto evidencia justificativa a mi réplica antes expuesta.

Anejos:

a. Hoja con el número de reclamación
b. Certificación por años de servicio y retiro del Departamento de Educación
c. Certificación del Sistema de Retiro de Maestros

Atentamente,
Elma Bonilla Ríos