**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Bonilla Rios, Elma | 153636 | 7/5/2018 | Commonwealth of Puerto Rico | $18,000.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Bonilla Rios, Elma | 153636 | 7/5/2018 | Commonwealth of Puerto Rico | $18,000.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

000304



# GOBIERNO DE PUERTO RICO
## DEPARTAMENTO DE EDUCACIÓN

29 de enero de 2020

### CERTIFICACION DE EMPLEO

Según el Sistema de Recursos Humanos certifico que la Sra. Elma Bonilla Ríos, con Número de Seguro Social xxx-xx-2002 trabajo para el Departamento de Educación en calidad de Maestra de Educación Especial desde el 8 de septiembre de 1977 hasta el 28 de septiembre de 2007.

Certificación emitida a petición de la empleada.

Certifico Correcto:

*[firma]*

Lucía Otero Vázquez
Oficinista Mecanógrafo III





Centro Gubernamental
Calle Nenadich # 50  Suite #303
Mayagüez, Puerto Rico 00680

Notificación de política pública: El Departamento de Educación de Puerto Rico no discrimina por razón de raza, color, sexo, nacimiento, origen Nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios y oportunidad de empleo.

| Núm. Solicitud | Estado Libre Asociado de Puerto Rico | Fecha Radicación |
|---|---|---|
| 44323 | Sistema de Retiro para Maestros | 2-ago-07 |
| Núm de Caso | | Fecha Vencimiento |
| 1406-A | INFORME RENTA ANUAL VITALICIA | 1-dic-2007 |

Apellido Paterno, Materno, Nombre e Inicial: Bonilla Rios Elma
Seguro Social: 
Sexo: ☑ Femenino ☐ Masculino

Fecha Nacimiento: 5-jul-1951
Categoría y Pueblo: Educ. Especial Mayaguez
Retiro Ley Núm.: Ley 91 del 2004

Dirección Postal: Apartado 2668, Mayaguez, P.R 00681
Dirección Física (Si es diferente a la postal):

Tipo de Renta (Pensión): ☑ Años de Servicio y Edad ☐ Edad ☐ Diferida
☐ Incapacidad Ocupacional ☐ Incapacidad No Ocupacional

| Edad al Retirarse | Servicios Acreditados | Costo Anualidad | Renta | |
|---|---|---|---|---|
| 56 Años 2 Meses 24 Días | 30 Años 0 Meses 0 Sem 0 Días | $ 49,918.47 | Mensual $ 1,860.32 | Anual $ 22,323.84 |

Fecha de Renuncia: 28-sep-07  Último Día de Pago: 28-sep-07
Fecha Efectividad Pensión: 29-sep-07  Cierre de Nómina: 27-nov-07
Primer Pago Pensión Mes: dic  ☑ 1ra ☐ 2da  Importe $ 1,860.32
Pago Global Retroactivo Desde 29-sep-07 Hasta 30-nov-07  Importe Total $ 3,844.66

**DESGLOSE DE DESCUENTOS**

| | PAGO GLOBAL | PAGO MENSUAL |
|---|---|---|
| Importe Total (Bruto) | $ 3,844.66 | $ 1,860.32 |
| Menos Descuentos: | Descuento | Descuento |
| Préstamos: Clave | | |
| Personal (PP) 47-000 | | |
| Cultural (PC) 45-000 | | |
| Hipotecario (PH) 36-000 | - | - |
| Finanzas | - | |
| Aport. Individual 9% (Clave 26-001) | | |
| ASUME | | |
| Otros | | |
| Importe Neto | $ 3,844.66 | $ 1,860.32 |

Bonos:
☐ Bono Verano (PBV)  ☐ Bono Medicamentos (PBM)
☐ Bono Navidad (BNP)

Certifico que la información aquí provista es cierta, correcta y completa.
Nombre del Empleado: Eduardo Muñiz Olivo  Fecha: 13-11-07
Nombre Supervisor: Norma I. Peña Agosto  Fecha: 14/11/07

**PREINTERVENCIÓN DE DOCUMENTOS** | **USO DIRECTOR(A) AREA RETIRO**

Verificación de:
☑ Exactitud
☑ Legalidad
☑ Firmas
☐ Otros

ÁREA DE RETIRO DOCUMENTOS PREINTERVENIDOS
NOV 14 2007
NOMBRE / FIRMA: Brendaily Ledoux Mirabal

Aprobado por: Wanda Santiago López
Nombre Director(a) o Representante Autorizado
Fecha: 14/11/07

**USO AREA DE PENSIONADOS (Sección Nóminas)**

Ingreso a Nómina Mes: 12  ☑ 1ra ☐ 2da
Nombre del Empleado: Wanda Rodriguez Mirabal
Fecha: 17-11-07

Nómina Pago Global Mes: enero  ☐ 1ra ☑ 2da
Nombre del Empleado:
Fecha: 06-ENE-2008

Nombre Supervisor: Juan Agosto Castro

Conservación: Seis años o una Intervención de la Oficina del Contralor de Puerto Rico, lo que ocurra primero.
Modelo SC-1515 Rev. 07-sept-07

# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión del **Prof. Elma Bonilla Rios**, con número de seguro social que termina en **2002**.

| | |
|---|---|
| Fecha de Efectividad de la Pensión | 29 de septiembre de 2007 |
| Tiempo Cotizado para Pensión | 30 años, 0 meses, 0 sem, 0 días |
| Pensión mensual Inicial | $ 1,860.32 |
| Pensión Mensual Actual | $ 1,860.32 |

Esta certificación se expide hoy, **7 de febrero de 2020** en **San Juan, Puerto Rico**.

Edgardo Negron Ramirez
Supervisor
Área de Servicios de Retiro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879



Sistema de Retiro para Maestros
Gobierno de Puerto Rico
Protegemos la Aportación al Futuro

787.777.1414  787.764.6910  www.srm.pr.gov