Elma Bonilla Ros
HC. 4 Box 42 436
Aguadilla, P.R.
     00603



CERTIFIED MAIL®

7019 0700 0001 8181 9552



U.S. POSTAGE PAID
FCM LG ENV
MAYAGUEZ, PR
00680
FEB 11 20
AMOUNT

$7.60
R2304E104763-06

1000        00918



RECEIVED
2020 FEB 18 PM 5: 19
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

To: Secretaria (Clerk's office)
Tribunal de Distrito de los Estados Unidos
Room 150  Federal Building
San Juan (Puerto Rico) 00918-1767