11 de febrero de 2020

Prime Clerk LLC
Grand Central Station
P.O. Box 4850
New York, NY 10163-4850

Señores:

Por más de 30 años trabajé para el Gobierno de Puerto Rico en el Departamento de Educación retirándome del servicio en el 201_2_. Durante esos años recibí algunos aumentos de salario y pasos por años de servicio más sin embargo otros aumentos nunca me fueron otorgados pese a haber legislación concediendo los mismos. Por esta razón reclamo que se satisfaga la deuda por dichos aumentos de acuerdo a las leyes que los otorgaron.

No soy experta en la materia, pero entiendo que se me adeuda todo lo que en derecho me correspondía de acuerdo a las disposiciones legales. Solicito la adjudicación de mi reclamo según corresponda a mis derechos.

Agradezco su atención a este asunto.

Cordialmente,

_Edna M. Mercado Sánchez_
Edna M. Mercado Sánchez

Reclamos:
Ley 96 del 1ro de julio de 2002 aplicada a 9 de julio de 2002, Años reclamados __10__, Cantidad reclamada $12,000.00
Ley 164 del 22 de julio de 2003 aplicada a enero 2004. Años reclamados __9__, Cantidad reclamada $10,800.00
Escala salarial, Años reclamados __8__, Cantidad reclamada $9,600.00
Ley 180- Costo de vida 3% cada 2 años. Años reclamados __7__, Cantidad reclamada 7,335.00