Número de Evidencia de Reclamación:
Reclamante: Elsa M. [illegible] de Sánchez

# INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

### Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación. Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a [illegible] o por **correo postal o entrega en mano** a la siguiente dirección.

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### Cuestionario

1. ¿Cuál es el fundamento de su reclamación?

    ☐ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

    ☒ Empleo actual o anterior en el gobierno de Puerto Rico

    ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

2. ¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):

    $9,600.00

Número de Evidencia de Reclamación: _____
Reclamante: _____

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?

   ☐ No. *Pase a la Pregunta 4.*

   ☒ Sí. Responda preguntas 3(a)-(d).

   3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó:
   **Dpto. Educación**

   3(b). Identifique las fechas de su empleo con relación a su reclamación:
   **2004 al 2012**

   3(c). Últimos cuatro dígitos de su número de seguro social: **0986**

   3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):

   ☐ Jubilación.

   ☒ Salarios impagos

   ☐ Días por enfermedad

   ☐ Queja con el sindicato

   ☐ Vacaciones.

   ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?

   ☒ No.

   ☐ Sí. Responda Preguntas 4(a)-(f).

   4(a). Identifique el departamento o agencia que es parte de esta acción:

   4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución:

   4(c). Número de caso:

   4(d). Título, epígrafe, o nombre del caso:

2



# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

5 de febrero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | EDNA M. KERCADO SANCHEZ |
| Seguro Social | : | |
| Categoría | : | TRABAJADOR SOCIAL ESCOLAR |
| Distrito Escolar | : | BAYAMON |
| Sueldo Mensual | : | $3,195.00 |
| Status | : | PERMANENTE |
| Observaciones | | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 21 de diciembre de 2012 |
| Otros | : | Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de (27) años, (2) semanas y (4) días. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. EDNA M. KERCADO SANCHEZ**, con número de seguro social que termina en **0986**.

| | |
|---|---|
| Fecha de Elegibilidad de la Pensión | 22 de diciembre de 2012 |
| Tiempo Cotizado para la Pensión | 35 años, 1 meses, 3 semana y 2.5 días |
| Fecha de Efectividad de la Renuncia | 21 de diciembre de 2012 |
| Fecha de Efectividad de la Pensión | 22 de diciembre de 2012 |
| Pensión Mensual Actual | $2,396.25 |

Esta certificación se expide hoy, **13 de febrero de 2020** en **San Juan, Puerto Rico**.

Edgardo Negron Ramirez
Supervisor
Área de Servicios de Retiro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879



787.777.1414   787.764.6910   www.srm.pr.gov

**Sistema de Retiro para Maestros**
**Área de Servicios de Retiro**

| Núm de Caso | INFORME RENTA ANUAL VITALICIA | Fecha Radicación |
|---|---|---|
| 1240 | | Fecha Vencimiento 5-mar-13 |

**KERCADO SANCHEZ EDNA M**
Apellido Paterno, Materno, Nombre e Inicial — Seguro Social — Sexo: ☑ Femenino ☐ Masculino

Fecha Nacimiento (Mes-Día-Año) — TRABAJO SOCIAL - BAYAMON — Categoría y Pueblo — Ley 91 del 2004, Retiro Ley Núm.

Dirección Postal: URB LA MILAGROSA
D-12 CALLE C
BAYAMON PR 00959

Tipo de Renta (Pensión): ☑ Años de Servicio y Edad   ☐ Edad   ☐ Diferida
☐ Incapacidad Ocupacional   ☐ Incapacidad No Ocupacional

| Edad al Retirarse | | | Servicios Acreditados | | | | Costo Anualidad | Renta | |
|---|---|---|---|---|---|---|---|---|---|
| 60 | 4 | 22 | 35 | 1 | 3 | 2.5 | $ 75,171.36 | Mensual $ 2,396.25 | Anual $ 28,755.00 |
| Años | Meses | Días | Años | Meses | Sem | Días | | | |

Fecha de Renuncia: 21-dic-12   Último Día de Pago: 21-dic-12
Fecha Efectividad Pensión: 22-dic-12   Cierre de Nómina: 11-mar-13
Fecha Primer Pago Pensión: 30-Mar-13   Importe $ 2,396.25
Pago Global Retroactivo: Desde 22-dic-12 Hasta 15-mar-13   Importe Total $ 6,763.63

