Edna M. Kercado Sánchez
Urb. La Mil...
Calle C # D-12
Bayamón, P.R. 00959

SAN JUAN PR 009
14 FEB 2020 PM 1 L

FOREVER / USA

Secretaria
Tribunal de Distrito de los
          Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767

00918039999