3 de febrero de 2020



Awilda Bonilla Ríos

Calle Giralda # 64

Urb. Sultana

Mayagüez,  Puerto Rico  00680

Teléfono: (787-368-7700).

Awibonrio@hotmail.com

Respetuosamente me dirijo al Tribunal de Distrito  de los Estados Unidos, en Puerto Rico, para presentar mi petición, para que se haga cumplir mi reclamo al Estado Libre Asociado de Puerto Rico, a través de Prime Clerk, con el número de procedimiento  #158229, en la Centésima Trigésima Sexta Objeción  Global, Anexo A: Defectuosa, por un monto de $14, 400.

Serví al Departamento de Educación como educadora por treinta años, durante los cuales surgió la Ley 96, del  1ro de julio de 2002, bajo la gobernación de Sila María Calderón que establecía un aumento salarial de $100.00 mensuales a todos los empleados de Gobierno. Para esa fecha me encontraba activa, y este aumento, al que tenía derecho no me fue otorgado.  El incumplimiento de esta ley afectó severamente mi pensión a la hora de acogerme a mi retiro.

Por tanto suplico al honorable Tribunal, no declare a lugar la Objeción global en relación a este reclamo.

Adjunto evidencia justificativa a mi réplica antes expuesta.

Anejos:

a. Hoja con el de un número de reclamación
b. Certificación por años de servicio y retiro del Departamento de Educación
c. Certificación  del Sistema de Retiro de Maestros

Atentamente,

Awilda Bonilla Ríos