**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Bonilla Rios, Awilda | 158229 | 7/6/2018 | Commonwealth of Puerto Rico | $14,400.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Bonilla Rios, Awilda | 158229 | 7/6/2018 | Commonwealth of Puerto Rico | $14,400.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

**GOBIERNO DE PUERTO RICO**
DEPARTAMENTO DE EDUCACION

Región Educativa de Mayagüez

Unidad de Recursos Humanos

## CERTIFICACIÓN

Según el Sistema de Recursos Humanos del Departamento de Educación, la Sra. Awilda Bonilla Ríos, con número de Seguro Social XXX-XX-2461, trabajó como Maestra de Bellas Artes (Artes Visuales) en la Escuela Luis Muñoz Rivera del Municipio de Mayaguez desde el 20 de septiembre de 1984 hasta el 28 de julio de 2014.

Y PARA QUE ASÍ CONSTE, expido la presente certificación bajo mi firma hoy, 31 de enero de 2020.

Sonia Horta Vargas
Auxiliar de Recursos Humanos



Centro Gubernamental, Calle Nenadich # 50, Suite #303, Mayagüez, Puerto Rico 00680 – Tel. (787) 832-6880 – Fax: (787) 832-3518

DEPARTAMENTO DE EDUCACIÓN

El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental, ni por ser víctima de violencia doméstica, agresión sexual o acecho.

Rev:GFT 10-OCT-08

**Estado Libre Asociado de Puerto Rico**
**Sistema de Retiro para Maestros**

**INFORME RENTA ANUAL VITALICIA**

| | |
|---|---|
| Fecha Radicación | 26-dic-14 |
| Fecha Vencimiento | 9-oct-14 |

Núm de Caso: **0953**

Apellido Paterno, Materno, Nombre e Inicial: **BONILLA RIOS, AWILDA**
Seguro Social: ____
Sexo: ☑ Femenino ☐ Masculino

Fecha Nacimiento (Mes-Día-Año): **28-jun-1955**
Categoría y Pueblo: **BELLAS ARTES - MAYAGUEZ**

Dirección Postal: **URB. SULTANA #64 GIRALDA MAYAGUEZ, PR 00680**

Tipo de Renta (Pensión): ☑ Años de Servicio y Edad ☐ Edad ☐ Diferida ☐ Incapacidad Ocupacional ☐ Incapacidad No Ocupacional

| Edad al Retirarse | Servicios Acreditados | Costo Anualidad | Renta |
|---|---|---|---|
| 59 / 1 / 1 Años/Meses/Días | 26 / 5 / 0 / 0 Años/Meses/Sem/Días | $ 65,035.96 | Mensual $ 1,412.24 / Anual $ 16,946.88 |

Fecha de Renuncia: **28-jul-14**  Último Día de Pago: **25-jul-14**
Fecha Efectividad Pensión: **29-jul-14**  Cierre de Nómina: **15-oct-14**
Fecha Primer Pago Pensión: **30-Oct-14**  Importe: **$ 1,412.24**
Pago Global Retroactivo: Desde **29-jul-14** Hasta **15-oct-14** Importe Total **$ 3,667.25**

**DESGLOSE DE DESCUENTOS**

| | | | PAGO GLOBAL | PAGO MENSUAL |
|---|---|---|---|---|
| Importe Total (Bruto) | | | $ 3,667.25 | $ 1,412.24 |
| Menos Descuentos: | | | Descuento | Descuento |
| Préstamos: | Clave | | | |
| Personal (PP) | 47-000 | | - | - |
| Cultural (PC) | 45-000 | | - | - |
| Hipotecario (PH) | 36-000 | | 1,836.30 | 734.52 |
| Finanzas | 67-059 | | | |
| Aport. Individual 9% (Clave 26-001) | | | 668.25 | 267.30 |
| ASUME | | | | |
| Otros | | | | |
| Importe Neto | | | $ 1,162.70 | $ 410.42 |

Bonos:
☐ Bono Verano (PBV)  ☐ Bono Medicamentos (PBM)
☐ Bono Navidad (BNP)

Certifico que la información aquí provista es cierta, correcta y completa.

JEANELLY COLON ORTIZ — Nombre del Empleado — Firma — 10-oct-2014
NORMA I. PEÑA AGOSTO — Nombre Supervisor — JULIO C. ORTIZ BERBERENA Firma — 14-10-14

**PREINTERVENCIÓN DE DOCUMENTOS** | **USO DIRECTOR(A) AREA RETIRO**

Verificación de:
☐ Exactitud
☐ Legalidad
☐ Firmas
☐ Otros

AREA DE BENEFICIOS Y SERVICIOS — DOCUMENTO PREINTERVENIDO — OCT 14 2014

Aprobado por: GRETCHEN FERRA TIRADO — Nombre Director(a) o Representante Autorizado

**USO ÁREA DE PENSIONADOS (Sección Nóminas)**

Ingreso a Nómina Mes: Oct  ☐ 1ra ☑ 2da
Nombre Empleado: Viviana Alarcón   Fecha: 15/10/14

Nómina Pago Global Mes: ___  OffCycle / PayLine
Nombre Empleado: ___   Fecha: ___

Jorge L Serrano Cruz — Nombre Supervisor — Firma

Conservación: Seis años o una intervención de la Oficina del Contralor de Puerto Rico, lo que ocurra primero.

# GOBIERNO DE PUERTO RICO
### Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión del **Prof. Awilda Bonilla Rios**, con número de seguro social que termina en **2461**.

| | |
|---|---|
| Fecha de Efectividad de la Pensión | 29 de julio de 2014 |
| Tiempo Cotizado para Pensión | 26 años, 5 meses, 0 sem, 0 días |
| Pensión mensual Inicial | $1,412.24 |
| Pensión Mensual Actual | $1,412.24 |

Esta certificación se expide hoy, **7 de febrero de 2020** en **San Juan, Puerto Rico**.

Edgardo Negron Ramirez
Supervisor
Área de Servicios de Retiro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879



SRM
Sistema de Retiro para Maestros
Gobierno de Puerto Rico
Protegemos la Aportación al Futuro

787.777.1414    787.764.6910    www.srm.pr.gov