Awilda Bonilla Rios
64 Calle Giralda
Urb Sultana
Mayaguez, PR 00680-1434





U.S. POSTAGE PAID
FCM LG ENV
MAYAGUEZ, PR
00680
FEB 11, 20
AMOUNT
$7.60
R2304E106813-25

2020 FEB 18 PM 5:19
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaria
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767



CERTIFIED MAIL

7019 0700 0001 8181 9439