RECEIVED & FILED
2020 FEB 18 PM 4: 35
CLERK'S OFFICE
U.S. DISTRICT COURT

12 de febrero de 2020

A quien pueda interesar:

Yo, Nitsa Roque Torres, soy residente de Camuy, Puerto Rico. Mi dirección es carretera 119 Km. 9.2 del Barrio Camuy Arriba, Puerto Rico 00627, con número de teléfono 787-996-3116. Mi reclamación es la siguiente, por salarios impagos al epígrafe, Tribunal de Distrito de los Estados Unidos de América para el Distrito de Puerto Rico.

a) ELA
b) Cofina
c) Sistema de Retiro
d) AEE
e) Autoridad de Carreteras y Transportación de Puerto Rico
f) Centésima trigésima cuarta objeción global.

El motivo es la razón que me opongo es porque tengo derecho a la bonificación que me corresponde por años de servicio de la Ley 89, Ley 96 Incentivo y Ley 96 del 1 de junio de 2002 aplicada al 9 de julio de 2002, Ley 180 Costo de Vida del 3 por ciento del Departamento de Educación de P.R.

Adjunto evidencia.

Espero su pronta contestación a dicha situación que lo amerita.

Gracias Anticipadas,

Cordialmente
Nitza Roqué Pérez
787-996-3116
nitza.roque01@gmail.com