Nitsa Raquel Torres
P.O. Box 84
Sanny, P.R. 00627



RECEIVED & FILED
2020 FEB 18 PM 4:35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Secretaria (Clerk's Office)
Tribunal de Distrito de los
Estados Unidos
Room 150
Federal Building,
San Juan, P.R. 00918-1767