14 febrero 2020

Promesa Title III
No: 17BK 3283-LTS

En el asunto de:

Junta De Supervisión y Administración Financiera Para Puerto Rico

Como representante de

Estado Libre Asociado de Puerto Rico y otros

Notificación de la Centésima Cuadragésima Primera Objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico a Reclamos Deficientes en los que se alegan Intereses sobre la base de unas leyes puertorriqueñas no especificadas.

Motivos para oponerse a la Objeción global

Debido a que trabajé como maestra del Departamento de Educación en Puerto Rico desde los años 1972 - 2006. Entiendo que algunas leyes sobre pasos y aumento de sueldo no me fueron otorgadas. Soy retirada del Departamento de Educación en 2006. Recibo pensión.

Caso: Promesa Title III
17 BK 3283 LTS

Rosa H. Martínez García