

# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

31 de enero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | ROSA H. MARTINEZ GARCIA |
| Seguro Social | : | |
| Categoría | : | MAESTRO ELEMENTAL |
| Distrito Escolar | : | BAYAMON II |
| Sueldo Mensual | : | $2,505.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | Efectivo el 31 de agosto de 2006 |
| Renunció | : | N/A |
| Otros | : | Presto servicios para este departamento por un período de 34 años. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

Profesora.
 Rosa H. Martinez García
 RR-8 Box 9131
 Bayamón, P.R. 00956