Rosa H. Martínez García (17B...)
RR-8 Box 9131
Bayamón, P.R. 00956

RECEIVED & FILED
2020 FEB 18 PM 5:15
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.R.

Secretaría (Clerk's Office)
Tribunal De Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767