18 de Febrero de 2020

Carmen M. Torres Bermudez
Barrio Gorillo Carr. 149
Apartado 552
Villalba, P.R. 00766
Teléfono - 787 - 242 - 1824

A- Tribunal de Distrito de los Estados Unidos

B- Nombre de los Deudores:
Estado Libre Asociado de Puerto Rico

C- Número de Procedimiento:
17BK 3283 - LTS.

D- Título de Obligación Global:
Centésima Cuadragésima Septima Objeción Global.

E- Comencé a trabajar 1ro de Noviembre 1994 y Cese en mis funciones como Oficial Correccional el 20 de diciembre del 2010.
Reclamo a lo y/o entiendo tengo derecho:

1) Ley 89 (Romuero) - 2 de julio de 1979

2) Ley 96 - 1ro de julio - 2002 - Costo de Vida

3) El Quinquenio - horas extras y tiempo no Computarizado.

4) Ley Obama - Sistema de Retiro - Ley 140 2008 - 2016