> IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Torres Benmidez, Carmen M. | 146594 | 6/29/2018 | Commonwealth of Puerto Rico | $8,400.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

> SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Torres Benmidez, Carmen M. | 146594 | 6/29/2018 | Commonwealth of Puerto Rico | $8,400.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

*Carmen M. Torres Bermúdez*

*Carmen Torres Bermúdez*

000682

Carlos M. Molina Rodriguez
Secretario DCR
Administrador AIJ

ESTADO LIBRE ASOCIADO DE PUERTO RICO
*DEPARTAMENTO DE CORRECCIÓN Y REHABILITACIÓN*
**ADMINISTRACIÓN DE INSTITUCIONES JUVENILES**

13 de abril de 2011

Carmen Torres Bermúdez
Apartado 552
Villalba, PR  00766

Señora Torres Bermúdez:

Mediante comunicado del 20 de diciembre de 2010, le notifiqué la intención de decretar su cesantía del puesto que ocupa como Oficial de Servicios Juveniles I en el Centro de Tratamiento Social de Villalba. Esto, toda vez que se encuentra bajo tratamiento médico en descanso por una condición de salud que le imposibilita el reincorporarse a sus labores.

En dicha comunicación recibida por usted el 8 de marzo de 2011, fue apercibida del derecho que le asiste a solicitar por escrito una vista informal ante el Oficial Examinador de la Agencia en un término de quince (15) días a partir del recibo de la comunicación. El término transcurrió sin que usted hubiera solicitado la misma.

La Ley 184 de 3 de agosto de 2004, "Ley para la Administración de los Recursos Humanos en el Servicio Público del Estado Libre Asociado de Puerto Rico", dispone lo siguiente:

Artículo 6     Administración de los Recursos Humanos

Sección 6.6    Disposiciones sobre Retención

Inciso 9.   "Se podrán decretar cesantías en el servicio, sin que constituya acción disciplinaria o destitución en las siguientes circunstancias:

a. ...


PUERTO RICO
VERDE

P.O. BOX 19175, SAN JUAN, PUERTO RICO 00910-9175
Tel. (787) 273-6464 * Fax. (787) 765-3394

*ESTADO LIBRE ASOCIADO DE PUERTO RICO*
*DEPARTAMENTO DE CORRECCION Y REHABILITACION*
**ADMINISTRACION DE INSTITUCIONES JUVENILES**
**CENTRO DE TRATAMIENTO SOCIAL DE VILLALBA**

12 DE NOVIEMBRE DE 2009

**LCDO. ESDRAS VELEZ RODRGUEZ**
**SUB-ADMINISTRADOR**

ATTENCION; MARIA ORTIZ TORRES, DIRECTORA
OFICINA DE RECURSOS HUMANOS

**MARISOL LOPEZ TORRES**
**JEFE INSTITUCIONAL**

*[firma]*
**CARMEN TORRES BERMUDEZ**
**OFICIAL DE SERVICIOS JUVENILES I**

**SOLICITUD LICENCIA SIN SUELDO**

Con fecha del 6 de agosto de 2008, me reporte a la Corporación del Fondo de Seguro del Estado, quienes me prescribieron tratamiento en descanso el 11 de agosto de 2008. Estos me dieron de alta con fecha del 30 de julio de 2009. Sin embargo no pude reinstalarme a mis funciones, ya que apta para trabajar. continué tratamiento con médico privado hasta el presente.

Dada mi condición solicité los beneficios del Seguro Social Federal y estoy tramitando la Incapacidad Ocupacional del Sistema de Retiro.

Efectivo al 16 de noviembre de 2009, a las 10:56 AM agoto los balances disponibles, quedando sin sueldo a las 10:57 AM. Es por tal motivo que respetuosamente solicito Licencia Sin Sueldo cubriendo esta el periodo del 16 de noviembre de 2009 a las 10:57 AM hasta el 16 de marzo de 2010.

Acompaño evidencia médica.

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| CARMEN M TORRES BERMUDEZ | | 31 0395 | 327975 | 555320925 |

| ESPECIFICAS ||| DEDUCCIONES ||| MISCELANEAS |||||
|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS || CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
| ACUMULADO DURANTE EL AÑO NATURAL ||| | AHORROS | SEGURO ||||||
| 3930 | 19968 | | | | | | | | | |

**MES CORRIENTE**

| 1310 | 6656 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 26100 | 26100 | 8700 | 8700 | 39500 | 7966 | 39534 |
| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ª QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |

ACUMULADO DURANTE EL AÑO NATURAL — MES CORRIENTE

VEASE CLAVES AL DORSO

---

## GOBIERNO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| CARMEN M TORRES BERMUDEZ | | 31 0399 | 405415 | 628332282 |

| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | AHORROS | SEGURO | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10032 | 2403 | 2689 | | | | | | | | | |

**MES CORRIENTE**

| 3344 | 8101 | 8763 | | 3177 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 31770 | 31770 | 10590 | 10590 | 4120 | 23385 | 41315 |

VEASE CLAVES AL DORSO

---

## GOBIERNO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| CARMEN M TORRES BERMUDEZ | | 11 0797 | 341352 | 599862501 |

| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | AHORROS | SEGURO | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 23408 | 56707 | 61341 | | | | 50 | 1970 | 31 | 1500 | | |

**MES CORRIENTE**

| 3344 | 8101 | 8763 | | 3177 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 74130 | 74130 | 10590 | 10590 | 39500 | 26755 | 39645 |

VEASE CLAVES AL DORSO