Carmen M. Torres Bermudez
Apartado 552
Villalba, P.R. 00766




U.S. POSTAGE PAID
FCM LETTER
VILLALBA, PR
00766
FEB 14, 20
AMOUNT
$4.10
R2305H127764-01

1000   00918

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico - 00918-1767



CERTIFIED MAIL

7018 2290 0000 2774 2405