February 6, 2020

Irma Montalvo Amill
29 Nelson Avenue
Waterbury, CT 06705
(203)802-2022

To Whom It May Concern,

I, Irma Montalvo Amill, civilian ex-employee of the Puerto Rico Police Department and now retired. I joined the Puerto Rico Police Department on June 1st, 1992. After working for 15 years I retired on March 15, 2008.

I understand I have the right to receive all the salary increases and claims that during those worked years correspond to me. For the record, I make my claims to the corresponding agencies, and the Office of the Puerto Rico's Ombudsman Office.

Sincerely,

Irma Montalvo Amill
S.S.N

CC: Puerto Rico Police Department
Puerto Rico Ombudsman Office