Irma Montalvo Amil //
29 Nelson Ave
Waterbury CT 06705

HARTFORD
CT 061
12 FEB '20
PM 1 L

Secretaria Clerk's Office
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan P.R. 00918-1767