

# DEPARTAMENTO DE EDUCACION
Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

28 de enero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | ELIZABETH VIANA DE JESUS |
| Seguro Social | : | |
| Categoría | : | MAESTRO ELEMENTAL |
| Distrito Escolar | : | TOA ALTA_ |
| Sueldo Mensual | : | $1,900.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 28 de julio de 2000 |
| Otros | : | Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 33 años y 5 meses. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.



**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

SRM-SB-024
Rev. marzo 2017

## CERTIFICACIÓN DE PENSIÓN

VIANA DE JESUS, ELIZABETH
PMB 133 PO BOX 2400

LEVITTOWN PR 00951-2400

Certifico que VIANA DE JESUS, ELIZABETH recibe de una pensión vitalicia del Sistema de Retiro para Maestros. La pensión mensual es de $1,447.70 equivalente a $17,372.40 anual. Luego de las deducciones recibe la cantidad de $1,423.34 mensual, equivalente a $17,080.08 anual.

Esta certificación se expide hoy 28 de enero de 2020.



Número de Certificación: SRM03P2000551

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Estado Libre Asociado de Puerto Rico: http://www.pr.gov o en nuestro Portal en http://www.srm.pr.gov

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918
P.O. Box 191879 · San Juan PR 00919-1879



☏ 787.777.1414     📠 787.759.2883     www.srm.pr.gov

# CERTIFICADO VITALICIO



ESTADO LIBRE ASOCIADO DE PUERTO RICO
**DEPARTAMENTO DE EDUCACION**
SAN JUAN DE PUERTO RICO

## LA SECRETARIA DE EDUCACION

POR LA PRESENTE CONFIERE A:

ELIZABETH VIANA DE JESUS

EL PRESENTE CERTIFICADO DE MAESTRO QUE LO FACULTA PARA EJERCER COMO

___MAESTRA DE ESCUELA ELEMENTAL___

EN LAS ESCUELAS PUBLICAS O PRIVADAS DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO

EXPEDIDO DESDE __23 septiembre__ DE 19 __92__.

DADO EN SAN JUAN DE PUERTO RICO EL __23 de septiembre__ DE 19 __92__.

SECRETARIA DE EDUCACION

Número 1158



# CERTIFICADO DE MAESTRO

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACION
SAN JUAN DE PUERTO RICO

## LA SECRETARIA DE EDUCACION

POR LA PRESENTE CONFIERE A:

ELIZABETH VIANA DE JESUS

MAESTRA DE ESCUELA SECUNDARIA
(Biología)

EL PRESENTE CERTIFICADO DE MAESTRO QUE LO FACULTA PARA EJERCER COMO EN LAS ESCUELAS PUBLICAS O PRIVADAS DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO

EXPEDIDO DESDE  1 de julio  DE 19 90  HASTA  30 de junio  DE 19 96 .

DADO EN SAN JUAN DE PUERTO RICO EL  23 de septiembre  DE 19 92 .

SECRETARIA DE EDUCACION

Número 5461