Elizabeth [illegible]
RR11 Box 4109
Bayamón, P.R. 00956

RECEIVED & FILED
2020 FEB 18 PM 5:12
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, P.R. 00918-1767