ANEXO C

Notificación

RECEIVED

María Diez de Andino Rodríguez
Calle Sungari 1676
Urb. Rio Piedras Heights
San Juan, P.R. 00926
Tel. (787) 460-4898
Email: diezmari777@gmail.com
Claim: **146849**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO**

Asunto: JUNTA DE SUPERVISION Y ADMINISTRACION
FINANCIERA PARA PUERTO RICO,

Como representante de

ESTADO LIBRE ASOCIADO DE PUERTO RICO y otros, deudores
PROMESA,
Título III
Núm. 17BK 3283- LTS
(Administrada conjuntamente)
**La presente radicación guarda relación con el ELA, la ACT y SRE**

Recibí el documento solicitando que mi reclamo sea rechazado por falta de evidencias. Objeto que consideren que mi reclamación no proporciona la documentación válida para respaldarla porque los documentos que estoy adjuntando están validados por el Departamento de Educación de Puerto Rico. La certificación incluye los años trabajados en el DEPR en la cual laboro como maestra desde el 28 de octubre de 1991 hasta el presente devengando actualmente un sueldo mensual de $2,771.67.

Por este medio, anejo la evidencia de mi certificación de los años trabajados en el Departamento de Educación, adjunto a este documento.

Solicito por este medio el monto de mi reclamación por $ 20,000.
Espero su pronta atención a este asunto.

Queda de ustedes,

María Diez de Andino Rodríguez
Reclamo # (146849)

Ley 96 & Ley 89

Envió de Copia fiel y exacta:

**Secretaria (Clerk Office)**
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767
**Abogado de la Junta de Supervisión (Councel for the Oversight Board)**
Proskauer Rose LLP
Eleven Times Square
Nueva York, Nueva York 10036-8299
A/A: Martin J. Bienenstock
Brian S. Rosen
**Abogado del Comite de Acreedores (Counsel for the Creditors' Committee)**
Paul Hastings LLP
200 Park Avenue
Nueva York, Nueva York 10166
A/A: Luc A. Despins
James Bliss
James Worthington
G. Alexander Bongartz