# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

ATT: LEY PROMESA

11 de febrero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | MARIA S. DIEZ DE ANDINO |
| Seguro Social | : | 34 |
| Categoría | : | MA. (INGLÉS) NIVEL ELEMENTAL (K-6) |
| Distrito Escolar | : | SAN JUAN (I,II) |
| Sueldo Mensual | : | $2,771.67 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | Desde el 28 de octubre de 1991 hasta el presente. |
| Cesó | : | N/A |
| Renunció | : | N/A |
| Otros | : | Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de (27) años, (8) meses, (1) semana y (3) días. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.