A quien Pueda interesar

Reciban un cordial saludo desde el AREA SUR de Puerto Rico

Ajunto los años trabajados en el departamento de corrección desde el 11 de Mayo de 1992 hasta el presente

Es como evidencia ya que tengo una Reclamación CASO # 17-03283 Commonwealth of Puerto Rico # claim 148430

Sobre mi caso es deficiente comenze a trabajar en Mayo 11, 1992 hasta el presente



Gracias Att
Sadar Rodriguez Sabater
Tel. (787) 504-4904

Espero Respuesta del mismo, Gracias por la ayuda que me puedan brindar