| IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT. |
|---|

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| RODRIGUEZ SABATER, SADER | 148430 | 6/29/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

| SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE. |
|---|

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| RODRIGUEZ SABATER, SADER | 148430 | 6/29/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.  If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m.  (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.  Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

**Administracion de Correccion**
21 Carr. Estatal Km 4.2 , Bo. Monacillo Edf. Metrop. Prof.
San Juan, PR 00936

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 07/01/2009 |
| Hasta: | 07/15/2009 |

| | |
|---|---|
| Aviso #: | 5429930 |
| Fecha Aviso: | 07/15/2009 |

**SADER RODRIGUEZ SABATER**
BO. TALABORA ALTA
PE UELAS, PR 00624
SS:

| | |
|---|---|
| # Empleado: | |
| Dept: | 098600-Depto. Region Ponce |
| Lugar: | Carcel de Ponce Principal |
| Titulo: | Oficial Custodia I |
| Sueldo: | $2,141.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | | Head of Household |
| Concesiones: | 0 | 0 + 6 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,070.50 | 1,050.00 | 13,916.50 |
| Total: | | | 1,070.50 | 1,050.00 | 13,916.50 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 15.52 | 201.79 |
| Fed OASDI/Disability - EE | 66.37 | 862.82 |
| PR Withholding | 65.29 | 848.77 |
| Total: | 147.18 | 1,913.38 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro | 88.58 | 1,151.54 |
| Total: | 88.58 | 1,151.54 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 125.01 | 1,625.13 |
| SC-TRANS OCEANIC LIFE | 13.51 | 175.63 |
| AE-Seguro por Muerte Asoc ELA | 3.35 | 43.55 |
| OS-SERV PUBLICOS UNIDOS PR 00 | 90.00 | 130.00 |
| Ahorros-AEELA | 32.12 | 417.56 |
| Total: | 183.99 | 2,391.87 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro | 99.29 | 1,290.77 |
| FSED Disability Plan | 39.61 | 514.93 |
| SM-Plan Medico ASES | 0.00 | 900.00 |
| * Tributable | | |

### TOTAL BRUTO / BRUTO TRIBUT. FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Bruto Tribut. Fed | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|---|
| Corriente: | 1,070.50 | 0.00 | 147.18 | 272.57 | 650.75 |
| Acumulado: | 13,916.50 | 0.00 | 1,913.38 | 3,543.41 | 8,459.71 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5429930 | 650.75 |
| Total: | 650.75 |

**MENSAJE:**

---

**Administracion de Correccion**
21 Carr. Estatal Km 4.2
Bo. Monacillo Edf. Metrop. Prof.
San Juan, PR 00936

Fecha
07/15/2009

Aviso No.
5429930

Cant. Deposito: $650.75

A la
Cuenta(s) De

**SADER RODRIGUEZ SABATER**
BO. Santo Domingo
PE UELAS, PR 00624

Localizacion: Carcel de Ponce Principal

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | 1101271834617 | $650.75 |
| Total: | | $650.75 |

## NO-NEGOCIABLE