Sades Rodriguez
HC 02 Box 5814
Peñuelas P.R. 00624

RECEIVED & FILED
2020 FEB 18 PM 5: 15
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

SAN JUAN
PR 009
15 FEB 20
PM 1 L

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767