A quien Pueda interesar

Reciban un cordial saludo desde
el AREA SUR de Puerto Rico

ajunto los años trabajados en el
departamento de corrección desde el
11 de MAYO de 1992 hasta el presente

Es como evidencia ya que tengo una
Reclamación caso # 17-03283 Commonwealth
of. Puerto Rico # claim 127397

Sobre mi caso es deficiente comenze a
trabajar en MAYO 11, 1992 hasta el presente

Gracias Att
Sactor Rodriguez Sabater
Tel. (787) 504-4904

Es pero Respuesta
del mismo, Gracias
Por la Ayuda que
puedan brindar

RECEIVED & FILED
2020 FEB 18 PM 5:15
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN P.R.