11 de febrero de 2020

Luis A. Ortiz Ocasio

Urbanización Paraíso de Coamo 615

Calle Paz

Coamo, Puerto Rico, 00769

Teléfono (787) 403-5354

Luisortizocasio2010@gmail.com

Número de Reclamaciones **113265, 142206**



En el asunto de Estado Libre Asociado de Puerto Rico, número de procedimiento 17 BK 3283-LTS, de la declaración de Jay Herriman en apoyo de la centésima trigésima tercera objeción global (No sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a reclamos deficientes en los que se alegan intereses sobre la base de las reivindicaciones salariales, labores o servicios prestados. Solicitamos al tribunal que declare a lugar la objeción global en relación al reclamo de la Ley 96 Sila María Calderón, aumento salarial del año 2004 al 2019, Ley de Retiro 3%, Ley de Escala Salarial y Ley 89. Ya que no fue otorgado. Se solicita el monto de 80,000.00. Se adjunta documentación justificativa para evidenciar la objeción.

Gracias por su pronta atención.

_____
Luis A. Ortiz Ocasio