> IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|------|---------|-----------|--------|----------------------|
| Ortiz Ocasio, Luis A. | 142206 | 6/28/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

> SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|--------|-------------------|----------------------|--------|-------------------------------|
| Ortiz Ocasio, Luis A. | 142206 | 6/28/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING
TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR
CLAIM IS DEFICIENT.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Ortiz Ocasio, Luis A. | 113265 | 6/28/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN
QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU
RECLAMO ES DEFICIENTE.

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Ortiz Ocasio, Luis A. | 113265 | 6/28/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.  If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m.  (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.  Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

Case: 17-02222 LTS   Doc#:11416-1   Filed:02/18/20   Entered:02/20/20 16:58:26   Desc:
Exhibit   Page 3 of 43

# FORMA CORTA

| Liquidador | Revisor |
|---|---|

☑ PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE EN ESTE LUGAR)

GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA

Número de Serie

**2000**    **2000**

| R | M | V1 | V2 | P1 | P2 | N | D | E | A | G |
|---|---|---|---|---|---|---|---|---|---|---|

PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2000 O AÑO COMENZADO EL
_____ de _____ de _____ Y TERMINADO EL _____ de _____ de _____

☐ PLANILLA ENMENDADA
☐ FALLECIDO DURANTE EL AÑO

Sello de Pago

ECRLOT              B 027
ORTIZ OCASIC, LUIS A                           C
O RESIDENTE ACTUAL

PO BOX 3078
JUNCOS          PR    00777-6078

**Número de Seguro Social**

Fecha de Nacimiento | Sexo
Día  Mes  Año | ☑ M  ☐ F

**Número de Seguro Social Cónyuge**

Nombre e Inicial del Cónyuge | Apellido Paterno | Apellido Materno

Fecha de Nacimiento del Cónyuge
Día   Mes   Año

Teléfono Residencia

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)

Teléfono Oficina

Código Postal

**CAMBIO DE DIRECCION**
☐ Sí   ☐ No

Número de Recibo:
Importe:

## Encasillado 1

| | SI | NO | |
|---|---|---|---|
| A. | ☑ | ☐ | ¿Ciudadano de Estados Unidos? |
| B. | ☐ | ☑ | ¿Residente de Puerto Rico al finalizar el año? |
| C. | ☐ | ☑ | ¿Ingresos exentos de Lotería de Puerto Rico? |
| D. | ☐ | ☑ | ¿Ingresos de premios de jugadas en Hipódromo? |
| E. | ☐ | ☑ | ¿Otros ingresos exentos de contribución? **(Someta Anejo)** |
| F. | ☐ | ☑ | ¿Obligación de hacer pagos a **ASUME**? |

**ESTADO PERSONAL AL FINALIZAR SU AÑO CONTRIBUTIVO:**
1) ☐ Casado que vivía con su cónyuge y rinde planilla conjunta
2) ☐ Casado que no vivía con su cónyuge (No jefe de familia)
   (Indique nombre y seguro social del cónyuge)
3) ☑ Jefe de familia
4) ☐ Soltero

**FUENTE DE MAYOR INGRESO:**
G. ☑ Empleado del Gobierno, Municipios y Corporaciones Públicas
H. ☐ Empleado Gobierno Federal
I. ☐ Empleado Empresa Privada
J. ☐ Retirado/Pensionado

Su ocupación  Maestro          Ocupación cónyuge

**PLANILLA 2001**
☑ ESPAÑOL   ☐ INGLES

---

### Use este formulario sólo si cumple con los siguientes requisitos:

Su ingreso bruto no es mayor de $75,000.

Su ingreso consiste solamente de salarios y compensación sujetos a retención, anualidades y pensiones.

No ha recibido ingresos de pensión alimentaria, intereses, dividendos, negocio propio u otros ingresos.

Reclama la deducción fija.

No rinde bajo el estado personal de casado que rinde por separado.

No reclama crédito por inversión en el Fondo de Capital de Inversión, Fondo de Turismo, Facilidades de Desperdicios Sólidos o Negocio Agrícola.

No rinde una Declaración de Contribución Estimada.

Es ciudadano americano o extranjero residente.

No reclama crédito por contribuciones pagadas al extranjero.

No reclama crédito por la retención del 7% por servicios prestados.

No reclama crédito por inversión en una Entidad Fílmica dedicada a un Proyecto Fílmico o Proyecto de Infraestructura.

Si usted no cumple con todos los requisitos, deberá rendir la **Forma Larga.**

---

## Encasillado 2

**1. Sueldos, Comisiones, Concesiones y Propinas**

**(00) SUMINISTRE LOS COMPROBANTES DE RETENCION (FORMULARIOS 499R-2/W-2PR, 499R-2c/W-2cPR o W-2), SEGUN APLIQUE.**

| | A-Contribución Retenida | | B-Sueldos, Comisiones, Concesiones y Propinas | |
|---|---|---|---|---|
| | 1,009 | 00 | 20,945 | 00 |
| | | 00 | | 00 |
| | | 00 | | 00 |
| | | 00 | | 00 |
| | | 00 | | 00 |

**(01) Total** (Núm. de comprobantes con esta planilla)  [ 1 ]

| | 00 | 20,945 | 00 |

APR 1 · 2001
DEPARTAMENTO DE HACIENDA
65 Área de Rentas Internas
Recibo de Planilla Copia
SECRETARIO DE HACIENDA

| | Contribución Retenida | | Salarios Federales | |
|---|---|---|---|---|
| **2. Salarios del Gobierno Federal** (Véanse instrucciones) ........................ (01) | 1,009 | 00 | (02) | 00 |

**3. Ingresos de Anualidades y Pensiones** (Anejo H Individuo, Parte II, línea 12) .................... (03)  | | 00 |

**4. Ingreso Bruto Ajustado** (Sume líneas 1B, 2B y 3) ............................................... (10) | 20,945 | 00 |

| Formulario<br>Form 499R-2/W-2PR<br>Rev. 05.00 | GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO<br>DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY<br>**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT** | INFORMACION PARA EL DEPARTAMENTO DE HACIENDA<br>DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL<br>SOCIAL SECURITY INFORMATION |
|---|---|---|---|

| 1. Nombre-First Name<br>**LUIS** | 3. Núm. Seguro Social<br>Social Security No. | 8. Sueldos - Wages<br>**20945-00** | 17. Subtotales-cada 41<br>Subtotals-every 41 |
|---|---|---|---|
| Apellido(s)-Surname(s)<br>**ORTIZ OCASIO** | 4. Estado Civil-Civil Status<br>Soltero ☐ Casado ☐<br>Single   Married | 9. Comisiones-Commissions<br>**0-00** | 18. Total Sueldos Seguro Social<br>Social Security Wages<br>**0-00** |
| Dirección Postal del Empleado-Employee's Mailing Address<br>PO BOX 3073<br>JUNCOS, PR 00777 | 5. Núm. Seguro Social Cónyuge<br>Spouse's Social Security No. | 10. Concesiones-Allowances<br>**0-00** | 19. Seguro Social Retenido<br>Social Security Tax Withheld<br>**0-00** |
|  | 6. Núm. de Ident. Patronal<br>Employer's Ident. No. (EIN)<br>**660433481** | 11. Propinas-Tips<br>**0-00** | 20. Total Sueldos y Pro. Medicare<br>Medicare Wages and Tips<br>**20945-00** |
| 2. Nombre y Dirección Postal del Patrono<br>Employer's Name and Mailing Address<br>L80033O4363 I FLORES<br>DEPT DE EDUCACION-MAESTROS<br>AVENIDA TENIENTE C SAR GONZ LEZ<br>SIJINA CALAS<br>ATO REY, PR 00919 | 7. Costo de Pensión o Anualidad<br>Cost of Pension or Annuity | 12. Total = 8 + 9 + 10 + 11<br>**20945-00** | 21. Contrib. Medicare Retenida<br>Medicare Tax Withheld<br>**303-70** |
|  | Copia B para Planilla del Empleado<br>Copy B for Employee's Tax Return | 13. Gastos Reembolsados<br>Reimbursed Expenses<br>**0-00** | 22. Propinas Seguro Social<br>Social Security Tips<br>**0-00** |
| Número de Teléfono del Patrono<br>Employer's Telephone Number |  | 14. Cont. Retenida -Tax Withheld<br>**1009-77** | 23. Seguro Social no Retenido en Propinas-Uncollected Social Security Tax on Tips<br>**0-00** |
| Fecha Cierre de Operaciones<br>Operations Closing Date<br>Número Control - Control Number<br>0 2261334 |  | 15. Fondo de Retiro<br>Retirement Fund<br>**1740-43** | 24. Contrib. Medicare no Retenida en Propinas-Uncollected Medicare Tax on Tips<br>**0-00** |
|  | Año:<br>Year: **2000** | 16. Aportaciones a Planes Cualific.<br>Contributions to CODA PLANS<br>**0-00** |  |
| Instrucciones al dorso - Instructions on back | | | |

# FORMA CORTA

☐ PLANILLA CON CHEQUE O GIRO ADHERIDO EN ESTE LUGAR

| Liquidador | Revisor |
|---|---|
| R | M | V1 | V2 | P1 | P2 | N | D | E | A | G |

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA

**2001**      **2001**

PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2001 O AÑO COMENZADO EL
____ de ____ de ____ Y TERMINADO EL ____ de ____ de ____

Número de Serie

PLANILLA: ☐ ORIGINAL ☐ ENMENDADA
☐ FALLECIDO DURANTE EL AÑO

Sello de Pago

**Número de Seguro Social**

B 027

Fecha de Nacimiento | Sexo
Día Mes Año | ☐ M ☐ F

Número de Seguro Social Cónyuge

Fecha de Nacimiento del Cónyuge
Día Mes Año

Nombre e Inicial del Cónyuge | Apellido Paterno | Apellido Materno

Teléfono Residencia
(787) 286 1257

Teléfono Oficina
( )

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)

CAMBIO DE DIRECCION
☐ Sí ☑ No

Código Postal

Número de Recibo:
Importe:

## Encasillado 1

**SI NO**

- A. ☑ ☐ ¿Ciudadano de Estados Unidos?
- B. ☑ ☐ ¿Residente de Puerto Rico al finalizar el año?
- C. ☐ ☑ ¿Ingresos exentos de Lotería de Puerto Rico?
- D. ☐ ☑ ¿Ingresos de premios de jugadas en Hipódromo?
- E. ☐ ☑ ¿Otros ingresos exentos de contribución? **(Someta Anejo)**
- F. ☐ ☑ ¿Obligación de hacer pagos a ASUME?

**ESTADO PERSONAL AL FINALIZAR SU AÑO CONTRIBUTIVO:**
1) ☐ Casado que vivía con su cónyuge y rinde planilla conjunta
2) ☐ Casado que no vivía con su cónyuge (No jefe de familia)
   (Indique nombre y seguro social del cónyuge)
3) ☑ Jefe de familia
4) ☐ Soltero

**FUENTE DE MAYOR INGRESO:**

- G. ☑ Empleado del Gobierno, Municipios y Corporaciones Públicas
- H. ☐ Empleado del Gobierno Federal
- I. ☐ Empleado de Empresa Privada
- J. ☐ Retirado/Pensionado

Su ocupación **Maestro**    Ocupación cónyuge

**PLANILLA 2002**
☑ ESPAÑOL ☐ INGLES

## Use este formulario sólo si cumple con los siguientes requisitos:

Su ingreso bruto no es mayor de $75,000.

Su ingreso consiste solamente de salarios y compensación sujetos a retención, anualidades y pensiones.

No ha recibido ingresos de pensión alimentaria, intereses, dividendos, negocio propio u otros ingresos.

Reclama la deducción fija.

No rinde bajo el estado personal de casado que rinde por separado.

Si solo reclama crédito por Aportación a la Fundación para la Libre Selección de Escuelas.

No rinde una Declaración de Contribución Estimada.

Es ciudadano americano o extranjero residente.

No reclama crédito por contribuciones pagadas al extranjero.

No reclama crédito por la retención en el origen por servicios prestados.

Si usted no cumple con todos los requisitos, deberá rindir la **Forma Larga**.

## Encasillado 2

RECIBIDO
Sello de Recibido
COLECTURIA
11046 CAGUAS 11046
DEPOSITANTE Nº 1146
APR 16 2002
SELLO #135
JUAN A. FLORES GALARZA
Secretario de Hacienda

| | A-Contribución Retenida | B-Sueldos, Comisiones, Concesiones y Propinas |
|---|---|---|
| 1. Sueldos, Comisiones, Concesiones y Propinas (00) SUMINISTRE LOS COMPROBANTES DE RETENCION (FORMULARIOS 499R-2/W-2PR, 499R-2c/W-2cPR o W-2), SEGUN APLIQUE. | 988 00 | 21,805 00 |
| | 00 | 00 |
| | 00 | 00 |
| | 00 | 00 |
| | 00 | 00 |
| (01) Total (Núm. de comprobantes con esta planilla) ☐ | 00 | 00 |

| | Contribución Retenida | Salarios Federales |
|---|---|---|
| 2. Salarios del Gobierno Federal (Véanse instrucciones) ........... (01) | 988 00 | (02) 21,805 00 |
| 3. Ingresos de Anualidades y Pensiones (Anejo H Individuo, Parte II, línea 12) ........... (03) | | 00 |
| 4. Ingreso Bruto Ajustado (Sume líneas 1B, 2B y 3) ........... (10) | | 21,805 00 |

| Formulario<br>Form 499R-2/W-2 PR<br>Rev. 05.01 | ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO<br>DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY<br>COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT | INFORMACION PARA EL<br>DEPARTAMENTO DE<br>HACIENDA<br>DEPARTMENT OF THE<br>TREASURY INFORMATION | INFORMACION PARA EL<br>SEGURO SOCIAL<br><br>SOCIAL SECURITY<br>INFORMATION |
|---|---|---|---|
| 1. Nombre - First Name<br>LUIS | 3. Núm. Seguro Social<br>Social Security No. | 8. Sueldos - Wages<br>21,805.00 | 17. Subtotales - cada 41<br>Subtotals - every 41 |
| Apellido(s) - Surname(s)<br>ORTIZ OCASIO | 4. Estado Civil - Civil Status<br>Soltero ☐ Single   Casado ☐ Married | 9. Comisiones - Commissions<br>0.00 | 18. Total Sueldos Seg. Soc.<br>Social Security Wages<br>0.00 |
| Dirección Postal del Empleado-Employee's Mailing Address<br>PO BOX 3078<br>JUNCOS, PR 00777 | 5. Núm. Seguro Social Cónyuge<br>Spouse's Social Security No. | 10. Concesiones - Allowances<br>0.00 | 19. Seguro Social Retenido<br>Social Security Tax Withheld<br>0.00 |
|  | 6. Núm. de Ident. Patronal<br>Employer's Ident. No. (EIN)<br>660433481 | 11. Propinas - Tips<br>0.00 | 20. Total Sueldos y Pro. Medicare<br>Medicare Wages and Tips<br>21,805.00 |
| 2. Nombre y Dirección Postal del Patrono<br>Employer's Name and Mailing Address<br>L8003834363 I FLORES<br>DEPT DE EDUCACION-MAESTROS<br>AVENIDA TENIENTE CESAR GONZALE<br>ESQUINA CALAS<br>HATO REY, PR 00919 | 7. Costo de Pensión o Anualidad<br>Cost of Pension or Annuity<br>21,805.00 | 12. Total=8+9+10+11<br>21,805.00 | 21. Contrib. Medicare Retenida<br>Medicare Tax Withheld<br>316.17 |
|  | Copia para Planilla<br>del Empleado<br>Copy for Employee's<br>Tax Return | 13. Gastos Reembolsados<br>Reimbursed Expenses<br>0.00 | 22. Propinas Seguro Social<br>Social Security Tips<br>0.00 |
| Número de Teléfono del Patrono<br>Employer's Telephone Number | | 14. Cont. Retenida - Tax Withheld<br>988.11 | 23. Seguro Social no Retenido<br>en Propinas - Uncollected<br>Social Security on Tips<br>0.00 |
| Fecha Cierre de Operaciones<br>Operations Closing Date | Año:<br>Year: 2001 | 15. Fondo de Retiro<br>Retirement Fund<br>1,906.31 | 24. Contrib. Medicare no Retenida<br>en Propinas - Uncollected<br>Medicare Tax on Tips |
| Número de Control - Control Number<br>DHA 14636133 | | 16. Aportaciones a Planes Cualific.<br>Contributions to CODA PLANS<br>0.00 | 0.00 |

Conservación: Diez (10) años a partir de la fecha de redicación en el Negociado de Procesamiento de Planillas
Conservation: Ten (10) years from the filing date in the Return Processing Bureau

Rep. por: Departamento de Hacienda

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Formulario<br>Form 499R-2/W-2 PR<br>Rev. 05.01 | ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO<br>DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY<br>COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT | INFORMACION PARA EL<br>DEPARTAMENTO DE<br>HACIENDA<br>DEPARTMENT OF THE<br>TREASURY INFORMATION | INFORMACION PARA EL<br>SEGURO SOCIAL<br><br>SOCIAL SECURITY<br>INFORMATION |
|---|---|---|---|
| 1. Nombre - First Name<br>LUIS | 3. Núm. Seguro Social<br>Social Security No. | 8. Sueldos - Wages<br>21,805.00 | 17. Subtotales - cada 41<br>Subtotals - every 41 |
| Apellido(s) - Surname(s)<br>ORTIZ OCASIO | 4. Estado Civil - Civil Status<br>Soltero ☐ Single   Casado ☐ Married | 9. Comisiones - Commissions<br>0.00 | 18. Total Sueldos Seg. Soc.<br>Social Security Wages<br>0.00 |
| Dirección Postal del Empleado-Employee's Mailing Address<br>PO BOX 3078<br>JUNCOS, PR 00777 | 5. Núm. Seguro Social Cónyuge<br>Spouse's Social Security No. | 10. Concesiones - Allowances<br>0.00 | 19. Seguro Social Retenido<br>Social Security Tax Withheld<br>0.00 |
|  | 6. Núm. de Ident. Patronal<br>Employer's Ident. No. (EIN)<br>660433481 | 11. Propinas - Tips<br>0.00 | 20. Total Sueldos y Pro. Medicare<br>Medicare Wages and Tips<br>21,805.00 |
| 2. Nombre y Dirección Postal del Patrono<br>Employer's Name and Mailing Address<br>L8003834363 I FLORES<br>DEPT DE EDUCACION-MAESTROS<br>AVENIDA TENIENTE CESAR GONZALE<br>ESQUINA CALAS<br>HATO REY, PR 00919 | 7. Costo de Pensión o Anualidad<br>Cost of Pension or Annuity<br>21,805.00 | 12. Total=8+9+10+11<br>21,805.00 | 21. Contrib. Medicare Retenida<br>Medicare Tax Withheld<br>316.17 |
|  | Copia para Récords<br>del Empleado<br>Copy for Employee's<br>Records | 13. Gastos Reembolsados<br>Reimbursed Expenses<br>0.00 | 22. Propinas Seguro Social<br>Social Security Tips<br>0.00 |
| Número de Teléfono del Patrono<br>Employer's Telephone Number | | 14. Cont. Retenida - Tax Withheld<br>988.11 | 23. Seguro Social no Retenido<br>en Propinas - Uncollected<br>Social Security on Tips<br>0.00 |
| Fecha Cierre de Operaciones<br>Operations Closing Date | Año:<br>Year: 2001 | 15. Fondo de Retiro<br>Retirement Fund<br>1,906.31 | 24. Contrib. Medicare no Retenida<br>en Propinas - Uncollected<br>Medicare Tax on Tips |
| Número de Control - Control Number<br>DHA 14636133 | | 16. Aportaciones a Planes Cualific.<br>Contributions to CODA PLANS<br>0.00 | 0.00 |

Conservación: Diez (10) años a partir de la fecha de redicación en el Negociado de Procesamiento de Planillas

| Formulario<br>Form 499R-2/W-2 PR<br>Rev. 05.02 | ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO<br>DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY<br>COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT | | INFORMACION PARA EL<br>DEPARTAMENTO DE<br>HACIENDA<br>DEPARTMENT OF THE<br>TREASURY INFORMATION | INFORMACION PARA EL<br>SEGURO SOCIAL<br><br>SOCIAL SECURITY<br>INFORMATION |
|---|---|---|---|---|
| 1. Nombre - First Name<br>LUIS | | 3. Núm. Seguro Social<br>Social Security No. | 8. Sueldos - Wages<br><br>22,530.00 | 17. Subtotales - cada 41<br>Subtotals - every 41 |
| Apellido(s) - Surname(s)<br>ORTIZ OCASIO | | 4. Estado Civil - Civil Status<br>Soltero ☐  Casado ☐<br>Single      Married | 9. Comisiones - Commissions<br><br>0.00 | 18. Total Sueldos Seg. Soc.<br>Social Security Wages<br><br>0.00 |
| Dirección Postal del Empleado-Employee's Mailing Address<br>PO BOX 3078<br>JUNCOS, PR 00777 | | 5. Núm. Seguro Social Cónyuge<br>Spouse's Social Security No. | 10. Concesiones - Allowances<br><br>0.00 | 19. Seguro Social Retenido<br>Social Security Tax Withheld<br><br>0.00 |
| | | 6. Núm. de Ident. Patronal<br>Employer's Ident. No. (EIN)<br>660433481 | 11. Propinas - Tips<br><br>0.00 | 20. Total Sueldos y Pro. Medicare<br>Medicare Wages and Tips<br><br>22,530.00 |
| 2. Nombre y Dirección Postal del Patrono<br>Employer's Name and Mailing Address<br>L8003834363 I FLORES<br>DEPT DE EDUCACION-MAESTROS<br>AVE. TENIENTE CESAR GONZALEZ<br>ESQUINA CALAF<br>HATO REY, PR 00919 | | 7. Costo de Pensión o Anualidad<br>Cost of Pension or Annuity | 12. Total=8+9+10+11<br><br>22,530.00 | 21. Contrib. Medicare Retenida<br>Medicare Tax Withheld<br><br>326.69 |
| | | Copia B para Planilla<br>del Empleado<br>Copy B for<br>Employee's Tax<br>Return<br><br>Año:<br>Year: 2002 | 13. Gastos Reembolsados<br>Reimbursed Expenses<br><br>0.00 | 22. Propinas Seguro Social<br>Social Security Tips<br><br>0.00 |
| | | | 14. Cont. Retenida - Tax Withheld<br><br>934.32 | 23. Seguro Social no Retenido<br>en Propinas - Uncollected<br>Social Security on Tips<br><br>0.00 |
| Número de Teléfono del Patrono<br>Employer's Telephone Number | | | 15. Fondo de Retiro<br>Retirement Fund<br><br>1,960.32 | 24. Contrib. Medicare no Retenida<br>en Propinas - Uncollected<br>Medicare Tax on Tips<br><br>0.00 |
| Fecha Cierre de Operaciones<br>Operations Closing Date | | | 16. Aportaciones a Planes Cualific.<br>Contributions to CODA PLANS<br><br>0.00 | |
| Número de Control - Control Number<br><br>32279788 | | | | |

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas
Conservation: Ten (10) years from the filing date in the Return Processing Bureau

