Luis A. Ortiz Ocasio
Urb. Paraiso de Coamo 615
Calle Paz, Coamo, P.R. 00769

7018 0680 0000 9966 7540

U.S. POSTAGE PAID
ECM LG ENV
COAMO, PR
00769
FEB 15, 20
AMOUNT
$8.80
R2303S103139-09

Secretaria (Clerk's Office
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

RECEIVED & FILED
2020 FEB 18 PM 4: 39
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.