12 de febrero de 2020



Hon. Laura Taylor Swain

Tribunal de Distrito del los Estados Unidos

Distrito de Puerto Rico

Estimada Hon. Taylor:

    Saludos. En la misma presento mi reclamación de la replica sobre el pago de promesa a los maestros de Puerto Rico por la objeción global. Entendiendo que no se me ha realizado el pago correspondiente por mis años de servicio en el sistema público del Departamento de Educación de Puerto Rico,

MI nombre es José Manuel Álamo Cuevas

Resido en Calle 5  4L1o Villa del Rey 4ta. Sec. Caguas, Puerto Rico 00725

Telf. Cel. 787 457 8333

Email - juntosiempre71@hotmail.com

Reclamo los casos #

    17 BK 3283 -LTS  Ley Promesa Titulo III
1. 138930
2. 147357

La cantidad adeudad es de $60,000.00 para dichos casos reclamados.
Gracias por su atención.

Cordialmente,
José Álamo
787 457 8333