

# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

ATT: Ley Promesa

30 de enero de 2020

## CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | JOSE M. ALAMO CUEVAS |
| Seguro Social | : | |
| Categoría | : | MA. BELLAS ARTES (ARTES VISUALES) K-12 |
| Distrito Escolar | : | CAGUAS I_ |
| Sueldo Mensual | : | $3,635.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | Efectivo el 12 de octubre de 2016 |
| Renunció | : | N/A |
| Otros | : | Presto servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 30 años. Nuestro sistema de Recursos Humanos refleja que ocupó una plaza desde 10/10/1988. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.