José M. Alonso
Cuevas
Calle 5 4L10
Villa del Rey 4ta sec.
Caguas, P.R. 00725

RECEIVED & FILED
2020 FEB 18 PM 5:15
U.S. DI...
SAN JUAN...

14 FEB 2020 PM 1 L
SAN JUAN PR 009

Secretaría (Clerk's Office)
Tribunal del Distrito de los
Estados Unidos #150 Chardón Ave.
Federal Building
San Juan, P.R. 00918