UNITED STATED DISTRIC COURT FOR THE DISTRIC OF PUERTO RICO

RECEIVED & FILED
2020 FEB 18 PM 4: 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

| In re: | PROMESA |
|---|---|
| THE FINANCIAL OVERSIGHT AND MANAGEMENT | |
| BOARD FOR PUERTO RICO. | Tittle III |
| Debtors. | No. 17 BK 03283-LTS |

Reclamation

I, Vivian O. Correa Borrero, depose and say that I am employed by Govermment of Puerto Rico, the claims and agent for the Debtors in above- PROMESA, Tittle III cases.

This letter is accompanied with the evidence of claim that was made on December 21, 2018. The Oversight Board issued a restructuring certification pursuant to PROMESA sections 104 (j) and 304 (a), commencing a case under Tittle III thereof.

Date: February 11, 2020

Employed by Government of Puerto Rico

Department of Education

Signature, *Vivian O. Correa Borrero*

Vivian O. Correa Borrero