Vivian O. Correa Borrero
27250 Calle El Cubujon
Quebradillas P.R. 00678

RECEIVED & FILED
2020 FEB 18 PM 4: 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

7015 0640 0007 3193 2246



Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, PR 00918-1767