Claimant: Elsa Toledo Cajigas
Box 83, Angeles, P.R 00611
Tel. 787-222-4085
elsatoledo7@gmail.com

Tribunal de Distrito de Los Estados Unidos
Para el Distrito de Puerto Rico
Centésima Quincuagésima Objeción Global
Del Estado Libre Asociado de Puerto Rico

Debtors: Estado Libre Asociado de Puerto Rico
Gobierno de Puerto Rico
Departamento de Educación
No. 17 BK 3283-LTS

A quien pueda interesar:

Yo, Elsa Toledo Cajigas, me opongo a la Objection Global y valido mi reclamación 116480 justificando la misma con los documentos adjuntos.

Commencé a trabajar en el Departamento de Educación en el mes de septiembre del año 1991 y me acogí al retiro el 8 de junio del 2019. El 22 de julio del 2003 se aprobó la Ley 164, concediendo un aumento salarial de $100.00 mensuales, efectivo el 1ro de enero del 2004, el cual no fue honrado por el patrono lo que representa una deuda a mi favor a la fecha de mi retiro de $!8,500.00.

En total, el Departamento de Educación, por las dispocisiones establecidas en dicha ley me adeuda la suma de $18,500.00

Adjunto documentos que certifican la validez de estos reclamos.

Att.

*Elsa Toledo Cajigas*
Elsa Toledo Cajigas