**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Toledo Cajigas, Elsa | 116480 | 6/28/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Toledo Cajigas, Elsa | 116480 | 6/28/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

000957



# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

30 de enero de 2020

# CERTIFICACION

| | |
|---|---|
| Certifico que : | ELSA TOLEDO CAJIGAS |
| Seguro Social : | ###-##-#### |
| Categoría : | MAESTRO EDUC.ESPECIAL (K-12) |
| Distrito Escolar : | UTUADO |
| Sueldo Mensual : | $3,340.00 |
| Status : | PERMANENTE |
| Observaciones : | |
| Trabaja : | N/A |
| Cesó : | N/A |
| Renunció : | Efectivo el 7 de junio de 2019 |
| Otros : | Presto servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 28 años. Nuestro sistema de Recursos Humanos refleja que ocupó una plaza desde 09/23/1991. |

Candida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

# GOBIERNO DE PUERTO RICO
### Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof.ELSA TOLEDO CAJIGAS**, con número de seguro social que termina en **7236**.

| | |
|---|---|
| Fecha de Elegibilidad de la Pensión | 22 de noviembre de 2019 |
| Tiempo Cotizado para la Pensión | 29 años, 2 meses, 2 semana y 3 días |
| Fecha de Efectividad de la Renuncia | 21 de noviembre de 2019 |
| Fecha de Efectividad de la Pensión | 22 de noviembre de 2019 |
| Pensión Mensual Actual | $1,709.22 |

Esta certificación se expide hoy, **13 de febrero de 2020** en **San Juan, Puerto Rico**.

*Edgardo Negron Ramirez*
**Supervisor**
**Área de Servicios de Retiro**

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879



SRM
Sistema de Retiro para Maestros
Gobierno de Puerto Rico
Protegemos la Aportación al Futuro

| SHR_AJU_SRM | SISTEMA DE RETIRO PARA MAESTROS<br>Sistema de Aportaciones y Beneficios Integrados<br>PAGO DE PENSION - REAJUSTE DE PENSION | | 14-11-2019<br>12:18:42 PM<br>Página: 1 |

| SEGURO SOCIAL: | ###-##-#### | NUMERO SOLICITUD | 973702 |
| NOMBRE | ELSA TOLEDO CAJIGAS | FECHA RADICACION | 07-08-2019 |
| DIRECCIÓN | BOX 83 | REAJUSTE DE PENSION | |
| | ANGELES | | |
| | UTUADO, PR   00611 | PLAN DE PENSION | D - PERSONAL DOCENTE |
| | | EDAD 51.54 | |

INGRESO A NOMINA: 15-12-2019
SERVICIOS ACREDITADOS: 29  2  2  3
                       Años Meses Sem Días
COSTO ANUALIDAD: $90,584.58
RETROACTIVO: 08-06-2019 AL 30-11-2019

| | | PAGO GLOBAL | MENSUAL | ANUAL |
|---|---|---|---|---|
| | | $543.06 | $1,615.05 | |
| AUMENTO POR LEY: | | | $0.00 | |
| IMPORTE TOTAL (BRUTO) | | $543.06 | $1,709.22 | $20,510.64 |
| CONCEPTO | CLAVE | DESCUENTO | DESCUENTO | |
| PENSION PAGADA | | $0.00 | $0.00 | |
| PRESTAMOS: PERSONAL (PP ) | 47-000 | $0.00 | $106.95 | |
| CULTURAL (PC ) | 45-000 | $0.00 | $0.00 | |
| HIPOTECARIO (PH ) | 36-000 | $0.00 | $0.00 | |
| FINANZAS | 67-059 | $0.00 | $0.00 | |
| INSUFICIENCIA EN APORTACION | | $0.00 | $0.00 | |
| APORT. IND. 9% Caso: | 26-001 | $0.00 | $292.48 | |
| OTROS | | $0.00 | $0.00 | |
| TOTAL DESCUENTO | | $0.00 | $399.43 | |
| NETO | | $543.06 | $1,309.79 | |

