Elsa Toledo Cajigas
P.O. Box 83
Angeles, P.R. 00611

RECEIVED & FILED

2020 FEB 18 PM 4:36

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.




U.S. POSTAGE PAID
FCM LG ENV
LARES, PR
00669
FEB 15, 20
AMOUNT
$7.80
R2305K134974-06

1000　　00918

CERTIFIED MAIL

7019 0700 0001 6374 0003

Secretaria (Clerk's Office)
Tribunal de Distrito de Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767