UNITED STATED DISTRIC COURT FOR THE DISTRIC OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT<br><br>BOARD FOR PUERTO RICO.<br><br>Debtors. | PROMESA<br><br>Tittle III<br><br>No. 17 BK 03283-LTS |

RECEIVED & FILED
2020 FEB 18 PM 4: 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Reclamation

I, Lissette Estremera Deida, depose and say that I am employed by Govermment of Puerto Rico, the claims and agent for the Debtors in above- PROMESA, Tittle III cases.

This letter is accompanied with the evidence of claim that was made on December 21, 2018. The Oversight Board issued a restructuring certification pursuant to PROMESA sections 104 (j) and 304 (a), commencing a case under Tittle III thereof.

Date: February 11, 2020

Employed by Government of Puerto Rico

Department of Education

Signature,

*Lissette Estremera Deida*
Lissette Estremera Deida, Ed.D