Lissette Estremera Davila
P.O. Box 1316
Quebradillas, P.R. 00678



RECEIVED & FILED
2020 FEB 18 PM 4:37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

 

U.S. POSTAGE PAID
FCM LG ENV
QUEBRADILLAS, PR
00678
FEB 15, 20
AMOUNT
$8.20
R2305K134386-09

Secretaria (Clerk's office)
Tribunal de Distrito de los
Estados Unidos
Room 150 Federal Building
San Juan, (Puerto Rico) 00918-176