UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------- X
: 
In re: :
:
THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III
:
    as representative of : Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO *et al.,* : (Jointly Administered)
:
    Debtors.[1] :
---------------------------------------------------------------------- X

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that pursuant to Local Bankruptcy Rule 0005-4(c)(5), Rosa Sierra, hereby withdraws her appearance as Claims Counsel for The Financial Oversight and Management Board for Puerto Rico, acting through its Special Claims Committee.

1. On January 4, 2019, a motion was filed seeking the admission *pro hac vice* of Ms. Sierra. By order dated January 4, 2019, this Court granted the motion.

2. On February 21, 2020, Ms. Sierra withdrew from the firm of Brown Rudnick LLP.

3. Based on Ms. Sierra's departure from Brown Rudnick LLP, this Motion seeks to inform the Court and all parties-in-interest that she will no longer be involved in representing The

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Financial Oversight and Management Board for Puerto Rico, acting through its Special Claims Committee in this case.

WHEREFORE, Brown Rudnick LLP respectfully requests that Ms. Sierra's appearance in this case be withdrawn and that all future notices and pleadings delivered to Brown Rudnick be directed to the attention of Tristan Axelrod.

Dated: February 21, 2020 /s/ Sunni P. Beville

/s/ Rosa Sierra

BROWN RUDNICK LLP
Edward S. Weisfelner, Esq. (*Pro Hac Vice*)
Angela M. Papalaskaris, Esq. (*Pro Hac Vice*)
Seven Times Square
New York, NY 10036
Tel: (212) 209-4800
eweisfelner@brownrudnick.com
apapalaskaris@brownrudnick.com

Sunni P. Beville, Esq. (*Pro Hac Vice*)
One Financial Center
Boston, MA 02111
Tel: (617) 856-8200
sbeville@brownrudnick.com

*Counsel to the Financial Oversight and Management Board, acting through the Special Claims Committee*

and

/s/ Alberto G. Estrella
/s/ Kenneth C. Suria

ESTRELLA, LLC
Alberto Estrella (USDC-PR 209804)
Kenneth C. Suria (USDC-PR 213302)
P. O. Box 9023596
San Juan, Puerto Rico 00902–3596
Tel.: (787) 977-5050
Fax: (787) 977-5090

*Local Counsel to the Financial Oversight and Management Board, acting through the Special Claims Committee*