11 de febrero de 2020



RECEIVED & FILED
2020 FEB 18 PM 4: 36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Edwin Santiago Pereira**

**Urbanización Paraíso de Coamo 615**

**Calle Paz**

**Coamo, Puerto Rico, 00769**

**Teléfono (787) 364- 9183**

Prosperidad65@yahoo.com

Número de Reclamaciones **162037, 153785, 131933**

En el asunto de Estado Libre Asociado de Puerto Rico, número de procedimiento 17 BK 3283-LTS, de la declaración de Jay Herriman en apoyo de la centésima trigésima tercera objeción global (No sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a reclamos deficientes en los que se alegan intereses sobre la base de las reivindicaciones salariales, labores o servicios prestados. Solicitamos al tribunal que declare a lugar la objeción global en relación al reclamo de la Ley 96 Sila María Calderón, aumento salarial del año 2004 al 2019, Ley de Retiro 3% , Ley de Escala Salarial y Ley 89. Ya que no fue otorgado. Se solicita el monto de 80,000.00. Se adjunta documentación justificativa para evidenciar la objeción.

 Gracias por su pronta atención.

Edwin Santiago Pereira