**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| SANTIGO PEREZ, EDWIN | 162037 | 6/28/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| SANTIGO PEREZ, EDWIN | 162037 | 6/28/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

| IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT. |
|---|

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Santiago Perez, Edwin | 153785 | 6/28/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

| SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE. |
|---|

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Santiago Perez, Edwin | 153785 | 6/28/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

000945

| IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT. |
|---|

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Santiago Pereira, Edwin | 131933 | 6/28/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

| SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE. |
|---|

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Santiago Pereira, Edwin | 131933 | 6/28/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

000421

| COMMONWEALTH OF PUERTO RICO DEPARTMENT OF THE TREASURY — WITHHOLDING STATEMENT | INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
|---|---|---|
| 3. Núm. Seguro Social / Social Security No. | 8. Sueldos - Wages<br>34,394.00 | 17. Total Sueldos Seguro Social / Social Security Wages<br>0.00 |
| 4. Estado Civil - Civil Status<br>Soltero / Single ☐   Casado / Married ☐ | 9. Comisiones - Commissions<br>0.00 | 18. Seguro Social Retenido / Social Security Tax Withheld<br>0.00 |
| 5. Núm. Seguro Social Cónyuge / Spouse's Social Security No. | 10. Concesiones - Allowances<br>0.00 | 19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips<br>34,394.00 |
| 6. Núm. de Ident. Patronal / Employer's Ident. No. (EIN)<br>660433481 | 11. Propinas - Tips<br>0.00 | 20. Contrib. Medicare Retenida / Medicare Tax Withheld<br>498.71 |
| 7. Costo de Pensión o Anualidad / Cost of Pension or Annuity | 12. Total=8+9+10+11<br>34,394.00 | |
| Copia C para Récord del Empleado<br>Copy C for Employee's Records<br><br>Año:<br>Year: **2004** | 13. Gastos Reembolsados / Reimbursed Expenses<br>0.00 | 21. Propinas Seguro Social / Social Security Tips<br>0.00 |
| | 14. Cont. Retenida - Tax Withheld<br>2,873.68 | 22. Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips<br>0.00 |
| | 15. Fondo de Retiro / Retirement Fund<br>2,818.84 | 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips<br>0.00 |
| | 16. Aportaciones a Planes Cualific. / Contributions to CODA PLANS<br>0.00 | |

el Negociado de Procesamiento de Planillas
cessing Bureau

Reproducido por: Departamento de Hacienda

Formulario - Form 499R-2/W-2 PR
Rev. 05.05

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**

**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

INFORM/
DEPART
HACIENI
DEPART
TREASU

| | |
|---|---|
| 1. Nombre-First Name<br>EDWIN | 3. Núm. Seguro Social<br>Social Security No. |
| Apellido(s) - Surname(s)<br>SANTIAGO PEREIRA | 4. Estado Civil - Civil Status<br>Soltero / Single ☐   Casado / Married ☐ |
| Dirección Postal del Empleado-Employee's Mailing Address<br>PO BOX 3078<br>JUNCOS, PR 00777-3078 | 5. Núm. de Ident. Patronal<br>Employer's Ident. No. (EIN)<br>660433481 |
| 2. Nombre y Dirección Postal del Patrono<br>Employer's Name and Mailing Address<br>L8100425783 L M MARIN<br>DEPT DE EDUCACION-CLASIFICADOS<br>AVE. TENIENTE CESAR GONZALEZ<br>ESQUINA CALAF<br>HATO REY, PR 00919 | 6. Costo de Pensión o Anualidad<br>Cost of Pension or Annuity<br>0.00 |
| Número de Teléfono del Patrono<br>Employer's Telephone Number | Copia C para Récord del Empleado<br>Copy C for Employee's Records |
| Fecha de Cese de Operaciones<br>Cease of Operations Date | Año: Year: **2005** |
| Número de Control - Control Number<br>**50653087** | |

7. Sueldos
8. Comisio
9. Concesi
10. Propin
11. Total=
12. Gastos Reimb
13. Cont. F
14. Fondo Retiren
15. Aporta Contrib
16. Salario Salarie

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas
Conservation: Ten (10) years from the filing date in the Return Processing Bureau



Formulario Form 499R-2/W-2 PR
Rev. 06.06

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**

**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

| 1. Nombre-First Name<br>EDWIN | 3. Núm. Seguro Social<br>Social Security No.<br>- - |
|---|---|
| Apellido(s) - Surname(s)<br>SANTIAGO PEREIRA | 4. Núm. de Ident. Patronal<br>Employer's Ident. No. (EIN)<br>660433481 |
| Dirección Postal del Empleado-Employee's Mailing Address<br>PO BOX 3078<br><br>JUNCOS, PR 00777-3078 | 5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension<br>Dia / Mes / Año<br>Day / Month / Year |
| 2. Nombre y Dirección Postal del Patrono<br>Employer's Name and Mailing Address<br>L8100425783 L M MARIN<br>DEPT DE EDUCACION-CLASIFICADOS<br>AVE. TENIENTE CESAR GONZALEZ<br>ESQUINA CALAF<br>HATO REY, PR 00919 | 6. Costo de Pensión o Anualidad<br>Cost of Pension or Annuity<br>0.00 |
| Número de Teléfono del Patrono<br>Employer's Telephone Number | **Copia C para Récord del Empleado**<br>**Copy C for Employee's Records**<br><br>Año:<br>Year: **2006** |
| Fecha de Cese de Operaciones: Dia Mes Año<br>Cease of Operations Date: Day Month Year | |
| Número de Control - Control Number<br>**23026307** | |

(Right column partially cut off: INFORM DEPAR HACIE DEPAR TREAS — 7. Sueldo, 8. Comis, 9. Conce, 10. Prop, 11. Total, 12. Gast Rein, 13. Cont, 14. Fond Retir, 15. Apor Cont, 16. Salar Sala)

Formulario Form 499R-2/W-2 PR Rev. 06.07

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

INFOR
DEPAF
HACIE
DEPAF
TREAS

**1. Nombre-First Name**
EDWIN

**Apellido(s) - Surname(s)**
SANTIAGO PEREIRA

**Dirección Postal del Empleado-Employee's Mailing Address**
PO BOX 3078

JUNCOS, PR 00777-3078

**2. Nombre y Dirección Postal del Patrono / Employer's Name and Mailing Address**
L8101321071 JF KENNEDY
DEPT DE EDUCACION-CLASIFICADOS
AVE. TENIENTE CESAR GONZALEZ
ESQUINA CALAF
HATO REY, PR 00919

