Edwin Santiago Pereira
Urb. Paraiso de Coamo G15
Calle Paz Coamo P.R. 00769

RECEIVED & FILED
2020 FEB 18 PM 4:36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

CERTIFIED MAIL
7018 0680 0000 9966 7564




U.S. POSTAGE PAID
FCM LG ENV
COAMO, PR
00769
FEB 15, 20
AMOUNT
$8.00
R2303S103139-09

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767