**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Cintron Mendez, Nora Silva | 123983 | 6/28/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Cintron Mendez, Nora Silva | 123983 | 6/28/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**



# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

30 de enero de 2020

# CERTIFICACION

Certifico que : NORA S. CINTRON MENDEZ

Seguro Social :

Categoría : MA. EDUC. SEC (CIENCIA GENERAL)

Distrito Escolar : UTUADO_

Sueldo Mensual : $3,375.00

Status : PERMANENTE

Observaciones :

Trabaja : N/A

Cesó : N/A

Renunció : Efectivo el 7 de junio de 2019

Otros : Presto servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 29 años, 5 meses, 3 semanas y 2.50 días. Nuestro sistema de Recursos Humanos refleja que ocupó una plaza desde 08/29/1989.

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

491

SHR_AJU_SRM

**SISTEMA DE RETIRO PARA MAESTROS**
Sistema de Aportaciones y Beneficios Integrados
**PAGO DE PENSION - REAJUSTE DE PENSION**

12-11-2019
09:38:02 AM
Página: 1

SEGURO SOCIAL
NOMBRE NORA CINTRON MENDEZ
DIRECCIÓN P O BOX 126
ANGELES
UTUADO, PR 00611

NUMERO SOLICITUD 973638
FECHA RADICACION 07-06-2019
REAJUSTE DE PENSION
PLAN DE PENSION D - PERSONAL DOCENTE
EDAD 53.93

INGRESO A NOMINA: 15-12-2019
SERVICIOS ACREDITADOS: 30 Años 0 Meses 1 Sem 3.75 Dias
COSTO ANUALIDAD: $84,795.04
RETROACTIVO: 08-06-2019 AL 30-11-2019

| | PAGO GLOBAL | MENSUAL | ANUAL |
|---|---|---|---|
| | $4,335.78 | $1,711.67 | |
| AUMENTO POR LEY: | | $0.00 | |
| IMPORTE TOTAL (BRUTO) | $4,335.78 | $2,463.54 | $29,562.48 |

| CONCEPTO | CLAVE | DESCUENTO | DESCUENTO |
|---|---|---|---|
| PENSION PAGADA | | $0.00 | $0.00 |
| PRÉSTAMOS: PERSONAL (PP ) | 47-000 | $0.00 | $0.00 |
| CULTURAL (PC ) | 45-000 | $0.00 | $0.00 |
| HIPOTECARIO (PH ) | 36-000 | $0.00 | $0.00 |
| FINANZAS | 67-059 | $0.00 | $0.00 |
| INSUFICIENCIA EN APORTACION | | $0.00 | $0.00 |
| APORT. IND. 9% Case:______ | 26-001 | $0.00 | $0.00 |
| OTROS | | $0.00 | $0.00 |
| TOTAL DESCUENTO | | $0.00 | $0.00 |
| NETO | | **$4,335.78** | **$2,463.54** |

ÁREA DE BENEFICIOS Y SERVICIOS DOCUMENTO PREINTERVENIDO DEC 02 2019 Nombre: Firma:

BONOS NAVIDAD (BNP): $0.00 VERANO (PBV): $0.00 MEDICAMENTO (PBM): $0.00

COMPUTADO POR: FECHA: 11/12/19
INTERVENIDO POR: FECHA:
SUPERVISOR (PENSIONES): FECHA: 20/nov/19
DIRECTOR : FECHA: 25/nov/2019

INGRESADO A NOMINA POR: FECHA: 21/11/19
Mes: ☑ 1ra ☐ 2da
PAGO GLOBAL POR: FECHA: 22/11/19
Mes: ☑ 1ra ☐ 2da ☐ Off Cycle ☑ Pay Line
SUPERVISOR (NOMINA): FECHA: 26-11-19.

ÁREA DE RETIRO DOCUMENTOS PREINTERVENIDOS NOV 13 2019 NOMBRE: Pedro L. Rivera Dulcé FIRMA:

GOBIERNO DE PUERTO RICO
Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Nora S. Cintron Mendez**, con número de seguro social que termina en **7451**.

| | |
|---|---|
| **Fecha de Efectividad de la Pensión** | **8 de junio de 2019** |
| **Tiempo Cotizado para la Pensión** | **30 años, 0 mes, 1 sem., 3.75 día** |
| **Pensión Mensual Inicial** | **$2,463.54** |
| **Pensión Mensual Actual** | **$2,463.54** |

Esta certificación se expide hoy, **13 de febrero de 2020** en **San Juan**, **Puerto Rico**.

