Mora S. Cruz
Box 126
Angeles, P.R.
00611



7018 1130 0001 1947 6340





RETURN RECEIPT REQUESTED



U.S. POSTAGE PAID
FCM LG ENV
LARES, PR
00669
FEB 15, 20
AMOUNT
$7.60
R2305K134828-4



Secretaría (Clerk's Office)
Tribunal de Distrito de Estados Unidos
Room 150 Federal Building
San Juan (P.R)
00918-1767

RECEIVED & FILED
2020 FEB 18 PM 4:36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.