11 de febrero de 2020.

Secretaria
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

RECEIVED & FILED
2020 FEB 18 PM 4: 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

**Re:** Title III Case
Irma L. Matías Lebrón
**Claim #156059**
Deudor: Departamento de Educación de Puerto Rico

Saludos Cordiales.

Adjunto sometemos ante su consideración la evidencia de los siguientes documentos para revisión relacionados a mi reclamación sobre la notificación recibida por la Hon. Junta de Supervisión Fiscal, Titulo III.

- Forma 409 INFORME DE NOMBRAMIENTO Y CAMBIO, Oficina de Personal, Estado Libre Asociado de Puerto Rico.
- Copia de notificación 000134

Estaré al pendiente de cualquier información adicional que sea requerida.

Sin otro particular;

*[signature]*

Irma L. Matías Lebrón
HC-71
Box 73082
Cayey, P.R. 00736