Irma L. Matías Lebrón
HC-71
Box 73082
Cayey, P.R. 00736

CERTIFIED MAIL

7017 0530 0000 8347 2645



U.S. POSTAGE PAID
FCM LG ENV
CAYEY, PR
00736
FEB 15, 20
AMOUNT
$3.30
R2305K136532-01

00918

1000

Secretaria
Tribunal distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

RECEIVED & FILED
2020 FEB 18 PM 4:37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.