11 de febrero de 2020.

Secretaria
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

**Re:** Title III Case
Quintin Borges García
**Claim #139988**
Deudor: Puerto Rico Heighways and Transportation Authority

Saludos Cordiales.

Adjunto sometemos ante su consideración la evidencia de los siguientes documentos para revisión relacionados a mi reclamación sobre el notificación recibida por la Hon. Junta de Supervisión Fiscal, Titulo III.

- Forma OP.15 INFORME DE CAMBIO, Oficina de Personal, Estado Libre Asociado de Puerto Rico.
- Copia de notificación 001031

Estaré al pendiente de cualquier información adicional que sea requerida.

Sin otro particular;

_[signature]_
Quintín Borges García
HC-71
Box 73082
Cayey, P.R. 00736

RECEIVED & FILED
2020 FEB 18 PM 4: 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.