12 de feb. de 2020

A quien pueda interesar:

Por este medio les estoy enviando la Certificación de la Junta de Retiro de Maestros, el Comprobante de Pensionado del mes de diciembre de 2019. Les añadí una copia del Seguro Social y una copia del Certificado de Nacimiento.

Gracias por su atención. Estoy muy agradecida por lo que hagan por mí.

Atentamente,
Luz E. Vega Figueroa
P.O. Box 1241
Añasco, P.R. 00610