February 14, 2020

Re: The Financial Oversight and Management Board for Puerto Rico as representative of The Commonwealth of Puerto Rico, et al.

PROMESA Title III

No. 17 BK 3283-LTS

To whom it may concern:

My name is Aida L. Torres De León and my claim number is 122544; hereby I am providing four check stubs that evidence that I did not receive a pay rise that corresponds to me for the year 2002.

Thank you,

*Aida L. Torres de León*
Aida L. Torres De León

Address: Res Luis Llorens Torres

Edif 29 Apt 617

San Juan, PR 00913

Telephone: (787)597-9164

