

**DEPARTAMENTO DE EDUCACION**
**DIVISION DE NOMINAS**

VISUALIZAR - NOMINA - POR - QUINCENA

| | | | |
|---|---|---|---|
| SEG SOC: | | FECHA: | 08/15/2002 |
| NOMBRE: | TORRES DE LEON, AIDA L | TIPO EMPLEADO: | 02 - CLASIFICADO |
| DISTRITO: | 078 - OFIC. CENTRAL | STATUS RECORD: | A - ACTIVO |
| ESC-UBIC: | 4930 - SERVICIOS INTEGRADOS A COMUNIDADES | AGENCIA: | 81 - NO DOCENTE |
| CUENTA: | E1110 - 111 - 0810000 - 3002 - 001 - 2002 - | NUM CHEQUE: | 3109352 |
| CLASE: | - NO DISPONIBLE ... | | |

## RESUMEN

| INGRESO REGULAR | OTROS INGRESOS | SUELDO BRUTO | IMPUESTOS | DEDUCCIONES | SUELDO NETO |
|---|---|---|---|---|---|
| 521.50 | 0.00 | 521.50 | 58.45 | 221.36 | 241.69 |

## IMPUESTOS

| SEGURO SOCIAL | MEDICARE | CONT / ING |
|---|---|---|
| 32.33 | 7.56 | 18.56 |

## DEDUCCIONES

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00-57-000 | 25.08 | 00-60-027 | 9.50 | 00-64-009 | 63.75 | 00-70-008 | 17.37 | 00-70-014 | 18.21 |
| 00-71-000 | 19.65 | 00-91-006 | 9.00 | 40-GPRS | 15.65 | 70-GPRCR | 43.15 | ___ | 0.00 |
| ___ | 0.00 | ___ | 0.00 | ___ | 0.00 | ___ | 0.00 | ___ | 0.00 |
| ___ | 0.00 | ___ | 0.00 | ___ | 0.00 | ___ | 0.00 | ___ | 0.00 |

## OTROS - INGRESOS

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| — | 0.00 | — | 0.00 | — | 0.00 | — | 0.00 | — | 0.00 |
| — | 0.00 | — | 0.00 | — | 0.00 | — | 0.00 | — | 0.00 |

DEPTO. DE EDUCACION
División Nóminas
PO Box 190759
San Juan, PR 00919-0759



**DEPARTAMENTO DE EDUCACIÓN**
**DIVISIÓN DE NÓMINAS**

**- VISUALIZAR - NOMINA - POR - QUINCENA**

| | | | |
|---|---|---|---|
| SEG SOC: | | FECHA: | 08/30/2002 |
| NOMBRE: | TORRES DE LEON, AIDA L | TIPO EMPLEADO: | 02 - CLASIFICADO |
| DISTRITO: | 078 - OFIC. CENTRAL | STATUS RECORD: | A - ACTIVO |
| ESC-UBIC: | 4930 - SERVICIOS INTEGRADOS A COMUNIDADES | AGENCIA: | 81 - NO DOCENTE |
| CUENTA: | E1110 - 111 - 0810000 - 3002 - 001 - 2002 - | NUM CHEQUE: | 3181903 |
| CLASE: | - NO DISPONIBLE ... | | |

### RESUMEN

| INGRESO REGULAR | OTROS INGRESOS | SUELDO BRUTO | IMPUESTOS | DEDUCCIONES | SUELDO NETO |
|---|---|---|---|---|---|
| 521.50 | 60.00 | 581.50 | 58.47 | 281.36 | 241.67 |

### IMPUESTOS

| SEGURO SOCIAL | MEDICARE | CONT / ING |
|---|---|---|
| 32.34 | 7.57 | 18.56 |

### DEDUCCIONES

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00-57-000 | 25.08 | 00-60-027 | 9.50 | 00-61-027 | 60.00 | 00-64-009 | 63.75 | 00-70-008 | 17.37 |
| 00-70-014 | 18.21 | 00-71-000 | 19.65 | 00-91-006 | 9.00 | 40-GPRS | 15.65 | 70-GPRCR | 43.15 |
| ___ | 0.00 | ___ | 0.00 | ___ | 0.00 | ___ | 0.00 | ___ | 0.00 |
| ___ | 0.00 | ___ | 0.00 | ___ | 0.00 | ___ | 0.00 | ___ | 0.00 |

### OTROS - INGRESOS

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| APM | 60.00 | ___ | 0.00 | ___ | 0.00 | ___ | 0.00 | ___ | 0.00 |
| ___ | 0.00 | ___ | 0.00 | ___ | 0.00 | ___ | 0.00 | ___ | 0.00 |

