Aida Luz Torres de León
Edificio 29 apartamento
617 SJ P.R. 00913

  

U.S. POSTAGE PAID
FCM LG ENV
SAN JUAN, PR
00911
FEB 14, 20
AMOUNT
**$1.20**
R2304M115395-17

Secretaria (Clerk's Office)
Tribunal de Distrito de los
Estados Unidos Room
150 Federal Building
San Juan (Puerto Rico)
00918 - 1767

RECEIVED & FILED
2020 FEB 18 PM 5: 07
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.