UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| In RE | * | PROMESA |
| | * | Title III |
| THE FINANCIAL OVERSIGHT AND | * | |
| | * | No. 17 BK 3283-LTS |
| | * | |
| As representative of | * | (Joinly Administered) |
| | * | |
| THE COMMONWEALTH OF PR, et. Als. | * | This filing relates to the |
| Debtors | * | Commonwealth, HTA, and |
| | | ERS |

## MOCION Sometiendo Evidencia

A: Corte de Distrito de Puerto Rico

DE: EMERITO RIVERA GUZMAN, 17BK 03283-LTS, Reclamación 134233

Respetuosamente EXPONE, ALEGA Y SOLICITA:

1. Que hemos recibido Notificación sobre la Cuarta Objeción del ELA sobre Reclamos Deficientes en los que se alegan intereses sobre la base de las reinvidicaciones salariales, laborales o por servicios prestados.

2. Que se alega en dicha Objeción (en mi caso particular) que no sometí evidencia alguna de haber trabajado en el Gobierno del Estado Libre Asociado de Puerto Rico.

3. Que trabajé como Oficial de Custodia para la Administración de Corrección del Estado Libre Asociado desde el mes de agosto de 1986 hasta el 30 de mayo del 2006 en que me acogí al Retiro.

4. Que estoy incluyendo la siguiente evidencia:

    a. Evidencia de carta de nombramiento el 14 de abril de 1986.

    b. Comprobante Ingresos (W-2) Años 2004, 2003, 2002, 2001, 2000, 1999, 1998.1997.

    c. Talonarios de Retiro Octubre 2018, Noviembre 2018, Diciembre 2018.

    d. Algunos talonarios representativos de los años trabajados en el Estado Libre Asociado de Puerto Rico - Talonario ingresos mensuales Enero 2004, mayo 2004, diciembre 2004, enero 2003, mayo 2003, diciembre 2003, enero 2002, mayo 2003, diciembre 2003, junio 20001, agosto 2001, diciembre 2001, enero 2000, febrero 2000, abril 2000, mayo 1999, diciembre 1999, enero 1998, enero 1997, julio 1996. Se poseen en evidencia más talonarios pero se ha enviado solo una porción de

ellos como evidencia pero existen múltiples talonarios que también pueden ser enviados en evidencia.

5. Que estos documentos evidencian que fui empleado del Estado Libre Asociado de Puerto Rico para el periodo de 14 de abril de 1986 al 30 de mayo de 2006.

En Juana Díaz, Puerto Rico a los 14 de febrero de 2020.

Sr. Emerito Rivera Guzmán
Urb. Valle Húcares
124 Calle El Yagrumo
Juana Díaz, PR 00795