From- Emérito Rivera Guzmán
URb Valle Hucares #124 calle E1
Yagrumo J. Diaz, P.R. 00795-2814





U.S. POSTAGE PAID
FCM LG ENV
MERCEDITA, PR
00715
FEB 15, 20
AMOUNT
$2.00
1000   00918   R2304M113827-05



RECEIVED & FILED
2020 FEB 18 PM 5:01
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

TO: Secretaria (Clerk's Office)
Tribunal de distrito de los
Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1