14 de febrero de 2020

A quien corresponda:

Yo, Marisol Rivera Cruz, vecina del pueblo de Morati, Puerto Rico con # celular (787) 484-9795, resido en la Urb. O'neill 2 Calle B, Morati, P.R. 00674-6143.

Reclamo al Sistema de Retiro de los empleados del Gobierno del Estado Libre Asociado de Puerto Rico a cualquiera de los otros deudores en virtud del título III (Employees Retirement System of the Government of the Commonwealth of Puerto Rico) ELA, ACT y el SRE, pues debido a los incumplimientos en los pagaré de los aumentos ofrecidos por mi ejecución profesional como maestra, mas mi activación y pase de la Carrera Magisterial desde abril 2015.

Atentamente,
Profa. Marisol Rivera Cruz
# Contacto (787)484-97..
Dirección Postal:
Urb. O'neill 2 Calle B
Morati, P.R. 00674-6143

Adjunto: Evidencia de mi reclamo.