> **IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| RIVERA CRUZ, MARISOL | 139739 | 6/27/2018 | Commonwealth of Puerto Rico | $58,000.00 |
| Reason: | \multicolumn{4}{l}{Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors} |

> **SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| RIVERA CRUZ, MARISOL | 139739 | 6/27/2018 | Commonwealth of Puerto Rico | $58,000.00 |
| Base para: | \multicolumn{4}{l}{La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.} |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).



**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
DEPARTAMENTO DE EDUCACIÓN

**Secretaria Auxiliar de Recurso Humanos**
**Oficina de la Carrera Magisterial**

OCM 01

## SOLICITUD DE ACTIVACIÓN A LA CARRERA MAGISTERIAL

Nombre del Solicitante : Marisol Rivera Cruz

Seguro Social : 

Categoría : Maestra de Español Secundaria

Núm. De Puesto : R 71584

Escuela : Ángel Sandín Martínez

Distrito Escolar : Vega Alta

Región Educativa : Bayamón

Rango al que aspira : Nivel I

DE CONFORMIDAD CON EL Artículo 2.07 del Reglamento de la Carrera Magisterial, esta solicitud debe entregarse en unión al Plan de Mejoramiento Profesional durante el mes de abril de cada año escolar.

_____
Firma del solicitante

30 de abril de 2015
Fecha de radicación

Recibido por: _____
Fecha: 30 de abril de 2015

El Departamento de Educación no discrimina por razón de raza, color, género, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.





# DEPARTAMENTO DE EDUCACION
Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

6 de febrero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | MARISOL RIVERA CRUZ |
| Seguro Social | : | |
| Categoría | : | MA. EDUC. SEC (ESPAÑOL) |
| Distrito Escolar | : | MANATI |
| Sueldo Mensual | : | $1,941.67 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | Desde el 1 de agosto de 2008 hasta el presente. |
| Cesó | : | N/A |
| Renunció | : | N/A |
| Otros | : | Nuestro Sistema de Recursos Humanos refleja que ha trabajado para ésta Agencia por el periodo de 11 años. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.



Secretaría Auxiliar de Recursos Humanos
*PROGRAMA DE CARRERA MAGISTERIAL*

**Anejo 1**

**OCM-06**

## CERTIFICACIÓN DE RADICACIÓN Y APROBACIÓN DEL PLAN DE MEJORAMIENTO PROFESIONAL

Certificamos que el profesor *Marisol Rivera Cruz*, seguro social ______ de la Escuela *Angel Sandín Martínez* del Distrito Escolar de *Vega Alta* radicó su Plan de Mejoramiento Profesional de acuerdo con las disposiciones del Reglamento de Carrera Magisterial, Artículo 2.06, para el periodo de **1.° de abril de 2015 al 1.° de abril de 2020** (5 años).

Certificamos, además, que el Comité de Evaluación analizó dicho plan, que utilizó como referencia el Capítulo VI del mismo reglamento y que fue aprobado hoy, *13* de *Mayo* de 20*15*.
**(mayo o junio)**

### COMITÉ DE EVALUACIÓN

| NOMBRE | FIRMA | POSICIÓN |
|---|---|---|
| *Mildred Molina Irizarry* | [firma] | DIRECTOR / SUPERINTENDENTE |
| *Elizabeth López* | [firma] | REP. DOCENCIA / FACILITADOR |
| *Edda Ortiz* | [firma] | REP. DEL CONSEJO ESCOLAR |
| | | |

**ACTIVACIÓN: PRIMERA VEZ** ✓ REACTIVACIÓN ______

**PLAN:** NIVEL III ✓ NIVEL IV ____

FECHA EN QUE EL SOLICITANTE RADICÓ LA SOLICITUD: *30* DE ABRIL DE 20*15*

<u>NOTA: EL DIRECTOR / SUPERINTENDENTE TIENE QUE COMPLETAR ESTE DOCUMENTO EN TODAS SUS PARTES.</u>

# DEPARTAMENTO DE EDUCACIÓN
## Department of Education

ESTADO LIBRE ASOCIADO DE PUERTO RICO
Commonwealth of Puerto Rico

## Certificado Vitalicio
### Life Certificate

El Secretario de Educación por la presente confiere a
The Secretary of Education hereby issues to

**MARISOL RIVERA CRUZ**

el presente Certificado que lo faculta para ejercer como
this Certificate that entitles the holder to perform as

**MAESTRO(A) DE EDUCACION SECUNDARIA (ESPAÑOL)**
**SECONDARY SCHOOL TEACHER (SPANISH)**

en las escuelas públicas o privadas de Puerto Rico.
in the School System of Puerto Rico.

