Marisol Rivera Cruz
Urb. Oneill 2 Calle B
Manati, P.R. 00674

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

RECEIVED & FILED
2020 FEB 18 PM 5:02
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

U.S. POSTAGE PAID
FCM LG ENV
BARCELONETA, PR
00617
FEB 14, 20
AMOUNT
$1.60
R2305K136550-03