# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| In RE | * | PROMESA |
| | * | Title III |
| THE FINANCIAL OVERSIGHT AND | * | |
| | * | No. 17 BK 3283-LTS |
| | * | |
| As representative of | * | (Jointly Administered) |
| | * | |
| THE COMMONWEALTH OF PR, et. Als. | * | This filing relates to the |
| Debtors | * | Commonwealth, HTA, and |
| ****************************************** | | ERS |

## MOCION Sometiendo Evidencia

A: Corte de Distrito de Puerto Rico

DE: Sonia Milagros Torres Santiago, 17BK 03283-LTS, Reclamación 120876

Respetuosamente EXPONE, ALEGA Y SOLICITA:

1. Que hemos recibido Notificación sobre la Cuarta Objeción del ELA sobre Reclamos Deficientes en los que se alegan intereses sobre la base de las reinvidicaciones salariales, laborales o por servicios prestados.

2. Que se alega en dicha Objeción (en mi caso particular) que no sometí evidencia alguna de haber trabajado en el Gobierno del Estado Libre Asociado de Puerto Rico.

3. Que trabajé como Maestra para el Departamento de Educación del Estado Libre Asociado desde el mes de agosto de 1993 hasta el 31 de diciembre del 2013 en que me acogí al Retiro.

4. Que estoy incluyendo la siguiente evidencia:
    a. Certificación Radicación Solicitud de Retiro al 31 de diciembre de 2013.
    b. Evidencia de Ingresos del Seguro Social que evidencian ingresos desde el año 1993 al 2009 (aunque trabaje hasta el año 2013).
    c. Comprobante Retención Ingresos (W-2) de los años 2014, 2010, 2004, 2002.
    d. Talonarios como Maestra de las siguientes quincenas: 04-18-2013, 05-16-2013, 04-30-2013, 03-31-2013, 01-22-2013, 12-05-2012, 12-07-2012, 11-07-2012, 09-27-2012, 10-10-2012, 06-30-2012, 06-14-2012, 0615-2012, 05-31-2012, 05-17-2012, 03-20-2012, 03-15-2012, 02-21-2012, 02-07-2012, 01-24-2012, 01-31-2012, 01-15-2012, 12-22-2011, 12-08-2011, 12-15-2011, 12-05-2011, 11-22-2011, 11-15-2011, 11-30-2011, 10-10-2011, 09-26-2011, 09-12-2011, 08-26-2011, 08-12-2011,

07-18-2011, 06-28-2011, 07-15-2011, 06-14-2011, 05-31-2011, 05-03-2011, 04-01-2011, 03-18-2011, 12-03-2010.

5. Que estos documentos evidencian que fui empleada del Estado Libre Asociado de Puerto Rico para el periodo de Agosto de 1993 hasta diciembre de 2013.

En Juana Díaz, Puerto Rico a los 14 de febrero de 2020.

**Sra. Sonia M. Torres Santiago**
126 Calle El Yagrumo
Urb. Valle Húcares
Juana Díaz, PR 00795