**Replica**:

Nombre: Angelica Rohena Monzon
Direccion: 158 Tara Ln.
　　　　　　Haines City, fl 33844
Telefono: (787) 475-8603
Email: lucrecita2003@gmail.com
Caso: #150254

**Epigrafe**:

　A. Tribunal:

　　Tribunal de Distrito de los Estados Unidos para el distrito de Puerto Rico

　B. Deudores:
　　1. Estado Libre Asociado de Puerto Rico (el ELA)
　　2. Autoridad de Carreteras y transportación de Puerto Rico (ACT)
　　3. Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico(el SRE)
　　4. Autoridad de Energía Eléctrica de Puerto Rico (AEE)
　　5. Corporación del fondo de interés Apremiante de Puerto Rico (COFINA)

　C. Número de procedimiento:

　　17 BK 3283- LTS

　D. Título de Objeción Global

　　Centesima Trigesima Segunda Objeción Global

**Motivo para opnerse a la Objeción Global:**

Yo, Angelica Rohena Monzon, caso # 150254, me comunico con ustedes, para hacerles saber que estoy en desacuerdo con su decisión. Entiendo que yo trabaje 33 ½ años y que merezco ser incluida en el reclamo. Trabaje en bien de la enseñanza, la cual realize con mucho amor, respeto, dedicación y orgullo. Fueron muchos los sacrificios que tuve que hacer, para poder lograr esta profesión, que desde niña me agrado.

Mi madre era encargada de comedores escolares y mi padre, chofer publico. Para aquel entonces éramos 5 hermanos, así que fue bien sacrificado, poder lograr esta vocación.

Muchos se sacrificaron para ayudarme, no fue fácil, pero lo logre. Hoy me siento satisfecha y realizada, porque pude enseñar, aconsejar y ayudar a muchos niños que pasaron por mis manos. Una linda y sacrificada tarea para la cual hay que nacer y amar.

Estudie 2 años en el Junior College y con ayuda de mi pastora, la hermana de Felix Castro, Haydee Castro pude trabajar en el Colegio Bautista de Carolina. Estaba acreditada por el Departamento de Educación. Esta fue mi primera experiencia como maestra de 4to., 5to. Y 6to. En las matematicas y Educacion Cristiana a mi salon hogar. La Señora Julia Batista era la directora.

En 1971, por condición de salud de mi hija, (Guillen Barre) la cual fue desahuciada por el dr. Mirabal Font, director de Neurología de Centro Médico, tuve que apartarme por un año. Gracias a Dios, mi hija superó la crisis.

Decidí regresar nuevamente, la Sra. Dones, directora de la Escuela Hostos en Canóvanas, necesitaba maestra para un segundo grado que nadie quería aceptar, me entrevistaron y acepte. Era un reto ya que el grupo era fracasado de 1er. Grado y los habían promovido a 2do. No sabían leer. Se le daría Espanol y Matematicas todos los días, ciencias y Estudios Sociales una vez en semana. La directora los evaluaba en lectura cada 2 meses, el grupo pasó al 3ro. Y la directora solicitó a la

superintendente para que yo fuera maestra permanente del grupo y le diera seguimiento.

En diciembre de 1973, nació mi hijo y no pude continuar porque la superintendente asi lo decidio. En 1974 comencé a trabajar en la Escuela Matías Lugo en Buenavista, Carolina, dando clases de matemáticas al 4to., 5to. Y 6to. Grado y estudios sociales y salud a mi salon hogar. La escuela tenía programa alterno, am y pm.

Trabajar en la escuela Matias Lugo fue muy agradable, disfrutabamos y compartiamos como una familia. Los padres eran muy cooperadores. La Relación maestro y estudiante era muy buena. Aqui trabaje por varios años.

En esta escuela recibi reconocimiento de mis compañeros. Unos años después solicite traslado, porque no me agradaba el cambio tan seguido de directores, estaban uno o dos años y después que les tomamos cariño se iban. Esto no era saludable para nosotros ni para los estudiantes.

Pase a trabajar a la Escuela Mellado Parson, cuya directora era la Sra. Elba Serrano en Sabana Garden, Carolina. Enseñe matemáticas en 4to., 5to. Y 6to., unos años más tarde di la clase de salud. Fui escogida por mis compañeros, como Coordinadora del equipo de maestros. Organice programas para evitar que los niños regresaran a sus hogares por ausencia de maestros. Los ubicamos en otros salones del mismo equipo. En ocasiones teníamos hasta 50 niños por salón, dependiendo de la situación se le daba 1 ½ hora a 2 horas por grupo.

Debido a nuestra organización, compañerismo y buena actitud de trabajo, podíamos lograr silencio, al nivel que la directora subía al 2do. Piso para verificar. El estudiante no cambiaba de salon, cambiaba el maestro, para tener mejor control. Nadie del equipo quiso ejercer la posición que yo ocupaba, porque entendían que yo lo estaba haciendo bien. Segui dirigiendo el equipo hasta que me enferme (carpal tunel) y tuve que someterme a cirugía por el Fondo del Seguro del Estado. En esta escuela fui maestra del año por dos ocasiones, me dedicaron el Día de juegos de la escuela. Luego de mi cirugía me ubicaron en la Escuela

Pascasio P. Sancerrit de Vistamar Carolina como maestra de Título I, atendiendo a niños con rezago académico. La escuela era dirigida por la Sra. Miriam Cortes, con grados de 1ro. A 6to. A los 2 años la Sra. Díaz, supervisora del programa se acercó a la directora para que me nombrara coordinadora de ese programa.

Me encanto trabajar este programa ya que eran menos niños, se trabajaba en forma individualizada, lo cual me facilitaba el trabajo. Preparaba y tabulaba documentación. Tenía 2 maestros del programa a cargo, espanol e ingles.

En el 2003 se me nombró coordinadora de padres. Les dabamos conferencias, adiestramiento y enseñamos técnicas para ayudar a sus hijos.

Con este programa termine mis años de labor en bien de mis alumnos. Me fuí muy triste, ya era tiempo de terminar mi labor, mi esposo enfermo y me necesitaba.

Intente ser lo mas explicita posible, respecto a mi labor realizada por los 33 ½ anos de servicio. Adjunto algunas de mis evaluaciones y reconocimientos de esta humilde servidora que laboró en bien de los niños, a los cuales vi y trate como si fueran propios.

Por mi labor aquí expuesta, mis evaluaciones profesionales y las copias de reconocimientos que les estoy haciendo llegar, espero sea suficiente información y evidencia para aceptar mi reclamo. Les envio copias como evidencia de mis dias acumulados.

Gracias por su atencion a mi petición;

_____
Angèlica Rohena Monzón

Febrero 11, 2020

De: Angelica Rohena Monzon

Caso: 150254

A: Abogado de la Junta de Supervision
   Secretaria del Tribunal de los Estados Unidos
   Abogado del Comite de Acreedores

Asunto: Oposicion a la Objecion Global