

## GOBIERNO DE PUERTO RICO
### Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. ANGÉLICA ROHENA MONZÓN**, con número de seguro social que termina en **6294**.

| | |
|---|---|
| **Fecha de Efectividad de la Pensión** | **21 de diciembre de 2000** |
| **Tiempo Cotizado para la Pensión** | **33 años, 5 meses, 3 semanas,1 dia** |
| **Pensión Mensual Inicial** | **$1,369.37** |
| **Pensión Mensual Actual** | **$1,452.76** |

Esta certificación se expide hoy,**12 de febrero de 2020** en San Juan, **Puerto Rico**.

Cynthia Sanjurjo Santos
Supervisora
Centro de Llamadas SRM

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879



Sistema de Retiro para Maestros
Gobierno de Puerto Rico

☎ 787.777.1414     📠 787.764.6910     www.srm.pr.gov



Reconocimiento

A

Angélica Rohena Monzón

A Ti Maestra Del

Año Distrito Escolar Carolina

111 ~ 1983 ~84, Gracias Por

Tu Excelente Labor Con

Nuestros Estudiantes, Desta~

cada Participación En La

Comunidad y Alta Calidad

Humana Demostrada.

8 de mayo de 1984



**Angélica**

**A**ngélica
**N**ombre grande que encierra
**G**entileza donde quiera
**E**mpeño y fortaleza
**L**ealtad como maestra
**I**nsuperable destreza
**C**ariño cuando enseñas
**A**uténtica vocación muestra

**R**iachuelo de aguas claras
**O**rgullosa y esbelta
**H**eroína de la paz
**E**vangelista de amor
**N**odriza de los niños
**A**miga y compañera

Compañeros
Escuela Sabana Gardens
1983 – 1984

# Reconocimiento

## A

# Sra. Angélica Rohena

A Ti Maestro Que
Has Puesto Muy En Alto
A Tu Plantel Escolar Por
Tu Alto Sentido De Res-
ponsabilidad, Tus Multi-
ples Bondades y Dedicación
En Tu Labor Diaria Con
Nuestros Estudiantes.

Distrito Escolar
Carolina 111

8 de mayo de 1984

_Clemente Pérez Martín,_ Supto. de Escuelas

Escuela Pascasio P. Sancerri

Otorga el presente

# Certificado
## de
# Reconocimiento

a _Angélica Rohena_

Por _su excelente labor_

_como coordinadora de_

_Padres - Título I_

Dado en _Carolina_, P.R.

Hoy día _22_ de _mayo_ de _2003_

_María de la Paz Ríos_       _Ivonne Santos Ríos_

_Trabajadora Social_

16-03

## Dedicatoria

Hoy en esta bella mañana celebramos nuestro Día de Juegos. Nos honramos en dedicarlo a nuestra compañera y amiga la Sra. Angélica Rohena a quien muy dignamente se le ha concedido el galardón de ser seleccionada maestra del año del distrito escolar Carolina III, poniendo muy en alto el nombre de nuestra escuela.

Tus compañeros y estudiantes nos unimos a tu triunfa, deseándote que continúes escalando cimas hasta lograr el máximo de tus aspiraciones

Felicidades Sra. Rohena
¡ Adelante!

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE INSTRUCCION PUBLICA
Oficina del Superintendente de Escuelas
Distrito Escolar Carolina III

2 de julio de 1982
Fecha

Rohena
Sr_a ___Angelica/Monzón___
Carolina, Puerto Rico

Estimad_a_ compañer__:a

Para el día 28 de ___mayo___ de82___

usted tiene 47 1/2___ días acumulados por

enfermedad.

En caso de que crea que hay algún error en su

balance, favor expresar su punto de vista a su

supervisor inmediato y gustosamente aclararemos

cualquier duda.

Cordialmente,

Clemente Llovet Martínez
Superintendente de Escuelas

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE INSTRUCCION PUBLICA
Oficina del Superintendente de Escuelas
Distrito Escolar Carolina III

10 de julio de 1984
_____
Fecha

Sr. Angelica Rohena Monzón
Carolina, Puerto Rico

Estimada Compañera :

Para el día  25  de  mayo  de 1984 usted

tiene  64 1/2  días acumulados

por enfermedad.

En caso de que crea que hay algún error en su balance

favor de expresar su punto de vista a su supervisor inme-

diato y gustosamente aclararemos cualquier duda.

Cordialmente,

Clemente Llovet Martínez
Superintendente de Escuelas

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE INSTRUCCION  PUBLICA
Oficina Superintendente de Escuelas
Distrito Escolar Carolina III

3 de agosto 1987
_____
Fecha

Sr. *Rohena Monzón, Angélica*
Carolina, Puerto Rico

Estimad *a* compañer *a*:

Para el día *29* de *Mayo* 19 *87* usted tiene
*16 días — 3½ horas* días acumulados por

enfermedad.

En caso de que crea que hay algún error en su balance favor
expresar su punto de vista a su supervisor inmediato y gustosamente
aclararemos cualquier duda.

Cordialmente,

*Ildefonsa N. Santos*
Superintendente de Escuelas

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE INSTRUCCION PUBLICA
Oficina Superintendente de Escuelas
Distrito Escolar Carolina III

26 de marzo de 1990

FECHA

Sra. Angélica Rohena

Estima__ a compañer_ a:

Para el día __2__ de __marzo_____ de 19_90 usted tiene

_____49_____ días acumulados

por enfermedad.

En caso de que crea que  hay algún error en su balance favor expresar

su punto de vista a su supervisor inmediato y gustosamente aclararemos

cualquier duda.

