Angélica Ruhena
58 Tara Ln
Haines City, Fl 33844



US POSTAGE PAID $5.50
Origin: 33844
02/13/20
1137050830-01

FIRST-CLASS PKG SVC - RTL™

0 Lb 10.70 Oz
1026

SHIP TO:
SAN JUAN PR 00918

USPS TRACKING®NUMBER

9500 1141 6357 0044 4324 38

Secretaria
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767