INTAKE DROP BOX
RECEIVED & FILED

2020 FEB 19 PM 3: 20

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

## Certificación de Notificación

Yo, **Myrta Joubert Martínez ,** , con # **d**e reclamo **109433**, hoy 18 de febrero del 2020, estoy entregando personalmente en la Oficina Secretaria Federal la réplica Promesa Titulo III, núm. 17 BK 3283-LTS, que incluye las leyes y otros documentos:

- Ley 164, Ley 89 y Ley 34
- Evidencia del Sistema de Retiro

Comentario_____

_____

Recibo por: _____

Fecha: _____ Hora: _____

Entregado por: *Myrta Joubert Martínez*

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS

PARA EL DISTRITO DE PUERTO RICO

INTAKE DROP BOX
RECEIVED & FILED
2020 FEB 19 PM 3:20
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

| | |
|---|---|
| JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO, COMO REPRESENTANTE DE ESTADO LIBRE ASOCIADO DE PUERTORICO Y OTROS, DEUDORES | PROMESA TITULO 111 Núm. 17 BK 3283-LTS (Administrada conjuntamente) La presente radicación guarda relación con el ELA, la ACT y el SRE |

I. Datos: Myrta Joubert Martínez, Reclamo #109433, Dirección: PO BOX 265 Arroyo PR 00714-0265 (email) mjoubert1945@gmail.com cell; 787-317-7831

II. Epígrafe: NOTIFICACION DE LA CENTESIMA CUADRAGESIMA SEGUNDA OBJECION GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE UNAS LEYES PUERTORRIQUEÑAS NO ESPECIFICADAS

III. Motivos: Yo Myrta Joubert Martínez fui empleada del Departamento de Educación de Puerto Rico desde agosto del 1965 hasta el 28 julio de 2001. Por la cual estoy reclamando la cantidad de $10,800.00 por la ley 89, la ley 34 y la ley 164 según estipula las leyes del Estado Libre Asociado de Puerto Rico. También quiero aclarar el motivo por la cual esta replica esta fuera de fecha límite. El libro llego después de la fecha limite.

IV. Documentación Justificativa. Adjunto la evidencia de documentos que incluye las leyes arriba mencionadas. De necesitar alguna otra información favor de notificarme de inmediato:

1. Certificación de Empleo

*Myrta Joubert Martínez*

Myrta Joubert Martínez

18 de febrero de 2020

**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. MYRTA JOUBERT MARTINEZ**, con número de seguro social que termina en

| | |
|---|---|
| **Fecha de Efectividad de la Pensión** | 28 de julio de 2001 |
| **Tiempo Cotizado para la Pensión** | 35 año, 11 meses, 3 semanas |
| **Pensión Mensual Inicial** | $1,410.09 |
| **Pensión Mensual Actual** | $1,452.39 |

Esta certificación se expide hoy, **18 de febrero de 2020** en San Juan, Puerto Rico.

Cynthia Sanjurjo Santos
Supervisora
Centro de Llamadas SRM



235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

( 787.777.1414   ☏ 787.764.6910   www.srm.pr.gov