

# Certificación de Notificación

Yo, **Ana Lydia Santiago Ramos,** con # de reclamo **110343**, hoy 18 de febrero del 2020, estoy entregando personalmente en la Oficina Secretaria Federal la réplica Promesa Titulo III, núm. 17 BK 3283-LTS, que incluye las leyes y otros documentos:

- Ley 164, Ley 89 y Ley 34
- Evidencia de Retiro

Comentario_____

_____

Recibo por: _____

Fecha: _____ Hora: _____

Entregado por: _____

INTAKE DROP BOX
RECEIVED & FILED

20 FEB 19 PM 3: 21

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

# TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS

## PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO, COMO REPRESENTANTE DE ESTADO LIBRE ASOCIADO DE PUERTORICO Y OTROS, DEUDORES | PROMESA TITULO 111 Núm. 17 BK 3283-LTS (Administrada conjuntamente) La presente radicación guarda relación con el ELA, la ACT y el SRE |

I. Datos: Ana Lydia Santiago Ramos (cell) 787-204-4844 Email; ffsantiago@yahoo.com PO BOX 10,007 suite 133 Guayama, PR 00785

II. Epígrafe: NOTIFICACION DE LA CENTESIMA CUADRAGESIMA SEGUNDA OBJECION GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE UNAS LEYES PUERTORRIQUEÑAS NO ESPECIFICADAS

III. Motivos: Yo Ana Lydia Santiago Ramos fui empleada docente del Departamento de Educación desde el 1 de agosto del 1984 hasta el 5 de marzo del 2014. Estoy reclamando la cantidad de $21,350.00 por la ley 89, ley 34, y ley 164 según estipula las leyes del Estado Libre Asociado De Puerto Rico. La razón por no cumplir la fecha limite el libro llego después de la fecha límite y hasta ahora no tenía el conocimiento total para completar lo requerido.

IV. Documentación Justificativa. Adjunto la evidencia de documentos que incluye las leyes arriba mencionadas. De necesitar alguna otra información favor de notificarme de inmediato:

1. Certificación de empleo del sistema de retiro

*[firma]*

Ana Lydia Santiago Ramos

18 de febrero de 2020

INTAKE DROP BOX
RECEIVED & FILED

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS

2020 FEB 19 PM 3:21

PARA EL DISTRITO DE PUERTO RICO

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

| | |
|---|---|
| JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO, COMO REPRESENTANTE DE ESTADO LIBRE ASOCIADO DE PUERTORICO Y OTROS, DEUDORES | PROMESA TITULO 111 Núm. 17 BK 3283-LTS (Administrada conjuntamente) La presente radicación guarda relación con el ELA, la ACT y el SRE |

I. Datos: Ana Lydia Santiago Ramos (cell) 787-204-4844 Email; ffsantiago@yahoo.com  PO BOX 10,007 suite 133 Guayama, PR 00785

II. Epígrafe: NOTIFICACION DE LA CENTESIMA CUADRAGESIMA SEGUNDA OBJECION GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE UNAS LEYES PUERTORRIQUEÑAS NO ESPECIFICADAS

III. Motivos: Yo Ana Lydia Santiago Ramos fui empleada docente del Departamento de Educación desde el 1 de agosto del 1984 hasta el 5 de marzo del 2014. Estoy reclamando la cantidad de $21,350.00 por la ley 89, ley 34, y ley 164 según estipula las leyes del Estado Libre Asociado De Puerto Rico. La razón por no cumplir la fecha limite el libro llego después de la fecha límite y hasta ahora no tenía el conocimiento total para completar lo requerido.

IV. Documentación Justificativa. Adjunto la evidencia de documentos que incluye las leyes arriba mencionadas. De necesitar alguna otra información favor de notificarme de inmediato:

1. Certificación de empleo del sistema de retiro

*Ana L. Santiago Ramos*

Ana Lydia Santiago Ramos

18 de febrero de 2020



**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
Sistema de Retiro para Maestros

23 de mayo de 2014

DEPARTAMENTO DE EDUCACION
Sección de Nombramientos y Cambios
APARTADO 190759
SAN JUAN PR 00919 0759

Solicitud No:       689379
Radicada en:    10 dic 2013

Atención: Sra. Matilde Pedraza

El(la) profesor(a) ANA SANTIAGO RAMOS con seguro social XXX-XX-5860 ha radicado una Solicitud de Retiro por la Ley 91 del 29 de marzo de 2004 (Ley del Sistema de Retiro para Maestros del Estado Libre Asociado de Puerto Rico).

[X] Años de Servicio    [ ] Edad    [ ] Diferida    [ ] Suplementaria

Al 5 de marzo de 2014, fecha de su última aportación recibida,
[X] cualifica [ ] no cualifica para acogerse a la jubilación y tiene el siguiente tiempo:

   30 Años,    6 Meses,    1 Semanas,    1.50 Dias y su edad es 53 años.

Los pagos pendientes no están considerados en esta certificación.  Los mismos son:
[ ] Reconocimiento de Tiempo
[ ] Diferencia en % por transferencia recibida
[ ] Reembolso de Cuotas
[X] No aplica

El tiempo certificado puede variar, de encontrarse diferencias en el Informe de Cambio, enviado por el Departamento de Educación u otras Instituciones Gubernamentales y de existir anulaciones futuras entre cuentas que afecten las aportaciones del Sistema. Deberá permanecer cotizando en nuestro Sistema hasta la fecha que proyecta retirarse.

El plan médico y planes suplementarios deben ser pagados directamente a las aseguradoras hasta tanto envíen las autorizaciones de descuentos para tramitar su pensión.

Cordialmente,

por: [signature]

Gretchen I. Ferra Tirado
Principal Oficial Ejecutivo De Beneficios Y Servicios

c    ANA L. SANTIAGO RAMOS        XXX-XX-5860
     PO BOX 10007
     SUITE 133
     GUAYAMA, PR 00785

235 Ave. Arterial Hostos, Edif. Capital Center,
Torre Norte, Hato Rey
P.O. Box 191879 Hato Rey, PR 00919-1879
Tel: (787) 777-1414;  Fax:
http://www.srm.pr.gov    E-mail: srm_correspondenciaconsulta@srm.pr.gov

