# TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS

# PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO, COMO REPRESENTANTE DE ESTADO LIBRE ASOCIADO DE PUERTORICO Y OTROS, DEUDORES | PROMESA TITULO 111 No.17BK3283-LTS (Administrada conjuntamente) La presente radicación guarda relación con el ELA, la ACT y el SRE |

I. Datos: Yo Rosa M. Rodríguez Santiago, Reclamo # 128441, (dirección) Calle Santa Teresa #23 Arroyo, PR 00714, (cell) 787-315-5497

II. Epígrafe: NOTIFICACION DE LA CENTESIMA CUADRAGESIMA SEGUNDA OBJECION GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACION DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE UNAS LEYES PUERTORRIQUENAS NO ESPECIFICADAS

III. Motivos: Yo, Rosa M Rodríguez Santiago fui empleada del Departamento de La Familia desde el 30 de Junio del 1976 hasta el 1 de mayo del 2001. Estoy reclamando la ley 89, la 34 y  por la cantidad de 6,300 que entiendo tener el derecho de recibir esta cantidad aproximada por todos los años de servicios conforme a las leyes establecidas por el Estado Libre Asociado de Puerto Rico. Entrego esta replica hoy 2/19/20 porque no pude llegar a tiempo el 2/18/20 por mis compromiso de trabajo ya que soy directora de un hospital en Arroyo y cuando llegue el edificio federal estaba cerrado. Espero tome en consideración este inconveniente y acepte mi reclamo bajo esta replica.

IV. Documentación Justificativa. Adjunto la evidencia de documentos que incluye las leyes arriba mencionadas. De necesitar alguna otra información favor de notificarme de inmediato:

1. Verificación de años de servicio del sistema de Retiro
2. Certificación de pension

Rosa M. Rodríguez Santiago

Febrero 18, 2020