

# TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS

## PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO, | PROMESA |
| COMO REPRESENTANTE DE | TITULO 111 |
| ESTADO LIBRE ASOCIADO DE PUERTORICO Y OTROS, | (Administrada conjuntamente) |
| DEUDORES | La presente radicación guarda relación con el ELA, la ACT y el SRE |

I. Datos: Lemuel Ostalaza Cruz, núm. De reclamo116244 (Dirección) HC 01 Box 4938 Bda. Marín Arroyo, PR 00714 (celular) 787-246-0202 (Email) lemuel011965@gmail.com

I. Epígrafe: NOTIFICACION DE LA CENTESIMA CUADRAGESIMA SEGUNDA OBJECION GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACION DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE UNAS LEYES PUERTORRIQUENAS NO ESPECIFICADAS

II. Motivos: Yo Lemuel Ostalaza Cruz soy empleado activo del Departamento de Educación de Puerto Rico

III. Docente desde 10 de agosto del 1991. Estoy reclamando la ley 89, la ley 34, que en conjunto estimo la cantidad de $30,000 que me pertenece actualmente y alguna otra cantidad adicional mientras este activo como empleado del Departamento de Educación tengo todo mi derecho de recibir estas cantidades aproximadas por todos los años de servicios conforme a las leyes establecidas por el Estado Libre Asociado de Puerto Rico.

IV. Documentación Justificativa. Adjunto la evidencia de documentos que incluye las leyes arriba mencionadas. De necesitar alguna otra información favor de notificarme de inmediato:

1. Certificación de balances de aportaciones estimadas.
2. Estado de cuenta estimado.

Lemuel Ostalaza Cruz   *[firma]*

15 de febrero de 2020