INTAKE DROP BOX
RECEIVED & FILED

2020 FEB 19 PM 3:22

## TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
## PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO, COMO REPRESENTANTE DE ESTADO LIBRE ASOCIADO DE PUERTORICO Y OTROS, DEUDORES | PROMESA TITULO 111 (Administrada conjuntamente) La presente radicación guarda relación con el ELA, la ACT y el SRE |

I. Datos: Luz D. Rivera Gómez, núm. De reclamo 165775 (Dirección) HC 01 Box 4938 Bda. Marín Arroyo, PR 00714 (celular) 787-246-0202 (Email) espaquijote8@gmail.com

I. Epígrafe: NOTIFICACION DE LA CENTESIMA CUADRAGESIMA SEGUNDA OBJECION GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACION DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE UNAS LEYES PUERTORRIQUENAS NO ESPECIFICADAS

II. Motivos: Yo Luz D. Rivera Gomez soy empleado activo del Departamento de Educación de Puerto Rico

III. Docente desde 1 de agosto del 1988. Estoy reclamando la ley 89, la ley 34, que en conjunto estimo la cantidad de $30,000 que me pertenece actualmente y alguna otra cantidad adicional mientras este activo como empleado del Departamento de Educación tengo todo mi derecho de recibir estas cantidades aproximadas por todos los años de servicios conforme a las leyes establecidas por el Estado Libre Asociado de Puerto Rico.

IV. Documentación Justificativa. Adjunto la evidencia de documentos que incluye las leyes arriba mencionadas. De necesitar alguna otra información favor de notificarme de inmediato:

1. Certificación de balances de aportaciones estimadas.
2. Estado de cuenta estimado.

Luz D. Rivera Gomez  *(signature)*
19 de febrero de 2020

espaquijote8@gmail.com

L

**Prime Clerk**
830 Third Ave. 9th Floor
New York, NY 10022

In re Commonwealth of Puerto Rico
Case No. 17-03283
United States Bankruptcy Court for the District of Puerto Rico (San Juan)

U.S. POSTAGE >> PITNEY BOWES

ZIP 11232 $ 000.35
02 4W
0000349804 SEP 14 2018

### PRIME CLERK RECEIVED YOUR PROOF OF CLAIM.

Date Filed: 6/28/2018
Proof of Claim No.: 165775

For additional information, please visit
http://cases.primeclerk.com/puertorico, or
call us at 844.822.9231.

Luz D. Rivera Gomez
HC01 Box 4938
Arroyo, PR 00714

# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

PROGRAMA DE BENEFICIOS DEFINIDOS
ESTADO DE CUENTA ESTIMADO

27 de febrero de 2018

Agencia: 170 - DEPARTAMENTO DE EDUCACION

RIVERA GOMEZ LUZ D
HC 1 BOX 4938

Seguro Social: XXX-XX-

ARROYO, PR 00714 9787

Nuestros registros al 27 de febrero de 2018 reflejan lo siguiente:

### Balances Acumulados

| Tiempo | Aportaciones | Intereses | Balance Final |
|---|---|---|---|
| 29 Años - 5 Meses - 2 Sem. - 1.69 Días | $61,054.19 | $16,475.85 | ~~$77,530.04~~ 45,000 |

*(al 31-enero-18)*

### Información Demográfica

| Fecha de Nacimiento | Ingreso al Servicio Público | Comienzo de Cotización | Género |
|---|---|---|---|
| 14 de noviembre de 1962 | 01 de agosto de 1988 | ~~14 de julio de 2008~~ | Femenino |

Los balances reflejados representan la acumulación de aportaciones e intereses en su cuenta de Beneficios Definidos a base de las aportaciones recibidas a la fecha de emisión del estado de cuenta. Esta información no es una certificación oficial. La información puede variar, de encontrarse diferencias en el Informe de Cambio, enviado por el Departamento de Educación y otras Instituciones Gubernamentales y de existir anulaciones futuras entre cuentas que afecten las aportaciones del Sistema.

De no coincidir esta información con sus registros, usted puede solicitar revisión a través de nuestras sucursales presentando la evidencia o información que valide la corrección a realizar.

Recuerde que puede crear o acceder a su cuenta para recibir información a través de nuestra página www.srm.pr.gov seleccionando: **Mi SRM.**

Le exhortamos a que visite nuestra página para que se mantenga informado sobre su Sistema de Retiro.

