TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS

PARA EL DISTRITO DE PUERTO RICO

INTAKE DROP BOX
RECEIVED & FILED

2020 FEB 19 PM 3:23

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

| | |
|---|---|
| JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO, COMO REPRESENTANTE DE ESTADO LIBRE ASOCIADO DE PUERTO RICO Y OTROS.<br><br>DEUDORES | PROMESA<br><br>TITULO 111<br><br>(ADMINISTRADA CONJUNTAMENTE)<br><br>LA PRESENTE RADICACIÓN GUARDA RELACIÓN CON EL ELA, LA ACT Y EL SRE |

I. DATOS: **MAYRA R. DOELTER BÁEZ**, NÚM. DE RECLAMO: **163596** (DIRECCIÓN) **URB. JARDINES DE LAFAYETTE CALLE P V 4 ARROYO, PR 00714** (CELULAR) **787-449-5116** (EMAIL) mayradoeltere4@gmail.com

II. EPÍGRAFE: NOTIFICACION DE LA CENTESIMA CUADRAGESIMA SEGUNDA OBJECION GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACION DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE UNAS LEYES PUERTORRIQUENAS NO ESPECIFICADAS

III. MOTIVOS: YO MAYRA R. DOELTER BÁEZ, SOY EMPLEADO ACTIVO DEL DEPARTAMENTO DE EDUCACIÓN DE PUERTO RICO

IV. NO DOCENTE DESDE 11 DE ENERO DEL 1987. ESTOY RECLAMANDO LA LEY 89, LA LEY 34, QUE EN CONJUNTO ESTIMO LA CANTIDAD DE $20,000 QUE ME PERTENECE ACTUALMENTE Y ALGUNA OTRA CANTIDAD ADICIONAL MIENTRAS ESTE ACTIVO COMO EMPLEADO DEL DEPARTAMENTO DE EDUCACIÓN TENGO TODO MI DERECHO DE RECIBIR ESTAS CANTIDADES APROXIMADAS POR TODOS LOS AÑOS DE SERVICIOS CONFORME A LAS LEYES ESTABLECIDAS POR EL ESTADO LIBRE ASOCIADO DE PUERTO RICO.

V. DOCUMENTACIÓN JUSTIFICATIVA. ADJUNTO LA EVIDENCIA DE DOCUMENTOS QUE INCLUYE LAS LEYES ARRIBA MENCIONADAS. DE NECESITAR ALGUNA OTRA INFORMACIÓN FAVOR DE NOTIFICARME DE INMEDIATO:

1. CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS.
2. CERTIFICACIÓN DE EMPLEO.
3. INFORMACION GENERAL.
4. ESTADO DE CUENTA ESTIMADO.
5. TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS DOCUMENTOS.

*Mayra Doelter Báez*
Sra. Mayra R. Doelter Báez

14 de febrero de 2020

 Portal de Servicios en Linea de la Administración
de los Sistemas de Retiro de los Empleados de Gobierno y la Judicatura

## Información General

### MAYRA R DOELTER BAEZ (97993)

| | |
|---|---|
| Agencia: | **DEPARTAMENTO EDUCACION (NO DOCENTE)** |
| Sistema de Retiro: | **EMPLEADO DE GOBIERNO (ELA)** |
| Fecha de Ingreso: | **27-MAR-1987** |
| Años en Servicio: | **24.82** |
| Sueldo Bruto: | **$1,961.00** |
| Sueldo Neto: | **$911.09** |
| Balance Aportaciones*: | **$37,584.56** |
| Aportaciones Ley 106 **: | **$11,526.00** |

## Mas Servicios

Aquí podrás solicitar y visualizar tus certificaciones, como:

✓ Certificados de Deuda de préstamos

✓ Certificados de Préstamo Hipotecario

✓ Certificado de deuda para Ética Gubernamental

✓ Certificado de Balance de Cancelación de préstamo.

