Número de Reclamación: 126752
Reclamante: *Carmen Iris Olmo Barreiro*
Empleado del Estado Libre Asociado de Puerto Rico
Teléfono: 787-553-1203
carmenirisolmo@hotmail.com

Ref: Centésima Cuadragésima Sexta Objeción Global del Estado Asociado de Puerto Rico y del Sistema de Retiro de Empleados del Gobierno del Estado Libre Asocaido de Puerto Rico

10 de febrero de 2020

Mi nombre es Iris Olmo Barreiro quien reside en la siguiente dirección: Urb. Luquillo Mar, Calle C/CC 78, Luquillo, Puerto Rico 00773, someto la siguiente información por requerimiento de su agencia:

A tenor con lo que establece Ley Número 170 de 12 de agosto de 1988, Reglamento 6743 del Departamento de Educación de Puerto Rico según enmendada, conocida como Ley de Procedimientos Administrativos Uniformes del Estado Libre Asociado de Puerto Rico, esta ley establece que se le pagué hasta un máximo de 90 días acumulados por días de enfermedad una vez el maestro se acoja a la jubilación por años de servicio. Al día de hoy no se cumplió con la Ley y no se nos ha permitido gozar de este derecho adquirido.

Por lo antes señalado estoy reclamando el pago por la cantidad que me corresponda. Me acogí al Retiro de Maestros de Puerto Rico en el año 2017, es importante señalar que al acogerme a la jubilación por años de servicio el monto de mi pensión fue afectada, como consecuencia de no haberse otrogado este aumento de sueldo.

Es mi interés se realice una investigación sobre este asunto y se revise esta determinación. Las leyes propuestas en el Estado Libre Asociado de Puerto Rico se crean para beneficiar a los empleados públicos y espero se pueda cumplir con las mismas. Luego de haber revisado nuevamente los cálculos, según mi apreciación la deuda sería de: $9,270.00 dólares aproximadamente.

Cordialmente,

*Carmen Iris Olmo Barreiro*
Carmen Iris Olmo Barreiro