Carmen I. Olmo Blancart
Urb. Luquillo Mar Calle C -
CC 78 Luquillo P.R. 00773




U.S. POSTAGE PAID
FCM LETTER
LUQUILLO, PR
00773
FEB 18, 20
AMOUNT
$4.10
R2307M152737-01

7019 1640 0000 8491 4206

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**



7019 1640 0000 8491 4206



Tribunal de Distrito de los Estado Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767