

# TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
## PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO, COMO REPRESENTANTE DE ESTADO LIBRE ASOCIADO DE PUERTORICO Y OTROS, | PROMESA TITULO 111 Núm. 17 BK 3283-LTS (Administrada conjuntamente) La presente radicación guarda relación con el ELA, la ACT y el SRE |
| DEUDORES | |

I. Datos: Marta J. Román Morales, # reclamo 140291, (Cell) 787-380-1721, Email: yariam34@gmail.com Dirección: Apartado 743 Arroyo, PR 00714

II. Epígrafe: NOTIFICACION DE LA CENTESIMA CUADRAGESIMA SEGUNDA OBJECION GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE UNAS LEYES PUERTORRIQUEÑAS NO ESPECIFICADAS

III. Motivos: Yo Marta J Román Morales soy empleada docente activa del Departamento de Educación desde el 1 de agosto del 2002 hasta el presente. Estoy reclamando la cantidad $21,600.00 por la ley 89, ley 34, y ley 164 según estipula las leyes del Estado Libre Asociado De Puerto Rico.

IV. Documentación Justificativa. Adjunto la evidencia de documentos que incluye las leyes arriba mencionadas. De necesitar alguna otra información favor de notificarme de inmediato:

1. Certificación de empleo

Marta J. Román Morales

18 de febrero de 2020



# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

**ATT: LEY PROMESA**

18 de febrero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | MARTA J. ROMAN MORALES |
| Seguro Social | : | |
| Categoría | : | MAESTRO EDUC.ESPECIAL (K-12) |
| Distrito Escolar | : | YABUCOA |
| Sueldo Mensual | : | $2,491.67 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | Desde el 1 de agosto de 2002 hasta el presente. |
| Cesó | : | N/A |
| Renunció | : | N/A |
| Otros | : | Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de (17) años. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.



# Certificación de Notificación

Yo, **Marta J. Román Morales,** con # de reclamo **140291,** hoy 18 de febrero del 2020, estoy entregando personalmente en la Oficina Secretaria Federal la réplica Promesa Titulo III, núm. 17 BK 3283-LTS, que incluye las leyes y otros documentos:

- Ley 164, Ley 89 y Ley 34
- 

Comentario _____

_____

Recibo por: _____

Fecha: _18/feb./220_ Hora: _____

Entregado por: _Marta J. Román Mls_