IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | CASE NO.: 17 BK 3283-LTS |
| *As a representative of,* | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO | |
| Debtors | |

## EXTENSION OF TIME

TO THE HONORABLE COURT:

COMES NOW DEBTOR, pro se, and very respectfully states and prays:

1. That my name is Carmen Elisa Medina Gomez, of legal age, married and resident of Caguas.

2. That under this case, I have two claims" #142010 and #129968, both regarding the Employees Retirement System of the Government of the Commonwealth of Puerto Rico.

3. That I am requesting an extension of time of 30 days to comply with this Court's order.

4. That I am currently in the process of acquiring the necessary documents to support my claim.

5. Debtors respectfully request an extension of 30 day to comply with this Court's order to object.

WHEREFORE, it is respectfully requested that this Honorable Court take notice of the above stated and grant Debtor 30 days to provide evidence in support of my claims.

Respectfully submitted.

In Caguas P.R. this 18th day of February of 2020.

I HEREBY CERTIFY that on this date copy of this motion has been mailed by U.S. Certified Mail, to the following: Secretaria (Clerks Office), Tribunal de Distrito de los Estados Unidos, Room 150 Federal Building, San Juan, Puerto Rico 00918-1767; Abogado de la Junta de Supervision (Counsel for the Oversight Board), Proskauser Rose LLP, Eleven Times Square, New York, NY 10036-8299, A/A: Martin J. Bienenstock, Brain S. Rosen; Abogado del Comité de Acreedores (Counsel for the Creditor's Committee), Paul Hastings LLP, 200 Park Avenue, New York NY 10166, A/A: Luc A. Despins, James Bliss, James Worthington, G. Alexander Bongartz.

*Carmen Elisa Medina Gomez*
Carmen Elisa Medina Gomez
3-C-53 Ferrara
Urb. Villa del Rey
Caguas, Puerto Rico 00727
Tel: 787-354-5503