Carmen Elisa Medina Gómez
Villa Del Rey 3
Ferrara 3-C-53
Caguas, PR 00727



7014 0150 0001 1613 4145     1000



00918

U.S. POSTAGE PAID
FCM LETTER
JUNCOS, PR
00777
FEB 18, 20
AMOUNT

**$6.95**

R2305K134649-11

Secretaría
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767

RECEIVED & FILED
2020 FEB 19 PM 4:31
CLERK'S OFFICE
U.S. DIST. COURT
SAN JUAN, P.R.

00918899999

