

# Certificación de Notificación

Yo, **Abigail Vázquez Cintrón,** con # de reclamo **153303,** hoy 18 de febrero del 2020, estoy

entregando personalmente en la Oficina Secretaria Federal la réplica Promesa Titulo

III, núm. 17 BK 3283-LTS, que incluye las leyes y otros documentos:

- Ley 164, Ley 89 y Ley 34
- Evidencia Departamento de Salud
- Certificación de Retiro de Servicio y Edad
- Notificación de Nombramiento Regular

Comentario_____

_____

Recibo por: _____

Fecha: _____ Hora: _____

Entregado por: _____

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS

PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| JUNTA DE SUPERVISION Y ADMINISTRACION | PROMESA |
| FINANCIERA PARA PUERTO RICO, | TITULO 111  Núm. 17 BK 3283-LTS |
| COMO REPRESENTANTE DE | (Administrada conjuntamente) |
| ESTADO LIBRE ASOCIADO DE PUERTORICO Y | La presente radicación guarda |
| OTROS, | relación con el ELA, la ACT y el SRE |
| DEUDORES | |

I.   Datos:  Abigail Vázquez Cintrón ( reclamo #) 153303. Dirección: Urb. La Riviera Calle 4 C-6 Arroyo PR 00714 (cell ) 787-307-0074  email: charlotm2003@gmail.com

II.   Epígrafe:     NOTIFICACION DE LA CENTESIMA CUADRAGESIMA SEGUNDA OBJECION GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE UNAS LEYES PUERTORRIQUEÑAS NO ESPECIFICADAS

III.   Motivos:  Yo Abigail Cintrón Vázquez soy empleada del Departamento de Salud de Puerto Rico desde el junio 1ro del 1987 Por la cual estoy reclamando la cantidad de 26,310.00 por la ley 89, la ley 34 y la ley 164 según estipula las leyes del Estado Libre Asociado de Puerto Rico

IV.   Documentación Justificativa. Adjunto la evidencia de documentos que incluye las leyes arriba mencionadas. De necesitar alguna otra información favor de notificarme de inmediato:

1.   Certificación de empleo
2.   Notificación de nombramiento

Abigail Vázquez Cintrón

18 de febrero de 2020

Estado Libre Asociado de Puerto Rico
**Departamento de Salud**
OFICINA DE RECURSOS HUMANOS

15 de abril de 2009

VAZQUEZ CINTRON, ABIGAIL
Oficinista Servicios de Salud
Asistencia Médica

PONCE

Estimado (a) señor (a)  VAZQUEZ CINTRON                    :

La Ley Num. 7 del 9 de marzo de 2009, conocida como: Ley Especial Declarando
Estado de Emergencia Fiscal y Estableciendo el Plan Integral de Estabilización para
Salvar el Crédito de Puerto Rico, requiere que todas las agencias le informen a los
(las) empleados (as) sobre la antigüedad en el servicio público.

De acuerdo al sistema mecanizado de la Oficina de Recursos Humanos y Relaciones
Laborales (STAFF) su antigüedad en el servicio público es de __21__ años. La fecha
en que comenzó a laborar en el gobierno es  6/1/1987 .

Aquellos empleados que hayan disfrutado de Licencias Sin Sueldo, dicha licencia
aun no ha sido descontada del cómputo de antigüedad dado el corto término
concedido por Ley para certificar dicha información. Estos empleados recibirán
mas tarde una notificación enmendada una vez se evalúen sus expedientes
individualmente.

De entender que la información indicada no es la correcta, debe presentar evidencia
del tiempo trabajado como empleado por: jornal, transitorio, regular y/o en el
servicio de confianza en cualquier agencia del gobierno de Puerto Rico,
corporaciones o instrumentalidades junto con el Formulario de Impugnación de
Fecha de Antigüedad en o antes de treinta (30) días calendarios a partir de la fecha
de recibo de la notificación. Este formulario podrá ser obtenido a través del
siguiente enlace: www.salud.gov.pr o solicitando copia del mismo en la Oficina de
Recursos Humanos y Relaciones Laborales.

Cualquier duda al respecto favor de comunicarse a la Oficina de Recursos Humanos
correspondiente.

Atentamente,

**CONCEPCION QUIÑONES DE LONGO, MD**
**SUB-SECRETARIA**

PO BOX 70184 SAN JUAN, PR 00936-8184 TEL. (787)-771-5001



**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**DEPARTAMENTO DE SALUD**
ADMINISTRACION DE FACILIDADES Y SERVICIOS DE SALUD
REGION SUR DE SALUD
PONCE, PUERTO RICO 00731



LOURDES T. NAPOLEONI
Funcionario Ejecutivo

Teléfono Directo 844-4155
Cuadro 840-8730
Ext. 208 — 209

A              :    Sra. Abigail Vázquez Cintrón
                    Oficinista I
                    C.D.T. Arroyo

P/C            :    Dr. Giordano San Antonio
                    Director Regional
                    Región Sur de Salud

               :    Sra. Nilda R. Camacho
                    Administradora Regional
                    Región Sur de Salud

DE             :    Sra. Lourdes T. Napoleoni
                    Funcionario Ejecutivo
                    Región Sur de Salud

FECHA          :    9 de abril de 1990

ASUNTO         :    NOTIFICACION DE NOMBRAMIENTO REGULAR

     Nos place informarle que desde el lro. de julio de 1989, y por virtud de la Ley Núm. 56 del 16 de agosto de 1989, usted ha pasado a ser empleado de carrera regular como Oficinista I _____ en el C.D.T. Arroyo _____ .

     Esperamos continúe usted brindando en todas las funciones relacionadas con su puesto la misma cooperación demostrada hasta la fecha como se espera de todo buen servidor público.

LTN/dar