

INTAKE DROP BOX
RECEIVED & FILED

2020 FEB 19 PM 3:25

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

# Certificación de Notificación

Yo, **Paulina Laboy Sánchez** con # de reclamo **147560,** hoy 19 de febrero del 2020, estoy entregando personalmente en la Oficina Secretaria Federal la réplica Promesa Titulo III, núm. 17 BK 3283-LTS, que incluye las leyes y otros documentos:

- L... Ley 89 y Ley 34
- Certificado de Empleo del DE

Comentario_____

_____

Recibo por: _____

Fecha: _____ Hora: _____

Entregado por: _____

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS

PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO, COMO REPRESENTANTE DE ESTADO LIBRE ASOCIADO DE PUERTORICO Y OTROS, DEUDORES | PROMESA TITULO 111 No.17BK3283-LTS (Administrada conjuntamente) La presente radicación guarda relación con el ELA, la ACT y el SRE |

I. Datos: Paulina Laboy Sánchez, Reclamo # 147560, (dirección) PO BOX 589 Arroyo, PR 00714, paulinalaboy7@gmail.com

II. Epígrafe: NOTIFICACION DE LA CENTESIMA CUADRAGESIMA SEGUNDA OBJECION GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACION DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE UNAS LEYES PUERTORRIQUENAS NO ESPECIFICADAS

III. Motivos: Yo, Paulina Laboy Sánchez fui empleada del Departamento de Educación de Puerto Rico docente desde abril del 1972 hasta 28 de Julio, 2001. Estoy reclamando la ley 89, la ley 34, que en conjunto estimo la cantidad de $5,400 que entiendo tener el derecho de recibir esta cantidad aproximada por todos los años de servicios conforme a las leyes establecidas por el Estado Libre Asociado de Puerto Rico. Entrego esta replica tarde porque el libro llego a finales de diciembre y no tenía el conocimiento como proceder soy una persona de 75 años vivo sola y no manejo. Espero consideren esta replica a mi favor para poder recibir cualquier indemnización.

IV. Documentación Justificativa. Adjunto la evidencia de documentos que incluye las leyes arriba mencionadas. De necesitar alguna otra información favor de notificarme de inmediato:

1. Certificación de Empleo Departamento de Educación

*[firma]*
Paulina Laboy Sánchez

18 de febrero de 2020



**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Paulina Laboy Sánchez**, con número de seguro social que termina en

| | |
|---|---|
| Fecha de Efectividad de la Pensión | 28 de julio de 2001 |
| Tiempo Cotizado para la Pensión | 28 años, 8 mes, 1 sem, 3 días |
| Pensión Mensual Inicial | $1,000.00 |
| Pensión Mensual Actual | $1,455.19 |

Esta certificación se expide hoy, **19 de febrero de 2020** en San Juan, Puerto Rico.

Cynthia Sanjurjo Santos
Supervisora
Centro de Contacto

sba