1 de febrero de 2020

Ref: Número de reclamación **158887**

RECEIVED & FILED
2020 FEB 19 PM 4: 31
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, PR

Sra. Yolanda Acevedo Ríos
Brisas del Mar
Calle 8 F11
Luquillo, PR 00773

Email adnaloyacv2@gmail.com

Objeción Global al Amparo de la Ley Número 96 del 1ro de julio de 2002, *Aumento de Sueldo a Empleados Estatales.*

Saludos:

Mi nombre es Yolanda Acevedo Ríos y mis datos personales estan en epígrafe.

Esta misiva se relaciona con una evidencia de reclamación que esta servidora presentó en el caso Número ~~122292~~, al Amparo del Título lll, Promesa contra el Estado Libre Asociado de Puerto Rico, por la Novena Objeción General del Estado Libre Asociado de Puerto Rico.

Prime Clerk LLC mantiene el registro official de reclalmaciones en los casos al Amparo de Título lll para el Tribunal del Distrito de Puerto Rico. Es mi interés que se realice una investigació sobre este asunto; ya que considero que se me adeuda la cantidad de $18,000.00 dólares.

A tenor con lo que establece la Ley 96, del 1ro de julio de 2002, Aumento de Sueldo a Empleados Estatales, según enmendada, solicito que se revise ésta determinación. Esta Ley se radicó bajo la gobernación de la Hon. Sila María Calderón, para todos los empleados públicos incluyendo al Departamento de Educación. A través de esta Ley se le otorgaba un aumento salarial de cien ($100.00) dólares a todos los empleados públicos en su salarios. Al presente no se ha cumplido con la Ley 96 del 2002. La Ley Promesa no nos ha permitido gozar de éste derecho adquirido, honrando el mismo.

Estoy interesada en seguir en la Demanda Objeción Global y se me otorgue el dinero que entiendo me corresponde por ley y derecho.

Cordialmente,

*[firma]*

Sra. Yolanda Acevedo Ríos
787 435-5926

1 de febrero de 2020

Brisas del Mar
Calle 8 F11
Luquillo, PR 00773

Email adnaloyacv2@gmail.com

Asunto: Objeción Global: Pasos no adjudicados por años de servicios
(1985 al 2015)

Esta misiva se relaciona con una evidencia de reclamación que esta servidora presentó en el caso Número 158080 al Amparo del Título lll Promesa contra el Estado Libre Asociado de Puerto Rico, por aumento de sueldo de veinticinco ($25.00) mensualdes de cada 10 años.

Es mi interés que se realice las investigaciones pertinentes a éste caso; ya que considero que se me adeuda la cantidad de $9,000.00 (hago corrección de cálculos sometido inicialmente). Conmencé desde el año 1985 al 2015.

Estoy interesada con seguir esta demanda y que se me otorgue la cantidad que me corresponde.

*[firma]*

Sra. Yolanda Acevedo Ríos
787 435-5926