Yolanda Acevedo Rios
Brisas del Mar
Calle 8, F11
Luquillo, P.R. 00773



CERTIFIED MAIL

7019 1640 0000 8491 4138

Secretaria (Clerk's Office)
Tribunal Distrito de los E.U.
Room 150 Federal Building
San Juan, P.R. 00918-1767

U.S. POSTAGE PAID
FCM LETTER
LUQUILLO, PR
00773
FEB 18, 20
AMOUNT
$6.95
R2307M152737-01

1000   00918