

# Certificación de Notificación

Yo, **Carlos Alfonso Rodríguez Rodríguez,** con # de reclamo **148313,** hoy 18 de febrero del 2020, estoy entregando personalmente en la Oficina Secretaria Federal la réplica Promesa Titulo III, núm. 17 BK 3283-LTS, que incluye las leyes y otros documentos:

- Ley 164, Ley 89 y Ley 34
- Certificación de Retiro de Servicio

Comentario _____

_____

Recibo por: _____

Fecha: _____  Hora: _____

Entregado por: _____



# TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS

## PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO, COMO REPRESENTANTE DE ESTADO LIBRE ASOCIADO DE PUERTORICO Y OTROS, <br><br>DEUDORES | PROMESA <br> TITULO 111 Núm. 17 BK 3283-LTS <br> (Administrada conjuntamente) <br> La presente radicación guarda <br> relación con el ELA, la ACT y el SRE |

I. Datos: Carlos Alfonso Rodríguez Rodríguez, Reclamo# 148313, PO Box 1453 Arroyo, PR 00714 (email) edgarvictor99@yahoo.com (cell) 787-450-4576

II. Epígrafe: NOTIFICACION DE LA CENTESIMA CUADRAGESIMA SEGUNDA OBJECION GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE UNAS LEYES PUERTORRIQUEÑAS NO ESPECIFICADAS

III. Motivos: Yo Carlos Alfonso Rodríguez Rodríguez soy empleado docente activo del Departamento de Educación de Puerto Rico desde el junio 1ro del 1987 Por la cual estoy reclamando la cantidad de $22,500 por la ley 89, la ley 34 y la ley 164 según estipula las leyes del Estado Libre Asociado de Puerto Rico

IV. Documentación Justificativa. Adjunto la evidencia de documentos que incluye las leyes arriba mencionadas. De necesitar alguna otra información favor de notificarme de inmediato:

1. Certificación de empleo

Carlos Alfonso Rodriguez Rodriguez

18 de febrero de 2020

**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

SRM-SB-022
Rev. marzo 2017

Estimado(a) participante CARLOS ALFONSO RODRIGUEZ RODRIGUEZ

De acuerdo a nuestros registros, el balance de aportaciones acumuladas en el SRM es de aproximadamente $51,749.26 al 18 de febrero de 2020. Las aportaciones han devengado intereses por $11,166.36 para un total de cuotas e intereses de $62,915.62.

El tiempo acreditado es de aproximadamente 21 año(s), 2 mes(es), 2 semana(s), 4.54 día(s).

Los pagos realizados por planes de pago, recaudaciones o pagos pendientes pueden no estar considerados en estos balances. Además, esta información puede variar, de encontrarse diferencias en el Informe de Cambio enviado por el patrono y de existir anulaciones futuras entre cuentas que afecten las Aportaciones del Sistema.

Estos cálculos son preliminares, están sujetos a verificación y ajustes cuando radique su Solicitud de Retiro. Deberá permanecer cotizando en el SRM hasta la fecha que proyecta retirarse.

Atentamente,

Área de Servicios de Retiro



235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918
P.O. Box 191879 · San Juan PR 00919-1879



☏ 787.777.1414      📠 787.759.2883      www.srm.pr.gov