

# Certificación de Notificación

Yo, **Maria E. Santiago Bonilla**, , con # **de** reclamo **131642, # 117188** hoy 18 de febrero del 2020, estoy entregando personalmente en la Oficina Secretaria Federal la réplica Promesa Titulo III, núm. 17 BK 3283-LTS, que incluye las leyes y otros documentos:

- Ley 164, Ley 89 y Ley 34
- Evidencia del Sistema de Retiro
- Certificacion de Retiro de Servicio y Edad

Comentario_____

_____

Recibo por: _____

Fecha: _____ Hora: _____

Entregado por: _____



# TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS

## PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO, COMO REPRESENTANTE DE ESTADO LIBRE ASOCIADO DE PUERTORICO Y OTROS, DEUDORES | PROMESA TITULO 111 Núm. 17 BK 3283-LTS (Administrada conjuntamente) La presente radicación guarda relación con el ELA, la ACT y el SRE |

I. Datos: María E. Santiago Bonilla, (# reclamo 131642) # reclamo 117188 (cell) 413-234-7804 (email) santiagomaria25@icloud.com

II. Epígrafe: NOTIFICACION DE LA CENTESIMA CUADRAGESIMA SEGUNDA OBJECION GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE UNAS LEYES PUERTORRIQUEÑAS NO ESPECIFICADAS

III. Motivos: Yo María E. Santiago Bonilla fui empleada docente del Departamento de Educación de Puerto Rico desde octubre 5 del 1978 hasta 20 diciembre 2008 con 30 años de servicio. Por la cual estoy reclamando la cantidad de $ 11,490.00 por la ley 89, la ley 34 y la ley 164 según estipula las leyes del Estado Libre Asociado de Puerto Rico

IV. Documentación Justificativa. Adjunto la evidencia de documentos que incluye las leyes arriba mencionadas. De necesitar alguna otra información favor de notificarme de inmediato:

1. Certificación de años de servicio y edad
2. Solicitud de retiro

*Maria E. Santiago Bonilla* (signature)

Maria E. Santiago Bonilla

18 de febrero de 2020

Estado Libre Asociado de Puerto Rico
Sistema de Retiro para Maestros

30 de marzo de 2009

PROF. MARIA E. SANTIAGO BONILLA
P O BOX 665
GUAYAMA, PUERTO RICO 00785

CASO: 0975A

Profesor (a) Santiago Bonilla:

Nos referimos a su Solicitud de Retiro por Años de Servicio y Edad. La misma fue atendida a tono con las disposiciones de la **Ley 91**, aprobada el **29** de **marzo de 2004**. Su retiro fue efectivo **el 20 de diciembre de 2008** y su renta mensual es de **$1,922.24**. Se incluye cheque **04142209** por la cantidad de **$4,127.26** correspondiente a su pago retroactivo que cubre **del 20 de diciembre de 2008 hasta el 28 de febrero de 2009**. Los descuentos efectuados en este pago se reflejan en forma global en su talonario de cheque.

Le informamos que usted puede autorizar al Sistema de Retiro para Maestros a descontar de su pensión, determinada cantidad para pagar compromisos contraídos, tales como; seguro médico de su preferencia u otras deducciones permitidas por ley.

Si usted no se encuentra conforme con la presente determinación podrá radicar dentro del término de 30 días a partir de la notificación de la determinación del Director o su representante, un Escrito de Apelación ante la Junta de Síndicos del SRM. Dicha solicitud puede ser radicada personalmente o enviada por correo.

**Radicaciones**

**Dirección Física:** Secretaría Junta de Síndicos, Piso 8, Capital Center, Torre Norte 235 Ave Arterial Hostos, Hato Rey, PR

**Dirección Postal:** Secretaría Junta de Síndicos, Piso 8, PO Box 191879, Hato Rey PR 00919-1879

En las radicaciones por correo, el matasellos debe mostrar que la misma fue cursada dentro del término establecido. Todos los términos mencionados en los incisos para apelar o solicitar reconsideración son en días naturales. El procedimiento de apelación se rige por el Reglamento 7053 de 15 de noviembre de 2005.

Le informamos que cualquier gestión, comunicación o trámite que efectúe con el Sistema de Retiro para Maestros distinto a los escritos antes mencionados, no interrumpe los términos que usted dispone para ejercer su derecho de apelación.

Cordialmente,

Juan Agosto Castro
Supervisor
Nómina de Pensionados

mfr/JAC

## CERTIFICACIÓN AÑOS DE SERVICIO Y EDAD

18 de noviembre de 2008

SRA. MATILDE PEDRAZA
SECCION NOMBRAMIENTOS Y CAMBIOS
DEPARTAMENTO DE EDUCACION

Prof: María E. Santiago Bonilla
Seg. Social:

El (La) profesor (a) de referencia ha radicado una Solicitud de Retiro por la Ley Núm. 91 del 29 de marzo de 2004 (Ley del Sistema de Retiro para Maestros del Estado Libre Asociado de Puerto Rico.
[X] Años de Servicio   [ ] Edad   [ ] Diferida   [ ] Suplementaria
Al 23 de octubre de 2008 (fecha en que piensa renunciar) (fecha de su última cotización recibida)
[X] cualifica [ ] no cualifica, para acogerse a la jubilación, y tiene el siguiente tiempo:

| AÑOS | MESES | SEMANAS | DÍAS | EDAD |
|---|---|---|---|---|
| 30 | -- | 1 | 2 | 54 |

Los pagos pendientes no están considerados en esta certificación. Los mismos son:
[ ] Reconocimiento de Tiempo
[ ] Diferencia en Por Ciento por Transferencia Recibida
[ ] Reembolso de Cuotas
[X] No aplica

De cualificar para pensión y tener menos de 30 años de servicios cotizados, cualifica para una pensión calculada al 1.8 por ciento del promedio de los 36 salarios más altos, multiplicado por el tiempo cotizado.

El tiempo certificado puede variar, de encontrarse diferencias en el Informe de Cambio enviado por el Departamento de Educación u otras Instituciones Gubernamentales y de existir anulaciones futuras entre cuentas que afecten las Aportaciones del Sistema. Deberá permanecer cotizando en nuestro Sistema hasta la fecha que proyecta retirarse.

Las Pólizas de Salud y Planes Médicos deben ser pagados directamente a las aseguradoras hasta tanto sometan las autorizaciones de descuentos para tramitar en su pensión.
Todas las aportaciones deben estar en el sistema al momento de procesar su pensión.

Cordialmente,

Wanda G. Santiago López
Directora
Área Servicios de Retiro

Giovanni Mercado Reyes
Oficial Servicios de Retiro

BLD/ebc

CF: PROF: MARÍA E SANTIAGO BONILLA
PO BOX 665
GUAYAMA PR 00785