Sonia N. [Gonzalez] [illegible]
RR 4 Box 5300
[Anasco], P.R. 00610





Secretaria
Tribunal del Distrito di USA
Room 150 Federal Building
San Juan, P.R. 00918-1767

RECEIVED & FILED
2020 FEB 19 PM 4:34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR