# Certificación de Notificación

Yo, **Teresa Laboy Sánchez,** , con # **de** reclamo **109990**, hoy 18 de febrero del 2020, estoy entregando personalmente en la Oficina Secretaria Federal la réplica Promesa Titulo III, núm. 17 BK 3283-LTS, que incluye las leyes y otros documentos:

- Ley 164, Ley 89 y Ley 34
- Evidencia del Sistema de Retiro
- Evidencia de nombramiento

Comentario _____

_____

Recibo por: _____

Fecha: _____ Hora: _____

Entregado por: _____

# TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS

# PARA EL DISTRITO DE PUERTO RICO

INTAKE DROP BOX
RECEIVED & FILED
2020 FEB 19 PM 3:26
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

| | |
|---|---|
| JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO, COMO REPRESENTANTE DE ESTADO LIBRE ASOCIADO DE PUERTORICO Y OTROS, DEUDORES | PROMESA TITULO 111 No 17 BK 3283-LTS (Administrada conjuntamente) La presente radicación guarda relación con el ELA, la ACT y el SRE |

I. Datos: Teresa Laboy Sanchez Reclamo #109990, Dirección: PO BOX 589 Arroyo PR 00714 (email) teresa.laboy@yahoo.com Cell: 787-381-5153

II. Epígrafe: NOTIFICACION DE LA CENTESIMA CUADRAGESIMA SEGUNDA OBJECION GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE UNAS LEYES PUERTORRIQUEÑAS NO ESPECIFICADAS

III. Motivos: Yo Teresa Laboy Sánchez fui empleada de la Policía de Puerto Rico actualmente retirada desde octubre del 1974 hasta el 31 de enero 2008. Estoy reclamando la ley 89, la ley 34 y la ley 164 que en conjunto estimo la cantidad de $15,374.00 que me pertenece actualmente tengo todo mi derecho de recibir estas cantidades aproximadas por todos los años de servicios conforme a las leyes establecidas por el Estado Libre Asociado de Puerto Rico. Aclarando la respuesta tardía de esta replica por objeción la cual el libro llego después de la fecha limite por la cual estoy completando

IV. Documentación Adjunto la evidencia de documentos que incluye las leyes arriba mencionadas. De necesitar alguna otra información favor de notificarme de inmediato:

1. Carta de aceptación de jubilación.
2. Carta de Nombramiento Policía PR

*[firma]*
Teresa Laboy Sanchez
18 de febrero de 2020

**Estado Libre Asociado de Puerto Rico**
**POLICIA DE PUERTO RICO**



SASG-NRH-DNC-1-186

18 de octubre de 2007

Tnte. II Teresa Laboy Sánchez
Placa Número 7-0595
C.I.C. de Guayama
P/C Superintendente Auxiliar
en Investigaciones Criminales

Estimada Teniente Segundo Laboy Sánchez:

Recibí su comunicación de 4 de junio de 2007, en la cual presenta su renuncia al puesto que ocupa en la Policía de Puerto Rico, para acogerse a los beneficios de la Ley de Retiro y años de servicio. Conforme a su decisión acepto la misma efectivo el 31 de enero de 2008.

No obstante, usted formó parte de un grupo de servidores públicos que con su esfuerzo y dedicación contribuyeron a mejorar la calidad de vida de Puerto Rico.

De acuerdo con la Ley Núm. 94 del 19 de junio de 1968, usted es elegible para recibir los beneficios del seguro por años de servicio de la Asociación de Empleados del Gobierno. Además, si usted lo desea puede continuar acogida al seguro por muerte.

Aprovecho la oportunidad para expresarle nuestro agradecimiento por los servicios prestados a la Policía de Puerto Rico y desearle éxito en aquellas actividades que emprenda en el futuro.

Cordialmente,

Lcdo. Pedro A. Toledo Dávila
Superintendente

Ramón A. Ortega Rodríguez, C.P.A.
Superintendente Asociado

DIRIJA TODA LA CORRESPONDENCIA OFICIAL AL SUPERINTENDENTE, P.O. BOX 70166 SAN JUAN, P.R. 00936 - 8166 TEL.(787) 793-1234

ESTADO LIBRE ASOCIADO DE PUERTO RICO

POLICIA DE PUERTO RICO

OFICINA DEL SUPERINTENDENTE

NA./2/4/1,700



DIRIJA TODA
LA CORRESPONDENCIA OFICIAL
AL SUPERINTENDENTE
APARTADO 938 HATO REY. P. R. 00919

2 de octubre de 1974

Sra. Teresa Laboy Sánchez
P/C Comandante Area Sur
Ponce, Puerto Rico

Estimada señora Laboy Sánchez:

Me place comunicarle que ha sido usted seleccionada para ingresar en el Cuerpo de la Policía.

Como es de su conocimiento, es ésta una distinción que se ofrece a un número limitado de ciudadanos. Pertenecer al Cuerpo de la Policía, por su larga tradición de excelentes servicios, es un honor y debe ser motivo de especial orgullo para sus integrantes.

De acuerdo con la facultad que me confiere el Artículo 6 (a) de la Ley de la Policía, (Ley Núm. 77 del 22 de junio de 1956), según ha sido subsiguientemente enmendada, tengo el gusto de notificarle su nombramiento como Mujer Policía en el Cuerpo de la Policía. En este puesto devengará un sueldo mensual de $505. Su número de placa será 595. Se le asigna a prestar servicios en el Distrito de Arroyo. Los traslados se efectuarán por exigencias del servicio.

Este nombramiento será efectivo desde la fecha en que preste juramento y tome posesión de su cargo.

Conforme a la Ley, usted será sometida a un período probatorio de dos años. Durante ese período será observada por sus superiores para determinar si su conducta y capacidad ameritan que usted obtenga un nombramiento con carácter permanente. Espero que así sea.

Desde este momento es usted, por lo tanto, miembro de la Policía de Puerto Rico. El uniforme que le será entregado es el símbolo de la confianza que depositan en usted sus conciudadanos. Estoy seguro que usted sabrá honrar ampliamente esa confianza al dedicar su mayor esfuerzo en mantener el orden público y proteger vida y propiedad de esos conciudadanos.

Cordialmente,

Astol Calero Toledo
Superintendente