Leidaliz Rivera Ramos
RR 05 Buzon 4698
Añasco, P.R. 00610

7012 2210 0001 0048 4550




U.S. POSTAGE PAID
FCM LG ENV
ANASCO, PR
00610
FEB 18, 20
AMOUNT
**$7.80**
R2305K131934-03

Secretaria
Tribunal del Distrito de USA.
Room 150 Federal Building
San Juan, P.R. 00918-1767.

RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
2020 FEB 19 PM 4:33