urb. Quintas de Guasimas
Calle T-C-13,
Arroyo PR 00714

14 de febrero de 2020

INTAKE DROP BOX
RECEIVED & FILED

2020 FEB 19 PM 12:55

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

Tribunal de Distrito de los EU
#150 Chardon Avenue
Federal Building
San Juan PR 00918

A quienes corresponde:

Soy la Profa. Rosa del Pilar Cotto, Seg. Soc. ~~[redacted]~~. Laboro fielmente con el Departamento de Educación, para el Programa de Administración de Empresas. Amo mi trabajo porque he visto la transformación de cientos de jóvenes de manera productiva para este país, han sido muchos los logros obtenidos y esa ha sido una de mis grandes satisfacciones.

Pero con dolor llevo una de mis más grandes frustraciones, es el trato indigno que se nos ha dado a nosotros los educadores y **hoy Apelo a la decisión tomada por ustedes**, ya que no fui notificada con tiempo razonable, ni de la manera correcta, violentando mis derechos de forma ilegal. **Ustedes nunca me avisaron que mi apelación estaba incorrectamente llena y nunca me informaron que había sido rechazada.** Por esto vuelvo a apelar, no estoy de acuerdo con las conclusiones a las que ha llegado ya que estas afectan mi vida como servidora y maestra, sintiéndome humillada, denigrada y marginada. Solicito que sea notificado correctamente en español y con tiempo razonable. Ya que es injusto los abusos cometidos a la clase trabajadora y comprometida por forjar un país digno y con un inmenso dolor al ver como se reparten el dinero entre los poderosos.

Tuve que salir a buscar documentos que tardaron en entregar por el Terremoto, y que desconocía que me faltaban.

Justamente reclamo el dinero de los aumentos correspondientes a los gobernadores anteriores, que aplican a mis años de servicio, desde el 2004 cuando inicié en el Dpto. Este dinero adeudado por el gobierno deben entregármelo lo más pronto posible. Ese dinero no es negociable y estaba asignado para pagar los aumentos, porque el índice de calidad de vida está más alto que los ingresos que recibimos incompleto por la negligencia de políticos inescrupulosos, y que a ellos es que la Junta debe de enjuiciar para recuperar esos fondos y pagar justamente a nosotros la clase trabajadora, que no nos hemos rendido a pesar de tantos atropellos, solicito el cuadro de mi sueldo y el pago de mi dinero que por 17 años no me han pagado. Ese dinero me ayudará a tener mejor calidad de vida, es lo justo y correcto.

Espero su responsable y justa atención a este asunto, pero más espero un trato justo a la clase trabajadora de este país a la que han llevado a una pobreza extrema.

Respetuosamente,

Rosa del P. Cotto  # de Recl. 126706

Profa. Rosa del Pilar Cotto Colón
Administración de Empresas

Cel. 787-604-6916



# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

18 de febrero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | ROSA DEL P. COTTO COLON |
| Seguro Social | : | *Roca* |
| Categoría | : | M. EDUC. COMERCIAL (ADM. ASIST. DE OFIC.) |
| Distrito Escolar | : | GUAYAMA |
| Sueldo Mensual | : | $2,238.67 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | Desde el 23 de septiembre de 2004 hasta el presente. |
| Cesó | : | N/A |
| Renunció | : | N/A |
| Otros | : | Nuestro Sistema de Recursos Humanos refleja que ha trabajado para ésta Agencia por un periodo de 15 años. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

FORM. 409 Rev.: 99

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**DEPARTAMENTO DE EDUCACIÓN**
Secretaría Auxiliar de Recursos Humanos

**Informe de Cambio – Personal Docente**

Pagarle _____ días por vacaciones regulares en julio

Descontarle _____ días por ausencias

2020 FEB 19 PM 12:55

| | ANTES DEL CAMBIO | DESPUÉS DEL CAMBIO |
|---|---|---|
| 1. Nombre del Empleado | ROSA DEL PILAR COTTO COLON | RPCC |
| 2. Número de Seguro Social | | |
| 3. Lugar y Fecha de Nacimiento | RIO PIEDRAS 20-SEPT-65 | |
| 4. Sexo | F | |
| 5. Estado Civil | S | |
| 6. Preparación Académica | BA          15 | |
| 7. Experiencia | XXAÑOS  1-0-0-0 | |
| 8. Status del Empleado (Contrato) | TRANSITORIO PROV.    03 | |
| 9. Sueldo Bruto | 1500.00 | |
| 10. Número del Puesto | R-50287 | |
| 11. Categoría del Puesto | INGLES SECUNDARIO   9973 | |
| 12. Nivel del Puesto (Directivo) | | |
| 13. Fondo | ESTATAL | |
| 14. Cifra de Cuenta | E1110-11100-0810000-1008-00100-2005 | |
| 15. Fecha de Efectividad | 23 DE SEPT DE 2004 | |
| 16. Acción y Duración | NOMBRAMIENTO  PXEXX  R/AÑO | |
| 17. Causa del Cese | | |
| 18. Último Día de Trabajo | | |
| 19. Último Día de Pago | | |
| 20. Programa Escolar, Nivel y Grado | INGLES SECUNDARIO | |
| 21. Turno en Registro | RECLUTAMIENTO ESPECIAL | |
| 22. Distrito Escolar | SALINAS | |
| 23. Escuela | INTERMEDIA URBANA | |
| 24. Dirección Postal y Residencial | | 25. Teléfono Residencial |

RECIBIDO OCT 22 2004 Div. de Nómina Sección Correspondencia

26. Observaciones:
**AUM. SUELDO LEY 168 - EF. 1 OCT. 04 - 1500. - 1650.

27. En caso de cambio de status a probatorio o permanente, traslado, reasignación permanente o descenso.

_____  _____
Firma del empleado         Fecha

28. Recomendado
_____  _____
Director de Escuela        Fecha

29. Deseo: _____ Acogerme  _____ No Acogerme
Al descuento del 3% de mi sueldo mensual para el Fondo de Ahorro y Préstamo de la Asociación de Empleados del ELA de Puerto Rico en caso de cambio de contrato a probatorio o permanente.

_____  _____
Firma del empleado         Fecha

30. Recomendado
_____  _____
Director de Escuela        Fecha

31. Aprobado por: El Secretario de Educación o su Representante.

Lydia E. Pérez R.
_____  _____
Firma                      Fecha

Si el nombramiento es con status transitorio provisional el mismo constituye un **CERTIFICADO PROVISIONAL DE MAESTRO**.