2/11/2020

Secretaría
Tribunal de Distrito de Estados Unidos

Desde mi comienzo en el trabajo par 11/28/1978 me sentía hostil en el trabajo en el (programa YCIIP) cual fue cuando comencé el trabajo. Cuando me llaman y visitan más tarde la oficina donde estaba empleado para principios de 5/1979 me retratan y me entregan una identificación para propósitos políticos. Yo no soy político me retrataro, me dieron la tarjeta con fines de visitar los políticos, yo me obtube a esto y desde ahí en adelante durante mi trabajo tuve discrimen, no le enviaban a mis hijos la pensión que era deducida del sueldo, tuve deprimido fue hospitalizado por condiciones del trabajo, me descontinuaron una quiebra que yo pagaba y el cindico llamo al Departamento del trabajo para que fuera de descuento de nómina, no pagaban, me descontaban el dinero del sueldo y no la pagaban y me los descontinuaron. En ocaciones visitaba mi doctor primario por la condición de trabajo y llego hasta enviarme de vacaciones por enfermedad estuve para el 2002 hospitalizado en el hospital metropolitano en cidra referido

por el Dr. Brignoni y envio evidencia de la hospitalizacion. Llegue a una depresion que no encontraba que hacer al pensar que cuando salia del trabajo tenia que volver al otro dia para discriminarme. Yo visite el hospital psiquiatrico para que me dieran un documento desde hasta la fecha de hospitalizacion. Yo no tenia telefono en el escritorio, todos los empleados tenian y cuando iba a hacer una llamada telefonica tenia que tener autorizacion del supervisor y no se podia y en el tiempo de trabajo desde 1/12/1992 hasta el 5/30/2018 nunca tuve un telefono en el escritorio. Yo le informe a mi hija mayor para que me llevara al hospital a buscar una certificacion de hospitalizacion y me dice que para que, le digo es que tengo una radicacion contra el gobierno por daños, perjucios, persecucion y otros y le voy a reclamar por esos daños y me dice papi reclamale por nosotros que sufrimos por estos sucios de politicos de indico yo le dije yo voy a reclamarle lo que le dije a un abogado Juan Mari Pesquera 750,000.00 y me dice que pelear contra el gobierno es perder el tiempo eso fue para 2003, y me dice papi pide 1,000,000.00 por lo que nosotros sufrimos. Por falta de pesion que le descontaban

del sueldo, la depresión que tuvistes y nosotros sufrimos, la descontinuación de la quiebra y otros Reclamo esta cantidad porque si me ubieran reclasificado de 624 a aumento 1200 equivale a 238 466 Mas intereses. Esto es solo la reclasificación y otros daños

atte
Monserrate Rodriguez
HC-3 Box 15398
Yauco P.R. 00698

Nota: yo Llame a la oficina del psiquiatra Dr. Brignoni para una certificación cuando estuve en tratamiento desde el 2000 hasta el 2002 que me refirio al Hospital y me informó la secretaria que los expedientes Médicos la oficina los decomiza en un periodo de tiempo.