Dactos de contacto

nombre: Evelyn González Rivera

Direccion: PO Box 140934
Arecibo P.R 00614 0934

HC-8 65128
Arecibo P.R 00612

Tel. celular: 787-452-4635

Correo electrónico: yasirad@yahoo.com