Evelyn González Rivera
PO Box 140934
Arecibo P.R 00614-0934



   

U.S. POSTAGE PAID
FCM LG ENV
ARECIBO, PR
00612
FEB 18, 20
AMOUNT
$7.80
R2305E126270-23

Secretaría (*Clerk's Office*)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

RECEIVED & FILED
2020 FEB 19 PM 4:33
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.