

**GOBIERNO DE PUERTO RICO**

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: JUAN CRUZ RIVERA**  Seguro Social: XXX-XX-3355

42629 CALLEJON FELIPE CRUZ

QUEBRADILLAS, PR 00678

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | DEPT. DE CORRECCION Y REHABILITACION |
| Años de Servicio: | 13 |
| Balance de Aportaciones: | $29,408.14 |

Esta certificación fue emitida el 13 de febrero de 2020.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

*[Firma: Juan A Cruz Rivera]*

Número de Certificación: ASR2020021347109293

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov

**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

13 de febrero de 2020

**Agencia: 404 - DEPT. DE CORRECCION Y REHABILITACION**

JUAN CRUZ RIVERA
42629 CALLEJON FELIPE CRUZ
QUEBRADILLAS, PR 00678

Seguro Social: XXX-XX-3355

A base de la información en nuestros registros, al 13 de febrero de 2020 usted posee:

**Fecha de Nacimiento:** 12 de mayo de 1977  **Género:** Masculino
**Fecha de Ingreso al Servicio Público:** 28 de mayo de 2004
**Fecha de Comienzo de Cotización:** 28 de mayo de 2004

| Ley Anterior al 30 de junio de 2013 | | Ley 3 al 30 de junio de 2017 | |
|---|---|---|---|
| Años Acreditados: | 9.00 | Tiempo Trabajado: | 13 |
| Aportaciones: | $15,239.79 | Aportaciones: | $25,372.93 |
| Intereses: | $828.26 | Intereses: | $3,979.79 |
| Gastos Teneduría: | ($55.42) | Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $16,068.05 | Total Aportaciones: | $29,352.72 |
| SNC Pagado: | $0.00 | Beneficio: | $0.00 |
| SNC Tiempo: | 0.00 | | |
| Beneficio: | $0.00 | | |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,



Unidad de Estado de Cuenta
Área de Participantes

**RETIRO**
GOBIERNO DE PUERTO RICO

Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov

Juan A Cruz Rivera
42629 Callejon Felipe C
Quebradillas P.R 00678






7015 0640 0007 3193 2284

U.S. POSTAGE PAID
FCM LETTER
QUEBRADILLAS, PR
00678
FEB 18, 20
AMOUNT
**$6.95**
R2305K136738-03



RECD & FILED
2020 FEB 19 PM 4:31
OFFICE
T COURT
H, PR

Secretaria (Clerks Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Chardon Avenue
Federal Building
San Juan, PR 00918-1767

0091831703