February 14, 2020

RECEIVED & FILED

2020 FEB 19  PM 4: 32

Secretaria
Tribunal del Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

Abogado de la Junta de Supervisión
Proskauser Rose LLP
Eleven Times Square
Nueva York, Nueva York 10036-8299
A/A: Martin J. Bienenstock
Brian S. Rosen

Abogado del Comité de Acreedores
Paul Hastings LLP
200 Park Avenue
Nueva York, Nueva York 10166
A/A: Luc A. Despins
James Bliss
James Whorthington
G. Alexander Bongartz

Respetuosamente le escribe Annette A. González Pérez, caso número **17 BK03283-LTS**, con la reclamación número **157553**. Le someto la evidencia de la querella sometida ante los foros correspondientes donde he reclamado un ajuste en las escalas salariales. El Estado Libre Asociado de Puerto Rico, a través del Departamento de la Familia (que es mi patrono) por años no ha cumplido con un sistema de pago adecuado para mi puesto y escala salarial cuando ha implantado el salario mínimo; acción que ha provocado inequidad en el sistema de pago de mi salario. Tampoco han adoptado ni implementado las estructuras retributivas correctas en las fechas correspondientes a que tengo derecho, violentando mi derecho a que se me pagara conforme al tipo retributivo a que tenía derecho por el puesto que ocupo. Con esta omisión el Estado Libre Asociado de Puerto Rico no cumplió con otorgarme el sueldo correcto y correspondiente al incremento porcentual.

Por ser una reclamación de ajuste en la escala salarial es el Departamento de la Familia quien hace el cómputo de los salarios adeudados que por los años no se me ha otorgado correctamente El monto de la cantidad adeudada que tiene el Estado Libre Asociado de Puerto Rico conmigo lo debe presentar el Departamento de la Familia al hacer el ajuste en la escala salarial de mi caso.

Se adjunta evidencia de mi reclamación.

Cordialmente.

Annette A. González Pérez
939.228.2690