Quu[...]
Calle 6 J-15
Villa Rita
San Sebastián, P.R. 00685

7012 2210 0001 0048 4581

$8.00

RECEIVED & FILED
2020 FEB 19 PM 4:32
CLERK'S OFFICE
U.S. DIST. COURT
SAN JUAN P.R.

Secretaría
Tribunal del Distrito de Estados U[nidos]
Room 150 Federal Building
San Juan, P.R. 00918-1767