Guayama, Puerto Rico

De: Clara I. Hernández Morales
Urb. Algarrobos
#B-11 Calle B
Guayama, PR 00784
Tel. (787) 901-2235

Reclamación # 82086

A: Deudor: Commonwealth of Puerto Rico

Asunto: No deseo que se me desestime el caso porque tengo derecho a esos beneficios, ya que no se me otorgaron en ese momento y no recibí remuneración alguna. La evidencia la tiene el Departamento de Educación del Estado Libre Asociado de Puerto Rico, ya que soy maestra retirada y trabajé por un período de 34 años. Rendí mis servicios desde agosto del 1973 hasta julio del 2007.

Gracias anticipadas.

Atentamente,
Clara I. Hernández Morales
Clara I. Hernández Morales
maestra retirada

Sra. Clara T. Hernández
Urb. Algarrobos
#B-11 Calle B
Guayama, P.R.
00784

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico
00918-1767