**In re: The Financial Oversight and Management Board for Puerto Rico, as representative of The Commonwealth of Puerto Rico, et al. Case No. 17 BK 3283-LTS at UNITED STATED DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO**

**This filing relates to the Commonwealth, HTA and ERS, in my case ERS.**

February 14, 2020

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

**Claim number 165398 on case No. 17 BK 3283-LTS. In re: The financial Oversight and Management Board for Puerto Rico as representative of The Commonwealth of Puerto Rico, et al. in response to ONE HUNDRED FIFTY-SIXTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO MISCELLANEOUS DEFICIENT CLAIMS**

To whom it may concern

The entire objection, is not fair because it's money that the Employees Retirement System of the Government of Puerto Rico owes me by law.

The objection of the Omnibus is unfair to all the people, including myself, because my claim is based on acquired rights by law that I never received. The money on the retirement plan that I supposed to be awarded is an acquired right and now the Omnibus have an objection and by that means they think that the Government of Puerto Rico don't need to add the Department of Education retirees teachers retirement plan to the PROMESA based bankruptcy of Puerto Rico. It's not fair to me.

We, the Retirees of the Department of Education, deserve a fair treatment by the Omnibus, by the Government of Puerto Rico. All of the money on the retirement that the Omnibus pretends that the government don't need to pay, is money for my future, that I worked for. I deserve a Retirement with a quality life. The omnibus is not on our position, at risk of life in misery because os loosing this money.

That is the correct basis of my claim and I consider unfair that after all my work years on the Department of Education that an objection of the Omnibus that he understand that my claim fails to provide any basis. The basis of my claim is the "ROMERAZO" Act., that give us the service years increment on retirement.

My claim, in my understand, is not deficient, is completed with all the information that I have, and all the information required at the moment by the proof of claim. All my claim is based on my service years. I have the right to that money that the ERS have under my name.

Sincerely yours,

**Santos Cortes Vera**

**Box 694**

**Añasco, Puerto Rico 00610**

From: Santos Cortes
Box 694
Añasco, P.R. 00610

Clerk's Office
United State District Court
Room 150 Federal Building
San Juan, P.R. 00918-1767

U.S. POSTAGE PAID
FCM LETTER
ANASCO, PR
00610
FEB 18, 20
AMOUNT
$6.95
R2305K131934-03

