Número de Reclamación: 162278
Reclamante: Rafael García García
Empleado del Estado Libre Asociado de Puerto Rico
Teléfono:
*Email:*

Ref: Centésima Cuadragésima Sexta Objeción Global del Estado Asociado de Puerto Rico y del Sistema de Retiro de Empleados del Gobierno del Estado Libre Asociado de Puerto Rico

10 de febrero de 2020

Mi nombre es Rafael García García quien reside en la siguiente dirección: Urb. Monte Brisas 5 5H15 calle 8, Fajardo Puerto Rico 00738, someto la siguiente información por requerimiento de su agencia:

A tenor con lo que establece la Ley Núm. 96 del 1 de julio de 2002, según enmendada, deseo que se revise esta determinación ya que esta ley se radicó bajo la Hon. Sila María Calderón para todos los empleados públicos incluyendo a los maestros del Departamento de Educación de Puerto Rico. A través de esta Ley se le otorga un aumento salarial de cien ($100.00) dólares a todos los maestros. El propósito era hacer justicia salarial a los maestros. Al día de hoy no se cumplió con la Ley y no se nos ha permitido gozar de este derecho adquirido.

Por lo antes señalado estoy reclamando el pago por la cantidad que me corresponda. Me acogí al Retiro de Maestros de Puerto Rico en el año 2010, es importante señalar que al acogerme a la jubilación por años de servicio el monto de mi pensión fue afectada, como consecuencia de no haberse otorgado este aumento de sueldo.

Es mi interés se realice una investigación sobre este asunto y se revise esta determinación. Las leyes propuestas en el Estado Libre Asociado de Puerto Rico se crean para beneficiar a los empleados públicos y espero se pueda cumplir con las mismas. Luego de haber revisado nuevamente los cálculos, según mi apreciación la deuda sería de: $10,000.00 dólares aproximadamente.

Cordialmente,

*Rafael García García*
Rafael García García

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| GARCIA GARCIA, RAFAEL | 162278 | 7/6/2018 | Commonwealth of Puerto Rico | $10,000.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| GARCIA GARCIA, RAFAEL | 162278 | 7/6/2018 | Commonwealth of Puerto Rico | $10,000.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

Rafael Garcia Garcia
Urb. Monte Brisas 5
5 H15 Calle B
Fajardo, P.R. 00738

RECEIVED & FILED
2020 FEB 19 PM 4:36
CLERK
U.S. DISTRICT
SAN JUAN, PR

Tribunal de Distrito de los Estado Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767