15 de febrero de 2020
Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 1150 Federal Building
San Juan Puerto Rico 00918-1767

RECEIVED & FILED
2020 FEB 19 PM 4: 36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

La presente es para solicitar la reclamación por demanda de clase a través del Departamento de Educación de Puerto Rico.

Mi nombre es Verónica Amador Colón y número de caso 17BK3283-LTS y número de reclamación 142488 con seguro social ________.
Entiendo que durante los años laboré con el Departamento de Educación de Puerto Rico y que con el Departamento de Educación y no se me adjudicó una serie de saldos llamados Impagos. Reclamo la cantidad de $30,000. Laboré desde 1974 en el Departamento de Educación de Puerto Rico comprendidos desde 1974 con certificado vitalicio por 40 años.
Mi correo electrónico es amadorveronica14@yahoo.com.
y mi celular 1-787-347-4819

Verónica Amador Colón
O 13 calle 19
Urb. El Cortijo
Bayamón P.R. 00956
cel. 1-787-347-4819
Email amadorveronica14@yahoo.com

Verónica Acevedo Colón
Ó 13 calle 19
Urb. El Cortijo
Bayamón P.R. 00956

SAN JUAN PR 009
18 FEB 2020 PM 1 1




Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 1150 Federal Building
San Juan Puerto Rico 00918-1767

RECEIVED & FILED
2020 FEB 19 PM 4:36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918$9999