TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS

ROOM 150 FEDERAL BUILDING

SAN JUAN (PUERTO RICO) 00918-1767



JUNTA DE SUPERVICION Y ADMINISTRACION

FINANCIERA PARA PUERTO RICO

HOY 18 DE FEBRERO DE 2020

EWIN H. RIVERA BONILLA

CLAIM # 148160

NOTIFICO POR ESTE MEDIO QUE NO TENGO EXPERIENCIA EN DIRIJIRME A UN TRIBUNAL CON EL PROCEDIMIENTO CORESPONDIENTE , POR ELLO PIDO ME DISCULPEN Y PASO A NO TIFICAR UNA RECLAMACION POR LA LEY 89 LLAMADA ROMERAZO , EN LA CUAL USTEDES ME PIDEN EVIDENCIA .YO ACTUALMENTE NO LA TENGO PERO, TRABAJE EN EL 1992 AL 1995 EN EL MUNICIPIO DE OROCOVIS , COMO ADMINISTRATOR DE LO QUE HOY SE LLAMA CENTRO DE CONVENCIONES DE OROCOVIS ; ANTES CENTRO CULTURAL .LUEGO TRABAJE DEL 1996 AL 2008 EN EL DEPARTAMENTO DE HACIENDA EN VARIOS DEPARTAMENTOS . NO SE SI PARA ESE TIEMPOES EFECTIVA LA LEY PERO ASI ME INDICARON, QUE LLENARA ESTA RECLAMACION, POR ESO ENVIO ESTA NOTA ACLARATORIO ; NO TENGO TALONARIOS PARA EVIDENCIARLOS , PERO SI SE QUE EN LAS OFICINAS DE PERSONAL DE EL MUNICIPIO DE OROCOVIS

COMO EN EL DEPARTAMENTO DE HACIENDA SI ESTARIAN . NO SE SI CUALIFIQUE EL RECLAMO Y LO RECLAMADO SEA JUSTO ESO LO DETERMINARAN USTEDES . PIDO DISCULPAS SI NO CUALIFICO SOLO ME IMDICARON (AMISTADES) QUE LO HICIERA YA QUE ESTUBE EMFERMO Y ME ESTOY TRATANDO .

GRACIAS POR SU ATENCION Y QUE DIOS LES BENDIGA.

Edwin Rivera Bon 1117
P.O. Box 293
Loiza, P.R. 00772

Secretaria, Tribunal de Distrito
de los Estados Unidos
#150 Chardon Avenue
Federal Building
SanJuan (Puerto Rico) 00918

RECEIVED & FILED
2020 FEB 19 PM 4:38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

SAN JUAN PR 009
19 FEB 2020 PM 11

00918-170399