Asunto: Radicación de réplica para impugnar objeción global.

Datos del Reclamante: Edwin Alberto de Armas Soto

# de Teléfono: 787-318-0132

# de correo electrónico: dearmae_1@hotmail.com

Dirección Residencial: Urb. Chalets de Brisas del Mar, Calle Velero # A-1, Guayams, PR 00784

Dirección Postal: P.O. Box 1102, Guayams, PR 00785

Nombre del deudor: El Estado Libre Asociado de Puerto Rico

Número de Reclamación: 102343

Número de Caso: 17 BK 03283-LTS

Motivo: Solicito no se me excluya de la reclamación de los maestros por la ley de Romerazo (Ley 89 de 1979).

Cantidad del reclamo: $1,200 dólares aproximadamente.

Período de Compensación: Agosto del 1982 a Julio de 1984.

Evidencias de Trabajo: Esc. Adela Brenes Tesidor
Esc. Simón Madera
ambas en Guayama.

Esta notificación de reclamo se envía a:

1. Tribunal de distrito de los Estados Unidos.
2. Abogado de la Junta de Supervisión
3. Abogado del comité de Acreedores.

Edwin A. de Armas Soto
P O Box 1102
Guayama, PR 00785-1102

RECEIVED & FILED
2020 FEB 19 PM 4:46
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

SAN JUAN PR 009
18 FEB 2020 PM 1 L



Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767