Asunto: Radicación de réplica para impugnar objeción global.

Datos del reclamante: Francisca Colón Figueroa · Fca. Colón Figueroa

# de Teléfono: 787-380-3504

Dirección residencial: Calle retiro #74 Oeste Guayama, PR 00784.

Nombre del deudor: El Estado Libre Asociado de Puerto Rico

Número de reclamación: 97638

Número de caso: 17 BK 03283-LTS

Motivo: Solicito permanecer en el listado de la reclamación de los maestros por la ley del Romerazo.

Cantidad del reclamo: $2,200.00 dólares aproximadamente.

Período de compensación: Agosto del 1979 a julio de 1984.

Evidencia de trabajo: Esc. Adela Brenes Texidor

RECEIVED & FILED 2020 FEB 19 PM 4: 46 US DISTRICT COURT SAN JUAN, PR

Esta notificación de reclamo se envió a:
1. Tribunal de distrito de los Estados Unidos.
2. Abogado de la junta de Supervisión
3. Abogado del comité de Acreedores.

Francisca Colon Figueroa
Calle Retiro #74 Oeste
Guayama, PR 00784

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767