DAISY GUADALUPE IGLESIA

URB. LA HACIENDA

CALLE 44 # AR-31

GUAYAMA, PUERTO RICO 00784



TEL. 787 380 9396

Correo: daisyguadalupe12@gmail.com

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS

SAN JUAN, PUERTO RICO 00918

COMMONWEALTH OF PUERTO RICO

NO. 17 BK 3283- LTS

CENTESIMA DECIMA SEGUNDA OBJECION GLOBAL

# 125236

# 90424

ANTE USTED PRESENTO LOS MOTIVOS POR LOS QUE EL TRIBUNAL NO DEBA DECLARAR HA LUGAR A LA OBJECION GLOBAL, ESTOS FUERON UNOS AUMENTOS OTORGADOS DURANTE MIS AÑOS DE SERVICIO, LOS CUALES NO ME FUERON PAGADOS.

    LEY #158 CARRERA MAGISTERIAL (30 DE JUNIO 1999)

    LEY #89 RETRIBUCION UNIFORME (12 DE JULIO DE 1979) ROMERAZO

    ( PASOS POR AÑOS DE SERVICIO)

    LEY # 4

    LEY ESCALA SALARIAL

LA LEY DICE QUE ME CORRESPONDE, PORQUE YO ERA EMPLEADA DEL DEPTO. DE EDUCACION, PARA ESA FECHA.

ATT,

*Daisy Guadalupe Iglesia*

DAISY GUADALUPE IGLESIA

Daisy Guadalupe Iglesias
Urb. La Hacienda
calle 44AR-31
Guayama, P.R. 00784

Secretaría (Clerk's Office)
Tribunal de Distrito de
los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767