14 febrero de 2020

RECEIVED & FILED
2020 FEB 19 PM 4:38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

Neldys E. Cruz Figueroa
Box 531
Peñuelas, P.R. 00624

Para: Junta de Control Fiscal
Clerck Office
United States
# 150 Chardón Ave
Federal Building
San Juan PR. 00918

A quien pueda interesar:

Saludos cordiales. Soy Neldys E. Cruz Figueroa vecina de Peñuelas, P.R y maestra retirada del Departamento de Educación de P.R. por ende perteneciente al Estado Libre Asociado de P.R.

Mi seguro social es XXX- XX- 4687.

Les hago llegar varias reclamaciones de las cuales pidieron evidencia para verificar la autenticidad de las mismas. Debido a los temblores en mi área del Sur no tengo acceso a mi computadora ni a muchos documentos ya que mi casa fue clasificada amarilla, o sea de riesgo y no la estoy viviendo ahora mismo en ella.

Si no es posible con esta evidencia, espero puedan extender la fecha. Gracias, Neldys Cruz

[Page content is handwritten and appears mirrored/reversed on the page, largely illegible.]

Reclamaciones

1- Junio/28/2018 Claim # 132421

Ley 96 del 10 de junio de 2002 (SILA)

2- Junio /25 /2018 Claim # 71286

3- Junio /25 /2018 . Claim # 80629

4- Junio /25 /2018 - Claim 80859

Aportaciones acumuladas de Retiro

Escala Salarial

Ley 164

Costo de vida