$7.75
4268400624-07

**PRIORITY MAIL 1-DAY ®**

0 Lb 5.40 Oz
1005

EXPECTED DELIVERY DAY: 02/19/20

C018

SHIP TO:
150 AVE CARLOS CHARDON
STE 150
SAN JUAN PR 00918-1706

**USPS TRACKING®NUMBER**

9505 5106 8786 0049 1081 25

EP14F Oct 2018
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

**PRIORITY MAIL**
UNITED STATES POSTAL SERVICE
VISIT US AT USPS.COM
ORDER FREE SUPPLIES ONLINE

FROM: Neldy~ Cruz
Box 531
Peñuelas, P.R
00624

RECEIVED & FILED
2020 FEB 19 PM 4: 38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

TO: Junta de Control Fiscal
Clerk Office
United States
#150 Chardon Ave
Federal Building
San Juan PR
00918

Label 228, March 2016   FOR DOMESTIC AND INTERNATIONAL USE