Tribunal de Distrito de los Estados Unidos
Para el Distrito de Puerto Rico
#150 Chardon Avenue
Federal Building
San Juan, Puerto Rico 00918

RECEIVED & FILED
2020 FEB 19 PM 5:30
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

Asunto: Junta de Supervisión y Administración
Financiera para Puerto Rico

Número de Reclamación: 154298

PROMESA Title III
Numero de Demanda: 17 BK 3283 – LTS

Nombre: Juanita Ortiz Garcia

Dirección: Urb. Jordin Dorado
21127 Calle Victoriano
Dorado, PR 00646

Tel#: (787) 796-7071

Cel#: (787) 413-2129

Re: Notificación de la Centésima Vigésima Objeción Global (No sustantiva) del Estado Libre Asociado de Puerto Rico y del Sistema de Retiro de los empleados del Gobierno del Estado Libre Asociado de Puerto Rico a reclamar deficientes en los que se alegan intereses sobre la base de las reivindicaciones salariales, laborales, y/o servicios prestados.

En el Reclamo del Gobierno de ELA de Puerto Rico, el Departamento de Educación y el Sistema de Retiro de Maestros de Puerto Rico adjunto las evidencias del reclamo de la demanda con el numero 17BK3283-LTS por la cantidad de $9,000.00 que se revise con los años de servicio reclamado.

Certificaciones Presentadas: Certificación Años por Servicio (DE)
Certificacion Pension Sistema Retiro De Maestros
Informe de Renta Mensual Vitalicio (SRM)

Nombre: Juanita Ortiz Garcia

Firma: Juanita Ortiz Garcia   Fecha: 15 de febrero de 2020

Name: JUANITA ORTIZ GARCIA

Direccion: URB. JARDIN DORADO
21127 CALLE VICTORIANO
DORADO, PR 00646

Numero: 154298

Departamento de Educacion
#150 Chardon Avenue
Federal Building
San Juan, Puerto Rico 00918
Director Division de Transacciones de Documentos de Personal Docente

Re: Evidencia de Talonarios de Pagos por Años de Servicios
   Asunto : Estado Libre Asociado de Puerto Rico Radicación Numero#: 17 BK 3283-LTS

El director, Alfredo Leandry, de la división de transacciones de Documentos de Personal Docente se negó a facilitar a este servidor(a) los pasos a seguir, los talonarios y/o cualquier otra evidencia para considerar en este reclamo por los años de servicios en donde se haga constancia de este reclamo.

Adjunto, hago entrega de las Certificaciones pertinentes a mis años de servicio.

_____
(Firma del reclamante)

13 de febrero de 2020
(Fecha)

United States District Court For the District of Puerto Rico

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767

Debtors: Estado Libre Asociado de Puerto Rico

Gobierno de Puerto Rico

Departamento de Educación

No. 178K 3283-LTS

**One hundred tenth** OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTHE OF PUERTO RICO, IN DEFFICIENT CLAIMS ASSEITING INTEREST BASED UPON UNSPECIFIED PUERTO RICO STATUS

DOC 8978-4

Proof of Claim: **154298**

Name and Address: **JUANITA ORTIZ GARCIA**
**URB. JARDIN DORADO**
**21127 CALLE VICTORIANO**
**DORADO, PR 00646**

Reclama al Gobierno del Estado Libre Asociado de Puerto Rico; al Gobierno de Puerto Rico Departamento de Educación de Puerto Rico.

Ley 89 de 1984 – Romerazo

Años Reclamados **26 años**

Cantidad Reclamada **$7,800.00**

Ley 96 **Sila Calderón**

Años Reclamados **14 años**

Cantidad Reclamada **$16,800.00**

Anejo evidencia en replica a la informacion solicitada:

Certificación Pensión Sistema Retiro de Maestros
Informe de Renta Mensual Vitalicio Retiro de Maestros
Certificación del Departamento de Educación (Años de servicio)

Solicito la adjudicación de mi petición, segun corresponda a mis derechos por las Leyes anteriormente Especificadas.

Nombre: JUANITA ORTIZ Garcia

Firma: *[signed] Juanita Ortiz Garcia*   Fecha: 15 febrero 2020



# DEPARTAMENTO DE EDUCACION
Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

ATT: LEY PROMESA

13 de febrero de 2020

## CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | JUANITA ORTIZ GARCIA |
| Seguro Social | : | |
| Categoría | : | MA. EDUC. SEC (INGLES) |
| Distrito Escolar | : | TOA BAJA_ |
| Sueldo Mensual | : | $3,105.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 1 de octubre de 2010 |
| Otros | : | Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de (37) años, (5) meses, (3) semanas y (4) días. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. JUANITA ORTIZ GARCIA**, con número de seguro social que termina en **5658**.

| | |
|---|---:|
| Fecha de Elegibilidad de la Pensión | 2 de octubre de 2010 |
| Tiempo Cotizado para la Pensión | 38 años, 6 meses, 3 semana y 2 días |
| Fecha de Efectividad de la Renuncia | 1 de octubre de 2010 |
| Fecha de Efectividad de la Pensión | 2 de octubre de 2010 |
| Pensión Mensual Actual | $2,294.51 |

Esta certificación se expide hoy, **14 de febrero de 2020** en **San Juan, Puerto Rico**.

