13 de febrero de 2020

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan Puerto Rico 00918-1767

La presente es para solicitar la reclamación por demanda de clase a través del Departamento de Educación de Puerto Rico.

Mi nombre es Maritza Cabrera Nieves y mi número de caso es 17BK03566-LTS y mi número de reclamación es 117840 con seguro social 56. Entiendo que durante los años donde laboré con el Departamento de Educación y que aún laboro no se me adjudicó una serie de saldos llamados Impagos. Laboré durante el 1 de septiembre de 2001 hasta el presente en el Departamento de Educación de Puerto Rico.

Mi correo electrónico mcnieves.56@yahoo.com
Mi celular es (787) 242-4593
Mi dirección Calle 1-C-1 Urb. Monte Verde
Toa Alta P.R 00953
Cantidad reclamada $15,000

Maritza Cabrera Nieves

Maritza [illegible]
Calle 1-C-1 Urb. Monteverde
Toa Alta, P.R. 00953    18 FEB 2020 PM 1 L

RECEIVED & FILED
2020 FEB 19 PM 4: 36

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan Puerto Rico 00918-1767