Amado Villegas Madera
Urb. Villa Cristina Calle 2
E16 Coamo P.R. 00769
(787) 298-9171

RECEIVED & FILED
2020 FEB 19 PM 4:45
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Commonwealth of Puerto Rico
Gobierno de Puerto Rico
No. 140658

Reclamación Laboral

Ley #89 Retribución Uniforme
12 de Julio de 1979
Ley #96 1 Julio 2002
Ley #164 22 Julio 2003
Efectiva el 1 Enero del 2004

Caso # 2002-05-139
Reclutamiento y selección (Sargento)

Caso # 2004-08-0264
Reclutamiento y selección (Sargento)

Estos Reclamos fueron antes de la Ley Promess (30, Junio 2016)

A. Vega

Amado Velazquez Medina
urb. villa Cristina Calle 2
E16 Coamo P.R. 00769

Tribunal de Distrito de los Estados
Unidos
Room 150 Federal Building
SAN Juan Puerto Rico 00918-1767