17 de febrero de 2020.

A quién pueda interesar

Por este medio le pido a Prime Clerk una réplica por lo cuál se me debe tomar en consideración para que se me haga justicia por el salario que no se me pagó. En la ley 89 del Romerazo nunca se me pagó el aumento salarial que me corresponde y desconozco las razones por lo cuál no se me incluyó en los listados para que se me pagara.

Es por eso que recurrí a ustedes para que se me haga justicia en los derechos adquiridos, por tanto esfuerzo, amor y dedicación que se da al tener un trabajo. Estos aumentos son permanentes para el empleado y aún retirándome en el año 2004 no se me honró este pago.

Adjunto le presento evidencia

que para los años del Romerazo trabajé en el Departamento de Educación. La cantidad adeuda son $9,000. Gracias por lo que puedan hacer.

Rafaela Vázquez López

Rafaela A. Vázquez López
# reclamación 136316
Calle Pontevedra #570
Urb. Valencia San Juan P.R. 00923.
email de mi hija ya que no tengo.
santivaz@yahoo.com.

Computos.
1989 - $50.00 mens. al año son $600.00
2004 - jubilación son $9000.00

RECEIVED & FILED
2020 FEB 19 PM 4:31
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR



**GOBIERNO DE PUERTO RICO**

DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos
Archivo No Docente

# CERTIFICACIÓN

Certifico que, **Rafaela Vázquez López,** seguro social **XXX-XX-6325**, ocupó un puesto **Regular** de **Secretaria Administrativa III** en el Programa de Educación Agrícola – Oficina Central. Prestó servicios desde el **20 de diciembre de 1961** hasta el **31 de diciembre de 2004** y devengó un salario de **$2,207.00** mensuales.

Dada en San Juan, Puerto Rico, el 4 de febrero de 2020, según solicitada por la empleada.

*Alfredo Rodríguez* / Por: mv/s
Alfredo Rodríguez Leandry
*Especialista en Recursos Humanos*

P.O. Box 190759, San Juan, PR 00919-0759 • Tel.: (787)773-3025 ó 3051

**DE** DEPARTAMENTO DE EDUCACIÓN

El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.

Rafaela A. Vergas Lopez
Calle Pontevedra #570
Urb. Valencia
San Juan Puerto Rico 00923

7019 2280 0000 8254 9140



Clerk's Office
Calle Chardón
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767