# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>   Debtor. | PROMESA<br>Title III<br><br>Case No. 17-BK-03283 (LTS)<br>(Jointly Administered) |

## MOTION FOR ADMISSION
## *PRO HAC VICE* OF ADAM M. LANGLEY

**COMES NOW** Adam M. Langley, applicant herein (the "*Applicant*") and respectfully states:

1. Applicant is an attorney and a member of the law firm of Butler Snow LLP, with offices at:

> Crescent Center, Suite 500
> 6075 Poplar Avenue
> Memphis, TN 38187
> adam.langley@butlersnow.com
> Telephone: (901) 680-7200
> Facsimile: (901) 680-7201

2. Applicant will sign all pleadings with the name of Adam M. Langley.

3. Applicant has been retained as a member of the above-named firm by Financial Guaranty Insurance Company to provide legal representative in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

4. Applicant has been and presently is a member in good standing of the bar of the United States District Court for the Western District of Tennessee, where Applicant regularly practices law. Applicant's Tennessee bar license number is 030492, and he was admitted on

November 3, 2011. Applicant's Georgia bar license number is 866906, and he was admitted on May 2, 2017.

5. Applicant has been admitted to practice before the following United States Courts:

| Court | Admission Date |
|---|---|
| U. S. Court of Appeals, 6th Circuit | August 13, 2012 |
| U. S. Court of Appeals, 5th Circuit | February 9, 2018 |
| U. S. District Court, Western District of Tennessee | August 10, 2012 |
| U. S. District Court, Middle District of Tennessee | July 23, 2018 |
| U. S. District Court, Southern District of Georgia | June 17, 2019 |
| U. S. District Court, Middle District of Georgia | May 22, 2017 |
| U. S. District Court, Northern District of Georgia | May 13, 2019 |
| U. S. District Court, District of Colorado | October 19, 2016 |
| U. S. District Court, Eastern and Western Districts of Arkansas | February 15, 2019 |

6. Applicant is a member in good standing of the bars of the courts listed in Paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court of jurisdiction.

9. Applicant has never filed for *pro hac vice* admission in the United States District Court for the District of Puerto Rico.

10. Local counsel of record associated with applicant in this matter is:

> María Emilia Picó - USDC-PR No. 123214
> Rexach & Picó, CSP
> 802 Ave. Fernández Juncos
> Esq. Calle La Paz, Miramar
> San Juan, PR 00907-4315
> Telephone: (787) 723-8520
> Facsimile: (787) 395-7878
> E-mail: mpico@rexachpico.com

11. Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico and will comply with same.

12. Applicant has read Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission fee of $300 per appearance in each new case before the Court. Accordingly, payment of the *pro hac vice* admission fee shall be completed either through the CM/ECF payment system (using pay.gov website) or by attaching herewith a check or money order payable to: "Clerk, U.S. District."

**WHEREFORE**, Applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

**RESPECTFULLY SUBMITTED**.

This 21th day of February, 2020.

> *s/ Adam M. Langley*
> Adam M. Langley, TN Bar No. 030492
> Butler Snow LLP
> 6076 Poplar Avenue, Suite 500
> Memphis, TN  38119
> adam.langley@butlersnow.com
> Telephone: (901) 680-7200
> Facsimile: (901) 680-7201
> *Attorney for Financial Guaranty Insurance Company*

*I HEREBY CERTIFY*, pursuant to Local Rule 83.1(f), that I consent to the designation of local counsel of record for all purposes.

3

**RESPECTFULLY SUBMITTED**.

This 21th day of February, 2020.

*s/ María Emilia Picó*
María Emilia Picó, USDC-PR No. 123214
Rexach & Picó, CSP
802 Ave. Fernández Juncos
Esq. Calle La Paz, Miramar
San Juan, PR 00907
mpico@rexachpico.com
Telephone: (787) 723-8520
Facsimile: (787) 395-7878
*Attorney for Financial Guaranty Insurance Company*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have served a true and correct copy of this document upon each attorney of record and the original upon the Clerk of Court accompanied by a $300.00 payment for *pro hac vice* admission fee.

*s/ María Emilia Picó*
María Emilia Picó, USDC-PR No. 123214
Rexach & Picó, CSP
802 Ave. Fernández Juncos
Esq. Calle La Paz, Miramar
San Juan, PR 00907
mpico@rexachpico.com
Telephone: (787) 723-8520
Facsimile: (787) 395-7878
*Attorney for Financial Guaranty Insurance Company*

*s/ Adam M. Langley*
Adam M. Langley, TN Bar No. 030492
Butler Snow LLP
6076 Poplar Avenue, Suite 500
Memphis, TN 38119
adam.langley@butlersnow.com
Telephone: (901) 680-7200
Facsimile: (901) 680-7201
*Attorney for Financial Guaranty Insurance Company*