Febrero 14, 2020

Reclamante: Juanita Muller Arroyo

Dirección Residencial: Calle HM Tawner #15 Bo El Seco, Mayagüez PR 00680

Dirección Postal PO BOX 6168 Mayaguez 00681
Teléfono: 787-409-0958

Seguro Social: [redacted]

Email: juanitamuller2016@gmail.com

Reclamación:

Ley 96 aprobada en el año 2002. Por virtud de esta ley le correspondía a cada empleado público del Gobierno de Puerto Rico (ELA) recibir en su sueldo mensual la cantidad asignada por ley. La naturaleza de mi reclamación de empleos es salarios impagos. Trabajé en el Departamento de Educación desde 1963 hasta el 2012 que me jubilé. Adjunto copia de la Ley 96 del 2002

*Not included MSM

*signature* Juanita Muller
Box 6168
Mayagüez, P.R. 00681

RECEIVED & FILED
2020 FEB 19 PM 4:31
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Juanita Muller Arroyo
Box 6168
Mayaguez P.R. 00681



Secretaria - Clerck's Office
Tribunal de Distrito de los E.U.
Room 150 Federal Building
San Juan P.R. 00918-1767

CERTIFIED MAIL

7019 1640 0000 2883 3785