Re: Dixie E. Reyes Rodríguez  
HC1 Box 14879  
Coamo, PR 00769  
Teléfono: 787-415-4823  
Email: dixalara@gmail.com  
Reclamacion #: **126289**

Señores del Estado Libre Asociado de Puerto Rico Tribunal de Distrito de los Estados Unidos y Distrito de Puerto Rico.

Por este medio radico la réplica por la objeción global enviada por ustedes a esta servidora. Laboré con el Departamento de Educación desde 1972 (aproximádamente) hasta enero de 2006, fecha que me acogí al retiro. Aparezco en la objeción global cuyo número de reclamo es **126289**. Hago constar que estaba activa trabajando en el Departamento de Educación cuando se implementó la escala salarial a varios grupos de servidores públicos incluyendo los maestros. La Ley 124 del 9 de agosto de 1995 se refiere a este asunto.

El monto de la reclamación sería de $660.00. Me opongo a esta objeción ya que estaba activa cuando se aprobó la ley y tengo derecho a beneficiarme del aumento de los $60.00 dólares mensuales adjudicados para la escala salarial por el tiempo trabajado.

Gracias por su atención.

Cordialmente;

_(signed)_
Dixie E. Reyes Rodríguez

RECEIVED & FILED
2020 FEB 19 PM 4:45
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

Dixie Reyes Rodriguez
HC-1 Box 14879
Coamo, P.R. 00769



SAN JUAN PR 009
19 FEB 2020 PM 1 1

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1764

2020 FEB 19 PM 4:45
RECEIVED & FILED

00918〈99999