Re: Dixie E. Reyes Rodríguez
HC1 Box 14879
Coamo, PR 00769
Teléfono: 787-415-4823
Email: dixalara@gmail.com
Reclamacion #: **126281**

Señores del Estado Libre Asociado de Puerto Rico Tribunal de Distrito de los Estados Unidos y Distrito de Puerto Rico.

Por este medio radico la réplica por la objeción global enviada por ustedes a esta servidora. Laboré con el Departamento de Educación desde 1972 (aproximádamente) hasta enero de 2006, fecha que me acogí al retiro. Aparezco en la objeción global cuyo número de reclamo es **126281** referente a la Ley 34 del ex gobernador Pedro Rosselló del 12 de junio de 1969.

Me opongo a esta objeción ya que durante ese tiempo estaba activa trabajando cuando se aprobó dicha ley y a la cual tengo derecho a beneficiarme del aumento que se decretó en el 1999 y que está relacionado con el Bono de Navidad (aguinaldo navideño). Desde el 1999 en adelante sería equivalente a $300 dólares cuyo pagó se efectuaría no más tarde del 20 de diciembre de cada año. El monto total de la reclamación sería de $2,100.00.

Gracias por atención al respecto;

_____
Dixie E. Reyes Rodríguez

Dixie Reyes Rodriguez
HC-1 Box 14879
Coamo, P.R. 00769



Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1764