17 de febrero de 2020.

Radicación de réplica a la Objeción Global

(i) <u>Datos de contacto</u>:

① Me llamo Carmen M. Ruiz Lozano, vivo en la Urb. Río Canas calle Jacaguas 1606 Ponce Puerto Rico 00728, mi dirección postal es P.O. Box 10436, Ponce, Puerto Rico 00732, mi número de teléfono es (787) 843-8068 y mi correo electrónico C.R. cruiz1606@gmail.com

② Los abogados designados o representantes son los designados por el Departamento de Justicia de los Estados Unidos
 — Comité Oficial de Retirados
 — Comité de Acreedores no asignados para representar a los pensionados en la quiebra de Puerto Rico

③ La parte de potestad para reconciliar, llegar a un acuerdo o resolver la Objeción Global en nombre del demandante es PROMESA - Título III

(ii) Epígrafe: El Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico. Los deudores son Estado Libre Asociado de Puerto Rico (ELA), Autoridad de Carretera y Transportación (ACT) y Sistema de Retiro (SRE). La Junta de Supervisión y Administración Financiera para Puerto Rico representó al Estado Libre Asociado de Puerto Rico. El número de procedimiento es 17 BK 3283 LTS

Continuación Epígrafe.

Número de reclamación Anexo A

134740 (ELA)
137829 (SRE)
146982 (SRE)

El número de reclamación 137829 y 146982 se refiere al mismo reclamo.

(iii) Motivo(s) para oponerse a la Objeción Global

El motivo de mi reclamo y oponerme a la Objeción Global es que yo trabajé en el Departamento de Educación de Puerto Rico por treinta (30) años como maestra de Educación Especial, desde 1985 hasta julio 2015. Comencé mi retiro en agosto 2015.
Tengo tres (3) reclamaciones y hay dos (2) de ellas que tienen el mismo reclamo con número de reclamación diferente, 137829 (SRE) y 146982 (SRE). Pido me reconozcan mi reclamación como valida y continuar en la demanda.
Estimo que mi reclamación es por el valor de $19,999.00.

(iv) Documentación Justificada

Se acompaña con comprobantes de retención (copias) del Departamento de Hacienda de Puerto Rico entre los años 1982 hasta 2015.

Nombre: Carmen M. Ruiz Lozano   Firma: