Retail

US POSTAGE PAID
$10.90
Origin: 00717
02/18/20
4269300731-06

PRIORITY MAIL 1-DAY ®

0 Lb 3.70 Oz
1005

EXPECTED DELIVERY DAY: 02/19/20

SHIP TO:
SAN JUAN PR 00918

SPS SIGNATURE® TRACKING NUMBER



9510 8127 1788 0049 4891 82

PRIORITY MAIL
FLAT RATE
POSTAGE REQUIRED

FROM:
Ruiz Lozano Carmen M.
P.O Box 10436
Ponce P.R   00732-0436

TO:
Secretaria
Tribunal de Distrito de Estados Unidos
Room 150 Federal Bulding
San Juan  Puerto Rico  00918-1767