Nombre:

    Reyes Pagán Pagán

Dirección postal

    Urb. Ext. La Fe
    22406 calle San Andrés
    Juana Díaz, PR 00795-8909

Núm. Teléfono:

    (787) 202-1811

Dirección correo electrónico:

    reyespagan11@gmail.com

Nombre tribunales:

    Tribunal de Distrito de los Estados Unidos

A. Nombre de deudores:

    Estado Libre Asociado de Puerto Rico
    Administración de Corrección (Sistema de Retiro)

B. Núm. De procedimiento:

    17BK3283LTS Promesa
    ----------------- Quinqueño

C. Motivo para oponerse a la obligación global:

Actualmente continuo trabajando como oficial de custodia juvenil desde agosto de 1998 hasta el Presente 2020. Reclamo a lo que tengo derecho de los aumentos que surgieron en diferentes años.

1) Ley 89 Romerazo 12 julio 1979 donde hubo un aumento de $50.00 dólares

2) Ley 96 Quinqueño donde la gobernadora Sila M. Calderón en el 2002 asignó aumento de $100.00 dólares.

3) Ley 140 Obama 2005-2016 hubo aumento del 3% a 13%, cobraron un dinero al Sistema de Retiro demás y no pagaron lo que indicaba la Ley 140. Tampoco devolvieron nada.

*See attachment for signature.

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Pagan Pagan, Reyes | 20288 | 5/15/2018 | Commonwealth of Puerto Rico | $10,800.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Pagan Pagan, Reyes | 20288 | 5/15/2018 | Commonwealth of Puerto Rico | $10,800.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

*[Signature: Reyes Pagan Pagan]*

000810

***CUST PR 1845 SRF 38154 PackID: 810 MMLID: 1509946 SVC: 114th Omni
Pagan Pagan, Reyes
Ext. La Fe 22406 c/ San Andres
Juana Diaz, PR 00795-8909

Reyes Pagan Pagan
Urb. Ext. La Fe
22406 calle San Andrés
Juana Díaz, PR 00795-8909

RECEIVED & FILED
2020 FEB 19 PM 4:45
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, PR 00918-1767