Número de Reclamación: 155592
Reclamante: *Carmen Iris Olmo Barreiro*
Empleado del Estado Libre Asociado de Puerto Rico
Teléfono: 787-553-1203
*carmenirisolmo@hotmail.com*

Ref: Centésima Cuadragésima Sexta Objeción Global del Estado Asociado de Puerto Rico y del Sistema de Retiro de Empleados del Gobierno del Estado Libre Asocaido de Puerto Rico

10 de febrero de 2020

Mi nombre es Carmen Iris Olmo Barreiro quien reside en la siguiente dirección: Urb. Luquillo Mar, Calle C/CC 78, Luquillo, Puerto Rico 00773, someto la siguiente información por requerimiento de su agencia:

Laboré 30 años en el Departamento de Educación del Gobierno de Puerto Rico. Durante mis años de trabajo el Departamento de Educación otorgaba $25.00 dólares de aumento salarial por años de servicios. Considero que parcialemte el dinero no me fue otorgado según correspondía.

Por lo antes señalado estoy reclamando el pago por la cantidad que me corresponda. Me acogí al Retiro de Maestros de Puerto Rico en el año 2017. Es importante señalar que al acogerme a la jubilación por años de servicio el monto de mi pensión fue afectada, como consecuencia de no haberse otrogado este aumento de sueldo.

Es mi interés se realice una investigación sobre este asunto y se revise esta determinación. Las leyes propuestas en el Estado Libre Asociado de Puerto Rico se crean para beneficiar a los empleados públicos y espero se pueda cumplir con las mismas. Luego de haber revisado nuevamente los cálculos, según mi apreciación la deuda sería de: $4,500.00 dólares aproximadamente.

Cordialmente,

*[signature]*
Carmen Iris Olmo Barreiro

Carmen del Olmo Barreiro
Urb. Luquillo Mar Calle C-2
CC78 Luquillo, P.R. 00773



U.S. POSTAGE PAID
FCM LETTER
LUQUILLO, PR
00773
FEB 18, 20
AMOUNT
$4.10
R2307M152737-01

CERTIFIED MAIL

7019 1640 0000 8491 4237

2020 FEB 19 PM 4: 31
RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Tribunal de Distrito de los Estado Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767