Replica

I .Datos de Contacto

Nombre: Miriam Diaz Ortiz

Direccion: Cond,Paseo Horizonte 1 #114 Salinas.P,R, 00751

Email: miridior@gmail,com

Telefono:787-702-9130

Demandando por derecho propio

II. Deudores

    Junta de Supervisión

y Administración Financiera para Puerto Rico

Estado Libre Asociado de Puerto Rico

Título: Objeción Global del Estado Libre Asociado de Puerto Rico de la Autoridad De Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno de Puerto Rico

Numero procedimiento:

Promesa Título III-

#17BK-3283-LTS

No. Reclamación: 97652

III. Motivos para oponerse a la Objeción Global

La razón principal para la Oposición a Objeción Global es por que hay unos aumentos de sueldo por las Leyes que no se me han otorgado desde el 2003 hasta el 2018, teniendo derecho a estos, ya que trabaje todos esos años.

Ley 80-Romeraso

Ley 180-Pasos

Ley Escala Salarial

Ley Incentivo- Sila Calderón

Ley Retiro

IV. Documentación justificativa

Se incluyen las planillas de los periodos desde el 2003 en adelante.

Año-2003-2004-2005-2006-2007-2008-2009-2010=2011-2012-2013-2014-2015-2016-2017-2018

18/febrero/2020.

A: Junta de Supervisión Administración Financiera para Puerto Rico ,Estado Libre Asociado de Puerto Rico, Paul Hastings (Counsel for the Creditors Committe),Martin J. Bienenstock, Brian S.Rosen

Asunto: Objeción Global

La presente misiva tiene el propósito de solicitar se considere mi solicitud la cual es por una reclamación de derechos de las leyes del Estado Libre Asociado de Puerto Rico. En llamada realizada se me indicó que sometiera los documentos , ya que podrían hacer una consideración. Al no conseguir un abogado que trabaje con este tipo de casos en mi área someto los documentos por derecho propio esperando se pueda considerar mi caso. Gracias anticipadas por su consideración y colaboración en mi caso. Si necesitan algo adicional ,favor dejarlo saber.

Atentamente

Miriam Díaz Ortiz

*Miriam Díz Ortiz*