riam Diaz Ortiz
. Paseo Horizonte #1 #114
linas, P.R. 00751-~~97000~~



Secretaria (Clerk Office)
Tribunal de Distrito de los
Estados Unidos

Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767