11 de febrero de 2020

Doris Negrón Pérez

PO BOX 1006

Villalba, Puerto Rico 00766

Teléfono (787) 322-7179

donerez64@yahoo.com

**Número de Reclamación**: 1703283, 110392, 149809

En el asunto de Estado Libre Asociado de Puerto Rico, numero de procedimiento 17 BK 3283-LTS, de la declaración de Jay Herriman en apoyo de la centésima trigésima tercera objeción global (No sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto a reclamos deficientes en los que se alegan intereses sobre la base de las reivindicaciones salariales, labores o servicios prestados. Solicitamos al tribunal que declare a lugar la objeción global en relación al reclamo de la Ley 96 Sila María Calderón, aumento salarial del año 2004 al 2019, Ley de Retiro 3% y Ley de Escala Salarial. Ya que no fue otorgado. Se adjunta documentación justificativa para evidenciar la objeción.

Gracias por su pronta atención

Doris Negrón Pérez