lba, Puerto Rico 00764



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**

7018 0680 0000 9966 7830



U.S. POSTAGE PAID
FCM LG ENV
COAMO, PR
00769
FEB 18, 20
AMOUNT

**$7.80**

1000        00918        R2305H126384-03

RETURN RECEIPT
REQUESTED

Clerk's office
United States District Court
Room 150 Federal Building
San Joan, Puerto Rico 00918-1767

RETURN RECEIPT
REQUESTED

2020 FEB 19 PM 4: 33