réplica

**(i) Datos de contacto:**

Nombre: Irma L. Cintrón Díaz

Dirección: Urb. Terrazas Demajagua II calle Topacios JJ/72
Fajardo, P.R. 06738

Número de teléfono: (787) 316-5290

Dirección correo electrónico: irma_cintron_15@gmail.com

**(ii) Epígrafe:**

Nombre del Tribunal: **Tribunal de Distrito de Estados Unidos Para el Distrito de Puerto Rico**

Nombre de deudores: **Junta Supervisión y Administración Financiera Para Puerto Rico, como representante de Estado Libre Asociado de Puerto Rico**

Número de procedimiento: 17-BK3283-LTS

Título de la objeción global: Notificación de la Centésima Trigésima sexta objeción global del ELA de Puerto Rico

Números de evidencia de reclamos relacionado de Prime Clerk: 137110

**(iii) Motivo para oponerse:** Me desempeñé en el Dpto de Educación de Puerto Rico durante los años 1968 hasta 2005. Durante esos años se aprobaron las leyes #89 (Romerazo) y la ley Sila Calderón 2002 y no me otorgaron los beneficios que me correspondían por motivos de esas leyes.

**(iv) Documentación justificada:** Adjunto comprobante evidenciando años de servicio en el Departamento de Educación.

# DEPARTAMENTO DE EDUCACION
## Estado Libre Asociado de Puerto Rico
### Secretaría Auxiliar de Recursos Humanos

**ATT: LEY PROMESA**

13 de febrero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | IRMA L. CINTRON DIAZ |
| Seguro Social | : | |
| Categoría | : | MA. BIBLIOTECARIO |
| Distrito Escolar | : | FAJARDO |
| Sueldo Mensual | : | $2,845.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 28 de julio de 2005 |
| Otros | : | Presto servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 37 años. Nuestro sistema de Recursos Humanos refleja que ocupó una plaza desde 09/16/1968. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

Juma L Cintrón Ruiz
Urb. Terrazas Nanajagua II
Calle Topacio 5J142
Fajardo, P.R. 00738

Re.:
Replica

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

7018 0360 0000 9220 1313

CERTIFIED MAIL

RECEIVED & FILED 2020 FEB 19 PM 4:31

U.S. POSTAGE PAID
FCM LETTER
CEIBA, PR
00735