United States District Court For The District of Puerto Rico
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

RECEIVED & FILED
2020 FEB 19  PM 4: 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Debtors: Estado Libre Asociado de Puerto Rico

Gobierno de Puerto Rico

Departamento de Educación

No. 178K 3283-LTS

**One hundred fifty six** OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTHE OF PUERTO RICO, IN DEFFICIENT CLAIMS ASSEITING INTEREST BASED UPON UNSPECIFIED PUERTO RICO STATUS

DOC 8978-4

Proof of Claim: **89945**

Name and Address: **Migdalia Dávila Aponte
Urb. Santa María B-33
Calle Santa Bárbara Toa Baja
P.R. 00949**

Reclama al Gobierno del Estado Libre Asociado de Puerto Rico; al Gobierno de Puerto Rico Departamento de Educación de Puerto Rico.

Ley 89 de 1984 – Romerazo

Años Reclamados **30 años**

Cantidad Reclamada **36,000**

Ley **164 de 2002 de Sila M. Calderon**

Años Reclamados **12 años**

Cantidad Reclamada **14,480**

Página 2

Adjunto evidencia en réplica a la información solicitada:

1. Certificación de los años trabajados en el DE.
2. Certificación de Pensión del Sistema de Retiro de P.R.
3. Certificación de Pensión con deducible
   Carta de Justificación

Solicito la adjudicación de mi petición, según corresponda a mis derechos por las Leyes anteriormente Especificadas.

Nombre: Migdalia Dávila Aponte

Firma: Migdalia Dávila Aponte       Fecha: 17 feb/2020

February 14, 2020

To Whom It May Concern

Froom: The Financial Oversight and Management Board for Puerto Rico

I hereby inform you that I was employed by the Department of Education of Puerto Rico for 32 years. I worked in the Dorado School District in the following school: Jacinto Lopez, Maguayo Elementary, Luis Munoz Rivera, Jose De Diego, Ricardo Arroyo and Luisa Valderrama where I completed my years of service. I worked with grades 1-6 grade, teaching all levels of subject matter. From 2009 to 2014 I was appointed as a School Principal where I finished my teaching career. It was great satisfaction to teach and impact many lives through the different shared learning experiences. Looking back on the positive impact we made on the lives of children is incredible and of great personal satisfaction.

In 1989 Governor Carlos Romero Barcelo authorized an increase of 100 dollars monthly to teachers by the Uniform Remuneration Law; this increase was not awarded.

In 2002 Governor Sila Maria Calderon signed law 164 de 2003 {P of C 3485} to access a salary increase of one hundred dollars to public employees of the Central Government of the ELA effective January 1 2004.

Both Laws and the increase of the salary were not awarded. It is necessary for me to claim compensation for the salary increases, which have been promised but not realized; we have shown that our work merits it. The pension that we enjoy today is not enough to cover the high cost of living we have. Due to our age, the health care medical deductibles and prescriptions drugs are expensive, in addition to daily utilities payments

such as potable home water, electricity and home telephone and cell phones that subtract from our monthly income.

I hope our claim will be considered,

Sincerely,

Migdalia Davila

Estado Libre Asociado de Puerto Rico
Secretaría Auxiliar de Recursos Humanos

**ATT: Ley Promesa**

4 de febrero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | MIGDALIA DAVILA APONTE |
| Seguro Social | : | |
| Categoría | : | DIRECTOR ESCUELA ELEMENTAL III |
| Distrito Escolar | : | DORADO |
| Sueldo Mensual | : | $3,675.00 |
| Status | : | PROBATORIO |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 31 de julio de 2014 |
| Otros | : | Presto servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 30 años, 7 meses y 2.50 días. Nuestro sistema de Recursos Humanos refleja que ocupó una plaza desde 11/24/1981. |

Candida R. Chico Montanez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

DAVILA APONTE, MIGDALIA
URB SANTA MARIA
B33 CALLE SANTA BARBARA
TOA BAJA PR 00949

Certifico que DAVILA APONTE, MIGDALIA con número de Seguro Social XXX-XX-0245 es pensionado(a) del Sistema de Retiro para Maestros. Recibe una pensión mensual de $2,756.26, equivalente a $33,075.12 anual. Luego de las deducciones recibe una pensión neta de $2,410.58, equivalente a $28,926.96 anual. A Continuación se detallan los descuentos mensuales.

| NOMBRE DE LA ENTIDAD | CANTIDAD | | | |
|---|---|---|---|---|
| | Diciembre de 2019 1er. Quincena | Diciembre de 2019 2da. Quincena | Enero de 2020 1er. Quincena | Enero de 2020 2da. Quincena |
| SM-First Medical Health Plan | 120.50 | 120.50 | 120.50 | 120.50 |
| AS-ASOC E P A | 11.00 | 11.00 | 11.00 | 11.00 |
| GPR Plan de Ahorros | 41.34 | 41.34 | 41.34 | 41.34 |
| **Total de descuentos** | **($172.84)** | **($172.84)** | **($172.84)** | **($172.84)** |

Esta certificación se expide hoy 4 de febrero de 2020.



Número de Certificación: SRM04P2000344

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Estado Libre Asociado de Puerto Rico: http://www.pr.gov o en nuestro Portal en http://www.srm.pr.gov

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918
P.O. Box 191879 · San Juan PR 00919-1879



☏ 787.777.1414   📠 787.759.2883   www.srm.pr.gov

Sistema de Retiro para Maestros  Rev. marzo 2017

## CERTIFICACIÓN DE PENSIÓN

DAVILA APONTE, MIGDALIA
URB SANTA MARIA
B33 CALLE SANTA BARBARA
TOA BAJA PR 00949

Certifico que DAVILA APONTE, MIGDALIA recibe de una pensión vitalicia del Sistema de Retiro para Maestros. La pensión mensual es de $2,756.26 equivalente a $33,075.12 anual. Luego de las deducciones recibe la cantidad de $2,410.58 mensual, equivalente a $28,926.96 anual.

Esta certificación se expide hoy 4 de febrero de 2020.



Número de Certificación: SRM03P2000694

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Estado Libre Asociado de Puerto Rico: http://www.pr.gov o en nuestro Portal en http://www.srm.pr.gov

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918
P.O. Box 191879 · San Juan PR 00919-1879



787.777.1414    787.759.2883    www.srm.pr.gov

Urb. Santa Marta
c/ Santa Barbara Tag Baja
P.R 00949



RECEIVED & FILED
2020 FEB 19 PM 4:37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico
00918-1767