**Exhibit A**

**List of Applicable Adversary Proceedings**

The Oversight Board supports a stay of the following adversary proceedings, including all motions to dismiss or other filings or pleadings by any party made within them:

| **Adversary Case Number** | **Adversary Case Name** |
|---|---|
| Adv. Proc. No. 18-149 | Financial Oversight and Management Board for P.R. v. P.R. Public Buildings Authority |
| Adv. Proc. No. 19-269 | Special Claims Committee FOMB v. The Bank of New York Mellon |
| Adv. Proc. No. 19-280 | Special Claims Committee FOMB v. Populicom, Inc. |
| Adv. Proc. No. 19-281 | Special Claims Committee FOMB v. Postage By Phone Reserve Account |
| Adv. Proc. No. 19-282 | Special Claims Committee FOMB v. Gui-Mer-Fe Inc. |
| Adv. Proc. No. 19-283 | Special Claims Committee FOMB v. Hewlett Packard P.R., BV LLC |
| Adv. Proc. No. 19-284 | Special Claims Committee FOMB v. Transporte Escolar Pacheco Inc. |
| Adv. Proc. No. 19-285 | Special Claims Committee FOMB v. Procesos de Informatica, Inc. |
| Adv. Proc. No. 19-286 | Special Claims Committee FOMB v. Hospira P.R., LLC |
| Adv. Proc. No. 19-287 | Special Claims Committee FOMB v. Trinity Metal Roof & Steel Structure Corp. |
| Adv. Proc. No. 19-288 | Special Claims Committee FOMB v. Professional Consulting PsychoEduc. Servs. |
| Adv. Proc. No. 19-291 | Commonwealth of P.R. v. Autonomy Master Fund Ltd., et al. |
| Adv. Proc. No. 19-292 | Commonwealth of P.R. v. Cooperativa de Ahorro y Credito de Rincon, et al. |
| Adv. Proc. No. 19-293 | Commonwealth of P.R. v. Ortiz de la Renta, et al. |
| Adv. Proc. No. 19-294 | Commonwealth of P.R. v. Martinez Sanchez, et al. |
| Adv. Proc. No. 19-295 | Commonwealth of P.R. v. Valdivieso, et al. |
| Adv. Proc. No. 19-296 | Fin. Oversight & Mgmt. Bd. for P.R. v. Friedman, et al. |
| Adv. Proc. No. 19-297 | Fin. Oversight & Mgmt. Bd. for P.R. v. Blackrock Fin. Mgmt., Inc., et al. |

**List of Applicable Contested Matters**

The Oversight Board supports a stay of the following contested matters, including all motions to dismiss, joinders, or other filings by any party related to them:

| | |
|---|---|
| Docket Entry No. 4784 in Case No. 17-3283 | Omnibus Objection of (I) Financial Oversight and Management Board, Acting Through Its Special Claims Committee, and (II) Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds |
| Docket Entry No. 6099 in Case No. 17-3283 | Omnibus Conditional Objection of the Ad Hoc Group of General Obligation Bondholders to Claims Filed or Asserted by the Public Buildings Authority, Holders of Public Buildings Authority Bonds, and Holders of Certain Commonwealth General Obligation Bondholders |
| Docket Entry No. 7057 in Case No. 17-3283 | Omnibus Objection of Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rules 3007, to Claims Filed or Asserted by Holders of Certain 2011 Commonwealth General Obligation Bonds |
| Docket Entry No. 7814 in Case No. 17-3283 | Renewed Motion of the Ad Hoc Group of General Obligation Bondholders, under Bankruptcy Sections 105(a) and 502 and Bankruptcy Rule 3007, Establishing Procedures with Respect to Omnibus Conditional Objection to Claims Filed or Asserted by the Public Buildings Authority, Holders of Public Buildings Authority Bonds, and Holders of Certain Commonwealth General Obligation Bonds |
| Docket Entry No. 8141 in Case No. 17-3283 | Omnibus Objection of Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted Against Commonwealth by Holders of Certain Puerto Rico Public Buildings Authorities Bonds |
| Docket Entry No. 9730 in Case No. 17-3283 | Omnibus Objection of The Lawful Constitutional Debt Coalition, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Bonds Issued or Guaranteed by The Commonwealth |
| Docket Entry No. 9735 in Case No. 17-3283 | Official Committee of Unsecured Creditors' Omnibus Objection on Constitutional Debt Limit Grounds To (I) Claim of Government Development Bank For Puerto Rico [Claim Number 29485] Based on Certain Commonwealth-Issued Notes and on Commonwealth Guaranty of Certain Bond Issued by Port of Americas Authority, (II) Claim of Scotiabank De Puerto Rico [Claim Number 47658] Based on Full Faith and Credit Note Issued by Puerto Rico General Services Administration, and (III) Claims Filed or Asserted Against Commonwealth Based on Commonwealth Guaranty of Certain Notes Issued by Puerto Rico Infrastructure Authority |

| | |
|---|---|
| Docket Entry No. 10638 in Case No. 17-3283 | Omnibus Objection of Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted Against Commonwealth by Holders of General Obligation Bonds Asserting Priority Over Other Commonwealth Unsecured Creditors |
| Docket Entry No. 10754 in Case No. 17-3283 | Motion of Official Committee of Unsecured Creditors for Order, Pursuant to Bankruptcy Code Sections 105(A) and 502 and Bankruptcy Rule 3007, (A) Setting Briefing Schedule and Hearing Date for Omnibus Objection to Claims Filed or Asserted Against Commonwealth by Holders of General Obligation Bonds Asserting Priority Over Other Commonwealth Unsecured Creditors [Docket No. 10638], (B) Approving Form of Notice and (C) Granting Related Relief |