# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>**Re: ECF Nos. 6871; 9530; 9650**<br><br>(Jointly Administered) |

## NOTICE OF FILING OF JOINT PROPOSED ORDER REGARDING COMMONWEALTH OF PUERTO RICO'S COMPLIANCE WITH CUERPO ORGANIZADO DE LA POLICÍA, INC.'S BANKRUPTCY RULE 2004 REQUEST FOR INFORMATION AND DOCUMENTATION

To the Honorable United States Magistrate Judge Judith Gail Dein:

**PLEASE TAKE NOTICE** that, on February 14, 2020, the Commonwealth of Puerto Rico (the "Debtor") finalized the production of all the documentation and information requested by Cuerpo Organizado de la Policía, Inc.'s (the "Movant" and with the Debtor, the "Parties") regarding the payments of owed wages to Police Officers by the Puerto Rico Police Bureau pursuant to the *Memorandum of Decision and Order* [ECF No. 9530] entered by this Court on December 10, 2019.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**PLEASE TAKE FURTHER NOTICE** that the Parties have conferred and agreed that there is no underlying issue regarding Movant's Rule 2004 request for information and documentation and that the Debtor has complied completely with the production of the same. Thus, the Parties are filing a joint proposed *Order Regarding the Commonwealth's Completion of Cuerpo Organizado de la Policía, Inc.'s Bankruptcy Rule 2004 Request for Information and Documentation*, attached hereto as **Exhibit A**.[2]

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in these Title III Cases are available (a) free of charge by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

Dated: February 21, 2020
San Juan, Puerto Rico

Respectfully submitted,

**DENNISE N. LONGO-QUIÑONES**
Secretary of Justice

**WANDYMAR BURGOS-VARGAS**
Deputy Secretary in Charge of Litigation

**SUSANA I. PEÑAGARÍCANO-BROWN**
Director of Legal Affairs
Federal Litigation and Bankruptcy Division

*/s/ Juan C. Ramírez-Ortiz*
**JUAN C. RAMÍREZ-ORTIZ**
USDC-PR No. 306507
P.O. Box 9020192
San Juan, Puerto Rico 00902-0192
Email: juramirez@justicia.pr.gov
Phone: (787)721-2900, ext. 1421

*Attorneys for the Commonwealth for Puerto Rico*

*/s/ Lirio Del Mar Torres*
**LIRIO TORRES LAW OFFICE**
Lirio Del Mar Torres, Esq.
USDC-PR No. 225814
PO Box 3552
Mayagüez, Puerto Rico 00681
Telephone: (787) 265-5050
liriotorresjust@gmail.com

*Counsel to Cuerpo Organizado de la Policía, Inc.*

---

[2] The Financial Oversight and Management Board for Puerto Rico, as the Debtors' representative pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"), has authorized the Commonwealth to file this Notice.

**Exhibit A**

**Proposed Order**