UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>**Re: ECF No. ECF Nos. 6871; 9530; 9650**<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS |

**ORDER REGARDING THE COMMONWEALTH OF PUERTO RICO'S COMPLIANCE WITH CUERPO ORGANIZADO DE LA POLICÍA, INC.'S BANKRUPTCY RULE 2004 REQUEST FOR INFORMATION AND DOCUMENTATION**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Last Four Digits of Federal Tax ID: 3801) (Last Four Digits of Federal Tax ID: 3801) (Bankruptcy Case No. 19-BK-5223-LTS). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Upon consideration of the *Notice of Filing of Joint Proposed Order Regarding Commonwealth of Puerto Rico's Compliance with Cuerpo Organizado de la Policía, Inc.'s Bankruptcy Rule 2004 Request for Information and Documentation* (Docket Entry No. ___), filed jointly by the Commonwealth of Puerto Rico (the "<u>Debtor</u>") and Cuerpo Organizado de la Policía, Inc. (the "<u>Movant</u>"), in which they inform regarding the Debtor's compliance with Movant's Bankruptcy Rule 2004 request for information and documentation regarding owed wages to Police Officers, as delimited by this Court in the *Memorandum of Decision and Order Regarding COPI's Rule 2004 Request* (Docket Entry No. 9530):

**IT IS HEREBY ORDERED THAT:**

The Debtor has complied with Movant's Bankruptcy Rule 2004 (Docket Entry No. 6871), as delimited by this Court in the *Memorandum of Decision and Order Regarding COPI's Rule 2004 Request* (Docket Entry No. 9530).

This Order resolves Docket Entry No. 6871 in Case No. 17-3283.

SO ORDERED.

Dated: February ___, 2020

---

        HONORABLE JUDITH GAIL DEIN
        UNITED STATES MAGISTRATE JUDGE