TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS

PARA EL DISTRITO DE PUERTO RICO

Número de caso: #86448 -

Nombre: Adelaida Colón Maldonado

Dirección Postal: Urb. Del Carmen calle 4 #65. Juana Díaz, P.R. 00795

Correo Electrónico: ade4924@yahoo.com

Epígrafe (título): Ley incentivo Sila Calderón

Nombre del Tribunal: Tribunal de Distrito de los Estados Unidos

Nombre de los deudores: Common Wealth of Puerto Rico

Número de Procedimiento: 17 BK 3283 - LTS

Título de la objeción Global: CENTÉSIMA DÉCIMA objeción Global

Número de reclamación: De # 86448

Mis motivos por los cuales el Tribunal no debe declarar no ha lugar a la Objeción Global es la siguiente: Entiendo y reclamo por ley los derechos que tengo en las leyes:
1. Ley # 164 - 22/Julio/2003 - Efectiva el 1/enero/2004 Aumento de $100.00 dólares por mes. (Retribución) Pendiente adjudicación ante la OASH
- Ley 96 4 de julio de 2002 ($100.00 dólares) Caso: Adbiel Acevedo Perez y otros 700.
Caso # 2013-04-1542 OASE Retribución - Pendiente de adjudicación ante la OASE.

Nota: El monto de lo adeudado.

Por la ley #164 del 22 de julio de 2003.
Efectiva el 1 de enero de de 2004.
Por la cantidad de $100.00 dólares mensuales.
Por lo tanto se multiplican los $100.00 dólares por doces meses que es igual a 1,200 dólares. los cuales se multiplican por 15. años, los cuales el monto del dinero es el siguiente: $18,000 dólares

Por la ley #96 del 1 de julio de 2002.
Por aumento de $100.00 dólares mensuales. Por lo cual se multiplican $100.00 dólares por 12 meses que es igual a $1,200 dólares. los cuales se multiplican por 17 año hasta el presente. Esto nos da el total de $20,400

Se Atacha: Copia de Talonarios de Pago

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS

PARA EL DISTRITO DE PUERTO RICO

Número de caso: 2012-05-2084

Nombre: Adelaida Colón Maldonado

Dirección Postal: Urb. Del Carmen Calle 4 #65 Juana Díaz, PR 00795

Correo Electrónico: ade4924@yahoo.com

Epígrafe (titulo): Aumento por experiencia Ley Incentivo Sila Calderón

Nombre del Tribunal: Tribunal de Distrito de los Estado Unidos

Nombre de los deudores: Common Wealth of Puerto Rico

Número de Procedimiento: 17 BK 3283-LTS

Título de la objeción Global: CENTÉSIMA DÉCIMA objeción Global

Número de reclamación: DE # 86448

Mis motivos por los cuales el Tribunal no debe declarar no ha lugar a la Objeción Global es la siguiente: Reconosco que tengo derecho a lo solicitado, debido a las siguientes ley.
a) Ley 168 del 12 de julio de 2004. Aumento de $150.00 dólares mensuales. - Válidack en el 1 de octubre de 2004.
Caso: # (508) ABDIEL Acevedo Pérez y DE, Caso # 2012-05-2084 OASE Retribución de adjudicación OASE.

Nota: El monto - Cálculos.
$150.00 dólares x 12 mes (anual)
$1,800 dólas al año. Los $1,800 dolars
se multiplican por 15 años hasta ahora.
El monto es de $27,000 dólares.
hasta el presente.