R3124851

## Estado Libre Asociado de Puerto Rico
080 - DEPT DE EDUCACION-MAESTROS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 06/03/02 |
| Hasta: | 06/14/02 |
| # Cheque: | 04167112 |
| Fecha: | 06/14/02 |

| | |
|---|---|
| ADELAIDA COLON MALDONADO | |
| CALLE 4 NUM. 65 | |
| URB. DEL CARMEN | |
| JUANA DIAZ PR 00795 | |
| SS: | |

| | |
|---|---|
| # Empleado | |
| Dept: | 8005037-Ponce Juana Diaz |
| Oficina: | Santiago Collazo Perez |
| Titulo: | M.Educ.Especial |
| Sueldo: | $1,500.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 2 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 750.00 | 678.00 | 8,250.00 |
| Bono de Navidad | | | 0.00 | | 625.00 |
| Total: | | | 750.00 | 678.00 | 8,875.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA - MHI | 10.88 | 128.69 |
| PR Withholdng | 27.13 | 348.43 |
| Total: | 38.01 | 477.12 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 67.50 | 742.50 |
| Total: | 67.50 | 742.50 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SC-NATIONAL LIFE INS. | 17.08 | 179.22 |
| SC-UNIVERSAL LIFE INS. CO | 19.25 | 96.25 |
| AS FED MAESTROS AFT | 8.00 | 88.00 |
| GPR Plan de Ahorros | 22.50 | 247.50 |
| SC-GENERAL ACCIDENT LIFE | 0.00 | 112.20 |
| Total: | 66.83 | 723.17 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 63.75 | 701.25 |
| FSED Disability Plan | 12.75 | 150.88 |

\* Tributable

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Bruto | Impuestos | Deducciones | Paga Neta |
|---|---|---|---|---|
| Corriente: | 750.00 | 38.01 | 134.33 | 577.66 |
| Acumulado: | 8,875.00 | 477.12 | 1,465.67 | 6,932.21 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Cheque #04167112 | 577.66 |
| Total: | 577.66 |

MENSAJE: "UNETE A LA CAMPANA BENEFICA DE EMPLEADOS PUBLICOS. LLENA LA BOLETA DE DESCUENTO DE NOMINA, AHORA".

---

R3258964

## Estado Libre Asociado de Puerto Rico
080 - DEPT DE EDUCACION-MAESTROS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 06/17/02 |
| Hasta: | 06/28/02 |
| # Cheque: | 04375080 |
| Fecha: | 06/28/02 |

| | |
|---|---|
| ADELAIDA COLON MALDONADO | |
| CALLE 4 NUM. 65 | |
| URB. DEL CARMEN | |
| JUANA DIAZ PR 00795 | |
| SS: | |

| | |
|---|---|
| # Empleado | |
| Dept: | 8005037-Ponce Juana Diaz |
| Oficina: | Santiago Collazo Perez |
| Titulo: | M.Educ.Especial |
| Sueldo: | $1,500.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 2 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 750.00 | 738.00 | 9,000.00 |
| Bono de Navidad | | | 0.00 | | 625.00 |
| Total: | | | 750.00 | 738.00 | 9,625.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA - MHI | 10.87 | 139.56 |
| PR Withholdng | 27.13 | 375.56 |
| Total: | 38.00 | 515.12 |

## Estado Libre Asociado de Puerto Rico
### 080 - DEPT DE EDUCACION-MAESTROS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 07/15/02 |
| Hasta: | 07/26/02 |

# Cheque: 04868942
Fecha: 07/30/02

**ADELAIDA COLON MALDONADO**
CALLE 4 NUM. 65
URB. DEL CARMEN
JUANA DIAZ PR 00795
SS:

| | |
|---|---|
| # Empleado: | |
| Dept: | 8005037-Ponce Juana Diaz |
| Oficina: | Santiago Collazo Perez |
| Titulo: | M.Educ.Especial |
| Sueldo: | $1,455.04 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 2 |
| Pct. Adel.: | | |
| Cant. Adel.: | | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 727.52 | 858.00 | 10,455.04 |
| Pago Retroactivo Regular | | | 0.00 | | 96.90 |
| Bono de Navidad | | | 0.00 | | 625.00 |
| **Total:** | | | **727.52** | **858.00** | **11,176.94** |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA - MHI | 10.55 | 162.07 |
| PR Withholdng | 25.10 | 431.72 |
| **Total:** | **35.65** | **593.79** |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 65.48 | 949.68 |
| **Total:** | **65.48** | **949.68** |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SC-NATIONAL LIFE INS. | 17.08 | 230.46 |
| SC-UNIVERSAL LIFE INS. CO | 19.25 | 154.00 |
| AS FED MAESTROS AFT | 8.00 | 112.00 |
| GPR Plan de Ahorros | 21.83 | 316.56 |
| SC-GENERAL ACCIDENT LIFE | 0.00 | 112.20 |
| **Total:** | **66.16** | **925.22** |

\* Tributable

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 60.00 | 60.00 |
| GPR Plan de Retiro de Maestro | 61.84 | 896.92 |
| FSED Disability Plan | 12.37 | 190.02 |

### TOTAL BRUTO

| | |
|---|---|
| Corriente: | 727.52 |
| Acumulado: | 11,176.94 |

### TOTAL IMPUESTOS

| | |
|---|---|
| | 35.65 |
| | 593.79 |

### DEDUCCIONES TOTALES

| | |
|---|---|
| | 131.64 |
| | 1,874.90 |

### PAGA NETA

| | |
|---|---|
| | 560.23 |
| | 8,708.25 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Cheque #04868942 | 560.23 |
| Total: | 560.23 |

**MENSAJE:** PRUEBAS GRATIS PARA MUJERES, NO CUALIFIQUEN PARA REFORMA DE SALUD Y NO TENGAN PLAN MEDICO. 274-5640

---

## Estado Libre Asociado de Puerto Rico
### 080 - DEPT DE EDUCACION-MAESTROS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 07/01/02 |
| Hasta: | 07/12/02 |

# Cheque: 04657692
Fecha: 07/12/02

**ADELAIDA COLON MALDONADO**
CALLE 4 NUM. 65
URB. DEL CARMEN
JUANA DIAZ PR 00795
SS:

| | |
|---|---|
| # Empleado: | |
| Dept: | 8005037-Ponce Juana Diaz |
| Oficina: | Santiago Collazo Perez |
| Titulo: | M.Educ.Especial |
| Sueldo: | $1,455.04 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 2 |
| Pct. Adel.: | | |
| Cant. Adel.: | | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 727.52 | 798.00 | 9,727.52 |
| Pago Retroactivo Regular | | | 96.90 | | 96.90 |
| Bono de Navidad | | | 0.00 | | 625.00 |
| **Total:** | | | **824.42** | **798.00** | **10,449.42** |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA - MHI | 11.96 | 151.52 |
| PR Withholdng | 31.06 | 406.62 |
| **Total:** | **43.02** | **558.14** |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 74.20 | 884.20 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SC-NATIONAL LIFE INS. | 17.08 | 213.38 |
| SC-UNIVERSAL LIFE INS. CO | 19.25 | 134.75 |
| AS FED MAESTROS AFT | 8.00 | 104.00 |
| GPR Plan de Ahorros | 24.73 | 294.73 |
| SC-GENERAL ACCIDENT LIFE | 0.00 | 112.20 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 70.08 | 835.08 |
| FSED Disability Plan | 14.02 | 177.65 |