Adelaid
Urb Del Carmen
Calle 4 #65
Juana Diaz, P.R.
00795



7019 1120 0001 1734 4629

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
#150 Chardon Avenue
Federal Building
San Juan (Puerto Rico 00918)



U.S. POSTAGE PAID
FCM LG ENV
JUANA DIAZ, PR
00795
FEB 18, 20
AMOUNT
$4.75



RECEIVED & FILED
2020 FEB 19 PM 4:34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR