he Burgos Rivero
Curr 153
PR 00769





Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

RETURN RECEIPT REQUESTED

RETURN RECEIPT REQUESTED

2020 FEB 19 PM 4:33
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN