Gloricela Medina Lopez
HC-04 Box 47786
Mayagüez, Puerto Rico 00680

Tel. 1-787-319-3242
glorymedina@hotmail.com

RECEIVED & FILED
2020 FEB 19 PM 4: 32
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

No. De Reclamación 156053
No. De Caso 17 BK 03283-LTS:

Epígrafe:

Los deudores en el marco de los presentes preocedimientos radicados conforme al Título III, son:

(i) El Estado Libre Asociado de Puerto Rico (ELA) No. 17BK03283-LTS (último número de contribuyente 3481)

(ii) La Corporación del Fondo de Interés apremiante de Puerto Rico (Cofina) No. 17BK03284-LTS (último número de contribuyente 8474)

(iii) El sistema de Retiro de Empleados de Gobierno No. 17BK3566-LTS (último número de contribuyente 9686)

Notas: Todos estos juntos están bajo el número de Procedimiento de Quiebra 19-BK-5532-LTS N0. Federal (3801)

Motivos: Los fundamentos de mi reclamación son:

1. Aumento salarial desde el 2000 - Ley 96
2. Aumento salarial del año 1980-1989 - Ley 89
3. Cualquier otra ley que no he mencionado me aplique

A: Estado Libre Asociado de Puerto Rico No. de procedimiento 17BK03283-LTS.

El 14 de enero del 2020, el estado Libre Asociado de Puerto Rico y el Sistema de Retiro de los empleados de gobierno del Estado Libre Asociado de Puerto Rico (SRE), a través de la Junta de Supervisión y Administración Financiera para Puerto Rico (Junta de Supervisión como representante del SRE conforme al artículo 315(b) de la Ley para la supervisión, administración y estabilidad económica de Puerto Rico. (Promesa) radicaron la centésima trigésima quinta objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico del Sistema de Retiro de los empleados de gobierno del Estado Libre Asociado de Puerto Rico a reclamos deficientes en los que se alegan intereses sobre la base de unas leyes puertorriqueñas no especificadas (la objeción global) ante el tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico. (El Tribunal)

Dado esta información:

Hoy 12 de febrero del 2020, doy la siguiente información. Agradeceré toda ayuda a leyes que me apliquen.

Cordialmente,

*Gloricela Medina López*
Gloricela Medina López

P.D. Certificación del Departamento de Educación fue debidamente solicita estamos en espera de que el departamento cumpla con su parte. Tan pronto sea recibida se la haremos llegar.

Número de Evidencia de Reclamación
Reclamante:

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

### Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación. Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### Cuestionario

1. ¿Cuál es el fundamento de su reclamación?

   ☑ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

   ☐ Empleo actual o anterior en el gobierno de Puerto Rico

   ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

   _____

2. ¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda): $19,200.00

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐ No. *Pase a la Pregunta 4.*
   - ☒ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó: **Departamento de Educación de Puerto Rico**

3(b). Identifique las fechas de su empleo con relación a su reclamación: **Comence en el 1991 hasta el presente**

3(c). Últimos cuatro dígitos de su número de seguro social: **1682**

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☐ Jubilación
   - ☑ Salarios impagos
   - ☐ Días por enfermedad
   - ☐ Queja con el sindicato
   - ☐ Vacaciones
   - ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ☐ No.
   - ☑ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción. **Departamento de Educación de Puerto Rico**

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución: **Tribunal de Distrito de los Estados Unidos para el Distrito de P.R.**

4(c). Número de caso: **15 6053**

4(d). Título, epígrafe, o nombre del caso: **PROMESA, Título III**

2

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Medina Lopez, Gloricela | 156053 | 7/5/2018 | Commonwealth of Puerto Rico | $19,200.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Medina Lopez, Gloricela | 156053 | 7/5/2018 | Commonwealth of Puerto Rico | $19,200.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si **tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

000606

yaguez, Puerto Rico
00680-9438





FEB 18, 20
AMOUNT
$4.75
R2304E104763-06
00918

RECEIVED & FILED
2020 FEB 19 PM 4:32
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767