11 de febrero de 2020

Lillian Burgos Rivera (Lillian Burgos)

16240 Carr 153

Coamo, Puerto Rico 00769

Teléfono (787) 244-4144

lbrmarajohn@gmail.com

**Número de Reclamación**: 110638, 150079, 1703283

En el asunto de Estado Libre Asociado de Puerto Rico, numero de procedimiento 17 BK 3283-LTS, de la declaración de Jay Herriman en apoyo de la centésima trigésima tercera objeción global (No sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto a reclamos deficientes en los que se alegan intereses sobre la base de las reivindicaciones salariales, labores o servicios prestados. Solicitamos al tribunal que declare a lugar la objeción global en relación al reclamo de la Ley 96 Sila María Calderón, aumento salarial del año 2004 al 2019, Ley de Retiro 3% y Ley de Escala Salarial. Ya que no fue otorgado. Se adjunta documentación justificativa para evidenciar la objeción.

Gracias por su pronta atención

_____
Lillian Burgos
Lillian Burgos Rivera

RECEIVED & FILED
2020 FEB 19 PM 4: 33
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, PR