Burgos Rivera
carr 153
po PR 00769




CERTIFIED MAIL

8 0680 0000 9966 7885

Clerk's office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767