TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

Estado Libre Asociado y otros,

Anexo A:

#791 Gloria M. Colon Sánchez

Urb. La Margarita Calle A-F

Salinas, Puerto Rico 00751

Fecha de presentación – 7/6/2018

# de caso: 17 BK03283-LST

Deudor: Estado Libre Asociado de Puerto Rico

# de reclamación: 147569

Monto de la reclamación: indeterminado

## REPLICA

Trabaje como empleada para el Departamento de Educación desde el día 16 de diciembre de 1979, ocupando un puesto de Secretaria Administrativa III, Con treinta años de experiencia y mi fecha de publicación lo fue el 30 de julio de 2010.

Durante todos esos años trabajados se firmaron unas leyes para unos aumentos salariales los cuales nunca recibí. Las mismas fueron la ley #96 del 1 de julio de 2002. Aumento a todos los empleados públicos de Puerto Rico, hecho por la Exgobernadora Sila María Calderón.

A continuación desgloso estos aumentos por mes, según mis años de trabajo:

Año 2002 – julio, agosto, septiembre, octubre, noviembre y diciembre - $600.00

Año 2003- enero, febrero, marzo, abril, mayo, junio, julio, agosto, septiembre, octubre, noviembre y diciembre - $1,200.00

Año 2004 – enero, febrero, marzo, abril, mayo, junio, julio, agosto, septiembre, Octubre, noviembre y diciembre - $1,200.00

Página 2

REPLICA

Año 2007 – enero, febrero, marzo, abril, mayo, junio, julio, agosto, septiembre, octubre, noviembre y diciembre - $1,200.00

Año 2008 – enero, febrero, marzo, abril, mayo, junio, julio, agosto, septiembre, octubre, noviembre y diciembre - $1,200.00

Año 2008 – enero, febrero, marzo, abril, mayo, junio, julio, agosto, septiembre, octubre, noviembre y diciembre - $1,200.00

Año 2009 – enero, febrero, marzo, abril, mayo, junio, julio, agosto, septiembre, octubre, noviembre y diciembre - $1,200.00

Año 2010 – enero, febrero, marzo, abril, mayo, junio, julio - $700.00

En cuanto a la Ley de Carlos Romero Barceló cuando era gobernador para los años 1980's, estableció una ley de aumento salarial para los empleados públicos, la cual no fue otorgado ese aumento. He buscado incansablemente por internet y me ha sido imposible conseguirla.

Así mismo la ley de aumento salarial para los empleados públicos durante su incumbencia como gobernador de Puerto Rico, el exgobernador de Pedro Rosselló para los años 1993-2001, tampoco se concedió. También buque en la internet dicha ley pero no la encontré.

Espero, con mucho respeto tengan dichas leyes y puedan hacer el cálculo de acuerdo a la información ofrecida.

Cabe señalar que durante el tiempo trabajado tuve un buen desempeño realizando las tareas que se adjuntan como Secretaria Administrativa del Superintendente de Escuelas del distrito escolar de Salinas, trabajo arduo y de gran responsabilidad.

Anejos

1. Carta como empleada del Departamento de Educación con fecha de comienzo
2. Carta como que hice tareas de Recaudadora Auxiliar
3. Tareas que realizaba
4. Carta de tomar todas las minutas de reuniones
5. Informe de cambio #756
6. Documento SPT indicando anuncio de aumento de la exgobernadora Sila

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACION
CENTRO DESARROLLO PROFESIONAL
DISTRITO ESCOLAR DE SALINAS



7 de septiembre de 2005

Sr. Rafael Sifontes
Director
Personal No- Docente
Departamento de Educación
San Juan, Puerto Rico

Estimado señor Sifontes:

La presente es para informarle que la Sra. Gloria M. Colón Sánchez cuyo número de seguro social es _____ es empleada del Departamento de Educación desde el día 16 de diciembre de 1979; según consta en su expediente.

