## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### CERTIFICATE OF SERVICE

    I hereby certify that Destilerias Serralles, Inc. ("Serralles"), in accordance with Fed. R. Bankr. P. 9014(b), Fed. R. Bankr. P. 7004(b), and the Court's *Tenth Amended Notice, Case Management and Administrative Procedures Order* (Docket No. 8027 of Case No. 17-03283 (LTS)) (the "CMP Order"), sent a true and exact copy of the document titled *Joinder by Serralles to the FOMB and Bacardi's Oppositions to Movants Amended Motion for Relief from Stay* (Docket No. 10612 of Case No. 17-03283 (LTS)) **by electronic mail upon all the parties listed in the Master Service List on FEBRUARY 3, 2020 and by U.S. mail upon all the Standard Parties listed in the CMP Order on FEBRUARY 4, 2020**.

    **RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 23rd day of February, 2020.

    **WE HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case.

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801).

- 2 -

**MCCONNELL VALDÉS LLC**
*Attorneys for Destilerias Serralles, Inc.*
270 Muñoz Rivera Avenue, Suite 7
Hato Rey, Puerto Rico  00918
Telephone: 787-250-5619
Facsimile:  787-759-9225

By: *s/Nayuan Zouairabani*
Nayuan Zouairabani, Esq
Email: nzt@mcvpr.com