13 de febrero 2020

RECEIVED & FILED
2020 FEB 19 PM 4: 31
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Centésima, Cuadragésima, Octava Objeción Global relacionada con Prime Clark

# caso 17BK03283 LTS, numero de reclamación 127981

Distrito Federal de EU para distrito Estado Libre Asociado de Puerto Rico

    Soy la Señora Maria Victoria Ríos Arroyo. Mi dirección postal es HC-11 Box 48950, Caguas, P.R. 00726-9028, teléfono 787-579-5792 y correo electrónico mvriosarroyo@gmail.com. Durante treinta años con cuarto meses, dos semanas y .80 días trabajé como personal docente del Departamento de Educación de Puerto Rico; desde agosto de 1988 hasta diciembre del 2018; fecha en que me acogí al retiro permanente.

    Estoy escribiendo esta carta para que continúen este caso de reclamación hacia adelante por naturaleza de impago durante los años correspondientes a la ley 89, ley 96, y ley 164. Adjunto les envió copias que confirman dichas alegaciones, mi número de reclamación es 127981.

    De necesitar alguna otra evidencia favor de comunicarse conmigo nuevamente.

Muchas gracias por su atención,

Atentamente,

*[firma]*

Maria Victoria Ríos Arroyo