# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

06 de diciembre de 2018

DEPARTAMENTO DE EDUCACION
SECCIÓN DE NOMBRAMIENTOS Y CAMBIOS
APARTADO 190759
SAN JUAN PR 00919 0759

Solicitud No: 934167
Radicada en: 09 nov 2017

Atención: Sr. Enoch González Vélez

El(la) profesor(a) MARIA V RIOS ARROYO con seguro social XXX-XX-5201 ha radicado una Solicitud de Retiro en nuestro Sistema. Al 26 de octubre de 2018, fecha de su última aportación recibida,

[X]cualifica [ ]no cualifica para acogerse a la jubilación.

Su tiempo cotizado y edad es el siguiente:

30 Años, 4 Meses, 2 Semanas, .80 Dias y su edad es 60 años.

Los pagos pendientes no están considerados en esta certificación. Los mismos son:

[ ]Reconocimiento de Tiempo
[ ]Diferencia en % por transferencia recibida
[ ]Reembolso de Cuotas
[X]No aplica

El tiempo certificado puede variar, de encontrarse diferencias en el Informe de Cambio, enviado por el Departamento de Educación u otras Instituciones Gubernamentales y de existir anulaciones futuras entre cuentas que afecten las aportaciones del Sistema.

Deberá permanecer cotizando en nuestro Sistema hasta la fecha que proyecta retirarse.

El plan médico y planes suplementarios deben ser pagados directamente a las aseguradoras hasta tanto envíen las autorizaciones de descuentos para tramitar su pensión.

Atentamente,

Ivonne L. Ortiz Valladares
Area de Servicios de Retiro

c: MARIA V RIOS ARROYO           XXX-XX-5201
   HC 11 BOX 48950
   CAGUAS, PR 00725

235 Avenida Arterial Hostos, Edificio Capital Center, Torre Norte, Hato Rey, Puerto Rico 00918
P.O. Box 191879, Hato Rey, PR 00919-1879
srm_correspondenciaconsulta@srm.pr.gov   (787) 777-1414   http://www.srm.pr.gov

SRM
Sistema de Retiro para Maestros
Gobierno de Puerto Rico