Maria V. Rios Aney
HC-11 Box 48950
Caguas P.R.
00725-9028




U.S. POSTAGE PAID
FCM LETTER
CAGUAS, PR
00725
FEB 18, 20
AMOUNT
**$6.95**
R2305H129471-01

1000    00918



CERTIFIED MAIL

7019 2970 0001 5599 3173

Secretaria (clark Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan P.R. 00918-1767