Juanita [illegible]
Urb. Bairoa Park
J Parque de la Fuente C-14
Caguas, P.R. 00727

7019 1640 0000 2812 1011

U.S. POSTAGE
FCM LETTER
CAGUAS, PR
00725
FEB 18, 20
AMOUNT
$6.95
R2304M114409

RETURN RECEIPT REQUESTED

2020 FEB 19 PM 4:31

Hon. Laura Taylor Swain
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767