14 de febrero de 2020
Hon. Laura Taylor Swain
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767



Honorable Jueza:

Saludos. Mediante esta carta presento mi reclamación de la réplica sobre el pago de la Ley Promesa a los Maestros de Puerto Rico, por la objeción global. Entendiendo que no se me ha realizado el pago correspondiente por mis años de servicios en el sistema público en el Departamento de Educación de Puerto Rico.

Mi nombre es: Miguel Bonilla Robles
Resido en: Urb. Bairoa Park
    Calle Parque de la Fuente C-14
    Caguas, P.R. 00727
Teléfono celular: (787) 314-0387
Correo electrónico: miguel-chiqui2012@hotmail.com
Número de reclamación: 119604
Fecha de presentación: 6/28/2018
Caso #: 17 BK 3283 LTS (Administrados en forma conjunta)
Presentado al: Tribunal de Distritos de los Estados Unidos para el Distritos de Puerto Rico
Como representante: El Estado Libre Asociado de Puerto Rico y otros.
Leyes que considero que me aplican:

   Ley núm. 189 del 1979 -años reclamados- 21 años= $21,000

   Ley núm. 89 de octubre del 1983 -años reclamados- 17 años= $10,200

   Ley núm. 180 del 1988 -años reclamados- 2 años= $2,800

   Total aproximado: $34,000

Solicito la adjudicación de mi petición según corresponda a mis derechos por las leyes especificadas, si cualifico. Incluyo carta de certificación de años de servicios en el Departamento de Educación.

*Miguel Bonilla Robles*
Firma