

# DEPARTAMENTO DE EDUCACION
Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

4 de febrero de 2020

# C E R T I F I C A C I O N

| | | |
|---|---|---|
| Certifico que | : | MIGUEL BONILLA ROBLES |
| Seguro Social | : | |
| Categoría | : | MA. EDUC. SEC (MATEMATICAS) |
| Distrito Escolar | : | JUNCOS_ |
| Sueldo Mensual | : | $1,945.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 28 de julio de 2000 |
| Otros | : | Nuestro Sistema de Recursos Humanos refleja que trabajó para ésta Agencia por un periodo de 28 años, 6 meses y 1 semana. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.