(i) **Datos de contacto:**

Nombre: Irma L. Cintrón Díaz

Dirección: Urb. Terrazas Denajagua II calle Topacio JJ/72 Fajardo, P.R. 00738

Número de teléfono: (787) 316-5290

Dirección correo electrónico: irmacintron15@gmail.com

(ii) **Epígrafe:**

Nombre del Tribunal: **Tribunal de Distrito de Estados Unidos Para el Distrito de Puerto Rico**

Nombre de deudores: **Junta Supervisión y Administración Financiera Para Puerto Rico, como representante de Estado Libre Asociado de Puerto Rico**

Número de procedimiento: 17-BK3283-LTS

Título de la objeción global: Notificación de la centésima trigésima sexta objeción global del ELA de Puerto Rico

Números de evidencia de reclamos relacionado de Prime Clerk: 143774

(iii) Motivo para oponerse: Me desempeñé en el Dpto de Educación de Puerto Rico durante los años 1968 hasta 2005. Durante esos años se aprobaron las leyes #85 (Romerazo) y la ley Sila Calderón 2002 y no se me otorgaron los beneficios que me corresponden por motivos de esas leyes.

(iv) Documentación justificada: Adjunto certificación de Retiro para Maestros