GOBIERNO DE PUERTO RICO

Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Irma L. Cintrón Díaz**, con número de seguro social que termina en **1814**.

| | |
|---|---|
| **Fecha de Efectividad de la Pensión** | **29 de julio de 2005** |
| **Tiempo Cotizado para la Pensión** | **36 años, 7 mes, 3 sem, 2.50 días** |
| **Pensión Mensual Inicial** | **$1,954.58** |
| **Pensión Mensual Actual** | **$1,954.58** |

Esta certificación se expide hoy, **13 de febrero de 2020** en **San Juan**, **Puerto Rico**.

**Cynthia Sanjurjo Santos**
**Supervisora**
**Centro de Contacto**

sba

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879



Sistema de Retiro para Maestros
Gobierno de Puerto Rico
Trabajamos la Aportación al Futuro

( 787.777.1414    ✉ 787.764.6910    www.srm.pr.gov