Jema L Castro Ruiz
Urb. Terrazas Demajagua II
Calle Topacio JJ172
Fajardo, P.R 00738

Secretario (Clerks Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan Puerto Rico 00918-1767

CERTIFIED MAIL
7019 1120 0000 8132 9028

U.S. POSTAGE PAID
FCM LETTER
CEIBA, PR
00735
FEB 18, 20
AMOUNT
$6.95
R2304P119128-06