February 15, 2020

Mirta del R. Martínez Torres
Calle Coral 3000
Condominio Lagoplaya, Apt. 2431
Toa Baja, P. R. 00949
Claim Number:  148420
Number: 17 BK 3283-LTS
Email: milo7lp@hotmail.com
Phone number:  939-349-6138
Claim :  $4,800.00

RECEIVED & FILED

2020 FEB 19  PM 4: 31

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaria Tribunal del Distrito de los Estados Unidos de América
Room  150, Federal Building, San Juan P.R. 00918-1767

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS DE AMÉRICA para el Distrito de P.R.
Deudores del caso al Estado Libre  Asociado de P.R.   Título de la objeción GLOBAL..
NOTIFICACION DE LA 157 OBJECION GLOBAL  (no sustantiva), del Estado Libre  Asociado de P.R.
de la AUTORIDAD DE CARRETERAS Y TRANSPORTACION DE PR y del  SISTEMA DE LOS
EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PR a varios reclamos deficientes.

To whom it May concern:

I am writing to you in relation to the claim mentioned above because you say that my claim is
deficient because it does not present evidence to support my claim. I am including the evidence
of my years of service worked as a teacher in P.R. (attached), since I am entitled to a salary
increase that was not given to me. I hope that you review my case and that it proves my
evidence (attached sent), is taken into consideration in my favor.

Thanks for the attention to this matter,  Sincerely

Mirta del R. Martínez Torres

See attached