# DEPARTAMENTO DE EDUCACION
Estado Libre Asociado de Puerto Rico
Secretaría Auxiliar de Recursos Humanos

14 de febrero de 2020

# CERTIFICACION

| | |
|---|---|
| Certifico que | : MIRTA DEL R MARTINEZ TORRES |
| Seguro Social | : |
| Categoría | : MAESTRO ELEMENTAL |
| Distrito Escolar | : BAYAMON I |
| Sueldo Mensual | : $2,015.00 |
| Status | : PERMANENTE |
| Observaciones | : |
| Trabaja | : N/A |
| Cesó | : N/A |
| Renunció | : Efectivo el 27 de julio de 2001 |
| Otros | : Nuestro Sistema de Recursos Humanos refleja que trabajó para ésta Agencia por un periodo de 30 años, 8 meses y 1 día. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.