Mirt: del R. Martinez Torres
Calle Coral 3000
Cond. Lagoplaya Apt. 2431
Toa Baja, P.R. 00949

7018 3090 0001 5189 4178

Secretaria Tribunal de Distrito
de los Estados Unidos de América
Federal Building, San Juan, P.R.
00918-1767