Elizabeth Gueits Rodriguez
Calle Clavel #705
Urb. Flor del Valle
Mayagüez, Puerto Rico 00680

Tel. 1-787-607-6156
elygueits@hotmail.com

RECEIVED & FILED
2020 FEB 19 PM 4: 32
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

No. De Reclamación 145695
No. De Caso 17 BK 03283-LTS:

Epígrafe:

Los deudores en el marco de los presentes preocedimientos radicados conforme al Título III, son:

(i) El Estado Libre Asociado de Puerto Rico (ELA) No. 17BK03283-LTS (último número de contribuyente 3481)

(ii) La Corporación del Fondo de Interés apremiante de Puerto Rico (Cofina) No. 17BK03284-LTS (último número de contribuyente 8474)

(iii) El sistema de Retiro de Empleados de Gobierno No. 17BK3566-LTS (último número de contribuyente 9686)

Notas: Todos estos juntos están bajo el número de Procedimiento de Quiebra 19-BK-5532-LTS N0. Federal (3801)

Motivos: Los fundamentos de mi reclamación son:

1. Aumento salarial desde el 2000 - Ley 96
2. Aumento salarial del año 1980-1989 - Ley 89
3. Cualquier otra ley que no he mencionado me aplique

A: Estado Libre Asociado de Puerto Rico No. de procedimiento 17BK03283-LTS.

El 14 de enero del 2020, el estado Libre Asociado de Puerto Rico y el Sistema de Retiro de los empleados de gobierno del Estado Libre Asociado de Puerto Rico (SRE), a través de la Junta de Supervisión y Administración Financiera para Puerto Rico (Junta de Supervisión como representante del SRE conforme al artículo 315(b) ) de la Ley para la supervisión, administración y estabilidad económica de Puerto Rico. (Promesa) radicaron la centésima trigésima quinta objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico del Sistema de Retiro de los empleados de gobierno del Estado Libre Asociado de Puerto Rico a reclamos deficientes en los que se alegan intereses sobre la base de unas leyes puertorriqueñas no especificadas (la objeción global) ante el tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico. (El Tribunal)

Dado esta información:

Hoy 12 de febrero del 2020, doy la siguiente información. Agradeceré toda ayuda a leyes que me apliquen.

Cordialmente,

*Elizabeth Gueits Rodriguez* (firma)
Elizabeth Gueits Rodriguez