Elizabeth Gueits Rodriguez
Calle Clavel #705
Urb. Flor del Valle
Mayaguez, Puerto Rico
00680

7019 1640 0001 4971 6899



Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767