16 de febrero de 2020.

De : Sandra N.Garcia Arroyo
    Apartado 751
    Peñuelas, Puerto Rico 00624

Acreedor
Núm. Reclamación: _141384 Ah.Ha._
Monto reclamación: **$10,000.00**
Deudor: Estado Libre Asociado
    Gobierno de P.R.

Para: Junta de Control Fiscal
    Clerk' Office
    Unites States
    # 150 Chardón Avenue
    Federal Building
    San Juan, Puerto Rico 00918

A quién pueda interesar
Junta de Control fiscal
Ley Promesa:

    Saludos coordiales, Soy Sandra N. Garcia Arroyo, Maestra retirada del Departamento de Educación del Gobierno Puerto Rico por ende perteneciente al Estado Libre Asociado. Reclamante ante la Junta de Control fiscal con número de reclamación _141384 AN.H.q._ Mi seguro social **XXX-XX-9223**. Mi Número identificacion patronal en el Departamento de Hacienda es **660433481 (Evidencia comprobante de retención Departamento Hacienda)** . Mi número de puesto en el Departamento de Educación **(272) FO6492** y fue devengado mi sueldo por fondos federales. **Evidencia: Copia y ejemplo de talonarios de sueldo quincenal de los siguientes años 2005, 2010, 2013).**
Finalice mis estudios de Bachillerato en la Universidad Católica de Puerto Rico en 1985 con una preparación de maestra de educacion elemental con concetración en educacion especial. **(Evidencia: transcripción de creditos universitarios bachillerato).** Comencé a trabajar durante ese mismo año en el Departamento de Instrucción pública como maestra en diferentes plazas consecutivamente hasta mi retiro en el año escolar 2015-16. Como empleada del Departamento durante los primeros años de mi experiencia regular fui empleada transitoria en el Departamento de educación siendo contratada cada año por el mismo hasta obtener mi permanencia laboral en el 1990. Durante esos años se radicó un aumento salarial al personal irregular y transitorio conocida como:

**Ley 89 Ley Romerazo:** En mi consideración no me fue adjudicada, por esta razón a sido reclamada. **(Evidencia: solicitar al Departamento de Educación fecha permanencia)**.
**Monto de Reclamación : $10,000**

    Mi deseo de seguir preparándome me estimularon a la tarea de comenzar mis estudios universitarios en 1990 al obtener mi permanencia y comencé una maestria en educacion especial. Me notificaron que podia someter evidencia de estudios posteriores al bachillerato. Al radicar evidencia de 21 créditos aprobados en el grado de Maestria al Departamento de Educacion me incentivaron en mi suelo para el 2004 de $2,750 sueldo

anterior a 2, 900. (**Evidencia adjunto: Informe de cambio Departamento de Educación**). Tambien el aumento de salario minimo en Puerto Rico habia aumentado en un 11% por año desde el 2007 de $5.15 - $5.85, en el 2008 de $ 5,85 a $6.55 y en el 2009 de $6,55 a $7.25. (**Evidencia: 1ra. Hoja Carta circular Departamentode Hacienda Num. 1300-04-08 año fiscal 2007-2008 9 de agosto de 2007**)

Este aumento acrecentó mi salario de 2,900 a $3,000.00 (**Evidencia comprobante de pago de quincena desde 08/29/2005 a 09/09/2005**). Sin embargo durante esos años los gobernantes y legisladores abrobaron legislaciones para empleados públicos, las cuales no fueron aplicadas a empleados del Gobierno de Puerto Rico. Entre estas legislaciones se encuentran las siguientes que han sido reclamadas en los formularios enviados el 06/28/2018. (**Evidencia: Hoja informativa enviada a reclamante por Junta Control fiscal solicitando evidencia**)

**Ley 180 del 27 de julio de 3% de 1998 :** Ley de salario mínimo, vacaciones y licencia por enfermedad de Puerto Rico; disponer que el salario minimofederal aplicara a Puerto Rico de la misma forma y con los mismos criterios que en los Estados Unidos de América.
**Monto de Reclamación : $10,000**

**Ley 96 del 10 de julio de 2002 (SILA) (P. de la C.2634) 2002.:** Aumento de $100.00 dolares a empleados públicos del Gobierno central del Estado Libre Asociado de Puerto Rico efectivo al 1 de julio de 2002.
**Monto de Reclamación : $10,000**

**Ley 164 del 22 de julio 2003 aplicado enero 2004:** Aumento de $100.00 dolares a empleados públicos del Gobierno central del Estado Libre Asociado de Puerto Rico.
**Monto de Reclamación : $10,000**

**Ley 9 del Costo Livimg:** Ley que provee beneficios e incentivos al personal de diversas entidades del Gobierno de Puerto Rico y el Estado Libre Acociado por el alto costo de vida.
**Monto de Reclamación : $10,000**

Diversas circunstancias familiares me vieron obligadas a concluir mis estudios de la maestria y durante estos años no pude finalizar el grado universitario. Sin embargo y con mucho esfuerzo obtengo mi titulo Universitario de Maestria en Artes de Educación especial en Mayo de 2002. (**Evidencia: Certificación de grado universitario Universidad Interamericana de Puerto Rico Septiembre 13, 2002).**

Ya con mi titulo universitario, fue sometido el 27 de febrero de 2003 al Departamento de Educación el Plan de mejoramiento profesional en su totalidad (**Evidencia: Recibo de entrega de plan mejoramiento 27 de febrero de 2003**) para cambio de categoria según

lo establece la ley de carrera magisterial (**Evidencia: Copia Portada Ley 3 158 firmado por el Gobernador de Puerto Rico Hon. Pedro Rosello el 18 de julio de 1999.**). Este documento fue evaluado por el Departamento de educación y Certificado por la oficina de Certificaciones docentes y desarrollo profesional adjudicandome según lo especifica la ley un Nivel III Maestro asociado con una cantidad de dinero aprobado de $375.00 a mi sueldo regular aumentando mi salario de 3,000.00 a 3,250.00 (**Evidencia: Copia y ejemplo de talonarios de sueldo quincenal de los siguientes años 2005, 2010, 2013**).

La evidencia subcrita, denota y evidencia que las leyes mencionadas en este documentos fueron radicadas y aprobadas por el Estado Libre Asociado y el Gobierno de Puerto Rico y no fueron aplicados a mi persona Sandra N. Garcia Arroyo, num. Patronal del Gobierno de Puerto Rico **660433481**, siendo a empleado del mismo durante los años de 1985 a 2016.

**Salarios del 1985 a 2016**

| | |
|---|---|
| **Bachillerato** | $ 2,750 |
| **Radicación 21 creditos maestria** | $2,900 |
| **Aumento salarial** (2005 a 2007) | $3,000 |
| **Maestria aumento $375.00** | $3,250 |

Estos salarios radicados y evidenciados fueron adjudicados por preparación académica.esperando que la evidencia descrita pueda proporcionarles los fundamentos necesarios para determinar que estas reclamaciones como validas y contundentes. Agradecida por su atención.

Atentamente;

*Sandra N. Garcia Arroyo* (signature)

Sra. Sandra N. Garcia Arroyo
   **Acreedora y reclamante ante el**
   **Estado Libre Asociado y**
   **Gobierno de Puerto Rico.**
   **Número reclamación:** _14138 4_