Secretaria [ilegible]
de los Estados Unidos:

A quien pueda interesar:

Por la presente certifico
que la Certificación de
Maestro Retirado está en
proceso. Una vez que la
entreguen la enviaré con
acuse de recibo.

Atentamente
Paula López
López
2/18/2020

RECEIVED & FILED
2020 FEB 19 PM 4:45
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR