Paula López López
P.O. Box 639
Añasco, P.R. 00610



Tribunal de Distrito de Estados Unidos
Room 150 Federal Building
San Juan, P.R.
00918-1767