Número de Reclamación: 125745
Reclamante: *Noemí Ridríguez López*
Empleado del Estado Libre Asociado de Puerto Rico
Teléfono: 787-435-8606
*rodriguezlopez.noemi65@gmail.com*

Ref: Centésima Cuadragésima Sexta Objeción Global del Estado Asociado de Puerto Rico y del Sistema de Retiro de Empleados del Gobierno del Estado Libre Asocaido de Puerto Rico

10 de febrero de 2020

Mi nombre es Noemí Rodríguez López y mi dirección postal es: Apartado 663, Luquillo, Puerto Rico 00773, someto la siguiente información por requerimiento de su agencia:

Laboré 30 años en el Departamento de Educación del Gobierno de Puerto Rico. Durante mis años de trabajo el Departamento de Educación otorgaba $25.00 dólares de aumento salarial por años de servicios. Considero que parcialemte el dinero no me fue otorgado según correspondía.

Por lo antes señalado estoy reclamando el pago por la cantidad que me corresponda. Me acogí al Retiro de Maestros de Puerto Rico en el año 2019. Es importante señalar que al acogerme a la jubilación por años de servicio el monto de mi pensión fue afectada, como consecuencia de no haberse otrogado este aumento de sueldo.

Es mi interés se realice una investigación sobre este asunto y se revise esta determinación. Las leyes propuestas en el Estado Libre Asociado de Puerto Rico se crean para beneficiar a los empleados públicos y espero se pueda cumplir con las mismas. Luego de haber revisado nuevamente los cálculos, según mi apreciación la deuda sería de: $3,300.00 dólares aproximadamente.

Cordialmente,

*Noemí Rodríguez López*
Noemí Rodríguez López