Noemi [illegible]
Apartado 663
Luquillo, P.R. 00773

SAN JUAN PR 009
19 FEB 2020 PM 1 L



Tribunal de Distrito de los Estado Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

2020 FEB 19 PM 4:45
RECEIVED & FILED
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

00918895999