Febrero 2020

A quien pueda interesar

Yo María V. Rodríguez Rodríguez presenté una réplica a la cantidad adeudada a la Junta de supervisión y administración financiera para Puerto Rico como representante del Estado Libre Asociado y otros deudores.

Deseo destacar que trabajé como maestra regular durante los años 1976 al 2008.

La reclamación solicitada al Gobierno de Puerto Rico es a base de una acción legal pendiente de resolución. El monto de la reclamación adeuda es aproximadamente de 25,500.

Este reclamo es relacionado con mi empleo en el Gobierno de P.R. en el Depto de Educación de Puerto Rico.

Las fechas de trabajo reclamadas son desde 1976-1989. La naturaleza se relaciona con salarios impagos de la ley 96.

105916 N° de reclamación

Gracias por la atención prestada.

María V. Rodríguez Rodríguez
200 Calle Extensión Betances
Vega Baja, Puerto Rico
00693