Maria V. Rodriguez Rodriguez
200 Calle Extensión Betances
Vega Baja P.R. 00693

SAN JUAN PR 009

18 FEB 2020 PM 1 1

USA
FOREVER

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918 - 1767

2020 FEB 19 PM 4: 44
RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN