19/febrero/20

A quien pueda interesar:

¡Saludos! La presente es para presentarles una réplica en relación a la cantidad adeudada en relación a la Junta de Supervisión y Administración Financiera para Puerto Rico como representante del Estado Libre Asociado de Puerto Rico y otros deudores. Quiero notificar que trabajé como maestra regular desde los años que comprende desde los años 1972-2007 en el pueblo de Vega Baja, P.R. El fundamento de dicha reclamación como dije anteriormente es debido a una acción legal pendiente de resolución o concluida con el gobierno de P.R. y en contra de este. El monto de reclamación es de 25,000 (aprox). Trabajé 34 años en Dpto. de Educación, en la escuela Fernando Rosario Dáquez en Vega Baja, la cual fue cerrada en el 2018. La naturaleza de mis reclamaciones de empleo es relacionado a salarios impagos. El Dpto. que es parte de esta acción es el Dpto. de Educación. La agencia corresponde a United States Bankruptcy Court. The District of P.R. El número de reclamo es 158326. Fueron diferentes pasos que dejaron sin otorgarse durante años por servicios prestados como educadora durante 34 años. Espero que sea considerada en relación a dicha reclamación, años que comprenden los mismos tienen que ver con los años 1977-85 y la ley 96.

Gracias,
Cordialmente, Rodríguez
Andrea Rodríguez Rodríguez
Urb. Alturas Calle B-G-11
Vega Baja, P.R. 00693