To: Andrea Rodriguez Rodriguez
Urb. Alturas Calle B-G-11
Vega Baja, P.R. 00693

SAN JUAN PR 005
18 FEB 2020 PM 1 L

RECEIVED & FILED
2020 FEB 19 PM 4: 44
CLERK'S OFFICE
U.S.D.C. SAN JUAN PR

To: Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767

00918#9999