Número de Reclamación: 122292
Reclamante: **Gladys Carrión Rivera**
Empleado del Estado Libre Asociado de Puerto Rico
Teléfono: 787-501-1365
gladyscarrion0@gmail.com

Ref: Centésima Cuadragésima Sexta Objeción Global del Estado Asociado de Puerto Rico y del Sistema de Retiro de Empleados del Gobierno del Estado Libre Asocaido de Puerto Rico

10 de febrero de 2020

Mi nombre es Gladys Carrión Rivera quien reside en la siguiente dirección: HC 01, Box 7104, Luquillo, Puerto Rico 00773, someto la siguiente información por requerimiento de su agencia:

A tenor con lo que establece la Ley Núm. 96 del 1 de julio de 2002, según enmendada, deseo que se revise esta determinación ya que esta ley se radicó bajo la Hon. Sila María Calderón para todos los empleados públicos incluyendo a los maestros del Departamento de Educación de Puerto Rico. A través de esta Ley se le otorga un aumento salarial de cien ($100.00) dólares a todos los maestros. El propósito era hacer justicia salarial a los maestros. Al día de hoy no se cumplió con la Ley y no se nos ha permitido gozar de este derecho adquirido.

Por lo antes señalado estoy reclamando el pago por la cantidad que me corresponda. Me acogí al Retiro de Maestros de Puerto Rico en el año 2017, es importante señalar que al acogerme a la jubilación por años de servicio el monto de mi pensión fue afectada, como consecuencia de no haberse otrogado este aumento de sueldo.

Es mi interés se realice una investigación sobre este asunto y se revise esta determinación. Las leyes propuestas en el Estado Libre Asociado de Puerto Rico se crean para beneficiar a los empleados públicos y espero se pueda cumplir con las mismas. Luego de haber revisado nuevamente los cálculos, según mi apreciación la deuda sería de: $18,000.00 dólares aproximadamente.

Cordialmente,

Gladys Carrión Rivera