Gladys Carmon
HC 01, Box 7104
Aguadilla, P.R. 00773

7019 1640 0000 1649 7821

2020 FEB 19 PM 4:40
RECEIVED & FILED

Tribunal de Distrito de los Estado Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767