Número de Reclamación: 137580
Reclamante: **Saturnino Rosa Medina**
Empleado del Estado Libre Asociado de Puerto Rico
Teléfono: 787-454-6424

RECEIVED & FILED
2020 FEB 19 PM 4: 40
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, PR

10 de febrero de 2020

Mi nombre es Saturnino Rosa Medina quien recide en la siguiente dirección: PO Box 147, Luquillo, Puerto Rico 00773, someto la siguiente información por requerimiento de su agencia:

Laboré 30 años en el Departamento de Recreación y Deportes Estatales del Gobierno de Puerto Rico para los años 1976 al 2006. Durante mis años de trabajo el Honorable Carlos Romero Barceló, Gobernador de Puerto Rico para los años 1977 al 1985, otorgó un aumento de sueldo permanente de $30.00 dólares mensuales a todos los empleados públicos. Esta es la Ley #12 del 27 de julio de 1982.

El Estado Libre Asociado de Puerto Rico no otrogó ese aumento de sueldo, por lo cual se estableció una demanda por parte de los empleados públicos en los Tribunales de Puerto Rico. La demanda fue resuelta a favor de los empleados públicos, pero el aumento de sueldo de $30.00 dólares permanente nunca se otrotgó.

Por lo antes señalado estoy reclamando el pago por la cantidad que me corresponda a los años desde 1983 hasta el 2006, año que que me acogí al Retiro de Empleados Públicos de Puerto Rico. Es importante señalar que al acogerme a la jubilación por años de servicio el monto de mi pensión fue afectada, como consecuencia de no haberse otrogado este aumento de sueldo.

Es mi interés se realice una investigación sobre este asunto y se revise esta determinación. Las leyes propuestas en el Estado Libre Asociado de Puerto Rico se crean para beneficiar a los empleados públicos y espero se pueda cumplir con las mismas. Luego de haber revisado nuevamente los cálculos, según mi apreciación la deuda sería de: $8,280.00 aproximadamente.

Cordialmente,

Saturnino Rosa Medina