SATURNINO [illegible]
P.O BOX 147
LUQUILLO P.R 00773



U.S. POSTAGE PAID
FCM LETTER
LUQUILLO, PR
00773
FEB 18, 20
AMOUNT
**$6.95**
R2307M152737-01

1000   00918

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**



7019 1640 0000 8491 4152

Tribunal de Distrito de los Estado Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767