**FROM:**
Sandra N. Garcia Arroyo
Apartado #751
Peñuelas, Puerto Rico 00624

RECEIVED & FILED
2020 FEB 19 PM 4:32
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**TO:**
Secretaria (Clerk's Office)
Tribunal de Distrito Estados Unidos
#150 Chardon Avenue
Federal Building
San Juan, Puerto Rico 00918

CERTIFIED MAIL
7018 3090 0001 6079 3066

U.S. POSTAGE PAID
PM 1-Day
PEÑUELAS, PR
00624
FEB 18, 20
AMOUNT
$14.15
R2305K134678-06