19 febrero

Jorge L. Garcia Torres

# Claim
106466
6/07/2018

P.o Box 323 Villalba, PR
00766-0323
787-378-4861
garcia.torres.jose22@gmail.com

Maestro Retirado el 30 agosto de 2018
Comenzé a trabajar el 30 agosto 1986

Reclamación de mi parte.
1- Liquidación Lic Enfermedad 512017CV0054
2- Pasos de 25 los primeros 10 años de servicio y luego cada 5 años.
3- El Remanso - 1986 - 2018.
4. Ley 96

En estos momentos no cuento con la evidencia escrita. Asi como también muchos maestros tenemos dudas de como reclamar y buscar la evidencia.

No he renunciado a lo que que tengo derecho. Buscaré la evidencia y la enviaré.

Jorge L Garcia Torres.