

**UNITED STATES POSTAL SERVICE**

Retail

**P**  US POSTAGE PAID
$7.75
Origin: 00766
02/18/20
4294500766-06

PRIORITY MAIL 1-DAY ®

0 Lb 1.10 Oz

1005

EXPECTED DELIVERY DAY: 02/19/20

SHIP TO:
SAN JUAN PR 00918-1767

USPS TRACKING® NUMBER

9505 5114 1637 0049 2418 27

PRIORITY MAIL
POSTAGE REQUIRED

RECEIVED & FILED
2020 FEB 19 PM 4: 38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Jose L. Corran
Apartado 323
Maloga P.R. 00764

TO: Secretary's Clerk's Office
Tribunal del Distrito
de los Estados Unidos
Room 150 Federal
Building  San Juan
P.R. 00918-1767

FOR DOMESTIC AND INTERNATIONAL USE
US AT USPS.COM®  ★ ORDER FREE SUPPLIES ONLINE

00918-1767



This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14B © U.S. Postal Service; July 2013; All rights reserved.



# PRIORITY ★ MAIL ★

## FLAT RATE ENVELOPE
ONE RATE ★ ANY WEIGHT*



P S00001000012

EP14B July 2013
OD: 10 x 6



\* Domestic only.   ✕ For International shipments, the maximum weight is 4 lbs.