Anexo C -pág. 4 del documento

(ii) Epígrafe: Promesa

Título III

Núm. 17BK 3283-LTS

RECEIVED & FILED
2020 FEB 19 PM 4:42
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN PR

La presente radicación guarda relación con el ELA, la ACT y el SRE. Notificación de la centésima vigésima octava objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Reclamos de deficientes en los que se alegan intereses sobre la base de las reinvindicaciones salariales, laborables ó servicios prestados.

(iii) Motivos para oponerse a la objeción global.

Desde el año 1984-1985 al __2020__ se nos otorgó un aumento salarial de $100.00 por parte del gobernador en turno el Honorable Carlos Romero Barceló el cual, nunca se nos honró. Este reclamo se ha ido luchando por las diferentes organizaciones que representan al magisterio puertorriqueño por muchos años sin llegar aún a ningún acuerdo. Es por eso que se establece dicha demanda a las partes involucradas. El monto total de la deuda según mis cómputos es de $ __23,000__ apróximamente de salarios impagos. Solicito se trabaje dicha reclamación en forma individual y no como objeción global al cual tengo derecho según la Ley 89.

A continuación, le estoy enviando evidencia de los documentos que justifican ésta demanda.

(iv) Documentación justificativa: -Adjunto documentación solicitada y evidencias.

- Certificación del Sistema de Retiro para Maestros
- Evidencia talonario de pago
- Certificación del Departamento de Educación de Puerto Rico
- Información personal del Reclamante

Cordialmente,

Firma: [signature]

Nombre: José J. Alvarez Ríos

Dirección: Urb. María del Carmen Calle 6 G-9 Corozal PR 00783

Teléfono: 787-579-0264

4314

últimos cuatro #Seguro Social

Número de reclamación



**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

SRM-SB-022
Rev. marzo 2017

JOSE J ALVAREZ RIOS
URB MARIA DEL CARMEN
G9 CALLE 6
COROZAL PR 00783-2413

Estimado(a) participante JOSE J ALVAREZ RIOS

De acuerdo a nuestros registros, el balance de aportaciones acumuladas en el SRM es de aproximadamente $45,713.27 al 11 de febrero de 2020. Las aportaciones han devengado intereses por $8,997.10 para un total de cuotas e intereses de $54,710.37.

El tiempo acreditado es de aproximadamente 19 año(s), 2 mes(es), 0 semana(s), 0 día(s).

Los pagos realizados por planes de pago, recaudaciones o pagos pendientes pueden no estar considerados en estos balances. Además, esta información puede variar, de encontrarse diferencias en el Informe de Cambio enviado por el patrono y de existir anulaciones futuras entre cuentas que afecten las Aportaciones del Sistema.

Estos cálculos son preliminares, están sujetos a verificación y ajustes cuando radique su Solicitud de Retiro. Deberá permanecer cotizando en el SRM hasta la fecha que proyecta retirarse.

Atentamente,

Área de Servicios de Retiro



235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918
P.O. Box 191879 · San Juan PR 00919-1879

✆ 787.777.1414    📠 787.759.2883    www.srm.pr.gov



| 080 Dept. de Educacion - Maestros<br>Avenida Teniente Cesar Gonzalez<br>Esquina Calaf<br>HATO REY, PR 00919 | | Grupo de Pago: SM -Quincenal<br>Desde: 02/06/2020<br>Hasta: 02/20/2020 | Aviso #: 6101167<br>Fecha Aviso: 02/14/2020 |
|---|---|---|---|
| JOSE J ALVAREZ RIOS<br>HC-01 BOX 4086<br>COROZAL, PR 00783<br>SS: | # Empleado:<br>Dept: 8001118-ARECIBO-VEGA BAJA<br>Lugar: APOLO SAN ANTONIO<br>Titulo: DEPARTAMENTO DE EDUCACION<br>Sueldo: $2,616.67 Monthly | DATA IMP: Federal PR<br>Estado Civil: Single Single<br>Concesiones: 0 0<br>Pct. Adcl.:<br>Cant. Adcl.: | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,308.34 | 192.00 | 3,925.02 |
| Total: | | | 1,308.34 | 192.00 | 3,925.02 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 18.97 | 56.91 |
| PR Withholding | 40.76 | 122.28 |
| Total: | 59.73 | 179.19 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 117.75 | 353.25 |
| Total: | 117.75 | 353.25 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 76.61 | 229.83 |
| SM-First Medical Health Plan | 19.00 | 57.00 |
| SC-COOP DE SEGUROS DE VIDA | 11.45 | 34.35 |
| Ahorros-AEELA | 39.25 | 117.75 |
| Total: | 146.31 | 438.93 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| FSED Disability Plan | 22.24 | 66.72 |
| SM-First Medical Health Plan | 0.00 | 120.00 |
| * Tributable | | |

|  | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,308.34 | 0.00 | 59.73 | 264.06 | 984.55 |
| Acumulado: | 3,925.02 | 0.00 | 179.19 | 792.18 | 2,953.65 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| Aviso #6101167 | 984.55 |
|---|---|
| Total: | 984.55 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Dept. de Educacion - Maestros
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
02/14/2020

Aviso No.
6101167

Cant. Deposito: $984.55

A la
Cuenta(s) De

JOSE J ALVAREZ RIOS
HC-01 BOX 4086
COROZAL, PR 00783

Localizacion: APOLO SAN ANTONIO

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXXXX | 984.55 |
| Total: | | 984.55 |

**NO NEGOCIABLE**



## DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

11 de febrero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | JOSE J. ALVAREZ RIOS |
| Seguro Social | : | |
| Categoría | : | M. PRINCIPIOS EDUC. EN TECNOLOGIA (ARTES IND.) |
| Distrito Escolar | : | VEGA ALTA |
| Sueldo Mensual | : | $2,616.67 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | Desde el 16 de octubre de 2000 hasta el presente. |
| Cesó | : | N/A |
| Renunció | : | N/A |
| Otros | : | Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de (18) años, (8) meses y (3) semanas. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.




U.S. POSTAGE PAID
FCM LG ENV
VEGA ALTA, PR
00692
FEB 18, 20
AMOUNT
$1.20
R2305K135419-03

RECEIVED & FILED
2020 FEB 19 PM 4:42
CLERK'S OFFICE
SAN JUAN, P.R.

Jose L. Alvarez 14108
Urb Maria del Carmen
Calle 6 G-9
Corozal PR 00783

Clerks Office
United States District Court
Room 150 Federal Building
San Juan, P.R. 00918-1467