

GOBIERNO DE PUERTO RICO

DEPARTAMENTO DE EDUCACIÓN

13 de febrero de 2020

## CERTIFICACION DE EMPLEO

Según el Sistema de Recursos Humanos certifico que la Sra. Aida L. Sánchez Irizarry, con Número de Seguro Social xxx-xx-1806 trabajo para el Departamento de Educación en calidad de Maestra de Elemental desde el 2 de agosto de 1971 hasta el 27 de julio de 2001.

Certificación emitida a petición de la empleada.

Certifico Correcto:

Lucía Otero Vázquez
Oficinista Mecanógrafo III



Centro Gubernamental
Calle Nenadich # 50  Suite #303
Mayagüez, Puerto Rico 00680

Notificación de política pública:  El Departamento de Educación de Puerto Rico no discrimina por razón de raza, color, sexo, nacimiento, origen Nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios y oportunidad de empleo.

# JRM

ESTADO LIBRE ASOCIADO DE PUERTO RICO
Junta de Retiro para Maestros
P O Box 191879
San Juan, P. R. 00919-1879
Teléfono (787) 754-8611

19 de diciembre del 2001

PROF: AIDA L. SANCHEZ IRIZARRY
COLINAS DEL OESTE
L 1 CALLE 4
HORMIGUEROS P R 00660

CASO: 1535

SS: 

Estimada profesora Sánchez:

Nos referimos a su solicitud de **Retiro Temprano - Ley 44** la cual ha sido aprobada. Su retiro será efectivo el **28 de julio de 2001** y recibirá una renta mensual de **$1,397.07**.

Le informamos que usted puede autorizar a la Junta de Retiro para Maestros a descontar de su pensión, determinada cantidad para pagar compromisos contraídos, tales como, el seguro médico de su preferencia u otras deducciones permitidas por Ley.

Se incluye información de interés para los maestros pensionados.

**CERTIFICO CORRECTO**

Gloria E. Navas Pérez
Directora
Area Servicios de Retiro

Cordialmente,

Irma A. Giménez López
Secretaria Ejecutiva

Anexo
lp

"Sirviéndole a la Clase Magisterial Puertorriqueña"