Aida Sanchez Irizarry
Urb. Colinas del Oeste
Calle 4 LI
Hormigueros PR 00660



U.S. POSTAGE PAID
FCM LG ENV
HORMIGUEROS, PR
00660
FEB 18, 20
AMOUNT
$1.20
R2303S102780-9

1000    00918

FEB 18 2020

Clerk's Office
United States District Court
Room 150  Federal Building
San Juan P.R. 00918-1767

CLERK'S O
DISTRICT
SAN JUAN
2020 FEB 19