Doris E. Cáceres Sanchez
P.O. Box 541
Yabucoa, P.R. 00767




U.S. POSTAGE PAID
FCM LG ENV
YABUCOA, PR
00767
FEB 18, 20
AMOUNT
$2.20
1000   00918   R2305K135298-05

Secretaria (Clerk's office)
Tribunal de Distrito de los Estados Unidos
# 150 Chardon Avenue
Federal Building
San Juan, (Puerto Rico) 00918

RECEIVED & FILED
2020 FEB 19 PM 4:43
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.