17 de febrero de 2020



Jesús M. Soto Cruz
P.O. Box 582 Ángeles
Puerto Rico 00611
787-201-8954
geonatura07@gmail.com

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
#150 Chardon Avenue
Federal building
San Juan, Puerto Rico 00918-1767

Estado Libre Asociado de Puerto Rico y otros
**17 BK 3283-LTS**
**CENTÉCIMA TRIGÉSIMA OBJECIÓN GLOBAL**
**No. de Reclamación 134813**

Le escribo en referencia a la reclamación No. 134813, presentada el día 6/28/2018.
Se solicita se considere la evidencia de reclamación que tiene la intención de adjudicar las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico en virtud del Título III.

El respaldo de documentación suministrada es fiel y exacto de los documentos entregados al deudor Departamento de Educación de Puerto Rico en conformidad con la Ley Núm. 158 del 30 de junio de 1999 Ley de Carrera Magisterial. Esta dispone sobre el sistema de rangos magisteriales, establece procedimientos para ascensos y revisión de salarios; y dispone sobre el Plan Individual de Mejoramiento Profesional y los Programas de Educación Contínua.

La Ley hace hincapié en el Ascenso y Revisión de Niveles de la Carrera Magisterial: Caso #SJ2019CV07914 – Pendiente a Resolución. En el Capítulo VII Ascenso y Revisión de Niveles, Artículo 7.01 Derecho del personal docente en la Carrera Magisterial y Artículo 7.02 Obligación del Secretario, se expone que el secretario tiene la obligación de reconocer los niveles que reclaman los miembros de la carrera Magisterial, lo mismo que las revisiones de salario que solicitan cuando se compruebe que reúne los requisitos que al efecto, establecen los artículos 2.03, 2.04, 2.05, 2.06, 2.10, 2.11, 2.12 y 3.03 de la Ley, así como las disposiciones correspondientes en este Reglamento.

La información recopilada según los documentos entregados al Departamento de Educación, División Carrera Magisterial se resume de la siguiente manera: para el año escolar 2008 se adjudica un aumento de sueldo por la cantidad de 4 etapas de $87.50 c/u para un total de $350 dólares mensuales; (11 años x 12 meses x $350), a tales efecto el deudor me adeuda la cantidad de $46,200 hasta el 2019.

No. de Reclamación 134813
17 de febrero de 2020
Página 2

Así también, no se me adjudicó el aumento del año 2011 por la cantidad de $245 mensuales (8 años x 12 meses x $245), el deudor me adeuda la cantidad de $23,520.

Desde el año 2008 el deudor no ha cumplido con el proceso de adjudicar los aumentos concernientes al Plan de Mejoramiento Profesional al culminar las etapas requeridas del Nivel del Plan y Carrera Magisterial.

Es por esto que se peticiona una reconsideración del caso en cuestión para validar la información y proporcionar la cantidad que se adeuda al reclamante desde el año 2008 al 2019 por la cantidad de $$69,720 dólares.

Atentamente,

Jesús M. Soto Cruz
Reclamante

Copia Fotostática:

Abogado de la Junta de Supervisión (Counsel for the Overseight Board)
Proskauer Rose LLP
Eleven Times Square
Nueva York, Nueva York 10036-8299
A/A: Martin J. Bienenstock
Brian S. Rosen

Abogado del Comite de Acreedores (Counsel for the Creditors' Committee)
Paul Hastings LLP
200 Park Avenue
Nueva York, Nueva York 10166
A/A: Luc A. Despins
James Bliss
James Worthington
G. Alexander Bongartz

Anejos:
- Solicitud de Revisión de Salario y Reclamación de Nivel        13 febrero 2008
- Recomendación de Revisión de Salario y Reconocimiento de Nivel  13 febrero 2008
- Solicitud de Activación a la Carrera Magisterial                30 abril 2005
- Plan de Mejoramiento Profesional                                30 abril 2005