

ocm-07 Enmendada

**Estado Libre Asociado de Puerto Rico**
**Secretaría Auxiliar de Recursos Humanos**

**Unidad de Desarrollo Profesional del Maestro, Carrera Magisterial**

SOLICITUD DE REVISION DE SALARIO Y RECLAMACION DE NIVEL

Honorable: Dr. Rafael Aragunde Torres
Secretario de Educación

De conformidad con lo establecido en el Capítulo VII del Reglamento de la Carrera Magisterial, solicito Revisión de Salario de las etapas: ___1, ___2, ___3, _X_4, ___5 Del Plan de Mejoramiento Profesional y Reclamación del Nivel Magisterial: ___ II, _X_ III, ___ IV.

| | |
|---|---|
| Nombre del solicitante | : Jesús M. Soto Cruz |
| Seguro Social | : _____ |
| Categoría de Permanencia | : Maestro Elemental |
| Escuela | : Carmen Aponte |
| Distrito Escolar | : Utuado |
| Región Educativa | : Arecibo |

_____
Firma del Solicitante

13 de febrero de 2008
Fecha

_____
Recibido por:



ocm-09 Enmendada

## Estado Libre Asociado de Puerto Rico
### Secretaría Auxiliar de Recursos Humanos

## Unidad de Desarrollo Profesional del Maestro, Carrera Magisterial

RECOMENDACIÓN DE REVISION DE SALARIO Y RECONOCIMIENTO DE NIVEL

Certificaciones que hemos considerado la solicitud de Revisión de Salario y Recomendación de Nivel de:

| | | |
|---|---|---|
| Nombre | : | Jesús M. Soto Cruz |
| Seguro Social | : | _____ |
| Escuela | : | Carmen Aponte |
| Distrito Escolar | : | Utuado |
| Región Educativa | : | Arecibo |

Del análisis de los documentos presentados, concluimos que el reclamante cumplió satisfactoriamente con los requisitos correspondientes a la revisión de salario de las etapas: ___1, ___2, ___3, X 4, ___5 del Plan de Mejoramiento Profesional. Recomendamos favorablemente se le otorgue el Nivel Magisterial: ___ II, X III, ___ IV.

### COMITÉ DE EVALUACIÓN

| Nombre | Firma | Puesto que Ocupa |
|---|---|---|
| Javier Molina | *[firma]* | Director |
| Eva Toledo | *[firma]* | Pres. Consejo Escolar |
| Nilsa Montalvo | | Superintendente Aux. |

Fecha en Aprobación: _13 de febrero de 2008_

**Estado Libre Asociado de Puerto Rico**
**Secretaría Auxiliar de Recursos Humanos**

**Certificaciones Docentes y Desarrollo Profesional**

### SOLICITUD DE ACTIVACIÓN A LA CARRERA MAGISTERIAL

Nombre del Solicitante : Jesús M. Soto Cruz

Seguro Social

Categoría : Elemental (4-6)

Núm. De Puesto : R52676

Escuela : Escuela de la Comunidad Carmen Aponte

Distrito Escolar : Utuado

Región Educativa : Arecibo

Nivel al que aspira : Nivel III

De acuerdo con el Artículo 2.07 del Reglamento de la Carrera Magisterial, esta solicitud debe entregarse en unión al Plan de Mejoramiento Profesional durante el mes de abril de cada año escolar.

*[firma]*
Firma del Solicitante

30 de abril 2005
Fecha de radicación

Recibido por: _____



**Estado Libre Asociado de Puerto Rico**
**Secretaría Auxiliar de Recursos Humanos**

**Certificaciones Docentes y Desarrollo Profesional**

**PLAN DE MEJORAMIENTO PROFESIONAL**

**Parte I. Información Personal y Profesional**

| | |
|---|---|
| **Nombre** | : Jesús M. Soto Cruz |
| **Seguro Social** | : |
| **Preparación Académica** | : Maestría en Artes en Educación Especialidad en Tecnología Educativa |
| **Categoría de Permanencia** | : Elemental 4$^{to}$ al 6$^{to}$ |
| **Nivel** | : Elemental |
| **Escuela** | : Carmen Aponte Santiago |
| **Distrito** | : Utuado |
| **Región Educativa** | : Arecibo |
| **Rango del Solicitante** | : |

**Niveles**    _____ Nivel I        __X__ Nivel III
               _____ Nivel II       _____ Nivel IV

**Plan de Mejoramiento Profesional**

Período de Vigencia: <u>30 de abril de 2005 al 30 de abril de 2010</u>

Preparado y Sometido por:

Jesús M. Soto Cruz

_____                    __**30 de abril de 2005**__
Firma del Maestro o Maestro Bibliotecario             Fecha de Radicación

__2 de junio de 2005__
Fecha de aprobación por el Comité de Evaluación