Jesus M. Soto
P.O. Box 582
Angeles P.R. 00611

CERTIFIED MAIL

7016 1370 0000 5032 9963

18 FEB '20
PM 11

RECEIVED & FILED
2020 FEB 19 PM 4: 42
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN P.R.

UNITED STATES POSTAGE
PITNEY BOWES
02 1P    $ 007.10
0001925811    FEB 18 2020
MAILED FROM ZIP CODE 00611

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan P.R. 00918-1767