16 de febrero de 2019

San Germán, P.R.

A: Secretaría (Clerk's Office)

    Tribunal de Distrito de los Estados Unidos

De: Miriam V. Cruz Flores

    Maestra de Educación Especial

    Departamento de Educación

    El fundamento de la reclamación es por el empleo como Maestra de Educación Especial en el Departamento de Educación desde el 30 de agosto de 2000. El monto de la reclamación es de $10,200.00. La naturaleza de la reclamación se debe a salario impago. Adjunto se incluye talonario de cheque del 28 de febrero de 2001 como evidencia de los años de servicio.

    Sin nada más queda de usted.

*[firma: Miriam V Cruz Flores]*

Dirección: Ext. Mansiones calle Golondrina C -11 San Germán, P.R. 00683

Número de teléfono: 787-453-5780

Correo electrónico: cruzm.hwl@gmail.com

Número de reclamación: 126359

Seg. Social: xxx-xx-1775