**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Cruz Flores, Miriam V. | 126359 | 6/28/2018 | Commonwealth of Puerto Rico | $10,200.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Cruz Flores, Miriam V. | 126359 | 6/28/2018 | Commonwealth of Puerto Rico | $10,200.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.  If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m.  (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.  Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

1

**Estado Libre Asociado de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

| | | |
|---|---|---|
| Grupo de Pago: SM -Quincenal | | # Cheque: 06512976 |
| Desde: 02/19/01 | | |
| Hasta: 03/02/01 | | Fecha: 02/28/01 |

MIRIAM V CRUZ FLORES
CALLE TENIENTE CESAR GONZALEZ
ESQ. CALAF SECTOR TRES MONJITAS
HATO REY PR 00918
SS:

# Empleado: ........
Dept: 8012063-San German San German
Oficina: Antonia Martinez
Titulo: M.Educ.Especial
Sueldo: $1,500.00 Monthly

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Single |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | 11.538462 | 65.00 | 750.00 | 65.00 | 750.00 |
| Total: | | 65.00 | 750.00 | 65.00 | 750.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA - MHI | 10.88 | 10.88 |
| PR Withholdng | 57.58 | 57.58 |
| Total: | 68.46 | 68.46 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 67.50 | 67.50 |
| Total: | 67.50 | 67.50 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-Fed Maestros de PR | 9.70 | 9.70 |
| SC-TRANS OCEANIC LIFE | 17.06 | 17.06 |
| AS FED MAESTROS AFT | 8.00 | 8.00 |
| GPR Plan de Ahorros | 22.50 | 22.50 |
| Total: | 57.26 | 57.26 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-Fed Maestros de PR | 40.00 | 40.00 |
| GPR Plan de Retiro de Maestro | 63.75 | 63.75 |
| FSED Disability Plan | 12.75 | 12.75 |

* Tributable

| TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NET |
|---|---|---|---|
| Corriente: 750.00 | 68.46 | 124.76 | 556.78 |
| Acumulado: 750.00 | 68.46 | 124.76 | 556.78 |

| PTO HORAS | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Cheque #06512976 | 556.78 |
| Total: | 556.78 |

MENSAJE: