Miriam V. Cruz Flores
Ext. Mansiones calle Golondrina
C-11 San Germán, P.R. 00683





U.S. POSTAGE PAID
FCM LETTER
SAN GERMAN, PR
00683
FEB 18, 20
AMOUNT
$6.40
R2305K135312-05

CERTIFIED MAIL
PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7017 1070 0000 3043 7307



RETURN RECEIPT REQUESTED

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767