Name: Félix Hernández Ortiz
Direccion: Estancias de la Fuente
Azucena #102
Toa Alta, Puerto Rico, 00953     Numero: 160195

Departamento de Educacion
#150 Chardon Avenue
Federal Building
San Juan, Puerto Rico 00918
Director Division de Transacciones de Documentos de Personal Docente

Re: Evidencia de Talonarios de Pagos por Años de Servicios
    Asunto : Estado Libre Asociado de Puerto Rico Radicación Numero#: 17 BK 3283-LTS

El director, Alfredo Leandry, de la división de transacciones de Documentos de Personal Docente se negó a facilitar a este servidor(a) los pasos a seguir, los talonarios y/o cualquier otra evidencia para considerar en este reclamo por los años de servicios en donde se haga constancia de este reclamo.

Adjunto, hago entrega de las Certificaciones pertinentes a mis años de servicio.

_____
(Firma del reclamante)

15 de febrero de 2020.
_____
(Fecha)

Tribunal de Distrito de los Estados Unidos
Para el Distrito de Puerto Rico
#150 Chardon Avenue
Federal Building
San Juan, Puerto Rico 00918

RECEIVED & FILED
2020 FEB 19 PM 4:41
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, PR

Asunto: Junta de Supervisión y Administración
Financiera para Puerto Rico

Número de Reclamación: 160195

PROMESA Title III
Numero de Demanda: 17 BK 3283 – LTS

Nombre: Félix Hernández Ortíz
Dirección: Estancias de la Fuente
Azucena #102
Toa Alta, Puerto Rico, 00953

Tel#: (787) 251-5162
Cel#: (787) 429-7655

Re: Notificación de la Centésima Vigésima Objeción Global (No sustantiva) del Estado Libre Asociado de Puerto Rico y del Sistema de Retiro de los empleados del Gobierno del Estado Libre Asociado de Puerto Rico a reclamar deficientes en los que se alegan intereses sobre la base de las reivindicaciones salariales, laborales, y/o servicios prestados.

En el Reclamo del Gobierno de ELA de Puerto Rico, el Departamento de Educación y el Sistema de Retiro de Maestros de Puerto Rico adjunto las evidencias del reclamo de la demanda con el numero 17BK3283-LTS por la cantidad de 33,000.00 dólares que se revise con los años de servicio reclamado.

Certificaciones Presentadas: Certificación años de servicios
Informe de cambios - 17-julio-2003.
Informe de cambios - 7-agosto-2018.
Informe de cambios - 1-julio-2003.

Nombre: Félix Hernández Ortíz
Firma: [signature]
Fecha: 18 de Febrero de 2020.