United States District Court for the District of Puerto Rico

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767

Debtors: Estado Libre Asociado de Puerto Rico

Gobierno de Puerto Rico

Departamento de Educación

No. 178K 3283-LTS

**One hundred tenth** OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTHE OF PUERTO RICO, IN DEFFICIENT CLAIMS ASSEITING INTEREST BASED UPON UNSPECIFIED PUERTO RICO STATUS

DOC 8978-4

Proof of Claim:

Name and Address:

Reclama al Gobierno del Estado Libre Asociado de Puerto Rico; al Gobierno de Puerto Rico Departamento de Educación de Puerto Rico.

Ley 89 de 1984 – Romerazo

Años Reclamados     1990 - 2018    28 años

Cantidad Reclamada    $8,400.00

Ley 96  Sila Calderón

Años Reclamados    28 años

Cantidad Reclamada    28,400

favor especifique la información solicitada:

Certificación Pensión Sistema Retiro de Maestros
Informe de Renta Mensual Vitalicio Retiro de Maestros
Certificación del Departamento de Educación (Años de servicio)

Solicito la adjudicación de mi petición, según corresponda a mis derechos por las Leyes anteriormente Especificadas.

Nombre: Félix Hernández Ortiz

Firma: _____  Fecha: 15-febrero-2020

| SHR_INOM_SRM | SISTEMA DE RETIRO PARA MAESTROS | 31-07-2019 |
|---|---|---|
| | Sistema de Aportaciones y Beneficios Integrados | 03:25:16 PM |
| | PAGO DE PENSION INGRESO A NOMINA | Página: 1 |

| | | | |
|---|---|---|---|
| SEGURO SOCIAL | | NUMERO CASO | 438 |
| NOMBRE | FELIX HERNANDEZ ORTIZ | NUMERO SOLICITUD | 967889 |
| DIRECCION | ESTANCIAS DE LA FUENTE | FECHA RADICACION | 26-07-2019 |
| | 102 CALLE AZUCENA | PENSION AÑOS DE SERVICIO 230 | |
| | TOA ALTA, PR    00953 | FECHA NACIMIENTO    EDAD 54.31   SEXO M | |

| | PAGO GLOBAL | MENSUAL | ANUAL |
|---|---|---|---|
| INGRESO A NOMINA: 31-08-2019 | | | |
| FECHA EFECTIVIDAD: 01-08-2019 | $653.10 | $1,306.20 | |
| SERVICIOS ACREDITADOS: 26 / 4 / 0 / 1.22 | | $0.00 | |
| Años Meses Sem Días | | | |
| COSTO ANUALIDAD: $71,792.38 | | | |
| SALARIO PROMEDIO: $2,755.00 | AUMENTO POR LEY: | $1,306.20 | |
| RETROACTIVO: 01-08-2019 AL 15-08-2019 | | | |
| IMPORTE TOTAL (BRUTO) | $653.10 | | $15,674.40 |

| CONCEPTO | CLAVE | DESCUENTO | DESCUENTO |
|---|---|---|---|
| PENSION PAGADA | | $0.00 | $0.00 |
| PRESTAMOS: PERSONAL (PP) | 47-000 | $175.39 | $350.78 |
| CULTURAL (PC) | 45-000 | $0.00 | $0.00 |
| HIPOTECARIO (PH) | 36-000 | $0.00 | $0.00 |
| FINANZAS | 67-059 | $0.00 | $0.00 |
| INSUFICIENCIA EN APORTACION | | $0.00 | $0.00 |
| APORT. IND. 9% Cese: | 26-001 | $0.00 | $0.00 |
| OTROS | | $0.00 | $0.00 |
| TOTAL DESCUENTO | | $175.39 | $350.78 |
| NETO | | $477.71 | $955.42 |

