Felix Hernández Ortiz
Estancias de la Fuente
Azucena #102, Toa Alta, P.R. 00953

**CERTIFIED MAIL**

7019 0700 0001 4661 1269

Secretaria (Clerk's office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, (Puerto Rico) 00918-1767