**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

USBC 2020 FEB 18 AM10:30

In re:

PROMESA
RECEIVED AND FILED - PONCE
Title III
NO. 17BK 3283-LTS
Claim No. 114779

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO

as representative of

(Jointly Administered)\

THE COMMONWEALTH OF PUERTO RICO, et al.,

DEBTORS

**This filing relates to the Commonwealth, HTA and ERS**

.

---

**PRO SE INFORMATIVE MOTION**

RECEIVED AND FILED
2020 FEB 24 AM 10:10
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**TO THE HONORABLE COURT:**

COMES NOW, creditor, and very respectfully states and prays:

1. That on June 26.2018, I filed a Proof of Claim in this case.

. 2. That while I was working at the "Negociado de Seguridad de Empleo ", a salary raise was approved throughout the governorship of Carlos Romero Barceló. That rise until now was never received. Now I know other benefits were approved and never received.

3. That my employee number as a retiree is 357789.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

In re:

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO

as representative of

THE COMMONWEALTH OF PUERTO RICO, et al.

DEBTORS

PROMESA Title III

NO. 17 BK 3283-LTS

Claim No. 14770

(Jointly Administered)

This filing relates to the Commonwealth, HTA and ERS

---

PRO SE INFORMATIVE MOTION

TO THE HONORABLE COURT:

COMES NOW, [illegible] and very respectfully states and prays:

1. That on June 26, 2018 I filed a Proof of Claim in this case.

2. That while I was working at the "Negociado de Seguridad de Empleo" a salary raise was approved throughout the governorship of Carlos Romero Barceló. That raise until now was never received. Now I know other benefits were approved and never received.

3. That my employee number as a retiree is 35[illegible]

4. That I am 90 years old and although I have been searching for all the documents that can proof my claim it has been impossible for me to find them.

5.That I started working with the government of Puerto Rico in 1952,in the Home Authorities which no longer exist, that on May 1956 I started working at the Department of Labor ", Negociado de Seguridad de Empleo" until March 1, 1985 when I retired.

6. That justice has to be served in my case and my age and time elapse should not be an obstacle for my justly claim.

WHEREFORE, creditor pray that with the new information stated in this Motion our claim should be granted.

.CERTIFIED: This Motion was circulated thru regular mail to all interested parties: Hermann D. Bauer, O'Neill & Borges LLC, Martin J. Bienenstock, Proskauer Rose LLP, to their respective mail address.

In Ponce, Puerto Rico, on February 17, 2020.

ANA L. RUIZ GODREAU, 114779
Sol # 103
Ponce, PR 00730

Cel. Num. (787) 479-9855

.

4. That I am 90 years old and although I have been se[illegible] me for all the documents that can proof my claim it has been impossible for me to find them.

5. That I started working with the government of Puerto Rico in 1952 in the Home Authorities which no longer exist, that on May 1956 I started working at the Department of Labor "Negociado de Seguridad de Empleo" until March 1, 1985 when I retired.

6. That justice has to be served in my case and my age and time elapse should not be an obstacle for my justly claim.

WHEREFORE, creditor pray that with the new information stated in this Motion our claim should be granted.

CERTIFIED: This Motion was circulated thru regular mail to all interested [illegible] Hermann D. Bauer, O'Neill & Borges LLC, Martin J. Bienenstock, Proskauer Rose LLP, to their respective e mail address.

In Ponce, Puerto Rico, on February 12, 2020.

ANA L. RUIZ GODREAU [illegible]
Sol [illegible] 103
Ponce, PR 00730

Cel Num. (787) [illegible]