Anexo C -pág. 4 del documento

(ii) Epígrafe: Promesa

Título III

Núm.17BK 3283-LTS

RECEIVED & FILED
2020 FEB 19 PM 4: 44
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

La presente radicación guarda relación con el ELA, la ACT y el SRE. Notificación de la centésima vigésima octava objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Reclamos de deficientes en los que se alegan intereses sobre la base de las reinvindicaciones salariales, laborables ó servicios prestados.

(iii) Motivos para oponerse a la objeción global.

Desde el año 1984-1985 al _Departamento de Educación_ se nos otorgó un aumento salarial de $100.00 por parte del gobernador en turno el Honorable Carlos Romero Barceló el cual, nunca se nos honró. Este reclamo se ha ido luchando por las diferentes organizaciones que representan al magisterio puertorriqueño por muchos años sin llegar aún a ningún acuerdo. Es por eso que se establece dicha demanda a las partes involucradas. El monto total de la deuda según mis cómputos es de $ _32,400_ apróximadamente de salarios impagos. Solicito se trabaje dicha reclamación en forma individual y no como objeción global al cual tengo derecho según la Ley 89.

A continuación, le estoy enviando evidencia de los documentos que justifican ésta demanda.

(iv) Documentación justificativa: -Adjunto documentación solicitada y evidencias.

- Certificación del Sistema de Retiro para Maestros
- Evidencia talonario de pago
- Certificación del Departamento de Educación de Puerto Rico
- Información personal del Reclamante

Cordialmente,

_Pauline Pantoja López_
Firma

Nombre

Dirección: B-14 Ninfa del Mar
Dorado del Mar
Dorado P.R. 00646

Teléfono: _787-368-3232_

últimos cuatro #Seguro Social
_8346_

| 080 Dept. de Educacion - Maestros<br>Avenida Teniente Cesar Gonzalez<br>Esquina Calaf<br>HATO REY, PR 00919 | | Grupo de Pago: | SM -Quincenal | Aviso #: | 4218314 |
|---|---|---|---|---|---|
| | | Desde: | 10/28/2019 | Fecha Aviso: | 11/15/2019 |
| | | Hasta: | 11/08/2019 | | |

| PAULINE PANTOJA LOPEZ | # Empleado: | | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| DORADO DEL MAR | Dept: | 8001118-ARECIBO-VEGA BAJA | Estado Civil: | Married | Married |
| B-14 CALLE NINFA DEL MAR | Lugar: | RICARDO ARROYO LARACUENTE | Concesiones: | 0 | 1 |
| DORADO, PR 00646 | Titulo: | DEPARTAMENTO DE EDUCACION | Pct. Adcl.: | | |
| SS: | Sueldo: | $3,341.67 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | | IMPUESTOS | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | | 1,670.84 | 1,314.00 | 34,691.68 | Fed FICA Med Hospital Ins / EE | 25.74 | 513.60 |
| Pago Retroactivo Regular | | | 104.17 | | 104.17 | PR Withholding | 64.92 | 1,223.92 |
| Bonificaciones | | | 0.00 | | 625.00 | | | |
| Total: | | | 1,775.01 | 1,314.00 | 35,420.85 | Total: | 90.66 | 1,737.52 |

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| GPR Plan de Retiro de Maestro | 159.75 | 3,131.63 | RM-Prest Pers De Cuota-Ret Mae | 213.89 | 4,491.69 | FSED Disability Plan | 30.18 | 602.16 |
| | | | AE-Asoc Emp ELA-Prest Regular | 340.80 | 7,120.80 | SM-First Medical Health Plan | 0.00 | 1,200.00 |
| | | | SM-First Medical Health Plan | 13.00 | 249.00 | | | |
| | | | AE-Seguro por Muerte Asoc ELA | 7.00 | 147.00 | | | |
| | | | AS-FED MAESTROS DE PR | 8.00 | 168.00 | | | |
| | | | Ahorros-AEELA | 88.75 | 1,739.79 | | | |
| | | | SC-WASHINGTON NAT INS CO | 0.00 | 156.00 | | | |
| Total: | 159.75 | 3,131.63 | Total: | 671.44 | 14,072.28 | * Tributable | | |

### TOTAL BRUTO / BRUTO TRIBUT. FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,775.01 | 0.00 | 90.66 | 831.19 | 853.16 |
| Acumulado: | 35,420.85 | 0.00 | 1,737.52 | 17,203.91 | 16,479.42 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 | Aviso #4218314 | 853.16 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 | | |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 | Total: | 853.16 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 | | |

Los balances de licencias corresponden al periodo de:

MENSAJE:

| Dept. de Educacion - Maestros | Fecha | Aviso No. |
|---|---|---|
| Avenida Teniente Cesar Gonzalez | 11/15/2019 | 4218314 |
| Esquina Calaf | | |
| HATO REY, PR 00919 | | |

Cant. Deposito: $853.16

A la
Cuenta(s) De

PAULINE PANTOJA LOPEZ
DORADO DEL MAR
B-14 CALLE NINFA DEL MAR
DORADO, PR 00646
Localizacion: RICARDO ARROYO LARACUENTE

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXXX | 853.16 |
| Total: | | 853.16 |



# DEPARTAMENTO DE EDUCACION
Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

11 de febrero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | PAULINE PANTOJA LOPEZ |
| Seguro Social | : | --- |
| Categoria | : | MA. EDUC. SEC (MATEMATICAS) |
| Distrito Escolar | : | VEGA ALTA |
| Sueldo Mensual | : | $3,341.67 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | Desde el 4 de septiembre de 1991 hasta el presente. |
| Cesó | : | N/A |
| Renunció | : | N/A |
| Otros | : | Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de (27) años. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.



**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

SRM-SB-022
Rev. marzo 2017

PAULINE PANTOJA LOPEZ
URB DORADO DEL MAR
B14 CALLE NINFA DEL MAR
DORADO PR 00646-2124

Estimado(a) participante PAULINE PANTOJA LOPEZ

De acuerdo a nuestros registros, el balance de aportaciones acumuladas en el SRM es de aproximadamente $65,136.46 al 11 de febrero de 2020. Las aportaciones han devengado intereses por $14,148.76 para un total de cuotas e intereses de $79,285.22.

El tiempo acreditado es de aproximadamente 23 año(s), 3 mes(es), 0 semana(s), 4.41 día(s).

Los pagos realizados por planes de pago, recaudaciones o pagos pendientes pueden no estar considerados en estos balances. Además, esta información puede variar, de encontrarse diferencias en el Informe de Cambio enviado por el patrono y de existir anulaciones futuras entre cuentas que afecten las Aportaciones del Sistema.

Estos cálculos son preliminares, están sujetos a verificación y ajustes cuando radique su Solicitud de Retiro. Deberá permanecer cotizando en el SRM hasta la fecha que proyecta retirarse.

Atentamente,

Área de Servicios de Retiro



235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918
P.O. Box 191879 · San Juan PR 00919-1879



☏ 787.777.1414      📠 787.759.2883      www.srm.pr.gov