Ninfa del Mar
lo del Mar, Dorado P.R. 00646

 

RECEIVED & FILED
2020 FEB 19 PM 4:44
CLERK'S OFFICE
DISTRICT COURT

Clerks Office
United States District Court
Room 150 Federal Building
San Juan, P.R. 00918-1767