TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

2020 FEB 19 PM 4: 43

| En el asunto de: | PROMESA |
| --- | --- |
| JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO | Título III<br>Núm.: 17 BK 3283-LTS<br>(Administrada conjuntamente) |
| como representante de | La presente radicación guarda relación con el ELA, la ACT y el SRE. |
| ESTADO LIBRE ASOCIADO DE PUERTO RICO y otros | |
| Deudores | |

REPLICA A OBJECCION GLOBAL

Comparece Josefina Overman Lebrón quien soy una de las reclamantes bajo el caso de epígrafe y muy respetuosamente declaro y solicito:

1. Que mi nombre aparece en el Anexo A de la Objeción Global, el ELA, la ACT y/o el SRE que solicitan que mi reclamo sea rechazado por ser Deficiente. El número de mi reclamación es, 147857.

2. Que radico esta replica a la objeción global para no ser privada del derecho a reclamar y recibir el dinero adeudado por el Estado Libre Asociado. Esta Replica tiene el propósito de aclarar mi reclamación, especificando las Leyes aprobadas por el gobierno concediendo aumentos de sueldo que no fueron pagados, los años de empleo en el Departamento de Educación y el monto de los dineros adeudados conforme el tiempo que trabaje.

3. Que es oneroso para mi proveer con esta reclamación todos los records de pagos que justifican mi reclamación y solo estoy proveyendo aquellos documentos que

tengo en mi poder, entiendo que el Departamento de Educación como custodio de mi expediente tiene la obligación de proveer dichos records.

4. Que trabajé como maestra, educación, nivel elemental en el Departamento de Educación del Gobierno de Puerto Rico por un periodo de cuarenta y seis años (46). Trabaje desde agosto de 1961 hasta el 27 de julio del 2007. (Se acompaña Certificación de empleo del Departamento de Educación).

5. Que durante mi empleo como maestra el gobierno de Puerto Rico aprobó leyes para beneficio de empleados públicos que incluían los maestros, cuyos beneficios no fueron pagados. Mi reclamación es por los ingresos y/ o beneficios dejados de pagar por el gobierno de Puerto Rico conforme a esas leyes, según especifico más adelante.

6. Que las mencionadas leyes no fueron derogadas. El gobierno de Puerto Rico tiene conocimiento de las cantidades adeudadas a los maestros por reclamos que le han hecho los gremios magisteriales al gobierno.

7. Por concepto de la Ley de Retribución Uniforme, Ley 89 de 12 de julio de 1979, ley conocida como el Romerazo, por el gobernador que promulgo dicha ley, debí recibir un aumento de $25.00 mensuales en adición a mi salario desde julio del 1979 hasta el presente. He calculado que se me adeuda $11,700 desde julio de 1979 hasta el presente. El pago de dicho aumento hubiera tenido un impacto reflejado en mi pensión, por lo que solicito se tome en consideración.

8. Que el Departamento de Educación y el Sistema de Retiro de Maestros me han provisto una certificación de empleo y el sueldo que devengaba a la fecha de mi retiro y los ingresos que recibo por retiro. Entiendo que el Departamento de

Educación como custodio de mi expediente de personal, el cual contiene toda la información sobre mi salario, tiene la obligación de proveer los records que confirman mi salario durante mi gestión laboral y el Sistema de Retiro para Maestros tiene mis records como retirada. Es su obligación proveer dicha información para que el Tribunal pueda confirmar las cantidades reclamadas. Que estoy acompañando toda la documentación en mi poder que entiendo relevante a mi reclamación.

9. Que acompaño los siguientes documentos en apoyo a mi reclamación:
    a. Certificación de Departamento de Educación
    b. Certificación de Pensión del Sistema de Retiro para Maestros
10. Respetuosamente solicito se acepte esta Réplica a la Objeción Global presentada en este caso, que se acepte esta réplica que aclara cualquier deficiencia objetada y que se ordene a Prime Clerk, LLC, a que reciba instrucciones para aceptar la presente réplica y aclaración a los reclamos de causas radicadas conforme al Título III Promesa.

Respetuosamente sometida, hoy 14 febrero de 2020.

Josefina Overman Lebrón
HC01 Box 173
Mariana Número 3
Humacao, P. R. 00791
787-398-4380