Estado Libre Asociado de Puerto Rico
Junta de Supervisión y Administración Financiera para Puerto Rico
Comité de Acreedores

**Promesa III**

**Josefina Overman Lebrón**
HC 01 Box 173
Humacao, P.R. 00791

Celular (787) 398-4380

E-mail    PANCHOH2OKT@yahoo.com

Presentación; 6|27|2018
Caso número 17 **BK 3283-LTS**

Números de Reclamación:
**147857**

**Ley de Retribución Uniforme:**

1) Ley 89 del 12 de julio de 1980; ley conocida como el Romerazo, otorgando un aumento salarial de $25.00 en pagos mensual desde julio de 1980 hasta el presente. Se me adeuda la cantidad de **$11,700.00 desde julio de 1980 hasta el presente.** Pongo mis evidencias encontradas: (1) Certificación Magisterial. (2) Certificación por años trabajados.

Caso: número **17 BK 3283-LTS**

Números de reclamación:

**147857**

    Por lo tanto, se ordena que declare a lugar a la Centésima cuadragésima primera objeción global según se establece en el documento.

    Se ordena que Prime Clerk, LLC; quede autorizada a recibir instrucciones para aceptar la presente réplica y aclaración a los reclamos en marcos de causas radicadas conforme al Título III de Promesa.

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| OVERMAN LEBRON, JOSEFINA | 147857 | 7/3/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| OVERMAN LEBRON, JOSEFINA | 147857 | 7/3/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).



# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

ATT: LEY PROMESA

13 de febrero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | JOSEFINA OVERMAN LEBRON |
| Seguro Social | : | |
| Categoría | : | MA. EDUCACION - NIVEL ELEMENTAL (4-6) |
| Distrito Escolar | : | YABUCOA |
| Sueldo Mensual | : | $2,505.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 27 de julio de 2007 |
| Otros | : | Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de (46) años. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

| Núm. Solicitud | Estado Libre Asociado de Puerto Rico | Fecha Radicación |
|---|---|---|
| 43828 | Sistema de Retiro para Maestros | 30-may-07 |
| Núm de Caso | | Fecha Vencimiento |
| 552-A | **INFORME RENTA ANUAL VITALICIA** | INCENT |

**OVERMAN LEBRON JOSEFINA**
Apellido Paterno, Materno, Nombre e Inicial

Seguro Social

Sexo: ☑ Femenino  ☐ Masculino

Fecha Nacimiento: [redacted]
Categoría y Pueblo: YABUCOA ELEM
Retiro Ley Núm.: Ley 91 del 2004

Dirección Postal: MARIANA III / HC 1 BOX 17173 / HUMACAO, PR 00792

Dirección Física (Si es diferente a la postal): BO JAGUEYES / YABUCOA, PR / HUMACAO, PR 00792

Tipo de Renta (Pensión):
☐ Años de Servicio y Edad ☐ Edad ☐ Diferida
☐ Incapacidad Ocupacional ☐ Incapacidad No Ocupacional

| Edad al Retirarse | | | Servicios Acreditados | | | | Costo Anualidad | Renta | |
|---|---|---|---|---|---|---|---|---|---|
| 67 | 4 | 8 | 30 | 0 | 0 | 0 | $ 63,924.14 | Mensual $ 1,855.83 | Anual $ 22,269.96 |
| Años | Meses | Días | Años | Meses | Sem | Días | | | |

Fecha de Renuncia: 27-jul-07    Último Día de Pago: 27-jul-07
Fecha Efectividad Pensión: 28-jul-07    Cierre de Nómina: 11-sep-07
Primer Pago Pensión Mes: 30-sep-07  ☐ 1ra ☑ 2da  Importe $ 1,855.83
Pago Global Retroactivo Desde: 28-jul-07  Hasta: 15-sep-07  Importe Total $ 3,023.18

### DESGLOSE DE DESCUENTOS

| | PAGO GLOBAL | PAGO MENSUAL |
|---|---|---|
| Importe Total (Bruto) | $ 3,023.18 | $ 1,855.83 |
| Menos Descuentos: | Descuento | Descuento |
| Préstamos:  Clave | | |
| Personal (PP)  47-000 | | |
| Cultural (PC)  45-000 | | |
| Hipotecario (PH)  36-000 | | |
| Finanzas | | |
| Aport. Individual 9% (Clave 26-001) | | |
| ASUME | | |
| Otros | | |
| Importe Neto | $ 3,023.18 | $ 1,855.83 |

Bonos:
☐ Bono Verano (PBV)    ☐ Bono Medicamentos (PBM)
☐ Bono Navidad (BNP)

Certifico que la información aquí provista es cierta, correcta y completa.

