Josefina Overman Lebron
HC 01 Box 173
Mariana #3
Humacao, P.R. 00791

RECEIVED & FILED
2020 FEB 19 PM 4:14
CLERK'S OFFICE




1000    00918

U.S. POSTAGE PAID
FCM LG ENV
YABUCOA, PR
00767
FEB 18, 20
AMOUNT
$1.60
R2305K135298-05

Secretaría (Clerk's Office)
Tribunal de Distrito de los
                    Estados Unidos

#150 Chardon Avenue
  Federal Building
San Juan, Puerto Rico 00918