**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS**
**PARA EL DISTRITO DE PUERTO RICO**

| | | |
|---|---|---|
| En el asunto: | * | Reclamación **151058** |
| Junta de Supervisión y Administración | * | Promesa |
| Financiera para Puerto Rico | * | Titulo III |
| | * | Núm. 17BK 328 LTS |
| Como representante de Estados | * | 3 |
| Libre Asociado de Puerto Rico y otros | * | (Administración Conjunta) |
| | * | La presente radicación guarda |
| | * | Relación con el ELA, la ACT y |
| | * | el SER |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**A la Secretaria del Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico**

Yo, Mildred Morales Figueroa mayor de edad casada de Comerío con dirección postal P O Box 682, Comerío, Puerto Rico 00782 con número de teléfono 787-232-9212. Que comencé a trabajar con el Departamento de Educación como maestra en el año 1979.

Que radique "reclamación" el pasado junio de 2018 con el número de reclamación 151058.

Yo entiendo que cualifico para los correspondientes aumentos durante el periodo en que me desempeñé como maestra y los mismos no fueron pagados violentando mis derechos.

Que mis derechos están cobijados bajo las siguientes leyes:
- Ley 34
- Ley 89
- Ley 94
- Ley 96
- Ley 64

Adjunto someto certificación del Departamento de Educación y certificación del Sistema de Retiro para maestros acreditando el periodo de trabajo.

Por todo lo cual solicito a la Secretaria del Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rio declare lugar el presente escrito.

En Comerío, Puerto Rico a 14 de febrero de 2020.

*Mildred Morales Figueroa*
Mildred Morales Figueroa
PO Box 682
Comerío, Puerto Rico 00782
Tel. 787 232-9212



# DEPARTAMENTO DE EDUCACION
Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

11 de febrero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | MILDRED MORALES FIGUEROA |
| Seguro Social | : | |
| Categoría | : | MAESTRO ELEMENTAL |
| Distrito Escolar | : | COMERIO_ |
| Sueldo Mensual | : | $2,730.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 29 de mayo de 2009 |
| Otros | : | Prestó servicios para este Departamento por un período de 30 años y 5 meses. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión del **Prof. Mildred Morales Figueroa**, con número de seguro social que termina en **3446**.

| | |
|---|---|
| Fecha de Efectividad de la Pensión | 30 de mayo de 2009 |
| Tiempo Cotizado para la Pensión | 30 años, 2 mes, 3 sem., 3 días |
| Pensión Mensual Inicial | $1,929.40 |
| Pensión Mensual Actual | $1,929.40 |

Esta certificación se expide hoy, **11 de febrero de 2020** en **San Juan, Puerto Rico**.

Edgardo J. Negrón Ramírez
Supervisor
Área de Servicios de Retiro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879



SRM
Sistema de Retiro para Maestros
Gobierno de Puerto Rico
*Protegemos la Aportación al Futuro*

787.777.1414  787.764.6910  www.srm.pr.gov

Rev.GIFT 10-OCT-08

**Estado Libre Asociado de Puerto Rico**
**Sistema de Retiro para Maestros**

Fecha Radicación: 24-abr-09
Fecha Vencimiento: 7-ago-09

Núm de Caso: 0273

## INFORME RENTA ANUAL VITALICIA

Apellido Paterno, Materno, Nombre e Inicial: MORALES FIGUEROA MILDRED
Seguro Social: ---
Sexo: ☑ Femenino ☐ Masculino

Fecha Nacimiento (Mes-Día-Año): 6-jun-1956
Categoría y Pueblo: ELEM-COMERIO
Retiro Ley Núm.: Ley 91 del 2004

Dirección Postal: PO BOX 682, COMERIO PR 00782

5085706
707
708

Tipo de Renta (Pensión):
☑ Años de Servicio y Edad  ☐ Edad  ☐ Diferida
☐ Incapacidad Ocupacional  ☐ Incapacidad No Ocupacional

| Edad al Retirarse | Servicios Acreditados | Costo Anualidad | Renta |
|---|---|---|---|
| 52 Años 11 Meses 24 Días | 30 Años 2 Meses 3 Sem 3 Días | $ 53,554.75 | Mensual $ 1,929.40 / Anual $ 23,152.80 |

Fecha de Renuncia: 29-may-09
Último Día de Pago: 29-may-09
Fecha Efectividad Pensión: 30-may-09
Cierre de Nómina: 12-ago-09
Fecha Primer Pago Pensión: 31-Aug-09
Importe $ 1,929.40
Pago Global Retroactivo Desde 30-may-09 Hasta 15-ago-09 Importe Total $ 4,947.98

### DESGLOSE DE DESCUENTOS

| | PAGO GLOBAL | PAGO MENSUAL |
|---|---|---|
| Importe Total (Bruto) | $ 4,947.98 | $ 1,929.40 |
| Menos Descuentos: | Descuento | Descuento |
| Préstamos: | | |
| Personal (PP) Clave 47-000 | | |
| Cultural (RC) 45-000 | - | - |
| Hipotecario (PH) 36-000 | - | - |
| Finanzas 67-059 | - | - |
| Aport. Individual 9% (Clave 26-001) | 578.83 | 231.53 /15.77 |
| ASUME | | |
| Otros | | |
| Importe Neto | $ 4,369.15 | $ 1,697.87 |

Bonos:
☑ Bono Verano (PBV) $ 100.00  ☑ Bono Medicamentos (PBM) $ 100.00
☐ Bono Navidad (BNP)

Certifico que la información aquí provista es cierta, correcta y completa.

Nombre del Empleado: ALFONSO MARTINEZ SANCHEZ
Firma: [signature]
Fecha: 5-ago-2009

Nombre Supervisor: NORMA I. PEÑA AGOSTO
Firma: [signature]
Fecha: 7/8/09

### PREINTERVENCIÓN DE DOCUMENTOS

Verificación de:
☑ Exactitud
☐ Legalidad
☑ Firmas
☐ Otros

[Stamp: AREA DE RETIRO DOCUMENTOS PREINTERVENIDOS AUG 7 2009 NOMBRE B Ledoux FIRMA]

### USO DIRECTOR(A) AREA RETIRO

Aprobado por: IVONNE L. ORTIZ VALLADARES
Nombre Director(a) o Representante Autorizado
Firma: [signature]
Fecha (Mes-Día-Año): 1/23/09

### USO ÁREA DE PENSIONADOS (Sección Nóminas)

Ingreso a Nómina Mes 8  ☐ 1ra ☑ 2da
Nombre Empleado: Wanda I. Rodriguez Mirabel
Firma: [signature]
Fecha (Mes-Día-Año): 8/12/09

Nombre Supervisor: Juan Agosto Castro
Firma: [signature]

Nómina Pago Global Mes 8  ☐ 1ra ☑ 2da  ☐ Off Cycle ☑ Pay Line
Nombre Empleado: Alice Torres
Firma: [signature]
(Mes-Día-Año) / Fecha: 12/08/09

Firma: [signature]
Fecha (Mes-Día-Año): 31 Agosto 2009

Conservación: Seis años o una intervención de la Oficina del Contralor de Puerto Rico, lo que ocurra primero.

Mildred Morales Figueroa
PO Box 682
Comerio P.R.
00782

Secretaria (Clerks Office)
Tribunal de Distrito Estados Unidos
Room 150 Federal Building
San Juan Puerto Rico
00918-1767