# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

Ley Promesa

13 de febrero de 2020

# CERTIFICACION

Certifico que : MYRTHA E. RIVERA PEREZ

Seguro Social :

Categoría : MA EDUC SEC (ESPAÑOL)

Distrito Escolar : DORADO

Sueldo Mensual : $3,375.00

Status : PERMANENTE

Observaciones

Trabaja : N/A

Cesó : N/A

Renunció : Efectivo el 21 de diciembre de 2018

Otros : Presto servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 30 años. Nuestro sistema de Recursos Humanos refleja que ocupó una plaza desde 08/11/1988.

Cándida R. Chico Montañez
Supervisora
Archivo Docente

PO BOX 190759 SAN JUAN, PUERTO RICO 00919-0759 TEL (787)759-2000 EXTS 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.



**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

SRM-SB-024
Rev. marzo 2017

## CERTIFICACIÓN DE PENSIÓN

RIVERA PEREZ, MYRTHA E
COND LAGOS DEL NORTE
1 COND LAGOS DEL NORTE APT 1001
TOA BAJA PR 00949-1605

Certifico que RIVERA PEREZ, MYRTHA E recibe de una pensión vitalicia del Sistema de Retiro para Maestros. La pensión mensual es de $2,450.52 equivalente a $29,406.24 anual. Luego de las deducciones recibe la cantidad de $2,450.52 mensual, equivalente a $29,406.24 anual.

Esta certificación se expide hoy 14 de febrero de 2020.



Número de Certificación: SRM03P2000911

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Estado Libre Asociado de Puerto Rico: http://www.pr.gov o en nuestro Portal en http://www.srm.pr.gov

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918
P.O. Box 191879 · San Juan PR 00919-1879



☏ 787.777.1414   📠 787.759.2883   www.srm.pr.gov

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 09/01/2019 |
| Hasta: | 09/15/2019 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | 3367740 |
| Fecha Aviso: | 09/13/2019 |

**MYRTHA E RIVERA PEREZ**
COND LAGOS DEL NORTE
1 COND LAGOS DEL NORTE APT 1001
TOA BAJA PR 00949-1605
SS: XXX-XX-7740

| | |
|---|---|
| # Empleado: | XXXXX7740 |
| Dept: | 592230-Anos y Servicios Ley160/2013 |
| Lugar: | Anos y Servicios Ley160/2013 |
| Titulo: | Pensionado |
| Sueldo: | $2,450.52 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,225.26 | 975.00 | 14,703.12 |
| Pago Retro Pensionados | | | 0.00 | | 6,916.80 |
| Total: | | | 1,225.26 | 975.00 | 21,619.92 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 1,225.26 | 0.00 | 0.00 | 1,225.26 |
| Acumulado: | 21,619.92 | 0.00 | 0.00 | 21,619.92 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #3367740 | 1,225.26 |
| Total: | 1,225.26 |

**MENSAJE:**

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
09/13/2019

Aviso No.
3367740

Cant. Deposito: $1,225.26

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | 058140336 | $1,225.26 |
| Total: | | $1,225.26 |

TRAY 140 SQ 35348****************SCH 5-DIGIT 00949      35348 2 AV 0.383
MYRTHA E RIVERA PEREZ
COND LAGOS DEL NORTE
1 COND LAGOS DEL NORTE APT 1001
TOA BAJA PR 00949-1605

**NO-NEGOCIABLE**