Lagos del Norte Apto 1001
Bajo; P.R. 00949

Clerks Office
United States District Court
Room 150 Federal Building
San Juan P.R. 00918-1767

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

2020 FEB 19 PM 4: 44

RECEIVED & FILED