Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico

En el Asunto de:

Junta de Supervisión y Administración Financiera para Puerto Rico

Como Representante de:

Estado Libre Asociado de Puerto Rico y Otros,

Deudores

Reclamación Núm. 125324

Promesa, Título III

Núm. 17BK 3283 - LTS
(Administrada conjuntamente)

La presente radicación guarda relación con ELA, la ACT y el SE

Réplica a la Objeción Global

A la Secretaría del Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico:

Comparece María Isabel Fonseca Torres, mayor de edad, casada, propietaria y vecina de Comerio, Puerto Rico con dirección postal Urb. La Hacienda B-1 Calle A, Comerio, P.R. 00782 y con número telefónico 787-702-5267.

1. Que comencé a laborar para el Estado Libre Asociado de Puerto Rico, desempeñándome como Maestra en el año 1987.

2. Que se radicó "Reclamación" el pasado 27 de junio de 2018, con el número 125324.

3. Que entiendo que cualifico para los correspondientes aumentos aprobados durante el periodo en que me desempeñé como Maestra y los mismos no fueron pagados, violentando mis derechos.

4. Que mis derechos están cobijados bajo las siguientes leyes:
   a. Ley 34    b. Ley 89    c. Ley 94    d. Ley 96    e. Ley 164
   f. Ley 3%

5. Adjunto someto certificación del Sistema de Retiro de Maestros acreditando el periodo de trabajo.

Por todo lo cual, solicitamos de la Secretaría del Tribunal de Distrito de Estados Unidos para el Distrito de Puerto Rico, declare a lugar el presente escrito.

En Comerio, P.R. a 16 de febrero de 2020.

María I. Fonseca Torres
María I. Fonseca Torres
Urb. La Hacienda B-1
Calle A Comerio, P.R. 00782
Tel. 787-702-5267

**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Maria Isabel Fonseca Torres**, con número de seguro social que termina en **5193**.

| | |
|---|---:|
| Fecha de Efectividad de la Pensión | 1 de septiembre de 2015 |
| Tiempo Cotizado para la Pensión | 30 años, 0 mes, 1 sem., 3 días |
| Pensión mensual Inicial | $1,458.27 |
| Pensión Mensual Actual | $2,028.75 |

Esta certificación se expide hoy, **23 de enero de 2020** en San Juan, Puerto Rico.

Edgardo J. Negrón Ramírez
Supervisor
Área de Servicios de Retiro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

787.777.1414    787.764.6910    www.srm.pr.gov

SRM
Sistema de Retiro para Maestros
Gobierno de Puerto Rico
Protegemos la Aportación al Futuro



Maria I. Fonseca Torres
Urb. La Hacienda
B-1 Calle A
Comerio, P.R. 00782

Secretaria Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan Puerto Rico 00918-1767