United States Bankruptcy Court for The District of Puerto Rico

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767

RECEIVED & FILED
2020 FEB 19 PM 4:44
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Debtors: Estado Libre Asociado de Puerto Rico

Gobierno de Puerto Rico

Departamento de Educación

No. 17BK 3283-LTS

<u>One hundred tenth</u> OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTHE OF PUERTO RICO, IN DEFFICIENT CLAIMS ASSEITING INTEREST BASED UPON UNSPECIFIED PUERTO RICO STATUS

DOC 8978-4

Proof of Claim: 164700 ~~141515~~

Name and Address: Raúl Rijos Rodríguez
Hc. 33, Box #5206
Bo. Puertos, Dorado P.R. 00646.

Reclama al Gobierno del Estado Libre Asociado de Puerto Rico; al Gobierno de Puerto Rico Departamento de Educación de Puerto Rico.

Ley 89 de 1984 – Romerazo

Años Reclamados _____25 años + 9 meses_____

Cantidad Reclamada _____$7,725_____

Ley 96 <u>Sila Calderón</u>

Años Reclamados _____20 años y 2 meses_____

Cantidad Reclamada _____$24,200_____

...plica a la información solicitada:

Certificación Pensión Sistema Retiro de Maestros
Informe de Renta Mensual Vitalicio Retiro de Maestros
Certificación del Departamento de Educación (Años de servicio)

Solicito la adjudicación de mi petición, según corresponda a mis derechos por las Leyes anteriormente Especificadas.

Nombre: Raúl Rijos Rodríguez

Firma: Raúl Rijos Rodríguez      Fecha: 18/2/2020

Tribunal de Distrito de los Estados Unidos
Para el Distrito de Puerto Rico
#150 Chardon Avenue
Federal Building
San Juan, Puerto Rico 00918

RECEIVED & FILED
2020 FEB 19 PM 4: 44
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Asunto: Junta de Supervisión y Administración
        Financiera para Puerto Rico

Número de Reclamación: 164700 ~~141515~~

PROMESA   Title III
Numero de Demanda: 17 BK 3283 – LTS

Nombre : Raúl Rijos Rodríguez

Dirección: Hc. 33, Box. #5206
Bo. Puertos., Dorado P.R. 00646.

Tel#: (787) 690-5732

Cel#: (787) 371-0841

Re: Notificación de la Centésima Vigésima Objeción Global (No sustantiva) del Estado Libre Asociado de Puerto Rico y del Sistema de Retiro de los empleados del Gobierno del Estado Libre Asociado de Puerto Rico a reclamar deficientes en los que se alegan intereses sobre la base de las reivindicaciones salariales, laborales, y/o servicios prestados.

En el Reclamo del Gobierno de ELA de Puerto Rico, el Departamento de Educación y el Sistema de Retiro de Maestros de Puerto Rico adjunto las evidencias del reclamo de la demanda con el numero 17BK3283-LTS por la cantidad de $31,925 que se revise con los años de servicio reclamado.

Certificaciones Presentadas: (1) Certificación del Departamento de Educación (años de servicio).
(2) Certificación devolución cuotas (Sistema Retiro de Maestros - 6 Julio 2015).
(3) Forma 409 D.E.

Nombre: Raúl Rijos Rodríguez
Firma: Raúl Rijos Rodríguez   Fecha: 18/2/2020.

Case:17-03283-LTS Doc#:11543 Filed:02/19/20 Entered:02/24/20 10:33:52 Desc: Main Document Page 4 of 11



## DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

4 de febrero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | RAUL RIJOS RODRIGUEZ |
| Seguro Social | : | |
| Categoría | : | MA. EDUC. SEC (BIOLOGIA) |
| Distrito Escolar | : | VEGA ALTA |
| Sueldo Mensual | : | $2,675.00 |
| Status | : | TRANSITORIO ELEGIBLE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | Efectivo el 6 de junio de 2018 |
| Renunció | : | N/A |
| Otros | : | Nuestro Sistema de Recursos Humanos refleja que trabajó para ésta Agencia por un periodo de 25 años, 9 meses, 3 meses, 1 1/2 dias. |

Candida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

## CERTIFICACION

Certifico que el **Prof. Raúl Rijos Rodriguez**, con número de seguro social que termina en **6580**, tramitó y se le pagó una devolución de cuotas el 6 de julio de 2015, por tal razón, no recibe ni tiene derecho a ningún tipo de pensión del **Sistema de Retiro para Maestros**.

