## TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
## PARA EL DISTRITO DE PUERTO RICO

| | | |
|---|---|---|
| En el asunto: | * | Reclamación 108032 |
| Junta de Supervisión y Administración | * | Promesa |
| Financiera para Puerto Rico | * | Titulo III |
| | * | Núm. 17BK 328 LTS |
| Como representante de Estados | * | 3 |
| Libre Asociado de Puerto Rico y otros | * | (Administración Conjunta) |
| | * | La presente radicación guarda |
| | * | Relación con el ELA, la ACT y |
| | * | el SER |

*********************************************************************

A la Secretaria del Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico

Yo, Carmen A. Morales Figueroa mayor de edad casada de Comerío con dirección postal HC 2 Box 5267, Comerío, Puerto Rico 00782 con número de teléfono 787-372-1745. Que comencé a trabajar con el Departamento de Educación como maestra en el año 1976.

Que radique "reclamación" el pasado junio de 2018 con el número de reclamación 108032.

Yo entiendo que cualifico para los correspondientes aumentos durante el periodo en que me desempeñé como maestra y los mismos no fueron pagados violentando mis derechos.

Que mis derechos están cobijados bajo las siguientes leyes:
- Ley 34
- Ley 89
- Ley 94
- Ley 96
- Ley 64

Adjunto someto certificación del Departamento de Educación y certificación del Sistema de Retiro para maestros acreditando el periodo de trabajo.

Por todo lo cual solicito a la Secretaria del Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rio declare lugar el presente escrito.

En Comerío, Puerto Rico a 14 de febrero de 2020.

Carmen A. Morales Figueroa
PO Box 682
Comerío, Puerto Rico 00782
Tel. 787 232-9212

# GOBIERNO DE PUERTO RICO
### Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Carmen A. Morales Figueroa**, con número de seguro social que termina en **9288**.

| | |
|---|---|
| Fecha de Efectividad de la Pensión | 30 de mayo de 2009 |
| Tiempo Cotizado para la Pensión | 31 años, 11 mes, 3 sem., 5 días |
| Pensión Mensual Inicial | $2,660.84 |
| Pensión Mensual Actual | $2,660.84 |

Esta certificación se expide hoy, **11 de febrero de 2020** en **San Juan**, **Puerto Rico**.

Edgardo J. Negrón Ramírez
Supervisor
Área de Servicios de Retiro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879



SRM
Sistema de Retiro para Maestros
Gobierno de Puerto Rico
Protegemos la Aportación al Futuro

( 787.777.1414    ⊟ 787.764.6910    www.srm.pr.gov

Rev.GIFT 10-OCT-08

**Estado Libre Asociado de Puerto Rico**
**Sistema de Retiro para Maestros**

| | Mes-Día-Año |
|---|---|
| | Fecha Radicación |
| | 20-ABR-09 |
| | Fecha Vencimiento |
| | 29-JULIO-09 |

Núm de Caso
**0083**

## INFORME RENTA ANUAL VITALICIA

MORALES FIGUEROA, CARMEN A.
Apellido Paterno, Materno, Nombre e Inicial — Seguro Social

Sexo  ☑ Femenino  ☐ Masculino

26-jun-1955 — AGUAS BUENAS - DIR. SEC. V
Fecha Nacimiento (Mes-Día-Año) — Categoría y Pueblo

Ley 91 del 2004
Retiro Ley Núm.

Dirección Postal  HC 2 BOX 5267

COMERIO PR 00782

Tipo de Renta (Pensión)  ☑ Años de Servicio y Edad  ☐ Edad  ☐ Diferida
☐ Incapacidad Ocupacional  ☐ Incapacidad No Ocupacional

| Edad al Retirarse | | | Servicios Acreditados | | | | Costo Anualidad | Renta | |
|---|---|---|---|---|---|---|---|---|---|
| 53 | 11 | 4 | 31 | 11 | 3 | 5 | $ 67,872.48 | Mensual | Anual |
| Años | Meses | Días | Años | Meses | Sem | Días | | $ 2,660.84 | $ 31,930.08 |

Fecha de Renuncia  29-may-09 (Mes-Día-Año)  Último Día de Pago  29-may-09
Fecha Efectividad Pensión  30-may-09 (Mes-Día-Año)  Cierre de Nómina  29-jul-09
Fecha Primer Pago Pensión  15-AGO-09 (Mes-Día-Año)  Importe $  2,660.84
Pago Global Retroactivo  Desde  30-may-09  Hasta  31-jul-09  Importe Total  $  5,493.34

### DESGLOSE DE DESCUENTOS

| | PAGO GLOBAL | PAGO MENSUAL |
|---|---|---|
| Importe Total (Bruto) | $ 5,493.34 | $ 2,660.84 |
| Menos Descuentos: | Descuento | Descuento |
| Préstamos: | Clave | | |
| Personal (PP) | 47-000 | | |
| Cultural (PC) | 45-000 | - | |
| Hipotecario (PH) | 36-000 | - | |
| Finanzas | 67-059 | - | |
| Aport. Individual 9% (Clave 26-001) | | 638.60 | 319.30 |
| ASUME | | | |
| Otros | | | |
| Importe Neto | | $ 4,854.74 | $ 2,341.54 |

Bonos:
☑ Bono Verano (PBV)  $ 100.00  ☑ Bono Medicamentos (PBM)  $ 100.00
☐ Bono Navidad (BNP)

Certifico que la información aquí provista es cierta, correcta y completa.

ANNIE RIVERA CANALES
Nombre del Empleado — Firma — 16-jul-2009 Fecha

NORMA I. PEÑA AGOSTO
Nombre Supervisor — Firma — Fecha

### PREINTERVENCIÓN DE DOCUMENTOS — USO DIRECTOR(A) AREA RETIRO

Verificación de:
☑ Exactitud
☑ Legalidad
☑ Firmas
☐ Otros

ÁREA DE RETIRO
DOCUMENTOS PREINTERVENIDOS
JUL 2 3 2009
FIRMA B Ledoux

Aprobado por:
IVONNE L. ORTIZ VALLADARES
Nombre Director(a) o Representante Autorizado
Firma — Fecha (Mes-Día-Año)

### USO ÁREA DE PENSIONADOS (Sección Nóminas)

Ingreso a Nómina  Mes  ☑ 1ra  ☐ 2da
Nombre Empleado
Firma — Fecha (Mes-Día-Año)

Nómina Pago Global  Mes  ☐ 1ra  ☑ 2da
☐ Off Cycle  ☑ Pay Line
Nombre Empleado
Firma — 11/08/09 (Mes-Día-Año) Fecha

Juan Agosto Castro
Nombre Supervisor — Firma — Fecha (Mes-Día-Año)

Conservación: Seis años o una intervención de la Oficina del Contralor de Puerto Rico, lo que ocurra primero.



# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

ATT:  LEY PROMESA

18 de febrero de 2020

# C E R T I F I C A C I O N

| | | |
|---|---|---|
| Certifico que | : | CARMEN A. MORALES FIGUEROA |
| Seguro Social | : | |
| Categoría | : | DIRECTOR ESCUELA SECUNDARIA V |
| Distrito Escolar | : | CIDRA |
| Sueldo Mensual | : | $3,795.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 29 de mayo de 2009 |
| Otros | : | Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de (33) años, (3) meses y (3) semanas. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

Carmen Aida Morales Figueroa
HC 1 Box 5267
Comerio P.R. 00782

SAN JUAN PR 000

18 FEB 2020 PM 1 1

Secretaria (Clerks Office)
Tribunal de Distrito Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico
00918 — 1767

00918-9999