# UNITATED STATES DISTRICT COURT
## FOR THE DISTRIC OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVESIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWELATH OF PUERTO RICO, et al.,<br><br>Debtors. | PROMESA<br><br>Title III<br><br>No. 17BK3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth, HTA and ERS.** |

30 de enero de 2020

Ley #164

Ley #96

Centésima Vigésima Cuarta Objeción Global

Réplica a la Objeción Global

Nombre: José L. Santiago Torres

Dirección: HC-01 Box 56664, Orocovis, Puerto Rico 00720

Número de teléfono: 787-310-3606

Correo electrónico: lemuelstgo@gmail.com

Fecha de presentación: 6/28/2018

Número de caso: 17BK03283-LTS

Deudor: Estado Libre Asociado de Puerto Rico

Número de reclamación: 106034

Favor de evaluar el caso. Envio certificación de los años trabajados en el Departamento de Educación de Puerto Rico. Para verificar posible cualificación en esta ley.

Gracias,

Att. _José L. Santiago Torres_ (signature)

