# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

09 de marzo de 2017

| | |
|---|---|
| DEPARTAMENTO DE EDUCACION | Solicitud No:          912111 |
| SECCIÓN DE NOMBRAMIENTOS Y CAMBIOS | Radicada en:      21 dic 2016 |
| APARTADO 190759 | |

SAN JUAN PR 00919 0759

Atención: Sr. Enoch González Vélez

El(la) profesor(a) JOSE L.SANTIAGO TORRES con seguro social XXX-XX-6142 ha radicado una Solicitud de Retiro en nuestro Sistema.  Al 6 de febrero de 2017, fecha de su última aportación recibida,

[X]cualifica [  ]no cualifica para acogerse a la jubilación.

Su tiempo cotizado y edad es el siguiente:

  29 Años,    7 Meses,    2 Semanas,   3.00 Dias y su edad es 53 años.

Los pagos pendientes no están consideradas en esta certificación.  Los mismos son:

[  ]Reconocimiento de Tiempo
[  ]Diferencia en % por transferencia recibida
[  ]Reembolso de Cuotas
[X]No aplica

El tiempo certificado puede variar, de encontrarse diferencias en el Informe de Cambio, enviado por el Departamento de Educación u otras Instituciones Gubernamentales y de existir anulaciones futuras entre cuentas que afecten las aportaciones del Sistema.

Deberá permanecer cotizando en nuestro Sistema hasta la fecha que proyecta retirarse.

El plan médico y planes suplementarios deben ser pagados directamente a las aseguradoras hasta tanto envíen las autorizaciones de descuentos para tramitar su pensión.

Atentamente,

Ivonne L. Ortiz Valladares
Area de Servicios de Retiro

c:      JOSE L. SANTIAGO TORRES                                          XXX-XX-6142
        HC 01 BOX 5664

        OROCOVIS, PR 00720

235 Avenida Arterial Hostos, Edificio Capital Center , Torre Norte, Hato Rey, Puerto Rico 00918
P.O. Box 191879, Hato Rey, PR 00919-1879

srm_correspondenciaconsulta@srm.pr.gov   (787) 777-1414      http://www.srm.pr.gov



**CERTIFICACIÓN DE ENTIDAD GUBERNAMENTAL O SISTEMA DE RETIRO**

Complete todos los encasillados. Evite borrones o tachaduras en el documento; si ocurre, escriba las iniciales en el cambio realizado.

Nombre del Socio  **Jose L. Santiago Torres** _____   Seguro Social _____

Entidad Gubernamental en la que trabaja **Departamento de Educación** Sistema de Retiro al que pertenece SRM

Fecha de efectividad del cese o renuncia **28-julio-2017** _____   Razón para el cese **jubilación** _____

Indique si estuvo en Licencia sin Sueldo       Desde _____ Hasta _____

                                                Desde _____ Hasta _____

                                                Desde _____ Hasta _____

LOS DESCUENTOS A CONTINUACIÓN SE REALIZARON PARA AEELA Y SE DESCONTARON DEL SUELDO O PENSIÓN MENSUAL DURANTE EL PERÍODO SIGUIENTE (incluya al menos últimos tres (3) descuentos):

| MES Y AÑO | AHORROS | SEGURO | PRÉSTAMO |
|-----------|---------|--------|----------|
| mayo 2017 | 81.16 | | |
| junio 2017 | 81.16 | | |
| julio 2017 | 76.02 | | |

CUANTÍA DE PAGO GLOBAL A REMITIRSE EN ESTE CASO:

$ _____

Certifico que he verificado la información ofrecida y la misma es correcta

_____
**Luis angel Rodriguez Ayala**
**Tecnico de Recursos Humanos**

Preparado por                          Firma Director de Recursos Humanos o
                                       Representante Autorizado

**787   773-2725** _____            **13 de noviembre de 2017** _____
Teléfono Funcionario Autorizado        Fecha de Certificación

---

**REQUISITOS**

- Incluya una Certificación de ASUME que sea expedida dentro de un período de noventa (90) días.
- Incluya la Certificación del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico y la Judicatura, según aplique.
- **La solicitud se puede enviar por correo o a través de la entidad gubernamental, siempre que se acompañe con todos los documentos e identificación que aquí se especifican; excepto la solicitud del socio que no sabe leer o escribir o que por incapacidad está bajo la responsabilidad de un tutor legal. Vea las instrucciones a continuación.**

**INSTRUCCIONES PARA COMPLETAR LA SOLICITUD**

1. Complete **todos** los encasillados y escriba en letra de molde.

2. El solicitante debe presentar una identificación que tenga foto y firma vigente. Las identificaciones consideradas aceptables son: licencia de conducir expedida por una autoridad de Puerto Rico, Estados Unidos o por uno de sus estado, pasaporte o identificación de empleo expedida por entidades gubernamentales. Se podrá aceptar la tarjeta electoral del solicitante, siempre y cuando éste la muestre voluntariamente.

