se L. Santiago Torres,
-01 Bo( 5664
ocovis, P.R. 00720

RECEIVED & FILED
2020 FEB 19 PM 4:44
CLERK'S OFFICE





U.S. POSTAGE PAID
FCM LG ENV
GUAYAMA, PR
00784
FEB 18, 20
AMOUNT
$0.10
1000  00918  R2304E105464-99




Secretaria (Clerk's office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767