18 de febrero de 2020



LYMARI LÓPEZ SANTIAGO

P.O. BOX 393

VILLALBA, P.R. 00766

RÉPLICA A LA CENTÉSIMA VIGÉSIMA SEXTA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO COMO EMPLEADO DEL DEPARTAMENTO DE EDUCACION DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO EN RECLAMO DE LAS APORTACIONES ACUMULADAS EN EL SISTEMA DE RETIRO.

En junio de 2018 se sometió el Formulario Oficial 410 Modificado reclamando las aportaciones acumuladas de retiro de maestros en el Departamento de Educación de Puerto Rico.

Hoy 18 de febrero de 2020 hago constar que desde Septiembre de 1998 que inicié en el Departamento de Educación he estado realizando unas aportaciones para mi retiro y el gobierno también ha aportado una parte la cual ha sido añadido a mi balance. De acuerdo a los datos obtenidos a la fecha de 29 de junio de 2018 $64,986.75. Luego de esa fecha ha ido aumentando ya que aún estoy activa en el Departamento de Educación.

Al momento no deseo retirar mis aportaciones acumuladas, pero si deseo hacer constar que existen y deseo que permanezcan disponibles para cuando me retire. Hago constar que "Employees Retirement System Of the Government of the Commonwealth of Puerto Rico" me adeuda la cantidad de $70,000.00 para la fecha del 18 de febrero de 2020 y la misma continúa en crecimiento.

*[firma]*
Lymari López Santiago

No. Reclamación 117543

No. Reclamación 124094

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

Commonwealth of Puerto Rico, Case No. 17 BK 3283-LTS

| | |
|---|---|
| LYMARI LÓPEZ SANTIAGO | PROMESA |
| P.O BOX 393 | TITULO III |
| VILLALBA, P.R. 00766 | Número 17 BK 3283-LTS |
| (787) 504-1352 | No. de Reclamación 124094 |
| | No. de Reclamación 117543 |



RÉPLICA A LA CENTÉSIMA VIGÉSIMA SEXTA OBJECION GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO COMO EMPLEADO DEL DEPARTAMENTO DE EDUCACION DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO EN RECLAMO DEL AUMENTO SALARIAL DE LA LEY 89 DE 1979 (ROMERAZO), A PARTIR DEL 1999 HASTA EL 2006.

En junio de 2018, se sometió el Formulario Oficial 410 Modificado reclamando salarios impagos en mi empleo anterior como Trabajadora Social en el Departamento de Educación de Puerto Rico por servicios prestados y que no fueron pagados.

Durante su gobernación, el gobernadora Carlos Romero Barceló aprobó una ley (Ley 89 del 12 de julio de 1979) que concedía un aumento salarial a los maestros del Departamento de Educación (DE) del Gobierno de Puerto Rico de $100 mensuales.

Este aumento nunca se pagó.

Durante el término de esta ley (1999-2006), ya era empleada del DE. De acuerdo con mis cálculos, el period comprende 7 años a $1,200.00 por año, lo que representa $8,400.00 a los que tengo derecho.

Se estima la siguiente cantidad adeudada:

$1,200 del año escolar 1999-2000

$1,200 del año escolar 2000-2001

$1,200 del año escolar 2001-2002

$1,200 del año escolar 2002-2003

$1,200 del año escolar 2003-2004

$1,200 del año escolar 2004-2005

$1,200 del año escolar 2005-2006

Cantidad estimada $8,400.00

Atentamente,

*[firma]*

Lymari López Santiago



# DEPARTAMENTO DE EDUCACIÓN
### Department of Education
ESTADO LIBRE ASOCIADO DE PUERTO RICO
Commonwealth of Puerto Rico

## Certificado Vitalicio
### Life Certificate

El Secretario de Educación por la presente confiere a
*The Secretary of Education hereby issues to*

**LYMARI LOPEZ SANTIAGO**

el presente Certificado que lo faculta para ejercer como
*this Certificate that entitles the holder to perform as*

TRABAJADOR(A) SOCIAL ESCOLAR
SCHOOL SOCIAL WORKER

en las escuelas públicas o privadas de Puerto Rico.
*of the School System of Puerto Rico.*

Expedido el   11 de abril                  de 20 16
*Issued on*    April 11                     20 16

Dado en San Juan de Puerto Rico, el   11 de abril    de 20 16
*Given at San Juan, Puerto Rico on*    April 11       20 16

Rafael Román Meléndez
*Secretario de Educación*
*Secretary of Education*

Número de Certificado: 1031009
Certificate Number: 1031009

FORM. 409 Rev.: 99

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**DEPARTAMENTO DE EDUCACIÓN**
Secretaría Auxiliar de Recursos Humanos

## Informe de Cambio - Personal Docente

Pagarle _____ días por vacaciones regulares en julio

Descontarle _____ días por ausencias

| | ANTES DEL CAMBIO | DESPUÉS DEL CAMBIO |
|---|---|---|
| 1. Nombre del Empleado | LYMARI LOPEZ SANTIAGO | |
| 2. Número de Seguro Social | | |
| 3. Lugar y Fecha de Nacimiento | PONCE 06/01/1974 | |
| 4. Sexo | F | |
| 5. Estado Civil | C | |
| 6. Preparación Académica | MA | |
| 7. Experiencia | | |
| 8. Status del Empleado (Contrato) | PERMANENTE | |
| 9. Sueldo Bruto | | |
| 10. Número del Puesto | R66086 | |
| 11. Categoría del Puesto | TRABAJO SOCIAL | |
| 12. Nivel del Puesto (Directivo) | | |
| 13. Fondo | E | |
| 14. Cifra de Cuenta | | |
| 15. Fecha de Efectividad | 7 DE NOVIEMBRE DE 2006 | |
| 16. Acción y Duración | REUBICACION DE PUESTO E INCUMBENTE | POR NEC. DE SERVICIO |
| 17. Causa del Cese | | |
| 18. Último Día de Trabajo | | |
| 19. Último Día de Pago | | |
| 20. Programa Escolar, Nivel y Grado | | |
| 21. Turno en Registro | | |
| 22. Distrito Escolar | VILLALBA | VILLALBA |
| 23. Escuela | NORMA I. TORRES | SUP. VOCACIONAL NUEVA |
| 24. Dirección Postal y Residencial | | 25. Teléfono Residencial |

26. Observaciones:

27. En caso de cambio de status a probatorio o permanente, traslado, reasignación permanente o descenso.

_Firma del empleado_ / _Fecha_

29. Deseo: _____ Acogerme _____ No Acogerme
Al descuento del 3% de mi sueldo mensual para el Fondo de Ahorro y Préstamo de la Asociación de Empleados del ELA de Puerto Rico en caso de cambio de contrato a probatorio o permanente.

_Firma del empleado_ / _Fecha_

28. Recomendado
_Director de Escuela_ / _Fecha_

30. Recomendado
_Director de Escuela_ / _Fecha_

31. Aprobado por: El Secretario de Educación o su Representante.

_Firma_ / _Fecha_

Si el nombramiento es con status transitorio provisional el mismo constituye un **CERTIFICADO PROVISIONAL DE MAESTRO**.

Lymari López Santiago
PO Box 393
Villalba, PR 00766



SAN JUAN PR 009

18 FEB 2020 PM 1 L

RECEIVED & FILED
20 FEB 19 PM 1:46

Secretaría (Clerks Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767

00918$9999