# TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS

# PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO, COMO REPRESENTANTE DE ESTADO LIBRE ASOCIADO DE PUERTORICO Y OTROS, <br><br> DEUDORES | PROMESA <br> TITULO 111 No.17BK3283-LTS <br> (Administrada conjuntamente) <br> La presente radicación guarda relación con el ELA, la ACT y el SRE |

I. Datos: Wanda I Reveron Lebrón, Reclamo# 113191, Urb La Riviera E5 Arroyo PR 00714 Cell: 787-628-5458 Email: rafymartorell.jrm@gmail.com

II. Epígrafe: NOTIFICACION DE LA CENTESIMA CUADRAGESIMA SEGUNDA OBJECION GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACION DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE UNAS LEYES PUERTORRIQUENAS NO ESPECIFICADAS

III. Motivos: Yo Wanda I. Reveron Lebrón, fui empleada del Departamento de Educación de Puerto Rico desde agosto de 1989 hasta el 30 de abril 2014. Estoy reclamando la ley 89, la ley 34, ley 164 que en conjunto estimo la cantidad $15,550 de que entiendo tener el derecho de recibir esta cantidad aproximada por todos los años de servicios conforme a las leyes establecidas por el Estado Libre Asociado de Puerto Rico. Entrego esta replica hoy 2/19/20 porque no pude llegar a tiempo porque soy ciega y no tenía transportación.

IV. Documentación Justificativa. Adjunto la evidencia de documentos que incluye las leyes arriba mencionadas. De necesitar alguna otra información favor de notificarme de inmediato:

1. Certificación de sistema de retiro
2. Carta de Renuncia

*Wanda I. Reverón Lebrón*
Wanda I. Reveron Lebron

18 de febrero de 2020



**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
Sistema de Retiro para Maestros

15 de abril de 2014

WANDA I. REVERON LEBRON     XXX-XX-0289     Solicitud No:    729349
E 5 URB LA RIVIERA                                       Radicada en:    24 mar 2014

ARROYO, PR 00714

Profesor(a): Reveron Lebron                         CASO: 2290

Deseamos informarle que su Pension Incapacidad No Ocupacional ha sido aprobada conforme a las disposiciones de la Ley Núm. 91 de 29 de marzo de 2004. Su retiro fue efectivo el 01 de marzo de 2014 y su renta mensual será de $465.65. Recibirá un pago retroactivo desde el 01 de marzo de 2014 al 30 de abril de 2014.

Le orientamos que puede autorizar a nuestro Sistema a descontar de su pensión determinada cantidad para pagar compromisos contraídos, tales como; seguro médico de su preferencia u otras deducciones permitidas por ley.

Si usted no se encuentra conforme con la presente determinación podrá radicar dentro del término de 20 días a partir de la notificación de la determinación del Director o su representante, un Escrito de Reconsideración ante la Junta de Síndicos del SRM. Dicha solicitud puede ser radicada personalmente o enviada por correo.

Radicaciones

Dirección Física: Secretaría Junta de Síndicos, Piso 8, Capital Center, Torre Norte 235 Ave Arterial Hostos, Hato Rey, PR

Dirección Postal: Secretaría Junta de Síndicos, Piso 8, PO Box 191879, San Juan, PR 00919-1879

En las radicaciones por correo, el matasellos debe mostrar que la misma fue cursada dentro del término establecido. Todos los términos mencionados en los incisos para apelar o solicitar reconsideración son en días naturales. El procedimiento de apelación se rige por el Reglamento 7053 de 15 de noviembre de 2005.

Le informamos que cualquier gestión, comunicación o trámite que efectúe con nuestro Sistema, distinto a los escritos antes mencionados, no interrumpe los términos que dispone para ejercer su derecho de apelación.

Cordialmente,

Gretchen I. Ferra Tirado
Principal Oficial Ejecutivo De Beneficios Y Servicios

235 Ave. Arterial Hostos, Edif. Capital Center,
Torre Norte, Hato Rey
P.O. Box 191879 Hato Rey, PR 00919-1879
Tel: (787) 777-1414; Fax:
http://www.srm.pr.gov    E-mail: srm_correspondenciaconsulta@srm.pr.gov



12 de febrero de 2013

Sra. Edna Rodríguez Álvarez
Directora
Escuela Cayetano Sánchez
Arroyo, Puerto Rico 00714

Estimada señora Rodríguez:

Por este medio yo, *Wanda I. Reverón Lebrón,* quiero notificarle que **efectivo al 28 de febrero de 2014, renuncio a la plaza # R-39259 como Maestra de Educación Especial del grupo de Pre-Escolar Especial, en la Escuela Cayetano Sánchez en el Barrio Palmas de Arroyo.**

Agradezco a Dios la oportunidad y fortaleza que me dio para poder cumplir con mi encomienda y trabajar para esta facultad y para tantos niños del Programa de Educación Especial que sé que voy a extrañar. Si en algún momento me necesitan estoy en la mejor disposición.

Bendiciones a todos.

Cordialmente,

*Wanda I. Reverón Lebrón*
Sra. Wanda I. Reverón Lebrón
Maestra de Educación Especial