# TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS

# PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO, COMO REPRESENTANTE DE ESTADO LIBRE ASOCIADO DE PUERTORICO Y OTROS, <br><br>DEUDORES | PROMESA <br>TITULO 111 No.17BK3283-LTS <br>(Administrada conjuntamente) <br>La presente radicación guarda relación con el ELA, la ACT y el SRE |

I. Datos: Jose R. Martorell Vazquez, Reclamo# 122313 Urb. La Riviera E5 Arroyo, PR 00714. Email: rafymartorell.jrm@gmail.com, cell:787-628-5458

II. Epígrafe: NOTIFICACION DE LA CENTESIMA CUADRAGESIMA SEGUNDA OBJECION GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACION DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE UNAS LEYES PUERTORRIQUENAS NO ESPECIFICADAS

III. Motivos: Yo José R. Martorell Vázquez, fui empleado del Departamento de Educación de Puerto Rico desde Mayo del 1988 hasta el 31 Diciembre 2013 $ 15,750 por la ley 89, ley 34 y ley 164 que entiendo tener el derecho de recibir esta cantidad aproximada por todos los años de servicios conforme a las leyes establecidas por el Estado Libre Asociado de Puerto Rico. Entrego esta replica hoy 2/19/20 porque estoy retirado y enfermo y no tenía transportación, no manejo para llegar al edificio federal a tiempo espero se considere este inconveniente para mi reclamo en esta replica.

IV. Documentación Justificativa. Adjunto la evidencia de documentos que incluye las leyes arriba mencionadas. De necesitar alguna otra información favor de notificarme de inmediato:

1. Verificación de años de servicio del sistema de Retiro

*[signature]*
José R. Martorell Vázquez
Febrero 18, 2020



15 de mayo de 2013

JOSE R. MARTORELL VAZQUEZ          XXX-XX-7290           Solicitud No:           625356
LA RIVIERA                                                Radicada en:       15 may 2013
E 5
ARROYO, PR 00714

Estimado(a) Participante:

De acuerdo a nuestros registros, el balance de aportaciones acumuladas en nuestro Sistema de Retiro es de aproximadamente $47,298.37 . Las mismas han devengado intereses por aproximadamente $9,906.84 para un total de $57,205.21.

El tiempo acreditado es de aproximadamente:

   24 Años,     6 Meses,    1 Semanas,    3.9 Dias

La última nómina recibida y contabilizada para este balance es la del 30 de abril de 2013. Estos cálculos son preliminares y están sujetos a verificación final a la fecha de su retiro. Deberá permanecer cotizando en nuestro Sistema hasta la fecha que proyecta retirarse.

Los aportaciones recibidas por planes de pago o recaudaciones pueden no estar consideradas en este balance. Además, la información puede variar, de encontrarse diferencias en el Informe de Cambio enviado por su patrono y de existir anulaciones futuras entre cuentas que afecten las Aportaciones del Sistema.

De tener alguna duda al respecto, favor de comunicarse a nuestro Centro de Llamadas al 787-777-1414 extensiones 2050, 2051, 2011, 2031.

Cordialmente,

Gerente Sucursal
Sistema De Retiro Para Maestros

P.O. Box 191879 Hato Rey, PR 00919-1879    Teléfono: (787) 777-1414
http://www.srm.pr.gov    E-mail: srm_correspondenciaconsulta@srm.pr.gov