18 febrero 2020

TO: Secretaría Tribunal de Distrito De los Estados Unidos, Junta de Supervisión y al Comité de acreedores.

De: Sylvia Castillo López
urbanización Los Caobos
1213 Calle Bambú Ponce, P.R. 00716
787-634-3804
sylmasie1130@live.com

Asunto: Divulgación de evidencias solicitadas por la Ley Promesa (Departamento Educación) para adjudicar la cantidad de dinero que se nos debe según porciento a los que fuere elegible según los años en que trabajé - $10.000

Leyes (Promesa)
92983      94640
             104956
91610
91584

Sylvia Castillo López
gracias