## INSTRUCCIONES

1. Llene esta solicitud en original y letra de molde.
2. Deberá conseguir la certificación de la agencia donde trabajó por última vez y del Sistema de Retiro al cual pertenece.
3. Radique esta solicitud en el Departamento de Seguros de la Asociación de Empleados del E.L.A. (AEELA).

## IMPORTANTE QUE USTED CONOZCA

El derecho al Beneficio por Años de Servicio Asegurados se adquiere luego de haber estado asegurado durante un período de tiempo no menor de 10 años y reciba o cualifique para recibir una pensión por incapacidad o por años de servicio bajo el sistema de retiro al cual esté acogido.

Todo asegurado que al cese cumpla con lo anterior, que solicite la liquidación de su cuenta, continúe o no acogido al seguro, tendrá derecho al pago del BAS, siempre que la deuda vigente sea saldada con los ahorros y dividendos acumulados. De no ser así, se aplicará el monto del beneficio al balance adeudado. En los casos que se mantengan acogidos como socios en continuidad sin liquidar la cuenta, procederá el pago del BAS indistintivamente del balance adeudado.

Para la liquidación de sus ahorros y dividendos acumulados, deberá llenar el formulario AEELA - 61 "Solicitud de Liquidación de Ahorros y Dividendos" someterlo a la Sección de Orientación y Servicios del Departamento de Cobros de la Asociación, junto con una certificación de Deuda de la Administración para el Sustento de Menores (ASUME).



AEELA - 42
4 - 2007 (Rev.)



La cuenta del socio que se indica a continuación refleja el siguiente balance tentativo sujeto a revisión final:

Nombre del socio: CASTILLO LOPEZ SYLVIA
Agencia: PENSIONADOS MAESTROS
Seguro Social:
Balance deuda a: NOVIEMBRE de 2008
Balance deuda aplicando Ahorros y Dividendos: $5,883.03

Para que así conste, firmo la presente, hoy 13 de Noviembre de 2008, en San Juan, Puerto Rico.

JOSE L. CANALES CANCEL
Oficial Administrativo II
Sucursal de Ponce
Teléfono: (787) 641-4075.

La sección 31 de la Ley Núm. 133 de 28 de junio de 1966, según enmendada, establece que: "Todo crédito, depósito o sobrante por cualquier concepto en el Gobierno Estatal, o una dependencia o instrumentalidad de éste, a favor de un asociado que habiendo cesado en su puesto estuviere en deuda con la Asociación, que no esté gravado en el sistema de retiro correspondiente será retenido por el Secretario de Hacienda de Puerto Rico o el funcionario competente y transferido a los fondos de la Asociación para solventar parcial o totalmente la deuda pendiente con la misma".



RECIBIDO
NOV 20 2008
DIVISION PERSONAL DOCENTE

AEELA - 196

# AEELA

**aeela**
ASOCIACION DE EMPLEADOS DEL ELA

MAY 28 2009
Firma Autorizada
SUCURSAL DE Ponce

## SOLICITUD DE BENEFICIO POR AÑOS DE SERVICIO ASEGURANDOS

### I. INFORMACIÓN SOBRE EL SOLICITANTE

**Nombre:** Sylvia Castillo López
**Dirección Postal:** La misma
**Dirección Física:** Urb. Los Caobos calle Bambú 1213
**Pueblo:** Ponce, P.R.
**Código Postal:** 00716
**Seguro Social:** 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

**INDIQUE AGENCIA DÓNDE HA TRABAJADO** | **DESDE** | **HASTA**
A) Departamento Educación | Sept 1971 | Mayo 2008
B)
C)

**Conteste las siguientes preguntas**

¿Fecha Ingresó al seguro? 5/16/1990
¿Perdió el seguro alguna vez? ☐ Sí Fecha _____ ☑ No
¿Ha vuelto a ingresar al seguro alguna vez? ☐ Sí Fecha _____ ☑ No
¿Cambió de categoría de Seguro? ☐ Sí Fecha _____ ☑ No

Firma del Solicitante: Sylvia Castillo López

### II. CERTIFICACIÓN DE LA AGENCIA

Certifico que **SYLVIA CASTILLO LOPEZ** Seguro Social **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**
Cesó de trabajar en esta agencia el **30/MAYO/2008**
Disfrutó de Licencia sin Sueldo desde _____ Hasta _____
Fecha último descuento de Seguro **mayo/08**

**DEPARTAMENTO DE EDUCACION**
Nombre de la Agencia

**MATILDE PEDRAZA LEDUC SUPERVISORA UNIDAD DE JUBILACION DOCENTE**
Nombre Director de Personal o su Representante Autorizado

Firma: Matilde Pedraza Leduc
Firma Director de Personal o su Representante Autorizado

**27/MAYO/2009**
Fecha de Certificación

### III. CERTIFICACIÓN DE SISTEMA DE RETIRO

**UNA VEZ SE LE APRUEBE LA PENSIÓN, DEBERÁ CERTIFICAR ESTE FORMULARIO EN EL SISTEMA DE RETIRO AL CUAL PERTENECE.**

Certifico que **Sylvia Castillo López** Seguro Social _____ se le aprobó la pensión efectivo al **31 de mayo de 2008**

Pensionado Número _____

**Juan Agosto Castro**
Nombre Director de Sistema de Retiro o su Representante Autorizado

Firma: Juan Agosto Castro
Firma Director de Sistema de Retiro o su Representante Autorizado

**Sistema de Retiro para Maestros**
Nombre del Sistema de Retiro al cual Pertenece

**27 de mayo de 2009**
Fecha de Certificación

AEELA - 42
4-2007 (Rev.)



Estado Libre Asociado de Puerto Rico
Departamento de Educación
Distrito Escolar Ponce II
Escuela de la Comunidad Josefina Boya León
Tel. (787) 840-3770 Fax (787) 812-3879

3 de marzo de 2008

Sra. Silvia Castillo
Maestra

Saludos cordiales. Por este medio deseamos indicarle que recibimos su carta solicitando su renuncia por jubilación efectiva el 31 de mayo de 2008.

Aceptamos la misma no sin antes desearle mil éxitos.

Gracias,

Sra. Yadira Alicea
Directora



3 DE MARZO DE 2008

Sra. Yadira Alicea
  Directora

Saludos cordiales. Por este medio deseo presentar mi renuncia por jubilación luego de 30 Años de servicio en el Departamento de Educación.

La renuncia será efectiva al 31 de mayo de 2008.

Gracias,

*Sylvia Castillo López*

Sra. Sylvia Castillo

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



Departamento de Educación
Región Educativa de Ponce
Distrito Escolar Ponce II
Escuela Josefina Boya León
Tel. 840-3770/812-3879

7 de junio de 2005

A quien pueda interesar

**Certificación de Empleo**

Por la presente certifico que la Sra. Sylvia Castillo López
de seg. soc. _____ ocupa el puesto de maestra de escuela elemental,
la misma es Permanente y devenga un sueldo de $2380 mensual.

Gracias por su atención.

Sra. Yadira Alicea
Directora