Sylvia Castillo
Urbanización Los Caobos
1213 Calle Bambú
Ponce, Puerto Rico
00716-2624

Secretaría (Clerck Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767