## TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS

## PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO, COMO REPRESENTANTE DE ESTADO LIBRE ASOCIADO DE PUERTORICO Y OTROS, <br><br> DEUDORES | PROMESA <br> TITULO 111 No.17BK3283-LTS <br> (Administrada conjuntamente) <br> La presente radicación guarda relación con el ELA, la ACT y el SRE |

I. Datos: Luz E. Ramos Martínez Reclamo #155892, (Dirección) Urbanización Jardines de Lafayette calle A C-19 Arroyo, PR 00714 (cell) 787-341-9949 Email: lr65@hotmail.com

II. Epígrafe: NOTIFICACION DE LA CENTESIMA CUADRAGESIMA SEGUNDA OBJECION GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACION DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE UNAS LEYES PUERTORRIQUENAS NO ESPECIFICADAS

III. Motivos: Yo Luz E. Ramos Martínez, fui empleado del Departamento de Salud desde 16 de agosto 1993 hasta el15 de Junio del 1998 porque las facilidades pasaron de gubernamental a Privado Estoy reclamando la ley 89, la ley 34, que en conjunto estimo la cantidad de $1,620 que entiendo tener el derecho de recibir esta cantidad aproximada por todos los años de servicios conforme a las leyes establecidas por el Estado Libre Asociado de Puerto Rico. Entrego esta replica hoy 2/19/20 porque no pude llegar a tiempo por mi trabajo no me lo permitió.

IV. Documentación Justificativa. Adjunto la evidencia de documentos que incluye las leyes arriba mencionadas. De necesitar alguna otra información favor de notificarme de inmediato:

1. Certificación de Empleo Departamento de Educación

Luz E. Ramos Martinez

18 de febrero de 2020



PO BOX 70184 • SAN JUAN • PUERTO RICO, 00936 • TEL. (787) 766-1616

**DEPARTAMENTO DE SALUD**
GOBIERNO DE PUERTO RICO

Dando SALUD a tu Vida

16 de junio de 1998

Sr. (a) Luz E. Ramos Martínez
Hospital Dr. Alejandro Buitrago
Guayama, Puerto Rico

Estimado (a) señor (a) Ramos Martínez:

El 15 de junio de 1998, se vendieron las facilidades de salud del Hospital Dr. Alejandro Buitrago de Guayama al Hospital Episcopal San Lucas, según dispone la Ley número 190 del 5 de septiembre de 1996, enmendada por la Ley número 31 del 6 de julio de 1997. Desde esa fecha dicho centro pasa a ser propiedad del mencionado Hospital.

De acuerdo a lo dispuesto en la Ley número 5 del 14 de octubre de 1975, inciso seis (6), subinciso (a), y a la Sección 9.3, inciso uno (1) del Reglamento de Personal Areas Esenciales al Principio de Mérito y al Artículo ocho (8), Sección 8.4, inciso 1 del Reglamento de Personal para los empleados de carrera de la Administración de Facilidades y Servicios de Salud, según enmendada, y a la Ley Orgánica de la Oficina de Gerencia y Presupuesto, número 147 del 18 de junio de 1980, según enmendada, se le cesa del puesto número M-0484 que ocupa de la clase Enfermera II, efectivo el 17 de julio de 1998, debido a que el Departamento y/o AFASS no prestará servicios directos a esta población por no poseer un Hospital y se eliminaron los puestos.

Usted tiene derecho de apelar esta determinación ante la Junta de Apelaciones del Sistema de Administración de Personal, dentro de los 30 días siguientes a la fecha en que se le notifique esta comunicación.

La dirección física de la Junta de Apelaciones del Sistema de la Administración de Personal es: Calle San Justo #153, Viejo San Juan; y la postal es: Apartado 4840, Old San Juan Station, San Juan, Puerto Rico, 00902-4840.

Deseo aprovechar la oportunidad para expresarle mi agradecimiento.

Cordialmente,

Carmen Feliciano de Melecio, M.D.
Secretaria de Salud y
Directora Ejecutiva de AFASS


NUESTROS NIÑOS
Primero

AP-11A
Rev. 8/89

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE SALUD
ADMINISTRACION DE FACILIDADES Y SERVICIOS DE SALUD

NOTIFICACION DE NOMBRAMIENTO Y JURAMENTO
DE EMPLEADOS TRANSITORIOS
Sur-Hospital de Area Guayama
Región u Hospital

1. Código Dist. Cheque

| Reg. | Area | Div. | Secc. |
|---|---|---|---|
| 61 | PY | 5Z | 5Z |

2. Núm. Nombr. 005
3. Fecha de Autorización
Ofic. Pres. 402
Desde: 16 agosto
Hasta: 30 junio 1

4. Cifra de Cuenta de Nómina

| Fondo | TC | Prog. | Sub. Prog. | Prov. | Act. | Redión | Fac. | Ofic. | Div. | Secc. | Uni. | Objeto |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 5 | 04 | 34 | 00 | 00 | 61 | PY | 5Z | 5Z | 00 | 1 | 112 |

5. ADVERTENCIA AL EMPLEADO:

El nombramiento transitorio no le otorga derecho a ser nombrado en un puesto en el servicio de carrera con status probatorio o regular, a menos que cumpla procedimiento de reclutamiento y selección establecido en la Sección 4.3 de la Ley de Personal del Servicio Público, enmendada, para cubrir puestos en el S de Carrera. El nombramiento transitorio tampoco le permite ser participante del Sistema de Retiro de los Empleados del Gobierno y la Judicatura. Este nombramiento transitorio se efectúa para atender una necesidad temporera, de emergencia, imprevista o de duración determinada y terminará cuando desaparezca la necesidad origen al mismo.

