12 de feb, 2020
Bayamón, P.R.

Secretaria (Clerk's Office)
Tribunal de Distrito de los E.U.
Room 150 Federal Building
San Juan, P.R. 00918-1767

¡Un Cordial Saludo!
Mi nombre es, Rose Natalie Gilbert Márquez, soy residente de Bayamón, trabajé por 32 años con el Departamento de Educación, Región Bayamón, Distrito de Toa Baja, fui maestra por 32 años (1987-2018)

La presente es para solicitar la reclamación de demanda de clase a través del Departamento de Educación de Puerto Rico. El número de mi caso es: 17 BK 03283-LTS y el número

de Reclamación es el: 132334.
Mi número de Seguro Social
es el ___

A mi entender, yo cualifico para solicitar la Ley de Promesa. Llego a esta conclusión ya que no se me adjudicó algunos serie de saldos, llamados salarios impagos.

Me pueden contactar al celular: (787) 384-2494
email: newrose29@hotmail.com
Les agradezco que revisen mis casos.

Gracias,
Cordialmente,
Rae N. Gilbert Marquez