

**PRIORITY MAIL**
**FLAT RATE**
**POSTAGE REQUIRED**

**FROM:**

Rose Gilbert
#3 Inés Dávila Semprit
Bayamón, P.R. 00961



US POSTAGE PAID
$7.75
Origin: 00918
Destination: 00918
Flat Rate
Feb 18, 20
XXQVJ172600019
0005

PRIORITY MAIL 1–Day®
EXPECTED DELIVERY DAY: 2/19/2020

USPS TRACKING® NUMBER
9505 5167 9906 0049 0100 22

- Date
- USPS
  interna
- Limite
- Pick u
- Order supplies online.*
- When used internationally, a customs declaration label may be required.
- * Domestic only

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

**TO:**

Secretaria (Clerk's Office)
Tribunal de Distrito de los E.U.
Room 150 Federal Building
San Juan, P.R.
00918-1767



EP14F Oct 2018
OD: 12 1/2 x 9 1/2

PS00001000014

2020 FEB 19 PM 4:38
RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

* Domestic only. * For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.