Box 1085
a, P.R. 00676

RECEIVED & FILED
2020 FEB 19 PM 4: 44
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

SAN JUAN P&DC 009
TUE 18 FEB 2020 PM



Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos

Room 150 Federal Building
San Juan, Puerto Rico

00918-1767