TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS

PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO, COMO REPRESENTANTE DE ESTADO LIBRE ASOCIADO DE PUERTORICO Y OTROS, DEUDORES | PROMESA TITULO 111 No.17BK3283-LTS (Administrada conjuntamente) La presente radicación guarda relación con el ELA, la ACT y el SRE |

I. Datos: Yo Rosa M. Rodríguez Santiago, Reclamo # 128441, (dirección) Calle Santa Teresa #23 Arroyo, PR 00714, (cell) 787-315-5497

II. Epígrafe:     NOTIFICACION DE LA CENTESIMA CUADRAGESIMA SEGUNDA OBJECION GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACION DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE UNAS LEYES PUERTORRIQUENAS NO ESPECIFICADAS

III. Motivos: Yo, Rosa M Rodríguez Santiago fui empleada del Departamento de La Familia desde el 30 de Junio del 1976 hasta el 1 de mayo del 2001. Estoy reclamando la ley 89, la 34 y  por la cantidad de 6,300 que entiendo tener el derecho de recibir esta cantidad aproximada por todos los años de servicios conforme a las leyes establecidas por el Estado Libre Asociado de Puerto Rico. Entrego esta replica hoy 2/19/20 porque no pude llegar a tiempo el 2/18/20 por mis compromiso de trabajo ya que soy directora de un hospital en Arroyo y cuando llegue el edificio federal estaba cerrado. Espero tome  en consideración este inconveniente y acepte mi reclamo bajo esta replica.

IV. Documentación Justificativa. Adjunto la evidencia de documentos que incluye las leyes arriba mencionadas. De necesitar alguna otra información favor de notificarme de inmediato:

1. Verificación de años de servicio del sistema de Retiro
2. Certificación de pensión

*Rosa M. Rodríguez*

Rosa M. Rodríguez Santiago

Febrero 18, 2020



**GOBIERNO DE PUERTO RICO**

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# CERTIFICACIÓN DE PENSIÓN

Certificamos que ROSA RODRIGUEZ SANTIAGO con número de seguro social XXX-XX-6239, disfruta beneficios de PENSION POR MERITO de este Sistema de Retiro. La misma fue efectiva el 01 de mayo de 2001. En la actualidad recibe una anualidad ascendente a $14,117.28 pagadera en mensualidades de $1,176.44.

**Además,** recibe un **Bono de Medicamentos de** $100.00 y un Aguinaldo de Navidad de $200.00.

**Esta certificación se expide hoy** 19 de febrero de 2020, en San Juan, Puerto Rico.

Certifico correcto,

Marlisa Marrero Negron
Gerente Auxiliar
**División de Asuntos de Pensionados**

Número de Certificación: ASR2020021947232837

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov

 Portal de Servicios en Línea de la Administración de los Sistemas de Retiro de los Empleados de Gobierno y la Judicatura

## Información General

### ROSA M RODRIGUEZ SANTIAGO (342649)

| | |
|---:|:---|
| Agencia: | **DEPARTAMENTO DE LA FAMILIA** |
| Sistema de Retiro: | **PENSIONADO** |
| Fecha de Ingreso: | **30-JUN-1976** |
| Años en Servicio: | **No Disponible** |
| Sueldo Bruto: | **$1,176.44** |
| Sueldo Neto: | **$1,160.44** |
| Balance Aportaciones*: | **No Disponible** |
| Aportaciones Ley 106 **: | **$0.00** |

\* El balance de la Aportación Individual reflejado es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de aportaciones individuales y el tiempo acreditado están sujetos a revisión. Esta información no es una certificación oficial de la Administración de los Sistemas de Retiro. Puede descargar aquí su última certificación de balance de aportaciones

\*\* El balance de la Aportación Ley 106 está reflejado a la fecha de la última nómina procesada enviada por su patrono. Dicho balance por concepto de aportación individual aquí reflejado están sujetos a revisión. Esta información no es una certificación oficial de la Administración de los Sistemas de Retiro. Puede pedir una certificación del balance al 787-777-1500 o al correo cesresanjuan@retiro.pr.gov

### Mas Servicios

Aquí podrás solicitar y visualizar tus certificaciones, como:

✓ Certificados de Deuda de préstamos
✓ Certificados de Préstamo Hipotecario
✓ Certificado de deuda para Ética Gubernamental
✓ Certificado de Balance de Cancelación de préstamo.

( Solicitudes en Línea )

### Ayuda para Servicios en Línea

Llene el siguiente formulario o llame a nuestro centro de contacto al (787) 777-1500

**Centro Gubernamental Minillas,**
Torre Norte Piso 7
San Juan PR 00940

pr.gov



**UNIVERSIDAD DE PUERTO RICO EN CAYEY**
205 Ave. Antonio R. Barceló, Cayey, Puerto Rico 00736-9997
Oficina de Registro

# CERTIFICACION

La Oficina de Registro de la Universidad Puerto Rico en Cayey, certifica que **Rosa M. Rodríguez Santiago** número de identificación **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** obtuvo el grado de **Bachillerato en Artes en Ciencias Sociales Programa General**, el 23 de junio de 1974.

Expedida en la Universidad de Puerto en Cayey, hoy 02 de Febrero de 2011.

Anabel Rodríguez Rodríguez
Registradora Auxiliar a/c
Grados y Diplomas

Certifico Correcto:



Teléfono: (787) 738-2161, exts. 2057, 2157, 2153 y 2310 • Fax (787) 263-5963

Patrono con Igualdad de Oportunidades en el Empleo M/M/V/I



**UNIVERSIDAD DE PUERTO RICO EN CAYEY**
205 Ave. Antonio R. Barceló, Cayey, Puerto Rico 00736-9997
*Oficina de Registro*



PRESORTED
FIRST CLASS