17 de febrero de 2020
Guayama, PR

RECEIVED & FILED
2020 FEB 19 PM 4: 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Radicación y notificación de replica

Claim #70744
Número de Procedimiento: **17 BK 3283-LTS**
Nombre de Deudor: **Commonwealth of Puerto Rico**
Título de Objeción global: **Centésima séptima objeción global**
Número de evidencia de reclamo: **324**
S.S. xxx-xx-
De: José V. Silva Bernier

Atención:      **Tribunal de Distrito de los Estados Unidos**
                    #150 Chardon Avenue
                    Federal Building
                    San Juan, PR  00918

Honorable Tribunal y Junta de Supervisión:

Yo, José V. Silva Bernier, trabajé en el Departamento de Transportación y Obras Públicas del gobierno de Puerto Rico, del 25 de marzo de 1985 a julio de 1997. Posteriormente trabajé en el Departamento de Educación de agosto de 1997 a diciembre de 2014, fecha en la me acogí a la jubilación.

Presento una radicación, notificación y reclamo de beneficios que no fueron adjudicados y que en derecho me corresponden de acuerdo con la Ley 89 del 12 de julio de 1979, según enmendada, conocida como "Ley de Retribución Uniforme" y que a su vez ya ha sido resuelta y adjudicada mediante sentencia declaratoria en los casos Juan Pérez Colón y otros v. DTOP, KAC1990-0487) y en el caso de Jeanette Abrams y otros v. DTOP, KPE2005-5021, (casos en que el Tribunal aprobó los cómputos de pago).

A tenor con la ley ya señalada, me corresponde un aumento retroactivo de $25.00 por mes (esto sin calcular los intereses correspondientes):

   a. Abril a diciembre 1985 - por nueve (9) meses =                              $    225.00
   b. 1986 a 2014 por trecientos cuarenta y ocho 348 meses (29 años) =    8,700.00
   d. Total estimado adeudado =                                                        **$ 8,925.00**

Gracias por la atención a la misma;

*[signature]*
José V. Silva Bernier