





1005   00918   R2305...

# PRIORITY MAIL EXPRESS™

**OUR FASTEST SERVICE IN THE U.S.**

**WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.**



EP13F July 2013   OD: 12.5 x 9.5



PS10001000006

## USPS PRIORITY MAIL EXPRESS®

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)   PHONE (787) 439-1959

José V. Silva
P.O. Box 1703
Guayama, PR 00785

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED
Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)

TO: (PLEASE PRINT)   PHONE ( )

Secretaria
Tribunal de Distrito de los EV
Room 150 Federal Building
San Juan, PR 00918-1767

ZIP + 4® (U.S. ADDRESSES ONLY)

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 Insurance Included.

**PEEL FROM THIS CORNER**



EE 382 953 905 US

**PAYMENT BY ACCOUNT (if applicable)**

**ORIGIN (POSTAL SERVICE USE ONLY)**

☒ 1-Day   ☐ 2-Day   ☐ Military   ☐ DPO

PO ZIP Code: 00784
Scheduled Delivery Date: 2/14/2020
Postage: $26.35

Date Accepted: 2/18/2020
Scheduled Delivery Time: ☐ 10:30 AM  ☒ 3:00 PM  ☐ 12 NOON
Insurance Fee:
COD Fee:

Time Accepted: 9:19  ☒ AM ☐ PM
10:30 AM Delivery Fee:
Return Receipt Fee:
Live Animal Transportation Fee:

Special Handling/Fragile:
Sunday/Holiday Premium Fee:
Total Postage & Fees: $26.35

Weight   ☒ Flat Rate   Acceptance Employee Initials

**DELIVERY (POSTAL SERVICE USE ONLY)**

LABEL 11-B, JULY 2018   PSN 7690-02-000-9996

**VISIT US AT USPS.COM®**
**ORDER FREE SUPPLIES ONLINE**







**UNITED STATES POSTAL SERVICE®**