18 de febrero de 2020

Naranjito PR

2020 FEB 19 PM 4: 34

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Promesa, Titulo III

Num.17 BK 3283-LTS

La presente radicación guarda relación con la centésima vigésima octava objeción global del Estado Libre Asociado, la Autoridad de Carreteras y Transportación de PR y el Sistema de Retiro de los Empleados de Gobierno del ELA de PR a reclamos deficientes en los que se alegan intereses sobre la base de las reivindicaciones salariales, laborales o servicios prestados.

Motivos para oponerse a la objeción global:

Desde el año 1984-1985 al 2008-2009 se nos otorgó un aumento salarial de $100 por parte del gobernador en turno, honorable Carlos Romero Barceló, el cual nunca se nos honró. Este reclamo se ha ido luchando por diferentes organizaciones que representan al Departamento d la Familia sin llegar a ningún acuerdo. Es por eso que se establece dicha demanda a las partes involucradas.

El monto de la deuda, según mis cómputos, asciende a $14,000 aproximadamente de salarios impagos.

Solicito que se trabaje dicha reclamación de forma individual y no como objeción global a la cual tengo derecho según la Ley 89.

Cordialmente,

*Viviana Berrios Lozada* (firma)

Viviana Berrios Lozada
HC 71 Box 2995
Naranjito PR 00719
# Reclamación 41523/160222

Radicacion de replica (Objecion)

PROMESA TITULO III  No.17  03283

Numero de reclamacion: 41523 / 160222
9546

Nombre: Viviana Berrios Lozada
Direccion Postal: HC 71 Box 2995 Naranjito PR 00719
Direccion Residencial: Carr 811 Km 3.0 int Cedro Abajo, Naranjito

Num. de contacto:
  Tel.
  Cel. 787-666-9162
Correo electronico: vberrios997@gmail.com

Epigrafe: Re: Financial Oversight and management Board of Puerto Rico
  Ver anejo 1 (Informacion del caso)

Razon para la Objecion: Explicación de porque no se completó la objeción

Documentacion justificativa: Ver anejos

1. Estado de cuenta estimado (Adm. de los Sistemas de Retiro)
2. Certificacion de aportaciones (Adm. de los Sistemas de Retiro)
3. Certificacion de empleo (Departamento de la Familia)
4. Copia listado de Objecion Global- Anexo A
   (Donde se incluye informacion sobre la reclamacion)
5. Otros: Cualquier otra evidencia que tengas

RECEIVED & FILED
2020 FEB 19 PM 4: 34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR