Viviana Berrios Lozada
HC 71 Box 2995
Naranjito P.R. 00719

RECEIVED & FILED
2020 FEB 19  PM 4:34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.




U.S. POSTAGE PAID
FCM LG ENV
TOA ALTA, PR
00953
FEB 18, 20
AMOUNT
$1.20
R2304N117993-6

Secretaria
Tribunal de Distrito de los Estados Unidos
150 Federal Building Ave Carlos Chardon STE 150
San Juan P.R. 00918-1767