Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico

In re Commonwealth of Puerto Rico, Case Núm. 17 BK 3283-LTS

Gloria Collazo López
HC-1 Box 7833
Villalba, P.R. 00766
787-518-9639
gloriats3@yahoo.com

Promesa
Título III
Núm. 17 BK 3283-LTS
Núm. de reclamación: 78548

Réplica a la centésima cuarta objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico como empleado del Departamento de Educación del Gobierno del Estado Libre Asociado de Puerto Rico en reclamo del incentivo salarial de la ley 164.

En junio de 2018 se sometió el Formulario Oficial 410 Modificado reclamando salarios impagos en mi empleo anterior como trabajadora social en el Departamento de Educación de Puerto Rico por servicios prestados y que no fueron pagados.

Durante su gobernación, Sila María Calderón aprobó la ley 164 que concedía un incentivo salarial de $25.00 mensuales a los trabajadores sociales del Departamento de Educación (DE) de Puerto Rico. Este incentivo nunca se pagó. Durante el término de esa ley (2001-2005), yo era empleada del Departamento de Educación (DE) del Gobierno de Puerto Rico. De acuerdo con mis cálculos, el periodo comprende 4 años (2001-2005) a $300.00 por año, lo que representa $1,200.00 a los que tengo derecho.

Este aumento nunca se pagó.
Cantidad adeudada estimada: $1,200.00
año escolar 2001-2002 — $300.00
año escolar 2002-2003 — $300.00
año escolar 2003-2004 — $300.00
año escolar 2004-2005 — $300.00

Nota: Se envía este comunicado ahora por motivo de los terremotos ocurridos en la isla.

*Gloria Collazo López*
Gloria Collazo López

Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico

In re Commonwealth of Puerto Rico, Case No. 17 BK 3283-LTS

Gloria Collazo López
HC-1 Box 7833
Villalba, P.R. 00766
787-518-9639
gloriats3@yahoo.com

Promesa
Título III
Núm. 17 BK 3283-LTS
Núm. de reclamación 78548

Réplica a la centésima cuarta objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico como empleado del Departamento de Educación del Gobierno del Estado Libre Asociado de Puerto Rico en reclamo del aumento salarial de la ley 89 de 1979 (Romerazo), a partir del 1980 hasta el 2006.

En junio de 2018 se sometió el formulario Oficial 410 Modificado reclamando sala-

rios impagos en mi empleo anterior como trabajadora social en el Departamento de Educación de Puerto Rico por servicios prestados y que no fueron pagados.

Durante su gobernación, Carlos Romero Barceló aprobó una ley (ley 89 del 12 de julio de 1979) que concedía un aumento salarial a los trabajadores sociales del Departamento de Educación (DE) del Gobierno de Puerto Rico de $100.00 mensuales.

Este aumento nunca se pagó.

Durante el termino de esa ley (1980-2006), yo era empleada del DE. De acuerdo a mis cálculos, el periodo comprende a 14 años a $1,200.00 por año, lo que representa $16,800 a los que tengo derecho.

Se estima la siguiente cantidad adeudada:
año escolar 1992-1993 - $1,200.00
año escolar 1993-1994 - $1,200.00
año escolar 1994-1995 - $1,200.00
año escolar 1995-1996 - $1,200.00
año escolar 1996-1997 - $1,200.00
año escolar 1997-1998 - $1,200.00
año escolar 1998-1999 - $1,200.00

año escolar 1999 - 2000 - $1,200.00
año escolar 2000 - 2001 - $1,200.00
año escolar 2001 - 2002 - $1,200.00
año escolar 2002 - 2003 - $1,200.00
año escolar 2003 - 2004 - $1,200.00
año escolar 2004 - 2005 - $1,200.00
año escolar 2005 - 2006 - $1,200.00
cantidad adeudada estimada $16,800.00

*Gloria Collazo López*
Gloria Collazo López

Nota: Se envía este comunicado ahora por motivo de los terremotos ocurridos en la isla.