Gloria Collazo López
HC-1 Box 7833
Villalba, P.R. 00766




U.S. POSTAGE PAID
FCM LG ENV
VILLALBA, PR
00766
FEB 18, 20
AMOUNT
$0.65
R2305H127764-06



Tribunal de Distrito de los
Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767

2020 FEB 19 PM 4:36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
RECEIVED & FILED