

**María E. Rodríguez Guilbel**
P.O Box 8931
Ponce Puerto Rico, 732-8931
Teléfono (787) 383-9419
E-mail rodz.maria48@gmail.com

Tribunal de Distrito de los Estados Unidos
Federal Building
San Juan, Puerto Rico, 00918

Caso : 17 BK 3283-LTS : carta de Apelación

Un saludo cordial. Presento esta carta de Apelación al Estado Libre Asociado de Puerto Rico, con el Núm. de procedimiento 17 BK 3283- LTS. por la falta de evidencia y fundamentos para la reclamación del "Romerazo" en Centésima Decima Séptima Objeción Global del Estado Libre Asociado de Puerto Rico, con el Núm. de reclamación 31987.

Yo María E. Rodríguez Guilbe, preste mis servicios al gobierno de Puerto Rico, por 30 años, primer inicio en el Departamento de Servicios Sociales, división de instituciones para niños, hoy Departamento de la Familia, luego las instituciones se independizan y crean la Administración de Instituciones Juveniles, bajo la sombrilla del Departamento de Corrección.

En junio de 1979 siendo el gobernador de Puerto Rico, Hon. Carlos Romero Barceló, crean la Ley de retribución, Ley 89 de 12 de julio de 1979. Bajo esta ley muchas personas fuimos reclasificadas de asistente I a asistente II, pero no recibimos el ajuste en sueldo salarial según la reclasificación del puesto y según la ley de que los salarios fueran equitativos en consonancia con el desarrollo de nuestra economía. Siendo esta una de las razones que teníamos que vivir a base de préstamos con el gobierno porque en ninguna agencia de préstamos cualificamos para un préstamo de acuerdo a nuestra necesidad. Para el año 1983 surge la Orden Ejecutiva # 4308 y en la sección-6, de dicha orden el gobernador Hon. Carlos Romero Barceló, como lee "autorizo

el desembolso para sufragar el costo de los aumentos de sueldo a los empleados públicos, según aprobados por la Ley 84 del 4 de junio de 1983."

Lo mismo pasó con el Quinquenio, firmado por la Hon. Sila María Calderón, bajo la Ley 96 de julio de 2002. No se reflejo aumento salarial en ningún momento. Aunque reclamo una cantidad desconozco si el monto es el correcto porque lo hice basándome en aumentos de $50.00 al mes multiplicado por años trabajados.

En el marco de lo presentado anterior agradeceré su atención a la presente para que el Tribunal no desestime mi reclamación. Porque considero que es un derecho propio por servir durante 30 años al gobierno de Puerto Rico.

Gracias con anticipación: María E. Rodríguez Guilbe, tel. (787) 383-9419

Atentamente

*[signature]*
María E, Rodríguez Guilbe

Anejo: documento