E. Rodriguez Guilbe
[box] 8931
, P.R 00732-8931



CERTIFIED MAIL

7019 2970 0002 2160 1384

U.S. POSTAGE PAID
FCM LG ENV
PONCE, PR
00717
FEB 18, 20
AMOUNT
$8.00
R2305K134027-06

2020 FEB 19 PM 4:40
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767