Claim # 1\ 108154 / # 100195 / # 124011

RECEIVED & FILED
2020 FEB 19 PM 4:34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

A: Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan, Puerto Rico 00918-1767

A: Abogado de la Junta de Supervición (Counsel for the Oversight Board)
   Proskauer Rose LLP
   Eleven Times Square
   Nueva York, Nueva York 10036-8299

A: Martin J. Bienenstock / Brian S. Rosen
   Abogado del Comité de Acreedores
   Paul Hasting LLP
   200 Park Avenue
   Nueva York, Nueva York 10166
   A/A James Bliss, James Worthington y G. Alexander Bongartz

6 de febrero de 2020

Yo Ramón Almodóvar, maestra del Departamento de Educación de Puerto Rico. Resido en la Hcda. La Matilde, 5190 c/ Trapiche Ponce, P.R. 00728-2426 Mi número de teléfono 787-901-8008 Por tal motivo estoy respondiendo y enviando los documentos que respaldan el reclamo contra el Estado Libre Asociado de Puerto Rico que nos solicitaron a través del documento donde se incluían mi nombre enviando por Prime Clerk LLC. sobre la Ley Promesa Titulo III.

El día 27 de junio de 2018 yo presenté el caso # 17BK 03283 LTS mejor conocida como Escala salarial por pasos Ley de la Carrera Magisterial Ley 158 de 30 de junio del año 1999, según enmendada.

Por tal motivo reclamo la cantidad de $37,992.00 pagaderas hasta el año 2019. A continuación se incluye la tabla donde indica el % por ciento incumplido cada vez que el maestro cumpla un nivel establecido por el aumento salarial que era de acuerdo a sueldo base del maestro.

A continuación tabla explicativa de mi caso sobre el aumento no recibido.

Tabla de por ciento % de aumento como maestra activa en carrera magisterial

| Año | Nivel | Por ciento de aumento del sueldo | Sueldo | Aumento | Total del ajuste mensual | Deuda del gobierno de Puerto Rico anual | Estado |
|---|---|---|---|---|---|---|---|
| 2009 | 1 | 7 % | $1,750 | $122.00 | $1872.00 |  | Aprobado |
| 2010 | 2 | 9% | $1,872 | $157.00 | $2,029.00 | $1,908.00 | Congelado |
| 2011 | 3 | 25% | $2,029 | $437.00 | $2,466.00 | $5,244.00 | Congelado |

Claim # / Reclamación #: 108154/ #100195/ # 124011

A: Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan, Puerto Rico 00918-1767

A: Abogado de la Junta de Supervición (Counsel for the Oversight Board)
   Proskauer Rose LLP
   Eleven Times Square
   Nueva York, Nueva York 10036-8299

A: Martin J. Bienenstock / Brian S. Rosen
   Abogado del Comité de Acreedores
   Paul Hasting LLP
   200 Park Avenue
   Nueva York, Nueva York 10166
   A/A James Bliss, James Worthington y G. Alexander Bongartz

6 de febrero de 2020

Yo Ramón Almodóvar -- maestra del Departamento de Educación desde el año 1991 Resido en la Urb. Hcda. La Matilde 5190 c/ Trapiche Ponce, P.R. 00728-2426. Tel. 787-901-8008. Por tal motivo estoy respondiendo y enviando los documentos que respaldan el reclamo contra el Estado Libre Asociado de Puerto Rico que nos solicitaron a través del documento donde se incluían mi nombre enviando por Prime Clerk LLC. sobre la Ley Promesa Titulo III.

El día 27 de junio de 2018 presenté el caso # 17BK 03283 LTS mejor conocida como la Ley 96 del año 2002 Ley para conceder un aumento sueldo de $100.00 a todos los empleados públicos del gobierno efectivo desde el 30 de junio del 2002 (El Romerazo).

Por tal motivo reclamo desde el año 2002 la cantidad de $20,400 a razón de $100.00 por cada mes trabajado hasta el año 2019.

Claim # / Reclamación # 108154 / #100195 / # 124011

A: Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan, Puerto Rico 00918-1767

A: Abogado de la Junta de Supervisión (Counsel for the Oversight Board)
   Proskauer Rose LLP
   Eleven Times Square
   Nueva York, Nueva York 10036-8299

A: Martin J. Bienenstock / Brian S. Rosen
   Abogado del Comité de Acreedores
   Paul Hasting LLP
   200 Park Avenue
   Nueva York, Nueva York 10166
   A/A James Bliss, James Worthington y G. Alexander Bongartz

6 de febrero de 2020

Yo Ramón Almodóvar maestra del Departamento de Educación de Puerto Rico desde el año 1991. Resido en Hcda. La Matilde 5190 c/Trapiche Ponce, P.R. 00728-2426. Mi número de teléfono 787-901-808 Por tal motivo estoy respondiendo y enviando los documentos que respaldan el reclamo contra el Estado Libre Asociado de Puerto Rico que nos solicitaron a través del documento donde se incluían mi nombre enviando por Prime Clerk LLC. sobre la Ley Promesa Titulo III.

El día 27 de junio de 2018 presenté el caso # 17BK 03283 LTS, mejor conocida como la Ley 164 del año 2003 Ley del incentivo Gobernadora Sila M. Calderón donde se expuso conceder un aumento de $100.00 a cada empleado público efectivo el 1ro de enero de 2004 el cual no recibí.

A tal motivo reclamo desde el 2004 la cantidad de 19,200 pagaderos hasta el 2019 (16 años × 1,200 anual).

da. La Matilde
90 c/ Trapiche
nce, P.R. 00728-2426

2020 FEB 19 PM 4:34

CLERK'S OFFICE
SAN JUAN, PR

U.S. POSTAGE PAID
FCM LG ENV
PONCE, PR
FEB 18, 20
AMOUNT
$1.20
R2303S102801-20

A: Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767