18-febrero-2020

Betzaida Rios Rivera
Calle Badoely Numero #8
Villalba, Puerto Rico
00766
Tel- 787-800-9467
zmercado7@yahoo.com

A- Tribunal de Distrito de los Estados Unidos

B- Estado Libre Asociado de Puerto Rico

C- Numero de Procedimientos
17-BK-3283-LTS

D- Titulo de obligación Global Centesima cuadragesima septima objeción global.
Número de evidencias: 124099

E- Comenze a trabajar 1-Noviembre-1994 cose en mis funciones como oficial correcional 17-noviembre-2009

Reclamo
(1) Ley 89 (Bonerazo) 2-Julio-1979
(2) Ley 96 (Costo de vida) Julio-2002
(3) El Quinquenio, horas extras y tiempo computarizado.
(4) Ley Obama - sistema de Retiro
Ley 160- Jeosr- 2016