

GOBIERNO DE PUERTO RICO
Departamento de Corrección y Rehabilitación
Administración de Instituciones Juveniles
Oficina de Recursos Humanos

28 de octubre de 2011

Sra. Betzaida Ríos Rivera
Calle Barceló #8
Villalba, PR 00766

Señora Ríos Rivera:

Usted ocupa un puesto como Oficial de Servicios Juveniles I en el Centro de Tratamiento Social de Villalba.

Según información recibida de la Oficina de Recursos Humanos de la Institución, el día 17 de noviembre de 2009, durante la hora de almuerzo, algunos jóvenes de la matrícula se enfrascaron en una pelea en la cual usted intervino, resultando lesionada. A consecuencia de esto, estuvo reportada en la Corporación del Fondo del Seguro del Estado en descanso desde el 18 de noviembre de 2009 hasta el 28 de octubre de 2010, cuando le dan el alta. No obstante, a partir del 1 de noviembre de 2010 se encuentra bajo tratamiento con el Dr. Héctor Marrero Torres, Psicólogo. Al presente, usted no se ha reportado a su trabajo.

La Ley 184 de 3 de agosto de 2004, "Ley para la Administración de los Recursos Humanos en el Servicio Público del Estado Libre Asociado de Puerto Rico", dispone lo siguiente:

Artículo 6     Administración de los Recursos Humanos

Sección 6.6     Disposiciones sobre Retención

    Inciso 9.    "Se podrán decretar cesantías en el servicio, sin que constituya acción disciplinaria o destitución en las siguientes circunstancias:

        a. ............

        b. Cuando se determine que dicho empleado está física y/o mentalmente impedido para desempeñar las funciones esenciales de su puesto con o sin acomodo razonable. La Autoridad Nominadora podrá requerir someterse a examen médico a empleados cuando exista evidencia de problemas en la ejecución de las tareas o de seguridad o cuando lo requieran otras leyes federales; para



P.O. BOX 19175, SAN JUAN, PUERTO RICO 00910-9175
Tel. (787) 273-6464 * Fax. (787) 765-8329

determinar aptitud para realizar las funciones de un puesto y cuando se requieran exámenes médicos voluntarios como parte de programa salud. La negativa del empleado a someterse al examen médico requerido podrá servir de base a una presunción de que está impedido para desempeñar las funciones esenciales de su puesto. Esta acción se notificará al empleado apercibiéndole de su derecho a solicitar vista administrativa".

El mencionado estatuto es cónsono con el Reglamento de Personal para Empleados de Carrera de la Administración de Instituciones Juveniles, en el Artículo 8, Sección 8.4, Inciso 7(b).

Luego de evaluar su caso y de conformidad con la autoridad conferida por la Ley Número 154 de 5 de agosto de 1988, según enmendada, Ley Orgánica de la Administración de Instituciones Juveniles, le notifico la intención de cesantearla del puesto que ocupa.

Le informo que de usted no estar de acuerdo con esta determinación, tiene derecho a solicitar vista administrativa informal ante el Comité Examinador de Acciones Disciplinarias, Apartado Postal 19175, Estación Fernández Juncos, San Juan PR 00910 en un término de quince (15) días laborables a partir de la fecha en que reciba esta comunicación.

Atentamente,

Jesús González Cruz, Lcdo.
Administrador

MOT/EVR

cc.: Kelvin Merced Vega
Expediente de Personal
Federación de Custodia



P.O. BOX 19175, SAN JUAN, PUERTO RICO 00910-9175
Tel. (787) 273-6464 * Fax. (787) 765-8329



ESTADO LIBRE ASOCIADO DE PUERTO RICO
*DEPARTAMENTO DE CORRECCIÓN Y REHABILITACIÓN*
ADMINISTRACIÓN DE INSTITUCIONES JUVENILES

# CERTIFICACION

Certificamos que la Sra. Betzaida Ríos Rivera, Seguro Social XXX-XX1844, ocupa un puesto de Oficial de Servicios Juveniles I desde el 1 de noviembre 1994. De acuerdo a nuestros récords su último día de trabajo fue el 17 de noviembre 2009. A partir de la referida fecha la Sra. Ríos Rivera devengó salarios de las diferentes Licencias:

- Licencia de Vacaciones: 18 al 21 de noviembre 2009 (3:38 PM)
- Licencia Compensatoria: 21 de noviembre (3:39 PM) hasta 4 de diciembre 2009
- Cesión de días Ley 44: 5 de diciembre de 2009 hasta el 26 de febrero 2010
- No devenga salarios: 27 de febrero 2010 hasta el presente

Cualquier duda sobre este particular, puede comunicarse con nuestra Oficina de Recursos Humanos al 767-9600, extensiones 5952 ó 5937.

Dado en Hato Rey, Puerto Rico, hoy 10 de junio de 2010, a petición de la señora Ríos Rivera

Certifico correcto;

María de los A. Ortiz Torres
Directora de Recursos Humanos

CBR/mrl

**Este documento está libre de tachaduras y/o
borrones y no es válido sin el sello
de la Oficina de Recursos Humanos**


PUERTO RICO VERDE

P.O. BOX 19175, SAN JUAN, PUERTO RICO 00910-9175
Tel. (787) 273-6464 * Fax. (787) 765-3394


MAYAGÜEZ 2010