Betzaida Rossi Rivas
Calle Balcedo Numero 48
Villalba Puerto Rico
00766

① Secretaria (clerk's office)
Tribunal de Districto de los Estados
Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767