Tribunal de Distrito de los Estados Unidos
Para el Distrito de Puerto Rico
#150 Chardon Avenue
Federal Building
San Juan, Puerto Rico 00918

Asunto: Junta de Supervisión y Administración
Financiera para Puerto Rico

PROMESA Title III
Numero de Demanda: 17 BK 3283 – LTS

Número de Reclamación: 153470

Nombre: Virginio Hernández Ortiz

Dirección: Urb. Jardín Dorado
21247 Calle El Paraíso
Dorado, PR 00646

Tel#: (787) 278-6759

Cel#: (787) 364-2667

Re: Notificación de la Centésima Vigésima Objeción Global (No sustantiva) del Estado Libre Asociado de Puerto Rico y del Sistema de Retiro de los empleados del Gobierno del Estado Libre Asociado de Puerto Rico a reclamar deficientes en los que se alegan intereses sobre la base de las reivindicaciones salariales, laborales, y/o servicios prestados.

En el Reclamo del Gobierno de ELA de Puerto Rico, el Departamento de Educación y el Sistema de Retiro de Maestros de Puerto Rico adjunto las evidencias del reclamo de la demanda con el numero 17BK3283-LTS por la cantidad de $39,000.00 que se revise con los años de servicio reclamado.

Certificaciones Presentadas: Certificación Pensión Sistema Retiro Maestros Vigente Actual
Certificación Años por Servicio Vigentes (DE)
Informe de Cambios Personal Docente (2006)(DE)
Informe de Cambios Personal Docente (2008)(DE)

Nombre: Virginia Hernández Ortiz

Firma: [signature]

Fecha: 15 de febrero de 2020

Name: Virginia Hernández Ortiz

Direccion: Urb. Jardin Dorado
21247 Calle El Paraiso
Dorado, PR 00646

Numero: 153470

Departamento de Educacion
#150 Chardon Avenue
Federal Building
San Juan, Puerto Rico 00918
Director Division de Transacciones de Documentos de Personal Docente

Re: Evidencia de Talonarios de Pagos por Años de Servicios
    Asunto : Estado Libre Asociado de Puerto Rico Radicación Numero#: 17 BK 3283-LTS

El director, Alfredo Leandry, de la división de transacciones de Documentos de Personal Docente se negó a facilitar a este servidor(a) los pasos a seguir, los talonarios y/o cualquier otra evidencia para considerar en este reclamo por los años de servicios en donde se haga constancia de este reclamo.

Adjunto, hago entrega de las Certificaciones pertinentes a mis años de servicio.

_____
(Firma del reclamante)

15 de febrero de 2020
_____
(Fecha)

United States District Court For the District of Puerto Rico
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

RECEIVED & FILED
2020 FEB 19 PM 4:41
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

Estado Libre Asociado de Puerto Rico
Gobierno de Puerto Rico
Departamento de Educación

No. 17SK 3283-LTS

**One hundred tenth** OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, IN DEFFICIENT CLAIMS ASSEITING INTEREST BASED UPON UNSPECIFIED PUERTO RICO STATUS

DOC 8978-4

Proof of Claim: 153470

Name and Address: Virginia Hernández Ortiz
Urb. Jardín Dorado
21247 Calle El Paraiso
Dorado, PR 00646

Reclama al Gobierno del Estado Libre Asociado de Puerto Rico; al Gobierno de Puerto Rico Departamento de Educación de Puerto Rico.

Ley 89 de 1984 – Romerazo

Años Reclamados ___20 años___

Cantidad Reclamada ___$6,000.00___

Ley 96 Sila Calderón

Años Reclamados ___20 años___

Cantidad Reclamada ___24,000.00___

presento evidencia en replica a la información solicitada:

- Certificación Pensión Sistema Retiro de Maestros
- N/A Informe de Renta Mensual Vitalicio Retiro de Maestros
- Certificación del Departamento de Educación (Años de servicio)

Solicito la adjudicación de mi petición, según corresponda a mis derechos por las Leyes anteriormente Especificadas.

Nombre: Virginia Hernández Ortiz

Firma: _[signed]_                                                    Fecha: 15 de febrero 2020