# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

**ATT: LEY PROMESA**

13 de febrero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | VIRGINIA HERNANDEZ ORTIZ |
| Seguro Social | : | |
| Categoría | : | MA. EDUC. SEC (INGLES) |
| Distrito Escolar | : | VEGA ALTA |
| Sueldo Mensual | : | $2,389.17 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | Desde el 10 de octubre de 1996 hasta el presente. |
| Cesó | : | N/A |
| Renunció | : | N/A |
| Otros | : | Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de (20) años. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

# DEPARTAMENTO DE EDUCACIÓN
## Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos
Division de Personal Docente

## INFORME DE NOMBRAMIENTOS Y CAMBIOS

Expediente:

Número del Cambio: 5741

| Número del Cambio | Antes del Cambio | Después del Cambio |
|---|---|---|
| 1. Nombre del Empleado | VIRGINIA HERNANDEZ ORTIZ | |
| 2. Seguro Social | | |
| 3. Número de Puesto | R09083 | |
| 4. Cifra de Cuenta | E1110-22100-0810000-0000-08100-2009-SCHOOLWIDE09 | |
| 5. Cifra de Cuenta SIFDE | | |
| 6. Status | PROBATORIO | PERMANENTE |
| 7. Escala de Retribución | BAE | |
| 8. Clasificación y Número de Clase | MAESTRO INGLES-NIVEL SEC. 9973 | |
| 9. Sueldo | $ 2,075.00 | |
| 10. Diferencial | | |
| 11. División o Escuela | JOSE SANTOS ALEGRIA 71092 | |
| 12. Programa | | |
| 13. Ubicación | DORADO 025 | |
| 14. Acción y Duración | | CAMBIO DE STATUS |
| 15. Aportación a Retiro | | |
| 16. Último Día de Pago | | |
| 17. Fecha de Efectividad | | 18/FEBRERO/2008 |
| 18. Comentarios y Explicaciones | CONSIDERESE PARA CAMBIO STATUS SOLAMENTE | |

RECIBIDO APR 2 7 2009 DIVISIÓN DE NÓMINA SECCIÓN CORRESPONDENCIA

19. Firma del Jefe de Agencia o Representante Autorizado

Secretario(a) o su Representante Autorizado

Fecha de Preparado: 16/ABRIL/2009
Preparado Por: LNG

**Departamento de Educación**
**Secretaria Auxiliar de Recursos Humanos**
**Informe de Cambios – Personal Docente**

PIPE

| | Antes Del Cambio | Después del Cambio |
|---|---|---|
| 1. Nombre del Empleado | VIRGINIA HERNANDEZ ORTIZ | |
| 2. Número de Seguro Social | | |
| 3. Lugar de Nacimiento | NEW YORK, PR | |
| 4. Fecha de Nacimiento | 23 de julio de 1962 | |
| 5. Sexo | F | |
| 6. Estado Civil | SOLTERO | |
| 7. Preparación Académica | BA 15 | |
| 8. Experiencia | 7.0.0.0.0 | |
| 9. Status del Empleado | PROBATORIO | |
| 10. Sueldo Bruto | $1,825.00 | |
| 11. Número de Puesto | R10335 | |
| 12. Categoría del Puesto | MAESTRO INGLES-NIVEL SEC. 9973 | |
| 13. Fondo | ESTATAL | |
| 14. Cifra de cuenta | E1110-11100-0810000-1008-00100-2006 | |
| 15. Fecha de efectividad | 01 de agosto de 2006 | |
| 16. Acción | NOMBRAMIENTO | |
| 17. Duración | | |
| 18. Causa del Cese | | |
| 19. Ultimo día de Trabajo | | |
| 20. Ultimo día de Pago | | |
| 21. Prog Esc, Nivel/Grado | REGULAR INGLES 9NO. | |
| 22. Turno en Registro | 2.500 | |
| 23. Tipo de Registro | INGRESO - ELEGIBLE | |
| 24. Distrito Escolar | TOA BAJA | |
| 25. Escuela | MARIA LIBERTAD GOMEZ 71605 | |

26. Dirección Postal: 21247 CALLE EL PARAISO URB JARDIN DORADO DORADO PUERTO RICO 00646

26. Teléfono: (787)278-2493

28. Preparado por: MAGALY IRIZARRY HERNANDEZ     FECHA: 15 de junio de 2006
29. Verificado por: LOURDES CORTES     FECHA: 13 de julio de 2006
30. Aprobado por: SECRETARÍA AUXILIAR DE RECURSOS HUMANOS     FECHA: 13 de julio de 2006
    Secretario de Educación o su representante

**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

SRM-SB-022
Rev. marzo 2017

VIRGINIA HERNANDEZ ORTIZ
JARD DORADO
21247 CALLE EL PARAISO
DORADO PR 00646-8517

Estimado(a) participante VIRGINIA HERNANDEZ ORTIZ

De acuerdo a nuestros registros, el balance de aportaciones acumuladas en el SRM es de aproximadamente $41,951.58 al 13 de febrero de 2020. Las aportaciones han devengado intereses por $8,616.68 para un total de cuotas e intereses de $50,568.26.

El tiempo acreditado es de aproximadamente 20 año(s), 1 mes(es), 1 semana(s), 3.91 día(s).

Los pagos realizados por planes de pago, recaudaciones o pagos pendientes pueden no estar considerados en estos balances. Además, esta información puede variar, de encontrarse diferencias en el Informe de Cambio enviado por el patrono y de existir anulaciones futuras entre cuentas que afecten las Aportaciones del Sistema.

Estos cálculos son preliminares, están sujetos a verificación y ajustes cuando radique su Solicitud de Retiro. Deberá permanecer cotizando en el SRM hasta la fecha que proyecta retirarse.

Atentamente,

Área de Servicios de Retiro



235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918
P.O. Box 191879 · San Juan PR 00919-1879



✆ 787.777.1414    📠 787.759.2883    www.srm.pr.gov