Anexo C -pág. 4 del documento

(ii) Epígrafe: Promesa

　　　　Título III

　　　　Núm.17BK 3283-LTS

RECEIVED & FILED
2020 FEB 19 PM 4: 34
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, PR

La presente radicación guarda relación con el ELA, la ACT y el SRE. Notificación de la centésima vigésima octava objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Reclamos de deficientes en los que se alegan intereses sobre la base de las reinvindicaciones salariales, laborables ó servicios prestados.

(iii) Motivos para oponerse a la objeción global.

Desde el año 1984-1985 al __1993__ se nos otorgó un aumento salarial de $100.00 por parte del gobernador en turno el Honorable Carlos Romero Barceló el cual, nunca se nos honró. Este reclamo se ha ido luchando por las diferentes organizaciones que representan al magisterio puertorriqueño por muchos años sin llegar aún a ningún acuerdo. Es por eso que se establece dicha demanda a las partes involucradas. El monto total de la deuda según mis cómputos es de $__36,000.00__ aproximadamente de salarios impagos. Solicito se trabaje dicha reclamación en forma individual y no como objeción global al cual tengo derecho según la Ley 89.

A continuación, le estoy enviando evidencia de los documentos que justifican ésta demanda.

(iv) Documentación justificativa: -Adjunto documentación solicitada y evidencias.

- Certificación del Sistema de Retiro para Maestros
- Evidencia talonario de pago
- Certificación del Departamento de Educación de Puerto Rico (Formulario 409)
- Información personal del Reclamante

Cordialmente,

__Alvarez__
Firma

Nombre: José A. Alvarez Vélez

Dirección: HC01 Box 4086
Corozal, P.R. 00783

Teléfono: (787) 539-6720

__7866__
últimos cuatro #Seguro Social

__104525__
Número de reclamación



**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

SRM-SB-024
Rev. marzo 2017

## CERTIFICACIÓN DE PENSIÓN

ALVAREZ VELEZ, JOSE A
HC 1 BOX 4086

COROZAL PR 00783-9469

Certifico que ALVAREZ VELEZ, JOSE A recibe de una pensión vitalicia del Sistema de Retiro para Maestros. La pensión mensual es de $958.38 equivalente a $11,500.56 anual. Luego de las deducciones recibe la cantidad de $734.92 mensual, equivalente a $8,819.04 anual.

Esta certificación se expide hoy 11 de febrero de 2020.



Número de Certificación: SRM03P2000829

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Estado Libre Asociado de Puerto Rico: http://www.pr.gov o en nuestro Portal en http://www.srm.pr.gov

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918
P.O. Box 191879 · San Juan PR 00919-1879



☏ 787.777.1414    🖷 787.759.2883    www.srm.pr.gov

| Gobierno de Puerto Rico | | Grupo de Pago: | SM -Quincenal | Business Unit: | PUERT |
|---|---|---|---|---|---|
| 592 - SISTEMA DE RETIRO MAESTRO-PENS | | Desde: | 12/16/2019 | Aviso #: | 5292564 |
| | | Hasta: | 12/31/2019 | Fecha Aviso: | 12/30/2019 |
| JOSE A ALVAREZ VELEZ | # Empleado: XXXXX7866 | | | DATA IMP: | Federal PR |
| HC 1 BOX 4086 | Dept: 592060-Anos de Serv:032 | | | Estado Civil: Married Married | |
| COROZAL PR 00783-9469 | Lugar: Ley 218/51:032 | | | Concesiones: 0  19 +99 | |
| | Titulo: Pensionado | | | Pct. Adcl.: | |
| SS: XXX-XX-7866 | Sueldo: $958.38 Monthly | | | Cant. Adcl.: | |

## HORAS E INGRESOS

| | | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | 5.897723 | 81.25 | 479.19 | 1,950.00 | 11,500.56 |
| Bono Navidad Pensionados | | | 0.00 | | 200.00 |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 |
| Total: | | 81.25 | 479.19 | 1,950.00 | 11,800.56 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 53.48 | 1,283.52 |
| SM-First Medical Health Plan | 55.00 | 1,290.00 |
| AS-ASOC PENSIONADOS | 3.25 | 69.00 |
| Total: | 111.73 | 2,642.52 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 100.00 | 1,200.00 |

* Tributable

## TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 479.19 | 0.00 | 111.73 | 367.46 |
| Acumulado: | 11,800.56 | 0.00 | 2,642.52 | 9,158.04 |

