RECEIVED & FILED
2020 FEB 19 PM 4: 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Debtors: Estado Libre Asociado de Puerto Rico

Gobierno de Puerto Rico

Departamento de Educación

No. 17 BK 3283-LTS

Mariam L. Colón Díaz _____ OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTHE OF PUERTO RICO, IN DEFFICIENT CLAIMS ASSEITING INTEREST BASED UPON UNSPECIFIED PUERTO RICO STATUS

DOC 8978-4

Proof of Claim: # 164334

Name and Address: Mariam L. Colón Díaz
Calle Municipal E-6 Quintas del Norte
Bayamón P.R. 00959

Reclama al Gobierno del Estado Libre Asociado de Puerto Rico; al Gobierno de Puerto Rico Departamento de Educación de Puerto Rico.

Ley 89 de 1984 – Romerazo

Años Reclamados _____ 1984 – 2014 _____

Cantidad Reclamada _____ 7,000 _____

Ley 96 de 2002

Años Reclamados _____ 2002 – 2014 _____

Cantidad Reclamada _____ 11,400 _____

Página 2

Adjunto evidencia en réplica a la información solicitada:

1. Certificación de Junta de Retiro de Maestros

Solicito la adjudicación de mi petición, según corresponda a mis derechos por las Leyes anteriormente Especificadas.

Nombre: Mariam L. Colon Díaz

Firma: _Manuel Colón Díaz_ Fecha: 17/02/2020

**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Mariam L. Colon Diaz**, con número de seguro social que termina en **8663**.

| | |
|---|---:|
| Fecha de Efectividad de la Pensión | 1 de agosto de 2014 |
| Tiempo Cotizado para la Pensión | 30 años, 4 mes, 2 sem., 3.72 día |
| Pensión Mensual Inicial | $2,790.00 |
| Pensión Mensual Actual | $2,790.00 |

Esta certificación se expide hoy, **14 de febrero de 2020** en **San Juan, Puerto Rico**.

Edgardo J. Negrón Ramírez
Supervisor
Área de Servicios de Retiro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

787.777.1414    787.764.6910    www.srm.pr.gov

SRM
Sistema de Retiro para Maestros
Gobierno de Puerto Rico
*Protegemos la Aportación al Futuro*

| SHR_INOM_SRM | SISTEMA DE RETIRO PARA MAESTROS | 16-09-2014 |
|---|---|---|
| | Sistema de Aportaciones y Beneficios Integrados | 03:34:10 PM |
| | PAGO DE PENSION INGRESO A NOMINA | Pagina: 1 |

SEGURO SOCIAL:
NOMBRE: MARIAM COLON DIAZ
DIRECCION: QUINTAS DEL NORTE
E6 CALLE MUNICIPAL
BAYAMON, PR  00959

NUMERO CASO: 622
NUMERO SOLICITUD: 770713
FECHA RADICACION: 27-08-2014
PENSION AÑOS DE SERVICIO / MERITO
FECHA NACIMIENTO: 09-05-1958    EDAD: 56.23    SEXO: F

INGRESO A NOMINA: 15-10-2014
FECHA EFECTIVIDAD: 01-08-2014
SERVICIOS ACREDITADOS: 30  4  2  3,72
                       Años Meses Sem Días
COSTO ANUALIDAD: $87,793.98
SALARIO PROMEDIO: $3,720.00
RETROACTIVO: 01-08-2014 AL 30-09-2014

|  | PAGO GLOBAL | MENSUAL | ANUAL |
|---|---|---|---|
|  | $5,580.00 | $2,790.00 |  |
| AUMENTO POR LEY: |  | $0.00 |  |
| IMPORTE TOTAL (BRUTO) | $5,580.00 | $2,790.00 | $33,480.00 |

| CONCEPTO | CLAVE | DESCUENTO | DESCUENTO |
|---|---|---|---|
| PENSION PAGADA |  | $0.00 | $0.00 |
| PRESTAMOS: PERSONAL (PP) | 47-000 | $598.92 | $299.46 |
| CULTURAL (PC) | 45-000 | $0.00 | $0.00 |
| HIPOTECARIO (PH) | 36-000 | $948.36 | $474.18 |
| FINANZAS | 67-059 | $0.00 | $0.00 |
| INSUFICIENCIA EN APORTACION |  | $0.00 | $0.00 |
| APORT. IND. 9% Cese: |  | $0.00 | $0.00 |
| OTROS | 26-001 | $0.00 | $0.00 |
| TOTAL DESCUENTO |  | $1,547.28 | $773.64 |
| NETO |  | $4,032.72 | $2,016.36 |

BONOS   NAVIDAD (BNP): $0.00    VERANO (PBV): $0.00    MEDICAMENTO (PBM): $0.00

| | | FECHA: |
|---|---|---|
| COMPUTADO POR: | | 16/9/04 |
| INTERVENIDO POR: | | |
| SUPERVISOR (PENSIONES): | | 19/09/14 |
| DIRECTOR: | | 19/09/2014 |
| INGRESADO A NOMINA POR: | | 22/9/14 |
| Mes: Oct  ☑1ra ☐2da | | |
| PAGO GLOBAL POR: | | 26/09/2014 |
| Mes: Oct  ☑1ra ☐2da ☐Off Cycle ☐Base Line | | |
| SUPERVISOR (NOMINA): | | 26/09/14 |

Stamps: SEP 24 2014 MARIANELA GONZALEZ MARTINEZ AREA DE BENEFICIOS Y SERVICIOS DOCUMENTO REINTERVENIDO
OCT 01 2014 MARIANELA GONZALEZ MARTINEZ AREA DE BENEFICIOS Y SERVICIOS DOCUMENTO PREINTERVENIDO
SEP 18 2014 AREA DE BENEFICIOS Y SERVICIOS DOCUMENTO PREINTERVENIDO



**PRIORITY MAIL**

Date of delivery specified*
USPS TRACKING™ included to many major international destinations.
Limited international insurance.
Pick up available.*
Order supplies online.*
When used internationally, a customs declaration label may be required.

* Domestic only



EP14F Oct 2018

$14.—
1005  00918
R2305M149066-17



**PRIORITY MAIL**

VISIT US AT USPS.COM
ORDER FREE SUPPLIES ONLINE

FROM:
Mariam L. Colón Díaz
E-6 Calle Municipal
Quintas del Norte
Bayamón P.R. 00959

RECEIVED & FILED 2020 FEB 19 PM 4:37

TO:
Secretaria (Clerk office)
Tribunal de Distrito de Estados Unidos
Federal Building
San Juan P.R. 00918-1767

Label 228, March 2016    FOR DOMESTIC AND INTERNATIONAL USE



This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; October 2018; All rights reserved.

