> **IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Rodriguez Velazquez, Iris O. | 159079 | 7/6/2018 | Commonwealth of Puerto Rico | $600,000.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

> **SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Rodriguez Velazquez, Iris O. | 159079 | 7/6/2018 | Commonwealth of Puerto Rico | $600,000.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

000673

Centésima trigésima segunda Objeción Global
Anexo A: Defectuosas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 610 | RODRIGUEZ VEGA, MIRELYS<br>URB VALLES DE GUAYAMA<br>D6 CALLE 7<br>GUAYAMA, PR 00785 | 7/6/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 160524 | $ 21,897.28 |
| | Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |
| 611 | RODRIGUEZ VELAZQUEZ, ANA E<br>HC 04 BOX 7233<br>YABUCOA, PR 00767 | 7/3/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 131634 | $ 12,510.00 |
| | Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |
| 612 | RODRIGUEZ VELAZQUEZ, IRIS O.<br>P.O. BOX 173<br>GURABO, PR 00778 | 7/6/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 159079 | $ 600,000.00 |
| | Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |
| 613 | RODRIGUEZ VELAZQUEZ, NANCY E<br>URB. BALDORIOTY<br>CALLE GENUINO 2417<br>PONCE, PR 00728 | 6/29/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 146096 | Indeterminado* |
| | Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |
| 614 | RODRIGUEZ VELEZ, GLENDA L<br>RR-12 BOX 10326<br>BAYAMON, PR 00956 | 6/29/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 153395 | $ 55,000.00* |
| | Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |
| 615 | RODRIGUEZ VELEZ, MARITZA<br>URB. JESUS M. LAGO D-49<br>VILLALBA, PR 00641 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 136916 | Indeterminado* |
| | Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |

* Indica que la reclamación contiene montos por liquidar o indeterminados

# Commonwealth of Puerto Rico
Case No. 17-03283

case info / claims

+ Case Navigation

+ Quick Links

70060   advanced

« ‹ Page 1 of 1 » ›

| | |
|---|---|
| Schedule | |
| Claim # | 170060 |
| Filed Date | 08/02/2019 |
| Creditor Name | Malave Vargas, Edwin |
| Debtor Name | Commonwealth of Puerto Rico |
| Claim Value | $0.00 |
| Schedule | |
| Claim # | 70060 |
| Filed Date | 06/19/2018 |
| Creditor Name | Rodriguez Vazquez, Iris O |
| Debtor Name | Employees Retirement System of the Government of the Commonwealth of Puerto Rico |
| Claim Value | $114,751.52 |

« ‹ Page 1 of 1 » ›

terms of use   privacy notice   team       © 2019 Prime Clerk. All rights reserved.

# Commonwealth of Puerto Rico
Case No. 17-03283

case info / claims

+ Case Navigation

+ Quick Links

65056    advanced

« ‹ Page 1 of 1 » ›

| | |
|---|---|
| Schedule | |
| Claim # | 165056 |
| Filed Date | 06/29/2018 |
| Creditor Name | Guiterrez Torres, Alberto R. |
| Debtor Name | Puerto Rico Electric Power Authority |
| Claim Value | $0.00 |
| Schedule | |
| Claim # | 65056 |
| Filed Date | 06/19/2018 |
| Creditor Name | Rodriguez Velazquez, Iris O. |
| Debtor Name | Commonwealth of Puerto Rico |
| Claim Value | $100,000.00 |

« ‹ Page 1 of 1 » ›

terms of use   privacy notice   team        © 2019 Prime Clerk. All rights reserved.

