

IRIS RODRIGUEZ VELAZQUEZ
P O BOX 173
GURABO PR 00778

7019 2280 0000 9071 9825

U.S. POSTAGE PAID
FCM LG ENV
GURABO, PR
00778
FEB 18, 20
AMOUNT
**$7.80**
R2304H109402-02

HON. LAURA TAYLOR SWAIN
SECRETARIA
TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA DISTRITO DE P.R.
150 CARLOS CHARDON STREET
FEDERAL BUILDING
SAN JUAN PR 00918-1767