UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| In re: | PROMESA |
|---|---|
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO | Title III No. 17 BK 3283-LTS (Jointly Administered) |
| as representative of | This filing relates to the Commonwealth, HTA, and SRE. |
| THE COMMONWEALTH OF PUERTO RICO, et al., | |
| Debtors. | |

REPLICA A OBJECCION GLOBAL

Comparece Josefina Morales Lebrón quien soy una de las reclamantes bajo el caso de epígrafe y muy respetuosamente declaro y solicito:

1. Que mi nombre aparece en el Anexo A de la Objeción Global, el ELA, la ACT y/o el SRE que solicitan que mi reclamo sea rechazado por ser Deficiente. El número de mi reclamación es, 164465, 114461, 108465.

2. Que radico esta replica a la objeción global para no ser privada del derecho a reclamar y recibir el dinero adeudado por el Estado Libre Asociado. Esta Replica tiene el propósito de aclarar mi reclamación, especificando las Leyes aprobadas por el gobierno concediendo aumentos de sueldo que no fueron pagados, los años de empleo en el Departamento de Educación y el monto de los dineros adeudados conforme el tiempo que trabaje.

3. Que es oneroso para mi proveer con esta reclamación todos los records de pagos que justifican mi reclamación y solo estoy proveyendo aquellos documentos que

tengo en mi poder, entiendo que el Departamento de Educación como custodio de mi expediente tiene la obligación de proveer dichos records.

4. Que trabajé como maestra, educación, nivel elemental en el Departamento de Educación del Gobierno de Puerto Rico por un periodo de treinta y dos años (32), tres meses (3) una (1) semana y dos y medio días (2 ½). Trabajé desde el 1968 hasta el 27 de julio de 2001. (Se acompaña Certificación de empleo del Departamento de Educación).   Que el Sistema de Retiro de Maestros me certifico treinta y dos (32) años, cuatro (4) meses por todo mi servicio en el Departamento de Educación.

5. Que durante mi empleo como maestra el gobierno de Puerto Rico aprobó leyes para beneficio de empleados públicos que incluían los maestros, cuyos beneficios no fueron pagados. Mi reclamación es por los ingresos y/ o beneficios dejados de pagar por el gobierno de Puerto Rico conforme a esas leyes, según especifico más adelante.

6. Que las mencionadas leyes no fueron derogadas. El gobierno de Puerto Rico tiene conocimiento de las cantidades adeudadas a los maestros por reclamos que le han hecho los gremios magisteriales al gobierno.

7.  Por concepto de la Ley de Retribución Uniforme, Ley 89 de 12 de julio de 1979, ley conocida como el Romerazo, por el gobernador que promulgo dicha ley, debí recibir un aumento de $25.00 mensuales en adición a mi salario desde julio del 1979 hasta el presente. He calculado que se me adeuda $11,700 desde julio de 1979 hasta el presente. El pago de dicho aumento hubiera tenido un impacto reflejado en mi pensión, por lo que solicito se tome en consideración.

8. Por concepto de la Ley 96 del 1 de julio de 2002 se le concedió un aumento $100.00 mensuales a los maestros. He calculado que se me adeuda $21,600 desde Julio del 2002 hasta el presente.   El pago de dicho aumento hubiera tenido un impacto reflejado en mi pensión, por lo que solicito se tome en consideración.

9. Por concepto de la Ley 109 del 2 de septiembre de 1997 que concedía a los empleados públicos, incluyendo los maestros, un aumento de $150.00 por tres años, $200.00 por tres años, $250.00 por tres años y $300.00 por tres años. He calculado que se me adeuda $20,700.00 desde septiembre de 1997 hasta el presente. El pago de dicho aumento hubiera tenido un impacto reflejado en mi pensión, por lo que solicito se tome en consideración

10. Que el Departamento de Educación me ha provisto una certificación de empleo y el sueldo que devengaba a la fecha de mi retiro. Tengo además otros documentos que pueden ayudar a validar mi reclamación, los cuales estoy sometiendo. Entiendo que el Departamento de Educación como custodio de mi expediente de personal, el cual contiene toda la información sobre mi salario, tiene la obligación de proveer los records que confirman mi salario durante mi gestión laboral y el Sistema de Retiro para Maestros tiene mis records como retirada. Es su obligación proveer dicha información para que el Tribunal pueda confirmar las cantidades reclamadas. Que estoy acompañando toda la documentación en mi poder que entiendo relevante a mi reclamación.

11. Que acompaño los siguientes documentos en apoyo a mi reclamación:

    a. Certificación de Departamento de Educación

    b. Certificación de Pensión del Sistema de Retiro para Maestros

c.  Informe Renta Anual Vitalicia de Junta de Retiro de Maestros

12. Respetuosamente solicito se acepte esta Réplica a la Objeción Global presentada

en este caso, que aclara cualquier deficiencia objetada y que se ordene a Prime

Clerk, LLC, a que reciba instrucciones para aceptar la presente réplica y aclaración

a los reclamos de causas radicadas conforme al Título III Promesa.

Respetuosamente sometida, hoy 14 febrero de 2020.

