**UNITED STATES POSTAL SERVICE**

Retail

**P** US POSTAGE PAID
$7.75
Origin: 00791
02/18/20
4245900791-16

PRIORITY MAIL 1-DAY ®

0 Lb 7.40 Oz

1005

EXPECTED DELIVERY DAY: 02/19/20

C018

SHIP TO:
150 AVE CARLOS CHARDON
SAN JUAN PR 00918-1703

USPS TRACKING® NUMBER



9505 5103 3591 0049 3480 28

- Limited international insurance.
- Pick up available.*
- Order supplies online.*
- When used internationally, a customs declaration label may be required.
* Domestic only



EP14F Oct 2018
OD: 12 1/2 x 9 1/2

PRESS FIRMLY TO SEAL


(HUMACAO FEB 18 2020 00791)

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

**PRIORITY MAIL** — UNITED STATES POSTAL SERVICE
VISIT US AT USPS.COM
ORDER FREE SUPPLIES ONLINE

FROM: Josefina Morales
#36 calle 3 Urb. Santa Elena
Yabucoa, P.R. 00767

TO: Secretaria (Clerk Office)
Tribunal de Distrito de los Estados Unidos
#150 Chardon Avenue
Federal Building
San Juan, Puerto Rico 00918

Label 228, March 2016  FOR DOMESTIC AND INTERNATIONAL USE


RECEIVED & FILED
2020 FEB 19 PM 4:39
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR