14 febrero/2020

A: Estado Libre Asociado de P.R. # de procedimiento 17 BK-3283-LTS.

El 14 de enero de 2020, el estado libre Asociado de P.R., el sistema de retiro de los empleados de gobierno del estado Libre Asociado de P.R (SRE). a travez de la junta de supervision y administracion Financiera para P.R. (junta de Supervision como representante de SRE conforme al artículo 315(b) de la ley para la supervision y administracion y estabilidad economica de P.R (promesa) radicaron la centésima trigésima quinta objeción global (no Sustantiva) del Estado Libre Asociado de P.R del sistema de retiro de los empleados de gobierno del Estado Libre Asociado de P.R a reclamos deficientes en los que se alegan intereses sobre la base de unas leyes puertorriqueñas no especificadas (la objeccion global) ante el tribunal de Distrito de los E.U. para el distrito de P.R. (El tribunal).

Dado esta informacion:
Hoy 14 de febrero doy la siguiente Informacion:

Aixa Alers Martinez
P.O Box 298 Añasco PR
00610
Tel: 1-787-458-4965
Email: aixaalers@yahoo.com

# Reclamación - 144493
# Reclamación - 158558

~~Epigrafe~~: Los deudores en el marco de los presentes procedimientos radicados conforme al título III, son (i) El Estado Libre Asociado de P.R. (ELA) # 17 BK 3283- LTS (ultimo # contribuyente 3481).

(ii) La Corporación del fondo de Interés apremiante de P.R. (cofina) # 17BK 3284- LTS (8474)

(iii) El sistema de retiro de empleados de gobierno del Estado Libre Asociado de PR (SRE) # 17BK 3566- LTS, # 9686

NOTA: Todos estos juntos están bajo el # numero de procedimiento de quiebra 19-BK-5532- LTS # federal (3801)

~~Motivos~~: Los fundamentos de mi reclamación son:
a) Aumento Salarial desde el 2000 Ley 96, b) Aumento Salarial del año 1980-1989 - Ley 89, c) cualquier otra ley

que no he mencionado y me aplique.
Agradeceré toda ayuda, a las leyes que me apliquen.

Cordialmente,
Ajpo Alers Martinez