Aixa M. Alers Martinez
PO Box 298
Añasco, Puerto Rico 00610-0298

Secretaria (Clerk Office)
Tribunal de Distrito de los EU
Room 150 Federal Building
San Juan, P.R. 00918-1767

RECEIVED & FILED
2020 FEB 19 PM 4:33
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.