Número de Reclamación: 159750
Reclamante: Rafael García García
Empleado del Estado Libre Asociado de Puerto Rico
Teléfono: 787-402-6790

Ref: Centésima Cuadragésima Sexta Objeción Global del Estado Asociado de Puerto Rico y del Sistema de Retiro de Empleados del Gobierno del Estado Libre Asocaido de Puerto Rico

10 de febrero de 2020

Mi nombre es Rafael Garcia Garcia quien reside en la siguiente dirección: Urb. Monte Brisas 5 5H15 calle 8, Fajardo Puerto Rico 00738, someto la siguiente información por requerimiento de su agencia:

Laboré 30 años en el Departamento de Educación del Gobierno de Puerto Rico para los años 1978 al 2010. Durante mis años de trabajo el Departamento de Educación otorgaba $25.00 dólares de aumento salarial por años de servicios. Considero que parcialmente el dinero no me fue otorgado según correspondía.

Por lo antes señalado estoy reclamando el pago por la cantidad que me corresponda, hasta el año 2010, cuando me acogí al Retiro de Maestros de Puerto Rico. Es importante señalar que al acogerme a la jubilación por años de servicio el monto de mi pensión fue afectada, como consecuencia de no haberse otorgado este aumento de sueldo.

Es mi interés se realice una investigación sobre este asunto y se revise esta determinación. Las leyes propuestas en el Estado Libre Asociado de Puerto Rico se crean para beneficiar a los empleados públicos y espero se pueda cumplir con las mismas. Luego de haber revisado nuevamente los cálculos, según mi apreciación la deuda sería de: $6,000.00 aproximadamente.

Cordialmente,

*Rafael Garcia Garcia*
Rafael Garcia Garcia

RECEIVED & FILED 2020 FEB 19 PM 4:37 CLERK'S OFFICE US DISTRICT COURT SAN JUAN, PR