Rafael [illegible]
Urb. Monte Brisas 5
5H15 Calle 8
Fajardo, P. R. 00738

Tribunal de Distrito de los Estado Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767