17 de febrero de 2020.

a) Nombre del tribunal: Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico.
b) Deudores: Commonwealth of Puerto Rico
c) Número de procedimiento: 17 BK 3283-LTS
d) Título de la objeción global: Notificación de la Centésima Segunda Objeción Global (no Sustantiva) del Estado Libre Asociado de Puerto Rico
e) Número de Reclamación: 112012
f) Número de las evidencias de reclamos de Prime Clerk:

Ley 120 en la que se otorga un aumento de 25.00 dólares mensuales por pasos hasta llegar a un tope Salarial. Mi reclamo corresponde a que dicho aumento no se me adjudico desde el año 1999 cuando se aprobó la ley de La Carrera Magisterial. A partir de ese año dejaron de otorgarlo. Por la cual se me adeuda la cantidad de 3,000 dólares (300 X 10 años).

Cordialmente,
Minerva Manfredy Figueroa
Minerva Manfredy Figueroa

Urb. Hnos. Santiago
Calle Hostos #13
Juana Díaz, P.R. 00795

Teléfonos: 787-837-2842
939-640-2781

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Manfredy Figueroa, Minerva | 112012 | 6/26/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Manfredy Figueroa, Minerva | 112012 | 6/26/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

Minerva M[...]
Urb. Hnos. Santiago
Calle Hostos #13
Juana Díaz, P.R. 00795

Secretaria (Clerk office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767