_18_ de _febrero_ de 2020

De: (V) Bilma Bernier Colón
Urb. Costa Azul #04 Calle 34
Guayama, P.R. 00784

A: Secretaria de Distrito de los E.U.A.
#150 Chardon Avenue
Federal Bulding
San Juan, PR

Deudores: Commonwealth of P.R.
Número de procedimiento 17BK3283LTS

Título de la objeción global: Centésima trigésima quinta objeción global del Sistema de Retiro

Numero de reclamación: _139767_

Motivo #3

El gobierno de E.L.A. de P.R. aprobó en el año 1979 la Ley 89 donde le otorga al personal docente del Departamento de Educación un aumento de salario. Dicho aumento NO fue recibido por eso este reclamo.

La Ley 89 (Ley de Retribución Uniforme) fue aprobada el 12 de julio de 1979.

Bilma Bernier Colón

Por este medio quiero hacer una aclaración respecto a la primera letra de mi nombre. Aprendí a escribir mi nombre como Vilma y nuestros trabajé así aparece mi firma. Al retirarme y solicitar el Medicaid, la agencia de Seguro Social, al recibir mi acta de nacimiento y ver que mi nombre estaba escrito con B me indicaron que tenía que cambiar toda mi documentación y firmar todo como Bilma Benicie Colón.

Gracias

18 de febrero de 2020

De: (V) Bilma Bernier Colón
Urb. Costa Azul #04 Calle 24
Guayama, P.R. 00784

A: Secretaria de Distrito de los E.U.A.
#150 Chardon Avenue
Federal Bulding
San Juan, PR

Deudores: Commonwealth of P.R.
Número de procedimiento 17BK3283LTS

Título de la objeción global: Centésima trigésima quinta objeción global del Sistema de Retiro

Numero de reclamación: 117845

Motivo #4

El gobierno de E.L.A. de P.R. aprobó en el año 2002 un beneficio económico como alivio al alto costo de vida. Este dinero nunca llego por tanto estamos reclamando. El aumento consite de $100.00 mensuales. Dicha ley se refiere a la Ley 96 aprobada el 1ro de julio de 2002 y estipula que el aumento es para los empleados del Estado Libre Asociado de P.R. Yo trabajé para el Depto. de Educación desde 1973 hasta enero de 2003 por lo que me aplica ya que dicha ley se aprobó concediendo el aumento a empleados activos para el. 2002.

Bilma Bernier

Por este medio quiero hacer una aclaración respecto a la primera letra de mi nombre. Aprendí a escribir mi nombre como Vilma y mientras trabajé así aparece mi firma. Al retirarme y solicitar el Medicaid, la agencia de Seguro Social, al recibir mi acta de nacimiento y ver que mi nombre estaba escrito con B me indicaron que tenía que cambiar toda mi documentación y firmar todo como Bilma Beraice Colón.

Gracias

| IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT. |
|---|

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Bernier Colon, Vilma | 117845 | 6/28/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

| SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE. |
|---|

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Bernier Colon, Vilma | 117845 | 6/28/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

***CUST PR 1845 SRF 38939 PackID: 160 MMLID: 1994356 SVC: 136th Omni
Bernier Colon, Vilma
04 24 Costa Azul
Guayama, PR 00784

000160