Bilma Bernier Caton
Urb. Costa Azul calle 24 #04
Guayama, P.R. 00784





Secretaría
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767