_18_ de _febrero_ de 2020

**De:** (V) Bilma Bernier Colón
Urb. Costa Azul #04 calle 24
Guayama, P.R. 00784

**A:** Secretaria de Distrito de los E.U.A.
#150 Chardon Avenue
Federal Bulding
San Juan, PR

**Deudores:** Commonwealth of P.R.
Número de procedimiento 17BK3283LTS

**Título de la objeción global:** Centésima vigésima cuarta objeción global del Sistema de Retiro

**Numero de reclamación:** 151600

**Motivo #1**

El gobierno del E.L.A. de P.R. aprobó en el año 1966 la Ley 309 de escala salarial. En esta ley el empleado docente recibiría un aumento de sueldo de $25.00 por año de servicio. Este aumente fue suspendido sin haberse derogado la ley por tanto estamos reclamando el dinero que NO se recibió. Estoy haciendo un estimado aproximadamente de $20,000, tomando en cuenta que comencé a trabajar en 1973 y me retiré en enero de 2003.

_Bilma Bernier Colón_

Por este medio quiero hacer una aclaración respecto a la primera letra de mi nombre. Aprendí a escribir mi nombre como Vilma y mientras trabajé así aparece mi firma. Al retirarme y solicitar el Medicaid, La agencia de Seguro Social, al recibir mi acta de nacimiento y ver que mi nombre estaba escrito con B me indicaron que tenía que cambiar toda mi documentación y firmar todo como Bilma Benice Colón.

Gracias