Bilma Berrios Calor
Urb. Costa Azul calle 24 #04
Guayama, P.R. 00784




U.S. POSTAGE PAID
FCM LG ENV
GUAYAMA, PR
00784
FEB 18, 20
AMOUNT
$1.20
R2303S101103-08

Secretaria
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767