17 de febrero de 2020

A quien corresponda:

   Yo, Sonia Enid Martínez someto evidencia ponchadas como recibidas, de formularios de reclamos por salarios impagos, a los que tengo derecho, por leyes adicionales a la ley 89 de 1979 de Carlos Romero Barceló. Mi derecho a estás leyes adicionales se pueden corroborar con la evidencia aquí sometida para la ley 89 del 1979 de Carlos Romero Barceló.
De faltan alguna otra evidencia les agradeceré me lo hagan saber por escrito a mi dirección física y la enviaré con prontitud.
Esperando pongan el debido interés al asunto y dándole las gracias anticipadas, firmo hoy lunes 17 de febrero de 2020.

_____
Sonia Enid Martínez Santiago

Sonia E. Martínez Santiago
Urb. Mariani 2911
Ave. FD Roosevelt,
Ponce P. R. 00717-1226

(787) 397-6526
Sonia.e.martinez@icloud.com

El gobernador Carlos Romero Barceló, durante su gobernación aprobó una ley ( Ley 89 del 12 de Julio de 1979) que concedía un aumento salarial de $100.00 mensuales a los maestros del Departamento de Education (DE) del gobierno de Puerto Rico.

**Este aumento nunca se pagó**

Durante el terminó de esa ley (1980 - 2003) yo, Sonia E. Martínez Santiago era empleada del Departamentode Educación. Maestra activa en la Escuela Abraham Lincoln en el Barrio Bélgica en Ponce PR. De acuerdo con mis cálculos, el periodo comprende de 23 años de servicio, bajo la ley 89, a $1,200.00 por año, representa la cantidad de $27, 600.00 a los que tengo derecho por esta ley 89.

Desglose de dinero por año de la cantidad adeudada:

$1, 200.00 del año escolar 1980 - 1981

$1, 200.00 del año escolar 1981 - 1982

$1, 200.00 del año escolar 1982 - 1983

$1, 200.00 del año escolar 1983 - 1984

$1, 200.00 del año escolar 1984 - 1985

$1, 200.00 del año escolar 1985 - 1986

$1, 200.00 del año escolar 1986 - 1987

$1, 200.00 del año escolar 1987 - 1988

$1, 200.00 del año escolar 1988 - 1989

$1, 200.00 del año escolar 1989 - 1990

$1,200.00 del año escolar 1990 - 1991

$1,200.00 del año escolar. 1991 - 1992

$1,200.00 del año escolar 1992 - 1993

$1,200.00 del año escolar 1993 - 1994

$1,200.00 del año escolar 1994 - 1995

$1,200.00 del año escolar 1995 - 1996

$1,200.00 del año escolar 1996 - 1997

$1,200.00 del año escolar 1997 - 1998

$1,200.00 del año escolar 1998 - 1999

$1,200.00 del año escolar 1999 - 2000

$1,200.00 del año escolar 2000 - 2001

$1,200.00 del año escolar 2001 - 2002

$1,200.00 del año escolar 2002 - 2003

La cantidad adeudada por los 23 años es de $27,600.00 suma a la que tengo derecho.

*Sonia E. Martínez* (signature)