FORM. 409

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACION
DIVISION DE PERSONAL — HATO REY, PUERTO RICO

INFORME DE CAMBIO ESPECIAL — PERSONAL DOCENTE

| ANTES DEL CAMBIO | | DESPUES DEL CAMBIO |
|---|---|---|
| 1. NOMBRE DEL EMPLEADO | Martínez Santiago, Sonia E. | |
| 2. NUM. SEGURO SOCIAL | | |
| 3. PREP. ACADEMICA | N | |
| 4. EXPERIENCIA | | |
| 5. STATUS EMP. *CONTRATO* | PERM | |
| 6. SUELDO BRUTO | 665.00 | 685.00 |
| 7. NUM. DE LA PLAZA | | |
| 8. CATEGORIA | ELEM | |
| 9. CLASIFICACION | | |
| 10. FONDO | E | |
| 11. CIFRA CUENTA | 80-111-80-05-01 | (93-111-081-01-056-001-1110-01-00000 |
| 12. FECHA-EFECTIVIDAD | | 2 jul. 79 |
| 13. ACCION Y DURACION | | A.S.Ley 89 1er. tipo |
| 14. DISTRITO ESCOLAR | Ponce II    (Ponce IV) | |

15. ENMIENDA A LOS SIGUIENTES CAMBIOS.

| | | SUELDO | | | |
|---|---|---|---|---|---|
| ACCION | EFECTIVIDAD | ANTES | DESPUES | DISTRITO | CIFRA DE CUENTA |
| A.S.Ley N. | 1 oct. 79 | 685.00 | 705.00 | | |
| A.S.Ley 30 y exp. | 30 jun. 80 | 705.00 | 750.00 | 2do. tipo | |
| C.S.Prep. | 1 oct. 82 | 750.00 | 785.00 | | |
| A.S.Exp. | 4 jul. 83 | 785.00 | 810.00 | | |
| Trasl. año | 1 ago. 83 | 810.00 | | Ponce IV | |
| A.S.Ley 12 | 26 sept. 83 | 810.00 | 855.00 | | |
| A.S.Ley 3 | 7 abr. 83 | 855.00 | 914.00 | | |
| A.S.Ley 89 | 2 jul. 84 | 914.00 | 940.00 | | |
| A.S.Ley 96 | 29 sept. 86 | 940.00 | 1,015.00 | | |
| A.S.Ley 5 | 1 abr. 88 | 1,015.00 | 1,089.00 | | |
| Posterior a estafecha no se afectan sueldos hasta: | | | | | |
| A.S.Ley 89 | 3 jul. 89 | 1,200.00 | 1,225.00 | | |
| A.S.Exp. | 2 jul. 90 | 1,225.00 | 1,250.00 | | |
| max. esc. | jul. 91 | | | | |

16. APROBADO POR EL SECRETARIO DE EDUCACION

_____
FIRMA

20 abr. 1993
_____
FECHA

'93 ABR 21 A7:12

SI EL NOMBRAMIENTO ES PROVISIONAL EL MISMO CONSTITUYE UN CERTIFICADO
PROVISIONAL POR SU DURACION.

# JRM

ESTADO LIBRE ASOCIADO DE PUERTO RICO
Junta de Retiro para Maestros
PO Box 191879 San Juan, PR 00919-1879
Teléfono 787 754-8611

## CERTIFICACIÓN AÑOS DE SERVICIO Y EDAD

3 de abril de 2003

Sección de Nombramientos y Cambios
Departamento de Educación

**Atención:  Sra. Matilde Pedraza**

**RE:  SONIA E MARTINEZ SANTIAGO**
**SS:**

La profesora de referencia ha radicado una solicitud de Retiro por la:

[  ]  Ley Núm 218 de 6 de mayo de 1951

[ X]  Ley Núm 45 de 27 de enero de 2000 (Enmienda Ley Núm 218)

[  ]  Ley Núm 44 de 27 de enero de 2002 (Programa de Retiro Temprano para Maestros)

[  ]  Ley Núm 358 de 2 de septiembre de 2000 (Enmienda Ley Núm 44)

Al 30 de mayo de 2003,  fecha en que piensa renunciar, [X] cualifica  [ ] no cualifica para acogerse a
la jubilación, y tiene acumulado el siguiente tiempo.

| Años | Meses | Semanas | Días | | Edad |
|------|-------|---------|------|---|------|
| 35 | 2 | 1 | 1½ | | 56 |

Los pagos pendientes no están considerados en esta certificación.  Los mismos son por:  N/A

[ ]  Reconocimiento de Tiempo

[ ]  Diferencia Transferencia de Fondos

[ ]  Reembolso de Cuotas

Cordialmente,

Harold González Rosado
Secretario Ejecutivo

| Para uso Oficial de la JRM | | | |
|---|---|---|---|
| Transacción Pagada | Recibo Número | Fecha | Descuento en Nómina |
| | | | |
| Firma del Representante Autorizado | | | Fecha |

PROF.  SONIA E MARTINEZ SANTIAGO
URB MARIANI
2911 AVE FD ROOSEVELT
PONCE PR   00717-1226

## TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

In re Commonwealth of Puerto Rico,Case No.17BK03283-LTS

SONIA ENID MARTÍNEZ SANTIAGO.
Urb. Mariani 2911 Ave. FD Roosevelt.
Ponce, PR      00717-1226.
Tel: (787) 397-6526.
sonia.e.martinez@icloud.com

PROMESA
Título III
Num. 17BK03283-LTS
No. Reclamación 64376

RÉPLICA A LA CENTÉCIMA CUARTA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO COMO EMPLEADO DEL DEPARTAMENTO DE EDUCACIÓN DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO EN RECLAMO DEL AUMENTO SALARIAL DE LA LEY 89 DE 1979 (ROMERZO), A PARTIR DEL 1980 HASTA EL 2006.

En Junio del 2018, se sometió el Formulario Oficial 410 Modificado reclamando salarios impagos en mi empleo anterior como maestro en el Departamento de Educación de Puerto Rico por servicios prestados y que no fueron pagados.

