Sonia E. Martinez Santiago
Urb. Mariani 2911 Ave. F.D. Roosevelt
Ponce, Puerto Rico 00717-1226

Caso # 17 BK 03283 -LTS
Reclamación # 64376

CERTIFIED MAIL
7019 2970 0002 2160 1339



U.S. POSTAGE PAID
FCM LG ENV
PONCE, PR
00717
FEB 18, 20
AMOUNT
$8.20
R2303S102801-20

RETURN RECEIPT REQUESTED

Secretaria (Clerk Office)
Tribunal de distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767