TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

In re Commonwealth of Puerto Rico, Case No. 17 BK 3283-LTS

| | |
|---|---|
| JOHANNA GARCÍA IRIZARRY | PROMESA |
| HC-02 BOX 5210 | Título III |
| VILLALBA, PR 00766 | Núm. 17 BK 3283-LTS |
| (939) 260-2234 | No. De Reclamación: |
| jolygarcia007@gmail.com | 129107 |

RÉPLICA A LA CENTÉSIMA VIGÉSIMA SEXTA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO COMO EMPLEADO DEL DEPARTAMENTO DE EDCUACIÓN DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO. EN RECLAMO DE LAS APORTACIONES ACUMULADAS EN EL SISTEMA DE RETIRO.

En junio de 2018 se sometió el Formulario Oficial 410 Modificado reclamando las aportaciones acumuladas de retiro de maestro en el Departamento de Educación de Puerto Rico

Hoy 17 de febrero de 2020 hago constar que desde el 14 de septiembre de 1999 que inicié en el Departamento de Educación he estado realizando unas aportaciones para mi retiro y el gobierno también ha aportado una parte la cuál ha sido añadido a mi balance. De acuerdo a los datos obtenidos a la fecha 1 de mayo de 2018 la cantidad acumulada ascendía a $53,381.50. Luego de esa fecha ha ido aumentando ya que aún estoy activa en el Departamento de Educación.

Al momento no deseo retirar mis aportaciones acumuladas, pero si deseo hacer constar que existen y deseo que permanezcan disponibles para cuando me retire. Hago constar que Employees Retirement System of the Government of the Commonwealth of Puerto Rico me adeuda la cantidad de $53,381.50 para la fecha 1 de mayo de 2018 y la misma continúa en crecimiento hasta que me retire.

Atentamente,

Johanna García Irizarry

**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

PROGRAMA DE BENEFICIOS DEFINIDOS
ESTADO DE CUENTA ESTIMADO

01 de mayo de 2018

Agencia: 170 - DEPARTAMENTO DE EDUCACION

GARCIA IRIZARRY JOHANNA
HC 02 BOX 5210

VILLALBA, PR 00766

Seguro Social: XXX-XX-8897

Nuestros registros al 01 de mayo de 2018 reflejan lo siguiente:

**Balances Acumulados**

| Tiempo | Aportaciones | Intereses | Balance Final |
|---|---|---|---|
| 18 Años - 4 Meses - 0 Sem. - 2.51 Días | $45,197.34 | $8,184.16 | $53,381.50 |

(al 31 marzo 2018)

**Información Demográfica**

| Fecha de Nacimiento | Ingreso al Servicio Público | Comienzo de Cotización | Género |
|---|---|---|---|
| 31 de julio de 1974 | 14 de septiembre de 1999 | 14 de julio de 2003 | Femenino |

Los balances reflejados representan la acumulación de aportaciones e intereses en su cuenta de Beneficios Definidos a base de las aportaciones recibidas a la fecha de emisión del estado de cuenta. Esta información no es una certificación oficial. La información puede variar, de encontrarse diferencias en el Informe de Cambio, enviado por el Departamento de Educación y otras Instituciones Gubernamentales y de existir anulaciones futuras entre cuentas que afecten las aportaciones del Sistema.

De no coincidir esta información con sus registros, usted puede solicitar revisión a través de nuestras sucursales presentando la evidencia o información que valide la corrección a realizar.

Recuerde que puede crear o acceder a su cuenta para recibir información a través de nuestra página www.srm.pr.gov seleccionando: **Mi SRM**.

Le exhortamos a que visite nuestra página para que se mantenga informado sobre su Sistema de Retiro.

235 Avenida Arterial Hostos, Edificio Capital Center, Torre Norte, Hato Rey, Puerto Rico 00918
P.O. Box 191879, Hato Rey, PR 00919-1879

srm_correspondenciaconsulta@srm.pr.gov   (787) 777-1414   http://www.srm.pr.gov

