Johanna Garcia Irizarry
Ramón E. Cruz Cruz
HC-02 Box 5210
Villalba P.R. 00766

No. Reclamación: 138184/129555
130049
132736
129107



Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150  Federal Building
San Juan, P.R. 00918-1767


RETURN RECEIPT REQUESTED