TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

In re Commonwealth of Puerto Rico, Case No. 17 BK 3283-LTS

| | |
|---|---|
| JOHANNA GARCÍA IRIZARRY | PROMESA |
| HC-02 BOX 5210 | Título III |
| VILLALBA, PR 00766 | Núm. 17 BK 3283-LTS |
| (939) 260-2234 | No. De Reclamación: |
| jolygarcia007@gmail.com | **130049** y **132736** |
| | Deudor: Commonwealth of Puerto Rico |

RÉPLICA A LA *CENTÉSIMA* VIGÉSIMA SEXTA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO COMO EMPLEADO DEL DEPARTAMENTO DE EDUCACIÓN DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO. EN RECLAMO DEL AUMENTO SALARIAL DE LA LEY 89 DEL 1979 (ROMERAZO), A PARTIR DEL 1980 HASTA EL 2006.

En junio de 2018, se sometió el Formulario Oficial 410 Modificado reclamando salarios impagos en mi empleo como docente en el Departamento de Educación de Puerto Rico por servicios prestados y que no fueron pagados.

Durante su gobernación, el gobernador Carlos Romero Barceló aprobó una ley (Ley 89 del 12 de julio de 1979) que concedía un aumento salarial a los maestros del Departamento de Educación (DE) del Gobierno de Puerto Rico de $100. 00 mensuales.

Este aumento nunca se pagó.

Durante el término de esa ley (1999-2006), yo era empleada del Departamento de Educación. De acuerdo con mis cálculos, el período comprende 7 años a $1,200.00 por año, lo que representa $8,400.00 a los que tengo derecho.

Se estima la siguiente cantidad adeudada:

$1,200.00 del año escolar 1999-2000

$1,200.00 del año escolar 2000-2001

$1,200.00 del año escolar 2001-2002

$1,200.00 del año escolar 2002-2003

$1,200.00 del año escolar 2003-2004

$1,200.00 del año escolar 2004-2005

$1,200.00 del año escolar 2005-2006


Cantidad adeudada estimada: $8,400.00

*[firma]*

Sra. Johanna García Irizarry

# EVIDENCIA DE RECLAMACIÓN

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

Fill in this form to identify the case and report an individual one claim form.
[illegible instruction line in Spanish]

| | | |
|---|---|---|
| ☒ Commonwealth of Puerto Rico / El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date: May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA) / La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date: May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority / La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date: May 21, 2017 |
| ☐ Employees Retirement System of the Government of the Commonwealth of Puerto Rico / El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date: May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority / La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date: July 2, 2017 |

Modified Official Form 410 / Formulario Oficial 410 Modificado

## Proof of Claim / Evidencia de reclamación .04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

### Part 1 / Parte 1: Identify the Claim / Identificar la reclamación

**1. Who is the current creditor?**
¿Quién es el acreedor actual?

Johanna García Irizarry

Name of the current creditor (the person or entity to be paid for this claim)
Nombre el acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

Other names the creditor used with the debtor
Otros nombres que el acreedor usó con el deudor _____

---

Modified Official Form 410          Proof of Claim          page 1

| | |
|---|---|
| 2. Is this claim subject to a right of setoff?<br>¿La reclamación está sujeta a un derecho de compensación? | ☐ No / No<br>☒ Yes. Identify the property / Sí. Identifique el bien: Ley 89 - Romerazo |
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?<br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☒ No / No<br>☐ Yes. Indicate the amount of your claim arising from the value of any goods received $ _____ by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |

### Part 3 / Parte 3: Sign Below / Firmar a continuación

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que completa esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☒ I am the creditor. / Soy el acreedor.
☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el 06/27/2018 (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma: _Johanne Garcia Irizarry_

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name: Johanna      García Irizarry
     First name / Primer nombre    Middle name / Segundo nombre    Last name / Apellido

Title / Cargo: Trabajadora Social

Company / Compañía: Departamento de Educación
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección: HC-02 Box 5210
     Number / Número    Street / Calle

Villalba    P.R. 01    P.R.    00766
City / Ciudad      State / Estado    ZIP Code / Código postal

Contact phone / Teléfono de contacto: 939-260-2234    Email / Correo electrónico: yoly-gi@yahoo.com

Modified Official Form 410

# CERTIFICACIÓN DEL DEPARTAMENTO DE EDUCACIÓN



**DEPARTAMENTO DE EDUCACION**
Estado Libre Asociado de Puerto Rico
Secretaría Auxiliar de Recursos Humanos

ATT: SRM

23 de agosto de 2018

## CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | JOHANNA GARCIA IRIZARRY |
| Seguro Social | : | |
| Categoría | : | TRABAJADOR SOCIAL ESCOLAR |
| Distrito Escolar | : | SANTA ISABEL |
| Sueldo Mensual | : | $2,725.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | Desde el 14 de septiembre de 1999 hasta el presente. |
| Cesó | : | N/A |
| Renunció | : | N/A |
| Otros | : | Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de (19) años. |

*[firma]*
Candida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.



