**María Velázquez de Ortiz**
Urb. Baramaya 852 calle Areyto
Ponce Puerto Rico 00728-2521
Teléfono (787) 843-7666

RECEIVED & FILED
2020 FEB 19 PM 4: 33

Tribunal de Distrito de los Estados Unidos
Federal Building
San Juan, Puerto Rico, 00918

Caso : 17 BK 3283-LTS- carta de Apelación

Un saludo cordial. Presento esta carta de Apelación al Estado Libre Asociado de Puerto Rico, con el Núm. de procedimiento 17 BK 3283- LTS. Por la falta de evidencia y fundamentos para la reclamación del "Romerazo" en Centésima Decima Séptima Objeción Global del Estado Libre Asociado de Puerto Rico, con el Núm. de reclamación 48880

Yo María Velázquez de Ortiz, preste mis servicios al gobierno de Puerto Rico, por 30 años, mi primer inicio fue en el Departamento de Servicios Sociales, división de instituciones para niños, hoy Departamento de la Familia, luego las instituciones se independizan y crean la Administración de Instituciones Juveniles, bajo la sombrilla del Departamento de Corrección.

En junio de 1979 siendo el gobernador de Puerto Rico, Hon. Carlos Romero Barceló, crean la Ley de retribución, Ley 89 de12 de julio de 1979. Bajo esta ley muchas personas fuimos reclasificadas de asistente I a asistente II, pero no recibimos el ajuste en sueldo salarial según la reclasificación del puesto y según la ley de que los salarios fueran según las labores realizadas y que fueran equitativos en consonancia con el desarrollo de nuestra economía. Para el año 1983 surge la Orden Ejecutiva # 4308 y en la sección-6, de dicha orden el gobernador Hon. Carlos Romero Barceló, como lee "autorizo el desembolso para sufragar el costo de los aumentos de sueldo a los

empleados públicos, según aprobados por la Ley 84 del 4 de junio de 1983." Aumento que nunca recibí en mi salario.

lo hice basándome en aumentos de $50.00 al mes multiplicado por años trabajados. Aunque no tengo evidencia puedo dar fe de lo expuesto.

En el marco de lo presentado anterior agradeceré su atención a la presente para que el Tribunal no desestime mi reclamación. Porque considero que es un derecho propio por servir durante 30 años al gobierno de Puerto Rico.

Gracias con anticipación: María Velázquez de Ortiz tel. (787) 843-7666.


Atentamente

*María Velázquez de Ortiz*
María Velázquez de Ortiz




Anejo: documento