Maria Velazquez de Ortiz
urb. Baramaya 852 Calle Oreyti
Ponce Puerto Rico, 00728-2521



Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan Puerto Rico, 00918-1767