TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

In re Commonwealth of Puerto Rico, Case No.

Elsa Iris Cintrón De Jesús  PROMESA

urb La vega calle c 118

VILLALBA, PR 00766  Título III

(939) 260-2234  Núm. 17 BK 3283-LTS

elsieecintron@gmail.com  No. De Reclamación: 57211

RÉPLICA A LA CENTÉSIMA VIGÉSIMA SEXTA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO COMO EMPLEADO DEL DEPARTAMENTO DE EDCUACIÓN DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO. EN RECLAMO DE LAS APORTACIONES ACUMULADAS EN EL SISTEMA DE RETIRO.

En junio de 2018 se sometió el Formulario Oficial 410 Modificado reclamando las aportaciones acumuladas de retiro de maestro en el Departamento de Educación de Puerto Rico

Hoy 17 de febrero de 2020 hago constar que desde el 14 de septiembre de 1999 que inicié en el Departamento de Educación he estado realizando unas aportaciones para mi retiro y el gobierno también ha aportado una parte la cuál ha sido añadido a mi balance. De acuerdo a los datos obtenidos a la fecha 1 de mayo de 2018 la cantidad acumulada ascendía a $56,000.50. Luego de esa fecha ha ido aumentando ya que aún estoy activa en el Departamento de Educación.

Al momento no deseo retirar mis aportaciones acumuladas, pero si deseo hacer constar que existen y deseo que permanezcan disponibles para cuando me retire. Hago constar que Employees Retirement System of the Government of the Commonwealth of Puerto Rico me adeuda la cantidad de $58,000.00 para la fecha 1 de febrerode 2019 y la misma continúa en crecimiento hasta que me retire.

Atentamente,

_____

Elsa I. Cintrón De Jesús

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

In re Commonwealth of Puerto Rico, Case No. 17 BK 3283-LTS

| | |
|---|---|
| ELSIE IRIS CINTRON DE JESÚS | PROMESA |
| URB. LA VEGA CALLE C118 | Título III |
| VILLALBA, P R 00766 | Núm. 17 BK 3283-LTS |
| (939) 202- 4401 | No. De Reclamación: |
| Elsiecintron1833@gmail.com | |
| | Deudor: Commonwealth of Puerto Rico |

RÉPLICA A LA *CENTÉSIMA* VIGÉSIMA SEXTA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO COMO EMPLEADO DEL DEPARTAMENTO DE EDUCACIÓN DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO. EN RECLAMO DEL AUMENTO SALARIAL DE LA LEY 109-2008 DE 1 DE JULIO DE 2008.

En junio de 2018, se sometió el Formulario Oficial 410 Modificado reclamando salarios impagos en mi empleo como docente en el Departamento de Educación de Puerto Rico por servicios prestados y que no fueron pagados.

Durante su gobernación, el gobernador Anibal Acevedo Vilá aprobó una ley (Ley 109 del 1 de julio de 2008) que concedía un aumento salarial a los maestros del Departamento de Educación (DE) del Gobierno de Puerto Rico de $150.00 mensuales.

Este aumento nunca se pagó.

Durante el término de esa ley (2008-2019), yo era empleada del Departamento de Educación. De acuerdo con mis cálculos, el período comprende 11 años a $1,800.00 por año, lo que representa $19,800.00 a los que tengo derecho.

Se estima la siguiente cantidad adeudada:

$1,800.00 del año escolar 2008-2009

$1,800.00 del año escolar 2009-2010

$1,800.00 del año escolar 2010-2011

$1,800.00 del año escolar 2011-2012

$1,800.00 del año escolar 2012-2013

$1,800.00 del año escolar 2013-2014

$1,800.00 del año escolar 2014-2015

$1,800.00 del año escolar 2015-2016

$1,800.00 del año escolar 2016-2017

$1,800.00 del año escolar 2017-2018

$1,800.00 del año escolar 2018-2019

Cantidad adeudada estimada: $19,800.00

_____

Elsie I. Cintrón De Jesús

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

In re Commonwealth of Puerto Rico, Case No. 17 BK 3283-LTS

| | |
|---|---|
| ELSIE IRIS CINTRON DE JESÚS | PROMESA |
| URB. LA VEGA CALLE C118 | Título III |
| VILLALBA, P R 00766 | Núm. 17 BK 3283-LTS |
| (939) 202- 4401 | No. De Reclamación: |
| elsiecintron1833@gmail.com | 17BK283-LTS |
| | Deudor: Commonwealth of Puerto Rico |

RÉPLICA A LA *CENTÉSIMA* VIGÉSIMA SEXTA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO COMO EMPLEADO DEL DEPARTAMENTO DE EDUCACIÓN DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO. EN RECLAMO DEL AUMENTO SALARIAL DE LA LEY 89 DEL 1979 (ROMERAZO), A PARTIR DEL 1980 HASTA EL 2006.

En junio de 2018, se sometió el Formulario Oficial 410 Modificado reclamando salarios impagos en mi empleo como docente en el Departamento de Educación de Puerto Rico por servicios prestados y que no fueron pagados.

Durante su gobernación, el gobernador Carlos Romero Barceló aprobó una ley (Ley 89 del 12 de julio de 1979) que concedía un aumento salarial a los maestros del Departamento de Educación (DE) del Gobierno de Puerto Rico de $100.00 mensuales.

Este aumento nunca se pagó.

Durante el término de esa ley (1994-2006), yo era empleada del Departamento de Educación. De acuerdo con mis cálculos, el período comprende 12 años a $1,200.00 por año, lo que representa $14,400.00 a los que tengo derecho.

