





**FROM:** Nadjat Cruz Lamenza
Urb. Villas del Rio
Calle Rio Portugues
144 Humacao PR
00791

**TO:** Casos Promesa
Clerks Office
United States District
Court
Federico Degetau
Federal Bldg
150 Carlos Chardon
Ave. San Juan PR 00918