TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL GOBIERNO DE PUERTO RICO

In Re Commonwealth of Puerto Rico, Case No. 17 BK 03283- LTS

| | |
|---|---|
| EDWIN G. GARCIA MARTINEZ | PROMESA |
| URB. ESTANCIAS DEL GUAYABAL | TITULO III |
| 148 PASEO EL HUCAR | Núm. 17 BK 03283-LTS |
| JUANA DIAZ, P.R.00795 | Núm. De Reclamación : 115106 |
| 787-202-5878 | |
| egm148@yahoo.com | |

REPLICA A LA CENTESIMA VIGESIMA SEXTA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO COMO EMPLEADO DEL DEPARTAMENTO DE EDUCACIÓN DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO. EN RECLAMO DE LAS APORTACIONES ACUMULADAS EN EL SISTEMA DE RETIRO.

EN JUNIO DEL 2018, SE SOMETIÓ EL FORMULARIO OFICIAL 410 MODIFICADO RECLAMANDO LAS APORTACIONES ACUMULADAS DE RETIRO DE MAESTRO EN EL DEPARTAMENTO DE EDUCACION DE PUERTO RICO.

HOY 17 DE FEBRERO DE 2020 HAGO CONSTAR QUE DESDE QUE INICIE EN EL DEPARTAMENTO DE EDUCACION HE REALIZADO UNAS APORTACIONES PARA MI RETIRO Y EL GOBIERNO TAMBIEN HA APORTADO UNA PARTE LA CUAL HA SIDO AÑADIDO A MI BALANCE. DE ACUERDO A LOS DATOS OBTENIDOS A LA FECHA DEL 12 DE FEBRERO DEL 2020, LA CANTIDAD ACUMULADA ASCENDIA A $73,624.84. LUEGO DE ESA FECHA HA IDO AUMENTANDO YA QUE AUN ESTOY ACTIVO EN EL DEPARTAMENTO DE EDUCACION.

AL MOMENTO NO DESEO RETIRAR MIS APORTACIONES ACUMULADAS, PERO SI DESEO HACER CONSTAR QUE EXISTEN Y DESEO QUE PERMANEZCAN DISPONIBLES PARA CUANDO ME RETIRE. HAGO CONSTAR QUE EMPLOYEES RETIREMENT SYSTEM OF GOVERNMENT OF THE COMMONWEALT OF PUERTO RICO ME ADEUDA LA CANTIDAD DE $73,624.84 PARA LA FECHA DEL 12 DE

<u>FEBRERO DEL 2020,</u> Y LA MISMA CONTINUA EN CRECIMIENTO HASTA QUE ME RETIRE.

_____

FIRMA

PD. ADJUNTO COPIAS DE (DIPLOMA, LICENCIA DE MAESTRO, CERTIFICACION DEL TIEMPO ACREDITADO EN AÑOS DE SERVICIO Y COPIAS DE TALONARIOS.