UNITED STATES POSTAL SERVICE.

Retail

**US POSTAGE PAID**
P
$7.75

Origin: 00795
02/18/20
4248600795-07

**PRIORITY MAIL 1-DAY ®**

0 Lb 3.00 Oz

1005

EXPECTED DELIVERY DAY: 02/19/20

SHIP TO:
SAN JUAN PR 00918

**USPS TRACKING® NUMBER**



9505 5114 1101 0049 2373 70

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

PRESS FIRMLY TO SEAL

**PRIORITY MAIL POSTAGE REQUIRED**

**FROM:**
Edwin G. Garcia Martinez
Urbanización Estancias del Guayabal
148 Paseo El Hucar
Juana Diaz, P.R. 00795

**TO:**
Secretaría (Clerk's office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767



RECEIVED & FILED
2020 FEB 19 PM 4:38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.



EP14F July 2013

VISIT US AT USPS.COM®


UNITED STATES POSTAL SERVICE