**UNITED STATES**
**POSTAL SERVICE.**

*Retail*

**P**

## US POSTAGE PAID

### $7.75

Origin: 00795
02/18/20
4248600795-07

### PRIORITY MAIL 1-DAY ®

0 Lb 3.00 Oz

**1005**

EXPECTED DELIVERY DAY: 02/19/20

SHIP
TO:
SAN JUAN PR 00918

### USPS TRACKING® NUMBER



9505 5114 1101 0049 2373 70

**WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.**

*PRESS FIRMLY TO SEAL*

**PRIORITY MAIL
POSTAGE REQUIRED**

**FROM:**

Edwin G García Martínez
Urbanización Estancias del Guayabal
148 Paseo El Húcar
Juana Díaz, P.R. 00795

**TO:**

Secretaría (Clerk's office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767



RECEIVED & FILED
2020 FEB 19 PM 4:38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

This envelope is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2015; All rights reserved.



**EP14F July 2013**

**VISIT US AT USPS.COM®**



**UNITED STATES
POSTAL SERVICE**