February 7, 2020.

To whom it may concern:

    I send documents which one of them shows who my employer is, the position in which I am exercising and from what year I started in the position until the current year. In the other document which is from the agency of the teacher retirement system, it indicates the years, months, weeks and days that it took in the public education system of Puerto Rico. I hope these documents are helpful for the information requested.

Sincerely, he stayed with you,

Moisés M. Mercado Galindo