



| Tipo | Patrono | Posición | Desde | Hasta |
|---|---|---|---|---|
| PÚBLICA | DEPARTAMENTO DE EDUCACION | MA. BELLAS ARTES (ARTES VISUALES) K-12 9976 | 15/ago/1989 | 29/ene/2020 |

|◄ ◄ 1 ► ►|  Registros por página: 10 ▼

**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

SRM-SB-022
Rev. marzo 2017

Estimado(a) participante MOISES MERCADO GALINDO

De acuerdo a nuestros registros, el balance de aportaciones acumuladas en el SRM es de aproximadamente $66,161.02 al 23 de enero de 2020. Las aportaciones han devengado intereses por $18,972.56 para un total de cuotas e intereses de $85,133.58.

El tiempo acreditado es de aproximadamente 30 año(s), 4 mes(es), 2 semana(s), 2.99 día(s).

Los pagos realizados por planes de pago, recaudaciones o pagos pendientes pueden no estar considerados en estos balances. Además, esta información puede variar, de encontrarse diferencias en el Informe de Cambio enviado por el patrono y de existir anulaciones futuras entre cuentas que afecten las Aportaciones del Sistema.

Estos cálculos son preliminares, están sujetos a verificación y ajustes cuando radique su Solicitud de Retiro. Deberá permanecer cotizando en el SRM hasta la fecha que proyecta retirarse.

Atentamente,

Área de Servicios de Retiro



235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918
P.O. Box 191879 · San Juan PR 00919-1879

☎ 787.777.1414    📠 787.759.2883    www.srm.pr.gov

