Moisés M. Mercado Galindo
Box 1583
San Germán, P.R. 00683

RECEIVED & FILED
2020 FEB 20 PM 3:45
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaria Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

00918134339