

A QUIEN PUEDA INTERESAR

CERTIFICO que, **Marilyn Rivera Rivera**, **Número de Seguro Social**, _MRR_ trabaja para el **Departamento de la Familia** en la **Administración de Familia y Niño (ADFAN) en la Local de Salinas.**

La señora **Marilyn Rivera Rivera**, ofrece servicios como **TSF III.** Comenzó en la agencia el **16 de noviembre de 1987**. La empleada devenga un salario bruto de **$2,908.00** mensual.

Certifico hoy **19 de febrero de 2020**, para los fines que crea pertinentes.

_[firma]_

**Nelson Rodríguez Rivera**
Oficial Administrativo II
Oficina Regional Guayama

Edif. Roosevelt Plaza 185 • PO Box 11398, San Juan, PR 00910-1398 • 787.294-4900 ext.1010
Administración Correspondiente • Oficina de Procedencia • Programa

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| RIVERA RIVERA, MARILYN | 48988 | 6/6/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| RIVERA RIVERA, MARILYN | 48988 | 6/6/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

***CUST PR 1845 SRF 38154 PackID: 272 MMLID: 1584828 SVC: 105th Omni
RIVERA RIVERA, MARILYN
BARRIO COCO NUEVO
153 CALLE ROOSEVELT
SALINAS, PR 00751