

**DEPARTAMENTO DE LA FAMILIA**
GOBIERNO DE PUERTO RICO

A QUIEN PUEDA INTERESAR

CERTIFICO que, **Noelia Alvarado Torres**, **Numero de Seguro Social,** trabaja para el **Departamento de la Familia** en la **Administración de Desarrollo Socio Económico (ADSEF) en la Local de Salinas.**

La señora **Alvarado**, ofrece servicios como **Oficinista III.** Comenzó en la agencia el **08 de enero de 2008.** La empleada devenga un salario bruto de **$1.341.00** mensual.

Certifico hoy, **18 de febrero de 2020**, para los fines que crea pertinentes.

_____
**Nelson Rodríguez Rivera**
Oficial Administrativo II
Oficina Regional Guayama

Oficina de Recursos Humanos, Edificio FISA
Paseo del Pueblo P.O. Box 210
Guayama, PR 00785, Tel. 787-864-4373