TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL
DISTRITO DE PUERTO RICO

In re Commonwealth of Puerto Rico, Case No.17BK03283-LTS

Samuel González Rosario.
HC 08 Buzón 1147
Ponce, PR    00731
Tel: (787) 901-4232.
     (787) 843-9191

PROMESA
Título III
Num. 17BK 03283-LTS
No. 154728

RÉPLICA A LA CENTÉCIMA CUARTA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO COMO EMPLEADO DEL DEPARTAMENTO DE EDUCACIÓN DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO EN RECLAMO DEL AUMENTO SALARIAL DE LA LEY 89 DE 1979 (ROMERZO), A PARTIR DEL 1980 HASTA EL 2006.

-

En Junio del 2018, se sometió el Formulario Oficial 410 Modificado, reclamando salarios impagos en mi empleo anterior como empleado de mantenimiento del Depto. de Recreación y Deportes del Gobierno de Puerto Rico por servicios prestados y que no fueron pagados.

El gobernador Carlos Romero Barceló, durante su gobernación aprobó una ley (Ley 89 del 12 de Julio de 1979) que concedía un aumento salarial de $100.00 mensuales a los empleado del gobierno de Puerto Rico.

**Este aumento nunca se pagó**

Durante el terminó de esa ley (1980 - 2004) yo, Samuel González Rosario era empleado del Departamento de Recreación y Deportes, activo en el Paquito Montaner en Ponce PR. De acuerdo con mis cálculos, el periodo comprende de 24 años de servicio, bajo la ley 89, a $1,200.00 por año, representa la cantidad de $28,800.00 a los que tengo derecho por esta ley 89.

Desglose de dinero por año de la cantidad adeudada:

$1,200.00 del año 1980 - 1981

$1,200.00 del año 1981 - 1982

$1,200.00 del año 1982 - 1983

$1,200.00 del año 1983 - 1984

$1,200.00 del año 1984 - 1985

$1,200.00 del año 1985 - 1986

$1,200.00 del año 1986 - 1987

$1,200.00 del año 1987 - 1988

$1,200.00 del año 1988 - 1989

$1,200.00 del año 1989 - 1990

$1,200.00 del año 1990 - 1991
$1,200.00 del año 1991 - 1992

$1,200.00 del año 1992 - 1993

$1,200.00 del año 1993 - 1994

$1,200.00 del año 1994 - 1995

$1,200.00 del año 1995 - 1996

$1,200.00 del año 1996 - 1997

$1,200.00 del año 1997 - 1998

$1,200.00 del año 1998 - 1999

$1,200.00 del año 1999 - 2000

$1,200.00 del año 2000 - 2001

$1,200.00 del año 2001 - 2002

$1,200.00 del año 2002 - 2003

$1,200.00 del año 2003 - 2004

La cantidad adeudada por los 24 años es de $28,800.00 suma a la que tengo derecho.

_Samuel González Rosario_
Samuel González Rosario

17 BK 03283 LTS
NO 158728

17 de febrero de 2020

A quien corresponda:

    Yo, Samuel González Rosario someto evidencia ponchadas como recibidas, de formularios de reclamos por salarios impagos, a los que tengo derecho, por leyes adicionales a la ley 89 de 1979 de Carlos Romero Barceló. Mi derecho a estás leyes adicionales se pueden corroborar con la evidencia aquí sometida para la ley 89 del 1979 de Carlos Romero Barceló.
De faltan alguna otra evidencia les agradeceré me lo hagan saber por escrito a mi dirección física y la enviaré con prontitud.
Esperando pongan el debido interés al asunto y dándole las gracias anticipadas, firmo hoy lunes 17 de febrero de 2020.

                                                      Samuel Gonzàlez Rosario

Samuel González Rosario
HC 08  Buzón 1147
Ponce P. R.  00731
Telèfonos:
(787) 843-9191 res.
(787) 901-4232

RECEIVED & FILED
CLERK'S OFFICE
FEB 20 2020
US DISTRICT COURT
SAN JUAN, PR