Samuel Gonzalez Rosario
HC 08 Buzón 1147
Ponce, P.R.
00731





Tribunal de Distrito de los
Estados Unidos Room 150 Federal Building
San Juan, Puerto Rico, 00918-1767