

INTAKE DROP BOX
RECEIVED & FILED

2020 FEB 20 PM 2:49

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

19 de febrero de 2020

A quien pueda interesar:

RE: Claim Num. 83393

La presente es para informar que se somete evidencia solicitada del caso **17 BK 3283 LTS**, debido a falta de evidencia.

Se solicita se considere los mismo fuera del término indicado.

Gracias anticipadas, quedo.

Cordialmente,

Carmen de León Torres

Edif. Roosevelt Plaza 185 • PO Box 11398, San Juan, PR 00910-1398 • 787.294-4900 ext.1010
Administración Correspondiente • Oficina de Procedencia • Programa

18 de febrero de 2020

**Replica a la objeción global**

**Datos Personales:**

Nombre: Carmen Maria de León Torres

Dirección: Barriada Santa Ana calle E.
B2 944-21- Guayama, P.R. 00784

Teléfono: 787-466-9562

Correo Electrónico:

**Número de reclamación:** 83393

**Epígrafe:**

Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico

En el asunto de PROMESA, Título III

Junta de Supervisión y Administración Financiera para Puerto Rico, Núm. 17 BK 3283-LTS como representante de Estado Libre Asociado de Puerto Rico y otros. La presenta radicación guarda relación el ELA, la ACT y el SER.

Centésima Trigésima novena objeción Global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la autoridad de carreteras y transportación de Puerto Rico y del sistema de retiro de los empleados del gobierno del estado libre asociado de Puerto Rico a reclamos deficientes en los que se alegan intereses sobre la base de unas leyes puertorriqueñas no especificadas.

Nombre de los deudores:

1. El Estado Libre Asociado de Puerto Rico el ("ELA") (núm. De procedimientos de quiebra 17 BK 3283-LTS) (últimos cuatro dígitos del número federal de contribuyente 3481)
2. La Corporación del Fondo de interés apremiante de Puerto Rico ("COFINA") (núm. de procedimiento de quiebra 17 BK 3284-LTS) (últimos cuatro dígitos del número federal de contribuyente 8474).
3. La Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (núm. de procedimiento de quiebra 17 BK 3567-LTS) (últimos cuatro dígitos del número federal de contribuyente 3808).
4. El Sistema de Retiro de los Empleados del Gobierno del Estado dígitos del número federal de contribuyente 9686).

5. La Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (núm. de procedimiento de quiebra 17 BK 4780-LTS) (últimos cuatro dígitos del núm. federal de contribuyente 3747).

6. La Autoridad de Edificios Públicos de Puerto Rico (la "AEP") (núm. de procedimiento de quiebra 19 BK 5532-LTS) (últimos cuatro dígitos del núm. federal de contribuyente 3801).

Motivo para oponerse a la objeción global:

Me opongo a la objeción global ya que tengo derecho a la Ley 89 (romeraso), Ley 164 (escala salarial) y Ley 9 (Quinquenio Sila Calderón) he estado trabajando en el Departamento de la Familia desde el 2 junio 1990, hasta el presente. Solícito que se reevalué mi reclamación 83393 y aprueben el monto de la reclamación de acuerdo al tiempo que he trabajado.

Le incluyo certificación de empleo.

Gracias, [firma]



A QUIEN PUEDA INTERESAR

CERTIFICO que, **Carmen de León Torres, Número de Seguro Social,** trabaja para el Departamento de la Familia en la **Administración de Familia y Niño (ADFAN)** en la Local de Salinas.

La señora **Carmen de León Torres,** ofrece servicios como **Asistente de Servicios.** Comenzó en la agencia el **7 de junio de 1990.** La empleada devenga un salario bruto de **$2,577.00** mensual.

Certifico hoy **19 de febrero de 2020,** para los fines que crea pertinentes.

**Nelson Rodríguez Rivera**
Oficial Administrativo II
Oficina Regional Guayama

Edif. Roosevelt Plaza 185 • PO Box 11398, San Juan, PR 00910-1398 • 787.294-4900 ext.1010
Administración Correspondiente • Oficina de Procedencia • Programa

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| DE LEON TORRES, CARMEN | 83393 | 6/18/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| DE LEON TORRES, CARMEN | 83393 | 6/18/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).