INTAKE DROP BOX
RECEIVED & FILED

2020 FEB 20 PM 2:49

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

19 de febrero de 2020

A quien pueda interesar:

RE: Claim Num. 27772

La presente es para informar que se somete evidencia solicitada del caso **17 BK 03566 LTS**, debido a falta de evidencia.

Se solicita se considere los mismo fuera del término indicado.

Gracias anticipadas, quedo.

Cordialmente,

Mayra García Rodríguez

18 de febrero de 2020

**Replica a la objeción global**

**Datos Personales:**

Nombre: Mayra García Rodríguez

Dirección: Urb. Jardines de Salinas
Calle Julito Martínez # 105
Salinas, P.R. 00751

Teléfono: 787-617-9447

Correo Electrónico: meyragarcia@yahoo.com

**Número de reclamación: 27772**

**Epígrafe:**

Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico

En el asunto de PROMESA, Título III

Junta de Supervisión y Administración Financiera para Puerto Rico, Núm. 17 BK 03566-LTS como representante de Estado Libre Asociado de Puerto Rico y otros. La presenta radicación guarda relación el ELA, la ACT y el SER.

Centésima Trigésima novena objeción Global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la autoridad de carreteras y transportación de Puerto Rico y del sistema de retiro de los empleados del gobierno del estado libre asociado de Puerto Rico a reclamos deficientes en los que se alegan intereses sobre la base de unas leyes puertorriqueñas no especificadas.

Nombre de los deudores:

1. El Estado Libre Asociado de Puerto Rico el ("ELA") (núm. De procedimientos de quiebra 17 BK 3283-LTS) (últimos cuatro dígitos del número federal de contribuyente 3481)
2. La Corporación del Fondo de interés apremiante de Puerto Rico ("COFINA") (núm. de procedimiento de quiebra 17 BK 3284-LTS) (últimos cuatro dígitos del número federal de contribuyente 8474).
3. La Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (núm. de procedimiento de quiebra 17 BK 3567-LTS) (últimos cuatro dígitos del número federal de contribuyente 3808).
4. El Sistema de Retiro de los Empleados del Gobierno del Estado dígitos del número federal de contribuyente 9686).

5. La Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (núm. de procedimiento de quiebra 17 BK 4780-LTS) (últimos cuatro dígitos del núm. federal de contribuyente 3747).

6. La Autoridad de Edificios Públicos de Puerto Rico (la "AEP") (núm. de procedimiento de quiebra 19 BK 5532-LTS) (últimos cuatro dígitos del núm. federal de contribuyente 3801).

Motivo para oponerse a la objeción global:

Me opongo a la objeción global ya que tengo derecho a la Ley 89 (romeraso), Ley 164 (escala salarial) y Ley 9 (Quinquenio Sila Calderón) he estado trabajando en el Departamento de la Familia desde el **16 de febrero de 2007** hasta el presente. Solícito que se reevalué mi reclamación **27772** y aprueben el monto de la reclamación de acuerdo al tiempo que he trabajado.

Le incluyo certificación de empleo.

Gracias,



**DEPARTAMENTO DE LA FAMILIA**
**GOBIERNO DE PUERTO RICO**
ADSEF

A QUIEN PUEDA INTERESAR

CERTIFICO que, **Mayra García Rodríguez, Número de Seguro Social,** *[handwritten]* trabaja para el Departamento de la Familia en la **Administración de Desarrollo Socio Económico (ADSEF)** en la Local de Salinas.

La señora **García,** ofrece servicios como **TASF I.** Comenzó en la agencia el **16 de febrero de 2007.** La empleada devenga un salario bruto de **$1,371.00** mensual.

Certifico hoy **19 de febrero de 2020,** para los fines que crea pertinentes.

_____
**Nelson Rodríguez Rivera**
Oficial Administrativo II
Oficina Regional Guayama



A QUIEN PUEDA INTERESAR

CERTIFICO que, **Mayra García Rodríguez, Número de Seguro Social,** *[WAR]* trabaja para el Departamento de la Familia en la **Administración de Desarrollo Socio Económico (ADSEF)** en la Local de Salinas.

La señora **García,** ofrece servicios como **TASF I.** Comenzó en la agencia el **16 de febrero de 2007.** La empleada devenga un salario bruto de **$1,371.00** mensual.

Certifico hoy **19 de febrero de 2020,** para los fines que crea pertinentes.

_____
**Nelson Rodríguez Rivera**
Oficial Administrativo II
Oficina Regional Guayama

Oficina de Recursos Humanos, Edificio FISA
Paseo del Pueblo P. O Box. 210
Guayama, P.R. 00785, Tel. 787-864-4373

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Garcia Rodriguez Mayra | 27772 | 5/29/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Reason: |  | Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Garcia Rodriguez Mayra | 27772 | 5/29/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Base para: | | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

***CUST PR 1845 SRF 38154 PackID: 819 MMLID: 1595754 SVC: 105th Omni
Garcia Rodrtguez, Mayra
Jardines de Salinas Calle Julito Martinez 105
Salinas, PR 00751

000819

| | | | | | |
|---|---|---|---|---|---|
| 869 | GARCIA RODRIGUEZ, MAYRA<br>URB. JARDINES DE SALINAS<br>CALLE F #105<br>P.O. BOX 573<br>SALINAS, PR 00751 | 5/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico. | 24757 | Indeterminado* |
| | Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |
| 870 | GARCIA RODRIGUEZ, MAYRA<br>P O BOX 573<br>GUAYAMA, PR 00785 | 5/29/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 277172 | Indeterminado* |
| | Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados