

**DEPARTAMENTO DE LA FAMILIA**
GOBIERNO DE PUERTO RICO

A QUIEN PUEDA INTERESAR

CERTIFICO que, **Lisandra Gallardo López, Número de Seguro Social,** *LGL* trabaja para el Departamento de la Familia en la **Administración de Desarrollo Socio Económico (ADSEF) en la Local de Salinas.**

La señora **Gallardo**, ofrece servicios como **TASF I.** Comenzó en la agencia el **17 de marzo de 2008.** La empleada devenga un salario bruto de **$1,341.00** mensual.

Certifico hoy **19 de febrero de 2020,** para los fines que crea pertinentes.

_____
**Nelson Rodríguez Rivera**
Oficial Administrativo II
Oficina Regional Guayama

Oficina de Recursos Humanos, Edificio FISA
Paseo del Pueblo P. O. Box. 210
Guayama, P.R. 00785, Tel. 787-864-4373