18 de febrero de 2020

**Replica a la objeción global**

**Datos Personales:**

Nombre: Melva R. Quintero Solivan

Dirección: PO Box 2108 Salinas PR 00751



Teléfono: 787-585-0266

Correo Electrónico: melva4069@gmail.com

**Número de reclamación:** 48786

**Epígrafe:**

Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico

En el asunto de PROMESA, Título III

Junta de Supervisión y Administración Financiera para Puerto Rico, Núm. 17 BK 03283-LTS como representante de Estado Libre Asociado de Puerto Rico y otros. La presenta radicación guarda relación el ELA, la ACT y el SER.

Centésima Trigésima novena objeción Global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la autoridad de carreteras y transportación de Puerto Rico y del sistema de retiro de los empleados del gobierno del estado libre asociado de Puerto Rico a reclamos deficientes en los que se alegan intereses sobre la base de unas leyes puertorriqueñas no especificadas.

Nombre de los deudores:

1. El Estado Libre Asociado de Puerto Rico el ("ELA") (núm. De procedimientos de quiebra 17 BK 3283-LTS) (últimos cuatro dígitos del número federal de contribuyente 3481)
2. La Corporación del Fondo de interés apremiante de Puerto Rico ("COFINA") (núm. de procedimiento de quiebra 17 BK 3284-LTS) (últimos cuatro dígitos del número federal de contribuyente 8474).
3. La Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (núm. de procedimiento de quiebra 17 BK 3567-LTS) (últimos cuatro dígitos del número federal de contribuyente 3808).
4. El Sistema de Retiro de los Empleados del Gobierno del Estado dígitos del número federal de contribuyente 9686).

5. La Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (núm. de procedimiento de quiebra 17 BK 4780-LTS) (últimos cuatro dígitos del núm. federal de contribuyente 3747).

6. La Autoridad de Edificios Públicos de Puerto Rico (la "AEP") (núm. de procedimiento de quiebra 19 BK 5532-LTS) (últimos cuatro dígitos del núm. federal de contribuyente 3801).

Motivo para oponerse a la objeción global:

Me opongo a la objeción global ya que tengo derecho a la Ley 89 (romeraso), Ley 164 (escala salarial) y Ley 9 (Quinquenio Sila Calderón) he estado trabajando en el Departamento de la Familia desde el 30 de junio de 2008, hasta el presente. Solícito que se reevalué mi reclamación 48786 y aprueben el monto de la reclamación de acuerdo al tiempo que he trabajado.

Le incluyo certificación de empleo.

Gracias,

Melva R Quintero Solivan



19 de febrero de 2020

A quien pueda interesar:

RE: Claim Num. 48786

La presente es para informar que se somete evidencia solicitada del caso **17 BK 3283 LTS**, debido a falta de evidencia.

Se solicita se considere los mismo fuera del término indicado.

Gracias anticipadas, quedo.

Cordialmente,

Melva R. Quintero Solivan



A QUIEN PUEDA INTERESAR

CERTIFICO que, **Melva R. Quintero Solivan Número de Seguro Social,** trabaja para el Departamento de la Familia en la **Administración de Desarrollo Socio Económico (ADSEF) en la Local de Salinas.**

La señora **Quintero,** ofrece servicios como **TASF II.** Comenzó en la agencia el **30 de junio de 2008.** La empleada devenga un salario bruto de **$1,386** mensual.

Certifico hoy **19 de febrero de 2020,** para los fines que crea pertinentes.

_____
**Nelson Rodríguez Rivera**
Oficial Administrativo II
Oficina Regional Guayama

Oficina de Recursos Humanos, Edificio FISA
Paseo del Pueblo P.O Box. 210
Guayama, P.R. 00785, Tel. 787-864-4373