17 de febrero de 2020

RECEIVED & FILED
2020 FEB 20 PM 3: 47
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

Fecha de presentación: 6/28/2018
Caso: 17 BK 03283-LTS
Número de reclamación: 124616
Reclamación alegada:$15,000.00
Deudor: Estado Libre Asociado de Puerto Rico

Mi reclamación está basada en los aumentos de sueldos no recibidos por concepto de la Ley 89-Ley de Retribución Uniforme del 12 de julio del 1979. Esta ley fue efectiva el 1ro. de enero del 1980 y adjudicaba un aumento salarial a todos los empleados públicos de $50.00 dólares mensuales partir de su efectividad.

Yo trabajé desde el 22 de diciembre del 1976 hasta el 4 de agosto del 1989 en el Departamento de Servicios Sociales, que actualmente se conoce como Departamento de la Familia. Allí realicé funciones de Técnico I y Técnico II. En dicha agencia no recibí el aumento en mi sueldo por concepto de la Ley 89 que debió ser efectivo desde el 1ero. de enero de 1980 hasta el 4 de agosto del 1989. Yo realicé una transferencia al Departamento de Instrucción Pública, ahora conocido como Departamento de Educación efectivo desde el 7 de agosto del 1989 y continué trabajando sin interrupción de tiempo. Me transferí a una plaza de Trabajadora Social Escolar en el Departamento de Educación con motivo de haber completado treinta (30) créditos de la Maestría en Trabajo Social, la cual terminé en febrero del 1990. En el Departamento de Educación trabajé desde el 7 de agosto del 1989 hasta el 26 de enero del 2007.

Luego de treinta (30) años de trabajo me retiré del servicio público como empleada y me acogí a la pensión de retiro por años de servicio. En el Departamento de Educación no recibí el aumento correspondiente por concepto de la Ley 89-Ley de Retribución Uniforme del 12 de julio del 1979, lo cual debió ser efectivo desde el 7 de agosto del 1989 hasta el 26 de enero del 2007 toda vez que yo hice una transferencia de agencia de gobierno y continué como empleada del sistema público sin ninguna interrupción.

1

A continuación presento las siguientes evidencias que sostienen mi reclamación:

Sueldos recibidos en el Departamento de Servicios Sociales y las aportaciones al Sistema de Retiro Central desde el 22 de diciembre del 1976 hasta el 4 de agosto del 1989

Certificación del nombramiento en el Departamento de Instrucción Pública que fue efectivo el 7 de agosto de 1989

Certificación del status del puesto de Trabajadora Social Escolar en el Departamento Instrucción Pública al 20 de diciembre de 1989

Informe de Cambio- Personal Docente en el Departamento de Educación efectivo al 1ero. de julio de 1992

Pagos que realicé al Sistema de Retiro para Maestros por la transferencia y acreditación de los años de servicio desde el 22 de diciembre del 1976 hasta el 4 de agosto del 1989 en el Departamento de Servicios Sociales

Tiempo trabajado y acreditado en el Departamento de Educación desde el 7 de agosto del 1989 hasta el 26 enero del 2007

Cálculos que realicé, a mi entender, de los sueldos que dejé de recibir por concepto de la Ley 89-Ley de Retribución Uniforme del 12 de julio del 1979 en el Departamento de Servicios Sociales (actualmente Departamento de la Familia) y el Departamento Instrucción Pública (actualmente Departamento de Educación)

| Agencia | Desde | Hasta | Cálculo/ Total |
|---|---|---|---|
| Departamento de Servicios Sociales (actualmente Departamento de la Familia) | enero del 1980 | julio del 1989 | (9 años con 7 meses) <br><br> 115 meses x $50.00 = $5,750.00 |
| Departamento de Instrucción Pública (actualmente Departamento de Educación) | agosto del 1989 | enero del 2007 | (17 años con 6 meses) <br><br> 210meses X $50.00 = $10,500.00 |

**TOTAL= $16,250.00**

2

Por lo antes expuesto en esta reclamación y de acuerdo a las evidencias presentadas estoy interesada en modificar la reclamación alegada de $15,000.00 a $16,250.00. De necesitar alguna información adicional favor de comunicarse conmigo a la siguiente dirección postal

    Edna I. Sánchez Cruz
    Calle Rafael Hernández #18
    Urbanización Verdum
    Hormigueros, Puerto Rico 00660-1811

Atentamente,

*[firma]*

Edna I. Sánchez Cruz