Edna I. Sánchez Cruz
Calle Rafael Hernández #18
Urbanización Verdum
Hormigueros, Puerto Rico 00660-1811

CERTIFIED MAIL

7014 1820 0000 8103 4128

U.S. POSTAGE PAID
FCM LG ENV
HORMIGUEROS, PR
00660
FEB 18, 20
AMOUNT
$8.20
R2303S102780-9

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

RECEIVED & FILED
2020 FEB 20 PM 3:47
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.