

# CERTIFICACIÓN

CERTIFICO QUE, LUIS R. MERCED TIRADO, cuyo número de seguro social es XXX-XX      es empleado del Departamento de la Familia, desde el 2 de abril de 2012. Ocupa un puesto de carrera de Técnico de Asistencia Social y Familiar I en el Centro de Servicios Integrados de Cidra. Devenga un sueldo mensual de $1,341.00.

Dada en Caguas, Puerto Rico, hoy 18 de febrero de 2020.

CERTIFICO CORRECTO,

*Janet Estrada Del Valle*
Janet Estrada Del Valle
Oficial de Recursos Humanos
Recursos Humanos, Región Caguas

OBSERVACIONES: Se expide certificación, a petición del empleado.
JEDV/lmcf