

DEPARTAMENTO DE LA
# FAMILIA
**GOBIERNO DE PUERTO RICO**

ADSEF

A QUIEN PUEDA INTERESAR

CERTIFICO que, **Carlos A. González Montañez Número de Seguro Social,** *CGM* trabaja para el Departamento de la Familia en la **Administración de Secretariado en la Local de Salinas.**

El Señor **González,** ofrece servicios como **Conserje I.** Comenzó en la agencia el **2 de febrero de 1994.** el empleado devenga un salario bruto de **$2,563** mensual.

Certifico hoy **19 de febrero de 2020,** para los fines que crea pertinentes.

**Nelson Rodríguez Rivera**
Oficial Administrativo II
Oficina Regional Guayama

Oficina de Recursos Humanos, Edificio FISA
Paseo del Pueblo P.O Box. 210
Guayama, P.R. 00785, Tel. 787-864-4373