

RECEIVED & FILED
2020 FEB 20 PM 1: 55
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

19 de febrero de 2020

A quien pueda interesar:

RE: Claim Num. 110743

La presente es para informar que se somete evidencia solicitada del caso **17 BK 3283 LTS**, debido a falta de evidencia.

Se solicita se considere los mismo fuera del término indicado.

Gracias anticipadas, quedo.

Cordialmente,

Amarilys Aponte Cruz

18 de febrero de 2020

**Replica a la objeción global**

**Datos Personales:**

Nombre: Amarilys Aponte CRuz

Dirección: Urb. La arboleda, calle 17 #262, Salinas PR. 00751

Teléfono: 787-967-4606

Correo Electrónico: Beebeeaponte@gmail.com

**Número de reclamación: 110743**

**Epígrafe:**

Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico

En el asunto de PROMESA, Título III

Junta de Supervisión y Administración Financiera para Puerto Rico, Núm. 17 BK 3283-LTS como representante de Estado Libre Asociado de Puerto Rico y otros. La presenta radicación guarda relación el ELA, la ACT y el SER.

Centésima Trigésima novena objeción Global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la autoridad de carreteras y transportación de Puerto Rico y del sistema de retiro de los empleados del gobierno del estado libre asociado de Puerto Rico a reclamos deficientes en los que se alegan intereses sobre la base de unas leyes puertorriqueñas no especificadas.

Nombre de los deudores:

1. El Estado Libre Asociado de Puerto Rico el ("ELA") (núm. De procedimientos de quiebra 17 BK 3283-LTS) (últimos cuatro dígitos del número federal de contribuyente 3481)
2. La Corporación del Fondo de interés apremiante de Puerto Rico ("COFINA") (núm. de procedimiento de quiebra 17 BK 3284-LTS) (últimos cuatro dígitos del número federal de contribuyente 8474).
3. La Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (núm. de procedimiento de quiebra 17 BK 3567-LTS) (últimos cuatro dígitos del número federal de contribuyente 3808).
4. El Sistema de Retiro de los Empleados del Gobierno del Estado dígitos del número federal de contribuyente 9686).

5. La Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (núm. de procedimiento de quiebra 17 BK 4780-LTS) (últimos cuatro dígitos del núm. federal de contribuyente 3747).

6. La Autoridad de Edificios Públicos de Puerto Rico (la "AEP") (núm. de procedimiento de quiebra 19 BK 5532-LTS) (últimos cuatro dígitos del núm. federal de contribuyente 3801).

Motivo para oponerse a la objeción global:

Me opongo a la objeción global ya que tengo derecho a la Ley 89 (romeraso), Ley 164 (escala salarial) y Ley 9 (Quinquenio Sila Calderón) he estado trabajando en el Departamento de la Familia desde el 3 de marzo 2014, hasta el presente. Solícito que se reevalué mi reclamación 110743 y aprueben el monto de la reclamación de acuerdo al tiempo que he trabajado.

Le incluyo certificación de empleo.

Gracias,

Amarilys Aponte Cruz



INTAKE DROP BOX
RECEIVED & FILED

2020 FEB 20 PM 2:49

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

A QUIEN PUEDA INTERESAR

CERTIFICO que, **Amarilys Aponte Cruz, Número de Seguro Social,** _____ **trabaja para el Departamento de la Familia** en la **Administración de Desarrollo Socio Económico (ADSEF) en la Local de Salinas.**

La señora **Aponte**, ofrece servicios como **TASF I**. Comenzó en la agencia el **3 de marzo 2014**. La empleada devenga un salario bruto de **$1,341** mensual.

Certifico hoy **19 de febrero de 2020**, para los fines que crea pertinentes.

**Nelson Rodríguez Rivera**
Oficial Administrativo II
Oficina Regional Guayama