RECEIVED & FILED

2020 FEB 20 PM 3: 47

Réplica

Bitzaida Ayala Ríos

Urb. Casania- calle Guacamayo #4446, Ponce

P.R. 00728

Epígrafe

El Tribunal de Distrito de Puerto Rico, el deudor conforme al Título III es el Estado Libre asociado de P.R. (ELA) con el número de procedimiento de Quiebra 17 BK 3283 LTS.

Motivos para oponerse a la Objeción global

El caso fue presentado el 25 de junio, 2018 con # de reclamación 87325 - caso # 17 BK 3283 - LTS. Considero no debe haber objeción global a mi reclamo sin antes observar las evidencias enviadas. El Tribunal debe declarar a lugar mi reclamo ya que hubo aumentos y no fueron adjudicados. Por esa razón mi pensión es muy baja ($880.80) mensuales.

Documentación justificativa

Adjunto envío documentación que respalda mi reclamo (Mi récord del Departamento Edu.)

PD Agradecería considerar la demora ya que Puerto Rico está pasando por una terrible situación y la mayoría de las oficinas guber- namentales tuvieron que cerrarlas por problemas estructurales y se tardó mucho tiempo para conse- guir nuestro récord.

Gracias por la atención que puedan brindar a mi caso.