De: Betzaida Oyola Rios
Urb. Casamia calle Guacamayo
#4446 - Ponce, Puerto Rico
00728




Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767