

A QUIEN PUEDA INTERESAR

CERTIFICO que, **Sharon D. Cora Ferreira, Numero de Seguro Social,** SC╪ trabaja para el **Departamento de la Familia** en la **Administración de Desarrollo Socio Económico (ADSEF) en la Local de Salinas.**

La señora **Cora,** ofrece servicios como **TASF I.** Comenzó en la agencia el **30 de junio de 2008.** La empleada devenga un salario bruto de **$1,341.00** mensual.

Certifico hoy, **18 de febrero de 2020,** para los fines que crea pertinentes.

_____
**Nelson Rodríguez Rivera**
Oficial Administrativo II
Oficina Regional Guayama