Réplica
Bitzaida Oyola Ríos
Urb. Cosamía - Calle Guacamayo #4446, Ponce
P.R. 00728

Epígrafe
El Tribunal de Distrito de Puerto Rico, el deudor conforme al Título III es el Estado Libre Asociado de P.R. (ELA) con el número de procedimiento de Quiebra 17 BK 3283 LTS.

Motivos para oponerse a la Objeción global
El caso fue presentado el 28 de junio, 2018 con # de reclamación 150827 - Caso # 17BK 3283 LTS. Considero no debe haber objeción global a mi reclamo. El Tribunal, luego de estudiar mi récord debe declarar a lugar mi reclamo ya que hubo aumentos y no fueron adjudicados, por esa razón mi pensión es muy baja (880.80) mensuales.

Documentación justificada
Adjunto envío documentos que respaldan mi reclamo. (Record del Departamento de Educación

PD  Agradecería consideren la demora ya que Puerto Rico está pasando por una terrible situación y la mayoría de las oficinas gubernamentales tuvieron que cerrarlas por problemas estructurales y se tardó mucho tiempo para conseguir nuestro récord.
Gracias por la atención que pueda brindar a mi caso.