De: Betzaida Oyola Ríos
Urb. Casamia Calle Guacamayo
#4446 - Ponce, Puerto Rico
00728




U.S. POSTAGE PAID
FCM LG ENV
PONCE, PR
00730
FEB 12, 20
AMOUNT
$2.20
R2305K133237-11

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767