**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SE] TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTE AMOUNT |
|---|---|---|---|---|
| TORRES ALVAREZ, NELLIE Y. | 67454 | 6/12/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: |  | | | |
| | Proof of claim purports to assert liabilities associated with the Commonwea Rico, but fails to provide any basis or supporting documentation for assertir against the Commonwealth of Puerto Rico, such that the Debtors are unable determine whether claimant has a valid claim against the Commonwealth o or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOL] QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN Q RECLAMO ES DEFICIENTE.**

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE L/ RECLAMACIÓ |
|---|---|---|---|---|
| TORRES ALVAREZ, NELLIE Y. | 67454 | 6/12/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilida asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona l fundamentos ni la documentación de respaldo para formular una reclamació Estado Libre Asociado de Puerto Rico, de manera que los Deudores no puede si el reclamante tiene una reclamación válida contra el Estado Libre Asociadc Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime C LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for intern callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available)

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas confor Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (núm gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extra disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).



**DEPARTAMENTO DE LA FAMILIA**
GOBIERNO DE PUERTO RICO

A QUIEN PUEDA INTERESAR

CERTIFICO que, **Nellie Y. Torres Alvarez**, Número de Seguro Social, _____, trabaja para el Departamento de la Familia en la Administración Desarrollo Socioeconómico de la Familia en la **Oficina Local Salinas**.

La **señora Torres** ofrece servicios como **Técnico Asistencia Social y Familiar II**. Comenzó en la agencia el **18 de agosto de 2003**. La empleada devenga un salario mensual de **$1,853.00** y su puesto es **Regular**.

Certifico hoy, **12 de febrero de 2020**, para los fines que crea pertinentes.

_____
**Nelson Rodríguez Rivera**
Oficial Administrativo II
Oficina Regional Guayama