18 de Febrero de 2020

## Estado Libre Asociado de Puerto Rico Junta de Supervisión y Administración Financiera para Puerto Rico

## Ley de Pago de Salario Titulo III

La presente es para informarle a ustedes que soy maestra retirada del Departamento de Educación Asociado a Puerto Rico. Trabaje desde 1964 hasta el 15 de Agosto de 1996 con 30 años de servicios.

Estoy consiente que cualifico para Ley Promesa Titulo III, **#17BK3283-LTS** por lo cual estoy redactando beneficios que me pertenecen. Mas o menos son como $35,000.

Espero que me consideren ya que los jubilados tenemos pocos beneficios: no podemos tener Seguro Social, ni ayuda alimenticia porque no cualificamos. Además, actualmente es posible que nos quiten el 10% de la pensión. Somos clase pobre, la pensión no nos da para pagar nuestros gastos médicos. Espero en ustedes que me consideren porque cualifico para el Titulo III Ley Promesa.

Atentamente,

Nilda Jirau Toledo

*Nilda Jirau Toledo*

Dirección: HC2 Box 43841

Arecibo, Puerto Rico 00612

Tel. 787-689-5744

# 124692