De:
Nilda Jirau Toledo
HC 2 Box 43841
Arecibo, Puerto Rico
00612

RECEIVED & FILED
2020 FEB 20 PM 3:34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaria (Clerk's Office
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico) 00918-1767

RETURN RECEIPT REQUESTED

7019 0700 0000 7823 7544