(1)

18 de febrero de 2020.

In re:

The Financial Oversight and Management Board for Puerto Rico as representative of The Commonwealth of Puerto Rico

Debtors

PROMESA
Tittle III  03566 C.H.D
No. 17 BK-3283-L.T.S.

This filing related to the Commonwealth, H.T.A and E.R.S.

Deudores
1- Gobierno de Puerto Rico Estado Libre Asociado.
2- Sistema de Retiro - Gobierno de Puerto Rico.

RECEIVED & FILED 2020 FEB 20 PM 3:48 US DISTRICT COURT

②

Clotilde Hernández Delfí
Comunidad Las Quinientas
Parcela 418
Calle Amatista
Arroyo, P.R. 00714


Clotilde Hernández Delfí
Apartado 180
Patillas, P.R. 00723


Correo Electrónico
hernandezcloty@gmail.com


Teléfonos
    787-240-5659
    787-204-1084

③

Reclamaciones

1- 98325 - Ley 34 - Ingreso Laboral de Roselló
 - Monto de la reclamación alegada aproximadamente - $10,000.00

2- 97588 - Ley 144 - Aumento retroactivo no pagado de la Ley 144 de la Honorable Sra. María Calderón.
 - Monto de la reclamación alegada aproximadamente alegada $15,000.00

3- 93817 - Ley 96 Costo de vida - 1 de julio de 2002.
 - Monto de la reclamación alegada aproximadamente - $10,000.00

4- P. de la C 2929 - Ley 89 - Romerazo, 12 de julio de 1979
 Monto de la reclamación alegada aproximadamente - $12,000.00.

(4)

Los motivos para oponerme a la objeción global.

Habiendo trabajado alrededor de 34 años, 2 meses, 1 día en el gobierno de Puerto Rico en la agencia del Departamento de Educación.

Trabajé como maestra de Escuela Elemental del año 1978 hasta el 1990. En el 1990 hasta 2012 trabajé como Consejera escolar. Por este motivo entiendo que merezco haber recibido los aumentos de la Ley 96 - Costo de vida del 1 de julio de 2002. La Ley 34 sobre el ingreso laboral del Honorable ex Ricardo Roselló. La Ley 144 sobre un retroactivo no pagado de la Honorable ex gobernadora Sila María Calderón. La Ley 89 del 12 de julio de 1979 del Honorable ex gobernador Romero Barceló, el Romerazo.

Documentos que evidencian mi trabajo con el Departamento de Educación

1- Certificación de empleo
2- Certificación fecha efectividad de la pensión
3- Informe renta anual vitalicia
4- Copia Formulario Oficial 410 Modificado