Clotilde Hernández Delfi
Apdo 180
Patillas, P.R. 00723

CERTIFIED MAIL

7017 1450 0001 0633 6239





U.S. POSTAGE PAID
FCM LG ENV
SAN JUAN, PR
00918
FEB 18, 20
AMOUNT
$7.80
R2305K133693-15

1000    00918

Secretaria
Tribunal de Distrito de los Estados Unidos
150 Ave Carlos Chardon
Room 150 Federal Building
San Juan, P.R. 00918-1767

RECEIVED & FILED
2020 FEB 20 PM 3:48
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.