18 de febrero de 2020

The Financial Oversight and Management Board of Puerto Rico

La presente de esta escrito es para informarles que mientras yo me desempeñaba como trabajador en la Autoridad de Acueductos y Alcantarillados del Estado Libre Asociado de Puerto Rico se establecieron varias leyes desde 1982 para aumentos de salarios los cuales no fueron ejecutados. Entiendo que dicho aumento me correspondían y no me los acreditaron a mi sueldo.

Es por tal razón que solicito que se me conceda dicha petición ya que el alto costo de vida, las enfermedades y los fenómenos atmosféricos (huracán María y temblores), la angustia y alertas de posibles descuentos para quitarme el 10% de mi pensión, esto ha afectado mi calidad de vida y he incurrido en deudas que han empeorado mi salud. Mi pensión es por una incapacidad orgánica y emocional, mi sueldo es muy bajo y el costo de vida es muy alto.

Mucho les agradeceré que se tome en consideración dicha petición para así mejorar algo mi calidad de vida.

Sinceramente

José A. Díaz Martínez

Anejo; Ley de pagos de salarios

Claim # 133799