| IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT. |
|---|

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| DIAZ MARTINEZ, JOSE A | 133799 | 7/6/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

| SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE. |
|---|

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| DIAZ MARTINEZ, JOSE A | 133799 | 7/6/2018 | Commonwealth of Puerto Rico | $0.00 $30,000.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

# Ley Núm. 17 de 17 de abril de 1931, se conocida como *"Ley de Pago de Salarios"*

Ley Núm. 3 de 21 de marzo de 1938
Ley Núm. 86 de 8 de mayo de 1945
Ley Núm. 168 de 21 de marzo de 1946
Ley Núm. 269 de 10 de mayo de 1950
Ley Núm. 6 de 16 de mayo de 1958
Ley Núm. 128 de 28 de junio de 1961
Ley Núm. 102 de 26 de junio de 1964
Ley Núm. 39 de 9 de mayo de 1968
Ley Núm. 42 de 30 de mayo de 1972
Ley Núm. 195 de 23 de julio de 1974
Ley Núm. 271 de 30 de julio de 1974
Ley Núm. 126 de 2 de junio de 1976
Ley Núm. 7 de 22 de septiembre de 1980
Ley Núm. 23 de 2 de julio de 1981
Ley Núm. 3 de 14 de abril de 1982
Ley Núm. 6 de 12 de enero de 1983
Ley Núm. 141 de 18 de julio de 1986
Ley Núm. 100 de 15 de julio de 1988
Ley Núm. 74 de 1 de julio de 1995
Ley Núm. 16 de 22 de marzo de 1996
Ley Núm. 326 de 25 de diciembre de 1998
Ley Núm. 152 de 16 de julio de 1999
Ley Núm. 249 de 30 de agosto de 2000
Ley Núm. 134 de 28 de septiembre de 2007
Ley Núm. 213 de 26 de diciembre de 2007
Ley Núm. 82 de 2 de junio de 2008
Ley Núm. 81 de 8 de junio de 2015
Ley Núm. 115 de 20 de junio de 2018