José A. Díaz Martínez
P.O. Box 54
Arecibo, P.R. 00613

7019 0700 0000 7823 3317

Clerks Office
United States District Court
#150 Chardon Avenue
Federal Building
San Juan, P.R. 00918

RECEIVED & FILED
2020 FEB 20 PM 3:35
CLERK'S OFFICE
SAN JUAN, P.R.