13 de febrero de 2020

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

Yo, Crucita Torres Nigot, reclamación #82,372, me siento incapacitada para asistir a la audiencia el 04 de marzo 2020 por varias razones:
Estoy padeciendo de dolores de cabeza continuos, náuseas y falta de equilibrio. Uso bastón por recomendación de mi doctor primario Luis E. Rodríguez.
El viernes 07 de febrero 2020 me hice el estudio de la cabeza - M.R.I. - ordenado por el Dr. Luis Rodríguez. La próxima semana, él me dirá el resultado del estudio.
Además los temblores que continúan en la zona sur de P.R. como en Ponce, Yauco, Guánica, etc. me han afectado los nervios. (depresión, ansiedad, etc.)
Sé que no estoy en buenas condiciones de salud para viajar de Ponce a San Juan.

El próximo 12 marzo 2020 cumplo 83 años de edad.
Cordialmente,

Crucita Torres Nigot
Tel (787) 840-5984

-1-

13 de febrero de 2020

Carta de jubilación del Sistema de Retiro para Maestros de P.R.
He solicitado ésta por diversos medios:

1. llamadas telefónicas - solamente se oye la grabadora
2. el 28 de enero-2020 - carta explicativa sobre la importancia de esta carta de jubilación

Además, le envié un sobre con sello y mi dirección postal escrito en el sobre, y escribí dirección de correo electrónico de un excompañero de labores magisteriales. (no han contestado)

Todas las gestiones que he hecho han fracasado.

Cordialmente,

Crucita Torres Nicot.
Urb Constancia #864 - Calle Cortada
Ponce, P.R. 00717-2202   Tel. (787) 840-5984

c/c Abogados de la Junta de Supervisión
① Proskauer Rose, LLP          ② O. Neill & Borges, LLC
   Eleven Times Square            Ave. Muñoz Rivera 250
   New York, N.Y. 10036           Suite 100
                                   San Juan, P.R. 00918-1813

P.D. Semblanza - (evidencia de mi retiro luego de 30 años - servicio magisterial.

-2-

reclamo # 83372

# Semblanza de Crucita Torres Nicot

Son muchos los recuerdos que a nuestra compañera Crucita le alimentan el alma con esperanza y gratitud a la vida. Por eso son muy acertadas las palabras del escritor H. Carrosa y cito: "Bienaventurado el que tiene recuerdos que pueden fortalecer su espíritu".

Recuerdos que comienzan un 12 de marzo en el hogar de Don Juan y Doña Sofía, en el Barrio Tibes. Donde el bullicio de un hogar de 10 hermanos, le ofreció la fuerza necesaria para autosuperarse y alcanzar sus sueños infantiles de ser maestra. Estos se hicieron realidad por 30 años. Treinta años de siembra de conocimientos y bondad en miles de niños, que guardan recuerdos del tesón y la pasión en el salón de clase de nuestra amiga y compañera Crucita. Esta pasión y entusiasmo por la enseñanza la han hecho merecedora de innumerables homenajes y reconocimientos, como por ejemplo, haber sido elegida maestra ejemplar en tres ocasiones y ya son dos las clases graduandas que le han dedicado sus ejercicios de graduación. Pero, no sólo en la educación se ha distinguido Crucita sino también en el competitivo mundo de los negocios.

En el 1962 fue reconocida como vendedora estrella de seguros en la compañía que trabajaba, pues siempre demostró ser una trabajadora incansable y que aún hoy lo sigue demostrando con igual intensidad.

Pero este galardón y sus atractivos económicos no la hicieron desviarse de su verdadera pasión; La enseñanza, logrando terminar su preparación universitaria en 1968. Comienza a trabajar ese mismo año como maestra en la Escuela La Mocha ocupando la siguiente plaza;
y escuchen bien... cuarto, quinto y sexto grado y todas las materias. ¡Dios mío que tarea! Solo Crucita podía y pudo obtener lo mejor de estos estudiantes. ¡Te felicitamos! ¡Eres admirable!

Dios le ha regalado la bendición de ser maestra en su comunidad; privilegio que pocos maestros pueden gozar. Y aunque muchos prefieren trabajar muy lejos donde no les conozcan (¿por qué será?) nuestra Crucita ha vivido fascinada en sus labores comunitarias.

Labores comunitarias que la llevaron a distinguirse en la política. Porque, como dijera Emilio Brunner y cito: "cuando un hombre o mujer se vuelve a Dios deseando servirle, Dios dirige su atención al mundo y sus necesidades".

Podremos no estar de acuerdo con sus ideas políticas pero jamás negaremos el espíritu de servicio y solidaridad que ha distinguido siempre a nuestra amiga y compañera. Sus triunfos no solo se limitan a los negocios, educación y política sino también en su vida personal; el triunfo que tiene más valor ante Dios; esto es; 41 años de armonía matrimonial con el Sr. Peter Ginorio. Y en estos tiempos donde 2 de cada 3 matrimonios termina en



U.S. POSTAGE PAID
FCM LETTER
PONCE, PR
00730
FEB 19, 20
AMOUNT
**$0.15**
R2303S101816-9



2020 FEB 20 PM 3:43
RECEIVED & FILED

Secretaría (Clerk's Office)
Tribunal del Distrito de los Estados
Unidos
Room 150 Federal Building
San Juan, P.R.     00918-1767