UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| In re: | PROMESA |
|---|---|
| The Financial Oversight and Management Board for Puerto Rico | Tittle III |
| | No. 17 BK 3283-LTS |
| As representative of | |
| The Commonwealth of Puerto Rico, et. al. | Claim 134904 |

## OPOSICIÓN A "ONE HUNDRED AND FORTY-FOURTH OMNIBUS OBJECTION"

**AL HONORABLE TRIBUNAL:**

**COMPARECE** Magda E. Rivera Capó, y muy respetuosamente **EXPONE**, **ALEGA** y **SOLICITA**:

1. En la One Hundred and Forty-Fourth Omnibus Objection la Junta de Supervisión Fiscal objetó mi reclamación porque no está determinada la cuantía que se me adeuda por parte del Sistema de Retiro para Maestros del Gobierno de Puerto Rico.

2. No obstante, acompaño una certificación del Sistema de Retiro para Maestros del Gobierno de Puerto Rico sobre el balance de aportaciones acumuladas hasta la fecha de la certificación, por lo que entiendo no procede la objeción. *Véase* Anejo 1.

**EN MÉRITO DE LO ANTERIOR**, muy respetuosamente se solicita que este Honorable Tribunal tome conocimiento de lo informado y declare sin lugar la objeción presentada sobre mi acreencia en el Sistema de Retiro para Maestros del Gobierno de Puerto Rico.

**RESPETUOSAMENTE SOMETIDA**.

CERTIFICO haber enviado copia fiel exacta de la presente moción al **Counsel for the Oversight Board** a su dirección de récord y al **Counsel for the Credits Committee** a su dirección de récord.

En San Juan, Puerto Rico, hoy 18 de febrero de 2020.

Magda E. Rivera Capó
PO Box 395
Aibonito, Puerto Rico 00705
787-385-1049

1