Anejo 1



**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

SRM-SB-022
Rev. marzo 2017

MAGDA E RIVERA CAPO
PO BOX 395

AIBONITO PR 00705

Estimado(a) participante MAGDA E RIVERA CAPO

De acuerdo a nuestros registros, el balance de aportaciones acumuladas en el SRM es de aproximadamente $69,218.22 al 26 de junio de 2019. Las aportaciones han devengado intereses por $16,972.65 para un total de cuotas e intereses de $86,190.87.

El tiempo acreditado es de aproximadamente 28 año(s), 9 mes(es), 2 semana(s), 0.51 día(s).

Los pagos realizados por planes de pago, recaudaciones o pagos pendientes pueden no estar considerados en estos balances. Además, esta información puede variar, de encontrarse diferencias en el Informe de Cambio enviado por el patrono y de existir anulaciones futuras entre cuentas que afecten las Aportaciones del Sistema.

Estos cálculos son preliminares, están sujetos a verificación y ajustes cuando radique su Solicitud de Retiro. Deberá permanecer cotizando en el SRM hasta la fecha que proyecta retirarse.

Atentamente,

Área de Servicios de Retiro



235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918
P.O. Box 191879 · San Juan PR 00919-1879



☏ 787.777.1414   📠 787.759.2883   www.srm.pr.gov