Magda E. Rivera Capó
PO Box 395
Aibonito, P.R. 00705

RECEIVED & FILED
2020 FEB 20 PM 3: 34
U.S. DIST...
SAN JUAN, P.R.

Hasler
02/18/2020
US POSTAGE $00.50⁰
FIRST-CLASS MAIL
ZIP 00918
011D10640034

Secretaria (Clerk's Office)
Tribunal de Distrito de Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767