Radicación de réplica {objection}
PROMESA TITULO III **No. 126453**
Número de reclamación:

*[firma: Cynthia Cabrera Burgos]*

Nombre: Cynthia Cabrera Burgos
Dirección Postal: PO BOX 2400 PMB 122 Toa Baja, PR 00951
Dirección residencial: Barrio. Pájaros Carretera 863 parcela 164 Km 0 Hm 0.5
   Toa Baja, PR 00949

Números de Contacto:
  Teléfono Celular (787) 619-4060 / (787) 669-0789
  Correo electrónico: apontepaloma@hotmail.com

Epigrafe:Re: Financial Oversight and Management Board Of Puerto Rico
   Ver anejo 1 {Información del caso}

Razón para la Objeción

El Gobierno del Estado Libre Asociado de Puerto Rico no ajusto nuestro salario al salario mínimo federal para los empleados del Departamento de la Educación desde el año 1992 aproximadamente. Por tal razón se radicaron varias demandas grupales de las cuales el primer grupo ya recibió el fallo a su favor recibiendo el salario mínimo federal y recibiendo el pago retroactivo correspondiente.

Ver anejos

1-Estado de Cuenta Estimado Administración de los Sistemas De Retiro}
2-Certtificación de empleo {Departamento de la Educación}
3-Copia listado de Objeción Global –Anejo A

**GOBIERNO DE PUERTO RICO**

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# CERTIFICACIÓN

Certificamos que CYNTHIA CABRERA BURGOS, disfruta beneficios de PENSION POR INCAPACIDAD OCUPACIONAL (447) de este Sistema de Retiro. La misma fue efectiva el 22 de enero de 1997. En la actualidad, recibe una anualidad ascendente a $6,000.00 pagadera en mensualidades de $500.00.

Además, tiene derecho a un bono de medicamentos de $100.00, un aguinaldo de navidad de $200.00 y una aportación para plan médico de $100.00 mensuales.

Esta certificación se expide hoy 18 de febrero de 2020, en San Juan, Puerto Rico.

Certifico correcto,

Marlisa Marrero Negron
Gerente Auxiliar
División de Asuntos de Pensionados

MIRODRIG



**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| CABRERA BURGOS, CYNTHIA | 126453 | 6/29/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| CABRERA BURGOS, CYNTHIA | 126453 | 6/29/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

000071

***CUST PR 1845 SRF 38939 PackID: 71 MMLID: 891542 SVC: 125th Omni
CABRERA BURGOS, CYNTHIA
PO BOX 2400 PMB 122
TOA BAJA, PR 00951

000071