

INTAKE DROP BOX
RECEIVED & FILED

2020 FEB 20 PM 2:49

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

19 de febrero de 2020

A quien pueda interesar:

RE: Claim Num. 36631

La presente es para informar que se somete evidencia solicitada del caso **17 BK 03566-LTS**, debido a falta de evidencia.

Se solicita se considere los mismo fuera del término indicado.

Gracias anticipadas, quedo.

Cordialmente,

Yaritza Santiago Ortiz

18 de febrero de 2020

**Replica a la objeción global**

**Datos Personales:**

Nombre: Yaritza Santiago Ortiz

Dirección: Apartado 2284 Coamo PR. 00769

Teléfono: (787) 639-1514

Correo Electrónico: yaritzasantiago750@gmail.com

**Número de reclamación:** 36631

**Epígrafe:**

Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico

En el asunto de PROMESA, Título III

Junta de Supervisión y Administración Financiera para Puerto Rico, Núm. 17 BK 3283-LTS como representante de Estado Libre Asociado de Puerto Rico y otros. La presenta radicación guarda relación el ELA, la ACT y el SER.

Centésima Trigésima novena objeción Global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la autoridad de carreteras y transportación de Puerto Rico y del sistema de retiro de los empleados del gobierno del estado libre asociado de Puerto Rico a reclamos deficientes en los que se alegan intereses sobre la base de unas leyes puertorriqueñas no especificadas.

Nombre de los deudores:

1. El Estado Libre Asociado de Puerto Rico el ("ELA") (núm. De procedimientos de quiebra 17 BK 3283-LTS) (últimos cuatro dígitos del número federal de contribuyente 3481)
2. La Corporación del Fondo de interés apremiante de Puerto Rico ("COFINA") (núm. de procedimiento de quiebra 17 BK 3284-LTS) (últimos cuatro dígitos del número federal de contribuyente 8474).
3. La Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (núm. de procedimiento de quiebra 17 BK 3567-LTS) (últimos cuatro dígitos del número federal de contribuyente 3808).
4. El Sistema de Retiro de los Empleados del Gobierno del Estado dígitos del número federal de contribuyente 9686).

5. La Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (núm. de procedimiento de quiebra 17 BK 4780-LTS) (últimos cuatro dígitos del núm. federal de contribuyente 3747).

6. La Autoridad de Edificios Públicos de Puerto Rico (la "AEP") (núm. de procedimiento de quiebra 19 BK 5532-LTS) (últimos cuatro dígitos del núm. federal de contribuyente 3801).

Motivo para oponerse a la objeción global:

Me opongo a la objeción global ya que tengo derecho a la Ley 89 (romeraso), Ley 164 (escala salarial) y Ley 9 (Quinquenio Sila Calderón) he estado trabajando en el Departamento de la Familia desde el 4/feb/2003, hasta el presente. Solícito que se reevalué mi reclamación 36631 y aprueben el monto de la reclamación de acuerdo al tiempo que he trabajado.

Le incluyo certificación de empleo.


Gracias,



A QUIEN PUEDA INTERESAR

CERTIFICO que, **Yaritza Santiago Ortiz, Número de Seguro Social,** trabaja para Departamento de la Familia en la **Administración de Familias y Niños (ADFAN) en la Local de Salinas.**

La señora **Yaritza Santiago Ortiz,** ofrece servicios como **Trabajadora Social I.** Comenzó en la agencia el **4 de febrero de 2003.** La empleada devenga un salario bruto de **$3,020.00** mensual.

Certifico hoy **19 de febrero de 2020,** para los fines que crea pertinentes.

**Nelson Rodríguez Rivera**
Oficial Administrativo II
Oficina Regional Guayama