TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

In re Commonwealth of Puerto Rico, Case No. 17 BK 3283-LTS

| | |
|---|---|
| LIZETTE MALDONADO PEREZ | PROMESA |
| HC-02 BOX 4468 | Título III |
| VILLALBA, PR 00766 | Núm. 17 BK 3283-LTS |
| (787) 213-7635 | No. De Reclamación: |
| lmp.00@hotmail.com | 140508 |

RÉPLICA A LA CENTÉSIMA VIGÉSIMA SEXTA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO COMO EMPLEADO DEL DEPARTAMENTO DE EDCUACIÓN DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO. EN RECLAMO DE LAS APORTACIONES ACUMULADAS EN EL SISTEMA DE RETIRO.

En junio de 2018 se sometió el Formulario Oficial 410 Modificado reclamando las aportaciones acumuladas de retiro de maestro en el Departamento de Educación de Puerto Rico

Hoy 17 de febrero de 2020 hago constar que desde el año 1996 que inicié en el Departamento de Educación he estado realizando unas aportaciones para mi retiro y el gobierno también ha aportado una parte la cuál ha sido añadido a mi balance. De acuerdo a los datos obtenidos a la fecha 12 de febrero de 2020 la cantidad acumulada ascendía a $69,274.03. Luego de esa fecha ha ido aumentando ya que aún estoy activa en el Departamento de Educación.

Al momento no deseo retirar mis aportaciones acumuladas, pero si deseo hacer constar que existen y deseo que permanezcan disponibles para cuando me retire. Hago constar que Employees Retirement System of the Government of the Commonwealth of Puerto Rico me adeuda la cantidad de $69,274.03 para la fecha 12 de febrero de 2020 y la misma continúa en crecimiento hasta que me retire.

Atentamente,

Lizette Maldonado Pérez