

# PRIORITY★ MAIL ★



RECEIVED & FILED

2020 FEB 20 PM 3: 36

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR



Retail
US POSTAGE PAID
$7.75
Origin: 00766
02/19/20
4294500766-02



## FLAT RATE ENVELOPE
ONE RATE ★ ANY WEIGHT*



P S00001000012

EP14B July 2013
OD: 10 x 6



**UNITED STATES POSTAL SERVICE**®

\* Domestic only.    ✕ For International shipments, the maximum weight is 4 lbs.