| IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT. |
|---|

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Torres Reyes, Maria Rosa | 82895 | 6/7/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $120,999.60 |
| Reason: | Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

| SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE. |
|---|

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Torres Reyes, Maria Rosa | 82895 | 6/7/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $120,999.60 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

000996

# Prime Clerk

## Creditor Data Details - Claim # 61842

**Creditor**

Torres Reyes, Maria Rosa

**Debtor Name**

Commonwealth of Puerto Rico

**Date Filed**

06/07/2018

**Claim Number**

61842

**Schedule Number**

n/a

# Claim Amounts

| | |
|---|---|
| **Claim Nature** | General Unsecured |
| **Schedule Amount** | |
| C* | |
| U* | |
| D* | |
| **Asserted Claim Amount** | |
| C* | |
| U* | |
| F* | |
| **Current Claim Value** | |
| **Claim Status** | |
| **Claim Nature** | Priority |
| **Schedule Amount** | |
| C* | |
| U* | |
| D* | |

| | |
|---|---|
| **Asserted Claim Amount** | |
| C* | |
| U* | |
| F* | |
| **Current Claim Value** | |
| **Claim Status** | |
| **Claim Nature** | Secured |
| **Schedule Amount** | |
| C* | |
| U* | |
| D* | |
| **Asserted Claim Amount** | Unliquidated |
| C* | |
| U* | U |
| F* | |
| **Current Claim Value** | $0.00 |
| **Claim Status** | Asserted |
| **Claim Nature** | 503(b)(9) Admin Priority |
| **Schedule Amount** | |
| C* | |
| U* | |
| D* | |
| **Asserted Claim Amount** | $252,000.00 |
| C* | |
| U* | |
| F* | |
| **Current Claim Value** | $252,000.00 |
| **Claim Status** | Asserted |
| **Claim Nature** | Admin Priority |
| **Schedule Amount** | |
| C* | |
| U* | |
| D* | |
| **Asserted Claim Amount** | |
| C* | |

U*

F*

**Current Claim Value**

**Claim Status**

| Claim Nature | Total |
|---|---|
| Schedule Amount | $0.00 |
| C* | |
| U* | |
| D* | |
| Asserted Claim Amount | $252,000.00 |
| C* | |
| U* | |
| F* | |
| Current Claim Value | $252,000.00 |
| Claim Status | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Prime Clerk maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for an attorney or law firm. Users of this website may want to seek legal counsel on the particular facts and circumstances at issue. All search results provided through this website are qualified in their entirety by the official register of claims and the Schedules of Assets and Liabilities ("Schedules") and Statements of Financial Affairs ("Statements") filed in the bankruptcy case/s of the Debtor/s. Nothing contained on this Site or in the Debtors' Schedules and Statements shall constitute an admission or a waiver of any of the Debtors' rights to assert claims or defenses. Any failure by a Debtor to designate a claim listed on the Schedules as "disputed", "contingent", or "unliquidated" does not constitute an admission that such amounts are not "disputed", "contingent", or "unliquidated." For the avoidance of doubt, listing a claim on Schedule D as "secured," on Schedule E as "priority," on Schedule F as "non-priority," or listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' right to recharacterize or reclassify such claim or contract. Each Debtor reserves the right to amend their Schedules and Statements as necessary or appropriate. Debtors further reserve the right to dispute, on any grounds, or to assert offsets or defenses to, any claim reflected on their Schedules or filed against a Debtor, including objecting to the amount, liability, classification or priority of such claim, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated."

# Prime Clerk

### Creditor Data Details - Claim # 82895

**Creditor**
Torres Reyes, Maria Rosa

**Debtor Name**
Employees Retirement System of the Government of the Commonwealth of Puerto Rico

**Date Filed**
06/07/2018

**Claim Number**
82895

**Schedule Number**
n/a

## Claim Amounts

| | |
|---|---|
| **Claim Nature** | General Unsecured |
| **Schedule Amount** | |
| C* | |
| U* | |
| D* | |
| **Asserted Claim Amount** | $40,333.20 |
| C* | |
| U* | |
| F* | |
| **Current Claim Value** | $40,333.20 |
| **Claim Status** | Pending Objection |
| **Claim Nature** | Priority |
| **Schedule Amount** | |
| C* | |
| U* | |
| D* | |
| **Asserted Claim Amount** | |
| C* | |
| U* | |
| F* | |
| **Current Claim Value** | |
| **Claim Status** | |
| **Claim Nature** | Secured |
| **Schedule Amount** | |
| C* | |
| U* | |
| D* | |
| **Asserted Claim Amount** | $40,333.20 |
| C* | |
| U* | |
| F* | |



## GOBIERNO DE PUERTO RICO

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# CERTIFICACIÓN

Certificamos que MARIA TORRES REYES, disfruta beneficios de PENSION POR MERITO de este Sistema de Retiro. La misma fue efectiva el 01 de octubre de 2006. En la actualidad recibe una anualidad ascendente a $15,901.68 pagadera en mensualidades de $1,325.14.

Mensualmente se le efectúan los siguientes descuentos:

**AEELA - SEGURO POR MUERTE**                                                            $3.50

Esta certificación se expide hoy, 06 de febrero de 2020, en San Juan, Puerto Rico.

Certifico correcto,

Marlisa Marrero Negron
Gerente Auxiliar
División de Asuntos de Pensionados

LREYES1



437 Ave. Ponce de León San Juan, P.R. 00917-3711 · PO Box 42003 San Juan, P.R. 00940-2203