**María Rosa Torres Reyes**
Calle Ferpier #206
Alturas del Parque
Carolina, Puerto Rico 00987





U.S. POSTAGE PAID
FCM LG ENV
CAROLINA, PR
00983
FEB 19, 20
AMOUNT
$0.10
1000  00918  R2305K134125-22





RECEIVED & FILED
2020 FEB 20 PM 3:47
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

HON. LAURA TAYLOR SWAN
SECRETARIA
TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA DISTRITO DE PUERTO RICO
150 CARLOS CHARDON STREET
FEDERAL BUILDING
SAN JUAN PR 00918-1767