TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

In re Commonwealth of Puerto Rico, Case No. 17 BK 3283-LTS

| | |
|---|---|
| LIZETTE MALDONADO PEREZ | PROMESA |
| HC-02 BOX 4468 | Título III |
| VILLALBA, PR 00766 | Núm. 17 BK 3283-LTS |
| (787) 213-7635 | No. De Reclamación: |
| lmp.00@hotmail.com | **126880, 137962** y **125564** |
| | Deudor: Commonwealth of Puerto Rico |

RÉPLICA A LA *CENTÉSIMA* VIGÉSIMA SEXTA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO COMO EMPLEADO DEL DEPARTAMENTO DE EDUCACIÓN DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO. EN RECLAMO DEL AUMENTO SALARIAL DE LA LEY 109-2008 DE 1 DE JULIO DE 2008.

En junio de 2018, se sometió el Formulario Oficial 410 Modificado reclamando salarios impagos en mi empleo como docente en el Departamento de Educación de Puerto Rico por servicios prestados y que no fueron pagados.

Durante su gobernación, el gobernador Anibal Acevedo Vilá aprobó una ley (Ley 109 del 1 de julio de 2008) que concedía un aumento salarial a los maestros del Departamento de Educación (DE) del Gobierno de Puerto Rico de $150.00 mensuales.

Este aumento nunca se pagó.

Durante el término de esa ley (2008-2019), yo era empleada del Departamento de Educación. De acuerdo con mis cálculos, el período comprende 11 años a $1,800.00 por año, lo que representa $19,800.00 a los que tengo derecho.

Se estima la siguiente cantidad adeudada:

$1,800.00 del año escolar 2008-2009

$1,800.00 del año escolar 2009-2010

$1,800.00 del año escolar 2010-2011

$1,800.00 del año escolar 2011-2012

$1,800.00 del año escolar 2012-2013

$1,800.00 del año escolar 2013-2014

$1,800.00 del año escolar 2014-2015

$1,800.00 del año escolar 2015-2016

$1,800.00 del año escolar 2016-2017

$1,800.00 del año escolar 2017-2018

$1,800.00 del año escolar 2018-2019

Cantidad adeudada estimada: $19,800.00

*[firma]*

Lizette Maldonado Pérez