

PRIORITY MAIL 1-DAY®
0 Lb 3.10 Oz
1005
EXPECTED DELIVERY DAY: 02/20/20
SHIP TO: SAN JUAN PR 00918
USPS TRACKING® NUMBER
9505 5114 1636 0050 2686 85

FROM:
Lizette Maldonado Pérez
HC 02 Box 4468
Villalba, P.R. 00766

TO:
Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767



# PRIORITY ★ MAIL ★

RECEIVED & FILED

2020 FEB 20  PM 3:36

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR



Retail

US POSTAGE PAID
$7.75

Origin: 00766
02/19/20
4294500766-02

## FLAT RATE ENVELOPE
ONE RATE ★ ANY WEIGHT*



P S00001000012

EP14B July 2013
OD: 10 x 6



UNITED STATES POSTAL SERVICE®

* Domestic only.   × For International shipments, the maximum weight is 4 lbs.