Noemí Lugo Morales
RR3 Box 9412
Añasco, P.R. 00610



FOREVER
USA

Barn Swallow

POSTAGE PAID
FCM LETTER
MAYAGUEZ, PR
00682
FEB 18, 20
AMOUNT
$6.40
R2305M147972-24

UNITED STATES
POSTAL SERVICE

1000

00918

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

7019 1640 0000 2884 4248

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (P.R.)
00918-1767