

FROM:
Lizette Maldonado Pérez
HC 02 Box 4468
Villalba, P.R. 00766

TO:
Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767





# PRIORITY® MAIL ★

RECEIVED & FILED
2020 FEB 20  PM 3:36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

**FLAT RATE ENVELOPE**
ONE RATE ★ ANY WEIGHT*


P S00001000012

EP14B July 2013
OD: 10 x 6


UNITED STATES POSTAL SERVICE®

* Domestic only.   × For International shipments, the maximum weight is 4 lbs.