

ESTADO LIBRE ASOCIADO DE PUERTO RICO
GOBIERNO MUNICIPAL AUTÓNOMO DE TRUJILLO ALTO
DEPARTAMENTO DE RECURSOS HUMANOS

*Eduardo Rodríguez Colón*
*Director*

# CERTIFICACION

Certifico que el señor Luis F. Mendoza Rodríguez, seguro social XXX-XX-5267 trabaja para el Municipio de Trujillo Alto desde el 8 de enero de 2014. Ocupa un puesto de Confianza como Auditor Interno.

Para que así conste, firmo la presente hoy 19 de febrero de 2020.



Eduardo Rodríguez Colón

P.O. BOX 1869 TRUJILLO ALTO, P.R. 00977
TEL. (787) 761-0172