LUIS F. MENDOZA RODRIGUEZ
E1 VILLA ROSALES
AIBONITO PR 00705



CLERK'S OFFICE
UNITED STATES DISTRICT COURT
ROOM 150 FEDERAL BUILDING
SAN JUAN PR 00918-1767



009181706 C018