17 febrero 2020

Nestor A. Abreu Fargas
AX 11 Calle 2
Praderas del Norte
Toa Baja, PR 00949

RECEIVED & FILED
2020 FEB 20 PM 3:36
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

Re: Insuficientes datos de reclamo

A quien pueda interesar:

El propósito de esta carta es justificar mi reclamo de $28,173.02 en virtud del Titulo III contra el Estado Libre Asociado de Puerto Rico. La base de este reclamo se presenta a continuación:

La Ley 96 del 1ro de julio 2002 estipuló un aumento de $100.00 mensuales a los maestros empleados del Departamento de Educación de Puerto Rico. Como maestro del sistema, no recibí ese aumento. Si tomamos la cantidad adeudada de ese aumento, desde julio 2002 hasta mi retiro en julio 2015, totalizan la cantidad de $15,600.00.

A lo anterior, se le suma la cantidad de $12,573.02, de 23 semanas de sueldos que no me pagaron después de regresar de tratamiento de descanso del Fondo del Seguro del Estado. La región de Humacao falló en su deber de reinstalarme como maestro, a mi plaza, después de haber sido dado de alta. A pesar de todas las alegaciones y cartas enviadas, el Departamento, a través de su Oficina Regional de Humacao, falló a su deber.

La suma de estas dos cantidades ($15,600.00 y $12,573.02) representan los $28,173.02 estipulados.

Respetuosamente,

*[firma]*

Nestor A. Abreu Fargas
Maestro Retirado del Departamento de Educación de Puerto Rico

Case:17-03283-LTS Doc#:11634 Filed:02/20/20 Entered:02/24/20 14:41:08 Desc: Main
Document Page 2 of 2