U.S. POSTAGE PAID
FCM LETTER
SAN JUAN, PR
00926
FEB 18, 20
AMOUNT
$6.95
R2304N116797-14

00918

1000
UNITED STATES POSTAL SERVICE

2020 FEB 20 PM 3:36
CLERK'S OFFICE
U.S. DISTRICT COURT

CERTIFIED MAIL

7019 0160 0000 0090 5891

9555\$815500

Clerk's Office
United States District Court
Room 150
Federal Building
San Juan, PR 00918-1767

Orlando Soto
AX-11 Calle 2
Praderas del Norte
Toa Baja, PR 00949

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE