18 de febrero de 2020

**De:** Coral Ortiz Vega
352A Stgo. Iglesias
Bo. Coco Salinas, P.R. 00751

**A:** Secretaria de Distrito de los E.U.A.
#150 Chardon Avenue
Federal Building
San Juan, PR

**Deudores:** Commonwealth of P.R.
Número de procedimiento 17BK3283LTS

**Título de la objeción global:** Centésima ~~trigesima~~ quinta objeción global del Sistema de Retiro

**Número de reclamación:** 146182

**Motivo #**

El gobierno de E.L.A. de P.R. aprobó en el año 1979 la Ley 89 donde le otorga al personal docente del Departamento de Educación un aumento de salario.
Dicho aumento NO fue recibido por eso este reclamo.
La Ley 89 (Ley de Retribución Uniforme) fue aprobada el 12 de julio de 1979.
Yo trabajé de 1967 al 1998.

Coral Ortiz Vega

19 de febrero de 2020

RECEIVED & FILED
2020 FEB 20 PM 3:50

De: Coral Ortiz Vega
352 A Stgo. Iglesias
Bo. Coco Salinas, P.R. 00751

A: Secretaria de Distrito de los E.U.A.
#150 Chardon Avenue
Federal Bulding
San Juan, PR

Deudores: Commonwealth of P.R.
Número de procedimiento 17BK3283LTS

Título de la objeción global: Centésima trigesima quinta objeción global del Sistema de Retiro

Numero de reclamación: 146182

Motivo #

El gobierno del E.L.A. de P.R. aprobó en el año 1966 la Ley 309 de escala salarial. En esta ley el empleado docente recibiría un aumento de sueldo de $25.00 por año de servicio. Este aumento fue suspendido sin haberse derogado la ley, por tanto estoy reclamando el dinero No recibido. Estoy haciendo un estimado aproximado de 8,000.00 ya que me retiré en 1998.

Coral Ortiz Vega

Sra. Coral Ortiz Vega
352 A Stgo. Iglesias
Bo. Coco Salinas, P.R. 00751



Secretaría (clerk's office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

2020 FEB 20 PM 3:47
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.