Tribunal de Distrito de los Estados Unidos
Para el Distrito de Puerto Rico
#150 Chardon Avenue
Federal Building
San Juan, Puerto Rico 00918



Asunto: Junta de Supervisión y Administración
Financiera para Puerto Rico

PROMESA Title III
Numero de Demanda: 17 BK 3283 – LTS

Número de Reclamación: 146060

Case No: 17-03283

Nombre: José F. Concepción Martínez

Dirección: Bo: Los Puertos HC-46 Box 5488
Dorado P.R. 00646

Tel#: (_____)

Cel#: (787) 453-2908

Re: Notificación de la Centésima Vigésima Objeción Global (No sustantiva) del Estado Libre Asociado de Puerto Rico y del Sistema de Retiro de los empleados del Gobierno del Estado Libre Asociado de Puerto Rico a reclamar deficientes en los que se alegan intereses sobre la base de las reivindicaciones salariales, laborales, y/o servicios prestados.

En el Reclamo del Gobierno de ELA de Puerto Rico, el Departamento de Educación y el Sistema de Retiro de Maestros de Puerto Rico adjunto las evidencias del reclamo de la demanda con el numero 17BK3283-LTS por la cantidad de $15,300 J.R.C. que se revise con los años de servicio reclamado.

Certificaciones Presentadas: _____

_____

_____

_____

Nombre: José F. Concepción Martínez

Firma: _____  Fecha: 14/Febrero/2020

United States District Court For The District of Puerto Rico

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767



Debtors: Estado Libre Asociado de Puerto Rico

Gobierno de Puerto Rico

Departamento de Educación

No. 178K 3283-LTS

<u>One hundred tenth</u> OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTHE OF PUERTO RICO, IN DEFFICIENT CLAIMS ASSEITING INTEREST BASED UPON UNSPECIFIED PUERTO RICO STATUS

DOC 8978-4

Proof of Claim: Num-caso 17-03283
↳ 146060

Name and Address: José F. Concepción Martinez
Bo: Los Puertos Hc-46 Buzón
5488 Dorado P.R. 00646

Reclama al Gobierno del Estado Libre Asociado de Puerto Rico; al Gobierno de Puerto Rico Departamento de Educación de Puerto Rico.

×5
Ley 89 de 1984 – Romerazo

Años Reclamados  J.F.C  23 años

Cantidad Reclamada  J.F.C  $6,900

100
Ley 96 Sila Calderón

Años Reclamados  7 años

Cantidad Reclamada  $8,400

Favor de indicar si en replica a la información solicitada:

Certificación Pensión Sistema Retiro de Maestros
Informe de Renta Mensual Vitalicio Retiro de Maestros
Certificación del Departamento de Educación (Años de servicio)

Solicito la adjudicación de mi petición, según corresponda a mis derechos por las Leyes anteriormente Especificadas.

Nombre: José F. Concepción Martínez

Firma: [signature]         Fecha: 14/Febrero/2020

**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión del **Prof. José F. Concepción Martínez**, con número de seguro social que termina en 8066.

| | |
|---|---:|
| Fecha de Efectividad de la Pensión | 17 de enero de 2007 |
| Tiempo Cotizado para la Pensión | 30 años, 4 mes, 1 sem., 2 días |
| Pensión mensual Inicial | $1,824.06 |
| Pensión Mensual Actual | $1,824.06 |

Esta certificación se expide hoy, 4 **de febrero de 2020** en **San Juan, Puerto Rico**.

