RECEIVED & FILED
2020 FEB 20 PM 3:48
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

19 de febrero de 2020

De: José Ledee Ramos
352 A Bo. Coco Nuevo Stgo. Iglesias
Salinas P.R. 00751

A: Secretaria de Distrito de los E.U.A.
#150 Chardon Avenue
Federal Bulding
San Juan, PR

Deudores: Commonwealth of P.R.
Número de procedimiento 17BK3283LTS

Título de la objeción global: Centésima trigesima quinta objeción global del Sistema de Retiro

Numero de reclamación: 164359

Motivo #: El gobierno del E.L.A. de P.R. aprobó en el año 1979 la Ley 89 donde le otorga al personal docente del Departamento de Educación un aumento de salario. Dicho aumento NO fue recibido por eso este reclamo. Ley 89 (Ley de Retribución Uniforme) fue aprobada el 12 de julio de 1979.

José Ledee Ramos

Sr. José [illegible]
352 A Stgo. Iglesias
Bo. Coco Nuevo Salinas P.R. 00751

U.S. POSTAGE PAID
FCM LG ENV
SALINAS, PR
00751
FEB 19, 20
AMOUNT
$1.00
R2305K135343-10
UNITED STATES POSTAL SERVICE
1000
00918

Secretaría (clerk's office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

RECEIVED & FILED
2020 FEB 20 PM 3:48
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.