18 de febrero de 2020

The Financial Oversight and Management Board of Puerto Rico

RECEIVED & FILED
2020 FEB 20 PM 3: 36
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

    La presente es para hacerle consta que actualmente me encuentro pensionada del Departamento de Educación del Estado Libre Asociado de Puerto Rico. Desde el 2007, fecha en que me jubile, mi situación económica se ha visto afectada, debido a que las leyes aprobadas para aumento de salario, por los gobernantes anteriores al 2007 no fueron aplicadas, afectando así mi pensión. Con el paso de los años mi salud se ha visto afectada con enfermedades que necesitan tratamiento y las cuales ocupan la mayor parte de mi presupuesto. Algunas de estas enfermedades son asma, Hashimoto, diabetes, entre otros, no permiten tener una mejor calidad de vida. Otro factor importante es que no cualifico para el seguro social como otros pensionados, adicional a esto nos quieren quitar el 10% de nuestra pensión, añadiendo más opresión a mi situación económica. Entiendo que si estas leyes se hubiesen a mi aplicado a mi sueldo tendría más dinero para suplir mis necesidades básicas y así tener una mejor calidad de vida.

    Le agradecería que tome en consideración mi estado económico y mi calidad de vida aprobando esta solicitud con diligencia y prontitud. Gracias por la atención al respeto,

Atentamente;
Nilda Mercado Feliciano

Claim # 115994

Anejo; Ley de pagos de salarios