...illa Mercado Feliciano
P.O. Box 54
Arecibo, P.R. 00613

2020 FEB 20 PM 3:36

CLERK'S OFFICE
U.S. DISTRICT COURT

7019 0700 0000 7823 3300

Clerks Office
United States District Court
#150 Chardon Avenue
Federal Building
San Juan, P.R. 00918

USPS 00612

FOREVER
USA

Barn Swallow

FEB 8 2020

$6.95
FEB 18, 20
AMOUNT
00612
R23035101705-17

00918

0001

UNITED STATES
POSTAL SERVICE



© USPS 2016

CERTIFIED MAIL ®

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

U.S. POSTAGE PAID
FCM LETTER