Tribunal de Distrito de los Estados Unidos
Para el Distrito de Puerto Rico

En el asunto de:

Junta de Supervisión y
Administración Financiera
Para Puerto Rico.

como representante de

Estado Libre Asociado de
Puerto Rico y otros

Promesa
Titulo III
Num. 17 BK 03283-LTS

Claim# 123875

La presente radicación guarda
relación con el ELA, La ACT
y el SRE.

Reclamo para que mi solicitud de reclamación contra el
Estado Libre Asociado de Puerto Rico sea considerada válida).

1. Yo, Mirian Castillo Maldonado por medio de la presente declaro,
so pena de incurrir en falso testimonio, que lo que sigue es veraz
y correcto a mi fiel saber y entender.

2. La cantidad de $60,000.00 es una cantidad estimada aproximadamente,
la evidencia está disponible a su solicitud.

3. Se me incluyó en el exhibit A, indicando que la evidencia era
deficiente, pero nunca se me solicitó anteriormente evidencia.

4. Para poder comunicarse mi nombre completo es Mirian Castillo
Maldonado, mi dirección postal es P.O. Box 367544, San Juan, P.R. 00936,
mi número de teléfono (celular) 939 224-6092 y mi correo
electrónico - miriamcastillomaldonado1@gmail.com.

fecha: 17 de febrero de 2020

SAN JUAN, P.R.
U.S. DISTRICT COURT
CLERK'S OFFICE

2020 FEB 20 PM 3: 36

RECEIVED & FILED

Por: Mirian Castillo Maldonado
Mirian Castillo Maldonado