Miriam Castillo Maldonado
P.O. Box 360544
San Juan, P.R. 00936

RECEIVED & FILED

2020 FEB 20  PM 3: 36

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN. P.R

To: Clerk's Office
United States District Court
Room 150  Federal Building
San Juan, Puerto Rico 00918-1767

10 FEB 2020 PM 2 L

SAN JUAN PR 009

