A: SECRETARIA TRIBUNAL DE DISTRITO DE LOS EU:

DE: ANISA M. AYALA VÉLEZ

ASUNTO: RECLAMACIÓN LEY #96 DE JULIO, 2002 CON NÚMERO 160498.

ADJUNTO ENVÍO LA EVIDENCIA DE LA CERTIFICACIÓN DE EMPLEO QUE CUBRE MIS AÑOS DE SERVICIO CON EL DEPARTAMENTO DE EDUCACIÓN DESDE SEPT. 1990 HASTA EL PRESENTE.



## DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

12 de febrero de 2020

# C E R T I F I C A C I O N

| | | |
|---|---|---|
| Certifico que | : | ANISA M. AYALA VELEZ |
| Seguro Social | : | |
| Categoría | : | MA. EDUC. SEC  (ESTUDIOS SOCIALES E HISTORIA) |
| Distrito Escolar | : | MAYAGUEZ |
| Sueldo Mensual | : | $2,741.67 |
| Status | : | PERMANENTE |

Observaciones :

| | | |
|---|---|---|
| Trabaja | : | Desde el 18 de septiembre de 1990 hasta el presente. |
| Cesó | : | N/A |
| Renunció | : | N/A |
| Otros | : | Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 18 años. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

ANISA M. AYALA FIGS
PROLONGACION DR. VADI #210
MAYAGÜEZ, PR 00680



U.S. POSTAGE PAID
FCM LETTER
MAYAGUEZ, PR
00682
FEB 18, 20
AMOUNT
$6.95
R2305K131382-42

1000    00918

CERTIFIED MAIL

7018 0680 0001 0477 4317

SECRETARIA
TRIBUNAL DE DISTRITO DE LOS EU
ROOM 150 FEDERAL BUILDING
SAN JUAN, PR 00918-1767

RECEIVED & FILED
2020 FEB 20 PM 3: 34