18 de febrero de 2020

De: Carmen M. Acosta Anaya
D-9 Calle Jarana Hac Los Recreos
Guayama P.R. 00784

A: Secretaria de Distrito de los E.U.A.
#150 Chardon Avenue
Federal Bulding
San Juan, PR

Deudores: Commonwealth of P.R.
Número de procedimiento 17BK3283LTS

Título de la objeción global: Centésima ~~vigésima cuarta~~ trigésima Quinta objeción global del Sistema de Retiro

Numero de reclamación: 129197

Motivo #1

El gobierno del E.L.A. de P.R. aprobó en el año 1966 la Ley 309 de escala salarial. En esta ley el empleado docente recibiría un aumento de sueldo de $25.00 por año de servicio. Este aumente fue suspendido sin haberse derogado la ley por tanto estamos reclamando el dinero que NO se recibió.

haciendo un estimado aproximadamente de $20,000.00 tomando en cuenta que comencé a trabajar en 1973 y me retiré el 31 julio 2007.

Carmen M. Acosta

RECEIVED & FILED
2020 FEB 20 PM 3:36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.