18 de febrero de 2020

De: Carmen María Acosta Anaya
D-9 Calle Jarana Hac. los Recreos
Guayama P.R. 00784

A: Secretaria de Distrito de los E.U.A.
#150 Chardon Avenue
Federal Bulding
San Juan, PR

Deudores: Commonwealth of P.R.
Número de procedimiento 17BK3283LTS

Título de la objeción global: Centésima novena (vigésima cuarta) objeción global del Sistema de Retiro

Numero de reclamación: 84063

Motivo #3

El gobierno de E.L.A. de P.R. aprobó en el año 1979 (1976) la Ley 89 donde le otorga al personal docente del Departamento de Educación un aumento de salario. Dicho aumento NO fue recibido por eso este reclamo.

La ley 89 (ley de Retribución uniforme) fue aprobada el 12 de julio 1979.

[Stamp: RECEIVED & FILED CLERK'S OFFICE FEB 20 2020 US DISTRICT COURT SAN JUAN, PR]