Carmen M. Acosta Araya
Calle Jarana D-9
Hacienda Los Recreos
Guayama P.R. 00784




U.S. POSTAGE PAID
FC PKG RTL
GUAYAMA, PR
00784
FEB 19, 20
AMOUNT
$3.80
R2303S101103-29

Secretaria (Clerk Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan P.R. 00918-1767

RECEIVED & FILED
2020 FEB 20 PM 3:37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.



USPS TRACKING® NUMBER

9500 1104 1523 0050 3871 92