FORM. 409 Rév.: 99

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos

Pagarle ____ días por vacaciones regulares en julio

Descontarle ____ días por ausencias

## Informe de Cambio – Personal Docente

|  | ANTES DEL CAMBIO | DESPUÉS DEL CAMBIO |
|---|---|---|
| 1. Nombre del Empleado | WILLIAM E. MALAVÉ BERIO |  |
| 2. Número de Seguro Social |  |  |
| 3. Lugar y Fecha de Nacimiento |  |  |
| 4. Sexo | F. |  |
| 5. Estado Civil | C. |  |
| 6. Preparación Académica | BA. |  |
| 7. Experiencia | 30 años |  |
| 8. Status del Empleado (Contrato) | Permanente |  |
| 9. Sueldo Bruto | $2,705.00 |  |
| 10. Número del Puesto | R21753 |  |
| 11. Categoría del Puesto | Maestro Educación Elemental 4-6 |  |
| 12. Nivel del Puesto (Directivo) |  |  |
| 13. Fondo |  |  |
| 14. Cifra de Cuenta | E1110-221-0810000-0000-08100-2013 |  |
| 15. Fecha de Efectividad | 31 de julio de 2013 |  |
| 16. Acción y Duración | Renuncia |  |
| 17. Causa del Cese | Jubilación |  |
| 18. Último Día de Trabajo |  |  |
| 19. Último Día de Pago |  |  |
| 20. Programa Escolar, Nivel y Grado |  |  |
| 21. Turno en Registro |  |  |
| 22. Distrito Escolar | Mayagüez |  |
| 23. Escuela | Luis Santaliz Capestany-Las Marías |  |
| 24. Dirección Postal y Residencial<br>P.O. Box 403 Las Marías, PR. 00670<br>Urb. El Bosque Cale Capá Prieto # E-2 las Marías, PR. 00670 | 25. Teléfono Residencial<br>(787) 566-3153 |
| 26. Observaciones: |  |

| 27. En caso de cambio de status a probatorio o permanente, traslado, reasignación permanente o descenso. | 29. Deseo: ____ Acogerme ____ No Acogerme<br>Al descuento del 3% de mi sueldo mensual para el Fondo de Ahorro y Préstamo de la Asociación de Empleados del ELA de Puerto Rico en caso de cambio de contrato a probatorio o permanente. |
|---|---|
| Firma del empleado — Fecha | Firma del empleado — Fecha |
| 28. Recomendado<br>Norberto Valladares Crespo<br>Director Regional — Fecha JUL 1 9 2013 | 30. Recomendado<br><br>Director de Escuela — Fecha |
| 31. Aprobado por: El Secretario de Educación o su Representante.<br>Firma — Fecha |

Si el nombramiento es con status transitorio provisional, el mismo constituye un **CERTIFICADO PROVISIONAL DE MAESTRO**. /ap