Maribel Más Morales y Milsie Echelver(?)R
P.O. Box 403
Las Marías, Puerto Rico
00670-0403

(esposo)



CERTIFIED MAIL™

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7013 2630 0000 3801 5610





U.S. POSTAGE PAID
FCM LG ENV
LAS MARIAS, PR
00670
FEB 18, 20
AMOUNT
**$7.60**
R2305K132906-03

UNITED STATES
POSTAL SERVICE®

1000      00918

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico  00918-1767

RECEIVED & FILED
2020 FEB 20  PM 3:38
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, PR