Número de Reclamación: 146109
Reclamante: Carmen L. Díaz Caraballo
Empleado del Estado Libre Asociado de Puerto Rico
Teléfono: 787-402-6792

Ref: Centésima Cuadragésima Sexta Objeción Global del Estado Asociado de Puerto Rico y del Sistema de Retiro de Empleados del Gobierno del Estado Libre Asociado de Puerto Rico

10 de febrero de 2020

Mi nombre es Carmen L. Díaz Caraballo quien reside en la siguiente dirección: Urb. Monte Brisas 5  5H15 calle 8, Fajardo Puerto Rico 00738, someto la siguiente información por requerimiento de su agencia:

Laboré 30 años en el Departamento de Educación del Gobierno de Puerto Rico para los años 1978 al 2009, información que puede ser corroborada en la base de datos del Departamento de Educación de Puerto Rico, Departamento de Hacienda y en el Sistema de Retiro para Maestros de Puerto Rico. Durante mis años de trabajo el Departamento de Educación otorgaba $25.00 dólares de aumento salarial por años de servicios. Considero que parcialmente el dinero no me fue otorgado según correspondía.

Por lo antes señalado estoy reclamando el pago por la cantidad que me corresponda, hasta el año 2009, cuando me acogí al Retiro de Maestros de Puerto Rico. Es importante señalar que al acogerme a la jubilación por años de servicio el monto de mi pensión fue afectada, como consecuencia de no haberse otorgado este aumento de sueldo.

Es mi interés se realice una investigación sobre este asunto y se revise esta determinación. Las leyes propuestas en el Estado Libre Asociado de Puerto Rico se crean para beneficiar a los empleados públicos y espero se pueda cumplir con las mismas. Luego de haber revisado nuevamente los cálculos, según mi apreciación la deuda sería de: $6,000.00 aproximadamente.

Cordialmente,

*Carmen L. Díaz Caraballo*
Carmen L. Díaz Caraballo