Carmen J. Ruiz Carrillo
Urb. Santa Elena 5
His Calle 8
Fajardo, P.R. 00738

RECEIVED & FILED
2020 FEB 20 PM 3: 44
CLERK
U.S. DISTRICT
SAN JUAN, P.R.

Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

SAN JUAN PR 009
19 FEB 2020 PM 2 L

