12 de febrero de 2020

Réplica a la Objection Global

Nombre: *Maribel Más Morales*

Firma: *Maribel Más Morales*

Dirección: *P. O. Box 403 Las Marías Puerto Rico 00670-0403*

Teléfono: *787 951-5032*
*787 566-3153*

Correo Electrónico: *masmaribel1959@gmail.com*

Epígrafe:

(Deudores)

Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico.

En el asunto de:

Junta de Supervisión y Administración Financiera para Puerto Rico,

como representante.

Estado Libre Asociado de Puerto Rico y otros.

Promesa Título 111

Núm. 17 BK 3282 – LTS

(Administración Conjuntamente)

La Presente Radicación guarda relación con el E.L.A., La A.C.T. y el C.E.R.

(Anexo A según Prime Clark)

1. Núm. De Reclamación: 156230
   Fecha de Presentación: 7/5/2018
2. Núm. De Reclamación: 145855
   Fecha de Presentación: 7/5/2018

Monto de la Reclamación adeudada:

Total: 60,000

Motivo para oponerse a la Objeción Global:

Yo soy maestro(a) retirado(a). Nunca he recibido notificación escrita de este proceso. Me entere por una breve noticia en la tv de que los empleados públicos estaban reclamando en el Tribunal Federal. Luego extendieron la fecha para reclamar, pero el tiempo no fue suficiente. No se sabia que documento enviar para sustentar la reclamación. Por ello, la objeción de mis reclamos. Ahora fui al Departamento de Educación el 7 de febrero de 2020 para buscar el documento necesario y el personal de muchas oficinas alegan que no han recibido instrucciones. Lo único que me informaron que me podían facilitar por correo, era una certificación y una 409 informe de cambio. Espero llegue a tiempo antes de la fecha límite. Espero consideren mis reclamos nuevamente y puedan revisar mi caso.