ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos

Pagarle _____ días por vacaciones regulares en julio

Descontarle _____ días por ausencias

## Informe de Cambio – Personal Docente

| | ANTES DEL CAMBIO | DESPUÉS DEL CAMBIO |
|---|---|---|
| 1. Nombre del Empleado | MARIBEL MÁS MORALES | |
| 2. Número de Seguro Social | | |
| 3. Lugar y Fecha de Nacimiento | | |
| 4. Sexo | F. | |
| 5. Estado Civil | C. | |
| 6. Preparación Académica | BA. | |
| 7. Experiencia | 31 años | |
| 8. Status del Empleado (Contrato) | Permanente | |
| 9. Sueldo Bruto | $2,730.00 | |
| 10. Número del Puesto | R39870 | |
| 11. Categoría del Puesto | Maestra Educación Niñez Temprana K-3 | |
| 12. Nivel del Puesto (Directivo) | | |
| 13. Fondo | | |
| 14. Cifra de Cuenta | E1110-221-0810000-0000-08100-2013 | |
| 15. Fecha de Efectividad | 31 de diciembre de 2012 | |
| 16. Acción y Duración | Renuncia | |
| 17. Causa del Cese | Jubilación | |
| 18. Último Día de Trabajo | | |
| 19. Último Día de Pago | | |
| 20. Programa Escolar, Nivel y Grado | | |
| 21. Turno en Registro | | |
| 22. Distrito Escolar | Mayagüez | |
| 23. Escuela | Luis Santaliz Capestany- Las Marías | |

| 24. Dirección Postal y Residencial | Teléfono Residencial |
|---|---|
| P.O. Box 403 Las Marías, PR. 00670-0403<br>E2 Calle Capá Prieto Urb. El Bosque las Marías, PR. 00670 | (787)   951-5032 / 566-3153 |

26. Observaciones:

| 27. En caso de cambio de status a probatorio o permanente, traslado, reasignación permanente o descenso. | | 29. Deseo: _____ Acogerme _____ No Acogerme<br>Al descuento del 3% de mi sueldo mensual para el Fondo de Ahorro y Préstamo de la Asociación de Empleados del ELA de Puerto Rico en caso de cambio de contrato a probatorio o permanente. | |
|---|---|---|---|
| Firma del empleado | Fecha | Firma del empleado | Fecha |
| 28. Recomendado<br>Ana N. Méndez Barreto<br>Directora Regional | Fecha | 30. Recomendado<br>Director de Escuela | Fecha |

31. Aprobado por:   El Secretario de Educación o su Representante.

| Firma | Fecha |
|---|---|

Si el nombramiento es con status transitorio provisional, el mismo constituye un CERTIFICADO PROVISIONAL DE MAESTRO