Maribel Más Morales y William Echebarria B.
P.O. Box 403 (esposo)
Las Marías, Puerto Rico
00670-0403

CERTIFIED MAIL

7013 2630 0000 3801 5610



U.S. POSTAGE PAID
FCM LG ENV
LAS MARIAS, PR
00670
FEB 18, 20
AMOUNT
$7.60
R2305K132906-03

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

RECEIVED & FILED
2020 FEB 20 PM 3:38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR