**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

---

En el asunto de:

JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,

como representante de

ESTADO LIBRE ASOCIADO DE PUERTO RICO y otros,

Deudores.

---

PROMESA,

Título III

Núm. 17 BK 3283-LTS

(Administrada conjuntamente)

**La presente radicación guarda relacion con el ELA, la ACTA y el SER.**

RECEIVED & FILED
2020 FEB 20 PM 3: 44
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

**REPLICA A LA CENTESIMA VIGESIMA OCTAVA OBJECCION GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACION DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE3 ALEGAN INTERESES SOBRE BASE DE LAS REIVINDICACIONES SALARIALES, LABORALES O SERVICIOS PRESTADOS**

**Comparece la parte reclamante**, Fernando G. Marrero Coll, quien alega y suplica lo siguiente:

1. Que mi nombre es Fernando G. Marrero Coll, resido en la Urbanización Coco Beach, 439 Calle Bahía, Rio Grande, Puerto Rico 00745, número telefónico (787) 888-6501 (hogar) y (787) 637-6783 (celular), con correo electrónico fgmarrero@gmail.com y con el **número que identifica mi reclamación 153441** radicada el 2 de julio de 2018.

2. Que en la fecha antes mencionada radique una reclamación por una cantidad aproximada de $150,000.

3. Que he sido notificado de la solicitud de rechazo de esta petición por no proveer los fundamentos y documentación que prueben esta reclamación.

4. Aclaramos que nuestro reclamo en ningún momento solicita una cantidad mayor a las aportaciones y el producto de dichas aportaciones que realice al Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico y que solamente radiqué esta reclamación con el propósito de preservar cualquier derecho que tuviera con el deudor.

5. Que he realizado gestiones infructuosas con el deudor para que se me provea la documentación necesaria para sustentar y conocer las cantidades de nuestras aportaciones

al Sistema de Retiro. Estas gestiones fueron por vía de internet, telefónica y por correo electrónico.

6. Que la información solicitada está disponible únicamente en los récords del deudor.

Conforme a lo anterior, solicito que no se desestime mi reclamación en cuanto a mis aportaciones y beneficios en el Sistema de Retiro y que se ordene a los deudores proveerme la información sobre dichas aportaciones y beneficios.

Certifico haber enviado copia del presente escrito a: Proskauer Rose LLP, Eleven Times Square, New York, New York, 10036-8299, A/A: Martin J. Bienenstock, Brian S. Rosen; Paul Hastings LLP, 200 Park Avenue, New York, New York 10166, A/A: Luc A. Despins, James Bliss, James Worthington, G. Alexander Bongartz.

Respetuosamente sometido en Río Grande, Puerto Rico, hoy 15 de febrero de 2020.

Fernando G. Marrero Coll
Urb. Coco Beach 439 Calle Bahía
Rio Grande, Puerto Rico 00745