Fernando C Marrero Bl/
Urb. Coco Beach
439 Calle Bahia
Rio Grande, Puerto Rico 00745

RECEIVED & FILED
2020 FEB 20 PM 3: 44

SAN JUAN PR 009
18 FEB 2020 PM 1 L

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico, 00918-1767