15 de febrero de 2020.

Elba G. Baez Baez
Urb. Borinquen EE-31
Calle José Campeche
Cabo Rojo P.R. 00623

    Respetuosamente me dirijo al Tribunal de Distrito de los Estados Unidos, en Puerto Rico, para presentar mi petición, para que se haga cumplir mi reclamo al Estado Libre Asociado de Puerto Rico, a través de Prime Clerk con el número de procedimiento #126640, en la Centésima Trigésima Sexta Objeción Global, A: Defectuosa por un monto.

    Serví al Departamento de Educación por treinta y siete años como educadora durante los cuales surgió la Ley 89 12 de julio de 1979 que determinaba un aumento de sueldo a los empleados públicos. Para esa fecha me encontraba activa, dando servicio, y este aumento al que tenía derecho no me fue otorgado. El incumplimiento de esta ley afectó severamente mi pensión.

    Por tanto suplico al honorable Tribunal no declare a lugar la Objeción Global en relación a este reclamo.

    Adjunto evidencia justificativa a ésta réplica antes expuestas

a. Hoja con el numero de reclamación
b. Certificación por años de servicios Dept. Educación y Retiro

Atentamente, Elba G. Baez Baez
Elba G. Baez Baez

15 de febrero de 2020.

Elba G. Baez Baez
Urb. Borinquen EE-31
Calle José Campeche
Cabo Rojo P.R. 00623

Respetuosamente me dirijo al Tribunal de Distrito de los Estados Unidos, en Puerto Rico, para presentar mi petición, para que se haga cumplir mi reclamo al Estado Libre Asociado de Puerto Rico, a través de Prime Clerk con el número de procedimiento #150012, en la Centésima Trigésima Sexta Objeción Global, A: Defectuosa por un monto 6,000.00

Serví al Departamento de Educación por treinta y siete años como educadora durante los cuales surgió la Ley 96 del 2002 que determinaba un aumento de sueldo a los empleados públicos. Para esa fecha me encontraba activa, dando servicio, y éste aumento al que tenía derecho no me fue otorgado. El incumplimiento de esta ley afectó severamente mi pensión.

Por tanto suplico al honorable Tribunal no declare a lugar la Objeción Global en relación a este reclamo.

Adjunto evidencia justificativa a ésta réplica antes expuestas
a. Hoja con el número de reclamación
b. Certificación por años de servicios Dept. Educación y Retiro

Atentamente, Elba G. Baez Baez
Elba G. Baez Baez