From: Elba G. Báez Báez
Urb. Borinquen E.E. 31
Calle José Campeche
Cabo Rojo P.R. 00623

**CERTIFIED MAIL**

7019 0700 0001 8182 2613



U.S. POSTAGE PAID
FCM LG ENV
CABO ROJO, PR
00623
FEB 18, 20
AMOUNT
**$7.60**
R2305E124816-09

RETURN RECEIPT REQUESTED

To: Secretaría (clerk's office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

RETURN RECEIPT REQUESTED