Número de Reclamación: 142119
Reclamante: **_Josefina Rivera Casanova_**
Empleado del Estado Libre Asociado de Puerto Rico
Teléfono: 787-355-4811

Ref: Centésima Cuadragésima Sexta Objeción Global del Estado Asociado de Puerto Rico y del Sistema de Retiro de Empleados del Gobierno del Estado Libre Asocaido de Puerto Rico

10 de febrero de 2020

Mi nombre es Josefina Rivera Casanova quien reside en la siguiente dirección: HC 01, Box 7104, Luquillo, Puerto Rico 00773, someto la siguiente información por requerimiento de su agencia:

Laboré 30 años en el Departamento de Educación, Comedores Escolares del Gobierno de Puerto Rico. Durante mis años de trabajo el Honorable Carlos Romero Barceló, Gobernador de Puerto Rico para los años 1977 al 1985, otorgó un aumento de sueldo permanente de $30.00 dólares mensuales a todos los empleados públicos. Esta es la Ley #12 del 27 de julio de 1982.

El Estado Libre Asociado de Puerto Rico no otrogó ese aumento de sueldo, por lo cual se estableció una demanda por parte de los empleados públicos en los Tribunales de Puerto Rico. La demanda fue resuelta a favor de los empleados públicos, pero el aumento de sueldo de $30.00 dólares permanente nunca se otrotgó.

.Por lo antes señalado estoy reclamando el pago por la cantidad que me corresponda. Es importante señalar que al acogerme a la jubilación por años de servicio el monto de mi pensión fue afectada, como consecuencia de no haberse otrogado este aumento de sueldo.

Es mi interés se realice una investigación sobre este asunto y se revise esta determinación. Las leyes propuestas en el Estado Libre Asociado de Puerto Rico se crean para beneficiar a los empleados públicos y espero se pueda cumplir con las mismas. Luego de haber revisado nuevamente los cálculos, según mi apreciación la deuda sería de $4,500.00 aproximadamente.

Cordialmente,

*Josefina Rivera Casanova*
Josefina Rivera Casanova