Josefina Rivera
HC 01, Box 7104
Luquillo, PR 00773



CERTIFIED MAIL

7019 1640 0000 1649 7838

RECEIVED & FILED
2020 FEB 20 PM 3:44
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Tribunal de Distrito de los Estado Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

