Secretaria (Clerk & Office)

Tribunal Distrito de los Estados Unidos

Room 150- Federal Building

San Juan,  Puerto Rico. 00918- 1767.

RECEIVED & FILED
2020 FEB 20  PM 3: 45
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.R.

18 de febrero de 2020

Re: Maribel Negrón  Alvarado

No. Reclamación 105694

Fecha de presentación  6/27/2018

Deudor: Gobierno de  Puerto Rico

Ingrese a la Policía de Puerto Rico el 30 de junio de 1979 al 31 de marzo de 2009, a un total
de 30 años de servicio.  Que durante 30 años de servicio  no se me hicieron los ajustes
correspondientes al sueldo.

En el año 2004 mediante la ley #168-2-2004 ,aprobada por la gobernadora Sila M. Calderón
de $150.00 dolares los cuáles nunca fueron adjudicados al sueldo  ni los pasos por años de
servicio.

Por lo que me opongo a que el Tribunal acceda a objeción global  para excluirme al pago a
que tengo derecho.

Atentamente,

Maribel Negrón Alvarado

Cc: Abogado Junta Supervisión

Abogado Comité Acreedores