Maribel Mosyen Alvarado
PO Box 4119
Villalba, P.R. 00766

SAN JUAN PR 007
19 FEB 2020 PM 2 L

RECEIVED & FILED
2020 FEB 20 PM 3: 45
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaria (Clerk é office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767