Tribunal de [...]
Para el Distrito de Puerto Rico

En el asunto de:
Junta de Supervisión y
Administración Financiera
Para Puerto Rico

como representante de
Estado-Libre Asociado de Puerto Rico
y otros.

Primesa
Título III

Núm. N BK 3283-LTS

(Administrada conjuntamente)
La presente radicación
guarda relación con el
ELA, ACT y el SRE.

RECEIVED & FILED
2020 FEB 20 PM 3: 45
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Deseo se acepte mi reclamación ya que puedo proveer documentos que ayudan a determinar la cantidad a reclamar y otros datos pertinentes.
Tanto la reclamación #124868 y #123408 no se ha podido determinar cantidad a reclamar pues se requieren documentos que pueden ser provistos.

Yo, Mirian Castillo Maldonado, por medio de la presente declaro, so pena de incurrir en falso testimonio, que lo que sigue es veraz y correcto a mi fiel saber y entender:

1. Para poder comunicarse: mi nombre es Mirian Castillo Maldonado, mi dirección es P.O. Box 367544 San Juan, P.R. 00936. mi número de teléfono (celular) 939 224-6093 y mi correo electrónico miriamcastillomaldonado1@gmail.com.

2. La cantidad a devolverse estimará al corroborar los documentos que se soliciten, de acuerdo a los años que apliquen.

3. Espero se me consideré en la reclamación. Espero se me solicite documentos específicos, para poderlos proveer.

fecha:
11 de febrero de 2020

Por: Mirian Castillo Maldonado
Mirian Castillo Maldonado.