From: Mirian Castillo Maldonado
P.O. Box 367544
San Juan, PR. 00936

RECEIVED & FILED
2020 FEB 20 PM 3: 45
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

To: Prime Clerk Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico
00918-1767

SAN JUAN PR 009
19 FEB 2020 PM 2 L