Secretaria (Clerk & Office)

Tribunal Distrito de los Estados Unidos

Room 150- Federal Building

San Juan, Puerto Rico. 00918- 1767.

RECEIVED & FILED

2020 FEB 20 PM 3: 45

CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

18 de febrero de 2020

Re: Ruth Dávila Rodríguez

No. Reclamación 67910

Fecha de presentación  6/27/2018

Deudor: Gobierno de  Puerto Rico

    Ingrese a la Policía de Puerto Rico el 30 de marzo de 1979 al 31 de marzo de 2010, a un total de 30 años de servicio.  Que durante 30 años de servicio  no se me hicieron los ajustes correspondientes al sueldo.

    En el año 2004 mediante la ley #168-2-2004 ,aprobada por la gobernadora Sila M. Calderón de $150.00 dolares los cuáles nunca fueron adjudicados al sueldo  ni los pasos por años de servicio.

    Por lo que me opongo a que el Tribunal acceda a objeción global  para excluirme al pago a que tengo derecho.

Atentamente,

Ruth Dávila Rodríguez

Cc: Abogado Junta Supervisión

    Abogado Comité Acreedores