Ruta Davila Rodriguez
Apco 1 Box 4086
Villalba, P.R. 00766-9710

SAN JUAN PR 007
10 FEB 2020 PM 2

RECEIVED & FILED
2020 FEB 20 PM 3:45
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Secretaria (Clerk i Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, PR 00918-1767