Alan Salgado Mercado
HC. 46, Box 6030
Dorado. P.R.
00646



U.S. POSTAGE PAID
VEGA ALTA, PR
00692
FEB 14, 20
AMOUNT
$1.20
R2305K135419-25
0000

Clerks Office
United States Distric Court
Room 150 Federal Building
San Juan, P.R.
00918 - 1717

SAN JUAN, P.R.
U.S DISTRICT COURT
CLERK'S OFFICE

2020 FEB 20  PM 3: 47

RECEIVED & FILED