20 de febrero 2020

Re: Promesa Proof of Claim
In re: Commonwealth of Puerto Rico
            caso no. 76253
United States District Court of Puerto Rico

A quien pueda interesar:

Considero que tengo derecho a la compensación por los beneficios correspondientes a la ley (89) (Romero).
El hecho de no haber recibido dichos aumentos me alteró en mi cómputo para mi pensión. Tampoco recibí los aumentos por la ley 447 enmendada, ley 15 de Mayo 1951 aumento por el costo de vida, equivalente al 3% de mi pensión cada tres años. Agradeceré su atención.
Por eso pido se me restituya ese dinero que será de gran beneficio para mí.
            cordialmente,
            Petronila Dávila Pérez

Doy fe de ser Petronila Davila caso #76253. Mi apellido Materno es Perez.

Petronila Davila Perez
caso #76253

Gracias

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767

RECEIVED & FILED

FEB 20 PM 3:53

CLERK'S OFFICE
DISTRICT COURT
SAN JUAN PR

Debtors: Estado Libre Asociado de Puerto Rico

Gobierno de Puerto Rico

Departamento de Educación

No. 17SK 3283-LTS

**OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTHE OF PUERTO RICO, IN DEFFICIENT CLAIMS ASSEITING INTEREST BASED UPON UNSPECIFIED PUERTO RICO STATUS**

DOC 8978-4

Proof of Claim: 76253

Name and Address: Petronila Dávila Pérez
Box 214
Dorado P.R. 00646

Reclama al Gobierno del Estado Libre Asociado de Puerto Rico; al Gobierno de Puerto Rico Departamento de Educación de Puerto Rico.

Ley 89 de 1984 – Romerazo

Años Reclamados  15 años

Cantidad Reclamada $4,500.00

Ley  10 - 1992

Años Reclamados  19 años

Cantidad Reclamada $9,441.51

Caso# 76253

... y replica a la información solicitada:

1- Certificación años de servicio (Dept Educación)
2- Informe renta anual vitalicia (pop/pran) equiv pensión Sistema de retiro para maestros
3- Certificación Sistema de Retiro
4- Carta explicativa

Solicito la adjudicación de mi petición, según corresponda a mis derechos por las Leyes anteriormente Especificadas.

Nombre: Petronila Daniels Péez

Firma: _____  Fecha: 14 de Feb 2020