

# DEPARTAMENTO DE EDUCACION
## Estado Libre Asociado de Puerto Rico
### Secretaría Auxiliar de Recursos Humanos

**ATT:** Ley Promesa

28 de enero de 2020

# C E R T I F I C A C I O N

| | |
|---|---|
| Certifico que | : PETRONILA DAVILA PEREZ |
| Seguro Social | : |
| Categoría | : DIRECTOR ESCUELA ELEMENTAL III |
| Distrito Escolar | : VEGA ALTA |
| Sueldo Mensual | : $2,470.00 |
| Status | : PERMANENTE |
| Observaciones | : |
| Trabaja | : N/A |
| Cesó | : N/A |
| Renunció | : Efectivo el 31 de mayo de 2001 |
| Otros | : Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de (27) años, (4) meses y (2) días. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

March 4, 2020 omnibus hearing (the "March Hearing"). [ECF Nos. 10045, 10256, 10331, 10378.] In order to review these responses, and in particular, to evaluate whether such claimants shall be transferred into the administrative reconciliation process, the Debtors hereby adjourn the hearings on the objections listed below to the March Hearing, solely with respect to the additional claims listed below. Accordingly, the claims with respect to which either the Debtors or the Court have adjourned to the March Hearing are as follows:

    a. *Ninety-Sixth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 9546]: Proofs of Claim Nos. 89531, 32741, 48733 and 79699.

    b. *Ninety-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 9547]: Proofs of Claim Nos. 67557, 29388, 28939, 16103, 29790, 42306, 20071, 81334, 60847, 32016, 28939, 29388, and 85291 [ECF No. 10350].

    c. *Ninety-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 9548]: Proofs of Claim Nos. 76253, 13468, 34063, 47375, 34063, and 13468.

    d. *Ninety-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 9549]: Proofs of Claim Nos. 40511, 69267, 27343, 48750, and 34197 [ECF No. 10356].

    e. *One Hundredth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 9550]: Proofs of Claim Nos. 48182, 26638, 38313, 17066, 43797, 86083, 32777, 74697, 42161 [ECF No. 10137], 58264 [ECF No. 10317], 33898 [ECF No. 10360], and 101536 [ECF No. 10361].

    f. *One Hundred First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation*

SRF 39292

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## NOTICE OF ADJOURNMENT AS TO CERTAIN CLAIMS SUBJECT TO OMNIBUS OBJECTIONS (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO

To the Honorable United States District Judge Laura Taylor Swain:

1. Scheduled for hearing on January 29, 2020 are various objections to proofs of claim filed against the Commonwealth of Puerto Rico (the "Commonwealth") and the Employees Retirement System for the Government of the Commonwealth of Puerto Rico ("ERS," and together with the Commonwealth, the "Debtors").

2. Since the filing of the objections scheduled for hearing, numerous responses have been filed by claimants subject thereto. By orders dated January 16, 2020, January 21, 2020, January 23, 2020, and January 24, 2020, the Court adjourned certain of these responses to the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).