**CERTIFIED MAIL**

7019 1120 0001 3128 7902



U.S. POSTAGE PAID
PM 1-Day
DORADO, PR
00646
FEB 19, 20
AMOUNT
$14.15
R2304M113297-10

1005  00918

**PRESS FIRMLY TO SEAL**

USPS POSTAL SERVICE

# PRIORITY MAIL

- Date of delivery specified*
- USPS TRACKING™ included to many major international destinations.
- Limited international insurance.
- Pick up available.*
- Order supplies online.*
- When used internationally, a customs declaration label may be required.

* Domestic only

INTRA-DISTRICT PRIORITY
PUERTO RICO · ST. THOMAS · VIEQUES · ST. CROIX · ST. JOHN · CULEBRA

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

**FROM:** Pierozula Davila Pérez
Box 216
Dorado, P.R. 00646

**TO:** Secretaria Clerks Office
Tribunal de Destrito de Pr E.U.
Room 150 Federal Building
San Juan, P.R. 00918-1767

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
2020 FEB 20 PM 3:45



t 2018
2 x 9 1/2

This envelope is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; October 2018; All rights reserved.