RECEIVED & FILED
2020 FEB 20 PM 3: 38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Reclamante: Alberto Vega Zayas

Número de Procedimiento: 17 BK 3283 -LTS

Números de Reclamación: 139137, 136952, 135965

Reclamación del dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde agosto 1998 hasta julio 2012 como Maestro Educación Física en el Departamento de Educación del Estado Libre Asociado de Puerto Rico.

| | #Reclamación | Cantidad Adeudada |
|---|---|---|
| 1. Ley 89 - julio de 1995 – Romerazo | 139137 | $ |
| 2. Ley 109 – junio, 2008 - Escala salarial – Paso | 136952 | $ 4,800.00 |
| 3. Ley 96 – julio 2002 – Aumento de sueldo | 135965 | $ 12,000.00 |
| 4. Ley 164 – julio 2003 – Aumento de sueldo | 135965 | $ 10,800.00 |
| Gran Total | | $ 27,600.00 |

Así como otras leyes aprobadas, que me apliquen y no se me otorgó la compensación adecuada. Muy agradecida por su atención a esta reclamación.

Atentamente,

Alberto Vega

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Vegas Zayas, Alberto | 139137 | 8/7/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | \multicolumn{4}{l}{Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors} |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Vegas Zayas, Alberto | 139137 | 8/7/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Vega Zayas, Alberto | 136952 | 8/7/2018 | Commonwealth of Puerto Rico | $0.00 $4,800.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Vega Zayas, Alberto | 136952 | 8/7/2018 | Commonwealth of Puerto Rico | $0.00 $4,800.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

***CUST PR 1845 SRF 38939 PackID: 738 MMLID: 2089662 SVC: 134th Omni
Vega Zayas, Alberto
PO Box 800868
Coto Laurel, PR 00780-0868

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Vega Zayas, Alberto | 135965 | 8/7/2018 | Commonwealth of Puerto Rico | ~~$0.00~~ $22,800.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Vega Zayas, Alberto | 135965 | 8/7/2018 | Commonwealth of Puerto Rico | ~~$0.00~~ $22,800.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

RECEIVED & FILED

2020 FEB 20 PM 3: 39

## REPLICA DE OBJECION GLOBAL

I. Datos de contacto

Nombre: Alberto Vega Zayas
Dirección: P.O. Box 800868
Coto Laurel, Puerto Rico 00780-0868
Teléfono: (787)-810-8000

II. Epígrafe

A. Secretaría (Clerk's Office)

Tribunal de Distrito de los Estados Unidos

Room 150 Federal Building

San Juan (Puerto Rico) 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283-LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

Número de las evidencias por reclamo

#49762 - Ley #89 - Romerazo – Efectiva en 1 de julio de 1996

#94057 - Ley de Escala Salarial – Pasos, del 6 de junio de 2008

#96621 – Ley #96 (2002) del Dr. Pedro Roselló – efectiva julio de 2002

Ley #164(2004) de la Sra. Sila M. Calderón efectiva enero de 2004

III. El Tribunal no debe declarar a lugar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes

Ley 89 Romerazo – Efectiva en 1 de julio de 1996

Ley de Escala Salarial – Pasos del 6 de junio de 2008

Ley #96 (2002) del Dr. Pedro Roselló – efectiva julio de 2002

Ley #164(2004) de la Sra. Sila M. Calderón efectiva enero 2004

IV.  Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con el Departamento de Educación de Puerto Rico desde el _ de agosto de 1998 hasta el _ de julio de 2012 (_ años) de labor como _.

Se esta reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo:
Diploma de Bachiller en Artes (Enseñanza de Educación Física en la Escuela Elemental)- Universidad Interamericana de Puerto Rico
Certificación de Años de servicio en el Departamento de Educación del Estado Libre Asociado de Puerto Rico
Solicitud de Retiro (Sistema de Retiro para Maestros) del Estado Libre Asociado de Puerto Rico
Certificación Radicación Solicitud de Retiro del Departamento de Educación del Estado Libre Asociado de Puerto Rico
Certificación Años de Servicio y Edad del Sistema de Retiro Para Maestros del Gobierno de Puerto Rico

