Case:17-03283-LTS Doc#:11658 Filed:02/20/20 Entered:02/24/20 15:36:22 Desc: Main Document Page 1 of 7

17 de febrero de 2020
Guayanilla, PR

Mayra Gutiérrez Class
HC 2 BOX 2118
Guayanilla PR 00656
Telf. 787-612-1446
Norchu 71 @ gmail. Com

RECEIVED & FILED
2020 FEB 20 PM 3: 44
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Tribunal De Distrito de EU para el Distrito De PR
Centésima Décima Segunda Objeción Global
Articulo 306 (a) de PROMESA Título III
Núm. 17 BK 3283 LTS
N° de Reclamación: 106243, 101448, 94908, 159985

Según la LEY 164

    Fui empleada del Departamento de Educación del ELA de PR desde 1985 al 2016. Mientras estuve activa surge la LEY 164 donde se le reconoce a los servidores públicos su excelente labor a la sociedad ofreciendo incentivos para mejorar sus condiciones de trabajo, es así como el Gobierno aprueba un aumento de $100 mensuales efectivo al 1-enero-2004.
    Como servidora pública cualifico para este aumento, el mismo no me fue adjudicado en ese momento. Solicito se me otorgue el mismo, el cual asciende a un total de $18,000.00.
    Gracias por su atención a este asunto, esperando una pronta contestación.

Atentamente,
Mayra Gutiérrez Class
*[signature]*
HC 2 BOX 2118
Guayanilla, PR 00656

17 de febrero de 2020
Guayanilla, PR


Mayra Gutiérrez Class
BO Jagua Tuna Parcela 31
Calle 2, Guayanilla PR 00656
Telf. 787-612-1446
Norchu 71 @ gmail. Com


Tribunal De Distrito de EU para el Distrito De PR
Centésima Décima Segunda Objeción Global
Articulo 306 (a) de PROMESA Título III
Núm. 17 BK 3283 LTS
Nº de Reclamación: 106243, 101448, 94908, 159985

Según la LEY 89 "LEY DE RETRIBUCION UNIFORME"

    Estuve activa con el Departamento de Educación del ELA de PR desde 1985 hasta 2016. Para el 1 de julio de 2002 se hace efectivo un aumento salarial bajo la LEY 89, LEY DE RETRIBUCION UNIFORME. Ésta LEY otorgó un aumento de $100 mensuales a empleados públicos el cual no fue honrado. Se me adeuda la cantidad de $20,000.00.

    Solicito se verifique mi reclamación en este asunto. Esperando su contestación, quedo.


Atentamente,
Mayra Gutiérrez Class
HC2 BOX 2118
Guayanilla PR 00656

**080 Dept. de Educacion - Maestros**
Avenida Teniente Cesar Gonzalez, Esquina Calaf
HATO REY, PR 00919

| Grupo de Pago: | SM -Quincenal | Aviso #: | 4876263 |
|---|---|---|---|
| Desde: | 11/23/2016 | Fecha Aviso: | 12/15/2016 |
| Hasta: | 12/08/2016 | | |

MAYRA GUTIERREZ CLASS
HC 01 BOX 7320
GUAYANILLA, PR 00656-9744

SS: XXX-XX-8262

| # Empleado: | XXXXX8262 |
|---|---|
| Dept: | 8005136-YAUCO-PONCE |
| Lugar: | DALILA TORRES |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $2,730.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,365.00 | 1,434.00 | 31,355.94 |
| Bono de Navidad | | | 0.00 | | 600.00 |
| Total: | | | 1,365.00 | 1,434.00 | 31,955.94 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| PR Withholding | 35.29 | 809.18 |
| Total: | 35.29 | 809.18 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 122.85 | 2,822.03 |
| Total: | 122.85 | 2,822.03 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-Asoc Maestros de PR | 198.50 | 4,565.50 |
| CO-COOP MAESTRO PR | 100.00 | 2,300.00 |
| DM-FONDOS UNIDOS | 1.00 | 23.00 |
| SC-COOP DE SEGUROS DE VIDA | 25.58 | 588.34 |
| Ahorros-AEELA | 40.95 | 940.68 |
| Total: | 366.03 | 8,417.52 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 201.34 | 4,420.34 |
| FSED Disability Plan | 23.21 | 543.36 |
| SM-Asoc Maestros de PR | 0.00 | 1,320.00 |

* Tributable

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,365.00 | 0.00 | 35.29 | 488.88 | 840.83 |
| Acumulado: | 31,955.94 | 0.00 | 809.18 | 11,239.55 | 19,907.21 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| Aviso #4876263 | 840.83 |
|---|---|
| Total: | 840.83 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Dept. de Educacion - Maestros
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
12/15/2016

Aviso No.
4876263

Cant. Deposito: $840.83

A la Cuenta(s) De

MAYRA GUTIERREZ CLASS
HC 01 BOX 7320
GUAYANILLA, PR 00656-9744

Localizacion: DALILA TORRES

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | XXXXXXXXXXXXXX | 840.83 |
| Total: | | 840.83 |

## NO-NEGOCIABLE

31 de octubre de 2016

Dra. Rebecca López Miranda

Directora

Escuela de la Comunidad Dalila Torres

Guayanilla, P.R. 00656

Sra. López:

    Como es de su conocimiento me encuentro en el proceso de cumplimiento con los requisitos que me permitirán acogerme al Sistema de Retiro del gobierno de Puerto Rico. A tal efecto, presento mi renuncia al puesto de maestra de Educación Especial número R25275 que ocupo en esta escuela. La misma sería efectiva al 22 de diciembre de 2016.

