18 Febrero 2020

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

Ruben J. Ortiz Montero
720, Paseo del Parque Calle acacia
Toa Alta, Diaz, P.R. 00795
Tel (787) 533-4512
correo electronico: vjom1967@gmail.com

A. Deudores
1) Administración de los sistemas de Retiro de los empleados del Gobierno y La Judicatura
2) Numero de Procedimiento (reclamación #161934)
3) Titulo de la Objecion Global: Aportaciones al sistema del Retiro de los empleados del Gobierno y La Judicatura
4) Evidencia de Reclamo: Certificación de los Balance de Aportaciones

B) Motivo para Oponerme a la Objeción Global:

Que desde el día 24 Septiembre de 1993, ingrese al Servicio público en el Departamento de Seguridad y Protección de la Policía de Puerto Rico. Comenze a cotizar el día 24 Septiembre de 1993 al presente y tengo un balance de Aportaciones de $62,049.13. Este balance mencionado es para mi retiro. llevo 23.75 años de Servicio público. Que para el futuro tengo planificado mi Jubilación y sera mi fuente de Ingreso familiar.

Por lo que solicito al Honorable Tribunal.
Que no declare ha lugar a la Objeción Global.

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Ortiz Montero, Ruben J | 161934 | 7/10/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Ortiz Montero, Ruben J | 161934 | 7/10/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).



**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

20 de diciembre de 2019

Agencia: 149 - DEPT. DE SEGURIDAD Y PROTECCION PUBLICA

RUBEN ORTIZ MONTERO                               Seguro Social: XXX-XX-9911
720 PASEO DEL PARQUE
JUANA DIAZ, PR 00795

A base de la información en nuestros registros, al 20 de diciembre de 2019 usted posee:

Fecha de Nacimiento: 26 de julio de 1967                    Género: Masculino
Fecha de Ingreso al Servicio Público: 24 de septiembre de 1993
Fecha de Comienzo de Cotización: 24 de septiembre de 1993

| *Ley Anterior al 30 de junio de 2013* | | *Ley 3 al 30 de junio de 2017* | |
|---|---|---|---|
| Años Acreditados: | 19.75 | Tiempo Trabajado: | 4 |
| Aportaciones: | $37,335.32 | Aportaciones: | $14,564.80 |
| Intereses: | $8,987.67 | Intereses: | $1,161.34 |
| Gastos Teneduría: | $0.00 | Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $46,331.54 | Total Aportaciones: | $15,726.14 |
| SNC Pagado: | $8.55 | Beneficio: | $0.00 |
| SNC Tiempo: | 0.00 | | |
| Beneficio: | $0.00 | | |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.

Coordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940   PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545   www.retiro.pr.gov



GOBIERNO DE PUERTO RICO
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: RUBEN ORTIZ MONTERO**                                     Seguro Social: XXX-XX-9911
720 PASEO DEL PARQUE
JUANA DIAZ, PR 00795

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | DEPT. DE SEGURIDAD Y PROTECCION PUBLICA |
| Años de Servicio: | 23.75 |
| Balance de Aportaciones: | $62,049.13 |

Esta certificación fue emitida el 20 de diciembre de 2019.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2019122046096653

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov



RETIRO

Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940   PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545   www.retiro.pr.gov

From: Ruben J. Ortiz
720 Paseo del Angel
Jauca Ponce, P.R.
00755

RECEIVED & FILED
2020 FEB 20 PM 2:45

U.S. POSTAGE PAID
FCM LETTER
MERCEDITA, PR
00715
FEB 18, 20
AMOUNT
$0.70
R2304M113827-02

1000
00918

To: Secretaria (Clerk's) Office
Tribunal del Distrito de los EE.UU.
Room 150 Federal Building
San Juan, P.R. 00918-1767

ReadyPost
Document Mailer