TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

In re Commonwealth of Puerto Rico, Case No. 17 BK 3283-LTS

| | |
|---|---|
| José E. Santini Bocachica | PROMESA |
| Urb. Monte Bello-11032 | Título III |
| Villalba, P.R. 00766 | Núm. 17 BK 3283-LTS |
| Tel. 701-901-5993 | No. De Reclamación 133065 |
| Josesantini40@gmail.com | |

RÉPLICA A LA CENTÉSIMA CUARTA OBJECIÓN (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO COMO EMPLEADO DEL DEPARTAMENTO DE EDUCACIÓN DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO EN RECLAMO DE LA LEY 180-COST LIVING DE 27 DE JULIO DE 1998. LA LEY 180 ESTABLE UN AUMENTO DE (SALARIO) AL 3% MENSUAL, CADA 3 AÑOS POR EL AUMENTO DEL COSTO DE LA VIDA.
EL DINERO SE ME ADUEDA DESDE EL AÑO 2001 CUANDO COMENCÉ A RECIBIR LA PENSION HASTA EL PRESENTE 2019. ESTOS SON LOS MOTIVOS POR LOS QUE PIENSO QUE EL HON. TRIBUNAL NO DEBA DECLARAR A LUGAR LA OBJECIÓN GLOBAL EN RELACIÓN A MI RECLAMO.

*José E. Santini Bocachica* (signature)
José E. Santini Bocachica