Jose E. Santini Bocachica
urb. Monte Bello # 11032
Villalba, P.R. 00766

RETURN RECEIPT REQUESTED

CERTIFIED MAIL
7018 2290 0000 2774 2832

U.S. POSTAGE PAID
FCM LG ENV
VILLALBA, PR
00766
FEB 19, 20
AMOUNT
$7.60
R2303S101580-02

RETURN RECEIPT REQUESTED

Secretaria (clerk office)
Tribunal de Distrito de los Estados Unidos
Room 150 Avenida Chardon
Edificio Federal
San Juan Puerto Rico 00918-(1767)

2020 FEB 20 PM 3:47
RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.