United States District Court For The District of Puerto Rico
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

RECEIVED & FILED
2020 FEB 20 PM 3:46
[CLERK'S OFFICE]
[DISTRICT COURT]
[SAN JUAN, P.R.]

Debtors: Estado Libre Asociado de Puerto Rico

Gobierno de Puerto Rico

Departamento de Educación

No. 17 BK 03566 LTS

_One Hundred Fifty-Sixth_ OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTHE OF PUERTO RICO, IN DEFFICIENT CLAIMS ASSEITING INTEREST BASED UPON UNSPECIFIED PUERTO RICO STATUS

DOC 8978-4

Proof of Claim: #90888

Name and Address: Carmen N. Cruz Cruz
Calle 12 #130E
Bo. Mameyal, Dorado, P.R.
00646

Reclama al Gobierno del Estado Libre Asociado de Puerto Rico; al Gobierno de Puerto Rico Departamento de Educación de Puerto Rico.

Ley 89 de 1984 – Romerazo

Años Reclamados  32 años, 5 meses, 2 semanas, 2.5 días

Cantidad Reclamada $38,400

Ley Sila #164

Años Reclamados  12 años

Cantidad Reclamada $12,000

GOBIERNO DE PUERTO RICO
Sistema de Retiro para Maestros

SRM-SB-024
Rev. marzo 2017

## CERTIFICACIÓN DE PENSIÓN

CRUZ CRUZ, CARMEN N
BO MAMEYAL
130E CALLE 12
DORADO PR 00646-2439

Certifico que CRUZ CRUZ, CARMEN N recibe de una pensión vitalicia del Sistema de Retiro para Maestros. La pensión mensual es de $2,448.76 equivalente a $29,385.12 anual. Luego de las deducciones recibe la cantidad de $1,700.76 mensual, equivalente a $20,409.12 anual.

Esta certificación se expide hoy 6 de febrero de 2020.



Número de Certificación: SRM03P2000744

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Estado Libre Asociado de Puerto Rico: http://www.pr.gov o en nuestro Portal en http://www.srm.pr.gov

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918
P.O. Box 191879 · San Juan PR 00919-1879



787.777.1414     787.759.2883     www.srm.pr.gov

```
SHR_INOM_SRM                                                                              04-08-2014
                                                                                          09:24:20 AM
                                                                                          Página:   1

                         SISTEMA DE RETIRO PARA MAESTROS
                         Sistema de Aportaciones y Beneficios Integrados
                         PAGO DE PENSION INGRESO A NOMINA
                                                                                              8
                                                     NUMERO CASO                            762606
SEGURO SOCIAL       ***-**-****                      NUMERO SOLICITUD
NOMBRE       CARMEN CRUZ CRUZ                        FECHA RADICACION                     07-07-2014
DIRECCION    BO MAMEYAL                              PENSION AÑOS DE SERVICIO / MERITO
             130E CALLE 12      00646                FECHA NACIMIENTO 13-12-1955    EDAD 58.46  SEXO F
             DORADO, PR

                                                           PAGO GLOBAL        MENSUAL     ANUAL

INGRESO A NOMINA:      30-08-2014
FECHA EFECTIVIDAD:     31-05-2014                            $6,200.87       $2,448.75
SERVICIOS ACREDITADOS:  32    5    2   2.5                                      $0.00
                       Años Meses Sem Días     ALIMENTO POR LEY:

COSTO ANUALIDAD:       $75,527.27
SALARIO PROMEDIO:      $3,265.00

RETROACTIVO:  31-05-2014  AL  15-08-2014                     $6,200.87       $2,448.75   $29,385.00
IMPORTE TOTAL (BRUTO)
CONCEPTO                        CLAVE                        DESCUENTO       DESCUENTO
PENSION PAGADA                                                  $0.00           $0.00
PRESTAMOS: PERSONAL (PP )       47-000                       $1,069.45         $427.78
           CULTURAL (PC )       45-000                          $0.00           $0.00
           HIPOTECARIO (PH )    36-000                          $0.00           $0.00
                                67-059                          $0.00           $0.00
FINANZAS                                                        $0.00           $0.00
INSUFICIENCIA EN APORTACION                                     $0.00           $0.00
APORT. IND. 8% Cese:            26-001
OTROS
TOTAL DESCUENTO                                              $1,069.45         $427.78

NETO                                                         $5,131.42       $2,020.97
BONOS    NAVIDAD (BNP): $0.00    VERANO (PBV): $0.00    MEDICAMENTO (PBM): $100.00

COMPUTADO POR: _____      FECHA: _____
INTERVENIDO POR: _____      FECHA: _____
SUPERVISOR (PENSIONES): _____      FECHA: _____
DIRECTOR: _____      FECHA: _____
INGRESADO A NOMINA POR:
Mes: ___ ☐ 1ra ☐ 2da                                   FECHA: _____
PAGO GLOBAL POR:
Mes: ___ ☐ 1ra ☐ 2da  ☐ Off Cycle  ☐ Reg line          FECHA: _____
SUPERVISOR (NOMINA): _____
```

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión del **Prof. Carmen N. Cruz Cruz**, con número de seguro social que termina en **5274**.

| | |
|---|---|
| Fecha de Efectividad de la Pensión | 31 de mayo de 2014 |
| Tiempo Cotizado para Pensión | 32 años, 5 meses, 2 sem, 2.5 días |
| Pensión mensual Inicial | $2,448.76 |
| Pensión Mensual Actual | $2,448.76 |

Esta certificación se expide hoy, **6 de febrero de 2020** en **San Juan, Puerto Rico**.

Edgardo Negron Ramirez
Supervisor
Área de Servicios de Retiro



235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

787.777.1414   787.764.6910   www.srm.pr.gov

Case:17-03283-LTS Doc#:11661 Filed:02/20/20 Entered:02/24/20 15:39:37 Desc: Main Document Page 5 of 5

Carm
Calle 12 #130-E
Bo. Mameyal, Dorado, P.R.
00646





Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico, 00918-1767

RECEIVED & FILED
2020 FEB 20 PM 3:46
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.