TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

In re Commonwealth of Puerto Rico, Case No. 17 BK 3283-LTS

| | |
|---|---|
| JOHANNA GARCÍA IRIZARRY | PROMESA |
| HC-02 BOX 5210 | Título III |
| VILLALBA, PR 00766 | Núm. 17 BK 3283-LTS |
| (939) 260-2234 | No. De Reclamación: |
| jolygarcia007@gmail.com | **130049** y **132736** |
| | Deudor: Commonwealth of Puerto Rico |

RÉPLICA A LA *CENTÉSIMA* VIGÉSIMA SEXTA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO COMO EMPLEADO DEL DEPARTAMENTO DE EDUCACIÓN DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO. EN RECLAMO DEL AUMENTO SALARIAL DE LA LEY 109-2008 DE 1 DE JULIO DE 2008.

En junio de 2018, se sometió el Formulario Oficial 410 Modificado reclamando salarios impagos en mi empleo como docente en el Departamento de Educación de Puerto Rico por servicios prestados y que no fueron pagados.

Durante su gobernación, el gobernador Anibal Acevedo Vilá aprobó una ley (Ley 109 del 1 de julio de 2008) que concedía un aumento salarial a los maestros del Departamento de Educación (DE) del Gobierno de Puerto Rico de $150.00 mensuales.

Este aumento nunca se pagó.

Durante el término de esa ley (2008-2019), yo era empleada del Departamento de Educación. De acuerdo con mis cálculos, el período comprende 11 años a $1,800.00 por año, lo que representa $19,800.00 a los que tengo derecho.

Se estima la siguiente cantidad adeudada:

$1,800.00 del año escolar 2008-2009

$1,800.00 del año escolar 2009-2010

$1,800.00 del año escolar 2010-2011

$1,800.00 del año escolar 2011-2012

$1,800.00 del año escolar 2012-2013

$1,800.00 del año escolar 2013-2014

$1,800.00 del año escolar 2014-2015

$1,800.00 del año escolar 2015-2016

$1,800.00 del año escolar 2016-2017

$1,800.00 del año escolar 2017-2018

$1,800.00 del año escolar 2018-2019

Cantidad adeudada estimada: $19,800.00

_____
Johanna García Irizarry

080 Dept. de Educacion - Maestros
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 11/25/2019 |
| Hasta: | 12/06/2019 |

| | |
|---|---|
| Aviso #: | 5101792 |
| Fecha Aviso: | 12/13/2019 |

JOHANNA GARCIA IRIZARRY
HC-02 BOX 5210
VILLALBA, PR 00766
SS:

| # Empleado: | |
|---|---|
| Dept: | 8005137-SANTA ISABEL-PONCE |
| Lugar: | NORMA I. TORRES COLON |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $2,766.67 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Claiming no personal exem |
| Concesiones: | 0 | |
| Pct. Adcl.: | | 0 |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,383.34 | 1,434.00 | 31,420.86 |
| Bono de Navidad | | | 0.00 | | 600.00 |
| Pago Retroactivo Regular | | | 0.00 | | 104.17 |
| Total: | | | 1,383.34 | 1,434.00 | 32,125.03 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 20.06 | 465.81 |
| PR Withholding | 67.81 | 1,499.96 |
| Total: | 87.87 | 1,965.77 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 124.50 | 2,837.35 |
| Total: | 124.50 | 2,837.35 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 157.99 | 3,633.77 |
| SM-First Medical Health Plan | 123.50 | 2,813.50 |
| DM-FONDOS UNIDOS | 1.00 | 23.00 |
| SC-TRANS OCEANIC LIFE | 27.98 | 531.62 |
| OS-AMPR LOCAL SIND AFIL | 8.50 | 195.50 |
| Ahorros-AEELA | 41.50 | 945.85 |
| RM-Prest Pers De Cuota-Ret Mae | 0.00 | 176.22 |
| SC-AMER FAM LIFE ASS CO | 0.00 | 166.05 |
| Total: | 360.47 | 8,485.51 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| FSED Disability Plan | 23.52 | 535.89 |
| SM-First Medical Health Plan | 0.00 | 1,320.00 |

\* Tributable

### TOTAL BRUTO / BRUTO TRIBUT FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Bruto Tribut Fed | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|---|
| Corriente: | 1,383.34 | 0.00 | 87.87 | 484.97 | 810.50 |
| Acumulado: | 32,125.03 | 0.00 | 1,965.77 | 11,322.86 | 18,836.40 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 | Aviso #5101792 | 810.50 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 | | |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 | Total: | 810.50 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 | | |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Dept. de Educacion - Maestros
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
12/13/2019

Aviso No.
5101792

Cant. Deposito: $810.50

A la
Cuenta(s) De

JOHANNA GARCIA IRIZARRY
HC-02 BOX 5210
VILLALBA, PR 00766

Localizacion: NORMA I. TORRES COLON

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | XXXXXXXXXXXXXXX | 810.50 |
| Total: | | 810.50 |

## NO-NEGOCIABLE



# DEPARTAMENTO DE EDUCACIÓN
Department of Education

ESTADO LIBRE ASOCIADO DE PUERTO RICO
Commonwealth of Puerto Rico

## Certificado Vitalicio
*Life Certificate*

El Secretario de Educación por la presente confiere a
*The Secretary of Education hereby issues to*

**JOHANNA GARCIA IRIZARRY**

el presente Certificado que lo faculta para ejercer como
*this Certificate that entitles the holder to perform as*

**TRABAJADOR(A) SOCIAL ESCOLAR**
**SCHOOL SOCIAL WORKER**

en las escuelas públicas o privadas de Puerto Rico.
*in the School System of Puerto Rico.*

Expedido el 16 de abril de 2014
*Issued on April 16, 2014*

Dado en San Juan de Puerto Rico, el 16 de abril de 2014
*Given at San Juan, Puerto Rico on April 16, 2014*

Rafael Román Meléndez
*Secretario de Educación*
*Secretary of Education*

Número de Certificado: 1007392
Certificate Number: 1007392

Johanna Garcia Irizarry
Ramón E. Cruz Cruz
HC-02 Box 5210
Villalba P.R. 00766

**CERTIFIED MAIL**

7018 2290 0000 2774 2498

U.S. POSTAGE PAID
FCM LG ENV
VILLALBA, PR
00766
FEB 18, 20
AMOUNT
$7.60
R2305H127764-06

(Clerk's office)
Tribunal del Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

RECEIVED & FILED
2020 FEB 20 PM 3:46
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

RETURN RECEIPT
REQUESTED