TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

In re Commonwealth of Puerto Rico, Case No. 17 BK 3283-LTS

| | |
|---|---|
| Sonia González Cintrón | PROMESA |
| Urb. Monte Bello-11032 | Título III |
| Villalba, P.R. 00766 | Núm. 17 BK 3283-LTS |
| Tel. 787-486-0027 | No. De Reclamación 135983 |
| Josesantini40@gmail.com | |

RÉPLICA A LA CENTÉSIMA CUARTA OBJECIÓN (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO COMO EMPLEADO DEL DEPARTAMENTO DE SALUD DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO EN RECLAMO DE LA LEY 180-COST LIVING DE 27 DE JULIO DE 1998. LA LEY 180 ESTABLE UN AUMENTO DE (SALARIO) AL 3% MENSUAL, CADA 3 AÑOS POR EL AUMENTO DEL COSTO DE LA VIDA.
EL DINERO SE ME ADUEDA DESDE EL AÑO 2001 CUANDO COMENCÉ A RECIBIR LA PENSION HASTA EL PRESENTE 2019. ESTOS SON LOS MOTIVOS POR LOS QUE PIENSO QUE EL HON. TRIBUNAL NO DEBA DECLARAR A LUGAR LA OBJECIÓN GLOBAL EN RELACIÓN A MI RECLAMO.

P.D. **Sometido por el SER procedimiento de quiebra 17BK 3566 LTS-(9686).**

*Sonia González Cintrón*
Sonia González Cintrón

6 de febrero 2020

Feliz día para ustedes:

Quiero informarles que por error en la Solicitud de reclamo num. 135983 a nombre de Sonia González Cintrón; a la ley 89-(Romerazo); se consigno como mi patrono al Departamento de Educación en lugar de al Departamento de Salud que es lo correcto; pues soy enfermera de profesión. Todos los demás documentos y anexos estan en el Orden Correcto.

Siempre con la verdad;
Sonia González Cintrón