Sonia González Cintrón — 135-983

Ley 180 - Cost Living del 27 de Julio 1998

$1,018.52 — Salario por pensión vitalicia al 3% mensual, cada 3 años por aumento en el costo de la vida.

Computos:

① 
$1,018.52
× .03%
─────────
$30.55

$1,018.52
+30.55
─────────
$1,049.07

② $1,049.07
× .03
─────────
$31.47

$1,049.07
+31.47
─────────
$1,080.54

③ $1,080.54
× .03
─────────
$32.41

$1,080.54
+32.41
─────────
$1,112.95

④ $1,112.95
× .03
─────────
$33.37

$1,112.95
+33.37
─────────
$1,145.91

⑤ $1,145.91
     ·03
  $34.37

  1,145.91
  +34.37
  $1,180.28

⑥ $1,180.28
    X.03
   $35.40

  $1,180.28
  +35.40
  $1,215.68

⑦ $1,215.68
    X.03
   $36.47

  $1,215.68
  +36.47
  1,252.15

| años de duda | aumento | 36 meses Cada 3 años | Deuda |
|---|---|---|---|
| 1998–2001 | $30.55 | 36 meses | $1,099.80 |
| 2001–2003 | $31.47 | 36 meses | $1,132.92 |
| 2003–2006 | $32.41 | 36 meses | $1,066.76 |
| 2006–2009 | $33.37 | 36 meses | $1,201.32 |
| 2009–2012 | $34.37 | 36 meses | $1,237.32 |
| 2012–2015 | $35.40 | 36 meses | $1,274.40 |
| 2015–2018 | $36.47 | 36 meses | $1,312.92 |
| | | Total adeudado | $8,425.44 |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

**Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).**

| | Debtor | Case No. | Petition Date |
|---|---|---|---|
| ☒ | Commonwealth of Puerto Rico / El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | May 3, 2017 |
| ☐ | Puerto Rico Sales Tax Financing Corporation (COFINA) / La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | May 5, 2017 |
| ☐ | Puerto Rico Highways and Transportation Authority / La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | May 21, 2017 |
| ☐ | Employees Retirement System of the Government of the Commonwealth of Puerto Rico / El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | May 21, 2017 |
| ☐ | Puerto Rico Electric Power Authority / La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | July 2, 2017 |

*RECEIVED 2018 JUN 29 A 9: 06*

Modified Official Form 410 / Formulario Oficial 410 Modificado

## Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

### Part 1 / Parte 1 — Identify the Claim / Identificar la reclamación

1. Who is the current creditor? / ¿Quién es el acreedor actual?

   **Sonia González Cintrón**
   Name of the current creditor (the person or entity to be paid for this claim)
   Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

   Other names the creditor used with the debtor
   Otros nombres que el acreedor usó con el deudor _____

Modified Official Form 410

2. Has this claim been acquired from someone else?

¿Esta reclamación se ha adquirido de otra persona?

☒ No / No
☐ Yes. From whom?
   Sí. ¿De quién? _____

3. Where should notices and payments to the creditor be sent?

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

¿A dónde deberían enviarse las notificaciones al acreedor?

Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g)

Where should notices to the creditor be sent?
¿A dónde deberían enviarse las notificaciones al acreedor?

Name / Nombre: González Cintrón
Number / Número: 11032 — urb  Street / Calle: Monte Bello
City / Ciudad: Villalba   State / Estado: P.R.   ZIP Code / Código postal: 00766
Contact phone / Teléfono de contacto: 787-486-0027
Contact email / Correo electrónico de contacto:

Where should payments to the creditor be sent? (if different)
¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)

Name / Nombre: Sonia
Number / Número: Calle #1  Street / Calle: Solar #8B
City / Ciudad: ___  State / Estado: ___  ZIP Code / Código postal: ___
Contact phone / Teléfono de contacto:
Contact email / Correo electrónico de contacto:

4. Does this claim amend one already filed?

¿Esta reclamación es una enmienda de otra presentada anteriormente?

☒ No / No
☐ Yes. Claim number on court claims registry (if known) _____
   Sí. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo) _____
   Filed on / Presentada el _____ (MM/DD/YYYY) / (DD/MM/AAAA)

5. Do you know if anyone else has filed a proof of claim for this claim?

¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?

☒ No / No
☐ Yes. Who made the earlier filing?
   Sí. ¿Quién hizo la reclamación anterior? _____

**Part 2 / Parte 2** Give Information About the Claim as of the Petition Date
Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?

¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico?

☒ No / No
☐ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)
   Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).
   _____

7. Do you supply goods and / or services to the government?

¿Proporciona bienes y / o servicios al gobierno?

☒ No / No
☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:

Vendor / Contract Number | Número de proveedor / contrato: _____

List any amounts due after the Petition Date (listed above) but before June 30, 2017:
Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017  $ _____

| | |
|---|---|
| 12. Is this claim subject to a right of setoff?<br><br>¿La reclamación está sujeta a un derecho de compensación? | ☐ No / No<br>☒ Yes. Identify the property /<br>Sí. Identifique el bien: ① Ley 18 - Salario Laboral - N/A<br>② Cost-Livin - Ley 180 del -3%<br>3 - Ley 96 - 2002 |
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☐ No / No<br><br>☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.   $ _____<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |

### Part 3 / Parte 3:

Sign Below / Firmar a continuación

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☒ I am the creditor. / Soy el acreedor.
☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta Evidencia de reclamación se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

He leído la información en esta Evidencia de reclamación y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el  6-29-2018  (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma  Sonia González Cintrón

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name: Sonia González Cintrón
First name / Primer nombre   Middle name / Segundo nombre   Last name / Apellido

Title / Cargo: Enfermera Retirada

Company / Compañía: _____
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección: 11032 - urb. Monte Bello - calle #1 Solar #B8
Number / Número   Street / Calle

Villalba   P.R.   00766
City / Ciudad   State / Estado   ZIP Code / Código postal

Contact phone / Teléfono de contacto _____   Email / Correo electrónico _____

Modified Official Form 410   Proof of Claim   page 4

8. How much is the claim? $ _indeterminada_ . Does this amount include interest or other charges?
¿Cuál es el importe de la reclamación? ¿Este importe incluye intereses u otros cargos?
- ☐ No / No
- ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).
  Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A).

