TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

In re Commonwealth of Puerto Rico, Case No. 17 BK 3283-LTS

| | |
|---|---|
| RAMÓN E. CRUZ CRUZ | PROMESA |
| HC-02 BOX 5210 | Título III |
| VILLALBA, PR 00766 | Núm. 17 BK 3283-LTS |
| (787) 376-6110 | No. De Reclamación: |
| rickyc01@hotmail.com | **129555** |
| | Deudor: Commonwealth of Puerto Rico |

RÉPLICA A LA *CENTÉSIMA* VIGÉSIMA SEXTA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO COMO EMPLEADO DEL DEPARTAMENTO DE EDUCACIÓN DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO. EN RECLAMO DEL AUMENTO SALARIAL DE LA LEY 109-2008 DE 1 DE JULIO DE 2008.

En junio de 2018, se sometió el Formulario Oficial 410 Modificado reclamando salarios impagos en mi empleo como maestro en el Departamento de Educación de Puerto Rico por servicios prestados y que no fueron pagados.

Durante su gobernación, el gobernador Anibal Acevedo Vilá aprobó una ley (Ley 109 del 1 de julio de 2008) que concedía un aumento salarial a los maestros del Departamento de Educación (DE) del Gobierno de Puerto Rico de $150. 00 mensuales.

Este aumento nunca se pagó.

Durante el término de esa ley (2008-2019), yo era empleado del Departamento de Educación. De acuerdo con mis cálculos, el período comprende 11 años a $1,800.00 por año, lo que representa $19,800.00 a los que tengo derecho.

Se estima la siguiente cantidad adeudada:

$1,800.00 del año escolar 2008-2009

$1,800.00 del año escolar 2009-2010

$1,800.00 del año escolar 2010-2011

$1,800.00 del año escolar 2011-2012

$1,800.00 del año escolar 2012-2013

$1,800.00 del año escolar 2013-2014

$1,800.00 del año escolar 2014-2015

$1,800.00 del año escolar 2015-2016

$1,800.00 del año escolar 2016-2017

$1,800.00 del año escolar 2017-2018

$1,800.00 del año escolar 2018-2019

Cantidad adeudada estimada: $19,800.00

_____
Sr. Ramón E. Cruz Cruz

| 080 Dept. de Educacion - Maestros<br>Avenida Teniente Cesar Gonzalez<br>Esquina Calaf<br>HATO REY, PR 00919 | | Grupo de Pago: SM Quincenal<br>Desde: 12/09/2019<br>Hasta: 12/20/2019 | | Aviso #: 5356999<br>Fecha Aviso: 12/30/2019 |
|---|---|---|---|---|
| RAMON E CRUZ CRUZ<br>HC-02 BOX 5210<br>VILLALBA, PR 00766<br>SS: | # Empleado:<br>Dept: 8005137-SANTA ISABEL-PONCE<br>Lugar: HATILLO<br>Titulo: DEPARTAMENTO DE EDUCACION<br>Sueldo: $2,821.67 Monthly | | | DATA IMP: Federal PR<br>Estado Civil: Single Single<br>Concesiones: 0 . 0<br>Pct. Adcl.:<br>Cant. Adcl.: |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,410.84 | 1,494.00 | 33,464.20 |
| Bono de Navidad | | | 0.00 | | 600.00 |
| Pago Retroactivo Regular | | | 0.00 | | 104.17 |
| Total: | | | 1,410.84 | 1,494.00 | 34,168.37 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 20.46 | 495.44 |
| PR Withholding | 51.99 | 1,188.28 |
| Total: | 72.45 | 1,683.72 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 126.98 | 3,021.17 |
| Total: | 126.98 | 3,021.17 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 184.29 | 4,422.96 |
| SC-AMER FAM LIFE ASS CO | 8.95 | 214.80 |
| OS-AMPR LOCAL SIND AFIL | 8.50 | 204.00 |
| Ahorros-AEELA | 42.33 | 1,007.07 |
| RM-Prest Pers De Cuota-Ret Mae | 0.00 | 1,283.00 |
| SM-First Medical Health Plan | 0.00 | 24.00 |
| Total: | 244.07 | 7,155.83 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 120.00 | 1,440.00 |
| FSED Disability Plan | 23.98 | 570.65 |

* Tributable

| | TOTAL BRUTO | BRUTO TRIBUT FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,410.84 | 0.00 | 72.45 | 371.05 | 967.34 |
| Acumulado: | 34,168.37 | 0.00 | 1,683.72 | 10,177.00 | 22,307.65 |

| | Horas | | Horas | | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| Aviso #5356999 | 967.34 |
|---|---|
| Total: | 967.34 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Dept. de Educacion - Maestros
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
12/30/2019

Aviso No.
5356999

Cant. Deposito: $967.34

A la
Cuenta(s) De
RAMON E CRUZ CRUZ
HC-02 BOX 5210
VILLALBA, PR 00766

Localizacion: HATILLO

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | XXXXXXXXXXXXXX | 967.34 |
| Total: | | 967.34 |

## NO-NEGOCIABLE

# DEPARTAMENTO DE EDUCACIÓN
ESTADO LIBRE ASOCIADO DE PUERTO RICO

## Certificado de Maestro
### El Secretario de Educación
Por la presente confiere a

RAMON E. CRUZ CRUZ

el presente Certificado que lo faculta para ejercer como

MAESTRO DE ESCUELA SECUNDARIA
( Matemáticas )

en las escuelas públicas o privadas de Puerto Rico.

Expedido desde 8 de septiembre de 19 97 hasta 8 de septiembre de 20 03

Dado en San Juan de Puerto Rico, el 16 de octubre de 19 97

Número 1242

Víctor F. Fajardo Vélez
Secretario de Educación

CERTIFICACIÓN DEL DEPARTAMENTO DE EDUCACIÓN

Johanna Garcia Irizarry
Ramón E. Cruz Cruz
HC-02 Box 5210
Villalba P.R. 00766

CERTIFIED MAIL
7018 2290 0000 2774 2498

U.S. POSTAGE PAID
FCM LG ENV
VILLALBA, PR
00766
FEB 18, 20
AMOUNT
$7.60
R2305H127764-06

(Clerk's office)
Tribunal del Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

RECEIVED & FILED
2020 FEB 20 PM 3:46
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

RETURN RECEIPT REQUESTED