February 7, 2020

Name: Wilmer A Cardona Rivera

Tel: 787-637-0777

Address: Forest Hills c/4, B-17
Bayamon P.R. 00959

Email: wcardona777@gmail.com

Claim #: 152966

Claim Description: During the administration of governor Carlos Romero Barcelo in 1979-80, a rise of $100.00 per month was offered and and approved. Such rise was to be effective till the moment of retirement, in my particular case, 2001. Let this info validate this claim with the accompanied and official papers included. Law #89 (also known as the Romerazo, from July 12 1979.

Total of Claim
2001
- 1979
22 yrs.
x 12 mths.

Atte. W...

February 7, 2020

Name: Wilmer A. Cardona Rivera

Tel: 787-637-0777

Address: Forest Hills C/4, B-17
Bayamon, P.R. 00959

E-Mail: wcardona777@gmail.com

Claim #: 102021

Claim Description: During the administration of governor Carlos Romero Barcelo in 1979-80 a rise of $100.00 per month was offered and approved. Such rise was to be effective till the moment of retireme. in my particular case, 2001. Let this info. to validate this claim with the accompanied and official papers inclu. ded. Law #89 C also known a the Romerazo from July 12 1979.

Atte. W[signature]

Total Claim
2001
−1979
‾‾‾‾
22 yrs.
× 12 months
‾‾‾‾‾‾‾
$26,400.00