UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

**Fill in this information to identify the case (Select only one Debtor per claim form). /
Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).**

| | Debtor | Case No. | Petition Date |
|---|---|---|---|
| ☒ | Commonwealth of Puerto Rico / El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | May 3, 2017 |
| ☐ | Puerto Rico Sales Tax Financing Corporation (COFINA) / La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | May 5, 2017 |
| ☐ | Puerto Rico Highways and Transportation Authority / La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | May 21, 2017 |
| ☐ | Employees Retirement System of the Government of the Commonwealth of Puerto Rico / El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | May 21, 2017 |
| ☐ | Puerto Rico Electric Power Authority / La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | July 2, 2017 |

*(Received stamp: 2018 JUN 21 A 11:31 RECEIVED)*

Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

**Quienes presenten la documentación deben omitir o editar** información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. **No adjunte documentos originales,** ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

### Part 1 / Parte 1    Identify the Claim / Identificar la reclamación

1. **Who is the current creditor?**

   ¿Quién es el acreedor actual?

   _Wilner A. Cardona Rivera_
   Name of the current creditor (the person or entity to be paid for this claim)
   Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

   Other names the creditor used with the debtor
   Otros nombres que el acreedor usó con el deudor _____

---

ial Form 410          Proof of Claim          page 1

| | | |
|---|---|---|
| 2. Has this claim been acquired from someone else?<br><br>¿Esta reclamación se ha adquirido de otra persona? | ☒ No / No<br>☐ Yes. From whom? _____<br>Sí. ¿De quién? _____ | |

| | | |
|---|---|---|
| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)<br><br>¿A dónde deberían enviarse las notificaciones al acreedor?<br><br>Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g) | **Where should notices to the creditor be sent?**<br>¿A dónde deberían enviarse las notificaciones al acreedor?<br><br>Wilma A. Cardona Rivera<br>Name / Nombre<br><br>B-17    4    Forest Hills<br>Number/Número  Street/Calle<br><br>Bayamón    P-R-    00959<br>City/Ciudad  State/Estado  ZIP Code/Código postal<br><br>787-637-0777<br>Contact phone / Teléfono de contacto<br><br>wcardona777@gmail.com<br>Contact email / Correo electrónico de contacto | **Where should payments to the creditor be sent?** (if different)<br>¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)<br><br>Wilma A. Cardona Rivera<br>Name / Nombre<br><br>B-17    4    Forest Hills<br>Number/Número  Street/Calle<br><br>Bayamón    P-R-    00959<br>City/Ciudad  State/Estado  ZIP Code/Código postal<br><br>787-637-0777<br>Contact phone / Teléfono de contacto<br><br>wcardona777@gmail.com<br>Contact email / Correo electrónico de contacto |

| | |
|---|---|
| 4. Does this claim amend one already filed?<br><br>¿Esta reclamación es una enmienda de otra presentada anteriormente? | ☒ No / No<br>☐ Yes. Claim number on court claims registry (if known)<br>Sí. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo) _____<br>Filed on / Presentada el _____ (MM/DD/YYYY) / (DD/MM/AAAA) |

| | |
|---|---|
| 5. Do you know if anyone else has filed a proof of claim for this claim?<br><br>¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación? | ☒ No / No<br>☐ Yes. Who made the earlier filing?<br>Sí. ¿Quién hizo la reclamación anterior? _____ |

### Part 2 / Parte 2: Give Information About the Claim as of the Petition Date
Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

| | |
|---|---|
| 6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?<br><br>¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico? | ☐ No / No<br>☒ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)<br>Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).<br><br>Departamento Educación |
| 7. Do you supply goods and / or services to the government?<br><br>¿Proporciona bienes y/o servicios al gobierno? | ☒ No / No<br>☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:<br><br>Vendor / Contract Number | Número de proveedor / contrato: _____<br><br>List any amounts due after the Petition Date (listed above) but before June 30, 2017:<br>Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017 $ _____ |

Modified Official Form 410                    Proof of Claim                                 page 2

