Wilmer Cardona Pérez
Forest Hills C/ 4-B-17
Bayamón P.R. 00959

RECEIVED & FILED
2020 FEB 20 PM 3:48
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR




U.S. POSTAGE PAID
FCM LG ENV
BAYAMON, PR
00957
FEB 12, 20
AMOUNT
$1.40
R2305H104043-11

Secretaria (Clerk's Office)
Tribunal de Distrito de E.U.
Room 150 Federal Building
San Juan P.R. 00918-1767