INTAKE DROP BOX
RECEIVED & FILED

2020 FEB 21 AM 10: 16

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

19 de febrero de 2020

Tribunal de Distrito de Estados Unidos
San Juan, Puerto Rico
Commonwealth of Puerto Rico

*Carmen D. Cora Cora*

Carmen D. Cora Cora
P.O. Box 452,
Arroyo, Puerto Rico 00714

# de Reclamación: 107492

Distinguidos Servidores:

Por medio de esta misiva deseo informales a ustedes que serví al Departamento de Educación en los años 1971 hasta el 2006 en carácter de maestra y más tarde como directora escolar. Considero que tengo derecho a recibir el pago de la ley de retribución uniforme del 12 de julio de 1979 (Ley 89), (Ley 96) del 1 de julio del 2002 y la ley del 1 de julio del 2002 efectiva el 1 de enero del 2004 (Ley 164).

De acuerdo a mis cálculos el dinero que se adeuda tiene un monto de $19,800 dólares hasta el 2006 que finalizó mis servicios al Departamento de Educación.

Espero de ustedes una evaluación y pronta respuesta.

Con respeto y admiración,

*Carmen D. Cora Cora*

Carmen D. Cora Cora
Demandante

19 de febrero de 2020

Tribunal de Distrito de los Estados Unidos
#150 Chardon Avenue
Federal Building
San Juan, Puerto Rico 00918

*Carmen D. Cora Cora*

Carmen D. Cora Cora
P.O. Box 452,
Arroyo, Puerto Rico 00714

Distinguidos Servidores:

Por medio de esta misiva solicito la extensión de la réplica relacionada a la ley promesa Título III del Estado Libre Asociado de Puerto Rico y el Departemento de Educación.

Cordialmente,

*Carmen D. Cora Cora*

Carmen D. Cora Cora
Demandante

Adjunto copias de certificaciones como maestra.