

# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

ATT: LEY PROMESA

18 de febrero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | CARMEN D. CORA CORA |
| Seguro Social | : | CDC. |
| Categoría | : | DIRECTOR ESCUELA ELEMENTAL III |
| Distrito Escolar | : | GUAYAMA |
| Sueldo Mensual | : | $3,320.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 31 de julio de 2006 |
| Otros | : | Presto servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 35 años. Nuestro sistema de Recursos Humanos refleja que ocupó una plaza desde 08/02/1971. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Carmen D. Cora Cora**, con número de seguro social que termina en *[firma]*.

| Fecha de Efectividad de la Pensión | 1 de agosto de 2006 |
|---|---|
| Tiempo Cotizado para la Pensión | 34 años, 10 mes, 3 sem., 4 día |
| Pensión Mensual Inicial | $2,349.89 |
| Pensión Mensual Actual | $2,349.89 |

Esta certificación se expide hoy, **18 de febrero de 2020** en **San Juan**, Puerto Rico.

**Edgardo J. Negrón Ramírez**
Supervisor
Área de Servicios de Retiro



235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

787.777.1414   787.764.6910   www.srm.pr.gov

Modelo SC-1715(Rev.)
14-mayo-71
Manual de Contabilidad

ESTADO LIBRE ASOCIADO DE PUERTO RICO
JUNTA DE RETIRO PARA MAESTROS
INFORME RENTA ANUAL VITALICIA

| Nombre | Núm. Reclamación | |
|---|---|---|
| CARMEN D CORA CORA | 41177 | Sexo F |

Tipo de Renta:
- a- Años de Servicio y edad
  - Opcional (X)
  - Obligatorio ( )
- b. Edad ( )
- c- Incapacidad
  - Ocupacional ( )
  - No Ocupacional ( )
- d- Diferida ( )

Fecha de Nacimiento: Ciel.
Año — Mes — Día

Edad al Retirarse: 59 años 02 Meses 21 Días
Servicios Acreditados: 34 Años 10 Meses 03 Sem. 04 Días
Costo Anualidad: $58,304.18
Fecha de Retiro: 2006 / 07 / 31
Fecha de Efectividad: 2006 / 08 / 1º

Retiro Ley Núm. 91 del 29 de marzo de 2004

Cómputo de la Renta Anual:
a- Sueldo promedio mensual más alto durante TRES años consecutivos a $3,133.19 ........ $2,349.89

.075%   X   30 AÑOS
(Por ciento)         (Tiempo Acreditado)

*En caso de renta anual diferida, ésta comenzará al cumplir la edad de _____

( ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años de edad

( ) o a opción en fecha posterior si al retirarse tiene 10 y menos de 25 años de servicios y menos de 60 años de edad

b. Ajuste para llegar al Mínimo Establecido por ley 89

| Años de Servicio | Edad | Incapacidad Física | Diferido |
|---|---|---|---|
| $ _____ | $ _____ | $ _____ | $ _____ |

Diferencia Mínimo o Renta Sistema de Retiro

*[Stamp: OFICINA DE FINANZAS / DOCUMENTOS PREINTERVENIDOS / 0 4 AGO 2006 / NORMA PEÑA AGOSTO]*

Renta Mensual Vitalicia .......... $2,349.89
Renta Anual Vitalicia .......... $28,198.68

Computado por: Carlos Serrano Ayala   Fecha: 24/7/04
Cotejado por: Alberto Sohun García   Fecha: 8/3/06
Recomendado: Irma García Hernández, Directora, Area Servicios de Retiro   Fecha: 3/8/06
Fecha: 7/8/06
Aprobado: Dinelia Oyola Morales, Sub-Directora Ejecutiva

lod



**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

SRM-SB-024
Rev. marzo 2017

## CERTIFICACIÓN DE PENSIÓN

CORA CORA, CARMEN D
PO BOX 452

ARROYO PR 00714

Certifico que CORA CORA, CARMEN D recibe de una pensión vitalicia del Sistema de Retiro para Maestros. La pensión mensual es de $2,349.90 equivalente a $28,198.80 anual. Luego de las deducciones recibe la cantidad de $1,697.90 mensual, equivalente a $20,374.80 anual.

Esta certificación se expide hoy 18 de febrero de 2020.



Número de Certificación: SRM03P2000962

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Estado Libre Asociado de Puerto Rico: http://www.pr.gov o en nuestro Portal en http://www.srm.pr.gov

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918
P.O. Box 191879 · San Juan PR 00919-1879



☎ 787.777.1414    📠 787.759.2883    www.srm.pr.gov