## HOJA DE TRÁMITE

**ASUNTO:** Entrega de documentos

**NOMBRE** Migdalia Más Cruz

**Destinatario:** Junta de Supervisión Fiscal

Adjunto entrega de los siguientes documentos solicitados por la Junta de Supervisión Fiscal, Ley Promesa de P.R. a los maestros del Departamento de Educación de P.R. que se le adeudan dinero por conceptos de diferentes leyes que se otorgaron aumento en años pasados:

_X_ Fecha de Elegibilidad de la Pensión

_X_ Tiempo Cotizado para la Pensión

_X_ Fecha de Efectividad de la Renuncia

_X_ Fecha de Efectividad de la Pensión

_X_ Pensión Mensual Actual

_X_ Forma 409 (en proceso)
_X_ Talonarios enero y Feb. 2020

In re Commonwealth of Puerto Rico

Case No. 17-03283              Case No. 17-03283

Date Filed 21 feb. 2020        Date Filed 21 feb. 2020

Proof of Claim 56342           Proof of Claim 54636

Case No. _____

Date Filed ------------------

Proof of Claim _____

FIRMA Migdalia Más Cruz       FECHA 21 febrero 2020