# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Migdalia Mas Cruz**, con número de seguro social que termina en 3290.

| | |
|---|---:|
| Fecha de Efectividad de la Pensión | 21 de diciembre de 2006 |
| Tiempo Cotizado para la Pensión | 30 años, 10 mes, 3 sem., 1.5 días |
| Pensión mensual Inicial | $2,157.50 |
| Pensión Mensual Actual | $2,157.50 |

Esta certificación se expide hoy, **18 de febrero de 2020** en **San Juan, Puerto Rico**.

Edgardo J. Negrón Ramírez
Supervisor
Área de Servicios de Retiro



235 Avenida Arterial Hostos · Edificio Capital Center, Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879



☏ 787.777.1414   📠 787.764.6910   www.srm.pr.gov

SRM
Sistema de Retiro para Maestros
Gobierno de Puerto Rico
*Protegemos la Aportación al Futuro*

Modelo SC-1515 (IRM
14-mayo-71
Manual de Contabilidad

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**JUNTA DE RETIRO PARA MAESTROS**
**INFORME RENTA ANUAL VITALICIA**

| MIGDALIA MAS CRUZ | Núm. Reclamación 41935 | Sexo F |
|---|---|---|
| | | Fecha de Nacimiento |
| Tipo de Renta: | c- Incapacidad | 1954  2  5 |
| a- Años de Servicio y edad | Ocupacional ( ) | Año  Mes  Día |
| Opcional (X) | No Ocupacional ( ) | |
| Obligatorio ( ) | d- Diferida ( ) | |
| b. Edad ( ) | | |

| Edad al Retirarse | Servicios Acreditados | Costo Anualidad | Fecha de Retiro |
|---|---|---|---|
| 52  10  16 | 30  10  3  1½ | $49,827.28 | 2006  12  20 |
| Años Meses Días | Años Meses Sem. Días | | Año Mes Día |
| | | | Fecha de Efectividad |
| | | | 2006  12  21 |
| | | | Año Mes Día |

Retiro Ley Núm. 91 DEL 2004

Cómputo de la Renta Anual:
a- Sueldo promedio mensual más alto durante TRES años consecutivos a $2,876.67          $2,157.50

.75%  X  30 AÑOS
  (Por ciento)              (Tiempo Acreditado)

*En caso de renta anual diferida, ésta comenzará al cumplir la edad de _____

( ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años de edad

( ) o a opción en fecha posterior si al retirarse tiene 10 y menos de 25 años de servicios y menos de 60 años de edad

b. Ajuste para llegar al Mínimo Establecido por ley 89

  Años de Servicio      Edad       Incapacidad Física      Diferido
  $ _____          $ _____     $ _____            $ _____
Diferencia Mínimo o Renta Sistema de Retiro

Renta Mensual Vitalicia                                  $2,157.50

Renta Anual Vitalicia                                    $25,890.00

| Computado | | Cotejado | |
|---|---|---|---|
| Annie Rivera | 17/1/07 Fecha | Ivonne L. Ortiz Valladares | 1/17/07 Fecha |
| Recomendado: | | Aprobado: | |
| Irma García Hernández | 17/1/07 | M. mnooe | Dinelia Ovola Morales |
| Directora Area Servicios de Retiro | Fecha | Fecha | Subdirectora Ejecutiva |

Fecha: 1/16/2007

amf



| Gobierno de Puerto Rico | | Grupo de Pago: | SM -Quincenal | Business Unit: PUERT |
|---|---|---|---|---|
| 592 - SISTEMA DE RETIRO MAESTRO-PENS | | Desde: | 01/16/2020 | Aviso #:  5827691 |
| | | Hasta: | 01/31/2020 | Fecha Aviso: 01/30/2020 |

| MIGDALIA MAS CRUZ | # Empleado: | XXXXX3290 | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| URB. LOS MONTES | Dept: | 592160-ANOS SERVICIO LEY91 2004 | Estado Civil: | Married | Married |
| +772 CALLE PETIRROJO | Lugar: | A/OS SERVICIO LEY 91 | Concesiones: | 0 | 39 + 99 |
| DORADO, PR  00646 | Titulo: | Pensionado | Pct. Adcl.: | | |
| SS:  XXX-XX-3290 | Sueldo: | $2,157.50 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS / IMPUESTOS

| Descripcion | Sueldo | Horas (Corriente) | Ingresos (Corriente) | Horas (Acumulado) | Ingresos (Acumulado) | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| Pago de Salarios Regulares | | 1,078.75 | 172.50 | | 2,157.50 | | | |
| Total: | | 1,078.75 | 172.50 | | 2,157.50 | Total: | 0.00 | 0.00 |

