UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
2020 FEB 21 PM 5:38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

| | |
|---|---|
| In re:<br><br>THE FINANCIALK OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>As representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>Debtors | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth, HTA and ERS.** |

### REPLICA A LA CENTESIMA CUADRAGECIMA TERCERA OBJECION GLOBAL

Yo Angelita Plaza Rivera (149054) estoy en contra de la Objeción global que tengo evidencia de mi reclamaciones es valida. Adjunto lo siguiente:

1) Certificación del Departamento de Educación de Puerto Rico sobre los años de trabajado de Fecha 12-Febrero-2020

2) Certificación del Sistema de Retiro para maestro 12-Febrero-2020 donde se indica fecha de la efectividad de la pensión y tiempo cotizado.

3) Revición de Salario de Recurso humano del departamento de Educación mediante el cuál se establece que mi sueldo estaba incorectam asignado y tengo derecho a un aumento en las partida

Por lo tanto Solicito muy respetuosamente que el Honorable tribunal (no desestime mi reclamación y se continue con el procedimiento en el tribunal

Repetuosamente Sometida hoy 18 de Febrero 2020 ante de la 4:00 P.M

Claim 149054

Certifico el envío de este documento a todas las partes por correo Regular a sus direcciones de récord. Secretaria, Junta de Control y Comité de acreedor

Angelita Plaza Rivera
Res: Luis Llorren Torres
Edf 14 Apt 306
Santurce P.R. 00913
787-295-0818
Cuenta DE EMAIL
angelitaplaza-91plaza@gmail.com