14 de febrero de 2020

A quien pueda interesar:

Estoy enviando los documentos requeridos por Promesa, una certificación detallada de años de servicios que son 33 años con 7 meses de servicios con el Departamento de Educación como maestra.

De tener alguna duda al respeto se puede comunicar con esta servidora al teléfono (787) 295-0818 o a mi correo electrónico que es Angelita-91plaza@gmail.com .

Cordialmente,

*Angelita Plaza Rivera*

Angelita Plaza Rivera



# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

ATT: Ley Promesa

12 de febrero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | ANGELITA PLAZA RIVERA |
| Seguro Social | : | |
| Categoría | : | MA. EDUCACION FISICA (K-12) |
| Distrito Escolar | : | SAN JUAN (I,II) |
| Sueldo Mensual | : | $2,730.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 26 de julio de 2013 |
| Otros | : | Presto servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 33 años y 7 meses. Nuestro sistema de Recursos Humanos refleja que ocupó una plaza desde 02/07/1978. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

## DEPARTAMENTO DE EDUCACIÓN
### Estado Libre Asociado de Puerto Rico
Secretaría Auxiliar de Recursos Humanos
Division de Personal Docente

### INFORME DE NOMBRAMIENTOS Y CAMBIOS

Expediente:  Número del Cambio: 5185

| Número del Cambio | Antes del Cambio | Después del Cambio |
|---|---|---|
| 1. Nombre del Empleado | ANGELITA PLAZA RIVERA | |
| 2. Seguro Social | | |
| 3. Número de Puesto | R34077 | |
| 4. Cifra de Cuenta | E1110-221-0810000-0000-08100-2014-SCHOOLWIDE14 | |
| 5. Cifra de Cuenta SIFDE | E1110 - 221 - 61655 - 01F - 2014 - SCHOOLWIDE14A - 61655 - 01F - 1110 | |
| 6. Status | REGULAR | |
| 7. Escala de Retribución | 01 | |
| 8. Clasificación y Número de Clase | MA. EDUCACION FISICA (K-12) 9975 | |
| 9. Sueldo | $ 2,730.00 | |
| 10. Diferencial | | |
| 11. División o Escuela | DR. FACUNDO BUESO 61655 | |
| 12. Programa | | |
| 13. Ubicación | SAN JUAN (I,II) 139 | |
| 14. Acción y Duración | | ENMIENDA ULT. DIA PAGO Y PAGO GLOBAL EN JUBILACION |
| 15. Aportación a Retiro | | |
| 16. Último Día de Trabajo | 31/MAYO/2013 | |
| 17. Último Día de Pago | 26/JULIO/2013 09:21 AM | 26/JULIO/2013 11:37 AM |
| 18. Fecha de Efectividad | | 26/JULIO/2013 |

**19. Comentarios y Explicaciones**
COBRO VAC REG. 39-1-21 DEL 3 JUNIO AL 26 JUL/2013 A LAS 9:21; ENMIENDA PAGO VAC REG. A 39-3-37 DEL 3 JUNIO AL 26 JUL/2013 11:37; SE AUTORIZA SIN PAGA EL 26 JUL/2013 11:38 A 3:00; SE ACOGE A LOS BENEFICIOS DE LA LEY 91 DEL 29 MARZO 2004; PAGO GLOBAL ENF. 78-3-20 DEL 1 AGOSTO AL 19 NOVIEMBRE 2013 A LAS 11:20 AM

**20. Firma del Jefe de Agencia o Representante Autorizado**
Dra. Julia Nazario Fuentes

Fecha de Preparado: 18/NOVIEMBRE/2013
Preparado Por: DQR

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2219, 2223, 2227, 2229, 2224, 3461 FAX
El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

# GOBIERNO DE PUERTO RICO
### Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Angelita Plaza Rivera**, con número de seguro social que termina en **5711**.

| | |
|---|---:|
| Fecha de Efectividad de la Pensión | 27 de julio de 2013 |
| Tiempo Cotizado para la Pensión | 33 años, 1 mes, 0 sem., 2.22 día |
| Pensión Mensual Inicial | $2,047.50 |
| Pensión Mensual Actual | $2,047.50 |

Esta certificación se expide hoy, **12 de febrero de 2020** en **San Juan, Puerto Rico**.

