Angelita Plaza Rivera
Res. Luis Llorer Torres
Edf 14 Apt 306, 00913



FILED 21 PM 5:38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Secretaria (Clerk Office
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan Puerto Rico 00918-1767