17 de febrero 2020

A quien pueda interesar:

Le estoy entregando unos documentos que me faltaban de la Ley Promesa. Lo cual entregue la replica el 7 de febrero de 2020.

Adjunto originales
1- Certificacion Depto. Educ. Pub. de P.R.
2- Ley 180 Salario Sito 2000-2004 (Reclamacion)
3- Reclamacion Ley 169 Salario Escala Salario-Pasos 1995-2000

Norma Iris Guiñiz Falcón
Urb. Villa Blanca
Calle José Yaniela 5
Caguas, P.R. 00725
787-929-5314

2020 FEB 21 PM 4:03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
INTAKE DROP BOX
RECEIVED & FILED