**GOBIERNO DE PUERTO RICO**

DEPARTAMENTO DE EDUCACIÓN

Recursos Humanos ORE Caguas

## CERTIFICACIÓN

Certifico que la Prof. Norma I. Núñez Falcón, seguro social ███████, ocupó con status permanente el puesto R94465 Maestra Educación Temprana Nivel Elemental K-3, adscrita a la Escuela Daniel Díaz Santana, Distrito de Gurabo.

Laboró para la Agencia desde el 19 de enero de 1983 hasta el 28 de julio de 2011, fecha en que se acogió a su jubilación.

Devengó un salario bruto de $2,555.00 mensuales.

Cualquier información puede comunicarse al teléfono 787-743-1234 Ext. 4440.

Dado hoy 20 de febrero de 2020, en Caguas, Puerto Rico.

Certifico correcto:

**María M. Aponte Santos**
Directora
Área de Recursos Humanos

P.O. Box 398
Caguas, Puerto Rico 00726
Tel: (787) 743-1234

DEPARTAMENTO DE EDUCACION
Region Educativa de Caguas
P.O. Box 398
Caguas, PR 00725


DEPARTAMENTO DE EDUCACIÓN
GOBIERNO DE PUERTO RICO

El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.

United States District Court For The District of Puerto Rico

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767

Debtors: Estado Libre Asociado de Puerto Rico

Gobierno de Puerto Rico

Departamento de Educación

No. 17BK 3283-LTS

_____ OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTHE OF PUERTO RICO, IN DEFFICIENT CLAIMS ASSEITING INTEREST BASED UPON UNSPECIFIED PUERTO RICO STATUS

DOC 8978-4

Proof of Claim: 93406
93406

Name and Address: Norma I. Núñez Falcón
Urb Villa Blanca
calle José Garrido 5
Caguas, P.R. 00725

Reclama al Gobierno del Estado Libre Asociado de Puerto Rico; al Gobierno de Puerto Rico y la Departamento de Educación de Puerto Rico.

Ley 89 de 1984 – Romerazo

Años Reclamados _____

Cantidad Reclamada _____

Ley 180 Laboral Sila

Años Reclamados 2000 – 2004

Cantidad Reclamada 5,329.00

Página 2

Adjunto evidencia en réplica a la información solicitada:

1. Certificación de Pensión - Sistema de Retiro de maestro Gobierno de Puerto Rico
2. Informe Renta anual Vitalicio - Junta Retiro
3. Certificación del Departamento de Educación

Solicito la adjudicación de mi petición, según corresponda a mis derechos por las Leyes anteriormente Especificadas.

Nombre: Norma Iris Núñez Falcón

Firma: Norma Iris Núñez Falcón   Fecha: 5 de febrero 2020

United States District Court For The District of Puerto Rico

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767

Debtors: Estado Libre Asociado de Puerto Rico

Gobierno de Puerto Rico

Departamento de Educación

No. 17BK 3283-LTS

_centecima decima/cuarta_ OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTHE OF PUERTO RICO, IN DEFFICIENT CLAIMS ASSEITING INTEREST BASED UPON UNSPECIFIED PUERTO RICO STATUS

DOC 8978-4

Proof of Claim: 97692

Name and Address: Norma I. Nuñez Falcon
Urb. Villa Blanca
Calle Jose Garridos
Caguas, PR 00725

Reclama al Gobierno del Estado Libre Asociado de Puerto Rico; al Gobierno de Puerto Rico y la Departamento de Educación de Puerto Rico.

Ley 89 de 1984 – Romerazo

Años Reclamados _____

Cantidad Reclamada _____

Ley 169 ~~Ley Laboral~~ – Escala Salarial – Pasas

Años Reclamados _1995 – 2000_

Cantidad Reclamada _10,480.00_

Página 2

Adjunto evidencia en réplica a la información solicitada:

1. Certificación de Pensión - Sistema de Retiro de maestr Gobierno de Puerto Rico

2. Informe Renta anual Vitalicio Junta de Retir

3. Certificación del Departamento de Educación

Solicito la adjudicación de mi petición, según corresponda a mis derechos por las Leyes anteriormente Especificadas.

Nombre: Norma Iris Núñez Falcón

Firma: _Norma Is Núñez Falcón_  Fecha: 21 de febrero 2020