Isabel Avilés Mojica
Condominio Jardines de San Ignacio
Torre A Apto. 1414
San Juan, Puerto Rico 00927-6568



SAN JUAN P&DC 009
TUE 18 FEB 2020 PM



RECEIVED & FILED
2020 FEB 21 PM 5: 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

HON. LAURA TAYLOR SWAN
SECRETARIA
TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA DISTRITO DE PUERTO RICO
150 CARLOS CHARDON STREET
FEDERAL BUILDING
SAN JUAN PR 00918-1767

$ 000.65⁰
ZIP 00927
02.4W
0000362890 FEB 18 2020