18 de Febrero 2020

Nombre del Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico

Deudores, Commonwealth of Puerto Rico

Número de procedimiento: 17 BK 3283 LTS

Título de la Objeción Global: Notificación de la centésima segunda objeción global (no sustantiva) del ELA de Puerto Rico

No. De Reclamaciones

Reclamación # 126343 - Ley #35 de 3% aumento de Retiro a pensiones menores de $1,250.00 mensuales

Reclamación # 143460 - Ley 158 Escala Salarial por pasos

Reclamación # 115732 - Ley 89 - llamada el Romerazo un aumento de $100.00 mensuales

esta reclamación no me enviaron el papel sólo enviaron una tarjeta dentro de un folleto que habían otra reclamación.

Me despido muy respetuosamente

Sra. Lydia H. Figueroa Correa

Dirección: Urb. San Martín, Calle 2 D6 Juana Díaz, P.R 00795

Teléfono: 787-307-8708

RECEIVED & FILED 2020 FEB 21 PM 5:38 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN

1. Reclamo #126343 → Ley #35 de 3% de aumento de retiro a pensiones menores de $1,250.00 mensuales. Mi pensión es de la cantidad de $1,162.72. Dicha ley se otorgó 24 de Abril del 2007 con efectividad al 1ro de Julio del año 2008. Mi jubilación fue en Julio del año 2014 recibí mi primer cheque de pensionada en Octubre de 2014 más o menos por lo que considero me deudan alrededor de $2,000 o más. hasta la fecha Febrero de 2aa que estoy reclamando lo adeudado.

Reclamación # 143460
Ley 158 Escala Salarial por pasos del 30 de Junio del 1999
Núm 158 artículo 1.01 enmendada en Agosto 28, 2002
Núm 208 art. 1) Ley conocida como Carrera Magisterial. Escala salarial por pasos $25.00 mensuales. Yo consideró que el nivel de retribución es alrededor de $4,800.00 a $5,000,00 no hace tanto tiempo realmente tengo dudas porque creo que han de enviar los $25.00 por paso.

Reclamación # 146689 Ley 120 3% Aumento Anual
Considero que esta reclamación está repetida.

Reclamación #115732 ) Nota esta reclamación ya la había enviado no enviaron la tarjeta dentro de un panfleto pero no enviaron el papel. Esta es la reclamación de la Ley 89 del 1 de Julio de 1985, expedida por el gobernador Carlos Romero Barceló en el año 1985. Fue efectiva a partir del 1 de Julio

1985 Otorga recurrir aumento de sueldos mensuales a los empleados públicos.

Reclamación es de una retribución de $22,800 (22.8)
que comencé en el Departamento de Educación
el año 1990 hasta 2014 que me jubilé. En adición
son 19 años desde el 1990 que comencé a trabajar
en el Dpto de Educación y me jubile en el año 2014
los 5 años que llevo jubilada más 2 meses de los meses
de Enero y Febrero del año 2020 $1,200 × 19 años
son $22,800 más $200.00 de Enero y Febrero
del año 2020 serían $23,000 de retribución de acuerdo
a mis cálculos. Nota aclaratoria: son muchos años que
han pasado y la memoria me puede fallar realmente no
puedo recordar con exactitud los aumentos que a través de
años recibí.

De: Lydia H. Figueroa Correa

No. 17 BK 3283-LTS núm de procedimiento

Dirección postal

Urb San Martín
Calle 2 D6
Juana Díaz, P.R.
#Tel 787-307-8708

A: Secretaria (Clerk's office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

Saludos cordiales:

Le estoy enviando evidencia de mi año de jubilación efectiva al 31 de julio 2014, talonario donde indica mi pensión mensual de $1,162.72 mensuales y evidencia de las reclamaciones. Las leyes en que firmaron por año y cantidad de aumento de mi reclamación.