De: Lydia H. Figueroa Correa
Urb San Martin Calle 2 D6
Juana Diaz, P.R. 00795



Para: Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

RECEIVED & FILED
2020 FEB 21 PM 5:38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR