Nancy David Santiago
PMB 1137 P.O. Box 3502
Juana Díaz, P.R. 00795
(787) 920-1434
nancyda813@live.com



Tribunal de Distrito de los Estados Unidos
Commonwealth of Puerto Rico
Número de procedimiento: 17 BK 3283-LTS
Centésima Décima Objeción Global
Número de las evidencias: 88217

Motivo para oponerse a la Objeción Global
A. Ley #89 Reclamación Laboral Romerazo

La reclamación #88217 corresponde a la ley #89- Romerazo (Reclamación Laboral). Esta ley fue expedida por el exgobernador Carlos Romero Barceló, aprobada en el 1984 y efectiva el 1 de julio de 1985, otorgando un aumento salarial de $100.00 mensuales. Mi reclamación corresponde a que dicho aumento no se me adjudicó. Por lo tanto, se me adeuda la cantidad de $35,900.00, aproximadamente, ya que me jubilé el 31 de julio de 2013.

Cordialmente,

Nancy David Santiago