Nancy David Santiago
PMB 1137 P.O. Box 3502
Juana Díaz, P.R. 00795



RECEIVED & FILED
2020 FEB 21 PM 5:38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaría (Clerk office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767