18-febrero-2020

A quien pueda interesar:

El motivo de esta carta es para notificar que cuento con evidencia que respaldan mis años de servicios para el Dept. de Educ. Mi nombre es Wilmarie Bosques Villalongo, mi numero telefonico es (813) 403-0173. Si tienen alguna duda no duden en comunicarse.

W. Bosques

RECEIVED & FILED
2020 FEB 21 PM 5:38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.