# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth, HTA, and ERS.** |

**NOTICE OF THE ONE HUNDRED TWENTY-FOURTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS ASSERTING INTERESTS BASED ON SALARY DEMANDS, EMPLOYMENT OR SERVICES PROVIDED**

> IF YOUR CLAIM IS LISTED ON EXHIBIT A TO THE OMNIBUS OBJECTION, THE COMMONWEALTH, HTA, AND/OR ERS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.
>
> IF YOUR CLAIM IS LISTED ON EXHIBIT A, YOU SHOULD READ THIS NOTICE AND THE OMNIBUS OBJECTION CAREFULLY AND DISCUSS IT WITH YOUR ATTORNEY. IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.

PLEASE TAKE NOTICE THAT, on January 14, 2020, the Commonwealth of Puerto Rico (the "Commonwealth"), the Puerto Rico Highways and Transportation Authority ("HTA"), and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the sole representative of the Commonwealth, HTA and ERS pursuant to Section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[1] filed the *One Hundred Twenty-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services Provided* (the

---

[1] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

"Omnibus Objection") with the United States District Court for the District of Puerto Rico (the "Court").[2]

---

**OVERVIEW**

- **PLEASE CHECK IF YOUR CLAIM(S) IS/ARE LISTED ON <u>EXHIBIT A</u> TO THE OMNIBUS OBJECTION.**

- If your claim(s) is/are **NOT** listed on <u>Exhibit A</u>, your claim will not be affected by the Omnibus Objection, and you DO NOT have to do anything.

- If your claim(s) is/are listed on <u>Exhibit A</u> to the Omnibus Objection, the Commonwealth, HTA and/or ERS are seeking to disallow your claim(s) listed on <u>Exhibit A</u> because, as explained in the accompanying Omnibus Objection, the Debtors' records show that your claim is deficient. The Omnibus Objection and <u>Exhibit A</u> to the Omnibus Objection provide additional details regarding the deficient claims at issue.

- Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.

- If you have questions, please contact Prime Clerk, LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

---

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

**IMPORTANT NOTICE PURSUANT TO LOCAL RULE 3007-1**

Any party against whom this Omnibus Objection has been served, or any other party to the action who objects to the relief sought herein, shall serve and file a response to the Omnibus Objection with the clerk's office of the United States District Court for the District of Puerto Rico by **4:00 p.m. (Atlantic Time) on February 18, 2020**, unless otherwise extended, in writing, by the Commonwealth, HTA, or ERS. If no response is filed within the time allowed herein, the Omnibus Objection will be deemed unopposed and may be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the court, the interest of justice requires otherwise. If you file a timely response, the Court may schedule a hearing.

---

[2] Capitalized terms used but not defined herein shall have the meanings set forth in the Omnibus Objection.

2

### Critical Information for Claimants Choosing to File a Response

**Who is Required to File a Response.** Any party who disputes the Omnibus Objection is required to file a response in accordance with the procedures set forth herein. If a party whose claim is subject to the Omnibus Objection does not file and serve a response in compliance with the procedures herein, the Court may grant the Omnibus Objection with respect to such claim without further notice to the claimant.

**Who is NOT Required to File a Response.** If you do not oppose the relief sought in the Omnibus Objection, then you do not need to file a written response to the Omnibus Objection and you do not need to appear at the hearing on the Omnibus Objection (described below). Additionally, the Omnibus Objection only applies to the claims listed on Exhibit A to the Omnibus Objection, a copy of which is available free online at https://cases.primeclerk.com/puertorico. No response is required if your claim is not listed on Exhibit A to the Omnibus Objection.

**Deadline for Filing a Response.** Your response will be deemed timely **only if** it is filed with the Court **and** served by **4:00 p.m. (Atlantic Time) on February 18, 2020**, unless otherwise extended, in writing, by the Commonwealth, HTA, or ERS, or upon written request to the Court and order of the Court extending the deadline.

> The deadline for filing and serving a response is
> **4:00 p.m. (Atlantic Time)** on **February 18, 2020**.

