





PRIORITY MAIL FLAT RATE POSTAGE REQUIRED

PRESS FIRMLY TO SEAL

UNITED STATES POSTAL SERVICE

PRIORITY MAIL

- Date of delivery specified*
- USPS TRACKING™ included to international destinations.
- Limited international insurance.
- Pick up available.*
- Order supplies online.*
- When used internationally, a customs declaration label may be required.

* Domestic only

UNITED STATES POSTAL SERVICE.  Retail

P   US POSTAGE PAID
    $7.75
    Origin: 33629
    02/19/20
    1189350609-26

PRIORITY MAIL 3-DAY ®

0 Lb 3.40 Oz
1006

EXPECTED DELIVERY DAY: 02/22/20

C018

SHIP TO:
150 AVE CARLOS CHARDON
SAN JUAN PR 00918-1703

USPS TRACKING® NUMBER

9505 5139 4268 0050 6710 75

EP14F Oct 2018
OD: 12 1/2 x 9 1/2

USPS.COM/PICKUP

PS00001000014

PRIORITY MAIL
UNITED STATES POSTAL SERVICE ®
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: Wilmarie Bosques
7901 W. Paris St.
Tampa, Fl. 33615

TO: Clerk's Office
United States
District Court
#150 Chardon Ave.
Federal Building
San Juan, P.R. 00918

Label 228, March 2016   FOR DOMESTIC AND INTERNATIONAL USE

* Domestic only.   × For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.