18 de febrero 2020

A: Secretaria del Tribunal, a la Junta de Supervisión y al Comité de Acreedores.

De: Luis E. Caraballo Rodriguez
15846 Wilkinson Dr.
Clermont, FL. 34714

Asunto:
Proof of Claim Num. 118040
Case Number 17BK 03283-LTS Commonwealth of Puerto Rico

El Suscribiente ingresó el 12 de agosto de 1975 en la Policia de Puerto Rico. Trabajó como agente especial de la división de drogas y Narcóticos hasta el 16 de febrero de 1982. Nunca recibí el salario de agente encubierto ni el pago por la ley #89 del 12 de julio de 1979 (Romero). La escala salarial para el año 1975 era de $422.00 para los cadetes, mientras que para el agente encubierto era de $533 - $626, por ocho horas de trabajo. Mientras que el suscribiente trabajaba 24 horas por estar fuera del área de trabajo y recibía el mismo salario, aún cuando estaba trabajando horas extras.

Del 12 de febrero de 1982 al 15 de mayo de 1982, estuve en licencia sin sueldo.

Del 15 de mayo de 1982 al 15 de julio de 1985, estuve separado por Incapacidad, por un accidente en el trabajo, el cual fue relacionado por el Fondo del Seguro del Estado.

El Suscribiente No recibió el aumento salarial que establece la Ley #96, del 1° de julio del 2002,

de la gobernadora Sila M. Calderon. Donde se concede a los empleados públicos un aumento salarial de $100. mensuales. Desde la aprobación de dicha ley a la fecha de aceptación de mi renuncia a la Policía de P.R. para acogerme a los beneficios de la ley de retiro por años de servicio el 31 de mayo del 2010 la deuda aproximada es de $9,400.

El día 3 de mayo del 2004 presenté a la Superintendencia Auxiliar en Integridad Pública la querella #04-03-36-183. Por presentar esta querella el suscribiente fue removido de sus funciones como Profesor y otras funciones. El día 21 de febrero del 2005 atravéz de la firma de abogados López-Lay Vizcarra y Simonet se sometió una reclamación por Daños y Prejuicios sufridos por el Suscribiente que se estimo en una cantidad no menor de $75,000. Además de los salarios dejados de devengar por la causa de la actuación ilegal de la agencia. Con relación a estos hechos el Suscribiente solicitó audiencia a la junta de Directores del Colegio Universitario de Justicia Criminal de P.R. presidida por el Ldo. Ismael Betancourt y Lebrón el día 21 de noviembre del 2005. No se me contestó. También solicité audiencia el día 16 de noviembre del 2005 a la Hon. Licenciado Anibal Acevedo Vilá, comandante en jefe de la Policía de P.R. y gobernador del ELA. No me contestó. El día 19 de mayo del 2009 solicité el Status de la querella presentada por el Suscribiente contra el Superintendente Pedro Toledo Dávila y otros por violación a la Ley #426 del 7 de Noviembre de 2000, en la oficina de Servicio al Ciudadano de la Secretaría

de justicia. Solicitud dirigida al Hon. Licenciado Antonio Sagardia Secretario de justicia de P.R. No me han contestado.

El 28 de noviembre del 2007 Solicité el Status de la querella #04-03-36-183 a la Coronel Marquita Carrasquillo López Superintendente Auxiliar en Integridad Publica a través del Superintendente Pedro Toledo. No me contestó.

El 16 de junio del 2009 Solicito al Superintendente José Figueroa Sancha el Status de la querella # 04-03-36-183. No me contestó. El Suscribiente no sabe y no se le ha informado el status o que acción se tomó (si alguna) con relación a la querella 04-03-36-183 al día de hoy.

Por estas razones es que solicito el pago de $75,000. por cada año en que no se me ha notificado la contestación de dicha querella. Esta situación me ha causado sufrimientos mentales, familiares, económicas etc.

A esta situación también añado los salarios dejados de devengar por la causa de la activación ilegal de la agencia (Policía de P.R.)

El día 16 de junio del 2009 notifico al Sr. Superintendente de la Policía el Hon. José Figueroa Sancha que No estoy de acuerdo con la comunicación SASG-N.R.H.DL-138 del 27 de febrero del 2006, Solicitud de información de periodos No acreditados al Sistema de Retiro. No me contestó.

El día 1º de marzo del 2010 Solicité al Sr Superintendente José Figueroa Sancha la renuncia por años de servicio, efectiva el día

31 de mayo del 2010. En la comunicación SASG-NRH-DSER-4-447, el Sr. Superintendente aceptó la solicitud para acogerme a los beneficios de la ley de Retiro por años de Servicio. El día 8 de abril del 2011 Solicito a la administración de los Sistemas de Retiro del gobierno de P.R. que se revise la Pensión que fue otorgada el 1º de julio del 2010, por no estar de acuerdo con la misma. Donde el Sistema de Retiro establece que el Suscribiente tiene 28.5 años de Servicio acreditados.

En esta solicitud del 8 de abril del 2011 Someto evidencia escrita donde sustenta los 30 años de Servicio en la Policía de P.R. Por lo cual tengo derecho a recibir una pensión de un 75% como establece la ley, y NO un 46.5% que es lo que actualmente recibo de pensión.

El Sistema de Retiro contesta la Solicitud de revisión que se ofreció el 8 de abril del 2011, el 21 agosto del 2015, en la cual se reafirman en la cantidad de Pensión otorgada.

El Sistema de Retiro NO evaluó la evidencia ni investigó o medió una vista para presentar mi caso. Este se parcializó con la agencia (Policía de P.R)

Como resultado de todas estas irregularidades que están en contra de los derechos del Suscribiente Presenté una querella a la Superintendencia Auxiliar en Responsabilidad Profesional. El # de querella es: 2013-09-17-00013.

La misma no se me ha contestado al día de hoy. Por lo cual desconozco los resultados.

Esperando su pronta atención a la situación que me aqueja y el derecho aplicable.

Luis E. Caraballo Rodriguez
15846 Wilkinson Dr.
Clermont Fl. 34714
Cel: 786-280-1170
email: betzaida.rosado@gmail.com