Adjunto copia de los siguientes documentos

1. Cartas: López-Lay Viscarra α Simonet
   (Attorney's Law)
      21 febrero 2005 - A: Hon. Pedro Toledo Dávila
         Superintendente - Solicitud de Status
         de querella #04-03-36183 a través
         de la Lcda. Carmen L. Lebrón
2. Carta al Sr. Superintendente Pedro Toledo
   y Secretario de Justicia  21 febrero 2005
3. Carta al Sr. Pedro Toledo - Notificación de
   Suspención de sueldo al Sr. Luis Caraballo
   30 junio 2005 - Fecha de la carta 1° julio 2005
4. Carta Contestación de la carta del 21 feb. 2005
   por parte de la Policía de P.R. con fecha 10 marzo 2005
   por el Comandante José Morales Vázquez
5. Comunicación del 16 Nov. 2005, a Ismael
   Betancourt y Lebrón Presidente junta de
   directores del colegio de Justicia Criminal de PR
   por el Suscribiente
6. Comunicación a Hon. Aníbal Acevedo vilá
   gobernador de P.R., con fecha 16 nov. 2005
   por el Suscribiente
7. Comunicación a Hon. Antonio Sagardía -
   Secretario de Justicia con fecha 9 mayo 2009
   por el Suscribiente
8. Comunicación Solicitando Status de
   querella 04-03-36183 con fecha 26 nov. 2007
   a Supt. Pedro Toledo Dávila
9. Comunicación Solicitando Status de querella
   04-03-36163 con fecha 16 jun. 2009
   al Superintendente, José Figueroa Sancha
10. Comunicación notificando al Sr. Superintendente
    Figueroa Sancha no estar de acuerdo con la

Comunicación # SASG - NRH2L-1-138
del 27 feb.2008 con fecha del 16 jun. 2009

11- Comunicaciones de Solicitud de Retiro
del Suscribiente por años de servicio
efectivo el 31 mayo 2010

     a) SAOC-RP-3-ODR-1-12-047
     b) SAOC-RP-3-ODR-1-12-046
     c) SASG-NRH-DSER-4-447

12. Solicitud de Status
    Q-2013-09-17-0013 del 23feb.2005

13. Recurso de revisión de Pensión ante
la adm. de Sist. de Retiro 8 abril 2011

14. Carta del 31 agos. 2015 donde Retiro
se reafirma en la cantidad de
Pensión otorgada en el 1° jun. 2010

15. Certificación de ingreso del Suscribiente
a la Policía de P.R del 4 jun. 2015

16- Comunicación del 9 jun. 2015
Informándole a Retiro que el
Suscribiente ingresó el 12agos. 1975 y
no así en el año 1979. Certificación
a estos efectos.

# López-Lay Vizcarra & Simonet
## Attorneys at Law

Carlos A. López-Lay (1931-1995)

Ginoris Vizcarra de López-Lay
Miguel Simonet Sierra
Rosa M. Seguí Cordero

Tels. 787- 725-5300
787- 724-6675
Fax 787- 723-5849

21 de febrero del 2005

### Correo Certificado #7003 2260 0006 0227 5097

Hon. Pedro Toledo
Superintendente
Cuartel Genera Policía de Puerto Rico
Piso 3
G.P.O. Box 70166
San Juan, PR 00936

Honorable Superintendente Toledo:

Suscribo la presente a nombre y en representación del Sr. Luis Caraballo Rodríguez, quien ha solicitado de nosotros que suscribamos la presente para entablar una reclamación extra-judicial por ciertos daños sufridos por él, a consecuencia de varias acciones ilegales de la agencia que usted dirige.

Mediante comunicación del 2 de marzo del 2004, el Dr. José Orlando López, Rector del Centro de Adiestramiento de Villalba, suscribió una comunicación con miras a fundamentar el relevo del Sr. Caraballo Rodríguez de sus funciones en el Centro de Adiestramiento de Villalba, como Facultad y asignarle otras labores en dicho centro.

Dicha comunicación dio margen a que efectivamente en o alrededor del 8 de marzo del 2005, el Sr. Caraballo Rodríguez fue removido de sus funciones, sin ser notificado de las razones y/o cargos para tal acción y sin que se le diera oportunidad de defenderse mediante el procedimiento de una vista administrativa previa. Al día de hoy, y a pesar de los múltiples esfuerzos realizados por el Sr. Caraballo Rodríguez para que se investigue su reclamación, esto a pesar de haber sometido querellas ante esta Agencia, no se ha realizado gestión alguna para garantizar el debido proceso de ley del Sr. Caraballo Rodríguez. Adjunto para su referencia carta del 16 de abril del 2004 y anejos, los que hacemos formar parte integra de esta reclamación extra-judicial.

407 Condominio Parque - Fourth Floor • San Juan, Puerto Rico 00912

Lo anterior ha causado y le continúa causando daños al Sr. Caraballo Rodríguez los cuales al día de hoy se estiman en una cantidad no menor de $75,000.00, en adición a los salarios dejados de devengar por este a causa de la actuación ilegal de la Agencia.

Por la presente le requerimos para que usted en el ejercicio de sus funciones, según dispuesto por ley, reponga inmediatamente al Sr. Caraballo Rodríguez a su posición como Facultad en el Centro de Adiestramiento de Villalba, se le paguen todos los salarios dejados de devengar, más una cantidad no menor de $75,000.00 por concepto de daños y perjuicios ocasionados a este por la conducta antes mencionada.

