Sr. Luis E. Caraballo
15846 Wilkinson Dr.
Clermont, FL. 34714

  

U.S. POSTAGE PAID
FCM LG ENV
CLERMONT, FL
34714
FEB 18, 20
AMOUNT
$2.20
R2305K138590-07

1023   00918

Secretaria (Clerk's office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan Pto. Rico 00918-1767



RECEIVED & FILED
2020 FEB 21 PM 5:37
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN