18 de febrero del 2020

A: Secretaría del Tribunal, a la Junta de Supervisión y al Comité de Acreedores

De: Betsaida Rosado Díaz
15846 Wilkinson Dr.
Clermont, FL. 34714

Asunto: In re Commonwealth of Puerto Rico
Proof of Claim No: 112803
Case No: 17-03283

La Suscribiente comenzó sus labores como maestra de Matemáticas en enero del 1977 en la Esc. Santa Catalina en Coamo Puerto Rico.
En el año 1979 Comencé labores en la Esc. Intermedia José Padín en la Comunidad de Sabana Llana de Salinas hasta el año 1984.
En el año 1984-1985 trabajé en la Esc. Intermedia Urbana en Salinas.
En el año 1985-2008 trabajé en la Esc. Intermedia José Padín donde completé mis años para el retiro.

Nunca recibí aumento salarial bajo la Ley #89 del 12 de julio de 1979 (conocida como el Romerazo)
Por tal razón solicito que de acuerdo al derecho aplicable se me pague el dinero no devengado desde el año 1979 en que se creó la ley, hasta mi retiro por años de servicio en el Departamento de Educación en el año 2008.

Tampoco recibí el aumento salarial que

establece la ley #96 del 1º de julio del 2002, de la gobernadora Sila M. Calderón, donde se concede a los empleados Públicos un aumento Salarial de $100. mensuales. Desde la aprobación de dicha ley a la fecha de mi retiro por años de servicio en el Departamento de Educación en mayo del 2008 la deuda aproximada seria de $7,200.

Esperando su pronta atención y contestación.

Att.
Betzaida Rosado Díaz
*Betzaida Rosado Díaz*
15846 Wilkinson Dr.
Clermont, Fl. 34714
cel. 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
email. betzaida.rosado@gmail.com

Adjunto copia de los documentos

1. Certificación de la Región Educativa de Caguas        31 mayo 2006
2. Certificado Vitalicio del Dept. Educ. Expedido        7 feb. 2018
3. Certificado de Taller (Técnica de "Assessment"        1 junio 1996
4. Certificación Junta Retiro de Maestros Expedida       13 feb. 2004
5. Certificación Sistema Retiro de Maestros              "     11 julio 2005