

# DEPARTAMENTO DE EDUCACIÓN
### Department of Education

ESTADO LIBRE ASOCIADO DE PUERTO RICO
Commonwealth of Puerto Rico

## Certificado Vitalicio
### Life Certificate

El Secretario de Educación por la presente confiere a
*The Secretary of Education hereby issues to*

**BETZAIDA ROSADO DIAZ**

el presente Certificado de Maestro que lo faculta para ejercer como
*this Certificate that entitles the holder to perform as*

MAESTRO(A) DE EDUCACION SECUNDARIA (MATEMÁTICA)
SECONDARY SCHOOL TEACHER (MATHEMATICS)

en las escuelas públicas o privadas de Puerto Rico.
*in the School System of Puerto Rico.*

Expedido el    07 de febrero    de 20 08
Issued on      February 07,        20  08

Dado en San Juan de Puerto Rico, el    07 febrero    de 20 08
Given at San Juan, Puerto Rico on      February 07,     20  08

Número de Certificado: 924165

*Rafael Aragunde Torres*   Certificate Number: 924165
Secretario de Educación
Secretary of Education

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACION
DIVISION DE PERSONAL - HATO REY, PUERTO RICO

DEJO DE ACUMULAR 0 DIAS 0.00 HRS      PAGAR 40 DIAS 0.00 HRS
VACACIONES REGULARES                   VACACIONES REGULARES - JULIO
POR AUSENCIAS DESCONTABLES

INFORME DE CAMBIO - PERSONAL DOCENTE

CLAVE ALFA: ROS

ROSADO DIAZ, BETZAIDA
NOMBRE                                              SEGURO SOCIAL

SALINAS -062/SABANA LLANA INTERMEDIA                15 - 8A
DISTRITO/ESCUELA                                    PREPARACION

REGULAR (01)                                        28-5-3-0.0
STATUS                                              ANTES    DESPUES
                                                    EXPERIENCIA (A-M-S-D)

MA. EDUC. SECU. MATEMATICAS -9817                   F50431
CATEGORIA - CLASE                                   NUMERO DE PUESTO

$ 2,405.00                                          01/JUNIO/2005
SUELDO ANTES DEL CAMBIO                             PAGO DE VACACIONES

FEDERAL (222)
FONDO                                               CAUSA DEL CESE


ULTIMO DIA DE TRABAJO                               ULTIMO DIA DE PAGO

E1110-22200-0310000-0000-01F00-2005-81S010A04A20024
CIFRA DE CUENTA

OBSERVACIONES: AUMENTO EN SUELDO SEGUN CONVENIO COLECTIVO EFECTIVO AL
               1 DE JULIO DE 2005 A $2505.00


APROBADO POR EL SECRETARIO DE EDUCACION.

                        FIRMA                       FECHA

PARA USO DE LA DIVISION DE NOMINAS
TIPO 5                          (CESE)
(RECORD 0)              PROXIMO MES

SSM-ar-267
Rev. 05/04



**SISTEMA DE RETIRO PARA MAESTROS**
ESTADO LIBRE ASOCIADO DE PUERTO RICO

11 de julio de 2005

**BETZAIDA ROSADO DIAZ**
**EXT LA MARGARITA A-34**
**SALINAS PR 00751**

**Seguro Social**

Estimada profesora Rosado Díaz:

De acuerdo con nuestros registros, usted tendría acreditado aproximadamente en este Sistema:
**28 años, 3 meses, 3 semanas, 1 día al 28 de junio de 2005.**

Estos cálculos son preliminares y están sujetos a verificación final a la fecha de retiro.

Con el propósito de completar su expediente, es necesario que nos envíe los siguientes documentos:

[ ]    Acta de Nacimiento en original

[ ]    Designación de Beneficiarios que se acompaña

[ ]    Solicitud de Retiro en caso que decida acogerse a los beneficios de retiro

[ ]    Otros: _____

Cordialmente,

Jorge Ojeda Figueroa
Gerente Servicios de Retiro
División Servicios al Maestro

JBJ/TVT/mnn

JRM-ar-267
Rev. 03/01



ESTADO LIBRE ASOCIADO DE PUERTO RICO
Junta de Retiro para Maestros
PO Box 191879 San Juan, PR 00919-1879
Teléfono (787) 754-8611

13 de febrero de 2004

BETZAIDA ROSADO DIAZ
EXT LA MARGARITA 34
SALINAS PR 00751

**Re:** Seguro Social:

Estimada profesora Rosado Díaz:

De acuerdo con nuestros archivos, usted tendría acreditado en este Sistema aproximadamente: 26 año(s), 9 mes(es), 3 semana(s), y 1 día al 31 de diciembre de 2003.

Estos cálculos son preliminares y están sujetos a verificación final a la fecha de retiro.

Con el propósito de completar su expediente, es necesario que nos suministre los siguientes documentos:

[ ] Acta de Nacimiento en original

[ ] Designación de Beneficiarios que se acompaña

[ ] Solicitud de Retiro en caso que decida acogerse a los beneficios de retiro

[ ] Otros:

Cordialmente,

Jorge Ojeda Figueroa
Gerente
División Servicios Activo

EBJ/TVT/mnn

"Sirviéndole a la Clase Magisterial Puertorriqueña"