Sra. Betsaida Rosado
15846 Wilkinson Dr.
Clermont, FL. 34714

  

U.S. POSTAGE PAID
FCM LG ENV
CLERMONT, FL
34714
FEB 18, 20
AMOUNT
$1.20
R2305K138590-07

1023   00918

Secretaria (Clerk's office)
Tribunal de Distrito de los Estados Unidos
Room 150  Federal Building
San Juan, Pto. Rico 00918-1767

RECEIVED & FILED
2020 FEB 21 PM 5:37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.