Datos de contacto:

Carlos Javier Inizarry Lugo
Villa del Carmen
232 Toscania
Ponce, P.R. 00716-2261
(787) 432-2313
(939) 217-2250
rizarry37@gmail.com
asty351vj@gmail.com

Epígrafe

Nombre del tribunal:
   - Tribunal de Distrito de los EU
     San Juan, P.R.

Nombre de los deudores:
   - Estado Libre Asociado de PR.

Número de procedimiento:
   - 17 BK 3283 - LTS

Título de la objeción global:
   - Centésima Vigésima Octava Objeción global

Número de evidencia de reclamo:
   - 131738

RECEIVED & FILED
2020 FEB 21 PM 5:37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

15 Febrero-2020

A quien pueda interesar:

La presente es para oponerme a que se de lugar a la objeción global, rechazo esto debido a que el Estado Libre Asociado de P.R., especificamente, el Cuerpo Bomberos de P.R., no pago a este servidor los $150 mensuales a los que tengo derecho por ley.

La ley #168 del 12 de julio de 2004 se hizo efectiva el 1 de Octubre de 2004, exijo se me pague ese aumento de $150.00 que postula dicha ley.