Carlos J. Inzarry Lugo
Villa del Carmen
3332 Toscania
Ponce, P.R. 00716-2261



Secretaria (Clerk's Office)
Tribunal de distrito de los EU
Room 150 Federal Building
San Juan P.R. 00918-1767





U.S. POSTAGE PAID
FCM LG ENV
MERCEDITA, PR
00715
FEB 20, 20
AMOUNT
$3.65