) Datos de contacto:

Carlos Javier Irizarry Lugo
Villa del Carmen
3232 Toscania
Ponce, P.R. 00716-2261
787) 432-2313
939) 217-2250
.irizarry37@gmail.com
hasty351vj@gmail.com

RECEIVED & FILED
2020 FEB 21 PM 5:37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

) Epígrafe

Nombre del tribunal:
 - Tribunal de Distrito de los EU
    San Juan, P.R.

Nombre de los deudores:
 - Estado Libre Asociado de P.R.

Número de procedimiento:
 - 17 BK 3283 - LTS

Título de la Objeción global:
 - Centísima Vigésima Octava Objeción global

Número de evidencia de reclamo:
 - 134892

15-febrero-2020

A quien pueda interesar:

La presente es para oponerme a que se de lugar a la Objeción global, rechazo esto debido a que el Estado Libre Asociado de P.R., especificamente, el Cuerpo de Bomberos de P.R., no pago a este Servidor los $150 mensuales a los que tengo derecho por ley.

La ley 168 del 12 de julio de 2004 se hizo efectiva el 1 de octubre de 2004, exijo se me pague ese aumento de $150 que postula dicha ley.