Carlos J. Inzarry Lugo
Villa del Carmen
3232 Toscania
Ponce, P.R. 00716-2261





U.S. POSTAGE PAID
FCM LG ENV
MERCEDITA, PR
00715
FEB 20, 20
AMOUNT
$3.65
R2305M144696-03

CERTIFIED MAIL
7019 2970 0002 2732 1927



RECEIVED & FILED
2020 FEB 21 PM 5: 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Secretaria (Clerk's office)
Tribunal de distrito de los EU
Room 150 Federal Building
San Juan, P.R. 00918-1767