14 de febrero de 2020

Elma Bonilla Ríos

HC 4 box 42436

Aguadilla. Puerto Rico 00603

Teléfono: 787-505-7558

Email: boni_1951@gmail.com

    Respetuosamente me dirijo al Tribunal de Distrito de los Estados Unidos, en Puerto Rico, para presentar mi petición, para que se haga cumplir mi reclamo al Estado Libre Asociado de Puerto Rico, a través de Prime Clerk, con el número de procedimiento # 157466, en la Centésima Trigésima Sexta Objeción Global, Anexo A: Defectuosas por un monto de $8,400.

    Serví al Departamento de Educación por treinta años como educadora, durante los cuales surgió la Ley #96, del 1ro de julio del 2002, bajo la gobernación de la honorable Sila María Calderón, que determinaba un aumento de sueldo a los empleados públicos. Para esa fecha me encontraba activa, dando servicio, y este aumento al que tenía derecho no me fue otorgado. El incumplimiento de esta ley no sólo afectó mi sueldo por años, sino, que afectó severamente mi pensión a la hora de retirarme.

    Por tanto suplico al honorable Tribunal no declare a lugar la Objeción Global en relación a este reclamo.

    Adjunto evidencia justificativa a esta réplica antes expuesta.

Un epígrafe similar a este, fue sometido con anterioridad, en el mismo se le adjudicó el número de reclamación #157466, a la Ley 410 del 8 de octubre del 2000, por un error involuntario. Para subsanar dicha equivocación hemos sometido nuevamente el reclamo con el número correspondiente a la Ley 96.

Anejos:

    a. Certificación de años de servicio del Departamento de Educación
    b. Certificación del Sistema de Retiro de Maestros de retiro

Atentamente,
Elma Bonilla Ríos