From: Elma Bonilla Ríos
HC. 4 Box 42436
Aguadilla, P.R.
00603

CERTIFIED MAIL

Case:17-03283-LTS   Doc#:11678-2   Filed:02/21/20   Entered:02/24/20 17:40:47   Desc:
Envelope   Page 1 of 1

7019 0700 0001 8181 9422

U.S. POSTAGE PAID
FCM LG ENV
AGUADILLA, PR
00603
FEB 20, 20
AMOUNT
$7.60
R2305M149485-06

1000   00918

RECEIVED & FILED
2020 FEB 21 PM 5:27
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

To: Secretaría (clerk's office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767