**Dinelia E. Acevedo Román:**

**Retirada en diciembre de 2013 del Departamento Educación**

**Reclamación de pago de servicios prestados en el Departamento de Educación de P.R**

RECEIVED & FILED
2020 FEB 21  PM 5: 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Mediante esta misiva hago constar que he realizado una reclamación por servicios prestados al Departamento de Educación de P.R. . Estos servicios son adeudados hacia mi persona.  El gobierno de Puerto Rico, entiéndase, Estado Libre Asociado de P.R., radicó al país en estado de "quiebra".( Ley 7 de 9 de marzo de 2009. emergencia fiscal) y por ende me considero acreedora. Si el gobierno decide pagar sus deudas debo ser incluida como tal.

No recuerdo exactamente la fecha y lo que se me adeuda, por tanto saqué el monto de la deuda por $125.00 mensuales.  Esto de acuerdo a las leyes leídas y que se anejan. Lo más razonable de mi parte debe ser que puedo fallar en mis cálculos y debí haber escrito, "cantidad indeterminada o cantidad que aplique".

"Siempre conservé mi nombramiento de maestra" (Status)

Leyes:

**Ley Núm. 96 de junio de 1956**:   Se crea la junta de salario mínimo.

**Ley Núm. 84 de 20 de julio de 1995**: (local): aseguro que los empleados del gobierno cobijados en esta ley, recibieran la aplicación automática de salario mínimo federal.

**Ley Núm.180 de 27 de julio de 1998**: Se crea para la eliminación de la Junta de Salario Mínimo de P.R. . Creada al amparo de la Ley 96 del 1956. Esta Ley establece el salario mínimo, por vacaciones, licencias por enfermedad de empleados del E.L.A.. Dispone que el salario mínimo federal aplicará a P.R. de la misma manera y criterios que se establecen en E.U.A..

**Ley Núm.96 de 1 de julio de 2002:** Concede aumento de 100 dólares a los empleados públicos del Estado Libre Asociado de Puerto Rico.

**Ley Núm. 164 de 22 de julio de 2003:** Concede ($ 100) cien dólares de aumento a empleados públicos del gobierno del E.L.A., efectivo en enero de 2004 y que estén en servicio activo sin distinción de status ni categoría.

**Ley Núm.109 de 11 junio de 2008:** Establece que toda persona que ocupe una plaza de maestro del Sistema de Educación Pública del Departamento de Educación, se le otorgue ($150), ciento cincuenta dólares mensuales para que así se ajuste al costo de vida. Con un salario básico de $1,750.00 mensuales.

**Ley Núm. 7 de 9 de marzo de 2009:** Esta ley declara a Puerto rico en estado de emergencia fiscal y establece un plan integral de estabilización fiscal para salvar el crédito de P.R.. De esta manera se atenderá de forma integrada y responsable la crisis fiscal por la que atraviesa la isla.

**Ley P.R.O.M.E.S.A.:** Sus siglas en ingles- Puerto Rico Oversight Management and Economic Stability Act.. el 30 de junio de 2016. El Presidente Barack Hussein Obama 11, estableció la Junta de Supervisión Fiscal. Esta ley permite que el gobierno de Puerto Rico entre en una reestructuración de deuda similar a la bancarrota. Esto debido que P.R. posee una deuda multimillonaria con los llamados bonistas (acreedores). Estos exigen su pago y piden al gobierno de Estados Unidos establecer dicha junta. La junta supervisará la actividad gubernamental y las finanzas, con el fin de pagar esta deuda. Revisará y certificará el plan fiscal del gobierno de P.R.. ( pueden ver Casos Titulo 111 sección 309-310-PROMESA)