Hearing Date: March 4, 2020, at 9:30AM (Atlantic Standard Time)
Response Deadline: February 18, 2020 at 4:00PM (Atlantic Standard Time)

---

**PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THE OBJECTION AFFECTS YOUR CLAIM(S).**

---

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth, HTA, and ERS.** |

---

### ONE HUNDRED FORTY-NINTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO MISCELLANEOUS DEFICIENT CLAIMS

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Referencias: LEXJURIS (Leyes )
MICROJURIS ( Ley PROMESA)



Gobierno de Puerto Rico - Sistema de Retiro para Maestros

Estimado(a) participante DINELIA ACEVEDO ROMAN

De acuerdo a nuestros registros, el balance de aportaciones acumuladas en nuestro Sistema de Retiro al 24 de abril de 2013 es de aproximadamente $63,402.16. Las aportaciones han devengado intereses por $13,741.11 para un total de cuotas e intereses de $77,143.27.

El tiempo acreditado es de aproximadamente 29 año(s), 1 mes(es), 3 semana(s), 2 día(s).

Los pagos realizados por planes de pago, recaudaciones o pagos pendientes pueden no estar considerados en estos balances. Además, esta información puede variar, de encontrarse diferencias en el Informe de Cambio enviado por el patrono y de existir anulaciones futuras entre cuentas que afecten las Aportaciones del Sistema.

Estos cálculos son preliminares, están sujetos a verificación y ajustes cuando radique su Solicitud de Retiro. Deberá permanecer cotizando en nuestro Sistema hasta la fecha que proyecta retirarse.

Cordialmente,

Área de Servicios de Retiro



**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
Sistema de Retiro para Maestros

5 de marzo de 2014

PROF DINELIA E. ACEVEDO ROMAN
7917 CARR 4485
QUEBRADILLAS PR 00678 9714

Caso Núm. 1361

Estimado (a) Profesor (a) Acevedo Román:

Nos referimos a su Solicitud de Retiro por Años de Servicio y Edad conforme a las disposiciones de la Ley 91, aprobada el 29 de marzo de 2004. Su retiro fue efectivo el 1 de enero de 2014 y su renta mensual es de $3,036.68 Deseamos informarle que se depositó en su cuenta el cheque 7568097 por $6,073.36 el mismo pertenece al pago retroactivo que cubre desde el 1 de enero de 2014 hasta el 28 de febrero de 2014. Los descuentos efectuados en este pago se reflejan en forma global en su talonario de cheque.

Le informamos que usted puede autorizar al Sistema de Retiro para Maestros a descontar de su pensión, determinada cantidad para pagar compromisos contraídos, tales como; seguro médico de su preferencia u otras deducciones permitidas por ley.

Si usted no se encuentra conforme con la presente determinación podrá radicar dentro del término de 30 días a partir de la notificación de la determinación del Director o su representante, un Escrito de Apelación ante la Junta de Síndicos del SRM. Dicha solicitud puede ser radicada personalmente o enviada por correo.

Radicaciones

Dirección Física: Secretaría Junta de Síndicos, Piso 8, Capital Center, Torre Norte 235 Ave Arterial Hostos, Hato Rey, PR

Dirección Postal: Secretaría Junta de Síndicos, Piso 8, PO Box 191879, Hato Rey PR 00919-1879

En las radicaciones por correo, el matasellos debe mostrar que la misma fue cursada dentro del término establecido. Todos los términos mencionados en los incisos para apelar o solicitar reconsideración son en días naturales. El procedimiento de apelación se rige por el Reglamento 7053 de 15 de noviembre de 2005.

Le informamos que cualquier gestión, comunicación o trámite que efectúe con el Sistema de Retiro para Maestros distinto a los escritos antes mencionados, no interrumpe los términos que usted dispone para ejercer su derecho de apelación.

Cordialmente,

Gretchen I Ferrá Tirado
Principal Oficial Ejecutivo
Área de Beneficios y Servicios

/hy

235 Ave. Arterial Hostos, Edif. Capital Center,
Torre Norte, Hato Rey
PO Box 191879, San Juan, PR 00919-1879
Tel: (787) 777-1414; Fax: (787) 759-2882
www.srm.pr.gov



**DEPT DE EDUCACION-CLASIFICADOS**
Ave. Teniente Cesar Gonzalez, Esquina Calaf
HATO REY, PR 00919

| | | Tipo de Pago: SM Quincenal | Aviso #: 3945675 |
|---|---|---|---|
| | | 03/16/2012 | |
| | | a: 03/31/2012 | Fecha Aviso: 03/30/2012 |

| DINELIA E ACEVEDO ROMAN<br>AVE. TENIENTE CESAR GONZALEZ<br>ESQUINA CALAS<br>HATO REY, PR 00919<br>SS: XXX-XX-6772 | # Empleado: XXXXX6772<br>Dept: 8101116-ARECIBO-CAMUY<br>Lugar: OFICINA SUPERINTENDENTE<br>Titulo: DEPARTAMENTO DE EDUCACION<br>Sueldo: $3,611.00 Monthly | DATA IMP: Federal  PR<br>Estado Civil:  Claiming no personal exem<br>Concesiones: 0<br>Pct. Adcl.: 0<br>Cant. Adcl.: |
|---|---|---|

