PRESS FIRMLY TO SEAL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**

7019 1640 0001 9023 5134

U.S. POSTAGE PAID
PM 3-Day
LEHIGH ACRES, FL
33936
FEB 18, 20
AMOUNT
**$14.15**
R2304E105524-52

1006   00918

FROM: Dinilia Acevedo
1402 Kimdale StE
Lehigh Acres, FL 33936

RECEIVED & FILED
2020 FEB 21 PM 5:37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

**PRIORITY MAIL**

- Date of delivery specified*
- USPS TRACKING™ included to many major international destinations.
- Limited international insurance.
- Pick up available.*
- Order supplies online.*
- When used internationally, a customs declaration label may be required.

*Domestic only

TO: Clerks Office
United States District Court
150 Chardón Avenue
Federal Building
San Juan, P.R. 00918-1767

To schedule free Package Pickup, scan the QR code.

EP14F Oct 2018
OD: 12 1/2 x 9 1/2

USPS.COM/PICKUP


PS00001000016

This envelope is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; October 2018; All rights reserved.