# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors.[1] | PROMESA<br>Title III<br><br><br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO<br><br>-and-<br><br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY,<br><br>Debtors. | PROMESA<br>Title III<br><br><br><br>No. 17 BK 3283-LTS<br><br><br><br>No. 17 BK 3567-LTS |

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), and (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801).

**NOTICE OF HEARING ON THE DRA PARTIES'
UNOPPOSED URGENT MOTION FOR LEAVE TO EXCEED PAGE LIMIT WITH
RESPECT TO OMNIBUS REPLY IN SUPPORT OF DRA PARTIES' PARTICIPATION
MOTIONS [CASE NO. 17-3283, DKT. NO. 10835], [ADV. PROC. NO. 20-00007, DKT.
NO. 14], [ADV. PROC. NO. 20-00005, DKT. NO. 11]**

(i) AmeriNational Community Services, LLC, as servicer for the GDB Debt Recovery Authority, and Cantor-Katz Collateral Monitor LLC (collectively, the "DRA Parties") have filed on today's date the *DRA Parties' Unopposed Urgent Motion for Leave to Exceed Page Limit with Respect to Omnibus Reply in Support of DRA Parties' Participation Motions [Case No. 17-3283, Dkt. No. 10835], [Adv. Proc. No. 20-00007, Dkt. No. 14], [Adv. Proc. No. 20-00005, Dkt. No. 11]* (the "Motion"). *See* Dkt. No. 11684 of Case No. 17-BK-03283 (LTS) and Dkt. No. 702 of Case No. 17-BK-03567 (LTS).

(ii) The Motion has been served upon all the Standard Parties as identified and defined at ¶ II of the Court's *Tenth Amended Notice, Case Management, and Administrative Procedures* (Dkt. No. 8027-1 of Case No. 17-03283 (LTS) (July 16, 2019)) (the "CMP Order"), as well as upon all of the parties identified in the Master Service List maintained at https://cases.primeclerk.com/puertorico/.

(iii) The date and time of the applicable objection deadline for the Motion is _____ __, 2020 at __:__ __.M. (Prevailing Atlantic Time).

(iv) The date of the hearing at which the Motion shall be considered by the Court is March 4, 2020 at 9:30 A.M. (Prevailing Atlantic Time) at the Clemente Ruiz Nazario United States Courthouse, at 150 Carlos Chardón Avenue, San Juan, Puerto Rico.

(v) The requested relief sought in the Motion may be granted by the Court without a hearing if no objection is timely filed and served in accordance with the CMP Order.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 24th day of February, 2020.

**WE HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case. We further certify that, on this same date, we served the foregoing upon all the Standard Parties as identified and defined the Court's CMP Order, as well as upon all of the parties identified in the Master Service List maintained at https://cases.primeclerk.com/puertorico/.

**MCCONNELL VALDÉS LLC**

270 Muñoz Rivera Avenue, Suite 7
Hato Rey, Puerto Rico 00918
PO Box 364225
San Juan, Puerto Rico 00936-4225
Telephone: 787-250-5632
Facsimile: 787-759-9225

By: /s/Arturo J. García-Solá
Arturo J. García-Solá
USDC No. 201903
Email: ajg@mcvpr.com

By: /s/Nayuan Zouairabani
Nayuan Zouairabani
USDC No. 226411
Email: nzt@mcvpr.com

*Attorneys for AmeriNational Community Services, LLC as servicer for the GDB Debt Recovery Authority*

**C. CONDE & ASSOC. LAW OFFICES**

By: /s/ Carmen D. Conde Torres

Carmen D. Conde Torres
(USDC No. 207312)
254 San José Street
Suite 5
San Juan, PR 00901-1523
Tel. 787-729-2900
Fax. 787-729-2203
E-Mail: condecarmen@condelaw.com

-and-

**ORRICK, HERRINGTON & SUTCLIFFE LLP**

By: /s/ Douglas S. Mintz

Douglas S. Mintz (admitted pro hac vice)
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005-1706
Telephone: (202) 339-8400
Facsimile: (202) 339-8500
E-mail: dmintz@orrick.com

and

Laura Metzger (pro hac vice pending)
Peter Amend (admitted pro hac vice)
Monica Perrigino (admitted pro hac vice)
51 West 52nd Street
New York, N.Y. 10019
Telephone: (212) 506-5000
E-mail: lmetzger@orrick.com
pamend@orrick.com
mperrigino@orrick.com

*Attorneys for Cantor-Katz Collateral Monitor LLC, as Collateral Monitor for GDB Debt Recovery Authority*