15 - Febrero - 2020

Sra: Neida I. Vega Figueroa
1545 Oakwood ct.
Apopka, FL 32073
Num: Claim 165203
No: 17 BK 3283-LTS

RECEIVED & FILED 2020 FEB 21 PM 5:37 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN P.R.

Mi nombre es Neida I. Vega Figueroa Comenzé a trabajar en la Oficina de la Administración Derecho al Trabajo (A.D.T.) en el 1980. Poncé, P.R. Hasta el 1995 que fui Enviada a Trabajar a la Oficina de (Fiscalia), Departamento de Justicia (Ponce)

En el 1995-Nav, fui transferida al Dpt. de Justicia - (Fiscalia) - Poncé, P.R. Hasta el 2012. Que fue mi Retiro.

Entiendo que tengo Todo, el derecho de la Reclamación con Promesa (title III) en estos 32 Años en el Gobierno, Trabajados.

Y escribo esta carta para decir que pienso (Promesa) que mi reclamación es válida. Comenzé en el 1980, a trabajar con el gobierno de P. Rico.

*Adjunto, envio el documento de la Asociación del E.L.A. donde indica dsd. cuando estoy en la Poliza de Muerte: # 318825

Neida Vega Figueroa
321-960-5423