NEIDA I. Vega Rivera
1545 Oakwood Ct
Apopka, FL. 32073

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico
00918-1767