February 13 of 2020.

From: Ana Raquel Perdomo Claudio
P.O. Box 5983
Caguas P.R. 00726
Telephone: 787 347 4660
Email: anagps1963@gmail.com
Public Service Number:

To: Clerks Office
Room 150 Federal Building
San Juan Puerto Rico 00918 - 1767

Clerks Office

The purpose of this letter is toBuildin certify that I worked for the Administration of Corrections of Puerto Rico during the time that The 96's Law applies. Until the present time I haven't received the money's increases related to the 96;s Law. Attached is The Letter of Seniority from Public Services that which states that I started to work effective on January 2 of 2001. I finished my job on December 6 of 2019.

Thank you in advance for paying me the money's increases of the 96's Law that I'm entiled to and I do not receive yet as soon as possible.

Respectfully Yours;

Ana Raquel Perdomo Claudio

Attached to 96's Law

13 de Febreo de 2020

De: Ana Raquel Perdomo Claudio
P.O. Box 5983
Caguas P.R. 00726
Telefono: 787 347 4660
Email: anagps1963@gmail.com
Numero de Servidor Publico:

Para: Secretaria ( Clerks Office)
Tribunal De Distrito de Estados Unidos
Room 150 Federal Building
San Juan Puerto Rico 00918 – 1767

Respetable: Secretaria

La misma es para certificar que trabaje para la Administracion de Correccion en el periodo en que aplica la Ley 96. Hasta el momento presente no se me han pagado aun los aumenots estipulados por la ley 96, aumentos a los que tengo derecho. Adjunto Carta de Antiguedad en el Servicio Publico la cual certifica fecha de comienzo efectivo 2 de enero del 2001. Culmine mis labores efectivo 6 de diciembre del 2019.

Gracias anticipadas por pagarme los aumentos a los que tengo derecho y aun no he recibido.

Respetuosamente:
Ana Raquel Perdomo Claudio

Adjunto: Ley 96.