Ana R. Perdomo Claudio
P.O. Box 5983
Caguas P.R. 00726

RECEIVED & FILED
2020 FEB 21 PM 5:36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

To: Secretaria (Clerks Office)
Tribunal de Distrito de los
Estados Unidos.
Room 150 Federal Building
San Juan (Puerto Rico)
00918-1767