19 de febrero de 2020

De: María Nereida Alicea Fonseco
U.R.B. Costa Sur
Calle 10-E-9
Guayama P.R. 00784

A: Secretaria de Distrito de los E.U.A.
#150 Chardon Avenue
Federal Building
San Juan, PR

Deudores: Commonwealth of P.R.
Número de procedimiento 17BK3283LTS

Título de la objeción global: Centésima vigésima cuarta objeción global del Sistema de Retiro

Número de reclamación: 145207

Motivo #1

El gobierno del E.L.A. de P.R. aprobó en el año 1966 la Ley 309 de escala salarial. En esta ley el empleado docente recibiría un aumento de sueldo de $25.00 por año de servicio. Este aumente fue suspendido sin haberse derogado la ley por tanto estamos reclamando el dinero que NO se recibió. Estoy haciendo un estimado aproximadamente de 40000.00 tomando en cuenta que comencé a trabajar en 1965 y me retiré en 1999.

María N. Alicea

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Alicea Fonseca, Maria N. | 145207 | 6/28/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Alicea Fonseca, Maria N. | 145207 | 6/28/2018 | Commonwealth of Puerto Rico | $0.00 *[handwritten: $40,000.00]* |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).