Maria Nereida Alicea Fonseca
U.R.B. Costa Sur
Calle -10 - E-9
Guayama P.R. 00784

RECEIVED & FILED

2020 FEB 21  PM 5: 36

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan C Puerto Rico 00918 -1767

FEB 20 2020
SAN JUAN, PR 009

USPS FOREVER USA
Barn Swallow

© USPS 2016

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC
MIX
Envelope
FSC® C137131