RECEIVED & FILED
2020 FEB 21 PM 5:36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

Maria Nereida Alicea Fonseca
U.R.B. Costa Sur
Calle -10- E-9
Guayama P.R. 00784

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan C Puerto Rico 00918-1767

© USPS 2016

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC
MIX
Envelope
FSC® C137131