18 de febrero de 2020

Primer Clerk LLC

A quién pueda interesar!

Soy Zobeida Morales Santiago, maestra jubilada del Retiro de Maestros de P.R. desde el 31 de julio de 2013. Tengo una reclamación #141923 del 28 de junio de 2019 con Commonwealth of Puerto Rico. Reclamo la siguientes leyes para los cuales pueda cualificar.

1) Ley de 3% Retiro Pensión (aumento)
2) Ley 96 del 1ro de julio de 2002
3) Ley 164 del 22 de julio de 2003
4) Ley Hernández Colón
5) El Romerazo.

Gracias.

Zobeida Morales
Zobeida Morales