## GOBIERNO DE PUERTO RICO
### Sistema de Retiro para Maestros

# CERTIFICACIÓN

...ifico la siguiente información referente a la pensión de la Prof. **ZOBEIDA MORALES SANTIAGO**, con número de seguro social que termina en **5524**.

| | |
|---|---|
| **Fecha de Efectividad de la Pensión** | **27 de julio de 2013** |
| **Tiempo Cotizado para la Pensión** | **32 años, 9 meses, 2 semanas** |
| **Pensión Mensual Inicial** | **$ 2,073.75** |
| **Pensión Mensual Actual** | **$ 2,073.75** |

Esta certificación se expide hoy, **14 de febrero de 2020** en San Juan, Puerto Rico.

**Cynthia Sanjurjo Santos**
**Supervisora**
**Centro de Contacto SRM**

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

( 787.777.1414   ☎ 787.764.6910   www.srm.pr.gov

**SRM**
Sistema de Retiro para Maestros
Gobierno de Puerto Rico