UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>MIGUEL ÁNGEL GONZÁLEZ COLÓN<br>Creditor(s)-Claimant<br><br>THE COMMONWEALTH OF PUERTO RICO<br>Debtor(s)<br><br>Vs.<br><br>MIGUEL ÁNGEL GONZÁLEZ COLÓN<br>Respondents | PROMESA<br>Title III<br><br>No. 17 BK 3238-LTS<br><br>(Jointly Administered)<br><br>This filing relates to the Commonwealth and ERS |

# URGENT MOTION REQUESTING AN EXTENSION OF TIME TO FILE AN AMENDED PROOF OF CLAIM

TO THE HONORABLE COURT:

Comes now, creditor and/or claimant, Mr. Miguel Ángel González Colón, by and through *pro se* representation, hereby respectfully moves for an extension of time to file an amended Proof of Claim Number 152431, and as ground states as follows:

1. The United States District Court for the District of Puerto Rico has subject matter jurisdiction to consider this matter and the relief requested herein pursuant to PROMESA section 306(a).

2. Venue is proper in this district pursuant to PROMESA section 307(a).

3. On June 29, 2018, I filed Proof of Claim number 152431, for the amount of $67,200.00, without interest or other charges; on the basis that the Commonwealth of Puerto Rico, owes me as to the best of my knowledge such amount, in concept of salary demands and employment and services provided; since I served as a Police Officer for Puerto Rico Police Department (*Policía de Puerto Rico*) from May 1st, 1980 until March 31st, 2010.

4. On January 21, 2020, I received copy of "One Hundred Twenty-Seventh Omnibus Objection of the Commonwealth of Puerto Rico and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims asserting Interest bases on salary demands, employment or services provided", in which Debtors are seeking to disallow my claim because their records shows that it is deficient.

5. In such objection, I was notified that my Proof of Claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, however it fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine if I have a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors; and that I have a response deadline on February 18, 2020 at 4:00 p.m.

6. That I filed such Proof of Claim without any attachment or supporting documentation, since I am an elderly person without any knowledge on law basis or/and legal documents formalities.

7. I, hereby requests an extension of twenty one (21) days, in order to be able to amend such Proof of Claim and provide the basis and documentation that supports my claim against the Commonwealth of Puerto Rico.

8. I, hereby file this Motion without prejudice to or waiver of my rights pursuant to PROMESA.

**WHEREFORE**, Creditor respectfully requests from this Honorable Court to grant an extension of twenty one (21) days to provide the documentation needed and deny Debtor's Objection to disallow Proof of Claim number 152431.

### NOTICE

I, hereby CERTIFY that I had provided notice of this Motion to: (a) the Office of the United States Trustee for the District of Puerto Rico; (b) Clerk's Office at Tribunal de Distrito de los Estados Unidos, Room 150 Federal Building, San Juan, Puerto Rico 00918-1767; (c) Counsel for the Oversight Board (Abogado de la Junta de Supervisión) at Proskauer Rose LLP, Eleven Times Square, New York, New York 10036-8299 to Martin J Bienenstock, A/A, Brian S. Rosen; and (d) Counsel for the Creditors' Committee (Abogados del Comité de Acreedores) at 200 Park Avenue, New York, New York 10166 to Luc A Despins, A/A, James Bliss, James Worthington and G. Alexander Bongartz.

In Villalba, Puerto Rico, this 17 day of February, 2020.

Respectfully submitted,

/s/ Miguel Ángel González Colón
**MIGUEL ÁNGEL GONZÁLEZ COLÓN**
PO BOX 207
VILLALBA, PR 00766
TELEPHONE: (939) 579-3461
E-MAIL: jyliannabarrios@gmail.com