-ZA 010051 304500 JFA62 000009

# Earnings Statement

**ADP**



## POLICIA DE PUERTO RICO
PO BOX 70166
SAN JUAN, PUERTO RICO 00936-8166

Period Ending: 02/28/2010
Pay Date: 02/26/2010

00000011081
**MIGUEL A GONZALEZ COLON**
**APARTADO 207**
**VILLALBA PR 00766**

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: Tax Exempt
PR: $29 Exemption

Social Security Number: XXX-XX-8895

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Sueldo | 1355.00 | | 1,355.00 | 5,420.00 |
| Compensacion | | | 27.50 | 110.00 |
| **Gross Pay** | | | **$1,382.50** | 5,530.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | PR State Income Tax | -54.78 | 219.12 |
| | **Other** | | |
| | Ahorro Aeela | -40.65 | 162.60 |
| | Cuenta Ahorro | -905.43 | |
| | First Med Hlth | -63.00 | 252.00 |
| | Fondo Beneficos | -1.00 | 4.00 |
| | Plan De Retiro | -114.40 | 457.60 |
| | Prestamo Aeela | -249.74 | 998.96 |
| | Seguro Aeela | -3.50 | 14.00 |
| | Seg Med Patrono | | -200.00 |
| | **Adjustment** | | |
| | Seg Med Patrono | +50.00 | |
| | **Net Pay** | **$0.00** | |

©1998, 2006. ADP, Inc. All Rights Reserved.

© 2000 ADP, Inc.

TEAR HERE

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM



## POLICIA DE PUERTO RICO
PO BOX 70166
SAN JUAN, PUERTO RICO 00936-8166

Advice number: 00000091081
Pay date: 02/26/2010

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **MIGUEL A GONZALEZ COLON** | xxxxx7508 | xxxx xxxx | $905.43 |

NOT VALID OVER 180 DAYS

# NON-NEGOTIABLE

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT