

Miguel Gonzalez
PO Box 207
Villalba, PR 00766



SAN JUAN PR 009
20 FEB 2020 PM 1   FOREVER USA
Barn Swallow

RECEIVED & FILED
2020 FEB 21 PM 5: 36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Clerk's Office
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

00918359999

FSC MIX Envelope FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2016