Réplica

Datos de contacto
Damoudt Rodríguez, Bernardo
Urb. Villamar C-35
Calle Mediterraneo
Guayama, P.R. 00784
damoudtbernardo515@gmail.com

Epígrafe
 Tribunal de Distrito de los Estados Unidos
 San Juan Puerto Rico 00918

Nombre de los deudores
 Commonwealth of Puerto Rico

Número de Procedimiento
 17 BK 3283-LTS

Título de los objetivo global
 Centésima Quincuagésima sexta objeción global

Número de la evidencia de reclamo
 103256

Motivo para oponerse a la objeción global
 Aumento mensual de la escala salarial
 Años del 1977 al 2001 (7,800.00)

RECEIVED & FILED
2020 FEB 21 PM 5:35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.