Bernardo Damoudt
Urb. Villamar C-35
Calle Mediterraneo
Guayama, P.R. 00784

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico, 00918-1767

SAN JUAN PR 009
20 FEB 2020 PM 1 L

RECEIVED & FILED
2020 FEB 21 PM 5:35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

