TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

In re Commonwealth of Puerto Rico, Case No. 17-03283

| | |
|---|---|
| JOANNE COLON RIVERA | PROMESA |
| HC 01 BOX 7813 | Título III |
| VILLALBA, PR 00766 | Núm. 17-03283 |
| (787) 922-6039 | No. De Reclamación: 41185 |
| jolycrivera@hotmat.com | 82109 |
| | 55266 |

jolycrivera@hotmail.com

RÉPLICA A LA CENTÉSIMA VIGÉSIMA SEXTA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO COMO EMPLEADO DEL DEPARTAMENTO DE EDCUACIÓN DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO. EN RECLAMO DE LAS APORTACIONES ACUMULADAS EN EL SISTEMA DE RETIRO.

En junio de 2018 se sometió el Formulario Oficial 410 Modificado reclamando las aportaciones acumuladas de retiro de maestro en el Departamento de Educación de Puerto Rico

Hoy 17 de febrero de 2020 hago constar que desde noviembre de 1990 que inicié en el Departamento de Educación he estado realizando unas aportaciones para mi retiro y el gobierno también ha aportado una parte la cuál ha sido añadido a mi balance.

Al momento no deseo retirar mis aportaciones acumuladas, pero si deseo hacer constar que existen y deseo que permanezcan disponibles para cuando me retire. Hago constar que Employees Retirement System of the Government of the Commonwealth of Puerto Rico me adeuda las cantidades aportadas desde noviembre de 1990 y la misma continúa en crecimiento hasta que me retire.

Atentamente,

Joanne Colon Rivera

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

In re Commonwealth of Puerto Rico, Case No. 17 BK 3283-LTS

| | |
|---|---|
| JOANNE COLÓN RIVERA | PROMESA |
| HC-01 BOX 7813 | Título III |
| VILLALBA, P R 00766 | Núm. 17 BK 3283-LTS |
| (787) 922-6039 | No. De Reclamación: 41185 |
| jolycrivera@hotmat.com | 82109 |
| | 55266 |
| | Deudor: Commonwealth of Puerto Rico |

RÉPLICA A LA *CENTÉSIMA* VIGÉSIMA SEXTA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO COMO EMPLEADO DEL DEPARTAMENTO DE EDUCACIÓN DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO. EN RECLAMO DEL AUMENTO SALARIAL DE LA LEY 109-2008 DE 1 DE JULIO DE 2008.

En junio de 2018, se sometió el Formulario Oficial 410 Modificado reclamando salarios impagos en mi empleo como docente en el Departamento de Educación de Puerto Rico por servicios prestados y que no fueron pagados.

Durante su gobernación, el gobernador Anibal Acevedo Vilá aprobó una ley (Ley 109 del 1 de julio de 2008) que concedía un aumento salarial a los maestros del Departamento de Educación (DE) del Gobierno de Puerto Rico de $150.00 mensuales. Este aumento nunca se pagó.

Durante el término de esa ley (2008-2019), yo era empleada del Departamento de Educación. De acuerdo con mis cálculos, el período comprende 11 años a $1,800.00 por año, lo que representa $19,800.00 a los que tengo derecho.

Se estima la siguiente cantidad adeudada:

$1,800.00 del año escolar 2008-2009

$1,800.00 del año escolar 2009-2010

$1,800.00 del año escolar 2010-2011

$1,800.00 del año escolar 2011-2012

$1,800.00 del año escolar 2012-2013

$1,800.00 del año escolar 2013-2014

$1,800.00 del año escolar 2014-2015

$1,800.00 del año escolar 2015-2016

$1,800.00 del año escolar 2016-2017

$1,800.00 del año escolar 2017-2018

$1,800.00 del año escolar 2018-2019

Cantidad adeudada estimada: $19,800.00

*(firma)*

JOANNE COLÓN RIVERA

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

In re Commonwealth of Puerto Rico, Case No. 17 BK 3283-LTS

| | |
|---|---|
| JOANNE COLÓN RIVERA | PROMESA |
| HC-01 BOX 7813 | Título III |
| VILLALBA, P R 00766 | Núm. 17 BK 3283-LTS |
| (787) 922-6039 | No. De Reclamación: 41185 |
| jolycrivera@hotmat.com | 82109 |
| | 55266 |
| | Deudor: Commonwealth of Puerto Rico |

RÉPLICA A LA *CENTÉSIMA* VIGÉSIMA SEXTA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO COMO EMPLEADO DEL DEPARTAMENTO DE EDUCACIÓN DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO. EN RECLAMO DEL AUMENTO SALARIAL DE LA LEY 89 DEL 1979 (ROMERAZO), A PARTIR DEL 1980 HASTA EL 2006.

En junio de 2018, se sometió el Formulario Oficial 410 Modificado reclamando salarios impagos en mi empleo como docente en el Departamento de Educación de Puerto Rico por servicios prestados y que no fueron pagados.

Durante su gobernación, el gobernador Carlos Romero Barceló aprobó una ley (Ley 89 del 12 de julio de 1979) que concedía un aumento salarial a los maestros del Departamento de Educación (DE) del Gobierno de Puerto Rico de $100.00 mensuales. Este aumento nunca se pagó.

Durante el término de esa ley (1990-2006), yo era empleada del Departamento de Educación. De acuerdo con mis cálculos, el período comprende 16 años a $1,200.00 por año, lo que representa $19,400.00 a los que tengo derecho.

Se estima la siguiente cantidad adeudada:

$1,200.00 del año escolar 1990-1991

$1,200.00 del año escolar 1991-1992

$1,200.00 del año escolar 1992-1993

$1,200.00 del año escolar 1993-1994

$1,200.00 del año escolar 1994-1995

$1,200.00 del año escolar 1995-1996

$1,200.00 del año escolar 1996-1997

$1,200.00 del año escolar 1997-1998

$1,200.00 del año escolar 1998-1999

$1,200.00 del año escolar 1999-2000

$1,200.00 del año escolar 2000-2001

$1,200.00 del año escolar 2001-2002

$1,200.00 del año escolar 2002-2003

$1,200.00 del año escolar 2003-2004

$1.200.00 del año escolar 2004-2005

$1,200.00 del año escolar 2005-2006

Cantidad adeudada estimada: $19,,200.00

_____
JOANNE COLÓN RIVERA