| | | |
|---|---|---|
| 080 Dept. de Educacion - Maestros<br>Avenida Teniente Cesar Gonzalez<br>Esquina Calaf<br>HATO REY, PR 00919 | Grupo de Pago: SM -Quincenal<br>Desde: 12/09/2019<br>Hasta: 12/20/2019 | Aviso #: 5357190<br>Fecha Aviso: 12/30/2019 |
| JOANNE COLON RIVERA<br>VISTA ALEGRE<br>PO BOX 215<br>VILLALBA, PR 00766<br>SS: | # Empleado:<br>Dept: 8005137-SANTA ISABEL-PONCE<br>Lugar: NORMA I. TORRES COLON<br>Titulo: DEPARTAMENTO DE EDUCACION<br>Sueldo: $2,796.67 Monthly | DATA IMP: Federal PR<br>Estado Civil: Married Head of Household<br>Concesiones: 0 0<br>Pct. Adcl.:<br>Cant. Adcl.: |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,398.34 | 1,494.00 | 33,164.20 |
| Bono de Navidad | | | 0.00 | | 600.00 |
| Pago Retroactivo Regular | | | 0.00 | | 104.17 |
| Bonificaciones | | | 0.00 | | 112.50 |
| Total: | | | 1,398.34 | 1,494.00 | 33,980.87 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 20.27 | 492.72 |
| PR Withholding | 49.90 | 1,148.28 |
| Total: | 70.17 | 1,641.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 125.85 | 2,994.25 |
| Total: | 125.85 | 2,994.25 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 49.00 | 1,123.20 |
| CO-COOP AS PARROQUIANO | 32.50 | 780.00 |
| DM-FONDOS UNIDOS | 0.50 | 12.00 |
| SC-AMER FAM LIFE ASS CO | 34.05 | 817.20 |
| OS-AMPR LOCAL SIND AFIL | 8.50 | 204.00 |
| Ahorros-AEELA | 41.95 | 998.15 |
| Total: | 166.50 | 3,934.55 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 120.00 | 1,440.00 |
| FSED Disability Plan | 23.77 | 567.51 |

* Tributable

### TOTAL BRUTO / BRUTO TRIBUT. FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Bruto Tribut. Fed | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|---|
| Corriente: | 1,398.34 | 0.00 | 70.17 | 292.35 | 1,035.82 |
| Acumulado: | 33,980.87 | 0.00 | 1,641.00 | 6,928.80 | 25,411.07 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| Aviso #5357190 | 1,035.82 |
|---|---|
| Total: | 1,035.82 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Dept. de Educacion - Maestros
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
12/30/2019

Aviso No.
5357190

Cant. Deposito: $1,035.82

A la
Cuenta(s) De

JOANNE COLON RIVERA
VISTA ALEGRE
PO BOX 215
VILLALBA, PR 00766
Localizacion: NORMA I. TORRES COLON

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXXXX | 1,035.82 |
| Total: | | 1,035.82 |

## NO-NEGOCIABLE



**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**DEPARTAMENTO DE EDUCACIÓN**

**SECRETARIA AUXILIAR DE RECURSOS HUMANOS**

## INFORME DE NOMBRAMIENTOS Y CAMBIOS

| Número del Campo | Antes del Cambio | Después del Cambio |
|---|---|---|
| 1. Nombre del Empleado | JOANNE COLON RIVERA | |
| 2. Seguro Social | | |
| 3. Número de Puesto | R28708 | R28708 |
| 4. Cifra de Cuenta | E1110-221-53280-01F-2018-SCHOOLWIDE18A-5328001F-1110 | |
| 5. Estatus del Puesto | ACTIVO | ACTIVO |
| 6. Sueldo Bruto | $ 2,630.00 | $ 2,630.00 |
| 7. Categoría del Puesto | MA. EDUC. NIVEL ELEMENTAL (4-6) | MA. EDUC. NIVEL ELEMENTAL (4-6) |
| 8. Fecha de Efectividad | | 6 DE AGOSTO DE 2018 |
| 9. Acción y Duración | | REUBICACIÓN PUESTO E INCUMBENTE |
| 10. Escuela | WALTER MC JONES - 53280 | NORMA I. TORRES COLON - 56077 |
| 11. Región | PONCE | PONCE |
| 12. Municipio | VILLALBA | VILLALBA |
| 13. Justificación | CIERRE, CONSOLIDACIÓN O REESTRUCTURCIÓN DE ESCUELAS | |

14. Director Regional o su representante

Profa. Iris V. Berrios Lucas

15. Observación

16. Firma del Jefe de Agencia o Representante Autorizado

Julia B. Keleher, Ed.D

Fecha de Preparado: 2 DE AGOSTO DE 2018

Preparado por:



# DEPARTAMENTO DE EDUCACIÓN
### Department of Education
## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### Commonwealth of Puerto Rico

## Certificado Vitalicio

### El Secretario de Educación por la presente confiere a
#### The Secretary of Education hereby issues to

**JOANNE COLON RIVERA**

### el presente Certificado de Maestro que lo faculta para ejercer como
#### this Certificate that entitles the holder to perform as

**MAESTRO(A) DE ESCUELA ELEMENTAL**
**ELEMENTARY SCHOOL TEACHER**

### en las escuelas públicas o privadas de Puerto Rico.
#### in the School System of Puerto Rico.

**Expedido el**     03 de noviembre            de 20 05
*Issued on*         November 03,                  20 05

**Dado en San Juan de Puerto Rico, el**
*Given at San Juan, Puerto Rico on*     24 febrero     de 20 06
                                        February 24,      20 06

Número de Certificado: 738

**Rafael Aragunde Torres** Certificate Number: 738
Secretario de Educación
Secretary of Education