From: Joanne Colón Rivera
HC-01 Box. 7813
Villalba, P.R. 00766

RECEIVED & FILED
2020 FEB 21 PM 5: 54
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

To: Secretaría (Clerk's Office)
Tribunal de Distrito de Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico
00918-1767

CERTIFIED MAIL

7018 2290 0000 2774 3198

0091859999