

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO COMO REPRESENTANTE DE ESTADO LIBRE ASOCIADO DE PUERTO RICO Y OTROS, | PROMESA TITULO III NUM. 17 BK 3283-LTS (ADMINISTRADA CONJUNTAMENTE) LA PRESENTE RADICACION GUARDA RELACION CON EL ELA, LA ACT Y EL SRE |

DEUDORES

I. DATOS: HERMINIA DEVARIE CORA, RECLAMO # 144912, (DIRECCION) HC-1 BOX 5603, ARROYO, PR 00714 (magali.devarie@gmail.com), (TELEFONO) 939-249-6507.

II. EPIGRAFE: NOTIFICACION DE LA CENTESIMA CUADRAGESIMA SEGUNDA OBJECION GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACION DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE UNAS LEYES PUERTORRIQUEÑAS NO ESPECIFICADAS.

III. MOTIVOS: YO, HERMINIA DEVARIE CORA FUI EMPLEADO DEL DEPARTAMENTO DE EDUCACION DE PUERTO RICO DESDE EL AÑO 1970 HASTA EL 15 DE SEPTIEMBRE DE 2008. POR LO CUAL ESTOY RECLAMANDO LA CANTIDAD DE $25,000.00 POR LA LEY 89, LEY 34, SEGUN ESTIPULA LA LEY DEL POR EL ESTADO LIBRE ASOCIADO.

IV. DOCUMENTACION JUSTIFICATIVA. ADJUNTO LA EVIDENCIA DE DOCUMENTOS QUE INCLUYE LAS LEYES ARRIBA MENCIONADAS. DE NECESITAR ALGUNA OTRA INFORMACION FAVOR DE NOTIFICARME DE INMEDIATO:

1. CERTIFICACION DE EMPLEO (PENSION)

*[firma]*
HERMINIA DEVARIE CORA

15 DE FEBRERO DE 2020