Hermina Rivera Cruz
HC-1 Box 5603
Arroyo, P.R. 00714

RECEIVED FIL[ED]
FEB 21 1000 PM 5:34 00918
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

RETURN RECEIPT REQUESTED

U.S. POSTAGE PAID
FCM LETTER
ARROYO, PR
00714
FEB 20, 20
AMOUNT
$6.40
R2305K131158-12

CERTIFIED MAIL™
PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE



7013 2250 0000 6662 6756

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico ~~00918~~ 1767
Ave. Carlos Chardon 00918