20-Febrero-2020

Ricardo Colón Morciglio
URB. Los Caobos
Acerillos #573
Ponce Puerto Rico
00716
Tel. 787-432-5981

A- Tribunal de Distrito de los Estados Unidos.

B- Nombres de los Deudores
Estado Libre Asociado de Puerto Rico

C- Número de Procedimientos
17 BK-3283- LTS

D- Título de Obligación Global Centésima cuadragésima séptima objeción global.

E- Comenzé a trabajar septiembre-1991
Cese en mis funciones como agente (UCE)
agosto-2018

Reclamación
① Ley 89-(Romero) 2-Julio-1979
② Ley 96-1-Julio-2002- Costo de vida
③ Ley obama - sistema de retiro Ley 160-2008-2016
④ El Quinquenio- horas extra y tiempo computarizado

RECEIVED & FILED 2020 FEB 21 PM 5:35 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN PR