

RECIBIDO
JAN 0 4 2019
OFICINA DE NOMINAS

**Gobierno de Puerto Rico**
137 - Dept de Correccion y Reh

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 12/16/2018 |
| Hasta: | 12/31/2018 |

# Cheque: 00360973
Fecha: 12/04/2018

| | |
|---|---|
| RICARDO COLON MORCIGLIO | # Empleado: XXXXX5361 |
| URB. LOS CAOBOS | Dept: 137400-Depto Adm Inst Adultos y Jov |
| ACEITILLO # 573 | Oficina: Centro Trat Social Villalba |
| PONCE PR  00716 | Titulo: Agente de Seg. Y Protección 1 |
| SS:  XXX-XX-5361 | Sueldo: $2,557.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 3 + 7 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Programa Transicion Voluntaria | | | 13,542.00 | | 13,542.00 |
| Bono de Navidad | | | 0.00 | | 600.00 |
| Pago de Salarios Regulares | | | 0.00 | 1,710.00 | 28,127.00 |
| Payback Adjustments | | | 0.00 | | 354.03- |
| Pagos de Uniformes | | | 0.00 | | 350.00 |
| Total: | | | 13,542.00 | 1,710.00 | 42,264.97 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed MED/EE | 196.36 | 607.77 |
| Fed OASDI/EE | 839.61 | 2,598.73 |
| Total: | 1,035.97 | 3,206.50 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan Aport. Definidas | 0.00 | 2,390.74 |
| Total: | 0.00 | 2,390.74 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 512.22 | 1,231.82 |
| SI-Seg Incap. Obligatorio | 0.00 | 70.40 |
| SM-First Medical Health Plan | 0.00 | 121.00 |
| DM-FONDOS UNIDOS | 0.00 | 22.00 |
| AE-Seguro por Muerte Asoc ELA | 0.00 | 133.10 |
| AS-FED OFICIALES CUSTODIA PR | 0.00 | 275.00 |
| AS-FUPO | 0.00 | 130.00 |
| Ahorros-AEELA | 0.00 | 843.92 |
| Total: | 512.22 | 2,827.24 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 0.00 | 1,705.00 |
| FSED Disability Plan | 0.00 | 395.26 |

* Tributable

## TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|
| Corriente: | 13,542.00 | 1,035.97 | 512.22 | 11,993.81 |
| Acumulado: | 42,264.97 | 3,206.50 | 5,217.98 | 34,585.49 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

## DISTRIBUCION PAGA NETA

| | |
|---|---|
| Cheque #00360973 | 11,993.81 |
| Total: | 11,993.81 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Colon Moruglio, Ricardo | 13368 | 5/8/2018 | Commonwealth of Puerto Rico | $15,600.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Colon Moruglio, Ricardo | 13368 | 5/8/2018 | Commonwealth of Puerto Rico | $15,600.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

000513