Ricardo [illegible]
W.R.B. Los Caobos
Acertillos # 573
Ponce Puerto Rico
00716

Secretaria (clerk's office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan Puerto Rico 00918-1767

SAN JUAN PR 009
20 FEB 2020 PM 1 L

RECEIVED
2020 FEB 21 PM 5:35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

0091881767 0000