## HOJA DE TRÁMITE

**ASUNTO:** *Entrega de documentos*

**NOMBRE** Carmen S Torres Rodz

*Destinatario: Junta de Supervisión Fiscal*

RECEIVED AND FILED
2020 FEB 21 AM 11:22
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Adjunto entrega de los siguientes documentos solicitados por la Junta de Supervisión Fiscal, Ley Promesa de P.R. a los maestros del Departamento de Educación de P.R. que se le adeudan dinero por conceptos de diferente leyes que se otorgaron aumento en años pasados:

__X__ Fecha de Elegibilidad de la Pensión

__X__ Tiempo Cotizado para la Pensión

__X__ Fecha de Efectividad de la Renuncia

__X__ Fecha de Efectividad de la Pensión

__X__ Pensión Mensual Actual

__X__ Forma 409

✓ Talonario de sueldo enero 2020 y feb 2020

In re Commonwealth of Puerto Rico

Case No. 17-03283

Date Filed 21 feb 2020

Proof of Claim _____

Case No. _____

Date Filed _____

Proof of Claim _____

Case No. _____

Date Filed _____

Proof of Claim _____

**FIRMA** _____  **FECHA** _____

**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Carmen S. Torres Rodríguez**, con número de seguro social que termina en 8814.

| Fecha de Efectividad de la Pensión | 28 de julio de 2001 |
|---|---|
| Tiempo Cotizado para la Pensión | 27 años, 1 mes, 3 sem., 1 días |
| Pensión mensual Inicial | $1,403.85 |
| Pensión Mensual Actual | $1,445.97 |

Esta certificación se expide hoy, 18 **de febrero de 2020** en **San Juan, Puerto Rico.**

Edgardo J. Negrón Ramírez
Supervisor
Área de Servicios de Retiro





235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

787.777.1414     787.764.6910     www.srm.pr.gov

**GOBIERNO DE PUERTO RICO**
DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos
Archivo Docente

Oficina de Servicios al Empleado
Archivo Docente

FEB 18 2020

**RECIBIDO**

# FORMULARIO DE VISITA
## PERSONAL DOCENTE

Fecha: 18 febrero 2020   Seguro Social: 8814
Nombre: Carmen S. Torres Rodríguez
Dirección Postal: Urb. Villa España O #1 Las Mercedes Bayamón P.R. 00961
Distrito donde trabaja o trabajaba: Bay III   Puesto que ocupa u ocupaba: Maestra
E-mail: cstorresrodz@yahoo.com   Tel. 787-396-1790

### CERTIFICACIONES DE EMPLEADO

Marque con una (X) su selección y acompañe con **IDENTIFICACIÓN CON FOTO**.

- [ ] 1. Carta de Cese o Renuncia
  Atención: _____
- [ ] 2. Desempleo (Formulario 620)
- [x] 3. Certificación de empleo (Total de Años)   [ ] Español   [ ] Inglés
  Atención: Ley Promesa

(Sellos de Rentas Internas $1.50 para Agencias Privadas y uso Personal)

**SOLICITUDES NO SERÁN PROCESADAS EL MISMO DÍA**

- [ ] 4. Formulario de Cancelación de Préstamos Estudiantiles
- [ ] 5. Certificación de Trabajo Social (Renovación de Licencia)
- [ ] 6. Certificación de Tiempo No Cotizado para Retiro (Ayudante de Maestro hasta 1989)
  **(Favor indicar los años)** de 1990 en adelante favor solicitarlo en el ARCHIVO NO DOCENTE
- [ ] 7. Otros  409  (2001)

Firma del Solicitante: Carmen S. Torres   OK

**PARA USO OFICIAL DE LA AGENCIA**

Observaciones: _____   Inicial Empleado

P.O. Box 190759, San Juan PR 00919-0759 • Tel.: 787-773-3074 • Fax: 787-773-0178
El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental, ni por ser víctima de violencia doméstica, agresión sexual o acecho.

