18 febrero 2020
Secretaria (clerks office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan P.R. 00918-1767

Abogado de la Junta de Supervision (counsel for the Oversight Board)

Proskauer Rose LLP
Eleven Times Square
Nueva York, Nueva York 10036-8299 / A/A: Martin J. Bienenstock
Brain S. Rosen

Abogados del Comité de Acredores (counsel f/ for the Creditors Committee)
Paul Hasting LLP
200 Park Avenue
Nueva York, Nueva York 10166
A/A: Luc A. Despins
James Worthington
G. Alexander Bongartz

Secretaria (clerk's Offices)
Tribunal de Distrito de los Estados Unidos
#150 Chardon Avenue
Federal Building
San Juan PR 00918

Saludos a todos quiero indicar que estoy contestando esta información, el mismo lo recibí el 17 febrero 2020 ya que mi correspondencia llega a la residencia de un familiar y me la entregaron el día indicado 17/2/2020. La contesto y la envío el 20 febrero 2020, espero que lo puedan recibir. Muchas gracias y esperando que el mismo sea tramitado.

RECEIVED & FILED
2020 FEB 21 PM 5:35
CLK
U.S. DISTRICT COURT

③

Morales Colon Norma I.
Num. Recl. 119400
Deudor: Commonwealth of Puerto Rico
Monto de Reclamacion: Indeterminado

Saludos:
Quiero notificar que recibi estos documentos con relación a la virtud de La Ley Promesa del Titulo III contra el estado libre Asociado de Pto Rico.

– Deseo informar que estoy reclamando unos Aumentos de sueldo.

* Ley 89 Romerazo que fue otorgado 1974-1985 por el Gobernador Carlos Romero Barcelo para este tiempo para el Depto AFFASS antes Depto de Salud. Comence a trabajar en el año 1984; este aumento no fue pagado a los empleados.

* Aumento de Sueldo estipulados por el Convenio Colectivo de $150.00 este no fue Concedido para el año 2009-2010. (Vigente)

* Aumentos No Concedido Bono de Navidad por la Unión General de Trabajadores UGT por la cantidad de $100.00 a partir del 1 de diciembre de 2014, y este no fue aprobado ni otorgado. (Vigente)

* Aumentos de Sueldo Estipulado por el Convenio Colectivo $150.00 - este no fue concedido año 2014-2015 (Vigente)

Morales Colon Norma
Num Recl. 119400
Deudor.



✱ Bonificación por Concepto de Recobro Ley 56, de acuerdo al Convenio Colectivo de la Unión General de Trabajadores (UGT) y el Depto Salud los Programas otorgaron a todos los empleados de la unidad apropiada un buno anual de la unidad apropiada de 19% del recobro neto anual de los servicios prestados a los pacientes; indica el Convenio Colectivo que se debería pagar antes del 30 de Septiembre de cada año. Este nunca fue concedido durante este convenio. (ver anexo)

Li incluyo evidencia parte de lo antes expresado, reclamacion de sueldo que de acuerdo al Convenio Colectivo, Programas Categonicos de la Union General de Trabajadores UGT y Depto de Salud iban hacer concedidos pero estos no fueron otorgados de acuerdo al Convenio Colectivos años 2007-2010 y del 1 de julio de 2012 al 30 de junio de 2015.

Sin otro asunto y esperando que dicha información sea suficiente relacionado a lo solicitado por ustedes.
Envío copia de parte de la evidencia del Convenio Colectivo Union General de Trabajadores UGT Programas Categoricos y el Departamento de Salud.

Quiero indicar que estoy a la

disposición de cualquier otra información que puedan necesitar, quedo de ustedes

Muchas gracias

Norma Morales Colón
787 307-6762
HC-03 Box 15455
Juana Díaz PR 00795