Prop Colmen Juez Sch

(1)

# CONVENIO COLECTIVO

## PROGRAMAS CATEGÓRICOS

## 2007-2010

UGT
LOCAL 1199

## UNIÓN GENERAL DE TRABAJADORES (UGT) Y PROGRAMAS CATEGÓRICOS

UNIÓN GENERAL DE TRABAJADORES
UGT LOCAL 1199 ¡Cuenta con tu Unión! AFILIADA SEIU




# CONVENIO COLECTIVO
## Programas Categóricos y Hospital Universitario de Bayamón



## Unión General de Trabajadores (UGT)
## y
## Departamento de Salud



**1 de julio de 2012 - 30 de junio de 2015**

**CONVENIO COLECTIVO PROGRAMAS CATEGORICOS**

y aportaciones descontadas, pero no efectuadas, dentro de los veinte (20) días laborables siguientes a la renuncia, a partir del momento e que el empleado haya completado el proceso de liquidación

## ARTICULO 26
## SALARIOS

**Sección 1:**

Los Programas concederán aumentos salariales mensuales a cada empleado de la Unidad Apropiada durante la vigencia del Convenio Colectivo a razón de las siguientes cantidades:

a) Un aumento mínimo de $100.00 mensuales al 1ro julio del Año Fiscal 2007 – 2008; como parte de la implantación del Plan de Clasificación y Retribución. La cantidad aquí negociada constituirá el mínimo a garantizar del aumento salarial al clasificar a los empleados de la Unidad Apropiada; y el aumento no representa una cantidad adicional a aplicarse luego de clasificado el empleado (a) de la Unidad Apropiada, según el Plan de Clasificación. Este mínimo garantizado no aplicará a aquellos empleados que al momento de la implantación de dicho plan reciban una cantidad mayor o igual al mínimo aquí garantizado de $100.00

b) $125.00 al 1ro. de julio del año fiscal 2008-2009; [*Si Consulado*]

c) $150.00 al 1ro. de julio del año fiscal 2009-2010 [*NO consulto*]

Disponiéndose que si el aumento salarial aprobado para los empleados públicos por el Estado Libre Asociado fuere mayor al acordado en este Convenio Colectivo prevalecerá lo mayor.

**Sección 2: Personal reclutado luego de la efectividad de aumentos**

El personal reclutado a partir de la fecha de la firma del Convenio o posterior a la fecha de efectividad de cada aumento subsiguiente recibirá el salario del puesto que le corresponda en las escalas o niveles de retribución establecidos en los Programas.

47

## ARTICULO 31
### Bono de Navidad

**Sección 1:**

El Departamento de Salud conforme a la sección 4 del presente Artículo solicitará un aumento de $200.00 para el Bono de Navidad actual que es de $1,200.00, a los miembros de la Unidad Apropiada que cualifique durante la vigencia del Convenio y será de:

- $100.00 a partir del 1ro de diciembre de 2013
- $100.00 a partir del 1ro de diciembre de 2014

**Sección 2:**

Los aumentos anteriormente mencionados estarán sujeto a la previa autorización de la OGP, a la asignación presupuestaria de la Asamblea Legislativa y las que se requieran mediante ley u orden.

**Sección 3:**

El bono se pagará durante la primera semana del mes de diciembre de cada año natural, conforme a las disposiciones del Departamento de Hacienda. De ser adelantado por solicitud gubernamental, el mismo será garantizado.

**Sección 4:**

El Departamento solicitará y defenderá el presupuesto correspondiente para implementar las asignaciones aquí pactadas. Sin embargo, la Unión reconoce que la facultad constitucional para la aprobación del presupuesto general recae sobre la Asamblea Legislativa, por lo que las asignaciones aquí descritas dependerán de ésta.

**Sección 5:**

Si por legislación se conceden aumentos a los Bonos antes negociados para los (as) empleados (as) públicos cubiertos por la Ley Núm. 45, según enmendada; que sean mayores a los convenidos en el presente Artículo, los aumentos aquí acordados se ajustarán a lo dispuesto mediante la legislación que se apruebe a esos efectos. Disponiéndose, que los aumentos acordados en este Artículo no serán adicionales a los concedidos mediante legislación.

**Sección 6:**

Si el Departamento de Salud planteara insuficiencia de fondos para cumplir con los aumentos aquí pactados, las partes se comprometen a someter cualquier controversia que pueda surgir sobre dicha condición económica a arbitraje de interés ante la Comisión Apelativa del Servicio Público. El laudo del Árbitro será final, firme, obligatorio y conforme a derecho.

45

## ARTICULO 60
## SEPARABILIDAD

**Sección 1** - En la eventualidad de que cualquier parte, sección, disposición, o artículo del presente convenio fuese declarado ilegal, nulo, ineficaz o inconstitucional por virtud de la interpretación que hiciere de las leyes aplicables un tribunal u organismo cuasijudicial, mediante sentencia, resolución o laudo final y firme, no se afectará en forma alguna el resto del cor̄ ⁻io. En tal caso el convenio colectivo se mantendrá vigente, con e͟   ͟ de la parte o disposición afectada.

**Sección 2-** Las partes              ́an de acordar una disposición sustitutiva para la dispo͟ ͟͟  ͟  ͟   a la mayor brevedad posible, y en dicho proceso tratarán de su͟     ͟ar las deficiencias señaladas por el foro adjudicativo respecto a la misma.

