U.S. POSTAGE PAID
FCM LETTER
MERCEDITA, PR
00715
FEB 20 20
AMOUNT
$0.70
R2304M113827-02

00918

UNITED STATES
POSTAL SERVICE

1000

Norma Morales Colón
HC-03 Box 15455
Juana Díaz PR 00795

RECEIVED & FILED
2020 FEB 21 PM 5:45
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

Secretaria (clerks office)
Tribunal de Distrito de los E.U.
Room 150 Federal Building
San Juan P.R. 00918-1767