NOEMI GUADALUPE IGLESIA

URB. JARDINES DE ARROYO

CALLE AA #X 6

P. O. BOX 1283

ARROYO, PUERTO RICO 00714



TEL. 787 387 1391


TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS

SAN JUAN, PUERTO RICO 00918


COMMONWEALTH OF PUERTO RICO

NO. 17 BK 3283-LTS


CENTESIMA DECIMA SEGUNDA OBJECION GLOBAL


# 147726

ANTE USTED PRESENTO LOS MOTIVOS POR LOS QUE EL TRIBUNAL NO DEBA DECLARAR HA LUGAR A LA OBJECION GLOBAL, ESTOS FUERON UNOS AUMENTOS OTORGADOS DURANTE MIS AÑOS DE SERVICIO, LOS CUALES NO ME FUERON PAGADOS.

LEY #89 RETRIBUCION UNIFORME (12 DE JULIO DE 1979) ROMERAZO

LEY ESCALA SALARIAL

( PASOS POR AÑOS DE SERVICIO)

LEY # 4

LEY #96 COSTO DE VIDA

LA LEY DICE QUE ME CORRESPONDE PORQUE YO ERA EMPLEADA DEL DEPTO. DE SALUD, PARA ESA FECHA.

ATT,

*[signature: Noemi Guadalupe Iglesias]*

NOEMI GUADALUPE IGLESIA

Case:17-03283-LTS Doc#:11700 Filed:02/21/20 Entered:02/25/20 09:57:25 Desc: Main
Document Page 4 of 4