Noemi Guadalupe Iglesia
P.O. Box 1283
Arroyo, P.R. 00714

RECEIVED & FILED
2020 FEB 21 PM 5:34
CLERK'S OFFICE
U.S. DISTRICT
SAN JUAN

Secretaría (Clerk's Office)
Tribunal de distrito de
los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767

SARA DE NADA
PR 009 SAN JUAN PR 009
19 FEB 20
PM 19 FEB 2020 PM 1 L

Barn Swallow
FOREVER USA

FSC
MIX
Envelope
FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2016