17 febrero 2020

Luz Celeste Abreu Fargas
Calle 73 Bloque 115 #17
3ra Ext., Villa Carolina
Carolina, P.R. 00985

Re: Monto de la reclamación alegada

Estimados Señores:

La Ley 96 del 1ro de julio de 2002 estipuló un aumento de $100.00 mensuales a los maestros del Departamento de Educación de Puerto Rico. Soy Directora Escolar del Departamento de Educación desde enero 2008 hasta la fecha de mi retiro el 31 de julio de 2019. La cantidad no devengada por concepto de dicho aumento es **$12,600.00**. Este total está basado en los 10 años y 6 meses trabajados en el Departamento de Educación de Puerto Rico.

Estoy en la disposición de ofrecer otros datos que soliciten. Mi teléfono es el 787-460-0163.

Cordialmente,

Luz Celeste Abreu Fargas
Directora Escolar Retirada