Orlando Soto
AX-11 Calle 2
Praderas del Norte
Toa Baja, PR 00949

U.S. POSTAGE PAID
FCM LETTER
SAN JUAN, PR
00926
FEB 19, 20
AMOUNT
**$6.95**
R2303s101470-6

00918

1000

CERTIFIED MAIL

7019 0160 0000 0090 5907

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, PR 00918-1767

RECEIVED
2020 FEB 21 PM 5:34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE