20 de febrero, 2020.
Guayama, P.R. 00784

Yo Rubén Martínez Fontañez maestro retirado del Dpto de Educación de P.R. Envio toda la información requerida por Ustedes, para la reclamación, demanda Promesa título III Ley 96 maria Lila Calderon 202 204 Ley 89 Romero Barceló 1979 Jo prometió dinero Promesa a los empleados de ELA. Como empleado del Dpto de Educación de PuertoRico reclamo a ese derecho.

Fecha empezé a trabajar 28 mayo 1987
Fecha retiro 29 julio 2005
Fecha presentación 7-2-2018
# de caso      17BK03283-LTS
# reclamación    152940
Monto reclamacion alegada  $14,500.00
Dirección: Urb: Jardines de Guamani
         Calle 17 # CC-24
         Guayama, Puerto Rico. 00784
# Celular (787) 216-9824
Nombre: Rubén Martínez Fontañez

Att.
Ruben Martinez fontañez

2020 FEB 24 PM 4:37
RECEIVED & FILED
INTAKE DROP BOX

EPIGREFE

Nombre Tribunal:
Distrito de los Estados Unidos Unidos para el distrito de Puerto Rico

Nombre deudor:
El Estado Libre Asociado de Puerto Rico.

# Procedimiento: 152940
Titulo de la objecion global

# Evidencia de reclamo:
# caso 17-03283

20 de febrero, 2020
Guayama, P.R. 00784

Secretario (clerk's office)
Tribunal de Distrito de los Estados Unidos
San Juan P.R. 00918

Honorable Tribunal:
Solicito con mucho Respeto al tribunal, una prorroga o extención de la fecha limite para entregar todos los documentos que solicitan para la demanda Promesa Titulo III de las leyes
Ley 96 Maria Sila Calderón
Ley 89 Romero Barceló

# de caso: 17 BK 03283-LTS
# reclamación: 152940
deudor: El Estado Libre Asociado de Puerto Rico

ATT:
Rubén Martinez Fontanez

Urb. Jardines de Guamaní
Calle 17 # CC-24
Guayama, PR 00784