| **Gobierno de Puerto Rico**<br>592 - SISTEMA DE RETIRO MAESTRO-PENS | | Grupo de Pago:<br>Desde:<br>Hasta: | SM -Quincenal<br>09/16/2019<br>09/30/2019 | | Business Unit: PUERT<br>Aviso #: 3604378<br>Fecha Aviso: 09/27/2019 | |
|---|---|---|---|---|---|---|
| **RUBEN MARTINEZ FONTANEZ**<br>JARD DE GUAMANI<br>CC24 CALLE 17<br>GUAYAMA PR 00784-6917<br>SS: XXX-XX-1421 | | # Empleado:<br>Dept:<br>Lugar:<br>Titulo:<br>Sueldo: | XXXXX1421<br>592160-ANOS SERVICIO LEY91 2004<br>A/OS SERVICIO LEY 91<br>Pensionado<br>$1,680.83 Monthly | DATA IMP:<br>Estado Civil:<br>Concesiones:<br>Pct. Adcl.:<br>Cant. Adcl.: | Federal<br>Married<br>0 | PR<br>Married<br>39 +99 |

### HORAS E INGRESOS / IMPUESTOS

| | | Corriente | | Acumulado | | | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | | 840.42 | 1,462.50 | 15,127.56 | | | |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 | | | |

840.42   1,462.50   15,127.56   Total   0.00   0.00

# CERTIFICADO VITALICIO

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE INSTRUCCIÓN PÚBLICA
SAN JUAN DE PUERTO RICO

## LA SECRETARIA DE INSTRUCCIÓN PÚBLICA

POR LA PRESENTE CONFIERE A:

RUBEN MARTINEZ FONTANEZ

EL PRESENTE CERTIFICADO DE MAESTRO QUE LO FACULTA PARA EJERCER COMO

MAESTRO DE ARTE

EN LAS ESCUELAS PÚBLICAS O PRIVADAS DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO

EXPEDIDO DESDE 28 de mayo DE 1987.

DADO EN SAN JUAN DE PUERTO RICO EL 28 de mayo DE 19 87.

Número 1015

SECRETARIA DE INSTRUCCIÓN PÚBLICA

FORM. 409 Rev. 2000



### DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos

## Informe de Cambio - Personal Docente

Pagarle _____ días por vacaciones regulares

Descontarle _____ días por ausencias

| | ANTES DEL CAMBIO | DESPUÉS DEL CAMBIO |
|---|---|---|
| 1. Nombre del Empleado | Rubén Martínez Fontanez | |
| 2. Número de Seguro Social | | |
| 3. Lugar y Fecha de Nacimiento | Guayama | |
| 4. Sexo | M | |
| 5. Estado Civil | | |
| 6. Preparación Académica | BA | |
| 7. Experiencia | 30 años 3 meses 3 sem. | |
| 8. *Status* Empleado (Contrato) | Permanente | |
| 9. Sueldo Bruto | $2,480.00 | |
| 10. Número del Puesto | R11994 | |
| 11. Categoría del Puesto | Maestro Artes Visuales | |
| 12. Nivel del Puesto (Directivo) | | |
| 13. Fondo | Estatal | |
| 14. Cifra de Cuenta | | |
| 15. Fecha de Efectividad | 29 de julio de 2005 | |
| 16. Acción y Duración | Renuncia para acogerse a beneficios de jubilación. | |
| 17. Causa del Cese | | |
| 18. Último día de Trabajo | | |
| 19. Último día de Pago | | |
| 20. Programa Escolar, nivel y grado | | |
| 21. Turno en Registro | | |
| 22. Distrito Escolar | Arroyo | |
| 23. Escuela | José María Massari | |

24. Dirección Postal y Residencial
Urb. Jardines de Guamaní
CC 24 Calle 17
Guayama, P.R. 00784

25. Teléfono Residencial

26. En caso de otorgación de *status* probatorio o permanente
Deseo: _____ Afiliarme _____ No afiliarme a la organización sindical que representa a la unidad apropiada a la cual pertenece el puesto (Ley Número 45 de 25 de febrero de 1998).

Firma del empleado    Fecha

27. Observaciones:

28. En caso de cambio de *status* a probatorio o permanente, traslado, reasignación permanente, reubicación o descenso.

Firma del empleado    Fecha

29. Deseo: _____ Acogerme _____ No Acogerme
Al descuento del 3% de mi sueldo mensual para el Fondo de Ahorro y Préstamo de la Asociación de Empleados del ELA de Puerto Rico en caso de cambio de contrato a probatorio o permanente.

Firma del empleado    Fecha

30. Recomendado
[firma]    6 julio 2005
Director de Escuela    Fecha

31. Recomendado

Director de Escuela    Fecha

32. Aprobado: Por el Secretario de Educación o su Representante

Firma    Fecha