Yadira Nieves Sifre
HC 6 Box 66738
Aguadilla P.R. 00603

 

1000          00918

U.S. POSTAGE PAID
FCM LG ENV
AGUADILLA, PR
00603
FEB 06, 20
AMOUNT
**$1.40**
R2303S101723-07

Secretaría
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, PR 00918-1767

RECEIVED & FILED
2020 FEB 24  PM 5:08
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR