## REPLICA DE OBJECION GLOBAL

I. Datos de contacto

Nombre: Sosa León, Myriam

Dirección: HC-03, Buzón 11167, Juana Díaz, P.R. 00795

Teléfono: 787-677-5444

II. Epígrafe

A. Secretaría (Clerk's Office)

Tribunal de Distrito de los Estados Unidos

Room 150 Federal Building

San Juan (Puerto Rico) 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Numero de Procedimiento: 17 BK 3283-LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

   Número de las evidencias por reclamo

   #49762 - Ley #89 - Romerazo – Efectiva en 1 de julio de 1996

   #94057 - Ley de Escala Salarial – Pasos. del 6 de junio de 2008

   #96621 – Ley #96 (2002) del Dr. Pedro Roselló – efectiva julio de 2002

      Ley #164(2004) de la Sra. Sila M. Calderón efectiva enero de 2004

III. El Tribunal no debe declarar a lugar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes

   Ley 89 Romerazo – Efectiva en 1 de julio de 1996

   Ley de Escala Salarial – Pasos del 6 de junio de 2008

Ley #96 (2002) del Dr. Pedro Roselló – efectiva julio de 2002

Ley #164(2004) de la Sra. Sila M. Calderón efectiva enero 2004

IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con el Departamento de Educación de Puerto Rico desde el . de agosto de 1982 hasta el 29 de julio de 2010 (. años) de labor como maestra Escuela Secundaria.

Se esta reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo:

Certificación de años trabajados en el Departamento de Educación como maestra en Escuela Secundaria.

Debido a la reciente situación de emergencia por terremotos en Puerto Rico se están enviando las réplicas en esta fecha. De necesitar información o documentación adicional favor de comunicarse con la que suscribe.

2

Reclamante: Myriam Sosa León

Número de Procedimiento – 17 BK 3283-LTS
Número de Reclamación – 78868, 94627

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio de 8-1982 hasta 9-2010 como maestra de Escuela Secundaria, en el Departamento de Educación del Estado Libre Asociado de P.R.

1- Ley 89-julio de 1995 – Romerazo – $7,200
2- Ley 109-junio-2008 – Escala Salarial – Paso
3- Ley 96-julio-2002 – Aumento de Sueldo
4- Ley 164-julio 2003 – Aumento de Sueldo

Así como otras leyes aprobadas que me apliquen y no se me otorgó la compensación adeudada.

Muy agradecida por su atención a esta reclamación.

Atentamente,
Myriam Sosa León
*Myriam Sosa León*
Fecha: 2-21-2020

De: Sosa León, Myriam
Celular: 787-677-5444
Dirección: HC-03 Buzón 11167
  Juana Díaz P.R. 00795
Número de reclamación 78868, 94627
Fecha de presentación 6-13-2018
Deudor: Commonwealth of Puerto Rico

Por este medio le estoy añadiendo a mi reclamación 78868, presentada en 6-13-2018 y 94627 siguientes documentos:

1- Evidencia de que trabajé como maestra para el Departamento de Educación del ELA de P.R. desde 8-1982 hasta 9-2010.

2- El monto de dinero de mi reclamación es de 7,200.00.

Favor de enmendar mi reclamación con los cambios aquí indicados.

Muchas gracias,
Firma: Myriam Sosa León
Nombre: Myriam Sosa León
Fecha: 2-21-2020