Myrian
Hc-03 Buzón 11167
Juana Díaz P.R. 00795

RECEIVED & FILED
2020 FEB 24 PM 5:08
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

UNITED STATES POSTAL SERVICE
1000

00918

U.S. POSTAGE PAID
FCM LG ENV
JUANA DIAZ, PR
00795
FEB 21, 20
AMOUNT
$1.20
R2303S104071-12

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan P.R. (Puerto Rico) 00918-1767