REPLICA DE OBJECION GLOBAL

I. Datos de contacto

Nombre: Aurea Faria Pagán

Dirección: Urb. San Martin c5 F5 Juana Díaz, P.R. 00795

Teléfono: 254-981-6180

II. Epígrafe

A. Secretaría (Clerk's Office)

Tribunal de Distrito de los Estados Unidos

Room 150 Federal Building

San Juan (Puerto Rico) 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Numero de Procedimiento: 17 BK 3283-LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

Número de las evidencias por reclamo

#49762 - Ley #89 – Romerazo – Efectiva en 1 de julio de 1996

#94057 - Ley de Escala Salarial – Pasos, del 6 de junio de 2008

#96621 – Ley #96 (2002) del Dr. Pedro Roselló – efectiva julio de 2002

Ley #164(2004) de la Sra. Sila M. Calderón efectiva enero de 2004

III. El Tribunal no debe declarar a lugar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes

Ley 89 Romerazo – Efectiva en 1 de julio de 1996

Ley de Escala Salarial – Pasos del 6 de junio de 2008

Ley #96 (2002) del Dr. Pedro Roselló – efectiva julio de 2002

Ley #164(2004) de la Sra. Sila M. Calderón efectiva enero 2004

IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con el Departamento de Educación de Puerto Rico desde el . de Agosto de 1966 hasta el 31 de mayo de 2002 (. años) de labor como maestra Escuela Elemental

Se esta reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo:

Certificación de años trabajados en el Departamento de Educación como maestra de Escuela Elemental.

Debido a la reciente situación de emergencia por terremotos en Puerto Rico se están enviando las réplicas en esta fecha. De necesitar información o documentación adicional favor de comunicarse con la que suscribe,

2

Reclamante: Aurea Faria Pagán
Número Procedimiento 17 BK 3283 LTS
Número Reclamación #104379 - 108092

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio agosto 1966 hasta 31 mayo 2002 como maestra de Escuela Elemental en el Departamento de Educación del Estado Libre Asociado de P.R.

1. Ley 89 julio de 1995 - Romerazo
2. Ley 96 - julio 2002 - Escala Salarial - Paso

Así como otras leyes aprobadas que me apliquen y no se me otorgó la compensación adecuada.

Gracias por atender esta reclamación

Atentamente,
Aurea Faria Pagán
Aurea Faria Pagán
2-21-2020

Aurea Faría Pagán

Dirección: Urb. San Martín C5 F5

Juana Díaz, P.R. 00795

Teléfono: 254-981-6180

Por este medio le estoy añadiendo mi reclamación # 104379 - 108092 con fecha de 6/27/18 lo siguiente:

Evidencia que trabajé para el Departamento de Educación desde agosto 1966 - hasta mayo 2002.

El monto de mi reclamación es de $7,200.00

Favor enmendar mi reclamación con los cambios aquí indicados.

Muchas gracias,

Aurea Faría Pagán

Aurea Faría Pagán

2-21-2020