Aurea Faria
Urb. San Martin C5 F5
Juana Diaz, P.R. 00795

RECEIVED & FILED
2020 FEB 24 PM 5:07
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R.




1000   00918

U.S. POSTAGE PAID
FCM LG ENV
JUANA DIAZ, PR
00795
FEB 21, 20
AMOUNT
$1.20
R2303S104071-12

Secretaria (Clerk's office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918 1767