**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| CUYAR LUCCA, MIGDALIA | 24359 | 5/23/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $194,503.68 |
| Reason: | Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| CUYAR LUCCA, MIGDALIA | 24359 | 5/23/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $194,503.68 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

000697

***CUST PR 1845 SRF 38154 PackID: 697 MMLID: 122444 SVC: 98th Omni
CUYAR LUCCA, MIGDALIA
Edificio Roosevelt Plaza
185 Ave. Roosevelt
San Juan, PR 00919

## Ninety-Eighth Omnibus Objection
### Exhibit A - Deficient

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 636 | CUYAR LUCCA, MIGDALIA<br>CALLE GARDENIA RG-18<br>URB LA ROSALEDA II<br>LEVITTOWN<br>TOA BAJA, PR 00949 | 5/23/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 24359 | $ 194,503.68 |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 637 | CYNTHIA HERNANDEZ LOZADA<br>URB. MONTE SOL 3085 CALLE EVEREST<br>CABO ROJO, PR 00623 | 7/2/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 68465 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 638 | D RIVERA GONZALEZ, MARIA<br>BOX 7285<br>MAYAGUEZ, PR 00681 | 6/28/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 70319 | $ 63,500.00* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 639 | DA RIVERA, DANIEL<br>HC01 BOX 4883<br>VILLALBA, PR 00766 | 6/11/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 62854 | $ 60,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 640 | DAFNIS M. ORTIZ LOPEZ<br>CALLE COLINA REAL F-8 URB. LAS COLINAS<br>TOA BAJA, PR 00949 | 6/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 68685 | $ 12,677.96 |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 641 | DALIZZA VEGA<br>PO BOX 213<br>MANATI, PR 00674 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 68848 | $ 300.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

\* Indicates claim contains unliquidated and/or undetermined amounts



DEPARTAMENTO DE LA
FAMILIA
GOBIERNO DE PUERTO RICO

## CERTIFICACION DE EMPLEO

Certifico que la **Sra. Migdalia Cuyar Lucca,** es empleada del Departamento de la Familia desde el 8 de septiembre de 1994.

Ocupa el puesto de Administradora de Sistemas de Oficina III con estatus de Regular. Devenga un sueldo de $3,532.00 mensual.

Esta certificación se expide a petición de la señora Cuyar, hoy 17 de enero de 2020, conforme a Récord de Servicios de la empleada.

Carmín Rodríguez Negrón
Secretaria Auxiliar Interina

evc

Edif. Roosevelt Plaza 185 ● PO Box 11398, San Juan, PR 00910-1398 ● 787.294-4900 ext.1010
Administración Correspondiente ● Oficina de Procedencia ● Programa



GOBIERNO DE PUERTO RICO

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# ESTADO DE CUENTA ESTIMADO

16 de enero de 2020

**Agencia: 406 - DEPARTAMENTO DE LA FAMILIA**

MIGDALIA CUYAR LUCCA
CALLE GARDENIA RG 18
URB LA ROSALEDA II
TOA BAJA, PR 00949

Seguro Social: XXX-XX-9180

A base de la información en nuestros registros, al 16 de enero de 2020 usted posee:

Fecha de Nacimiento:
Fecha de Ingreso al Servicio Público: 31 de julio de 1996
Fecha de Comienzo de Cotización: 31 de julio de 1996

Género: Femenino

| Ley 1 al 30 de junio de 2013 | Ley 3 - 2013 al 30 de junio de 2017 | Ley 106 |
|---|---|---|
| Años Acreditados: 25 | Tiempo Trabajado: 4 | Tiempo Trabajado: 2.42 |
|  | Aportaciones: 14,073.60 | Aportaciones: 7,381.31 |
|  | Intereses: 1,140.02 | Intereses: 0.00 |
|  | Gastos Teneduría: 0.00 | Gastos Teneduría: 0.00 |
| **Servicio No Cotizado** |  |  |
| Pagado: 28.59 |  |  |
| Tiempo: 0.00 |  |  |
| **Balance Acumulado:** 41,757.95 | **Total Aportaciones:** 15,213.62 | **Total Aportaciones:** 7,381.31 |
| Beneficio: 692.17 | Beneficio: 55.16 | Beneficio: 0.00 |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes



**Instrucciones**

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación.

Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

**Cuestionario**

1. **¿Cuál es el fundamento de su reclamación?**
   - ☐ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este
   - ☐ Empleo actual o anterior en el gobierno de Puerto Rico
   - ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)
   _El gobierno dispuso de nuestros aportaciones al Sistema de Retiro_

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**
   $194,503.68

*Número de Evidencia de Reclamación:*
*Reclamante*:

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐ No. *Pase a la Pregunta 4.*
   - ☑ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó:
   *Departamento de la Familia*

3(b). Identifique las fechas de su empleo con relación a su reclamación:
   _____

3(c). Últimos cuatro dígitos de su número de seguro social: _____

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☐ Jubilación
   - ☐ Salarios impagos
   - ☐ Días por enfermedad
   - ☐ Queja con el sindicato
   - ☐ Vacaciones
   - ☑ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).
   *Descuento de aportación mensual del Sistema de Retiro*
   *01-01-2007 / 30-06-2017*

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ☑ No.
   - ☐ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción.
   *Depto. de la Familia*

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución:
   *Sistema de Retiro — Promesa Title III — No. 17 BK 3283-*

4(c). Número de caso: *Administración de los Sistemas de Retiro (ASR) LTS*

4(d). Título, epígrafe, o nombre del caso:
   *Aportación al Sistema de Retiro — Promesa Title III*

*Número de Evidencia de Reclamación:*
*Reclamante*:

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):
_Pendiente de resolverse_

4(f). ¿Tiene usted una sentencia impaga? Sí / No (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?
_no_