CALLE GARDENIA RG-18
URB. LA ROSALEDA II
LEVITTOWN
TOA BAJA, PR 00949

CERTIFIED MAIL

7018 3090 0001 5186 7301




U.S. POSTAGE PAID
FCM LG ENV
TOA BAJA, PR
00949
FEB 22, 20
AMOUNT
$7.80
R2304M116641-22

1000   00918

RECEIVED & FILED
2020 FEB 24 PM 5:07
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

HON. LAURA TAYLOR SWAN
SECRETARIA
TRIBUNAL DE DISTRITO DE LOS EU
PARA DISTRITO DE PR
150 CARLOS CHARDON STREET
FEDERAL BUILDING
SAN JUAN, PR 00918-1767