Para: Secretaria del Distrito de los
Estados Unidos: Supervisión y al Comité
de Acreedores

De: Lydia E Collazo Nieves
Urb. Santa Maria
7144 Divina Providencia
Ponce Puerto Rico 06717-1019
Email nanlyd 1968@gmail.com

RECEIVED & FILED
2020 FEB 24 PM 5:06
OFFICE COURT PR

Asunto: Reclamaciones Leyes: Promesa Title III
NO. 17 BK 3283 L.T.S.
Departamento de Educación Gobierno de Puerto Rico

Leyes:
· Monto de reclamación

1- Claim # 145490 Cost of living ley 8    10,000. 00
2- Claim # 161089 Escala Salarial Ley 86    10,000. 00
3- Claim # 162661 Prestación de servicios al sistema de retiro 10,000.00
4- 80924 Claim # Prestación de servicios Ley 89 10,000. 00

Presentación de evidencia solicitado por el Tribunal de
de la Junta de Supervisión para recibir los porcientos a los
Cuales tengo derecho o e porciento monetario que tuve elegir

Queda de usted
Lydia E Collazo

Documentos Adjuntos:
1. Copia de título de maestría en educación
2. Certificado o Licencia Vitalicia de Maestra elemental
3. Primer y último talonario hasta el presente del sistema de retiro
4. Informe de cambio de Personal docente a retiro por años de servicios
5. Carta de aceptación a la solicitud de Retiro por años de servicios