# LONG ISLAND UNIVERSITY

## UPON RECOMMENDATION OF THE FACULTY OF

## RICHARD L. CONOLLY COLLEGE
## THE BROOKLYN CENTER

### CONFER UPON

**Lydia Esther Collazo**

### THE DEGREE OF

**Master of Science in Education**

WITH ALL THE RIGHTS. PRIVILEGES, HONORS AND MARKS
OF DISTINCTION EARNED THEREBY
IN WITNESS OF THIS. THE SEAL OF THE UNIVERSITY AND
SIGNATURES OF ITS OFFICERS ARE HERE AFFIXED
FEBRUARY SECOND. NINETEEN HUNDRED AND SEVENTY-SEVEN.



*Albert Bush-Brown*
CHANCELLOR

*Edward A. Clark*
PRESIDENT

*Felice R. Lewis*
DEAN



# CERTIFICADO VITALICIO

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACION
SAN JUAN DE PUERTO RICO

# LA SECRETARIA DE EDUCACION

POR LA PRESENTE CONFIERE A:

LYDIA E. COLLAZO NIEVES

EL PRESENTE CERTIFICADO DE MAESTRO QUE LO FACULTA PARA EJERCER COMO

MAESTRA DE ESCUELA ELEMENTAL

EN LAS ESCUELAS PUBLICAS O PRIVADAS DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO

EXPEDIDO DESDE ___4 septiembre___ DE 19 _92_ .

DADO EN SAN JUAN DE PUERTO RICO EL ___22 de septiembre___ DE 19 _92_ .

Número 4068

_____
SECRETARIA DE EDUCACION



**Estado Libre Asociado de Puerto Rico
Sistema de Retiro para Maestros**

10 de diciembre de 2007

**PROF LYDIA E COLLAZO NIEVES
URB SANTA MARIA
7144 DIVINA PROVIDENCIA
PONCE PR 00717-1019**

                                            **CASO: 1418-A**

Profesora **Collazo Nieves :**

Nos referimos a su Solicitud de Retiro por **Años de Servicios y Edad**. La misma fue atendida a tono con las disposiciones de la **Ley 91**, aprobada el **29** de **marzo** de **2004**. Su retiro fue efectivo el **31** de **octubre** de **2007** y recibirá una renta mensual de **$ 2,117.09 .**

Le informamos que usted puede autorizar al Sistema de Retiro para Maestros a descontar de su pensión, determinada cantidad para pagar compromisos contraídos, tales como; seguro médico de su preferencia u otras deducciones permitidas por ley.

Si usted no se encuentra conforme con la presente determinación podrá radicar dentro del término de 30 días a partir de la notificación de la determinación del Director o su representante, un Escrito de Apelación ante la Junta de Síndicos del SRM. Dicha solicitud puede ser radicada personalmente o enviada por correo.

**Radicaciones**

**Dirección Física:** Secretaría Junta de Síndicos, Piso 8, Capital Center, Torre Norte 235 Ave Arterial Hostos, Hato Rey, PR

**Dirección Postal:** Secretaría Junta de Síndicos, Piso 8, PO Box 191879, Hato Rey PR 00919-1879

En las radicaciones por correo, el matasellos debe mostrar que la misma fue cursada dentro del término establecido. Todos los términos mencionados en los incisos para apelar o solicitar reconsideración son en días naturales. El procedimiento de apelación se rige por el Reglamento 7053 de 15 de noviembre de 2005.

Le advertimos que cualquier gestión, comunicación o trámite que efectúe con el Sistema de Retiro para Maestros distinto a los escritos antes mencionados, no interrumpe los términos que usted dispone para ejercer su derecho de apelación.

Se incluye información de interés para los maestros pensionados.

