Lydia E. Collazo Nieves
Urb. Santa Maria
7144 Divina Providencia
Ponce, Puerto Rico
00717-1019





Secretaria (clerk's office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan Puerto Rico 00918-1767

**RETURN RECEIPT REQUESTED**

RECEIVED & FILED
2020 FEB 24 PM 5:06
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN, P.R.