Tribunal De Distrito de los Estados Unidos Para El Distrito de Puerto Rico.

In re Commonwealth of Puerto Rico, caso No. 17BK 03283-LTS

| | |
|---|---|
| Grisel Dávila Bocachica | Promesa |
| Bo. El Pino | Título III |
| HC-01 Box 4040 | Num.17 Bk 3283-LTS |
| Villalba, P.R. 00766-9710 | No. De Reclamación **66939** |
| 787-237-2450 | |
| griseldavila12@gmail.com | |

RÉPLICA A LA CENTÉSIMA CUARTA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO COMO EMPLEADO DEL DEPARTAMENTO DE EDUCACIÓN DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO EN RECLAMO DE LA LEY 180-COST LIVING DEL 27 DE JULIO DE 1998. LA LEY 180 ESTABLECE UN AUMENTO DE (SALARIO) AL 3% MENSUAL, CADA 3 AÑOS POR EL AMUNTO DEL COSTO DE LA VIDA. EL DINERO SE ME ADEUDA DESDE EL AÑO 2014 CUANDO COMENCÉ A RECIBIR LA PENSIÓN HASTA EL PRESENTE 2020. ESTOS SON LOS MOTIVOS POR LOS QUE PIENSO QUE EL HNORABLE TRIBUNAL, NO DEBA DECLARAR A LUGAR LA OBJECIÓN GLOBAL EN RELACIÓN A MI RECLAMO.

*[signature]*
GRISEL DÁVILA BOCACHICA