Grisel Davila Boachia. Reclamante - 66939

Ley 180 - Cost Living del 27 de Julio de 1998.

$2,025.00 - Salario por pension vitalicia

La ley 180 establece un aumento al Salario al 3% mensual, cada 3 años por el aumento en el costo de vida.

Computos:

① $2,025.00
   × .03
   ─────────
   $60.75

2,025.00
+  60.75
─────────
2,085.75

② 2,085.75
   × .03
   ─────────
   $62.57

2,085.75
+  62.57
─────────
2,148.32

| Años Reclamados | Aumento | 3e meses cada 3 años | Deuda |
|---|---|---|---|
| 2014-2017 | 60.75 | 3e meses | 2,1187.00 |
| 2017-2020 | 62.57 | 36 meses | 2,252.52 |

Total, 4,439.52

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 11/01/2018 |
| Hasta: | 11/15/2018 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | 7955020 |
| Fecha Aviso: | 11/15/2018 |

**GRISEL DAVILA BOCACHICA**
HC 1 BOX 4040
VILLALBA PR 00766-9879

SS: XXX-XX-2384

| | |
|---|---|
| # Empleado: | XXXXX2384 |
| Dept: | 592160-ANOS SERVICIO LEY91 2004 |
| Lugar: | A/OS SERVICIO LEY 91 |
| Titulo: | Pensionado |
| Sueldo: | $2,025.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Horas (Corriente) | Ingresos (Corriente) | Horas (Acumulado) | Ingresos (Acumulado) |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,012.50 | 1,800.00 | 22,275.00 |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 |
| Total: | | | 1,012.50 | 1,800.00 | 22,375.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 42.50 | 896.00 |
| Total: | 42.50 | 896.00 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 0.00 | 1,100.00 |

* Tributable

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 1,012.50 | 0.00 | 42.50 | 970.00 |
| Acumulado: | 22,375.00 | 0.00 | 896.00 | 21,479.00 |

### PTO HORAS

| | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #7955020 | 970.00 |
| Total: | 970.00 |

MENSAJE:

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
11/15/2018

Aviso No.
7955020

Cant. Deposito: ___$970.00___

TRAY 105 SQ 25915*****************SCH 5-DIGIT 00751    25915 2 AV 0.378
GRISEL DAVILA BOCACHICA
HC 1 BOX 4040
VILLALBA PR 00766-9879

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | 3342 | $970.00 |
| Total: | | $970.00 |

**NO-NEGOCIABLE**