Grisel Davila Bocachica
HC-01 BOX 4040 Villalba PR 00766-9710

RECEIVED & FILED
2020 FEB 24 PM 5:08
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR




U.S. POSTAGE PAID
FCM LG ENV
VILLALBA, PR
00766
FEB 20, 20
AMOUNT
$1.00
R2303S101580-02

1000   00918

Secretaria (clerks office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767