Ponce, Puerto Rico
17 de febrero de 2020

A: Secretaria Tribunal de Distrito de E.U.
   Junta de Supervisión
   Comité de Acreedores
   Ley PROMESA

De: Carmen Leonor Jiménez González
    P.O. Box 8553
    Ponce, Puerto Rico 00732-8553

Asunto: Reclamaciones de las Leyes de PROMESA
1. Ley 96- Escala Salarial (Sila Ma. Calderón)
2. Ley 164- Ley de Costo de Vida (Carlos Acevedo Vilá)
3. Ley de Reclamación Laboral
4. Ley 89- El Romerazo (Carlos Romero Barceló)
5. Ley 34- Ley de Roselló
6. Ley de Pasos – 91610- 3%- Pensión de Retiros de Maestros

Distinguidos:

Por este medio hago constar que trabajé en el Departamento de Educación de Puerto Rico desde los años 1973- 2009.
Cumplimenté los documentos de la Ley PROMESA Título III, lo cual he estado recibiendo notificaciones de parte de Prime Clerk para las leyes arriba mencionadas. Se envían las evidencias solicitadas por el Tribunal de la Junta de Supervisión para recibir los porcientos a los cuales tengo derecho. Los números de reclamación a las leyes son: 68152, 96198, 97155, y 97711. La cantidad estimada por esta servidora es de $ 8,019 .00 o el porciento monetario al cual fuere elegible. Puerto Rico aún se encuentra en estado de emergencia de terremotos.

Se adjuntan las siguientes evidencias:

1. Certificados de vitalicio de maestros
2. Años de servicio- 22 de abril de 2009
3. Años cotizados del Sistema de Retiro
4. Certificación Años de servicio y edad en el Departamento de Educación de PR
5. Diploma: Bachillerato en Artes y Asociado en Artes en Educación Elemental
6. Talonarios: uno como maestra y otro como retirada

Sin nada más sobre el particular, queda,

Cordialmente,

*Carmen Leonor Jiménez González*
Carmen Leonor Jiménez González