**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Jimenez Gonzalez, Carmen Leonor | 68152 | 6/26/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Jimenez Gonzalez, Carmen Leonor | 68152 | 6/26/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.  **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m.  (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.  **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|------|---------|-----------|--------|----------------------|
| Jimenez Gonzalez, Carmen Leonor | 96198 | 6/26/2018 | Commonwealth of Puerto Rico | $0.00 |
| **Reason:** | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|--------|-------------------|----------------------|--------|-------------------------------|
| Jimenez Gonzalez, Carmen Leonor | 96198 | 6/26/2018 | Commonwealth of Puerto Rico | $0.00 |
| **Base para:** | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.  If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m.  (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.  Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Jimenez Gonzalez, Carmen Leonor | 97155 | 6/26/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Jimenez Gonzalez, Carmen Leonor | 97155 | 6/26/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.  **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m.  (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.  **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Jimenez Gonzalez, Carmen Leonor | 97711 | 6/26/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Jimenez Gonzalez, Carmen Leonor | 97711 | 6/26/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.  If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m.  (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.  Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).



## DEPARTAMENTO DE EDUCACIÓN
ESTADO LIBRE ASOCIADO DE PUERTO RICO

# Certificado Vitalicio

## El Secretario de Educación

Por la presente confiere a

CARMEN L. JIMENEZ GOZNALEZ

El presente Certificado de Maestro que lo faculta para ejercer como

MAESTRA DE ESCUELA ELEMENTAL

en las escuelas públicas o privadas del Estado Libre Asociado de Puerto Rico.

Expedido el ___27 de agsoto___ de 19 93.

Dado en San Juan de Puerto Rico, el ___13 de septiembre___ de 19 93.

Secretario de Educación

Número 246

7. <u>Acción a tomar por empleados elegibles que no son miembros de una unidad apropiada.</u>

En o antes del 27 de abril de 2009 aquellos empleados elegibles interesados en acogerse al Programa completarán el formulario de elección de participación en el Programa contenido en la parte II de este documento.

El documento, una vez completado, deberá ser entregado con acuse de recibo en la Oficina de Recursos Humanos de la agencia en la cual trabaja en o antes del 27 de abril de 2009.

8. <u>Acción a tomar por empleados elegibles que sean miembros de una unidad apropiada.</u>

En el caso de aquellos empleados que sean miembros de una unidad apropiada representada por una organización sindical, éstos completarán por sí, o a través de su organización sindical, el documento de elección de participación en el Programa.

El documento, una vez completado, deberá ser entregado con acuse de recibo en la Oficina de Recursos Humanos de la agencia en la cual trabaja en o antes del 27 de abril de 2009.

9. <u>Efectividad de la Renuncia Voluntaria Incentivada</u>

Las renuncias voluntarias incentivadas serán efectivas el viernes 29 de mayo de 2009.

II. <u>Formulario de elección de Programa.</u>*

A. Agencia en la cual se desempeña: *Departamento de Educación*

B. Número de identificación del empleado: _____

C. Fecha de comienzo de empleo en la Agencia: _____ *agosto 1973* *c.e.e.b.*

D. Fecha de ingreso en el servicio público (si es diferente a su contestación en el incido "C": _____

E. Puesto que ocupa: *maestra — R27068*

F. Tiempo que lleva en el puesto: *34 años*

_____

* Tiene que proveer toda la información requerida para cada uno de los incisos.



RECIBIDO
APR 22 2009
SECRETARIA AUXILIAR
RECURSOS HUMANOS

DEPARTAMENTO DE EDUCACION
PO BOX 190759
SAN JUAN PUERTO RICO 00919-075?

*J. R.*

I.   ¿Pertenece a una unidad apropiada?   _____ Sí   __X__ No

De contestar en la afirmativa, indique el nombre de la organización sindical que representa a la unidad apropiada.

