TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

RÉPLICA

En el asunto de:
JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN
FINANCIERA PARA PUERTO RICO, como
representante del ESTADO LIBRE ASOCIADO
DE PUERTO RICO ("ELA") y otros.

PROMESA,
Título III
Núm. 17 BK 3283-LTS
(Administración conjuntamente)
La presente radica guarda
relación con el ELA, la ACT y SRE

(i) Datos del contacto:
Núm. Reclamación 102986
EVELYN DÍAZ SUÁREZ
PARQUES DE GUASIMAS
112 CALLE CEDRO
ARROYO, PR 00714
(787) 380-2770
ds_evelyn@yahoo.com

(ii) Epígrafe:
TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL
DISTRITO DE PUERTO RICO
En el asunto de:
JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,
como representante del ESTADO LIBRE ASOCIADO DE PUERTO RICO ("ELA") y
otros.
Deudores: Estado Libre Asociado de Puerto Rico ("ELA") (número de
procedimiento de quiebra 17 BK 3283-LTS) (últimos cuatro dígitos del número
federal del contribuyente 3481), la Corporación del Fondo de Interés Apremiante
de Puerto Rico ("COFINA"), la Autoridad de Carreteras y Transportación de Puerto
Rico ("ACT"), el Sistema de Retiro de los Empleados del Gobierno del Estado Libre
Asociado de Puerto Rico ("SRE"), la Autoridad de Energía Eléctrica de Puerto Rico
("AEE"), y la Autoridad de Edificios Públicos de Puerto Rico ("AEP"), denominados
conjuntamente con el ELA, COFINA, ACT, SRE Y la AEE como los deudores ((número
de procedimiento de quiebra 19 BK-5532-LTS) (últimos cuatro dígitos del número
federal del contribuyente 3801) radicadas conforme al Titulo III.

(iii) Motivos para oponerme a la Objeción Global:
Yo, Evelyn Díaz Suárez, con el Núm. Reclamación 102986, certifico por este medio fui empleada del Departamento de Educación de Puerto Rico desde el 2 de agosto de 1982 hasta el 31 de diciembre de 2012. Por lo que bajo el amparo de las leyes aplicables, Ley 34 de junio de 1969, Ley 89 de julio de 1979, Ley 96 de enero de 2002, y la Ley 164 de julio de 2003; y que he sometido una reclamación por la cantidad aproximada de $35,680.00 según los años de servicios para el Departamento de Educación de Puerto Rico. Indemnización que me corresponde según lo estipulado en las Leyes aplicables del Estado Libre Asociado de Puerto Rico.

(iv) Documentación justificativa:
Adjunto los siguientes documentos
1. DECLARACIÓN JURADA que explica las razones por las cuales estoy sometiendo esta RÉPLICA en el día de hoy.
2. Certificación de Empleo del Departamento de Educación de Puerto Rico.

De necesitar alguna información adicional favor de comunicarse de inmediato al contacto descrito en la sección (i) de la RÉPLICA.

Para que así conste, someto este escrito y documentos de evidencia, hoy 20 de febrero de 2020.

Evelyn Díaz Suárez