## CERTIFICADO DE NOTIFICACIÓN

**En el asunto de:**
JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, como representante del ESTADO LIBRE ASOCIADO DE PUERTO RICO ("ELA") y otros.

PROMESA,
Título III
Núm. 17 BK 3283-LTS
(Administración conjuntamente)
La presente radica guarda relación con el ELA, la ACT y SER

Yo, Evelyn Díaz Suárez, con el Núm. Reclamación 102986, expreso que hoy, 23 de febrero de 2020 se entrega personalmente la RÉPLICA del Caso PROMESA, Título III, Núm. 17 BK 3283-LTS, Declaración Jurada y Certificación de Empleo del departamento de Educación de Puerto Rico en la,

SECRETARÍA (Clerk´s Office)
Tribunal de Distrito de los estados Unidos
#150 Chardon Avenue
Federal Bulding
San Juan, Puerto Rico   00918

Recibido por: _____     Fecha: _____

Observaciones:
_____
_____

 

OFICINA REGIONAL EDUCATIVA DE CAGUAS
Oficina de la Superintendente Regional

14 de febrero de 2020

## CERTIFICACIÓN DE EMPLEO

Certifico que la Sra. Evelyn Díaz Suárez, fue empleada del Departamento de Educación, ~~_____~~, fue empleada desde el 2 de agosto de 1982 hasta el 31 de diciembre de 2012.

Cualquier información adicional pueden comunicarse al 787-743-1234 ext. 4403/4421.

Atentamente,

_____
**Wenddy L. Colón Martínez**
**Superintendente Regional**
**Oficina Regional ORE de Caguas**



El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.

## DECLARACIÓN JURADA

Yo, **EVELYN DÍAZ SUÁREZ**, mayor edad, soltera, retirada y vecina de Arroyo, Puerto Rico, bajo juramento declaro:

1. Que mi nombre y demás circunstancias personales son las antes expresadas.

2. Que a la fecha soy retirada y tengo una reclamación cobijada bajo PROMESA Title III No. BK 3283-LTS con el número Claim# 102986.

3. Que por causa justificada y de fuerza mayor no pude responder a lo solicitado en el caso antes mencionado en o antes del 14 de enero de 2020.

4. Entre ellos las razones son las siguientes:
   a. Mis condiciones de salud.
   b. Que por las situaciones de los temblores tuve que desalojar mi propiedad, ya que vivo cerca de la playa catalogada como alto riesgo de Tsunami.

5. Que tomo conocimiento de los requerimientos el pasado 12 de febrero de 2020.

6. Que al estar en dicha situación de emergencia me fue imposible enterarme a tiempo y según la fecha establecida.

7. Que por todas las razones antes indicadas me fue imposible tomar conocimiento del tiempo límite que tenía, que todas las situaciones son causa justa y solicito se me permita someter lo requerido.

8. Que junto a esta declaración someto los documentos requeridos en relación a mi antigüedad y tiempo trabajado.

9. Que relevo de toda responsabilidad a la entidad que requiera esta declaración.

10. Que lo declarado es la verdad y sin ánimo de fraude o engaño alguno.

**Y PARA QUE ASÍ CONSTE**, juramos y suscribimos la presente en Guayama, Puerto Rico, hoy 18 de febrero de 2020.

EVELYN DÍAZ SUÁREZ
**AFFIDÁVIT NÚM.:** 5416

Jurado y suscrito ante mí por la arriba suscribiente, de las circunstancias personales anteriormente expresadas, y a quien identifico por conocerla personalmente DOY FE, en Guayama Puerto Rico, hoy 18 de febrero de 2020.

NOTARIO PÚBLICO
Jesús Roberto Ramos-Puca