

OFICINA REGIONAL EDUCATIVA DE CAGUAS
Oficina de la Superintendente Regional

14 de febrero de 2020

## CERTIFICACIÓN DE EMPLEO

Certifico que la Sra. Sonia Díaz Suárez, fue empleada del Departamento de Educación, fue empleada desde el 6 de agosto de 1985 hasta el 28 de julio de 2015.

Cualquier información adicional pueden comunicarse al 787-743-1234 ext. 4403/4421.

Atentamente,

_____
Wenddy L. Colón Martínez
Superintendente Regional
Oficina Regional ORE de Caguas



El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.

# DECLARACIÓN JURADA

Yo, SONIA DÍAZ SUÁREZ, mayor edad, soltera, retirada y vecina de Arroyo, Puerto Rico, bajo juramento declaro:

1. Que mi nombre y demás circunstancias personales son las antes expresadas.

2. Que a la fecha soy retirada y tengo una reclamación cobijada bajo PROMESA Title III No. BK 3283-LTS con el número Claim# 104346.

3. Que por causa justificada y de fuerza mayor no pude responder a lo solicitado en el caso antes mencionado en o antes del 14 de enero de 2020.

4. Entre ellos las razones son las siguientes:
   a. A la fecha estoy referida al Fondo de Seguro del Estado y tengo varios condiciones de salud que no me permitieron estar atenta las notificaciones.
   b. Como todos sabemos, debido a las situaciones de los temblores tuve que desalojar mi propiedad, ya que vivo cerca de la playa catalogada como alto riesgo de Tsunami e inundable.

5. Que tomo conocimiento de los requerimientos el pasado 13 de febrero de 2020 mediante alerta de mi hermana.

6. Que al estar en dicha situación de emergencia me fue imposible enterarme a tiempo y según la fecha establecida.

7. Que por todas las razones antes indicadas me fue imposible tomar conocimiento del tiempo límite que tenía, que todas las situaciones son causa justa y solicito se me permita someter lo requerido.

8. Que junto a esta declaración someto los documentos requeridos en relación a mi antigüedad y tiempo trabajado.

9. Que relevo de toda responsabilidad a la entidad que requiera esta declaración.

10. Que lo declarado es la verdad y sin ánimo de fraude o engaño alguno.

**Y PARA QUE ASÍ CONSTE**, juramos y suscribimos la presente en Guayama, Puerto Rico, hoy 18 de febrero de 2020.

_____
SONIA DÍAZ SUÁREZ
AFFIDÁVIT NÚM.: 5047

Jurado y suscrito ante mí por la arriba suscribiente, de las circunstancias personales anteriormente expresadas, y a quien identifico por conocerla personalmente DOY FE, en Guayama Puerto Rico, hoy 18 de febrero de 2020.

_____
NOTARIO PÚBLICO
Jesús Roberto Ramos-Puca