Carmen Peñaloza Clemente
Apt 2002 C/310
Fortunato Vizcarrondo
Carolina P.R. 00985

 

U.S. POSTAGE PAID
FCM LG ENV
CAROLINA, PR
00985
FEB 21, 20
AMOUNT
$1.20
R2304W120227-04

Honorable Laura Taylor Swain
  Secretaria (Clerk's office)
Tribunal de distrito De los Estados Unidos
  para Distrito de P.R.
150 Carlos Chardon Street, Federal Building
  San Juan P.R. 918-1767

RECEIVED & FILED
2020 FEB 24 PM 5:08
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR