

PRESS FIRMLY TO SEAL

CAROLINA, PR
00983
FEB 22, 20
AMOUNT
$7.75
R2305K133715-15

1005   00918

# UNITED STATES POSTAL SERVICE®

# PRIORITY MAIL

- Date of delivery specified*
- USPS TRACKING™ included to many major international destinations.
- Limited international insurance.
- Pick up available.*
- Order supplies online.*
- When used internationally, a customs declaration label may be required.

To schedule free Package Pickup, scan the QR code.



EXPECTED DELIVERY DAY: 02/24/20

USPS TRACKING® NUMBER





# PRIORITY ★ MAIL ★

UNITED STATES POSTAL SERVICE®
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: Felicita Isaac Canales
Ruta Rural #1
Box 35 E Carolina
P.R. 00983

TO: A/A Hon. Laura Taylor Swain
Secretaria de distritos de los E.U.
(clerk's office) para distrito P.R.
50 Carlos Chardon Street,
Federal Building San Juan P.R.
00918-1767.

Label 228, March 2016   FOR DOMESTIC AND INTERNATIONAL USE