Enid Rosa Gonzales
HC-02 Box 4459
Villalba P.R. 00766



FRI 21 FEB 2020

U.S. POSTAGE PAID
FCM LG ENV
VILLALBA, PR
00766
FEB 21, 20
AMOUNT
$0.30
1000    00918    R2303S101580-02

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, P.R. 00918-1767

SAN JUAN, P.R.
U.S DISTRICT COURT
CLERK'S OFFICE
2020 FEB 24  PM 5:08
RECEIVED & FILED