22 de febrero de 2020

Clerk's Office
United States District Court

Yo, René Ruiz Soto, Certifico que recibí la Notificación de documento defectuoso el 20 de febrero de 2020. Someto nuevamente la evidencia de certificación de pensión firmada originalmente, certificación años de Servicios y edad y la de fecha de antigüedad en la agencia. De necesitar otra documentación estoy en la mejor disposición de enviarla.

René Ruiz Soto

René Ruiz Soto
P.O Box 16
Añasco, P.R. 00610
Tel. 939-339-2737

ruizrene52@yahoo.com



RECEIVED & FILED
2020 FEB 24  PM 5:05
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.