# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión del **Prof. Rene Ruiz Soto**, con número de seguro social que termina en **0445**.

| | |
|---|---|
| Fecha de Efectividad de la Pensión | 1 de enero de 2014 |
| Tiempo Cotizado para Pensión | 31 años, 3 meses, 3 sem, 4.5 días |
| Pensión mensual Inicial | $ 2,846.25 |
| Pensión Mensual Actual | $ 2,846.25 |

Esta certificación se expide hoy, **7 de febrero de 2020** en **San Juan, Puerto Rico**.

**Edgardo Negron Ramirez**
Supervisor
Área de Servicios de Retiro



235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

787.777.1414   787.764.6910   www.srm.pr.gov

**SRM**
Gobierno de Puerto Rico
Sistema de Retiro para Maestros

CERTIFICACIÓN AÑOS DE SERVICIO Y EDAD

3 de diciembre de 2013

SRA MATILDE PEDRAZA
SECCION NOMBRAMIENTOS Y CAMBIOS
DEPARTAMENTO DE EDUCACIÓN

RE: René Ruiz Soto
SS: -0445

El profesor de referencia ha radicado una Solicitud de Retiro por la Ley 91 de 29 de marzo de 2004 (Ley del Sistema de Retiro para Maestros del Estado Libre Asociado de Puerto Rico).

[X] Años de Servicio  [ ] Edad  [ ] Diferida  [ ] Suplementaria

Al **30 de noviembre de 2013** fecha de su última aportación recibida

[X] cualifica  [ ] no cualifica  para acogerse a la jubilación y tiene el siguiente tiempo:

| AÑOS | MESES | SEMANAS | DÍAS | EDAD |
|------|-------|---------|------|------|
| 31   | 2     | 3       | 4½   | 57   |

Los pagos pendientes no están considerados en esta certificación. Los mismos son:
[ ] Reconocimiento de Tiempo
[ ] Diferencia en por ciento por transferencia recibida
[ ] Reembolso de Cuotas
[X] No aplica

Cualifica para una pensión al 75% del promedio de los 36 salarios más altos.

El tiempo certificado puede variar, de encontrarse diferencias en el Informe de Cambio, enviado por el Departamento de Educación u otras instituciones Gubernamentales y de existir anulaciones futuras entre cuentas que afecten las aportaciones del Sistema. Deberá permanecer cotizando en nuestro Sistema hasta la fecha que proyecta retirarse.

El plan médico y planes suplementarios deben ser pagados directamente a las aseguradoras hasta tanto envíen las autorizaciones de descuentos para tramitar su pensión.

Cordialmente,

Gretchen I Ferra Tirado
Principal Oficial Ejecutivo
Beneficios y Servicios

PROF RENE RUIZ SOTO
BOX 16
AÑASCO PR 00610

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**DEPARTAMENTO DE EDUCACIÓN**

8104006
8100690605

Región – Distrito: Mayaguez Anasco
Escuela: Oficina Del Superintendente



Luis G. Fortuño
Gobernador

Carlos Chardón
Secretario

22 de abril de 2009

A: RUIZ SOTO, RENE

### CERTIFICACIÓN DE FECHA DE ANTIGÜEDAD EN LA AGENCIA

Surge de los récords de esta Agencia que RUIZ SOTO, RENE cuyo número de empleado es 48898, y que ocupa el puesto *SUPERINTENDENTE AUX. DE ESCUELAS II*, tiene una fecha de ingreso al servicio público de *8/26/1981* con una antigüedad total de *27 años 7 meses 4 días* (la antigüedad total será la suma de todos los períodos trabajados en el servicio público según lo establecido en la Ley Núm. 7 de 9 de marzo de 2009 y la Carta Circular 2009-02 emitida por la Junta de Reestructuración y Estabilización Fiscal el 3 de abril de 2009)

En la eventualidad de que usted no esté de acuerdo con la antigüedad certificada, tiene derecho a presentar en la Oficina de Recursos Humanos de la Agencia un Formulario de Impugnación de Fecha de Antigüedad Notificada mediante la cual acompañará aquella evidencia documental oficial emitida por la autoridad o entidad gubernamental competente ("evidencia documental fehaciente") que sostenga su posición. Asimismo, tendrá derecho a exponer y fundamentar en dicho Formulario su versión en torno a la antigüedad alegada.

El término para que someta el Formulario de Impugnación de Fecha de Antigüedad y la evidencia documental oficial es de treinta (30) días calendario, a partir de la notificación de la presente. La fecha de notificación es la de la entrega, o de la fecha de envío por correo certificado con acuse de recibo de esta Certificación, según sea el caso.

De no presentar evidencia documental fehaciente, o no refutar dentro del término de treinta (30) días, la antigüedad aquí notificada, ésta será concluyente.

En caso de que presente, dentro del término de treinta (30) días el Formulario con evidencia fehaciente que controvierta la antigüedad notificada, la Agencia no tomará determinación final sobre la antigüedad sin antes darle oportunidad de tener una vista previa.

Atentamente,

*[firma]*

Carlos Chardón
Secretario