

U.S. POSTAGE PAID
PM 1-Day
AÑASCO, PR
00610
FEB 22, 20
AMOUNT
**$7.75**
1005  00918  R2305K136205-07

# PRIORITY MAIL®

## UNITED STATES POSTAL SERVICE

Flat Rate Mailing Envelope

Visit us at usps.com

EXPECTED DELIVERY DAY: 02/24/20

USPS TRACKING® NUMBER

9505 5105 5548 0053 3106 53

**Expéditeur:**
René Ruiz Soto
P.O Box 14
Añasco, P.R. 00610

**To:/Destinataire:**
CLERK'S OFFICE
United States District Court
Room 150 Federal BLDG
San Juan, P.R. 00918-1767

**Country of Destination/Pays de destination:**

SAN JUAN, PR
U.S. DISTRICT COURT
CLERK'S OFFICE
2020 FEB 24 PM 5:06
RECEIVED & FILED







