REPLICA DE OBJECION GLOBAL

I. Datos de contacto

Nombre: Carmen J. Faría Martínez

Dirección: Calle Luis F. Dessús #15, Juana Díaz, P.R. 00795

Teléfono: 787-901-6650

II. Epígrafe

A. Secretaría (Clerk's Office)

Tribunal de Distrito de los Estados Unidos

Room 150 Federal Building

San Juan (Puerto Rico) 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Numero de Procedimiento: 17 BK 3283-LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

Número de las evidencias por reclamo

#49762 - Ley #89 - Romerazo – Efectiva en 1 de julio de 1996

#94057 - Ley de Escala Salarial – Pasos, del 6 de junio de 2008

#96621 – Ley #96 (2002) del Dr. Pedro Roselló – efectiva julio de 2002

Ley #164(2004) de la Sra. Sila M. Calderón efectiva enero de 2004

III. El Tribunal no debe declarar a lugar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes

Ley 89 Romerazo – Efectiva en 1 de julio de 1996

Ley de Escala Salarial – Pasos del 6 de junio de 2008

Ley #96 (2002) del Dr. Pedro Roselló – efectiva julio de 2002

Ley #164(2004) de la Sra. Sila M. Calderón efectiva enero 2004

IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con el Departamento de Educación de Puerto Rico desde el . de *Agosto* de *1966* hasta el *29* de *julio* de *2000* (. años) de labor como *maestra escuela elemental*.

Se esta reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo:

*Certificación de años trabajados en el Depto. Educación como maestra escuela elemental.*

Debido a la reciente situación de emergencia por terremotos en Puerto Rico se están enviando las réplicas en esta fecha. De necesitar información o documentación adicional favor de comunicarse con la que suscribe,

2

Reclamante: Carmen I. Faría Martínez

Número de procedimiento: 17 BK 3283 LTS

Número de reclamación: 94185, 107409, 85382

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde agosto 1966 hasta julio 2002, como maestra de escuela elemental, en el Depto de Educación del Estado Libre Asociado de P.R.

1- Ley 89 - julio de 1995 - Romerazo
2-

Así como otras, leyes aprobadas, que me apliquen y no se me otorgó la compensación adecuada.

Gracias por atender esta reclamación.

Atentamente,
Carmen I. Faría Martínez
Carmen I. Faría

2-21-2020

Carmen I. Faría Martínez
Dirección: Calle Luis J. Dessús #15
Juana Díaz, P.R. 00795

Teléfono: 787-901-6450

Por este medio estoy añadiendo a mi reclamación con fecha de 6-27-2018 lo siguiente:

Evidencia de que trabajé para el Depto. Educación en P.R. desde agosto 1966 hasta julio 2000.

El monto de mi reclamación es de 7,200.

Favor de enmendar mi reclamación con los cambios indicados.

Gracias por su atención.

Carmen I. Faría Martínez
Carmen I. Faría