Carmen J[...]
Calle Luis F. Dessús #15
Juana Díaz, P.R. 00795

RECEIVED & FILED
2020 FEB 24 PM 5:07
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

U.S. POSTAGE PAID
FCM LG ENV
JUANA DIAZ, PR
00795
FEB 21, 20
AMOUNT
$1.20
R2303S104071-12

Secretaría (Clerk's Office)
Tribunal de Distrito de E.U.
Room 150 Federal Building
San Juan P.R. 00918-1767