24 de enero de 2020

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| As representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, et al.,<br>Debtors. | **This filing relates to the Commonwealth, HTA, and ERS** |

El motivo para unirme a la Objeción Global es, que el gobierno de Puerto Rico utilizo mis aportaciones al Sistema de Retiro sin mediar una autorización o solicitud formal. Ese dinero fue utilizado para el pago a Acreedores del Gobierno de Puerto Rico.

Solicitamos muy respetuosamente a este Tribunal que este dinero sea devuelto.

*[signature]*
Olga Isaac Canales
Ruta Rural# 1 Buzón 35 E
Carolina, Puerto Rico 00984
Teléfono: 787 (989-6048)
 787 (762-1181)

RECEIVED & FILED
2020 FEB 24 PM 5: 05
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

### Promesa III

La siguiente es para informarle que los documentos requeridos, no fueron enviados antes por razones de problemas de salud en la familia. Tuve que salir del país, al volver busque todos los documentos necesarios lo más rápido posible para poder enviarlos.

Le agradeceré la atención a la misma y les pido disculpa por la tardanza.

Gracias,

**OLGA ISAAC CANALES**

**CASO # 127631**

**CASO # 147087**