

# PRIORITY MAIL

- Date of delivery specified*
- USPS TRACKING™ included to many major international destinations.
- Limited international insurance.
- Pick up available.*
- Order supplies online.*
- When used internationally, a customs declaration label may be required.

EXPECTED DELIVERY DAY: 02/24/20

USPS TRACKING® NUMBER



9505 5128 7252 0053 4034 00

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

PRIORITY MAIL



VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: Olga Isaac Canales
Ruta Rural #1
Box 35 E Carolina
P.R. 00983

TO: A/A Hon. Laura Taylor Swain
Secretaria de distritos de los
E.U. (clerk's office) para
distrito P.R. 50 Carlos Chardon
Street, Federal Building
San Juan P.R. 00918-1767.
00918

Label 228, March 2016        FOR DOMESTIC AND INTERNATIONAL USE