18 de enero de 2020

A quien pueda interesar

Junta de Supervisión y Administración Financiera para Puerto Rico como Representante de Estado Libre Asociado y otros.

Anexo C

Carmen E Vázquez Álvarez
#de reclamación 91432

Arizona #2 Casa #12
Arroyo, PR 00714

POBox 698
Arroyo, PR 00714

787-929-9727

Date Field Julio 3,2018
Case Numbers 17-BK-03566-LTS
Cantidad $10,000.00

    Secretaia (Cleark's Office)
    Tribunal de Distrito de loa Estados Unidos
    Room 150 Federal Building
    San Juan, PR 00918-1767

    Abogado de la Junta de Supervición
    (Counsel for the Oversigth Board)
    Proskaver Rose LLP
    Even Tine Square
    Nueva York, Nueva York 10036-8299
    A/A martin J Bienenstock
    Brian S Rosen

    Abogado del Comité de Acreedores
    (Conseul for the Creditor's Committee)
    Paul Hastings LLP
    200 Park Avenue
    Nueva York, Nueva York 10166
    A/A Luc A Despins
    James Worthington
    G. Alexander Bongartz

[Stamp: RECEIVED & FILED 2020 FEB 24 PM 5:09 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN PR]

Motivo(s) para oponerme a la objeción legal

Adjunto evidencia de que fui empleada del Estado Libre Asociado de Puerto Rico, siendo parte del Departamento de Educación por 30 años desde 13 de noviembre de 1978 hasta el 31 de julio de 2013, donde me retiré.

Por tanto mi reclamación es válida contra el Estado Libre Asociado de Puerto Rico, cuando llenó la reclamación desconocía el monte de la misma, alegando que es aproximadamente de 10,000.00.

Envío de

1- Departamento Educación Sección de nombramientos y cambios Apartado 190759 San Juan P.R 00919-0759
2- Solicitud de retiro
3- Carta renuncia por años de servicios
4- Aceptación de renuncia

*Carmen E. Vázquez Álvarez*