

27 de marzo de 2013

DEPARTAMENTO DE EDUCACION  
Sección de Nombramientos y Cambios  
APARTADO 190759  

SAN JUAN PR 00919 0759

Solicitud No: 565904  
Radicada en: 12 ene 2013

Atención: Sra. Matilde Pedraza

El(la) profesor(a) CARMEN VAZQUEZ ALVAREZ con seguro social XXX-XX-3408 ha radicado una Solicitud de Retiro por la Ley 91 del 29 de marzo de 2004 (Ley del Sistema de Retiro para Maestros del Estado Libre Asociado de Puerto Rico).

[X] Años de Servicio    [ ] Edad    [ ] Diferida    [ ] Suplementaria

Al 5 de febrero de 2013, fecha de su última aportación recibida,  
[X] cualifica [ ] no cualifica para acogerse a la jubilación y tiene el siguiente tiempo:

29 Años, 8 Meses, 2 Semanas, 1.22 Dias y su edad es 59 años.

Los pagos pendientes no están considerados en esta certificación. Los mismos son:  
[ ] Reconocimiento de Tiempo [ ] Diferencia en % por transf. recibida  
[ ] Reembolso de Cuotas        [X] No aplica

Cualificará para una pensión al 75% del promedio de los 36 salarios más altos, de haber cotizado 30 años de servicios. De tener menos de 30 años de servicio, cualificará para una pensión al 1.8% del promedio de los 36 salarios más altos, multiplicado por el tiempo cotizado.

El tiempo certificado puede variar, de encontrarse diferencias en el Informe de Cambio, enviado por el Departamento de Educación u otras Instituciones Gubernamentales y de existir anulaciones futuras entre cuentas que afecten las aportaciones del Sistema. Deberá permanecer cotizando en nuestro Sistema hasta la fecha que proyecta retirarse.

El plan médico y planes suplementarios deben ser pagados directamente a las aseguradoras hasta tanto envíen las autorizaciones de descuentos para tramitar su pensión.

Cordialmente,

Ivonne L. Ortiz Valladares  
Principal Oficial Ejecutivo De Beneficios Y Servicios

C    CARMEN E. VAZQUEZ ALVAREZ                                XXX-XX-3408  
     BOX 698  

     ARROYO, PR 00714

P.O. Box 191879 Hato Rey, PR 00919-1879   Teléfono: (787) 777-1414  
http://www.srm.pr.gov    E-mail: srm_correspondenciaconsulta@srm.pr.gov

SRM-asr-3
Rev. 05/04

Estado Libre Asociado de Puerto Rico
Sistema de Retiro para Maestros
Area Servicios de Retiro

# SOLICITUD DE RETIRO

Para uso de la SRM

**Nota:** Conteste todas las preguntas. Escriba a máquina o con tinta en letra de molde. Si no hay espacio suficiente use otro papel y acompáñelo a ésta solicitud. **LEA INSTRUCCIONES AL DORSO.**

Por la presente solicito los beneficios del Retiro, de acuerdo a las disposiciones de la Ley Núm. 91 del 29 de marzo de 2004, según enmendada.

**1. Nombre:** Carmen E. **Apellido Paterno:** Vázquez **Apellido Materno:** Álvarez
**2. Seguro Social:** _____
**3. Sexo:** ☒ Femenino ☐ Masculino
**4. Estado Civil:** ☒ Soltero(a) ☐ Casado(a) ☐ Divorciado(a) ☐ Viudo(a) ☐ Separado(a)

**5. Dirección Postal:** Box 698, Arroyo Puerto Rico 00714
**6. Número de Teléfono:** 787-929-9727 / 787-839-8849
**7. Fecha de Nacimiento:** Día 17 / Mes 1 / Año 1954

**8. Dirección Residencial:** Arizona #2 casa #12, Arroyo Puerto Rico 00714
**9. Agencia donde trabaja:** Departamento de Educación

**10. Pueblo donde trabaja:** Arroyo, Puerto Rico
**11. Puesto que ocupa:** maestra
**12. Fecha de efectividad de la renuncia:** 31-julio-2013

**13. Préstamo con SRM:** ☐ Sí ☒ No
**Tipo:** ☐ Hipotecario ☐ Personal ☐ Viaje Cultural

**14. Razón para el Retiro:** ☒ Años de Servicio y Edad ☐ Diferido ☐ Edad (60 años con 10 años de servicio y menos de 25 años de Servicio)

**15. Nombre del Cónyuge:**

**16. Nombre de hijos menores de 18 años de edad** | **Fecha de Nacimiento (Mes, Día y Año)**

Fecha: 11 de enero de 2013
Firma del Solicitante: Carmen E. Vázquez Álvarez

## PARA USO DEL PATRONO

### CERTIFICACIÓN DEL SUPERVISOR INMEDIATO

**17. CERTIFICO que** Carmen E Vázquez Álvarez **se encuentra actualmente en** servicio activo

; la fecha de Renuncia es efectiva el 31-jul.-13

Fecha: 18 diciembre 2012

María L Rodrí___
Superintendente de Escuelas
Jefe de Personal del Departamento o Agencia

Vea Instrucciones al dorso



## DEPARTAMENTO DE EDUCACIÓN
### GOBIERNO DE PUERTO RICO

## ESCUELA ADALBERTO SÁNCHEZ MORALES

### ARROYO, P.R.

20 de mayo de 2013

A: Sra. Carmen Vázquez Álvarez

Maestra

Esc. Adlaberto Sánchez Morales

Yo María I. Rodríguez Valentín, directora de la esc. Adalberto Sánchez Morales acepto la renuncia de la Sra. Carnen E Vázquez Álvarez hoy 20 de mayo de 2013. La Sra. Vázquez se acoje al retiro por edad y servicio efectivo al 31 de Julio de 2013. La profesora podra llegar hasta la escuela para recibir copia fiel y exacta de su archivo de asistencia y personal al cual tiene derecho.

La Sra. Vázquez ejerció su profesión con ahinco, esmero y profesionalismo, le deseamos todo lo mejor del mundo en sue tapa de jubilación.

Cordialmente,

Profa. María I. Rodríguez Valentín

Directora – Esc. Adalberto Sánchez Morales

29 de mayo de 2013

A: Sra. María I. Rodríguez Valentín
   Directora
   Esc. Adalberto Sánchez Morales

Asunto: Carta de renuncia por años de servicios

Espero se encuentre bien de salud. El propósito de esta es presentar mi renuncia como maestra de la escuela Adalberto Sánchez Morales la cual usted dirige. La misma es por motivo de acogerme a los beneficios de jubilación, ya que próximamente estaré cumpliendo treinta años en el sistema educativo en el Departamento de Educación. La misma será efectiva el 31 de julio de 2013.

Deseo expresarle mi agradecimiento en los dos años que hemos trabajado juntas por la educación de nuestros niños.

Cordialmente,

*[firma]*
Sra. Carmen E Vázquez Álvarez
   Maestra