Carmen E. Vázquez Álvarez
Box 698
Arroyo, P.R. 00714

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 1767 - 00918

2020 FEB 24 PM 5:09
CLERK'S OFFICE
U.S. DISTRICT COURT

CERTIFIED MAIL
7013 2250 0000 6662 6787

MIX
Envelope
FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2016