Carmen Cintejor
C Luna 10707 A17 del Alba
Villalba PR 00766

7019 2970 0002 2732 2092

CERTIFIED MAIL

Secretaria (Clerk's Office)
Tribunal de Distrito de los EU.
Room 150 Federal Building
San Juan. P.R. 00918-1767

RECEIVED & FILED
2020 FEB 24 PM 5:10
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

USPS 1000 00918
FCM LETTER
MERCEDITA, PR 00715
FEB 22, 20
AMOUNT $6.95
R2305M144696-03