RECEIVED
2020 FEB 24 PM 5:09
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

TRIBUNAL DE DISTRITO FEDERAL

RESUME DE MIS AÑOS DE SERVICIO

NOMBRE: EFRAIN CINTRON DIAZ #SS-6522

DIRECCION POSTAL - P.O. BOX 37-1695

CAYEY, PR-00737

TELEFONO: 386 864 4291

LEY 89 DEL ROMENAZO - 1979 AL 1997

$50.00 X 12 $600.00 X 18 AÑOS=
PARA UN GRAN TOTAL DE $14,800.00

AL RETIRARME EN EL 1997 - LA LEY #89
TIENE UN MONTO ADEUDADO DE $14,800.00
NUM DE RECLAMACION =
FECHA DE ENVIO - 6-25-18

NUMERO DE RECLAMACIONES = FECHAS DE PRESENTAC.
① 51705 =    MONTO=$6000.00 6-25-2018
② 82238 = $4,650.00         "
③ 84715 = $5,800.00          "

ANEJO 20 TALES CARTAS DE LAS RECLAMACIONES
② CERTIFICACION DEL SISTEMA DE RETIRO-MAESTROS
③ INFORME DE LA RENTA ANUAL VITALICIA
④ CERTIFICACION DEL DE. DPTO EDUCACION
⑤ PRIME CLERK - RECIEVER PROOF CLAIM
⑥   "       "       "       "
⑦   "       "       "       "

LEY #89 - $50.00 X 12 $600.00 X 18 = $14,800.00

EFRAIN CINTRON DIAZ
18-2-2020