FROM: EFRAIN CINTRON DIAZ
P.O. BOX 37-1695
CAYEY, P.R. 00737

RECEIVED
2020 FEB 24 PM 5:09
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

TO: SECRETARIA (CLERK OFFICE)
TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
ROOM 150 FEDERAL BUILDING
SAN JUAN, PUERTO RICO 00918-1767