# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                          Debtors. [1] | PROMESA<br><br>Title III<br><br>Case No. 17-BK-3283 (LTS)<br><br>Jointly Administered |

### APPLICATION FOR ADMISSION *PRO HAC VICE* BY BENJAMIN BUTTERFIELD

COMES NOW Benjamin Butterfield ("Applicant") respectfully stating and praying as follows:

1. Applicant is an attorney with the law firm of Morrison & Foerster LLP, with offices at:

   **Address:** 250 West 55th Street, New York, NY 10019
   **Email:** bbutterfield@mofo.com
   **Telephone:** 212-336-4157
   **Fax:** 212-468-7900

2. Applicant has been retained as counsel by Puerto Rico Ban (VL) LLC, Puerto Rico Ban (CI) LLC, Puerto Rico Ban (CIII) LLC, Puerto Rico Ban (CE) LLC, Puerto Rico Ban (IV) LLC, Puerto Rico Ban (V) LLC, and Fir Tree Inc. that hold the series of bond anticipation notes issued by the Puerto Rico Infrastructure Financing Authority and designated as Puerto Rico

---

[1] The Debtors in the jointly-administered Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801).

Infrastructure Financing Authority, Dedicated Tax Fund Revenue Bond Anticipation Notes, Series 2015.

3. Applicant will sign all pleadings and papers with the name Benjamin Butterfield.

4. Since October 15, 2014, Applicant has been and presently is a member in good standing of the Bar of the highest court in the State of New York, where Applicant regularly practices law. Applicant's New York State bar license number is 5286778.

5. Applicant has been admitted to practice and is a member in good standing of the bar in the following court in New York:

| **Court** | **Admission Date** |
|---|---|
| United States District Court for the Southern District of New York | October 27, 2015 |
| United States District Court for the Eastern District of New York | October 27, 2015 |

6. Applicant hereby attests that he is not suspended from practice nor has he been the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges in any court or jurisdiction.

7. Applicant has not filed for pro hac vice admission in the U.S. District Court for the District of Puerto Rico in the preceding three years.

8. Local counsel of record associated with applicant in this matter are:

> **G. CARLO-ALTIERI LAW OFFICES, LLC**
> **Gerardo A. Carlo**
> USDC PR No. 112009
> Mª Mercedes Figueroa y Morgade
> USDC PR No. 207108
> Telephone: (787) 247-6680
> 254 San Jose St., Third Floor
> San Juan, Puerto Rico 00901
> Telephone: (787) 247-6680
> Facsimile: (787) 919-0527
> gacarlo@carlo-altierilaw.com
> figueroaymorgadelaw@yahoo.com

9.  Applicant has read the Local Rules of this Court and will comply with them including the provision which requires the payment of an admission fee in the amount of $300.00 to the Clerk, U.S. District Court.

**WHEREFORE**, Applicant respectfully requests to be admitted *pro hac vice* in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: February 25, 2020.

Benjamin Butterfield
Printed Name of Applicant

*/s/ Benjamin Butterfield*
Signature of Applicant

## CERTIFICATE OF LOCAL COUNSEL AND OF SERVICE

We hereby certify pursuant to L.Cv.R. 83A(f) that we consent to the designation of local counsel of record for all purposes and that we caused to be delivered a copy of the foregoing to the Clerk of the Court with the admission fee or made payment electronically. We also certify that we filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties required to receive notice in the captioned proceeding. In San Juan, Puerto Rico, this 25th day of February 2020.

**G. CARLO-ALTIERI LAW OFFICES, LLC**

By: */s/ Gerardo A. Carlo*
Gerardo A. Carlo
USDC PR No. 112009
Telephone: (787) 247-6680
gacarlo@carlo-altierilaw.com

By: */s/ Mª Mercedes Figueroa y Morgade*
Mª Mercedes Figueroa y Morgade
USDC PR No. 207108
Telephone: (787) 234-3981
figueroaymorgadelaw@yahoo.com

254 San Jose St., Third Floor
San Juan, Puerto Rico 00901
Telephone: (787) 247-6680
Facsimile: (787) 919-0527

ny-1869332

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                              Debtors. | PROMESA<br><br>Title III<br><br>Case No. 17-BK-3283 (LTS)<br><br>Jointly Administered |

## ORDER

The Court, having considered the Application for Admission *Pro Hac Vice filed by* **Benjamin Butterfield, Esq.**, hereby orders that the application is granted.

The Clerk of Court shall deposit the admission fee into the account of Non-Appropriated Funds of this Court under the authority of L.Cv.R. 83A(f).

SO ORDERED.

In San Juan, Puerto Rico, this ____ day of _____, 2020.

                                                                                      _____
                                                                                      Hon. Laura Taylor Swain
                                                                                      U.S. District Court Judge

ny-1869332