IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x
In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, et al.,

    Debtors.[1]
-------------------------------------------------------------------x
In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

PUERTO RICO HIGHWAYS AND TRANSPORTATION
AUTHORITY

    Debtors.
-------------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

PROMESA
Title III

No. 17 BK 3567-LTS

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

---------------------------------------------------------------------x
THE FINANCIAL OVERSIGHT AND

MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of                                      No. 20 AP 005-LTS

THE COMMONWEALTH OF PUERTO RICO, et al.,

                Plaintiffs,

    v.

AMBAC ASSURANCE CORPORATION, ASSURED GUARANTY CORP., ASSURED GUARANTY MUNICIPAL CORP., NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION, FINANCIAL GUARANTY INSURANCE COMPANY, PEAJE INVESTMENTS LLC, and THE BANK OF NEW YORK MELLON, as Fiscal Agent,

                Defendants.
---------------------------------------------------------------------x
THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of                                      No. 20 AP 007-LTS

PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY

    and

THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS (OTHER THAN COFINA AND PBA),

                Plaintiffs,

    v.

AMBAC ASSURANCE CORPORATION, ASSURED GUARANTY CORP., ASSURED GUARANTY MUNICIPAL CORP., NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION, FINANCIAL GUARANTY INSURANCE COMPANY, PEAJE INVESTMENTS LLC, and THE BANK OF NEW YORK MELLON, as Fiscal Agent,

                Defendants.
---------------------------------------------------------------------x

## ORDER

This matter is before the Court on the *DRA Parties' Unopposed Urgent Motion for Leave to Exceed Page Limit with respect to Omnibus Reply in Support of DRA Parties' Participation Motions [Case No. 17-3283, Dkt. No. 10835], Adv. Proc. No. 20-00007, Dkt. No. 14]. [Adv. Proc. No. 20-00005, Dkt. No. 11]* (Dkt. No. 11684 in 17-BK-3283; Dkt. No. 702 in 17-BK-3567; Dkt. No. 24 in 20-AP-005; Dkt. No. 27 in 20-AP-007) (the "Urgent Motion").

Taking note of the agreement among the parties, the Court hereby ALLOWS the Urgent Motion. The DRA Parties[2] may file one omnibus reply in support of the Participation Motions of no more than twenty-five (25) pages, exclusive of the cover page, table of contents and authorities, signature pages, exhibits, and certificate of service.

This order resolves Dkt. No. 11684 in 17-BK-3283; Dkt. No. 702 in 17-BK-3567; Dkt. No. 24 in 20-AP-005; Dkt. No. 27 in 20-AP-007.

SO ORDERED.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: February 25, 2020

---

[2] Capitalized terms not defined herein shall have the meanings given to them in the Urgent Motion.