UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### ORDER REGARDING SPANISH-LANGUAGE RESPONSES TO 124TH THROUGH 150TH AND 155TH THROUGH 157TH OMNIBUS OBJECTIONS TO CLAIMS

The Court has received and reviewed the One Hundred Twenty-Fourth, One Hundred Twenty-Fifth, One Hundred Twenty-Sixth, One Hundred Twenty-Seventh, One Hundred Twenty-Eighth, One Hundred Twenty-Ninth, One Hundred Thirtieth, One Hundred Thirty-First, One Hundred Thirty-Second, One Hundred Thirty-Third, One Hundred Thirty-Fourth, One Hundred Thirty-Fifth, One Hundred Thirty-Sixth, One Hundred Thirty-Seventh, One Hundred Thirty-Eighth, One Hundred Thirty-Ninth, One Hundred Fortieth, One Hundred Forty-First, One Hundred Forty-Second, One Hundred Forty-Third, One Hundred Forty-Fourth, One Hundred Forty-Fifth, One Hundred Forty-Sixth, One Hundred Forty-Seventh, One Hundred Forty-Eighth, One Hundred Forty-Ninth, One Hundred Fiftieth, One Hundred Fifty-Fifth, One Hundred Fifty-Sixth, and One Hundred Fifty-Seventh omnibus objections to claims (respectively, Docket Entry Nos. 9892, 9894, 9895, 9897, 9900, 9901, 9903, 9905, 9906, 9907,

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

9908, 9911, 9912, 9915, 9917, 9921, 9933, 9934, 9935, 9936, 9937, 9938, 9939, 9940, 9941, 9942, 9943, 9944, 9945, and 9946 in Case No. 17-3283) (collectively, the "Objections") that were filed by the Debtors and are currently scheduled to be heard at the Omnibus Hearing on March 4 and 5, 2020.  In connection with the Objections, the Court has received, and anticipates continuing to receive, responses (the "Responses") of various claimants (each a "Respondent" and collectively, the "Respondents") that are in Spanish, contain attachments in Spanish, and/or are based upon proofs of claim that were filed in Spanish.  It appears possible that the Respondents may wish to appear in Court in connection with the Objections and that, in such event, Spanish-English interpretation services may be necessary.

The Court understands that the Debtors intend to file a notice or notices of adjournment of the Responses to the Omnibus Hearing scheduled for **April 22, 2020**.  The Debtors are directed to promptly meet and confer with the Respondents.  To the extent that the Debtors intend to continue to prosecute the Objections relating to the Respondents' claims, the Oversight Board is directed to file certified translations of any Spanish-language portions of the Responses contemporaneously with the Debtors' replies in support of the Objections.  To the extent that any Respondent intends to appear at the hearing in connection with the Objections, the Oversight Board shall provide any necessary interpretation services for such Respondent.  The Oversight Board is directed to consult with the Court Services Section of the United States District Court for the District of Puerto Rico to procure suitable interpreter services.

Each Respondent is free to bring to the hearing at his or her own expense a certified Spanish-English interpreter if such Respondent does not wish to utilize the services of the interpreter provided by the Debtors.

The Debtors are directed to serve a copy of this Order on each Respondent and file a certificate of such service within five (7) days of the date hereof.

SO ORDERED.

Dated: February 25, 2020

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge