UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO,<br>et al., | (Jointly Administered) |
| Debtors.[1] | |

------------------------------------------------------------x

Order Regarding Procedures For Attendance,
Participation And Observation Of March 4-5, 2020 Omnibus Hearing

Beginning on **March 4, 2020 at 9:30 a.m.** (Atlantic Standard Time)[2], the Court will conduct an omnibus hearing on certain motions in the above-captioned cases (the "Hearing") and related adversary proceedings in Courtroom 3[3] of the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767, and by video teleconference in Courtroom 17C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.  The Hearing will be conducted on March 4, 2020, from 9:30 a.m. to 12:00 p.m., resume if necessary from 1:00 p.m. to 5:00 p.m., and continue if necessary on March 5, 2020, beginning at 9:30 a.m.  An agenda outlining the matters to be addressed and the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Attendees should note that daylight savings time went into effect on November 3, 2019.  As such, the hearing will take place at 9:30 a.m. Atlantic Standard Time, which is 8:30 a.m. Eastern Standard Time, on March 4-5, 2020.

[3] Attendees should check with court staff in the lobby of the courthouse on the morning of the hearing to confirm the courtroom location.

projected timetable will be filed by Debtors' counsel by March 2, 2020 in accordance with the Tenth Amended Case Management Procedures.

Judge Swain will be present in the San Juan courtroom and video-teleconferencing facilities will be available in the New York courtroom.  Counsel who intend to speak at the Hearing may attend the proceedings in the San Juan courtroom or the New York courtroom.  **Counsel who intend to speak at the Hearing must file an Informative Motion** stating the names of all attending counsel and identifying the party for which they intend to appear, the agenda items in connection with which they intend to speak, and the location (New York or San Juan) at which they intend to appear, **no later than February 28, 2020, at 5:00 p.m.** (Atlantic Standard Time).

Other attorneys, members of the press and the general public may attend and observe the Hearing in either of the courtrooms.  There will also be a live feed of the proceedings for members of the press available in the press room in the New York courthouse and in a designated space in the San Juan courthouse.  Attorneys who have entered an appearance in the Title III proceedings may register to listen-in on the proceedings by telephone.  Such attorneys must register with CourtSolutions at www.court-solutions.com **no later than February 28, 2020 at 5:00 p.m.** (Atlantic Standard Time) and pay the fee established by CourtSolutions.  No recording or retransmission of the Hearing is permitted by any person, including, but not limited to, the parties or the press.  Failure to comply may result in sanctions, including suspension of press privileges for members of the press in either court.

SO ORDERED.

Dated: February 25, 2020

  /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge