13 DE FEBRERO DE 2020.

RECEIVED & FILED

2020 FEB 18  PM 5: 15

CLERK'S OFFICE
U.S. DISTRICT COUA
SAN JUAN, P.R.

I. DATOS DE CONTACTO:

NOMBRE: YOLANDA COLÓN WILLIAMS

DIRECCION: URB. VISTAS DEL CONVENTO

CALLE 4/ BLOQUE 2E/23 FAJARDO PR. 00738

NUMERO DE TELEFONO:(787)909/0115 (787)801/5830

DIRECCION CORREO ELECTRÓNICO: YCOLON457@GMAIL.COM

H. EPIGRAFE:

NOMBRE DEL TRIBUNAL: TRIBUNAL DE DISTRITO DE ESTADOS UNIDOS  PARA EL DISTRITO DE

PUERTO RICO.

NOMBRE DE DEUDORES: JUNTA  DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA
PUERTO RICO, COMO REPRESENTANTE DE ESTADO LIBRE ASOCIADO DE PUERTO RICO.

NUMERO DE PROCEDIMIENTO: 17BK03566-LTS

17BK03283LTS

TITULO DE LA OBJECION GLOBAL: NOTIFICACIÓN DE LA CENTESIMA TRIGESIMA SEXTA
OBJECION GLOBAL DEL ELA DE PUERTO RICO.

NUMEROS DE EVIDENCIA DE RECLAMOS RELACIONADOSDE PRIMER CLERK: 163575

17BK03283 LTS

17BK03566-LTS

III. MOTIVOS PARA OPONERSE: DURANTE LOS AÑOS DE 1979 AL 2010 TRABAJE COMO
MAESTRA PARA EL GOBIERNO DE PUERTO RICO. DURANTE  ESOS ANOS SE ABROBARON LAS
LEYES#89(ROMERASO) Y LA LEY DE SILA CALDERON EN EL 2002 Y NO ME OTROGARON LOS
BENEFICIOS CORRESPONDIENTES AUMENTO SALARIAL SIGNIFICADO DE ESAS LEYES.

DOCUMENTACION JUSTIFICADA: ADJUNTO EVIDENCIAS DE EMPLEO DE MAESTRA CON EL

1

**GOBIERNO DE PUERTO RICO DURANTE LOS EL TIEMPO DE 1979 AL 2010.**

**Estado Libre Asociado de Puerto Rico**

Secretaría Auxiliar de Recursos Humanos

271--2--04--0398

9 de marzo de 2005

# C E R T I F I C A C I O N

| Certifico que | : | YOLANDA COLON WILLIANS |
|---|---|---|
| Seguro Social | : | |
| Categoría | : | MAESTRO ELEMENTAL |
| Distrito Escolar | : | FAJARDO |
| Sueldo Mensual | : | $2,630.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | Desde el 1 de febrero de 1979 hasta el presente. |
| Cesó | : | N/A |
| Renunció | : | N/A |
| Otros | : | Ha prestado servicios para el Departamento por veinticinco (25) años, cuatro (4) meses, tres (3) semanas y tres (3) días. |



Matilde Pedraza Veduc
Supervisora
Unidad Verificaciones de Empleo
Personal Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrima por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

# CERTIFICADO

# VITALICIO

## LA SECRETARIA DE EDUCACION

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACION
SAN JUAN DE PUERTO RICO



POR LA PRESENTE CONFIERE A:

YOLANDA COLON WILLIAM

EL PRESENTE CERTIFICADO DE MAESTRO QUE LO FACULTA PARA EJERCER COMO

MAESTRA DE ESCUELA ELEMENTAL

EN LAS ESCUELAS PUBLICAS O PRIVADAS DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO

EXPEDIDO DESDE  3  noviembre  DE 19  91

DADO EN SAN JUAN DE PUERTO RICO EL  18 diciembre  DE 19  92

SECRETARIA DE EDUCACION

Número  1156

REV 04/2009

Estado Libre Asociado de Puerto Rico
**Sistema de Retiro para Maestros**

20 de noviembre de 2009

SRA. MATILDE PEDRAZA                              Prof:   YOLANDA COLON WILLIAMS
SECCION DE NOMBRAMIENTOS Y CAMBIOS               Seguro Social: XXX-XX-4421
DEPARTAMENTO DE EDUCACION

El (La) profesor (a) de referencia ha radicado una solicitud de retiro por la Ley Núm. 91 del 29 de marzo de 2004 (Ley del Sistema de Retiro para Maestros del Estado Libre Asociado de Puerto Rico).

[X] Años de Servicio        [ ] Edad        [ ] Diferida        [ ] Suplementaria

AL <u>25 de septiembre de 2009</u>fecha de su última cotización recibida.

[X] cualifica [ ] no cualifica, para acogerse a la jubilación, y tiene el siguiente tiempo:

| AÑOS | MESES | SEMANAS | DIAS | | EDAD |
|------|-------|---------|------|---|------|
| 30 | 5 | 3 | 3 | | 53 |

Los pagos pendientes no están consideradas en esta certificación.  Los mismos son:

[ ] Reconocimiento de Tiempo
[ ] Diferencia en Por Ciento por Transferencia Recibida
[ ] Reembolso de Cuotas
[ ] Otros

De cualificar para pensión y tener menos de 30 años de servicio cotizados, cualifica para una pension calculada al 1.8 por ciento del promedio de los 36 salarios más altos, multiplicado por el tiempo cotizado.

El tiempo certificado puede variar, de encontrarse diferencias en el Informe de Cambio enviado por el Departamento de Educación u otras Instituciones Gubernamentales y de existir anulaciones futuras entre cuentas que afecten las Aportaciones del Sistema. Deberá permanecer cotizando en nuestro Sistema hasta la fecha que proyecta retirarse.

Las Pólizas de Salud y Planes Médicos deben ser pagados directamente a las aseguradoras hasta tanto sometan las autorizaciones de descuentos para tramitar en su pensión.

Todas las aportaciones deben estar en el sistema al momento de procesar su pensión.

Cordialmente,

Ivonne L. Ortiz Valladares                              Samuel Alejandro

Directora                                          Sección Investigación y
Area Servicios de Retiro                           Análisis de Aportaciones

CF:PROF:YOLANDA COLON WILLIAMS
URB VISTA DEL CONVENTO
2E 23 CALLE 4
FAJARDO, PR 00738

From: Yolanda Colón Williams
Urb. Vistas del Convento
Calle 4 bloque 2E-23
Fajardo P.R. 00738

To: Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

14 FEB 2020 PM 1 L

Illinois 1818

RECEIVED & FILED
2020 FEB 18 PM 5:16
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

00918#3207

# Réplica a la Centésima Vigésima Octava Objeción Global

**DATOS DE CONTACTO**

Nombre:  Luis A. Maldonado García

Dirección:  2114 Calle Colina

          Valle Alto

          Ponce, PR  00730

Número de Teléfono:  787-840-3139

Dirección de Correo Electrónico:   multicolors79@hotmail.com



**EPIGRAFE**

Nombre del Tribunal:  Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico

Deudores:  El Estado Libre Asociado de Puerto Rico (Commonwealth of Puerto Rico)

Numero Procedimiento:  17BK3283-LTS  (17-03283)

Título de la Objeción Global:  Centésima Vigésima Octava Objeción Global

Numero De Reclamo:  124714

Schedule Number:  834443

**MOTIVO PARA OPONERSE A LA OBJECION GLOBAL**

A el demandante (acreedor) Sr. Luis A. Maldonado Garcia no se le orientó adecuadamente cuando el estableció y llenó su reclamo contra el Estado Libre Asociado de Puerto Rico.  El demandante no sabía que tenía que incluir evidencia estableciendo su reclamo contra dicha entidad y por ende no lo hizo. Con esta réplica queremos mostrar que tenemos evidencia para oponernos a la objeción global. Adjunto presentamos Certificación de trabajo del Departamento de Seguridad Pública del Negociado de la Policía de Puerto Rico que establece que el Sr. Luis A. Maldonado Garcia trabajó en dicho departamento desde mayo 18 del 1970 hasta el 30 de junio del 2004 dándole derecho a la ley aquí descrita:

- Ley 89    (12 de Julio de 1979)

**<u>DOCUMENTACION JUSTIFICATIVA</u>**

Adjunto Certificación de Trabajo con el Departamento de Seguridad Pública del Negociado de la Policía de Puerto Rico del demandante Sr. Luis A. Maldonado Garcia.