**DESGLOSE DE DESCUENTOS**

| | | PAGO GLOBAL | PAGO MENSUAL |
|---|---|---|---|
| Importe Total (Bruto) | | $ 6,763.63 | $ 2,396.25 |
| Menos Descuentos: | | | |
| Préstamos: | Clave | Descuento | Descuento |
| Personal (PP) | 47-000 | | |
| Cultural (PC) | 45-000 | - | |
| Hipotecario (PH) | 36-000 | - | |
| Finanzas | 67-059 | - | |
| Aport. Individual 9% (Clave 26-001) | | | |
| ASUME | | | |
| Otros | | | |
| Importe Neto | | $ 6,763.63 | $ 2,396.25 |

Bonos:
☐ Bono Verano (PBV)   ☐ Bono Medicamentos (PBM)
☐ Bono Navidad (BNP)

Certifico que la información aquí provista es cierta, correcta y completa.

DULCE M. FIGUEROA ACEVEDO — Firma — 19-feb-2013
Nombre del Empleado

NORMA I. PEÑA AGOSTO — Firma — Fecha
Nombre Supervisor

**PREINTERVENCIÓN DE DOCUMENTOS** | **USO DIRECTOR(A) AREA RETIRO**

Verificación de:
☐ Exactitud
☐ Legalidad
☐ Firmas

Aprobado por: Ivonne L. Ortiz Valladares
Nombre Director(a) o Representante Autorizado

## CÓMPUTO ANUAL

A. $ 9,585.00 / 3 = $ 3,195.00 × 75.0% = - × 0.000 = $ 2,396.25
   Sueldos más altos / años / Promedio Sueldos / Por Ciento

B. Ajuste de 0%   $ -   × 0% = $ -

C. Pensión Ajustada   $ -   × 12 = $ -

**APORTACIÓN INDIVIDUAL**
$ - × 0% = $ -

| TIEMPO | | | PROMEDIO DE SUELDOS | | | COMPUTO EDAD RETIRO | | | |
|---|---|---|---|---|---|---|---|---|---|
| Meses | Días Trabajados | Días Total | Mensual | Devengado | Promedio | Fecha | Años | Meses | Días |
| 12 | 0 | 20 | $ 3,195.00 | $ 38,340.00 | | Efectividad Pensión | 2012 | 12 | 22 |
| 0 | 0 | 20 | $ - | $ - | | Nacimiento | 1952 | 7 | 30 |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | $ 3,195.00 | Edad al Retirarse | 60 | 4 | 22 |
| 12 | 0 | 20 | $ 3,195.00 | $ 38,340.00 | | | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | **Fracción de Tiempo Docente** | | | |
| 0 | 0 | 20 | $ - | $ - | | Años | 0 × 240 = | | - |
| 0 | 0 | 20 | $ - | $ - | | Meses | 0 × 20 = | | - |
| 0 | 0 | 20 | $ - | $ - | $ 3,195.00 | Semanas | 0 × 5 = | | - |
| | | | | | | Días | 0 × 1 = | | - |
| 12 | 0 | 20 | $ 3,195.00 | $ 38,340.00 | | | | | 0.0000 |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | **Fracción de Tiempo No-Docente** | | | |
| 0 | 0 | 20 | $ - | $ - | | Años | 0 × 365 = | | - |
| 0 | 0 | 20 | $ - | $ - | $ 3,195.00 | Meses | 0 × 30 = | | - |
| | | | | | | 4 Sem | 0 × 29 = | | - |
| 0 | 0 | 20 | $ - | $ - | | 3 Sem | 0 × 22 = | | - |
| 0 | 0 | 20 | $ - | $ - | | 2 Sem | 0 × 15 = | | - |
| 0 | 0 | 20 | $ - | $ - | | 1 Sem | 0 × 7 = | | - |
| 0 | 0 | 20 | $ - | $ - | | Días | 0 × 1 = | | - |
| 0 | 0 | 20 | $ - | $ - | | | | | 0.0000 |
| 0 | 0 | 20 | $ - | $ - | $ - | | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | $ - | | | | |

**Sueldo Total para Promedio**   $ 115,020.00   $ 9,585.00

**DATOS APORTACION 9%**

Fecha Cese Descuento

Preparado por: _____
Nombre
Firma            Fecha

Revisado por: _____
Nombre
Firma            Fecha

### Servicios Acreditados

| Años | Meses | Sem | Días |
|---|---|---|---|
| 35 | 1 | 3 | 2.5 |