Reproducido por: Departamento de Hacienda

✂ Corte aquí
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Formulario<br>Form 499R-2/W-2 PR<br>Rev. 05.02 | ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO<br>DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY<br>COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT | | INFORMACION PARA EL<br>DEPARTAMENTO DE<br>HACIENDA<br>DEPARTMENT OF THE<br>TREASURY INFORMATION | INFORMACION PARA EL<br>SEGURO SOCIAL<br><br>SOCIAL SECURITY<br>INFORMATION |
|---|---|---|---|---|
| 1. Nombre-First Name<br>LUIS | | 3. Núm. Seguro Social<br>Social Security No. | 8. Sueldos - Wages<br><br>22,530.00 | 17. Subtotales - cada 41<br>Subtotals - every 41 |
| Apellido(s) - Surname(s)<br>ORTIZ OCASIO | | 4. Estado Civil - Civil Status<br>Soltero ☐  Casado ☐<br>Single      Married | 9. Comisiones - Commissions<br><br>0.00 | 18. Total Sueldos Seg. Soc.<br>Social Security Wages<br><br>0.00 |
| Dirección Postal del Empleado-Employee's Mailing Address<br>PO BOX 3078<br>JUNCOS, PR 00777 | | 5. Núm. Seguro Social Cónyuge<br>Spouse's Social Security No. | 10. Concesiones - Allowances<br><br>0.00 | 19. Seguro Social Retenido<br>Social Security Tax Withheld<br><br>0.00 |
| | | 6. Núm. de Ident. Patronal<br>Employer's Ident. No. (EIN)<br>660433481 | 11. Propinas - Tips<br><br>0.00 | 20. Total Sueldos y Pro. Medicare<br>Medicare Wages and Tips<br><br>22,530.00 |
| 2. Nombre y Dirección Postal del Patrono<br>Employer's Name and Mailing Address<br>L8003834363 I FLORES<br>DEPT DE EDUCACION-MAESTROS<br>AVE. TENIENTE CESAR GONZALEZ<br>ESQUINA CALAF<br>HATO REY, PR 00919 | | 7. Costo de Pensión o Anualidad<br>Cost of Pension or Annuity | 12. Total=8+9+10+11<br><br>22,530.00 | 21. Contrib. Medicare Retenida<br>Medicare Tax Withheld<br><br>326.69 |
| | | Copia C para<br>Récords del<br>Empleado<br>Copy C for<br>Employee's Records<br><br>Año:<br>Year: 2002 | 13. Gastos Reembolsados<br>Reimbursed Expenses<br><br>0.00 | 22. Propinas Seguro Social<br>Social Security Tips<br><br>0.00 |
| | | | 14. Cont. Retenida - Tax Withheld<br><br>934.32 | 23. Seguro Social no Retenido<br>en Propinas - Uncollected<br>Social Security on Tips<br><br>0.00 |
| Número de Teléfono del Patrono<br>Employer's Telephone Number | | | 15. Fondo de Retiro<br>Retirement Fund<br><br>1,960.32 | 24. Contrib. Medicare no Retenida<br>en Propinas - Uncollected<br>Medicare Tax on Tips<br><br>0.00 |
| Fecha Cierre de Operaciones<br>Operations Closing Date | | | 16. Aportaciones a Planes Cualific.<br>Contributions to CODA PLANS<br><br>0.00 | |
| Número de Control - Control Number<br><br>32279788 | | | | |

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas
Conservation: Ten (10) years from the filing date in the Return Processing Bureau

Reproducido por: Departamento de Hacienda

Formulario 481 Rev. 05.03

Empezarzo ___ los __ □ PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE EN ESTE LUGAR)

## FORMA CORTA
Liquidador | Revisor

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**DEPARTAMENTO DE HACIENDA**
**PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS**

Número de Serie

R M V Z F N D E A G

AÑO CONTRIBUTIVO 2003 O AÑO COMENZADO EL

___ de ___ de ___ y terminado el ___ de ___ de ___

PLANILLA: ○ ENMENDADA
○ FALLECIDO DURANTE EL AÑO

Número de Seguro Social

Número de Seguro Social Cónyuge

Sexo ● M ○ F

Sello de Pago

Fecha de Nacimiento Contribuyente
| 0 | 6 | 0 | 8 | 1 | 9 | 6 | 7 |
Día · Mes · Año

```
1729  P2 **********5-DIGIT 00777
RTIZ OCASIO,LUIS A          E C
  RESIDENTE ACTUAL          137285
O BOX 3078
UNCOS, PR 00777-6078
```

Fecha de Nacimiento Cónyuge
Día · Mes · Año

Cambio de Dirección
○ Sí ● No

Planilla 2004
● Español ○ Inglés

Nombre e Inicial del Cónyuge | Apellido Paterno | Apellido Materno

Número de Recibo
Importe ___

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)

Teléfono Residencia
| 7 | 8 | 7 | 2 | 8 | 6 | 1 | 2 | 5 | 7 |

Código Postal

Teléfono Oficina
| 7 | 8 | 7 | 7 | 5 | 6 | 8 | 1 | 6 |

Correo Electrónico (E-Mail)
luis_0-ocasio 2004@yahoo.com

### Encasillado 1

| | SI | NO | |
|---|---|---|---|
| a. | ● | ○ | ¿Ciudadano de Estados Unidos? |
| b. | ○ | ● | ¿Residente de Puerto Rico al finalizar el año? |
| c. | ○ | ● | ¿Ingresos exentos de Lotería de Puerto Rico? |
| d. | ○ | ● | ¿Ingresos de premios de jugadas en Hipódromo? |
| e. | ○ | ● | ¿Otros ingresos exentos de contribución? |
| f. | ○ | ● | ¿Obligación de hacer pagos a ASUME? |

**FUENTE DE MAYOR INGRESO:**
g. ● Empleado del Gobierno, Municipios y Corporaciones Públicas
h. ○ Empleado del Gobierno Federal
i. ○ Empleado de Empresa Privada
j. ○ Retirado/Pensionado

OCUPACION:
Contribuyente

Cónyuge

**ESTADO PERSONAL AL FINALIZAR SU AÑO CONTRIBUTIVO:**
1. ○ Casado que vivía con su cónyuge y rinde planilla conjunta
2. ○ Casado que no vivía con su cónyuge (No jefe de familia) (Indique nombre y seguro social del cónyuge)
3. ● Jefe de familia (No para casados)
4. ○ Soltero

Sello de Recibido

[sello: Área de Rentas Internas · COLECCION · 1 4 ABR. 2004 · PLANILLA CON PAGO]

### Encasillado 2

| | A-Contribución Retenida | B-Sueldos, Comisiones, Concesiones y Propinas |
|---|---|---|
| 1. Sueldos, Comisiones, Concesiones y Propinas **SUMINISTRE LOS COMPROBANTES DE RETENCION** (Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique). | 1 0 6 6 00 | 2 4 2 8 0 00 |
| | 00 | 00 |
| | 00 | 00 |
| | 00 | 00 |
| Total (Núm. de comprobantes con esta planilla) | | |
| 2. Salarios del Gobierno Federal (Véanse instrucciones) (01) | Contribución Retenida 1 0 6 6 00 (02) | Salarios Federales 00 |
| 3. Ingresos de Anualidades y Pensiones (Anejo H Individuo, Parte II, línea 12) (03) | | 00 |
| 4. Ingreso Bruto Ajustado (Sume líneas 1B, 2B y 3) (10) | | 2 4 2 8 0 00 |

Periodo de Conservación: Diez (10) años

# EXPRE$$O
*de Westernbank*

## IRA DEPOSIT RECEIPT

| | |
|---|---|
| **NAME:** LUIS ANGEL ORTIZ OCASIO | **SOC SEC:** |
| **ADDRESS:** PO BOX 3078 | **BIRTH DATE:** |
| JUNCOS PR 00777 | **TAX YEAR:** 2003 |
| | **BRANCH NAME:** EXPRESSO CIDRA BRANCH |

| PRODUCT | | PAYMENT |
|---|---|---|
| **NAME:** Deposit IRA Account    **ACCT NO.:** 2116000014 | | **BANK:** |
| **TERM:** 012 MONTHS    **MATURITY:** 04/07/2005 | | **ACCOUNT:** |
| **RATE:** 3.550%    **TYPE:** 060 | | **SOURCE:** |
| **OPEN:** 04/07/2004 | | ☒ NEW ACCOUNT |
| | | ☐ TRANSFER          ☐ ROLLOVER |

**AMOUNT:** $500.00

| **DATE:** 04/07/2004 | **PREPARED BY:** Elsie Marie Gutiérrez | **AUTHORIZATION SIGNATURE:** |
|---|---|---|

WESTERNBANK TRUST DIVISION
*ID 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*

**FDIC INSURED**

Rev. 05/2002

---

**TAX RETURN**

---

Formulario
Form 499R-2/W-2 PR
Rev. 05.03

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

INFORMACION PARA EL DEPARTAMENTO DE HACIENDA
DEPARTMENT OF THE TREASURY INFORMATION

INFORMACION PARA EL SEGURO SOCIAL
SOCIAL SECURITY INFORMATION

| | | |
|---|---|---|
| **1. Nombre - First Name**<br>LUIS | **3. Núm. Seguro Social**<br>Social Security No. | **8. Sueldos - Wages**<br>24,280.00 |
| **Apellido(s) - Surname(s)**<br>ORTIZ OCASIO | **4. Estado Civil - Civil Status**<br>Soltero ☐ Casado ☐<br>Single        Married | **9. Comisiones - Commissions**<br>0.00 |
| **Dirección Postal del Empleado-Employee's Mailing Address**<br>PO BOX 3078<br>JUNCOS, PR 00777 | **5. Núm. Seguro Social Cónyuge**<br>Spouse's Social Security No. | **10. Concesiones - Allowances**<br>0.00 |
| | **6. Núm. de Ident. Patronal**<br>Employer's Ident. No. (EIN)<br>660433481 | **11. Propinas - Tips**<br>0.00 |
| **2. Nombre y Dirección Postal del Patrono**<br>Employer's Name and Mailing Address<br>L8003834363 I FLORES<br>DEPT DE EDUCACION-MAESTROS<br>AVENIDA TENIENTE CESAR GONZALE<br>ESQUINA CALAF<br>HATO REY, PR 00919 | **7. Costo de Pensión o Anualidad**<br>Cost of Pension or Annuity | **12. Total=8+9+10+11**<br>24,280.00 |
| | Copia B para Planilla del Empleado | **13. Gastos Reembolsados**<br>Reimbursed Expenses<br>0.00 |
| | Copy B for Employee's Tax Return | **14. Cont. Retenida - Tax Withheld**<br>1,066.76 |
| **Número de Teléfono del Patrono**<br>Employer's Telephone Number | | **15. Fondo de Retiro**<br>Retirement Fund<br>2,095.32 |
| **Fecha de Cese de Operaciones**<br>Operations Ceasing Date | Año:<br>Year: **2003** | **16. Aportaciones a Planes Cualific.**<br>Contributions to CODA PLANS<br>0.00 |
| **Número de Control - Control Number**<br>06836734 | | |

Social Security information column:

| |
|---|
| **17. Total Sueldos Seguro Social**<br>Social Security Wages<br>0.00 |
| **18. Seguro Social Retenido**<br>Social Security Tax Withheld<br>0.00 |
| **19. Total Sueldos y Pro. Medicare**<br>Medicare Wages and Tips<br>24,280.00 |
| **20. Contrib. Medicare Retenida**<br>Medicare Tax Withheld<br>352.06 |
| **21. Propinas Seguro Social**<br>Social Security Tips<br>0.00 |
| **22. Seguro Social no Retenido en Propinas - Uncollected**<br>Social Security on Tips<br>0.00 |
| **23. Contrib. Medicare no Retenida en Propinas - Uncollected**<br>Medicare Tax on Tips<br>0.00 |

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas

Reproducido por: Departamento de Hacienda

Formulario 481    Rev. 05.03

PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE EN ESTE LUGAR)

## FORMA CORTA
Liquidación    Revisor

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA
**PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS**

R M V Z P P N D E A C

AÑO CONTRIBUTIVO 2003 O AÑO COMENZADO EL
____ de ____ de ____ y terminado el ____ de ____ de ____

Número de Serie

PLANILLA: ○ ENMENDADA
○ FALLECIDO DURANTE EL AÑO

Número de Seguro Social         Número de Seguro Social Cónyuge         Sexo    ○ M  ○ F

Sello de Pago

61729  P2  ************5-DIGIT 00777
[barcode address block]
ORTIZ OCASIO, LUIS A          E C
J RESIDENTE ACTUAL           137285
PO BOX 3078
JUNCOS, PR 00777-6078

Fecha de Nacimiento Contribuyente
Día  Mes  Año

Fecha de Nacimiento Cónyuge
Día  Mes  Año

Cambio de Dirección
○ Sí  ● No

Planilla 2004
● Español  ○ Inglés

Nombre e Inicial del Cónyuge    Apellido Paterno    Apellido Materno

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)

Teléfono Residencia
7 8 7 2 8 6 1 2 5 7

Número de Recibo
Importe

_____ Código Postal

Teléfono Oficina
7 8 7 7 3 4 6 8 1 6

Correo Electrónico (E-Mail)
luis_o_ocasio 2004@yahoo.com

### Encasillado 1

|   | SI | NO | |
|---|----|----|--|
| a. | ● | ○ | ¿Ciudadano de Estados Unidos? |
| b. | ○ | ● | ¿Residente de Puerto Rico al finalizar el año? |
| c. | ○ | ● | ¿Ingresos exentos de Lotería de Puerto Rico? |
| d. | ○ | ● | ¿Ingresos de premios de jugadas en Hipódromo? |
| e. | ○ | ● | ¿Otros ingresos exentos de contribución? |
| f. | ○ | ● | ¿Obligación de hacer pagos a ASUME? |

**FUENTE DE MAYOR INGRESO:**
g. ● Empleado del Gobierno, Municipios y Corporaciones Públicas
h. ○ Empleado del Gobierno Federal
i. ○ Empleado de Empresa Privada
j. ○ Retirado/Pensionado

OCUPACION:
Contribuyente

Cónyuge

Sello de Recibido
[stamp] AREA DE RENTAS INTERNAS RECIBIDO 14 ABR. 2004 PLANILLA CON PAGO

**ESTADO PERSONAL AL FINALIZAR SU AÑO CONTRIBUTIVO:**
1. ○ Casado que vivía con su cónyuge y rinde planilla conjunta
2. ○ Casado que no vivía con su cónyuge (No jefe de familia) (Indique nombre y seguro social del cónyuge)
3. ● Jefe de familia (No para casados)
4. ○ Soltero

### Encasillado 2

| | A-Contribución Retenida | B-Sueldos, Comisiones, Concesiones y Propinas |
|---|---|---|
| 1. **Sueldos, Comisiones, Concesiones y Propinas** SUMINISTRE LOS COMPROBANTES DE RETENCION (Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique). | 1 0 6 6 | 2 4 2 8 0 0 |
| | 0 0 | 0 0 |
| | 0 0 | 0 0 |
| | 0 0 | 0 0 |
| Total (Núm. de comprobantes con esta planilla) | 0 0 | 0 0 |

| | Contribución Retenida | | Salarios Federales | |
|---|---|---|---|---|
| 2. **Salarios del Gobierno Federal** (Véanse instrucciones) (01) | 1 0 6 6 0 0 | (02) | | 0 0 |
| 3. **Ingresos de Anualidades y Pensiones** (Anejo H Individuo, Parte II, línea 12) (03) | | | | 0 0 |
| 4. **Ingreso Bruto Ajustado** (Sume líneas 1B, 2B y 3) (10) | | | 2 4 2 8 0 0 0 0 | |

Período de Conservación: Diez (10) años

ulario
· 499R-2/W-2 PR
05.03

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**

**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

| | |
|---|---|
| **INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION** | **INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION** |

| Campo | Valor |
|---|---|
| 1. Nombre - First Name | LUIS |
| Apellido(s) - Surname(s) | ORTIZ OCASIO |
| Dirección Postal del Empleado-Employee's Mailing Address | PO BOX 3078 JUNCOS, PR 00777 |
| 2. Nombre y Dirección Postal del Patrono Employer's Name and Mailing Address | L8003834363 I FLORES DEPT DE EDUCACION-MAESTROS AVENIDA TENIENTE CESAR GONZALE ESQUINA CALAF HATO REY, PR 00919 |
| Número de Teléfono del Patrono Employer's Telephone Number | |
| Fecha de Cese de Operaciones Operations Ceasing Date | |
| Número de Control - Control Number | 06836734 |

| # | Descripción | Valor |
|---|---|---|
| 3. | Núm. Seguro Social Social Security No. | |
| 4. | Estado Civil - Civil Status | Soltero Single ☐  Casado Married ☐ |
| 5. | Núm. Seguro Social Cónyuge Spouse's Social Security No. | |
| 6. | Núm. de Ident. Patronal Employer's Ident. No. (EIN) | 660433481 |
| 7. | Costo de Pensión o Anualidad Cost of Pension or Annuity | |

Copia B para Planilla del Empleado
Copy B for Employee's Tax Return

Año: **2003**

| # | Descripción | Valor |
|---|---|---|
| 8. | Sueldos - Wages | 24,280.00 |
| 9. | Comisiones - Commissions | 0.00 |
| 10. | Concesiones - Allowances | 0.00 |
| 11. | Propinas - Tips | 0.00 |
| 12. | Total=8+9+10+11 | 24,280.00 |
| 13. | Gastos Reembolsados Reimbursed Expenses | |
| 14. | Cont. Retenida - Tax Withheld | 1,066.76 |
| 15. | Fondo de Retiro Retirement Fund | 2,095.32 |
| 16. | Aportaciones a Planes Cualific. Contributions to CODA PLANS | 0.00 |

| # | Descripción | Valor |
|---|---|---|
| 17. | Total Sueldos Seguro Social Social Security Wages | 0.00 |
| 18. | Seguro Social Retenido Social Security Tax Withheld | 0.00 |
| 19. | Total Sueldos y Pro. Medicare Medicare Wages and Tips | 24,280.00 |
| 20. | Contrib. Medicare Retenida Medicare Tax Withheld | 352.06 |
| 21. | Propinas Seguro Social Social Security Tips | 0.00 |
| 22. | Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips | 0.00 |
| 23. | Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas
Conservation: Ten (10) years from the filing date in the Return Processing Bureau

Reproducido por: Departamento de Hacienda

Corte aquí

Formulario 481 Rev. 05.04

☑ PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE EN ESTE LUGAR)

## FORMA CORTA

**2004** ESTADO LIBRE ASOCIADO DE PUERTO RICO **2004**
DEPARTAMENTO DE HACIENDA

PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS

| Liquidador | R | M | V1 | V2 | P1 |
| Revisor | P2 | N | D | E | A | G |

AÑO CONTRIBUTIVO 2004 O AÑO COMENZADO EL

__01/01/2004__ Y TERMINADO EL __31/12/2004__

Número de Serie

PLANILLA: ☐ ENMENDADA
☐ FALLECIDO DURANTE EL AÑO

Sello de Pago

**Número de Seguro Social**

**Número de Seguro Social Cónyuge**

**Sexo** ☒ M ☐ F

Fecha de Nacimiento Contribuyente
Día · Mes · Año

| Nombre | Inicial | Apellido Paterno | Apellido Materno |
| LUIS A | | ORTIZ OCASIO | |

Dirección Postal
P.O. BOX
3078
JUNCOS PR          Código Postal 00777-6078

Fecha de Nacimiento del Cónyuge
Día · Mes · Año

Cambio de Dirección: ☐ Sí ☒ No

"Coloque la etiqueta engomada (Label) aquí".

Planilla 2005: ☒ Español ☐ Inglés

Nombre e Inicial del Cónyuge   Apellido Paterno   Apellido Materno

Número de Recibo: _____
Importe: _____

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)

Teléfono Residencia: 787 286 1257

Código Postal

Teléfono Oficina: 787 403 5354

Correo Electrónico (E-Mail)

## Encasillado 1

| | SI | NO | |
|---|---|---|---|
| a. | ☒ | ☐ | ¿Ciudadano de Estados Unidos? |
| b. | ☒ | ☐ | ¿Residente de Puerto Rico al finalizar el año? |
| c. | ☐ | ☒ | ¿Ingresos exentos de Lotería de Puerto Rico? |
| d. | ☐ | ☒ | ¿Ingresos de premios de jugadas en Hipódromo? |
| e. | ☐ | ☒ | ¿Otros ingresos exentos de contribución? |
| f. | ☐ | ☒ | ¿Obligación de hacer pagos a ASUME? |

**FUENTE DE MAYOR INGRESO:**
g. ☒ Empleado del Gobierno, Municipios y Corporaciones Públicas
h. ☐ Empleado del Gobierno Federal
i. ☐ Empleado de Empresa Privada
j. ☐ Retirado/Pensionado

**OCUPACION (Anote el Código):**
Contribuyente
MAESTRO

Cónyuge

Sello de Recibido

**ESTADO PERSONAL AL FINALIZAR SU AÑO CONTRIBUTIVO:**

1. ☐ Casado que vivía con su cónyuge y rinde planilla conjunta
2. ☐ Casado que no vivía con su cónyuge (No jefe de familia) (Indique nombre y seguro social del cónyuge)
3. ☒ Jefe de familia (No para casados)
4. ☐ Soltero

## Encasillado 2

1. Sueldos, Comisiones, Concesiones y Propinas
SUMINISTRE LOS COMPROBANTES DE RETENCION
(Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique). 00

| | A-Contribución Retenida | B-Sueldos, Comisiones, Concesiones y Propinas |
|---|---|---|
| | 1,431.00 | 19,105.00 |
| | 753.00 | 16,334.00 |
| | .00 | .00 |
| | .00 | .00 |
| Total (Núm. de comprobantes con esta planilla) 01 **2** | 2,184.00 | 35,439.00 |

2. Salarios del Gobierno Federal (Véanse instrucciones)

Contribución Retenida (01) ___,___.00   Salarios Federales (02) ___,___.00

3. Ingresos de Anualidades y Pensiones (Anejo H Individuo, Parte II, línea 12) (03) ___,___.00

4. Ingreso Bruto Ajustado (Suma de las líneas 1B, 2B y 3) (10) 35,439.00

**Formulario**
**Form 499R-2/W-2PR**
Rev. 05.04

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**

**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

| | INFORMACION PARA EL DEPARTAMENTO DE HACIENDA — DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL — SOCIAL SECURITY INFORMATION |
|---|---|---|
| 1. Nombre-First Name **LUIS A.** | 3. Núm. Seguro Social — Social Security No. | 8. Sueldos - Wages **19105.50** | 17. Total Sueldos Seguro Social — Social Security Wages |
| Apellido(s)-Surname(s) **ORTIZ OCASIO** | 4. Estado Civil - Civil Status — Soltero ✗ Single / Casado Married | 9. Comisiones-Commissions | 18. Seguro Social Retenido — Social Security Tax Withheld |
| Dirección Postal del Empleado-Employee's Mailing Address **P.O. BOX 3078** **JUNCOS,PR 00777** | 5. Núm. Seguro Social Cónyuge — Spouse's Social Security No. | 10. Concesiones-Allowances | 19. Total Sueldos y Pro. Medicare — Medicare Wages and Tips |
| | 6. Núm. de Ident. Patronal — Employer's Ident. No. **66-0638902** | 11. Propinas-Tips | 20. Contrib. Medicare Retenida — Medicare Tax Withheld |
| 2. Nombre y Dirección Postal del Patrono — Employer's Name and Mailing Address **AFT PUERTO RICO** **PO BOX 361140** **SAN JUAN PR 00936** | 7. Costo de Pensión o Anualidad — Cost of Pension or Annuity | 12. Total = 8 + 9 + 10 + 11 **19105.50** | 21. Propinas Seguro Social — Social Security Tips |
| | Copia C para Récords del Empleado Copy C for Employee's Records | 13. Gastos Reembolsados — Reimbursed Expenses **457.24** | 22. Seguro Social no Retenido en Propinas-Uncollected Social Security Tax on Tips |
| Número de Teléfono del Patrono — Employer's Telephone Number **(787) 622-3958** | | 14. Cont. Retenida -Tax Withheld **1431.67** | |
| Fecha Cese de Operaciones — Cease of Operations Date | | 15. Fondo de Retiro — Retirement Fund **1350.00** | 23. Contrib. Medicare no Retenida en Propinas-Uncollected Medicare Tax on Tips |
| ADP 36586070 | Año: Year: **2004** | 16. Aportaciones a Planes Cualific. Contributions to CODA PLANS | |
| Instrucciones al dorso Copia B - Instructions on back of Copy B | | 04/5-87 200/000079 | Produced by A.D.P. |

---

**Formulario**
**Form 499R-2/W-2 PR**
Rev. 05.04

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**

**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

| | INFORMACION PARA EL DEPARTAMENTO DE HACIENDA — DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL — SOCIAL SECURITY INFORMATION |
|---|---|---|
| 1. Nombre-First Name **LUIS** | 3. Núm. Seguro Social — Social Security No. | 8. Sueldos - Wages **16,334.46** | 17. Total Sueldos Seguro Social — Social Security Wages **0.00** |
| Apellido(s) - Surname(s) **ORTIZ OCASIO** | 4. Estado Civil - Civil Status — Soltero Single ☐ / Casado Married ☐ | 9. Comisiones - Commissions **0.00** | 18. Seguro Social Retenido — Social Security Tax Withheld **0.00** |
| Dirección Postal del Empleado-Employee's Mailing Address **PO BOX 3078** **JUNCOS, PR 00777** | 5. Núm. Seguro Social Cónyuge — Spouse's Social Security No. | 10. Concesiones - Allowances **0.00** | 19. Total Sueldos y Pro. Medicare — Medicare Wages and Tips **16,334.46** |
| | 6. Núm. de Ident. Patronal — Employer's Ident. No. (EIN) **660433481** | 11. Propinas - Tips **0.00** | 20. Contrib. Medicare Retenida — Medicare Tax Withheld **236.85** |
| 2. Nombre y Dirección Postal del Patrono — Employer's Name and Mailing Address **L8003834363 I FLORES** **DEPT DE EDUCACION-MAESTROS** **AVENIDA TENIENTE CESAR GONZALE** **ESQUINA CALAF** **HATO REY, PR 00919** | 7. Costo de Pensión o Anualidad — Cost of Pension or Annuity | 12. Total=8+9+10+11 **16,334.46** | 21. Propinas Seguro Social — Social Security Tips **0.00** |
| | Copia C para Récord del Empleado Copy C for Employee's Records | 13. Gastos Reembolsados — Reimbursed Expenses **0.00** | 22. Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips **0.00** |
| | | 14. Cont. Retenida - Tax Withheld **753.22** | |
| Número de Teléfono del Patrono — Employer's Telephone Number | | 15. Fondo de Retiro — Retirement Fund **1,380.17** | 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips **0.00** |
| Fecha de Cese de Operaciones — Cease of Operations Date | Año: Year: **2004** | 16. Aportaciones a Planes Cualific. Contributions to CODA PLANS **0.00** | **0.00** |
| Número de Control - Control Number **39198942** | | | |