BONOS  NAVIDAD (BNP): $0.00   VERANO (PBV): $0.00   MEDICAMENTO (PBM): $0.00

COMPUTADO POR: _____   FECHA: 14-nov-19
INTERVENIDO POR: _____   FECHA: _____
SUPERVISOR (PENSIONES): _____   FECHA: 20-nov-19
DIRECTOR: _____   FECHA: 20-nov-2019

INGRESADO A NOMINA POR: _____   FECHA: __/11/19
Mes: ___  ☒ 1ra  ☐ 2da                              NOV 14 2019
PAGO GLOBAL POR: _____   FECHA: 22/11/19
Mes: ___  ☒ 1ra  ☐ 2da   ☐ Off Cycle   ☒ Pay Line
SUPERVISOR (NOMINA): _____   FECHA: 26-11-19

Case:17-03283-LTS   Doc#:11419-1   Filed:02/18/20   Entered:02/20/20 17:09:31   Desc:
Exhibit   Page 5 of 7


**Estado Libre Asociado de Puerto Rico**
80 - DEPT DE EDUCACION-MAESTROS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 07/02/2007 |
| Hasta: | 07/13/2007 |

# Cheque: 08785861
Fecha: 07/13/2007

LSA TOLEDO CAJIGAS
03 BOX 20041
ECIBO PR  00612-9515

| | |
|---|---|
| # Empleado: | |
| Dept: | 8001032-Arecibo Hatillo |
| Oficina: | LUIS MUÑOZ RIVERA |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $2,455.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | | Claiming no personal exem |
| Concesiones: | 0 | |
| Pct. Adcl.: | | 0 |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| | | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| scripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| go de Salarios Regulares | 1,227.50 | | | 792.00 | 15,957.50 |
| Total: | | | 1,227.50 | 792.00 | 15,957.50 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed MED/EE | 17.79 | 231.38 |
| PR Withholdng | 87.27 | 1,134.51 |
| Total: | 105.06 | 1,365.89 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 110.48 | 1,436.24 |
| Total: | 110.48 | 1,436.24 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mac | 107.48 | 1,334.14 |
| AE-Asoc Emp ELA-Prest Regular | 28.24 | 367.12 |
| SM-First Medical Health Plan | 56.00 | 728.00 |
| SC-AMER FAM LIFE ASS CO | 24.60 | 319.80 |
| OS-FEDERACION DE MAESTROS | 8.00 | 104.00 |
| GPR Plan de Ahorros | 36.83 | 478.79 |
| Total: | 261.15 | 3,331.85 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 104.34 | 1,356.42 |
| FSED Disability Plan | 20.87 | 271.31 |
| SM-First Medical Health Plan | 0.00 | 720.00 |

* Tributable

## TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA

| | Total Bruto | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|
| Corriente: | 1,227.50 | 105.06 | 371.63 | 750.81 |
| Acumulado: | 15,957.50 | 1,365.89 | 4,768.09 | 9,823.52 |

## DISTRIBUCION PAGA NETA

| | |
|---|---|
| Cheque #08785861 | 750.81 |
| Total: | 750.81 |

## PAC HORAS  ACUM

Balance Inicial:  0.0
+ Acumulado:
- Utilizado:
- Donada:
  Ajustes:
Balance Final:  0.0

**MENSAJE:**

N 5309641

**Estado Libre Asociado de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

| Grupo de Pago: | SM -Quincenal | # Cheque: | 05822974 |
|---|---|---|---|
| Desde: | 08/02/2004 | | |
| Hasta: | 08/13/2004 | Fecha: | 08/13/2004 |

| ELSA TOLEDO CAJIGAS | # Empleado: | | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| HC 03 BOX 20041 | Dept: | 8001032-Arecibo Hatillo | Estado Civil: | | Claiming no personal exem |
| ARECIBO PR 00612-9515 | Oficina: | LUIS MU OZ RIVERA | Concesiones: | 0 | |
| | Titulo: | M.Educ.Especial | Pct. Adcl.: | | 0 |
| SS: | Sueldo: | $2,355.00 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS / IMPUESTOS

| | | Corriente | | Acumulado | | | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | | 1,177.50 | 912.00 | 16,762.50 | Fed MED/EE | 17.08 | 243.06 |
| | | | | | | PR Withholdng | 94.85 | 1,296.75 |
| Total: | | | 1,177.50 | 912.00 | 16,762.50 | Total: | 111.93 | 1,539.81 |