**Número de Teléfono del Patrono / Employer's Telephone Number**

**Fecha de Cese de Operaciones: / Cease of Operations Date:** Dia/Day Mes/Month Año/Year

**Número de Control - Control Number**
45514856

**3. Núm. Seguro Social / Social Security No.**

**4. Núm. de Ident. Patronal / Employer's Ident. No. (EIN.)**
660433481

**5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension**
Dia/Day Mes/Month Año/Year

**6. Costo de Pensión o Anualidad / Cost of Pension or Annuity**
0.00

Copia C para Récord del Empleado
Copy C for Employee's Records

Año:
Year: **2007**

7. Sueld
8. Comi
9. Conc
10. Prop
11. Tota
12. Gas Reii
13. Con
14. Fonc Retii
15. Apo Con
16. Sala Sala

| Formulario Form 499R-2/W-2 PR Rev. 07.08 | ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT | INFOR DEPA HACIE DEPA TREA |
|---|---|---|

| 1. Nombre-First Name<br>EDWIN | 3. Núm. Seguro Social<br>Social Security No. | 7. Suel |
|---|---|---|
| Apellido(s) - Surname(s)<br>SANTIAGO PEREIRA | 4. Núm. de Ident. Patronal<br>Employer's Ident. No. (EIN.)<br>660433481 | 8. Comi |
| Dirección Postal del Empleado-Employee's Mailing Address<br>PO BOX 3078 | | 9. Conc |
| | 5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension<br>Dia / Mes / Año<br>Day / Month / Year | 10. Proj |
| 2. Nombre y Dirección Postal del Patrono<br>Employer's Name and Mailing Address<br>L8101321071 JF KENNEDY<br>DEPT DE EDUCACION-CLASIFICADOS<br>AVE. TENIENTE CESAR GONZALEZ<br>ESQUINA CALAF<br>HATO REY, PR 00919 | 6. Costo de Pensión o Anualidad<br>Cost of Pension or Annuity<br>0.00 | 11. Tota |
| | | 12. Gas Rei |
| | Copia C para Récord del Empleado<br>Copy C for Employee's Records | 13. Con |
| | | 14. Fond Retir |
| Número de Teléfono del Patrono<br>Employer's Telephone Number | | |
| Fecha de Cese de Operaciones:<br>Cease of Operations Date: Dia/Day Mes/Month Año/Year | Año:<br>Year: 2008 | 15. Apo Cont |
| Número de Control - Control Number<br>017597715 | | 16. Sala Sala |

Formulario Form 499R-2/W-2 PR Rev. 07.09

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION

INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION

| Field | Value |
|---|---|
| 1. Nombre - First Name | EDWIN |
| Apellido(s) - Surname(s) | SANTIAGO PEREIRA |
| Dirección Postal del Empleado - Employee's Mailing Address | DEPARTAMENTO DE EDUCACION / HATO REY, PR 00917 |
| 3. Núm. Seguro Social / Social Security No. | |
| 4. Núm. de Ident. Patronal / Employer's Ident. No. (EIN.) | 660433481 |
| 5. Fecha en que comenzó a recibir la pensión | |
| 2. Nombre y Dirección Postal del Patrono / Employer's Name and Mailing Address | L8101321071 JF KENNEDY DEPT DE EDUCACION-CLASIFICADOS AVE. TENIENTE CESAR GONZALEZ ESQUINA CALAF HATO REY, PR 00919 |
| 6. Costo de Pensión o Anualidad / Cost of Pension or Annuity | 0.00 |
| 7. Sueldos - Wages | 13200.00 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total=7+8+9+10 | 13200.00 |
| 12. Gastos Reembolsados / Reimbursed Expenses | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 2306.88 |
| 14. Fondo de Retiro / Retirement Fund | 0.00 |
| 15. Aportaciones a Planes Cualific. / Contributions to CODA PLANS | 0.00 |
| 16. Salarios bajo Ley Núm. 324 de 2004 / Salaries under Act No. 324 of 2004 | 0.00 |
| 17. Total Sueldos Seguro Social / Social Security Wages | 13200 |
| 18. Seguro Social Retenido / Social Security Tax Withheld | 818 |
| 19. Total Sueldos y Prop. Medicare / Medicare Wages and Tips | 13200 |
| 20. Contrib. Medicare Retenida / Medicare Tax Withheld | 191 |
| 21. Propinas Seguro Social / Social Security Tips | 0 |
| 22. Seguro Social no Retenido en Propinas | 0 |
| 23. Contrib. Medicare no Retenida en Propinas | 0 |
| Número de Control - Control Number | 004217953 |

Copia B para Planilla del Empleado
Copy B for Employee's Tax Return
Año / Year: **2009**

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas.
Retention: Ten (10) years from the filing date in the Return Processing Bureau.

Reproducido por: Departamento de H

---

Formulario Form 499R-2/W-2 PR Rev. 07.09

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

| Field | Value |
|---|---|
| 1. Nombre - First Name | EDWIN |
| Apellido(s) - Surname(s) | SANTIAGO PEREIRA |
| Dirección Postal del Empleado | DEPARTAMENTO DE EDUCACION / HATO REY, PR 00917 |
| 3. Núm. Seguro Social | |
| 4. Núm. de Ident. Patronal (EIN.) | 660433481 |
| 2. Nombre y Dirección Postal del Patrono | L8101321071 JF KENNEDY DEPT DE EDUCACION-CLASIFICADOS AVE. TENIENTE CESAR GONZALEZ ESQUINA CALAF HATO REY, PR 00919 |
| 6. Costo de Pensión o Anualidad | 0.00 |
| 7. Sueldos - Wages | 13200.00 |
| 8. Comisiones | 0.00 |
| 9. Concesiones | 0.00 |
| 10. Propinas | 0.00 |
| 11. Total=7+8+9+10 | 13200.00 |
| 12. Gastos Reembolsados | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 2306.88 |
| 14. Fondo de Retiro | 0.00 |
| 15. Aportaciones a Planes Cualific. | 0.00 |
| 16. Salarios bajo Ley Núm. 324 de 2004 | 0.00 |
| 17. Total Sueldos Seguro Social | 13200 |
| 18. Seguro Social Retenido | 818 |
| 19. Total Sueldos y Prop. Medicare | 13200 |
| 20. Contrib. Medicare Retenida | 191 |
| 21. Propinas Seguro Social | 0 |
| 22. Seguro Social no Retenido en Propinas | 0 |
| 23. Contrib. Medicare no Retenida en Propinas | 0 |
| Número de Control | 004217953 |

Copia C para Récord del Empleado
Copy C for Employee's Records
Año / Year: **2009**