**Edgardo J. Negrón Ramírez**
**Supervisor**
**Área de Servicios de Retiro**

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

SRM
Sistema de Retiro para Maestros
Gobierno de Puerto Rico
Protegemos la Aportación al Futuro

787.777.1414 787.764.6910 www.srm.pr.gov

N000366922

**Estado Libre Asociado de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

Grupo de Pago: SM -Quincenal
Desde: 12/09/2004
Hasta: 12/22/2004

# Cheque: **07740878**
Fecha: 12/30/2004

**NORA S CINTRON MENDEZ**
BO ANGELES
PO BOX 126
UTUADO PR 00611-0126
SS:

# Empleado:
Dept: 8001071-Arecibo Utuado
Oficina: Jose Vizcarrondo (Su Angeles)
Titulo: M.Ciencia Nivel-Intermed
Sueldo: $2,305.00 Monthly

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 3 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

**HORAS E INGRESOS**

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,152.50 | 1,470.00 | 26,760.00 |
| Bono de Navidad | | | 0.00 | | 1,000.00 |
| Total: | | | 1,152.50 | 1,470.00 | 27,760.00 |

**IMPUESTOS**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed MED/EE | 16.71 | 402.52 |
| PR Withholdng | 54.73 | 1,312.52 |
| Total: | 71.44 | 1,715.04 |

**DEDUCCIONES**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 103.73 | 2,408.52 |
| Total: | 103.73 | 2,408.52 |

**DEDUCCIONES GENERALES**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Pres Hipot-Retiro Maestros | 312.43 | 7,573.76 |
| SM-First Medical Health Plan | 107.50 | 2,546.00 |
| CO-COOP FED MAESTRO | 10.00 | 180.00 |
| AS FED MAESTROS AFT | 8.00 | 192.00 |
| SC-AMER FAM LIFE ASS CO | 0.00 | 83.31 |
| Total: | 437.93 | 10,575.07 |

**BENEFICIOS PATRONALES PAGADOS**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 100.00 | 1,080.00 |
| GPR Plan de Retiro de Maestro | 97.96 | 2,274.60 |
| FSED Disability Plan | 19.59 | 471.92 |

* Tributable

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 1,152.50 | 71.44 | 541.66 | 539.40 |
| Acumulado: | 27,760.00 | 1,715.04 | 12,983.59 | 13,061.37 |

| PTO HORAS | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

| DISTRIBUCION PAGA NETA | |
|---|---|
| Cheque #07740878 | 539.40 |
| Total: | 539.40 |

**MENSAJE:** "RECIBE UN ABRAZO Y MIS MEJORES DESEOS DE PAZ, SALUD Y PROSPERIDAD EN ESTA NAVIDAD" SILA M. CALDERON

U.S. Pat. no. 6,095,407
TP465802
UNITED FORMS & GRAPHICS (787) 276-8405

**Estado Libre Asociado de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

| Grupo de Pago: | SM -Quincenal | # Cheque: | 06739181 |
|---|---|---|---|
| Desde: | 12/07/2006 | | |
| Hasta: | 12/20/2006 | Fecha: | 12/29/2006 |

| NORA S CINTRON MENDEZ | # Empleado: | | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| BO ANGELES | Dept: | 8001071-Arecibo Utuado | Estado Civil: | Married | Married |
| PO BOX 126 | Oficina: | Jose Vizcarrondo (Su Angeles) | Concesiones: | 0 | 3 |
| UTUADO PR 00611-0126 | Titulo: | DEPARTAMENTO DE EDUCACION | Pct. Adcl.: | | |
| SS: | Sueldo: | $2,405.00 Monthly | Cant. Adcl.: | | |

**HORAS E INGRESOS**

| Descripcion | Corriente: Sueldo | Corriente: Horas | Corriente: Ingresos | Acumulado: Horas | Acumulado: Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,202.50 | 1,452.00 | 28,860.00 |
| Bono de Navidad | | | 0.00 | | 1,000.00 |
| Total: | | | 1,202.50 | 1,452.00 | 29,860.00 |