DEPTO. DE EDUCACIÓN
División Nóminas
PO Box 190759
San Juan, PR 00919-0759

# DEPARTAMENTO DE EDUCACION
## DIVISION DE NOMINAS

**VISUALIZAR - NOMINA - POR - QUINCENA**

| | | |
|---|---|---|
| SEG SOC: | | FECHA: 09/13/2002 |
| NOMBRE: TORRES DE LEON, AIDA L | | TIPO EMPLEADO: 02 - CLASIFICADO |
| DISTRITO: 078 - OFIC. CENTRAL | | STATUS RECORD: A - ACTIVO |
| ESC-UBIC: 4930 - SERVICIOS INTEGRADOS A COMUNIDADES | | AGENCIA: 81 - NO DOCENTE |
| CUENTA: E1110 - 111 - 0810000 - 3002 - 001 - 2002 - | | NUM CHEQUE: 3254098 |
| CLASE: - NO DISPONIBLE ... | | |

## RESUMEN

| INGRESO REGULAR | OTROS INGRESOS | SUELDO BRUTO | IMPUESTOS | DEDUCCIONES | SUELDO NETO |
|---|---|---|---|---|---|
| 521.50 | 0.00 | 521.50 | 58.45 | 185.78 | 277.27 |

## IMPUESTOS

| SEGURO SOCIAL | MEDICARE | CONT / ING |
|---|---|---|
| 32.33 | 7.56 | 18.56 |

## DEDUCCIONES

| 00-57-000 | 25.08 | 00-60-027 | 9.50 | 00-64-009 | 63.75 | 00-71-000 | 19.65 | 00-91-006 | 9.00 |
|---|---|---|---|---|---|---|---|---|---|
| 40-GPRS | 15.65 | 70-GPRCR | 43.15 | | 0.00 | | 0.00 | | 0.00 |
| | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 |
| | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 |

## OTROS - INGRESOS

| | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 |
|---|---|---|---|---|---|---|---|---|---|
| | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 |

DEPTO. DE EDUCACIÓN
División Nóminas
PO Box 190759
San Juan, PR 00919-0759

DEPARTAMENTO DE EDUCACIÓN
DIVISION DE NOMINAS

VISUALIZAR - NOMINA - POR - QUINCENA

| | |
|---|---|
| SEG SOC: | FECHA: 09/27/2002 |
| NOMBRE: TORRES DE LEON, AIDA L | TIPO EMPLEADO: 02 - CLASIFICADO |
| DISTRITO: 078 - OFIC. CENTRAL | STATUS RECORD: A - ACTIVO |
| ESC-UBIC: 4930 - SERVICIOS INTEGRADOS A COMUNIDADES | AGENCIA: 81 - NO DOCENTE |
| CUENTA: E1110 - 111 - 0810000 - 3002 - 001 - 2002 - | NUM CHEQUE: 3327108 |
| CLASE: - NO DISPONIBLE ... | |

## RESUMEN

| INGRESO REGULAR | OTROS INGRESOS | SUELDO BRUTO | IMPUESTOS | DEDUCCIONES | SUELDO NETO |
|---|---|---|---|---|---|
| 521.50 | 60.00 | 581.50 | 58.46 | 245.78 | 277.26 |

## IMPUESTOS

| SEGURO SOCIAL | MEDICARE | CONT / ING |
|---|---|---|
| 32.34 | 7.56 | 18.56 |

## DEDUCCIONES

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00-57-000 | 25.08 | 00-60-027 | 9.50 | 00-61-027 | 60.00 | 00-64-009 | 63.75 | 00-71-000 | 19.65 |
| 00-91-006 | 9.00 | 40-GPRS | 15.65 | 70-GPRCR | 43.15 | ___ | 0.00 | ___ | 0.00 |
| ___ | 0.00 | ___ | 0.00 | ___ | 0.00 | ___ | 0.00 | ___ | 0.00 |
| ___ | 0.00 | ___ | 0.00 | ___ | 0.00 | ___ | 0.00 | ___ | 0.00 |

## OTROS - INGRESOS

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| APM | 60.00 | — | 0.00 | — | 0.00 | — | 0.00 | — | 0.00 |
| — | 0.00 | — | 0.00 | — | 0.00 | — | 0.00 | — | 0.00 |