Expedido el 29 de julio de 2019
Issued on July 29 2019

Dado en San Juan de Puerto Rico, el 16 de agosto de 2019
Given at San Juan, Puerto Rico on August 16 2019



**Eligio Hernández Pérez**
Secretario de Educación Interino
Interim Secretary of Education

Número de Certificado: 1065097
Certificate Number: 1065097

**Estado Libre Asociado de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 09/14/2009 |
| Hasta: | 09/25/2009 |

# Cheque: 05200915
Fecha: 09/30/2009

MARISOL RIVERA CRUZ
P.O. BOX 375
FLORIDA PR 00650
SS:

| | |
|---|---|
| # Empleado: | |
| Dept: | 8001019-ARECIBO CIALES |
| Oficina: | Juan Rios Serpa |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $1,750.00 Monthly |

| | |
|---|---|
| DATA IMP: | Federal PR |
| Estado Civil: | Single Claiming no personal exem |
| Concesiones: | 0 |
| Pct. Adcl.: | 0 |
| Cant. Adcl.: | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 875.00 | 1,032.00 | 14,656.48 |
| Pago Retroactivo Regular | | | 0.00 | | 875.00 |
| Total: | | | −875.00 | 1,032.00 | 15,531.48 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed MED/EE | 12.69 | 225.21 |
| PR Withholdng | 46.67 | 841.47 |
| Total: | 59.36 | 1,066.68 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 78.75 | 1,397.84 |
| Total: | 78.75 | 1,397.84 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AS-ASOC MAESTROS DE P.R. | 8.50 | 76.50 |
| Total: | 8.50 | 76.50 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 74.38 | 1,320.25 |
| FSED Disability Plan | 14.88 | 264.11 |
| * Tributable | | |

## TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Corriente | Acumulado |
|---|---|---|
| Total Bruto | 875.00 / 15,531.48 | |
| Total Impuestos | 59.36 / 1,066.68 | |
| Deducciones Totales | 87.25 / 1,474.34 | |
| Paga Neta | 728.39 / 12,990.46 | |

### PTO HORAS ACUM
| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA
| | |
|---|---|
| Cheque #05200915 | 728.39 |
| Total: | 728.39 |

MENSAJE:

**Estado Libre Asociado de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

| | | |
|---|---|---|
| Grupo de Pago: | SM -Quincenal | # Cheque: 03376455 |
| Desde: | 11/07/2008 | |
| Hasta: | 11/20/2008 | Fecha: 11/26/2008 |

MARISOL RIVERA CRUZ
P.O. BOX 375
FLORIDA PR 00650
SS:

| | |
|---|---|
| # Empleado: | |
| Dept: | 8001091-Arecibo Florida |
| Oficina: | S.U.DR.CAYETANO COLL Y TOSTE |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $1,750.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Claiming no personal exem |
| Concesiones: | 0 | |
| Pct. Adcl.: | | 0 |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 875.00 | 420.00 | 6,125.00 |
| Pago Retroactivo Regular | | | 0.00 | | 875.00 |
| Total: | | | 875.00 | 420.00 | 7,000.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed MED/EE | 12.69 | 101.50 |
| PR Withholdng | 46.67 | 390.07 |
| Total: | 59.36 | 491.57 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 78.75 | 630.00 |
| Total: | 78.75 | 630.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SC-NATIONAL LIFE INS. | 22.33 | 89.32 |
| Total: | 22.33 | 89.32 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 74.38 | 595.03 |
| FSED Disability Plan | 14.88 | 119.03 |
| * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|
| Corriente: | 875.00 | 59.36 | 101.08 | 714.56 |
| Acumulado: | 7,000.00 | 491.57 | 719.32 | 5,789.11 |

| LIQ HORAS | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| +/- Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Cheque #03376455 | 714.56 |
| Total: | 714.56 |

MENSAJE: ' SU PLAN MEDICO VENCE EL 31 DE DICIEMBRE DE 2008 . DEBERA ACTIVAR NUEVAMENTE '

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez , Esquina Calaf
HATO REY, PR 00919

| | | |
|---|---|---|
| Grupo de Pago: | SM -Quincenal | Aviso #: 8980323 |
| Desde: | 01/22/2010 | Fecha Aviso: 01/29/2010 |
| Hasta: | 02/04/2010 | |

MARISOL RIVERA CRUZ
P.O. BOX 375
FLORIDA, PR 00650
SS:

| | |
|---|---|
| # Empleado: | |
| Dept: | 8001019-ARECIBO CIALES |
| Lugar: | Juan Rios Serpa |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $1,750.00 Monthly |

| | Federal | PR |
|---|---|---|
| DATA IMP: | | |
| Estado Civil: | Single | Claiming no personal exem |
| Concesiones: | 0 | |
| Pct. Adcl.: | | 0 |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 875.00 | 120.00 | 1,750.00 |
| Total: | | | 875.00 | 120.00 | 1,750.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 12.69 | 25.38 |
| PR Withholding | 46.67 | 93.34 |
| Total: | 59.36 | 118.72 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 78.75 | 157.50 |
| Total: | 78.75 | 157.50 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AS-ASOC MAESTROS DE P.R. | 8.50 | 17.00 |
| Total: | 8.50 | 17.00 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 74.38 | 148.76 |
| FSED Disability Plan | 14.88 | 29.76 |