Cordialmente,

Superintendente de Escuelas

**DEPARTAMENTO DE INSTRUCCION PUBLICA**
**OFICINA SUPERINTENDENTE DE ESCUELAS**
**DISTRITO ESCOLAR CAROLINA III**

INFORME DE VISITAS

Firmas: _Myriam Cortz_

Maestro _Angélica Roldan Morgón_

Supervisor _____

Maestro _Sra. Angélica Roldan_ Escuela _Vacasio P. Sanderit_ Fecha _1/Nov./89_

Grado _____ Duración de la Visita _1 hora_ Matrícula _____ Presentes _____

Objetivo de la visita _Exploración – cotejo documentos / Documentos_
_Cap. I_

Posible fecha de seguimiento: _9 nov. /89_

Programa, curso, unidad o tópico _Matemáticas – Capítulo I_

I. Propósito de la visita:

____ 1) Orientar al maestro _en términos de la cumplimentación de_
_documentos de Cap. I._

____ 2) Demostrar el procedimiento para _____

____ 3) Observar el proceso de enseñanza en _____

____ 4) Medir la efectividad de la enseñanza _____

_✓_ 5) _Cotejo documentos: pruebas diagnósticas, tabulacio-_
_nes, registros, "Roll Books"; planificación diaria y_
_documentos generales de Capítulo I._

II. Observaciones sobresalientes en términos del propósito:

1) _La maestra tiene todos sus records en_
_forma nítida y clara._

2) _La maestra realiza su planificación diaria_

3) _La maestra posee una ac-_
_titud positiva hacia su_
_trabajo._

III. Recomendaciones:

1) _Realizar trabajo de planificación diaria con cotejo_
_de destrezas de Cap. I en matemáticas._

IV. Acuerdos tomados:

2) _Cumplimentar información del estudiante y_
_tabulaciones de pruebas diagnósticas y parciales_
_en "Roll Books"._

3) _desarrollar visita exploración con maestro regular_
_9 nov./89_

4) _¡Éxito y adelanto!_

DEPARTAMENTO DE INSTRUCCION PUBLICA
OFICINA SUPERINTENDENTE DE ESCUELAS
DISTRITO ESCOLAR CAROLINA III

INFORME DE VISITAS

Firmas: _Ana María Pillai Márquez_

Maestro _Angélica Rohena Monzón_

Supervisor _Pullein_

Maestro _Sra. A. Bohena  Sra. A. Pullein_  Escuela _Pascasia P. Sancheritt_  Fecha _20/mayo/89_

Grado _3-4_  Duración de la Visita _50'_  Matrícula _27_  Presentes _18_

Objetivo de la visita _matemáticas /exploración_

Posible fecha de seguimiento: _Durante el 2do semestre escolar 1988-89._

Programa, curso, unidad o tópico _matemáticas_

I. Propósito de la visita:

____ 1) Orientar al maestro _____

____ 2) Demostrar el procedimiento para _____

_✓_ 3) Observar el proceso de enseñanza en _matemáticas / lectura y escritura de numerales. Sím- bolos de relación de orden [>, <]._

____ 4) Medir la efectividad de la enseñanza _____

____ 5) _____

II. Observaciones sobresalientes en términos del propósito:

1) Se integra la maestra rec. de Ed. I con la maestra regular.
2) Las maestras utilizan material didáctico para explicar. Se en- señaron. 3) Se integra efectivamente la matemática con la música. 
4) Todos los records están al día.

III. Recomendaciones:
1) Hacer énfasis en símbolos de relación de orden: Indicar c/por qué es 7 o <?

IV. Acuerdos tomados:
1) Todas las actividades desarrolladas están excelen- tes.
2) ¡Éxito y Adelante!

**DEPARTAMENTO DE INSTRUCCION PUBLICA**
**OFICINA SUPERINTENDENTE DE ESCUELAS**
**DISTRITO ESCOLAR CAROLINA III**

INFORME DE VISITAS

Firmas: _Ana María Pulleja Márquez_

Maestro _Angélica Rohena Mozón_

Coordinadora _Q Alicia del Valle_
Supervisor

Maestros _Ana Pulliza / Angélica Rohena_   Escuela _Pascacio P. Sancément_   Fecha _20 de marzo 1989_

Grado _3ero_   Duración de la Visita _50'_   Matrícula ___   Presentes _18_

Objetivo de la visita _Observar implantación Educ. Moral / Entregar materiales_

Posible fecha de seguimiento: _____

(Programa) curso, unidad o tópico _____ _Educación Moral_ _____

I. Propósito de la visita:

✓ 1) Orientar al maestro(s) _____

_____ 2) Demostrar el procedimiento para _____

_____ 3) Observar el proceso de enseñanza en _____

_____ 4) Medir la efectividad de la enseñanza _____

_____ 5) _____

II. Observaciones sobresalientes en términos del propósito:
Srta. Pulliza trabaja con los niños ejercicios
de lectura de numerales.
Sra. Rohena- los lleva a decir valor/posiciones
Juego con música para ejercicio
número mayor o número menor.

¡Muy buen ambiente!
¡Excelentes actitudes de los maestros

III. Recomendaciones: Tratar de implantar las estrategias de desarrollo
moral. Enfasis en dignidad y solidaridad.

IV. Acuerdos tomados:
Llevar en las clases futuras
alguna actividad encaminada
a desarrollo de valores.

Material entregado
1. Hoja valores universales
2. Hoja objetivos afectivos
3. Perfiles de desarrollo Moral
4. Plan matemáticas con
dimensión valorativa

DEPARTAMENTO DE INSTRUCCION PUBLICA
OFICINA SUPERINTENDENTE DE ESCUELAS
DISTRITO ESCOLAR CAROLINA III

INFORME DE VISITAS

DIRECTORA _____
Firmas:

Maestro _____

Supervisor _____

Maestro _Sra. Angélica Robena_ Escuela _Pascasio P. Sanc_ Fecha _12/6/89_

Grado _2-2_ Duración de la Visita _50_ Matrícula _____ Presentes _23_

Objetivo de la visita _Exploración – área de matemáticas_

Posible fecha de seguimiento: _durante el año escolar 1989-90_

Programa, curso, unidad o tópico _Matemáticas_

I. Propósito de la visita:

✓ 1) Orientar al maestro _en términos desarrollo de la clase_

____ 2) Demostrar el procedimiento para _____

✓ 3) Observar el proceso de enseñanza en _Matemáticas / 2do grado._

____ 4) Medir la efectividad de la enseñanza _____

✓ 5) _Cotejo documentos: planificación diaria_

II. Observaciones sobresalientes en términos del propósito:

1) La maestra desarrolla la clase en etapas de aprendizaje: operación de suma y resta sin reagrupar. 2) La maestra utiliza diversos materiales didácticos para impartir la enseñanza. 3) La maestra tiene buen control de grupo, domina por el salón en la clase y tiene buen uso de pzg. 4) La maestra aplica destrezas técnicas de enseñanza,

III. Recomendaciones:

IV. Acuerdos tomados: aunque puede enfatizar aún más la técnica de pregunta y los métodos de descubrimiento I inductivo y deductivo. 5) La maestra enfatiza las fases concretas, semiconcreta y abstracta. 6) Los niños trabajan en las etapas (resolvemos, pág. 32). 7) Los niños trabajan en la etapa #9; deben avanzar aún más. 8) Desarrolla visita en el próximo semestre escolar. 9) Éxito y Adelante siempre!