235 Avenida Arterial Hostos, Edificio Capital Center , Torre Norte, Hato Rey, Puerto Rico 00918
P.O. Box 191879, Hato Rey, PR 00919-1879
srm_correspondenciaconsulta@srm.pr.gov   (787) 777-1414   http://www.srm.pr.gov



*Asociado de Puerto Rico a Varios reclamos deficientes* (la "Objeción global") ante el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "Tribunal"). [2]

---

### SÍNTESIS

- **COMPRUEBE SI SU(S) RECLAMO(S) SE MENCIONA(N) EN EL ANEXO A DE LA OBJECIÓN GLOBAL.**

- **Si su(s) reclamo(s) NO se menciona(n) en el Anexo A, la Objeción global no afectará a su reclamo, por lo que NO tendrá que realizar ninguna acción.**

- Si su(s) reclamo(s) se menciona(n) en el Anexo A de la Objeción global, el ELA, la ACT y/o el SRE solicitan que su(s) reclamo(s) que se mencione(n) en el Anexo A sea(n) rechazado(s) porque, como se explicó en la Objeción global que acompaña este documento, los datos de los Deudores indican que su reclamo es deficiente. La Objeción global y el Anexo A de la Objeción global proporcionan detalles adicionales sobre los reclamos deficientes en cuestión.

- Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.

- **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

---

**SI NO CONTESTA CONFORME A LA PRESENTE NOTIFICACIÓN, EL TRIBUNAL PODRÁ CONCEDER EL REMEDIO SOLICITADO EN LA OBJECIÓN GLOBAL SIN OTRA NOTIFICACIÓN NI VISTA.**

---

### NOTIFICACIÓN IMPORTANTE CONFORME A LA REGLA LOCAL 3007-1

Cualquiera de las partes a la que se haya notificado la presente Objeción global, o cualquier parte de la acción que objete al remedio aquí solicitado, deberá radicar y enviar una réplica a la Objeción global a la secretaría del Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico antes de las **04:00 p.m. (AST)** del **18 de febrero de 2020**, salvo extensión por escrito por parte del ELA, la ACT o el SRE. Si no se radica ninguna réplica en el plazo mencionado, se considerará que no se ha opuesto a la Objeción global, por lo que esta podrá ser declarada ha lugar, salvo que: 1) el remedio solicitado esté legalmente prohibido; 2) el remedio solicitado sea contrario al orden público; o 3) a criterio del Tribunal, el interés de la justicia exija otra cosa. Si radica una réplica en tiempo, el Tribunal podrá convocar una vista.

---

*[signature]*

---

[2] Los términos en mayúscula utilizados que no estén definidos en el presente documento tendrán el significado que les haya sido atribuido en la Objeción global.

2

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| En el asunto de:<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>como representante de<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO y otros,<br><br>Deudores. | PROMESA,<br>Título III<br><br>Núm. 17 BK 3283-LTS<br><br>(Administrada conjuntamente)<br><br>**La presente radicación guarda relación con el ELA, la ACT y el SRE.** |

**NOTIFICACIÓN DE LA CENTÉSIMA QUINCUAGÉSIMA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A VARIOS RECLAMOS DEFICIENTES**

SI SU RECLAMO ESTÁ INCLUIDO EN EL ANEXO A DE LA OBJECIÓN GLOBAL, EL ELA, LA ACT Y/O EL SRE SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS DE LOS QUE EL ELA, LA ACT Y/O EL SRE DISPONEN INDICAN QUE SU RECLAMO ES DEFICIENTE.

SI SU RECLAMO ES MENCIONADO EN EL ANEXO A, DEBERÁ LEER DETENIDAMENTE ESTA NOTIFICACIÓN Y LA OBJECIÓN GLOBAL, Y COMENTARLAS CON SU ABOGADO. SI NO TIENE ABOGADO, ES POSIBLE QUE DESEE ACUDIR A UNO.

**OBSÉRVESE QUE** el 14 de enero de 2020, el Estado Libre Asociado de Puerto Rico (el "ELA"), la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") y el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE"), a través de la Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión"), como representante del ELA, de la ACT y del SRE conforme al artículo 315(b) de la *Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA"),[1] radicaron la *Centésima quincuagésima objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre*

---

[1] PROMESA ha sido codificada en el Título 48 U.S.C., §§ 2101-2241.