( Solicitudes en Línea )

## Ayuda para Servicios en Línea

Llene el siguiente formulario o llame a nuestro centro de contacto al (787) 777-1500

\* El balance de la Aportación Individual reflejado es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de aportaciones individuales y el tiempo acreditado están sujetos a revisión. Esta información no es una certificación oficial de la Administración de los Sistemas de Retiro.
Puede descargar aquí su última certificación de balance de aportaciones

\*\* El balance de la Aportación Ley 106 está reflejado a la fecha de la última nómina procesada enviada por su patrono. Dicho balance por concepto de aportación individual aquí reflejado están sujetos a revisión. Esta información no es una certificación oficial de la Administración de los Sistemas de Retiro. Puede pedir una certificación del balance al 787-777-1500 o al correo cesresanjuan@retiro.pr.gov

Centro Gubernamental Minillas,
Torre Norte Piso 7
San Juan PR 00940




**DEPARTAMENTO DE HACIENDA**
ESTADO LIBRE ASOCIADO DE PUERTO RICO



GOBIERNO DE PUERTO RICO
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: MAYRA DOELTER BAEZ**  
URB. JARD. DE ARROYO  
V-4 CALLE P  
ARROYO, PR 00714

Seguro Social: XXX-XX

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | DEPARTAMENTO EDUCACION (NO DOCENTE) |
| Años de Servicio: | 24.82 |
| Balance de Aportaciones: | $37,584.56 |

Esta certificación fue emitida el 16 de octubre de 2019.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2019101644921938

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov



**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

18 de febrero de 2020

**Agencia: 171 - DEPARTAMENTO EDUCACION (NO DOCENTE)**

MAYRA DOELTER BAEZ
URB. JARDINES DE LAFAYETTE
V-4 CALLE P
ARROYO, PR 00714

Seguro Social: XXX-XX

A base de la información en nuestros registros, al 18 de febrero de 2020 usted posee:

**Fecha de Nacimiento:** 15 de diciembre de 1962             **Género:** Femenino
**Fecha de Ingreso al Servicio Público:** 27 de marzo de 1987
**Fecha de Comienzo de Cotización:** 27 de marzo de 1987

| *Ley Anterior al 30 de junio de 2013* | |
|---|---|
| Años Acreditados: | 23.75 |
| Aportaciones: | $25,170.34 |
| Intereses: | $7,315.98 |
| Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $32,486.32 |
| SNC Pagado: | $0.00 |
| SNC Tiempo: | 0.00 |
| Beneficio: | $0.00 |

| *Ley 3 al 30 de junio de 2017* | |
|---|---|
| Tiempo Trabajado: | 1.07 |
| Aportaciones: | $4,902.50 |
| Intereses: | $195.74 |
| Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $5,098.24 |
| Beneficio: | $0.00 |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.

Coordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov



**GOBIERNO DE PUERTO RICO**

DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos
Archivo No Docente

# CERTIFICACIÓN

Certifico que, **Mayra R. Doelter Báez**, seguro social **XXX-XX-____**, es empleada **Regular** que ocupa el puesto de **Oficinista Mecanógrafo II** en el Distrito Escolar de Guayama. Comenzó a prestar servicios el **16 de enero de 1987** y devenga un salario de **$1,961.00** mensuales.

Dada en San Juan, Puerto Rico, el 13 de febrero de 2020, según solicitada por el / la empleado(a).

*Marieliz D. Arroyo Figueroa*
Supervisora

P.O. Box 190759, San Juan, PR 00919-0759 • Tel.: (787)773-3025 ó 3051

DEPARTAMENTO DE EDUCACIÓN

El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia domestica, agresión sexual o acecho.

# Certificación de Notificación



INTAKE DROP BOX
RECEIVED & FILED
2020 FEB 19 PM 3:24

Yo, <u>Mayra R. Doelter Báez</u>, número de reclamación #<u>163596,</u> caso número 17-03283, hoy <u>18 de febrero de 2020</u> estoy entregando personalmente en la Oficina de Secretaría Federal la réplica Promesa Título III, número 17BK3283-LTS, que incluye las leyes y otros documentos.

- Ley 180, Ley 89 y Ley 34
- Evidencia del Sistema de Retiro
- Evidencia del Departamento de Educación

Comentarios: _____
_____.

Entregado por: Sr. Andrés Gongón Colón
              Director

mdb

Recibido por: _____
Puesto: _____
Fecha: _____
Hora: _____