**Edgardo Negron Ramirez**
Supervisor
Área de Servicios de Retiro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879



787.777.1414    787.764.6910    www.srm.pr.gov

Rev.GIFT 10-OCT-08

**Estado Libre Asociado de Puerto Rico**
**Sistema de Retiro para Maestros**

Fecha Radicación: 21-sep-10
Fecha Vencimiento: 24-nov-10

Núm de Caso: 1069

## INFORME RENTA ANUAL VITALICIA

**ORTIZ GARCIA JUANITA**
Apellido Paterno, Materno, Nombre e Inicial

Seguro Social:

Sexo: ☑ Femenino ☐ Masculino

Fecha Nacimiento: 6-may-1933

Categoría y Pueblo: SEC-TOA BAJA

Retiro Ley Núm.: Ley 91 del 2004

Dirección Postal:
URB JARDIN DORADO
21127 CALLE VICTORIANO
DORADO PR 00646

Tipo de Renta (Pensión):
☑ Años de Servicio y Edad
☐ Edad
☐ Diferida
☐ Incapacidad Ocupacional
☐ Incapacidad No Ocupacional

| Edad al Retirarse | Servicios Acreditados | Costo Anualidad | Renta Mensual | Renta Anual |
|---|---|---|---|---|
| 77 Años 4 Meses 26 Días | 38 Años 6 Meses 3 Sem 2 Días | $ 72,760.39 | $ 2,294.51 | $ 27,534.12 |

Fecha de Renuncia: 1-oct-10
Último Día de Pago: 1-oct-10
Fecha Efectividad Pensión: 2-oct-10
Cierre de Nómina: 9-nov-10
Fecha Primer Pago Pensión: 30-Nov-10
Importe: $ 2,294.51
Pago Global Retroactivo Desde: 2-oct-10 Hasta: 15-nov-10
Importe Total: $ 3,367.86

### DESGLOSE DE DESCUENTOS

| | Clave | PAGO GLOBAL Descuento | PAGO MENSUAL Descuento |
|---|---|---|---|
| Importe Total (Bruto) | | $ 3,367.86 | $ 2,294.51 |
| Menos Descuentos: | | | |
| Préstamos: Personal (PR) | 47-000 | 325.65 | 217.10 |
| Cultural (PC) | 45-000 | - | - |
| Hipotecario (PH) | 36-000 | - | - |
| Finanzas | 67-059 | | |
| Aport. Individual 9% (Clave 26-001) | | | |
| ASUME | | | |
| Otros | | | - |
| Importe Neto | | $ 3,042.21 | $ 2,077.41 |

Bonos:
☐ Bono Verano (PBV)
☐ Bono Navidad (BNP)
☐ Bono Medicamentos (PBM)

Certifico que la información aquí provista es cierta, correcta y completa.

ALFONSO MARTINEZ SANCHEZ
Nombre del Empleado — Firma — Fecha: 2-nov-2010

NORMA I. PEÑA AGOSTO
Nombre Supervisor — Firma — Fecha

### PREINTERVENCION DE DOCUMENTOS

Verificación de:
☑ Exactitud
☑ Legalidad
☑ Firmas
☐ Otros

### USO DIRECTOR(A) AREA RETIRO

Aprobado por:
IVONNE L. ORTIZ VALLADARES
Nombre Director(a) o Representante Autorizado
Firma — Fecha

### USO AREA DE PENSIONADOS (Sección Nóminas)

Ingreso Nómina Mes: 11 ☐ 1ra ☑ 2da
Nombre Empleado: Reynaldo Agosto Loubriel — 11/2/2010
Juan Agosto Castro — Nombre Supervisor

Nómina Pago Global Mes: DIC ☐ 1ra ☑ 2da ☐ Off Cycle ☑ Pay Line
Nombre Empleado — Firma — Fecha: 29/XI/2010
Firma — Fecha: 9-Diciembre-2010

Conservación: Seis años o una intervención de la Oficina del Contralor de Puerto Rico, lo que ocurra primero.



Juanita Ortiz Garcia
Urb. Jardin Dorado
21127 Calle Victoriano
Dorado, PR 00646

Secretaria (Clerk's Office)
Tribunal Distrito Estados Unidos
Room 150 Federal Building
San Juan, PR 00918-1767