Actualmente la Sra. Colón Sánchez ocupa la plaza de Secretaria Administrativa III en la Oficina Superintendente de Escuelas del distrito escolar de Salinas.

Cordialmente,

Carlos Colón Burgos
Superintendente de Escuelas

Adjunto copia de su records.

CC.: Maribel Arroyo
Sindicato Puertorriqueños de Trabajadores

Lourdes S. Garcia
Sub-Coordinadora PASO

Departamento de Educación

Salinas, Puerto Rico

18 de enero de 1994

Sra. Gloria M. Vega
Directora
División de Recaudaciones
Departamento de Educación
Apartado 190759
San Juan, P.R. 00919

Estimada señora Vega:

La señora Gloria M. Colón Sánchez, es la Recaudadora Auxiliar del distrito escolar de Salinas. La misma no puede seguir realizando esta función debido a las múltiples tareas que tiene.

Recomiendo favorablemente al Sr. Angel R. Vázquez Ambers para que continúe realizando esta función.

Sin otro particular, quedo,

Atentamente,

Elsa González Rivera
Superintendente de Escuelas

gmc

A cada niño un futuro, a cada niño su estrella

11503

# SECRETARIA(O) ADMINISTRATIVA(O) III

## NATURALEZA DE TRABAJO

Trabajo secretarial y de coordinación que consiste en la toma y transcripción de dictados y en el desempeño de otras tareas administrativas, así como el uso de sistemas computarizados o máquina de escribir y en algunos casos supervisar personal de menor jerarquía.

## ASPECTOS DISTINTIVOS DEL TRABAJO



El empleado realiza trabajo de complejidad y responsabilidad considerable que incluye la coordinación del trabajo que realiza personal de menor jerarquía. El empleado ejerce su trabajo con completa iniciativa y criterio propio al desarrollar y aplicar sus propios métodos y procedimientos. El empleado recibe supervisión administrativa y conforme a su criterio planifica, desarrolla y organiza todas las fases de su trabajo. Por lo general, su trabajo es revisado mediante la evaluación de los logros obtenidos.

## EJEMPLOS DE TRABAJO

Coordina el trabajo que realizan empleados de oficina de menor jerarquía.

Coordina y distribuye el trabajo de los empleados bajo su cargo y revisa el mismo.

Toma y transcribe dictados con rapidez y exactitud, memoriales, informes y otros documentos de naturaleza similar que le transcribe su supervisor.

Lleva calendario de trabajo de su supervisor y lo mantiene informado del mismo.

Atiende a los visitantes que llegan a la oficina y los orienta o refiere a los funcionarios o empleados correspondientes.

Atiende el teléfono recibiendo y originando llamadas para su supervisor y otros empleados de la oficina y mantiene un récord de las mismas.

Canaliza la correspondencia a su destino.

Opera máquinas fotocopiadoras, máquinas de contabilidad sencillas y computadoras que se usan en su área de trabajo.

## CONOCIMIENTOS, HABILIDADES Y DESTREZAS MINIMAS

Conocimiento vasto de las técnicas y prácticas modernas de dictado y mecanografía incluyendo la utilización de algún computador electrónico.

Conocimiento vasto de los principios y métodos

modernos de administración de oficina.

Conocimiento vasto de los principios y técnicas modernas de supervisión.

Habilidad para dirigir empleados de menor jerarquía.

Habilidad para reaccionar con rapidez y resolver problemas imprevistos.

Habilidad para detectar y corregir errores ortográficos y gramaticales.

Habilidad para expresarse correctamente, verbalmente y por escrito.



Habilidad para seguir y comunicar instrucciones.

Habilidad para establecer y mantener relaciones de trabajo efectivas.

Destreza para tomar dictados con rapidez y exactitud y operar máquinas de escribir.

## PREPARACION Y EXPERIENCIA MINIMA

Bachillerato en Ciencias Secretariales con dos (2) años de experiencia en trabajo similar en cuanto a naturaleza y complejidad al que realiza una Secretaria Administrativa II en el Departamento de Educación o en su lugar Grado Asociado en Ciencias Secretariales y dos (2) años de experiencia en trabajo o labores similares en

naturaleza y complejidad a las que realiza una(un) Secretaria(o) Administrativa(o) II en el Departamento de Educación.