BONOS    NAVIDAD (BNP): $0.00    VERANO (PBV): $0.00    MEDICAMENTO (PBM): $0.00

| COMPUTADO POR: | FECHA: 3/12/2019 |
|---|---|
| INTERVENIDO POR: | FECHA: |
| SUPERVISOR (PENSIONES): | FECHA: 2/may/19 |
| DIRECTOR: | FECHA: |
| INGRESADO A NOMINA POR: Mes: ☐ 1ra ☑ 2da | FECHA: |
| PAGO GLOBAL POR: Mes: ☐ 1ra ☑ 2da ☐ Off Cycle ☑ Pay Line | FECHA: 13/8/19 |
| SUPERVISOR (NOMINA): | FECHA: 16-8-19 |

AREA DE BENEFICIOS Y SERVICIOS
DOCUMENTO PREINTERVENIDO
AUG 01 2019

**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof.FELIX HERNANDEZ ORTIZ**, con número de seguro social que termina en **7721**.

| | |
|---|---|
| Fecha de Elegibilidad de la Pensión | 1 de agosto de 2019 |
| Tiempo Cotizado para la Pensión | 26 años, 4 meses, 0 semana y 1.22 días |
| Fecha de Efectividad de la Renuncia | 31 de julio de 2019 |
| Fecha de Efectividad de la Pensión | 1 de agosto de 2019 |
| Pensión Mensual Actual | $1,306.20 |

Esta certificación se expide hoy, **14 de febrero de 2020** en **San Juan, Puerto Rico**.

**Edgardo Negron Ramirez**
Supervisor
Área de Servicios de Retiro



235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

787.777.1414    787.764.6910    www.srm.pr.gov



**GOBIERNO DE PUERTO RICO**
**DEPARTAMENTO DE EDUCACIÓN**

## SECRETARÍA AUXILIAR RECURSOS HUMANOS
### Informe de Cambios

| | Antes del Cambio | Después del Cambio |
|---|---|---|
| 1. Nombre del Empleado | HERNANDEZ ORTIZ, FELIX | |
| 2. Número de Seguro Social | | |
| 3. Lugar de Nacimiento | NEW YORK | |
| 4. Fecha de Nacimiento | | |
| 5. Sexo | M | |
| 6. Estado Civil | CASADO | |
| 7. Preparación Académica | BA | |
| 8. Experiencia | 28.0.0.0 | |
| 9. Estatus del Empleado | REGULAR | |
| 10. Sueldo Bruto | $2,755.00 | |
| 11. Número de Puesto | R07486 | |
| 12. Categoría del Puesto | MA. BELLAS ARTES (TEATRO) | |
| 13. Fondo | ESTATAL | |
| 14. Cifra de Cuenta | E1110-221-70078-01F-2018-SCHOOLWIDE18A-70078-01F-1110 | |
| 15. Fecha de Efectividad | 1/AGOSTO/2018 | |
| 16. Acción | TERMINACIÓN | |
| 17. Duración | | |
| 18. Causa del Cese | INCENTIVO DEL PTV2 DE 12 MESES DE SUELDO | |
| 19. Último día de Trabajo | 6/6/2018 3:00:00 PM | |
| 20. Último día de Pago | 7/27/2018 3:00:00 PM | |
| 21. Prog Esc, Nivel/Grado | | |
| 22. Distrito Escolar | BAYAMON | |
| 23. Escuela | CACIQUE AGUEYBANA (ESPECIALIZADA) | (787) 251-5162 |

Dirección Postal: CALLE AZUCENA #102 EST.DE LA FUENTE TOA ALTA PUERTO RICO 00953

| 26. Observaciones: | |
|---|---|
| 27. Preparado por: | FECHA: 8/7/2018 12:00:00 AM |
| 28. Verificado por: RECURSOS HUMANOS - DE | FECHA: 8/7/2018 12:00:00 AM |
| 29. Aprobado por: Pablo G. Muñiz Reyes | FECHA: 8/7/2018 7:39:49 AM |
| Secretario de Educación o su representante | |