CARLOS J. SERRANO AYALA — Nombre del Empleado — Firma — Fecha: 22 AGO 07
NORMA I. PEÑA AGOSTO — Nombre Supervisor — Firma — Fecha: 10/sep/07

### PREINTERVENCIÓN DE DOCUMENTOS | USO DIRECTOR(A) AREA RETIRO

Verificación de:
☑ Exactitud
☑ Legalidad
☑ Firmas
☐ Otros

RECIBIDO 2007 FEB 27 PM 1:22  B. Ledoux

Aprobado por: Wanda Santiago Lopez
Nombre Director(a) o Representante Autorizado
Firma / Fecha

### USO ÁREA DE PENSIONADOS (Sección Nóminas)

Ingreso a Nómina Mes: _____ ☐ 1ra ☐ 2da    Nómina Pago Global Mes: _____ ☐ 1ra ☐ 2da
Nombre del Empleado _____    Nombre del Empleado _____
Firma / Fecha    Firma / Fecha
Nombre Supervisor    Firma / Fecha

Conservación: Seis años o una intervención de la Oficina del Contralor de Puerto Rico, lo que ocurra primero.    Modelo SC-1515 Rev. 20-ago-07

**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Josefina Overman Lebrón**, con número de seguro social que termina en 7591.

| | |
|---|---|
| Fecha de Efectividad de la Pensión | 28 de julio de 2007 |
| Tiempo Cotizado para la Pensión | 30 años, 0 mes, 0 sem., 0 días |
| Pensión mensual Inicial | $1,855.83 |
| Pensión Mensual Actual | $1,855.83 |

Esta certificación se expide hoy, 13 de febrero de 2020 en San Juan, Puerto Rico.

Jorge I. Rohena Gotay
**Supervisor**
Área de Servicios de Retiro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918 P.O. Box 191879 · San Juan PR 00919-1879

787.777.1414


Sistema de Retiro para Maestros

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

Fill in this information to identify the case (Select only one Debtor per claim form).
Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).

| | | | |
|---|---|---|---|
| ☒ | Commonwealth of Puerto Rico / El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date: May 3, 2017 |
| ☐ | Puerto Rico Sales Tax Financing Corporation (COFINA) / La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date: May 5, 2017 |
| ☐ | Puerto Rico Highways and Transportation Authority / La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date: May 21, 2017 |
| ☐ | Employees Retirement System of the Government of the Commonwealth of Puerto Rico / El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date: May 21, 2017 |
| ☐ | Puerto Rico Electric Power Authority / La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date: July 2, 2017 |

RECEIVED
JUL 03 2018
PRIME CLERK LLC

Modified Official Form 410 / Formulario Oficial 410 Modificado

## Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.
Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

☐ Date Stamped Copy Returned
☐ No Self-Addressed Stamped Envelope
☒ No Copy Provided

### Part 1 / Parte 1    Identify the Claim / Identificar la reclamación

1. Who is the current creditor?

   ¿Quién es el acreedor actual?

   NOMBRE Y APELLIDOS DE MAESTRO **Josefina Overman Lebrón**

   Name of the current creditor (the person or entity to be paid for this claim)
   Nombre el acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

   Other names the creditor used with the debtor _____
   Otros nombres que el acreedor usó con el deudor _____

Modified Official Form 410

Claim Number: 147857

page 1

| | | |
|---|---|---|
| 2. Has this claim been acquired from someone else?<br><br>¿Esta reclamación se ha adquirido de otra persona? | ☒ No / No<br>☐ Yes. From whom?<br>Sí. ¿De quién? _____ | |
| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)<br><br>¿A dónde deberían enviarse las notificaciones al acreedor?<br><br>Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g) | Where should notices to the creditor be sent?<br>¿A dónde deberían enviarse las notificaciones al acreedor?<br><br>Josefina Overman Lebron<br>LLENAR TODOS LOS ESPACIOS CORRESPONDIENTES<br>Name / Nombre<br><br>HC 01 Bazon 17173<br>Number / Número   Street / Calle<br><br>Mariana III Humacao PR 00791<br>City / Ciudad   State / Estado   ZIP Code / Código postal<br><br>787-398-4380<br>Contact phone / Teléfono de contacto<br><br>Contact email / Correo electrónico de contacto | Where should payments to the creditor be sent? (if different)<br>¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)<br><br>SI DIRECCION DONDE RECIBE CORRESPONDENCIA ES DIFERENTE INSERTAR<br>Name / Nombre<br><br>Number / Número   Street / Calle<br><br>City / Ciudad   State / Estado   ZIP Code / Código postal<br><br>787 548-7744<br>Contact phone / Teléfono de contacto<br><br>Contact email / Correo electrónico de contacto |
| 4. Does this claim amend one already filed?<br><br>¿Esta reclamación es una enmienda de otra presentada anteriormente? | ☒ No / No<br>☐ Yes. Claim number on court claims registry (if known) _____<br>Sí. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo) _____<br>Filed on / Presentada el _____ (MM/DD/YYYY) / (DD/MM/AAAA) | |
| 5. Do you know if anyone else has filed a proof of claim for this claim?<br><br>¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación? | ☒ No / No<br>☐ Yes. Who made the earlier filing?<br>Sí. ¿Quién hizo la reclamación anterior? _____ | |