Esta certificación se expide hoy, **4 de febrero de 2020** en **San Juan, Puerto Rico.**

Edgardo J. Negrón Ramírez
Supervisor
Área de Servicios de Retiro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

787.777.1414    787.764.6910    www.srm-pr.gov



**Prime Clerk**
830 Third Ave, 9th Floor
New York, NY 10022



U.S. POSTAGE ≫ PITNEY BOWES
ZIP 11232 $ 000.35
02 4W
0000349804 SEP 11 2018

In re Commonwealth of Puerto Rico
Case No. 17-03283
United States Bankruptcy Court for the District of Puerto Rico (San Juan)

**PRIME CLERK RECEIVED YOUR PROOF OF CLAIM.**

Date Filed: 6/29/2018
Proof of Claim No.: 141515

For additional information, please visit
http://cases.primeclerk.com/puertorico, or
call us at **844.822.9231**.

Raul Rijos Rodriguez
HC-33 Box 5206
Bo Puertos
Dorado, PR 00777

## Departamento de Educación
## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### Secretaria Auxiliar de Recursos Humanos
### Informe de Cambios – Personal Docente

|  | Antes del Cambio | Después del Cambio |
|---|---|---|
| 1. Nombre del Empleado | RAUL RIJOS RODRIGUEZ |  |
| 2. Número de Seguro Social |  |  |
| 3. Lugar de Nacimiento | SAN JUAN |  |
| 4. Fecha de Nacimiento |  |  |
| 5. Sexo | M |  |
| 6. Estado Civil | CASADO |  |
| 7. Preparación Académica | BA 15 |  |
| 8. Experiencia | 23.9.3.1.0 |  |
| 9. Status del Empleado | TRANSITORIO ELEGIBLE |  |
| 10. Sueldo Bruto | $2,675.00 |  |
| 11. Número de Puesto | T20190 |  |
| 12. Categoría del Puesto | MA. EDUC. SEC (BIOLOGIA) 9827 |  |
| 13. Fondo | ESTATAL |  |
| 14. Cifra de cuenta | E1120-221-0810000-0000-08100-2016-SCHOOLWIDE16 |  |
| 15. Fecha de efectividad | 01 de abril de 2016 |  |
| 16. Acción | NOMBRAMIENTO |  |
| 17. Duración | HASTA EL 31 DE MAYO DE 2016 |  |
| 18. Causa del Cese |  |  |
| 19. Ultimo día de Trabajo |  |  |
| 20. Ultimo día de Pago |  |  |
| 21. Prog Esc, Nivel/Grado |  |  |
| 22. Turno en Registro | 8.0000000 |  |
| 23. Tipo de Registro | DOCENTE NOMBRAMIENTO |  |
| 24. Distrito Escolar | VEGA ALTA |  |
| 25. Escuela | JOSE SANTOS ALEGRIA (SIGLO 21) 71092 |  |

| 26. Dirección Postal: C/ CENTRAL, PAR. 58-B MAMEYAL DORADO PUERTO RICO 00646 | 26. Teléfono: (787)532-0093 |
|---|---|

2016– 28654

| 28. Preparado por: MARITZA NUÑEZ SANTIAGO | FECHA: 01 de abril de 2016 |
|---|---|
| 29. Verificado por: CATHERINE SANTANA BURGOS | FECHA: 04 de abril de 2016 |
| 30. Aprobado por: MAIDALYS IRIZARRY VILLEGAS | FECHA: 04 de abril de 2016 |
| Secretario de Educación o su representante | |