3. Cuando el solicitante no sabe leer o escribir la solicitud la debe entregar personalmente en la oficina central o en una sucursal de AEELA. Debe comparecer acompañado de un testigo que lo identifique y que sepa leer y escribir. No se aceptarán solicitudes en las que se hayan impreso las huellas dactilares sin que estuviere presente un empleado o representante autorizado de AEELA.

4. Si al presentar esta solicitud del socio está incapacitado, la persona encargada debe presentar evidencia de que es el tutor legal autorizado por el tribunal. El tutor legal debe proveer toda la información que se le requiere en el espacio provisto en la solicitud.

5. Marque con una X en el espacio provisto para seleccionar la opción de continuidad de ahorro o de retiro.

6. Marque con una X en el espacio provisto el porciento que autoriza que el sistema de retiro descuente para ahorros.

7. El solicitante debe firmar en el espacio provisto e incluir la fecha en que firma la solicitud para evitar que le sea devuelta. Igualmente debe firmar el testigo o el tutor, en los casos que aplique.

8. Certifique la solicitud en la entidad gubernamental. Ésta es imprescindible para tramitar la solicitud. Asegúrese que la entidad la completó en todas sus partes y que no contenga borrones o tachaduras.

MAY 19 2017
OFICINA DE SERVICIOS A
PENSIONES DOCENTES

DEPARTAMENTO DE EDUCACION
RECIBIDO
JUL 2 0 2017
TRANSACCIONES DE PERSONAL

firma Jose L. Santiago Torres   28-nov-2017

AEELA - 61pdf
3-2017 (Rev.)

# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

27 de diciembre de 2017

JOSE L. SANTIAGO TORRES          XXX-XX-6142          Solicitud No:          924517
HC 01 BOX 5664                                        Radicada en:          28 nov 2017

OROCOVIS, PR 00720

Señor(a): Santiago Torres          CASO: 559

Deseamos informarle que su Pension Años De Servicio ha sido aprobada.  Su retiro fue efectivo el 29 de julio de 2017 y su renta mensual será de $2,028.75.  Recibirá un pago retroactivo desde la fecha de efectividad de su pensión hasta el ingreso a nómina.

Si usted no se encuentra conforme con la presente determinación podrá radicar dentro del término de 20 días a partir de la notificación de la determinación del Director o su representante, un Escrito de Reconsideración ante la Junta de Síndicos del SRM.  Dicha solicitud puede ser radicada personalmente o enviada por correo.

Radicaciones

Dirección Física: Secretaría Junta de Síndicos, Piso 8, Capital Center, Torre Norte 235 Ave Arterial Hostos, Hato Rey, PR

Dirección Postal: Secretaría Junta de Síndicos, Piso 8, PO Box 191879, San Juan, PR 00919-1879

En las radicaciones por correo, el matasellos debe mostrar que la misma fue cursada dentro del término establecido. Todos los términos mencionados en los incisos para apelar o solicitar reconsideración son en días naturales.  El procedimiento de apelación se rige por el Reglamento 7053 de 15 de noviembre de 2005.

Le informamos que cualquier gestión, comunicación o trámite que efectúe con nuestro Sistema, distinto a los escritos antes mencionados, no interrumpe los términos que dispone para ejercer su derecho de apelación.

Atentamente,

Norine L. Ortiz Valladares
Area de Servicios de Retiro

235 Avenida Arterial Hostos, Edificio Capital Center , Torre Norte, Hato Rey, Puerto Rico 00918
P.O. Box 191879, Hato Rey, PR 00919-1879

srm_correspondenciaconsulta@srm.pr.gov   (787) 777-1414   http://www.srm.pr.gov



**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 12/16/2017 |
| Hasta: | 12/31/2017 |

| | |
|---|---|
| Business Unit: PUERT | |
| Aviso #: | 2363283 |
| Fecha Aviso: | 12/29/2017 |

| JOSE L SANTIAGO TORRES | |
|---|---|
| HC 1 BOX 5664 | |
| OROCOVIS PR 00720-9240 | |
| | |
| SS: XXX-XX-6142 | |

| # Empleado: | XXXXX6142 |
|---|---|
| Dept: | 592230-Anos y Servicios Ley160/2013 |
| Lugar: | Anos y Servicios Ley160/2013 |
| Titulo: | Pensionado |
| Sueldo: | $2,028.75 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| | | Corriente | | Acumulado | | IMPUESTOS | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago Retro Pensionados | | | 9,325.70 | | 9,325.70 | | | |
| Pago de Salarios Regulares | | | 0.00 | 75.00 | 1,014.38 | | | |