6. Nombre del Empleado: **Luz E. Ramos Martínez**
Apellido Paterno, Apellido Materno, Nombre
Si se trata de una mujer casada puede seguir éste orden
(1) Apellido paterno seguido de la preposición "DE"
(2) Apellido del esposo y (3) Nombre

7. Nombre según aparece en el Seguro Social: **Luz E. Ramos Martínez**
8. Número de Seguro Social:
9. Dirección del Empleado: Jardines de Arroyo Calle CC-A-125 Arroyo, P.R. 00714

10. Prog., Depto., Ubicación del Puesto: **Servicios Hospitalarios-Depto. Sala de Operaciones**

11. Título de Clasificación: **Enfermera II**
12. Núm. de Clase y Escala 1021-24
13. Núm. de Puesto: M-7477
14. Sueldo Mens $927.00

15. Clase de Nombramiento:
- [X] En puesto de duración fija
  - [X] con funciones de carrera
  - [ ] con funciones de confianza
- [ ] En puesto permanente

16. Duración del Nombramiento:
Desde 16 agosto 1993 Hasta 30 junio 1994

17. Anterior Incumbente: Ana C. Fernández Santos

Diferencial $ 72.00
Motivo
Area de ries

18. CERTIFICACION DEL EMPLEADO:

Certifico que no he ocupado un puesto de duración fija (transitorio) o un puesto permanente con status transitorio en el Servicio Público durante el período un (1) año anterior a la fecha de efectividad de este nombramiento. Certifico, además, que estoy física y mentalmente capacitado para desempeñar las funciones puesto en el que se me nombra; que no he sido destituido del servicio público; que no he incurrido en conducta deshonrosa; no he resultado convicto por delito grave o por cualquier delito que implique depravación moral; y que no soy adicto al uso habitual y excesivo de sustancias controladas o bebidas alcohólicas. Declaro que esta información es exacta y verídica y que tengo conocimiento que de descubrirse falsedad en la misma seré separado del puesto en el que se me ...

Firma del Empleado

19. CERTIFICACION DE LA AGENCIA:
Certifico que el puesto número M-7477, clasificado como Enfermera II
Luz E. Ramos Martínez
- atenderá funciones de naturaleza temporera, de emergencia, imprevistas o de duración determinada.
- atenderá funciones permanentes o recurrentes mientras se crea el puesto permanente necesario.
- responde a las circunstancias enumeradas en la Sección 4.3, Inciso 12 de la Ley Núm. 5 del 14 de octubre de 1975, enmendada.
- Inc. Lic. sin Sueldo  — 90 días  [X] Año Serv. Púb o Lic. Prov.  — otras, Especifique: SEP 10 1993

APROBADO

20. Sra. Lourdes T. Napoleoni
Firma de la autoridad nominadora o su Representante Autorizado
Título: Oficial de Personal OFIC. DE PERSONAL REGIONAL
A.F.A.S.S.- REGION SUR
16 agosto

JURAMENTO DE FIDELIDAD Y DE TOMA DE POSESION DEL CARGO

Yo, Luz E. Ramos Martínez, Seguro Social número _____, de 28 (edad)
(Nombre del funcionario o empleado)
soltera          Enfermera II                y vecino de  Arroyo
(Soltero o casado)   (Nombre del Cargo o Empleo)                     (Pueblo)

juro solemnemente que mantendré y defenderé la Constitución de los Estados Unidos y la Constitución y las Leyes del Estado Libre Asociado de Puerto Rico contra todo enemigo interior o exterior, que prestaré Fidelidad y adhesión a las mismas; y que asumo esta obligación libremente y sin reserva mental ni propósito de evadirla y que desempeñaré bien y fielmente los deberes del cargo o empleo que estoy próximo a ejercer. Así me ayude Dios.

6 de agosto de 1993
(Fecha)
(Firma del empleado o funcionario)

Declaración Jurada Número: 2489

Suscrito y jurado ante mí por LUZ E. RAMOS MARTINEZ, de las circunstancias antes expresadas, a quien doy fe de conocer personalmente o de haber identificado mediante Lic. Conducir # 2140900

En Arroyo, Puerto Rico, hoy 6 de Agosto del año 1993.

Calle Morse #66 Arr
Firma, Sello y Dirección del Notario Público o del
Funcionario Autorizado que toma el Juramento