### PTO HORAS ACUM

| Balance Inicial: | 0.0 |
|---|---|
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| Aviso #5292564 | 367.46 |
|---|---|
| Total: | 367.46 |

MENSAJE:

---

Gobierno de Puerto Rico  
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha  
12/30/2019

Aviso No.  
5292564

Cant. Deposito: $367.46

TRAY 156 SQ 35451••••••••••••••••••SCH 5-DIGIT 00949    35451 2 AV 0.383  
JOSE A ALVAREZ VELEZ  
HC 1 BOX 4086  
COROZAL PR 00783-9469

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | 4401849452 | $367.46 |
| Total: | | $367.46 |

**NO-NEGOCIABLE**

Form 480.7C Rev. 09.14

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**DECLARACION INFORMATIVA - PLANES DE RETIRO Y ANUALIDADES**
INFORMATIVE RETURN - RETIREMENT PLANS AND ANNUITIES

AÑO CONTRIBUTIVO - TAXABLE YEAR: 2014

**S140008**

Número de Confirmación de Radicación Electrónica
Electronic Filing Confirmation Number

☐ Enmendado - Amended: ____/____/____

| INFORMACION DEL PAGADOR - PAYER'S INFORMATION | INFORMACION DE QUIEN RECIBE EL PAGO - PAYEE'S INFORMATION |
|---|---|
| **Núm. de Identificación Patronal** - Employer Identification Number<br>660433481 | **Núm. de Seguro Social** - Social Security No. |
| **Nombre** - Name<br>SISTEMA DE RETIRO MAESTRO-PENS | **Nombre** - Name<br>JOSE ALVAREZ VELEZ |
| **Dirección** - Address<br>EDIF. CAPITAL CENTER TORRE NOR<br>235 AVE. ARTERIAL HOSTOS<br>SAN JUAN, PR | **Dirección** - Address<br>HC 1 BOX 4086<br>COROZAL, PR |
| **Código Postal** - Zip Code 00919 | **Código Postal** - Zip Code 00783 |

Marque el encasillado correspondiente: - Check the corresponding box:

| Forma de Distribución: - Form of Distribution: | Tipo de Plan o Anualidad: - Plan or Annuity Type: | Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension |
|---|---|---|
| ☐ Total Lump Sum ☐ Parcial Partial ☒ Anualidad o Pagos Periódicos Annuity or Periodic Payments | ☒ Gubernamental Governmental ☐ Privado Calificado Qualified Private ☐ No Calificado Non Qualified | Dia 23 Mes 12 Año 1993 |

| Descripción - Description | Cantidad - Amount | Distribuciones - Distributions | |
|---|---|---|---|
| 1. Aportación Vía Transferencia<br>Rollover Contribution | | 14. Cantidad Distribuida<br>Amount Distributed | 11800.56 |
| 2. Distribución Vía Transferencia<br>Rollover Distribution | | 15. Cantidad Tributable<br>Taxable Amount | 11500.56 |
| 3. Costo de la Pensión o Anualidad<br>Cost of Pension or Annuity | 24211.00 | 16. Cantidad sobre la cual se Pagó por Adelantado bajo las Secciones 1023.21, 1081.01(b)(9) o 1012D(b)(5) - Amount over which a Prepayment was made under Sections 1023.21, 1081.01(b)(9) or 1012D(b)(5) | |
| 4. Fondo de Retiro Gubernamental<br>Governmental Retirement Fund | 0.00 | | |
| 5. Contribución Retenida sobre Anualidad o Pagos Periódicos<br>Tax Withheld from Annuity or Periodic Payments | 0.00 | 17. Desglose de Cantidad Distribuida<br>Breakdown of Amount Distributed | |
| 6. Contribución Retenida sobre una Distribución Total (20%) Tax Withheld from Lump Sum Distributions (20%) | | A. Aportaciones Diferidas<br>Deferred Contributions | |
| 7. Contribución Retenida sobre una Distribución Total (10%)<br>Tax Withheld from Lump Sum Distributions (10%) | | B. Aportaciones Voluntarias<br>After-Tax Contributions | |
| 8. Contribución Retenida sobre Otras Distribuciones de Planes Calificados (10%) - Tax Withheld from Other Distribution of Qualified Plans (10%) | | C. Ingreso Generado<br>Income Accretion | |
| 9. Contribución Retenida sobre Transferencia de un Plan Calificado a una Cuenta de Retiro Individual No Deducible<br>Tax Withheld from Rollover of a Qualified Plan to a Non Deductible Individual Retirement Account | | D. Otros<br>Others | |
| 10. Contribución Retenida sobre Distribuciones del Programa de Cuentas de Ahorro para el Retiro (10%) - Tax Withheld from Distributions from the Retirement Savings Account Program (10%) | | E. Total (Sume líneas 17A a la 17D)<br>Total Add lines 17A through 17D | |
| 11. Contribución Retenida sobre Transferencia del Programa de Cuentas de Ahorro para el Retiro a Cuenta de Retiro Individual No Deducible (10%) - Tax Withheld from Rollover of the Retirement Savings Account Program to a Non Deductible Individual Retirement Account (10%) | | 16. Código de Distribución<br>Distribution Code | A |
| 12. Contribución Retenida sobre Distribuciones a No Residentes - Tax Withheld from Nonresidents Distributions | | Razones para el Cambio<br>Reasons for the Change | |
| 13. Contribución Retenida sobre Otras Distribuciones<br>Tax Withheld from Other Distributions | | | |