**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

27 de enero de 2020

**Agencia: 407 - ADMINISTRACION DE FAMILIAS Y NIÑOS**

IRIS O RODRIGUEZ VELAZQUEZ
PO BOX 173

GURABO, PR 00778

Seguro Social: XXX-XX-9579

A base de la información en nuestros registros, al 27 de enero de 2020 usted posee:

Fecha de Nacimiento: 15 de abril de 1966
Fecha de Ingreso al Servicio Público: 01 de septiembre de 1995
Fecha de Comienzo de Cotización: 01 de septiembre de 1995

Género: Femenino

| Ley 1 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | | Ley 106 | |
|---|---|---|---|---|---|
| Años Acreditados: | 17 | Tiempo Trabajado: | 4 | Tiempo Trabajado: | 2.5 |
| | | Aportaciones: | 13,414.60 | Aportaciones: | 7,376.88 |
| | | Intereses: | 1,083.66 | Intereses: | 0.00 |
| | | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| **Servicio No Cotizado** | | | | | |
| Pagado: | 0.00 | | | | |
| Tiempo: | 0.00 | | | | |
| Balance Acumulado: | 42,877.50 | Total Aportaciones: | 14,498.26 | Total Aportaciones: | 7,376.88 |
| Beneficio: | 688.16 | Beneficio: | 72.80 | Beneficio: | 0.00 |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov

# RESUMEN ACUERDO



**Bono de Firma:** $1,000 para cada miembro de la unidad apropiada como bonificación por la firma del acuerdo.

**Aportación Plan Médico Único** - Se acuerda una aportación patronal al plan médico de $170.00 mensuales para todos los afiliados. Con esta aportación 7 de nuestras locales afiliadas reciben un aumento. En los casos que esta aportación sea menor a la que recibe el unionado en este momento, SPU-AFSCME negoció un Fondo especial de 5 millones para completar la diferencia en costo entre la aportación actual y la de $170.00. De esta forma, SPU garantiza a sus afiliados cubiertos bajo Ley 158-2006 que no recibirán otro golpe a su bolsillo por este concepto durante los 5 años de vigencia de este contrato. Esto implica además mantener nuestro plan médico único según negociado y no nos obligarán a ser parte del plan de salud del Gobierno.



**Convenio Colectivo** - El Convenio Colectivo se mantiene vigente en sus áreas no económicas y se ajusta en las áreas económicas que establece el acuerdo. Este tendrá una vigencia de 5 años y no podrá ser suspendido o modificado por el Gobierno de Puerto Rico.

**Contribuciones Retiro Sistema 2000**



Las contribuciones de nuestros miembros al Sistema 2000 fueron rescatadas en este acuerdo. ==Actualmente ese dinero no existe en caja, se utilizó por el Gobierno.== Con este acuerdo, logramos la asignación de 1,360 millones de dólares para que las cuentas sean segregadas en cuentas individuales y los dineros que se le deben a cada uno de ustedes sean depositados en sus cuentas personalizadas. De la deuda ser mayor a esta cantidad, los pagos se prorratearan.

**Bonificaciones** - Del Gobierno otorgar una bonificación a los empleados públicos, dicha bonificación nos aplicará a nosotros.

**Bonificación presupuestaria** - A partir de 2020, podríamos recibir un bono adicional si se cumplen las proyecciones presupuestarias en el plan fiscal. Si el exceso de superávit de caja es de $100 millones o más, el 25% de éste se asignará a la cuenta de bonificación.

**Cesantías** - Si el Gobierno tuviera que implantar un plan de cesantías de empleados, éstas serán por estricta antigüedad.



**Feriados** - Si un feriado cae día sábado, el mismo será efectivo el día antes laborable. Si cae domingo, el feriado será concedido al día siguiente como es la práctica actual.

**Licencias** - se mantiene lo establecido en la Ley 26-2017, pero si legalmente los beneficios mejoran o aumentan, serán aplicables a nosotros.



**Licencia para padres con hijos con discapacidad física y mental y para atender personas de edad avanzada** - Se logra la autorización como tiempo oficial de 1 día al mes para llevar a los hijos a citas y tratamiento. De la misma manera, se autoriza que ese mismo día pueda ser utilizado para citas y tratamientos de personas de edad avanzada.

**Futuros Beneficios del Gobierno** - Si el Gobierno otorga o aprueba términos económicos más beneficiosos para otros empleados públicos, nosotros también recibiremos esos beneficios.