Josefina Morales Lebrón
Urb. Santa Elena
36 calle 3
Yabucoa, P. R. 00767
787- 893-3252
787-454-1629

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|------|---------|-----------|--------|----------------------|
| Morales Lebron, Josefina | 164465 | 6/27/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | | | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|--------|---------------------|------------------------|--------|--------------------------------|
| Morales Lebron, Josefina | 164465 | 6/27/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | | | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m.  (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.  **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

***CUST PR 1845 SRF 38939 PackID: 199 MMLID: 2089810 SVC: 142nd Omni
Morales Lebron, Josefina
Urb Santa Elena 36 Calle 3
Yabucoa, PR 00767

Case:17-03283-LTS   Doc#:11566   Filed:02/19/20   Entered:02/24/20 11:26:13   Desc: Main

Modelo SC-1515 (IRM)
14-mayo-71
Manual de Contabilidad

ESTADO LIBRE ASOCIADO DE PUERTO RICO

## JUNTA DE RETIRO PARA MAESTROS

## INFORME RENTA ANUAL VITALICIA

| Nombre | Núm. Reclamación | Sexo |
|---|---|---|
| Josefina Morales Lebrón | 37360 | F |

**Fecha de Nacimiento**

| 1946 | 07 | 11 |
|---|---|---|
| Año | Mes | Día |

**Tipo de Renta:**
- a- Años de Servicio y Edad
    - Opcional ( )
    - Obligatorio ( )
- b- Edad ( )
- c- Incapacidad
    - Ocupacional ( )
    - No Ocupacional ( )
- d- Diferida ( )

**Fecha de Retiro**

| 2001 | 07 | 27 |
|---|---|---|
| Año | Mes | Día |

**Edad al Retirarse**

| 55 | – | 17 |
|---|---|---|
| Años | Meses | Días |

**Servicios Acreditados**

| 32 | 4 | – | 1 |
|---|---|---|---|
| Años | Meses | Sem. | Días |

**Costo Anualidad**

$ 35,538.91

**Fecha de Efectividad**

| 2001 | 07 | 28 |
|---|---|---|
| Año | Mes | Día |

Retiro Ley Núm. _____ 218 ___ de ___ 1951 _____

14/7/feb/01
NDP

**Cómputo de la Renta Anual:**

a- Sueldo promedio mensual más alto durante cinco años consecutivos a        $ 1,887.77        $1,415.82

X    .075                X 32 años, 4 meses, – 1 día

(Por ciento)                          (Tiempo Acreditado)

* En caso de renta anual diferida, ésta comenzará al cumplir la edad de   _____

( ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años de edad.

( ) o a opción en fecha posterior si al retirarse tiene 10 y menos de años de servicios y menos de 60 años de edad.

b- Ajuste para llegar al Mínimo Establecido por Ley 218

| Años de Servicio | Edad | Incapacidad Física | Diferido |
|---|---|---|---|
| $ _____ | $ _____ | $ _____ | $ _____ |

| | |
|---|---|
| Diferencia Mínimo o Renta Sistema Retiro | |
| Renta Mensual Vitalicia | $1,415.82 |
| Renta Anual Vitalicia | $16,989.84 |

| Computado: | | Cotejado: | |
|---|---|---|---|
| Julio C. Ortiz | 12 Feb 02 | Hugo E. Aponte | 13/2/02 |
| | Fecha | | Fecha |
| Recomendado: | 15/7/01 | Aprobado: 15/2/02 | Tomá A- Gimenez |

Case:17-03283-LTS   Doc#:11566   Filed:02/19/20   Entered:02/24/20 11:26:13   Desc: Main
Document   Page 8 of 32



**DEPARTAMENTO DE EDUCACION**

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

**ATT: LEY PROMESA**

13 de febrero de 2020

# C E R T I F I C A C I O N

| | | |
|---|---|---|
| Certifico que | : | JOSEFINA MORALES LEBRON |
| Seguro Social | : | --- |
| Categoría | : | MAESTRO ELEMENTAL |
| Distrito Escolar | : | YABUCOA_ |
| Sueldo Mensual | : | $2,005.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 27 de julio de 2001 |
| Otros | : | Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de (32) años, (3) meses, (1) semana y (2 1/2) días. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

**GOBIERNO DE PUERTO RICO**

Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof.JOSEFINA MORALES LEBRON**, con número de seguro social que termina en **1425**.

| | |
|---|---|
| **Fecha de Elegibilidad de la Pensión** | **28 de julio de 2001** |
| **Tiempo Cotizado para la Pensión** | **32 años, 4 meses, 0 semana y 1 días** |
| **Fecha de Efectividad de la Renuncia** | **27 de julio de 2001** |
| **Fecha de Efectividad de la Pensión** | **28 de julio de 2001** |
| **Pensión Mensual Actual** | **$1,415.82** |

Esta certificación se expide hoy, **13 de febrero de 2020** en **San Juan, Puerto Rico.**

Edgardo Negron Ramirez
Supervisor
Área de Servicios de Retiro





235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879



# CERTIFICADO VITALICIO

ESTADO LIBRE ASOCIADO DE PUERTO RICO
## DEPARTAMENTO DE INSTRUCCIÓN PÚBLICA
SAN JUAN DE PUERTO RICO

# LA SECRETARIA DE INSTRUCCIÓN PÚBLICA

POR LA PRESENTE CONFIERE A:

JOSEFINA MORALES LEBRON

EL PRESENTE CERTIFICADO DE MAESTRO QUE LO FACULTA PARA EJERCER COMO

MAESTRA DE ESCUELA ELEMENTAL

EN LAS ESCUELAS PÚBLICAS O PRIVADAS DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO

EXPEDIDO DESDE __10 de julio__ DE 19_87_.

DADO EN SAN JUAN DE PUERTO RICO EL __10 de julio__ DE 19_87_.

Número 62

_____
SECRETARIA DE INSTRUCCIÓN PÚBLICA

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

| En el asunto de:<br><br>JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO<br><br>como representante de<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO y otros<br><br>Deudores | PROMESA<br>Título III<br>Núm.: 17 BK 3283–LTS<br>(Administrada conjuntamente)<br><br>La presente radicación guarda relación con el ELA, la ACT y el SRE. |
| --- | --- |

REPLICA A OBJECCION GLOBAL

Comparece Josefina Morales Lebrón quien soy una de las reclamantes bajo el caso de epígrafe y muy respetuosamente declaro y solicito:

1. Que mi nombre aparece en el Anexo A de la Objeción Global, el ELA, la ACT y/o el SRE que solicitan que mi reclamo sea rechazado por ser Deficiente. El número de mi reclamación es, 164465, 114461, 108465.