Modelo SC-151S (JRM)
14-mayo-71
Manual de Contabilidad

28

**ESTADO LIBRE ASOCIADO DE PUERTO RICO
JUNTA DE RETIRO PARA MAESTROS
INFORME RENTA ANUAL VITALICIA**

5

| SONIA E MARTÍNEZ SANTIAGO | | Núm. Reclamación 38391 | | Sexo FEMENINO | |
|---|---|---|---|---|---|
| Tipo de Renta: | | | | Fecha de Nacimiento | |
| a- Años de Servicio y edad | | c- Incapacidad | | | |
| Opcional (X) | | Ocupacional ( ) | | 1946  08  15 | |
| Obligatorio ( ) | | No Ocupacional ( ) | | Año  Mes  Día | |
| b. Edad ( ) | | d- Diferida ( ) | | | |
| **Edad al Retirarse** | **Servicios Acreditados** | | **Costo Anualidad** | **Fecha de Retiro** | |
| 56  09  16 | 35  02  01  1½ | | $41,395.65 | 2003  05  30 | |
| Años  Meses  Días | Años  Meses  Sem  Días | | | Año  Mes  Día | |
| | | | | **Fecha de Efectividad** | |
| | | | | 2003  05  31 | |
| | | | | Año  Mes  Día | |

Retiro Ley Núm. 45

Oficina de Finanzas
Documentos Preintervenidos
Fecha _____
Iniciales _____

Cómputo de la Renta Anual:

a- Sueldo promedio mensual más alto durante TRES años consecutivos a $2,029.72        $1,522.29

X      .75%      X              30 años
_____         _____
(Por ciento)           (Tiempo Acreditado)

*En caso de renta anual diferida, ésta comenzará al cumplir la edad de_____

( ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años de edad

( ) o a opción en fecha posterior si al retirarse tiene 10 y menos de 25 años de servicios y menos de 60 años de edad

b. Ajuste para llegar al Mínimo Establecido por Ley 89

Años de Servicio          Edad          Incapacidad Física          Diferido

$_____        $_____        $_____                $_____

Diferencia Mínimo o Renta Sistema de Retiro

Renta Mensual Vitalicia                                                    $1,522.29

Renta Anual Vitalicia                                                      $18,267.48

| Computado | | Cotejado | |
|---|---|---|---|
| _signature_ | 15/jul/03 | _signature_ | 16 July 03 |
| Linsaidy Morales | Fecha | María A. Torres Morales | Fecha |
| Recomendado: | | Aprobado: | |
| _signature_ | 16/7/03 | _signature_ 30/7/03 | _signature_ |
| Maria García Hernández | Fecha | Fecha | Harold González Rosario |
| Directora, Servicios de Retiro | | | Secretario Ejecutivo |

Nombre **SONIA E MARTÍNEZ SANTIAGO**

## Servicios Acreditados

| Año Escolar | Servicios | | | | Sueldo Mensual | Año Escolar | Servicios | | | | Sueldo mensual |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Años | Meses | Sem. | Dias | | | Años | Meses | Sem | Dias | |
| 1966-67 | | | | | $ 235.00 | | | | | | |
| AL | 29 | 3 | 1 | 1 | | (1/2 D) | | | | | |
| 1996-97 | | | | | 1,800.00 | | | | | | |
| 1997-98 | | 8 | 2 | 4 | 1,800.00 | | | | | | |
| | 29 | 11 | 3 | 3 | | Subtotal | 28 | | | | |
| 1997-98 | | 3 | 1 | 1 | 1,800.00 | | | | | | |
| 1998-99 | 1 | | | | 1,800.00 | | | | | | |
| 1999-00 | 1 | | | | 1,800.00 | 6 m | | | | | |
| – | | | | | 1,900.00 | | | | | | |
| 2000-01 | | | | | 1,900.00 | | | | | | |
| | | | | | 1,905.00 | | | | | | |
| 2001-02 | | | | | 1,915.00 | | | | | | |
| 2002-03 | | | | | 1,915.00 | | | | | | |
| | 28 | 25 | 4 | 6 | | Total | 25 | 9 | 1 | 1 | |
| | | | | | | | | | | | |

Desglose primer pago:        $_____
   Renta Mensual
     Deducciones:
       Asociación de Maestros   $_____
       Préstamo_____
      Otras                  _____
       Total de Deducciones   _____
       Importe del Cheque     $_____

Observaciones:

        Año Escolar
   Hasta 1917-18_____ 9 meses
   Desde 1918-19 hasta 1940-41_____ 10 meses
   En el 1941-42_____ 11 meses
   Desde 1942-43 en adelante_____ 12 meses

lod

INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|---|
| SONIA ENID MARTINEZ | | | 30 04 79 | 059655 | 69338886 |

DEDUCCIONES

| ESPECIFICAS | | | | | | MISCELANEAS | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS | | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | AHORRO | SEGURO | | | | | | | | |
| 18020 | | 18060 | | | | 60 | 830 | 81 | 800 | | | | |
| MES CORRIENTE | | | | | | | | | | | | | |
| 4505 | | 4515 | | 1935 | | | | | | | | | |

NO ES NEGOCIABLE

| 2580.00 | 0.00 | | 0.00 | 645.00 | 263.00 | 125.85 | | 256.15 |
|---|---|---|---|---|---|---|---|---|
| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1RA QUINCENA | TOTAL DEDUCCIONES | | PAGA NETA |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | | MES CORRIENTE | | | |

ESTADO LIBRE ASOCIADO DE PUERTO RICO
VEASE CLAVES AL DORSO

## INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| SONIA ENID MARTINEZ | | 31 01 80 | 055557 | 71068155 |

### DEDUCCIONES

| ESPECIFICAS | | | | | | MISCELANEAS | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS | | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
| | | | | AHORRO | SEGURO | | | | | | | | |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | | | 60 | 830 | 81 | 800 | | NO ES NEGOCIABLE | | |
| 3850 | | 4795 | | | | | | | | | | | |
| MES CORRIENTE | | | | | | | | | | | | | |
| 3850 | | 4795 | | 2055 | | | | | | | | | |

| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1RA. QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |
|---|---|---|---|---|---|---|
| ACUMULADO DURANTE EL AÑO NATURAL | | | MES CORRIENTE | | | |
| 685.00 | 0.00 | 0.00 | 685.00 | 280.00 | 123.30 | 281.70 |