# DEPARTAMENTO DE EDUCACIÓN
## Department of Education
### ESTADO LIBRE ASOCIADO DE PUERTO RICO
#### Commonwealth of Puerto Rico

## Certificado Vitalicio
*Life Certificate*

El Secretario de Educación por la presente confiere a
*The Secretary of Education hereby issues to*

**JOHANNA GARCIA IRIZARRY**

el presente Certificado que lo faculta para ejercer como
*this Certificate that entitles the holder to perform as*

**TRABAJADOR(A) SOCIAL ESCOLAR**
**SCHOOL SOCIAL WORKER**

en las escuelas públicas o privadas de Puerto Rico.
*in the School System of Puerto Rico.*

Expedido el    16 de abril    de 2014
*Issued on     April 16       2014*

Dado en San Juan de Puerto Rico, el    16 de abril    de 2014
*Given at San Juan, Puerto Rico on     April 16       2014*

Rafael Román Meléndez
*Secretario de Educación*
*Secretary of Education*

Número de Certificado: 1007392
Certificate Number: 1007392

## COMPROBANTE DE SUELDO COMO EVIDENCIA DE MI TRABAJO EN EL DEPARTAMENTO DE EDUCACIÓN

**080 Dept. de Educacion - Maestros**
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

**JOHANNA GARCIA IRIZARRY**
HC-02 BOX 5210
VILLALBA, PR 00766
SS:

# Empleado:
Dept: 6AB137-SANTA ISABEL-PONCE
Lugar: NORMA I. TORRES COLON
Titulo: DEPARTAMENTO DE EDUCACION
Sueldo: $2,766.67 Monthly

Grupo de Pago: SM -Quincenal
Desde: 01/08/2020
Hasta: 01/22/2020

Aviso #: 5609915
Fecha Aviso: 01/15/2020

DATA IMP: Federal / PR
Estado Civil: Married / Claiming no personal exem
Concesiones: 0
Pct. Adcl.: 0
Cant. Adcl.:

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,383.34 | 66.00 | 1,383.34 |
| Total: | | | 1,383.34 | 66.00 | 1,383.34 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 20.06 | 20.06 |
| PR Withholding | 67.81 | 67.81 |
| Total: | 87.87 | 87.87 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 124.50 | 124.50 |
| Total: | 124.50 | 124.50 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AB-Asoc Emp ELA-Prest Regular | 157.99 | 157.99 |
| SM-First Medical Health Plan | 123.50 | 123.50 |
| DM-FONDOS UNIDOS | 1.00 | 1.00 |
| SC-TRANS OCEANIC LIFE | 27.98 | 27.98 |
| OS-AMPR LOCAL SIND AFIL | 8.50 | 8.50 |
| Ahorros-AEELA | 41.50 | 41.50 |
| Total: | 360.47 | 360.47 |

### BENEFICIOS MARGINALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| FSED Disability Plan | 23.52 | 23.52 |

* Tributable

| | TOTAL INGRESOS | TRIBUTO IMPOSITIVO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | GANANCIA |
|---|---|---|---|---|---|
| Corriente: | 1,383.34 | 0.00 | 87.87 | 484.97 | 810.50 |
| Acumulado: | 1,383.34 | 0.00 | 87.87 | 484.97 | 810.50 |

### DISTRIBUCION PAGO NETO
Aviso #5609915 — 810.50
Total: 810.50

Los balances de Beneficios corresponden al periodo de:

MENSAJE:

Dept. de Educacion - Maestros
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha: 01/15/2020

Aviso No. 5609915

Cant. Deposito: $810.50

A la Cuenta(s) De
JOHANNA GARCIA IRIZARRY
HC-02 BOX 5210
VILLALBA, PR 00766

Localizacion: NORMA I. TORRES COLON

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | XXXXXXXXXXXXXXX | 810.50 |
| Total: | | 810.50 |

**NO-NEGOCIABLE**