Se estima la siguiente cantidad adeudada:

$1,200.00 del año escolar 1994-1995

$1,200.00 del año escolar 1995-1996

$1,200.00 del año escolar 1996-1997

$1,200.00 del año escolar 1997-1998

$1,200.00 del año escolar 1998-1999

$1,200.00 del año escolar 1999-2000

$1,200.00 del año escolar 2000-2001

$1,200.00 del año escolar 2001-2002

$1,200.00 del año escolar 2002-2003

$1,200.00 del año escolar 2003-2004

$1,200.00 del año escolar 2004-2005

$1,200.00 del año escolar 2005-2006

Cantidad adeudada estimada: $14,400.00

_____

Elsie I. Cintrón De Jesús

Estado Libre Asociado de Puerto Rico
**DEPARTAMENTO DE INSTRUCCION PUBLICA**
División de Personal - Hato Rey, Puerto Rico

## INFORME DE CAMBIO - PERSONAL DOCENTE

Pagarle _____ días por vacaciones regulares en julio
Descontarle _____ días por ausencias

9971

| ANTES DEL CAMBIO | | DESPUES DEL CAMBIO |
|---|---|---|
| 1 Nombre del Empleado | ELSA I. CINTRON DE JESUS | |
| 2 Núm. Seg. Social | | |
| 3 Sexo | F | |
| 4 Estado Civil | S | |
| 5 Prep. Académica | BA +30   20 | |
| 6 Experiencia | # 3-4-3-2 | |
| 7 Status Empleado (Contrato) | PROBATORIO   02 | |
| 8 Sueldo Bruto | $1260. | |
| 9 Núm. de la Plaza | F07079 | |
| 10 Categoría de la Plaza | ELEMENTAL | |
| 11 Clasificación Puestos Dir | | |
| 12 Fondo | FEDERAL | |
| 13 Cifra Cuenta | 90-222-091-27-520-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-01-000075-0765 | |
| 14 Fecha de Efectividad | 1 SEPTIEMBRE 1994 | |
| 15 Acción y Duración | NOMBRAMIENTO | |
| 16 Causa del Cese | | |
| 17 Ultimo Día Trabajo | | |
| 18 Ultimo Día de Pago | | |
| 19 Programa Escolar | | |
| 20 Turno en Registro | 20A | |
| 21 Distrito Escolar | VILLALBA | |

### LICENCIA POR VACACIONES y/o ENFERMEDAD CONCEDIDA

| 22 Desde | 23 Hasta |
|---|---|
| | |

24 Observaciones (Antes del Cambio) SE LE CONCEDE PROBATORIO YA QUE CANDIDATOS QUE PRECEDEN TURNO POSEEN PEAR Y OTROS NO ACEPTARON PLAZA.

25 Observaciones (Después del Cambio)

26 _____ Firma Empleado en caso de cambio de contrato a probatorio, traslado, reasignación permanente o descenso     Fecha

27 Deseo: ☒ Acogerme  ☐ No acogerme

Al descuento del 3% de mi sueldo mensual para el Fondo de Ahorro y Préstamo de la Asociación de Empleados del ELA de P.R. en caso de cambio de contrato de sustituto a probatorio o de sustituto a permanente.

_____ Firma del Empleado   Fecha

28 Recomendado _____ 2 SEPT 94
Superintendente de Escuelas   Fecha

29 Recomendado _____
Superintendente de Escuelas   Fecha

30 APROBADO: POR EL SECRETARIO DE INSTRUCCION PUBLICA
Ramón Hernández Zayas
FIRMA   FECHA

* Si el nombramiento es provisional el mismo constituye un CERTIFICADO PROVISIONAL por su duración

FORM. 409 ESPECIAL   ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACION
DIVISION DE PERSONAL - HATO REY, PUERTO RICO

INFORME DE CAMBIO - PERSONAL DOCENTE

| | ANTES DEL CAMBIO | DESPUES DEL CAMBIO |
|---|---|---|
| 1. NOMBRE DEL EMPLEADO | CINTRON DE JESUS, ELSA I | |
| 2. NUM. SEGURO SOCIAL | | |
| 3. EXPERIENCIA | 05-04-03-2.0 | |
| 4. STATUS EMPLEADO | PROBATORIO | PERMANENTE |
| 5. NUM. DE PUESTO | F07076 | |
| 6. CATEGORIA DEL PUESTO | 9971-MAESTRO ELEMENTAL | |
| 7. FONDO | 222 - FEDERAL | |
| 8. CIFRA DE CUENTA | 97-222-091-27-529-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-01-000075-1155 | |
| 9. FECHA EFECTIVIDAD | | 2-sept-96 |
| 10. ACCION Y DURACION | | CAMBIO DE STATUS |
| 11. DISTRITO ESCOLAR | 075 - VILLALBA | |

LICENCIA POR VACACIONES Y/O ENFERMEDAD CONCEDIDA

| 12. DESDE | 13. HASTA |
|---|---|
| 14. OBSERVACIONES (ANTES DEL CAMBIO) | 15. OBSERVACIONES (DESPUES DEL CAMBIO) |
| CONSIDERE SOLAMENTE PARA CAMBIO DE STATUS | CONTINUA RESTO AÑO EN EL PUESTO NUMERO EN EL DISTRITO |

16. APROBADO POR EL SECRETARIO DE EDUCACION O SU REPRESENTANTE AUTORIZADO

_____          _____
FIRMA                            FECHA

Elsa I. Cintron De Jesus
Urb. La Vega Calle c 118
Villalba P.R 00766

To: Secretaria (clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico 00918-1767