Edgardo J. Negrón Ramírez
Supervisor
Área de Servicios de Retiro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879
787 777 1414    787 764 6310    www.srm.pr.gov


SRM
Sistema de Retiro para Maestros
Gobierno de Puerto Rico
Protegemos la Aportación al Futuro



# DEPARTAMENTO DE EDUCACION
Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

4 de febrero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | JOSE F. CONCEPCION MARTINEZ |
| Seguro Social | : | |
| Categoría | : | MA. EDUC. SEC  (MATEMATICAS) |
| Distrito Escolar | : | VEGA ALTA |
| Sueldo Mensual | : | $2,505.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 16 de enero de 2007 |
| Otros | : | Nuestro Sistema de Recursos Humanos refleja que trabajó para ésta Agencia por un periodo de 30 años. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

Modelo SC-1515 (IRM
14-mayo-71
Manual de Contabilidad

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**JUNTA DE RETIRO PARA MAESTROS**
**INFORME RENTA ANUAL VITALICIA**     9%=$218.89

JOSE F CONCEPCION MARTINEZ

Núm. Reclamación 42257

Sexo M

**Tipo de Renta:**
- a- Años de Servicio y edad
  - Opcional (X)
  - Obligatorio ( )
- b. Edad ( )
- c- Incapacidad
  - Ocupacional ( )
  - No Ocupacional ( )
- d- Diferida ( )

Fecha de Nacimiento: Año ___ Mes ___ Día ___

| Edad al Retirarse | | | Servicios Acreditados | | | | Coste Anualidad | Fecha de Retiro | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 54 | 2 | 10 | 30 | 4 | 1 | 2 | $48,364.64 | 2007 | 1 | 16 |
| Años | Meses | Días | Años | Meses | Sem. | Días | | Año | Mes | Día |

Fecha de Efectividad: 2007 / 1 / 17   Año Mes Día

Retiro Ley Núm. 91 DEL 2004

[stamp: DEPARTAMENTO DE FINANZAS — PREINTERVENIDOS — 27 FEB 2007 — JOSE REYES DAVILA]

**Cómputo de la Renta Anual:**
a- Sueldo promedio mensual más alto durante TRES años consecutivos a $2,432.08   $1,824.06

.75 x 30 años
(Por ciento)   (Tiempo Acreditado)

*En caso de renta anual diferida, ésta comenzará al cumplir la edad de ___

( ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años de edad

( ) o a opción en fecha posterior si al retirarse tiene 10 y menos de 25 años de servicios y menos de 60 años de edad

b. Ajuste para llegar al Mínimo Establecido por ley 89

| Años de Servicio | Edad | Incapacidad Física | Diferido |
|---|---|---|---|
| $ _____ | $ _____ | $ _____ | $ _____ |

Diferencia Mínimo o Renta Sistema de Retiro

**Renta Mensual Vitalicia**   $1,824.06

**Renta Anual Vitalicia**   $21,888.72

Computado: Annie Rivera — 16/2/08 Fecha
Cotejado: Ivonne L Ortiz Valladares — 5/16/07 Fecha
Recomendado: Irma Garcia Hernández, Directora Area Servicios de Retiro — 16/2/2007 Fecha
Aprobado: 22 [signature] Fecha — Dinelia Oyola Morales, Subdirectora Ejecutiva

Fecha: 2/16/2007

jbm

Prime Clerk
830 Third Ave, 9th Floor
New York, NY 10022

In re Commonwealth of Puerto Rico
Case No. 17-03283
United States Bankruptcy Court for the District of Puerto Rico (San Juan)

## PRIME CLERK RECEIVED YOUR PROOF OF CLAIM.

Date Filed: 6/29/2018
Proof of Claim No.: 146060

For additional information, please visit
**http://cases.primeclerk.com/puertorico**, or
call us at **844.822.9231**.

Jose F. Concepcion Martinez
Bo Los Puertos
Hc 46 Buzon 5488
Dorado, PR 00919

From: José F. Concepcion Martinez
Bo: Los Puertos Hc-46
Box 5488 Dorado P.R. 00646

  

To: Secretario (clerk, Office)
Tribunal de Distrito de los E.U.
Room 150 Federal Building
San Juan P.R. 00918-1767

RECEIVED & FILED
2020 FEB 20 PM 3:38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.