Debido a la reciente situación de emergencia por terremotos en Puerto Rico se están enviando las réplicas en esta fecha. De necesitar información o documentación adicional favor de comunicarse con la que suscribe,

*Alberto Vega Zayas* (firma)

Alberto Vega Zayas
Teléfono - (787)-810-8000

2

# Universidad Interamericana
## de Puerto Rico

La Junta de Síndicos de la Universidad Interamericana de Puerto Rico, en virtud de la autoridad que le es propia y a recomendación de la Facultad, otorga a

## Alberto Vega Zayas

quien ha completado todos los requisitos prescritos por la Facultad, el grado de

## Bachiller en Artes
### Enseñanza de Educación Física en la Escuela Elemental

con todos los honores, derechos, distinciones y privilegios que conlleva dicho grado. Como testimonio de lo anterior subscribimos este diploma con el sello oficial de la Universidad.

Dado en Puerto Rico, el día 9 de junio de 1998.



Presidente de la Universidad

Presidente de la Junta de Síndicos



# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

6 de febrero de 2020

## CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | ALBERTO VEGA ZAYAS |
| Seguro Social | : | |
| Categoría | : | MA. EDUCACION FISICA (K-12) |
| Distrito Escolar | : | SANTA ISABEL |
| Sueldo Mensual | : | $2,730.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 27 de julio de 2012 |
| Otros | : | Presto servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 14 años. Nuestro sistema de Recursos Humanos refleja que ocupó una plaza desde 08/21/1998. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

SRM-asr-3
Rev. 05/04

Estado Libre Asociado de Puerto Rico
**Sistema de Retiro para Maestros**
Area Servicios de Retiro

## SOLICITUD DE RETIRO

Para uso de la SRM

**Nota:** Conteste todas las preguntas. Escriba a máquina o con tinta en letra de molde. Si no hay espacio suficiente use otro papel y acompañelo a esta solicitud. **LEA INSTRUCCIONES AL DORSO**

Por la presente solicito los beneficios del Retiro, de acuerdo a las disposiciones de la Ley Núm. 91 del 29 de marzo de 2004, según enmendada.

**1. Nombre:** Alberto  **Apellido Paterno:** Vega  **Apellido Materno:** Zayas
**2. Seguro Social:** ___-__-94
**3. Sexo:** ☐ Femenino  ☒ Masculino
**4. Estado Civil:** ☐ Soltero(a)  ☒ Casado(a)  ☐ Divorciado(a)  ☐ Viudo(a)  ☐ Separado(a)
**5. Dirección Postal:** P.O. Box 800868 Cotto Laurel, P.R. 00780-0868
**6. Número de Teléfono:**
**7. Fecha de Nacimiento:** 10 sept. 1949 (Día / Mes / Año)
**8. Dirección Residencial:** Jardines de Jacaguas Calle B #17 Juana Díaz P.R.
**9. Agencia donde trabaja:** Departamento de Educación
**10. Pueblo donde trabaja:** Juana Díaz
**11. Puesto que ocupa:** Maestro de Ed. Física
**12. Fecha de efectividad de la renuncia:**
**13. Préstamo con SRM:** ☐ Sí  ☒ No  **Tipo:** ☐ Hipotecario  ☐ Personal  ☐ Viaje Cultural
**14. Razón para el Retiro:** ☐ Años de Servicio y Edad  ☐ Diferido  ☒ Edad (60 años con 10 años de servicio y menos de 25 años de Servicio)
**15. Nombre del Cónyuge:** Irma Vega Colón
**16. Nombre de hijos menores de 18 años de edad / Fecha de Nacimiento (Mes, Día y Año):**

_____ Fecha       _____ Firma del Solicitante

### PARA USO DEL PATRONO

**CERTIFICACIÓN DEL SUPERVISOR INMEDIATO**

**17. CERTIFICO que** Alberto Vega Zayas **se encuentra actualmente en** Servicio Activo ✓

_____ Uso de licencia (especifique) ; la fecha de Renuncia es efectiva el **31 julio 2012** (Día/Mes/Año)

**12 enero 2012** Fecha       _____ Miguel A. Ros Rodríguez
Superintendente de Escuelas o Jefe de Personal del Departamento o Agencia

Vea Instrucciones al dorso

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACIÓN
SECRETARÍA AUXILIAR DE RECURSOS HUMANOS
RETIRO DOCENTE

# CERTIFICACIÓN RADICACIÓN SOLICITUD DE RETIRO

De conformidad con las disposiciones de la Ley Núm. 208 del 21 de diciembre de 2010, certifico que:

### INFORMACIÓN DEL EMPLEADO

Nombre y apellidos: Alberto Vega Zayas

Seguro Social: _____  Puesto: Maestro educ. física elm.