*Mayra Gutierrez Class*

Mayra Gutierrez Class

Maestra Educación Especial

Esc. Dalila Torres- Guayanilla

# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

22 de febrero de 2017

MAYRA GUTIERREZ CLASS  XXX-XX-8262        Solicitud No:    912876
HC 01 BOX 7320                              Radicada en:    20 ene 2017

GUAYANILLA, PR 00656

Señor(a): Gutierrez Class        CASO: 982

Deseamos informarle que su Pension Años De Servicio ha sido aprobada. Su retiro fue efectivo el 23 de diciembre de 2016 y su renta mensual será de $2,047.50. Recibirá un pago retroactivo desde la fecha de efectividad de su pensión hasta el ingreso a nómina.

Si usted no se encuentra conforme con la presente determinación podrá radicar dentro del término de 20 días a partir de la notificación de la determinación del Director o su representante, un Escrito de Reconsideración ante la Junta de Síndicos del SRM. Dicha solicitud puede ser radicada personalmente o enviada por correo.

Radicaciones

Dirección Física: Secretaría Junta de Síndicos, Piso 8, Capital Center, Torre Norte 235 Ave Arterial Hostos, Hato Rey, PR

Dirección Postal: Secretaría Junta de Síndicos, Piso 8, PO Box 191879, San Juan, PR 00919-1879

En las radicaciones por correo, el matasellos debe mostrar que la misma fue cursada dentro del término establecido. Todos los términos mencionados en los incisos para apelar o solicitar reconsideración son en días naturales. El procedimiento de apelación se rige por el Reglamento 7053 de 15 de noviembre de 2005.

Le informamos que cualquier gestión, comunicación o trámite que efectúe con nuestro Sistema, distinto a los escritos antes mencionados, no interrumpe los términos que dispone para ejercer su derecho de apelación.

Atentamente,



Ivonne L. Ortiz Valladares
Area De Servicios De Retiro



235 Avenida Arterial Hostos, Edificio Capital Center, Torre Norte, Hato Rey, Puerto Rico 00918
P.O. Box 191879, Hato Rey, PR 00919-1879

srm_correspondenciaconsulta@srm.pr.gov   (787) 777-1414   http://www.srm.pr.gov

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 10/16/2019 |
| Hasta: | 10/31/2019 |

Business Unit: PUERT
Aviso #: 4120920
Fecha Aviso: 10/30/2019

**MAYRA GUTIERREZ CLASS**
HC 1 BOX 7320
GUAYANILLA PR 00656-9421

SS: XXX-XX-8262

| | |
|---|---|
| # Empleado: | XXXXX8262 |
| Dept: | 592230-Anos y Servicios Ley160/2013 |
| Lugar: | Anos y Servicios Ley160/2013 |
| Titulo: | Pensionado |
| Sueldo: | $2,047.50 Monthly |

| | Federal | PR |
|---|---|---|
| DATA IMP: | | |
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,023.75 | 1,635.00 | 20,475.00 |
| **Total:** | | | 1,023.75 | 1,635.00 | 20,475.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-Asoc Maestros de PR | 150.00 | 3,180.00 |
| CO-COOP MAESTRO PR | 100.00 | 2,000.00 |
| SC-COOP DE SEGUROS DE VIDA | 25.59 | 511.80 |
| AS-ASOC MAESTROS DE P.R. | 8.50 | 170.00 |
| Ahorros-AEELA | 30.71 | 614.20 |
| **Total:** | 314.80 | 6,476.00 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|

* Tributable

### TOTAL BRUTO

| | Corriente | Acumulado |
|---|---|---|
| Corriente: | 1,023.75 | |
| Acumulado: | 20,475.00 | |

### TOTAL IMPUESTOS
0.00
0.00

### DEDUCCIONES TOTALES
314.80
6,476.00

### PAGA NETA
708.95
13,999.00

### BTO HORAS / ACUM
| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA
| | |
|---|---|
| Aviso #4120920 | 708.95 |
| Total: | 708.95 |

**MENSAJE:**

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
10/30/2019

Aviso No.
4120920

Cant. Deposito: __$708.95__

TRAY 55 SQ 12421*****************SCH 5-DIGIT 00653    12421 2 AV 0.383
MAYRA GUTIERREZ CLASS
HC 1 BOX 7320
GUAYANILLA PR 00656-9421

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | 104813 | $708.95 |
| **Total:** | | $708.95 |

**NO-NEGOCIABLE**

Mayra Gutierrez Class
HC2 Box 2118
Guayanilla P.R 00656





7019 1120 0000 2358 9251

Secretaria Clerk's Office
Tribunal de Distrito de los E.U.
Room 150 Federal Building
San Juan P.R 00918-1767

2020 FEB 20 PM 3: 44
RECEIVED & FILED