9. What is the basis of the claim?
¿Cuál es el fundamento de la reclamación?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

① -Ley 18- Salario Laboral       Ley 96-2002
② Cost Living- Ley 180 de 3%

10. Is all or part of the claim secured?
¿La reclamación está garantizada de manera total o parcial?

- ☐ No / No
- ☐ Yes. The claim is secured by a lien on property.
  Sí. La reclamación está garantizada por un derecho de retención sobre un bien.

  Nature of property / Naturaleza del bien:
  - ☐ Motor vehicle / Vehículos
  - ☐ Other. Describe:
    Otro. Describir: _____

  Basis for perfection / Fundamento de la realización de pasos adicionales: _____

  Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

  Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.

  Value of property / Valor del bien:  $_____

  Amount of the claim that is secured /
  Importe de la reclamación que está garantizado: $_____

  Amount of the claim that is unsecured /
  Importe de la reclamación que no está garantizado: $_____
  (The sum of the secured and unsecured amounts should match the amount in line 7.)
  (La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

  Amount necessary to cure any default as of the Petition Date /
  Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $_____

  Annual Interest Rate (on the Petition Date)
  Tasa de interés anual (cuando se presentó el caso) _____ %
  - ☐ Fixed / Fija
  - ☐ Variable / Variable

11. Is this claim based on a lease?
¿Esta reclamación está basada en un arrendamiento?

- ☒ No / No
- ☐ Yes. Amount necessary to cure any default as of the Petition Date.
  Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso $_____

| Gobierno de Puerto Rico | | | Grupo de Pago: | SM -Quincenal | Business Unit: PUERT |
|---|---|---|---|---|---|
| 530 - RETIRO CENTRAL PENSIONADOS | | | Desde: | 09/16/2018 | Aviso #: 7016807 |
| | | | Hasta: | 09/30/2018 | Fecha Aviso: 09/28/2018 |

| SONIA GONZALEZ CINTRON | # Empleado: | | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| 11032 MONTE BELLO | Dept: | 530100-Merito-Edad-Svc-Opcional-001 | Estado Civil: | Married | Married |
| VILLALBA PR 00766-2356 | Lugar: | Ley 447 de 15 de mayo de 1951 | Concesiones: | 0 | 19 +99 |
| | Titulo: | Pensionado | Pct. Adcl.: | | |
| SS: XXX-XX-4816 | Sueldo: | $1,018.52 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | | IMPUESTOS | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | 6.267815 | 81.25 | 509.26 | 1,462.50 | 9,166.68 | | | |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 | | | |
| Total: | | 81.25 | 509.26 | 1,462.50 | 9,266.68 | Total: | 0.00 | 0.00 |

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| | | | SC-AMER FAM LIFE ASS CO | 13.95 | 251.10 | SM-MMM Advantage-FP | 100.00 | 900.00 |
| | | | AE-Seguro por Muerte Asoc ELA | 3.50 | 63.00 | | | |
| Total: | 0.00 | 0.00 | Total: | 17.45 | 314.10 | * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | | | | | |
|---|---|---|---|---|---|
| Corriente: | 509.26 | | 0.00 | 17.45 | 491.81 |
| Acumulado: | 9,266.68 | | 0.00 | 314.10 | 8,952.58 |

| PTO HORAS | ACUM | | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|
| Balance Inicial: | 0.0 | | Aviso #7016807 | 491.81 |
| + Acumulado: | | | | |
| - Utilizado: | | | Total: | 491.81 |
| - Donada: | | | | |
| + Ajustes: | | | | |
| Balance Final: | 0.0 | | | |

CONTACTOS: CentroRetiro- San Juan, Caguas, Humacao, Mayagüez, Ponce
PO BOX 42003 San Juan, PR 00940-2203 * 437 Ave Ponce de León San Juan PR 00917-3711
Tel. 787-777-1500 * Fax 787-764-6058 * cesresanjuan@retiro.pr.gov * www.retiro.pr.gov
ContactoRetiro 787-777-1500 * Isla 1-877-777-2020 * TelePréstamo 787-957-8181

MENSAJE:

---

Gobierno de Puerto Rico
530 - RETIRO CENTRAL PENSIONADOS

Fecha
09/28/2018

Aviso No.
7016807

Cant. Deposito: $491.81

TRAY 119 SQ 25127******************SCH 5-DIGIT 00751    25127 2 AV 0.378
SONIA GONZALEZ CINTRON
11032 MONTE BELLO
VILLALBA PR 00766-2356

| DISTRIBUCION DE DEPOSITO DIRECTO | | |
|---|---|---|
| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| Savings | 563867438 | $491.81 |
| | Total: | $491.81 |

NO-NEGOCIABLE