| | |
|---|---|
| 8. How much is the claim?<br><br>¿Cuál es el importe de la reclamación? | $ **24,747.00**. Does this amount include interest or other charges?<br>¿Este importe incluye intereses u otros cargos?<br>☐ No / No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).<br>Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A). |
| 9. What is the basis of the claim?<br><br>¿Cuál es el fundamento de la reclamación? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.<br><br>**Sistema Retiro para Maestros** |
| 10. Is all or part of the claim secured?<br><br>¿La reclamación está garantizada de manera total o parcial? | ☒ No / No<br>☐ Yes. The claim is secured by a lien on property.<br>Sí. La reclamación está garantizada por un derecho de retención sobre un bien.<br><br>**Nature of property / Naturaleza del bien:**<br>☐ Motor vehicle / Vehículos<br><br>☐ Other. Describe:<br>Otro. Describir: _____<br><br>**Basis for perfection / Fundamento de la realización de pasos adicionales:** _____<br><br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br>Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.)<br><br>**Value of property / Valor del bien:** $_____<br><br>**Amount of the claim that is secured /**<br>Importe de la reclamación que está garantizado: $_____<br><br>**Amount of the claim that is unsecured /**<br>Importe de la reclamación que no está garantizado: $_____<br>(The sum of the secured and unsecured amounts should match the amount in line 7.)<br>(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)<br><br>**Amount necessary to cure any default as of the Petition Date /**<br>Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $_____<br><br>**Annual Interest Rate** (on the Petition Date)<br>Tasa de interés anual (cuando se presentó el caso) _____ %<br>☐ Fixed / Fija<br>☐ Variable / Variable |
| 11. Is this claim based on a lease?<br><br>¿Esta reclamación está basada en un arrendamiento? | ☒ No / No<br><br>☐ Yes. Amount necessary to cure any default as of the Petition Date.<br>Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso $ _____ |

Modified Official Form 410           Proof of Claim           page 3

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

**Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).**

| | Debtor | Case No. | Petition Date |
|---|---|---|---|
| ☒ | Commonwealth of Puerto Rico / El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | May 3, 2017 |
| ☐ | Puerto Rico Sales Tax Financing Corporation (COFINA) / La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | May 5, 2017 |
| ☐ | Puerto Rico Highways and Transportation Authority / La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | May 21, 2017 |
| ☐ | Employees Retirement System of the Government of the Commonwealth of Puerto Rico / El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | May 21, 2017 |
| ☐ | Puerto Rico Electric Power Authority / La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | July 2, 2017 |

*[RECEIVED stamp: 2018 JUN 21 A 11:3_]*

## Modified Official Form 410 / Formulario Oficial 410 Modificado
## Proof of Claim / Evidencia de reclamación

04/16

**Read the instructions before filling out this form.** This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

**Lea las instrucciones antes de completar este formulario.** Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

**Quienes presenten la documentación deben omitir o editar** información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. **No adjunte documentos originales,** ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

**Fill in all the information about the claim as of the Petition Date.**

**Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.**

### Part 1 / Parte 1 — Identify the Claim / Identificar la reclamación

1. **Who is the current creditor? / ¿Quién es el acreedor actual?**

   Wilner A. Cardona Rivera

   Name of the current creditor (the person or entity to be paid for this claim)
   Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

   Other names the creditor used with the debtor
   Otros nombres que el acreedor usó con el deudor _____

| | | |
|---|---|---|
| 2. Has this claim been acquired from someone else?<br><br>¿Esta reclamación se ha adquirido de otra persona? | ☒ No / No<br>☐ Yes. From whom?<br>    Sí. ¿De quién? _____ | |

| | | |
|---|---|---|
| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)<br><br>¿A dónde deberían enviarse las notificaciones al acreedor?<br><br>Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g | Where should notices to the creditor be sent?<br>¿A dónde deberían enviarse las notificaciones al acreedor?<br><br>Wilma A. Cordona Rivera<br>Name / Nombre<br><br>B-17    4    Forest Hills<br>Number / Número    Street / Calle<br><br>Bayamón    P.R.    00959<br>City / Ciudad    State / Estado    ZIP Code / Código postal<br><br>787-637-0777<br>Contact phone / Teléfono de contacto<br><br>Wcordona777@gmail.com<br>Contact email / Correo electrónico de contacto | Where should payments to the creditor be sent? (if different)<br>¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)<br><br>Wilma A. Cordona Rivera<br>Name / Nombre<br><br>B-17    4    Forest Hills<br>Number / Número    Street / Calle<br><br>Bayamón    P.R.    00959<br>City / Ciudad    State / Estado    ZIP Code / Código postal<br><br>787-637-0777<br>Contact phone / Teléfono de contacto<br><br>Wcordona777@gmail.com<br>Contact email / Correo electrónico de contacto |

| | |
|---|---|
| 4. Does this claim amend one already filed?<br><br>¿Esta reclamación es una enmienda de otra presentada anteriormente? | ☒ No / No<br>☐ Yes. Claim number on court claims registry (if known)<br>    Sí. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo) _____<br>    Filed on / Presentada el _____ (MM/DD/YYYY) / (DD/MM/AAAA) |

| | |
|---|---|
| 5. Do you know if anyone else has filed a proof of claim for this claim?<br><br>¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación? | ☒ No / No<br>☐ Yes. Who made the earlier filing?<br>    Sí. ¿Quién hizo la reclamación anterior? _____ |