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| | | | | | | SM-TRIPLE-S ADVANTAGE | 100.00 | 100.00 |
| Total: | 0.00 | 0.00 | Total: | 0.00 | 0.00 | * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | | | | |
|---|---|---|---|---|
| Corriente: | 1,078.75 | 0.00 | 0.00 | 1,078.75 |
| Acumulado: | 2,157.50 | 0.00 | 0.00 | 2,157.50 |

**PTO HORAS         ACUM**

| | | DISTRIBUCION PAGA NETA | |
|---|---|---|---|
| Balance Inicial: | 0.0 | Aviso #5827691 | 1,078.75 |
| + Acumulado: | | | |
| - Utilizado: | | Total: | 1,078.75 |
| - Donada: | | | |
| + Ajustes: | | | |
| Balance Final: | 0.0 | | |

MENSAJE:

---

| Gobierno de Puerto Rico | Fecha | Aviso No. |
|---|---|---|
| 592 - SISTEMA DE RETIRO MAESTRO-PENS | 01/30/2020 | 5827691 |

Cant. Desposito:     $1,078.75

A la
Cuenta(s) De

MIGDALIA MAS CRUZ
URB. LOS MONTES
772 CALLE PETIRROJO
DORADO, PR  00646

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | 8020143021 | $1,078.75 |
| | Total: | $1,078.75 |



NO-NEGOCIABLE

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Grupo de Pago: SM -Quincenal
Desde: 01/01/2020
Hasta: 01/15/2020

Business Unit: PUERT
Aviso #: 5570741
Fecha Aviso: 01/15/2020

MIGDALIA MAS CRUZ
URB. LOS MONTES
+772 CALLE PETIRROJO
DORADO, PR 00646
SS: XXX-XX-3290

# Empleado: XXXXX3290
Dept: 592160-ANOS SERVICIO LEY91 2004
Lugar: A/OS SERVICIO LEY 91
Titulo: Pensionado
Sueldo: $2,157.50 Monthly

DATA IMP:    Federal    PR
Estado Civil:  Married  Married
Concesiones:  0        39 + 99
Pct. Adcl.:
Cant. Adcl.:

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,078.75 | 82.50 | 1,078.75 |
| Total: | | | 1,078.75 | 82.50 | 1,078.75 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|

* Tributable

## TOTAL BRUTO
Corriente: 1,078.75
Acumulado: 1,078.75

## TOTAL IMPUESTOS
0.00
0.00

## DEDUCCIONES TOTALES
0.00
0.00

## PAGA NETA
1,078.75
1,078.75

### PTO HORAS  ACUM
Balance Inicial: 0.0
+ Acumulado:
- Utilizado:
- Donada:
+ Ajustes:
Balance Final: 0.0

### DISTRIBUCION PAGA NETA
Aviso #5570741    1,078.75
Total:    1,078.75

**MENSAJE:**

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
01/15/2020

Aviso No.
5570741

Cant. Desposito:    $1,078.75

A la
Cuenta(s) De

MIGDALIA MAS CRUZ
URB. LOS MONTES
772 CALLE PETIRROJO
DORADO, PR 00646

### DISTRIBUCION DE DEPOSITO DIRECTO
| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | 8020143021 | $1,078.75 |
| Total: | | $1,078.75 |



NO-NEGOCIABLE

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Grupo de Pago: SM -Quincenal
Desde: 02/01/2020
Hasta: 02/15/2020