Edgardo J. Negrón Ramírez
**Supervisor**
**Área de Servicios de Retiro**

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879


Sistema de Retiro para Maestros
Gobierno de Puerto Rico
*Protegemos la Aportación al Futuro*

☎ 787.777.1414    📠 787.764.6910    www.srm.pr.gov

| SHR_INOM_SRM | SISTEMA DE RETIRO PARA MAESTROS | 19-09-2013 |
| --- | --- | --- |
| | Sistema de Aportaciones y Beneficios Integrados | 05:04:50 PM |
| NUM CASO: 678 | PAGO DE PENSION INGRESO A NOMINA | Página: 1 |

| SEGURO SOCIAL: | | NUMERO SOLICITUD | 669942 |
| --- | --- | --- | --- |
| NOMBRE | ANGELITA PLAZA RIVERA | FECHA RADICACION | 20-08-2013 |
| DIRECCIÓN | RES LUIS LLORENS TORRES EDIF 14 APT 306 | PENSION AÑOS DE SERVICIO / MERITO | |
| | SAN JUAN, PR 00913 | FECHA NACIMIENTO | EDAD 58.80 SEXO F |

INGRESO A NOMINA: 15-10-2013
FECHA EFECTIVIDAD: 27-07-2013
SERVICIOS ACREDITADOS: 33 1 0 2.22
    Años Meses Sem Días
COSTO ANUALIDAD: $69,758.07
SALARIO PROMEDIO: $2,730.00
RETROACTIVO: 27-07-2013 AL 30-09-2013

| | PAGO GLOBAL | MENSUAL | ANUAL |
| --- | --- | --- | --- |
| | $4,425.24 | $2,047.50 | |
| AUMENTO POR LEY: | | $0.00 | |
| IMPORTE TOTAL (BRUTO) | $4,425.24 | $2,047.50 | $24,570.00 |

| CONCEPTO | CLAVE | DESCUENTO | DESCUENTO |
| --- | --- | --- | --- |
| PENSION PAGADA | | $0.00 | $0.00 |
| PRESTAMOS: PERSONAL (PP) | 47-000 | $855.56 | $427.78 |
| CULTURAL (PC) | 45-000 | $0.00 | $0.00 |
| HIPOTECARIO (PH) | 36-000 | $0.00 | $0.00 |
| FINANZAS | 67-059 | $0.00 | $0.00 |
| INSUFICIENCIA EN APORTACION | | $0.00 | $0.00 |
| APORT. IND. 9% Cese: | 26-001 | $0.00 | $0.00 |
| OTROS | | $0.00 | $0.00 |
| TOTAL DESCUENTO | | $855.56 | $427.78 |
| NETO | | $3,569.68 | $1,619.72 |

BONOS  NAVIDAD (BNP): $0.00   VERANO (PBV): $0.00   MEDICAMENTO (PBM): $0.00

| COMPUTADO POR: | FECHA: 18/9/2013 |
| --- | --- |
| INTERVENIDO POR: | FECHA: 20-septiembre-2013 |
| SUPERVISOR (PENSIONES): | FECHA: |
| DIRECTOR: | FECHA: 30-Sept-13 |
| INGRESADO A NOMINA POR: Mes: Oct ☑1ra ☐2da | FECHA: 20/9/13 |
| PAGO GLOBAL POR: Mes: Oct ☑1st ☐2da ☐Off Cycle ☑Pay Line | FECHA: 27/09/2013 |
| SUPERVISOR (NOMINA): | FECHA: 29/10/13 |

AREA DE RETIRO
DOCUMENTOS PREINTERVENIDOS
SEP 23 2013
NOMBRE: MARIANELA GONZALEZ MARTINEZ
FIRMA:

$213.89
10/1/2013

**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

12 de febrero de 2020

Sr(a). ANGELITA PLAZA RIVERA
14 RES LUIS LLORENS TORRES
APT 306
SAN JUAN PR 00913-7100

Re: Préstamo **344855**
    Seguro Social XXX-XX-5711

Estimado(a) Sr(a). PLAZA RIVERA:

Certificamos que los términos de su **Préstamo Personal** son los siguientes:

| | |
|---|---|
| Fecha de concedido | 24 de junio de 2016 |
| Cantidad otorgada | $5,000.00 |
| Interés | 10.00 % |
| Plazos | 60 meses |
| Pago mensual | $106.95 |
| Fecha comienzo | julio 2016 |
| Fecha vencimiento | junio 2021 |

Para información adicional, puede comunicarse con el/la Sr(a). Edgardo Negrón Ramírez al (787) 777-1414 extensiones 2234, 2239, 2241 y 2245.