**Hearing on the Omnibus Objection.** If a response is properly filed and served in accordance with this notice, a hearing on the Omnibus Objection and the response will be held at **9:30 a.m. (Atlantic Time) on March 4, 2020**, before The Honorable Laura Taylor Swain at the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767. If you file a response to the Omnibus Objection, then you should plan to appear at the hearing on the Omnibus Objection. The Commonwealth, HTA and ERS, however, reserve the right, on three (3) business days' notice, to adjourn the hearing with respect to the Omnibus Objection and the response.

The Debtors may file a reply to your response or reply in oral argument at the hearing. The Debtors are permitted to file their reply no later than seven (7) calendar days before the hearing on the Omnibus Objection and the response.

> THE COURT WILL ONLY CONSIDER YOUR RESPONSE IF YOUR RESPONSE IS FILED **AND** SERVED BY THE RESPONSE DEADLINE IN ACCORDANCE WITH THE INSTRUCTIONS SET FORTH IN THIS NOTICE.

**What to File with a Response.** Your response to the Omnibus Objection **must** contain the following information.

(i) **Contact Information.** The response must include a **name, address, telephone number, and email address** of either (1) the responding claimant; (2) the

claimant's attorney or designated representative to whom the attorneys for the Commonwealth, HTA, or ERS should serve a reply to the response, if any; or (3) the party with authority to reconcile, settle, or otherwise resolve the Omnibus Objection on the claimant's behalf.

(ii) **Caption.** The response must contain a caption stating the name of the Court, the names of the Debtors, the case number, the title of the Omnibus Objection to which the response is directed, and the proof of claim number(s) related thereto from Prime Clerk (which are listed on Exhibit A to the Omnibus Objection and available free online at https://cases.primeclerk.com/puertorico).

(iii) **Reason(s) for Opposing the Omnibus Objection.** The response must contain a concise statement setting forth the reasons why the Court should not grant the Omnibus Objection with respect to your claim, including the factual and legal bases upon which the claimant will rely in opposing the Omnibus Objection.

(iv) **Supporting Documentation.** To the extent not already included with the proof of claim, the response should include a copy of any other documentation or other evidence of the claim, upon which the claimant will rely in opposing the Omnibus Objection; provided, however, that the claimant need not disclose confidential, proprietary, or otherwise protected information in the response; and provided, further, that the claimant shall disclose to the Commonwealth, HTA, and ERS all information and provide copies of all documents that the claimant believes to be confidential, proprietary, or otherwise protected and upon which the claimant intends to rely in support of its claim, subject to appropriate confidentiality constraints.

**Where and How to File and Serve a Response.** Every response should be filed electronically with the Court on the docket of *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS. There are two methods that you can use to file your response:

1. **Online.** Registered users of the Court's case filing system must file their response electronically in searchable portable document format.

2. **By Mail.** If you are not an attorney who is a registered user of the Court's case filing system, you may file and serve a response by mailing it to the Court's Clerk's office, the Oversight Board, and the Creditors' Committee at the following addresses:

>    Clerk's Office
>    United States District Court
>    Room 150 Federal Building
>    San Juan, Puerto Rico 00918-1767
>
>    Counsel for the Oversight Board
>    Proskauer Rose LLP
>    Eleven Times Square
>    New York, New York 10036-8299

4

>Attn: Martin J. Bienenstock
>Brian S. Rosen
>
>Counsel for the Creditors' Committee
>Paul Hastings LLP
>200 Park Avenue
>New York, New York 10166
>Attn: Luc A. Despins
>James Bliss
>James Worthington
>G. Alexander Bongartz

YOUR RESPONSE must be mailed so as to be received by the Clerk's Office, the Oversight Board, and the Creditors' Committee no later than **4:00 p.m. (Atlantic Time) on February 18, 2020**, unless otherwise extended by the Commonwealth, HTA, or ERS, in writing, or upon a written request to the Court and order of the Court extending the deadline.