Al recibo de la presente solicito que se nos conceda una reunión con usted o con aquella persona designada por usted para discutir este asunto, ya que entendemos que el mismo puede ser solucionado sin necesidad de tener que recurrir al Tribunal. No obstante, de no recibir comunicación suya dentro de los próximos diez (10) días laborables, no tendremos otra alternativa que acudir al Tribunal para hacer valer los derechos del Sr. Caraballo Rodríguez.

Agradeciendo su pronta atención a este asunto, quedo

Atentamente,


Miguel Simonet Sierra

cmo

c    Hon. Secretario de Justicia
     Correo Certificado #7003 2260 0006 0227 5103

# López-Lay Vizcarra & Simonet
## Attorneys at Law

Carlos A. López-Lay (1931-1995)

Ginoris Vizcarra de López-Lay
Miguel Simonet Sierra
Rosa M. Seguí Cordero

Tels. 787- 725-5300
787- 724-6675
Fax 787- 723-5849

21 de febrero del 2005

Hon. Pedro Toledo
Superintendente
Cuartel Genera Policía de Puerto Rico
Piso 3
G.P.O. Box 70166
San Juan, PR 00936

Honorable Superintendente Toledo:

Mediante carta del 26 de abril de 2004, de la Lcda. Carmen L. Lebrón González, dirigida al pasado Superintendente Sr. Agustín Cartagena, se solicitó de la Agencia que usted dirige que se realizara una investigación de unos hechos relacionados con el Sr. Luis E. Caraballo Rodríguez. Adjunto copia de la carta del 26 de abril de 2004 para su referencia.

A pesar de que a pasado aproximadamente un año desde que se emitió esa carta, al día de hoy no se a recibido contestación alguna al respecto. Al día de hoy tampoco se le ha comunicado al Sr. Caraballo que sus funciones serian las que siempre a desempeñado con anterioridad a la acción disciplinaria mencionada en la carta del 26 de abril de 2004.

Agradeceré que nos informe el resultado de la investigación solicitada.

Agradeciendo su atención a este asunto, quedo

Atentamente,

Miguel Simonet Sierra

cmo

Correo Certificado #7003 2260 0000 368 0411

407 Condominio Parque - Fourth Floor ● San Juan, Puerto Rico 00912

# López-Lay Vizcarra & Simonet
### Attorneys at Law

Carlos A. López-Lay (1931-1995)

Ginoris Vizcarra de López-Lay
Miguel Simonet Sierra
Rosa M. Seguí Cordero
Maritere Carrasquillo Rodríguez

Tels. 787- 725-5300
787- 724-6675
Fax 787- 723-5849
E-mail: llvs@llvslaw.com

1ro de julio de 2005

**Por mensajero**

Hon. Pedro Toledo
Superintendente
Cuartel Genera Policía de Puerto Rico
Piso 3
G.P.O. Box 70166
San Juan, PR 00936

Honorable Superintendente Toledo:

Suscribo la presente a nombre y en representación del Sr. Luis
E. Caraballo Rodríguez, quien nos ha solicitado que nos
comuniquemos con ustedes con relación a una notificación de
suspensión de sueldo que le fuera entregada en o alrededor del
20 de junio del 2005.

El propósito de ésta es informarle que el Sr. Caraballo
Rodríguez no está de acuerdo con la determinación tomada por
usted en relación a suspenderle el pago de su salario. Máxime
sin que se le diera a él una notificación de intensión de tomar
tal actuación y sin que se le advirtiera de cuales son sus
derechos ante la actuación antes descrita. Esta actuación de
parte suya a privado al Sr. Caraballo Rodríguez de sus derechos
propietarios como empleado público, sin que mediara razón válida
alguna.

No obstante, y para salvaguardar los derechos del Sr. Caraballo
Rodríguez, solicitamos que se le provea a éste cualquier derecho
a vista o cualquier procedimiento en el que éste tenga la
oportunidad de impugnar la acción de suspensión de sueldo
decretada.

Del Parque St. - Condominio Parque 407- Fourth Floor • San Juan, Puerto Rico 00912

Agradeciendo su pronta atención a éste asunto quedo,

Atentamente,

Miguel Simonet Sierra

yvc

c:   Sr. Luis E. Caraballo Rodríguez



Estado Libre Asociado de Puerto Rico
**Policía de Puerto Rico**

10 de marzo de 2005

Lcdo. Miguel Simonet Sierra
López-Lay Vizcarra & Simonet
Condominio Parque # 407
San Juan, PR 00912

Estimado licenciado Simonet Sierra:

Correspondo a su comunicación de fecha 21 de febrero del año en curso, mediante la cual solicitó al señor Superintendente que le proveyera información acerca del estatus de una querella administrativa radicada por su cliente, el Agte. Luis E. Caraballo Rodríguez, Placa 9634.

Le informo, que según nuestros registros dicha querella tiene el número de control Q-04-03-36-183, y actualmente se encuentra en proceso en la División de Integridad Pública de Ponce. Tan pronto la investigación de esta querella finalice a nivel de esta Superintendencia Auxiliar, procederemos a referir el expediente a la Oficina de Asuntos Legales para la evaluación de rigor. Finalmente el señor Superintendente emitirá su determinación en torno a la misma, la cual será debidamente notificada de conformidad con las normas y procedimientos reglamentarios aplicables.

Cabe destacar, que contrario a lo expresado por usted en su misiva, mediante comunicación de fecha 25 de mayo de 2004, nuestra unidad de trabajo notificó el estatus de esta querella a la Lcda. Carmen L. Lebrón González, anterior representante legal de su cliente. Se acompaña evidencia sobre el particular.

Sin más en cuanto al particular, queda de usted.