### HORAS E INGRESOS

| | | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 1,805.50 | 487.50 | 10,833.00 |
| Licencia Enfermedad en Exceso | | | 0.00 | | 3,596.07 |
| **Total:** | | | 1,805.50 | 487.50 | 14,429.07 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| PR Withholding | 143.98 | 1,126.51 |
| **Total:** | 143.98 | 1,126.51 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 162.50 | 975.00 |
| **Total:** | 162.50 | 975.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-SSS PR Inc | 108.00 | 632.00 |
| SC-GENERAL ACCIDENT LIFE | 19.80 | 118.80 |
| AS-ORG DIR Y ADM ESC PR | 10.00 | 60.00 |
| Ahorros-AEELA | 54.17 | 325.02 |
| **Total:** | 191.97 | 1,135.82 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-SSS PR Inc | 100.00 | 300.00 |
| GPR Plan de Retiro de Maestro | 153.47 | 920.82 |
| FSED Disability Plan | 30.69 | 245.28 |
| * Tributable | | |

| | TOTAL BRUTO | BRUTO TRIBUT. FED. | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,805.50 | 0.00 | 143.98 | 354.47 | 1,307.05 |
| Acumulado: | 14,429.07 | 0.00 | 1,126.51 | 2,110.82 | 11,191.74 |

| LIC. HORAS | ACUM. |
|---|---|
| Balance Inicial: | 0.0 |
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #3945675 | 1,307.05 |
| Total: | 1,307.05 |

**MENSAJE:**

---

**DEPT DE EDUCACION-CLASIFICADOS**
Ave. Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha: 03/30/2012

Aviso No. 3945675

**Cant. Deposito:** $1,307.05

A la Cuenta(s) De

DINELIA E ACEVEDO ROMAN
AVE. TENIENTE CESAR GONZALEZ
ESQUINA CALAS
HATO REY, PR 00919
Localizacion: OFICINA SUPERINTENDENTE

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | $1,307.05 |
| Total: | | $1,307.05 |

## NO-NEGOCIABLE

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 09/16/2018 |
| Hasta: | 09/30/2018 |

Business Unit: PUERT
Aviso #: 7123336
Fecha Aviso: 09/28/2018

**DINELIA E ACEVEDO ROMAN**
7917 CARR 4485
QUEBRADILLAS PR 00678-9714

SS: XXX-XX-6772

| | |
|---|---|
| # Empleado: | XXXXX6772 |
| Dept: | 592160-ANOS SERVICIO LEY91 2004 |
| Lugar: | A/OS SERVICIO LEY 91 |
| Titulo: | Pensionado |
| Sueldo: | $3,036.68 Monthly |

| | | |
|---|---|---|
| DATA IMP: | Federal | PR |
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Corriente | | Acumulado | | | IMPUESTOS | |
|---|---|---|---|---|---|---|---|
| | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente Acumulado |
| Pago de Salarios Regulares | | | 1,518.34 | 1,462.50 | 27,330.12 | | |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 | | |

*No recibo bono de Medicina*
*DEAR*

| Total: | | | 1,518.34 | 1,462.50 | 27,430.12 | Total: | 0.00 0.00 |

### DEDUCCIONES | DEDUCCIONES GENERALES | BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente Acumulado |
|---|---|---|---|---|---|---|---|
| | | | Ahorros-AEELA | 45.55 | 819.90 | | |

| Total: | 0.00 | 0.00 | Total: | 45.55 | 819.90 | * Tributable | |

### TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA

| | | | | | |
|---|---|---|---|---|---|
| Corriente: | 1,518.34 | | 0.00 | 45.55 | 1,472.79 |
| Acumulado: | 27,430.12 | | 0.00 | 819.90 | 26,610.22 |

### PTO HORAS | ACUM | DISTRIBUCION PAGA NETA

| | | |
|---|---|---|
| Balance Inicial: | 0.0 | Aviso #7123336  1,472.79 |
| + Acumulado: | | |
| - Utilizado: | | Total:  1,472.79 |
| - Donada: | | |
| + Ajustes: | | |
| Balance Final: | 0.0 | |

MENSAJE:

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
09/28/2018

Aviso No.
7123336

Cant. Deposito: $1,472.79

| DISTRIBUCION DE DEPOSITO DIRECTO | | |
|---|---|---|
| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| Checking | | $1,472.79 |
| Total: | | $1,472.79 |

TRAY 41 SQ 9437*****************SCH 5-DIGIT 00627   9437 2 AV 0.378
DINELIA E ACEVEDO ROMAN
7917 CARR 4485
QUEBRADILLAS PR 00678-9714

**NO-NEGOCIABLE**