Modelo SC-1515 (JRM)
14-mayo-71
Manual de Contabilidad

ESTADO LIBRE ASOCIADO DE PUERTO RICO

## JUNTA DE RETIRO PARA MAESTROS
## INFORME RENTA ANUAL VITALICIA

| Nombre | Carmen S. Torres Rodríguez | Núm. Reclamación | 36013 | Sexo | F |

**Tipo de Renta:**
- a- Años de Servicio y Edad
  - Opcional ( )
  - Obligatorio ( )
- b- Edad ( )
- c- Incapacidad
  - Ocupacional ( )
  - No Ocupacional ( )
- d- Diferida ( )

| Fecha de Nacimiento | | |
|---|---|---|
| Año | Mes | Día |

| Fecha de Retiro | | |
|---|---|---|
| 2001 | 7 | 27 |
| Año | Mes | Día |

| Edad al Retirarse | | | Servicios Acreditados | | | | Costo Anualidad | Fecha de Efectividad | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 57 | 4 | 2 | 27 | 1 | 3 | 1 | $ 33,753.35 | 2001 | 7 | 28 |
| Años | Meses | Días | Años | Meses | Sem. | Días | | Año | Mes | Día |

Retiro Ley Núm. __44__ de __2000__

**Cómputo de la Renta Anual:**

a- Sueldo promedio mensual más alto durante cinco años consecutivos a $ 1,871.80        $914.68

   X 0.018     X 27 años, 1 mes, 3 semanas y 1 día
   (Por ciento)         (Tiempo Acreditado)

* En caso de renta anual diferida, ésta comenzará al cumplir la edad de _____
  ( ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años de edad.
  ( ) o a opción en fecha posterior si al retirarse tiene 10 y menos de años de servicios y menos de 60 años de edad.

b- Ajuste para llegar al Mínimo Establecido por Ley 44

| Años de Servicio | Edad | Incapacidad Física | Diferido | |
|---|---|---|---|---|
| $ 498.17 | $ | $ | $ | $498.17 |

Diferencia Mínimo o Renta Sistema Retiro

Renta Mensual Vitalicia     $1,403.85
Renta Anual Vitalicia       $16,846.20

Computado: Julio C. Ortiz    1-2-03 Fecha
Cotejado: Hugo E. Aponte    1 Feb 02 Fecha
Recomendado: Gloria E. Navas Pérez, Directora Área Servicios de Retiro    5/2/02 Fecha
Aprobado: Irma A. Giménez López, Secretaria Ejecutiva    6/2/02 Fecha

/jla

| **Gobierno de Puerto Rico** | | | | | Grupo de Pago: | SM -Quincenal | | Business Unit: PUERT | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 592 - SISTEMA DE RETIRO MAESTRO-PENS | | | | | Desde: | 01/01/2020 | | Aviso #: | 5555122 | |
| | | | | | Hasta: | 01/15/2020 | | Fecha Aviso: | 01/15/2020 | |
| **CARMEN S TORRES RODRIGUEZ** | | | | # Empleado: | XXXXX8814 | | DATA IMP: | Federal | PR | |
| VILLA ESPA+A | | | | Dept: | 592110-Por Merito Ley 44 | | Estado Civil: | Married | Married | |
| +01 LAS MERCEDES | | | | Lugar: | PENSIONADOS LEY 44 02700 | | Concesiones: | 0 | 39 + 99 | |
| BAYAMON, PR 00961 | | | | Titulo: | Pensionado | | Pct. Adcl.: | | | |
| SS: XXX-XX-8814 | | | | Sueldo: | $1,445.97 Monthly | | Cant. Adcl.: | | | |

| **HORAS E INGRESOS** | | | | | | **IMPUESTOS** | | |
|---|---|---|---|---|---|---|---|---|
| | | Corriente | | Acumulado | | | | |
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | 8.898277 | 81.25 | 722.99 | 81.25 | 722.99 | | | |
| Total: | | 81.25 | 722.99 | 81.25 | 722.99 | Total: | 0.00 | 0.00 |