## ARTICULO 61
## BONIFICACION POR CONCEPTO DE RECOBRO (LEY 56)

**Sección 1-** Los Programas otorgarán a todos los miembros de la Unidad Apropiada un bono anual de diecinueve (19%) del recobro neto anual de los servicios prestados a los pacientes. Esta bonificación se pagará en o antes del 30 de septiembre de cada año. El recobro será de los cobros de facturas que paguen y los planes que reconoce el Reglamento

**Sección 2-** Entre los criterios y requisitos que aplicarán para la otorgación del bono que se dispone en este artículo, se considerarán a todos los empleados. La puntuación es según lo establece el reglamento.

**Sección 3-** Los empleados de los Programas Categóricos que presten servicios a los pacientes de las instituciones hospitalarias serán incluidos en la distribución de los fondos que éstos pacientes generen en esas facilidades o instituciones hospitalarias.

**Sección 4-** La efectividad de este Artículo será de noventa (90) días laborables después de la firma del Convenio Colectivo. Disponiéndose que durante el período de tiempo desde la firma del Convenio hasta la fecha de efectividad del Artículo aplicará la Sección 1, antes mencionada.

# COMITÉ NEGOCIADOR DE LA UNIÓN
## Programas Categóricos

Manuel Perfecto Torres
Presidente

Ramón García
Portavoz Alterno

José A. Añeses Peña
Asesor Sidical

Sonia Martínez
Delegada – Ofic. Central

Benjamín León
Delegado USR – Pío Piedras

Luis Escobar
Delegado C. Pediátrico

Rosa Peña
Delegada, PAM, Guaynabo

Marlene Pomaloza
Delegada CLETS

Bienvenido Caraballo Moris
Sectario Tesorero y Portavoz

Eric Sevilla
Coordinador de Servicio

Gerson Guzmán
Oficial de Servicio

Florence Ramos
Delegada WIC - Yauco

Carmen Rivera
Delegada PAM Ponce

Javier Quintana
Delegado Retardo Mental

Wilda Rivera
Delegada Salud Ambiental

Félix López
Delegado Laboratorio



## COMITÉ NEGOCIADOR DEL DEPARTAMENTO DE SALUD
### Programas Categóricos

_____
Daisy Bosch Cruz
Portavoz

_____
Lcdo. Fernando Rodríguez Flores
Asesor y Portavoz

_____
Hermes Rivera Polanco
Oficina Recursos Laborales

_____
Licenciado Miguel Verdiales
Asesor Legal del
Secretario de Salud

_____
William Ramirez
Oficina del Secretario de Salud

_____
Esther Pérez Jusino
Oficina de Presupuesto de Salud

NVENIO COLECTIVO PROGRAMAS CATEGORICOS

uan, Puerto Rico a 29 de junio de 2007.

| S PROGRAMAS ORICOS DEL TAMENTO UD | POR LA UNION UDH GENERAL DE TRABAJADORES DE PUERTO RICO (U.G.T.) |
|---|---|
| sa Pérez Perdomo, MD<br>. de Salud | Juan G. Eliza Colón<br>Presidente |

## COMITE NEGOCIADOR DE LA UNION
### Programas Categóricos

| | |
|---|---|
| Eliza Colón<br>y Portavoz | Bienvenido Caraballo Moris<br>Secretario Tesorero y P. Alterno |
| García<br>y Oficial de Servicio | Wilda Rivera<br>Delegada y Oficial de Servicio |
| Reverón<br>Servicio | Carlos Torres<br>Delegado y Oficial de Servicio |
| artínez<br>Sec. Aux. Planif. y Des. | Carmen Ana Torres<br>Delegada Ofic. Recursos Hum. |
| n León<br>USO - Río Piedras | Clarivel Velázquez Soto<br>Delegada PAM Ponce I |
| Guzmán<br>WIC - Bayamón | Harry Santiago<br>Delegado SARAFS – Bayamón |

116

## CONVENIO COLECTIVO PROGRAMAS CATEGORICOS

9

José Rivera Soto
Delegado PAM - Arecibo

Angel Lugo
Delegado Ret. Mental – Bayamón

Edgardo Vélez
Delegado Salud Amb. - Yauco

Marilinda Santiago
Delegado Salud Amb. - Santa Isabel

Luz M. Cuadrado
Delegada PAM - Humacao

Nicolás Rivera
Delegada Hospital de Bayamón

Vilma Hernández
Delegada Hosp. de Bayamón

Zulma Valentín
Delegada Hospital de Bayamón

Mayra Lozada Rivas
Delegada Prevención - ETS-VIH

Carmen Rivera
Delegada WIC Ponce

Felix J. López
Delegado Servicios Lab.

María Duprey
Delegada Madres y Niños

Ramón A. Noyola
Delegado Registro Demog

Herberght Colón Cruz
Delegado Salud Amb. - Salinas

Florence Ramos Casiano
Delegada WIC - Yauco

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Morales Colon, Norma Iris | 119400 | 6/26/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Morales Colon, Norma Iris | 119400 | 6/26/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

000154

***CUST PR 1845 SRF 38939 PackID: 154 MMLID: 1893011 SVC: 142nd Omni
Morales Colon, Norma Iris
Hc - 03 Box 15455
Juana Diaz, PR 00795