Cordialmente,

Wanda G Santiago López
Directora Área Servicios de Retiro

NPA/agb

FORM. 409 Rev.: 99

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**DEPARTAMENTO DE EDUCACIÓN**
Secretaría Auxiliar de Recursos Humanos
**Informe de Cambio - Personal Docente**

Pagarle _____ días por vacaciones regulares en julio

Descontarle _____ días por ausencias

| | ANTES DEL CAMBIO | DESPUÉS DEL CAMBIO |
|---|---|---|
| 1. Nombre del Empleado | LYDIA E. COLLAZO NIEVES | |
| 2. Número de Seguro Social | -0840 | |
| 3. Lugar y Fecha de Nacimiento | PONCe P.R.     4 noviembre de | |
| 4. Sexo | F | |
| 5. Estado Civil | | |
| 6. Preparación Académica | MA | |
| 7. Experiencia | 29-10-1-2 | |
| 8. *Status* del Empleado (Contrato) | PERMANENTE | |
| 9. Sueldo Bruto | $2,845.00 | |
| 10. Número del Puesto | R26667 | |
| 11. Categoría del Puesto | ELEMENTAL   4-6 | |
| 12. Nivel del Puesto (Directivo) | | |
| 13. Fondo | Estatal | |
| 14. Cifra de Cuenta | | |
| 15. Fecha de Efectividad | 30 de octubre de   2007 | |
| 16. Acción y Duración | RETIRO POR EDAD Y AÑOS DE SERVICIO | |
| 17. Causa del Cese | | |
| 18. Último Día de Trabajo | 30 de octubre de   2007 | |
| 19. Último Día de Pago | | |
| 20. Programa Escolar, Nivel y Grado | | |
| 21. Turno en Registro | | |
| 22. Distrito Escolar | PONCe   III | |
| 23. Escuela | JUAN CUEVAS ABOY | |
| 24. Dirección Postal y Residencial | Urb. Santa María 7144 Divina Providencia Ponce, P.R. 00717-1019 | 25. Teléfono Residencial    787 |

26. Observaciones:

Héctor L. Vidal Rosario –Director REgión de Ponce

| 27. En caso de cambio de *status* a probatorio o permanente, traslado, reasignación permanente o descenso. NO | | 29. Deseo: _____ Acogerme _____ No Acogerme Al descuento del 3% de mi sueldo mensual para el Fondo de Ahorro y Préstamo de la Asociación de Empleados del ELA de Puerto Rico en caso de cambio de contrato a probatorio o permanente. | |
|---|---|---|---|
| Firma del empleado | Fecha | Firma del empleado | Fecha |
| 28. Recomendado *Jesús B. Alvarado Arroyo* | | 30. Recomendado | |
| Director de Escuela | Fecha | Director de Escuela | Fecha |
| 31. Aprobado por: El Secretario de Educación o su Representante. | | | |
| Firma | | Fecha | |

' Si el nombramiento es con *status* transitorio provisional el mismo constituye un **CERTIFICADO PROVISIONAL DE MAESTRO.**

FORM. 409 Rev.: 99

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**DEPARTAMENTO DE EDUCACIÓN**
Secretaría Auxiliar de Recursos Humanos

**Informe de Cambio - Personal Docente**

Pagarle _____ días por vacaciones
regulares en julio

Descontarle _____ días por
ausencias

| | ANTES DEL CAMBIO | DESPUÉS DEL CAMBIO |
|---|---|---|
| 1. Nombre del Empleado | LYDIA E. COLLAZO NIEVES | |
| 2. Número de Seguro Social | -0840 | |
| 3. Lugar y Fecha de Nacimiento | PONCe P.R.    4 noviembre de | |
| 4. Sexo | F | |
| 5. Estado Civil | | |
| 6. Preparación Académica | MA | |
| 7. Experiencia | 29-10-1-2 | |
| 8. *Status* del Empleado (Contrato) | PERMANENTE | |
| 9. Sueldo Bruto | $2,845.00 | |
| 10. Número del Puesto | R26667 | |
| 11. Categoría del Puesto | ELEMENTAL    4-6 | |
| 12. Nivel del Puesto (Directivo) | | |
| 13. Fondo | Estatal | |
| 14. Cifra de Cuenta | | |
| 15. Fecha de Efectividad | 30 de octubre de   2007 | |
| 16. Acción y Duración | RETIRO POR EDAD Y AÑOS DE SERVICIO | |
| 17. Causa del Cese | | |
| 18. Último Día de Trabajo | 30 de octubre de   2007 | |
| 19. Último Día de Pago | | |
| 20. Programa Escolar, Nivel y Grado | | |
| 21. Turno en Registro | | |
| 22. Distrito Escolar | PONCe III | |
| 23. Escuela | JUAN CUEVAS ABOY | |
| 24. Dirección Postal y Residencial | 25. Teléfono Residencial | |
| Urb. Santa María 7144 Divina Providencia Ponce, P.R. 00717-1019 | 787 | |