_____

_____

J.   Seleccione uno de los Programas al cual se quiere acoger:

_____   Programa de Reducción Permanente de Jornada
__X__   Programa de Renuncias Voluntarias Incentivadas

SU FIRMA EN ESTE FORMULARIO CERTIFICA (i) QUE HA LEÍDO EL MISMO EN SU TOTALIDAD, (ii) QUE HA TENIDO OPORTUNIDAD DE DISCUTIRLO CON UN ABOGADO DE SU PREDILECCIÓN, Y DE SER EL CASO, CON SU ORGANIZACIÓN SINDICAL, (iii) QUE LO HA ENTENDIDO, (iv) QUE LO FIRMA LIBRE Y VOLUNTARIAMENTE, Y (v) QUE ESTÁ DE ACUERDO CON TODOS SUS TÉRMINOS Y CON AQUELLOS QUE LA LEY NÚM. 7 ESTABLECE PARA EL PROGRAMA ELEGIDO.   DE HABER SELECCIONADO EL "PROGRAMA DE RENUNCIAS VOLUNTARIAS INCENTIVADAS", SU FIRMA CONSTITUYE UN RELEVO DE ACCIONES TOTAL Y ABSOLUTO, CONFORME A LO QUE SE INDICA EN LA PARTE I(B)(6) DE ESTE DOCUMENTO Y EN LA LEY NÚM. 7.

_____          _____
Firma del empleado                                    Nombre de la organización sindical, si
                                                                    aplica

_22 de abril de 2009_                          _____
Fecha                                                       Firma del representante de la
                                                                    organización sindical, si aplica

RECIBIDO
APR 27 2009
SECRETARIA AUXILIAR
RECURSOS HUMANOS

7

DEPARTAMENTO DE EDUCACION
PO BOX 190759
SAN JUAN PUERTO RICO 00919-0759

**SRM**
Estado Libre Asociado de Puerto Rico
Sistema de Retiro para Maestros

27 de abril de 2009

**CARMEN JIMENEZ**                                  xxx-xx-5091

**Estimado(a) seño(a)r(a): Jiménez**
Para su conocimiento y de acuerdo con la información disponible al presente en
nuestros archivos, usted tiene **cotizado al Sistema aproximadamente:**

| AÑOS | MESES | SEMANAS | DIAS |
|------|-------|---------|------|
| 33 | 11 | 0 | 0 |

**Al 30 de ABRIL de 2009**.

**Usted completaría  -- años de servicios durante el mes de -----------.**
Usted recibiría una **pensión aproximada** de **$1,920.00**  (Proyectada a mayo 2009).

Usted tendría un descuento de aportación individual (9%) de aproximadamente $══   hasta completar el
requisito de treinta años (30) de servicio y/o cincuenta y cinco (55) años de edad.

**Tendría un descuento de su préstamo personal de $479.85**
Un préstamo cultural de $-----      . Un préstamo hipotecario de $══════.
**Que será descontado de su pensión hasta la fecha de vencimiento o saldo.**

- ✓ Durante el proceso de Retiro, tiene que **pagar su aportación al Plan médico,**
  los meses que este sin cobrar. = **$78.00 (aproximadamente)**
  **Aportación patronal SRM= $100.00**

Estos cálculos son preliminares y están sujetos a verificación final y oficial a la fecha de su retiro.
**Esto no es una Certificación Oficial de Retiro.**
Estos cómputos **no reflejan** el tiempo de cualquier pago total que haya hecho por  concepto de Reconocimiento de
Tiempo, Transferencia, Reembolso de Aportaciones, o cualquier Retiro de aportaciones al Sistema hasta el momento.
Tampoco contemplan el retiro de aportaciones que usted haya efectuado.

Cordialmente,

Arlene Hoyos Escalera
Oficial
Sala de Servicios

Sucursal de Ponce

Sta. María Shopping Center – 441 Calle Ferrocarril  Ste.101 – Ponce PR   00717-1102
Tel. (787) 840-0800  Fax  (787) 841-1130