**GOBIERNO DE PUERTO RICO**
Departamento de Seguridad Pública
Negociado de la Policía de Puerto Rico

PEDRO J. JANER ROMÁN
SECRETARIO

HENRY ESCALERA RIVERA
COMISIONADO

# CERTIFICACIÓN

Certifico que **LUIS A. MADONADO GARCIA**, seguro social **XXX-XX-6117**
fue empleado de la Policía de Puerto Rico y ocupó un puesto de **Agente**
con número de placa **#8-8400.**

Ingresó a la Agencia el **18 de mayo de 1970** y renunció el **30 de junio de
2004,** para acogerse a los beneficios de pensión por años de servicio de la
Administración de los Sistemas de Retiro.

Esta información fue corroborada por el **Sistema de Nómina del
Negociado de la Policía de Puerto Rico. (ADP/PAYROLL).**

Dada hoy **11 de febrero de 2020,** en San Juan, Puerto Rico.

**Mary Iveth Molina Rodríguez**
Auxiliar en Sistema Oficina II
Sección Servicios al Empleado
División de Nombramientos y Cambios





Luis A. Maldonado Garcia
2114 Calle Colina
Valle Alto
Ponce, PR 00730

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

SAN JUAN, P.R.
U.S. DISTRICT COURT
CLERK'S OFFICE

2020 FEB 18   PM 1: 53

RECEIVED & FILED

# Réplica a la Centésima Trigésima Cuarta Objeción Global

**DATOS DE CONTACTO**

Nombre:  Carmen M. Torres Hermidas

Dirección: 2114 Calle Colina

Valle Alto

Ponce, PR  00730

Número de Teléfono:  787-840-3139

Dirección de Correo Electrónico:  Carment198@gmail.com

**EPIGRAFE**

Nombre del Tribunal:  Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico

Deudores:  El Estado Libre Asociado de Puerto Rico (Commonwealth of Puerto Rico)

Numero Procedimiento:  17BK3283-LTS  (17-03283)

Título de la Objeción Global:  Centésima Trigésima Cuarta Objeción Global

Numero De Reclamo:  113439

Schedule Number:  1099082

**MOTIVO PARA OPONERSE A LA OBJECION GLOBAL**

A la demandante (acreedor) Sra. Carmen M. Torres Hermidas no se le orientó adecuadamente cuando ella estableció y llenó su reclamo contra el Estado Libre Asociado de Puerto Rico.  La demandante no sabía que tenía que incluir evidencia estableciendo su reclamo contra dicha entidad y por ende no lo hizo.  Con esta réplica queremos mostrar que tenemos evidencia para oponernos a la objeción global. Adjunto presentamos Certificación de trabajo del Departamento de Educación de Puerto Rico que establece que la Sra. Carmen M. Torres-Hermidas trabajó en dicho departamento desde enero 28 del 1970 hasta el 27 de julio del 2001 dándole derecho a las leyes aquí descritas:

- **Carrera Magisterial**: caso#: SJ2019CVO7914
- **Ley 109-2008 Aumento de 1 de Julio de 2008 ($150)**: caso#: OASE 2013-11-0224 RETRIBUCION

- **Ley 96 de 1 de Julio de 2002 ($100):** caso: Abdiel Acevedo Pérez y otros 700 -  caso#:2013-04-1542 OASE RETRIBUCION
- **Liquidación Licencia de Enfermedad**: caso:  AMPR v. Departamento de Educación y otros- caso#:  SJ2017CV00542
- **HOMEBOUND:** Caso:  Ada Rodriguez Rivera v Otros (192) caso#: 2012-08-0197 OASE RETRIBUCION
- **AUMENTO POR EXPERIENCIA**: caso: Abdiel Acevedo Pérez (508) v Departamento de Educación caso#:2012-05-2084 OASE RETRIBUCION

## DOCUMENTACION JUSTIFICATIVA

Adjunto Certificación de Trabajo con el Departamento de Educación de Puerto Rico de la demandante Sra. Carmen M. Torres Hermidas.

**DEPARTAMENTO DE EDUCACIÓN**
GOBIERNO DE PUERTO RICO

## DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

**ATT: LEY PROMESA**

7 de febrero de 2020

# C E R T I F I C A C I O N

| | | |
|---|---|---|
| Certifico que | : | CARMEN M. TORRES HERMIDAS |
| Seguro Social | : | |
| Categoría | : | MAESTRO ELEMENTAL |
| Distrito Escolar | : | PONCE I_ |
| Sueldo Mensual | : | $2,005.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 27 de julio de 2001 |
| Otros | : | Presto servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 30 años, 5 meses, 1 semana y 2 días. Nuestro sistema de Recursos Humanos refleja que ocupó una plaza desde 01/28/1970. |

Candida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

Carmen Torres Hermidas
2114 Calle Colina
Valle Alto
Ponce, PR 00730



Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767



To reuse, cover or mark through any previous shipping information.

ORIGIN ID:SATA   (787) 432-2652
LUIS MALDONADO GARCIA
CARMEN TORRES HARMIDAS
20110 GEORGE OBRIEN

SAN ANTONIO, TX 78260 US
SIGN: LUIS MALDONADO GARCI

SHIP DATE: 17FEB20
ACTWGT: 0.30 LB
CAD: 6992386/SSF02021

BILL CREDIT CARD

TO SECRETARIA (CLERK'S OFFICE)
TRIBUNAL DE DISTRITO DE LOS EEUU
ROOM 150 FEDERAL BUILDING
150 AVE CARLOS CHARDON
SAN JUAN PR 00918                    (US)
(787) 772-3401
INV:
PO:                      REF:          DEPT:

**FedEx**
Express

**E**

TRK# 3904 4962 0187            TUE – 18 FEB A5
0430                             INTL PRIORITY

**XQ SIGA**                         00918
                              PR-US   SJU

**PEEL HERE ▶**

RECEIVED & FILED
2020 FEB 18 PM 1:58
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

Align bottom of peel-and-stick airbill or pouch here.



Do not ship liquids, dangerous goods or hazardous materials in this packaging.

**Reuse this envelope if it is in good condition.**

Pull to open. ▶▶▶

## FedEx Express

**Extremely Urgent**

713   1400   **B**
FZ   00   0187
RT   18Feb

**For FedEx Express® Shipments Only**

Contents should be compatible with the container and packed securely. For shipping terms and conditions and our limits of liability, refer to the applicable FedEx Express shipping document, the current FedEx Service Guide, or conditions of carriage.

For more information on FedEx Express services, solutions, and shipping locations, go to **fedex.com**, or contact your nearest FedEx location.