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas
Conservation: Ten (10) years from the filing date in the Return Processing Bureau

Reproducido por: Departamento de Hacienda

Formulario 481. Rev. 05.04

☐ PLANILLA CON CHEQUE (FAVOR DE PEGAR CHEQUE EN ESTE LUGAR)

| FORMA CORTA | 2005 | ESTADO LIBRE ASOCIADO DE PUERTO RICO DEPARTAMENTO DE HACIENDA | 2005 |
|---|---|---|---|

**Número de Serie**

| 1a Liquidator | | R | M | V1 | V2 | P1 |
|---|---|---|---|---|---|---|

**PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS**

| Revisor | P2 | N | D | E | A | G |
|---|---|---|---|---|---|---|

AÑO CONTRIBUTIVO 2004 O AÑO COMENZADO EL

**01/01/2005** Y TERMINADO EL **31/12/2005**

PLANILLA: ☐ ENMENDADA
☐ FALLECIDO DURANTE EL AÑO

**Sello de Pago**

**Número de Seguro Social**

**Número de Seguro Social Cónyuge**

**Sexo** ☒ M ☐ F

**Fecha de Nacimiento Contribuyente**
Día Mes Año

| Nombre | Inicial | Apellido Paterno | Apellido Materno |
|---|---|---|---|
| LUIS | | ORTIZ OCASIO | |

Dirección Postal
P.O. BOX 3078

JUNCOS PR    Código Postal 00777

**Fecha de Nacimiento del Cónyuge**
Día Mes Año

Cambio de Dirección: ☐ Sí ☒ No

**"Coloque la etiqueta engomada (Label) aquí".**

Nombre e Inicial del Cónyuge    Apellido Paterno    Apellido Materno

Planilla 2005: ☒ Español ☐ Inglés

PAGADO 13 MAR 2006

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)

**Teléfono Residencia:** 787 286 1257

**Número de Recibo:**
Importe:

**Teléfono Oficina:** 787 403 5354

Código Postal

**Correo Electrónico (E-Mail)**

## Encasillado 1

| | SI | NO | |
|---|---|---|---|
| a. | ☒ | ☐ | ¿Ciudadano de Estados Unidos? |
| b. | ☒ | ☐ | ¿Residente de Puerto Rico al finalizar el año? |
| c. | ☐ | ☒ | ¿Ingresos exentos de Lotería de Puerto Rico? |
| d. | ☐ | ☒ | ¿Ingresos de premios de jugadas en Hipódromo? |
| e. | ☐ | ☒ | ¿Otros ingresos exentos de contribución? |
| f. | ☐ | ☒ | ¿Obligación de hacer pagos a ASUME? |

**FUENTE DE MAYOR INGRESO:**
g. ☒ Empleado del Gobierno, Municipios y Corporaciones Públicas
h. ☐ Empleado del Gobierno Federal
i. ☐ Empleado de Empresa Privada
j. ☐ Retirado/Pensionado

**OCUPACION (Anote el Código):**
Contribuyente
MAESTRO    6110
Cónyuge

**Sello de Recibido**
Colecturía 1149 - Juncos RECIBIDO 13 MAR 2006

**ESTADO PERSONAL AL FINALIZAR SU AÑO CONTRIBUTIVO:**

1. ☐ Casado que vivía con su cónyuge y rinde planilla conjunta
2. ☐ Casado que no vivía con su cónyuge (No jefe de familia) (Indique nombre y seguro social del cónyuge)
3. ☒ Jefe de familia (No para casados)
4. ☐ Soltero

## Encasillado 2

| | A-Contribución Retenida | B-Sueldos, Comisiones, Concesiones y Propinas |
|---|---|---|
| 1. Sueldos, Comisiones, Concesiones y Propinas SUMINISTRE LOS COMPROBANTES DE RETENCION (Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique). 00 | 1,317 00 / 475 00 | 25,317 00 / 6,608 00 |
| Total (Núm. de comprobantes con esta planilla) 01 [2] | 1,792 00 | 31,925 00 |
| 2. Salarios del Gobierno Federal (Véanse instrucciones) | (01) 00 | (02) 00 |
| 3. Ingresos de Anualidades y Pensiones (Anejo H Individuo, Parte II, línea 12) | (03) | |
| 4. Ingreso Bruto Ajustado (Suma de las líneas 1B, 2B y 3) | (10) 31,925 00 | |

## Form 1

Formulario
m 499R-2/W-2 PR
. 05.05

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**

**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

**INFORMACION PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION**

**INFORMACION PARA EL SEGURO SOCIAL - SOCIAL SECURITY INFORMATION**

| Field | Value |
|---|---|
| 1. Nombre-First Name | LUIS |
| Apellido(s) - Surname(s) | ORTIZ OCASIO |
| Dirección Postal del Empleado-Employee's Mailing Address | PO BOX 3078  JUNCOS, PR 00777 |
| 3. Núm. Seguro Social / Social Security No. | |
| 4. Estado Civil - Civil Status | Soltero/Single ☐   Casado/Married ☒ |
| 5. Núm. de Ident. Patronal / Employer's Ident. No. (EIN) | 660433481 |
| 2. Nombre y Dirección Postal del Patrono / Employer's Name and Mailing Address | L8003834363 I FLORES  DEPT DE EDUCACION-MAESTROS  AVENIDA TENIENTE CESAR GONZALE  ESQUINA CALAF  HATO REY, PR 00919 |
| 6. Costo de Pensión o Anualidad / Cost of Pension or Annuity | 0.00 |
| Número de Teléfono del Patrono / Employer's Telephone Number | |
| Fecha de Cese de Operaciones / Cease of Operations Date | |
| Número de Control - Control Number | 50622194 |
| 7. Sueldos - Wages | 25317.37 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total=7+8+9+10 | 25317.37 |
| 12. Gastos Reembolsados / Reimbursed Expenses | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 1317.38 |
| 14. Fondo de Retiro / Retirement Fund | 2188.44 |
| 15. Aportaciones a Planes Cualific. / Contributions to CODA PLANS | 0.00 |
| 16. Salarios bajo Ley Núm. 324 de 2004 / Salaries under Act Num. 324 de 2004 | 0.00 |
| 17. Total Sueldos Seguro Social / Social Security Wages | 0.00 |
| 18. Seguro Social Retenido / Social Security Tax Withheld | 0.00 |
| 19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips | 25315.00 |
| 20. Contrib. Medicare Retenida / Medicare Tax Withheld | 367.07 |
| 21. Propinas Seguro Social / Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas – Uncollected Social Security on Tips | 0.00 |
| 23. Contrib. Medicare no Retenida en Propinas – Uncollected Medicare Tax on Tips | 0.00 |

Copia C para Récord del Empleado
Copy C for Employee's Records

Año: Year: **2005**

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas

---

Formulario
Form 499R-2/W-2PR
Rev. 05.05

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**

**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

**INFORMACION PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION**

**INFORMACION PARA EL SEGURO SOCIAL - SOCIAL SECURITY INFORMATION**

| Field | Value |
|---|---|
| 1. Nombre - First Name | LUIS A. |
| Apellido(s) - Surname(s) | ORTIZ OCASIO |
| Dirección Postal del Empleado - Employee's Mailing Address | P.O. BOX 3078  JUNCOS, PR 00777 |
| 3. Núm. Seguro Social / Social Security No. | |
| 4. Estado Civil - Civil Status | Soltero/Single ☒   Casado/Married ☐ |
| 5. Núm. de Ident. Patronal / Employer Ident. No. (EIN) | 66-0638902 |
| 2. Nombre y Dirección Postal del Patrono / Employer's Name and Mailing Address | AFT PUERTO RICO  PO BOX 361140  SAN JUAN PR 00936 |
| 6. Costo de Pensión o Anualidad / Cost of Pension or Annuity | |
| Número de Teléfono del Patrono / Employer's Telephone Number | (787) 622-3958 |
| Fecha Cese de Operaciones / Cease of Operations Date | |
| Número Control - Control Number | ADP 34271645 |
| 7. Sueldos - Wages | 6608.00 |
| 8. Comisiones - Commissions | |
| 9. Concesiones - Allowances | |
| 10. Propinas - Tips | |
| 11. Total = 7 + 8 + 9 + 10 | 6608.00 |
| 12. Gastos Reembolsados / Reimbursed Expenses | |
| 13. Cont. Retenida - Tax Withheld | 475.00 |
| 14. Fondo de Retiro - Retirement Fund | 270.00 |
| 15. Aportaciones a Planes Cualific. / Contributions to CODA PLANS | |
| 16. Salarios bajo Ley Núm. 324 de 2004 / Salaries under Act Num. 324 de 2004 | |
| 17. Total Sueldos Seguro Social / Social Security Wages | |
| 18. Seguro Social Retenido / Social Security Tax Withheld | |
| 19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips | |
| 20. Contrib. Medicare Retenida / Medicare Tax Withheld | |
| 21. Propinas Seguro Social / Social Security Tips | |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | |
| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | |

Copia C para Récords del Empleado
Copy C for Employee's Records

Año: Year: **2005**

Formulario 481 - Rev. 09.06

**FORMA CORTA**
Liquidador  R  G  V1 V2 P1
Revisor     P2 N  D  E  A  M

**2006** ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA
PLANILLA DE CONTRIBUCIÓN SOBRE INGRESOS DE INDIVIDUOS **2006**

PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE EN ESTE LUGAR)

Número de Serie

AÑO CONTRIBUTIVO 2006 O AÑO COMENZADO EL
1 de one de 04 y terminado el 31 de Dic de 06

PLANILLA ENMENDADA
FALLECIDO DURANTE EL AÑO: Día / Mes / Año

Sello de Pago

Sexo: ☒ M ☐ F
Fecha de Nacimiento Contribuyente

154015 S830 P2 ***********5-DIGIT 00777
ORTIZ OCASIO,LUIS A        H27XM
PO BOX 3078
JUNCOS PR 00777       C E

Día  Mes  Año
Fecha de Nacimiento Cónyuge

Día  Mes  Año
Cambio de Dirección: ☐ Sí ☒ No
Planilla 2007: ☒ Español ☐ Inglés

Número de Recibo:
Importe:

Correo Electrónico (E-Mail)

**Encasillado 1**

SI  NO
a. ☐ ☒ ¿Ciudadano de Estados Unidos?
b. ☐ ☒ ¿Residente de Puerto Rico al finalizar el año?
c. ☐ ☒ ¿Ingresos exentos de Lotería de Puerto Rico?
d. ☐ ☒ ¿Ingresos de premios de jugadas en Hipódromo?
e. ☐ ☒ ¿Otros ingresos exentos de contribución?
f. ☐ ☒ ¿Obligación de hacer pagos a ASUME?

**FUENTE DE MAYOR INGRESO:**
g. ☐ Empleado del Gobierno, Municipios o Corporaciones Públicas
h. ☐ Empleado del Gobierno Federal
i. ☒ Empleado de Empresa Privada
j. ☐ Retirado/Pensionado

OCUPACION (Anote el Código):
Contribuyente

Cónyuge

**ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:**
Casado que vivía con su cónyuge y rinde planilla conjunta
Casado que no vivía con su cónyuge (No jefe de familia) (Indique nombre y seguro social del cónyuge arriba)
3. ☒ Jefe de familia (No para casados)
4. ☐ Soltero

Sello de Recibido
Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Area de Rentas Internas
RECIBIDO
17 ABR. 2007
PLANILLA SIN PAGO
SECRETARIO DE HACIENDA

**Encasillado 2**

Sueldos, Comisiones, Concesiones y Propinas SUMINISTRE LOS COMPROBANTES DE RETENCION (Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique). **00**

A-Contribución Retenida
1,604.
,656.

B-Sueldos, Comisiones, Concesiones y Propinas
19,322.
13,127.

Total de comprobantes con esta planilla ........ **01** 2
A-Contribución Retenida 2,260.
B-Salarios Federales 32,449.

Salarios del Gobierno Federal (Véanse instrucciones) ........ (01)  (02)

Ingresos de Anualidades y Pensiones (Anejo H Individuo, Parte II, línea 12) ........ (03)

Ingreso Bruto Ajustado (Suma de las líneas 1B, 2B y 3) ........ (10) 32,449.

Período de Conservación: Diez (10) años

| Formulario<br>Form 499R-2/W-2 PR<br>Rev. 06.06 | **ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**<br>**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**<br>**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT** | | INFORMACION PARA EL<br>DEPARTAMENTO DE<br>HACIENDA<br>DEPARTMENT OF THE<br>TREASURY INFORMATION | INFORMACION PARA EL<br>SEGURO SOCIAL<br>SOCIAL SECURITY<br>INFORMATION |
|---|---|---|---|---|

| 1. Nombre - First Name<br>**LUIS** | 3. Núm. Seguro Social<br>Social Security No. | 7. Sueldos - Wages<br>13127.14 | 17. Total Sueldos Seguro Social<br>Social Security Wages<br>0.00 |
|---|---|---|---|
| Apellido(s) - Surname(s)<br>**ORTIZ OCASIO** | | 8. Comisiones - Commissions<br>0.00 | 18. Seguro Social Retenido<br>Social Security Tax Withheld<br>0.00 |
| Dirección Postal del Empleado-Employee's Mailing Address<br>**PO BOX 3078** | 4. Núm. de Ident. Patronal<br>Employer's Ident. No. (EIN.)<br>660433481 | 9. Concesiones - Allowances<br>0.00 | 19. Total Sueldos y Pro. Medicare<br>Medicare Wages and Tips<br>13127.14 |
| **JUNCOS, PR 00777** | 5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension | 10. Propinas - Tips<br>0.00 | |
| 2. Nombre y Dirección Postal del Patrono<br>Employer's Name and Mailing Address | Dia Day   Mes Month   Año Year | 11. Total=7+8+9+10<br>13127.14 | 20. Contrib. Medicare Retenida<br>Medicare Tax Withheld<br>190.34 |
| **L8003834363 I FLORES**<br>**DEPT DE EDUCACION-MAESTROS**<br>**AVENIDA TENIENTE CESAR GONZALE**<br>**ESQUINA CALAF**<br>**HATO REY, PR 00919** | 6. Costo de Pensión o Anualidad<br>Cost of Pension or Annuity<br>0.00 | 12. Gastos Reembolsados<br>Reimbursed Expenses<br>0.00 | 21. Propinas Seguro Social<br>Social Security Tips<br>0.00 |
| | Copia B para Planilla<br>del Empleado<br>Copy B for Employee's<br>Tax Return | 13. Cont. Retenida - Tax Withheld<br>656.75 | 22. Seguro Social no Retenido<br>en Propinas - Uncollected<br>Social Security on Tips<br>0.00 |
| Número de Teléfono del Patrono<br>Employer's Telephone Number | | 14. Fondo de Retiro<br>Retirement Fund<br>1121.23 | |
| Fecha de Cese de Operaciones: Dia Day  Mes Month  Año Year<br>Cease of Operations Date: | Año:<br>Year: **2006** | 15. Aportaciones a Planes Cualific.<br>Contributions to CODA PLANS<br>0.00 | 23. Contrib. Medicare no Retenida<br>en Propinas - Uncollected<br>Medicare Tax on Tips<br>0.00 |
| Número de Control - Control Number<br>**22996108** | | 16. Salarios bajo Ley Núm. 324 de 2004<br>Salaries under Act No. 324 of 2004<br>0.00 | |

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas
Conservation: Ten (10) years from the filing date in the Return Processing Bureau

Reproducido por: Departamento de Hacienda

Corte aqui

| Formulario<br>Form 499R-2/W-2 PR<br>Rev. 06.06 | **ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**<br>**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**<br>**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT** | INFORMACION PARA EL<br>DEPARTAMENTO DE<br>HACIENDA<br>DEPARTMENT OF THE<br>TREASURY INFORMATION | INFORMACION PARA EL<br>SEGURO SOCIAL<br>SOCIAL SECURITY<br>INFORMATION |
|---|---|---|---|

| 1. Nombre - First Name<br>LUIS | 3. Núm. Seguro Social<br>Social Security No. | 7. Sueldos - Wages<br>19322.50 | 17. Total Sueldos Seguro Social<br>Social Security Wages<br>0.00 |
|---|---|---|---|
| Apellido(s) - Surname(s)<br>ORTIZ OCASIO | 4. Núm. de Ident. Patronal<br>Employer's Ident. No. (EIN.)<br>660433481 | 8. Comisiones - Commissions<br>0.00 | 18. Seguro Social Retenido<br>Social Security Tax Withheld<br>0.00 |
| Dirección Postal del Empleado-Employee's Mailing Address<br>PO BOX 3078<br><br>JUNCOS, PR 00777 | 5. Fecha en que comenzó a recibir la<br>pensión - Date on which you started to<br>receive the pension<br>Dia   Mes   Año<br>Day   Month   Year | 9. Concesiones - Allowances<br>0.00<br>10. Propinas - Tips<br>0.00 | 19. Total Sueldos y Pro. Medicare<br>Medicare Wages and Tips<br>19322.50 |
| 2. Nombre y Dirección Postal del Patrono<br>Employer's Name and Mailing Address<br>L8101321014 SU M PALMA<br>DEPT DE EDUCACION-CLASIFICADOS<br>AVE. TENIENTE CESAR GONZALEZ<br>ESQUINA CALAF<br>HATO REY, PR 00919 | 6. Costo de Pensión o Anualidad<br>Cost of Pension or Annuity<br>0.00 | 11. Total=7+8+9+10<br>19322.50<br>12. Gastos Reembolsados<br>Reimbursed Expenses<br>0.00 | 20. Contrib. Medicare Retenida<br>Medicare Tax Withheld<br>280.18<br>21. Propinas Seguro Social<br>Social Security Tips<br>0.00 |
| | Copia B para Planilla<br>del Empleado<br>Copy B for Employee's<br>Tax Return | 13. Cont. Retenida - Tax Withheld<br>1604.63<br>14. Fondo de Retiro<br>Retirement Fund<br>1649.09 | 22. Seguro Social no Retenido<br>en Propinas - Uncollected<br>Social Security on Tips<br>0.00 |
| Número de Teléfono del Patrono<br>Employer's Telephone Number | | 15. Aportaciones a Planes Cualific.<br>Contributions to CODA PLANS<br>0.00 | 23. Contrib. Medicare no Retenida<br>en Propinas - Uncollected<br>Medicare Tax on Tips<br>0.00 |
| Fecha de Cese de Operaciones: Dia   Mes   Año<br>Cease of Operations Date: Day   Month   Year<br>Número de Control - Control Number<br>23029365 | Año:<br>Year:  **2006** | 16. Salarios bajo Ley Núm. 324 de 2004<br>Salaries under Act No. 324 of 2004<br>0.00 | |

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas
Conservation: Ten (10) years from the filing date in the Return Processing Bureau

Reproducido por: Departamento de Hacienda

 Corte aquí
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Formulario 481    Rev. 10.07
Enmergeza Completamente los Ovalos.  Ejemplo ●
◯ PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE EN ESTE LUGAR)

## FORMA CORTA

| Liquidador | R | G | V1 | V2 | P1 | P2 |
| --- | --- | --- | --- | --- | --- | --- |
| Revisor | N | D1 | D2 | E | A | M |

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO  DE  HACIENDA
PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS

Número de Serie

AÑO CONTRIBUTIVO 2007 O AÑO COMENZADO EL
____ de _____ y terminado el ____ de _____ de _____

◯ PLANILLA ENMENDADA
◯ FALLECIDO DURANTE EL AÑO: Día  Mes  Año

Número de Seguro Social del Contribuyente

Número de Seguro Social Cónyuge

Sello de Pago

||l..l..llu.lu.ll.ml..ll.lll.ml.lu.ll.l.l.lll
279836 S3150  P2 *******AUTO**5-DIGIT 00777
ORTIZ OCASIO,LUIS A      H84YZ
PO BOX 3078
JUNCOS PR 00777-6078
                        C E

Sexo: ◯ M  ◯ F

Fecha de Nacimiento Contribuyente
Día   Mes   Año

Fecha de Nacimiento Cónyuge
Día   Mes   Año

Cambio de Dirección: ◯ Sí  ◯ No

Planilla 2008: ◯ Español ◯ Inglés

Nombre e Inicial del Cónyuge      Apellido Paterno    Apellido Materno

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)

Teléfono Residencia

Número de Recibo

Importe

◯ Código Postal

Teléfono del Trabajo

Correo Electrónico (E-Mail)

### Encasillado 1

|  | SI | NO |  |
| --- | --- | --- | --- |
| a. | ● | ◯ | ¿Ciudadano de Estados Unidos? |
| b. | ● | ◯ | ¿Residente de Puerto Rico al finalizar el año? |
| c. | ◯ | ● | ¿Ingresos exentos de Lotería de Puerto Rico? |
| d. | ◯ | ● | ¿Ingresos de premios de jugadas en Hipódromo? |
| e. | ◯ | ● | ¿Otros ingresos exentos de contribución? (Someta Anejo) |
| f. | ◯ | ● | ¿Obligación de hacer pagos a ASUME? |

FUENTE DE MAYOR INGRESO:

g. ● Empleado del Gobierno, Municipios
    o Corporaciones Públicas

h. ◯ Empleado del Gobierno Federal

i. ◯ Empleado de Empresa Privada

j. ◯ Retirado/Pensionado

OCUPACION (Anote el Código):
Contribuyente

Cónyuge

Sello de Recibido

### ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:

1. ◯ Casado que vivía con su cónyuge y rinde planilla conjunta
2. ◯ Casado que no vivía con su cónyuge (No jefe de familia)
   (Indique nombre y seguro social del cónyuge arriba)

3. ● Jefe de familia
   (No para casados)

4. ◯ Soltero

### Encasillado 2

1. **Sueldos, Comisiones, Concesiones y Propinas**
   SUMINISTRE LOS COMPROBANTES DE RETENCION
   (Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2,
   según aplique). ● **00**

| | A-Contribución Retenida | B-Sueldos, Comisiones, Concesiones y Propinas |
| --- | --- | --- |
| | 2,908 00 | 37,360 00 |
| | .115 00 | 2,250 00 |

Total de comprobantes con esta planilla ......... ● **01**

| | A-Contribución Retenida | |
| --- | --- | --- |
| | 3,023 00 | 39,610 00 |

2. **Salarios del Gobierno Federal** (Véanse instrucciones) ......... (01)

| A-Contribución Retenida | B-Salarios Federales |
| --- | --- |
| 0 0 (02) |  |

3. **Ingresos de Anualidades y Pensiones** (Anejo H Individuo, Parte II, línea 12) ......... (03)

4. **Ingreso Bruto Ajustado** (Suma de las líneas 1B, 2B y 3) ......... (10)  | 39,610 00 |

Período de Conservación: Diez (10) años

| Formulario Form 499R-2/W-2 PR Rev. 06.07 | ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT | INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |

| | | |
|---|---|---|
| **1. Nombre - First Name** LUIS | **3. Núm. Seguro Social** Social Security No. | **7. Sueldos - Wages** 37360.00 |

**17. Total Sueldos Seguro Social** Social Security Wages 0.00

| **Apellido(s) - Surname(s)** ORTIZ OCASIO | **4. Núm. de Ident. Patronal** Employer's Ident. No. (EIN.) 660433481 | **8. Comisiones - Commissions** 0.00 |

**18. Seguro Social Retenido** Social Security Tax Withheld 0.00

| **Dirección Postal del Empleado-Employee's Mailing Address** PO BOX 3078 JUNCOS, PR 00777 | **5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension** Dia Mes Año Day Month Year | **9. Concesiones - Allowances** 0.00 |

| | | **10. Propinas - Tips** 0.00 |

**19. Total Sueldos y Pro. Medicare** Medicare Wages and Tips 37360.00

| **2. Nombre y Dirección Postal del Patrono** Employer's Name and Mailing Address L8101321014 SU M PALMA DEPT DE EDUCACION-CLASIFICADOS AVE. TENIENTE CESAR GONZALEZ ESQUINA CALAF HATO REY, PR 00919 | **6. Costo de Pensión o Anualidad** Cost of Pension or Annuity 0.00 | **11. Total=7+8+9+10** 37360.00 |