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| GPR Plan de Retiro de Maestro | 105.98 | 1,508.70 | SM-First Medical Health Plan | 53.50 | 929.50 | GPR Plan de Retiro de Maestro | 100.09 | 1,424.79 |
| | | | SC-AMER FAM LIFE ASS CO | 12.63 | 189.45 | FSED Disability Plan | 20.02 | 284.94 |
| | | | AS FED MAESTROS AFT | 8.00 | 120.00 | SM-First Medical Health Plan | 0.00 | 580.00 |
| | | | GPR Plan de Ahorros | 35.33 | 502.95 | | | |
| | | | RM-Prest Pers De Cuota-Ret Mae | 0.00 | 531.44 | | | |
| Total: | 105.98 | 1,508.70 | Total: | 109.46 | 2,273.34 | * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | | | | | |
|---|---|---|---|---|---|
| Corriente: | 1,177.50 | | 111.93 | 215.44 | 850.13 |
| Acumulado: | 16,762.50 | | 1,539.81 | 3,782.04 | 11,440.65 |

### FITHORAS ACUM / DISTRIBUCION PAGA NETA

| Balance Inicial: | 0.0 | | Cheque #05822974 | 850.13 |
|---|---|---|---|---|
| + Acumulado: | | | | |
| - Utilizado: | | | Total: | 850.13 |
| - Donada: | | | | |
| + Ajustes: | | | | |
| Balance Final: | 0.0 | | | |

**MENSAJE:**

**Estado Libre Asociado de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 09/12/2006 |
| Hasta: | 09/25/2006 |

# Cheque: 05561376
Fecha: 09/29/2006

ELSA TOLEDO CAJIGAS
HC 03 BOX 20041
ARECIBO PR 00612-9515
SS:

| | |
|---|---|
| # Empleado: | |
| Dept: | 8001032-Arecibo Hatillo |
| Oficina: | LUIS MUÑOZ RIVERA |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $2,455.00 Monthly |

| | |
|---|---|
| DATA IMP: | Federal PR |
| Estado Civil: | Claiming no personal exc |
| Concesiones: | 0 |
| Pct. Adcl.: | 0 |
| Cant. Adcl.: | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,227.50 | 1,080.00 | 22,095.00 |
| Licencia Enfermedad en Exceso | | | 0.00 | | 840.50 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed MED/EE | 17.79 | 332.50 |
| PR Withholdng | 101.85 | 1,903.24 |

| Total: | 1,227.50 | 1,080.00 | 22,935.50 | Total: | 119.64 | 2,235.80 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 110.48 | 1,988.64 |

## DEDUCCIONES ESPECIALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 75.93 | 1,366.74 |
| SM-First Medical Health Plan | 48.50 | 873.00 |
| SC-AMER FAM LIFE ASS CO | 24.60 | 442.80 |
| OS-FEDERACION DE MAESTROS | 8.00 | 104.00 |
| GPR Plan de Ahorros | 36.83 | 662.94 |
| AS FED MAESTROS AFT | 0.00 | 40.00 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 120.00 | 1,080.00 |
| GPR Plan de Retiro de Maestro | 104.34 | 1,878.12 |
| FSED Disability Plan | 20.87 | 389.95 |

| Total: | 110.48 | 1,988.64 | Total: | 193.86 | 3,489.48 | * Tributable |

## TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Corriente | | | |
|---|---|---|---|---|
| Corriente: | 1,227.50 | 119.64 | 304.34 | 803.52 |
| Acumulado: | 22,935.50 | 2,235.80 | 5,478.12 | 15,221.58 |

## HORAS / ACUM
Balance Inicial: 0.0
+ Acumulado:
- Utilizado:
- Donada:
+ Ajustes:
Balance Final: 0.0

## DISTRIBUCION PAGA NETA

| Cheque #05561376 | 803.52 |
|---|---|
| Total: | 803.52 |

**MENSAJE:**