Reproducido por: Departamento de Ha

| Formulario Form 499R-2/W-2 PR Rev. 07.09 | ESTADO LIBRE ASOCIADO DE PUERTO RICO COMMONWEALTH OF PUERTO RICO DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT | | INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
|---|---|---|---|---|
| 1. Nombre - First Name<br>EDWIN | | 3. Núm. Seguro Social<br>Social Security No. | 7. Sueldos - Wages<br>53580.40 | 17. Total Sueldos Seguro Social<br>Social Security Wages<br>0.00 |
| Apellido(s) - Surname(s)<br>SANTIAGO PEREIRA | | 4. Núm. de Ident. Patronal<br>Employer's Ident. No. (EIN.)<br>660433481 | 8. Comisiones - Commissions<br>0.00 | 18. Seguro Social Retenido<br>Social Security Tax Withheld<br>0.00 |
| Dirección Postal del Empleado-Employee's Mailing Address<br>PO BOX 3078<br><br>JUNCOS, PR 00777-3078 | | 5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension<br>Dia/Day Mes/Month Año/Year | 9. Concesiones - Allowances<br>0.00 | 19. Total Sueldos y Pro. Medicare<br>Medicare Wages and Tips<br>53580.40 |
| | | | 10. Propinas - Tips<br>0.00 | |
| | | 6. Costo de Pensión o Anualidad<br>Cost of Pension or Annuity<br>0.00 | 11. Total=7+8+9+10<br>53580.40 | 20. Contrib. Medicare Retenida<br>Medicare Tax Withheld<br>776.92 |
| 2. Nombre y Dirección Postal del Patrono<br>Employer's Name and Mailing Address<br><br>L8101321071 JF KENNEDY<br>DEPT DE EDUCACION-CLASIFICADOS<br>AVE. TENIENTE CESAR GONZALEZ<br>ESQUINA CALAF<br>HATO REY, PR 00919 | | | 12. Gastos Reembolsados<br>Reimbursed Expenses<br>0.00 | 21. Propinas Seguro Social<br>Social Security Tips<br>0.00 |
| | | Copia B para Planilla del Empleado Copy B for Employee's Tax Return<br><br>Año:<br>Year: 2009 | 13. Cont. Retenida - Tax Withheld<br>6316.11 | |
| | | | 14. Fondo de Retiro<br>Retirement Fund<br>4444.32 | 22. Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips<br>0.00 |
| | | | 15. Aportaciones a Planes Cualific.<br>Contributions to CODA PLANS<br>0.00 | |
| Número de Teléfono del Patrono<br>Employer's Telephone Number | | | | |
| Fecha de Cese de Operaciones:<br>Cease of Operations Date: | Dia/Day Mes/Month Año/Year | | | 23. Contrib. Medicare no Retenid en Propinas - Uncollected Medicare Tax on Tips<br>0.00 |
| Número de Control - Control Number<br>004217954 | | | 16. Salarios bajo Ley Núm. 324 de 2004<br>Salaries under Act No. 324 of 2004<br>0.00 | |

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas
Retention: Ten (10) years from the filing date in the Return Processing Bureau

Reproducido por: Departamento de Hacienda

# WITHHOLDING STATEMENT — DEPARTMENT OF TREASURY

| DEPARTMENT INFORMATION | | SOCIAL SECURITY INFORMATION |
|---|---|---|
| 3. Núm. Seguro Social / Social Security No. | 7. Sueldos - Wages<br>17571.25 | 17. Total Sueldos Seguro Social / Social Security Wages<br>17571.25 |
| | 8. Comisiones - Commissions<br>0.00 | |
| 4. Núm. de Ident. Patronal / Employer Ident. No. (EIN)<br>660433481 | 9. Concesiones - Allowances<br>0.00 | 18. Seguro Social Retenido / Social Security Tax Withheld<br>1089.42 |
| 5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension<br>Dia/Day   Mes/Month   Año/Year | 10. Propinas - Tips<br>0.00 | 19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips<br>17571.25 |
| 6. Costo de Pensión o Anualidad / Cost of Pension or Annuity<br>0.00 | 11. Total=7+8+9+10<br>17571.25 | 20. Contrib. Medicare Retenida / Medicare Tax Withheld<br>254.78 |
| | 12. Gastos Reembolsados / Reimbursed Expenses<br>0.00 | 21. Propinas Seguro Social / Social Security Tips<br>0.00 |
| Copia C para Récord del Empleado<br>Copy C for Employee's Records | 13. Cont. Retenida - Tax Withheld<br>935.30 | 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips<br>0.00 |
| | 14. Fondo de Retiro / Retirement Fund<br>0.00 | 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips<br>0.00 |
| Año:<br>Year: 2010 | 15. Aportaciones a Planes Cualific. / Contributions to CODA PLANS<br>0.00 | 24. Sueldos y Propinas bajo Ley HIRE de 2010 - Wages and Tips under HIRE Act of 2010<br>0.00 |
| | 16. Salarios bajo Ley Núm. 324 de 2004 / Salaries under Act No. 324 of 2004<br>0.00 | |

Reproducido por: Departamento de Hacienda

EDWIN
SANTIAGO PEREIRA
DEPARTAMENTO DE EDUCACION

HATO REY, PR 00917

colecturía virtual en la página del Departamento de Hacienda - **www.hacienda.gobierno.pr"**.

Formulario
Form 499R-2/W-2 PR
Rev. 10.11

**GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

INFORMACION PARA E
DEPARTAMENTO DE H
DEPARTMENT OF THE
INFORMATION

| | |
|---|---|
| 1. Nombre - First Name<br>EDWIN | 3. Núm. Seguro Social / Social Security No. |
| Apellido(s) - Surname(s)<br>SANTIAGO PEREIRA | 4. Núm. de Ident. Patronal / Employer Ident. No. (EIN)<br>660433481 |
| Dirección Postal del Empleado - Employee's Mailing Address<br>PO BOX 3078<br>JUNCOS, PR 00777-3078 | 5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension<br>Dia / Day  Mes / Month  Año / Year |
| | 6. Costo de Pensión o Anualidad / Cost of Pension or Annuity<br>0.00 |
| 2. Nombre y Dirección Postal del Patrono<br>Employer's Name and Mailing Address<br><br>L8101321071 JF KENNEDY<br>DEPT DE EDUCACION-CLASIFICADOS<br>AVE. TENIENTE CESAR GONZALEZ<br>ESQUINA CALAF<br>HATO REY, PR 00919 | 6A. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage<br>0.00 |
| | 6B. Donativos / Charitable Contributions<br>0.00 |
| Número de Teléfono del Patrono<br>Employer's Telephone Number | **Copia B para Planilla del Empleado**<br>**Copy B for Employee's Tax Return** |
| Fecha Cese de Operaciones:<br>Cease of Operations Date:  Dia/Day  Mes/Month  Año/Year | |
| Número Control - Control Number<br>116467594 | Año:<br>Year: **2011** |

| | |
|---|---|
| 7. Sueldos - Wages | 5( |
| 8. Comisiones - Commi | |
| 9. Concesiones - Allow: | |
| 10. Propinas - Tips | |
| 11. Total=7+8+9+10 | 5( |
| 12. Gastos Reembolsa / Reimbursed Expen | |
| 13. Cont. Retenida - Ta: | |
| 14. Fondo de Retiro Gu / Governmental Retire | |
| 15. Aportaciones a Plar / Contributions to CC | |
| 16. Salarios bajo Ley N / Salaries under Act | |
| 16A. Aportaciones al Pr / Duplica tu Dinero - Cor / Save and Double your | |