**IMPUESTOS**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed MED/EE | 17.44 | 432.97 |
| PR Withholdng | 59.23 | 1,501.52 |
| Total: | 76.67 | 1,934.49 |

**DEDUCCIONES**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 108.23 | 2,597.52 |
| Total: | 108.23 | 2,597.52 |

**DEDUCCIONES GENERALES**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Pres Hipot-Retiro Maestros | 312.43 | 7,498.32 |
| SM-First Medical Health Plan | 100.00 | 2,544.00 |
| CO-COOP FED MAESTRO | 10.00 | 240.00 |
| SC-ATLANTIC SOUTH INS CO | 16.00 | 64.00 |
| OS-FEDERACION DE MAESTROS | 8.00 | 152.00 |
| SC-SVTS INC | 0.00 | 277.60 |
| AS FED MAESTROS AFT | 0.00 | 40.00 |
| Total: | 446.43 | 10,815.92 |

**BENEFICIOS PATRONALES PAGADOS**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 120.00 | 1,440.00 |
| GPR Plan de Retiro de Maestro | 102.21 | 2,453.04 |
| FSED Disability Plan | 20.44 | 507.56 |

* Tributable

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 1,202.50 | 76.67 | 554.66 | 571.17 |
| Acumulado: | 29,860.00 | 1,934.49 | 13,413.44 | 14,512.07 |

| PTO HORAS | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

| DISTRIBUCION PAGA NETA | |
|---|---|
| Cheque #06739181 | 571.17 |
| Total: | 571.17 |

**MENSAJE:** EN ESTA NAVIDAD REGALA FUTURO . NI UNA BALA AL AIRE . POLICIA DE PUERTO RICO .

U.S. Pat.# 6,095,407

**Estado Libre Asociado de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

Grupo de Pago: SM -Quincenal
Desde: 12/05/2005
Hasta: 12/16/2005
# Cheque: **02423067**
Fecha: 12/30/2005

**NORA S CINTRON MENDEZ**
BO ANGELES
PO BOX 126
UTUADO PR 00611-0126
SS

# Empleado
Dept: 8001071-Arecibo Utuado
Oficina: Jose Vizcarrondo (Su Angeles)
Titulo: DEPARTAMENTO DE EDUCACION
Sueldo: $2,405.00 Monthly

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 3 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

**HORAS E INGRESOS**

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,202.50 | 1,446.00 | 28,260.00 |
| Bono de Navidad | | | 0.00 | | 1,000.00 |
| Pago Retroactivo Regular | | | 0.00 | | 0.00 |
| Total: | | | 1,202.50 | 1,446.00 | 29,260.00 |

**IMPUESTOS**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed MED/EE | 17.44 | 424.27 |
| PR Withholdng | 59.23 | 1,450.11 |
| Total: | 76.67 | 1,874.38 |

**DEDUCCIONES**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 108.23 | 2,543.52 |
| Total: | 108.23 | 2,543.52 |

**DEDUCCIONES GENERALES**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Pres Hipot-Retiro Maestros | 312.43 | 7,498.32 |
| SM-First Medical Health Plan | 108.00 | 2,604.00 |
| CO-COOP FED MAESTRO | 10.00 | 240.00 |
| SC-SVTS INC | 13.88 | 27.76 |
| AS FED MAESTROS AFT | 8.00 | 192.00 |
| SC-ATLANTIC SOUTH INS CO | 0.00 | 40.00 |
| SC-AMER FAM LIFE ASS CO | 0.00 | 173.88 |
| Total: | 452.31 | 10,775.96 |

**BENEFICIOS PATRONALES PAGADOS**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 120.00 | 1,260.00 |
| GPR Plan de Retiro de Maestro | 102.21 | 2,402.04 |
| FSED Disability Plan | 20.44 | 497.36 |

* Tributable

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 1,202.50 | 76.67 | 560.54 | 565.29 |
| Acumulado: | 29,260.00 | 1,874.38 | 13,319.48 | 14,126.14 |

| PTO HORAS | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

**DISTRIBUCION PAGA NETA**

| | |
|---|---|
| Cheque #02423067 | 565.29 |
| Total: | 565.29 |

**MENSAJE:** ' QUE EL PROXIMO A&O TE COLME DE PAZ, PROSPERIDAD Y VERDADERO PROGRESO A TI Y A TU FAMILIA '