DEPTO. DE EDUCACIÓN
División Nóminas
PO Box 190759
San Juan, PR 00919-0759

## DEPARTAMENTO DE EDUCACION
### DIVISION DE NOMINAS

**VISUALIZAR - NOMINA - POR - QUINCENA**

| | | | |
|---|---|---|---|
| SEG SOC: | | FECHA: | 10/28/2002 |
| NOMBRE: | TORRES DE LEON, AIDA L | TIPO EMPLEADO: | 02 - CLASIFICADO |
| DISTRITO: | 078 - OFIC. CENTRAL | STATUS RECORD: | A - ACTIVO |
| ESC-UBIC: | 4930 - SERVICIOS INTEGRADOS A COMUNIDADES | AGENCIA: | 81 - NO DOCENTE |
| CUENTA: | E1110 - 111 - 0810000 - 3002 - 001 - 2002 - | NUM CHEQUE: | 3473190 |
| CLASE: | - NO DISPONIBLE ... | | |

### RESUMEN

| INGRESO REGULAR | OTROS INGRESOS | SUELDO BRUTO | IMPUESTOS | DEDUCCIONES | SUELDO NETO |
|---|---|---|---|---|---|
| 521.50 | 60.00 | 581.50 | 58.45 | 263.33 | 259.72 |

### IMPUESTOS

| SEGURO SOCIAL | MEDICARE | CONT / ING |
|---|---|---|
| 32.33 | 7.56 | 18.56 |

### DEDUCCIONES

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00-57-000 | 25.08 | 00-60-027 | 9.50 | 00-61-027 | 60.00 | 00-64-009 | 63.75 | 00-70-005 | 17.55 |
| 00-71-000 | 19.65 | 00-91-006 | 9.00 | 40-GPRS | 15.65 | 70-GPRCR | 43.15 | ___ | 0.00 |
| ___ | 0.00 | ___ | 0.00 | ___ | 0.00 | ___ | 0.00 | ___ | 0.00 |
| ___ | 0.00 | ___ | 0.00 | ___ | 0.00 | ___ | 0.00 | ___ | 0.00 |

### OTROS - INGRESOS

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| APM | 60.00 | ___ | 0.00 | ___ | 0.00 | ___ | 0.00 | ___ | 0.00 |
| ___ | 0.00 | ___ | 0.00 | ___ | 0.00 | ___ | 0.00 | ___ | 0.00 |

DEPTO. DE EDUCACION
División Nóminas
PO Box 190759
San Juan, PR 00919-0759

# DEPARTAMENTO DE EDUCACION
## DIVISION DE NOMINAS

**VISUALIZAR - NOMINA - POR - QUINCENA**

| | | | | |
|---|---|---|---|---|
| SEG SOC: | | | FECHA: | 10/11/2002 |
| NOMBRE: | TORRES DE LEON, AIDA L | | TIPO EMPLEADO: | 02 - CLASIFICADO |
| DISTRITO: | 078 - OFIC. CENTRAL | | STATUS RECORD: | A - ACTIVO |
| ESC-UBIC: | 4930 - SERVICIOS INTEGRADOS A COMUNIDADES | | AGENCIA: | 81 - NO DOCENTE |
| CUENTA: | E1110 - 111 - 0810000 - 3002 - 001 - 2002 - | | NUM CHEQUE: | 3400429 |
| CLASE: | - NO DISPONIBLE ... | | | |

## RESUMEN

| INGRESO REGULAR | OTROS INGRESOS | SUELDO BRUTO | IMPUESTOS | DEDUCCIONES | SUELDO NETO |
|---|---|---|---|---|---|
| 521.50 | 0.00 | 521.50 | 58.46 | 203.33 | 259.71 |

## IMPUESTOS

| SEGURO SOCIAL | MEDICARE | CONT / ING |
|---|---|---|
| 32.33 | 7.57 | 18.56 |

## DEDUCCIONES

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00-57-000 | 25.08 | 00-60-027 | 9.50 | 00-64-009 | 63.75 | 00-70-005 | 17.55 | 00-71-000 | 19.65 |
| 00-91-006 | 9.00 | 40-GPRS | 15.65 | 70-GPRCR | 43.15 | ___ | 0.00 | ___ | 0.00 |
| ___ | 0.00 | ___ | 0.00 | ___ | 0.00 | ___ | 0.00 | ___ | 0.00 |
| ___ | 0.00 | ___ | 0.00 | ___ | 0.00 | ___ | 0.00 | ___ | 0.00 |

## OTROS - INGRESOS

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| _ | 0.00 | _ | 0.00 | _ | 0.00 | _ | 0.00 | _ | 0.00 |
| _ | 0.00 | _ | 0.00 | _ | 0.00 | _ | 0.00 | _ | 0.00 |

DEPTO. DE EDUCACIÓN
División Nóminas
PO Box 190759
San Juan, PR 00919-0759