* Tributable

### TOTAL BRUTO / BRUTO TRIBUT. FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Bruto Tribut. Fed | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|---|
| Corriente: | 875.00 | 0.00 | 59.36 | 87.25 | 728.39 |
| Acumulado: | 1,750.00 | 0.00 | 118.72 | 174.50 | 1,456.78 |

### FTO HORAS ACUM

| Balance Inicial: | 0.0 |
|---|---|
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #8980323 | 728.39 |
| Total: | 728.39 |

MENSAJE:

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
01/29/2010

Aviso No.
8980323

Cant. Deposito:  $728.39

A la
Cuenta(s) De

MARISOL RIVERA CRUZ
P.O. BOX 375
FLORIDA, PR 00650

Localizacion: Juan Rios Serpa

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Pay Card | 5045385000459728 | $728.39 |
| Total: | | $728.39 |

## NO-NEGOCIABLE

| DEPT DE EDUCACION-MAESTROS | | Grupo de: SM -Quincenal | Aviso #: 0086769 |
|---|---|---|---|
| Avenida Teniente Cesar Gonzalez, Esquina Calaf | | Desde: 08/29/2011 | Fecha Aviso: 09/15/2011 |
| HATO REY, PR 00919 | | Hasta: 09/12/2011 | |

| MARISOL RIVERA CRUZ | # Empleado: XXXXX2318 | DATA IMP: Federal PR |
|---|---|---|
| P.O. BOX 375 | Dept: 8007122-BAYAMON OROCOVIS | Estado Civil: Single Claiming no personal exem |
| FLORIDA, PR 00650 | Lugar: JAIME A. COLLAZO DEL RIO | Concesiones: 0 |
| | Titulo: DEPARTAMENTO DE EDUCACION | Pct. Adcl.: 0 |
| SS: XXX-XX-2318 | Sueldo: $1,750.00 Monthly | Cant. Adcl.: |

### HORAS E INGRESOS / IMPUESTOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 875.00 | 978.00 | 12,500.54 | Fed FICA Med Hospital Ins / EE | 12.69 | 187.60 |
| Pago Retroactivo Regular | | | 0.00 | | 437.50 | PR Withholding | 15.34 | 396.35 |
| Total: | | | 875.00 | 978.00 | 12,938.04 | Total: | 28.03 | 583.95 |

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| GPR Plan de Retiro de Maestro | 78.75 | 1,164.42 | SC-AMER FAM LIFE ASS CO | 29.85 | 417.90 | GPR Plan de Retiro de Maestro | 83.13 | 1,121.68 |
| | | | SC-OCCIDENTAL LIFE INSS | 25.00 | 400.00 | FSED Disability Plan | 14.88 | 220.01 |
| Total: | 78.75 | 1,164.42 | Total: | 54.85 | 817.90 | * Tributable | | |

### TOTAL BRUTO / BRUTO TRIBUT. FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | | | | | |
|---|---|---|---|---|---|
| Corriente: | 875.00 | 0.00 | 28.03 | 133.60 | 713.37 |
| Acumulado: | 12,938.04 | 0.00 | 583.95 | 1,982.32 | 10,371.77 |

### RIO HORAS ACUM / DISTRIBUCION PAGA NETA

| Balance Inicial: | 0.0 | Aviso #0086769 | 713.37 |
|---|---|---|---|
| + Ganada: | | | |
| + Compra: | | Total: | 713.37 |
| - Usada: | | | |
| - Donada: | | | |
| + Ajustes: | | | |
| Balance Final: | 0.0 | | |

MENSAJE:

---

DEPT DE EDUCACION-MAESTROS  
Avenida Teniente Cesar Gonzalez  
Esquina Calaf  
HATO REY, PR 00919

Fecha  
09/15/2011

Aviso No.  
86769

Cant. Deposito: $713.37

A la Cuenta(s) De

MARISOL RIVERA CRUZ  
P.O. BOX 375  
FLORIDA, PR 00650

Localizacion: JAIME A. COLLAZO DEL RIO

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Depo |
|---|---|---|
| Pay Card | | $ |
| Total: | | |