Distrito Escolar Carolina I
Escuela José Severo Quiñones
Carolina, Puerto Rico

Sabana Gardens

# INFORME DE VISITA

Maestro Ana Rohena  Escuela Sabana Gardens  Fecha 7 febrero
Grado y materia  Asistencia  Bajas
Duración 50'  Asignatura  Tipo de actividad Observación  Tipo de visita

| Objetivo de la visita | Situación observada | Orientación ofrecida y acuerdos | Aspectos para seguimientos |
|---|---|---|---|
| Exploración | La maestra inicia la clase actividad de motivación. 2) Los estudiantes buscan su planilla y trabajan individualmente. Los estudiantes corrigen ellos mismos sus trabajos. La maestra ofrece ayuda individual dependiendo de las necesidades de los estudiantes | Debe tener evidencia de las últimas reuniones profesionales que ha asistido | Trabajos muy bien te felicito |

Angélica Rohena Marzán
Firma del Maestro

Firma

Supervisor

Firma

9 de dic de 1980

Visita Sra. Angélica Rohena

(Multiplicación con 3 dígitos)

La explicación de la maestra para
con los estudiantes llegó bien.

8 de dic — planeo

I Escribe en notación   — (un grupo)

II Redondea cada cantidad

III Estima el producto

Discutir forma de planear con
la maestra.

Desarrollo de la clase
observada fue llevada a cabo
en el proceso completo.
La maestra tiene los niños por grupos
I, II y III en diferentes actividades
(muy bien)

Control de grupo — (estupendo)
La maestra domina la materia
no se observará records mas detallados
debido a emergencia en la oficina

Dyne

Esta visita fue tentativa,
para observar lo antes expuesto.

Se piensa que la maestra
llega al grupo, conoce la materia
que enseña tiene control de
grupo.

Lo único que no entendí
fue el plano y lo discutiré
con ella luego.

Los materiales usados
fueron variados, tiene material
visual preparado muy bonito
a tono con lo que va en-
señando.

Está usando competencias
básicas, destrezas del grado

Cruz

3 de febrero de 1981

Visita Sra. Lopera
Maestra Matemática 6to. Grado

Los estudiantes están
trabajando individualmente
con el libro Silver Burdett.

Indica que en el Dto. 2 le
orientaron acerca de cómo hacer el
plan que consiste de:
a) cómo trabajar con el
estudiante en base a una hoja de
tabulación
b) es como un plan
para el maestro solamente y una
hoja grupal (grupos)

Método  De acuerdo a las destrezas
en los grupos la maestra introduce
los destrezas de ahí parte a que cada
est trabaja individual, ellos mismos
de corrigen con ayuda maestra y
tutores. Entra Tít I (5to y 6to 3)
Evaluación por cada est.
· La maestra va haciendo sus anota-
ciones.  Asignación se le dá
individual        La nota final es
por pruebas finales y por las
destrezas.

Ubicación de est.
1) inf de nec.
2) pruebas diagnóstic, maestro)
3) Informe de material actual
4) orientacines del Programa

Uso tabla correlativa — la maestra
la entienda y lo tiene y la está usando.
        Material de la tabla que no aparece
en el libro o en el libro y que no está en la
tabla se deja para el final — (bien)
        Se saltan destrezas si las
domina el est. ó el grupo ó
un repaso ligero.
        Secuencia de grupos capítuls
Hoja se le entrega al est ó al maestro
próximo año
        Tablas de mult. para estar
a 2 dígits luego a división
    Repaso (el mismo est. y tút I )
        Tiene la destreza definida
para cada grupo, y estudiante
        Dominar escritura y lectura
Maestra la tiene por destreza y
grupos (bien)

Se le recomienda dar esta forma y método a las maestras de 4to y 5to en Mat.

La directora recomienda este método por encontrarlo más práctico y llega al maestro y al est. pero no obstante, se consultará con Sr. José L. Mercado y Sra. Santos.

Suárez
Directora

Angélica Rafana Monzón

Mr. & Mrs. Sergio F. Arnaiz
P. O. BOX 1794
CAROLINA, PUERTO RICO 00630

768-7475

26 de febrero de 1976

Al personal de la Escuela Amalia Expósito.

Es más fácil expresar en papel mis sentimientos que lo que
podría hacerlo personalmente.

No hay palabras que yo pueda usar que expresen las GRACIAS
que yo les quisiera dar. Gracias por unas maravillosas experi-
encias en una época de mi vida donde las puedo apreciar mejor,
vivirlas más intensamente y recordarlas por más tiempo. Gracias
por esos ratos maravillosos, incluyendo el de hoy, que he dis-
frutado junto a todos ustedes. Gracias por los consejos, la
ayuda y el apoyo con que me han guiado durante este tiempo.
Gracias, en fin, por todas nuestras relaciones profesionales.

Pero no puede faltar un GRACIAS muy especial por la amistad
que me han demostrado. La partida es triste, pero siempre en mi
corazón habrá un espacio muy grande para mis Amigos, y seguro de
que muchas de mis próximas horas las pasaré viviendo algunos de
los mejores ratos de mi vida: aquellos que aquí pasamos juntos.

Gracias,

Ana Teresa

Argelia: ¿Qué te puedo decir a ti? Tú sabes lo que yo siento.

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE INSTRUCCION PUBLICA
OFICINA SUPERINTENDENTE DE ESCUELAS
CAROLINA, PUERTO RICO

GUIA PARA LA EVALUACION DEL TRABAJO REALIZADO POR EL
MAESTRP DE SALA DE CLASES

NOMBRE: Angélica Rohena Monzón

DISTRITO: + Carolina

PUESTO: maestra

CONTRATO (status) probatorio

Esta evaluación cubre desde agosto 1975 a marzo 1976

a _____ .