11503

## PERIODO PROBATORIO

Diez (10) meses.



11503

Por virtud que me confiere la Ley número 68 del 28 de agosto de 1990, según enmendada, por la presente apruebo la antecedente Clase de Puesto para el Servicio de Carrera del Personal No Docente del Departamento de Educación, a partir del 1 de julio de 1997.

En San Juan, Puerto Rico a 1 de julio de 1997.

_____
Hon. Víctor R. Fajardo Vélez
Secretario de Educación

Estado Libre Asociado de Puerto Rico
**DEPARTAMENTO DE EDUCACIÓN**
*CENTRO DE DESARROLLO PROFESIONAL*
**SALINAS, PUERTO RICO**

30 de septiembre de 2005

Sra. Evelyn Vicente
Directora Reclasificación y Retribución
Departamento de Educación
Apartado 190759
San Juan, Puerto Rico 00919-0759

Señora Vicente:

Por este medio le informo que adicional a las tareas de la (DE-16) realizo las siguientes tareas:

- SE DELEGA EN ESTA PERSONA TOMAR TODAS LAS MINUTAS DE LAS REUNIONES COORDINADAS EN EL DISTRITO.

- EN EL INCISO #15 DEBE DECIR **SI.**

Atentamente,

Gloria M. Colón Sánchez
Secretaria Administrativa III
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 – Puesto C11746
Distrito Escolar de Salinas

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE INSTRUCCION PUBLICA
Oficina de la Superintendente de Escuelas
Salinas, Puerto Rico

10 de septiembre de 1985

Sr. Rubén Rojas
División Clasificación y Retribución
Departamento de Instrucción Pública
Apartado 759
Hato Rey, Puerto Rico 00919

Atención: Sra. Leyda Nieves

Estimado señor Rojas:

La señora Gloria M. Colón Sánchez, ocupa el puesto de Secretaria II en el Distrito Escolar de Salinas.

Se inició en esta oficina en diciembre de 1979, proveniente del Departamento de Servicios Sociales de Salinas, donde trabajó desde el día 3 de noviembre de 1975 hasta diciembre de 1979.

Considerando la eficiencia y calidad del trabajo realizado por esta empleada, recomiendo favorablemente su plaza de Secretaria II sea reclasificada.

La señora Colón es una empleada muy responsable y disciplinada, tienes los méritos para que se le conceda este ascenso.

Cordialmente,

ANA MARIA SUAREZ
SUPERINTENDENTE DE ESCUELAS INT.



# Ley Núm. 96 del año 2002

(P. de la C. 2634) 2002 ley 96
(Reconsiderado)

**Para conceder un aumento de suelo de cien (100) dólares a los empleados públicos del gobierno.**

**LEY NUM. 96 DE 1 DE JULIO DE 2002**

Para conceder un aumento de sueldo de cien (100) dólares a los empleados públicos del Gobierno Central del Estado Libre Asociado de Puerto Rico, efectivo el 1ro. de julio de 2002.

## EXPOSICION DE MOTIVOS

Puerto Rico cuenta con miles de servidores públicos honestos y responsables que día a día dedican sus vidas al servicio de nuestra gente y buscando el bienestar de todos los puertorriquenos. El servidor público del Siglo 21, como representante de la honestidad y la dignidad del trabajo, goza de la confianza de esta Administración.

De igual forma, esta Administración está consciente de los sacrificios que realizan estos servidores públicos, quienes trabajan incesantemente para proveerle a la ciudadanía un servicio de excelencia, a cambio de una remuneración que propenda a una vida con limitaciones. Aún así, estos hombres y mujeres que honran el servicio público le siguen sirviendo con desprendimiento y dedicación a Puerto Rico.