## DEPARTAMENTO DE EDUCACIÓN

Estado Libre Asociado de Puerto Rico
Secretaría Auxiliar de Recursos Humanos
Informe de Cambios - Personal Docente

| Cambio | Antes del Cambio | Después del Cambio |
|---|---|---|
| 1. Nombre del Empleado | HERNANDEZ ORTIZ, FELIZ | |
| 2. Seguro Social | ( | |
| 3. Lugar y Fecha de Nacimiento | | |
| 4. Sexo | M | |
| 5. Estado Civil | | |
| 6. Preparación Académica | BA (15) | |
| 7. Experiencia | | |
| 8. *Status* | PERM (01) | |
| 9. Sueldo Bruto | $ 1,900.00 | $1,925. |
| 10. Número de Puesto | R10046 | |
| 11. Categoría de Puesto | TEATRO (9813) | |
| 12. Nivel de Puesto Directivo | | |
| 13. Fondo | ESTATAL | |
| 14. Cifra de Cuenta | E1110-11100-0810000-1008-00100-2004 | |
| 15. Fecha de Efectividad | | 1 de julio de 2003 |
| 16. Acción y Duración | | Aumento Sueldo Experiencia |
| 17. Causa de Cese | | |
| 18. Ultimo Día de Trabajo | | |
| 19. Ultimo Día de Pago | | |
| 20. Programa Escolar, nivel y grado | | |
| 21. Turno en Registro | | |
| 22. Escuela | MARIA J. CORREDOR (74476) | |
| 23. Distrito Escolar | TOA BAJA (069) | |
| 24. Dirección Postal y Residencial | | 25. Teléfono Residencial |
| 26. Observaciones | Enmienda Aumento Sueldo Según Convenio Colectivo efect. 1 julio 2003 de $1,925 a $2,075. | |
| 31. Aprobado: Por el Secretario o su Representante | | |
| Firma | | Fecha |

RECIBIDO JUL 17 2003 Div. de Nómina Sección Correspondencia

Preparado por y Fecha: LOURDES CORTES

Si el nombramiento es con estatus transitorio provisional el mismo constituye un CERTIFICADO PROVISIONAL DE MAESTRO.

DEPARTAMENTO DE EDUCACION
ESTADO LIBRE ASOCIADO DE PUERTO RICO

SECRETARIA AUXILIAR DE RECURSOS HUMANOS
INFORME DE CAMBIOS - PERSONAL DOCENTE

| | ANTES DEL CAMBIO | DESPUES DEL CAMBIO |
|---|---|---|
| 1. NOMBRE DEL EMPLEADO | HERNANDEZ ORTIZ, FELIX | |
| 2. SEGURO SOCIAL | 1 | |
| 3. PREPARACION ACADEMICA | 9A | |
| 4. SUELDO BRUTO | $ 1,900.00 | $ 2,050.00 |
| 5. NUMERO DE PUESTO | 810045 | |
| 6. CATEGORIA DE PUESTO | MAESTRO TEATRO -9813 | |
| 7. FONDO | ESTATAL | |
| 8. CIFRA DE CUENTA | F1110-11100-0810040-1008-20150-2008- | |
| 9. FECHA DE EFECTIVIDAD | | 01/JULIO/2003 |
| 10. ACCION Y DURACION | | AUMENTO EN SUELDO |
| 11. ESCUELA | MARIA J. CORREDOR RIVERA -74475 | |
| 12. DISTRITO ESCOLAR | TOA BAJA -069 | |

13. OBSERVACIONES: AUMENTO SUELDO DE ACUERDO AL CONVENIO COLECTIVO ENTRE EL DEPARTAMENTO DE EDUCACION Y LA FEDERACION DE MAESTROS RATIFICADO EL 27 DE AGOSTO DE 2002.

14. APROBADO POR EL SECRETARIO O SU REPRESENTANTE

FIRMA                                                         FECHA

# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

**ATT: Ley Promesa**

4 de febrero de 2020

## CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | FELIX HERNANDEZ ORTIZ |
| Seguro Social | : | |
| Categoría | : | MA. BELLAS ARTES (TEATRO) |
| Distrito Escolar | : | BAYAMON I_ |
| Sueldo Mensual | : | $2,755.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 1 de agosto de 2018 |
| Otros | : | Presto servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 28 años. Nuestro sistema de Recursos Humanos refleja que ocupó una plaza desde 09/10/1990. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.