**Part 2 / Parte 2:** Give Information About the Claim as of the Petition Date
Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

| | |
|---|---|
| 6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?<br><br>¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico? | ☐ No / No<br>☒ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)<br>Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).<br><br>DEPARTAMENTO DE EDUCACION |
| 7. Do you supply goods and / or services to the government?<br><br>¿Proporciona bienes y / o servicios al gobierno? | ☒ No / No<br>☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:<br><br>Vendor / Contract Number | Número de proveedor / contrato: _____<br><br>List any amounts due after the Petition Date (listed above) but before June 30, 2017:<br>Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017 $ _____ |

Modified Official Form 410   Proof of Claim   page 2

**8. How much is the claim?**
¿Cuál es el importe de la reclamación?

$ __CANTIDAD EN DOLARES__

Does this amount include interest or other charges?
¿Este importe incluye intereses u otros cargos?

☒ No / No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).
Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A).

**9. What is the basis of the claim?**
¿Cuál es el fundamento de la reclamación?

*Ley 89 Romenazo*

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

*Pasos por años de servicios. Años acumulados en retiro*

Cualquiera de los que apliquen u otros no listados que apliquen a su caso en particular: Liquidación días de enfermedad; carrera magisterial; pasos por años de servicio; reclamaciones judiciales o administrativas y otros.

**10. Is all or part of the claim secured?**
¿La reclamación está garantizada de manera total o parcial?

☒ No / No

☐ Yes. The claim is secured by a lien on property.
Sí. La reclamación está garantizada por un derecho de retención sobre un bien.

Nature of property / Naturaleza del bien:
☐ Motor vehicle / Vehículos

☐ Other. Describe:
Otro. Describir: _____

Basis for perfection / Fundamento de la realización de pasos adicionales: _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.

Value of property / Valor del bien: $_____

Amount of the claim that is secured /
Importe de la reclamación que está garantizado: $_____

Amount of the claim that is unsecured /
Importe de la reclamación que no está garantizado: $_____
(The sum of the secured and unsecured amounts should match the amount in line 7.)
(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

Amount necessary to cure any default as of the Petition Date /
Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso: $_____

Annual Interest Rate (on the Petition Date)
Tasa de interés anual (cuando se presentó el caso) _____ %
☐ Fixed / Fija
☐ Variable / Variable

**11. Is this claim based on a lease?**
¿Esta reclamación está basada en un arrendamiento?

☒ No / No

☐ Yes. Amount necessary to cure any default as of the Petition Date.
Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso $_____

Modified Official Form 410

Proof of Claim

page 3

| | |
|---|---|
| 12. Is this claim subject to a right of setoff?<br><br>¿La reclamación está sujeta a un derecho de compensación? | ☒ No / No<br><br>☐ Yes. Identify the property /<br>Sí. Identifique el bien: _____ |
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☒ No / No<br><br>☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim. $_____<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |

## Part 3/ Parte 3:

Sign Below / Firmar a continuación

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☒ I am the creditor / Soy el acreedor

☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el 06/21/2018 (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma FIRMAR DOCUMENTO A MANO _Josefin Querman Lihn_

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name: LLENAR TODOS LOS ESPACIOS CORRESPONDIENTES
First name / Primer nombre    Middle name / Segundo nombre    Last name / Apellido

Title / Cargo: ACREEDOR

Company / Compañía: NINGUNA
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección: DIRECCION
Number / Número    Street / Calle

City / Ciudad    State / Estado    ZIP Code / Código postal

Contact phone / Teléfono de contacto TELEFONO    Email / Correo electrónico EMAIL

Modified Official Form 410    Proof of Claim    page 4

Josefina Overman Lebrón
HC01 Buzón 17173
Mariana III
Humacao, P.R. 00791



7018 1130 0000 1990 0525

PRIME CLERK LLC

JUL 03 2018

Commonwealth of Puerto Rico
Claims Processing Center
c/o Prime Clerk LLC
Grand Central Station P.O. Box 4708
New York, N.Y. 10163-4708

U.S. POSTAGE PAID
HUMACAO, PR
00791
JUN 28, 18
AMOUNT
$6.70



# FedEx Express — Expanded Service International Air Waybill

**Origin Copy**

For FedEx services worldwide. Not all services and options are available to all destinations.