## Departamento de Educación
## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### Secretaria Auxiliar de Recursos Humanos
### Informe de Cambios – Personal Docente

|  | Antes del Cambio | Después del Cambio |
|---|---|---|
| 1. Nombre del Empleado | RAUL RIJOS RODRIGUEZ |  |
| 2. Número de Seguro Social |  |  |
| 3. Lugar de Nacimiento | RIO PIEDRAS |  |
| 4. Fecha de Nacimiento |  |  |
| 5. Sexo | M | evidencia de años despues de la renuncia en 2014 que fue mi cese, luego volvi a trabajar de 2016-17 y 2017-18. |
| 6. Estado Civil | CASADO | |
| 7. Preparación Académica | BA 15 | |
| 8. Experiencia | 23.9.3.1.0 | |
| 9. Status del Empleado | TRANSITORIO ELEGIBLE | |
| 10. Sueldo Bruto | $2,675.00 | |
| 11. Número de Puesto | T71455 |  |
| 12. Categoría del Puesto | MA. EDUC. SEC (BIOLOGIA) 9827 |  |
| 13. Fondo | ESTATAL |  |
| 14. Cifra de cuenta | E1120-221-0810000-0000-08100-2016-SCHOOLWIDE16 |  |
| 15. Fecha de efectividad | 03 de agosto de 2016 |  |
| 16. Acción | NOMBRAMIENTO |  |
| 17. Duración | HASTA EL 31 DE MAYO DE 2017 |  |
| 18. Causa del Cese |  |  |
| 19. Ultimo día de Trabajo |  |  |
| 20. Ultimo día de Pago |  |  |
| 21. Prog Esc, Nivel/Grado |  |  |
| 22. Turno en Registro | 6.0000000 |  |
| 23. Tipo de Registro | DOCENTE NOMBRAMIENTO |  |
| 24. Distrito Escolar | VEGA ALTA |  |
| 25. Escuela | JOSE SANTOS ALEGRIA (SIGLO 21) 71092 |  |

| 26. Dirección Postal: BOX 5206 KM. 3 HM. 9 PUERTOS DORADO PUERTO RICO 00646 | 26. Teléfono: (787)554-8103 |
|---|---|

PP- 2017- 09272

28. Preparado por: MARITZA NUÑEZ SANTIAGO                FECHA: 03 de agosto de 2016
29. Verificado por: CATHERINE SANTANA BURGOS           FECHA: 05 de agosto de 2016
30. Aprobado por: MAIDALYS IRIZARRY VILLEGAS           FECHA: 05 de agosto de 2016
Secretario de Educación o su representante

## Departamento de Educación
## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### Secretaria Auxiliar de Recursos Humanos
### Informe de Cambios – Personal Docente

|  | Antes del Cambio | Después del Cambio |
|---|---|---|
| 1. Nombre del Empleado | RAUL RIJOS RODRIGUEZ |  |
| 2. Número de Seguro Social |  |  |
| 3. Lugar de Nacimiento | RIO PIEDRAS |  |
| 4. Fecha de Nacimiento |  |  |
| 5. Sexo | M |  |
| 6. Estado Civil | SOLTERO |  |
| 7. Preparación Académica | BA 15 |  |
| 8. Experiencia | 24.9.3.1.0 |  |
| 9. Status del Empleado | TRANSITORIO ELEGIBLE |  |
| 10. Sueldo Bruto | $2,675.00 |  |
| 11. Número de Puesto | T83688 |  |
| 12. Categoría del Puesto | MA. EDUC. SEC (BIOLOGIA) 9827 |  |
| 13. Fondo | ESTATAL |  |
| 14. Cifra de cuenta | E1120-221-0810000-0000-08100-2017-SCHOOLWIDE17 |  |
| 15. Fecha de efectividad | 07 de agosto de 2017 |  |
| 16. Acción | NOMBRAMIENTO |  |
| 17. Duración | HASTA EL 1 DE JUNIO DE 2018. |  |
| 18. Causa del Cese |  |  |
| 19. Ultimo día de Trabajo |  |  |
| 20. Ultimo día de Pago |  |  |
| 21. Prog Esc, Nivel/Grado |  |  |
| 22. Turno en Registro | 6.0000000 |  |
| 23. Tipo de Registro | DOCENTE NOMBRAMIENTO |  |
| 24. Distrito Escolar | VEGA ALTA |  |
| 25. Escuela | ILEANA DE GRACIA (SUP. URBANA) 79038 |  |