NO bono de Navidad

| Total: | | | 9,325.70 | 75.00 | 10,340.08 | Total: | 0.00 | 0.00 |

## DEDUCCIONES | DEDUCCIONES GENERALES | BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| | | | RM-Ser No Coti-Ret Ma-Nunca | 1,095.57 | 1,217.30 | | | |
| Total: | 0.00 | 0.00 | Total: | 1,095.57 | 1,217.30 | * Tributable | | |

## TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA

| Corriente: | 9,325.70 | | 0.00 | 1,095.57 | 8,230.13 |
|---|---|---|---|---|---|
| Acumulado: | 10,340.08 | | 0.00 | 1,217.30 | 9,122.78 |

| PTO HORAS | ACUM | | | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|---|
| Balance Inicial: | 0.0 | | | Aviso #2363283 | 8,230.13 |
| + Acumulado: | | | | | |
| | | | | Total: | 8,230.13 |
| - Utilizado: | | | | | |
| - Donada: | | | | | |
| + Ajustes: | | | | | |
| Balance Final: | 0.0 | | | | |

**MENSAJE:**

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

**Fecha**
12/29/2017

**Aviso No.**
2363283



Cant. Deposito:   $8,230.13

4878

իլիդիկիիիիիդիդիդիդիիիիիիիիիիիիիիիիիիիիի

TRAY 67 SQ 14977*****************SCH 5-DIGIT 00705    14977 1 AV 0.373
JOSE L SANTIAGO TORRES
HC 1 BOX 5664
OROCOVIS PR 00720-9240

| DISTRIBUCION DE DEPOSITO DIRECTO | | |
|---|---|---|
| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| Savings | 24516 | $8,230.13 |
| | | |
| Total: | | $8,230.13 |

## NO-NEGOCIABLE

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 12/16/2019 |
| Hasta: | 12/31/2019 |

| | |
|---|---|
| Business Unit: PUERT | |
| Aviso #: | **5326471** |
| Fecha Aviso: | 12/30/2019 |

**JOSE L SANTIAGO TORRES**
HC 1 BOX 5664
OROCOVIS PR 00720-9240

SS: XXX-XX-6142

| | |
|---|---|
| # Empleado: | XXXXX6142 |
| Dept: | 592230-Anos y Servicios Ley160/2013 |
| Lugar: | Anos y Servicios Ley160/2013 |
| Titulo: | Pensionado |
| Sueldo: | $2,028.75 Monthly |

| | | |
|---|---|---|
| DATA IMP: | Federal | PR |
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | 1,014.38 | 1,957.50 | 24,345.12 | |

No bono de Navidad

| Total: | | 1,014.38 | 1,957.50 | 24,345.12 | |
|---|---|---|---|---|---|

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| | | |
| Total: | 0.00 | 0.00 |

### DEDUCCIONES — DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|
| | | | SM-First Medical Health Plan | 112.00 | 2,571.00 |
| Total: | 0.00 | 0.00 | Total: | 112.00 | 2,571.00 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| | | |

\* Tributable

### TOTAL BRUTO

| | |
|---|---|
| Corriente: | 1,014.38 |
| Acumulado: | 24,345.12 |

### TOTAL IMPUESTOS

| | |
|---|---|
| | 0.00 |
| | 0.00 |

### DEDUCCIONES TOTALES — PAGA NETA

| | | |
|---|---|---|
| 112.00 | | 902.38 |
| 2,571.00 | | 21,774.12 |

### PTO HORAS — ACUM

| Balance Inicial: | 0.0 |
|---|---|
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5326471 | 902.38 |
| Total: | 902.38 |

**MENSAJE:**

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
**12/30/2019**

Aviso No.
**5326471**

Cant. Deposito:  ___$902.38___

TRAY 69 SQ 15701*****************SCH 5-DIGIT 00705     15701 2 AV 0.383
JOSE L SANTIAGO TORRES
HC 1 BOX 5664
OROCOVIS PR 00720-9240

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | 24516 | $902.38 |
| Total: | | $902.38 |

NO-NEGOCIABLE

IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Santiago Torres, Jose Lemuel | 106034 | 6/28/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Santiago Torres, Jose Lemuel | 106034 | 6/28/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.  **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m.  (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.  **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**