| Número de Cuenta<br>Account Number | Número de Control<br>Control Number<br>000348922 | Número de Control de la Declaración Informativa Original<br>Control Number of Original Informative Return |
|---|---|---|

FECHA DE RADICACION: 28 DE FEBRERO O 30 DE AGOSTO, SEGUN APLIQUE. VEA INSTRUCCIONES - FILING DATE: FEBRUARY 28 OR AUGUST 30, AS APPLICABLE. SEE INSTRUCTIONS

Reproducido por: Departamento de Hacienda

ENVIE ELECTRONICAMENTE AL DEPARTAMENTO DE HACIENDA. ENTREGUE DOS COPIAS A QUIEN RECIBE EL PAGO. CONSERVE COPIA PARA SUS RECORDS.

**INSTRUCCIONES - Declaración Informativa – Planes de Retiro y Anualidades**

Prepare el Formulario 480.7C para cada participante o beneficiario de un plan de retiro o anualidad que haya realizado cualquiera de las transacciones numeradas en el formulario.

Identifique en el encasillado correspondiente si la distribución fue total, parcial o en forma de anualidad o pagos periódicos y si proviene de un plan gubernamental, privado calificado o no calificado. Además, indique la fecha en la que comenzó a recibir la pensión en los casos de distribuciones en forma de anualidad o pagos periódicos.

Informe en el encasillado 1 la cantidad total aportada a la cuenta de un participante que se haya recibido vía transferencia de otro plan calificado.

Informe en el encasillado 2 la cantidad total distribuida vía transferencia a otro plan calificado, a una Cuenta de Retiro Individual o a una Cuenta de Retiro Individual No Deducible.

Complete el encasillado 3 si la distribución se realiza en forma de anualidad o pagos periódicos y el participante efectuó una o varias aportaciones luego del pago de contribuciones.

El encasillado 4 se utilizará solamente por las agencias del Estado Libre Asociado de Puerto Rico que aporten a los Sistemas Gubernamentales de Pensiones o Retiro. Indique el total aportado por el empleado al Fondo de Retiro durante el año.

Indique en el encasillado 5 las retenciones efectuadas bajo la Sección 1062.01 del Código de Rentas Internas de Puerto Rico de 2011, según enmendado (Código), sobre anualidades o pagos periódicos.

Si el participante o beneficiario recibe una distribución total dentro del año contributivo debido a la separación de servicio de éste o terminación del plan, indique la contribución retenida (20%) en el encasillado 6.

Si la distribución se realiza de un fideicomiso que cumple con los requisitos de los incisos (A) y (B) del párrafo (1) del apartado (b) de la Sección 1081.01 del Código, indique la contribución retenida (10%) en el encasillado 7.

Indique en el encasillado 8 la contribución retenida (10%) sobre distribuciones que no fueron distribuciones totales o préstamos a participantes, tales como distribuciones parciales efectuadas después de la separación de servicio o retiros efectuados antes de la separación del servicio.

Si el balance total de la cuenta en el fideicomiso se transfiere dentro de un solo año contributivo debido a la separación de servicio o la terminación del plan como una aportación por transferencia cualificada a una Cuenta de Retiro Individual No Deducible, indique la contribución retenida (20% o 10%) en el encasillado 9.

Si un participante o beneficiario del Programa de Cuentas de Ahorro para el Retiro (plan gubernamental) recibe un pago global del balance total en su cuenta debido a la separación permanente del servicio luego de alcanzar la fecha normal de retiro de éste, indique la contribución retenida (10%) en el encasillado 10.