**Ratificación** - Para que este acuerdo pueda ser efectivo tiene que ser ratificado por la mayoría de los votantes miembros de la unidad apropiada en votación secreta.



Servidores Públicos Unidos de Puerto Rico, Concilio 95 AFSCME Tel. 1-787-272-7222 www.spupr.com



# CERTIFICACIÓN

Certifico que la Sra. Iris Rodríguez Velázquez, con seguro social número _____, es empleada de la Administración de Familias y Niños, desde el 3 de febrero de 1992. La Sra. Rodríguez está adscrita a la oficina de Recursos Humanos en Nivel Central, ocupa un puesto de carrera-regular de Analista de Recursos Humanos III. Devenga un salario mensual de $3,772.00.

Esta certificación se expide hoy 28 de enero 2020, conforme a información de Sistema Mecanizado de Recursos Humanos a petición de la Sra. Rodríguez.

Carmín Rodríguez Negrón
Administrador Auxiliar

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | PROMESA |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Title III |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | (Jointly Administered) |
| Debtors.[1] | |

## VERIFIED STATEMENT PURSUANT TO FRBP 2019 OF THE ACEVEDO-CAMACHO PLAINTIFF GROUP

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rule 2019") and Section V.B. of the *Fourth Amended Notice, Case Management and Administrative Procedures* Order entered in Docket Entry 2839 on April 4, 2018 (the "Case Management and Administrative Procedures Order"), the present verified statement (the "Statement") is submitted by the Group of those certain 2,818 Plaintiffs in the case of Madeline Acevedo-Camacho *et al* v. Family Department of Puerto Rico *et al.*, CASP Case Num. 2016-05-1340, currently pending in the Public Service Appellate Commission ("CASP"), all creditors of the estate (collectively the "Acevedo-Camacho Plaintiff Group")[2].

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] The present Statement is filed in accordance to the Case Management and Administrative Procedures Order in connection with the cases ("Title III Cases") commenced by the above-captioned debtors under title III of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA").

4. The Debtors issued a single notice of the Order for Relief and further notified a group claim in *Schedule H for Litigation Related Obligations* to the undersigned counsel in connection with all Members of the Acevedo-Camacho Plaintiff Group [PROMESA Case Num. 17 BK 3283-LTS; Docket Entry 1215-14, P. 1].

5. As of the Petition Date, the collective liability of the Commonwealth owed to the Acevedo-Camacho Plaintiff Group is approximately $50,000,000.00.

6. In accordance with Bankruptcy Rule 2019, the last-known address for each Member is set forth herein in Exhibit A. The individual amount of disclosable interest for each Member of the Acevedo-Camacho Plaintiff Group is yet to be determined by the CASP. However, the nature of the disclosable economic interests for each Member is the same: the correction of the regular rate of pay due to the illegal implementation of the Memorandum 5-86 regulation, which resulted in inoperative pay scales[3].

7. As of the date of this Statement, the undersigned represents the Acevedo-Camacho Group[4].

8. In addition, no individual Member of the Acevedo-Camacho Group (a) assumes any fiduciary or other duties to any other creditor or person and (b) purports to act, represent or speak on behalf of any other entities in connection with the Title III Cases.

9. For the avoidance of doubt, nothing contained in this Statement (or Exhibit A hereto) is intended to or should be construed to constitute (a) a waiver or release of any claim(s) filed or to be filed against or interests in the Debtors in any title III case held by any Member, its

---

[3] In the abundance of caution, the Acevedo-Camacho Plaintif Group informs that each Member's disclosable economic interest was acquired more than one (1) year prior to the Petition Date. As such, the Group contends that they are waived from the disclosure requirements of FRBP 2019(c)(2)(C).

[4] The undersigned also represents other Groups of creditors (which are unrelated to the Acevedo-Camacho Plaintiff Group) against certain other instrumentalities of the Commonwealth, each of which will be filing their respective separate Verified Statements in compliance with FRBP 2019.