2. Que radico esta replica a la objeción global para no ser privada del derecho a reclamar y recibir el dinero adeudado por el Estado Libre Asociado. Esta Replica tiene el propósito de aclarar mi reclamación, especificando las Leyes aprobadas por el gobierno concediendo aumentos de sueldo que no fueron pagados, los años de empleo en el Departamento de Educación y el monto de los dineros adeudados conforme el tiempo que trabaje.

3. Que es oneroso para mi proveer con esta reclamación todos los records de pagos que justifican mi reclamación y solo estoy proveyendo aquellos documentos que

tengo en mi poder, entiendo que el Departamento de Educación como custodio de mi expediente tiene la obligación de proveer dichos records.

4. Que trabajé como maestra, educación, nivel elemental en el Departamento de Educación del Gobierno de Puerto Rico por un periodo de treinta y dos años (32), tres meses (3) una (1) semana y dos y medio días (2 ½). Trabajé desde el 1968 hasta el 27 de julio de 2001. (Se acompaña Certificación de empleo del Departamento de Educación).   Que el Sistema de Retiro de Maestros me certifico treinta y dos (32) años, cuatro (4) meses por todo mi servicio en el Departamento de Educación.

5. Que durante mi empleo como maestra el gobierno de Puerto Rico aprobó leyes para beneficio de empleados públicos que incluían los maestros, cuyos beneficios no fueron pagados. Mi reclamación es por los ingresos y/ o beneficios dejados de pagar por el gobierno de Puerto Rico conforme a esas leyes, según especifico más adelante.

6. Que las mencionadas leyes no fueron derogadas. El gobierno de Puerto Rico tiene conocimiento de las cantidades adeudadas a los maestros por reclamos que le han hecho los gremios magisteriales al gobierno.

7.  Por concepto de la Ley de Retribución Uniforme, Ley 89 de 12 de julio de 1979, ley conocida como el Romerazo, por el gobernador que promulgo dicha ley, debí recibir un aumento de $25.00 mensuales en adición a mi salario desde julio del 1979 hasta el presente. He calculado que se me adeuda $11,700 desde julio de 1979 hasta el presente. El pago de dicho aumento hubiera tenido un impacto reflejado en mi pensión, por lo que solicito se tome en consideración.

8. Por concepto de la Ley 96 del 1 de julio de 2002 se le concedió un aumento $100.00 mensuales a los maestros. He calculado que se me adeuda $21,600 desde Julio del 2002 hasta el presente.   El pago de dicho aumento hubiera tenido un impacto reflejado en mi pensión, por lo que solicito se tome en consideración.

9. Por concepto de la Ley 109 del 2 de septiembre de 1997 que concedía a los empleados públicos, incluyendo los maestros, un aumento de $150.00 por tres años, $200.00 por tres años, $250.00 por tres años y $300.00 por tres años. He calculado que se me adeuda $20,700.00 desde septiembre de 1997 hasta el presente. El pago de dicho aumento hubiera tenido un impacto reflejado en mi pensión, por lo que solicito se tome en consideración

10. Que el Departamento de Educación me ha provisto una certificación de empleo y el sueldo que devengaba a la fecha de mi retiro. Tengo además otros documentos que pueden ayudar a validar mi reclamación, los cuales estoy sometiendo. Entiendo que el Departamento de Educación como custodio de mi expediente de personal, el cual contiene toda la información sobre mi salario, tiene la obligación de proveer los records que confirman mi salario durante mi gestión laboral y el Sistema de Retiro para Maestros tiene mis records como retirada. Es su obligación proveer dicha información para que el Tribunal pueda confirmar las cantidades reclamadas. Que estoy acompañando toda la documentación en mi poder que entiendo relevante a mi reclamación.

11. Que acompaño los siguientes documentos en apoyo a mi reclamación:

    a. Certificación de Departamento de Educación

    b. Certificación de Pensión del Sistema de Retiro para Maestros

c.  Informe Renta Anual Vitalicia de Junta de Retiro de Maestros

12. Respetuosamente solicito se acepte esta Réplica a la Objeción Global presentada

en este caso, que aclara cualquier deficiencia objetada y que se ordene a Prime

Clerk, LLC, a que reciba instrucciones para aceptar la presente réplica y aclaración

a los reclamos de causas radicadas conforme al Título III Promesa.

Respetuosamente sometida, hoy 14 febrero de 2020.

Josefina Morales Lebrón
Urb. Santa Elena
36 calle 3
Yabucoa, P. R. 00767
787- 893-3252
787-454-1629

Estado Libre Asociado de Puerto Rico

Junta de  Supervisión  y Administración Financiera para Puerto Rico

Comité de Acreedores

**Promesa III**

**Josefina Morales Lebron**
Urb. Santa Elena

Num. 36 Calle 3
Yabucoa, P.R. 00767

Teléfono (787) 893-3252
Celular (787) 454-1629

E-mail   rayza.daliz03@gmail.com

Presentación; 6|28|2018
Caso número  **17 BK 3283-LTS**

Números de Reclamación:

**164465**

**114461**

**108465**

**Ley de Retribución Uniforme:**

1) Ley 89 del 12 de julio de 1980; ley conocida como el Romerazo, otorgando un
aumento salarial de $25.00 en pagos mensual desde julio de 1980 hasta el presente.
Se me adeuda la cantidad de **$11,700.00** desde julio de 1980 **hasta el presente.**

2) Ley 96 del 2002; Honorable Sila M. Calderón, concedido un aumento de $100.00
mensuales a los maestros del sistema de educación.
He calculado que se me adeudan **$21,600.00 desde julio de 2002 hasta el presente.**

RECEIVED & FILED
2020 FEB 19  PM 4: 39
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

3) Ley 109 del 2 de septiembre de 1997; conocido como aumentos automáticos.
Concedidos en aumentos de $150.00 por (3) tres años, $200.00 por (3) años,
$250 por (3) años, $300.00 por (3) años.

He calculado que se me adeuda **$20,700.00** desde septiembre de 1997 hasta el
**presente.**

Pongo mis evidencias encontradas: (1) Certificación Magisterial. (2) Certificación por
años trabajados.