### ESTADO LIBRE ASOCIADO DE PUERTO RICO
VEASE CLAVES AL DORSO

---

## INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| SONIA ENID MARTINEZ | | 31 01 81 | 051431 | 73545743 |

### DEDUCCIONES

| ESPECIFICAS | | | | | | MISCELANEAS | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS | | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
| | | | | AHORRO | SEGURO | | | | | | | | |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | | | 06 | 13950 | 07 | 4635 | 60 | 880 | 81 | 1000 |
| 4225 | | 4970 | | | | | | | | | NO ES NEGOCIABLE | | |
| MES CORRIENTE | | | | | | | | | | | | | |
| 4225 | | 4970 | | 2130 | | | | | | | | | |

| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1RA. QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |
|---|---|---|---|---|---|---|
| ACUMULADO DURANTE EL AÑO NATURAL | | | MES CORRIENTE | | | |
| 71000 | 000 | 000 | 71000 | 19600 | 31790 | 19610 |

### ESTADO LIBRE ASOCIADO DE PUERTO RICO
VEASE CLAVES AL DORSO

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Martinez Santiago, Sonia Enid | 64376 | 6/19/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Martinez Santiago, Sonia Enid | 64376 | 6/19/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.  **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m.  (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.  **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**



***CUST PR 1845 SRF 38154 PackID: 392 MMLID: 1709651 SVC: 113th Omni
Martinez Santiago, Sonia Enid
2911 Ave. F.D. Roosevelt Urb. Mariani
Ponce, PR 00717-1226



**INFORME DE SUELDOS Y DEDUCCIONES**

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| SONIA ENID MARTINEZ | | 31 01 83 | 048514 | 78393741 |

**DEDUCCIONES**

| ESPECIFICAS | | | | | MISCELANEAS | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS | | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | AHORRO | SEGURO | | | | | | |
| 5415 | | 5145 | | | | BE | 4500 | 06 | 16800 | 07 | 5033 | 60 | 1000 |

NO ES NEGOCIABLE

| MES CORRIENTE | | | | |
|---|---|---|---|---|
| 5415 | | 5145 | | 2205 |

| 78000 | 000 | 000 | 78000 | 18700 | 35598 | | 23702 |
|---|---|---|---|---|---|---|---|
| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ra QUINCENA | TOTAL DEDUCCIONES | | PAGA NETA |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | MES CORRIENTE | | | |

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**VEASE CLAVES AL DORSO**

6

---

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**INFORME DE SUELDOS Y DEDUCCIONES**

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| SONIA ENID MARTINEZ | | 31 0189 | 051821 | 649565811 |

**DEDUCCIONES**

| ESPECIFICAS | | | | | MISCELANEAS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS | | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | AHORROS | SEGURO | | | | | | |
| 5368 | | 7805 | | | | 06 | 17356 | 07 | 16633 | 60 | 2900 |

| MES CORRIENTE | | | | |
|---|---|---|---|---|
| 5368 | | 7805 | | 3345 | 350 |

| 111500 | 000 | 000 | 111500 | 29800 | 53757 | 27943 |
|---|---|---|---|---|---|---|
| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1⁄2 QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | MES CORRIENTE | | |

**VEASE CLAVES AL DORSO**

*del . Colegio de las muchachas.*

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE | |
|---|---|---|---|---|---|---|
| SONIA ENID MARTINEZ | | 551 | 31 0190 | 049985 | 673245954 | 2 |

| ESPECIFICAS | | | DEDUCCIONES | | MISCELANEAS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS | | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
| | | | | AHORROS | SEGURO | | | | | | |
| **ACUMULADO DURANTE EL AÑO NATURAL** | | | | | | | | | | |
| 6643 | | 8400 | | | | 06 | 18037 | 07 | 16652 | 60 | 2900 | 0 |
| | | | | | | 81 | 1400 | | | | |

| MES CORRIENTE | | | | | | |
|---|---|---|---|---|---|---|
| 6643 | | 8400 | | 3600 | 350 | |

| 120000 | 000 | | 000 | 120000 | 31000 | 57982 | 31018 |
|---|---|---|---|---|---|---|---|
| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1er QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |
| **ACUMULADO DURANTE EL AÑO NATURAL** | | | | | MES CORRIENTE | | |

VEASE CLAVES AL DORSO   1,275

P 0083670

**Estado Libre Asociado de Puerto Rico**
592 - Junta Retiro Maestros Pensiona

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 08/16/03 |
| Hasta: | 08/31/03 |

| # Cheque: | 00833927 |
|---|---|
| Fecha: | 08/29/03 |

SONIA E MARTINEZ SANTIAGO
URB MARIANI
2911 AVE F D ROOSEVELT
PONCE PR 00717-1226
SS:

| # Empleado: | |
|---|---|
| Dept: | 5921.A-PENSIONADOS LEY 45 |
| Oficina: | PENSIONADOS LEY 45 |
| Titulo: | Pensionado |
| Sueldo: | $1,522.29 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| BONO MEDICINA- PENSIONADOS | | | 100.00 | | 100.00 |
| Pensionados - Bono Verano | | | 0.00 | | 100.00 |
| Pago Retro Pensionados | | | 0.00 | | 3,854.82 |
| Pago de Salarios Regulares | | | 0.00 | 81.25 | 761.14 |
| Total: | | 100.00 | 81.25 | 4,815.96 | |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| PR Withholdng | 0.00 | 0.01 |
| Total: | 0.00 | 0.01 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| | | |
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 0.00 | 94.65 |
| Total: | 0.00 | 94.65 |

### BENEFICIOS PERSONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| | | |

* Tributable

### TOTAL BRUTO

| | |
|---|---|
| Corriente: | 100.00 |
| Acumulado: | 4,815.96 |

### TOTAL IMPUESTOS

| | |
|---|---|
| | 0.00 |
| | 0.01 |

### DEDUCCIONES TOTALES

| | |
|---|---|
| | 0.00 |
| | 94.65 |

### PAGA NETA

| | |
|---|---|
| | 100.00 |
| | 4,721.30 |

### PTO HORAS    ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Cheque #00833927 | 100.00 |
| Total: | 100.00 |

MENSAJE:

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 01/01/2019 |
| Hasta: | 01/15/2019 |

| | |
|---|---|
| Business Unit: PUERT | |
| Aviso #: | 9098411 |
| Fecha Aviso: | 01/15/2019 |