Región Educativa: Ponce  Distrito: Sta. Isabel

Escuela: Pedro Colón Santiago  Municipio: Juana Díaz

Fecha radicación solicitud de retiro: 11 enero 2012

Fecha efectividad de renuncia: 31 julio 2012

☐ Solicitud Excepcional  Razón: _____

Clasificación del Puesto: ☑ Maestro ☐ Director ☐ Trabajador Social ☐ Orientador

Categoría: ed. física elm.  Número de Puesto: R85918

Realizó la debida notificación de su intención de jubilarse hoy, 11 de enero de 2012

Miguel A. Borges - Director Regional
**Nombre en letra de molde del Director de Escuela o Representante Autorizado**

Miguel A. Bo Rodríguez
**Firma del Director de Escuela o Representante Autorizado**

Observaciones: _____

*Este formulario debe contener en original el sello de la Escuela o Región Educativa, según corresponda para que se valide la autenticidad del mismo y sea sometido junto a la Solicitud de Retiro del Sistema de Retiro para Maestros (SRM3) para el trámite correspondiente.*

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. 773-2676, 2725 ó 6288 FAX. (787) 759-7097
El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.



**Gobierno de Puerto Rico**
**Sistema de Retiro para Maestros**

CERTIFICACIÓN AÑOS DE SERVICIO Y EDAD

1 de marzo de 2012

SRA MATILDE PEDRAZA
SECCION NOMBRAMIENTOS Y CAMBIOS
DEPARTAMENTO DE EDUCACIÓN

RE: Alberto Vega Zayas

El profesor de referencia ha radicado una Solicitud de Retiro por la Ley 91 de 29 de marzo de 2004 (Ley del Sistema de Retiro para Maestros del Estado Libre Asociado de Puerto Rico).

[ ] Años de Servicio    [ X ] Edad    [ ] Diferida    [ ] Suplementaria

Al **22 de diciembre de 2011** fecha de su última aportación recibida

[X] cualifica  [ ] no cualifica  para acogerse a la jubilación y tiene el siguiente tiempo:

| AÑOS | MESES | SEMANAS | DÍAS | EDAD |
|------|-------|---------|------|------|
| 13   | 4     | -       | 2    | 62   |

Los pagos pendientes no están considerados en esta certificación. Los mismos son:
[ ] Reconocimiento de Tiempo
[ ] Diferencia en por ciento por transferencia recibida
[ ] Reembolso de Cuotas
[ X ] No aplica

Cualifica para una pensión al 1.8 % del promedio de los 36 salarios más altos, multiplicados por el tiempo cotizado.

El tiempo certificado puede variar, de encontrarse diferencias en el Informe de Cambio, enviado por el Departamento de Educación u otras instituciones Gubernamentales y de existir anulaciones futuras entre cuentas que afecten las aportaciones del Sistema. Deberá permanecer cotizando en nuestro Sistema hasta la fecha que proyecta retirarse.

El plan médico y planes suplementarios deben ser pagados directamente a las aseguradoras hasta tanto envíen las autorizaciones de descuentos para tramitar su pensión.

Cordialmente,

Ivonne L Ortiz Valladares
Directora, Área Servicios de Retiro

Wanda I Rodríguez Mirabal
Oficial de Servicios de Retiro

PROF ALBERTO VEGA ZAYAS
PO BOX 800868
COTTO LAUREL PR 00780-0868

Alberto V[...]
P.O. Box 800868
Coto Laurel, Puerto Rico
   00780-0868



RECEIVED & FILED
2020 FEB 20 PM 3:39
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, (Puerto Rico) 00918-1767