**Part 2 / Parte 2:    Give Information About the Claim as of the Petition Date**
Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

| | |
|---|---|
| 6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?<br><br>¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico? | ☐ No / No<br>☒ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/).<br>    Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).<br><br>    Departamento Educación |

| | |
|---|---|
| 7. Do you supply goods and / or services to the government?<br><br>¿Proporciona bienes y / o servicios al gobierno? | ☒ No / No<br>☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:<br><br>Vendor / Contract Number | Número de proveedor / contrato: _____<br><br>List any amounts due after the Petition Date (listed above) but before June 30, 2017:<br>Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017  $ _____ |

Modified Official Form 410                    Proof of Claim                              page 2

| 8. How much is the claim? ¿Cuál es el importe de la reclamación? | $ 21,747.00. Does this amount include interest or other charges? ¿Este importe incluye intereses u otros cargos? <br> ❏ No / No <br> ❏ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). <br> Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A). |
|---|---|
| 9. What is the basis of the claim? ¿Cuál es el fundamento de la reclamación? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information. <br><br> Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica. <br><br> Ley 89  Romerazo |
| 10. Is all or part of the claim secured? ¿La reclamación está garantizada de manera total o parcial? | ☒ No / No <br> ❏ Yes. The claim is secured by a lien on property. <br> Sí. La reclamación está garantizada por un derecho de retención sobre un bien. <br><br> **Nature of property / Naturaleza del bien:** <br> ❏ Motor vehicle / Vehículos <br><br> ❏ Other. Describe: <br> Otro. Describir: _____ <br><br> **Basis for perfection / Fundamento de la realización de pasos adicionales:** _____ <br><br> Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.) <br> Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención. <br><br> **Value of property / Valor del bien:** $_____ <br><br> **Amount of the claim that is secured /** <br> Importe de la reclamación que está garantizado: $_____ <br><br> **Amount of the claim that is unsecured /** <br> Importe de la reclamación que no está garantizado: $_____ <br> (The sum of the secured and unsecured amounts should match the amount in line 7.) <br> (La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.) <br><br> **Amount necessary to cure any default as of the Petition Date /** <br> Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $_____ <br><br> **Annual Interest Rate** (on the Petition Date) <br> Tasa de interés anual (cuando se presentó el caso)____% <br> ❏ Fixed / Fija <br> ❏ Variable / Variable |
| 11. Is this claim based on a lease? ¿Esta reclamación está basada en un arrendamiento? | ☒ No / No <br> ❏ Yes. Amount necessary to cure any default as of the Petition Date. <br> Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso$ _____ |

Modified Official Form 410           Proof of Claim           page 3

| | |
|---|---|
| 12. Is this claim subject to a right of setoff?<br><br>¿La reclamación está sujeta a un derecho de compensación? | ☒ No / No<br><br>☐ Yes. Identify the property /<br>Sí. Identifique el bien: _____ |
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☒ No / No<br><br>☐ Yes. Indicate the amount of your claim arising from the value of any goods received $_____ by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |

### Part 3 / Parte 3: Sign Below / Firmar a continuación

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☒ I am the creditor. / Soy el acreedor.

☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el __06-27-2018__ (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma _____

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name __Wilmer__ __A.__ __Cardona__ __Rivera__
First name / Primer nombre    Middle name / Segundo nombre    Last name / Apellido

Title / Cargo _____

Company / Compañía _____
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección _____
Number / Número    Street / Calle

_____
City / Ciudad    State / Estado    ZIP Code / Código postal

Contact phone / Teléfono de contacto _____ Email / Correo electrónico _____

Modified Official Form 410      Proof of Claim      page 4



**aeela**
ASOCIACION DE EMPLEADOS DEL ELA

Ave. Ponce de León 463, Pda. 35 Hato Rey - P O Box 364508 San Juan, Puerto Rico 00936-4508

ORIGINAL - ASOCIACION
COPIA - ASOCIADO

## SOLICITUD DE LIQUIDACION DE AHORROS Y DIVIDENDOS
(VEA INSTRUCCIONES AL DORSO)

### PARTE I A SER LLENADA POR EL SOCIO

1. Nombre y Apellidos: Wilmer Cardona Rivera
   Núm. Empleado: 
   Núm. Seg. Social: __-__-4470
2. Dirección Residencial: Calle 4 B-17 Forest Hills, Bayamón P.R.
   Teléfono: 707-0267
3. Dirección Postal: " "
   Zip Code: 00959

4. Indique las ultimas dos (2) agencias donde trabajó

| Agencia | Puesto - Ofic. Neg. o División | Comenzó Trabajar | Terminó | Zona o Pueblo |
|---|---|---|---|---|
| a) D.E.P.R. | Maestro Ing Sec. | 12-1973 | 6-31-01 | |
| b) " | | | | |