Business Unit: PUERT
Aviso #: 6077751
Fecha Aviso: 02/14/2020

MIGDALIA MAS CRUZ
URB. LOS MONTES
+772 CALLE PETIRROJO
DORADO, PR 00646
SS: XXX-XX-3290

# Empleado: XXXXX3290
Dept: 592160-ANOS SERVICIO LEY91 2004
Lugar: A/OS SERVICIO LEY 91
Titulo: Pensionado
Sueldo: $2,157.50 Monthly

DATA IMP: Federal / PR
Estado Civil: Married / Married
Concesiones: 0 / 39 + 99
Pct. Adcl.:
Cant. Adcl.:

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,078.75 | 247.50 | 3,236.25 |
| Total: | | | 1,078.75 | 247.50 | 3,236.25 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-TRIPLE-S ADVANTAGE | 0.00 | 100.00 |

* Tributable

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 1,078.75 | 0.00 | 0.00 | 1,078.75 |
| Acumulado: | 3,236.25 | 0.00 | 0.00 | 3,236.25 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #6077751 | 1,078.75 |
| Total: | 1,078.75 |

MENSAJE:

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha: 02/14/2020

Aviso No. 6077751

Cant. Desposito: $1,078.75

A la Cuenta(s) De

MIGDALIA MAS CRUZ
URB. LOS MONTES
772 CALLE PETIRROJO
DORADO, PR 00646

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | 8020143021 | $1,078.75 |
| Total: | | $1,078.75 |



NO-NEGOCIABLE



# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

**ATT: LEY PROMESA**

18 de febrero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | MIGDALIA MAS CRUZ |
| Seguro Social | : | |
| Categoría | : | MA. EDUC. SEC (BIOLOGIA) |
| Distrito Escolar | : | BAYAMON I |
| Sueldo Mensual | : | $3,015.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 20 de diciembre de 2006 |
| Otros | : | Nuestro Sistema de Recursos Humanos refleja que trabajó para ésta Agencia por un periodo de 30 años y 5 meses. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

**GOBIERNO DE PUERTO RICO**
DEPARTAMENTO DE EDUCACIÓN
Secretaria Auxiliar de Recursos Humanos
Archivo Docente

Oficina de Servicios al Empleado
Archivo Docente

FEB 18 2020

RECIBIDO

## FORMULARIO DE VISITA
### PERSONAL DOCENTE

Fecha: 18 febrero 2020
Seguro Social: 3290
Nombre: Migdalia Más Cruz
Dirección Postal: Urb. Monte Bello calle Petirrojo 772 Dorado, P.R. 00646
Distrito donde trabaja o trabajaba: Bayamón III
Puesto que ocupa u ocupaba: maestra
E-mail: migdalia_mas@hotmail.com
Tel: (787) 662-7151

### CERTIFICACIONES DE EMPLEADO

Marque con una (X) su selección y acompañe con **IDENTIFICACIÓN CON FOTO**.

☐ 1. Carta de Cese o Renuncia
Atención: _____

☐ 2. Desempleo (Formulario 620)

☒ 3. Certificación de empleo (Total de Años) ☐ Español ☐ Inglés
Atención: Ley Promesa

(Sellos de Rentas Internas $1.50 para Agencias Privadas y uso Personal)

**SOLICITUDES *NO* SERÁN PROCESADAS EL MISMO DÍA**

☐ 4. Formulario de Cancelación de Préstamos Estudiantiles
☐ 5. Certificación de Trabajo Social (Renovación de Licencia)
☐ 6. Certificación de Tiempo No Cotizado para Retiro (Ayudante de Maestro hasta 1989)
**(Favor indicar los años)** de 1990 en adelante favor solicitarlo en el ARCHIVO NO DOCENTE

☒ 7. Otros: X09 2006

_Migdalia Más Cruz_   OK/w
Firma del Solicitante

### PARA USO OFICIAL DE LA AGENCIA

Inicial Empleado

Observaciones: _____

P.O. Box 190759, San Juan PR 00919-0759 • Tel.: 787-773-3074 • Fax: 787-773-0178
El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental, ni por ser víctima de violencia doméstica, agresión sexual o acecho.