Cordialmente,

EDGARDO NEGRON
Área de Servicios de Préstamos

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918
P.O. Box 191879 · San Juan PR 00919-1879

787.777.1414    787.754.9179    www.srm.pr.gov





**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

JRM-127

## BALANCE DE PRESTAMO PERSONAL

FECHA :02-12-2020

| | |
|---|---|
| NOMBRE | : ANGELITA PLAZA RIVERA |
| DIRECCION | : 14 RES LUIS LLORENS TORRES |
| | : APT 306 |
| | : |
| | : SAN JUAN PR 00913-7100 |
| SEG. SOC. | : XXX-XX-5711 |
| NUM. PRESTAMO | : 344855 |

| | |
|---|---:|
| BALANCE DE PRINCIPAL | $1,684.59 |
| INTERESES POR COBRAR | $5.61 |
| RECARGOS | $0.00 |
| SOBREGIROS O RESERVA | $0.00 |
| SEGURO DE VIDA | $0.16 |
| | |
| SUB TOTAL | $1,690.36 |
| | |
| TOTAL A PAGAR | $1,690.36 |
| **COMPUTOS VALIDOS HASTA** | **2/12/2020** |

SUJETO A QUE LOS DESCUENTOS Y/O PAGOS DE ESTE PRESTAMO SE HAYAN EFECTUADO CORRECTAMENTE Y NO SE RECIBAN CANCELACIONES DE CHEQUES A LA FECHA DE CANCELACION

PARA EFECTUAR EL PAGO DEBE ENVIARNOS CHEQUE CERTIFICADO O GIRO POSTAL POR LA CANTIDAD ANTES INDICADA A NOMBRE DEL SISTEMA DE RETIRO PARA MAESTROS Y RECIBIRSE EN NUESTRAS OFICINAS AL MENOS CINCO (5) DIAS LABORABLES ANTES DE LA FECHA ESPECIFICADA EN 'COMPUTOS VALIDOS HASTA'

_____
SERVICIO DE PRESTAMOS

Edgardo Negrón Ramírez--2/12/2020

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918
P.O. Box 191879 · San Juan PR 00919-1879

☎ 787.777.1414  📠 787.754.9179  www.srm.pr.gov



DEPARTAMENTO DE EDUCACIÓN
SECRETARIA AUXILIAR DE RECURSOS HUMANOS
DIVISIÓN PERSONAL DOCENTE

REVISON DE SALARIOS

De acuerdo a su petición verificamos su sueldo y el mismo estaba incorrectamente asignado. A continuación la relación de los sueldos asignados desde su ingreso al magisterio.



**ANGELITA PLAZA RIVERA**

**FECHA DE INICIO: 7 DE FEBRERO DE 1978**

| Año Esc. | FECHA EFECT. | Aum. Ley | Aum. Exp. | Sueldo Antes | Sueldo Después | Otros prep./ ley 89 | Observaciones |
|---|---|---|---|---|---|---|---|
| 1977-78 | 7feb 78 | | | 540 | | | Nomb. r/año |
| 1978-79 | 25 sept 78 | | | 590 | | | Nomb r/año y bonif |
| | 2 julio 79 | | $25 | 590 | 615 | | Aum sueldo exp. |
| 1979-80 | 10 ago 79 | | | 590 | | | Nomb r/año sin bonif |
| | 1 oct 79 | $20 | | 590 | 610 | | Aum sueldo nueva ley |
| | 1 julio 80 | | | 610 | 660 | | Aum sueldo ley y exp. |
| 1980-81 | 4 ago 80 | | | 660 | | | Nomb Año |
| | | | $25 | 660 | 685 | | Aum sueldo exp. |