In the event that you are unable to file and serve a response online or by mail as specified above, you may file a response in person at the following address by no later than **4:00 p.m. (Atlantic Time) on February 18, 2020**, unless otherwise extended by the Commonwealth, HTA, or ERS in writing, or upon a written request to the Court and order of the Court extending the deadline:

>Clerk's Office
>United States District Court
>#150 Chardon Avenue
>Federal Building
>San Juan, Puerto Rico 00918

A certificate of service should be included with your response explaining how service was accomplished.

If you have any questions about filing and serving a response, including questions about the Court's case filing system, please contact the **Prime Clerk hotline at (844) 822-9231.**

**Reservation of Rights.** NOTHING IN THE OMNIBUS OBJECTION OR THIS NOTICE IS OR SHALL BE DEEMED TO CONSTITUTE A WAIVER OF ANY RIGHTS OF THE COMMONWEALTH, HTA, ERS, OR ANY OTHER PARTY IN INTEREST IN THE TITLE III CASES TO DISPUTE ANY CLAIMS, ASSERT COUNTERCLAIMS, RIGHTS OF OFFSET OR RECOUPMENT, OR DEFENSES, OBJECT TO CLAIMS (OR OTHER CLAIMS OR CAUSES OF ACTION OF A CLAIMANT) ON ANY GROUNDS NOT PREVIOUSLY RAISED IN AN OBJECTION, UNLESS THE COURT HAS ALLOWED A CLAIM OR ORDERED OTHERWISE, OR SEEK TO ESTIMATE ANY CLAIM AT A LATER DATE. AFFECTED PARTIES WILL BE PROVIDED APPROPRIATE NOTICE THEREOF AT SUCH TIME.

Formulario: EM-2003 (Revisado 2004)

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
## DEPARTAMENTO DE EDUCACIÓN
### Hato Rey, Puerto Rico

### GUÍA PARA LA EVALUACIÓN DE LA LABOR DEL MAESTRO

Nombre del maestro: Wilmarie Bosquez Villalongo   S.S. 6198

Categoría del puesto: Maestra Educación Especial Problemas Específicos Aprendizaje

Escuela: S.U. Rafael Rexach Dueño   Distrito: Río Grande

Materia(s): Todas E.E.   Grado(s): K-3ro

Período que comprende esta evaluación: 11 de enero 2005 al 31 mayo 2005

| Área | Puntuación máxima | Puntuación obtenida | % |
|---|---|---|---|
| A. Proceso de enseñanza aprendizaje | 40 | 37 | |
| B. Dominio del contenido de la materia | 25 | 20 | |
| C. Evaluación del aprendizaje del estudiante | 40 | 40 | |
| D. Organización y ambiente de la sala de clases | 40 | 38 | |
| Totales | 145 | 135 | 93% |

**Escala:**
- ☐ 95 - 100%    (5) Ejecución profesional excelente
- ☐ 94 - 85%     (4) Ejecución profesional superior
- ☐ 84 - 70%     (3) Ejecución profesional promedio
- ☐ 69 - 60%     (2) Ejecución profesional bajo promedio
- ☐ 59 o menos   (1) Ejecución profesional deficiente

_____
Firma del maestro

Migdalia Arroyo Méndez            _____
Nombre del director               Firma del director

Fecha: 31 mayo 2005

Nombre del maestro: Wilmarie Bosquos
Escuela: S.U. Rafael Rexach Dueño     Distrito: Río Grande

## GUÍA PARA LA EVALUACIÓN DE LA LABOR DEL MAESTRO

Este documento incluye 4 áreas de evaluación de la labor del maestro, las cuales se desglosan en criterios específicos.

Complete la guía haciendo una marca de cotejo (✓)