Cordialmente,

Comdte. José A. Morales Vázquez 3-9009
Asistente
Superintendente Auxiliar de Integridad Pública

**Anejo**

16 de noviembre de 2005

A: Lcdo. Ismael Betancourt y Lebrón
Presidente Junta de Directores del Colegio
Universitario de Justicia Criminal de P.R.

De: Agente Luis E. Caraballo Rodriguez (placa # 9364)
Ex. Profesor del C.U.J.C
B.B.A. y M.S.P.A

Asunto: Traslado Injustificado del Colegio  Universitario de Justicia
Criminal a  la Superintendencia Auxiliar en Operaciones de Campo.
Todo esto motivado por la querella presentada por el suscribiente ante
la Superintendencia Auxiliar en Integridad  en Pública. Querella número
04-03-36-183 del 3 de mayo del 2004.

El día 3 de mayo del 2004 presenté una querella por hostigamiento laboral y
hostigamiento político contra el Rector Dr. José Orlando López, el Tnte. Otilio
Matos,Director Interino del centro de Villalba, el Sgto. César Román, Director de la
Facultad de Villalba, el Capitán  Angel R. Dávila, ex director del centro de Villalba,
Coronel Pedro González Fonseca, ex rector del C.U.J.C. y la Sra. Zulma González
Berríos, ex rectora interina del C.U.J.C. y ex registradora del colegio.

Desconozco que ha pasado  al momento con esta querella.

Con relación a estos hechos someto a su consideración todos los documentos
entregados por el suscribiente a la Superintendencia Auxiliar e Integridad Pública,
además solicito  de la Junta que usted   preside me de audiencia para exponer toda mi
situación.

Espero su pronta contestación al asunto.

Anejo Adjunto:
1- Carta de la Lcda. Carmen M. Lebrón González al Sr. ex superintendente Agustín
Cartagena,del día 26 de abril del 2004.
2- Carta del suscribiente al ex superintendente Sr. Agustín Cartagena del 30 de abril del
2004, donde expongo todas las penurías, angustías y situaciones vividas.
3- Además todas las comunicaciones mencionadas en la carta del suscribiente al Sr.
Agustín Cartagena, ex superintendente de la policía

Agente Luis E. Caraballo Rodríguez ( placa # 9364 )
Ext. La Margarita A - 34 Salinas, P.R.00751
Teléfono 787- 824- 1206  ó 787-824-2804

16 de noviembre de 2005

A: Hon. Lcdo. Aníbal Acevedo Vilá
Comandante en Jefe de la Policía de P.R.
y Gobernador del Estado Libre Asociado

De: Agente Luis E. Caraballo Rodriguez (placa # 9364)
Ex. Profesor del C.U.J.C
B.B.A. y M.S.P.A

Asunto: Traslado Injustificado del Colegio  Universitario de Justicia
Criminal a  la Superintendencia Auxiliar en Operaciones de Campo.
Todo esto motivado por la querella presentada por el suscribiente ante
la Superintendencia Auxiliar en Integridad  en Pública. Querella número
04-03-36-183 del 3 de mayo del 2004.

El día 3 de mayo del 2004 presenté una querella por hostigamiento laboral y
hostigamiento político contra el Rector Dr. José Orlando López, el Tnte. Otilio
Matos,Director Interino del centro de Villalba, el Sgto. César Román, Director de la
Facultad de Villalba, el Capitán  Angel R. Dávila, ex director del centro de Villalba,
Coronel Pedro González Fonseca, ex rector del C.U.J.C. y la Sra. Zulma González
Berríos, ex rectora interina del C.U.J.C. y ex registradora del colegio.

Desconozco que ha pasado  al momento con esta querella.

Con relación a estos hechos someto a su consideración todos los documentos
entregados por el suscribiente a la Superintendencia Auxiliar e Integridad Pública,
además solicito que Usted o la persona que usted designe me de audiencia para explicar
la situación que estoy viviendo, después de haber servido a la policía de P.R. por 30 años.

Espero su pronta contestación al asunto.

Anejo Adjunto:
1- Carta de la Lcda. Carmen M. Lebrón González al Sr. ex superintendente Agustín
Cartagena,del día 26 de abril del 2004.
2- Carta del suscribiente al ex superintendente Sr. Agustín Cartagena del 30 de abril del
2004, donde expongo todas las penurías, angustías y situaciones vividas.
3- Además todas las comunicaciones mencionadas en la carta del suscribiente al Sr.
Agustín Cartagena, ex superintendente de la policía

19 de mayo de 2009

Don. Antonio Sagardía
Secretario de Justicia


Agente Luis E. Caraballo Rodríguez #9364
    Ext. La Margarita A-34
    Salinas, P.R. 00751

Solicitud de Status de la querella presenta-
da por el suscribiente contra el ex-superintendente
Pedro Toledo Dávila y otros a la oficina de
Servicios al Ciudadano


    Para el mes de marzo del 2007 aproximada-
mente presenté una querella por violación a la ley
Núm. 426 del 7 de noviembre del 2000, ley para
la protección de los derechos de los empleados
y funcionarios públicos denunciantes querellantes
o testigos de alegados actos contitutivos de
corrupción, todo esto motivado por la querella
presentada por el suscribiente ante la Superintendencia
Auxiliar en Integridad Pública, querella # 04-03-
36-183 del 3 de mayo del 2004. Como resultado
de presentar esta querella el suscribiente fue
trasladado en violación a la ley núm. 426 (del 7
de nov. del 2000) el día 24 de octubre del 2005,
Según comunicación S.A.O.C. 1-5-1105 y luego

a la Comandancia del área de Bayamón
Según Comunicación S.A.O.C 1-5-1172
  Como resultado de las gestiones por saber
el Status de esta querella la ex directora de
la oficina de Servicio al Ciudadano Sra. Mary
Franco Carrión me informó que estaba en la
oficina del Fiscal General Lcdo. José Delgado.
En varias ocasiones me comuniqué por teléfono
tanto con Mary Franco como con Zory secretaria
del fiscal general Lcdo. Delgado, nadie me pudo dar
un status del caso. Hace alrededor de 3 meses
me entrevisté con la Sra. Yolanda Ilarraza y
ésta me informó que investigaría el Status del caso.
Un mes después la llamé y ésta me informó que
está bajo investigación del N.I.E. Al día de hoy
desconozco el Status de este caso.