| **DEDUCCIONES** | | | **DEDUCCIONES GENERALES** | | | **BENEFICIOS PATRONALES PAGADOS** | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
| Total: | 0.00 | 0.00 | Total: | 0.00 | 0.00 | * Tributable | | |

| **TOTAL BRUTO** | | **TOTAL IMPUESTOS** | | **DEDUCCIONES TOTALES** | **PAGA NETA** |
|---|---|---|---|---|---|
| Corriente: | 722.99 | | 0.00 | 0.00 | 722.99 |
| Acumulado: | 722.99 | | 0.00 | 0.00 | 722.99 |

| **PTO HORAS** | **ACUM** | | **DISTRIBUCION PAGA NETA** | |
|---|---|---|---|---|
| Balance Inicial: | 0.0 | | Aviso #5555122 | 722.99 |
| + Acumulado: | | | Total: | 722.99 |
| - Utilizado: | | | | |
| - Donada: | | | | |
| + Ajustes: | | | | |
| Balance Final: | 0.0 | | | |

MENSAJE:

---

**Gobierno de Puerto Rico**  
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha  
01/15/2020

Aviso No.  
5555122

Cant. Desposito: _____ $722.99

A la  
Cuenta(s) De

CARMEN S TORRES RODRIGUEZ  
VILLA ESPA+A  
01 LAS MERCEDES  
BAYAMON, PR 00961

| **DISTRIBUCION DE DEPOSITO DIRECTO** | | |
|---|---|---|
| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| Savings | | $722.99 |
| Total: | | $722.99 |

## NO-NEGOCIABLE

| Gobierno de Puerto Rico | | | | | Grupo de Pago: | SM -Quincenal | | Business Unit: | PUERT |
|---|---|---|---|---|---|---|---|---|---|
| 592 - SISTEMA DE RETIRO MAESTRO-PENS | | | | | Desde: | 01/16/2020 | | Aviso #: | 5812073 |
| | | | | | Hasta: | 01/31/2020 | | Fecha Aviso: | 01/30/2020 |
| CARMEN S TORRES RODRIGUEZ | | | | # Empleado: | XXXXX8814 | | DATA IMP: | Federal | PR |
| VILLA ESPA+A | | | | Dept: | 592110-Por Merito Ley 44 | | Estado Civil: | Married | Married |
| +01 LAS MERCEDES | | | | Lugar: | PENSIONADOS LEY 44  02700 | | Concesiones: | 0 | 39 + 99 |
| BAYAMON, PR  00961 | | | | Titulo: | Pensionado | | Pct. Adcl.: | | |
| SS:   XXX-XX-8814 | | | | Sueldo: | $1,445.97 Monthly | | Cant. Adcl.: | | |

### HORAS E INGRESOS / IMPUESTOS

| | | Corriente | | Acumulado | | | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | 8.898277 | 81.25 | 722.99 | 162.50 | 1,445.98 | | | |
| Total: | | 81.25 | 722.99 | 162.50 | 1,445.98 | Total: | 0.00 | 0.00 |

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| | | | | | | SM-TRIPLE-S ADVANTAGE | 100.00 | 100.00 |
| Total: | 0.00 | 0.00 | Total: | 0.00 | 0.00 | * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | | | | |
|---|---|---|---|---|
| Corriente: | 722.99 | 0.00 | 0.00 | 722.99 |
| Acumulado: | 1,445.98 | 0.00 | 0.00 | 1,445.98 |

### PTO HORAS ACUM / DISTRIBUCION PAGA NETA

| Balance Inicial: | 0.0 | | Aviso #5812073 | 722.99 |
|---|---|---|---|---|
| + Acumulado: | | | | |
| - Utilizado: | | | Total: | 722.99 |
| - Donada: | | | | |
| + Ajustes: | | | | |
| Balance Final: | 0.0 | | | |

MENSAJE:

Gobierno de Puerto Rico                    Fecha                              Aviso No.
592 - SISTEMA DE RETIRO MAESTRO-PENS        01/30/2020                         5812073

Cant. Desposito:     $722.99

A la
Cuenta(s) De

    CARMEN S TORRES RODRIGUEZ
    VILLA  ESPA+A
    01 LAS MERCEDES
    BAYAMON, PR  00961

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | | $722.99 |
| Total: | | $722.99 |

## NO-NEGOCIABLE

| Gobierno de Puerto Rico | | Grupo de Pago: | SM -Quincenal | Business Unit: | PUERT |
|---|---|---|---|---|---|
| 592 - SISTEMA DE RETIRO MAESTRO-PENS | | Desde: | 02/01/2020 | Aviso #: | 6062096 |
| | | Hasta: | 02/15/2020 | Fecha Aviso: | 02/14/2020 |

| | | | |
|---|---|---|---|
| CARMEN S TORRES RODRIGUEZ | # Empleado: XXXXX8814 | DATA IMP: Federal | PR |
| VILLA ESPA+A | Dept: 592110-Por Merito Ley 44 | Estado Civil: Married | Married |
| +01 LAS MERCEDES | Lugar: PENSIONADOS LEY 44  02700 | Concesiones: 0 | 39 + 99 |
| BAYAMON, PR  00961 | Titulo: Pensionado | Pct. Adcl.: | |
| SS: XXX-XX-8814 | Sueldo: $1,445.97 Monthly | Cant. Adcl.: | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | 8.898277 | 81.25 | 722.99 | 243.75 | 2,168.97 |
| Total: | | 81.25 | 722.99 | 243.75 | 2,168.97 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-TRIPLE-S ADVANTAGE | 0.00 | 100.00 |

* Tributable

| TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|
| Corriente: 722.99 | 0.00 | 0.00 | 722.99 |
| Acumulado: 2,168.97 | 0.00 | 0.00 | 2,168.97 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #6062096 | 722.99 |
| Total: | 722.99 |

MENSAJE:

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
02/14/2020

Aviso No.
6062096

Cant. Desposito:    $722.99

A la
Cuenta(s) De

CARMEN S TORRES RODRIGUEZ
VILLA  ESPA+A
01 LAS MERCEDES
BAYAMON, PR  00961

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | | $722.99 |
| Total: | | $722.99 |

# NO-NEGOCIABLE



# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

**ATT: LEY PROMESA**

18 de febrero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | CARMEN S. TORRES RODRIGUEZ |
| Seguro Social | : | |
| Categoría | : | MA. EDUC. SEC (BIOLOGIA) |
| Distrito Escolar | : | BAYAMON I_ |
| Sueldo Mensual | : | $2,005.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 27 de julio de 2001 |
| Otros | : | Nuestro Sistema de Recursos Humanos refleja que trabajó para ésta Agencia por un periodo de 27 años y 7 meses. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).

| | | | |
|---|---|---|---|
| ☑ | Commonwealth of Puerto Rico / El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date: May 3, 2017 |
| ☐ | Puerto Rico Sales Tax Financing Corporation (COFINA) / La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date: May 5, 2017 |
| ☐ | Puerto Rico Highways and Transportation Authority / La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date: May 21, 2017 |
| ☐ | Employees Retirement System of the Government of the Commonwealth of Puerto Rico / El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date: May 21, 2017 |
| ☐ | Puerto Rico Electric Power Authority / La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date: July 2, 2017 |

Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

**Quienes presenten la documentación deben omitir o editar** información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. **No adjunte documentos originales,** ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

## Part 1 / Parte 1 — Identify the Claim / Identificar la reclamación

1. Who is the current creditor?

   ¿Quién es el acreedor actual?