26. Observaciones:

Héctor L. Vidal Rosario –Director REgión de Ponce

27. En caso de cambio de *status* a probatorio o permanente, traslado, reasignación permanente o descenso.

NO

_____   _____
Firma del empleado                Fecha

28. Recomendado

*Jesús B. Alvarado Arroyo*
_____   _____
Director de Escuela              Fecha

29. Deseo: _____ Acogerme   _____ No Acogerme

Al descuento del 3% de mi sueldo mensual para el Fondo de Ahorro y Préstamo de la Asociación de Empleados del ELA de Puerto Rico en caso de cambio de contrato a probatorio o permanente.

_____   _____
Firma del empleado                Fecha

30. Recomendado

_____   _____
Director de Escuela              Fecha

31. Aprobado por: El Secretario de Educación o su Representante.

_____   _____
Firma                          Fecha

Si el nombramiento es con *status* transitorio provisional el mismo constituye un **CERTIFICADO PROVISIONAL DE MAESTRO.**

| Total: | 0.00 | 0.00 | | Total: | 10.00 | 10.00 | • Tributable |
|---|---|---|---|---|---|---|---|

| TOTAL BRUTO | | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 1,058.55 | 0.00 | 10.00 | 1,048.55 |
| Acumulado: | 1,058.55 | 0.00 | 10.00 | 1,048.55 |

| LIC. HORAS | ACUM. | | DISTRIBUCIÓN PAGA NETA | |
|---|---|---|---|---|
| Balance Inicial: | 0.0 | | Cheque #00786308 | 1,048.55 |
| + Acumulado: | | | | |
| | | | Total: | 1,048.55 |
| - Utilizado: | | | | |
| - Donada: | | | | |
| + Ajustes: | | | | |
| Balance Final: | 0.0 | | | |

MENSAJE:  *Mi PRIMER Cheque de Retiro 12/Dic 2007*

---

### Estado Libre Asociado de Puerto Rico
592 - Sistema de Retiro Maestro-Pens

| | | |
|---|---|---|
| | **Grupo de Pago:** SM -Quincenal | **# Cheque:** 00786308 |
| | **Desde:** 12/01/2007 | |
| | **Hasta:** 12/15/2007 | **Fecha:** 12/14/2007 |

| LYDIA E COLLAZO NIEVES | # Empleado: | | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| URB SANTA MARIA | Dept: | 592160-ANOS SERVICIO LEY91 2004 | Estado Civil: | Married | Married |
| 7144 DIVINA PROVIDENCIA | Oficina: | A/OS SERVICIO LEY 91 | Concesiones: | 0 | 39 +99 |
| PONCE PR 00717-1019 | Titulo: | Pensionado | Pct. Adcl.: | | |
| SS: | Sueldo: | $2,117.09 Monthly | Cant. Adcl.: | | |

| HORAS E INGRESOS | | | | | | IMPUESTOS | | |
|---|---|---|---|---|---|---|---|---|
| | | ---- Corriente ---- | | ---- Acumulado ---- | | | | |
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | | 1,058.55 | 75.00 | 1,058.55 | | | |

| Total: | | | 1,058.55 | 75.00 | 1,058.55 | Total: | 0.00 | 0.00 |

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | | |
|---|---|---|
| Grupo de Pago: | SM -Quincenal | Business Unit: PUERT |
| Desde: | 11/16/2019 | Aviso #: 4591994 |
| Hasta: | 11/30/2019 | Fecha Aviso: 11/29/2019 |