CERTIFICACIÓN AÑOS DE SERVICIO Y EDAD

8 de mayo de 2009

SRA MATILDE PEDRAZA
SECCION NOMBRAMIENTOS Y CAMBIOS
DEPARTAMENTO EDUCACION

**Prof: Carmen L. Jiménez González**

El (La) profesor (a) de referencia ha radicado una Solicitud de Retiro por la Ley Núm. 91 del 29 de marzo de 2004 (Ley del Sistema de Retiro para Maestros del Estado Libre Asociado de Puerto Rico).
**[X] Años de Servicio** [ ] Edad [ ] Diferida [ ]Suplementaria
**Al 1 de mayo de 2009** (fecha que piensa renunciar) **(fecha de su última cotización recibida)**
**[ X ] cualifica** [ ] no cualifica, **para acogerse a la jubilación, y tiene el siguiente tiempo:**

| AÑOS | MESES | SEMANAS | DÍAS | EDAD |
|------|-------|---------|------|------|
| 33 | 10 | 3 | 3 | 57 |

Los pagos pendientes no están considerados en esta certificación. Los mismos son:
    [ ] Reconocimiento Tiempo
    [ ] Diferencia en Por Ciento por Transferencia Recibida
    [ ] Reembolso de Cuotas
    [ ] Otros:
**De cualificar para pensión y tener menos de 30 años de servicios cotizados, cualifica para una pensión calculada al 1.8 por ciento del promedio de los 36 salarios más altos, multiplicado por el tiempo cotizado.**

**El tiempo certificado puede variar, de encontrarse diferencias en el Informe de Cambio enviado por el Departamento de Educación u otras Instituciones Gubernamentales y de existir anulaciones futuras entre cuentas que afecten las Aportaciones del Sistema. Deberá permanecer cotizando en nuestro Sistema hasta la fecha que proyecta retirarse.**

**Las Pólizas de Salud y Planes Médicos deben ser pagados directamente a las aseguradoras hasta tanto sometan las autorizaciones de descuentos para tramitar en su pensión.**
**Todas las aportaciones deben estar en el sistema al momento de procesar su pensión.**

Cordialmente,

Ivonne L. Ortiz Valladares
Directora
Área Servicios de Retiro

Karen Vega García
Oficial Servicios de Retiro

FELD/vrdj

CF: PROF. CARMEN L. JIMENEZ GONZALEZ
    PO BOX 8553
    PONCE PR  00732-8553

# Inter American University

## of Puerto Rico

To all who read these presents, Greeting

## Whereas

### Carmen Leonor Jimenez Gonzalez

has honorably completed the studies and duties prescribed by the Faculty, therefore, the Trustees of the University by the authority vested in them have conferred the degree of

### Bachelor of Arts

upon the candidate together with all the rights, privileges, honors, and marks of distinction which everywhere pertain thereto.

Whereof let this Diploma with the seal of the University bear witness.

Given at San German, Commonwealth of Puerto Rico, this month of May nineteen hundred seventy-six.



_____
President, Board Trustees

_____
President of the University

# Inter American University

## of Puerto Rico

To all who read these presents, Greeting

### Whereas

#### Carmen L. Jiménez González

*has honorably completed the studies and duties prescribed by the Faculty, therefore, the Trustees of the University by the authority vested in them have conferred the degree of*

### Associate of Arts in Elementary Education

*upon the candidate together with all the rights, privileges, honors, and marks of distinction which everywhere pertain thereto.*

*Whereof let this Diploma with the seal of the University bear witness.*

*Given at San Juan, Commonwealth of Puerto Rico, this twenty-seventh day of May, nineteen hundred seventy-three.*



_____
President, Board of Trustees

_____
President of the University

**Estado Libre Asociado de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

| Grupo de Pago: | SM -Quincenal | # Cheque: | 05015976 |
|---|---|---|---|
| Desde: | 08/17/2009 | | |
| Hasta: | 08/28/2009 | Fecha: | 07/23/2009 |