© 2018 FedEx 158011 REV 3/18



See how FedEx connects the world in responsible and resourceful ways at **environment.fedex.com**. Join our efforts by recycling this FedEx envelope.



ORIGIN ID:SATA  (787) 432-2652    SHIP DATE: 17FEB20
LUIS MALDONADO GARCIA             ACTWGT: 0.30 LB
CARMEN TORRES HARRIDAS            CAD: 6992306/SSF02021
28110 GEORGE OBRIEN

SAN ANTONIO, TX 78260 US          BILL CREDIT CARD
SIGN: LUIS MALDONADO GARCI        NO EEI 30.37(a)

TO SECRETARIA (CLERK'S OFFICE)
   TRIBUNAL DE DISTRITO DE LOS EEUU
   ROOM 150 FEDERAL BUILDING
   150 AVE CARLOS CHARDON
   SAN JUAN PR 00918            (US)
   (787) 772-3401        REF:

                                        **FedEx**
                                          **E**

TRK# 3904 4962 0187           TUE – 18 FEB A5
0430                          INTL PRIORITY

**XQ SIGA**                   00918
                     PR-US    SJU



Secretaria (Clerk Office)
Tribunal de Distrito de los Estados Unidos
# 150 Chardon Avenue
Federal Building
San Juan, Puerto Rico 00918

Gobierno de Puerto Rico
Departamento de Salud
Administración Facilidades y Servicios de Salud
(AFASS)

# 17 BK 3283- LTS

Centésima Cuadragésima Quinta Objeción Global

Numero de la Reclamación
#120288

Debtor
Commonwealth of Puerto Rico

Contestación a Objeción Global – Harry Rodríguez Colon # 120288

   Yo Harry Rodriguez Colon, me opongo a que se rechace mi reclamo. Comencé a trabajar
para el Gobierno de Puerto Rico y su Administración de Facilidades y Servicios de Salud
(AFASS) el 24 de agosto de 1981en el Hospital Regional en Ponce. El 24 de diciembre de 1981
me fue otorgada la permanencia como Trabajador de Servicios de Alimento. Estuve
trabajando para esa agencia hasta que las facilidades del Hospital Regional en Ponce fueron
vendidas por el Honorable Gobernador Pedro Rosello González en el año 2000.

 Durante todos estos años (1981-2000) diferentes gobernadores otorgaron aumentos de sueldo
para los empleados públicos y entiendo que los mismos no fueron aplicados a mi sueldo
correctamente.

Los aumentos fueron los siguientes,
- Ley # 89 de 12 de julio de 1979 (Contiene enmiendas incorporadas por las siguientes
  leyes).
  Retribución Uniforme – Honorable Carlos Romero Barceló

  Ley Núm. 147 de 18 de Junio de 1980, Ley Núm. .23 de 29 de Abril de 1980, Ley Núm.
  84 de 4 de Junio de 1983, Ley Núm. 149 de 18 de Julio de 1986, Ley Núm. 43 de 13 de
  Febrero de 1998, Ley Núm. 80 de 10 de Marzo de 2003).

- Ley #180 de 27 de Julio de 1998 (Ley de Salario Mínimo)
- Aumentos concedidos bajo la Administración de Honorable Rafael Hernández Colón
  (1985-1993).

Advertencia: Esta Ley ha sido DEROGADA por la Ley 184-2004.
Se mantiene en esta Biblioteca Virtual de OGP únicamente para propósitos de archivo.

# "Ley de Retribución Uniforme" de 1979

Ley Núm. 89 de 12 de Julio de 1979, según enmendada

(Contiene enmiendas incorporadas por las siguientes leyes:
Ley Núm. 147 de 18 de Junio de 1980
Ley Núm. 23 de 29 de Abril de 1980
Ley Núm. 84 de 4 de Junio de 1983
Ley Núm. 149 18 de Julio de 1986
Ley Núm. 43 de 13 de Febrero de 1998
Ley Núm. 80 de 10 de Marzo de 2003)

Para establecer la política pública sobre la retribución a empleados de carrera y de confianza, cubiertos por el Sistema de Personal creado mediante la Ley Núm. 5 de 14 de octubre según enmendada, conocida como "Ley de Personal del Servicio Público de Puerto Rico" ; para establecer y definir las funciones de la Oficina Central de Administración de Personal en el área de retribución a los empleados cubiertos por el aludido Sistema de Personal; para disponer las relaciones que habrá, entre la Oficina Central de Administración de Personal y los administradores individuales en cuanto a la remuneración de los empleados; para crear el "Comité sobre Retribución a Empleados del Gobierno del Estado Libre Asociado de Puerto Rico" y definir sus facultades, para proveer escalas de retribución uniformes aplicables a todas las clases de puestos comprendidas en el plan de clasificación de puestos adoptado para la Administración Central conforme lo dispuesto en la Ley Núm. 5 de 14 de octubre de 1975, según enmendada; para disponer sobre la aplicación y utilización de dichas escalas; y para derogar la Ley Núm. 111 de 8 de julio de 1974, según enmendada.

## EXPOSICION DE MOTIVOS

La política retributiva del Gobierno del Estado Libre Asociado de Puerto Rico siempre ha sido proveer a sus empleados un tratamiento equitativo en la fijación de sus sueldos, de conformidad con el principio constitucional de igual paga por igual trabajo. Tanto los sueldos como todas las demás formas de remuneración deberán ser las más razonables y justas dentro de las posibilidades fiscales del Gobierno y en consonancia con el desarrollo de nuestra economía.

La Ley de Personal del Servicio Público de Puerto Rico, Ley Núm. 5 de 14 de octubre de 1975, según enmendada, establece que la retribución es una de las áreas necesarias para lograr un sistema de administración de personal moderno y balanceado y para facilitar la aplicación del principio de mérito. Dicha ley establece como primer objetivo "lograr que la administración pública se rija por criterios de la mayor uniformidad, equidad y justicia" , y para lograr el mismo crea un sistema de personal abarcador que cubre la gran mayoría de los departamentos y agencias de la Rama Ejecutiva y a los municipios. También crea una Oficina Central de Administración de

"Ley de Retribución Uniforme" [Ley 89 de 12 de julio de 1979, según enmendada] DEROGADA

El que está bajo el mínimo irá al nuevo tipo mínimo. El salario de aquellos empleados que devenguen sueldos superiores al tipo mínimo de la escala por motivo de haber recibido aumentos de sueldo durante la vigencia de la anterior estructura, se ajustará de modo que se reconozcan todos los aumentos de sueldo recibidos durante la vigencia de la estructura salarial suplantada.

Las presentes reglas de interpretación y administración de las Escalas de Sueldos aplicarán al Servicio de Carrera y de Confianza, para la estructura que entrará en vigor el primero de abril de 1984.

**Artículo 7. — Disposiciones generales.** (3 L.P.R.A. § 760f)

(1) *Diferenciales.* Como norma general, toda persona que reciba nombramiento percibirá como sueldo el tipo mínimo de la correspondiente escala. La Oficina, en el caso de la Administración Central, y los administradores individuales podrán autorizar la concesión de sueldos diferenciales cuando la ubicación geográfica del puesto, las condiciones extraordinarias de trabajo, los conocimientos especiales requeridos o la dificultad extraordinaria para el reclutamiento y retención de personal en determinados puestos justifique el uso de incentivos adicionales al sueldo ordinario. El diferencial constituye una compensación especial, adicional y separada del sueldo regular, que se eliminará cuando desaparezcan las circunstancias que justificaron su concesión. Aunque el diferencial constituye un sobresueldo que no forma parte de la escala correspondiente, se concederá siguiendo la misma proporción de los tipos contenidos en la misma.