**20. Contrib. Medicare Retenida** Medicare Tax Withheld 541.72

| | | **12. Gastos Reembolsados** Reimbursed Expenses 0.00 |

**21. Propinas Seguro Social** Social Security Tips 0.00

| | **Copia B para Planilla del Empleado Copy B for Employee's Tax Return** | **13. Cont. Retenida - Tax Withheld** 2908.74 |

**22. Seguro Social no Retenido** en Propinas - Uncollected Social Security on Tips 0.00

| **Número de Teléfono del Patrono** Employer's Telephone Number | **14. Fondo de Retiro** Retirement Fund 3002.52 |

| **Fecha de Cese de Operaciones:** Dia Mes Año Cease of Operations Date: Day Month Year | **Año:** **Year: 2007** | **15. Aportaciones a Planes Cualific.** Contributions to CODA PLANS 0.00 |

**23. Contrib. Medicare no Retenida** en Propinas - Uncollected Medicare Tax on Tips 0.00

| **Número de Control - Control Number** 45514826 | | **16. Salarios bajo Ley Núm. 324 de 2004** Salaries under Act No. 324 of 2004 0.00 |

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas
Retention: Ten (10) years from the filing date in the Return Processing Bureau

Reproducido por: Departamento de Hacienda

 Corte aquí

Formulario
**Form 499R-2/W-2PR**
Rev. 08.07

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

| 090700 | COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT |
|---|---|

INFORMACION PARA EL DEPARTAMENTO DE HACIENDA
DEPARTMENT OF THE TREASURY INFORMATION

INFORMACION PARA EL SEGURO SOCIAL
SOCIAL SECURITY INFORMATION

1. Nombre - First Name
**LUIS**

Apellido(s) - Surname(s)
**ORTIZ**

Dirección Postal del Empleado - Employee's Mailing Address
**LUIS ORTIZ**
**PO BOX 3078**
**JUNCOS PR 00777**

2. Nombre y Dirección Postal del Patrono
   Employer's Name and Mailing Address
**SISTEMA UNIVERSITARIO ANA G. MENDEZ**
**PO BOX 21345**
**SAN JUAN PR 00928-1345**

Número de Teléfono del Patrono
Employer's Telephone Number   **(787) 751-0178**

Fecha Cese de Operaciones:   Día ____ Mes ____ Año ____
Cease of Operations Date:   Day ____ Month ____ Year ____

Número Control - Control Number
**45758140**

Instrucciones al dorso - Instructions on back

3. Núm. Seguro Social
   Social Security No.

4. Núm. de Ident. Patronal
   Employer Ident. No. (EIN)
**66-0201206**

5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension
   Día ____ Mes ____ Año ____
   Day ____ Month ____ Year ____

6. Costo de Pensión o Anualidad
   Cost of Pension or Annuity

Copia B para Planilla del Empleado
Copy B for Employee's Tax Return

Año: **2007**
Year:

7. Sueldos - Wages     **2250.04**

8. Comisiones - Commissions

9. Concesiones - Allowances

10. Propinas - Tips

11. Total = 7 + 8 + 9 + 10     **2250.04**

12. Gastos Reembolsados
    Reimbursed Expenses

13. Cont. Retenida - Tax Withheld     **115.58**

14. Fondo de Retiro - Retirement Fund

15. Aportaciones a Planes Cualific.
    Contributions to CODA PLANS

16. Salarios bajo Ley Núm. 324 de 2004
    Salaries under Act No. 324 of 2004

17. Total Sueldos Seguro Social
    Social Security Wages     **2250.04**

18. Seguro Social Retenido
    Social Security Tax Withheld     **139.50**

19. Total Sueldos y Pro. Medicare
    Medicare Wages and Tips     **2250.04**

20. Contrib. Medicare Retenida
    Medicare Tax Withheld     **32.63**

21. Propinas Seguro Social
    Social Security Tips

22. Seguro Social no Retenido
    en Propinas - Uncollected
    Social Security Tax on Tips

23. Contrib. Medicare no Retenida
    en Propinas - Uncollected
    Medicare Tax on Tips

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas.
Retention: Ten (10) years from the filing date in the Returns Processing Bureau.

PRSoft, Inc. - (787) 622-7550 - www.prsoft.com

---

INSTRUCCIONES
**DEBERA SOMETER ESTA COPIA AL RENDIR SU PLANILLA**

1041
TO0400

Viene obligado a rendir planilla de contribución sobre ingresos:

- todo individuo soltero (o casado, pero que no vivía con su cónyuge), que durante el año contributivo tuviere un ingreso bruto de más de $3,300;
- todo individuo casado que vivía con su cónyuge y que durante el año contributivo tuviere individual o conjuntamente con éste un ingreso bruto de más de $6,000.

**PENALIDAD** – El Código de Rentas Internas de Puerto Rico de 1994, según enmendado (Código), dispone lo siguiente: Toda persona obligada bajo cualquier Subtítulo del Código a rendir una planilla, declaración, certificación o informe, que voluntariamente dejare de rendir dicha planilla, declaración, certificación o informe dentro del término o términos fijados por el Subtítulo correspondiente o por reglamentos, además de otras penalidades establecidas por el Código, incurrirá en delito menos grave, y en caso de convicción, será castigada con pena de multa no mayor de $5,000, o con pena de reclusión por un término máximo de 90 días, o ambas penas, a discreción del tribunal, más las costas del proceso. En aquellos casos en que cualquier persona voluntariamente dejare de rendir dicha planilla, declaración, certificación o informe (dentro de los términos fijados por el Subtítulo correspondiente o por reglamentos), con la intención de evadir o derrotar cualquier contribución impuesta por el Código, además de otras penalidades establecidas por el Código, incurrirá en un delito grave de tercer grado, y en caso de convicción, será sancionada con pena de reclusión la cual fluctuará entre tres años un día y ocho años. El Tribunal a su discreción podrá imponer la pena fija de reclusión establecida o pena de multa que no excederá de $20,000, o ambas penas, más las costas del proceso.

Retenga la Copia C de este formulario para sus récords. Puede usarla para establecer su derecho a los beneficios de seguro social. Si su nombre, dirección o número de seguro social están incorrectos, informe el error a su patrono para que le completen un Formulario 499R-2c/W-2cPR.

INSTRUCTIONS
**THIS COPY MUST BE SUBMITTED WITH YOUR RETURN**

Income tax returns must be filed by:

- every individual single (or married, one who does not live with his/her spouse), who during the taxable year had a gross income of more than $3,300;
- every married individual who lives with his/her spouse, who during the taxable year individually or jointly, had a gross income of more than $6,000.

**PENALTY** – The Puerto Rico Internal Revenue Code of 1994, as amended (Code), provides the following: Every person liable under any Subtitle of the Code to file a return, statement, certification or report, who willfully fails to file such return, statement, certification or report within the term or terms established by the corresponding Subtitle or by regulations, in addition to other penalties provided by the Code, shall be guilty of a misdemeanor, and upon conviction thereof, punished by a fine of not more than $5,000, or imprisonment for a term of not more than 90 days, or both penalties, at the discretion of the Court, plus the costs of prosecution. In the case of any person who willfully fails to file such return, statement, certification or report (within the terms established by the corresponding Subtitle or by regulations), with the intention to evade or defeat any tax imposed by the Code, in addition to other penalties provided by the Code, shall be guilty of a third degree felony, and upon conviction thereof, punished by imprisonment for a term ranging from three years and one day to eight years. The Court may impose, at its discretion, the fixed penalty of imprisonment provided or a fine of not more than $20,000, or both penalties, plus the costs of prosecution.

Keep Copy C of this form for your records. You can use it to prove your right to social security benefits. If your name, address or social security number is incorrect, tell your employer to prepare a Form 499R-2c/W-2cPR.

Ennegrezca Completamente los Ovalos. Ejemplo ●

☐ **PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE EN ESTE LUGAR)**

Formulario 481   Rev. 11.09

## FORMA CORTA

Liquidador: R  G  V  Z  P  F  A

Revisor: I  N  D  D2  E  A  M

**2009** ESTADO LIBRE ASOCIADO DE PUERTO RICO DEPARTAMENTO DE HACIENDA **2009**

PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS

AÑO CONTRIBUTIVO 2009 O AÑO COMENZADO EL
_____ de _____ de _____ y terminado el _____ de _____ de _____

Número de Serie

☐ PLANILLA ENMENDADA

FALLECIDO DURANTE EL AÑO: ___ / ___ / ___
                           Día  Mes  Año

Sello de Pago

**Número de Seguro Social del Contribuyente**  **Número de Seguro Social Cónyuge**
☐☐☐ - ☐☐ - ☐☐☐☐

Nombre del Contribuyente  Inicial  Apellido Paterno  Apellido Materno

LUIS ORTIZ OCASIO

Dirección Postal
URB PARAISO DE COAMO 615

COAMO PR

Código Postal 00769

"Coloque la etiqueta engomada (Label) aquí"

Nombre e Inicial del Cónyuge   Apellido Paterno   Apellido Materno

Sexo: [X] M  ☐ F

Fecha de Nacimiento Contribuyente
___  ___  ___
Día  Mes  Año

Fecha de Nacimiento Cónyuge
☐☐ - ☐☐ - ☐☐
Día  Mes  Año

Cambio de Dirección: ☐ Sí  [X] No

Planilla 2010: [X] Español  ☐ Inglés

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)
_____

Código Postal ☐

Teléfono Residencia
[7][8][7] - [4][0][3] - [5][3][5][4]

Teléfono del Trabajo
☐☐☐ - ☐☐☐ - ☐☐☐☐

Número de Recibo

Importe

Correo Electrónico (E- Mail)

### Encasillado 1

|   | SI | NO |   |
|---|----|----|---|
| a. | [X] | ☐ | ¿Ciudadano de Estados Unidos? |
| b. | [X] | ☐ | ¿Residente de Puerto Rico al finalizar el año? |
| c. | ☐ | [X] | ¿Ingresos exentos de Lotería de Puerto Rico? |
| d. | ☐ | [X] | ¿Ingresos de premios de jugadas en Hipódromo? |
| e. | ☐ | [X] | ¿Otros ingresos exentos de contribución? (Someta Anejo) |
| f. | ☐ | [X] | ¿Obligación de hacer pagos a ASUME? |

**FUENTE DE MAYOR INGRESO:**
g. [X] Empleado del Gobierno, Municipios o Corporaciones Públicas
h. ☐ Empleado del Gobierno Federal
i. ☐ Empleado de Empresa Privada
j. ☐ Retirado/Pensionado

**OCUPACION (Anote el Código):**
Contribuyente
DIRECTOR ESCOL [8][1][1][0]
Cónyuge _____

Sello de Recibido

(sello) RECIBIDO APR 15 2010 CON PAGO

**ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:**

1. ☐ Casado que vivía con su cónyuge y rinde planilla conjunta
2. ☐ Casado que no vivía con su cónyuge (No jefe de familia) (Indique nombre y seguro social del cónyuge arriba)
3. [X] Jefe de familia (No para casados)
4. ☐ Soltero

☐ Enegrezca aquí si se acoge al cómputo opcional de la contribución en el caso de personas casadas que viven juntas, rinden planilla conjunta y que ambos trabajen. No complete los Encasillados 2 y 3, y pase al Anejo CO Individuo.

### Encasillado 2

**1. Sueldos, Comisiones, Concesiones y Propinas**
SUMINISTRE LOS COMPROBANTES DE RETENCION
(Formularios 499R- 2/W- 2PR, 499R- 2c/W- 2cPR o W- 2, según aplique). ⊚

| | A- Contribución Retenida | | | B- Sueldos, Comisiones, Concesiones y Propinas | | |
|---|---|---|---|---|---|---|
| | | 7 5 9 | 0 0 | 9 9 3 7 | 0 0 | |
| | 4 | 0 2 3 | 0 0 | 4 7 2 1 2 | 0 0 | |
| | | | 0 0 | | 0 0 | |
| | | | 0 0 | | 0 0 | |
| Total de comprobantes con esta planilla ⊚ | 2 | 4 7 8 2 | 0 0 | 5 7 1 4 9 | 0 0 | |

| | A- Contribución Retenida | | B- Salarios Federales | |
|---|---|---|---|---|
| **2. Salarios del Gobierno Federal** (Véanse instrucciones) ...... (01) | | 0 0 | (02) | 0 0 |
| **3. Ingresos de Anualidades y Pensiones** (Anejo H Individuo, Parte II, línea 12) .......................... (03) | | | | 0 0 |
| **4. Ingreso Bruto Ajustado** (Suma de las líneas 1B, 2B y 3) ...... (10) | | | 5 7 1 4 9 | 0 0 |

Reproducido por H&R Block

| Formulario<br>Form 499R-2/W-2PR<br>Rev. 07.09 | ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO<br>DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY | INFORMACION PARA EL DEPARTAMENTO DE HACIENDA<br>DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL<br>SOCIAL SECURITY INFORMATION |
|---|---|---|---|
| **090900** | **COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT** | | |

| 1. Nombre - First Name<br><br>LUIS | 3. Núm. Seguro Social<br>Social Security No. | 7. Sueldos - Wages<br>**9937.52** | 17. Total Sueldos Seguro Social<br>Social Security Wages<br>**9937.52** |
|---|---|---|---|
| Apellido(s) - Surname(s)<br><br>ORTIZ | 4. Núm. de Ident. Patronal<br>Employer Ident. No. (EIN)<br>66-0201206 | 8. Comisiones - Commissions | 18. Seguro Social Retenido<br>Social Security Tax Withheld<br>**616.13** |
| Dirección Postal del Empleado - Employee's Mailing Address<br><br>LUIS ORTIZ<br>PO BOX 3078<br><br>JUNCOS PR 00777 | 5. Fecha en que comenzó a recibir<br>la pensión - Date on which you<br>started to receive the pension<br>Dia     Mes     Año<br>Day ___ Month ___ Year ___ | 9. Concesiones - Allowances | 19. Total Sueldos y Pro. Medicare<br>Medicare Wages and Tips<br>**9937.52** |
|  |  | 10. Propinas - Tips | 20. Contrib. Medicare Retenida<br>Medicare Tax Withheld<br>**144.09** |
| 2. Nombre y Dirección Postal del Patrono<br>Employer's Name and Mailing Address<br><br>SISTEMA UNIVERSITARIO ANA G MENDEZ<br>Apartado 21345<br><br>San Juan PR 00928-1345 | 6. Costo de Pensión o Anualidad<br>Cost of Pension or Annuity | 11. Total = 7 + 8 + 9 + 10<br>**9937.52** | 21. Propinas Seguro Social<br>Social Security Tips |
|  |  | 12. Gastos Reembolsados<br>Reimbursed Expenses |  |
| Número de Teléfono del Patrono<br>Employer's Telephone Number  (787) 751-0178 | Copia C para Récords<br>del Empleado<br>Copy C for Employee's<br>Records | 13. Cont. Retenida - Tax Withheld<br>**759.52** | 22. Seguro Social no Retenido<br>en Propinas - Uncollected<br>Social Security Tax on Tips |
| Fecha Cese de Operaciones:  Dia<br>Cease of Operations Date:  Day ___  Mes<br>Month ___  Año<br>Year ___ |  | 14. Fondo de Retiro - Retirement Fund |  |
| Número Control - Control Number<br><br>01771316 |  | 15. Aportaciones a Planes Cualific.<br>Contributions to CODA PLANS | 23. Contrib. Medicare no Retenida<br>en Propinas - Uncollected<br>Medicare Tax on Tips |
|  | Año:<br>Year: **2009** | 16. Salarios bajo Ley Núm. 324 de 2004<br>Salaries under Act No. 324 of 2004 |  |
| Instrucciones al dorso Copia B - Instructions on back of Copy B | | | |

PRSoft, Inc. • (787) 622-7550 • www.prsoft.com

2552
TO0400

Formulario
Form 499R-2/W-2 PR
Rev. 07.09

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

| | | |
|---|---|---|
| **INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION** | **INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION** | |

1. Nombre-First Name
**LUIS**

3. Núm. Seguro Social.
Social Security No.

7. Sueldos - Wages
**47212.80**

17. Total Sueldos Seguro Social
Social Security Wages
**0.00**

Apellido(s) - Surname(s)
**ORTIZ OCASIO**

8. Comisiones - Commissions
**0.00**

Dirección Postal del Empleado-Employee's Mailing Address
**PO BOX 3078**

4. Núm. de Ident. Patronal
Employer's Ident. No. (EIN.)
**660433481**

18. Seguro Social Retenido
Social Security Tax Withheld
**409.20**

**JUNCOS, PR 00777**

9. Concesiones - Allowances
**0.00**

5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension
Dia    Mes    Año
Day    Month    Year

10. Propinas - Tips
**0.00**

19. Total Sueldos y Pro. Medicare
Medicare Wages and Tips
**47212.80**

2. Nombre y Dirección Postal del Patrono
Employer's Name and Mailing Address
**L8101321014 SU M PALMA**
**DEPT DE EDUCACION-CLASIFICADOS**
**AVE. TENIENTE CESAR GONZALEZ**
**ESQUINA CALAF**
**HATO REY, PR 00919**

11. Total=7+8+9+10
**47212.80**

20. Contrib. Medicare Retenida
Medicare Tax Withheld
**684.59**

6. Costo de Pensión o Anualidad
Cost of Pension or Annuity
**0.00**

12. Gastos Reembolsados
Reimbursed Expenses
**0.00**

13. Cont. Retenida - Tax Withheld
**4023.26**

21. Propinas Seguro Social
Social Security Tips
**0.00**

Copia C para Récord del Empleado
Copy C for Employee's Records

14. Fondo de Retiro
Retirement Fund
**3407.52**

22. Seguro Social no Retenido
en Propinas - Uncollected
Social Security on Tips
**0.00**

Número de Teléfono del Patrono
Employer's Telephone Number

15. Aportaciones a Planes Cualific.
Contributions to CODA PLANS
**0.00**

Fecha de Cese de Operaciones:    Dia    Mes    Año
Cease of Operations Date:    Day    Month    Año

Año:
Year: **2009**

16. Salarios bajo Ley Núm. 324 de 2004
Salaries under Act No. 324 of 2004
**0.00**

23. Contrib. Medicare no Retenida
en Propinas - Uncollected
Medicare Tax on Tips
**0.00**

Número de Control - Control Number
**004217903**

Reproducido por: Departamento de Hacienda

Formulario 481   Rev. 11.10

Ennegrezca Completamente los Ovalos. Ejemplo ⬤
PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE EN ESTE LUGAR)

## 2010                              2010

AÑO CONTRIBUTIVO 2010 O AÑO COMENZADO EL

1 de enero de 2010 y terminado el 31 de diciembre de 2010

Número de Seguro Social del Contribuyente        Número de Seguro Social Cónyuge

Sexo: X M    F

Fecha de Nacimiento Contribuyente

| LUIS | ORTIZ | OCASIO |

PARAISO DE COAMO
615 CALLE PAZ
Coamo, PR          Código Postal    00769

Fecha de Nacimiento Cónyuge

Ha apadado
Contribuyente      Cónyuge

Cambio de Dirección  Si  X  No

Planilla 2011  X  español  inglés

Dirección Residencial Completa (Sector Urbanización, Número, Calle)

PARAISO DE COAMO
615 CALLE PAZ

Coamo, PR          Código Postal    00769

Teléfono Residencia

7 8 7  4 0 3  5 3 5 4

Teléfono del Trabajo

LUISORTIZOCASIO@YAHOO.COM

OCUPACION (Anote el Código).
Contribuyente

Administrador de Escuela       6 1 1
Cónyuge

| SI | NO | | |
|----|----|---|---|
| X | | ¿Ciudadano de Estados Unidos? | |
| X | | ¿Residente de Puerto Rico al finalizar el año? | |
| | X | ¿Obligación de hacer pagos a ASUME? | |
| | X | ¿Otros ingresos exentos de contribución? (Someta Anejo) Indique total $_____ | |

FUENTE DE MAYOR INGRESO:

X  Empleado del Gobierno, Municipios o Corporaciones Públicas

Empleado del Gobierno Federal

Empleado de Empresa Privada

Retirado/Pensionado

Sello de Recibido

Mar 21 2011  8:27PM

ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:

Casado que vivía con su cónyuge y rinde planilla conjunta

Casado que no vivía con su cónyuge (No jefe de familia)
(Indique nombre y seguro social del cónyuge arriba)

X  Jefe de familia (No para casados)

Soltero

**Ennegrezca aquí si se acoge al cómputo opcional de la contribución en el caso de personas casadas que viven juntas, rinden planilla conjunta y que ambos trabajan. No complete los Encasillados 2 y 3, y pase al Anejo CO Individuo.**

| | A-Contribución Retenida | B-Sueldos, Comisiones, Concesiones y Propinas |
|---|---|---|
| 1. Sueldos, Comisiones, Concesiones y Propinas SUMINISTRE LOS COMPROBANTES DE RETENCION (Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique). **00** | 3 3 0 8 | 4 2 8 1 7 |
| Total de comprobantes con esta planilla ................ **01** 1 | 3 3 0 8 | 4 2 8 1 7 |
| | A-Contribución Retenida | B-Sueldos, Comisiones, Concesiones y Propinas |
| 2. Salarios del Gobierno Federal (Véanse instrucciones) ................ (01) | | (02) |
| 3. Ingresos de Anualidades y Pensiones (Anejo H Individuo, Parte II, línea 12) ................ | | (03) |
| 4. Ingreso Bruto Ajustado (Suma de las líneas 1B, 2B y 3) ................ | | (10) 4 2 8 1 7 |

NUMERO DE CONFIRMACION: 032120110807F2DFC41666539

Período de Conservación: Diez (10) años

Reproducido por CEGsoft

**Anejo I Individuo**
Rev. 11.10

**2010**

GASTOS DE INDIVIDUOS NECESARIOS

Año contributivo comenzado el __1__ de __enero__ de __2010__ y terminado el __31__ de __diciembre__ de __2010__

Número de Seguro Social

Nombre del contribuyente    LUIS ORTIZ OCASIO    5 8 4 - 4 5 - 7 6 5 5

Enngegrezca uno: (01)  ⊂⊃ 1 Contribuyente    ⊂⊃ 2 Cónyuge    ⊂ 58 ⊃

1. Comidas y entretenimiento

   A. Total de gastos incurridos o pagados ........................... (02)

   B. Reembolso de gastos (comidas y entretenimiento) ........................... (03)

   C. Diferencia (Si la línea 1B excede la línea 1A, refiérase al Anejo I Individuo de la Forma Larga) ........................... (04)

   D. Diferencia (Si la línea 1A excede la línea 1B, anote el exceso aquí) ........................... (05)

   E. Anote el 50% de la línea 1D (Véanse instrucciones) ........................... (06)

2. Otros gastos

   A. Costo y mantenimiento de uniformes ........................... (11)

   B. Cuotas de uniones, colegiaciones y asociaciones profesionales ........................... (12)    4 4 4

   C. Compra de materiales didácticos por educadores ........................... (13)

   D. Compra de libros técnicos propios de la profesión u oficio ........................... (14)

   E. Gastos de educación y mejoramiento de la profesión u oficio ........................... (15)

   F. Depreciación (Parte II de este Anejo) ........................... (16)

   G. Otros gastos de la profesión u oficio ........................... (17)    1 0 6 0

   H. Total otros gastos (Sume líneas 2A a la 2G. Anote el total aquí) ........................... (18)    1 5 0 4

   I. Reembolso de otros gastos ........................... (19)

   J. Diferencia (Si la cantidad en la línea 2 I excede la cantidad de la línea 2H, refiérase al Anejo I Individuo de la Forma Larga) ........................... (20)

   K. Si la línea 2H excede la cantidad en la línea 2 I, anote el exceso en esta línea ........................... (30)    1 5 0 4

3. Total gastos ordinarios y necesarios (Sume líneas 1E y 2K. Anote la cantidad en esta línea) ........................... (31)    1 5 0 4

4. Sueldos, Comisiones, Concesiones y Propinas (Encasillado 2, línea 1B de la Forma Corta o línea 1B o 1C, según aplique, del Anejo CO Individuo) ........................... (32)    4 2 8 1 7

5. Salarios Gobierno Federal (Encasillado 2, línea 2B de la Forma Corta o línea 2B o 2C, según aplique, del Anejo CO Individuo) ........................... (33)

6. Total salarios (Sume líneas 4 y 5) ........................... (34)    4 2 8 1 7

7. Multiplique la línea 6 por 4% y anote aquí ........................... (35)    1 7 1 2

8. Deducción por gastos ordinarios y necesarios (Anote aquí y en el Encasillado 3, línea 6E de la Forma Corta o línea 6E, Columna B o C, según aplique, del Anejo CO Individuo, la menor de las siguientes cantidades: línea 3, línea 7, o hasta el límite de $1,500 ($750 si se acoge al cómputo opcional de la contribución)) ........................... (40)    1 5 0 0

Período de Conservación: Diez (10) años

Reproducido por CEGsoft

```
MODELO SC 6088              ESTADO LIBRE ASOCIADO DE PUERTO RICO
REV.15 OCT 04                  DEPARTAMENTO DE HACIENDA
OA 04-18              .       .   AREA DE RENTAS INTERNAS

                     CERTIFICACION DE RADICACION DE PLANILLAS DE
                              CONTRIBUCION SOBRE INGRESOS

NUM.CUENTA :     .  IQC1ZCWK ORTIZ OCASIO LUIS A
URB PARAISO DE COAMO
615 CALLE PAZ
COAMO PR 00769-9324
```

---

| PERIODO CONTRIBUTIVO | INFORMACION SEGUN SISTEMA |
|---|---|
| 2012 | RINDIO PLANILLA |
| 2011 | RINDIO PLANILLA |
| 2010 | RINDIO PLANILLA |
| 2009 | RINDIO PLANILLA |
| 2008 | RINDIO PLANILLA |

I N F O R M A C I O N   A L   C O N T R I B U Y E N T E

DE NO ESTAR DE ACUERDO CON LA INFORMACION CONTENIDA EN ESTA CERTIFICACION DEBERA PRESENTAR SU RECLAMACION CON LA EVIDENCIA DE RADICACION EN CUALQUIERA DE LOS CENTROS DE SERVICIOS AL CONTRIBUYENTE.