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas
Retention: Ten (10) years from the filing date in the Return Processing Bureau

Formulario Form 499R-2/W-2 PR Rev. 09.12

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION

INFORMACIO SEGURO SO SOCIAL SEC INFORMATIO

| # | Field | Value |
|---|---|---|
| 1. | Nombre - First Name | EDWIN |
| | Apellido(s) - Surname(s) | SANTIAGO PEREIRA |
| | Dirección Postal del Empleado - Employee's Mailing Address | DEPARTAMENTO DE EDUCACION HATO REY, PR 00917 |
| 2. | Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address | L8112423531 SUP. MIGUE DEPT DE EDUCACION-CLASIFICADOS AVE. TENIENTE CESAR GONZALEZ ESQUINA CALAF HATO REY, PR 00919 |
| 3. | Núm. Seguro Social - Social Security No. | |
| 4. | Núm. de Ident. Patronal - Employer Ident. No. (EIN) | 660433481 |
| 5. | Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension | |
| 6. | Costo de Pensión o Anualidad - Cost of Pension or Annuity | 0.00 |
| 6A. | Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage | 0.00 |
| 6B. | Donativos - Charitable Contributions | 0.00 |
| 7. | Sueldos - Wages | 15972.50 |
| 8. | Comisiones - Commissions | 0.00 |
| 9. | Concesiones - Allowances | 0.00 |
| 10. | Propinas - Tips | 0.00 |
| 11. | Total=7+8+9+10 | 15972.50 |
| 12. | Gastos Reemb. y Beneficios Marginales - Reimb. Expenses and Fringe Benefits | 0.00 |
| 13. | Cont. Retenida - Tax Withheld | 1285.81 |
| 14. | Fondo de Retiro Gubernamental - Governmental Retirement Fund | 0.00 |
| 15. | Aportaciones a Planes Cualific. Contributions to CODA PLANS | 0.00 |
| 16. | Salarios bajo Ley 324-2004 Salaries under Act 324-2004 | 0.00 |
| 16A. | Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program | 0.00 |

Número Control - Control Number: 125552814

Copia B para Planilla del Empleado
Copy B for Employee's Tax Return
Año: Year: 2012

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas
Retention: Ten (10) years from the filing date in the Return Processing Bureau

Reproducido por: Departa

---

Formulario Form 499R-2/W-2 PR Rev. 09.12

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

1. Nombre - First Name: EDWIN
Apellido(s) - Surname(s): SANTIAGO PEREIRA
Dirección Postal del Empleado: DEPARTAMENTO DE EDUCACION, HATO REY, PR 00917
2. Employer: L8112423531 SUP. MIGUE DEPT DE EDUCACION-CLASIFICADOS AVE. TENIENTE CESAR GONZALEZ ESQUINA CALAF HATO REY, PR 00919
3. Núm. Seguro Social
4. EIN: 660433481
6. Costo de Pensión o Anualidad: 0.00
6A. Costo de cubierta de salud: 0.00
6B. Donativos: 0.00
7. Sueldos - Wages: 15972.50
8. Comisiones: 0.00
9. Concesiones: 0.00
10. Propinas: 0.00
11. Total=7+8+9+10: 15972.50
12. Gastos Reemb.: 0.00
13. Cont. Retenida - Tax Withheld: 1285.81
14. Fondo de Retiro Gubernamental: 0.00
15. Contributions to CODA PLANS: 0.00
16. Salarios bajo Ley 324-2004: 0.00
16A. Save and Double your Money Program: 0.00

Número Control: 125552814

Copia C para Récord del Empleado
Copy C for Employee's Records
Año: Year: 2012

Reproducido por: Departa

Form 499R 2/W-2 PR
Rev. 09.12

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

INFORMACION PARA EL DEPARTAMENTO DE HACIENDA / DEPARTMENT OF THE TREASURY INFORMATION

INFORMACION SEGURO SOCIAL / SOCIAL SECURITY INFORMATION

| | | |
|---|---|---|
| 1. Nombre - First Name: EDWIN | 3. Núm. Seguro Social / Social Security No. | 7. Sueldos - Wages: 50458.30 |
| Apellido(s) - Surname(s): SANTIAGO PEREIRA | 4. Núm. de Ident. Patronal / Employer Ident. No. (EIN): 660433481 | 8. Comisiones - Commissions: 0.00 |
| Dirección Postal del Empleado-Employee's Mailing Address: PO BOX 3078 JUNCOS, PR 00777-3078 | 5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension: Día/Day Mes/Month Año/Year | 9. Concesiones - Allowances: 0.00 |
| | | 10. Propinas - Tips: 0.00 |
| | | 11. Total=7+8+9+10: 50458.30 |
| 2. Nombre y Dirección Postal del Patrono / Employer's Name and Mailing Address: L8101321071 JF KENNEDY DEPT DE EDUCACION-CLASIFICADOS AVE. TENIENTE CESAR GONZALEZ ESQUINA CALAF HATO REY, PR 00919 | 6. Costo de Pensión o Anualidad / Cost of Pension or Annuity: 0.00 | 12. Gastos Reemb. y Beneficios Marginales / Reimb. Expenses and Fringe Benefits: 0.00 |
| | 6A. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage: 0.00 | 13. Cont. Retenida - Tax Withheld: 4702.70 |
| | 6B. Donativos / Charitable Contributions: 0.00 | 14. Fondo de Retiro Gubernamental / Governmental Retirement Fund: 4444.32 |
| Número de Teléfono del Patrono / Employer's Telephone Number | Copia B para Planilla del Empleado / Copy B for Employee's Tax Return | 15. Aportaciones a Planes Cualific. / Contributions to CODA PLANS: 0.00 |
| Fecha Cese de Operaciones: / Cease of Operations Date: Día/Day Mes/Month Año/Year | | 16. Salarios bajo Ley 324-2004 / Salaries under Act 324-2004: 0.00 |
| Número Control - Control Number: 125535711 | Año: / Year: 2012 | 16A. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program: 0.00 |

17. Total Sue... Social S... / 18. Seguro S... Social Se... / 19. Total Sue... Medicare / 20. Contrib. Medicare / 21. Propinas Social S... / 22. Seguro S... en Propi... Social Se... / 23. Contrib. I... en Propi... Medicare

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas
Retention: Ten (10) years from the filing date in the Return Processing Bureau

Reproducido por: Depart...