## NO-NEGOCIABLE

| DEPT DE EDUCACION-MAESTROS<br>Avenida Teniente Cesar Gonzalez, Esquina Calaf<br>HATO REY, PR 00919 | Grupo de Pago:<br>Desde:<br>Hasta: | SM -Quincenal<br>03/07/2012<br>03/20/2012 | Aviso #: 3648144<br>Fecha Aviso: 03/15/2012 |

| MARISOL RIVERA CRUZ<br>P.O. BOX 375<br>FLORIDA, PR 00650<br>SS: XXX-XX-2318 | # Empleado: XXXXX2318<br>Dept: 8007122-BAYAMON OROCOVIS<br>Lugar: JAIME A. COLLAZO DEL RIO<br>Titulo: DEPARTAMENTO DE EDUCACION<br>Sueldo: $1,750.00 Monthly | DATA IMP: Federal PR<br>Estado Civil: Single Claiming no personal exem<br>Concesiones: 0<br>Pct. Adcl.: 0<br>Cant. Adcl.: |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 875.00 | 306.00 | 4,375.00 |
| Total: | | | 875.00 | 306.00 | 4,375.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 12.69 | 63.44 |
| PR Withholding | 15.11 | 75.55 |
| Total: | 27.80 | 138.99 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 78.75 | 393.75 |
| Total: | 78.75 | 393.75 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 25.50 | 99.50 |
| SC-AMER FAM LIFE ASS CO | 29.85 | 149.25 |
| SC-OCCIDENTAL LIFE INSS | 36.00 | 180.00 |
| Total: | 91.35 | 428.75 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 74.38 | 371.90 |
| FSED Disability Plan | 14.88 | 74.40 |
| SM-First Medical Health Plan | 0.00 | 200.00 |
| * Tributable | | |

| | TOTAL BRUTO | BRUTO TRIBUT FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 875.00 | 0.00 | 27.80 | 170.10 | 677.10 |
| Acumulado: | 4,375.00 | 0.00 | 138.99 | 822.50 | 3,413.51 |

### FTO HORAS ACUM

| Balance Inicial: | 0.0 |
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| Aviso #3648144 | 677.10 |
| Total: | 677.10 |

MENSAJE:

DEPT DE EDUCACION-MAESTROS
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha 03/15/2012

Aviso No. 3648144

Cant. Deposito: $677.10

A la Cuenta(s) De

MARISOL RIVERA CRUZ
P.O. BOX 375
FLORIDA, PR 00650

Localizacion: JAIME A. COLLAZO DEL RIO

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Pay Card | | $677. |
| Total: | | |

## NO-NEGOCIABLE

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez, Esquina Calaf
HATO REY, PR 00919

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 02/20/2013 |
| Hasta: | 03/05/2013 |

Aviso #: 0276330
Fecha Aviso: 02/28/2013

| | |
|---|---|
| MARISOL RIVERA CRUZ | |
| P.O. BOX 375 | |
| FLORIDA, PR 00650 | |
| SS: XXX-XX-2318 | |

| | |
|---|---|
| # Empleado: | XXXXX2318 |
| Dept: | 8007122-BAYAMON OROCOVIS |
| Lugar: | JOSE ROJAS CORTES |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $1,775.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Claiming no personal exem |
| Concesiones: | 0 | |
| Pct. Adcl.: | | 0 |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 887.50 | 246.00 | 3,550.00 |
| Total: | | | 887.50 | 246.00 | 3,550.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 12.87 | 51.48 |
| PR Withholding | 15.76 | 63.04 |
| Total: | 28.63 | 114.52 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 79.88 | 319.52 |
| Total: | 79.88 | 319.52 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 25.50 | 102.00 |
| SC-COOP DE SEGUROS DE VIDA | 17.42 | 69.68 |
| Total: | 42.92 | 171.68 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 100.00 | 200.00 |
| GPR Plan de Retiro de Maestro | 75.44 | 301.76 |
| FSED Disability Plan | 15.09 | 60.36 |

* Tributable

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 887.50 | 0.00 | 28.63 | 122.80 | 736.07 |
| Acumulado: | 3,550.00 | 0.00 | 114.52 | 491.20 | 2,944.28 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #0276330 | 736.07 |
| Total: | 736.07 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

MENSAJE:

---

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
02/28/2013

Aviso No.
276330

Cant. Deposito: $736.07

A la
Cuenta(s) De

**MARISOL RIVERA CRUZ**
P.O. BOX 375
FLORIDA, PR 00650

Localizacion: JOSE ROJAS CORTES

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Pay Card | | $736.07 |
| Total: | | $736.07 |

**NO-NEGOCIABLE**     JRC

**080 DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez, Esquina Calaf
HATO REY, PR 00919

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 03/20/2014 |
| Hasta: | 04/02/2014 |