## Evaluación por tareas

| Tarea | Núm. Criterios | Suma Total Puntos |
|---|---|---|
| I. Administración | 14 | 55 |
| II. Enseñanza-aprendizaje | 22 | 78 |
| III. Servicios | 5 | 16 |
| IV. Relaciones | 12 | 46 |
| V. Evaluación | 7 | 25 |
| Totales | 60 | 220 |

## Evaluación final

3.66

____ Superior (3.50 - 4.00)          ____ Satisfactorio (promedio)
                                              (1.50 - 2.49)
____ Muy Bueno (2.50 - 3.49)          ____ No satisfactorio
                                              (0 - 1.49)

*Informe Narrativo: La Sra. Rohena ha probado ser una maestra de gran calibre. Maestra amiga y confidente de sus estudiantes; además de una extraordinaria colaboradora en todas las actividades de la escuela. Su carácter la lleva a limar asperezas en cualquier grupo que se encuentre, y sembrar alegría y comprensión.

Evaluador                                    Evaluador

Angélica Rohena Monzón            Ana T. Montato

Evaluador

*Use el dorso o papel adicional, si fuere necesario.

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE INSTRUCCIÓN PÚBLICA
ESCUELA ELEMENTAL
BARRIO BUENA VISTA
CAROLINA, PUERTO RICO

Formulario de evaluación- Forma F-435

Nombre: Angélica Adona Magín    Grado: Quinto

|     |     | 0 | 1 | 2 | 3 | 4 | Total |
|-----|-----|---|---|---|---|---|-------|
| I   | 1   |   |   |   |   | ✓ |       |
|     | 2   |   |   |   |   | ✓ |       |
|     | 3   |   |   |   |   | ✓ |       |
|     | 4   |   |   |   |   | ✓ |       |
|     | 5   |   |   |   |   | ✓ |       |
|     | 6   |   |   |   |   | ✓ |       |
|     | 7   |   |   |   |   | ✓ |       |
|     | 8   |   |   |   |   | ✓ |       |
|     | 9   |   |   |   |   | ✓ |       |
|     | 10  |   |   |   |   | ✓ |       |
|     | 11  |   |   |   |   | ✓ |       |
|     | 12  |   |   |   |   | ✓ |       |
|     | 13  |   |   |   |   | ✓ |       |
|     | 14  |   |   |   |   | ✓ |       |
|     | Total |  |   |   |   |   | (56)  |
| II  | 1   |   |   |   |   | ✓ |       |
|     | 2   |   |   |   |   | ✓ |       |
|     | 3   |   |   |   |   | ✓ |       |
|     | 4   |   |   |   |   | ✓ |       |
|     | 5   |   |   |   |   | ✓ |       |
|     | 6   |   |   |   |   | ✓ |       |
|     | 7   |   |   |   |   | ✓ |       |

|     |     | 0 | 1 | 2 | 3 | 4 | Total |
|-----|-----|---|---|---|---|---|-------|
|     | 8   |   |   |   |   | ✓ |       |
|     | 9   |   |   |   |   | ✓ |       |
|     | 10  |   |   |   |   | ✓ |       |
|     | 11  |   |   |   |   | ✓ |       |
|     | 12  |   |   |   | ✓ |   |       |
|     | 13  |   |   |   |   | ✓ |       |
|     | 14  |   |   |   |   | ✓ |       |
|     | 15  |   |   |   |   | ✓ |       |
|     | 16  |   |   |   |   | ✓ |       |
|     | 17  |   |   |   |   | ✓ |       |
|     | 18  |   |   |   |   | ✓ |       |
|     | 19  |   |   |   |   | ✓ |       |
|     | 20  |   |   |   |   | ✓ |       |
|     | 21  |   |   |   |   | ✓ |       |
|     | 22  |   |   |   | ✓ |   |       |
|     | Total |  |   |   | 6 | 80 | (86) |
| III | 1   |   |   |   |   | ✓ |       |
|     | 2   |   |   |   |   | ✓ |       |
|     | 3   |   |   |   |   | ✓ |       |
|     | 4   |   |   |   | ✓ |   |       |
|     | 5   |   |   |   | ✓ |   |       |
|     | Total |  |   |   | 6 | 12 | (18) |

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE INSTRUCCION PUBLICA
ESCUELA AMALIA EXPOSITO
BARRIO BUENA VISTA
CAROLINA, PUERTO RICO

Formulario (Cont.)

Nombre: _____

Grado: _____

Evaluación por tareas

| Tarea | Num. Criterios | Total de puntos |
|---|---|---|
| I. Administración | 14 | 56 |
| II. Enseñanza-aprendizaje | 22 | 86 |
| III. Servicios | 5 | 18 |
| IV. Relaciones | 12 | 47 |
| V. Evaluación | 7 | 28 |
| Totales | 60 | 236 |

Evaluación final          3.93 Superior

2 de abril de 1975

Sra. T. _____

ESTADO LIBRE ASOCIADO DE PUERTO RICO
**DEPARTAMENTO DE INSTRUCCION PUBLICA**
ESCUELA AMALIA EXPOSITO
BARRIO BUENA VISTA
CAROLINA, PUERTO RICO

Visita al salón de clases

Sra. Angélica Bolена                    Fecha: 3 de marzo de 1975

Asignatura: Matemática              Grado: VI    Mat.: 32

| Observaciones | Recomendaciones Discusión con el maestro |
|---|---|
| 9:17  Buenos días, etc | |
| Vamos a recitarle tablas del 2 al 6 | ¡Buena rutina! |
| Estudiantes las recitan. Se equivocan | |
| en 4×9. La maestra los corrige. Se | |
| trabar en 6×4, comienzan de nuevo, la | |
| maestra le dice ¿cuánto es 6×5? | |
| ¿Cuánto es 5×6? ¿No es lo mismo? | |
| ¿Qué les dice eso a ustedes? | |
| 9:23  Vamos a buscar los ejercicios de | — Parece y están |
| asignación para cotejarlo en la | bien entrenados ¿verdad. |
| pizarra. Todos levantan la mano. La | Eso es bueno. Esta |
| maestra va por todos los asientos | debe ser una clase de |
| verificando la asignación. Uno está | rutinas pre-establecidas |
| mal y los niños se levantan para | |
| avisar a la maestra. Lo cotejan | |
| y explican el error (de multiplicación | |
| 7:30  y de posición). La maestra los ayuda. | |
| Al cotejar los problemas van diciendo | — Buena práctica) |
| los resultados en voz alta | |
| 7:45  Vamos a hacer este ejercicio en la | |
| pizarra (403 × 5). Manos se levantan. | |
| Reposan las posiciones). Ahora | |
| vamos a hacer este otro (403 × 40) | |