En la década de los años ochenta, se comenzó a desarrollar una nueva orientación de la política pública en cuanto a salarios y beneficios marginales para los empleados públicos, con el propósito de colocar a éstos a la par con los empleados de la empresa privada, en la medida que lo permitan los recursos públicos. A tono con esta política pública, en el pasado se legisló para concederles aumentos generales de salario, aumentos en la aportación patronal para el pago de primas de los planes médicos, y aumentos permitidos por la Ley Núm. 89 de 12 de julio de 1979, según enmendada, conocida como "Ley de Retribución Uniforme", entre otros. Así también, diversos grupos han recibido aumentos de salarios mediante la aprobación de leyes especiales como es el caso de los policías y los maestros.

Es la intención de esta Administración y de esta Asamblea Legislativa reconocer la ardua tarea que realizan estos empleados públicos para adelantar la calidad y la eficiencia de nuestra administración pública.

Por tanto, aún ante la estrechez económica a la que nos enfrentamos, y reconociendo el reclamo de los diversos grupos que representan el sector laboral gubernamental, es imperante hacerle justicia a nuestros empleados públicos, concediéndoles un aumento salarial de cien (100) dólares mensuales a los empleados públicos que estén bajo las condiciones que más adelante se establecen.

*DECRETASE POR LA ASAMBLEA LEGISLATIVA DE PUERTO RICO:*

Artículo 1.-Los aumentos concedidos al amparo de esta Ley serán de la siguiente forma:

(a) Cien (100) dólares mensuales de aumento de sueldo a los empleados públicos que al 30 de junio de 2002 estén en servicio activo, sin distinción de status ni categoría. Cuando en un puesto se prestaren servicios a jornada parcial, el aumento a concederse será proporcional a la jornada de trabajo. Aquellos empleados vinculados al servicio que no estén en servicio activo al 1ro. julio de 2002 tendrán derecho a recibir el aumento efectivo a la fecha en que se reintegren al servicio.

OCAP-15  
Especial

Expediente # 8197

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
## OFICINA CENTRAL DE ADMINISTRACION DE PERSONAL
## SANTURCE, PUERTO RICO

INFORME DE CAMBIO ESPECIAL NUMERO __756__

Cifra de Cuenta __91-111-081-06-001__    Símbolo __0042__

__INSTRUCCION PUBLICA__                  __Func. Sec.-Salinas__
Departamento o Agencia                   UNIDAD DE TRABAJO

Se notifica el siguiente cambio en el sueldo de este empleado en virtud de lo establecido en el Artículo 7.2 de la Ley Número 89 del 12 de julio de 1979, según enmendada, Ley de Retribución Uniforme. El cambio es efectivo según se indica más adelante por haber transcurrrido cinco (5) años de servicios satisfactorios en forma ininterrumpida, sin que el empleado haya recibido ningún aumento de sueldo, excepto los otorgados por disposiciones de ley.

__Gloria M. Colón Sánchez__              __16 marzo 91__
NOMBRE DEL EMPLEADO                      FECHA DE EFECTIVIDAD

_____               _____
NUMERO DE SEGURO SOCIAL                  NUMERO DE EMPLEADO

| ANTES DEL CAMBIO | DESPUES DEL CAMBIO |
|---|---|
| Título de Clasificación  Sec. III | |
| Escala de Retribución  SR-7 | |
| Número del Puesto  17911 | |
| Sueldo Mensual  777 | 807 |

Observaciones: _____

Frank E. Dobek, Director  
División Personal Clasificado  
FIRMA DE LA AUTORIDAD NOMINADORA O  
SU REPRESENTANTE AUTORIZADO