## 1 From

- Date: 06/28/18
- Sender's Name: William Garcia
- Company: Prime Clerk - Old San Juan Bankruptcy Court
- Address: 300 Recinto Sur Street
- Address: Suite 104
- City: San Juan
- State/Province: PR
- Country: US
- ZIP/Postal Code: 00901
- Internal Billing Reference: 1845-02   65 package count

FedEx Tracking Number: 8126 1824 4947 0425

### 4a Express Package Service
- 06 FedEx Intl. First
- ☒ FedEx Intl. Priority
- 03 FedEx Intl. Economy

### 4b Express Freight Service
- 70 FedEx Intl. Priority Freight
- 86 FedEx Intl. Economy Freight

### 5 Packaging
- 06 FedEx Envelope
- ☒ FedEx Pak
- 03 FedEx Box
- 04 FedEx Tube
- 15 FedEx 10kg Box
- 25 FedEx 25kg Box
- 01 Other

## 2 To

- Recipient's Name:
- Company: PRIME CLERK
- Address: 830 3RD AVE
- City: NEW YORK
- State/Province: NY
- Country: US
- ZIP/Postal Code: 100227523

RECEIVED JUL 02 2018 — PRIME CLERK LLC

### 6a Special Handling and Delivery Signature Options
- 01 HOLD at FedEx Location
- 03 SATURDAY Delivery
- 10 Direct Signature
- 34 Indirect Signature

Does this shipment contain dangerous goods?
- No ☒ 04 / Yes 08 / Yes / 06 Dry Ice / CA Cargo Aircraft Only

### 6b Broker Selection
- 40 Intl. Broker Select

## 3 Shipment Information

- Total Packages: 1
- Total Weight: 4 lbs

| Commodity Description | Harmonized Code | Country of Manufacture | Value for Customs |
|---|---|---|---|
| Legal Documents | | | 0 |

Total Declared Value for Carriage: 0
Total Value for Customs: 0

### 7 Payment
Bill transportation charges to: ☒ Recipient
FedEx Acct. No.: 9743-2501-?

### 8 Required Signature

Sender's Signature: [signed]

Origin Station ID: NRBA
Country Code/Destination Station ID: US/JRBA
URSA Routing: XA/JRBA

663

Número de Evidencia de Reclamación: 147857
Reclamante: Overman Lebron, Josefina

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

**Instrucciones**

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación.

Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

**Cuestionario**

1. **¿Cuál es el fundamento de su reclamación?**
   - ☐ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este
   - ☒ Empleo actual o anterior en el gobierno de Puerto Rico
   - ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**

Ley 96-2002 $100.00 por mes en pagos desde julio 2000 hasta el presente.
Ley 96 2002
$20,800.00

Batch 4

$100.00 por mes

Número de Evidencia de Reclamación: 147857
Reclamante: Overman Lebron, Josefina

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?

　　☐ No. *Pase a la Pregunta 4.*

　　☒ Sí. Responda preguntas 3(a)-(d).

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó: Departamento de Educación

3(b). Identifique las fechas de su empleo con relación a su reclamación: Ley 96 - Julio 2002 al presente (Articulo 1)

3(c). Últimos cuatro dígitos de su número de seguro social: 7591

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):

　　☐ Jubilación
　　☒ Salarios impagos
　　☐ Días por enfermedad
　　☐ Queja con el sindicato
　　☐ Vacaciones
　　☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?

　　☒ No.
　　☐ Sí. Responda Preguntas 4(a)-(f).

4(a). Identifique el departamento o agencia que es parte de esta acción.

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución:

4(c). Número de caso:

4(d). Título, epígrafe, o nombre del caso:

Batch 4　　　　　　　　　　　　　　2



Número de Evidencia de Reclamación: 147857
Reclamante: Overman Lebron, Josefina

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

**Instrucciones**

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación.
Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

**Cuestionario**

1. **¿Cuál es el fundamento de su reclamación?**
   - ☐ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este
   - ☒ Empleo actual o anterior en el gobierno de Puerto Rico
   - ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**

   Ley 89 - $25.00 en pagos desde julio 1979 hasta el presente
   $11,479.00
   $25.00 por mes

Batch 4

Número de Evidencia de Reclamación: 147857
Reclamante: Overman Lebron, Josefina

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   ☐ No. *Pase a la Pregunta 4.*
   ☒ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó: Departamento de Educación

3(b). Identifique las fechas de su empleo con relación a su reclamación: Ley 89 - Julio 1989 al presente - Ley 96 - julio 2002 al presente

3(c). Últimos cuatro dígitos de su número de seguro social: 7591

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   ☐ Jubilación
   ☒ Salarios impagos
   ☐ Días por enfermedad
   ☐ Queja con el sindicato
   ☐ Vacaciones
   ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   ☒ No.
   ☐ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción.

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución:

4(c). Número de caso:

4(d). Título, epígrafe, o nombre del caso:

Batch 4　　　　　　　　　　　　2


990123400405952