26. Dirección Postal: HC 33 BOX 5206 BO. PUERTOS DORADO PUERTO RICO 00646  
26. Teléfono: (787)554-8103

PP- 2018- 05806

28. Preparado por: LUIS A LARRIUZ MARRERO — FECHA: 28 de julio de 2017  
29. Verificado por: CATHERINE SANTANA BURGOS — FECHA: 02 de agosto de 2017  
30. Aprobado por: FERDINAND ROSADO DE JESÚS — FECHA: 02 de agosto de 2017  
Secretario de Educación o su representante

## Departamento de Educación
### ESTADO LIBRE ASOCIADO DE PUERTO RICO
#### Secretaria Auxiliar de Recursos Humanos
##### Informe de Cambios

|  | Antes del Cambio | Después del Cambio |
|---|---|---|
| 1. Nombre del Empleado | RAUL RIJOS RODRIGUEZ |  |
| 2. Número de Seguro Social |  |  |
| 3. Lugar de Nacimiento |  |  |
| 4. Fecha de Nacimiento |  |  |
| 5. Sexo | M |  |
| 6. Estado Civil |  |  |
| 7. Preparación Académica | BA 15 |  |
| 8. Experiencia | 23.9.3.1.0 |  |
| 9. Status del Empleado | PERMANENTE |  |
| 10. Sueldo Bruto | $2,675.00 |  |
| 11. Número de Puesto | R08999 |  |
| 12. Categoría del Puesto | MA. EDUC. SEC (BIOLOGIA) |  |
| 13. Fondo | ESTATAL |  |
| 14. Cifra de cuenta | E1110-221-0810000-0000-08100-2014-SCHOOLWIDE14 |  |
| 15. Fecha de efectividad | 01 de agosto de 2014 08:00 am |  |
| 16. Acción | RENUNCIA |  |
| 17. Duración |  |  |
| 18. Causa del Cese | ASUNTO PERSONAL |  |
| 19. Ultimo día de Trabajo | 21 de enero de 2014 03:00 pm |  |
| 20. Ultimo día de Pago | 25 de junio de 2014 01:12 pm |  |
| 21. Prog Esc, Nivel/Grado |  |  |
| 24. Distrito Escolar | VEGA ALTA |  |
| 25. Escuela | JOSE SANTOS ALEGRIA |  |

| 26. Dirección Postal: CALLE CENTRAL PARC 58 B MAMEYAL DORADO PUERTO RICO 00646 | 26. Teléfono: |
|---|---|

27. Observaciones:( AUS AUT. SIN PAGA POR ENF. DEL 22 ENERO 2014 AL 30 MAYO 2014) ( COBRO VAC. REG. 17-4-12 DEL 2 JUNIO 2014 AL 25 JUNIO 2014 A LAS 1:12 P.M.) AUS. AUT SAIN PAGA DEL 25 JUN. 2014 A LAS 1:13 P.M. AL 28 JUL. 2014 A LAS 3: 00 P.M.) P/ GLOBAL ENF. 0.1.34 (DESDE 01/AGOSTO/2014 08:00 AM - HASTA 01/AGOSTO/2014 09:34 AM).

28. Preparado por: CATHERINE SANTANA BURGOS     FECHA: 25 de agosto de 2014
29. Verificado por: CATHERINE SANTANA BURGOS     FECHA: 25 de agosto de 2014
30. Aprobado por: DRA. JULIA NAZARIO FUENTES     FECHA: 25 de agosto de 2014
Secretario de Educación o su representante



From: Raúl Rijos Rodriguez
Hc. 33, Box #5206
Bo. Puertos., Dorado P.R. 00646

RECEIVED & FILED
2020 FEB 19 PM 4:44
CLERK'S OFFICE
US DISTRICT COURT

To: Secretaria (clerk's office).
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan P.R. 00918-1767