Si un participante o beneficiario del Programa de Cuentas de Ahorro para el Retiro (plan gubernamental) transfiere el balance total en su cuenta a una Cuenta de Retiro Individual No Deducible, indique la contribución retenida (10%) en el encasillado 11.

En el caso de distribuciones a participantes o beneficiarios no residentes, indique la contribución retenida (20% o 29%) en el encasillado 12.

Indique en el encasillado 13, cantidades retenidas sobre otras distribuciones.

Indique en el encasillado 14 la cantidad distribuida durante el año contributivo, incluyendo aquella cantidad tomada como préstamo que haya sido cancelada al momento de la distribución y cantidades totales distribuidas vía transferencia a una Cuenta de Retiro Individual No Deducible. No incluya cantidades totales distribuidas vía transferencia a otro plan calificado o a una Cuenta de Retiro Individual.

Indique en el encasillado 15 la porción de la cantidad distribuida que es tributable. Esta cantidad deberá ser neta de aportaciones voluntarias o cantidades que hayan sido pagadas por adelantado. En el caso de distribuciones de planes de participación en ganancias o bonificación en acciones cualificados debido a las razones (d), (e) o (f) del Artículo 2 de la Ley Núm. 80 de 30 de mayo de 1976, según enmendada, indique cero y seleccione en el encasillado 18, la letra K y cualquier otro código correspondiente.

En el encasillado 16 indique la cantidad sobre la cual el participante o beneficiario, durante el período del 16 de mayo al 31 de diciembre de 2006 y del 1 de julio al 31 de octubre de 2014, eligió y pagó por adelantado la contribución especial de 5%, 8% o 15% de acuerdo a las Secciones 1023.21 y 1081.01(b)(9) del Código o 1012D(b)(5) del Código de Rentas Internas de Puerto Rico de 1994, según enmendado. Esta cantidad aparece en la copia original endosada por el Departamento del Modelo SC 2911 (plan calificado), Modelo SC 2912 (plan no calificado) o Modelo SC 2913 (plan gubernamental) que el participante o beneficiario entregó al fiduciario del plan.

Desglose la cantidad distribuida según las partidas de los encasillados 17A a 17D. En el encasillado 17A indique, en el caso de un plan de aportaciones en efectivo o diferidas (CODA), las cantidades aportadas por el participante que fueron diferidas del ingreso sujeto a contribución durante su participación en el mismo. En el encasillado 17B refleje aquella parte de la distribución que constituye aportaciones luego del pago de impuestos (after tax contributions). En el encasillado 17C indique aquella cantidad que fue generada de las inversiones realizadas por el plan y atribuidas a la cuenta del participante. De no haber incrementado o en caso de reflejar pérdidas, indique cero. El restante de la cantidad total distribuida se reflejará en el encasillado 17D. El total del encasillado 17E será igual a la cantidad distribuida del encasillado 14.

En el encasillado 18, indique el código correspondiente al concepto por el cual se realiza la distribución:

| | |
|---|---|
| A. Retiro | G. 59½ años o más |
| B. Separación de Servicio | H. Venta Sustancial de Activos |
| C. Muerte | I. Venta de Subsidiaria |
| D. Incapacidad | J. Aportación Excesiva |
| E. Terminación del Plan | K. Ley Núm. 80 |
| F. Extrema Emergencia Económica | L. Otro |

La declaración deberá entregarse al participante o beneficiario y rendirse electrónicamente al Departamento de Hacienda no más tarde del 30 de agosto siguiente al año contributivo correspondiente para informar aportaciones y otras transacciones o eventos relacionados con el plan o anualidad. No

---

**INSTRUCTIONS - Informative Return – Retirement Plans and Annuities**

Prepare Form 480.7C for each participant or beneficiary of a retirement plan or annuity that has realized any of the transactions detailed in the form.

Identify in the corresponding box if the distribution was lump sum, partial or an annuity or periodic payments and if it is from a governmental, qualified private or non qualified plan. Also, indicate the date on which you started to receive the pension in case of annuity or periodic payment distribution.

In box 1 inform the total amount contributed to the account of a participant which was received as a rollover from another qualified plan.

Inform in box 2 the total amount distributed via rollover to another qualified plan, an Individual Retirement Account or a Non Deductible Individual Retirement Account.

Complete box 3 if the amount is distributed as an annuity or periodic payments and the participant made one or more after tax contributions.