3

affiliates or any other entity, or (b) an admission with respect to any fact or legal theory. Nothing herein should be construed as a limitation upon, or waiver of, any rights of any Member to assert, file and/or amend any proof of claim in accordance with applicable law and any orders entered in these cases.

10. The undersigned verify that the foregoing is true and correct to the best of their knowledge. Further, all rights to amend or supplement this Statement are fully reserved.

I HEREBY CERTIFY that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case. We further certify that, on this same date, we served the foregoing upon all the Standard Parties as identified, defined and in the manner established in ¶ II of the Case Management and Administrative Procedures Order, as amended on April 4, 2018 (Dockets No. 2839 of Case No. 17-03283 (LTS), as well as upon all of the parties identified in the Master Service List maintained at https://cases.primeclerk.com/puertorico/.

**RESPECTFULLY SUBMITTED,**

San Juan, Puerto Rico, on this 29th day June 2018.

*/s/ Ivonne González-Morales*
IVONNE GONZÁLEZ-MORALES
USDC NUM. 202701
E-mail: ivonnegm@prw.net

**IVONNE GONZÁLEZ-MORALES**
PO BOX 9021828
San Juan, PR 00902-1828
Tel. (787) 410-0119

*Counsel for the Acevedo-Camacho Plaintiff Group*

4

In support of the Statement, the Acevedo-Camacho Plaintiff Group hereby respectfully state as follows:

## **BACKGROUND**

1. As of May 3, 2017 (the "Petition Date") and up to and including the date of this Statement, in these Title III Cases, the undersigned counsel represented [and continues to represent] the Acevedo-Camacho Plaintiff Group (each Plaintiff in the Group constitutes a "Member" thereof).

2. On January 10, 2007, the Acevedo-Camacho Plaintiff Group originally filed a complaint against the Commonwealth, Civil Case Num. K AC2007-0214, seeking declaratory judgment for the nullity of General Memorandum 5-86 of the Central Office for the Administration of Personnel ("OCAP" for its initials in Spanish), and the consequent correction of the regular rate of pay due to the illegal implementation of such regulation, which resulted in inoperative pay scales (the "Cause of Action"). Therefore, for purposes of Bankruptcy Rule 2019(c), the Acevedo-Camacho Plaintiff Group was formed on January 10, 2007.

3. As of the Petition Date, the Acevedo-Camacho Plaintiff Group had been litigating the Cause of Action against the Commonwealth for more than ten (10) years in the CFI and CASP; in fact, a Motion for Summary Judgment with a Stipulation of Uncontested Facts with the Commonwealth was filed in the CFI. However, before the CFI resolved the case in the merits, after several procedural events held before the CFI, the Commonwealth Court of Appeals in Case Num. KLAN 2015-004 and the Supreme Court of Puerto Rico, Case Num. AC-15-0063, on May 9, 2016, the Cause of Action was moved to the CASP, Case Num. 2016-05-1340 with the filing of an Appeal by the Plaintiffs before the mentioned Administrative Forum, CASP.