Caso: número **17 BK 3283-LTS**

Números de reclamación:

**164465**

**114461**

**108465**

Por lo tanto, se ordena que declare a lugar a la Centésima cuadragésima
primera objeción global según se establece en el documento.

Se ordena que Prime Clerk, LLC; quede autorizada a recibir instrucciones
para aceptar la presente réplica y aclaración a los reclamos en marcos de causas
radicadas conforme al Título III de Promesa.

*Josefina Morales Febres*

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).

| | | |
|---|---|---|
| ☒ Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ☐ Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

CDS _6_ _1_ _22_ _18_

## Modified Official Form 410 / Formulario Oficial 410 Modificado
# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

☒ Date Stamped Copy Returned
☐ No Self-addressed Stamped Envelope
☐ No Copy Provided

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

**1. Who is the current creditor?**

**¿Quién es el acreedor actual?**

_Josefina Morales Lebron_

Name of the current creditor (the person or entity to be paid for this claim)
Nombre del acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

Other names the creditor used with the debtor
Otros nombres que el acreedor usó con el deudor _____

```
||||| ||||| ||| || ||||| |||||
1703283800625558
```

RECEIVED

JUL 02 2018

PRIME CLERK LLC
page 1

Claim Number: 164465

Proof of Claim

**2. Has this claim been acquired from someone else?**

¿Esta reclamación se ha adquirido de otra persona?

☑ No / No
☐ Yes. From whom?
    Sí. ¿De quién? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

¿A dónde deberían enviarse las notificaciones al acreedor?

Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g

**Where should notices to the creditor be sent?**
¿A dónde deberían enviarse las notificaciones al acreedor?

Josefina Morales Lebron

Urb. Santa Elena 36 Calle 3
Number / Número      Street / Calle

Yabucoa      PR    00767
City / Ciudad    State / Estado   ZIP Code / Código postal

(787) 454-1629
Contact phone / Teléfono de contacto

(787) 944-9853
Contact email / Correo electrónico de contacto

**Where should payments to the creditor be sent?**
(if different)
¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)

Josefina Morales Lebron

Urb. Santa Elena 36 Calle 3
Number / Número      Street / Calle

Yabucoa      PR    00767
City / Ciudad    State / Estado   ZIP Code / Código postal

(787) 454-1629
Contact phone / Teléfono de contacto

(787) 944-9853
Contact email / Correo electrónico de contacto

**4. Does this claim amend one already filed?**

¿Esta reclamación es una enmienda de otra presentada anteriormente?

☑ No / No
☐ Yes.  Claim number on court claims registry (if known)
    Sí.  Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo)_____
    Filed on / Presentada el _____ (MM /DD/YYYY) / (DD/MM/AAAA)

**5. Do you know if anyone else has filed a proof of claim for this claim?**

¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?

☑ No / No
☐ Yes. Who made the earlier filing?
    Sí. ¿Quién hizo la reclamación anterior?_____

**Part 2 / Parte 2:    Give Information About the Claim as of the Petition Date**
**Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.**

**6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?**

¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico?

☐ No / No
☑ Yes.  Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)
    Sí.  Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).

Departamento de Educación

**7. Do you supply goods and / or services to the government?**

¿Proporciona bienes y / o servicios al gobierno?

☑ No / No
☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:

Vendor / Contract Number | Número de proveedor / contrato: _____

List any amounts due after the Petition Date (listed above) but before June 30, 2017:
Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017  $ _____

Modified Official Form 410                    Proof of Claim                         page 2

**8. How much is the claim?**

¿Cuál es el importe de la reclamación?

$ _No Se_

. **Does this amount include interest or other charges?**
¿Este importe incluye intereses u otros cargos?

☐ No / No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).
Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A).

**9. What is the basis of the claim?**

¿Cuál es el fundamento de la reclamación?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

_Ley 89 y Romergzo_

**10. Is all or part of the claim secured?**

¿La reclamación está garantizada de manera total o parcial?

☐ No / No

☐ Yes. The claim is secured by a lien on property.
Sí. La reclamación está garantizada por un derecho de retención sobre un bien.

**Nature of property / Naturaleza del bien:**
☐ Motor vehicle / Vehículos

☐ Other. Describe:
Otro. Describir: _____

**Basis for perfection / Fundamento de la realización de pasos adicionales:** _____

_____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.

**Value of property / Valor del bien:** $_____

**Amount of the claim that is secured /**
Importe de la reclamación que está garantizado: $_____

**Amount of the claim that is unsecured /**
Importe de la reclamación que no está garantizado: $_____
(The sum of the secured and unsecured amounts should match the amount in line 7.)
(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

**Amount necessary to cure any default as of the Petition Date /**
Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $_____
_____

**Annual Interest Rate (on the Petition Date)**
Tasa de interés anual (cuando se presentó el caso)_____%
☐ Fixed / Fija
☐ Variable / Variable

**11. Is this claim based on a lease?**

¿Esta reclamación está basada en un arrendamiento?

☑ No / No

☐ Yes. **Amount necessary to cure any default as of the Petition Date.**
Sí. **Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso** $_____

Modified Official Form 410            Proof of Claim                            page 3

| | |
|---|---|
| **12. Is this claim subject to a right of setoff?**<br><br>¿La reclamación está sujeta a un derecho de compensación? | ☒ No / No<br><br>☐ Yes. Identify the property /<br>Sí. Identifique el bien: _____ |
| **13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☒ No / No<br><br>☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.      $_____<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |

| **Part 3 / Parte 3:** | **Sign Below / Firmar a continuación** |
|---|---|

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).**

Si presenta esta reclamación de manera electrónica, FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☒ I am the creditor. / Soy el acreedor.

☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el  _06/27/2018_  (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma  _Josefina Morales Lebrón_

**Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:**

Name  _Josefina  Morales  Lebron_
First name / Primer nombre    Middle name / Segundo nombre    Last name / Apellido

Title / Cargo  _Acreedor  maestra_

Company / Compañía  _Departamento  de  Educacion_
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección  _Urb Santa Elena 36 Calle 3_
Number / Número    Street / Calle

_Yahuca a_              _P R_        _00767_
City / Ciudad              State / Estado    ZIP Code / Código postal

Contact phone / Teléfono de contacto _(787) 854-1629_   Email / Correo electrónico _____

Modified Official Form 410          Proof of Claim                    page 4



# Expanded Service
## International Air Waybill

For FedEx services worldwide.
Not all services and options are available to all destinations.

**Origin Copy**

FedEx Tracking Number  8126 1824 4947  0425   Form ID No.

## 1 From

Date 06/28/18   Sender's FedEx Account Number

Sender's Name William Garcia   Phone

Company Known Clerk - Old San Jan Partnership Court

Address 500 Recinto Sur Street

Address Suite 124

City San Jan   State/Province PR

Country US   ZIP/Postal Code 0401

Email Address

Internal Billing Reference 1845-02   65 Phillip Count

## 2 To

Recipient's Name   Phone   Residential Delivery

Company PRIME CLERK

Address

Address 830 3RD AVE

City NEW YORK   State/Province NY

Country US   ZIP/Postal Code 00022/603

Recipient's Tax ID Number for Customs Purposes

RECEIVED
JUL 03 2018
PRIME CLERK LLC

## 3 Shipment Information

Total Packages 1   Total Weight 4  lbs.

Commodity Description: Legal Documents

## 4a Express Package Service

Packages up to 150 lbs. / 68 kg
NOTE: Service order has changed. Please select carefully.
06 FedEx Intl. First   01 FedEx Intl. Priority ✓   03 FedEx Intl. Economy

## 4b Express Freight Service
Packages over 150 lbs. / 68 kg
70 FedEx Intl. Priority Freight   85 FedEx Intl. Economy Freight

## 5 Packaging
06 FedEx Envelope   FedEx Pak ✓   03 FedEx Box   04 FedEx Tube
15 FedEx 10kg Box   25 FedEx 25kg Box   01 Other

## 6a Special Handling and Delivery Signature Options
01 HOLD at FedEx Location   03 SATURDAY Delivery
10 Direct Signature   34 Indirect Signature
No 04 ✓   Yes   Dry Ice
CA Cargo Aircraft Only

## 6b Broker Selection
40 Intl. Broker Select

## 7 Payment
Sender ✓  Recipient  Third Party  Credit Card  Cash/Cheque
FedEx Acct No. 3743-5910-8

## 8 Required Signature

Sender's Signature

PART 158411 • Rev. Date 9/13 • ©1994–2013 FedEx • PRINTED IN U.S.A. RRDA • Non-Negotiable International Air Waybill

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

**Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).**

| | | |
|---|---|---|
| ☑ Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ☐ Employees Retirement System of the Government of the<br>Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado<br>Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

CDS _6_ _1_27_18_

## Modified Official Form 410 / Formulario Oficial 410 Modificado
# Proof of Claim / Evidencia de reclamación                    04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. **No adjunte documentos originales,** ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

☑ Date Stamped Copy Returned
☐ No self-addressed Stamped Envelope
☐ No Copy Provided

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

**1. Who is the current creditor?**

**¿Quién es el acreedor actual?**

*Josefina Morales Lebron*

Name of the current creditor (the person or entity to be paid for this claim)
Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

Other names the creditor used with the debtor
Otros nombres que el acreedor usó con el deudor _____

170328380062559

**Claim Number: 114461**

RECEIVED
JUL 02 2018
PRIME CLERK LLC

Proof of Claim                                        page 1

| 2. Has this claim been acquired from someone else?<br><br>¿Esta reclamación se ha adquirido de otra persona? | ☒ No / No<br>☐ Yes. From whom?<br>Sí. ¿De quién? _____ |
|---|---|

| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)<br><br>¿A dónde deberían enviarse las notificaciones al acreedor?<br><br>Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g | **Where should notices to the creditor be sent?**<br>**¿A dónde deberían enviarse las notificaciones al acreedor?**<br><br>_Josefina  Morales Lebron_<br>Name / Nombre<br>_Urb. Santa Elena 36. Calle 3_<br>Number / Número   Street / Calle<br>_Yabucoa  P.R._   _00767_<br>City / Ciudad   State / Estado   ZIP Code / Código postal<br>_(787)  454-1629_<br>Contact phone / Teléfono de contacto<br>_(787) 944-9853_<br>Contact email / Correo electrónico de contacto | **Where should payments to the creditor be sent?** (if different)<br>**¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)**<br><br>_Josefina  Morales Lebron_<br>Name / Nombre<br>_Urb. Santa Elena 36 Calle 3_<br>Number / Número   Street / Calle<br>_Yabucoa  P.R._  _00767_<br>City / Ciudad   State / Estado   ZIP Code / Código postal<br>_(787) 454-1629_<br>Contact phone / Teléfono de contacto<br>_(787) 944-9853_<br>Contact email / Correo electrónico de contacto |
|---|---|---|

| 4. Does this claim amend one already filed?<br><br>¿Esta reclamación es una enmienda de otra presentada anteriormente? | ☒ No / No<br>☐ Yes.  Claim number on court claims registry (if known)<br>Sí.   Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo)<br>Filed on / Presentada el _____ (MM /DD/YYYY) / (DD/MM/AAAA) |
|---|---|

| 5. Do you know if anyone else has filed a proof of claim for this claim?<br><br>¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación? | ☒ No / No<br>☐ Yes. Who made the earlier filing?<br>Sí. ¿Quién hizo la reclamación anterior?_____ |
|---|---|

**Part 2 / Parte 2:**   **Give Information About the Claim as of the Petition Date**

**Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.**

| 6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?<br><br>¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico? | ☐ No / No<br>☒ Yes.  Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)<br>Sí.  Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).<br><br>_Departamento  de  Educación_ |
|---|---|

| 7. Do you supply goods and / or services to the government?<br><br>¿Proporciona bienes y / o servicios al gobierno? | ☒ No / No<br>☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:<br><br>Vendor / Contract Number | Número de proveedor / contrato: _____<br><br>List any amounts due after the Petition Date (listed above) but before June 30, 2017:<br>Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017  $ _____ |
|---|---|

| Modified Official Form 410 | Proof of Claim | page 2 |
|---|---|---|

8. How much is the claim?

¿Cuál es el importe de la reclamación?