**SONIA E MARTINEZ SANTIAGO**
BDA MARIANI
2911 AVE FD ROOSEVELT
PONCE PR 00717-1226
SS: XXX-XX-4631

| | |
|---|---|
| # Empleado: | XXXXX4631 |
| Dept: | 592130-PENSIONADOS LEY 45 |
| Lugar: | PENSIONADOS LEY 45 |
| Titulo: | Pensionado |
| Sueldo: | $1,567.96 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | ----- Corriente ----- | | ------ Acumulado ------ | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | 9.648985 | 81.25 | 783.98 | 81.25 | 783.98 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|

| Total: | | 81.25 | 783.98 | 81.25 | 783.98 | Total: | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|---|

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 53.48 | 53.48 |
| AE-Asoc Emp ELA-Prest Regular | 93.81 | 93.81 |
| AE-Seguro por Muerte Asoc ELA | 1.75 | 1.75 |
| Ahorros-AEELA | 23.52 | 23.52 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|

| Total: | 0.00 | 0.00 | Total: | 172.56 | 172.56 | * Tributable | | |
|---|---|---|---|---|---|---|---|---|

### TOTAL BRUTO

| | |
|---|---|
| Corriente: | 783.98 |
| Acumulado: | 783.98 |

### TOTAL IMPUESTOS

| | |
|---|---|
| | 0.00 |
| | 0.00 |

### DEDUCCIONES TOTALES

| | | PAGA NETA |
|---|---|---|
| | 172.56 | 611.42 |
| | 172.56 | 611.42 |

### PTO HORAS  ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #9098411 | 611.42 |
| Total: | 611.42 |

MENSAJE:

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
01/15/2019

Aviso No.
9098411

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | 243342780 | $611.42 |

Cant. Deposito:  $611.42

| Total: | $611.42 |
|---|---|

‖·|·||ı||ıı|ıı|·|ıııı|ı|ıı|ı|ı|·|ı|ıı|ıı|ı·ı|ıı|ıı·ı·ı|ı|ı

TRAY 81 SQ 20218***************SCH 5-DIGIT 00716     20218 2 AV 0.383
SONIA E MARTINEZ SANTIAGO
BDA MARIANI
2911 AVE FD ROOSEVELT
PONCE PR 00717-1226

NO-NEGOCIABLE

FORM. 409 Rev. 2000



**DEPARTAMENTO DE EDUCACIÓN**
Secretaría Auxiliar de Recursos Humanos

**Informe de Cambio - Personal Docente**

Pagarle_____ días por vacaciones regulares

Descontarle _____ días por ausencias

| | ANTES DEL CAMBIO | DESPUÉS DEL CAMBIO |
|---|---|---|
| 1. Nombre del Empleado | SONIA MARTINEZ SANTIAGO | |
| 2. Número de Seguro Social | 5 | |
| 3. Lugar y Fecha de Nacimiento | UTUADO P.R.- 15 de agosto de 1946 | |
| 4. Sexo | F | |
| 5. Estado Civil | S | |
| 6. Preparación Académica | BA | |
| 7. Experiencia | 35--9-1-2.0 | |
| 8. *Status* Empleado (Contrato) | PERMANENTE | |
| 9. Sueldo Bruto | $2,105.00 | |
| 10. Número del Puesto | R27265 | |
| 11. Categoría del Puesto | ELEMENTAL | |
| 12. Nivel del Puesto (Directivo) | | |
| 13. Fondo | Estatal | |
| 14. Cifra de Cuenta | | |
| 15. Fecha de Efectividad | 2 de junio de 2003 | |
| 16. Acción y Duración | RENUNCIA JUBILACION EDAD Y AÑOS DE SERVICIOS | |
| 17. Causa del Cese | | |
| 18. Último día de Trabajo | 30 de mayo de 2003 | |
| 19. Último día de Pago | | |
| 20. Programa Escolar, nivel y grado | | |
| 21. Turno en Registro | | |
| 22. Distrito Escolar | PONCE II | |
| 23. Escuela | ABRAHAM LINCOLN | |

RECIBIDO
JUN 0 3 2003
PERSONAL DOCENTE

| 24. Dirección Postal y Residencial | 25. Teléfono Residencial | 26. En caso de otorgación de *status* probatorio o permanente |
|---|---|---|
| Urb. Mariani 2911 Ave. F.D.Roosevelt Ponce,P.R. 00717-1226 | 787-843-4817 | Deseo: ____ Afiliarme ____ No afiliarme a la organización sindical que representa a la unidad apropiada a la cual pertenece el puesto (Ley Número 45 de 25 de febrero de 1998). |
| | | Firma del empleado          Fecha |

27. Observaciones: .

| 28. En caso de cambio de *status* a probatorio o permanente, traslado, reasig-nación permanente, reubicación o descenso. | 29. Deseo: ____ Acogerme ____ No Acogerme |
|---|---|
| | Al descuento del 3% de mi sueldo mensual para el Fondo de Ahorro y Préstamo de la Asociación de Empleados del ELA de Puerto Rico en caso de cambio de contrato a probatorio o permanente. |
| Firma del empleado          Fecha | Firma del empleado          Fecha |
| 30. Recomendado | 31. Recomendado |
| Elba M. Colón   16 mayo 2003 | |
| Director de Escuela          Fecha | Director de Escuela          Fecha |

32. Aprobado: Por el Secretario de Educación o su Representante

Firma          Fecha



**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

SRM-SB-024
Rev. marzo 2017

## CERTIFICACIÓN DE PENSIÓN

MARTINEZ SANTIAGO,SONIA E
BDA MARIANI
2911 AVE FD ROOSEVELT
PONCE PR 00717-1226

Certifico que MARTINEZ SANTIAGO,SONIA E recibe de una pensión vitalicia del
Sistema de Retiro para Maestros. La pensión mensual es de $1,567.96 equivalente a
$18,815.52 anual. Luego de las deducciones recibe la cantidad de $1,222.84 mensual,
equivalente a $14,674.08 anual.

Esta certificación se expide hoy 27 de junio de 2018.



Número de Certificación: SRM03P1803060

Para verificar la validez de esta certificación, debe hacerlo a
través del portal del Estado Libre Asociado de Puerto Rico:
http://www.pr.gov o en nuestro Portal en http://www.srm.pr.gov

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918
P.O. Box 191879 · San Juan PR 00919-1879



☏ 787.777.1414      🖷 787.759.2883      www.srm.pr.gov

Ley-89

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

**Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione solo un deudor por formulario de reclamación).**

| | | |
|---|---|---|
| ☑ Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ☐ Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

RECEIVED 2018 JUN 27 P 3:24

## Modified Official Form 410 / Formulario Oficial 410 Modificado
# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

| **Part 1 / Parte 1** | Identify the Claim / Identificar la reclamación |
|---|---|

1. Who is the current creditor?

¿Quién es el acreedor actual?