5. Fecha de Efectividad de la Renuncia: Mayo 31 01
   Indique Fecha (s) de Licencia (s) sin Sueldo

6. Tiene AEELA Mastercard  Si ☐  No ☒  Indique su número

7. Nombre y dirección del pariente más cercano que no viva con usted

SOLICITO la liquidación de mis ahorros y dividendos acumulados en esa Asociación hasta la fecha de mi separación del servicio público.
CERTIFICO que la información aquí ofrecida es correcta:

Firma del Solicitante: Wilmer Cardona R.
Fecha: Julio 12-01
Firma del Testigo: 

### PARTE II PARA SER LLENADA POR EL RECLAMANTE DE UN SOCIO FALLECIDO QUE HAYA TENIDO MAS DE UN MATRIMONIO

Nombre del Cónyuge anterior _____
Dirección _____
Fecha de Matrimonio y Divorcio _____
Nombre y firma de la persona que ofrece la información _____

### PARTE III A SER LLENADA POR LA AGENCIA

Nombre del Asociado _____
Agencia _____  Seguro Social _____
Fecha (s) de Licencia sin Sueldo Desde 1 _____ Hasta _____
(sea Específico) 2 _____ Hasta _____
3 _____ Hasta _____
Fecha de Efectividad de la Renuncia _____ Razón de Cese _____

SI VA A COMENZAR A TRABAJAR EN OTRA AGENCIA FAVOR INDICAR:
a) ¿Cuál? _____ b) Fecha _____
c) Clase de Nombramiento _____

LOS SIGUIENTES DESCUENTOS DE SU SUELDO MENSUAL FUERON REALIZADOS PARA LA ASOCIACION DURANTE LOS ULTIMOS CUATRO (4) MESES DE TRABAJO

| MES | AHORROS | SEGURO | PRESTAMO |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

CANTIDAD ACREDITADA *A SU DEUDA DE SUMA GLOBAL DE VACACIONES $ _____
*NETO ENVIADO A LA ASOCIACION PARA ACREDITAR A PRESTAMO. _____
(Firme en forma legible)

Certifico que he verificado toda la información Ofrecida anteriormente y que es completamente correcta:

Preparado por _____
Nómina Núm. _____
Fecha _____
Teléfono Funcionario Autorizado _____
Fecha de Certificación _____
Jefe de Personal o su Representante Autorizado _____
(Use letra de molde)
Firma _____

AEELA - 61
7 - 97 (Rev.)



ESTADO LIBRE ASOCIADO DE PUERTO RICO
Junta de Retiro para Maestros
P O Box 191879
San Juan, P. R. 00919-1879
Teléfono (787) 754-8611

30 de julio del 2001

PROF: WILMER CARDONA RIVERA
FOREST HILLS
B 17 CALLE 4
BAYAMON P R 00959

CASO: 72

SS: 1470

Estimado profesor Cardona:

Nos referimos a su solicitud de **Retiro Temprano Ley 44** la cual ha sido aprobada. Su retiro será efectivo el **1 de junio de 2001** y recibirá una renta mensual de **$1,388.53**.

Le informamos que usted puede autorizar a la Junta de Retiro para Maestros a descontar de su pensión, determinada cantidad para pagar compromisos contraídos, tales como, el seguro médico de su preferencia u otras deducciones permitidas por Ley.

Se incluye información de interés para los maestros pensionados.

**CERTIFICO CORRECTO**

Gloria E. Návas Pérez
Directora
Area Servicios de Retiro

Cordialmente,

Irma A. Giménez López
Secretaria Ejecutiva

Anexo
lp

"Sirviéndole a la Clase Magisterial Puertorriqueña"



**GOBIERNO DE PUERTO RICO**
Junta de Retiro para Maestros
PO Box 191879 San Juan, PR 00919-1879
Teléfono (787) 754-8611

17 de marzo del año 2000

Departamento de Educación
Sección: Nombramientos y Cambios
Atención: Matilde Pedraza

Re: Prof. Wilmer Cardona Rivera     S.S.     170

El profesor de referencia ha radicado una Solicitud de Retiro por la Ley 44 del 27 de enero del año 2000.

Al 31 de mayo de 2001 fecha en que piensa renunciar para acogerse a la jubilación tiene, 28 años, 4 meses, -- semanas y -- días.

Edad: 50

Pagos pendientes por: N/A

\_\_\_\_\_ Reconocimiento de Tiempo

\_\_\_\_\_ Diferencia Transferencia de Fondos

\_\_\_\_\_ Otros

Cordialmente,

José A. Figueroa Colón
Sub-Secretario Ejecutivo

/agb

cc: Prof. WILMER CARDONA RIVERA
     FOREST HILLS
     B 17 CALLE 4
     BAYAMON P.R. 00959

*"Sirviéndole a la Clase Magisterial Puertorriqueña"*