DEPARTAMENTO DE EDUCACIÓN
SECRETARIA AUXILIAR DE RECURSOS HUMANOS
DIVISIÓN PERSONAL DOCENTE

REVISON DE SALARIOS

| Año Esc. | FECHA EFECT. | Aum. Ley | Aum. Exp. | Sueldo Antes | Sueldo Después | Otros Prep./ley 89 | Máx. Escala Observaciones |
|---|---|---|---|---|---|---|---|
| | 1 mayo 95 | | | 1500 | 1525 | $25 | Aum sueldo ley 89 |
| 3/julio/95 | | $125 | | 1525 | 1650 | | Aum sueldo ley 142 |
| 1995-96 | 1 ago 95 | | | 1650 | | | Pago Vac 40 d Máx. Escala |
| | 17 jun 96 | $125 | | 1650 | 1775 | | Aum sueldo ley 122 |
| 1996-97 | 12 ago 96 | | | 1775 | | | Pago Vac 40 d Máx. Escala |
| 1997-98 | 1 ago 97 | | | 1775 | | | Pago Vac 40 d Máx. Escala |
| 1998-99 | 3 ago 98 | | | 1775 | | | Pago Vac 40 d |
| 1999-00 | 2 ago 99 | | | 1775 | | | Pago Vac 40 d |
| | 10 ene 00 | $100 | | 1775 | 1875 | | Aum sueldo ley 169 |
| 2000-01 | 1 ago 00 | | | 1875 | | | Pago Vac 40 d |
| | 1 ago 00 | $105 | | 1875 | 1980 | | Aum sueldo ley 45 Carrera Magisterial |
| 2001-02 | 1 ago 01 | | | 1980 | | | Pago Vac 40 d |
| | 1 julio 02 | $100 | | 1980 | 2080 | | Aum sueldo ley 96 |
| 2002-03 | 1 ago 02 | | | 2080 | | | Pago Vac 40 d |
| | 1 julio 03 | $150 | | 2080 | 2230 | | Aum sueldo convenio |
| 2003-04 | 4 ago 03 | | | 2230 | | | Pago Vac 40 d |
| | 1 julio 03 | $150 | | 2230 | 2380 | | Aum sueldo convenio |
| 2004-05 | 2 ago 04 | | | 2380 | | | Pago Vac 40 d |
| | 1 julio 05 | $100 | | 2380 | 2480 | | Aum sueldo convenio |
| 2005-06 | 1 ago 05 | | | 2480 | | | Pago Vac 40 d |
| 2006-07 | 1 ago 06 | | | 2480 | | | Pago Vac 40 d |

DEPARTAMENTO DE EDUCACIÓN
SECRETARIA AUXILIAR DE RECURSOS HUMANOS
DIVISIÓN PERSONAL DOCENTE

REVISON DE SALARIOS

| Año Esc. | FECHA EFECT. | Aum. Ley | Aum. Exp. | Sueldo Antes | Sueldo Después | Otros Prep./ley 89 | Observaciones |
|---|---|---|---|---|---|---|---|
| 1981-82 | 3 ago 81 | | | 685 | | | Nomb Año |
| | 1 julio 82 | | $25 | 685 | 710 | | Aum sueldo exp. |
| 1982-83 | 17 sept 82 | | | 710 | | | Nomb r/año |
| | 4 julio 83 | | $25 | 710 | 735 | | Aum sueldo Exp. |
| 1983-84 | 1 ago 83 | | | 735 | | | Nomb Año |
| | 26 sept 83 | Ley 12 ver escala | | 735 | 780 | | Aum sueldo ley 12 |
| | 2 abril 84 | Ley 3 ver escala | | 780 | 837 | | Aum sueldo ley 3 |
| | 2 julio 84 | | | 837 | 863 | | Aum sueldo exp. |
| 1984-85 | 6 ago 84 | | | 863 | | | Pago Vac 40 |
| | 1 julio 85 | | | 863 | 889 | | Aum sueldo exp. |
| 1985-86 | 5 ago 85 | | | 889 | | | Pago Vac 40 |
| | 1 julio 86 | | | 889 | 914 | | Aum sueldo exp. |
| 1986-87 | 6 oct 86 | | | 914 | | | lic./Enf |
| 1987-88 | 3 ago 87 | | | 914 | | | Prorroga Lic./Enf |
| 1988-89 | 1 ago 88 | | | 914 | 1064 | | Reinst. y aum sueldo ley 96 y ley 5 |
| | 3 abril 89 | Ley 6 ver escala | | 1064 | 1125 | | Aum sueldo ley |
| | 3 julio 89 | | $25 | 1125 | 1150 | | Aum sueldo exp. |
| 1989-90 | 7 ago 89 | | | 1150 | | | |
| | 3 abril 90 | | | 1150 | 1175 | $25 | Aum sueldo ley 89 |
| | 2 julio 90 | | $25 | 1175 | 1200 | | Aum sueldo Exp. |
| 1990-91 | 6 ago 90 | | | 1200 | | | Pago Vac 40 d |
| | 1 julio 91 | | $25 | 1200 | 1225 | | Aum sueldo Exp. |
| 1991-92 | 5 ago 91 | | | 1225 | | | Pago Vac 40 d |
| | 1 julio 92 | | $25 | 1225 | 1250 | | Aum sueldo Exp. |
| 1992-93 | 17 ago 92 | | | 1250 | | | Pago Vac 40 d Máx. Escala |
| 1993-94 | 1 sept 93 | | | 1250 | | | Pago Vac 40 d Máx. Escala |
| | 1 oct 93 | $125 | | 1250 | 1375 | | Aum sueldo ley 28 |
| | 4 julio 94 | $125 | | 1375 | 1500 | | Aum sueldo ley 44 |
| 1994-95 | 1 sept 94 | | | 1500 | | | Pago Vac 40 d |