| A. Área: Proceso de enseñanza y aprendizaje El maestro: | Escala | | | | | | Observaciones |
|---|---|---|---|---|---|---|---|
| | (5) | (4) | (3) | (2) | (1) | N/A | |
| 1. Presenta evidencia de su planificación. | | ✓ | | | | | |
| 2. Desarrolla actividades de enseñanza variadas y pertinentes a los objetivos, a las necesidades, intereses y habilidades de los estudiantes y al tema bajo estudio. | ✓ | | | | | | |
| 3. Promueve la articulación entre las materias en los procesos de enseñanza y aprendizaje. | ✓ | | | | | | |
| 4. Utiliza materiales de enseñanza variados y adecuados al tema bajo estudio y al nivel de desarrollo de los estudiantes (cuando están disponibles en la escuela). | ✓ | | | | | | |
| 5. Utiliza estrategias y actividades que promueven la construcción activa de conocimiento y que facilitan el desarrollo de conceptos. | ✓ | | | | | | |
| 6. Promueve el desarrollo de la creatividad en los procesos de enseñanza y aprendizaje. | ✓ | | | | | | |
| 7. Desarrolla actividades que promueven destrezas de pensamiento crítico y desarrollo de valores. | ✓ | | | | | | |
| 8. Integra la tecnología (disponible en la escuela) a la enseñanza de la materia conforme a su desarrollo en el uso y manejo de la misma. | | | ✓ | | | | |
| Totales | 30 | 4 | 3 | | | | |

Nombre del maestro: Wilmaue Bosques

Escuela: S.U. Rafael Rexach Dueño   Distrito: Río Grande

| 3. Área: Dominio del contenido de la materia El maestro: | (5) | (4) | (3) | (2) | (1) | N/A | Observaciones |
|---|---|---|---|---|---|---|---|
| 1. Demuestra conocimiento de los estándares de excelencia académica, competencias y destrezas de la materia y grado que enseña. | | ✓ | | | | | |
| 2. Demuestra conocimiento del Marco Curricular del área programática que enseña. | | ✓ | | | | | |
| 3. Demuestra evidencia de que se mantiene al tanto de nuevos adelantos e ideas de la materia que enseña. | | ✓ | | | | | |
| 4. Ofrece ejemplos variados y concretos de la vida real relacionados con los conceptos de la materia que enseña. | | ✓ | | | | | |
| 5. Comunica las ideas de la materia que enseña con claridad. | | ✓ | | | | | |
| Totales | | 20 | | | | | |

Nombre del maestro: Wilmarie Bosques

Escuela: S.U. Rafael Rexach Dueño    Distrito: Río Grande

| C. Área: Evaluación del aprendizaje<br>El maestro: | (5) | (4) | (3) | (2) | (1) | N/A | Observaciones |
|---|---|---|---|---|---|---|---|
| 1. Prepara y utiliza técnicas e instrumentos de evaluación variados que promueven el aprendizaje y la construcción de conocimiento. | ✓ | | | | | | |
| 2. Provee diferentes medios para que los estudiantes puedan demostrar lo que pueden hacer con lo que saben y han aprendido. | ✓ | | | | | | |
| 3. Discute con los estudiantes los criterios de evaluación que les serán aplicados. | ✓ | | | | | | |
| 4. Ofrece oportunidad al estudiante para rehacer y mejorar los trabajos por los cuales será evaluado (cuando lo entienda necesario). | ✓ | | | | | | |
| 5. Analiza los resultados de pruebas ofrecidas para mejorar las técnicas, estrategias y métodos de enseñanza, de manera que los alumnos aumenten el aprovechamiento escolar. | ✓ | | | | | | |
| 6. Demuestra ser objetivo y justo al evaluar al estudiante. | ✓ | | | | | | |
| 7. Corrige las pruebas y trabajos y discute los resultados con los estudiantes. | ✓ | | | | | | |
| 8. Mantiene comunicación con los padres en torno al progreso de sus hijos y puede evidenciarlo. | ✓ | | | | | | |
| Totales | | | | | | | |