28 de Nov. del 2007

Hon.: Pedro Toledo
       Superintendente

Cor. Margarita Carrasquillo López
Superintendente Auxiliar de Integridad Pública

Agte Luis E. Caraballo Rodríguez # 9364
      Ext. La Margarita L-34
      Salinas P.R. 00751

Solicitud de estatus de la querella Número Q-04-03-36-183 radicada por el suscribiente.

        Con relación a esta querella el pasado Asistente del Superintendente Auxiliar de Integridad Pública Comdte José A. Morales Vázquez 3-9009, me informa que está en proceso de investigación en la oficina de Ponce.
        Esto fue para el 10 de marzo del 2005.

Esperando su pronta atención a esta misiva y deseandole una feliz navidad, quedo a su orden.
                            Luis E. Caraballo Rodríguez

16 junio del 2009

Hon. José Figueroa Sancha
Superintendente Policía de P.R.

Agente Luis E. Caraballo Rodríguez
      Ext. La Margarita A34
      Salinas, P.R. 00751

      Solicitud de Status de la querella
Número Q 04-03-36-183, radicada por
el suscribiente.
      Con relación a esta querella solicité
al pasado Superintendente Ldo. Pedro
Toledo Dávila, que me informara el status
de la misma, nunca contestó la comunica-
ción. Esto fue el 28 de noviembre del 2007.
      Esperando su pronta atención a esta
misiva.
                              Cordialmente
                        Luis E. Caraballo Rodríguez # 9364

Adjunto copia de la Solicitud hecha
el 28 de nov. del 2007 al Supt. Pedro
Toledo Dávila

16 junio de 2009

Hon. José Figueroa Sancha
Superintendente Policia de P.R.

Agente Luis E. Caraballo Rodriguez #9364
    Ext. La Margarita A-34
    Salinas, P.R. 00751

No estoy de acuerdo con la comuni-
cación SASG-N.R.H.D.L-1-138 del 27 de
febrero del 2008.
    Solicitud Información Periodos no
acreditados al Sistema de Retiro. la
cual está firmada por Yahaira Pérez
Román Gerente Negociado Recursos humanos
y Mabel Velázquez Diaz Directora Recursos
Humanos I División de Licencias.
    En la página dos (2) de la comunica-
ción SASG-NRH-DL-1-138. establece perío-
dos al descubierto y razón por la cual no
fueron acreditados. En el encasillado número
cuatro (4), establece que al suscribiente no
se le acreditó en retiro el período del
20 de agosto del 2004 al 23 de octubre
del 2005 por estar reportado por accidente
del, trabajo. Mientras que en la comunicación
relacionada

SASG - NAF - DN - 10 - 105 del 17 de diciem-
bre del 2007 refleja que en el sistema de
nóminas que al suscribiente se le efectuaron
los siguientes descuentos por concepto de
Plan de retiro y Préstamo personal; Que
fue del mes de agosto del 2004 a mayo
2005.

En el encasillado Número cinco(5) establece
que al suscribiente no cotizó en retiro el
periodo del 30 junio del 2006 al 15 de agosto del
2006 por estar reportado al Fondo. Mientras
qué en la Comunicación SASG - NAF - DN - 10 - 105
del 17 de diciembre del 2007 refleja en el
sistema de nóminas que sí efectuaron los
descuentos por concepto, Plan de retiro y
préstamo de retiro en estos periodos.

Por lo cual entiendo que tengo derecho
a que se me acredite este periodo para
poder retirarme con treinta (30) años de
servicio.

Atentamente
Luis J. Caraballo Rodríguez

SASG - NAF - DN - 10 - 105 del 17 de diciem-
bre del 2007 refleja que en el sistema de
nóminas que, al suscribiente se le efectuaron
los siguientes descuentos por concepto de
Plan de retiro y Préstamo personal; Que
fue del mes de agosto del 2005 a mayo
2005.

En el encasillado Número cinco(5) establece
que al suscribiente no cotizó en retiro el
periodo del 30 junio del 2006 al 15 de agosto del
2006 por estar reportado al Fondo. Mientras
que en la Comunicación SASG - NAF - DN - 10 -105
del 17 de diciembre del 2007 refleja en el
sistema de nóminas que sí efectuaron los
descuentos por concepto, Plan de retiro y
préstamo de retiro en estos periodos.

Por lo cual entiendo que tengo derecho
a que se me acredite este periodo para
poder retirarme con treinta (30) años de
servicio.

Atentamente
Luis F. Caraballo Rodríguez



Estado Libre Asociado de Puerto Rico
**POLICIA DE PUERTO RICO**

SAOC-RP-3-ODR-1-12-047

1 DE MARZO DE 2010

SR. JOSÉ FIGUEROA SANCHA
SUPERINTENDENTE

COR. LEOVIGILDO VAZQUEZ BONILLA 1-10466
SUPERINTENDENTE AUXILIAR EN
OPERACIONES DE CAMPO

COMDTE. EDWIN TORRES ORTIZ 3-9417
DIRECTOR REGIONAL DE PONCE

**RENUNCIA POR AÑOS DE SERVICIO
DEL AGTE. LUIS E. CARABALLO RODRIGUEZ
#9364, ADSCRITO AL DISTRITO SANTA ISABEL**

El Agte. Luis E. Caraballo Rodríguez, está presentando su renuncia por años de servicio, efectivo el día 31 de mayo de 2010.