   Carmen S Torres Rodriguez
   Name of the current creditor (the person or entity to be paid for this claim)
   Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

   Other names the creditor used with the debtor
   Otros nombres que el acreedor usó con el deudor _____

Modified Official Form 410 — Proof of Claim — page 1

| | | | |
|---|---|---|---|
| 2. | Has this claim been acquired from someone else?<br><br>¿Esta reclamación se ha adquirido de otra persona? | ☒ No / No<br>☐ Yes. From whom?<br>Sí. ¿De quién? _____ | |

| | | | |
|---|---|---|---|
| 3. | Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)<br><br>¿A dónde deberían enviarse las notificaciones al acreedor?<br><br>Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g | **Where should notices to the creditor be sent?**<br>**¿A dónde deberían enviarse las notificaciones al acreedor?**<br><br>Carmen S. Torres Rodz<br>Name / Nombre<br><br>Urb. Villa España O#1 Las Mercedes<br>Number / Número   Street / Calle<br><br>Bayamon     P.R.    00961<br>City / Ciudad   State / Estado   ZIP Code / Código postal<br><br>(787) 396-1790<br>Contact phone / Teléfono de contacto<br><br>cstorresrodz@yahoo.com<br>Contact email / Correo electrónico de contacto | **Where should payments to the creditor be sent?**<br>(if different)<br>**¿A dónde deberían enviarse los pagos al acreedor?** (En caso de que sea diferente)<br><br>Carmen S. Torres Rodz<br>Name / Nombre<br><br>Urb. Villa España O#1 La Mercedes<br>Number / Número   Street / Calle<br><br>Bayamon    P.R.    00961<br>City / Ciudad   State / Estado   ZIP Code / Código postal<br><br>(787) 396-1790<br>Contact phone / Teléfono de contacto<br><br>cstorresrodz@yahoo.com<br>Contact email / Correo electrónico de contacto | |

| | | |
|---|---|---|
| 4. | Does this claim amend one already filed?<br><br>¿Esta reclamación es una enmienda de otra presentada anteriormente? | ☒ No / No<br>☐ Yes. Claim number on court claims registry (if known)<br>Sí. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo) _____<br>Filed on / Presentada el _____ (MM/DD/YYYY) / (DD/MM/AAAA) |

| | | |
|---|---|---|
| 5. | Do you know if anyone else has filed a proof of claim for this claim?<br><br>¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación? | ☐ No / No<br>☒ Yes. Who made the earlier filing?<br>Sí. ¿Quién hizo la reclamación anterior? _____<br><br>Departamento Educación |

**Part 2 / Parte 2:**  Give Information About the Claim as of the Petition Date
Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

| | | |
|---|---|---|
| 6. | Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?<br><br>¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico? | ☐ No / No<br>☒ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)<br>Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).<br><br>_____ |

| | | |
|---|---|---|
| 7. | Do you supply goods and / or services to the government?<br><br>¿Proporciona bienes y / o servicios al gobierno? | ☒ No / No<br>☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:<br><br>Vendor / Contract Number | Número de proveedor / contrato: _____<br><br>List any amounts due after the Petition Date (listed above) but before June 30, 2017:<br>Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017 $ _____ |

Modified Official Form 410         Proof of Claim         page 2

| | | |
|---|---|---|
| 8. How much is the claim?<br>¿Cuál es el importe de la reclamación? | $ _Indefinido, lo que aplique la ley_ | . Does this amount include interest or other charges?<br>¿Este importe incluye intereses u otros cargos?<br>☐ No / No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).<br>Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A). |

9. What is the basis of the claim?

¿Cuál es el fundamento de la reclamación?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

_Pago por años de servicios_

10. Is all or part of the claim secured?

¿La reclamación está garantizada de manera total o parcial?

☒ No / No
☐ Yes. The claim is secured by a lien on property.
  Sí. La reclamación está garantizada por un derecho de retención sobre un bien.

  **Nature of property / Naturaleza del bien:**
  ☐ Motor vehicle / Vehículos

  ☐ Other. Describe:
   Otro. Describir: _____

  **Basis for perfection / Fundamento de la realización de pasos adicionales:** _____

  Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

  Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.