**LYDIA E COLLAZO NIEVES**
URB SANTA MARIA
7144 CALLE DIVINA PROVIDENCIA
PONCE PR 00717-1019
SS: XXX-XX-0840

| | |
|---|---|
| # Empleado: | XXXXX0840 |
| Dept: | 592160-ANOS SERVICIO LEY91 2004 |
| Lugar: | A/OS SERVICIO LEY 91 |
| Titulo: | Pensionado |
| Sueldo: | $2,117.09 Monthly |

| | | |
|---|---|---|
| DATA IMP: | Federal | PR |
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,058.55 | 1,792.50 | 23,288.10 |
| Bono Navidad Pensionados | | | 0.00 | | 200.00 |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 |
| Total: | | | 1,058.55 | 1,792.50 | 23,588.10 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 62.00 | 1,334.00 |
| SC-TRANS OCEANIC LIFE | 11.41 | 251.02 |
| Total: | 73.41 | 1,585.02 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 100.00 | 1,100.00 |

\* Tributable

### TOTAL BRUTO

| | |
|---|---|
| Corriente: | 1,058.55 |
| Acumulado: | 23,588.10 |

### TOTAL IMPUESTOS

| | |
|---|---|
| 0.00 |
| 0.00 |

### DEDUCCIONES TOTALES / PAGA NETA

| Deducciones | Paga Neta |
|---|---|
| 73.41 | 985.14 |
| 1,585.02 | 22,003.08 |

### PTO HORAS / ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #4591994 | 985.14 |
| Total: | 985.14 |

MENSAJE:

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
11/29/2019

Aviso No.
4591994

Cant. Deposito:   $985.14

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | $985.14 |
| Total: | | $985.14 |

TRAY 91 SQ 20753**********SCH 5-DIGIT 00716   20753 2 AV 0.383
LYDIA E COLLAZO NIEVES
URB SANTA MARIA
7144 CALLE DIVINA PROVIDENCIA
PONCE PR 00717-1019

NO-NEGOCIABLE

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | | |
|---|---|---|
| Grupo de Pago: | SM -Quincenal | Business Unit: PUERT |
| Desde: | 12/01/2019 | Aviso #: 5051306 |
| Hasta: | 12/15/2019 | Fecha Aviso: 12/13/2019 |

**LYDIA E COLLAZO NIEVES**
URB SANTA MARIA
7144 CALLE DIVINA PROVIDENCIA
PONCE PR 00717-1019
SS: XXX-XX-0840

| | |
|---|---|
| # Empleado: | XXXXX0840 |
| Dept: | 592160-ANOS SERVICIO LEY91 2004 |
| Lugar: | A/OS SERVICIO LEY 91 |
| Titulo: | Pensionado |
| Sueldo: | $2,117.09 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| | | Corriente | | Acumulado | | 
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | 1,058.55 | 1,867.50 | 24,346.65 | |
| Bono Navidad Pensionados | | 0.00 | | 200.00 | |
| BONO MEDICINA- PENSIONADOS | | 0.00 | | 100.00 | |
| Total: | | 1,058.55 | 1,867.50 | 24,646.65 | |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 62.00 | 1,396.00 |
| SC-TRANS OCEANIC LIFE | 11.41 | 262.43 |
| Total: | 73.41 | 1,658.43 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 0.00 | 1,100.00 |
| | | * Tributable |

## TOTAL BRUTO

| | |
|---|---|
| Corriente: | 1,058.55 |
| Acumulado: | 24,646.65 |

## TOTAL IMPUESTOS

| | |
|---|---|
| | 0.00 |
| | 0.00 |

## DEDUCCIONES TOTALES

| | |
|---|---|
| | 73.41 |
| | 1,658.43 |

## PAGA NETA

| | |
|---|---|
| | 985.14 |
| | 22,988.22 |

## PTO HORAS / ACUM

| Balance Inicial: | 0.0 |
|---|---|
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA

| Aviso #5051306 | 985.14 |
|---|---|
| Total: | 985.14 |

MENSAJE:

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

**Fecha**
12/13/2019

**Aviso No.**
5051306

Cant. Deposito:     $985.14

## DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | $985.14 |
| Total: | | $985.14 |

TRAY 91 SQ 20753***************SCH 5-DIGIT 00716     20753 2 AV 0.383
LYDIA E COLLAZO NIEVES
URB SANTA MARIA
7144 CALLE DIVINA PROVIDENCIA
PONCE PR 00717-1019

NO-NEGOCIABLE