CARMEN L JIMENEZ GONZALEZ
PO BOX 8553
PONCE PR 00732-8553

SS:      .91

| # Empleado: | | |
|---|---|---|
| Dept: | 8005103-Ponce Ponce I | |
| Oficina: | Jose Gautier Benitez | |
| Titulo: | DEPARTAMENTO DE EDUCACION | |
| Sueldo: | $2,730.00 Monthly | |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 1 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Horas Corriente | Ingresos | Horas Acumulado | Ingresos |
|---|---|---|---|---|---|
| Licencia  Enfermedad en Exceso | | | 272.62 | | 3,002.62 |
| Enfermedad Suma Global | | | 0.00 | | 12,285.00 |
| Programa Renuncia Incentivada | | | 0.00 | | 8,190.00 |
| Pago Vacaciones Suma Global | | | 0.00 | | 5,459.24 |
| Pago de Salarios Regulares | | | 0.00 | 672.00 | 15,015.00 |
| **Total:** | | | **272.62** | **672.00** | **43,951.86** |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| PR Withholding | 21.81 | 2,478.48 |
| **Total:** | **21.81** | **2,478.48** |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 0.00 | 1,351.35 |
| **Total:** | **0.00** | **1,351.35** |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 0.00 | 2,794.00 |
| AE-Asoc Emp ELA-Prest Regular | 0.00 | 2,991.30 |
| SM-Asoc Maestros de PR | 0.00 | 319.00 |
| CO-COOP MAESTRO PR | 0.00 | 1,619.53 |
| AE-Seguro por Muerte Asoc ELA | 0.00 | 38.50 |
| Ahorros-AEELA | 0.00 | 450.45 |
| **Total:** | **0.00** | **8,212.78** |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 0.00 | 1,276.33 |
| FSED Disability Plan | 0.00 | 301.72 |
| SM-Asoc Maestros de PR | 0.00 | 600.00 |

* Tributable

## TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 272.62 | 21.81 | 0.00 | 250.81 |
| Acumulado: | 43,951.86 | 2,478.48 | 9,564.13 | 31,909.25 |

## REG HORAS          ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA

| | |
|---|---|
| Cheque # | 250.81 |
| **Total:** | **250.81** |

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | | |
|---|---|---|
| Grupo de Pago: | SM -Quincenal | Business Unit: PUERT |
| Desde: | 07/16/2019 | Aviso #: 2645552 |
| Hasta: | 07/31/2019 | Fecha Aviso: 07/30/2019 |

| | | |
|---|---|---|
| **CARMEN L JIMENEZ GONZALEZ** | # Empleado: XXXXX5091 | DATA IMP: Federal PR |
| PO BOX 8553 | Dept: 592160-ANOS SERVICIO LEY91 2004 | Estado Civil: Married Married |
| PONCE PR 00732-8553 | Lugar: A/OS SERVICIO LEY 91 | Concesiones: 0 39 +99 |
| | Titulo: Pensionado | Pct. Adcl.: |
| SS: XXX-XX-5091 | Sueldo: $1,928.88 Monthly | Cant. Adcl.: |

## HORAS E INGRESOS / IMPUESTOS

| | | Corriente | | Acumulado | | | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | 964.44 | 1,140.00 | 13,502.16 | | | | |
| BONO MEDICINA- PENSIONADOS | | 0.00 | | 100.00 | | | | |
| **Total:** | | 964.44 | 1,140.00 | 13,602.16 | | **Total:** | 0.00 | 0.00 |

## DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| | | | AE-Asoc Emp ELA-Prest Regular | 386.11 | 5,230.14 | SM-Asoc Maestros de PR | 100.00 | 700.00 |
| | | | SM-Asoc Maestros de PR | 31.50 | 411.00 | | | |
| | | | CO-COOP MAESTRO PR | 109.65 | 1,535.10 | | | |
| | | | AE-Seguro por Muerte Asoc ELA | 3.50 | 49.00 | | | |
| | | | AS-ASOC MAESTROS DE P.R. | 8.50 | 119.00 | | | |
| | | | Ahorros-AEELA | 28.93 | 405.02 | | | |
| **Total:** | 0.00 | 0.00 | **Total:** | 568.19 | 7,749.26 | * Tributable | | |

## TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | | | | |
|---|---|---|---|---|
| Corriente: | 964.44 | 0.00 | 568.19 | 396.25 |
| Acumulado: | 13,602.16 | 0.00 | 7,749.26 | 5,852.90 |

| PTO HORAS | ACUM | | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|
| Balance Inicial: | 0.0 | | Aviso #2645552 | 396.25 |
| + Acumulado: | | | | |
| - Utilizado: | | | **Total:** | 396.25 |
| - Donada: | | | | |
| + Ajustes: | | | | |
| Balance Final: | 0.0 | | | |