Será mandatorio el pago de un diferencial en sueldo, equivalente a la diferencia entre sueldo de la posición ocupada por el empleado y el sueldo del puesto a ocupar en interinato cuando un empleado haya desempeñado todas las funciones normales de un puesto de clasificación superior al que ocupa en propiedad por un período que exceda de tres meses. A tales fines los meses y los períodos a pagar el diferencial se calcularán basado en la acumulación de los períodos servidos como interino a partir de la fecha de designación para una posición en el servicio público.

También se autorizará el pago de un diferencial en sueldo cuando un empleado haya desempeñado interinamente todas las funciones normales de un puesto de clasificación superior al que ocupe en propiedad, por un período ininterrumpido que exceda de tres meses. El diferencial en este caso será igual al aumento en retribución que habría de recibir el empleado si se le ascendiese al puesto en cuestión. Este diferencial sólo podrá autorizarse siempre y cuando el empleado y el puesto pertenezcan al mismo servicio: de carrera o de confianza. En caso de empleados de carrera, éstos deberán reunir los requisitos mínimos establecidos y mediar una designación oficial. La Oficina promulgará reglamentación a estos efectos. La autoridad nominadora podrá relevar al empleado que se desempeñe interinamente en un puesto en cualquier momento que así lo determine. En tales circunstancias, el empleado regresará a su puesto anterior y recibirá el sueldo que devengaba antes del interinato.

(2) *Aumentos de sueldo por años de servicio.* A partir del primero de julio de 1979, aquellos empleados en el servicio de carrera con status  regular o probatorio en agencias de la Administración Central y en agencias consideradas administradores individuales que no hayan recibido ninguna clase de aumentos de sueldo excepto los otorgados por disposiciones de ley durante un período de cinco (5) años de servicios recibirán un aumento de sueldo equivalente a un tipo o paso de la escala correspondiente. En el caso de empleados de administradores individuales se exceptúan, además, para efectos de determinar su elegibilidad al aumento de sueldo por años de

# Ley Núm. 180 del año 1998

**(P. de la C. 1510)Ley 180, 1998**

### Para establecer la Ley de Salario Mínimo, Vacaciones y Licencia por Enfermedad de Puerto Rico

### LEY NUM. 180 DEL 27 DE JULIO DE 1998

Para establecer la Ley de Salario Mínimo, Vacaciones y Licencia por Enfermedad de Puerto Rico; disponer que el salario mínimo federal aplicará en Puerto Rico de la misma forma y con los mismos criterios que en los Estados Unidos de América; proveer protección para los trabajadores de empresas locales no cubiertas por la Ley Federal de Normas Razonables del Trabajo de 1938; establecer todo lo relacionado a las licencias por vacaciones y enfermedad; facultar al Secretario del Trabajo y Recursos Humanos a implantar esta Ley; disponer para la eliminación de la Junta de Salario Mínimo de Puerto Rico creada al amparo de la Ley Núm. 96, de 26 de junio de 1956, según enmendada, conocida como Ley de Salario Mínimo de Puerto Rico, a fin de que las facultades cuasilegislativas delegadas en ésta se transfieran al Departamento del Trabajo y Recursos Humanos; disponer la reubicación de sus empleados y la protección de los derechos de éstos; establecer penalidades; y derogar la Ley Núm. 96 antes citada.

## EXPOSICION DE MOTIVOS

La primera ley de salario mínimo de Puerto Rico, aprobada en 1941, estableció un complicado y lento mecanismo para elevar el salario de los trabajadores. Luego de 15 años y de innumerables enmiendas, la Asamblea Legislativa decidió derogarla y aprobar una nueva ley más ágil que estuviese a tono con los cambios económicos y sociales en el área laboral de aquel momento.

Han transcurrido 42 años desde ese cambio. Al igual que con la ley original de salario mínimo, la segunda ley sufrió innumerables enmiendas de forma que representara adecuadamente el desarrollo económico, esta vez de industrial a tecnológica, comercial y de servicios.

Esta Asamblea Legislativa estima que ha llegado el momento de crear una nueva Ley de Salario Mínimo que establezca un mecanismo más ágil, a tono con el desarrollo en el área laboral, tanto a nivel estatal como federal. Dicha nueva ley también deberá reconocer que las condiciones del trabajador puertorriqueño se han mejorado a través de los años. Mediante la Ley Núm. 84 de 20 de julio de 1995, se aseguró estatutariamente que la política pública de la Isla era que los salarios mínimos federales aplicasen automática e inmediatamente en Puerto Rico a los trabajadores cobijados por

la Ley Federal. Por otro lado, dicha legislación también reconoció la necesidad de asegurar que los mandatos estatutarios de otros beneficios marginales, tales como las vacaciones y licencias por enfermedad, no operen en detrimento de nuestras oportunidades de desarrollo económico y de creación de nuevos empleos. La concesión de beneficios por encima del mandato estatutario, deberá establecerse a tenor con la realidad económica y las condiciones del mercado.

Para implantar lo anterior, esta Ley concretiza la política pública expresada en la Ley Núm. 84, y establece como derecho sustantivo local que el salario mínimo para aquellas empresas que están cubiertas, por la legislación federal, será el salario mínimo federal. Para los trabajadores de las empresas que no están cubiertas por dicha legislación federal, se provee un mecanismo ágil para su protección en cumplimiento con el mandato constitucional establecido en el Artículo II, Sección 16 que reconoce que los trabajadores deberán tener un salario mínimo razonable. Se regula de manera uniforme las licencias de vacaciones y enfermedad para todos los trabajadores en Puerto Rico, a la vez que se protegen los beneficios superiores que disfrutaran aquellos empleados contratados antes de la vigencia de esta Ley, a tenor con la legislación anterior.

Con motivo de este cambio, y de acuerdo a la actual política pública de eliminar estructuras gubernamentales innecesarias, la Junta de Salario Mínimo de Puerto Rico, organismo cuasilegislativo del Estado creado por la Ley Núm. 96 de 26 de junio de 1956, según enmendada, debe eliminarse. Esta Ley provee para su ordenada eliminación, la reubicación de sus empleados de carrera y la protección de los derechos adquiridos por éstos.

## DECRETASE POR LA ASAMBLEA LEGISLATIVA DE PUERTO RICO:

### Artículo 1.- Título

Esta Ley se conocerá como Ley de Salario Mínimo, Vacaciones y Licencia por Enfermedad de Puerto Rico.

### Artículo 2.-Salario Mínimo Federal.-

El salario mínimo federal fijado por la Ley de Normas Razonables del Trabajo (en inglés "Fair Labor Standards Act"), aprobada por el Congreso de los Estados Unidos de América el 25 de junio de 1938, según ha sido o fuere subsiguientemente enmendada, aplicará automáticamente en Puerto Rico a los trabajadores cobijados por la Ley Federal.

Al aplicarse el salario mínimo federal se reconocerá lo dispuesto en la legislación y reglamentación federal referente a cómo se paga el salario mínimo, lo que son horas de trabajo, cuáles empleados y ocupaciones están exentas del salario mínimo, y qué constituye horas o tiempo de trabajo.