DE NO ESTAR OBLIGADO POR LA LEY A RENDIR UNA PLANILLA (APLICA SOLO A INDIVIDUOS) DEBERA LLENAR EL MODELO SC 2781, CERTIFICACION DE RAZONES POR LAS CUALES EL CONTRIBUYENTE NO ESTA OBLIGADO POR LEY A RENDIR UNA PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS, EN CUALQUIERA DE LOS CENTROS DE SERVICIO AL CONTRIBUYENTE (CENTROS) Y PRESENTAR LA EVIDENCIA SOLICITADA.

PARA LA UBICACION DE LOS CENTROS, PUEDE COMUNICARSE A LOS SIGUIENTES TELEFONOS:

```
SAN JUAN (787) 723-5556 / 1-877-684-3422 -   CAGUAS (787) 258-5272 / (787) 745-0666
PONCE    (787) 844-8800              -   MAYAGUEZ (787) 265-5200
BAYAMON  (787) 778-4949 / (787) 778-4973 / (787) 778-4974
```

ASBEL X. RIVERA LOZADA - (ARL4917)          16-Dic-2013 01:05 PM

```
-------------------------------          --------------------          ---------------------
SECRETARIO AUXILIAR DE RENTAS INTERNAS    FECHA Y HORA  DE              SELLO DE RENTAS INTERNAS Y
O SU REPRESENTANTE AUTORIZADO             EMISION                       SELLO OFICIAL
```

A D V E R T E N C I A

ESTA CERTIFICACION ES VALIDA, SI CONTIENE EL SELLO DE RENTAS INTERNAS, EL SELLO OFICIAL DEL DEPARTAMENTO Y LA FIRMA AUTORIZADA.

Formulario 481     Rev. 29 oct-12

## FORMA CORTA

☐ PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE EN ESTE LUGAR)

**Número de Serie**

| Liquidador | Revisor |
|---|---|

**2012**    GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA    **2012**

PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS

☐ PLANILLA ENMENDADA

| R | G | RO | V1 | V2 | P1 | P2 | N | D1 | D2 | E | A | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

AÑO CONTRIBUTIVO 2012 O AÑO COMENZADO EL
01 de 01 de 2012 Y TERMINADO EL 31 de 12 de 2012

FALLECIDO
DURANTE EL AÑO:  Dia  Mes  Año
☐ CONTRIBUYENTE  ☐ CONYUGE

| Nombre del Contribuyente | Inicial | Apellido Paterno | Apellido Materno |
|---|---|---|---|
| LUIS | | ORTIZ | OCASIO |

**Número de Seguro Social Contribuyente**

Dirección Postal

URB PARAISO DE COAMO 615
Coamo PR

Código Postal 00769-0000

"Coloque la etiqueta engomada (Label) aquí".

Fecha de Nacimiento    Sexo
Dia  Mes  Año    ☒ M  ☐ F

**Sello de Recibido**

11/04/2013  05:25:29 PM

Número de Seguro Social Cónyuge

| Nombre e Inicial del Cónyuge | Apellido Paterno | Apellido Materno |
|---|---|---|

Fecha de Nacimiento del Cónyuge    Sexo
Dia  Mes  Año    ☐ M  ☐ F

Dirección Residencial Completa (Berrio o Urbanización, Número, Calle)

PARAISO DE COAMO
B8 Calle PAZ
Coamo PR

Código Postal 00769

Teléfono Residencia
(787) 403-5354

Teléfono del Trabajo

Correo Electrónico (E-Mail)  luisortizocasio2010@gmail.com

CAMBIO DE DIRECCION:  ☐ SI  ☒ No    PLANILLA 2013:  ☒ ESPAÑOL  ☐ INGLES

### Cuestionario

**SI  NO**

A. ☒ ☐ ¿Ciudadano de Estados Unidos?
B. ☒ ☐ ¿Residente de Puerto Rico al finalizar el año?
C. ☐ ☒ ¿Otros ingresos excluidos o exentos de contribución?
(Someta Anejo IE Individuo)

**D. FUENTE DE MAYOR INGRESO:**
1. ☒ Empleado del Gobierno, Municipios o Corporaciones Públicas
2. ☐ Empleado del Gobierno Federal
3. ☐ Empleado de Empresa Privada
4. ☐ Retirado/Pensionado
5. ☐ Otro

Su ocupación DIRECTOR ESCOLAR    8110    Ocupación cónyuge

**E. ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:**
1. ☐ Casado
(Ennegrezca aquí ☐ si se acoge al cómputo opcional y pase al Anejo CO Individuo)
2. ☒ Contribuyente individual
(Ennegrezca e indique nombre y seguro social del cónyuge si es:
☐ Casado con capitulaciones de total separación de bienes
☐ Casado que no vivia con su cónyuge)
3. ☐ Casado que rinde separado
(Indique nombre y seguro social del cónyuge arriba)

### PASE A LA PAGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.

**Reintegro**

| | | | |
|---|---|---|---|
| 1. CONTRIBUCION PAGADA EN EXCESO (Encasillado 1, línea 14. Indique distribución en las líneas A, B y C) | 01 | (01) | .00 |
| A) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan | | (02) | .00 |
| B) Aportación al Fondo Especial para la Universidad de Puerto Rico | | (03) | .00 |
| C) REINTEGRAR (SI desea que se le deposite el reintegro directamente en su cuenta, complete el Encasillado de Depósito) | | (04) | .00 |

**Pago**

| | | | |
|---|---|---|---|
| 2. TOTAL NO PAGADO DE LA CONTRIBUCION (Encasillado 1, línea 14) | | (05) | 176.00 |
| 3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado | | (06) | .00 |
| (b) Intereses | | (07) | .00 |
| (c) Recargos        y Penalidades | | (08) | .00 |
| 4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a)) | | (10) | 176.00 |

### AUTORIZACION PARA DEPOSITO DIRECTO DE REINTEGRO

**Depósito**

Tipo de cuenta  ☐ Cheques  ☐ Ahorros    Número de ruta/tránsito    Número de su cuenta

Cuenta a nombre de:                                        y
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que he examinado la información incluida en esta planilla, anejos y documentos que se acompañan, y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

| Firma del Contribuyente | Fecha | Firma del Cónyuge | Fecha |
|---|---|---|---|
| √ FIRMADA ELECTRONICAMENTE | 11/04/2013 | √ | |

| 04 Nombre del Especialista (Letra de Molde) | Nombre de la Firma o Negocio |
|---|---|
| OLGA E CABALLERO | HR BLOCK |

| Firma del Especialista | Fecha | Especialista por cuenta propia (ennegrezca aquí) ☐ | Número de Registro |
|---|---|---|---|
| √ FIRMADA ELECTRONICAMENTE | 11/04/2013 | | 7971 |

### NOTA AL CONTRIBUYENTE

Indique si hizo pagos por la preparación de su planilla: ☒ SI ☐ No. Si contestó "Si", exija la firma y el número de registro del Especialista.

12 PRSSHORT1    TWF 1040    Periodo de Conservación: Diez (10) años    Copyright Forms (Software Only) - 2012 TW

NUMERO DE CONFIRMACION  0411201310126953392055796

Formulario 499R-2c/W-2cPR

| | |
|---|---|
| **Form** | |
| **Rev. 09.12** | |

Corrección
Correction

Duplicado ☑
Duplicate

**GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO**
Departamento de Hacienda -Department of the Treasury

No envíe a la Adm. Seg. Social
Do not sent to Soc. Sec. Adm.

## CORRECCION AL COMPROBANTE DE RETENCION
### CORRECTED WITHHOLDING STATEMENT

| AÑO A CORREGIRSE<br>Year Being Corrected<br>**2012** | 1. FECHA CESE DE OPERACIONES<br>Cease of Operations Date<br><br>Día - Day    Mes- Month    Año - Year | 2a. NUM.SEG. SOC. EMPLEADO<br>Employee's Social Security No.<br><br>-- | 2b. NUM. DE IDENTIFICACION PATRONAL<br>Employer Identification No. (EIN)<br><br>66-0433481 |
|---|---|---|---|

| 3a. NOMBRE - First Name    APELLIDO(S) - Surname(s)<br><br>LUIS    ORTIZ OCASIO | 4a. NOMBRE Y DIRECCION POSTAL DEL PATRONO<br>Employer's Name and Mailing Address<br><br>DEPT DE EDUCACION-CLASIFICADOS<br>L8112423531 |
|---|---|
| 3b. DIRECCION POSTAL DEL EMPLEADO -Employee's Mailing Address<br><br>DEPARTAMENTO DE EDUCACION | 4b. NUMERO DE TELEFONO - Telephone Number |

COMPLETE LINEA 5a ó 5b SOLAMENTE SI LA INFORMACION ORIGINAL ESTABA INCORRECTA. ANOTE NUMERO Y NOMBRE INCORRECTOS. Complete line 5a or 5b only if the original information reported was incorrect. Enter the incorrect Social Security Number and name.

| 5a.NUM. SEG. SOC. (INCORRECTO)<br>Incorrect Social Security No. | 5b.NOMBRE DEL EMPLEADO (INCORRECTO)<br>Nombre    - First Name | - Employee's Incorrect Name<br>Apellido(s)  -Surname(s) | 5c. Fecha en que comenzó a recibir la pensión:<br>Date on which you started to receive the pension:<br><br>Día - Day    Mes- Month    Año- Year |
|---|---|---|---|

| Línea  -Line | a) Según se informó Originalmente<br>As Originally Reported | b) Información Correcta<br>Correct Information | c) Aumento (Reducción) (Diferencia entre a y b)<br>Increase (Decrease) (Difference between a and b) |
|---|---|---|---|
| 6. COSTO DE PENSION O ANUALIDAD<br>Cost of Pension or Annuity | $.00 | | |
| 6A. COSTO DE CUBIERTA DE SALUD AUSPICIADA POR EL PATRONO<br>Cost of Employer - Sponsored Health Coverage | $.00 | | |
| 6B. DONATIVOS<br>Charitable Contributions | $.00 | | |
| 7. SUELDOS<br>Wages | $9,744.00 | | |
| 8. COMISIONES<br>Commissions | $.00 | | |
| 9. CONCESIONES<br>Allowances | $.00 | | |
| 10. PROPINAS<br>Tips | $.00 | | |
| 11. TOTAL = 7+8+9+10 | $9,744.00 | | |
| 12. GASTOS REEMBOLSADOS Y BENEFICIOS MARGINALES<br>Reimbursed Expenses and Fringe Benefits | $.00 | | |
| 13. CONTRIBUCION RETENIDA<br>Tax Withheld | $957.22 | | |
| 14. FONDO DE RETIRO GUBERNAMENTAL<br>Governmental Retirement Fund | $.00 | | |
| 15. APORTACIONES A PLANES CUALIFICADOS<br>Contributions to CODA PLANS | $.00 | | |
| 16. SALARIOS BAJO LEY 324-2004<br>Salaries under Act 324-2004 | $.00 | | |
| 16A. APORTACIONES AL PROGRAMA AHORRA Y DUPLICA TU DINERO<br>Contributions to the Save and Double your Money Program | $.00 | | |
| 17. TOTAL SUELDOS SEGURO SOCIAL<br>Social Security Wages | $9,744.00 | | |
| 18. SEGURO SOCIAL RETENIDO<br>Social Security Tax Withheld | $409.25 | | |
| 19. TOTAL SUELDOS Y PROPINAS MEDICARE<br>Medicare Wages and Tips | $9,744.00 | | |
| 20. CONTRIBUCION MEDICARE RETENIDA<br>Medicare Tax Withheld | $141.29 | | |
| 21. PROPINAS SEGURO SOCIAL<br>Social Security Tips | $.00 | | |
| 22. SEGURO SOCIAL NO RETENIDO EN PROPINAS<br>Uncollected Social Security Tax on Tips | $.00 | | |
| 23. CONTRIBUCION MEDICARE NO RETENIDA EN PROPINAS<br>- Uncollected Medicare Tax on Tips | $.00 | | |

RAZONES PARA EL CAMBIO:
Reasons for the change:

| FIRMA DEL PATRONO O SU REPRESENTANTE AUTORIZADO<br>Employer's  or Duly Authorized Agent's Signature<br><br>Humberto Tapia Fontanez | TITULO - Title | FECHA - Date<br><br>10/ABRIL/2013 |
|---|---|---|

| NUMERO CONTROL - Control Number<br><br>120038740 | NUMERO CONTROL DEL COMPROBANTE ORIGINAL - Control number of original withholding statement<br><br>125552824 |
|---|---|

VEANSE INSTRUCCIONES AL DORSO
SEE INSTRUCTIONS ON BACK

Copia C - Copia del Empleado
Copy C - Employee's Record

Reproducido: Departamento de Educación

GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
Departamento de Hacienda -Department of the Treasury

Formulario 499R-2c/W-2cPR

Form
Rev. 09.12

☐ Corrección
Correction
☑ Duplicado
Duplicate

**CORRECCION AL COMPROBANTE DE RETENCION**
CORRECTED WITHHOLDING STATEMENT

No envíe a la Adm. Seg. Social
Do not sent to Soc. Sec. Adm.

| AÑO A CORREGIRSE Year Being Corrected **2012** | 1. FECHA CESE DE OPERACIONES Cease of Operations Date Día - Day   Mes- Month   Año - Year | 2a. NUM.SEG. SOC. EMPLEADO Employee's Social Security No. | 2b. NUM. DE IDENTIFICACION PATRONAL Employer Identification No. (EIN) 66-0433481 |
|---|---|---|---|

3a. NOMBRE - First Name    APELLIDO(S)  - Surname(s)
LUIS              ORTIZ OCASIO

4a. NOMBRE Y DIRECCION POSTAL DEL PATRONO
Employer's Name and Mailing Address
DEPT DE EDUCACION-CLASIFICADOS
L8112320297

3b. DIRECCION POSTAL DEL EMPLEADO  -Employee's Mailing Address
PO BOX 3078

4b. NUMERO DE TELEFONO - Telephone Number

COMPLETE LINEA 5a ó 5b SOLAMENTE SI LA INFORMACION ORIGINAL ESTABA INCORRECTA. ANOTE NUMERO Y NOMBRE INCORRECTOS. Complete line 5a or 5b only if the original information reported was incorrect. Enter the incorrect Social Security Number and name.

| 5a.NUM. SEG. SOC. (INCORRECTO) Incorrect Social Security No. | 5b.NOMBRE DEL EMPLEADO (INCORRECTO)    - Employee's Incorrect Name Nombre   - First Name        Apellido(s)  -Surname(s) | 5c. Fecha en que comenzó a recibir la pensión: Date on which you started to receive the pension: Día - Day   Mes- Month   Año - Year |
|---|---|---|

| Línea  -Line | a) Según se informó Originalmente As Originally Reported | b) Información Correcta Correct Information | c) Aumento (Reducción) (Diferencia entre a y b) Increase (Decrease) (Difference between a and b) |
|---|---|---|---|
| 6. COSTO DE PENSION O ANUALIDAD Cost of Pension or Annuity | $.00 | | |
| 6A. COSTO DE CUBIERTA DE SALUD AUSPICIADA POR EL PATRONO Cost of Employer - Sponsored Health Coverage | $.00 | | |
| 6B. DONATIVOS Charitable Contributions | $.00 | | |
| 7. SUELDOS Wages | $38,860.00 | | |
| 8. COMISIONES Commissions | $.00 | | |
| 9. CONCESIONES Allowances | $.00 | | |
| 10. PROPINAS Tips | $.00 | | |
| 11. TOTAL = 7+8+9+10 | $38,860.00 | | |
| 12. GASTOS REEMBOLSADOS Y BENEFICIOS MARGINALES Reimbursed Expenses and Fringe Benefits | $.00 | | |
| 13. CONTRIBUCION RETENIDA Tax Withheld | $2,289.52 | | |
| 14. FONDO DE RETIRO GUBERNAMENTAL Governmental Retirement Fund | $3,407.52 | | |
| 15. APORTACIONES A PLANES CUALIFICADOS Contributions to CODA PLANS | $.00 | | |
| 16. SALARIOS BAJO LEY 324-2004 Salaries under Act 324-2004 | $.00 | | |
| 16A. APORTACIONES AL PROGRAMA AHORRA Y DUPLICA TU DINERO Contributions to the Save and Double your Money Program | $.00 | | |
| 17. TOTAL SUELDOS SEGURO SOCIAL Social Security Wages | $.00 | | |
| 18. SEGURO SOCIAL RETENIDO Social Security Tax Withheld | $.00 | | |
| 19. TOTAL SUELDOS Y PROPINAS MEDICARE Medicare Wages and Tips | $38,860.00 | | |
| 20. CONTRIBUCION MEDICARE RETENIDA Medicare Tax Withheld | $563.47 | | |
| 21. PROPINAS SEGURO SOCIAL Social Security Tips | $.00 | | |
| 22. SEGURO SOCIAL NO RETENIDO EN PROPINAS Uncollected Social Security Tax on Tips | $.00 | | |
| 23. CONTRIBUCION MEDICARE NO RETENIDA EN PROPINAS - Uncollected Medicare Tax on Tips | $.00 | | |

*Cambios - Changes*

RAZONES PARA EL CAMBIO:
Reasons for the change:

| FIRMA DEL PATRONO O SU REPRESENTANTE AUTORIZADO Employer's  or Duly Authorized Agent's Signature Humberto Tapia Fontanez | TITULO - Title | FECHA - Date 10/ABRIL/2013 |
|---|---|---|

| NUMERO CONTROL - Control Number 120038739 | NUMERO CONTROL DEL COMPROBANTE ORIGINAL - Control number of original withholding statement 125551788 |
|---|---|

VEANSE INSTRUCCIONES AL DORSO
SEE INSTRUCTIONS ON BACK

Copia C - Copia del Empleado
Copy C - Employee's Record

Reproducido: Departamento de Educación

Bayamon 03283 LTS Doc#:11416-1 Filed:02/18/20 Entered:02/20/20 16:58:26 Desc:

Formulario 482 Rev. 31 col 13

| Liquidador | Revisor |
|---|---|

**2013** ESTADO LIBRE ASOCIADO DE PUERTO RICO **2013**
DEPARTAMENTO DE HACIENDA
**PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS**
AÑO CONTRIBUTIVO 2013 O AÑO COMENZADO EL

Número de Serie

| R | G | RO | V1 | V2 | P1 | P2 | N | D1 | D2 | E | A | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

01 de 01 de 2013 Y TERMINADO EL 31 de 12 de 2013

○ PLANILLA ENMENDADA
○ FALLECIDO DURANTE EL AÑO: __ / __ / __ Dia Mes Año
○ CONTRIBUYENTE ○ CONYUGE
○ CONYUGE SUPERSTITE RINDE OTRA PLANILLA PARA EL AÑO CONTRIBUTIVO

Nombre del Contribuyente: *Luis*   Inicial   Apellido Paterno *Ortiz*   Apellido Materno *Ocasio*

Dirección Postal: *URb. Paraiso de Coamo C/5*

*Coamo PR.*   Código Postal *00769*

"Coloque la etiqueta engomada (Label) aquí".

Nombre e Inicial del Cónyuge   Apellido Paterno   Apellido Materno

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)
*Paraiso de Coamo*
*B8 Calle Paz*   Código Postal *00769*

Correo Electrónico (E-Mail)

Número de Seguro Social Contribuyente

Fecha de Nacimiento   Sexo ○ M ☑ F
Dia Mes Año

Número de Seguro Social Cónyuge

Fecha de Nacimiento del Cónyuge   Sexo ○ M ○ F
Dia Mes Año

Teléfono Residencia *(787) 403-5354*

Teléfono del Trabajo ( ) -

CAMBIO DE DIRECCION: ○ SI ○ No

PLANILLA 2014: ○ ESPAÑOL ○ INGLES

Sello de Recibido

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
1141-Colecturia Barranquitas
RECIBIDO
08 ABR. 2014
SIN PAGO
SECRETARIO DE HACIENDA

**Cuestionario** — ○ PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE EN ESTE LUGAR)

A. ○ SI ○ NO ¿Ciudadano de Estados Unidos?
B. ○ SI ○ NO ¿Residente de Puerto Rico al finalizar el año?
C. ○ SI ○ NO ¿Otros ingresos excluidos o exentos de contribución? (Someta Anejo IE Individuo)
D. ○ SI ○ NO ¿Individuo residente inversionista? (Someta Anejo F1 Individuo)

E. FUENTE DE MAYOR INGRESO:
1. ○ Empleado del Gobierno, Municipios o Corporaciones Públicas
2. ○ Empleado del Gobierno Federal
3. ○ Empleado de Empresa Privada
4. ○ Retirado/Pensionado
5. ○ Trabajo Cuenta Propia (Indique la industria o negocio principal)
6. ○ Otro _____

Su ocupación _____   Ocupación cónyuge _____

F. ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO
1. ○ Casado (Ennegrezca aquí ○ si se acoge al cómputo opcional y pase al Anejo CO Individuo)
2. ● Contribuyente individual (Ennegrezca e indique nombre y seguro social del cónyuge si es:
   ○ Casado con capitulaciones de total separación de bienes
   ○ Casado que no vivía con su cónyuge)
3. ○ Casado que rinde por separado (Indique nombre y seguro social del cónyuge arriba)

CONTRATO GOBIERNO: ○ Contribuyente ○ Cónyuge

**PASE A LA PAGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.**

**Reintegro**

| | | |
|---|---|---|
| 1. CONTRIBUCION PAGADA EN EXCESO (Encasillado 3, línea 28). Indique distribución en las líneas A, B, C y D **01** | (01) | 00 |
| A) Acreditar a la contribución estimada 2014 | (02) | 00 |
| B) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan | (03) | 00 |
| C) Aportación al Fondo Especial para la Universidad de Puerto Rico | (04) | 00 |
| D) A REINTEGRAR (SI desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado de Depósito) | (05) 242 | 00 |

**Pago**

| | | |
|---|---|---|
| 2. TOTAL NO PAGADO DE LA CONTRIBUCION (Encasillado 3, línea 28) | (06) | 00 |
| 3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado | (07) | 00 |
| (b) Intereses _____ | (08) | 00 |
| (c) Recargos _____ y Penalidades _____ | (09) | 00 |
| 4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a)) | (10) | 00 |

**Depósito** — AUTORIZACION PARA DEPOSITO DIRECTO DE REINTEGRO

Tipo de cuenta: ○ Cheques ○ Ahorros   Número de ruta/tránsito [ ][ ][ ][ ][ ][ ][ ][ ][ ]   Número de su cuenta [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

Cuenta a nombre de: _____ y _____
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que he examinado la información incluida en esta planilla, anejos y documentos que se acompañan, y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

| Firma del Contribuyente | Fecha 7/06/2014 | Firma del Cónyuge | Fecha |
|---|---|---|---|

**04** Nombre del Especialista (Letra de Molde) _____   Nombre de la Firma o Negocio _____

| Firma del Especialista | Fecha | Especialista por cuenta propia (ennegrezca aquí) ○ | Número de Registro |
|---|---|---|---|

NOTA AL CONTRIBUYENTE: Indique si hizo pagos por la preparación de su planilla: ○ Si ○ No. Si contestó "Si", exija la firma y el número de registro del Especialista.