Formulario Form 499R-2/W-2 PR
Rev. 09.12

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

INFORMACION PARA EL DEPARTAMENTO DE HACIENDA / DEPARTMENT OF THE TREASURY INFORMATION

INFORMACION SEGURO SOCIAL / SOCIAL SECURITY INFORMATION

| | | |
|---|---|---|
| 1. Nombre-First Name: EDWIN | 3. Núm. Seguro Social / Social Security No. | 7. Sueldos - Wages: 50458.30 |
| Apellido(s) - Surname(s): SANTIAGO PEREIRA | 4. Núm. de Ident. Patronal / Employer Ident. No. (EIN): 660433481 | 8. Comisiones - Commissions: 0.00 |
| Dirección Postal del Empleado-Employee's Mailing Address: PO BOX 3078 JUNCOS, PR 00777-3078 | 5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension: Día/Day Mes/Month Año/Year | 9. Concesiones - Allowances: 0.00 |
| | | 10. Propinas - Tips: 0.00 |
| | | 11. Total=7+8+9+10: 50458.30 |
| 2. Nombre y Dirección Postal del Patrono / Employer's Name and Mailing Address: L8101321071 JF KENNEDY DEPT DE EDUCACION-CLASIFICADOS AVE. TENIENTE CESAR GONZALEZ ESQUINA CALAF HATO REY, PR 00919 | 6. Costo de Pensión o Anualidad / Cost of Pension or Annuity: 0.00 | 12. Gastos Reemb. y Beneficios Marginales / Reimb. Expenses and Fringe Benefits: 0.00 |
| | 6A. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage: 0.00 | 13. Cont. Retenida - Tax Withheld: 4702.70 |
| | 6B. Donativos / Charitable Contributions: 0.00 | 14. Fondo de Retiro Gubernamental / Governmental Retirement Fund: 4444.32 |
| Número de Teléfono del Patrono / Employer's Telephone Number | Copia C para Récord del Empleado / Copy C for Employee's Records | 15. Aportaciones a Planes Cualific. / Contributions to CODA PLANS: 0.00 |
| Fecha Cese de Operaciones: / Cease of Operations Date: Día/Day Mes/Month Año/Year | | 16. Salarios bajo Ley 324-2004 / Salaries under Act 324-2004: 0.00 |
| Número Control - Control Number: 125535711 | Año: / Year: 2012 | 16A. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program: 0.00 |

17. Total Sue... Social Se... / 18. Seguro S... Social Se... / 19. Total Sue... Medicare / 20. Contrib. Medicare / 21. Propinas Social S... / 22. Seguro S... en Propi... Social S... / 23. Contrib. I... en Propi... Medicar...

Reproducido por: Depart...

## Form 499R-2/W-2 PR Rev. 09.13

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

**1. Nombre - First Name:** EDWIN
**Apellido(s) - Surname(s):** SANTIAGO PEREIRA
**Dirección Postal del Empleado - Employee's Mailing Address:**
PO BOX 3078
JUNCOS, PR 00777-3078

**2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address:**
DEPT DE EDUCACION-CLASIFICADOS
AVE. TENIENTE CESAR GONZALEZ
ESQUINA CALAF
HATO REY, PR 00919

**3. Núm. Seguro Social / Social Security No.:** —
**4. Núm. de Ident. Patronal / Employer Ident. No. (EIN):** 660433481
**5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension:** —
**6. Costo de Pensión o Anualidad / Cost of Pension or Annuity:** 0.00
**6A. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage:** 0.00
**6B. Donativos / Charitable Contributions:** 0.00

**Copia C para Récord del Empleado / Copy C for Employee's Records**
**Año / Year:** 2013

**Número Confirmación de Radicación Electrónica / Electronic Filing Confirmation Number:** C400001
**Número Control - Control Number:** 004514515

**INFORMACION PARA EL DEPARTAMENTO DE HACIENDA / DEPARTMENT OF THE TREASURY INFORMATION**

| Item | Amount |
|---|---|
| 7. Sueldos - Wages | 50022.50 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total=7+8+9+10 | 50022.50 |
| 12. Gastos Reemb. y Beneficios Marginales / Reimb. Expenses and Fringe Benefits | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 4277.66 |
| 14. Fondo de Retiro Gubernamental / Governmental Retirement Fund | 4412.08 |
| 15. Aportaciones a Planes Cualific. / Contributions to CODA PLANS | 0.00 |
| 16. Salarios bajo Ley 324-2004 / Salaries under Act 324-2004 | 0.00 |
| 16A. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program | 0.00 |

**INFORMACION PARA EL SEGURO SOCIAL / SOCIAL SECURITY INFORMATION**

| Item | Amount |
|---|---|
| 17. Total Sueldos Seguro Social / Social Security Wages | 0 |
| 18. Seguro Social Retenido / Social Security Tax Withheld | 0 |
| 19. Total Sueldos y Prop. Medicare / Medicare Wages and Tips | 50022 |
| 20. Contrib. Medicare Ret. / Medicare Tax Withheld | 725 |
| 21. Propinas Seguro Social / Social Security Tips | 0 |
| 22. Seguro Social no Ret. en Propinas - Uncollected Social Security Tax on Tips | 0 |
| 23. Contrib. Medicare no Ret. en Propinas - Uncollected Medicare Tax on Tips | 0 |

Reproducido por: Departamento de Hacienda

## Form 499R-2/W-2 PR Rev. 09.13

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

**1. Nombre - First Name:** EDWIN
**Apellido(s) - Surname(s):** SANTIAGO PEREIRA
**Dirección Postal del Empleado:** PO BOX 3078, JUNCOS, PR 00777-3078

**2. Empleador:** DEPT DE EDUCACION-CLASIFICADOS, AVE. TENIENTE CESAR GONZALEZ ESQUINA CALAF, HATO REY, PR 00919

**4. EIN:** 660433481

**Copia B para Planilla del Empleado / Copy B for Employee's Tax Return**
**Año / Year:** 2013

**Número Confirmación:** C400001
**Número Control:** 004514515

- 7. Sueldos - Wages: 50022.50
- 8. Comisiones: 0.00
- 9. Concesiones: 0.00
- 10. Propinas: 0.00
- 11. Total: 50022.50
- 12. Gastos Reemb.: 0.00
- 13. Cont. Retenida: 4277.66
- 14. Fondo de Retiro Gubernamental: 4412.08
- 15. CODA PLANS: 0.00
- 16. Ley 324-2004: 0.00
- 16A. Programa Ahorra: 0.00
- 17. Total Sueldos Seguro Social: 0
- 18. Seguro Social Retenido: 0
- 19. Medicare Wages: 50022
- 20. Medicare Tax Withheld: 725
- 21. Propinas Seguro Social: 0
- 22. Seguro Social no Ret. en Propinas: 0
- 23. Contrib. Medicare no Ret. en Propinas: 0

Conservación: Diez años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas
Retention: Ten years from the filing date in the Return Processing Bureau

Reproducido por: Departamento de Hacienda

## COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

Formulario Form 499R-2/W-2 PR Rev. 09.14
ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