Aviso #: 7870829
Fecha Aviso: 03/28/2014

**MARISOL RIVERA CRUZ**
P.O. BOX 375
FLORIDA, PR 00650

SS: XXX-XX-2318

| | |
|---|---|
| # Empleado: | XXXXX2318 |
| Dept: | 8007122-BAYAMON OROCOVIS |
| Lugar: | JAIME A. COLLAZO DEL RIO |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $1,775.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Claiming no personal exem |
| Concesiones: | 0 | |
| Pct. Adcl.: | | 0 |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 887.50 | 360.00 | 5,147.52 |
| Total: | | | 887.50 | 360.00 | 5,147.52 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 12.87 | 74.64 |
| PR Withholding | 15.76 | 83.26 |
| Total: | 28.63 | 157.90 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 79.88 | 463.30 |
| Total: | 79.88 | 463.30 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SC-COOP DE SEGUROS DE VIDA | 17.42 | 104.52 |
| AS-ASOC MAESTROS DE P.R. | 13.38 | 80.28 |
| Ahorros-AEELA | 26.63 | 154.45 |
| Total: | 57.43 | 339.25 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 75.44 | 437.55 |
| FSED Disability Plan | 15.09 | 87.52 |

* Tributable

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 887.50 | 0.00 | 28.63 | 137.31 | 721.56 |
| Acumulado: | 5,147.52 | 0.00 | 157.90 | 802.55 | 4,187.07 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #7870829 | 721.56 |
| Total: | 721.56 |

| PTO HORAS | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

MENSAJE: ' ABRE O TRANSFIERE TU IRA CON AEELA ; 4.07% APY A 10 A&OS . VISITANOS. 787-641-4433 '

---

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
03/28/2014

Aviso No.
7870829

Cant. Deposito: $721.56

A la
Cuenta(s) De

MARISOL RIVERA CRUZ
P.O. BOX 375
FLORIDA, PR 00650

Localizacion: JAIME A. COLLAZO DEL RIO

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Pay Card | XXXXXXXXXXXXXX | 721.56 |
| Total: | | 721.56 |

## NO-NEGOCIABLE

**080 DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez , Esquina Calaf
HATO REY, PR  00919

| | | |
|---|---|---|
| Grupo de Pago: | SM -Quincenal | Aviso #: 0517910 |
| Desde: | 12/10/2015 | Fecha Aviso: 12/30/2015 |
| Hasta: | 12/23/2015 | |

| | | |
|---|---|---|
| MARISOL RIVERA CRUZ | # Empleado: XXXXX2318 | DATA IMP:   Federal   PR |
| P.O. BOX 375 | Dept: 8001117-ARECIBO-MANATI | Estado Civil: Single   Claiming no personal exem |
| FLORIDA, PR 00650 | Lugar: FERNANDO SURIA CHAVES | Concesiones: 0 |
| | Titulo: DEPARTAMENTO DE EDUCACION | Pct. Adcl.: 0 |
| SS:  XXX-XX-2318 | Sueldo: $1,775.00 Monthly | Cant. Adcl.: |

### HORAS E INGRESOS / IMPUESTOS

| | | Corriente | | Acumulado | | | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | 887.50 | 1,470.00 | | 20,988.88 | Fed FICA Med Hospital Ins / EE | 12.87 | 313.04 |
| Bono de Navidad | | 0.00 | | | 600.00 | PR Withholding | 15.76 | 362.48 |
| Total: | | 887.50 | 1,470.00 | | 21,588.88 | Total: | 28.63 | 675.52 |

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| GPR Plan de Retiro de Maestro | 79.88 | 1,889.11 | SM-First Medical Health Plan | 16.00 | 384.00 | SM-First Medical Health Plan | 120.00 | 1,440.00 |
| | | | Ahorros-AEELA | 26.63 | 629.78 | GPR Plan de Retiro de Maestro | 119.81 | 2,301.00 |
| | | | SC-TRANS OCEANIC LIFE | 0.00 | 31.95 | FSED Disability Plan | 15.09 | 367.07 |
| | | | AS-ASOC MAESTROS DE P.R. | 0.00 | 195.50 | | | |
| Total: | 79.88 | 1,889.11 | Total: | 42.63 | 1,241.23 | * Tributable | | |

### TOTAL BRUTO / BRUTO TRIBUT FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | | | | | |
|---|---|---|---|---|---|
| Corriente: | 887.50 | 0.00 | 28.63 | 122.51 | 736.36 |
| Acumulado: | 21,588.88 | 0.00 | 675.52 | 3,130.34 | 17,783.02 |

### PTO HORAS ACUM / DISTRIBUCION PAGA NETA

| | | | | |
|---|---|---|---|---|
| Balance Inicial: | 0.0 | | Aviso #0517910 | 736.36 |
| + Ganada: | | | | |
| + Compra: | | | Total: | 736.36 |
| - Usada: | | | | |
| - Donada: | | | | |
| + Ajustes: | | | | |
| Balance Final: | 0.0 | | | |

**MENSAJE:**

---

**DEPT DE EDUCACION-MAESTROS**  
Avenida Teniente Cesar Gonzalez  
Esquina Calaf  
HATO REY, PR  00919

Fecha  
12/30/2015

Aviso No.  
517910

Cant. Deposito:   $736.36

A la
Cuenta(s) De

MARISOL RIVERA CRUZ  
P.O. BOX 375  
FLORIDA, PR  00650

Localizacion: FERNANDO SURIA CHAVES

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Pay Card | XXXXXXXXXXXXXX | 736.36 |
| Total: | | 736.36 |