ESTADO LIBRE ASOCIADO DE PUERTO RICO
**DEPARTAMENTO DE INSTRUCCION PUBLICA**
ESCUELA AMALIA EXPOSITO
BARRIO BUENA VISTA
CAROLINA, PUERTO RICO

Pag. 2

3 de marzo de 1975

Sra. Angélica Robira
Matemática VI

| Observaciones | Recomendaciones Discución con el Maestro |
|---|---|
| ¿Cuál es la diferencia entre estos dos ejercicios? a) 403 b) 423  Los × 5 × 40  2015  000  169 2 | |
| Los estudiantes hacen 169²⁰ observaciones. Llegar al 0. En el a está en el (multiplicando) y en el b en el (multiplicador). ¿Por qué aquí todos por 0? Pq. todo log. se × 0 es 0 | ¡Bien! Que use el vocabulario. |
| Vamos a ver un ej. de la prop. com. para ver eso. ¿Qué propiedad es? Prop. com. de la multiplica? ? Ahora vamos a hacer ref. a este ejercicio de la asignación. Discución del ejercicio (por qué, qué, etc). Prop. del 0, número identidad, etc. | ¡Bien! Eso es buen repaso. |
| Ahora vamos a trabajar esto. (nuevos). a) 99    999  × 99   × 999 | |
| Vamos a observar los factores de la mult. y luego el producto de la misma ¿Cómo le llamamos a una línea? Línea rayada. ¡Bien! | Reconocimiento |

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE INSTRUCCION PUBLICA
ESCUELA AMALIA EXPOSITO
BARRIO BUENA VISTA
CAROLINA, PUERTO RICO

Pag. 3

Sra. Angélica Rivera
Matemática VI                    3 de marzo de 1975

| Observaciones | Recomendaciones / Discusión con el maestro |
|---|---|
| 9:48 Vamos a hacer el otro. ¿Qué vamos a usar? La tabla rayada, ¿Para qué? Discusión. Resuelven el problema. Ahora vamos a observar. ¿Cuántos factores hay en el (a), ¿por qué? y en el producto? ¿por qué? ¿y en el (b)? | |
| 9:5? ¿Qué podemos observar de los dos productos finales? Vamos a ver si siempre es así. ¿Qué creen uds? | — ¡Bien traido! Y tres reaccionaron bien |
| Vamos a ver otro 36 ×21 Cuando empezamos, ¿qué es el uno? Al multiplicar por el 2, ¿dónde va el producto? ¿Por qué? Discusión. Aclarar dudas. | Reposo ¡Bien! |
| 9:58 Ahora, aquí tienen unos ejercicios de práctica. Los copian en su libreta para hacerlo aquí. Los est. los copian y resuelven. Levantan las manos. La maestra les da ayuda. Los resuelven en la pizarra. Todos correctos. Aclaran dudas. | ¡Buena secuencia! Sabe manejarlo muy suavemente. |
| 10:1 Ahora, a copiar el trabajo de asignación | Ana T. Montalvo |

De: Luz M. Estrada
Directora

Escuela _____

# Visita al salón de clases

Nombre ~~Angélica Pabón~~   Grado ~~6~~   Grupo ~~01~~
Fecha 30 sept. '81   Matrícula 29   Activa 21
Director ~~Luz M. Estrada~~

| Aspectos a observarse | Comentarios y/o Recomendaciones |
|---|---|
| Preparación de: | Cantan una canción |
| el salón para recibir niños. | diálogo con la maestra de matemática |
| los materiales para aten- der los niños durante el día; | ¿ Diagnóstico? Al día |
| Materiales existentes en el salón para ayuda individual, enrique- cimiento y otros. | Un grupo tiene una prueba. |
| Normas de entrada y salida de los estudiantes | I. Reescribe los factores |
| Control de grupo | |
| Colaboración de los estudiantes en las diferentes tareas del salón. | II. Reescribe usando exponente |
| Trabajo independiente del maestro | 3 X 3 X 3 |
| Conocimiento de la salud física y emocional del niño | III. Redondea - le dice... |
| Actividades de rutina | centena, millar |
| Actividades de preparación de ambiente | Otro grupo está en base |
| Presentación del material | 6 y cambiar a base 10. |
| a- por grupos | Se explica en la pizarra |
| b. individuos | ¿ Por qué es 36 ? |
| c. estrategias usadas | |
| Evaluación del día | |
| a. grupos | Se discutió el grado del |
| b. individuos | objetivo de tal forma que |
| Logro del objetivo del día | la maestra puede medir |
| Asignación (grupo e individuo) | los logros. |
| Integración de la clase con: | |
| a. lectura | fueron a la pizarra y |
| b. escritura | y de cada ejercicio |
| c. valores y/o hábitos | Pág. 22 |
| d. salud | |
| e. matemáticas | El diagnóstico (al día) |
| f. otros | |
| Récords y otros | |
| a. Registro al día (en tinta) | |
| b. Roll book | |
| c. Pruebas y Tabulaciones | |
| d. Desarrollo de des- trezas basado en diagnóstico | |

-2-

e. calificaciones basadas en referencias básicas.

f. evidencia de los rasgos de conducta

g. recibos de los niños

h. evidencia de ausencia, tardanzas organizadas.

i. planeo por destrezas e integración del contenido por asignaturas

j. Historial de casos especiales

k. tarjetas de notas organizadas

l. tarjetas acumulativas organizadas

m. Inventarios
    equipo
    libros y materiales

n. niños que almuerzan en el comedor

o. firmas de padres que han visitado el salón.

p. evidencia de padres que han sido invitados al diálogo por diferentes causas.

q. niños que reciben ayuda de B.P, cupones, Título I, Educación Especial, etc.

Participación de padres en

a. arreglo físico de su salón

b. colaboración en aspectos de docencia (preparación de materiales, ayudante de maestro voluntaria, recurso y otros.