TAG-DIP-T16-85—75,000

Modelo OP-15
Rev. 12 Feb. 70

ESTADO LIBRE ASOCIADO DE PUERTO RICO
OFICINA DE PERSONAL

INFORME DE CAMBIO

1. Número del Cambio: 454
2. Número del Empleado: 24505
S.S.:

**IMPORTANTE**
INSTRUCCIONES
LEA AL DORSO

| Núm. | Cambio a Efectuarse | Antes del Cambio | Después del Cambio |
|---|---|---|---|
| | | Puesto Núm. 1003 | Puesto Núm. 0472 |
| 3. | Nombre del Empleado | Gloria M. Colón Sánchez | |
| 4. | Título de Clasificación | Secretaria II | |
| 5. | Departamento o Agencia | Depto. Servicios Sociales | Depto. Instrucción Pública |
| 6. | División | Sec. Aux. Asist. Pública | Func. de Esc. |
| 7. | Unidad o Sección | Prog. Cupones para Alimentos | Adm. y Supv. |
| 8. | Dirección (del Trabajo) | Salinas | Salinas |
| 9. | Dirección (Postal) | | |
| 10. | Estado Civil | | |
| 11. | Clase de Nombramiento | De Confianza | prob.carr.b/15-jun-80 |
| 12. | Sueldo | 8462.00 | 468 |
| 13. | Descuento para Retiro | 21.00 | 4.5 |
| 14. | Descuento para Ahorro | 14.04 | |
| 15. | Descuento para Seguro Social | 26.99 | |
| 16. | Descuento por Préstamos | | |
| 17. | Descuento por Contribución sobre Ingresos | | |
| 18. | Cuota para la Cruz Azul | 25.00 | |
| 19. | Otros Descuentos | | |
| 20. | Obvenciones | | |
| 21. | Fecha de Efectividad | 15 de diciembre de 1979 | 16 dic. 1979 |

22. Indique si se trata de:
☐ Ascenso  ☒ Traslado  ☐ Descenso  ☐ Cambio de Status  ☐ Reasignación

23. En caso de traslado a otra agencia—Licencia que debe acreditarse
Por Enfermedad ........ días    Para Vacaciones ........ días

| | Último Día de Trabajo | Licencia Anual Concedida | Fecha de Separación (Último día de pago) |
|---|---|---|---|
| 24. Renuncia | | | |
| 25. Separación en Período Probatorio | | | |
| 26. Destitución | | | |
| 27. Cesantía | | | |

28. Muerte    Último día    Participante de Retiro
Fecha........ Hora........ de pago ........    ☒ Sí   ☐ No

| 29. Suspensión: | Duración | De | A |
| 30. Licencia sin sueldo: | Duración | De | A |
| 31. Licencia Militar: | Duración | De | A |
| 32. Licencia de Maternidad: | Duración | De | A |
| 33. Licencia Especial para Estudio: | Duración | De | A |

34. Reinstalación:
35. Comentarios y Explicaciones (Si necesita más espacio use el dorso)    Adj. for. p/ crear nuevo nombramiento

36. En caso de cambio de puesto indique:    Examen sin Oposición ☐
Seleccionado de Terna Núm. 437
Autorización Núm. ........ Nombre del anterior incumbente Lourdes Suárez

37. Si el cambio es por traslado, el jefe de la agencia donde se origine el traslado o su representante autorizado firma aquí:
Juan [signature], Jefe de Personal

38. Firma del empleado en caso de traslado o cambio de nombre descenso y cambio de puesto dentro de servicios
Por Oposición    Sin Oposición    Exento

39. Aprobado por:
[signature]
Jefe de la Agencia o su Representante Autorizado

Fecha: 26 de diciembre de 1979
Fecha: 1-30-80

APARTADOS 40 AL 44 PARA USO DE LA OFICINA DE PERSONAL SOLAMENTE

| 40. Aprobado por: | 41. Tarjeta perforada | 42. Inscrito |
| Fecha | Por: | Por: |

43. Antes del Cambio    SIMBOLOS DE CONTABILIDAD    44. Después del Cambio

| A.F. | Fondo | Agencia | Div. | Sub Div. | Asignación | Objeto | A.F. | Fondo | Agencia | Div. | Sub Div. | Asignación | Objeto | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 80 | 111 | 77 | 11 | - | 81 | 111 | | | | | | | | DEJESE EN BLANCO |

—41—IGPR.