Box 4 will be used only by agencies of the Commonwealth of Puerto Rico that contribute to the Pension or Retirement Governmental Systems. Indicate the total contributed by the employee during the year

Indicate in box 5 the tax withheld under Section 1062.01 of the Puerto Rico Internal Revenue Code of 2011, as amended (Code), on annuities or periodic payments.

If the participant or beneficiary receives a total distribution within the same taxable year due to separation from service or plan termination, indicate the tax withheld (20%) in box 6.

If the distribution is made from a trust that complies with the requirements of subparagraphs (A) and (B) of paragraph (1) of part (b) of Section 1081.01 of the Code, indicate the tax withheld (10%) in box 7.

Indicate in box 8 the tax withheld (10%) over distributions that were not lump sum or loans to participants, such as partial distributions made after the separation from service or withdrawals made before the separation from service.

If the total account balance in the trust is transferred within the same taxable year due to separation from service or the plan termination as a qualified rollover contribution to a Non Deductible Individual Retirement Account, indicate the tax withheld (20% or 10%) in box 9.

If a participant or beneficiary of the Retirement Savings Account Program (governmental plan) receives a global payment of the total balance in his/her account due to the permanent separation from service after reaching the normal retirement age, indicate the tax withheld (10%) in box 10

If a participant or beneficiary of the Retirement Savings Account Program (governmental plan) transfers the total balance in his/her account to a Non Deductible Individual Retirement Account, indicate the tax withheld (10%) in box 11.

In the case of distributions to non resident participants or beneficiaries, indicate the tax withheld (20% or 29%) in box 12.

Indicate in box 13 the tax withheld over other distributions.

Indicate in box 14 the total amount distributed during the taxable year, including any amount loaned which was cancelled at the time of distribution and any total amount distributed via rollover to a Non Deductible Individual Retirement Account. Do not include total amounts distributed via rollover to another qualified plan or to an Individual Retirement Account.

Indicate in box 15, the taxable portion of the amount distributed. This amount must be net of after tax contributions and any amount which was prepaid. In the case of distributions from qualified profit sharing or stock bonus plans due to reasons (d), (e) or (f) of Article 2 of Act No. 80 of May 30, 1976, as amended, show zero and select letter K in box 18 and any other corresponding code.

In box 16 indicate the amount over which the participant or beneficiary, during the period of May 16 to December 31, 2006 and July 1 to October 31, 2014, elected and prepaid the 5%, 8% or 15% special tax according to Sections 1023.21 and 1081.01(b)(9) of the Code or 1012D(b)(5) of the Puerto Rico Internal Revenue Code of 1994, as amended. This amount appears in the original copy endorsed by the Department of Form AS 2911 (qualified plan), Form AS 2912 (non-qualified plan) or Form AS 2913 (governmental plan) that the participant or beneficiary provided to the fiduciary of the plan.

Provide a breakdown of the amount distributed according to the items in boxes 17A to 17D. In box 17A indicate, for cash or deferred arrangement plans, the amounts contributed by the participant which were deferred from income tax during his/her participation in the same. In box 17B show that part of the distribution which constitutes after tax contributions. In box 17C indicate any amount earned from the investments made by the plan and allocated to the participant's account. If no income was earned or in case of a loss, show zero. Include the rest of the total amount distributed in box 17D. The total in box 17E must be equal to the amount shown in box 14.

In box 18, indicate the corresponding code of the concept for which the distribution was made:

| | |
|---|---|
| A. Retirement | G. 59½ years or more (In-Service) |
| B. Separation from Service | H. Sale of Substantially All the Assets |
| C. Death | I. Subsidiary Sale |
| D. Disability | J. Excess Deferrals |
| E. Plan Termination | K. Act No. 80 |
| F. Hardship | L. Other |

The return must be given to the participant or beneficiary and filed electronically with the Department of the Treasury not later than August 30 following the corresponding taxable year to inform contributions and other transactions or events related to the plan or annuity. However, the return must be given not later than February 28 following the corresponding taxable year to inform distribution from said plan or annuity.

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Alvarez Velez, Jose A | 104525 | 6/27/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Alvarez Velez, Jose A | 104525 | 6/27/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

José A. Alvarez Velez
HC01 Box 4086
Corozal, P.R. 00783



U.S. POSTAGE PAID
FCM LG ENV
COROZAL, PR
00783
FEB 18, 20
AMOUNT
$1.20
R2303S101697-07

Clerks Office
United States Distric Court
Room 150 Federal Building
San Juan, P.R. 00918-1767

RECEIVED & FILED
2020 FEB 19 PM 4:34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.