2

| | | | |
|---|---|---|---|
| 2194. RODRIGUEZ ROSARIO, BEATRIZ | 4134 | C/ CEALINA 791 BOX 31 SAN JUAN PR 00926 | RIO PIEDRAS |
| 2195. RODRIGUEZ RUIZ, CARMEN L. | 6376 | VILLA CROLINA 17-9 CALLE 23 CAROLINA PR 00985 | CAROLINA |
| 2196. RODRIGUEZ RUIZ, RAFAEL | 9561 | HC-02 BOX 9828 GUAYNABO PR 00971-9771 | SAN JUAN |
| 2197. RODRIGUEZ SANTANA, DELIA J. | 7597 | URB. MAGNOLIA GARDENS CALLE 8 E-10 BAYAMON PR 00956 | BAYAMON |
| 2198. RODRÍGUEZ SANTIAGO, JULIO | 1364 | 1482 AVE. F.D. ROOSEVELT, APTO. 504 SAN JUAN, PR 00920 | SAN JUAN |
| 2199. RODRIGUEZ SANTIAGO, MARELYN | 5151 | URB. LLANOS DE SANTA ISABEL B-3 SANTA ISABEL, PR 00757 | SANTA ISABEL |
| 2200. RODRIGUEZ SANTOS, ORLANDO | 9204 | PO BOX 361055 SAN JUAN PR 00936 | SAN JUAN |
| 2201. RODRIGUEZ SERRANO, CARMNE M. | 8399 | CALLE 30 Y 23 URB. VISTA AZUL, ARECIBO PR 00612 | ARECIBO |
| 2202. RODRIGUEZ TORO, MILLIANNE | 3609 | RR-2 BOX 7815 TOA ALTA PR 00953 | HATO REY |
| 2203. RODRIGUEZ TORRES, JUANITA | 3056 | CALLE 220 4027 COLINAS DE FAIRVIEW TRUJILLO ALTO, PR 00976 | |
| 2204. RODRIGUEZ TORRES, OSCAR L. | 9747 | 7-104 CLLE FLORES LLANOS DEL SUR COTO LAUREL PONCE PR 00780 | PONCE |
| 2205. RODRIGUEZ TORRES, REINALDO | 1971 | JARDINES DEL CARIBE CALLE 28 DD-34 PONCE, PR 00728 | PONCE |
| 2206. RODRIGUEZ TORRUELLA, AISHA I. | 0192 | VILLA PARAISO C/TRAMPOLIN #2207, PONCE PR 000728 | PONCE |
| 2207. RODRÍGUEZ VALENTIN, IRMA I | 0792 | PO BOX 112 LAS MARIAS, PR 00670 | LAS MARIAS |
| 2208. RODRIGUEZ VALENTIN, LUIS A. | 6111 | 731 C/ CAO JUNU PDD. 16 ½ SANTURCE, PR 00907 | SAN JUAN |
| 2209. RODRÍGUEZ VEGA, GLADYS | 4954 | HC-04 BOX 2371 BARRANQUITAS PR 00764 | BARRANQUITAS |
| 2210. RODRIGUEZ VEGA, MIGUEL | 5818 | MIRADER CAMINO DE LA VISTA, #131 HUMACAO, PR 00791 | HUMACAO |
| 2211. RODRIGUEZ VELAZQUEZ, GILBERTO | 1888 | VILLA NUEVA CALLE 16 B-33 CAGUAS, PR 00727 | SAN JUAN |
| 2212. RODRIGUEZ VELAZQUEZ, IRIS | 9579 | PO BOX 474 GURABO PR 00778 | HATO REY |
| 2213. RODRIGUEZ VELEZ, CARMEN N. | 4357 | HC-02 BOX 8158 JAYUYA, PR 00664-9612 | JAYUYA |
| 2214. RODRIGUEZ ZAYAS, ANA L. | 9405 | HC-01 BOX 6200 CIALES, PR 00638 | |
| 2215. ROHENA ROHERA, YOLANDA | 7680 | HC-01 BOX 11158 CAROLINA, PR 00985 | CAROLINA |
| 2216. ROJAS DE OTERO, ANA G. | 9931 | 412 C/ ARAGOM URB. PUERTO NUEVO SAN JUAN, PR 00920 | SAN JUAN |
| 2217. ROJAS RIVERA, JUAN A. | 8101 | PASEO 10 #291 VILLA OLIMPICA, RIO PIEDRAS PR 00924 | SANTURCE |
| 2218. ROJAS RIVERA, NYDIA N. | 8090 | CALLE 22 S-145 URB. BELLA VISTA BAY. PR 00957 | SAN JUAN |
| 2219. ROLDAN DE JESUS, IRIS Y. | 6258 | PO BOX 613 JAYUYA, PR 00664 | JAYUYA |
| 2220. ROLON BENITEZ, MILAGROS | 0262 | BOX 1060 AIBONITO PR 00705 | AIBONITO |
| 2221. ROLON FELICIANO, IRMA N. | 8948 | CALLE 26 R-6 ALTURAS DE FLAMBOYAN BAYAMON, PR 00959 | |