$ _No se_ . Does this amount include interest or other charges?
¿Este importe incluye intereses u otros cargos?
☐ No / No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).
Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A).

9. What is the basis of the claim?

¿Cuál es el fundamento de la reclamación?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

_Ley 96  Sila M. Calderón._

10. Is all or part of the claim secured?

¿La reclamación está garantizada de manera total o parcial?

☐ No / No
☐ Yes. The claim is secured by a lien on property.
Sí. La reclamación está garantizada por un derecho de retención sobre un bien.

Nature of property / Naturaleza del bien:
☐ Motor vehicle / Vehículos

☐ Other. Describe:
Otro. Describir: _____

Basis for perfection / Fundamento de la realización de pasos adicionales: _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.

Value of property / Valor del bien:         $_____

Amount of the claim that is secured /
Importe de la reclamación que está garantizado: $_____

Amount of the claim that is unsecured /
Importe de la reclamación que no está garantizado:  $_____
(The sum of the secured and unsecured amounts should match the amount in line 7.)
(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

Amount necessary to cure any default as of the Petition Date /
Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $_____
_____

Annual Interest Rate (on the Petition Date)
Tasa de interés anual (cuando se presentó el caso)_____%
☐ Fixed / Fija
☐ Variable / Variable

11. Is this claim based on a lease?

¿Esta reclamación está basada en un arrendamiento?

☒ No / No
☐ Yes. Amount necessary to cure any default as of the Petition Date.
Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso$ _____

Modified Official Form 410                    Proof of Claim                    page 3

| 12. **Is this claim subject to a right of setoff?**<br><br>¿La reclamación está sujeta a un derecho de compensación? | ☒ No / No<br><br>☐ Yes. Identify the property /<br>Sí. Identifique el bien: _____ |
|---|---|

| 13. **Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☒ No / No<br><br>☐ Yes. Indicate the amount of your claim arising from the value of any goods received   $_____<br>by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |
|---|---|

## Part 3 / Parte 3:   Sign Below / Firmar a continuación

| The person completing this proof of claim must sign and date it. FRBP 9011(b).<br><br>If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.<br><br>**La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).**<br><br>Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma. | Check the appropriate box / Marque la casilla correspondiente:<br><br>☒ I am the creditor. / Soy el acreedor.<br><br>☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.<br><br>☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.<br><br>☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.<br><br>I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.<br><br>Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda<br><br>I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.<br><br>He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.<br><br>I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto. |
|---|---|

Executed on date / Ejecutado el   06/27/2018 (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma   *Josefina Morales Lebron*

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name   *Josefina*                          *Morales Lebron*
      First name / Primer nombre   Middle name / Segundo nombre   Last name / Apellido

Title / Cargo   *Acreedor — maestra*

Company / Compañía   *Departamento de Educacion*
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección   *Urb. Santa Elena 36 - Calle 3*
      Number / Número   Street / Calle

*Yabucoa*                          *P.R.   00767*
City / Ciudad                      State / Estado   ZIP Code / Código postal

Contact phone / Teléfono de contacto (787) 454-1629   Email / Correo electrónico _____

Modified Official Form 410                  Proof of Claim                  page 4

**FedEx Express**

## Expanded Service International Air Waybill

For FedEx services worldwide.
Not all services and options are available to all destinations.

**Origin Copy**

### 1 From

Date 02/2X/18

Sender's FedEx Account Number

Sender's Name William Garcia

Phone

Company Prime Clerk - Old San Juan Packaging Count

Address 300 Recinto Sur Street

Address Suite 104

City San Juan

State/Province PR

Country US

ZIP/Postal Code 00901

Email Address

Internal Billing Reference 1845-02 65 Package Count

### 2 To

28 Residential Delivery

Recipient's Name

Phone

RECEIVED

Company PRIME CLERK

JUL 03 2018

Address 830 3RD AVE

Dept/Floor

City NEW YORK

State/Province NY

PRIME CLERK LLC

Country US

ZIP/Postal Code 10022/6603

Email Address

Recipient's Tax ID Number for Customs Purposes

### 3 Shipment Information

Total Packages 1
Total Weight 4 ☑ lbs. ☐ kg

DIM ___ x ___ x ___ in.

| Commodity Description | Harmonized Code | Country of Manufacture | Value for Customs |
|---|---|---|---|
| Legal Documents | | | 0 |

Has EEI been filed in AES?
For U.S. Export Only: Check One

☐ No EEI required, value $2,500 or less per Schedule B Number, no license required (NLR), not subject to ITAR.

☐ No EEI required, enter exemption number:

☐ Yes - Enter AES proof of filing citation.

Total Declared Value for Carriage

Total Value for Customs (Specify Currency) 0

### Origin Station ID NPBL

Country Code/Destination Station ID US/RBA

URSA Routing XA/JRBA

Handling Units

Total Volume (cbm)

### 4a Express Package Service

*Packages up to 150 lbs./68 kg*

**NOTE: Service order is changed. Please select carefully.**

06 ☐ FedEx Intl. First  01 ⊘ FedEx Intl. Priority  03 ☐ FedEx Intl. Economy

### 4b Express Freight Service

*Packages over 150 lbs./68 kg*

70 ☐ FedEx Intl. Priority Freight  86 ☐ FedEx Intl. Economy Freight

Booking Number

### 5 Packaging

06 ☐ FedEx Envelope  02 ⊘ FedEx Pak  03 ☐ FedEx Box  04 ☐ FedEx Tube

15 ☐ FedEx 10kg Box  07 ☐ FedEx 25kg Box  01 ☐ Other

### 6a Special Handling and Delivery Signature Options

01 ☐ HOLD at FedEx Location  03 ☐ SATURDAY Delivery

10 ☐ Direct Signature  34 ☐ Indirect Signature

Does this shipment contain dangerous goods?
One box must be checked / ticked.