**Martinez Santiago, Sonia E.**
Name of the current creditor (the person or entity to be paid for this claim)
Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

Other names the creditor used with the debtor
Otros nombres que el acreedor usó con el deudor _____

| | |
|---|---|
| 2. **Has this claim been acquired from someone else?**<br><br>¿Esta reclamación se ha adquirido de otra persona? | ☑ No / No<br>☐ Yes. From whom?<br>Sí. ¿De quién? _____ |

3. **Where should notices and payments to the creditor be sent?**

¿A dónde deberían enviarse las notificaciones al acreedor?

Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**
¿A dónde deberían enviarse las notificaciones al acreedor?

Name / Nombre: Martinez Santiago Sonia Enid

Number / Número: 2911   Street / Calle: Ave. F.D. Roosevelt

City / Ciudad: Ponce   State / Estado: P.R.   ZIP Code / Código postal: 00717-1226

Contact phone / Teléfono de contacto: (787) 397-6526

Contact email / Correo electrónico de contacto: tairongo@hotmail.com

**Where should payments to the creditor be sent?** (if different)
¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)

Name / Nombre: _____

Number / Número: ____ Street / Calle: _____

City / Ciudad: ____ State / Estado: ___ ZIP Code / Código postal: ___

Contact phone / Teléfono de contacto: _____

Contact email / Correo electrónico de contacto: _____

| | |
|---|---|
| 4. **Does this claim amend one already filed?**<br><br>¿Esta reclamación es una enmienda de otra presentada anteriormente? | ☑ No / No<br>☐ Yes.  Claim number on court claims registry (if known) _____<br>Sí.  Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo) _____<br>Filed on / Presentada el _____ (MM /DD/YYYY) / (DD/MM/AAAA) |
| 5. **Do you know if anyone else has filed a proof of claim for this claim?**<br><br>¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación? | ☑ No / No<br>☐ Yes. Who made the earlier filing?<br>Sí.  ¿Quién hizo la reclamación anterior? _____ |

**Part 2 / Parte 2:**   Give Information About the Claim as of the Petition Date
Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

| | |
|---|---|
| 6. **Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?**<br><br>¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico? | ☐ No / No<br>☑ Yes.  Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)<br>Sí.  Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).<br><br>Departamento de Educación   E.L.A. Puerto Rico |
| 7. **Do you supply goods and / or services to the government?**<br><br>¿Proporciona bienes y / o servicios al gobierno? | ☑ No / No<br>☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:<br><br>Vendor / Contract Number | Número de proveedor / contrato: _____<br><br>List any amounts due after the Petition Date (listed above) but before June 30, 2017:<br>Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017  $ _____ |

| | |
|---|---|
| 8. How much is the claim?<br><br>¿Cuál es el importe de la reclamación? | $ _____ . Does this amount include interest or other charges?<br>_Total de compensación_ ¿Este importe incluye intereses u otros cargos?<br>_del aumento adeudado_ ☐ No / No<br>_Romerazo 1983-89_ ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).<br>Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A). |

| | |
|---|---|
| 9. What is the basis of the claim?<br><br>¿Cuál es el fundamento de la reclamación? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.<br><br>_Reclamo por incumplimiento de aumento salarial 1983-1984_ |

| | |
|---|---|
| 10. Is all or part of the claim secured?<br><br>¿La reclamación está garantizada de manera total o parcial? | ☑ No / No<br>☐ Yes. The claim is secured by a lien on property.<br>Sí. La reclamación está garantizada por un derecho de retención sobre un bien.<br><br>Nature of property / Naturaleza del bien:<br>☐ Motor vehicle / Vehículos<br><br>☐ Other. Describe:<br>Otro. Describir:   _No obstante, hay un derecho de cumplimiento_<br>_Ley Aumento Salarial_<br><br>Basis for perfection / Fundamento de la realización de pasos adicionales: _____<br>_____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.<br><br>Value of property / Valor del bien:        $_____<br><br>Amount of the claim that is secured /<br>Importe de la reclamación que está garantizado: $_____<br><br>Amount of the claim that is unsecured /<br>Importe de la reclamación que no está garantizado: $_____<br>(The sum of the secured and unsecured amounts should match the amount in line 7.)<br>(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)<br><br>Amount necessary to cure any default as of the Petition Date /<br>Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $_____<br>_____<br><br>Annual Interest Rate (on the Petition Date)<br>Tasa de interés anual (cuando se presentó el caso)_____%<br>☐ Fixed / Fija<br>☐ Variable / Variable |

| | |
|---|---|
| 11. Is this claim based on a lease?<br><br>¿Esta reclamación está basada en un arrendamiento? | ☑ No / No<br><br>☐ Yes. Amount necessary to cure any default as of the Petition Date.<br>Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso$ _____ |

| 12. Is this claim subject to a right of setoff? ¿La reclamación está sujeta a un derecho de compensación? | ☐ No / No ☑ Yes. Identify the property / Sí. Identifique el bien: _derecho de compensación del aumento salarial adeudado Romerazo 1989-1989_ |

| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)? ¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☑ No / No<br><br>☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.   $_____<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |

## Part 3 / Parte 3:    Sign Below / Firmar a continuación

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☑ I am the creditor. / Soy el acreedor.

☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta Evidencia de reclamación se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

He leído la información en esta Evidencia de reclamación y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el _26 junio 2018_ (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma _Sonia E. Martínez Santiago_

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name   _Sonia_   _Enid_   _Martínez Santiago_
First name / Primer nombre   Middle name / Segundo nombre   Last name / Apellido

Title / Cargo   _Maestra Retirada del Departamento de Educacion_

Company / Compañía   _Departamento de Educación_
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección   _291   Ave. F.D. Roosevelt   Urb. Mariani_
Number / Número   Street / Calle

_Ponce_   _P.R._   _00717-1226_
City / Ciudad   State / Estado   ZIP Code / Código postal

Contact phone / Teléfono de contacto (_787_) _397-6526_ Email / Correo electrónico _tairongo@hotmail.com_

*Ley #96   Sila Calderón*

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL
DISTRITO DE PUERTO RICO

| Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione solo un deudor por formulario de reclamación). | | |
|---|---|---|
| ☑ Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ☐ Employees Retirement System of the Government of the<br>Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado<br>Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

*Departamento de Educación*

2018 JUN 27 P 3: 2  RECEIVED

## Modified Official Form 410 / Formulario Oficial 410 Modificado
# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

**1. Who is the current creditor?**

**¿Quién es el acreedor actual?**

*Sonia Enid Martínez Santiago*

Name of the current creditor (the person or entity to be paid for this claim)
Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

Other names the creditor used with the debtor
Otros nombres que el acreedor usó con el deudor _____

2. **Has this claim been acquired from someone else?**

   ☒ No / No
   ☐ Yes. From whom?