**DEPARTAMENTO DE EDUCACIÓN**
**SECRETARIA AUXILIAR DE RECURSOS HUMANOS**
**DIVISIÓN PERSONAL DOCENTE**

REVISON DE SALARIOS

Requisito elegibilidad:
Ley 169 efectiva enero 2000: vinculado al servicio al 26 enero/99 y activo al 1/enero/2000

Ley 410 efectiva enero 2001
vinculado al servicio al 1/febrero de 2000 y enero de 2001 y no hayan recibido más de cien dólares de aumento salariales por otros conceptos. De haber recibido menos de cien se le otorga la diferencia.

Ley 96 efectiva julio 2002
servicio activo al 30 de junio 2002

Convenio Colectivo entre el Departamento de Educación y la Federación de Maestros efect. 1 de julio de 2003. ( 150)

Convenio Colectivo entre el Departamento de Educación y la Federación de Maestros efect. 1 de julio de 2004. (150)
1 de octubre de 2004. Ley 168 Personal Transitorio activo al 30 de septiembre de 04 y que no hayan recibido aumento sueldo convenio jul/04.

Convenio Colectivo entre el Departamento de Educación y la Federación de Maestros efect. 1 de julio de 2005. (100)

Sueldo correcto

_____, Supervisora
Firma

10/Ago/07
Fecha

## Departamento de Educación

| | Estado Libre Asociado de Puerto Rico<br>Secretaría Auxiliar de Recursos Humanos<br>Informe de Cambios - Personal Docente | |
|---|---|---|
| | Antes del Cambio | Después del Cambio |
| 1. Nombre del Empleado | PLAZA RIVERA, ANGELITA | |
| 2. Seguro Social | | |
| 3. Preparación Académica | BA + 15  20 | |
| 4. STATUS | PERMANENTE 01 | |
| 5. Experiencia | 15-7-0-0 | |
| 6.. Sueldo Bruto | $1,500.00 | $1,525.00 |
| 7. Número de Puesto | R34077 | |
| 8.. Categoría de Puesto | EDUCACION FISICA  9975 | |
| 9. Fondo | ESTATAL | |
| 10. Cifra de Cuenta | E1110-11100-081000-1008-00100-1995 | |
| 11. Fecha de Efectividad | **1 DE MARZO DE 1995** | **1 DE MAYO DE 1995** |
| 12. Acción y Duración | | **CORRIGE FECHA EFECT. EN LEY 89** |
| 13. Escuela | FACUNDO BUESO | |
| 14. Distrito Escolar | SAN JUAN I  064 | |

15. Observaciones : ENMIENDA LOS SIGUIENTES CAMBIOS:
AUM S/ LEY 142  3 JUL 95   $1,525 a $1,650
PAG. VAC..         17jun 96      $1,650
AUM S LEY 122  17 JUN 96   $1,650  A $1,775
PAG. VAC. .       2 JUN 97     $1,775
PAG  VAC.         1 JUN 98     $1,775
PAG. VAC.      31 MAY  99  $1,775
AUM S/ LEY 169  10 ENE 00   $1,775  A  $1,875
PAG VAC.          5 JUN 00    $1,875
AUM S CARR .MAG .    1 AGO 00  $1,875 A $1,980
PAG. VAC.        4 JUN 01  $1,980
PAG. VAC.        3 JUN 02  $1,980
AUM S LEY 96    2 JUL 02  $1,980  A $2,080
PAG. VAC.        2 JUN 03   $2,080
AUM S/ CONV.       1 JUL 03  $2,080  A $ 2,230
PAG. VAC.         1  JUN 04    $2,230
AUM S/CONV.    1 JUL 04    $2,380
PAG. VAC.        5 JUN 05   $2,380
AUM S/CONV.    1 JUL 05   $2,380  A $2,480
PAG. VAC.         5 JUN 06    $2,480
PAG. VAC.         4 JUN 07    $2,480

16. Aprobado:  Por el Secretario o su Representante

_____        _____
Firma                                                                                           Fecha