Nombre del maestro: Wilmarie Bosques

Escuela: S.U. Rafael Rexach Dueño    Distrito: Río Grande

| D. Área: Organización y ambiente de la sala de clase<br>El maestro: | (5) | (4) | (3) | (2) | (1) | N/A | Observaciones |
|---|---|---|---|---|---|---|---|
| 1. Establece con los estudiantes normas que propician un funcionamiento adecuado en el salón de clases. | | ✓ | | | | | |
| 2. Es consistente en la aplicación de las normas establecidas. | | ✓ | | | | | |
| 3. Promueve y da seguimiento al buen uso de materiales y equipo a su cargo, mientras está bajo su control. | ✓ | | | | | | |
| 4. Hace uso efectivo del tiempo lectivo. | ✓ | | | | | | |
| 5. Es asertivo en el uso del período de capacitación profesional | ✓ | | | | | | |
| 6. Planifica y coordina las actividades del período institucional (si aplica). | ✓ | | | | | | |
| 7. Asiste a la escuela a la hora señalada en la organización escolar y se mantiene en la misma durante el horario regular de trabajo | ✓ | | | | | | |
| 8. Participa en reuniones convocadas durante el horario lectivo. | | ✓ | | | | | |
| Totales | 30 | 8 | | | | | |

38



Estado Libre Asociado de Puerto Rico
Departamento De Educación
**Escuela de la Comunidad**
**S.U. Rafael Rexach Dueño**
Apartado 472, Palmer, P.R. 00721
Tel. / Fax: 887-2720

30 de mayo de 2006

## Certification

Por este medio se certifica que **Wilmarie Bosques Villalongo**, número de seguro social, ---- trabajó como Maestra de Educación Especial durante el curso escolar 2005-2006 en la escuela S.U. Rafael Rexach Dueño de Río Grande.

De necesitar información adicional, favor de comunicarse con nosotros a través del teléfono (787) 887-2720.

Cordialmente,

Sra. Migdalia Arroyo Méndez
Directora
Escuela S.U. Rafael Rexach Dueño

Dmhc

Sello Oficial Escolar:



ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACIÓN
Hato Rey, Puerto Rico

GUÍA PARA LA EVALUACIÓN
DE LA LABOR DEL MAESTRO

Nombre del maestro: Wilmarie Bosques Villadonga

Categoría del puesto: Maestra

Escuela: Lola Millán Arellano   Distrito: Río Grande

Materia(s): Teatro   Grado(s): 7-8-9

| Área | Puntuación máxima | Puntuación obtenida | % |
|---|---|---|---|
| Proceso de enseñanza aprendizaje | 50 | 48 | 96% |
| Dominio del contenido de la materia | 35 | 33 | 94% |
| Evaluación del aprendizaje del estudiante | 35 | 35 | 100% |
| Organización y ambiente de la sala de clases | 35 | 35 | 100% |
| Totales | 155 | 151 | 97% |

Escala:
- 95 - 100%   Ejecución profesional excelente
- 94 - 85%    Ejecución profesional superior
- 84 - 70%    Ejecución profesional promedio
- 69 - 60%    Ejecución profesional bajo promedio
- 59 o menos  Ejecución profesional deficiente

_____
Firma del maestro

_____
Firma del director

Fecha: Mayo 2004

2

# GUÍA PARA LA EVALUACIÓN DE LA LABOR DEL MAESTRO

Este documento incluye 4 áreas de evaluación de la labor del maestro, las cuales se desglosan en criterios específicos.

Complete la guía haciendo una marca de cotejo (✓)

| | Escala | | | | | |
|---|---|---|---|---|---|---|
| | (5) | (4) | (3) | (2) | (1) | N/A |
| **A. Área: Proceso de enseñanza y aprendizaje** <br> El maestro: | | | | | | |
| 1. Presenta evidencia de su planificación | ✓ | | | | | |
| 2. Desarrolla actividades de enseñanza variadas y pertinentes a los objetivos, necesidades de los estudiantes y el tema bajo estudio | ✓ | | | | | |
| 3. Promueve la articulación entre las materias en los procesos de enseñanza y aprendizaje | | ✓ | | | | |
| 4. Utiliza materiales de enseñanza variados y adecuados al tema bajo estudio y al nivel de desarrollo de los estudiantes (cuando están disponibles en la escuela). | ✓ | | | | | |
| 5. Adapta estrategias de enseñanza de forma flexible, de acuerdo a los intereses, habilidades, necesidades y experiencias de los estudiantes | ✓ | | | | | |
| 6. Utiliza estrategias y actividades que promueven la construcción activa de conocimiento | ✓ | | | | | |
| 7. Promueve el desarrollo de la creatividad en los procesos de enseñanza y aprendizaje | ✓ | | | | | |
| 8. Desarrolla actividades que promueven destrezas de pensamiento crítico y desarrollo de valores | ✓ | | | | | |
| 9. Lleva a cabo actividades en orden lógico que promueven y facilitan el desarrollo de conceptos en la materia que enseña. | ✓ | | | | | |
| 10. Integra la tecnología (disponible en la escuela) a la enseñanza de la materia conforme a su desarrollo en el uso y manejo de la misma | | ✓ | | | | |
| Totales | | | | | | |