Solicita además se le conceda el ascenso al rango superior, según lo establece la ley.

Para su análisis y recomendación.



**POLICIA DE PUERTO RICO**

SAOC-RP-3-ODR-1-12-046

1 DE MARZO DE 2010

SR. JOSE FIGUEROA SANCHA
SUPERINTENDENTE

REGLAMENTARIO

*Agte Luis E. Caraballo Rodriguez #9364*

AGTE. LUIS E. CARABALLO RODRIGUEZ
COMANDANCIA AREA PONCE

**RENUNCIA POR AÑOS DE
SERVICIO**

Respetuosamente, le presento mi renuncia por años de servicio para acogerme a los beneficios de la Pensión del Sistema de Retiro; al Honroso Cuerpo de la Policía de Puerto Rico, efectivo el día 31 de mayo de 2010.

Esta acción no indica que esté renunciando a los derechos adquiridos de tener una pensión por incapacidad. Tampoco, renuncio a mi reclamo que tengo en esta Agencia en el Proceso de restitución de días.

Agradezco la oportunidad que me brindaron de trabajar en la Uniformada, que con orgullo ejercí desde el día 12 de agosto del año 1975.

Este es el momento que debo ofrecerle a mi familia lo mejor de mi vida y que con tanto sacrificio han esperado por mis atenciones.

Solicito además, se me conceda el ascenso al rango superior, según lo establece la ley.

Agradezco su atención a esta solicitud.



Estado Libre Asociado de Puerto Rico

# Policía de Puerto Rico

SASG-NRH-DSER-4-447

24 de mayo de 2010

Agte. Luis E. Caraballo Rodríguez
Placa Número 9364
Distrito de Santa Isabel
P/C Director, Región de Ponce

Estimado Agente Caraballo Rodríguez:

Recibí su comunicación de 1 de marzo de 2010, en la cual presenta su renuncia al puesto que ocupa en la Policía de Puerto Rico, para acogerse a los beneficios de la Ley de Retiro por años de servicio. Conforme a su decisión acepto la misma efectivo el 31 de mayo de 2010.

No obstante, usted formó parte de un grupo de servidores públicos que con su esfuerzo y dedicación contribuyeron a mejorar la calidad de vida de Puerto Rico.

De acuerdo con la Ley Núm. 94 del 19 de junio de 1968, usted es elegible para recibir los beneficios del seguro por años de servicio de la Asociación de Empleados del Gobierno. Además, si usted lo desea puede continuar acogido al seguro por muerte.

Aprovecho la oportunidad para expresarle nuestro agradecimiento por los servicios prestados a la Policía de Puerto Rico y desearle éxito en aquellas actividades que emprenda en el futuro.

Cordialmente,


José E. Figueroa Sancha
Superintendente

José A. Rosa Carrasquillo
Superintendente Asociado

5 de febrero de 2015.

Honorable José A. Caldero López
Superintendente de la Policía de Puerto Rico

*Luis E. Caraballo Rodz Placu 9364*

Sr. Luis E. Caraballo Rodríguez
Pensionado
Ext. La Margarita A-34
Salinas, P.R.  00751

Sr. Caldero:

Por este medio le solicito el status de la querella número 2013-09-17-00013 de la Superintendencia Auxiliar de Responsabilidad Profesional.

CC.: Cor. Francisco Rodríguez Ortíz 1-8374
      Superintendente Auxiliar en Responsabilidad Pública

      Lcda. Aida de la Rosa
      Directora
      Oficina Legal

Viernes, 8 de abril 2011

Administración de los Sistemas de Retiro y del
gobierno de P.R.

A quien pueda interesar:
   Por este medio estoy solicitando que se
revise la pensión otorgada al suscubiente
a partir del 1° de junio de 2010 por no estar
de acuerdo con la misma.
   En la Comunicación del 5 de noviembre de 2007
la administración de los Sistemas de Retiro establece
que el Suscubiente tiene acreditado 28.25 años
de servicio, que cubren los siguientes períodos:

   1) Del 12 de agosto de 1975 al 16 febrero
      de 1982

   2) Del 16 de julio de 1985 al 19 de agosto
      de 2004

   3) Del 24 de octubre de 2005 al 29
      de junio de 2006

   4) Del 16 de agosto de 2006 al 28 de
      febrero de 2007.

Mientras que en la Comunicación # SASG -
NRH-DL-7-138 del 27 de febrero de 2008
de la Policía de P.R. firmada por la Sra.
Yahaira Perez Román y la Sra. Nabel Velázquez
Díaz, donde estas establecen, en el último
párrafo que el Suscubiente tiene unos

pensados al descubierto donde no se efectuaron aportaciones al Sistema de Retiro y que por lo cual el Suscribiente no tiene el tiempo requerido para los años de Servicio, que el Sistema de Retiro requiere.

Lo expresado en la Comunicación SASG-NRH-DL-1-138 no es cierto ya que la Comunicación SASG-NAF-DN-10-105 del 17 de diciembre del 2007, firmada por la Sra. Maritza Alvarado Rivera, directora de la División de nómina de la Policía de P.R. y la Sra. Nancy Torres Osorio, Oficial de nómina I Sección de Operaciones desmienten la Comunicación SASG-NRH-DC-1-138 y establecen que Sí se pagó, esto es que se efectuaron los desembolsos por concepto de plan de retiro.