  **Value of property / Valor del bien:** $_____
  **Amount of the claim that is secured /**
  **Importe de la reclamación que está garantizado:** $_____
  **Amount of the claim that is unsecured /**
  **Importe de la reclamación que no está garantizado:** $_____
  (The sum of the secured and unsecured amounts should match the amount in line 7.)
  (La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

  **Amount necessary to cure any default as of the Petition Date /**
  **Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso :** $_____

  **Annual Interest Rate** (on the Petition Date)
  **Tasa de interés anual** (cuando se presentó el caso) _____%
  ☐ Fixed / Fija
  ☐ Variable / Variable

11. Is this claim based on a lease?

¿Esta reclamación está basada en un arrendamiento?

☒ No / No
☐ Yes. Amount necessary to cure any default as of the Petition Date.
  Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso $ _____

Modified Official Form 410          Proof of Claim          page 3

| | |
|---|---|
| 12. Is this claim subject to a right of setoff?<br><br>¿La reclamación está sujeta a un derecho de compensación? | ☒ No / No<br><br>☐ Yes. Identify the property /<br>Sí. Identifique el bien: _____ |
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☒ No / No<br><br>☐ Yes. Indicate the amount of your claim arising from the value of any goods received   $ _____<br>by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |

### Part 3 / Parte 3:

**Sign Below / Firmar a continuación**

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

*Check the appropriate box / Marque la casilla correspondiente:*

☒ I am the creditor. / Soy el acreedor.
☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el __2/21/2020__ (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma _Carmen S. Torres Rod_

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name  __Carmen__  __Sofia__  __Torres__
      First name / Primer nombre   Middle name / Segundo nombre   Last name / Apellido

Title / Cargo  __Maestra__

Company / Compañía _____
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección  __Urb. Villa España  D # Las Mercedes__
                    Number / Número          Street / Calle

__Bayamón__                              __P.R.__   __00961__
City / Ciudad                            State / Estado   ZIP Code / Código postal

Contact phone / Teléfono de contacto __787-396-1790__  Email / Correo electrónico __cstorresrodz@yahoo.com__

Modified Official Form 410                    **Proof of Claim**                               page 4

# Instructions for Proof of Claim

United States Bankruptcy Court 12/15

These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.

## How to fill out this form

- **Fill in all of the information about the claim as of the petition date.**

- **Fill in the caption at the top of the form.**

- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.**
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the next page.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents because attachments may be destroyed after scanning.**

- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.**

- **A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.** For example, write *A.B., a minor child (John Doe, parent, 123 Main St., City, State)*. See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, either enclose a stamped self-addressed envelope and a copy of this form or contact the Claims and Noticing Agent at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), or by email at puertoricoinfo@primeclerk.com. You may view a list of filed claims in the Title III cases by visiting the Claims and Noticing Agent's website at https://cases.primeclerk.com/puertorico.

## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Claim Pursuant to 11 U.S.C. § 503(b)(9):** A claim arising from the value of any goods received by the Debtor within 20 days before the petition date, in which the goods have been sold to the Debtor in the ordinary course of the Debtor's business. Attach documentation supporting such claim.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. § 101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the petition date. The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy or confidential information. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Do not file these instructions with your form**

**Secured claim under 11 U.S.C. § 506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of § 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

### Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

### Please send completed Proof(s) of Claim to:

**If by first class mail:**
Commonwealth of Puerto Rico
Claims Processing Center
c/o Prime Clerk LLC
Grand Central Station, PO Box 4708
New York, NY 10163-4708

**If by overnight courier or hand delivery:**
Commonwealth of Puerto Rico
Claims Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

# Instrucciones para la Evidencia de reclamación

Tribunal de Quiebras de los Estados Unidos 12/15

Estas instrucciones y definiciones explican la ley de forma general. En ciertas circunstancias, tales como casos de quiebra que los deudores no presentan de forma voluntaria, se pueden aplicar excepciones a estas normas generales. Debe considerar la posibilidad de obtener el asesoramiento de un abogado, en especial si no conoce el proceso de quiebra y las reglamentaciones de privacidad.