**MENSAJE:** 'Aprovecha las Oportunidades de Movilidad visita la www.OATRH.PR.GOV'

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

**Fecha**
07/30/2019

**Aviso No.**
2645552

Cant. Deposito:   $396.25

## DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | | $396.25 |
| **Total:** | | $396.25 |

TRAY 102 SQ 25894••••••••••••••••••••SCH 5-DIGIT 00730     25894 2 AV 0.383
CARMEN L JIMENEZ GONZALEZ
PO BOX 8553
PONCE PR 00732-8553

# NO-NEGOCIABLE

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | | |
|---|---|---|
| Grupo de Pago: | SM -Quincenal | Business Unit: PUERT |
| Desde: | 09/16/2019 | Aviso #: 3599278 |
| Hasta: | 09/30/2019 | Fecha Aviso: 09/27/2019 |

**CARMEN L JIMENEZ GONZALEZ**
PO BOX 8553
PONCE PR 00732-8553

SS: XXX-XX-5091

| | |
|---|---|
| # Empleado: | XXXXX5091 |
| Dept: | 592160-ANOS SERVICIO LEY91 2004 |
| Lugar: | A/OS SERVICIO LEY 91 |
| Titulo: | Pensionado |
| Sueldo: | $1,928.88 Monthly |

| | | |
|---|---|---|
| DATA IMP: | Federal | PR |
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 964.44 | 1,462.50 | 17,359.92 |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 |
| **Total:** | | | 964.44 | 1,462.50 | 17,459.92 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 386.11 | 6,774.58 |
| SM-Asoc Maestros de PR | 31.50 | 537.00 |
| CO-COOP MAESTRO PR | 109.65 | 1,973.70 |
| AE-Seguro por Muerte Asoc ELA | 3.50 | 63.00 |
| AS-ASOC MAESTROS DE P.R. | 8.50 | 153.00 |
| Ahorros-AEELA | 28.93 | 520.74 |
| **Total:** | 568.19 | 10,022.02 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-Asoc Maestros de PR | 100.00 | 900.00 |

* Tributable

## TOTAL BRUTO

| | |
|---|---|
| Corriente: | 964.44 |
| Acumulado: | 17,459.92 |

## TOTAL IMPUESTOS

| | |
|---|---|
| | 0.00 |
| | 0.00 |

## DEDUCCIONES TOTALES / PAGA NETA

| DEDUCCIONES TOTALES | PAGA NETA |
|---|---|
| 568.19 | 396.25 |
| 10,022.02 | 7,437.90 |

## PTO HORAS

| | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #3599278 | 396.25 |
| **Total:** | 396.25 |

MENSAJE:

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
09/27/2019

Aviso No.
3599278

## DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | | $396.25 |
| **Total:** | | $396.25 |

Cant. Deposito:  $396.25

TRAY 102 SQ 25894*****************SCH 5-DIGIT 00730    25894 2 AV 0.383
CARMEN L JIMENEZ GONZALEZ
PO BOX 8553
PONCE PR 00732-8553

**NO-NEGOCIABLE**

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| Grupo de Pago: | SM -Quincenal | Business Unit: PUERT |
|---|---|---|
| Desde: | 12/16/2019 | Aviso #: 5310783 |
| Hasta: | 12/31/2019 | Fecha Aviso: 12/30/2019 |