**Artículo 3.-Protección para Empresas Locales no Cubiertas por la Ley Federal.-**

Aquellas empresas o actividades que no cumplan con los criterios de la Ley Federal de Normas Razonables del Trabajo, y por lo tanto están exentas del salario mínimo federal, pagarán un salario mínimo equivalente al setenta porciento (70%) del salario mínimo prevaleciente. Todo otro aspecto de la legislación y reglamentación federal referente a cómo se paga el salario mínimo, lo que son horas de trabajo, cuáles empleados y ocupaciones están exentas del salario mínimo, y qué constituye horas o tiempo de trabajo, serán de aplicación. Disponiéndose que el Secretario del Departamento del Trabajo y Recursos Humanos tendrá autoridad de reducir el por ciento de demostrar que su implantación afectará substancialmente los empleos en las empresas cubiertas por este Artículo.

| LEYES | FECHA | TÍTULO |
|---|---|---|
| Ley Núm. 1 | 15 de febrero del 1989 | Para autorizar a la Junta de Directores del Banco Gubernamental de Fomento para Puerto Rico a distribuir la cantidad máxima que puede emitir el Estado Libre Asociado de Puerto Rico en el año 1988 en bonos exentos del pago de contribución sobre ingresos federal designados como bonos para actividades privadas de acuerdo con la Sección 146 del Código de Rentas Internas Federal de 1986, según enmendado. |
| Ley Núm. 1 | 18 de octubre del 1989 | Para enmendar el inciso 3 del Artículo 9 de la Ley Núm. 5 de 18 de julio de 1986, según enmendada, a los fines de adicionar al presidente de la Universidad de Puerto Rico como miembro de la Junta Directiva del Programa de Integral de las Artesanías Puertorriqueñas. |
| Ley Núm. 1 | 1 de diciembre del 1989 | Para adoptar la Ley para Regular las Operaciones de Establecimientos Comerciales; disponer los establecimientos comerciales exentos de tal reglamentación; proveer protecciones a los empleados; disponer remedios civiles por su incumplimiento; fijar penalidades; prohibir cláusulas contractuales que obliguen a abrir los establecimientos comerciales; enmendar el inciso (d) del Artículo 4 de la Ley Núm. 379 de 15 de mayo de 1948, según enmendada y derogar los artículo 553, 555 y 556 del Código Penal de Puerto Rico, Edición de 1937, según enmendados y la Ley Número 282 del 5 de abril de 1946, según enmendada. |
| Ley Núm. 2 | 31 de marzo del 1989 | Para enmendar el Artículo 1 de la Ley Núm. 80 de 30 de mayo de 1970, según enmendada, a los fines de que los beneficios que recibirán las personas desplazadas de propiedades adquiridas para la construcción de obras gubernamentales con aportación de fondos federales se fije de acuerdo a como se provee en la Ley Pública 91-646, conocida como "Uniform Relocation Assistance and Property Acquisition Policies Act of 1970", según enmendada. |
| Ley Núm. 2 | 18 de noviembre del 1989 | Para enmendar el Artículo 4 de la Ley Núm. 13 de 24 de junio de 1989 a los fines de revisar las escalas salariales de los Miembros Asociados de la Junta de Planificación. |
| Ley Núm. 2 | 29 de diciembre del 1989 | Para enmendar los incisos (d) y (f) del Artículo 2; enmendar el párrafo 2 del Artículo 3; enmendar el inciso (a) del Artículo 4; enmendar el Artículo 5; y para enmendar el inciso (e) del Artículo 8 de la Ley Núm. 47 del 26 de junio de 1987, conocida como "Ley de Coparticipación del Sector Público y Privado para la Nueva Operación de Vivienda", a fin de ampliar el término de vigencia del Programa y adaptarlo a las realidades económicas. |
| Ley Núm. 3 | 6 de abril del 1989 | Para enmendar el apartado (a) del Artículo 14 de la Ley Núm. 3 del 6 de octubre de 1987, conocida como "Ley de Fondos de Capital de Inversión de Puerto Rico", a los fines de establecer que la inversión en valores de uno o varios Fondos de Capital que cualifican para el crédito contributivo podrá ser hecha hasta el último día prescrito para la radicación de dicha planilla de contribución sobre ingresos. |
| Ley Núm. 3 | 18 de noviembre del 1989 | Para incluir como miembros de la Junta Rectora de Educación y Empleo al Administrador del Derecho al Trabajo y al Director del Cuerpo de Voluntarios al Servicio de Puerto Rico; y para excluir de la Junta al Director Ejecutivo de la Oficina de Oportunidad Económica. |
| Ley Núm. 3 | 29 de diciembre del 1989 | Para enmendar el primer párrafo del inciso 12 de la Sección 4.2, el inciso 14 de la Sección 4.3 y el inciso 26 y adicionar el inciso (27) al Artículo 8 de la Ley Número 5 de 14 de octubre de 1975, según enmendada, y enmendar el inciso (a) y adicionar los incisos (c) y (d) al Artículo 7 de la Ley Número 56 de 16 de agosto de 1989 para establecer el término de veinticuatro (24) meses para la creación de puestos de duración fija; autorizar el nombramiento sucesivo por períodos determinados de tiempo de empleados transitorios en clases de difícil reclutamiento; fijar las condiciones para dichos nombramientos; para extender el término para efectuar los trámites de los cambios de personal dispuestos en la Ley Número 56 de 16 de agosto de 1989; y rendir informes periódicos a la Asamblea Legislativa. |
| Ley Núm. 4 | 28 de diciembre del 1989 | Para derogar la Ley Núm. 21 del 19 de mayo de 1977, que creó la Junta Asesora de la Administración de Fomento Económico. |
| Ley Núm. 4 | 22 de noviembre del 1989 | Para enmendar el Artículo 4 de la Ley Núm. 45 de 1 de junio de 1983, según enmendada, a los fines de proveer para la devolución de las huellas digitales y fotografías a las personas que han recibido indulto total y absoluto del Gobernador. |
| Ley Núm. 4 | 29 de diciembre del 1989 | Para enmendar el apartado (b) de la Sección 11; enmendar el párrafo (2) del apartado (b), el párrafo (1) del apartado (c) y adicionar el apartado (d) a la Sección 14; enmendar el párrafo (3) del apartado (a), el inciso (C) del párrafo (2) del apartado (aa) y el inciso (B) del párrafo (3) del apartado (bb) de la Sección 23 y para enmendar el apartado (a) de la Sección 26 de la Ley Núm. 91 del 29 de junio de 1954, según enmendada denominada Ley de Contribuciones sobre Ingresos de 1954, a los fines de posponer por un año la aplicación de las tasas contributivas correspondientes a los años contributivos comenzados después del 31 de diciembre de 1989 y establecer las tasas y los límites en cuanto a ciertas deducciones que habrán de regir en esos años. |
| Ley Núm. 5 | 1 de mayo del 1989 | Para enmendar la Sección 15 de la Ley Núm. 212 del 12 de mayo del 1942, según enmendada, a fin de aumentar de $10,000.00 a $25,000.00 la cantidad hasta la cual la Autoridad de Comunicaciones de Puerto Rico puede adquirir bienes y servicios, sin que medie anuncio de subasta; para incluir entre los factores a considerar al adjudicar una subasta el que el lugar de manufactura radica en Puerto Rico; para eximir la adquisición de equipo telefónico terminado desreglamentado por la Comisión Federal de Comunicaciones y equipo suplementario del requisito de subasta, facultar a la Junta de Directores de la Autoridad de Comunicaciones de Puerto Rico a establecer el procedimiento para la adquisición de estos equipos y para eximir de dicho requisito las comprar con corporaciones subsidiarias o afiliadas. |
| Ley Núm. 5 | 28 de noviembre del 1989 | Para enmendar la Sección 16-102A de la Ley Núm. 141 de 20 de julio de 1960, según enmendada, conocida como Ley de Vehículos y tránsito de Puerto Rico y la Regla 176 de las de Procedimiento Criminal de 1963, según enmendadas, a los fines de proveer para que una parte perjudicada pueda cobrar la compensación fijada por el tribunal por los daños y perdidas que se hubiere causado a su propiedad como consecuencia de un acto delictivo, por vía de ejecución de sentencia. |
| Ley Núm. 6 | 7 de mayo del 1989 | Para establecer nuevas escalas salariales para los maestros y demás personal docente; garantizarles a todos los maestros un beneficio mínimo de $50.00, a ser extensivo el mismo a los maestros de normal y menos de normal y derogar el Artículo 1 de la Ley Número 5 del 24 de febrero de 1988. |
| Ley Núm. 6 | 29 de noviembre del 1989 | Para enmendar el inciso (b) del Artículo 24 de la Ley Núm. 109 de 28 de junio de 1962, según enmendada, conocida como Ley de Servicio Público de Puerto Rico, a los fines de adicionar una disposición para crear un Fondo Especial por |