Período de Conservación: Diez (10) años

## Comprobante de Retención - Withholding Statement (Copia B)

Formulario Form 499R-2/W-2 PR Rev. 09.13

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

1. Nombre - First Name: **LUIS**

Apellido(s) - Surname(s): **ORTIZ OCASIO**

Dirección Postal del Empleado-Employee's Mailing Address:
**PO BOX 3078**
**JUNCOS, PR 00777**

2. Nombre y Dirección Postal del Patrono / Employer's Name and Mailing Address:
**DEPT DE EDUCACION-CLASIFICADOS**
**AVE. TENIENTE CESAR GONZALEZ**
**ESQUINA CALAF**
**HATO REY, PR 00919**

Número de Teléfono del Patrono / Employer's Telephone Number:

Fecha Cese de Operaciones / Cease of Operations Date: Día / Day, Mes / Month, Año / Year

Número Confirmación de Radicación Electrónica / Electronic Filing Confirmation Number: **C400001**

Número Control - Control Number: **004529169**

3. Núm. Seguro Social / Social Security No.

4. Núm. de Ident. Patronal / Employer Ident. No. (EIN): **660433481**

5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension: Día / Day, Mes / Month, Año / Year

6. Costo de Pensión o Anualidad / Cost of Pension or Annuity: **0.00**

6A. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage: **0.00**

6B. Donativos / Charitable Contributions: **0.00**

**Copia B para Planilla del Empleado**
**Copy B for Employee's Tax Return**

**Año: Year: 2013**

7. Sueldos - Wages: **38860.00**
8. Comisiones - Commissions: **0.00**
9. Concesiones - Allowances: **0.00**
10. Propinas - Tips: **0.00**
11. Total=7+8+9+10: **38860.00**
12. Gastos Reemb. y Beneficios Marginales / Reimb. Expenses and Fringe Benefits: **0.00**
13. Cont. Retenida - Tax Withheld: **1986.88**
14. Fondo de Retiro Gubernamental / Governmental Retirement Fund: **3407.52**
15. Aportaciones a Planes Cualific. / Contributions to CODA PLANS: **0.00**
16. Salarios bajo Ley 324-2004 / Salaries under Act 324-2004: **0.00**
16A. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program: **0.00**

17. Total Sueldos Seguro Social / Social Security Wages: **0.00**
18. Seguro Social Retenido / Social Security Tax Withheld: **0.00**
19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips: **38860.00**
20. Contrib. Medicare Retenida / Medicare Tax Withheld: **563.47**
21. Propinas Seguro Social / Social Security Tips: **0.00**
22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips: **0.00**
23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips: **0.00**

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas
Retención: Ten (10) years from the filing date in the Return Processing Bureau

Reproducido por: Departamento de Hacienda

---

## Comprobante de Retención - Withholding Statement (Copia C)

Formulario Form 499R-2/W-2 PR Rev. 09.13

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

1. Nombre - First Name: **LUIS**

Apellido(s) - Surname(s): **ORTIZ OCASIO**

Dirección Postal del Empleado-Employee's Mailing Address:
**PO BOX 3078**
**JUNCOS, PR 00777**

2. Nombre y Dirección Postal del Patrono / Employer's Name and Mailing Address:
**DEPT DE EDUCACION-CLASIFICADOS**
**AVE. TENIENTE CESAR GONZALEZ**
**ESQUINA CALAF**
**HATO REY, PR 00919**

Número de Teléfono del Patrono / Employer's Telephone Number:

Fecha Cese de Operaciones / Cease of Operations Date: Día / Day, Mes / Month, Año / Year

Número Confirmación de Radicación Electrónica / Electronic Filing Confirmation Number: **C400001**

Número Control - Control Number: **004529169**

3. Núm. Seguro Social / Social Security No.

4. Núm. de Ident. Patronal / Employer Ident. No. (EIN): **660433481**

5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension: Día / Day, Mes / Month, Año / Year

6. Costo de Pensión o Anualidad / Cost of Pension or Annuity: **0.00**

6A. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage: **0.00**

6B. Donativos / Charitable Contributions: **0.00**

**Copia C para Récord del Empleado**
**Copy C for Employee's Records**

**Año: Year: 2013**

7. Sueldos - Wages: **38860.00**
8. Comisiones - Commissions: **0.00**
9. Concesiones - Allowances: **0.00**
10. Propinas - Tips: **0.00**
11. Total=7+8+9+10: **38860.00**
12. Gastos Reemb. y Beneficios Marginales / Reimb. Expenses and Fringe Benefits: **0.00**
13. Cont. Retenida - Tax Withheld: **1986.88**
14. Fondo de Retiro Gubernamental / Governmental Retirement Fund: **3407.52**
15. Aportaciones a Planes Cualific. / Contributions to CODA PLANS: **0.00**
16. Salarios bajo Ley 324-2004 / Salaries under Act 324-2004: **0.00**
16A. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program: **0.00**

17. Total Sueldos Seguro Social / Social Security Wages: **0.00**
18. Seguro Social Retenido / Social Security Tax Withheld: **0.00**
19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips: **38860.00**
20. Contrib. Medicare Retenida / Medicare Tax Withheld: **563.47**
21. Propinas Seguro Social / Social Security Tips: **0.00**
22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips: **0.00**
23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips: **0.00**

Formulario 482 Rev. 31 oct 14

# FORMA ÚNICA 2014

Liquidador Revisor

| R | G | RO | V1 | V2 | P1 | P2 | N | D1 | D2 | E | A | M |
|---|---|----|----|----|----|----|----|----|----|----|----|----|

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**DEPARTAMENTO DE HACIENDA**
**2014**

PLANILLA DE CONTRIBUCIÓN SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2014 O AÑO COMENZADO EL

1 de enero de 2014 Y TERMINADO EL 31 de diciembre de 2014

Número de Serie

○ PLANILLA ENMENDADA
○ FALLECIÓ DURANTE EL AÑO: Día Mes Año
○ CONTRIBUYENTE ○ CÓNYUGE
○ CÓNYUGE SUPÉRSTITE RINDE OTRA PLANILLA PARA EL AÑO CONTRIBUTIVO (Indique seguro social del cónyuge fallecido)

**Nombre del Contribuyente** Inicial **Apellido Paterno** **Apellido Materno**
LUIS ORTIZ OCASIO

**Número de Seguro Social Contribuyente**

Dirección Postal
Urb PARAISO DE COAMO
615 Calle PAZ
Coamo PR
Código Postal 00769

Fecha de Nacimiento Sexo ○M ⊗F
Día Mes Año
**Número de Seguro Social Cónyuge**

Nombre e Inicial del Cónyuge Apellido Paterno Apellido Materno

Fecha de Nacimiento del Cónyuge Sexo ○M ○F
Día Mes Año

Teléfono Residencia (787) 405-5354
Teléfono del Trabajo

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)
Urb PARAISO DE COAMO
615 Calle PAZ
Coamo PR Código Postal 00769

Correo Electrónico (E-Mail) OFFICE65624@TAX.HRBLOCK.COM
CAMBIO DE DIRECCIÓN: ○ Sí ⊗ No

Sello de Recibido
Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
1168-Colecturía Aibonito
RECIBIDO
13 ABR. 2015
SIN PAGO
SECRETARIO DE HACIENDA
14-1541

¿UTILIZÓ PROGRAMA PRIVADO PARA LLENAR LA PLANILLA? ○ Sí ⊗ No
SOLICITÓ PRÓRROGA: ○ Sí ○ No
PLANILLA 2015: ⊗ ESPAÑOL ○ INGLÉS

**Cuestionario**

A. ⊗Sí ○No ¿Ciudadano de Estados Unidos?
B. ⊗Sí ○No ¿Residente de Puerto Rico al finalizar el año?
C. ○Sí ⊗No ¿Otros ingresos excluidos o exentos de contribución? (Someta Anejo IE Individuo)
D. ○Sí ⊗No ¿Individuo residente inversionista? (Someta Anejo F1 Individuo)

E. FUENTE DE MAYOR INGRESO:
1. ○ Empleado del Gobierno, Municipios o Corporaciones Públicas
2. ○ Empleado del Gobierno Federal
3. ⊗ Empleado de Empresa Privada
4. ○ Retirado/Pensionado
5. ○ Trabajo Cuenta Propia (Indique la industria o negocio principal)
6. ○ Otro

Su ocupación Maestro de Escuela 6110 Ocupación cónyuge

F. ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:
1. ○ Casado (Ennegrezca aquí ○ si se acoge al cómputo opcional y pase al Anejo CO Individuo)
2. ⊗ Contribuyente individual (Enengrezca e indique nombre y seguro social del cónyuge si es: ○ Casado con capitulaciones de total separación de bienes ○ Casado que no viva con su cónyuge)
3. ○ Casado que rinde por separado (Indique nombre y seguro social del cónyuge arriba)

CONTRATO GOBIERNO: ○ Contribuyente ○ Cónyuge

**PASE A LA PÁGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.**

**Reintegro**

1. CONTRIBUCIÓN PAGADA EN EXCESO (Encasillado 3, línea 28. Indique distribución en las líneas A, B, C y D) **01** (01) 299 00
A) Acreditar a la contribución estimada 2015 (02) 00
B) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan (03) 00
C) Aportación al Fondo Especial para la Universidad de Puerto Rico (04) 00
D) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado de Depósito) (05) 299 00

**Pago**

2. TOTAL NO PAGADO DE LA CONTRIBUCIÓN (Encasillado 3, línea 28) (06) 00
3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado (07) 00
(b) Intereses (78) 00
(c) Recargos (09) 00
4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a)) (10) 00

**AUTORIZACIÓN PARA DEPÓSITO DIRECTO DE REINTEGRO**

**Depósito**

Tipo de cuenta ○ Cheques ○ Ahorros
Número de ruta/tránsito
Número de cuenta
Cuenta a nombre de: y
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que he examinado la información incluida en esta planilla, anejos y documentos que se acompañan, y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

Firma del Contribuyente Fecha
Firma del Cónyuge Fecha

**04** Nombre del Especialista (Letra de Molde) FRANCES SANTIAGO TORRES
Nombre de la Firma o Negocio HRB GROUP

Firma del Especialista Fecha
Especialista por cuenta propia (ennegrezca aquí) ○
Número de Registro 6334

NOTA AL CONTRIBUYENTE: Indique si hizo pagos por la preparación de su planilla: ⊗ Sí ○ No. Si contestó "Sí", exija la firma y el número de registro del Especialista.

Período de Conservación: Diez (10) años
PRSoft, Inc. (www.prsoft.com)

**Anejo M Individuo**
Rev. 31 oct 14

# INGRESO DE PROFESIONES Y COMISIONES

## 2014

Año contributivo comenzado el __1__ de __enero__ de _2014_ y terminado el __31__ de _diciembre_ de 2014

| Nombre del contribuyente | Número de Seguro Social |
|---|---|
| LUIS ORTIZ OCASIO | |

| **Parte I** | **Cuestionario** | (Deberá llenar un anejo por cada fuente de ingreso) | **67** |
|---|---|---|---|

| Número de Identificación Patronal | Ingreso proveniente de (ennegrezca uno): | Ennegrezca uno:<br>⬤ 3 Profesiones<br>◯ 4 Comisiones | Ennegrezca aquí si ésta es su industria o negocio principal | Fecha de comienzo de operaciones: |
|---|---|---|---|---|
| 66-0433561 | ⬤ 1 Contribuyente  ◯ 2 Cónyuge | | | Día _1_  Mes _1_  Año _2013_ |

| Número de Registro de Comerciante | Ennegrezca aquí si durante el año contributivo dispuso de la totalidad de los activos utilizados en su industria o negocio ◯ | Incentivo contributivo bajo: |
|---|---|---|
| 58445765500 | Localización de la Oficina Principal - Número, Calle y Pueblo<br>escuela<br>Coamo PR 00769 | Ley 1-2013 ◯ (01)<br>Ley 135-2014 ◯ (02) |

| Clave Industrial | Código | Naturaleza de la profesión (Ej. abogado, contador, comisionista, etc.)<br>maestro | Número de empleados<br>0 |
|---|---|---|---|

Indique si reclamó gastos relacionados con la titularidad, uso, mantenimiento y depreciación de los siguientes conceptos (ennegrezca las que apliquen). Además, indique si el negocio derivó más del 80% de la totalidad de sus ingresos de actividades relacionadas exclusivamente con la pesca o transportación de pasajeros o de carga o arrendamiento en el caso de embarcaciones, transportación de pasajeros o de carga o arrendamiento en el caso de aeronaves, o alquiler de propiedades a personas no relacionadas en el caso de propiedad residencial fuera de Puerto Rico.

| Concepto | Indique si reclamó gastos | Indique si derivó 80% o más del ingreso de esa actividad |
|---|---|---|
| 1  automóviles | ⬤ Sí  ◯ No | ◯ Sí  ⬤ No |
| 2  embarcaciones | ◯ Sí  ⬤ No | ◯ Sí  ⬤ No |
| 3  aeronaves | ◯ Sí  ⬤ No | ◯ Sí  ⬤ No |
| 4  propiedad residencial fuera de Puerto Rico | ◯ Sí  ⬤ No | ◯ Sí  ⬤ No |

| **Parte II** | **Determinación de Ganancia o Pérdida** | **75** |
|---|---|---|

| | | |
|---|---|---|
| 1. Ingresos .......................................................................................................................................... (01) | | 3,975 00 |
| 2. **Menos:** Cantidad exenta bajo Ley 135-2014 (02) ◯ 1 Hasta $40,000  ◯ 2 Hasta $500,000 (Véanse instrucciones) ............... (03) | | 00 |
| 3. Ingreso bruto después de la exención bajo la Ley 135-2014 (Línea 1 menos línea 2, si aplica. De otro modo, anote el importe de la línea 1) ....... (04) | | 3,975 00 |
| 4. Ingreso ganado a través de corporaciones de individuos, sociedades y sociedades especiales ....................................... (10) | | 00 |
| 5. **Menos:** Gastos de operación y otros costos (Informe detalle en Parte III) ............................................................. (11) | | 3,237 00 |
| 6. Ingreso neto del año corriente (Sume líneas 3 y 4 menos línea 5) ........................................................................ (12) | | 738 00 |
| 7. **Menos:** Pérdida neta en operaciones de años anteriores (Acompañe anejo, véanse instrucciones) .................................. (13) | | 00 |
| 8. **Ganancia (o pérdida)** (Si es una ganancia, traslade el total a la página 2, Encasillado 1, línea 2K de la planilla o línea 3K, Columna B o C del Anejo CO Individuo, según aplique. Si es una pérdida, véanse instrucciones. Por otro lado, si es una ganancia que tributa a tasa reducida bajo una Ley de Incentivos, traslade el total a la Columna correspondiente de la línea 4(i) del Anejo A2 Individuo, según la tasa contributiva que le aplique a dicha ganancia) ............................................................................................................................................. (20) | | 738 00 |

| **Parte III** | **Gastos de Operación y Otros Costos** | **85** |
|---|---|---|

**A. Gastos deducibles para la contribución básica alterna:**

| | | | |
|---|---|---|---|
| 1. Salarios, comisiones y bonificaciones a empleados (Véanse instrucciones) .................................... (01) | 00 | | |
| 2. Gastos de nómina (Véanse instrucciones) ............................................................................. (02) | 00 | | |
| 3. Seguro médico o de hospitalización ..................................................................................... (03) | 1,482 00 | | |
| 4. Aportación a planes de pensiones cualificados (Véanse instrucciones. Someta Modelo SC 6042) ...... (04) | 00 | | |
| 5. Servicios profesionales (Véanse instrucciones) ...................................................................... (05) | 00 | | |
| 6. Alquiler, renta o cánones pagados (Véanse instrucciones) ......................................................... (06) | 00 | | |
| 7. Intereses sobre deudas del negocio ..................................................................................... (07) | 00 | | |
| 8. Contribuciones sobre la propiedad, patentes y licencias ........................................................... (08) | 00 | | |
| 9. Seguros (Véanse instrucciones) ......................................................................................... (09) | 00 | | |
| 10. Servicios públicos (agua, luz, teléfono, etc.) ....................................................................... (10) | 325 00 | | |
| 11. Depreciación y amortización (Someta Anejo E) .................................................................... (11) | 00 | | |
| 12. Gastos de automóviles (Millaje __691__ ) (12) (Véanse instrucciones) .............................. (13) | 414 00 | | |
| 13. Gastos de otros vehículos de motor (Véanse instrucciones) ...................................................... (14) | 00 | | |
| 14. Contribución federal sobre el trabajo por cuenta propia (Véanse instrucciones) ............................. (15) | 56 00 | | |
| 15. Costos directos imprescindibles (Someta anejo detallado. Véanse instrucciones) ........................... (16) | 00 | | |
| 16. **Subtotal** (Sume líneas 1 a la 15) ..................................................................................... (17) | | 2,277 00 | |

**B. Otras deducciones:**

| | | | |
|---|---|---|---|
| 17. Comisiones a negocios ................................................................................................... (18) | 00 | | |
| 18. Reparaciones .............................................................................................................. (19) | 460 00 | | |
| 19. Otros seguros ............................................................................................................. (20) | 00 | | |
| 20. Anuncios .................................................................................................................... (21) | 00 | | |
| 21. Gastos de viajes .......................................................................................................... (22) | 00 | | |
| 22. Gastos de comida y entretenimiento (Total de gastos $ _____ ) (23) (Véanse instrucciones) .... (24) | 00 | | |
| 23. Materiales y efectos ...................................................................................................... (25) | 200 00 | | |
| 24. Deudas incobrables ....................................................................................................... (26) | 00 | | |
| 25. Otros gastos (Someta anejo detallado) ................................................................................ (27) | 300 00 | | |
| 26. **Subtotal** (Sume líneas 17 a la 25) .................................................................................. (28) | | 960 00 | |
| 27. **Total** (Sume líneas 16 y 26. Traslade a la Parte II, línea 5 de este Anejo) ................................ (30) | | 3,237 00 | |



**Modelo SC 2909**
Rev. 17 feb 16

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA

**AUTORIZACIÓN A ESPECIALISTAS EN PLANILLAS PARA LA RADICACIÓN ELECTRÓNICA
Y FIRMA DIGITAL DE LA PLANILLA DE CONTRIBUCIÓN SOBRE INGRESOS DE INDIVIDUOS**

La Sección 1061.01 del Código de Rentas Internas de Puerto Rico de 2011, según enmendado, establece la obligación de rendir la Planilla de Contribución sobre Ingresos de Individuos y permite que la misma sea autenticada mediante firma digital. El contribuyente que designe a un Especialista en Planillas, Declaraciones y Reclamaciones de Reintegro (Especialista) para firmar de forma digital, en su representación, su planilla, deberá completar este modelo y entregarlo al Especialista junto con copia de su licencia de conducir o pasaporte.

**Parte I - Información del Contribuyente (Si rinde planilla conjunta debe completar la información del cónyuge)**

| Nombre del Contribuyente | Inicial | Apellido Paterno | Apellido Materno | Número de Seguro Social Contribuyente |
|---|---|---|---|---|
| LUIS ORTIZ OCASIO | | | | |

| Nombre del Cónyuge | Inicial | Apellido Paterno | Apellido Materno | Número de Seguro Social Cónyuge |
|---|---|---|---|---|
| | | | | |

| Dirección | Correo Electrónico | Teléfono |
|---|---|---|
| URB PARAISO DE COAMO 615 CALLE PAZ COAMO PR 00769 | afigueroa@apagpr.com | 787-405-5354 |

**Parte II - Información de la Planilla de Contribución sobre Ingresos de Individuos**

| | | |
|---|---|---|
| 1. Año Contributivo ......................................................... | | 2015 |
| 2. Ingreso Bruto Ajustado (Página 2, Encasillado 1, línea 5 de la planilla) ..... | | $ 38813 |
| 3. Contribución Determinada (Página 2, Encasillado 3, línea 19 de la planilla) ... | | $ 2087 |
| 4. Total de Contribución Retenida, Pagada y Crédito Reembolsable (Página 2, Encasillado 3, línea 23 E de la planilla) ........... | | $ 2640 |
| 5. Cantidad a Reintegrar (Página 1, línea 1D de la planilla) ..................... | | $ 553 |
| 6. Balance Pendiente de Pago (Página 1, línea 4 de la planilla) ................. | | $ 0 |

**Parte III - Designación de Especialista**

| Nombre del Especialista (en letra de molde) | Número de Seguro Social o Identificación Patronal |
|---|---|
| Antonio A Figueroa Alvarado | 66-0750323 |

| Nombre de la Firma o Negocio | Número de Registro |
|---|---|
| AP Advisory Group Corp | 6853 |

| Dirección Postal | Correo Electrónico | Teléfono |
|---|---|---|
| PO Box 52006 Toa Baja PR 00950-2006 | afigueroa@apagpr.com | 787-268-1616 |

**Actos Autorizados** – El Especialista está autorizado a radicar electrónicamente y a firmar de forma digital la Planilla de Contribución sobre Ingresos de Individuos del contribuyente para el año contributivo 2015

**Parte IV - Firma del Contribuyente** - Si rinde planilla conjunta tanto el contribuyente como el cónyuge deberán firmar esta Autorización.

Declaro bajo penalidad de perjurio que he examinado la copia electrónica de mi Planilla de Contribución sobre Ingresos de Individuos, los anejos y documentos que se acompañan para el año contributivo 2015 y que la misma es cierta, correcta y completa. Declaro que las cantidades de la Parte II, arriba indicados, son las mismas que se incluyen en la copia electrónica de mi Planilla de Contribución sobre Ingresos de Individuos. Autorizo al Especialista a radicar por medios electrónicos y a firmar de forma digital mi Planilla de Contribución sobre Ingresos de Individuos para el año contributivo indicado en esta Autorización.

| Firma del Contribuyente | Nombre (en letra de molde) | Fecha |
|---|---|---|
| | LUIS ORTIZ OCASIO | 13-04-2016 |
| Firma del Cónyuge | Nombre (en letra de molde) | Fecha |
| | | |

**Si esta Autorización no está firmada y fechada la misma no será válida.**

Período de Conservación: Diez (10) años.