**Año / Year: 2014**
Fecha de radicación: 31 de enero - Filing date: January 31

**1. Nombre - First Name:** EDWIN
**Apellido(s) - Surname(s):** SANTIAGO PEREIRA
**Dirección Postal del Empleado - Employee's Mailing Address:**
PO BOX 3078
JUNCOS, PR 00777-3078

**2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address:**
DEPT DE EDUCACION-CLASIFICADOS
AVE. TENIENTE CESAR GONZALEZ
ESQUINA CALAF
HATO REY, PR 00919

**4. Núm. de Ident. Patronal - Employer Ident. No. (EIN):** 660433481

**Número Confirmación de Radicación Electrónica / Electronic Filing Confirmation Number:** S140003
**Número Control - Control Number:** 004427527

### Información para el Departamento de Hacienda / Department of the Treasury Information

| Concepto | Monto |
|---|---|
| 7. Sueldos - Wages | 49320.00 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage | 0.00 |
| 11. Total = 7+8+9+10 | 49320.00 |
| 6. Donativos - Charitable Contributions | 0.00 |
| 12. Gastos Reemb. y Beneficios Marginales - Reimb. Expenses and Fringe Benefits | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 4138.80 |
| 14. Fondo de Retiro Gubernamental - Governmental Retirement Fund | 4384.80 |
| 15. Aportaciones a Planes Cualific. Contributions to CODA PLANS | 0.00 |
| 16. Salarios Exentos (Ver instrucciones) - Exempt Salaries | 0.00 |
| 16A. Código de Salarios Exentos - Exempt Salaries Code | |
| 16B. Aportaciones al Programa Ahorra y Duplica tu Dinero - Save and Double your Money Program | 0.00 |

### Información para el Seguro Social / Social Security Information

| Concepto | Monto |
|---|---|
| 17. Total Sueldos Seguro Social - Social Security Wages | 0.00 |
| 18. Seguro Social Retenido - Social Security Tax Withheld | 0.00 |
| 19. Total Sueldos y Pro. Medicare - Medicare Wages and Tips | 49320.00 |
| 20. Contrib. Medicare Retenida - Medicare Tax Withheld | 715.14 |
| 21. Propinas Seguro Social - Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0.00 |
| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

Patrono - Employer: Envíe a: Social Security Administration Data Operations Center Wilkes-Barre, PA 18769-0001 Con la With the W-3PR
Envíe al Departamento de Hacienda electrónicamente (www.hacienda.gobierno.pr)
Entregue dos copias al empleado - Deliver two copies to employee
Conserve copia para sus récords - Keep copy for your records

Reproducido por: Departamento de Hacienda

## COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

Formulario Form 499R-2/W-2 PR Rev. 09.14
ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

**Año / Year: 2014**
Fecha de radicación: 31 de enero - Filing date: January 31

**1. Nombre - First Name:** EDWIN
**Apellido(s) - Surname(s):** SANTIAGO PEREIRA
**Dirección Postal del Empleado:** PO BOX 3078, JUNCOS, PR 00777-3078

**2. Patrono:** DEPT DE EDUCACION-CLASIFICADOS, AVE. TENIENTE CESAR GONZALEZ, ESQUINA CALAF, HATO REY, PR 00919
**EIN:** 660433481
**Número Confirmación:** S140003
**Número Control:** 004427527

| Concepto | Monto |
|---|---|
| 7. Sueldos - Wages | 49320.00 |
| 8. Comisiones | 0.00 |
| 9. Concesiones | 0.00 |
| 10. Propinas | 0.00 |
| 5. Costo cubierta salud | 0.00 |
| 11. Total | 49320.00 |
| 6. Donativos | 0.00 |
| 12. Gastos Reemb. | 0.00 |
| 13. Cont. Retenida | 4138.80 |
| 14. Fondo Retiro Gubernamental | 4384.80 |
| 15. CODA PLANS | 0.00 |
| 16. Salarios Exentos | 0.00 |
| 16B. Ahorra y Duplica | 0.00 |
| 17. Total Sueldos Seguro Social | 0.00 |
| 18. Seguro Social Retenido | 0.00 |
| 19. Medicare Wages | 49320.00 |
| 20. Medicare Tax Withheld | 715.14 |
| 21. Propinas Seguro Social | 0.00 |
| 22. Seguro Social no Retenido | 0.00 |
| 23. Medicare no Retenida | 0.00 |

Reproducido por: Departamento de Hacienda

L8113750500 JOSE RAMON 004427527
DEPT DE EDUCACION-CLASIFICADOS
AVE. TENIENTE CESAR GONZALEZ
ESQUINA CALAF
HATO REY, PR 00919

EDWIN
SANTIAGO PEREIRA
PO BOX 3078
JUNCOS, PR 00777-3078

*Estará disponible a partir de enero a través de colecturía virtual en la página del Departamento de Hacienda - www.hacienda.gobierno.pr*.

| Formulario Form 499R-2/W-2 PR Rev. 08.15 | ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT | | INFORMACION PARA DEPARTAMENTO DE I DEPARTMENT OF THE INFORMATION |
|---|---|---|---|
| 1. Nombre-First Name<br>EDWIN | 3. Núm. Seguro Social<br>Social Security No. | | 7. Sueldos - Wages<br>49 |
| | | | 8. Comisiones - Commis |
| Apellido(s) - Surname(s)<br>SANTIAGO PEREIRA | 4. Núm. de Ident. Patronal<br>Employer Ident. No. (EIN)<br>660433481 | | 9. Concesiones - Allowa |
| Dirección Postal del Empleado-Employee's Mailing Address<br>PO BOX 3078<br>JUNCOS, PR 00777-3078 | 5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage<br>0.00 | | 10. Propinas - Tips |
| | | | 11. Total=7+8+9+10<br>49 |
| | 6. Donativos<br>Charitable Contributions<br>0.00 | | 12. Gastos Reemb. y Bene Reimb. Expenses and |
| 2. Nombre y Dirección Postal del Patrono<br>Employer's Name and Mailing Address<br>DEPT DE EDUCACION-CLASIFICADOS<br>AVE. TENIENTE CESAR GONZALEZ<br>ESQUINA CALAF<br>HATO REY, PR 00919 | Patrono: - Employer:<br>* Envíe a: - Send to:<br>Social Security Administration<br>Data Operations Center Wilkes-Barre, PA 18769-0001<br>Con la<br>With the W-3PR<br>* Envíe al Departamento de Hacienda electrónicamente<br>Send to Department of the Treasury electronically<br>(www.hacienda.pr.gov)<br>* Entregue dos copias al empleado<br>Deliver two copies to employee<br>* Conserve copia para sus récords<br>Keep copy for your records | | 13. Cont. Retenida - Tax<br>4 |
| | | | 14. Fondo de Retiro Gub<br>Governmental Retiren<br>4 |
| Número de Teléfono del Patrono<br>Employer's Telephone Number | | | 15. Aportaciones a Plane Contributions to COI |
| Fecha Cese de Operaciones:<br>Cease of Operations Date: | Día Mes Año<br>Day Month Year | | 16. Salarios Exentos (Ve<br>Exempt Salaries (Se |
| Número Confirmación de Radicación Electrónica<br>Electronic Filing Confirmation Number<br>S150008 | | | 16A. Código de Salarios<br>Exempt Salaries C |
| Número Control - Control Number<br>004946371 | Año:<br>Year: | 2015 | 16B. Aportaciones al Pro Duplica tu Dinero - Con Save and Double your M |
| Fecha de radicación: 31 de enero - Filing date: January 31 | | | |