## NO-NEGOCIABLE

| 080 DEPT DE EDUCACION-MAESTROS | Grupo de Pago: | SM -Quincenal | Aviso #: | 4045237 |
|---|---|---|---|---|
| Avenida Teniente Cesar Gonzalez , Esquina Calaf | Desde: | 10/12/2016 | Fecha Aviso: | 10/28/2016 |
| HATO REY, PR 00919 | Hasta: | 10/25/2016 | | |

| | | | | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|---|
| MARISOL RIVERA CRUZ | # Empleado: | XXXXX2318 | | Estado Civil: | Single | Claiming no personal exem |
| P.O. BOX 375 | Dept: | 8001117-ARECIBO-MANATI | | Concesiones: | 0 | |
| FLORIDA, PR 00650 | Lugar: | FERNANDO SURIA CHAVES | | Pct. Adcl.: | | 0 |
| | Titulo: | DEPARTAMENTO DE EDUCACION | | Cant. Adcl.: | | |
| SS: XXX-XX-2318 | Sueldo: | $1,775.00 Monthly | | | | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 887.50 | 1,242.00 | 17,674.31 |
| Pago Retroactivo Regular | | | 0.00 | | 301.75 |
| Total: | | | 887.50 | 1,242.00 | 17,976.06 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 12.87 | 260.65 |
| PR Withholding | 15.76 | 329.60 |
| Total: | 28.63 | 590.25 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 79.88 | 1,617.93 |
| Total: | 79.88 | 1,617.93 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Ahorros-AEELA | 26.63 | 539.37 |
| SM-First Medical Health Plan | 0.00 | 189.00 |
| SC-TRIPLE-S VIDA INC | 0.00 | 36.80 |
| AS-ASOC MAESTROS DE P.R. | 0.00 | 34.00 |
| Total: | 26.63 | 799.17 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 130.91 | 2,514.57 |
| FSED Disability Plan | 15.09 | 305.64 |
| SM-First Medical Health Plan | 0.00 | 480.00 |

* Tributable

### TOTAL BRUTO / BRUTO TRIBUT FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Bruto Tribut Fed | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|---|
| Corriente: | 887.50 | 0.00 | 28.63 | 106.51 | 752.36 |
| Acumulado: | 17,976.06 | 0.00 | 590.25 | 2,417.10 | 14,968.71 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas | | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 | | Aviso #4045237 | 752.36 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 | | | |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 | | Total: | 752.36 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 | | | |

Los balances de licencias corresponden al periodo de:

MENSAJE:

DEPT DE EDUCACION-MAESTROS  
Avenida Teniente Cesar Gonzalez  
Esquina Calaf  
HATO REY, PR 00919

Fecha  
10/28/2016

Aviso No.  
4045237

Cant. Deposito: $752.36

A la  
Cuenta(s) De

MARISOL RIVERA CRUZ  
P.O. BOX 375  
FLORIDA, PR 00650

Localizacion: FERNANDO SURIA CHAVES

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXX | 752.36 |
| Total: | | 752.36 |

## NO-NEGOCIABLE

**080 Dept. de Educacion - Maestros**
Avenida Teniente Cesar Gonzalez , Esquina Calaf
HATO REY, PR 00919

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 01/10/2017 |
| Hasta: | 01/23/2017 |

Aviso #: 5556479
Fecha Aviso: 01/13/2017

MARISOL RIVERA CRUZ
CALLE B NUM. 2
URB. ONEIL
MANATI, PR 00674
SS:   XXX-XX-2318

# Empleado: XXXXX2318
Dept: 8001117-ARECIBO-MANATI
Lugar: FERNANDO SURIA CHAVES
Titulo: DEPARTAMENTO DE EDUCACION
Sueldo: $1,775.00 Monthly

DATA IMP: Federal | PR
Estado Civil: Single | Claiming no personal exem
Concesiones: 0
Pct. Adcl.: 0
Cant. Adcl.:

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 887.50 | 60.00 | 887.50 |
| Total: | | | 887.50 | 60.00 | 887.50 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 12.87 | 12.87 |
| PR Withholding | 15.76 | 15.76 |
| Total: | 28.63 | 28.63 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 79.88 | 79.88 |
| Total: | 79.88 | 79.88 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| OS-AMPR LOCAL SIND AFIL | 8.50 | 8.50 |
| Ahorros-AEELA | 26.63 | 26.63 |
| Total: | 35.13 | 35.13 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 130.91 | 130.91 |
| FSED Disability Plan | 15.09 | 15.09 |
| * Tributable | | |

## TOTAL BRUTO / BRUTO TRIBUT FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Bruto Tribut Fed | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|---|
| Corriente: | 887.50 | 0.00 | 28.63 | 115.01 | 743.86 |
| Acumulado: | 887.50 | 0.00 | 28.63 | 115.01 | 743.86 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

## DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5556479 | 743.86 |
| Total: | 743.86 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

**Dept. de Educacion - Maestros**
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
01/13/2017

Aviso No.
5556479

Cant. Deposito:   $743.86

A la
Cuenta(s) De

MARISOL RIVERA CRUZ
CALLE B NUM. 2
URB. ONEIL
MANATI, PR 00674
Localizacion: FERNANDO SURIA CHAVES

## DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXX | 743.86 |
| Total: | | 743.86 |

## NO-NEGOCIABLE

| 080 Dept. de Educacion - Maestros<br>Avenida Teniente Cesar Gonzalez<br>Esquina Calaf<br>HATO REY, PR 00919 | | Grupo de Pago:<br>Desde:<br>Hasta: | SM -Quincenal<br>12/10/2018<br>12/21/2018 | | Aviso #:<br>Fecha Aviso: | 8890381<br>12/28/2018 |
|---|---|---|---|---|---|---|
| MARISOL RIVERA CRUZ<br>CALLE B NUM. 2<br>URB. ONEIL<br>MANATI, PR 00674<br>SS: | | # Empleado:<br>Dept:<br>Lugar:<br>Titulo:<br>Sueldo: | 800111?-ARECIBO-MANATI<br>FERNANDO SURIA CHAVES<br>DEPARTAMENTO DE EDUCACION<br>$1,900.00 Monthly | DATA IMP:<br>Estado Civil:<br>Concesiones:<br>Pct. Adcl.:<br>Cant. Adcl.: | Federal<br>Single<br>0<br> | PR<br>Claiming no personal exem<br>0 |

### HORAS E INGRESOS

| | | --------- Corriente --------- | | ------ Acumulado ------ | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 950.00 | 1,464.00 | 22,151.68 |
| Bono de Navidad | | | 0.00 | | 600.00 |
| Pago Retroactivo Regular | | | 0.00 | | 62.50 |
| Total: | | | 950.00 | 1,464.00 | 22,814.18 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 13.78 | 330.81 |
| PR Withholding | 20.99 | 447.71 |
| Total: | 34.77 | 778.52 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 85.50 | 1,999.35 |
| Total: | 85.50 | 1,999.35 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 82.01 | 492.06 |
| SM-First Medical Health Plan | 9.00 | 162.00 |
| SC-MULTINATIONAL LIFE INS. | 7.50 | 150.00 |
| OS-AMPR LOCAL SIND AFIL | 8.50 | 204.00 |
| Ahorros-AEELA | 28.50 | 666.50 |
| SC-TRIPLE-S VIDA INC | 0.00 | 17.40 |
| Total: | 135.51 | 1,691.96 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 120.00 | 1,080.00 |
| FSED Disability Plan | 16.15 | 388.47 |
| * Tributable | | |

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 950.00 | 0.00 | 34.77 | 221.01 | 694.22 |
| Acumulado: | 22,814.18 | 0.00 | 778.52 | 3,691.31 | 18,344.35 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas | | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 | | Aviso #8890381 | 694.22 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 | | | |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 | | Total: | 694.22 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 | | | |

Los balances de licencias corresponden al periodo de:

MENSAJE:

| | | |
|---|---|---|
| Dept. de Educacion - Maestros<br>Avenida Teniente Cesar Gonzalez<br>Esquina Calaf<br>HATO REY, PR 00919 | Fecha<br>12/28/2018 | Aviso No.<br>8890381 |

Cant. Deposito:   $694.22

A la
Cuenta(s) De

MARISOL RIVERA CRUZ
CALLE B NUM. 2
URB. ONEIL
MANATI, PR 00674
Localizacion: FERNANDO SURIA CHAVES

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXX | 694.22 |
| Total: | | 694.22 |

UNIVERSIDAD INTERAMERICANA DE PUERTO RICO

Student No: R00206215                     Date of Birth:              Date Issued: 07-DEC-2016
                                                                                        STUD

Record of: MARISOL RIVERA CRUZ                                                     Page: 1
Current Name: MARISOL RIVERA CRUZ
          URB. O NEIL
          B CALLE 2
          MANATI, PR 00674

Issued To: MARISOL RIVERA CRUZ
          URB. O NEIL
          B CALLE 2
          MANATI, PR 00674              SUBJ NO. C      COURSE TITLE         CRED GRD   PTS R