Colaboración en actividades generales

    Comedor escolar
    Reuniones de padres
    Actividades socio educativas, recreativas de la escuela
    Ornato y embellecimiento de la escuela
    Comité de padres y/o organizaciones estudiantiles.
    Campañas educativas
    servicios sanitarios
    fuentes de a...

En el breve tiempo que he trabajado contigo he observado tus buenas cualidades de compañerismo, responsabilidad, comunicación y otras incluyendo respeto y consideración hacia los demás.

¡Adelante!

Angelica Ribera Monge

Salud

11 de febrero de 1976

Visita a: Angelica Rohena

Maestra: Curso de salud de escuela elemental

Escuela: Amalia Exposito

Propósitos:

1. Luego de observar la clase determinar:

   a. Si la maestra esta poniendo en práctica las técnicas y procedimientos de enseñanza indicados en la unidad del Curso de salud de escuela elemental

   b. Está siguiendo las recomendaciones sugeridas en los adiestramientos ofrecidos para cada unidad.

2. Después de haber leído el plan para el próximo día y haber conversado con la maestra sobre esta próxima clase conocer el objetivo de la misma y ver en que forma necesita ayudarla.

Observación de la clase (Objetivo 1)

   Objetivo:

   Mediante la discusión de la clase los estudiantes se darán cuenta de que en los últimos años de su vida ha habido un cambio físico, emocional y mental.

1. Actividad

~~Mediante la discusión~~

Estos cambios los verá a través de:

a) prendas de vestir que hayan traído de sus casas que se les hayan gustado ~

b) libros de primero y segundo grado

Unidad II, Pág 15, Cret. 6

Observaciones

1. La maestra en el procedimiento de la clase demuestra Tener claro el objetivo que persigue

2. Hizo uso de libros de I, II y III grado para que los niños entiendan que han creado mentalmente.

   a. Se hizo un poco difícil lograr este aspecto.

   b. A través de una serie de preguntas de la maestra consiguió este aspecto del objetivo.

3. El grupo entendió el Tema

4. La clase ha estado completa. Tuvo motivación, actividades para comprender el concepto deseado y evaluación.

5. La participación del grupo ha estado magnífica: variada y espontánea. Los niños actúan con confianza.

Recomendacions:

1. Se le recomienda que anote en la pizarra las diferentes crecimientos que tenemos del cuerpo humano.

    La maestra indica que ella tiene claro la importancia de esto, pero que enrora el grupo y ésto iba a distraer su atención.

    Concluimos que ella es la que conoce el grupo.

2. En la discusión tenida se determina que en esta actividad no hay mucho para lograr que los niños comprendan lo del crecimiento maximal, pero se le indica que posteriormente en la Tercera unidad hay oportunidad para esto.

3. Se le sugiere es contestar con un no cuando los niños indican algo. En pasa ocasiones lo hizo. Se le replica que es preferible cambiarlo por ¿ Que cree el grupo de lo dicho por X?

    Se le enfatiza que es muy importante dejarle ver al niño que su opinión es importante, ya que esto ayuda a su estima propia

Objetivo 2

    Se determinó que la maestra Tiene

claro el objetivo de la próxima clase y las
actividades a realizar van a ayudar
a lograr del mismo.

Gloria C. de Ruiz
Sup. Gral (Salud)

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE INSTRUCCION PUBLICA
Región Educativa de San Juan
Programa Salud Escolar

*Carolina*

INFORME DE VISITA

Nombre del maestro *Angélica Rohena*     Fecha *12/2/76*

Grado *5º*                    Asignatura *Salud*

Esc. *Amalia Expósito*

1. Propósito de la visita

*Observar el desarrollo de la clase*

2. Evidencia de planeo

   a) Unidad que se viene desarrollando

   *Unidad II  Pag. 16  Act. 1*

   b) Objetivo del maestro

   *Dado una serie de actividades los estu-
   diantes pensarán acerca de quienes son ellos
   y que significa esto en la conducta humana.*

   c) Actividades

   *Se describirán ellos para ver si sus compa-
   ñeros los identifica. Harán anotaciones en hojas
   de papel.*

3.  Aspectos sobresalientes de la clase

a) Desarrollo de destreza de escuchar

b)   "      ,.      ,,      " observar

c)   "      ,,      "      de hacer associaciónes

d) Buen uso de la técnica enseñanza

e) Respeto a las opiniones de otros.

f) Ambiente emocional y social adecuado.

g) aprecio al ser humano en sus diferencias.

4.  Aspectos que necesitan mejorarse

_____

_____

_____

_____

_____

_____

5.  Sugerencias

(a) En el caso de Javier, Consuelo, heredes
por qué el número mayor de votos
no pudo identificarlos? ¿Qué creen
pasaría?

(b) Preguntar cuando dar las direcciones
para realizar una actividad, ¿está claro
si entendieron lo que van a hacer?

_____        Olga Rojas de Sánchez
Firma del Maestro              Firma del Supervisor
Rosarito de Contramaestre      P. Sna. C. de My
Psicóloga
Visitante de Venezuela

1 de  abril de 1977.

Informe de clase observada para adiestramiento de maestros  que están dando
el curso de salud del nivel elemental .

Maestra: Angélica Rohena
Escuela: Amalia Expósito

Objetivo de la clase demostrativa
    Luego de observada la clase , los maestros podrán discutir el proceso
de la misma considerando las actividades para el logro dellobjetivo , evalua-
ción  , técnicas de grupo y relación maestra -niño.

Objetivo de la clase

    Al finalizar la clase los estudiantes reconocerán la relación que hay en-
tre la apariencia física y la personalidad del individuo y como mejorabla a tra-
vés de:

    a. sociodrama
    b. técnica de la pecera
    c. sub-grupo

Desarrollo de la clase

    1. Técnias de enseñanza
        Se pudo observar que la maestra conoce las técnicas utilizadas, ya que
    las mismas contribuyeron eficazmente al logro del objetivo trazado, la
    clase resulto interesante , estimulante y mantuvo la atención de los niños.
    También ayudó mucho las prguntas que realizó la maestra que le dió  a la
    clase la debida coordinación entre las diferentes técnicas usadas.