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE INSTRUCCION PUBLICA
Hato Rey, Puerto Rico

EVALUACION PERIODICA-PERIODO PROBATORIO

Gloria M. Colón Sánchez          Sec. II
Nombre del empleado          Puesto que ocupa

Func. de Esc.-Adm. y Supv.-Salinas      3 meses
División o Pueblo          Duración del Período Probatorio

I. Conocimiento del Trabajo

- X  Conoce su trabajo bien
- ___ Conocimiento aceptable
- ___ Conocimiento insuficiente

II. Actitud Hacia el Trabajo

- X  Excelente
- ___ Buena
- ___ Regular
- ___ Pobre

III. Cantidad de Trabajo

- X  Sobre el promedio
- ___ Promedio
- ___ Bajo promedio

IV. Calidad del Trabajo

- X  Excelente
- ___ Satisfactoria
- ___ Regular
- ___ Deficiente

V. Capacidad para Progresar

- ___ Superior
- X  Buena
- ___ Satisfactoria
- ___ Pobre

VI. Iniciativa

- ___ Extraordinaria
- X  Buena
- ___ Satisfactoria
- ___ Pobre

VII. Asistencia

- X  Asiste con regularidad

Se ausenta:
- ___ En algunas ocasiones
- ___ Con alguna frecuencia
- ___ Con mucha frecuencia

VIII. Puntualidad

Llega tarde:
- X  Sólo en casos de emergencia
- ___ Con alguna frecuencia
- ___ Con marcada frecuencia
- ___ Habitualmente

IX. Confiabilidad

- X  Confiable
- ___ Poco confiable
- ___ No confiable

X. Relaciones

- X  Cordiales
- ___ Satisfactorias
- ___ Pobres

OP-35 A (Dic. 1968)

o OP-15
12 Feb. 70

**IMPORTANTE**
**INSTRUCCIONES:**
**LEA AL DORSO**

ESTADO LIBRE ASOCIADO DE PUERTO RICO
**OFICINA DE PERSONAL**
**INFORME DE CAMBIO**

1. Número del Cambio
2. Número del Empleado

| | | Antes del Cambio | Después del Cambio |
|---|---|---|---|
| Núm. | Cambio a Efectuarse | Puesto Núm. 3472 | Puesto Núm. |
| 3. | Nombre del Empleado | Gloria M. Colón Sánchez | |
| 4. | Título de Clasificación | Mec. II | |
| 5. | Departamento o Agencia | Instrucción | |
| 6. | División | Esc. de Ens. | |
| 7. | Unidad o Sección | Adm. y Sup. | |
| 8. | Dirección (del Trabajo) | Salinas | |
| 9. | Dirección (Postal) | | |
| 10. | Estado Civil | | |
| 11. | Clase de Nombramiento | Prob. Carr. | Prb. Carr. |
| 12. | Sueldo | 344 | |
| 13. | Descuento para Retiro | A.S. | |
| 14. | Descuento para Ahorro | | |
| 15. | Descuento para Seguro | | |
| 16. | Descuento por Préstamos | | |
| 17. | Descuento por Contribución sobre Ingresos | | |
| 18. | Cuota para la Cruz Azul | | |
| 19. | Otros Descuentos | | |
| 20. | Obvenciones | | |
| 21. | Fecha de Efectividad | | 14 junio 1965 |

22. Indique si se trata de:
☐ Ascenso   ☐ Traslado   ☐ Descenso   ☐ Cambio de Status   ☐ Reasignación

23. En caso de traslado a otra agencia—Licencia que debe acreditarse:
Por Enfermedad............días     Para Vacaciones............días

| | Ultimo Día de Trabajo | Licencia Anual Concedida | Fecha de Separación (Ultimo día de pago) |
|---|---|---|---|
| 24. Renuncia | | | |
| 25. Separación en Período Probatorio | | | |
| 26. Destitución | | | |
| 27. Cesantía | | | |