☐ No  04 ☐ Yes  08 ☐ Yes (Shipper's Declaration)  ☐ Dry Ice

CA ☐ Cargo Aircraft Only

### 6b Broker Selection

40 ☐ Intl. Broker Select

### 7 Payment

Bill transportation charges to:

1 ☐ Sender  2 ⊘ Recipient  3 ☐ Third Party  4 ☐ Credit Card  5 ☐ Cash/Check/Cheque

Bill duties and taxes to:

1 ☐ Sender  2 ☐ Recipient  3 ☐ Third Party  ☐ Cash/Check/Cheque

### 8 Required Signature

Sender's Signature:

FedEx Courier Receipt

Recipient's Signature:

663

PART 158411 • Rev. Date 9/13 • ©1994–2013 FedEx • PRINTED IN U.S.A. BRDA • Non-Negotiable International Air Waybill

FedEx Tracking Number 8126 1824 4947 0425

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL
DISTRITO DE PUERTO RICO

**Fill in this information to identify the case (Select only one Debtor per claim form). /
Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).**

| | | |
|---|---|---|
| ☒ Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ☐ Employees Retirement System of the Government of the<br>Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado<br>Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

CDS   6  /  27  / 18

## Modified Official Form 410 / Formulario Oficial 410 Modificado
# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

☒ Date Stamped Copy Returned
☐ No Copy Provided

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

**1. Who is the current creditor?**

**¿Quién es el acreedor actual?**

 Josefina Morales Lebron

Name of the current creditor (the person or entity to be paid for this claim)
Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

Other names the creditor used with the debtor
Otros nombres que el acreedor usó con el deudor _____

||||| barcode: 170328380062573

**Claim Number: 108465**

RECEIVED
JUL 02 2018
PRIME CLERK LLC

Proof of Claim

page 1

2. **Has this claim been acquired from someone else?**

¿Esta reclamación se ha adquirido de otra persona?

☒ No / No
☐ Yes. From whom?
   Sí. ¿De quién? _____

---

3. **Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

¿A dónde deberían enviarse las notificaciones al acreedor?

Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g

**Where should notices to the creditor be sent? / ¿A dónde deberían enviarse las notificaciones al acreedor?**

Josefina Morales Lebron
Name / Nombre

Urb. Santa Elena 36 Calle 3
Number / Número     Street / Calle

Yabucoa     P.R.     00767
City / Ciudad     State / Estado     ZIP Code / Código postal

787) 454-1629
Contact phone / Teléfono de contacto

(787) 944-9853
Contact email / Correo electrónico de contacto

**Where should payments to the creditor be sent?** (if different) / **¿A dónde deberían enviarse los pagos al acreedor?** (En caso de que sea diferente)

Josefina Morales Lebron
Name / Nombre

Urb. Santa Elena 36 Calle 3
Number / Número     Street / Calle

Yabucoa     P.R.     00767
City / Ciudad     State / Estado     ZIP Code / Código postal

(787) 454-1629
Contact phone / Teléfono de contacto

(787) 944-9853
Contact email / Correo electrónico de contacto

---

4. **Does this claim amend one already filed?**

¿Esta reclamación es una enmienda de otra presentada anteriormente?

☒ No / No
☐ Yes.  Claim number on court claims registry (if known)
   Sí.  Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo)_____
   Filed on / Presentada el _____ (MM/DD/YYYY) / (DD/MM/AAAA)

---

5. **Do you know if anyone else has filed a proof of claim for this claim?**

¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?

☒ No / No
☐ Yes. Who made the earlier filing?
   Sí. ¿Quién hizo la reclamación anterior?_____

---

**Part 2 / Parte 2:**   Give Information About the Claim as of the Petition Date
   Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

6. **Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?**

¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico?

☐ No / No
☒ Yes.  Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)
   Sí.  Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).

Departamento de Educacion

---

7. **Do you supply goods and / or services to the government?**

¿Proporciona bienes y / o servicios al gobierno?

☒ No / No
☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:

Vendor / Contract Number | Número de proveedor / contrato: _____

List any amounts due after the Petition Date (listed above) but before June 30, 2017:
Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017  $ _____

---

Modified Official Form 410     Proof of Claim     page 2

**8. How much is the claim?**   $ *No Se* _____ . Does this amount include interest or other charges?
¿**Este importe incluye intereses u otros cargos?**

**¿Cuál es el importe de la reclamación?**

☐ No / No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).
Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A).

---

**9. What is the basis of the claim?**

**¿Cuál es el fundamento de la reclamación?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

*Servicios Prestados*
*Sistema de Retiro Maestro*

---

**10. Is all or part of the claim secured?**

**¿La reclamación está garantizada de manera total o parcial?**

☑ No / No
☐ Yes. The claim is secured by a lien on property.
Sí. La reclamación está garantizada por un derecho de retención sobre un bien.

**Nature of property / Naturaleza del bien:**
☐ Motor vehicle / Vehículos

☐ Other. Describe:
Otro. Describir: _____

**Basis for perfection / Fundamento de la realización de pasos adicionales:** _____

_____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.)

**Value of property / Valor del bien:**      $_____

**Amount of the claim that is secured /**
**Importe de la reclamación que está garantizado:** $_____

**Amount of the claim that is unsecured /**
**Importe de la reclamación que no está garantizado:** $_____
(The sum of the secured and unsecured amounts should match the amount in line 7.)
(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

**Amount necessary to cure any default as of the Petition Date /**
**Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso :** $_____
_____

**Annual Interest Rate (on the Petition Date)**
**Tasa de interés anual (cuando se presentó el caso)_____%**
☐ Fixed / Fija
☐ Variable / Variable

---

**11. Is this claim based on a lease?**

**¿Esta reclamación está basada en un arrendamiento?**

☑ No / No

☐ Yes. **Amount necessary to cure any default as of the Petition Date.**
Sí. **Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso** $_____

Modified Official Form 410                    Proof of Claim                    page 3

| 12. Is this claim subject to a right of setoff? | ☒ No / No |
| | ☐ Yes. Identify the property / Si. Identifique el bien: _____ |
| **¿La reclamación está sujeta a un derecho de compensación?** | |

| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)? | ☒ No / No |
| | ☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.       $_____ |
| **¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.?** | Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |

## Part 3 / Parte 3:

### Sign Below / Firmar a continuación

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**La persona que completa esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).**

**Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.**

*Check the appropriate box / Marque la casilla correspondiente:*

☒ I am the creditor. / Soy el acreedor.

☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date /Ejecutado el  06/27/2018  (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma  *Josefina Morales Lebron*

**Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:**

Name  Josefina                    Morales            Lohron
       First name / Primer nombre      Middle name / Segundo nombre      Last name / Apellido

Title / Cargo  Acreedor (maestra)

Company / Compañía  Departamento de Educacion
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección  Urb. Santa Elena 36 Calle 3
                     Number / Número      Street / Calle

Laguna                          P. R.          00767
City / Ciudad                   State / Estado      ZIP Code / Código postal

Contact phone / Teléfono de contacto  7(7)454-1629   Email / Correo electrónico _____

Modified Official Form 410                    Proof of Claim                    page 4

**FedEx Express**

**Expanded Service International Air Waybill**

For FedEx services worldwide.
Not all services and options are available to all destinations.

Origin Copy

FedEx Tracking Number **8126 1824 4947 0425**   Form ID No.

## 1 From

Date 06/28/18   Sender's FedEx Account Number

Sender's Name William Garcia   Phone

Company Prime Clerk — Oldden Jan Packagely Cont

Address 300 Kennedy Jan Street

Address Suite 124

City San Juan   State/Province PR

Country US   ZIP/Postal Code 00601

Email Address

Internal Billing Reference :RJ5-02   65 Package Cont

## 2 To

☐ 2B Residential Delivery

Recipient's Name   Phone

Company PRIME CLERK

Address 230 3RD AVE

Address   Dept/Floor

City NEW YORK   State/Province NY

Country US   ZIP/Postal Code 10022/503

Email Address

Recipient's Tax ID Number for Customs Purposes

RECEIVED
JUL 02 2018
PRIME CLERK LLC

## 3 Shipment Information

Total Packages   Total Weight 4   ☒ lbs ☐ kg   DIM / /   ☐ in ☐ cm

| Commodity Description | Harmonized Code | Country of Manufacture | Value for Customs |
|---|---|---|---|
| Legal Documents | | | 0 |

Non-EEI Items filed as AES?
For U.S. Export Only: Check One

☐ No EEI required, value $2,500 or less per Schedule B Number, no license required (NLR), not subject to ITAR
☐ No EEI required, exemption number
☐ Yes — Enter AES proof of filing citation.

Total Declared Value for Carriage

Total Value for Customs (Specify Currency) 0

Origin Station ID NRBA   Country Code/Destination Station ID US/JRBA   URSA Routing XA/JRBA

Handling Units   Total Volume (cm)

## 4a Express Package Service
*Packages up to 150 lbs./68 kg*

NOTE: Service order has changed. Please select carefully.

☐ 01 FedEx Intl. First   ☒ 07 FedEx Intl. Priority   ☐ 03 FedEx Intl. Economy

## 4b Express Freight Service
*Packages over 150 lbs./68 kg*

☐ 70 FedEx Intl. Priority Freight   ☐ 86 FedEx Intl. Economy Freight

Booking Number
Please call your nearest FedEx location to book shipments.

## 5 Packaging

☐ 01 FedEx Envelope   ☒ 02 FedEx Pak   ☐ 03 FedEx Box   ☐ 04 FedEx Tube
☐ 15 FedEx 10kg Box   ☐ 25 FedEx 25kg Box   ☐ 01 Other

## 6a Special Handling and Delivery Signature Options
*Fees may apply. See the FedEx Service Guide.*

☐ 01 HOLD at FedEx Location   ☐ 03 SATURDAY Delivery

☐ 10 Direct Signature   ☐ 34 Indirect Signature

Does this shipment contain dangerous goods?
One box must be checked / ticked.

☒ 04 No   ☐ 05 Yes   ☐ 05 Yes   ☐ 06 Dry Ice
☐ CA Cargo Aircraft Only

## 6b Broker Selection
*Optional: To specify a broker other than FedEx.*

☐ 40 Intl. Broker Select

## 7 Payment
Complete payment options for both transportation charges and duties and taxes.

Bill transportation charges to:

☐ 1 Sender Acct. No. in Section 1 will be billed   ☒ 2 Recipient   ☐ 3 Third Party   ☐ 4 Credit Card   ☐ 5 Cash/Check/Cheque

FedEx Acct. No. 3943-2502-3

Bill duties and taxes to:

☐ 1 Sender Acct. No. in Section 1 will be billed   ☒ 2 Recipient   ☐ 3 Third Party   ☐ 5 Cash/Check/Cheque

## 8 Required Signature

Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and you represent that this shipment does not require a U.S. State Department license.

Sender's Signature:

Date:

Recipient's Signature:

663

PART 156411 • Rev. Date 9/13 • ©1994–2013 FedEx • PRINTED IN U.S.A. 6BDA • Non-Negotiable International Air Waybill

10/17

Josefina Morales
#36 calle 3 Urb. Sta Elena
Yabuca, P.R. 00767

SAN JUAN P.R.
U.S. DISTRICT COURT
CLERK'S OFFICE

2020 FEB 19 PM 4: 39

RECEIVED & FILED

Secretaria (Clerk Ofice)
Tribunal de Distrito de los Estados Unidos
#150 Chardon Avenue
Federal Building
San Juan, Puerto Rico 00918