   *¿Esta reclamación se ha adquirido de otra persona?*

   Sí. ¿De quién? _____

3. **Where should notices and payments to the creditor be sent?**

   Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

   *¿A dónde deberían enviarse las notificaciones al acreedor?*

   Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g)

   **Where should notices to the creditor be sent?**
   *¿A dónde deberían enviarse las notificaciones al acreedor?*

   Sonia Enid Martinez Santiago
   Name / Nombre

   2911   Ave. F.D. Roosevelt Mariani
   Number / Número   Street / Calle

   Ponce         P.R.        00717 - 1226
   City / Ciudad   State / Estado   ZIP Code / Código postal

   (787) 397- 6526
   Contact phone / Teléfono de contacto

   tairongo@hotmail.com
   Contact email / Correo electrónico de contacto

   **Where should payments to the creditor be sent?** (if different)
   *¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)*

   _____
   Name / Nombre

   _____
   Number / Número   Street / Calle

   _____
   City / Ciudad   State / Estado   ZIP Code / Código postal

   _____
   Contact phone / Teléfono de contacto

   _____
   Contact email / Correo electrónico de contacto

4. **Does this claim amend one already filed?**

   ☒ No / No
   ☐ Yes.  Claim number on court claims registry (if known)
   Sí.  Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo) _____
   Filed on / Presentada el _____ (MM /DD/YYYY) / (DD/MM/AAAA)

   *¿Esta reclamación es una enmienda de otra presentada anteriormente?*

5. **Do you know if anyone else has filed a proof of claim for this claim?**

   ☒ No / No
   ☐ Yes. Who made the earlier filing?
   Sí. ¿Quién hizo la reclamación anterior? _____

   *¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?*

---

**Part 2 / Parte 2:**

**Give Information About the Claim as of the Petition Date**

**Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.**

6. **Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?**

   ☐ No / No
   ☒ Yes.  Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)
   Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).

   *¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico?*

   Departamento de Educación del Gobierno de P.R.

7. **Do you supply goods and / or services to the government?**

   ☒ No / No
   ☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:

   *¿Proporciona bienes y / o servicios al gobierno?*

   Vendor / Contract Number | Número de proveedor / contrato: _____

   List any amounts due after the Petition Date (listed above) but before June 30, 2017:
   Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017  $ _____

**8. How much is the claim?**

¿Cuál es el importe de la reclamación?

$ _Indeterminado_ . **Does this amount include interest or other charges?**
¿Este importe incluye intereses u otros cargos?

☐ No / No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).
Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A).

**9. What is the basis of the claim?**

¿Cuál es el fundamento de la reclamación?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

_Ley 96 del 1 de julio 2002_

**10. Is all or part of the claim secured?**

¿La reclamación está garantizada de manera total o parcial?

☑ No / No

☐ Yes. The claim is secured by a lien on property.
Sí. La reclamación está garantizada por un derecho de retención sobre un bien.

**Nature of property / Naturaleza del bien:**
☐ Motor vehicle / Vehículos

☐ Other. Describe:
Otro. Describir: _____

**Basis for perfection / Fundamento de la realización de pasos adicionales:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.)

**Value of property / Valor del bien:** $_____

**Amount of the claim that is secured /**
Importe de la reclamación que está garantizado: $_____

**Amount of the claim that is unsecured /**
Importe de la reclamación que no está garantizado: $_____
(The sum of the secured and unsecured amounts should match the amount in line 7.)
(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

**Amount necessary to cure any default as of the Petition Date /**
Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $_____

**Annual Interest Rate** (on the Petition Date)
_Tasa de interés anual (cuando se presentó el caso)_____%
☐ Fixed / Fija
☐ Variable / Variable

**11. Is this claim based on a lease?**

¿Esta reclamación está basada en un arrendamiento?

☑ No / No

☐ Yes. **Amount necessary to cure any default as of the Petition Date.**
Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso $ _____

Modified Official Form 410                    **Proof of Claim**                    page 3

**12. Is this claim subject to a right of setoff?**

¿La reclamación está sujeta a un derecho de compensación?

☑ No / No

☐ Yes. Identify the property /
Sí. Identifique el bien: _____

---

**13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**

¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.?

☐ No / No

☐ Yes. Indicate the amount of your claim arising from the value of any goods received    $_____
by the debtor within 20 days before the Petition Date in these Title III case(s), in
which the goods have been sold to the debtor in the ordinary course of such
debtor's business. Attach documentation supporting such claim.

Sí. Indique el importe de la reclamación que surge del valor de cualquier bien
recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos
casos del Título III, en el que los bienes se han vendido al deudor en el transcurso
normal de los negocios del deudor. Adjunte la documentación que respalda dicha
reclamación.

---

## Part 3 / Parte 3:

**Sign Below / Firmar a continuación**

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☑ I am the creditor. / Soy el acreedor.

☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el **26 junio 2018** (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma _Sonia E. Martínez Santiago_

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name _Sonia_ _Enid_ _Martínez Santiago_
First name / Primer nombre    Middle name / Segundo nombre    Last name / Apellido

Title / Cargo _Maestra Escuela Elemental_

Company / Compañía _Departamento de Educación de E.L.A. P.R._
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección _2911  Ave. F.D Roosevelt Urb. Mariani_
Number / Número    Street / Calle

_Ponce P.R_                              _00 717-1226_
City / Ciudad              State / Estado    ZIP Code / Código postal

Contact phone / Teléfono de contacto_____    Email / Correo electrónico_____

---

Ley 3¾ Costo de vida

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO**

| Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación). | | |
|---|---|---|
| ☐ Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ☒ Employees Retirement System of the Government of the<br>Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado<br>Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

2018 JUN 27   P 3: 24   RECEIVED

## Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

**Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.**

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

**Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.**

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. **No adjunte documentos originales,** ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

**Fill in all the information about the claim as of the Petition Date.**

**Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.**

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

**1. Who is the current creditor?**

**¿Quién es el acreedor actual?**

*Sonia E. Martínez Santiago*

Name of the current creditor (the person or entity to be paid for this claim)
Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

Other names the creditor used with the debtor
Otros nombres que el acreedor usó con el deudor _____

**2.** **Has this claim been acquired from someone else?**

☑ No / No
☐ Yes. From whom?
Sí. ¿De quién? _____

**¿Esta reclamación se ha adquirido de otra persona?**

---

**3.** **Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**¿A dónde deberían enviarse las notificaciones al acreedor?**

Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g

**Where should notices to the creditor be sent?**
**¿A dónde deberían enviarse las notificaciones al acreedor?**

Sonia E. Martínez Santiago
Name / Nombre

2911 Ave. E.D. Roosevelt
Number / Número    Street / Calle

Ponce,    P.R.    00717-1226
City / Ciudad    State / Estado    ZIP Code / Código postal

(787) 397-6526
Contact phone / Teléfono de contacto

tairango@hotmail.com
Contact email / Correo electrónico de contacto

**Where should payments to the creditor be sent?**
**(if different)**
**¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)**

Name / Nombre

Number / Número    Street / Calle

City / Ciudad    State / Estado    ZIP Code / Código postal

Contact phone / Teléfono de contacto

Contact email / Correo electrónico de contacto

---

**4.** **Does this claim amend one already filed?**

**¿Esta reclamación es una enmienda de otra presentada anteriormente?**

☑ No / No
☐ Sí. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo)_____
Filed on / Presentada el _____ (MM /DD/YYYY) / (DD/MM/AAAA)

---

**5.** **Do you know if anyone else has filed a proof of claim for this claim?**

**¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?**

☑ No / No
☐ Yes. Who made the earlier filing?
Sí. ¿Quién hizo la reclamación anterior?_____

---

**Part 2 / Parte 2:**   **Give Information About the Claim as of the Petition Date**
**Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.**

---

**6.** **Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?**

**¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico?**

☐ No / No
☑ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)
Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).

Junta de Retiro para maestros de Puerto Rico

---

**7.** **Do you supply goods and / or services to the government?**

**¿Proporciona bienes y / o servicios al gobierno?**

☑ No / No
☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:

Vendor / Contract Number | Número de proveedor / contrato: _____

List any amounts due after the Petition Date (listed above) but before June 30, 2017:
Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017  $ _____

---

| | |
|---|---|
| **8. How much is the claim?**<br><br>¿Cuál es el importe de la reclamación? | $ _____ _Total dinero adeudado_ . **Does this amount include interest or other charges?**<br>¿Este importe incluye intereses u otros cargos?<br>☐ No / No<br><br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).<br>Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A). |
| **9. What is the basis of the claim?**<br><br>¿Cuál es el fundamento de la reclamación? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.<br><br>_Aumento 3% de sueldo desde enero de 1998, Ley número 39 del 13 junio de 2001. Aumento por Costo de vida_ |
| **10. Is all or part of the claim secured?**<br><br>¿La reclamación está garantizada de manera total o parcial? | ☑ No / No<br>☐ Yes. The claim is secured by a lien on property.<br>Sí. La reclamación está garantizada por un derecho de retención sobre un bien.<br><br>**Nature of property / Naturaleza del bien:**<br>☐ Motor vehicle / Vehículos<br><br>☐ Other. Describe:<br>Otro. Describir: _____<br><br>**Basis for perfection / Fundamento de la realización de pasos adicionales:** _____<br>_____<br><br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br>Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.<br><br>**Value of property / Valor del bien:**  $ _____<br><br>**Amount of the claim that is secured /**<br>**Importe de la reclamación que está garantizado: $**_____<br><br>**Amount of the claim that is unsecured /**<br>**Importe de la reclamación que no está garantizado: $**_____<br>(The sum of the secured and unsecured amounts should match the amount in line 7.)<br>(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)<br><br>**Amount necessary to cure any default as of the Petition Date /**<br>**Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $**_____<br>_____<br><br>**Annual Interest Rate** (on the Petition Date)<br>**Tasa de interés anual** (cuando se presentó el caso)_____%<br>☐ Fixed / Fija<br>☐ Variable / Variable |
| **11. Is this claim based on a lease?**<br><br>¿Esta reclamación está basada en un arrendamiento? | ☑ No / No<br><br>☐ Yes. Amount necessary to cure any default as of the Petition Date.<br>Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso$ _____ |

| 12. Is this claim subject to a right of setoff? | ☑ No / No |
| | ☐ Yes. Identify the property / |
| ¿La reclamación está sujeta a un derecho de compensación? | Sí. Identifique el bien: _____ |

| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)? | ☑ No / No |
| | ☐ Yes. Indicate the amount of your claim arising from the value of any goods received   $_____ by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim. |
| ¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en los que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |

## Part 3 / Parte 3:

### Sign Below / Firmar a continuación

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

*Check the appropriate box / Marque la casilla correspondiente:*

☑ I am the creditor. / Soy el acreedor.

☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el __26 junio 2018__ (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma  *Sonia C. Martínez Santiago*

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name  __Sonia__  __Emid__  __Martínez Santiago__
    First name / Primer nombre    Middle name / Segundo nombre    Last name / Apellido

Title / Cargo  __Maestra Escuela Elemental__

Company / Compañía  __Sistema de Retiro de Empleados del Gob. de P.R.__
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección  __2911__  __Ave. F.D. Roosevelt__  __Urb. Mariani__
    Number / Número    Street / Calle

__Ponce__  __PR__  __00717-1226__
City / Ciudad    State / Estado    ZIP Code / Código postal

Contact phone / Teléfono de contacto (787) 397-6526 Email / Correo electrónico __fairongo@hotmail.com__

*Ley de Pasos Experiencia*

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

| Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación). | | |
|---|---|---|
| ☐ Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ☑ Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

*RECEIVED 2018 JUN 27 P 3:24*

## Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

**Read the instructions before filling out this form.** This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

**Lea las instrucciones antes de completar este formulario.** Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. **No adjunte documentos originales,** ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

**1. Who is the current creditor?**

¿Quién es el acreedor actual?