3

| B. Área: Dominio del contenido de la materia<br>El maestro: | (5) | (4) | (3) | (2) | (1) | N/A |
|---|---|---|---|---|---|---|
| 1  Demuestra conocimiento de los estándares de excelencia académica, competencias y destrezas de la materia y grado que enseña | | ✓ | | | | |
| 2  Demuestra conocimiento del Marco Curricular del área programática que enseña | | ✓ | | | | |
| 3  Demuestra evidencia de que se mantiene al tanto de nuevos adelantos e ideas de la materia que enseña | ✓ | | | | | |
| 4  Ofrece ejemplos variados y concretos de la vida real relacionados con los conceptos de la materia que enseña | ✓ | | | | | |
| 5  Comunica las ideas de la materia que enseña con claridad y especificidad adecuada | ✓ | | | | | |
| 6  Explica las ideas relacionadas con la materia que enseña de variadas maneras. | ✓ | | | | | |
| 7  Modela adecuadamente el contenido al aplicar conceptos, ejecutar destrezas y exhibir actitudes y valores propios de ésta | ✓ | | | | | |
| Totales | 32 | | | | | |

| C. Área: Evaluación del aprendizaje<br>El maestro: | (5) | (4) | (3) | (2) | (1) | N/A |
|---|---|---|---|---|---|---|
| 1  Prepara y utiliza técnicas e instrumentos de evaluación variados que promueven el aprendizaje y la construcción de conocimiento. | ✓ | | | | | |
| 2  Provee diferentes medios para que todos los estudiantes puedan demostrar lo que pueden hacer con lo que saben y han aprendido | ✓ | | | | | |
| 3  Se asegura que los estudiantes entienden claramente los criterios de evaluación que les serán aplicados. | ✓ | | | | | |
| 4  Analiza los resultados de pruebas ofrecidas para mejorar las técnicas, estrategias y métodos de enseñanza, de manera que los alumnos aumenten el aprovechamiento escolar. | ✓ | | | | | |
| 5  Demuestra ser objetivo, justo y respetuoso al evaluar al estudiante. | ✓ | | | | | |
| 6  Corrige las pruebas y trabajos y discute los resultados con los estudiantes. | ✓ | | | | | |
| 7  Mantiene comunicación con los padres en torno al progreso de sus hijos y puede evidenciarlo | ✓ | | | | | |
| Totales | | | | | | |

4

| D. Área: Organización y ambiente de la sala de clase  El maestro: | (5) | (4) | (3) | (2) | (1) | N/A |
|---|---|---|---|---|---|---|
| 1. Establece con los estudiantes normas que propician un funcionamiento adecuado en el salón de clases | ✓ | | | | | |
| 2. Es consistente y equitativo en la aplicación de las normas establecidas y las consecuencias que conlleva faltar a éstas | ✓ | | | | | |
| 3. Promueve y da seguimiento al buen uso de materiales y equipo a su cargo, mientras está bajo su control | ✓ | | | | | |
| 4. Hace uso efectivo del tiempo lectivo y del periodo de capacitación profesional y, si aplica, del periodo institucional | ✓ | | | | | |
| 5. Asiste a la escuela a la hora señalada en la organización escolar y se mantiene en la misma durante el horario regular de trabajo | ✓ | | | | | |
| 6. Asiste y participa en reuniones convocadas durante el horario lectivo | ✓ | | | | | |
| 7. Cuando se ausenta, indica las razones de sus ausencias | ✓ | | | | | |
| Totales | 35 | | | | | |

5