En la página dos (2) de la comunicación SASG-NRH-DL-1-138 establece pensados al descubierto, razón por la cual no fueron acreditadas. En el encasillado numero cuatro (4) establece que el suscribiente no se le acreditó en retiro el periodo del 20 de agosto del 2004 al 22 de octubre del 2005 por estar reportado por accidente del trabajo relacionado. Mientras que en la comunicación SASG-NAF-DN-10-105 del 17 de diciembre de 2007 reflija que en el Sistema de nómina que al suscribiente se le efectuaron los Siguientes descuentos por concepto de plan de retiro y préstamo personal. Que fue del mes de agosto de 2004

PCGR

a mayo 2005.

En el encasillado número cinco(5) establece que al suscribiente no cotizó en retiro el periodo del 30 junio de 2006 al 15 de agosto de 2006 por estar reportado al Fondo. Mientras que en la comunicación SASG -NAF-DN 10-105 del 17 de diciembre de 2007 reflejo en el sistema de nómina que si efectuaron los descuentos por concepto plan de retiro y préstamo de retiro en estos periodos.

Además quiero informar que en la comunicación SASG- 44-165 del 20 de junio de 2008 el Sr. Superintendente para ese entonces Pedro Toledo establece que el Suscribiente tiene derecho a que se le restituya la licencia correspondiente a el periodo 30 de mayo de 2007 hasta el 30 de noviembre de 2007. en la cual se pagó a Retiro.

Por toda la evidencia expuesta entiendo a que tengo derecho a que se me acrediten estos periodos para poderme retirar con 30 años de servicio

Atentamente

Luis F. Caraballo Rodríguez

Ext. La Margarita A- 34

Salinas P.R. 00751

Tel. (787) 566-5452

LEER

Luis E. Caraballo Rodríguez

Adjunto Copia de los siguientes documentos

(1) SASG - NRH·DL - 1 - 138
    27 de Febrero de 2008   (2 páginas)

(2) SASG· NAF -DN -10 - 105
    17 de diciembre 2007   (2 páginas)

(3) SASG - 4 - 4 - 165
    20 de junio de 2008   (1 página)

LECR



Estado Libre Asociado de Puerto Rico

**Policía de Puerto Rico**

SASG-NRH-DL-1-138

27 de febrero de 2008

Luis E. Caraballo Rodríguez
Agente Número 9364
Distrito Santa Isabel
Area de Ponce

Comdte. Héctor Agosto Rodríguez
Comandante
Area de Ponce

Yahaira Pérez Román
Gerente, Negociado
Recursos Humanos

Mabel Velázquez Díaz
Directora Recursos Humanos I
División de Licencias

**SOLICITUD INFORMACION
PERIODOS NO ACREDITADOS
AL SISTEMA DE RETIRO**

Me refiero a su solicitud verbal relacionada con unos períodos al descubierto que
no fueron acreditados al Sistema de Retiro.

Según comunicación del 5 de noviembre de 2007 de la Administración de los
Sistemas de Retiro, usted tiene acreditado 28.25 años de servicio que cubren los
siguientes períodos.

    1)    Del 12 de agosto de 1975 al 16 de febrero de 1982.
    2)    Del 16 de julio de 1985 al 19 de agosto de 2004.
    3)    Del 24 de octubre de 2005 al 29 de junio de 2006.
    4)    Del 16 de agosto de 2006 al 28 de febrero de 2007.

SASG-NRH-DL-1-138
Página 2

De dicha comunicación se desprende que tiene al descubierto los siguientes períodos, los cuales no fueron acreditados a los Sistemas de Retiro. Le informo además la razón por la cual no fueron acreditados.

| PERIODOS AL DESCUBIERTO | RAZON POR LA CUAL NO FUERON ACREDITADOS |
| --- | --- |
| Del 17 de febrero de 1982 al 15 de mayo de 1982 | Estuvo en licencia sin sueldo debido a que agotó los balances acumulados a su favor |
| 15 de mayo de 1982 | Separación por Incapacidad |
| 16 de mayo de 1982 al 15 de julio de 1985 | Estaba separado del servicio por Incapacidad. Fue reinstalado el 16 de julio de 1985 |
| 20 de agosto de 2004 al 23 de octubre de 2005 ⇒ Certificación # SASG-NAFDN-10-185- | Reportado por accidente del trabajo. No tenía balances acumulados a su favor. |
| 30 de junio de 2006 al 15 de agosto de 2006 | Estaba reportado al Fondo del Seguro del Estado. Agotó los balances al no disponer de balances acumulados a su favor |



Cabe destacar que usted agotó balances en otros períodos de tiempo los cuales se mencionan a continuación:

| PERIODO AGOTO BALANCES | RAZON AGOTAR BALANCES |
| --- | --- |
| 14 de marzo de 2006 al 4 de abril de 2006 | No tenía balance para 30 días de vacaciones |
| 25 de enero de 2007 al 11 de febrero de 2007 | Agotó balances |
| 1 de junio de 2007 a mediodía al presente | Agotó balances. No se ha incorporado |

Debido a lo antes mencionado, usted tiene unos períodos al descubierto que no se efectuaron aportaciones al Sistema de Retiro y no tiene el tiempo requerido para los años de servicio que el Sistema de Retiro requiere.

Para información adicional, sírvase comunicarse con la suscribiente al teléfono (787) 793-1234, ext. 3084.