## Cómo completar este formulario

- **Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.**

- **Complete el título en la parte superior del formulario.**

- **Si la reclamación se ha adquirido de otra persona, indique la identidad de la última parte** que fue propietaria de la reclamación o fue titular de la reclamación y que la transfirió a usted antes de que se presente la reclamación inicial.

- **Adjunte cualquier documento de respaldo a este formulario.**
  Adjunte copias editadas de cualquier documento que demuestre que la deuda existe, que un gravamen garantiza la deuda, o ambos. (Ver la definición de *edición* en la siguiente página).

  También adjunte copias editadas de cualquier documento que demuestre el perfeccionamiento de un derecho de garantía o cualquier cesión o transferencia de la deuda. Además de los documentos, puede agregarse un resumen. Norma federal del procedimiento de quiebra (denominada "Norma de quiebra") 3001(c) y (d).

- **No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de examinarlos.**

- **Si la reclamación se basa en la prestación de bienes o servicios de atención médica, no divulgue información de atención médica confidencial. Omita o edite la información confidencial tanto en la reclamación como en los documentos adjuntos.**

- **El formulario de *Evidencia de reclamación* y los documentos adjuntos solo deben mostrar los últimos 4 dígitos de un número de seguridad social, el número de identificación tributaria de una persona o un número de cuenta financiera, y solo el año de la fecha de nacimiento de una persona.** Ver la Norma de quiebra 9037.

- **En el caso de un menor, complete solamente las iniciales del menor y el nombre completo y la dirección del padre o madre o el tutor del menor.** Por ejemplo, escriba *A.B., un menor (John Doe, padre, calle 123, ciudad, estado)*. Ver la Norma de quiebra 9037.

## Confirmación de que se ha presentado la reclamación

Para recibir una confirmación de que se ha presentado la reclamación, puede adjuntar un sobre autodirigido y estampillado y una copia de este formulario o comunicarse con el representante de reclamaciones y notificaciones al (844) 822-9231 (número gratuito para EE. UU. y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), o por correo electrónico a puertoricoinfo@primeclerk.com. Para ver una lista de las reclamaciones presentadas en los casos del Título III, visite el sitio web del representante de reclamaciones y notificaciones en https://cases.primeclerk.com/puertorico.

## Comprenda los términos utilizados en este formulario

**Gastos administrativos:** En términos generales, gastos que se generan luego de presentar un caso de quiebra en relación con el manejo, la liquidación o la distribución del patrimonio de la quiebra.
Título 11 § 503 del Código de los Estados Unidos (U.S.C.).

**Reclamación:** El derecho de un acreedor a recibir un pago por una deuda del deudor a la fecha en la que el deudor solicitó la quiebra. Título 11 §101 (5) del U.S.C. Una reclamación puede estar garantizada o no garantizada.

**Reclamación de conformidad con el Título 11 § 503(b)(9) del U.S.C.:** Una reclamación que surge del valor de cualquier bien recibido por el Deudor dentro de los 20 días anteriores a la fecha en la que se presentó el caso, en el que los bienes se han vendido al Deudor en el transcurso normal de los negocios del Deudor. Adjunte la documentación que respalde dicha reclamación.

**Acreedor:** Una persona, una sociedad anónima u otra entidad con la que el deudor tiene una deuda que se contrajo en la fecha en la que el deudor solicitó la quiebra o con anterioridad. Título 11 § 101 (10) del U.S.C.

**Deudor:** Una persona, una sociedad anónima u otra entidad que está en quiebra. Utilice el nombre del deudor y el número de caso tal como se muestran en el aviso de quiebra que recibió. Título 11 § 101 (13) del U.S.C.

**Prueba de pasos adicionales:** La prueba de la realización de pasos adicionales para hacer valer un derecho de garantía puede incluir documentos que demuestren que se ha presentado o registrado un derecho de garantía, tal como una hipoteca, un derecho de retención, un certificado de propiedad o una declaración de financiamiento.