**CARMEN L JIMENEZ GONZALEZ**
PO BOX 8553
PONCE PR 00732-8553

SS: XXX-XX-5091

| # Empleado: | XXXXX5091 |
|---|---|
| Dept: | 592160-ANOS SERVICIO LEY91 2004 |
| Lugar: | A/OS SERVICIO LEY 91 |
| Titulo: | Pensionado |
| Sueldo: | $1,928.88 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 964.44 | 1,957.50 | 23,146.56 |
| Bono Navidad Pensionados | | | 0.00 | | 200.00 |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 |
| **Total:** | | | **964.44** | **1,957.50** | **23,446.56** |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | **0.00** | **0.00** |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | **0.00** | **0.00** |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 386.11 | 9,091.24 |
| SM-Asoc Maestros de PR | 31.50 | 726.00 |
| CO-COOP MAESTRO PR | 109.65 | 2,631.60 |
| AE-Seguro por Muerte Asoc ELA | 3.50 | 84.00 |
| AS-ASOC MAESTROS DE P.R. | 8.50 | 204.00 |
| Ahorros-AEELA | 28.93 | 694.32 |
| **Total:** | **568.19** | **13,431.16** |

* Tributable

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-Asoc Maestros de PR | 100.00 | 1,200.00 |

## TOTAL BRUTO

| | |
|---|---|
| Corriente: | 964.44 |
| Acumulado: | 23,446.56 |

## TOTAL IMPUESTOS

| | |
|---|---|
| | 0.00 |
| | 0.00 |

## DEDUCCIONES TOTALES / PAGA NETA

| | | |
|---|---|---|
| | 568.19 | 396.25 |
| | 13,431.16 | 10,015.40 |

## PTO HORAS / ACUM

| Balance Inicial: | 0.0 |
|---|---|
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5310783 | 396.25 |
| **Total:** | **396.25** |

MENSAJE:

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

**Fecha**
12/30/2019

**Aviso No.**
5310783

## DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | | $396.25 |
| **Total:** | | **$396.25** |

Cant. Deposito:    $396.25

TRAY 114 SQ 26088**************SCH 5-DIGIT 00730    26088 2 AV 0.383
CARMEN L JIMENEZ GONZALEZ
PO BOX 8553
PONCE PR 00732-8553

NO-NEGOCIABLE

**Estado Libre Asociado de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 08/17/2009 |
| Hasta: | 08/28/2009 |
| # Cheque: | 05015976 |
| Fecha: | 07/23/2009 |

CARMEN I. JIMENEZ GONZALEZ
PO BOX 8553
PONCE PR 00732-8553
SS:    -5091

| | |
|---|---|
| # Empleado: | |
| Dept: | 8005103-Ponce Ponce I |
| Oficina: | Jose Gautier Benitez |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $2,730.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 1 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Horas Corriente | Ingresos | Horas Acumulado | Ingresos |
|---|---|---|---|---|---|
| Licencia  Enfermedad en Exceso | | 272.62 | | | 3,002.62 |
| Enfermedad Suma Global | | | 0.00 | | 12,285.00 |
| Programa Renuncia Incentivada | | | 0.00 | | 8,190.00 |
| Pago Vacaciones Suma Global | | | 0.00 | | 5,459.24 |
| Pago de Salarios Regulares | | | 0.00 | 672.00 | 15,015.00 |
| **Total:** | | **272.62** | | **672.00** | **43,951.86** |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| PR Withholding | 21.81 | 2,478.48 |
| **Total:** | **21.81** | **2,478.48** |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 0.00 | 1,351.35 |
| **Total:** | **0.00** | **1,351.35** |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 0.00 | 2,794.00 |
| AE-Asoc Emp ELA-Prest Regular | 0.00 | 2,991.30 |
| SM-Asoc Maestros de PR | 0.00 | 319.00 |
| CO-COOP MAESTRO PR | 0.00 | 1,619.53 |
| AE-Seguro por Muerte Asoc ELA | 0.00 | 38.50 |
| Ahorros-AEELA | 0.00 | 450.45 |
| **Total:** | **0.00** | **8,212.78** |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 0.00 | 1,276.33 |
| FSED Disability Plan | 0.00 | 301.72 |
| SM-Asoc Maestros de PR | 0.00 | 600.00 |

* Tributable

## TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 272.62 | 21.81 | 0.00 | 250.81 |
| Acumulado: | 43,951.86 | 2,478.48 | 9,564.13 | 31,909.25 |

## PGO HORAS

| | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA

| | |
|---|---|
| Cheque #05015976 | 250.81 |
| **Total:** | **250.81** |