OFICIAL DE PERSONAL

A          :

VIC        :

DE         : OFICIAL DE PERSONAL
             HOSPITAL REGIONAL PONCE

           : NOMBRAMIENTO PROBATORIO

FECHA      : 24 de septiembre 1981

          Efectivo el día ___24 de marzo 1981_____ se le nombra
a usted _____ con el sueldo mensual $ _____
por un carácter probatorio en el Hospital Regional Ponce _____

          Usted ocupará esta plaza con carácter probatorio por un
período de ___cuatro___ meses. Durante este período deberá demostrar
capacidad y habilidad en el desempeño de sus deberes. Al pasar
esta prueba satisfactoriamente, ocupará dicha plaza en carácter
regular (permanente).

                    Cordialmente,

                    _____
                    Oficial de Personal

Gms/gr

DP-10
(Rev. 7/63)

ESTADO LIBRE ASOCIADO DE PUERTO RICO
Administración Facilidades Servicios de Salud
Oficina de Personal
Ponce, Puerto Rico

DE          :  Oficial de Personal

A           :  Harry Rodríguez Colón
               Trabajador Servicios Alimentos I
               Hospital Regional Ponce

P/C         :  Sra. Marta Martínez, Jefe
               Departamento Dietas
               Hospital Regional Ponce

            :

ASUNTO      :  Notificación de Nombramiento Regular

FECHA       :  25 de noviembre 1981

        Nos place informarle que usted ha pasado a ser empleado regular
de este Pepartamento tras haber completado satisfactoriamente el período
probatorio requerido por la Ley de Personal.

        Este nombramiento es efectivo desde el día ___24___ de
___diciembre___ de 19 _81_, para un puesto de _Trabajador Servicios_
_de Alimentos I_ con sueldo mensual de $ ___385.00___.

                                      Edwin Figueroa Ruiz
                                      Oficial de Personal
                                      Hospital Regional de Ponce

Case:17... Filed:02/25/20  Entered:02/25/20 15:39:39  Desc
Detaclive:ailings  Page 26 of 45

## COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

Forma
Form 499 R-2/W-2 PR
Rev. Ago. 95

GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
Area de Rentas Internas y Recaudaciones - Internal Revenue and Collections Area

INFORMACION PARA CONTRIBUCION SOBRE INGRESOS
INCOME TAX INFORMATION

INFORMACION DE SEG. SOC.-FEDERAL
SOCIAL SECURITY INFORMATION

| | | | |
|---|---|---|---|
| 1. Nombre-First Name  HARR... | 3. Núm. Seguro Social  Social Security No. | 8. Sueldos-Wages | 17. Subtotales-cada 41  Subtotals-every 41 |
| Apellido(s)-Surname(s)  RUGA... | 4. Estado Civil-Civil Status  Soltero Single ☐  Casado Married ☒ | 9. Comisiones-Commissions  0.00 | 18. Total Sueldos Seg. Soc.  Soc. Sec. Wages |
| Dirección del Empleado-Employee's Address | 5. Núm. Seguro Social Cónyuge  Spouse's Social Security No. | 10. Concesiones-Allowances  0.00 | 19. Seguro Social Retenido  Soc. Sec. Tax Withheld |
| 2. Nombre y Dirección del Patrono  Name and Address of Employer | 6. Núm. de Cuenta Patronal  Employer's Account No. (EIN) | 11. Propinas-Tips  0.00 | 20. Total Sueldos y Pro. Medicare  Medicare Wages and Tips |
| ADMINISTRACION DE FACILIDADES  APARTADO 9342 | 7. Costo de Pensión o Anualidad  Cost of Pension or Annuity  0.00 | 12. Total = 8 + 9 + 10 + 11 | 21. Contrib. Medicare Retenida  Medicare Tax Withheld |
| | 13. Gastos Reembolsados  Reimbursed Expenses | | 22. Propinas Seguro Social  Soc. Security Tips |
| | 14. Cont. Retenida-Tax Withheld | | 23. Seguro Social no Retenido  en Propinas-Uncollected  Soc. Sec. Tax on Tips |
| | Copia C para Records  del Empleado  Copy C for Employee's  Records | 15. Fondo de Retiro  Retirement Fund | 24. Contrib. Medicare no Retenida  en Propinas-Uncollected  Medicare Tax on Tips |
| 51435623 | Año:  Year: 199 | 16. Aportaciones a Planes Cualific.  Contributions to CODA PLANS  0.00 | |

Instrucciones al dorso de Copia D-For instructions see back of Copy D

---

## ¡Hacienda Para Servirle!

Forma
Form 499 R-2/W-2 PR
Rev. Jul. 1993

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
Area de Rentas Internas y Recaudaciones - Internal Revenue and Collections Area
Negociado de Contribución Sobre Ingresos - Bureau of Income Tax

### COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

INFORMACION PARA CONTRIBUCION SOBRE INGRESOS
INCOME TAX INFORMATION

INFORMACION DE SEG. SOCIAL-SOCIAL SEC. INFORMATION

| | | | |
|---|---|---|---|
| 1. Nombre y Dirección del Empleado  Name and Address of Employee | 3. Núm. Cuenta (Seg. Soc.)  Account Number (Soc. Sec.) | 8. Sueldos        Wages | 17. Subtotales - cada 41  Subtotals - every 41 |
| | 4. Estado Civil  Civil Status  Soltero Single ☐  Casado Married ☒ | 9. Comisiones - Commissions | 18. Total Sueldos Seg. Soc.  Soc. Sec. Wages |
| | 5. Núm. Cuenta Cónyuge (Seg. Soc.)  Spouse's Account No. (Soc. Sec.) | 10. Concesiones - Allowances | 19. Seguro Social Retenido  Soc. Sec. Tax Withheld |
| | 6. Núm. de Cuenta Patronal  Employer's Account No. (E IN)  660436362 | 11. Propinas - Tips | 20. Total Sueldos y Prop. Medicare  Medicare Wages and Tips |
| 2. Nombre y Dirección del Patrono  Name and Address of Employer  ADMINISTRACION DE FACILIDADES  APARTADO 9342 | 7. Costo de la Pensión o Anualidad  Cost of Pension or Annuity | 12. Total = 8 + 9 + 10 + 11 | 21. Contrib. Medicare Retenida  Medicare Tax Withheld |
| | 13. Gastos Reembolsados  Reimbursed Expenses | | 22. Propinas (Seguro Social)  Soc. Security Tips |
| | 14. Cont. Retenida - Tax Withheld | | 23. Seguro Social no retenido  en propinas-Uncollected  Soc. Sec. Tax on Tips |
| | Copia C Para Records  del Empleado  Copy C for Employee's  Records | 15. Fondo de Retiro  Retirement Fund | 24. Contrib. Medicare no retenida  en propinas-Uncollected  Medicare Tax on Tips |
| 000311110 | Año:  Year: 19 | 16. Aportaciones a Planes Cualificados  Contributions to CODA PLANS | |