NUMERO DE CONFIRMACION:: 04132016104A1559D82008876

*Watermark: CADO ELECTRÓNICAMENTE*

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

| | | INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
|---|---|---|---|
| 1. Nombre - First Name **LUIS** | 3. Núm. Seguro Social Social Security No. | 7. Sueldos - Wages 38460.00 | 17. Total Sueldos Seguro Social Social Security Wages |
| Apellido(s) - Surname(s) **ORTIZ OCASIO** | | 8. Comisiones - Commissions 0.00 | 0.00 |
| | 4. Núm. de Ident. Patronal Employer Ident. No. (EIN) **660433481** | 9. Concesiones - Allowances 0.00 | 18. Seguro Social Retenido Social Security Tax Withheld |
| Dirección Postal del Empleado-Employee's Mailing Address **PO BOX 3078 JUNCOS, PR 00777** | 5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage 0.00 | 10. Propinas - Tips 0.00 | 0.00 |
| | | 11. Total=7+8+9+10 38460.00 | 19. Total Sueldos y Pro. Medicare Medicare Wages and Tips |
| 2. Nombre y Dirección Postal del Patrono Employer's Name and Mailing Address | 6. Donativos Charitable Contributions | 12. Gastos Reemb. y Beneficios Marginales Reimb. Expenses and Fringe Benefits | 38460.00 |
| **DEPT DE EDUCACION-CLASIFICADOS AVE. TENIENTE CESAR GONZALEZ ESQUINA CALAF HATO REY, PR 00919** | 0.00 | 0.00 | |
| | Patrono: - Employer: * Envíe a: - Send to: Social Security Administration Data Operations Center Wilkes-Barre, PA 18769-0001 Con la With the W-3PR | 13. Cont. Retenida - Tax Withheld 1916.88 | 20. Contrib. Medicare Retenida Medicare Tax Withheld |
| | | 14. Fondo de Retiro Gubernamental Governmental Retirement Fund 3407.52 | 557.67 |
| Número de Teléfono del Patrono Employer's Telephone Number | * Envíe al Departamento de Hacienda electrónicamente Send to Department of the Treasury electronically (www.hacienda.pr.gov) | 15. Aportaciones a Planes Cualific. Contributions to CODA PLANS 0.00 | 21. Propinas Seguro Social Social Security Tips |
| Fecha Cese de Operaciones: Cease of Operations Date: Día Day Mes Month Año Year | | | 0.00 |
| Número Confirmación de Radicación Electrónica Electronic Filing Confirmation Number **S150008** | * Entregue dos copias al empleado Deliver two copies to employee * Conserve copia para sus récords Keep copy for your records | 16. Salarios Exentos (Ver instrucciones) Exempt Salaries (See instructions) 0.00 | 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips |
| | | 16A. Código de Salarios Exentos Exempt Salaries Code | 0.00 |
| Número Control - Control Number **004958540** | Año: Year: **2015** | 16B. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program | 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips |
| Fecha de radicación: 31 de enero - Filing date: January 31 | | | 0.00 |

Reproducido por: Departamento de Hacienda

Formato Form 499R-2/W-2 PR Rev. 08.15

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

| | | INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
|---|---|---|---|
| 1. Nombre-First Name **LUIS** | 3. Núm. Seguro Social Social Security No. | 7. Sueldos - Wages 38460.00 | 17. Total Sueldos Seguro Social Social Security Wages |
| Apellido(s) - Surname(s) **ORTIZ OCASIO** | | 8. Comisiones - Commissions 0.00 | |
| | 4. Núm. de Ident. Patronal Employer Ident. No. (EIN) **660433481** | 9. Concesiones - Allowances 0.00 | 18. Seguro Social Retenido Social Security Tax Withheld |
| Dirección Postal del Empleado-Employee's Mailing Address **PO BOX 3078 JUNCOS, PR 00777** | 5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage 0.00 | 10. Propinas - Tips 0.00 | 0.00 |
| | | 11. Total=7+8+9+10 38460.00 | 19. Total Sueldos y Pro. Medicare Medicare Wages and Tips |
| 2. Nombre y Dirección Postal del Patrono Employer's Name and Mailing Address | 6. Donativos Charitable Contributions | 12. Gastos Reemb. y Beneficios Marginales Reimb. Expenses and Fringe Benefits | 38460.00 |
| **DEPT DE EDUCACION-CLASIFICADOS AVE. TENIENTE CESAR GONZALEZ ESQUINA CALAF HATO REY, PR 00919** | 0.00 | 0.00 | |
| | Patrono: - Employer: * Envíe a: - Send to: Social Security Administration Data Operations Center Wilkes-Barre, PA 18769-0001 Con la With the W-3PR | 13. Cont. Retenida - Tax Withheld 1916.88 | 20. Contrib. Medicare Retenida Medicare Tax Withheld |
| | | 14. Fondo de Retiro Gubernamental Governmental Retirement Fund 3407.52 | 557.67 |
| Número de Teléfono del Patrono Employer's Telephone Number | * Envíe al Departamento de Hacienda electrónicamente Send to Department of the Treasury electronically (www.hacienda.pr.gov) | 15. Aportaciones a Planes Cualific. Contributions to CODA PLANS 0.00 | 21. Propinas Seguro Social Social Security Tips |
| Fecha Cese de Operaciones: Cease of Operations Date: Día Day Mes Month Año Year | | | 0.00 |
| Número Confirmación de Radicación Electrónica Electronic Filing Confirmation Number **S150008** | * Entregue dos copias al empleado Deliver two copies to employee * Conserve copia para sus récords Keep copy for your records | 16. Salarios Exentos (Ver instrucciones) Exempt Salaries (See instructions) 0.00 | 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips |
| | | 16A. Código de Salarios Exentos Exempt Salaries Code | 0.00 |
| Número Control - Control Number **004958540** | Año: Year: **2015** | 16B. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program 0.00 | 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips |
| Fecha de radicación: 31 de enero - Filing date: January 31 | | | 0.00 |

Reproducido por Departamento de Hacienda

Formulario 482   Rev. 16 nov 16

# FORMA ÚNICA

| Liquidador | Revisor |
|---|---|

**2016**   ESTADO LIBRE ASOCIADO DE PUERTO RICO   **2016**
DEPARTAMENTO DE HACIENDA

PLANILLA DE CONTRIBUCIÓN SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2016 O AÑO COMENZADO EL

| R | G | RO | V1 | V2 | P1 | P2 | N | D1 | D2 | E | A | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

01 de 01 de 2016 Y TERMINADO EL 31 de 12 de 2016

**Número de Serie**

○ PLANILLA ENMENDADA
○ FALLECIDO DURANTE EL AÑO:   Día  Mes  Año
   ○ CONTRIBUYENTE   ○ CÓNYUGE
○ CÓNYUGE SUPÉRSTITE RINDE OTRA PLANILLA PARA
   EL AÑO CONTRIBUTIVO (Indique seguro social y
   fecha de defunción del cónyuge fallecido:
   __Día__ __Mes__ __Año__)

**Sello de Recibido**

13/04/2017 11:28:15 AM

| Nombre del Contribuyente | Inicial | Apellido Paterno | Apellido Materno |
|---|---|---|---|
| LUIS | | ORTIZ | OCASIO |

Dirección Postal

URB PARAISO DE COAMO

615 CALLE PAZ

COAMO                  PR    Código Postal 00769

Número de Seguro Social Contribuyente

| Fecha de Nacimiento | Sexo |
|---|---|
| Día  Mes  Año | ○ M   ○ F |

Número de Seguro Social Cónyuge

| Fecha de Nacimiento del Cónyuge | Sexo |
|---|---|
| Día  Mes  Año | ○ M   ○ F |

Nombre e Inicial del Cónyuge   Apellido Paterno   Apellido Materno

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)

URB PARAISO DE COAMO

615 CALLE PAZ

COAMO                  PR    Código Postal 00769

Correo Electrónico (E-Mail) afigueroa@apaqpr.com

Teléfono Residencia
(787-405-5354

Teléfono del Trabajo

CAMBIO DE DIRECCIÓN: ○ SÍ ● No

SOLICITÓ PRÓRROGA: ○ SÍ ● No

## Cuestionario

| | SÍ | NO | |
|---|---|---|---|
| A. | ○ | ○ | ¿Ciudadano de Estados Unidos? (Véanse instrucciones) |
| B. | ○ | ○ | ¿Residente de Puerto Rico durante todo el año? |

Si contestó "No", indique una de las siguientes:
1. ○ Fecha de mudanza a P.R. (Día___ Mes___ Año___)
2. ○ Fecha de mudanza fuera de P.R. (Día___ Mes___ Año___)
3. ○ No residente durante todo el año

C. ○ ¿Generó ingresos fuera del periodo de residencia en P.R. que no se incluyen en esta planilla? (Si contestó "SI", indique la cantidad):
1. ○ Atribuible al contribuyente $_____
2. ○ Atribuible al cónyuge $_____

D. ○ ¿Otros ingresos excluidos o exentos de contribución?
(Someta Anejo IE Individuo)

E. ○ ¿Individuo residente inversionista? (Someta Anejo F1 Individuo)

F. ○ ¿Socio de una sociedad sujeta a tributación bajo el Código de Rentas Internas Federal?

G. ○ ¿Militar activo en zona de combate durante el año contributivo?
(Fecha en que cesó en el servicio: Día___ Mes___ Año___)

Su ocupación Maestro de Escuela   6110   Ocupación cónyuge

**H. FUENTE DE MAYOR INGRESO:**
1. ● Empleado del Gobierno, Municipios o Corporaciones Públicas
2. ○ Empleado del Gobierno Federal
3. ○ Empleado de Empresa Privada
4. ○ Retirado/Pensionado
5. ○ Trabajo Cuenta Propia (Indique la industria o negocio principal)
6. ○ Otro _____

**I. ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:**
1. ○ Casado
   (Ennegrezca aquí ○ si se acoge al cómputo opcional y pase al Anejo CO Individuo)
2. ● Contribuyente individual
   (Enegrezca e indique nombre y seguro social del cónyuge si es:
   ○ Casado con capitulaciones de total separación de bienes
   ○ Casado que no vivía con su cónyuge)
3. ○ Casado que rinde por separado
   (Indique nombre y seguro social del cónyuge arriba)

| CONTRATO GOBIERNO: | |
|---|---|
| ○ Contribuyente | ○ Cónyuge |

PASE A LA PÁGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.

## Reintegro

| | | | (01) | 357 | 00 |
|---|---|---|---|---|---|
| 1. CONTRIBUCIÓN PAGADA EN EXCESO (Encasillado 3, línea 29. Indique distribución en las líneas A, B, C y D) | | | ● (01) | | |
| A) Acreditar a la contribución estimada 2017 | | (02) | | | 00 |
| B) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan | | (03) | | | 00 |
| C) Aportación al Fondo Especial para la Universidad de Puerto Rico | | (04) | | | 00 |
| D) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado de Depósito) | | (05) | | 357 | 00 |

## Pago

| | | | | |
|---|---|---|---|---|
| 2. TOTAL NO PAGADO DE LA CONTRIBUCIÓN (Encasillado 3, línea 29) | (06) | | | 00 |
| 3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado | (07) | | | 00 |
| (b) Intereses | (08) | | | 00 |
| (c) Recargos _____ y Penalidades _____ | (09) | | | 00 |
| 4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a) más líneas 3(b) y 3(c)) | (10) | | 0 | 00 |

**AUTORIZACIÓN PARA DEPÓSITO DIRECTO DE REINTEGRO**

## Depósito

Tipo de cuenta   ○ Cheques   ○ Ahorros

Número de ruta/tránsito [         ]   Número de su cuenta [         ]

Cuenta a nombre de: _____ y _____
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que he examinado la información incluida en esta planilla, anejos y documentos que se acompañan, y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

| Firma del Contribuyente | Fecha | Firma del Cónyuge | Fecha |
|---|---|---|---|
| ✓ FIRMADA ELECTRONICAMENTE | 13/04/2017 | ✓ | |

| Nombre del Especialista (Letra de Molde) | Nombre de la Firma o Negocio |
|---|---|
| Antonio A Figueroa Alvarado | AP Advisory Group Corp |

| Firma del Especialista | Fecha | Especialista por cuenta propia (enegrezca aquí) | Número de Registro |
|---|---|---|---|
| ✓ FIRMADA ELECTRONICAMENTE | 13/04/2017 | | 6853 |

NOTA AL CONTRIBUYENTE: Indique si hizo pagos por la preparación de su planilla: ○ Sí ○ No. Si contestó "Sí", exija la firma y el número de registro del Especialista.

Periodo de Conservación: Diez (10) años

NÚMERO DE CONFIRMACION: 0413201710329C657D1515363

Rev. 16 nov 16                                                                                                Formulario 482 - Página 2

| Si se acoge al cómputo opcional de la contribución en el caso de personas casadas que viven juntas y rinden planilla conjunta, no complete los Encasillados 1 y 2, ni las líneas 14 a la 20 del Encasillado 3, y pase al Anejo CO Individuo. |
|---|

### Encasillado 1

**1. Sueldos, Comisiones, Concesiones y Propinas**

| | A-Contribución Retenida | B-Sueldos, Comisiones, Concesiones y Propinas |
|---|---|---|
| SUMINISTRE LOS COMPROBANTES DE RETENCIÓN (Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique). | 1916 00 | 38460 00 |
| | 00 | 00 |
| | 00 | 00 |
| Total de comprobantes con esta planilla  (02) | 1 | (02) 1916 00 | (04) 38460 00 |

C- Salarios del Gobierno Federal (Total de Formularios W-2 con esta planilla ...) `0`   Salarios Exentos bajo Ley 135-2014 (03) `0` 00   Contribución Retenida (03) `0` 00   Salarios Federales (05) `0` 00

**2. Otros Ingresos (o Pérdidas):**

| | | |
|---|---|---|
| A) Distribuciones totales de planes de retiro cualificados (Anejo D Individuo, Parte IV, línea 24) | (06) | 0 00 |
| B) Ganancia (o pérdida) en la venta o permuta de activos de capital (Anejo D Individuo, Parte V, línea 34 o 35, según aplique) | (07) | 0 00 |
| C) Intereses (Anejo FF Individuo, Parte I, línea 5) | (08) | 0 00 |
| D) Dividendos de corporaciones (Anejo FF Individuo, Parte II, línea 4) | (09) | 0 00 |
| E) Distribuciones de Planes Gubernamentales (Anejo F Individuo, Parte II, línea 3) | (10) | 0 00 |
| F) Distribuciones de Cuentas de Retiro Individual y Cuentas de Aportación Educativa (Anejo F Individuo, Parte I, línea 2) | (11) | 0 00 |
| G) Otros ingresos (Anejo F Individuo, Parte V, línea 4 y Anejo FF Individuo, Parte II, línea 4) | (12) | 0 00 |
| H) Ingresos de anualidades y pensiones (Anejo H Individuo, Parte II, línea 16) | (13) | 0 00 |
| I) Ganancia (o pérdida) atribuible a industria o negocio (Anejo K Individuo, Parte II, línea 12) | (14) | 0 00 |
| J) Ganancia (o pérdida) atribuible a la agricultura (Anejo L Individuo, Parte II, línea 14) | (15) | 0 00 |
| K) Ganancia (o pérdida) atribuible a profesiones y comisiones (Anejo M Individuo, Parte II, línea 8) | (16) | 331 00 |
| L) Ganancia (o pérdida) atribuible a alquiler (Anejo N Individuo, Parte II, línea 9) | (17) | 0 00 |
| M) Dividendos de Fondo de Capital de Inversión o de Turismo (Someta Anejo Q1) | (18) | 0 00 |
| N) Ganancia neta de capital a largo plazo en Fondos de Inversión (Someta Anejo Q1) | (20) | 0 00 |
| O) Participación distribuible en beneficios de sociedades, sociedades especiales y corporaciones de individuos (Someta Anejo R Ind.) | (20) | 0 00 |
| P) Distribuciones de planes de compensación diferida y/o de retiro cualificados (parciales o totales no por separación de servicio o terminación del plan) (Anejo F Individuo, Parte III o IV, línea 1, según aplique) | (21) | 0 00 |
| Q) Ingreso de salarios, jornales, compensaciones o espectáculos públicos recibidos por un individuo no residente (Formulario 480.6C) (23) | (24) | 0 00 |
| R) Pensión recibida por divorcio o separación (Núm. seguro social del que paga: _____ ) | (24) | 0 00 |
| **3. Total de Ingresos** (Sume líneas 1B, 1C y 2A a la 2R) | (25) | 38791 00 |
| **4.** Pensión Pagada por Divorcio o Separación (Núm. seg. soc. del que la recibe: _____ ) (26) (Núm. sentencia _____ ) (27) | (29) | 0 |
| **5. Ingreso Bruto Ajustado** (Línea 3 menos línea 4) | (29) | 38791 00 |

### Encasillado 2

| | | |
|---|---|---|
| **6.** Total de Deducciones (Anejo A Individuo, Parte I o Parte II, línea 6) | (03) (02) | 3407 00 |
| **7.** Exención Personal (Casado - $7,000; Contribuyente individual - $3,500; Casado que rinde separado - $3,500) | (02) | 3500 00 |
| **8.** Exención por Dependientes (Complete el Anejo A1 Ind., véanse instrucciones): A) (03) `0` x $2,500 (05) `0` 00 | | |
|      Custodia compartida o casado que rinde separado → B) (04) `0` x $1,250 (06) `0` 00 | | |
|      Total Exención por Dependientes (Sume líneas 8A y 8B) | (07) | 0 00 |
| **9.** Exención Personal Adicional para Veteranos ($1,500 por veterano. Si ambos cónyuges son veteranos, $3,000) | (08) | 0 00 |
| **10.** Total Deducciones y Exenciones (Sume líneas 6 a la 9) | (09) | 6907 00 |
| **11.** Ingreso neto antes de la deducción por Ley 185-2014 (Línea 5 menos línea 10. Si la línea 10 es mayor que la línea 5, anote cero) | (10) | 31884 00 |
| **12.** Deducción admisible bajo la Ley 185-2014 (Véanse instrucciones) | (11) | 0 |
| **13. INGRESO NETO SUJETO A CONTRIBUCIÓN** (Línea 11 menos línea 12. Si la línea 12 es mayor que la línea 11, anote cero) | (12) | 31884 00 |

### Encasillado 3

| | | |
|---|---|---|
| **14. CONTRIBUCIÓN:** (21) ⬤ 1 Según Tabla ◯ 2 Tasas preferenciales (Anejo A2 Ind.) ◯ 3 Extranjero no residente ◯ 4 Modelo SC 2668 | (22) | 2084 00 |
| **15.** Cantidad de Ajuste Gradual (Determine este ajuste si la cantidad reflejada en línea 13 o en el Anejo A2 Ind. línea 11 es mayor de $500,000) (Anejo P Ind., línea 7) | (23) | 0 |
| **16. CONTRIBUCIÓN REGULAR ANTES DEL CRÉDITO** (Sume líneas 14 y 15) | (24) | 2084 00 |
| **17.** Crédito por contribuciones pagadas a países extranjeros, los Estados Unidos, sus territorios y posesiones (Someta Anejo C Individuo) (Véanse inst.) | (25) | 0 |
| **18. CONTRIBUCIÓN REGULAR NETA** (Línea 16 menos línea 17) | (26) | 2084 00 |
| **19.** Exceso de la Contribución Básica Alterna Neta sobre la Contribución Regular Neta (Anejo O Individuo, Parte II, línea 7) (Véanse instrucciones) | (27) | 0 |
| **20.** Crédito por contribución básica alterna (Anejo O Individuo, Parte III, línea 4) | (28) | 0 |
| **21. TOTAL CONTRIBUCIÓN DETERMINADA** (Sume líneas 18 y 19 menos línea 20 o cantidad del Anejo CO Individuo, según aplique) | (29) | 2084 00 |
| **22.** Recobro de crédito reclamado en exceso (Anejo B Individuo, Parte I, línea 3) | (31) | 0 |
| **23.** Créditos contributivos (Anejo B Individuo, Parte II, línea 28) | (32) | 0 |
| **24. RESPONSABILIDAD CONTRIBUTIVA** (Sume líneas 21 y 22 menos línea 23. Si es menos de cero, anote cero) | (32) | 2084 00 |
| **25. CONTRIBUCIÓN RETENIDA, PAGADA Y CRÉDITO REEMBOLSABLE:** | | |
|      A) Mediante retención sobre salarios (de las líneas 1A y 1C del Encasillado 1 o líneas 1A y 2A del Anejo CO Individuo) .... (33) | | 1916 00 |
|      B) Otros pagos y retenciones (Anejo B Individuo, Parte III, línea 22) (34) | | 525 00 |
|      C) Crédito de la Oportunidad Americana (Someta Anejo B2 Individuo) (No aplica a casados que rinden separado). (35) | | 0 00 |
|      D) Cantidad pagada con prórroga automática (36) | | |
|      E) Total Contribución Retenida, Pagada y Crédito Reembolsable (Sume líneas 25A a la 25D) | (37) | 2441 00 |
| **26. TOTAL NO PAGADO DE LA CONTRIBUCIÓN** (Si la línea 25E es mayor que la línea 24, anote la diferencia aquí, de lo contrario en la línea 27) | (38) | |
| **27.** Exceso de Contribución Retenida, Pagada y Crédito Reembolsable | (39) | 357 00 |
| **28.** Adición a la Contribución por Falta de Pago de la Contribución Estimada (Anejo T Individuo, Parte II, línea 21) | (40) | |
| **29. BALANCE:** • Si línea 27 es mayor que la suma de líneas 26 y 28, usted tiene un sobrepago. Anote diferencia aquí y en línea 1 de página 1. | | |
|      • Si línea 27 es menor que la suma de líneas 26 y 28, usted tiene un balance pendiente de pago. Anote diferencia aquí y en línea 2 de página 1. | | |
|      • Si diferencia entre línea 27 y la suma de líneas 26 y 28 es igual a cero, anote cero aquí y pase a firmar su planilla en la página 1. | (50) | 357 00 |

| LA CANTIDAD REFLEJADA EN LA LÍNEA 29 DEBERÁ TRASLADARSE A LA LÍNEA CORRESPONDIENTE DE LA PÁGINA 1. |
|---|

Período de Conservación: Diez (10) años

Formulario
Form 499R-2/W-2 PR
Rev. 08.16

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

| | INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
|---|---|---|
| **1. Nombre - First Name** LUIS | **3. Núm. Seguro Social** Social Security No. | **7. Sueldos - Wages** 38460.00 | **17. Total Sueldos Seguro Social** Social Security Wages 0.00 |
| **Apellido(s) - Surname(s)** ORTIZ OCASIO | | **8. Comisiones - Commissions** 0.00 | |
| **Dirección Postal del Empleado-Employee's Mailing Address** PO BOX 3078 JUNCOS, PR 00777 | **4. Núm. de Ident. Patronal** Employer Ident. No. (EIN) 660433481 | **9. Concesiones - Allowances** 0.00 | **18. Seguro Social Retenido** Social Security Tax Withheld 0.00 |
| | **5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage** 0.00 | **10. Propinas - Tips** 0.00 | |
| **Fecha de Nacimiento** Día 06 Mes 08 Año 1967 Date of Birth Day Month Year | | **11. Total=7+8+9+10** 38460.00 | **19. Total Sueldos y Pro. Medicare** Medicare Wages and Tips 38460.00 |
| **2. Nombre y Dirección Postal del Patrono** Employer's Name and Mailing Address DEPT DE EDUCACION-CLASIFICADOS AVE. TENIENTE CESAR GONZALEZ ESQUINA CALAF HATO REY, PR 00919 | **6. Donativos** Charitable Contributions 0.00 | **12. Gastos Reemb. y Beneficios Marginales** Reimb. Expenses and Fringe Benefits 0.00 | **20. Contrib. Medicare Retenida** Medicare Tax Withheld 557.67 |
| | Patrono: - Employer: • Envíe a: - Send to: Social Security Administration Data Operations Center Wilkes-Barre, PA 18769-0001 Con la With the W-3PR | **13. Cont. Retenida - Tax Withheld** 1916.88 | |
| | | **14. Fondo de Retiro Gubernamental** Governmental Retirement Fund 3407.52 | |
| **Número de Teléfono del Patrono** Employer's Telephone Number | • Envíe al Departamento de Hacienda electrónicamente Send to Department of the Treasury electronically (www.hacienda.pr.gov) | **15. Aportaciones a Planes Cualific.** Contributions to CODA PLANS 0.00 | **21. Propinas Seguro Social** Social Security Tips 0.00 |
| **Fecha Cese de Operaciones:** Día Mes Año Cease of Operations Day: Day Month Year | • Entregue dos copias al empleado Deliver two copies to employee • Conserve copia para sus records Keep copy for your records | Salarios Exentos (Ver instrucciones) Exempt Salaries (See instructions) 16. Código/Code 0.00 | **22. Seguro Social no Retenido en Propinas - Uncollected** Social Security Tax on Tips 0.00 |
| **Número Confirmación de Radicación Electrónica** Electronic Filing Confirmation Number S160021 | | 16A. Código/Code 0.00 | |
| **Número Control - Control Number** 006272459 | **Año:** **Year:** **2016** | **16B. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program** 0.00 | **23. Contrib. Medicare no Retenida en Propinas - Uncollected** Medicare Tax on Tips 0.00 |
| **Fecha de radicación: 31 de enero - Filing date: January 31** | | |

Reproducido por: Departamento de Hacienda

Formulario
Form 499R-2/W-2 PR
Rev. 08.16

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

| | INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
|---|---|---|
| **1. Nombre-First Name** LUIS | **3. Núm. Seguro Social** Social Security No. | **7. Sueldos - Wages** 38460.00 | **17. Total Sueldos Seguro Social** Social Security Wages 0.00 |
| **Apellido(s) - Surname(s)** ORTIZ OCASIO | | **8. Comisiones - Commissions** 0.00 | |
| **Dirección Postal del Empleado-Employee's Mailing Address** PO BOX 3078 JUNCOS, PR 00777 | **4. Núm. de Ident. Patronal** Employer Ident. No. (EIN) 660433481 | **9. Concesiones - Allowances** 0.00 | **18. Seguro Social Retenido** Social Security Tax Withheld 0.00 |
| | **5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage** 0.00 | **10. Propinas - Tips** 0.00 | |
| **Fecha de Nacimiento** Día 06 Mes 08 Año 1967 Date of Birth Day Month Year | | **11. Total=7+8+9+10** 38460.00 | **19. Total Sueldos y Pro. Medicare** Medicare Wages and Tips 38460.00 |
| **2. Nombre y Dirección Postal del Patrono** Employer's Name and Mailing Address DEPT DE EDUCACION-CLASIFICADOS AVE. TENIENTE CESAR GONZALEZ ESQUINA CALAF HATO REY, PR 00919 | **6. Donativos** Charitable Contributions 0.00 | **12. Gastos Reemb. y Beneficios Marginales** Reimb. Expenses and Fringe Benefits 0.00 | **20. Contrib. Medicare Retenida** Medicare Tax Withheld 557.67 |
| | Patrono: - Employer: • Envíe a: - Send to: Social Security Administration Data Operations Center Wilkes-Barre, PA 18769-0001 Con la With the W-3PR | **13. Cont. Retenida - Tax Withheld** 1916.88 | |
| | | **14. Fondo de Retiro Gubernamental** Governmental Retirement Fund 3407.52 | |
| **Número de Teléfono del Patrono** Employer's Telephone Number | • Envíe al Departamento de Hacienda electrónicamente Send to Department of the Treasury electronically (www.hacienda.pr.gov) | **15. Aportaciones a Planes Cualific.** Contributions to CODA PLANS 0.00 | **21. Propinas Seguro Social** Social Security Tips 0.00 |
| **Fecha Cese de Operaciones:** Día Mes Año Cease of Operations Day: Day Month Year | • Entregue dos copias al empleado Deliver two copies to employee • Conserve copia para sus records Keep copy for your records | Salarios Exentos (Ver instrucciones) Exempt Salaries (See instructions) 16. Código/Code 0.00 | **22. Seguro Social no Retenido en Propinas - Uncollected** Social Security Tax on Tips 0.00 |
| **Número Confirmación de Radicación Electrónica** Electronic Filing Confirmation Number S160021 | | 16A. Código/Code 0.00 | |
| **Número Control - Control Number** 006272459 | **Año:** **Year:** **2016** | **16B. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program** 0.00 | **23. Contrib. Medicare no Retenida en Propinas - Uncollected** Medicare Tax on Tips 0.00 |
| **Fecha de radicación: 31 de enero - Filing date: January 31** | | |