| Formulario 499R.2/W-2 PR Rev. 08.16 | ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT | | INFORMACION PARA EL DEPARTAMENTO DE HA DEPARTMENT OF THE T INFORMATION |
|---|---|---|---|
| Nombre-First Name<br>EDWIN | 3. Núm. Seguro Social<br>Social Security No. | | 7. Sueldos - Wages<br>493 |
| Apellido(s) - Surname(s)<br>SANTIAGO PEREIRA | 4. Núm. de Ident. Patronal<br>Employer Ident. No. (EIN)<br>660433481 | | 8. Comisiones - Commissi<br>9. Concesiones - Allowanc |
| Dirección Postal del Empleado-Employee's Mailing Address<br>PO BOX 3078<br>JUNCOS, PR 00777-3078 | 5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage<br>0.00 | | 10. Propinas - Tips<br>11. Total=7+8+9+10<br>493 |
| Fecha de Nacimiento  Dia 15  Mes 12  Año 1965<br>Date of Birth       Day     Month    Year | 6. Donativos<br>Charitable Contributions<br>0.00 | | 12. Gastos Reemb. y Benefic<br>Reimb. Expenses and Fri |
| Nombre y Dirección Postal del Patrono<br>Employer's Name and Mailing Address<br>DEPT DE EDUCACION-CLASIFICADOS<br>AVE. TENIENTE CESAR GONZALEZ<br>ESQUINA CALAF<br>HATO REY, PR 00919 | Patrono: - Employer:<br>* Envíe a: - Send to:<br>Social Security Administration<br>Data Operations Center Wilkes-Barre, PA 18769-0001<br>Con la<br>With the  W-3PR | | 13. Cont. Retenida - Tax W<br>41<br>14. Fondo de Retiro Guber<br>Governmental Retiremer<br>43 |
| Número de Teléfono del Patrono<br>Employer's Telephone Number | * Envíe al Departamento de Hacienda electrónicamente<br>Send to Department of the Treasury electronically<br>(www.hacienda.pr.gov) | | 15. Aportaciones a Planes<br>Contributions to CODA |
| Fecha Cese de Operaciones:  Dia  Mes  Año<br>Cease of Operations Date:   Day   Month  Year | * Entregue dos copias al empleado<br>Deliver two copies to employee | | Salarios Exentos (Ver ir<br>Exempt Salaries (See in |
| Número Confirmación de Radicación Electrónica<br>Electronic Filing Confirmation Number<br>S160021 | * Conserve copia para sus récords<br>Keep copy for your records | | Código/Code<br>16.<br>Código/Code<br>16A. |
| Número Control - Control Number<br>006282793 | Año:<br>Year:  2016 | | 16B. Aportaciones al Progr<br>Duplica tu Dinero - Contri<br>Save and Double your Mor |
| Fecha de radicación: 31 de enero - Filing date: January 31 | | | |

# COMPROBANTE DE RETENCIÓN - WITHHOLDING STATEMENT
## GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
### DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

Formulario 499R-2/W-2PR Rev. 07.17

222

| | | |
|---|---|---|
| 1. Nombre - First Name: EDWIN | 3. Núm. Seguro Social / Social Security No. | 7. Sueldos - Wages: 49,320.00 | 17. Total Sueldos Seguro Social / Social Security Wages |
| 2. Apellido(s) - Last Name(s): SANTIAGO PEREIRA | | 8. Comisiones - Commissions: 0.00 | 18. Seguro Social Retenido / Social Security Tax Withheld: 0.00 |
| Dirección Postal del Empleado - Employee's Mailing Address: PO BOX 3078  JUNCOS PR 00777 | 4. Núm. de Ident. Patronal / Employer Ident. No. (EIN): 660433451-081 | 9. Concesiones - Allowances: 0.00 | |
| | 5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage: 0.00 | 10. Propinas - Tips: 0.00 | 19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips: 49,320.00 |
| Date of Birth: Día 15 Mes 12 Año 1965 | 6. Donativos / Charitable Contributions: 0.00 | 11. Total = 7 + 8 + 9 + 10: 49,320.00 | |
| 2. Nombre y Dirección Postal del Patrono / Employer's Name and Mailing Address: DEPT DE EDUCACION CLASIFICADOS AVE. TENIENTE CESAR GO ESQUINA CALAF HATO REY PR 00919 | Patrono: - Employer: Envíe a: - Send to: Social Security Administration Data Operations Center Wilkes-Barre, PA 18769-0001 With the W-3PR Envíe al Departamento de Hacienda electrónicamente Send to Department of Treasury electronically (www.hacienda.pr.gov) | 12. Gastos Reemb. y Beneficios Marginales / Reimb. Expenses and Fringe Benefits: 0.00 | 20. Contrib. Medicare Retenida / Medicare Tax Withheld: 715.14 |
| | | 13. Cont. Retenida - Tax Withheld: 4,141.34 | |
| Número de Teléfono del Patrono / Employer's Telephone Number: (787) 773-3508 | | 14. Fondo de Retiro Gubernamental / Governmental Retirement Fund: 4,374.65 | 21. Propinas Seguro Social / Social Security Tips |
| Fecha Cese de Operaciones / Cease of Operations Date: Día  Mes  Año  Day Month Year | | 15. Aportaciones a Planes Cualific. / Contributions to CODA PLANS: 0.00 | 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips: 0.00 |
| Número Confirmación de Radicación Electrónica / Electronic Filing Confirmation Number: S170008 | Año/Year: 2017 | 16. CodigoCod. | |
| | | Salarios Exentos (Ver instrucciones) / Exempt Salaries (See Instructions): 0.00 | |
| Número Control - Control Number: 007003719 | Fecha de radicación: 31 de enero - Filing date: January 31 | 16A. CodigoCod. Aportaciones al Programa Ahora y Duplica tu Dinero - Contributions to the Save and Double your Money Program: 0.00 | 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips: 0.00 |

---

## INSTRUCCIONES PARA EL EMPLEADO
### DEBERÁ SOMETER COPIA AL RENDIR SU PLANILLA

De acuerdo al Código de Rentas Internas de Puerto Rico de 2011, según enmendado (Código), viene obligado a rendir planilla de contribución sobre ingresos todo individuo residente que:

- sea contribuyente individual o casado, si durante el año contributivo tuviere un ingreso bruto reducido por las exenciones de la Sección 1031.02 del Código mayor de $5,000;
- sea casado que vivía con su cónyuge y opte por rendir planilla separada, si durante el año contributivo tuviere un ingreso bruto reducido por las exenciones de la Sección 1031.02 del Código de $2,500 o más; o
- tenga ingreso neto sujeto a contribución básica alterna de $150,000 o más.