Course Level: GRADUATE (MASTERS)         Institution Information continued:
Student Type: * Regular                       Ehrs:  3.00 GPA-Hrs: 3.00  QPts:   9.00 GPA:  3.00
High School: JUAN A. CORRETJER MONTES H.S. 23-MAY-1990
Only Admit: TRIMESTER NOV-FEB 2008-2009
                                         TRIMESTER LATE FEB-MAY 2011
Current Program                          SPAN 6907  R   IMP FIG CONTEMP SPA AMER LITER  3.00 A   12.00
Master of Education                           Ehrs:  3.00 GPA-Hrs: 3.00  QPts:  12.00 GPA:  4.00
     College : Arecibo
        Major : TEACH  CURRICULUM SPANISH
                                         TRIMESTER LATE FEB-MAY 2012
Comments:                                EDUC 5047  R   PHSYCOSOCI FOUNDATION OF EDUCA  3.00 A   12.00
MASTER DEGREE CONFERRED BY ARECIBO CAMPUS     Ehrs:  3.00 GPA-Hrs: 3.00  QPts:  12.00 GPA:  4.00

Degrees Awarded Master of Education 03-NOV-2016
Ehrs:  39.00 GPA-Hrs:  33.00 QPts:  126.00 GPA:   3.82    SUMMER JUNE 2012
Primary Degree                           EDUC 6056  R   CURRICULUM EVALUATION           3.00 W    0.00
     Campus : Arecibo                    EDUC 6057  R   TEACHING MODELS & STRATEGIES    3.00 W    0.00
     Major : TEACH  CURRICULUM SPANISH        Ehrs:  0.00 GPA-Hrs: 0.00  QPts:   0.00 GPA:  0.00

SUBJ NO. C       COURSE TITLE        CRED GRD   PTS R
                                         TRIMESTER AUG-OCT 2012
                                         EDUC 6046  R   CURRICULUM DEVELOPMENT          3.00 R    0.00 E
INSTITUTION CREDIT:                           Ehrs:  0.00 GPA-Hrs: 0.00  QPts:   0.00 GPA:  0.00

TRIMESTER NOV-FEB 2008-2009
SPAN 6905  R   APPLIC ADV GRAM MODERN COMPOSI  3.00 A   12.00   TRIMESTER AUG-OCT 2015
     Ehrs:  3.00 GPA-Hrs: 3.00  QPts:  12.00 GPA:  4.00    EDUC 6057  R   TEACHING MODELS & STRATEGIES   3.00 A   12.00
                                         EDUC 6931  R   RESEARCH PROJ/SPEC APPLIC AREA  3.00 P    0.00
                                              Ehrs:  6.00 GPA-Hrs: 3.00  QPts:  12.00 GPA:  4.00
TRIMESTER FEB-MAY 2009
SPAN 6906  R   CRIT VIE PRLITERAT:XX CENT/PRE  3.00 B    9.00
     Ehrs:  3.00 GPA-Hrs: 3.00  QPts:   9.00 GPA:  3.00    TRIMESTER NOV 2015 - FEB 2016
                                         EDUC 6024  R   EDUC MEASUREMENTS & EVALUATION  3.00 A   12.00
                                         SPAN 6904  R   IMP APPLI LINGUI SPANI LANG PR  3.00 A   12.00
TRIMESTER AUG-OCT 2009                   ******************* CONTINUED ON PAGE 2 *******************
EDUC 6580  R   COMPUTERS IN EDUCATION          3.00 B    9.00
******************* CONTINUED ON NEXT COLUMN *******************

                                         Carmen L. Rodriguez Martino
                                                REGISTRAR

SECURITY FEATURES INCLUDED, DETAILS ON BACK.

UNIVERSIDAD INTERAMERICANA DE PUERTO RICO

Student No: R00206215  Date of Birth:  Date Issued: 07-DEC-2016
STUD

Record of: MARISOL RIVERA CRUZ  Page: 2
Level: GRADUATE (MASTERS)

```
SUBJ  NO.   C     COURSE TITLE              CRED GRD    PTS R
```

Institution Information continued:
    Ehrs: 6.00 GPA-Hrs: 6.00  QPts: 24.00 GPA: 4.00


TRIMESTER MAR-MAY 2016
EDUC 6046  R   CURRICULUM DEVELOPMENT       3.00 A    12.00 I
SPAN 6910  R   EVO IDENT PR POETRY XX CENTURY 3.00 A  12.00
    Ehrs: 6.00 GPA-Hrs: 6.00  QPts: 24.00 GPA: 4.00


TRIMESTER AUG-OCT 2016
EDUC 6056  R   CURRICULUM EVALUATION        3.00 A    12.00
SEMI 6970  R   INTEGRATING SEMINAR          3.00 P     0.00
    Ehrs: 6.00 GPA-Hrs: 3.00  QPts: 12.00 GPA: 4.00
Graduate: Grad Req Complete
********************* TRANSCRIPT TOTALS **********************
                  Earned Hrs  GPA Hrs   Points   GPA
TOTAL INSTITUTION   39.00      33.00    126.00   3.82

TOTAL TRANSFER       0.00       0.00      0.00   0.00

OVERALL             39.00      33.00    126.00   3.82
********************* END OF TRANSCRIPT **********************



REGISTRAR