        En la actividad de evaluación del objetivo se pudo determinar que
    hubo aprendizaje en los niños.

Relación maestra - niño

    El clima que se mantuvo durante la clase fue de aceptación del niño , tran-
quilidad , confianza,lo cual contribuyó eficientemente al desarrollo de la clase
y al logro del objetivo

Comentarios

    La clase estuvo excelente, ya que tuvo los ingredientes necesarios para el
logro del aprendizaje del  niño.

                                        Supervisora de Zona(Salud)

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE INSTRUCCION PUBLICA
Distrito Escolar
Carolina, Puerto Rico

# Informe de Visita

Maestro _Sra. Lohexa_ Escuela _Amalia Epósito_ Fecha _30 de Oct.e 1979_

Materia: _Salud_ Grado y Matrícula _5to - 36_ Asistencia _29_

Propósito (s) de la visita _Observar el desarrollo de la clase_
_de salud y la implementación de las técnicas de_
_enseñanza. Tópico I: Comprendiendo el origen de nues-_
_tra Personalidad (Act. 5)_

| Actividades Observadas | Recomendaciones o Acuerdos |
|---|---|
| Objetivo de la clase:<br>Luego de dividir los estudiantes en grupo, estos procederán a realizar las tareas asignadas luego ilustrarán por medio de una gráfica los resultados obtenidos.<br>1. La maestra tiene escrito las instrucciones en la pizarra y las preguntas guías.<br>¿Cuál es la medida más corta?<br>¿Cuál es la medida más alta?<br>¿Cuál es la estatura promedio?<br>¿Cuál es la del grupo en general?<br>1. Los estudiantes, trabajan en subgrupo con tareas variadas.<br>3. La maestra da ayuda a los sub. grupos.<br>4. Los estudiantes participan en el análisis de la estatura se mantienen atentos a la maestra, clarificando las medidas en una gráfica. | Se observa interés de los estudiantes por hacer la tarea. Algunos estudiantes necesitan que se les recuerde que el trabajo en grupo requiere atención para cumplir con la tarea.<br>Se percibe a estos estudiantes muy dispuestos y posiblemente mejorarán aún más. Con la buena voluntad y deseos de la maestra, que se preocupa por modificar las actitudes de algunos de ellos, por su tolerancia e interés en este grupo estimulamos a la Sra. Lohexa a continuar adelante con su gran tarea. Se evidencia que los niños hicieron la tarea y acertaron en las contestaciones. ¡Muy bien por la maestra! |

_Angélica Rohexa_
Firma del Maestro

_Juanita Oliver_
Firma del Supervisor
_Luis Nylia Clemente_

COLEGIO BAUTISTA
CAROLINA, P.R.

FORMULARIO DE VISITAS

MAESTRO _Sra. A. Robena de Rivera_ GRADO __IV__

FECHA _6 feb. 69_ CLASE _Mat 4'_

TIEMPO _1:25_

TIPO DE VISITA _Observar clase para notar_
1. Relación entre maestra y alumnos control/participación
2. Técnicas de enseñanza en uso
3. Cómo se está atendiendo a ese grupo (acelerado)

| OBSERVACIONES | RECOMENDACIONES |
|---|---|
| Empiezan recitando tablas 3 y 4 5, 6 a coro | Puntos positivos |
| — Vamos a continuar discutiendo la notación desarrollada, suma y multiplicación. en pizarra | 1. El salón está arreglado en forma atractiva. |
| A. Halla el total, luego el producto de: | 2. El control de grupo es excelente |
| $(23+6) \times 6 =$ | 3. La participación es buena. |
| $(34+5) \times 6 =$ | 4. La técnica de introducción de una dificultad está bien trabajada para este grupo. Aquí se introduce la dificultad $\times 6$ |
| B. Halla la notación, el producto y el total de. | |
| $(20 \times 6) + (3 \times 6) =$ | Records vistos |
| — Continuar bregando con ejercicios en la pizarra notación desarrollada | 1. Libreta de planes - ok planes mat. No veo planes Ed. Krist. |
| $42 = 40 + 2$ $\times 6 \quad \times 6 \quad \times 6$ $240 + 12 = 252$ | 2. Libreta notas - Tiene 4 notas en III, 5 en IV Muy bien |
| — Se clarifica el uso del paréntesis | 3. Materiales - No los vió. |
| — Trabajo del libro - Pág. 123 a) Trabajo de un ejercicio en la libreta b)  "  "  del mismo en la pizarra c) Los alumnos comentan el producto | El grupo 1 camina a ritmo más acelerado. |
| — Se trabaja un ejercicio de 3 dígitos | |
| $234 = 200 + 30 + 4$ $(6 \times 200) + (6 \times 30) + (6 \times 4)$ $1,200 + 180 + 24 = 1,404$ | |
| Se verifica sumando en forma vertical. | _Angeles R de Rivera_ |
| — Van los alumnos a desarrollar los ejercicios en la pizarra. | _Julia B. Cortés_ |
| — Trabajo ejercicio en libreta. | Asignación Halla la notación desarrollada, producto y el total de: $421 \times 6 \quad 132 \times 6 \quad 215 \times 6$ etc. |

COLEGIO BAUTISTA DE CAROLINA

Formulario de visitas a maestros

Maestro _Sra. Rehena_ grado ___6³___ Asignatura _Matemática_

Fecha _Ma. 10 - Jure 1990_ tiempo ___55___

I. Tipo de visita: ¿ Es la primera? Si _____ No __✓__

II. Objetivo: _Observar una clase y la participación_
_de los niños y la maestra_

III. Cotejo de records:

    A. Libreta de planes _ok_

    B. Registro de asist. _ok_

    C. Libreta de notas _ok_

    D. Libretas de Pruebas _ok_

    E. Historiales _ok_

    F. Otros _____

    _____

    _____

    _____

IV. Aspecto físico del salón

    A. Apariencia general _Buen bonito; Iluminado_

    B. Arreglo a tono con _Hay carteleras desplegados_
       lo que se enseña

    C. Ambiente de orden y limpieza _Muy limpio y en orden_

V. La clase de hoy

    A. Tema _Conversión al número. Común denominador_

    B. Objetivos _Ayudar a los estudiantes a determinar_
       _y usar el número común denominado en una fracción dada_

    C. Procedimiento de la clase ( en término de actividades desa-
       rrolladas, desde la motivación hasta la aplicación)
       COMENTARIOS

1. Discutir la asignación

2. Trabajar ejercicios para
   cubrir un fracción agrega
   a nota

3. Discutir ejercicios de álbum

4. Hablar a los estudiantes
   del número común denominados
   y el no-común común comunes

5. Trabajar ejercicios en la
   pizarra

6. Dar oportunidad a los niños

7. Hacer ejercicios oral

8. Discutir este ejercicios en la
   pizarra

9. Aclarar dudas

10. Asignación

1- Muy silenciosa
   los pueden explicarle

2 - Se discute en la
   pizarra

4- La maestra hace
   una buena explicación de
   esto.