28. Muerte       Ultimo día       Participante de Retiro
Fecha........Hora........  de pago:       ☐ Sí  ☐ No

| 29. Suspensión: | Duración | De | A |
| 30. Licencia sin sueldo: | Duración | De | A |
| 31. Licencia Militar: | Duración | De | A |
| 32. Licencia de Maternidad: | Duración | De | A |
| 33. Licencia Especial para Estudio: | Duración | De | A |

34. Reinstalación:
35. Comentarios y Explicaciones (Si necesita más espacio use el dorso)  Ad. op-15

36. En caso de cambio de puesto indique:     Examen sin Oposición ☐
    Seleccionado de Terna Núm..............
    Autorización Núm..........Nombre del anterior incumbente...........

37. Si el cambio es por traslado, el jefe de la agencia donde se origine el traslado o su representante autorizado firma aquí:

38. Firma del empleado en caso de traslado o cambio de nombre, descenso y cambio de puesto dentro de servicios
    Por Oposición     Sin Oposición     Exento

39. Aprobado por _____
    Jefe de la Agencia o su Representante Autorizado
    Fecha 3-13-65

APARTADOS 40 AL 44 PARA USO DE LA OFICINA DE PERSONAL SOLAMENTE

| 40. Aprobado por: | 41. Tarjeta perforada | 42. Inscrito |
|---|---|---|
| Fecha | Por: | Por: |

43. Antes del Cambio       SIMBOLOS DE CONTABILIDAD       44. Después del Cambio

| A.F. | Fondo | Agencia | Div. | Sub Div. | Asignación | Objeto | A.F. | Fondo | Agencia | Div. | Sub Div. | Asignación | Objeto | DEJESE EN BLANCO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |

.—41—IGPR.

*13 de febrero de 2002*

# SPT
## Sindicato Puertorriqueño de Trabajadores
### Local 1996 SEIU, AFL-CIO

# ¡AUMENTO SALARIAL, TRIUNFO SINDICAL!

El anuncio del aumento de $100 mensuales a todos los empleados públicos, hecho por la Gobernadora como parte de la presentación del próximo presupuesto gubernamental, es producto de la lucha y la presión ejercida por los trabajadores organizados en los respectivos sindicatos del sector público.

Debemos regocijarnos de que la Gobernadora no cedió a las fuertes presiones de algunos legisladores, como Francisco Zayas Seijo, presidente de la Comisión de Hacienda de la Cámara de Representantes, que pujaron para que no se concediera el más que merecido aumento.

El aumento anunciado es una buena base para que las negociaciones del Convenio Colectivo despeguen y se hagan buenas las promesas que hiciera la Sra. Calderón con los Sindicatos del país.

Ahora le corresponde al secretario César Rey hacer los ajustes para que, con los fondos internos, pueda hacer las ofertas económicas adicionales que los trabajadores necesitamos para alcanzar unas condiciones de trabajo satisfactorias.

*Es momento de reforzar los comités de apoyo a la negociación... para culminar un Convenio que nos haga justicia!*

Al tiempo que expresamos satisfacción por el anunciado aumento, no podemos "dormirnos en las pajas".

Es momento de reforzar los comités de apoyo a la negociación, de continuar presionando para que las negociaciones del Convenio avancen y culminen otorgándonos la justicia salarial que nos merecemos.

## ¡Hemos avanzado, a reforzar la organización!

Ave. San Ignacio #1387, Urb. Altamesa, San Juan, Puerto Rico 00921. 775-0720, fax 775-0677

Gloria M. Colón Sánchez
Urb. La Margarita Calle AF-2
Salinas PR 00751

RECEIVED & FILED
2020 FEB 19 PM 4:33
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR



CERTIFIED MAIL

7019 1640 0001 9527 7061





U.S. POSTAGE PAID
FCM LG ENV
SALINAS, PR
00751
FEB 18, 20
AMOUNT
$8.00
1000    00918    R2305K135343-04

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, PR 00918-1767