Martinez Santiago, Sonia Enid

Name of the current creditor (the person or entity to be paid for this claim)
Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

Other names the creditor used with the debtor
Otros nombres que el acreedor usó con el deudor _____

Proof of Claim

| | | | |
|---|---|---|---|
| 2. | Has this claim been acquired from someone else?<br><br>¿Esta reclamación se ha adquirido de otra persona? | ☑ No / No<br>☐ Yes. From whom?<br>Sí. ¿De quién? _____ | |

| | | | |
|---|---|---|---|
| 3. | Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)<br><br>¿A dónde deberían enviarse las notificaciones al acreedor?<br><br>Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g) | Where should notices to the creditor be sent?<br>¿A dónde deberían enviarse las notificaciones al acreedor?<br><br>Martinez Santiago, Sonia Enid<br>Name / Nombre<br><br>2911 Ave. F.D. Roosevelt<br>Number / Número    Street / Calle<br><br>Ponce      P.R.    00717-1226<br>City / Ciudad   State / Estado   ZIP Code / Código postal<br><br>(787) 397-6526<br>Contact phone / Teléfono de contacto<br><br>tairongo@hotmail.com<br>Contact email / Correo electrónico de contacto | Where should payments to the creditor be sent? (if different)<br>¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)<br><br>Name / Nombre<br><br>Number / Número    Street / Calle<br><br>City / Ciudad   State / Estado   ZIP Code / Código postal<br><br>Contact phone / Teléfono de contacto<br><br>Contact email / Correo electrónico de contacto |

| | | |
|---|---|---|
| 4. | Does this claim amend one already filed?<br><br>¿Esta reclamación es una enmienda de otra presentada anteriormente? | ☑ No / No<br>☐ Yes.  Claim number on court claims registry (if known) _____<br>Sí.  Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo) _____<br>Filed on / Presentada el _____ (MM /DD/YYYY) / (DD/MM/AAAA) |

| | | |
|---|---|---|
| 5. | Do you know if anyone else has filed a proof of claim for this claim?<br><br>¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación? | ☑ No / No<br>☐ Yes. Who made the earlier filing? _____<br>Sí. ¿Quién hizo la reclamación anterior? _____ |

**Part 2 / Parte 2:**   **Give Information About the Claim as of the Petition Date**
**Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.**

| | | |
|---|---|---|
| 6. | Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?<br><br>¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico? | ☑ No / No<br>☐ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)<br>Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).<br><br>Sistema de Retiro de los empleados del gobierno del Estado Libre Asociado de P.R. |

| | | |
|---|---|---|
| 7. | Do you supply goods and / or services to the government?<br><br>¿Proporciona bienes y / o servicios al gobierno? | ☑ No / No<br>☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:<br><br>Vendor / Contract Number | Número de proveedor / contrato: _____<br><br>List any amounts due after the Petition Date (listed above) but before June 30, 2017:<br>Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017  $ _____ |

Official Form 410      Proof of Claim      page 2

| | |
|---|---|
| **8. How much is the claim?** <br><br> *¿Cuál es el importe de la reclamación?* | \$_____ **La cantidad de pasos** . Does this amount include interest or other charges? <br> **no pagados** *¿Este importe incluye intereses u otros cargos?* <br> ☐ No / No <br> ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). <br> Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A). |
| **9. What is the basis of the claim?** <br><br> *¿Cuál es el fundamento de la reclamación?* | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information. <br><br> Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica. <br><br> **Dinero adeudado con respecto a pasos no pagados** |
| **10. Is all or part of the claim secured?** <br><br> *¿La reclamación está garantizada de manera total o parcial?* | ☐ No / No <br> ☑ Yes. The claim is secured by a lien on property. <br> Sí. La reclamación está garantizada por un derecho de retención sobre un bien. <br><br> **Nature of property / Naturaleza del bien:** <br> ☐ Motor vehicle / Vehículos <br><br> ☐ Other. Describe: **Deuda empleados del Sistema de Retiro del E.L.A.** <br> Otro. Describir: <br><br> **Basis for perfection / Fundamento de la realización de pasos adicionales:** _____ <br><br> _____ <br><br> Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.) <br> Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.) <br><br> **Value of property / Valor del bien:** \$_____ <br><br> **Amount of the claim that is secured /** <br> Importe de la reclamación que está garantizado: \$_____ <br><br> **Amount of the claim that is unsecured /** <br> Importe de la reclamación que no está garantizado: \$_____ <br> (The sum of the secured and unsecured amounts should match the amount in line 7.) <br> (La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.) <br><br> **Amount necessary to cure any default as of the Petition Date /** <br> Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : \$_____ <br> _____ <br><br> **Annual Interest Rate** (on the Petition Date) <br> Tasa de interés anual (cuando se presentó el caso)_____% <br><br> ☐ Fixed / Fija <br> ☐ Variable / Variable |
| **11. Is this claim based on a lease?** <br><br> *¿Esta reclamación está basada en un arrendamiento?* | ☑ No / No <br><br> ☐ Yes. Amount necessary to cure any default as of the Petition Date. <br> Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso \$_____ |

| 12. Is this claim subject to a right of setoff?<br><br>¿La reclamación está sujeta a un derecho de compensación? | ☐ No / No<br><br>☑ Yes. Identify the property / Sí. Identifique el bien: _Dinero adeudado por los pasos de experiencia del Servicio_ |
|---|---|
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☐ No / No<br><br>☑ Yes. Indicate the amount of your claim arising from the value of any goods received                  $_____<br>by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |

## Part 3 / Parte 3:

### Sign Below / Firmar a continuación

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).**

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☑ I am the creditor. / Soy el acreedor.

☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta Evidencia de reclamación se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

He leído la información en esta Evidencia de reclamación y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el _26 junio 2018_ (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma _Sonia E. Martínez Santiago_

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name ___Sonia_____Enid_____Martínez Santiago___
       First name / Primer nombre   Middle name / Segundo nombre   Last name / Apellido

Title / Cargo ___Maestra de Educación Elemental___

Company / Compañía ___Sistema de Retiro de Maestro del Depto. Ed. Elem. del E.L.A.___
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección ___2911___ ___Ave. F.D. Roosevelt Urb. Mariani___
                    Number / Número        Street / Calle

___Ponce___                              ___P.R.___    ___00717-1226___
City / Ciudad                         State / Estado   ZIP Code / Código postal

Contact phone / Teléfono de contacto (_787_) _397-6521_  Email / Correo electrónico _tairango@hotmail.com_