**POLICIA DE PUERTO RICO**

**SASG-NAF-DN-10-105**

## CERTIFICACION

Según refleja nuestro Sistema de Nóminas al **Sr. Luis E. Caraballo Rodriguez**, Seguro Social Número **xxx-xx-5620** empleado de la Policía de Puerto Rico, se le efectuaron los siguientes descuentos por concepto **Plan de Retiro y Préstamo Personal.**    A continuación desglose:

| Mes de la Nómina | Año | Plan de Retiro | Préstamo Personal | Fecha del Cheque | Número del Cheque |
|---|---|---|---|---|---|
| Agosto | 2004 | 187.76 | 00 | 15 septiembre 04 | 2321184 |
| Septiembre | 2004 | 187.76 | 00 | 1 octubre | 233641 |
| Octubre | 2004 | 187.76 | 00 | 12 noviembre 04 | 2366587 |
| Noviembre | 2004 | 206.38 | 00 | 14 diciembre 04 | 2419012 |
| Diciembre | 2004 | 206.38 | 00 | 14 enero 05 | 2444049 |
| | | | | | |
| Enero | 2005 | 206.38 | 166.08 | 4 febrero 05 | 02454827 |
| Febrero | 2005 | 206.38 | 166.08 | 28 febrero 05 | 02468962 |
| Marzo | 2005 | 206.38 | 166.08 | 6 abril 05 | 02485617 |
| Abril | 2005 | 206.38 | 166.08 | 12 mayo 05 | 02504088 |
| Mayo | 2005 | 206.38 | 166.08 | 13 junio 05 | 02531175 |
| | | | | | |

Dada hoy  17 diciembre 2007,  en Hato Rey, Puerto Rico.

Certificada por:

Maritza Alvarado Rivera
Directora
División de Nóminas

MAG/jag

Verificada por:

Nancy Torres Osorio
Oficial de Nóminas I
Sección de Operaciones

Estado Libre Asociado de Puerto Rico



**POLICIA DE PUERTO RICO**

**SASG-NAF-DN-10-105**

### CERTIFICACION

Según refleja nuestro Sistema de Nóminas al **Sr. Luis E. Caraballo Rodríguez**, Seguro Social Número **xxx-xx-5620**, empleado de la Policía de Puerto Rico, se le efectuaron los siguientes descuentos por concepto **Plan de Retiro y Préstamo de Retiro .**    A continuación desglose:

| Mes de la Nómina | Año | Plan de Retiro | Préstamo Retitro | Fecha del Cheque | Número del Cheque |
|---|---|---|---|---|---|
| Noviembre | 2005 | 272.45 | 166.08 | 13 diciembre 05 | 02655460 |
| Diciembre | 2005 | 214.66 | 166.08 | 17 enero 06 | 09702242 |
| | | | | | |
| Enero | 2006 | 214.66 | 166.08 | 8 febrero 06 | 02682983 |
| Febrero | 2006 | 214.66 | 166.08 | 7 marzo 06 | 02698032 |
| Marzo | 2006 | 214.66 | 166.08 | 12 abril 06 | 027725525 |
| Abril | 2006 | 214.66 | 166.08 | 9 mayo 2006 | 02731333 |
| Mayo | 2006 | 214.66 | 166.08 | 14 junio 06 | 02750248 |
| Junio | 2006 | 214.66 | 166.08 | 13 julio 06 | 02767327 |
| Julio | 2006 | 214.66 | 166.08 | 7 agosto 06 | 02780606 |
| Agosto | 2006 | 214.66 | 166.08 | 30 agosto 06 | 02790617 |
| Septiembre | 2006 | 214.66 | 166.08 | 9 octubre 06 | 02803631 |
| Octubre | 2006 | 214.66 | 166.08 | 31 octubre 06 | 02810410 |
| Noviembre | 2006 | 214.66 | 166.08 | 12 diciembre 06 | 02839426 |
| Diciembre | 2006 | 214.66 | 166.08 | 24 enero 07 | 09702338 |
| | | | | | |
| Enero | 2007 | 214.66 | 166.08 | 6 febrero 07 | 02860947 |
| Febrero | 2007 | 214.66 | 166.08 | 15 marzo 07 | 09702353 |
| | | | | | |

Dada hoy  17 de diciembre de 2007,  en Hato Rey, Puerto Rico.

Certificada por:

Maritza Alvarado Rivera
Directora
División de Nóminas

MAR/jag

Preparada  por:

Nancy Torres Osorio
Oficial de Nóminas I
Sección de Operaciones

---

DIRIJA TODA LA CORRESPONDENCIA OFICIAL AL SUPERINTENDENTE, P.O. BOX 70166 SAN JUAN, P.R. 00936 - 8166 TEL.(787) 793-1234

Estado Libre Asociado de Puerto Rico

**Policía de Puerto Rico**

SASG-4-165

20 de junio de 2008

CERTIFICADA CON ACUSE DE RECIBO
7006 - 3450 - 0001 - 5053 - 1206

Luis E. Caraballo Rodríguez
Ext. La Margarita A-34
Salinas, P.R. 00751

**Reclamación: 07-28-1902-1**
**Placa: 9364**

Estimado señor Caraballo:

La Junta de Evaluación de Casos de Cesantía y Descuentos de Licencias examinó la reclamación que usted hiciera al Negociado de Recursos Humanos sobre la restitución de sus balances de licencias descontadas y emitió su recomendación.

Luego de evaluar detenidamente su solicitud, a la luz de los documentos sometidos por usted y de los expedientes que sobre el caso obran en la Superintendencia Auxiliar en Servicios Gerenciales y en el Negociado de Recursos Humanos, he determinado acoger la recomendación de la Junta de Evaluación.