**Información que debe mantenerse en privado:** El formulario de *Evidencia de reclamación* y los documentos adjuntos solo deben mostrar los últimos 4 dígitos de un número de seguridad social, el número de identificación tributaria de una persona o un número de cuenta financiera, y solo las iniciales del nombre de un menor y el año de la fecha de nacimiento de una persona. Si una reclamación se basa en la prestación de bienes o servicios de atención médica, limite la divulgación de los bienes o servicios a fin de evitar la incomodidad o la divulgación de información de atención médica confidencial. Es posible que, más adelante, se le solicite que brinde más información si el síndico u otra persona de interés se opone a la reclamación.

**Evidencia de reclamación:** Un formulario que detalla el monto de la deuda que el deudor mantiene con un acreedor a la fecha de la presentación. El formulario debe ser presentado en el distrito donde el caso se encuentra pendiente de resolución.

**Edición de información:** Ocultamiento, corrección, o eliminación de cierta información para proteger la privacidad o la información confidencial. Quienes presenten la documentación deben editar u omitir información sujeta a **privacidad** en el formulario de *Evidencia de reclamación* y en cualquier documento adjunto.

**Reclamación garantizada en virtud el Título 11 § 506(a) del U.S.C.:** Una reclamación respaldada por un derecho de retención sobre un bien en particular del deudor. Una reclamación está garantizada en la medida que un acreedor tenga el derecho a recibir un pago proveniente del bien antes de que se les pague a otros acreedores. El monto de una reclamación garantizada generalmente no puede ser mayor que el valor del bien en particular sobre el cual el acreedor mantiene un derecho de retención. Cualquier monto adeudado a un acreedor que sea mayor que el valor del bien generalmente se lo considera una reclamación no garantizada. Sin embargo, existen excepciones; por ejemplo, el Título 11 § 1322(b) del U.S.C., y la oración final de § 1325(a).

Algunos ejemplos de derechos de retención sobre bienes incluyen una hipoteca sobre un inmueble o un derecho de garantía sobre un automóvil. Un derecho de retención puede ser otorgado de manera voluntaria por un deudor o puede obtenerse a través de un procedimiento judicial. En algunos estados, una resolución judicial puede ser un derecho de retención.

**Compensación:** Ocurre cuando un acreedor se paga a sí mismo con dinero que pertenece al deudor y que mantiene en su poder, o cuando el acreedor cancela una deuda que mantiene con el deudor.

**Reclamación no garantizada:** Una reclamación que no cumple con los requisitos de una reclamación garantizada. Una reclamación puede no estar garantizada en parte en la medida que el monto de la reclamación sea mayor que el valor del bien sobre la cual un acreedor tiene un derecho de retención.

## Ofrecimiento de compra de una reclamación

Algunas entidades compran reclamaciones por un monto menor que su valor nominal. Estas entidades pueden contactar a acreedores para ofrecerles la compra de sus reclamaciones. Algunas comunicaciones por escrito de estas entidades pueden confundirse fácilmente con documentación judicial oficial o con comunicaciones del deudor. Estas entidades no representan al tribunal de quiebras, al síndico de la quiebra, ni al deudor. Un acreedor no tiene obligación alguna de vender su reclamación. Sin embargo, si decide hacerlo, cualquier transferencia de esa reclamación está sujeta a la Norma de Quiebras 3001(e), a las correspondientes disposiciones del Código de Quiebras (Título 11 § 101 y subsiguientes del U.S.C.) y a cualquier resolución del tribunal de quiebras que corresponda al caso.

## Envíe la(s) Evidencia(s) de reclamación completa(s) a:

**Si por correo de primera clase:**
Commonwealth of Puerto Rico
Claims Processing Center
c/o Prime Clerk LLC
Grand Central Station, PO Box 4708
New York, NY 10163-4708

**Si por el mensajero de una noche o la entrega de mensajero a mano:**
Commonwealth of Puerto Rico
Claims Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

**No presente estas instrucciones con su formulario**