Harry Rodriguez Colón
HC 03 Box 11302
Juana Diaz, P. Rico
00795




U.S. POSTAGE PAID
FCM LG ENV
COTO LAUREL, PR
00780
FEB 14, 20
AMOUNT
$1.40
R2305M147983-03

1000    00918



RECEIVED & FILED
2020 FEB 18  PM 5:07
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, (Puerto Rico) 00918-1767

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

| Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación). | | |
|---|---|---|
| ☑ Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ☐ Employees Retirement System of the Government of the<br>Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado<br>Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |



Claim No. [ 129074
Initials [ LAR (NK)

COPY

RECEIVED
JUN 29 2018
PRIME CLERK LLC

## Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

**Read the instructions before filling out this form.** This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

**Lea las instrucciones antes de completar este formulario.** Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. **No adjunte documentos originales,** ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

**Fill in all the information about the claim as of the Petition Date.**

**Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.**

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

| 1. Who is the current creditor?<br><br>¿Quién es el acreedor actual? | *Elba L. Hernández Muñiz* (handwritten)<br>Elba L. Hernández Muñiz<br><sub>Name of the current creditor (the person or entity to be paid for this claim)</sub><br><sub>Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)</sub><br><br>Other names the creditor used with the debtor.<br>Otros nombres que el acreedor usó con el deudor |

2020 FEB 18 PM 5: 16
RECEIVED & FILED

**2. Has this claim been acquired from someone else?**

¿Esta reclamación se ha adquirido de otra persona?

☒ No / No
☐ Yes. From whom?
    Sí. ¿De quién? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

¿A dónde deberían enviarse las notificaciones al acreedor?

Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g

**Where should notices to the creditor be sent?**
¿A dónde deberían enviarse las notificaciones al acreedor?

Elba L. Gonzalez Muñiz
Elba L.
Name / Nombre

Moca P.O. Box 1585
Number / Número    Street / Calle

Moca   Puerto Rico   00676
City / Ciudad    State / Estado    ZIP Code / Código postal

1-939-585-9047 / 787-877-1761
Contact phone / Teléfono de contacto

_____
Contact email / Correo electrónico de contacto

**Where should payments to the creditor be sent?**
(if different)
¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)

Hernández Muñiz
Name / Nombre

_____
Number / Número    Street / Calle

_____
City / Ciudad    State / Estado    ZIP Code / Código postal

_____
Contact phone / Teléfono de contacto

_____
Contact email / Correo electrónico de contacto

**4. Does this claim amend one already filed?**

¿Esta reclamación es una enmienda de otra presentada anteriormente?

☒ No / No
☐ Yes.  Claim number on court claims registry (if known)
    Sí.  Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo)_____
    Filed on / Presentada el _____ (MM /DD/YYYY) / (DD/MM/AAAA)

**5. Do you know if anyone else has filed a proof of claim for this claim?**

¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?

☒ No / No
☐ Yes. Who made the earlier filing?
    Sí. ¿Quién hizo la reclamación anterior?_____

**Part 2 / Parte 2:**     **Give Information About the Claim as of the Petition Date**

**Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.**

**6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?**

¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico?

☐ No / No
☒ Yes.  Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)
    SI.  Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).

Departamento de Educación de Puerto Rico

**7. Do you supply goods and / or services to the government?**

¿Proporciona bienes y / o servicios al gobierno?

☒ No / No
☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:

Vendor / Contract Number | Número de proveedor / contrato: _____

List any amounts due after the Petition Date (listed above) but before June 30, 2017:
Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017  $ _____

| 12. Is the claim subject to a right of setoff?<br><br>¿La reclamación está sujeta a un derecho de compensación? | ☑ No / No<br><br>☐ Yes. Identify the property /<br>Sí. Identifique el bien: _____ | |
|---|---|---|
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☑ No / No<br><br>☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. | $ _____ |

## Part 3 / Parte 3:

**Sign Below / Firmar a continuación**

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

*Check the appropriate box / Marque la casilla correspondiente:*

☑ I am the creditor. / Soy el acreedor.

☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el __29-06-2018__ (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma _Elba L Hernández Muñiz   eLHm_

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name _Elba_ _L._ _Hernández Muniz_
First name / Primer nombre      Middle name / Segundo nombre      Last name / Apellido

Title / Cargo _Acreedor_

Company / Compañía
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección _P.O. Box 1585_
Number / Número      Street / Calle

_Moca_          _PR_        _00676_
City / Ciudad          State / Estado      ZIP Code / Código postal

Contact phone / Teléfono de contacto _939-585-9042_ Email / Correo electrónico _____

8. How much is the claim?

¿Cuál es el importe de la reclamación?

$ _Indefinido_ . **Does this amount include interest or other charges?**
¿Este importe incluye intereses u otros cargos?

☐ No / No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).
Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A).

9. What is the basis of the claim?

¿Cuál es el fundamento de la reclamación?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

_Ley 96 - Sila Calderon_

10. Is all or part of the claim secured?

¿La reclamación está garantizada de manera total o parcial?

☑ No / No

☐ Yes. The claim is secured by a lien on property.
Sí. La reclamación está garantizada por un derecho de retención sobre un bien.

**Nature of property / Naturaleza del bien:**
☐ Motor vehicle / Vehículos

☐ Other. Describe:
Otro. Describir: _____

**Basis for perfection / Fundamento de la realización de pasos adicionales:** _____

_____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.

**Value of property / Valor del bien:** $_____

**Amount of the claim that is secured /**
Importe de la reclamación que está garantizado: $_____

**Amount of the claim that is unsecured /**
Importe de la reclamación que no está garantizado: $_____
(The sum of the secured and unsecured amounts should match the amount in line 7.)
(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

**Amount necessary to cure any default as of the Petition Date /**
Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $_____
_____

**Annual Interest Rate (on the Petition Date)**
Tasa de interés anual (cuando se presentó el caso)_____%
☐ Fixed / Fija
☐ Variable / Variable

11. Is this claim based on a lease?

¿Esta reclamación está basada en un arrendamiento?

☑ No / No

☐ Yes. Amount necessary to cure any default as of the Petition Date.
Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso $_____

Modified Official Form 410 | Proof of Claim | page 3

Elba L. Hernández Muñiz
P.O. Box 1585
Moca, Puerto Rico 00676

To: Clerk's Office
United States District Court
150 Chardon Avenue
Federal Building
San Juan, Puerto Rico 00918-1767

00918-170625

Radicación de Réplica

RECEIVED & FILED

2020 FEB 18  PM 5: 12

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

I.    Datos Personales

Miriam González Negrón

P.O Box 917

Villalba, Puerto Rico 00766

Tel. 939-217-0906

Milliegonza3@gmail.com

II.    The Financial oversight and management board of Puerto
Rico, as representative of the commonwealth of Puerto
Rico, et al., Debtors.

Promesa
  Title III.
No.17 BK 3283- LTS
(Jointly Administered)

III.    Bajo a las Administraciones de los Gobernantes:
Hon. Romero Barcelo, Hon Sila M Calderon,
Honorable Luis Fortuño se nos concedieron en Ley
aumentos de sueldo los cuales eliminaron e

inmendaron leyes para eliminar derechos ya conseguidos bajo los Convenios Colectivos. En la negación de pagos de aumento de sueldo, exceso de días de enfermedad, pasos por años de servicio entre otros.