Reproducido por: Departamento de Hacienda

Formulario 482  Rev. 4 dic 17

# FORMA ÚNICA
Liquidador    Revisor

**2017**          GOBIERNO DE PUERTO RICO
                  DEPARTAMENTO DE HACIENDA          **2017**

PLANILLA DE CONTRIBUCIÓN SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2017 O AÑO COMENZADO EL

| R | G | RO | V1 | V2 | P1 | P2 | N | D1 | D2 | E | A | M |
|---|---|----|----|----|----|----|---|----|----|---|---|---|

01 de 01 de 2017 Y TERMINADO EL 31 de 12 de 2017

Número de Serie

○ PLANILLA ENMENDADA
○ FALLECIDO DURANTE EL AÑO:  Día  Mes  Año
○ CONTRIBUYENTE   ○ CÓNYUGE
○ CÓNYUGE SUPÉRSTITE RINDE OTRA PLANILLA PARA EL AÑO CONTRIBUTIVO (Indique seguro social y fecha de defunción del cónyuge fallecido):
___-___-___ ;Día__Mes__Año__)

Nombre del Contribuyente  Inicial  Apellido Paterno  Apellido Materno
LUIS            ORTIZ       OCASIO

Número de Seguro Social Contribuyente

Dirección Postal
URB PARAISO DE COAMO
615 CALLE PAZ
COAMO        PR    Código Postal 00769

Fecha de Nacimiento   Sexo
                      ○ M
                      ○ F

Número de Seguro Social Cónyuge

Fecha de Nacimiento  Sexo
del Cónyuge          ○ M
Día  Mes  Año        ○ F

Sello de Recibido

28/3/2018 3:52:19 PM

Nombre e Inicial del Cónyuge  Apellido Paterno  Apellido Materno

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)
URB PARAISO DE COAMO
615 CALLE PAZ
COAMO        PR    Código Postal 00769

Teléfono Residencia
(787-405-5354

Teléfono del Trabajo
(   )   -

CAMBIO DE DIRECCIÓN:  ○ Sí  ○ No

Correo Electrónico (E-Mail) afigueroa@apaqpr.com

SOLICITÓ PRÓRROGA:  ○ Sí  ○ No

CONTRATO GOBIERNO:  ○ Contribuyente  ○ Cónyuge

## Cuestionario

**SÍ  NO**

A. ○ ○ ¿Ciudadano de Estados Unidos? (Véanse instrucciones)
B. ○ ○ ¿Residente de Puerto Rico durante todo el año?
   Si contestó "No", indique una de las siguientes:
   1. ○ Fecha de mudanza a P.R. (Día___ Mes___ Año____)
   2. ○ Fecha de mudanza fuera de P.R. (Día___ Mes___ Año____)
   3. ○ No residente durante todo el año
C. ○ ○ ¿Generó ingresos fuera del período de residencia en P.R. que no se incluyen en esta planilla? (Si contestó "Sí", indique la cantidad):
   1. ○ Atribuible al contribuyente $_____
   2. ○ Atribuible al cónyuge $_____
D. ○ ○ ¿Otros ingresos excluidos o exentos de contribución?
   **(Someta Anejo IE Individuo)**
E. ○ ○ ¿Individuo residente inversionista? **(Someta Anejo F1 Individuo)**
F. ○ ○ ¿Socio de una sociedad sujeta a tributación bajo el Código de Rentas Internas Federal?
G. ○ ○ ¿Militar activo en zona de combate durante el año contributivo? (Fecha en que cesó en el servicio: Día___ Mes___ Año____)
H. ○ ○ ¿Médico cualificado bajo la Ley 14-2017?
   1. ○ Contribuyente (Núm. decreto _____)
   2. ○ Cónyuge (Núm. decreto _____)

**I. FUENTE DE MAYOR INGRESO:**

○ Empleado del Gobierno, Municipios o Corporaciones Públicas
○ Empleado del Gobierno Federal
○ Empleado de Empresa Privada
4. ○ Retirado/Pensionado
5. ○ Trabajo Cuenta Propia (Indique la industria o negocio principal)
6. ○ Otro _____

**J. ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:**

1. ○ Casado
   (Enngrezca aquí ○ si se acoge al cómputo opcional y pase al Anejo CO Individuo)
2. ○ Contribuyente individual
   (Enngrezca e indique nombre y seguro social del cónyuge si es:
   ○ Casado con capitulaciones de total separación de bienes
   ○ Casado que no vivía con su cónyuge)
3. ○ Casado que rinde por separado
   (Indique nombre y seguro social del cónyuge arriba)

Ocupación del contribuyente  Maestro de Escuel   6110

Ocupación del cónyuge _____

**PASE A LA PÁGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.**

## Reintegro

| | | | |
|---|---|---|---|
| 1. CONTRIBUCIÓN PAGADA EN EXCESO (Encasillado 3, línea 29. Indique distribución en las líneas A, B, C y D) ......**(01)** | (01) | 339 | 00 |
| A) Acreditar a la contribución estimada 2018 | (02) | | 00 |
| B) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan | (03) | | 00 |
| C) Aportación al Fondo Especial para la Universidad de Puerto Rico | (04) | | 00 |
| D) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado de Depósito) | (05) | 339 | 00 |

## Pago

| | | | |
|---|---|---|---|
| 2. TOTAL NO PAGADO DE LA CONTRIBUCIÓN (Encasillado 3, línea 29) | (06) | | 00 |
| 3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado | (07) | | 00 |
| (b) Intereses | (08) | | 00 |
| (c) Recargos y Penalidades | (09) | | 00 |
| 4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a) más líneas 3(b) y 3(c)) | (10) | 0 | 00 |

## Depósito

**AUTORIZACIÓN PARA DEPÓSITO DIRECTO DE REINTEGRO**

Tipo de cuenta          Número de ruta/tránsito          Número de su cuenta
○ Cheques  ○ Ahorros

Cuenta a nombre de: _____ y _____
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que he examinado la información incluida en esta planilla, anejos y documentos que se acompañan, y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

| Firma del Contribuyente | Fecha | Firma del Cónyuge | Fecha |
|---|---|---|---|
| ✓ FIRMADA ELECTRONICAMENTE | 28/3/2018 | ✓ | |
| Nombre del Especialista (Letra de Molde) | | Nombre de la Firma o Negocio | |
| Antonio A Figueroa Alvarado | | AP Advisory Group Corp | |
| Firma del Especialista | Fecha | Especialista por cuenta propia (enngrezca aquí) ○ | Número de Registro |
| ✓ FIRMADA ELECTRONICAMENTE | 28/3/2018 | | 6853 |

NOTA AL CONTRIBUYENTE: Indique si hizo pagos por la preparación de su planilla: Sí ___ No ___. Si contestó "Sí", exija la firma y el número de registro del Especialista.

Período de Conservación: Diez (10) años

NUMERO DE CONFIRMACION:: 032820180872B0842A1122396

Formulario
Form 499R-2/W-2PR
Rev. 07.17

**222**

GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
**COMPROBANTE DE RETENCIÓN - WITHHOLDING STATEMENT**

| | INFORMACIÓN PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION | INFORMACIÓN PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
|---|---|---|
| 1. Nombre - First Name<br><br>LUIS | 3. Núm. Seguro Social Social Security No. | 7. Sueldos - Wages<br>38,460.00 | 17. Total Sueldos Seguro Social Social Security Wages |
| | | 8. Comisiones - Commissions<br>0.00 | |
| Apellido(s) - Last Name(s)<br><br>A ORTIZ OCASIO | 4. Núm. de Ident. Patronal Employer Ident. No. (EIN)<br>660433481-081 | 9. Concesiones - Allowances<br>0.00 | 0.00 |
| Dirección Postal del Empleado - Employee's Mailing Address<br><br>PO BOX 3078 | 5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage<br>0.00 | 10. Propinas - Tips<br>0.00 | 18. Seguro Social Retenido Social Security Tax Withheld<br><br>0.00 |
| | | 11. Total = 7 + 8 + 9 + 10<br>38,460.00 | 19. Total Sueldos y Pro. Medicare Medicare Wages and Tips |
| JUNCOS PR 00777 | 6. Donativos Charitable Contributions | 12. Gastos Reemb. y Beneficios Marginales Reimb. Expenses and Fringe Benefits | 38,460.00 |
| Fecha de Nacimiento: Día Mes Año<br>Date of Birth: Day 6 Month 8 Year 1967 | | | |
| 2. Nombre y Dirección Postal del Patrono Employer's Name and Mailing Address<br><br>DEPT DE EDUCACION CLASIFICADOS<br>AVE. TENIENTE CESAR GO<br>ESQUINA CALAF<br>HATO REY PR 00919 | **Patrono: - Employer:**<br>• Envíe a - Send to:<br>Social Security Administration<br>Data Operations Center<br>Wilkes-Barre, PA 18769-0001<br>Con la<br>With the W-3PR<br>• Envíe al Departamento de Hacienda electrónicamente<br>Send to Department of the Treasury electronically<br>(www.hacienda.pr.gov) | 13. Cont. Retenida - Tax Withheld<br>1,917.99 | 20. Contrib. Medicare Retenida Medicare Tax Withheld |
| | | 14. Fondo de Retiro Gubernamental Governmental Retirement Fund<br>3,399.63 | 557.67 |
| | | 15. Aportaciones a Planes Cualific. Contributions to CODA PLANS<br>0.00 | 21. Propinas Seguro Social Social Security Tips<br><br>0.00 |
| Número de Teléfono del Patrono Employer's Telephone Number (787) 773-3508 | | Salarios Exentos (Ver instrucciones) Exempt Salaries (See Instructions) | |
| Fecha Cese de Operaciones: Día Mes Año<br>Cease of Operations Date: Day Month Year | • Entregue dos copias al empleado Deliver two copies to employee<br>• Conserve copia para sus récords Keep copy for your records | Código/Code<br>16. 0.00 | 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips<br><br>0.00 |
| Número Confirmación de Radicación Electrónica Electronic Filing Confirmation Number<br>S170008 | | Código/Code<br>16A. 0.00 | 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips |
| Número Control - Control Number<br><br>006994149 | Año:<br>Year: **2017** | 16B. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program<br>0.00 | 0.00 |
| **Fecha de radicación: 31 de enero - Filing date: January 31** | | | |

---

**INSTRUCCIONES PARA EL EMPLEADO**
**DEBERÁ SOMETER COPIA AL RENDIR SU PLANILLA**

De acuerdo al Código de Rentas Internas de Puerto Rico de 2011, según enmendado (Código), viene obligado a rendir planilla de contribución sobre ingresos todo individuo residente que:

• sea contribuyente individual o casado, si durante el año contributivo tuviere un ingreso bruto reducido por las exenciones de la Sección 1031.02 del Código mayor de $5,000;
• sea casado que vivía con su cónyuge y opte por rendir planilla separada, si durante el año contributivo tuviere un ingreso bruto reducido por las exenciones de la Sección 1031.02 del Código de $2,500 o más; o
• tenga ingreso neto sujeto a contribución básica alterna de $150,000 o más.

**PENALIDAD** – El Código dispone lo siguiente: Toda persona obligada bajo cualquier Subtítulo del Código a rendir una planilla, declaración, certificación o informe, que voluntariamente dejare de rendir dicha planilla, declaración, certificación o informe dentro del término o términos fijados por el Subtítulo correspondiente o por reglamentos, además de otras penalidades establecidas por el Código, incurrirá en delito menos grave, y en caso de convicción, será castigada con pena de multa no mayor de $5,000, o con pena de reclusión por un término máximo de 90 días, o ambas penas, a discreción del tribunal, más las costas del proceso. En aquellos casos en que cualquier persona voluntariamente dejare de rendir dicha planilla, declaración, certificación o informe (dentro de los términos fijados por el Subtítulo correspondiente o por reglamentos), con la intención de evadir o derrotar cualquier contribución impuesta por el Código, además de otras penalidades establecidas por el Código, incurrirá en un delito grave de tercer grado, y en caso de convicción, será sancionada con pena de reclusión la cual fluctuará entre tres años un día y ocho años. El Tribunal a su discreción podrá imponer la pena fija de reclusión establecida o pena de multa que no excederá de $20,000, o ambas penas, más las costas del proceso.

Retenga copia de este formulario para sus récords. Puede usarla para establecer su derecho a los beneficios de seguro social. Si su nombre, dirección o número de seguro social están incorrectos, informe el error a su patrono para que le complete un Formulario 499R-2c/W-2cPR.

**INSTRUCTIONS FOR THE EMPLOYEE**
**A COPY MUST BE SUBMITTED WITH YOUR RETURN**

Pursuant to the Puerto Rico Internal Revenue Code of 2011, as amended (Code), an income tax return must be filed by any resident individual who:

• is an individual or married taxpayer, who during the taxable year had gross income, reduced by the exemptions established in Code Section 1031.02, greater than $5,000;
• is a married individual who lived with his/her spouse, and elects to file separate returns, that during the taxable year had gross income, reduced by the exemptions established in Code Section 1031.02, of $2,500 or more; or
• has net income subject to alternate basic tax of $150,000 or more.

**PENALTY** – The Code provides the following: Every person required under any Subtitle of the Code to file a return, statement, certification or report, who willfully fails to file such return, statement, certification or report within the term or terms established by the corresponding Subtitle or by regulations, in addition to other penalties provided by the Code, shall be guilty of a misdemeanor, and upon conviction thereof, punished by a fine of not more than $5,000, or imprisonment for a term of not more than 90 days, or both penalties, at the discretion of the Court, plus the costs of prosecution. In the case of any person who willfully fails to file such return, statement, certification or report (within the terms established by the corresponding Subtitle or by regulations), with the intention to evade or defeat any tax imposed by the Code, in addition to other penalties provided by the Code, shall be guilty of a third degree felony, and upon conviction thereof, punished by imprisonment for a term ranging from three years and one day to eight years. The Court may impose, at its discretion, the fixed penalty of imprisonment provided or a fine of not more than $20,000, or both penalties, plus the costs of prosecution.

Keep copy of this form for your records. You can use it to prove your right to social security benefits. If your name, address or social security number is incorrect, inform this to your employer and request a Form 499R-2c/W-2cPR.

Formulario 482  Rev. 23 oct 18

| Liquidador | Revisor | | **2018** | GOBIERNO DE PUERTO RICO<br>DEPARTAMENTO DE HACIENDA | **2018** | Número de Serie |

**PLANILLA DE CONTRIBUCIÓN SOBRE INGRESOS DE INDIVIDUOS**
AÑO CONTRIBUTIVO 2018 O AÑO COMENZADO EL

| R | G | RO | V1 | V2 | P1 | P2 | N | D1 | D2 | E | A | M |

01 de 01 de 2018 Y TERMINADO EL 31 de 12 de 2018

○ PLANILLA ENMENDADA

○ FALLECIDO DURANTE EL AÑO: ___/___/___  Día Mes Año

| Nombre del Contribuyente | Inicial | Apellido Paterno | Apellido Materno | Número de Seguro Social Contribuyente |
| LUIS | | ORTIZ | OCASIO | |

○ CONTRIBUYENTE   ○ CÓNYUGE

**CÓNYUGE SUPÉRSTITE RINDE OTRA PLANILLA PARA EL AÑO CONTRIBUTIVO** (Indique seguro social y fecha de defunción del cónyuge fallecido:
___/___/___  Día Mes Año )

Dirección Postal

URB PARAISO DE COAMO

615 CALLE PAZ

COAMO          PR    Código Postal 00769

Fecha de Nacimiento
Día Mes Año

Sexo ○ M ○ F

Número de Seguro Social Cónyuge

Sello de Recibido

12/3/2019 3:47:43 PM

| Nombre e Inicial del Cónyuge | Apellido Paterno | Apellido Materno |

Fecha de Nacimiento del Cónyuge
Día Mes Año

Sexo ○ M ○ F

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)

URB PARAISO DE COAMO

615 CALLE PAZ

COAMO          PR  [ ]  Código Postal 00769

Teléfono Residencia
787-403-5354
Teléfono del Trabajo

○ CAMBIO DE DIRECCIÓN: ○ Sí ● No

Correo Electrónico (E-Mail) planillas@apagpr.com

○ SOLICITÓ PRÓRROGA: ○ Sí ● No

CONTRATO GOBIERNO: ○ Contribuyente ○ Cónyuge

**Cuestionario**

SÍ NO

A. ● ○ ¿Ciudadano de Estados Unidos? (Véanse instrucciones)
B. ● ○ ¿Residente de Puerto Rico durante todo el año?
   Si contestó "No", indique una de las siguientes:
   1. ○ Fecha de mudanza a P.R. (Día___ ___ ___)
   2. ○ Fecha de mudanza fuera de P.R. (Día___ ___ ___)
   3. ○ No residente durante todo el año
C. ○ ● ¿Generó ingresos fuera del periodo de residencia en P.R. que no se incluyen en esta planilla? (Si contestó "Sí", indique la cantidad):
   1. ○ Atribuible al contribuyente $_____
   2. ○ Atribuible al cónyuge $_____
D. ○ ● ¿Otros ingresos excluidos o exentos de contribución? (Someta Anejo IE Individuo)
E. ○ ● ¿Individuo residente inversionista? (Someta Anejo F1 Individuo)
F. ○ ● ¿Socio de una sociedad sujeta a tributación bajo el Código de Rentas Internas Federal?
G. ○ ● ¿Militar activo en zona de combate durante el año contributivo? (Fecha en que cesó en el servicio: Día___ ___ ___)
H. ○ ● ¿Médico cualificado bajo la Ley 14-2017?
   1. ○ Contribuyente (Núm. decreto _____)
   2. ○ Cónyuge (Núm. decreto _____)

**I. FUENTE DE MAYOR INGRESO:**
1. ○ Empleado del Gobierno, Municipios o Corporaciones Públicas
2. ○ Empleado del Gobierno Federal
3. ○ Empleado de Empresa Privada
4. ○ Retirado/Pensionado
5. ○ Trabajo Cuenta Propia (Indique la industria o negocio principal)
6. ○ Otro

**J. ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:**
○ Casado (Enegrezca aquí ○ si se acoge al cómputo opcional y pase al Anejo CO Individuo)
● Contribuyente individual (Enegrezca e indique nombre y seguro social del cónyuge si es:
   ○ Casado con capitulaciones de total separación de bienes
   ○ Casado que no vivía con su cónyuge)
○ Casado que rinde por separado (Indique nombre y seguro social del cónyuge arriba)

Ocupación del contribuyente  Maestro de Escuela   6110
Ocupación del cónyuge  [ ]

**PASE A LA PÁGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.**

**Reintegro**

| | | | |
|---|---|---|---|
| 1. CONTRIBUCIÓN PAGADA EN EXCESO (Encasillado 3, línea 29). Indique distribución en las líneas A, B, C y D ........ 01 | (01) | 304 | 00 |
| A) Acreditar a la contribución estimada 2019 ........ | (02) | | 00 |
| B) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan ........ | (03) | | 00 |
| C) Aportación al Fondo Especial para la Universidad de Puerto Rico ........ | (04) | | 00 |
| D) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado de Depósito) ........ | (05) | 304 | 00 |

**Pago**

| | | | |
|---|---|---|---|
| 2. TOTAL NO PAGADO DE LA CONTRIBUCIÓN (Encasillado 3, línea 29) ........ | (06) | | 00 |
| 3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado ........ | (07) | | 00 |
| (b) Intereses ........ | (08) | | 00 |
| (c) Recargos ____ y Penalidades ........ | (09) | | 00 |
| 4. BALANCE PENDIENTE DE PAGO (Línea 2 menos 3(a) más líneas 3(b) y 3(c)) ........ | (10) | 0 | 00 |

**Depósito**

AUTORIZACIÓN PARA DEPÓSITO DIRECTO DE REINTEGRO

Tipo de cuenta
○ Cheques ● Ahorros

Número de ruta/tránsito
0 2 1 5 8 3 1 1 1

Número de su cuenta
0 0 1 0 0 8 4 2 9 [ ][ ][ ][ ][ ]

Cuenta a nombre de:  LUIS ORTIZ OCASIO _____ y _____
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que he examinado la información incluida en esta planilla, y anejos y documentos que se acompañan, y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

| Firma del Contribuyente | Fecha | Firma del Cónyuge | Fecha |
| ✓ FIRMADA ELECTRONICAMENTE | 12/3/2019 | ✓ | |

Formulario
Form 499R-2/W-2PR
Rev. 07.18

**222**

GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

**COMPROBANTE DE RETENCIÓN - WITHHOLDING STATEMENT**

| INFORMACIÓN PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION | | INFORMACIÓN PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION | |
|---|---|---|---|
| 7. Sueldos - Wages | 39,293.35 | 17. Total Sueldos Seguro Social Social Security Wages | 0.00 |
| 8. Comisiones - Commissions | 0.00 | | |
| 9. Concesiones - Allowances | 0.00 | 18. Seguro Social Retenido Social Security Tax Withheld | 0.00 |
| 10. Propinas - Tips | 0.00 | | |
| 11. Total = 7 + 8 + 9 + 10 | 39,293.35 | 19. Total Sueldos y Pro. Medicare Medicare Wages and Tips | 39,293.35 |
| 12. Gastos Reemb. y Beneficios Marginales | 0.00 | | |
| 13. Cont. Retenida - Tax Withheld | 1,999.54 | 20. Contrib. Medicare Retenida Medicare Tax Withheld | 569.75 |
| 14. Fondo de Retiro Gubernamental Governmental Retirement Fund | 3,482.52 | | |
| 15. Aportaciones a Planes Calificados Contributions to CODA PLANS | 0.00 | 21. Propinas Seguro Social Social Security Tips | 0.00 |
| Salarios Exentos (Ver instrucciones) Exempt Salaries (See Instructions) | | | |
| 16. Código/Code | 0.00 | 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0.00 |
| 16A. Código/Code | 0.00 | | |
| 16B. Código/Code | 0.00 | 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |
| 16C. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program | | | |

1. Nombre - First Name

LUIS A

Apellido(s) - Last Name(s)

ORTIZ OCASIO

Dirección Postal del Empleado - Employee's Mailing Address

PO BOX 3078

JUNCOS PR 00777

| Fecha de Nacimiento: Date of Birth: | Día Day 6 | Mes Month 8 | Año Year 1967 |
|---|---|---|---|

2. Nombre y Dirección Postal del Patrono
Employer's Name and Mailing Address

DEPT DE EDUCACION CLASIFICADOS
AVE. TENIENTE CESAR GO
ESQUINA CALAF
HATO REY, PR  00919-0000

Número de Teléfono del Patrono
Employer's Telephone Number

| Fecha Cese de Operaciones: Cease of Operations Date: | Día Day _____ | Mes Month _____ | Año Year _____ |
|---|---|---|---|

Número Confirmación de Radicación Electrónica
Electronic Filing Confirmation Number

F0717193216

Número Control - Control Number

180075728

Fecha de radicación:  31 de enero - Filing date: January 31

3. Núm. Seguro Social
Social Security No.

4. Núm. de Ident. Patronal
Employer Ident. No. (EIN)

66-0433481

5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage

0.00

6. Donativos
Charitable Contributions

0.00

**Patrono: - Employer:**
Indique si la remuneración incluye pagos al empleado por:
Indicate if the remuneration includes payments to the employee for:

A- ☐ Servicios prestados por un médico cualificado bajo la Ley 14-2017
Services rendered by a qualified physician under Act 14-2017

B- ☐ Servicios domésticos
Domestic services

C- ☐ Otros / Others: _____

Año:
Year:  **2018**



Sello



$120
02/08/2019
$1.00
Sello de Rentas Internas
SAC00063-2019-0208-45635000