PENALIDAD – El Código dispone lo siguiente: Toda persona obligada bajo cualquier Subtítulo del Código a rendir una planilla, declaración, certificación o informe, que voluntariamente dejare de rendir dicha planilla, declaración, certificación o informe dentro del término fijado por el Subtítulo correspondiente o por reglamentos, además de otras penalidades establecidas por el Código, incurrirá en delito menos grave, y en caso de convicción, será castigada con pena de multa no mayor de $5,000, o con pena de reclusión por un término máximo de 90 días, o ambas penas, a discreción del tribunal, más las costas del proceso. En aquellos casos en que cualquier persona voluntariamente dejare de rendir dicha planilla, declaración, certificación o informe (dentro de los términos fijados por el Subtítulo correspondiente o por reglamentos), con la intención de evadir o demorar cualquier contribución impuesta por el Código, además de otras penalidades establecidas por el Código, incurrirá en un delito grave de tercer grado, y en caso de convicción, será sancionada con pena de reclusión la cual fluctuará entre tres años un día y ocho años. El Tribunal a su discreción podrá imponer la pena fija de reclusión establecida o pena de multa que no excederá de $20,000, o ambas penas, más las costas del proceso.

Retenga copia de este formulario para sus récords. Puede usarla para establecer su derecho a los beneficios de seguro social. Si su nombre, dirección o número de seguro social están incorrectos, informe el error a su patrono para que le complete un Formulario 499R-2cW-2cPR.

## INSTRUCTIONS FOR THE EMPLOYEE
### A COPY MUST BE SUBMITTED WITH YOUR RETURN

Pursuant to the Puerto Rico Internal Revenue Code of 2011, as amended (Code), an income tax return must be filed by any resident individual who:

- is an individual or married taxpayer, who during the taxable year had gross income, reduced by the exemptions established in Code Section 1031.02, greater than $5,000;
- is a married individual who lived with his/her spouse, and elects to file separate returns, that during the taxable year had gross income, reduced by the exemptions established in Code Section 1031.02, of $2,500 or more; or
- has net income subject to alternate basic tax of $150,000 or more.

PENALTY – The Code provides the following: Every person required under any Subtitle of the Code to file a return, statement, certification or report, who willfully fails to file the such return, statement, certification or report within the term or terms established by the corresponding Subtitle or by regulations, in addition to other penalties provided by the Code, shall be guilty of a misdemeanor, and upon conviction thereof, punished by a fine of not more than $5,000, or imprisonment for a term of not more than 90 days, or both penalties, at the discretion of the Court, plus the costs of prosecution. In the case of any person who willfully fails to file the such return, statement, certification or report, within the terms established by the Code, with the intention to evade or defeat any tax imposed by the Code, in addition to other penalties provided by the Code, shall be guilty of a third degree felony, and upon conviction thereof, punished by imprisonment for a term ranging from three years and one day to eight years. The Court may impose, at its discretion, the fixed penalty of imprisonment provided or a fine of not more than $20,000, or both penalties, plus the costs of prosecution.

Keep copy of this form for your records. You can use it to prove your right to social security benefits. If your name, address or social security number is incorrect, inform this to your employer and request a Form 499R-2cW-2cPR.

Formulario / Form 499R-2/W-2PR Rev. 07.18

GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

**222**

## COMPROBANTE DE RETENCIÓN - WITHHOLDING STATEMENT

| Field | Value |
|---|---|
| 1. Nombre - First Name | EDWIN |
| Apellido(s) - Last Name(s) | SANTIAGO PEREIRA |
| Dirección Postal del Empleado - Employee's Mailing Address | PO BOX 3078 / JUNCOS PR 00777 |
| Fecha de Nacimiento / Date of Birth | Día 15 Mes 12 Año 1965 |
| 2. Nombre y Dirección Postal del Patrono / Employer's Name and Mailing Address | DEPT DE EDUCACION CLASIFICADOS / AVE. TENIENTE CESAR GO / ESQUINA CALAF / HATO REY, PR 00919-0000 |
| Número de Teléfono del Patrono / Employer's Telephone Number | |
| Fecha Cese de Operaciones / Cease of Operations Date | |
| Número Confirmación de Radicación Electrónica / Electronic Filing Confirmation Number | F071719321 6 |
| Número Control - Control Number | 180075719 |
| Fecha de radicación: 31 de enero - Filing date: January 31 | |
| 3. Núm. Seguro Social / Social Security No. | |
| 4. Núm. de Ident. Patronal / Employer Ident. No. (EIN) | 66-0433481 |
| 5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage | 0.00 |
| 6. Donativos / Charitable Contributions | 0.00 |
| Año / Year: | 2018 |

**Patrono: - Employer:**
Indique si la remuneración incluye pagos al empleado por: / Indicate if the renumeration includes payments to the employee for:
A- ☐ Servicios prestados por un médico cualificado bajo la Ley 14-2017 / Services rendered by a qualified physician under Act 14-2017
B- ☐ Servicios domésticos / Domestic services
C- ☐ Otros / Others: _____

### INFORMACIÓN PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION

| Item | Value |
|---|---|
| 7. Sueldos - Wages | 50,153.35 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total = 7 + 8 + 9 + 10 | 50,153.35 |
| 12. Gastos Reemb. y Beneficios Marginales | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 4,260.14 |
| 14. Fondo de Retiro Gubernamental / Governmental Retirement Fund | 4,459.80 |
| 15. Aportaciones a Planes Calificados / Contributions to CODA PLANS | 0.00 |
| Salarios Exentos (Ver instrucciones) / Exempt Salaries (See instructions) | |
| 16. Código/Code | 0.00 |
| 16A. Código/Code | 0.00 |
| 16B. Código/Code | 0.00 |
| 16C. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program | 0.00 |

### INFORMACIÓN PARA EL SEGURO SOCIAL / SOCIAL SECURITY INFORMATION

| Item | Value |
|---|---|
| 17. Total Sueldos Seguro Social / Social Security Wages | 0.00 |
| 18. Seguro Social Retenido / Social Security Tax Withheld | 0.00 |
| 19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips | 50,153.35 |
| 20. Contrib. Medicare Retenida / Medicare Tax Withheld | 727.22 |
| 21. Propinas Seguro Social / Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0.00 |
| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |







Sello

5120
02/08/2019
$1.00
Rentas Internas
00063-2019-0208-45635013