10- "Trato de Docente"
    Estimport y SG propuesto

VI. Relación maestro - estudiante

    A. Control de grupo

*Mij contidad el grupo. Buena.*

    B. Participación del grupo

*El grupo participa y se suerte envuelto en la actividad de aprendizaje.*

VII. Entrevista posterior a la observación

    A. Puntos positivos

      1- *Se maestra sine la clase.*
      2- *Usa muy bien el recurso de la pizarra, da una buena ilustración del proceso.*

    B. Puntos a mejorar

      1-

VIII. Seguimiento

*1) Como se esta cubriendo el material*
*si le ha dado bastante.*
*2) Hacer estudios - con grupos - Comet falta del material por cubrir*
*3) Tener evaluación*
*a) Conjuntos*
*b) multiplicación de números fraccionarios*

 

_____        _____
Firma maestro                  Firma Supervisor

COLEGIO BAUTISTA DE CAROLINA

Formulario de visitas a maestros

Maestro _Sra. Rohena_ grado _4ᵉ_ Asignatura _Matematica_

Fecha _1 - 21 - 70_ tiempo _51_

I. Tipo de visita: ¿ Es la primera? Si _✓_ No _____

II. Objetivo: _Observar técnicas usadas por la_
_maestra ver relación maestro-estudiante_
_los explorar por grupos_

III. Cotejo de records:

A. Libreta de planes _ok_

B. Registro de asist. _ok_

C. Libreta de notas _ok_

D. Libretas de Pruebas _ok_

E. Historiales _ok_

F. Otros _Uniforme — Niños_
_Libros —_

IV. Aspecto físico del salón

A. Apariencia general _Muy bien_

B. Arreglo a tono con
lo que se enseña _Muy bien_

C. Ambiente de orden y limpieza _El salón está en orden
y limpio._

V. La clase de hoy

A. Tema _La notación desarrollada y la m.
estaban repasando los n_

B. Objetivos _____

C. Procedimiento de la clase ( en término de actividades desa-
rrolladas, desde la motivación hasta la aplicación)
COMENTARIOS

1. Multiplicar interesante, notación desarrollada — repaso-
2. Discusión de asignación, los estudiantes resuelven los
problemas en la pizarra.
3. _____
4. Aplicación en el salón pág 1 2 3 ejercicios A y B.
La maestra revisa que todos los estudiantes están
trabajando y le da ayuda individual.
5. Se repasa el punto 3.
6. A asignación. _____
pizarra.

SG

## VI. Relación maestro - estudiante

### A. Control de grupo

*Los niños están sumamente tranquilos y obedecen según direcciones.*

### B. Participación del grupo

*El grupo participa haciendo ejercicios en la pizarra.*

## VII. Entrevista posterior a la observación

### A. Puntos positivos

1 - *Las relaciones entre maestro y estudiante son buenas.*

2 -

### B. Puntos a mejorar

1 - *Redactar los objetivos en forma de conducta observable. —*

## VIII. Seguimiento

1 - *Ver material subido           hasta Dic.*
2 - *La maestra subirá —           Tablas hasta 9*
                                    *Sumar y restar*
                                    *llevar cuenta*
                                    *medidas*
                                    *Multiplicación en 2 dígitos*

$$y. \frac{241}{23}$$

---

_____          _____
Firma maestro                    Firma Supervisor

COLEGIO BAUTISTA DE CAROLINA

Formulario de visitas a maestros

Maestro _Sra. Brohans_ grado _4'_ Asignatura _Matemáticas_

Fecha _abril 4 / 15 / 70_ tiempo _5-6_

I. Tipo de visita: ¿ Es la primera? Si _____  No _✓_

II. Objetivo: _Determinar el dominio de la materia
por la maestra_

III. Cotejo de records:

    A. Libreta de planes _OK_

    B. Registro de asist. _ok_

    C. Libreta de notas _____ _Tiene dos y tres notas_

    D. Libretas de Pruebas _____ _ok_

    E. Historiales _____ _ok_

    F. Otros _Uniforme_ _____

IV. Aspecto físico del salón

    A. Apariencia general _ok_

    B. Arreglo a tono con _✓_
       lo que se enseña

    C. Ambiente de orden y limpieza _muy buena_

V. La clase de hoy

    A. Tema _La división entre 8_

    B. Objetivos _____

    C. Procedimiento de la clase ( en término de actividades desa-
       rrolladas, desde la motivación hasta la aplicación)
       COMENTARIOS

Objetivo - mediante la práctica de grupos ejercicios la maestra
a algunos ejercicios que sean los necesarios
comprender la multiplicación y la división al
finalizar la clase

Actividades - 
1. Recitar las tablas del 5, 6, 7 y 8
2. situación en la pizarra (grupos)
3. Hacer todos a resolver las preguntas que sean
4. Resolver la división
5. Aprender el uso del 0.
6. Resolver de algunos ejercicios.

Asignación

SG

VI. Relación maestro - estudiante

A. Control de grupo

Los niños saben seguir direcciones.

B. Participación del grupo

Todo el grupo participa. Hacen preguntas. Estan interesados en la clase.

VII. Entrevista posterior a la observación

A. Puntos positivos

1- La maestra domina bien el material.
2- Tiene muy bonito el salón.
3- Es muy organizada.
4- Trato de llegar al grupo y al estudiante individual.

B. Puntos a mejorar

Si planeas con objetivos operacionales te facilitara más la enseñanza.

VIII. Seguimiento

Angélica Romero Rivera
Firma maestro

Nilda P. Colón
Firma Supervisor