Es por ello, que le notifico que al amparo de las disposiciones del Art. 18 (B) de la Ley Número 53 de 10 de junio de 1996, según enmendada, tiene derecho a que se le restituya la licencia correspondiente a el periodo 30 de mayo de 2007 hasta el 30 de noviembre de 2007.

En virtud de lo anterior, he impartido instrucciones a la División de Licencias para que proceda a realizar los ajustes correspondientes.

De no estar conforme con la presente determinación, tiene derecho de apelar la misma ante la Comisión Apelativa del Sistema de Administración de Recursos Humanos del Servicio Público, dentro del término de treinta (30) días calendarios contados a partir de la fecha de notificación de esta comunicación.

La dirección postal de C.A.S.A.R.H. es P.O. Box 9023990, San Juan, P.R. 00902-3990, la física es Calle San Justo # 153, Viejo San Juan y los teléfonos son (787) 721-5739 / 5740.

Cordialmente,

Lcdo. Pedro A. Toledo Dávila
Superintendente

c:   Mabel Velázquez Díaz
     Directora, División de Licencias
     Negociado de Recursos Humanos

RECIBIDO
JUN 2...
DIVISIÓN
LICENCIA...



ESTADO LIBRE ASOCIADO DE PUERTO RICO



SARP-2-232
23 de febrero de 2015

**Sr. Luis E. Caraballo Rodríguez**
Ext. La Margarita a-34
Salinas, P.R. 00751

**RE: SOLICITUD DE ESTATUS**
   **Q-2013-09-17-00013**

Sr. Caraballo Rodríguez:

En referencia a su misiva  del 5 de febrero de 2015, en la que nos solicita el estatus de la querella administrativa 2013-09-17-00013.

La investigación de la Querella Administrativa en referencia culminó  en esta Superintendencia y  fue referida a la Oficina de Asuntos Legales, el 10 de diciembre de 2013 para su evaluación. Una vez finalice el proceso en la mencionada Oficina, será enviada al Sr. Superintendente para la adjudicación final.

 A tales efectos, una vez se adjudique la misma se le notificará oportunamente.

Cordialmente,

**Cor. Francisco Rodríguez Ortiz 1-8374**
Superintendente Auxiliar en
Responsabilidad Profesional

cc.: Lcda. Aida De La Rosa Abreu
        Directora
        Oficina Legal



ESTADO LIBRE ASOCIADO DE
PUERTO RICO
Administración de los Sistemas de Retiro de los
Empleados del Gobierno y la Judicatura

21 de agosto de 2015


LUIS E CARABALLO RODRÍGUEZ
15846 WILKINSON DR
CLERMONT FL 34714


Estimado señor Caraballo:

Nos referimos a la **Petición de Reajuste a la Pensión por Edad** que recibe de este Sistema de Retiro desde el **1 de junio de 2010**.

De acuerdo a la evidencia en su expediente y documentos  certificados por su Agencia, el cómputo de su pensión se realizó considerando **28.25 años** de servicios acreditados que cubren los periodos del 12 de agosto de 1975 al 7 de febrero de 1982, del 16 de julio de 1985 al 19 de agosto de 2000, del 24 de octubre de 2005 al 29 de junio de 2006 y del 16 de agosto de 2006 al 28 de febrero de 2007.  Los 36 meses de salarios más altos devengados por usted fueron:  **$2,694.00 $2,594.00, $2,269.00, $2,169.00**; En su caso le fue aplicado el 46.50%.  La pensión resultó en $1,145.93 mensuales.

Luego del análisis efectuado y no existiendo evidencia adicional, nos reafirmamos en la cantidad de pensión otorgada.  La misma cumple con las normas y procedimientos vigentes.

Cordialmente,


Gisela Santiago Rodríguez
Oficial Administrativo II
Sección Liquidación de Cuentas


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

yp


Plaza Retiro, 437 Ave. Ponce de León, San Juan, PR 00917-3711
PO Box 42003, San Juan, PR 00940-2203
Tel: 787-754-4545, Fax:
787-250-7251
www.retiro.pr.gov



RETIRO
ESTADO LIBRE ASOCIADO DE PUERTO RICO



ESTADO LIBRE ASOCIADO DE PUERTO RICO

# CERTIFICACIÓN

Certifico que Luis E. Caraballo Rodríguez, seguro social XXX-XX-5620, fue empleado (a) de la Policía de Puerto Rico, ocupó un Puesto de Agente.

Ingresó el 12 de agosto de 1975 a la Agencia y renunció el 31 de mayo de 2010, para acogerse a los beneficios de pensión por años de servicio de la Administración de los Sistemas de Retiro.

Esta información fue corroborada en el **Sistema de Nómina de la Policía de Puerto Rico.**

Dada hoy 4 de junio de 2015, en San Juan, Puerto Rico.

Nereida Sánchez Rosado
Aux. Sistemas de Oficina III
Sección Servicios al Empleado
División de Nombramientos y Cambios



9 de junio 2015

A: Administración de los Sistemas de Retiro
Area del Servicio al Pensionado
Fax: 787-767-1108

De: Sr. Luis E. Caraballo Rodríguez
15846 Wilkinson Dr.
Clermont, FL. 34714

Solicitud de Re-ajuste de Pensión
por años de Servicio NO por méritos

El Suscribiente comenzó a trabajar en
la Policía de P.R. el 10 agosto de 1975, no
así en el año 1979.
Adjunto copia de Certificación de la
Policía del 4 de junio del 2015.

Esperando su pronta atención y contesta-
ción a la misma. Gracias anticipadas

Att.
Luis E. Caraballo Rodríguez
Tel: (786) 280-1170
S.S. -