Ocasionando daños económicos, por la pérdida de ingresos, así como angustias mentales y sufrimientos morales. Por aumentos de salarios dejados de recibir en referencias a las distintas leyes de aumento salariales.

a) El Romorazo bajo la administración de Honorable Carlos Romero Barcelo

b) Aumento de Salario por años de servicio

c) Incentivo Sila M. Calderon Aumento salarial de 100.00 por la Ley 96- 2004

d) Ley 34 Pedro Rosselló

e) Sistema de Retiro

En espera de que se me retribuya lo que me corresponda en ley. Dandolé las gracias anticipadas por sus servicios y tiempo. Sra. Miriam González Negrón, Maestra Retirada del Sistema Educativo de Puerto Rico.

Miriam Suárez Nug...
P. O. Box 917
Villalba, Puerto Rico
00766

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

7018 2290 0000 2774 2078

RETURN RECEIPT
REQUESTED





1000          00918

U.S. POSTAGE PAID
FCM LETTER
VILLALBA, PR
00766
FEB 13, 20
AMOUNT

**$6.40**

R2303S101580-02



FEB 13 2020

VILLALBA PR 00766

USPS

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767



RETURN RECEIPT
REQUESTED

RECEIVED & FILED

2020 FEB 18  PM 5: 12

MIX
Envelope
FSC® C137131

*THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT*

© USPS 2016

RECEIVED & FILED

2020 FEB 18  PM 5: 10

CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, P.R.

Naguabo, Puerto Rico
12 de febrero de 2020

Replica – Asunto;

Ley de Supervisión, Administración y Estabilidad del ELA
– PROMESA Titulo III
No. 17BK3283 – LTS

I.  Nombre:  Saulo Feliciano Rivera
    Dirección: Urb. Juan Mendoza, calle 3 #10, Naguabo, P.R.
               P.O. Box 339 Naguabo, Puerto Rico 00718 (postal)
    Teléfono: 787-559-2767
    Notas: No tengo correo electrónico

II.  Caso en:  TRIBUNAL DEL DISTRITO DE LOS ESTADOS UNIDOS PARA EL
               DISTRITO DE PUERTO RICO
     Número de Reclamación: 148310
     Título de la Objeción Global:  "CENTÉSIMA VIGESIMA SEXTA OBJECIÓN
     (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA
     AUTORIDAD DE CARRETERAS, TRANSPORTACIÓN DE PUERTO RICO Y DEL
     SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO
     LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS
     QUE SE ALEGAN INTERESES SOBRE LA BASE DE LAS REIVINDICACIONES
     SALARIALES, LABORALES O POR SERVICIOS PRESTADOS"

III.  Motivos de oposición a la Objeción Global
      En agosto de 1960 me inicié como maestro en el Distrito Escolar de
      Naguabo.  Mis últimos veintidós (22) años los trabajé como maestro de
      música, completando así los treinta (30) años de servicio en el
      Departamento de Educación el 31 de agosto de 1990.

      Durante los últimos diez (10) años de servicio como maestro, mi salario
      mensual fue incompleto.  El aumento salarial de cien ($100.00)
      mensuales, aprobado por ley, aplicable a los años 1980-1989 no me fue
      enviado.  Creo firmemente que el Tribunal no debe declarar a lugar la
      Objeción Global por las siguientes razones:

1. La compensación económica adicional de $100.00 mensuales aplica a todos los maestros activos en aquel momento, siendo yo uno de ellos.
2. Continué ofreciendo mis servicios como maestro en mis últimos 10 años, aún cuando no se me pagó lo justo.
3. Considero un discrimen hacia mi persona el negarme ese derecho de aumento salarial aprobado por la Legislatura y firmado por el Gobernador.
4. La decisión del tribunal viola mis derechos civiles negándome un aumento salarial al que tengo derecho por ley.
5. La labor del Tribunal es hacer valer la justicia con aquellos que solicitan ayuda para defender sus derechos.  En este caso, el Tribunal toma una decisión en contra de los que solicitan la defensa de sus derechos

Saulo Feliciano-Rivera
10 Calle 3
Naguabo, PR 00718





U.S. POSTAGE PAID
FCM LG ENV
NAGUABO, PR
00718
FEB 14, 20
AMOUNT
**$1.00**
R2305K131168-08

1000          00918

Secretaria (Clerk's Office)
Tribunal del Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

RECEIVED & FILED
2020 FEB 18  PM 5:10
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

José E Báez Casasnovas
Urb. Villa Cristina
Calle 3 B-12
Coamo P.R. 00769

RECEIVED & FILED

2020 FEB 18  PM 5: 08

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Tribunal de Distrito de los Estados Unidos

Nombre de los deudores ( Estado Libre
Asociado de Puerto Rico )

Numero de Procedimiento 17BK3283-LTS

Titulo de Obligación Global
Centecima Trigecima Novena objeción Global

Numero de Evidencia o Reclamo #137541

Ley #96 del 1 de Julio del 2002 de la
Gobernadora Sila M. Calderón
Reclamación Laboral el Romenazo
Quinquenos, Horas Extras y Tiempo Contabilisado
Ley de Obama 2008- 2016 Sistema de
Retiro.

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Baez Casasnovas, Jose E. | 137541 | 6/28/2018 | Commonwealth of Puerto Rico | $8,400.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Baez Casasnovas, Jose E. | 137541 | 6/28/2018 | Commonwealth of Puerto Rico | $8,400.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.  If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m.  (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.  Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

\*\*\*CUST PR 1845 SRF 38939 PackID: 1031 MMLID: 2001695 SVC: 135th Omni
Baez Casasnovas, Jose E.
Urb. Villa Cristina
Calle 3 B-12
Coamo, PR 00769

Policía de Puerto Rico
Estado Libre Asociado de Puerto Rico

SASG-NRH-DE-3-709
27 de noviembre de 2006

Agente José E. Báez Casasnovas
Placa Número 33407
Precinto 366 Calle Loíza
Área de San Juan
P/C Superintendente Auxiliar en
Operaciones de Campo

Estimado agente Báez Casasnova:

Me refiero al nombramiento que se le extendió como Cadete, el día 21 de mayo 2004, de acuerdo a las disposiciones del Artículo 9 (a) de la Ley Número 53 del 10 de junio de 1996, conocida como Ley de la Policía, que dispone que usted estará sujeto a un período probatorio de dos (2) años.

De acuerdo con la facultad que me confiere la mencionada Ley y a los informes satisfactorios de sus supervisores, le informo que aprobó su período probatorio. Efectivo el 21 de mayo de 2006, pasó a ser miembro regular de la Policía de Puerto Rico.

Le felicito por este logro y le exhorto a continuar con la misma dedicación y profesionalismo demostrado hasta el presente.

Cordialmente,

Lcdo. Pedro A. Toledo Dávila
Superintendente

DIRIJA TODA LA CORRESPONDENCIA OFICIAL AL SUPERINTENDENTE P.O. BOX 70166 SAN JUAN, P.R. 00936-8166 TEL. (787) 793-1234

José E. Báez Casasnovas
urb. Villa Cristina
Calle 3 - B - 12
Coamo, P.R. 00769



U.S. POSTAGE PAID
FCM LG ENV
COAMO, PR
00769
FEB 14, 20
AMOUNT

$1.20

1000        00918        R2303S103139-04

RECEIVED & FILED
2000 FEB 18  PM 5:08
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan P.R. 00918-1767