**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE**

**PUERTO RICO**

In re Commonwealth of Puerto Rico, Case No.17 BK 3283-LTS

ZULMA ESTHER PEREZ LEON

HC 06 BOX 4420

Coto Laurel, Puerto Rico 00780

(787)512-5933

zepfsant@hotmail.es

PROMESA

Título III

Núm. 17 BK 3283-LTS

No. de Reclamación:

140481

REPLICA A LA CENTESIMA VIGESIMA TERCERA OBJECION GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO COMO EMPLEADO DEL DEPARTAMENTO DE EDUCACION DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO EN RECLAMO DEL AUMENTO SALARIAL DE LA LEY 89 DE 1979 (ROMERAZO), A PARTIR DEL 1980 HASTA EL 2006.

En junio de 2018, se sometió el Formulario Oficial 410 Modificado reclamando salarios impagos en mi empleo como maestro en el Departamento de Educación de Puerto Rico por servicios prestados y que no fueron pagados.

Durante su gobernación, el gobernador Carlos Romero Barceló aprobó una ley (Ley 89 del 12 de julio de 1979) que concedía un aumento salarial a los maestros del Departamento de Educación (DE) del Gobierno de Puerto Rico de $100.00 mensuales.

Este aumento nunca se pagó.

Se estima la siguiente cantidad adeudada:

$1,200.00 del año escolar 1993-1994

$1,200.00 del año escolar 1994-1995

$1,200.00 del año escolar 1995-1996

$1,200.00 del año escolar1996-1997

$1,200.00 del año escolar 1997-1998

$1,200.00 del año escolar 1998-1999

$1,200.00 del año escolar 1999-2000

$1,200.00 del año escolar 2000-2001

$1,200.00 del año escolar 2001-2002

$1,200.00 del año escolar 2002-2003

$1,200.00 del año escolar 2004-2005

$1,200.00 del año escolar 2005-2006


Cantidad adeudada estimada: $14,400.00


Zulma E. Pérez León

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE**

**PUERTO RICO**

In re Commonwealth of Puerto Rico, Case No.17 BK 3283-LTS

ZULMA ESTHER PEREZ LEON                    PROMESA

HC 06 BOX 4420                             Título III

Coto Laurel, Puerto Rico 00780             Núm. 17 BK 3283-LTS

(787)512-5933                              No. de Reclamación:

zepfsant@hotmail.es                        137523


REPLICA A LA CENTESIMA VIGESIMA TERCERA OBJECION GLOBAL (NO SUSTANTIVA)

DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO COMO EMPLEADO DEL

DEPARTAMENTO DE EDUCACION DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE

PUERTO RICO EN RECLAMO DEL AUMENTO SALARIAL DE LA LEY 96 DE 2002 (Sila M. Calderón),

A PARTIR DEL 2002.


En junio de 2018, se sometió el Formulario Oficial 410 Modificado reclamando salarios

impagos en mi empleo  como maestro en el Departamento de Educación de

Puerto Rico por servicios prestados y que no fueron pagados.

Durante su gobernación, la gobernadora Sila M. Calderón aprobó una ley

(Ley 96 del 1 de julio de 2002) que concedía un aumento salarial a los maestros del

Departamento de Educación (DE) del Gobierno de Puerto Rico de $100.00 mensuales.


Este aumento nunca se pagó.


Se estima la siguiente cantidad adeudada:


$1,200.00 del año escolar 2002-2003

$1,200.00 del año escolar 2003-2004

$1,200.00 del año escolar 2004-2005

$1,200.00 del año escolar 2005-2006

$1,200.00 del año escolar 2006-2007

$1,200.00 del año escolar 2007-2008

$1,200.00 del año escolar 2008-2009

$1,200.00 del año escolar 2009-2010

$1,200.00 del año escolar 2010-2011

$1,200.00 del año escolar 2011-2012

$1,200.00 del año escolar 2012-2013

$1,200.00 del año escolar 2013-2014

$1,200.00 del año escolar 2014-2015

$1,200.00 del año escolar 2015-2016

$1,200.00 del año escolar 2016-2017

$1,200.00 del año escolar 2017-2018

$1,200.00 del año escolar 2018-2019

$1,200.00 del año escolar 2019-2020


Cantidad adeudada estimada: $21,600.00


Zulma E. Pérez León

No. de Reclamación.
140441
137523



# DEPARTAMENTO DE EDUCACIÓN
## Department of Education

ESTADO LIBRE ASOCIADO DE PUERTO RICO
Commonwealth of Puerto Rico

## Certificado Vitalicio
Life Certificate

El Secretario de Educación por la presente confiere a
The Secretary of Education hereby issues to

ZULMA ESTHER PEREZ LEON

el presente Certificado de Maestro que lo faculta para ejercer como
this Certificate that entitles the holder to perform as

MAESTRA DE ARTES VISUALES
TEACHER OF VISUAL ARTS

en las escuelas públicas o privadas de Puerto Rico.
in the School System of Puerto Rico.

Expedido el     22 de agosto     de 19 98     de 19 99
Issued    on    August 22,          19 98          19 99

Dado en San Juan de Puerto Rico, el     17 de marzo
Given   at   San Juan, Puerto Rico on          March 17,

Victor R. Fajardo Vélez
Secretario de Educación
Secretary of Education

Número 896                                    Number  896

NUESTROS NIÑOS Primero

ESTADOS UNIDOS
PUERTO RICO

ESTADOSUNIDOS
1898 · 1998
PUERTO RICO
Comisión del Centenario
Centennial Commission

Form 40a Rev./79

Estado Libre Asociado de Puerto Rico
**DEPARTAMENTO DE INSTRUCCION PUBLICA**
División de Personal - Hato Rey, Puerto Rico

**INFORME DE CAMBIO - PERSONAL DOCENTE**

Pagarle _____ días por vacaciones
regulares en julio

Descontarle _____ días por
ausencias

| | ANTES DEL CAMBIO | 9976 | DESPUES DEL CAMBIO |
|---|---|---|---|
| 1 Nombre del Empleado | ZULMA ESTHER PEREZ LEON | | |
| 2 Núm. Seg. Social | | | |
| 3 Sexo | F | | |
| 4 Estado Civil | C | | |
| 5 Prep. Académica | BA        15 | | |
| 6 Experiencia | 0-0-2-4 | | |
| 7 Status Empleado (Contrato) | PROBATORIO    02 | | |
| 8 Sueldo Bruto | $1000. | | |
| 9 Núm. de la Plaza | F07104 | | |
| 10 Categoría de la Plaza | ARTES VISUALES (ARTE) | | |
| 11 Clasificación Puestos Dir | | | |
| 12 Fondo | ESTATAL | | |
| 13 Cifra Cuenta | 03-222-081-27-826-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-01-00075-0000 | | |
| 14 Fecha de Efectividad | 1 SEPTIEMBRE 1993 | | |
| 15 Acción y Duración | NOMBRAMIENTO | | |
| 16 Causa del Cese | | | |
| 17 Ultimo Día Trabajo | | | |
| 18 Ultimo Día de Pago | | | |
| 19 Programa Escolar | | | |
| 20 Turno en Registro | 4 | | |
| 21 Distrito Escolar | VILLALBA | | |

**LICENCIA POR VACACIONES y/o ENFERMEDAD CONCEDIDA**

22 Desde

23 Hasta

24 Observaciones (Antes del Cambio)

25 Observaciones (Después del Cambio)

Asa ley 28 efect 1-oct-93 $1125.

26
Firma Empleado en caso de cambio de contrato a pro-
batorio, traslado, reasignación permanente o descenso      Fecha

27 Deseo:
☑ Acogerme          ☐ No acogerme

Al descuento del 3% de mi sueldo mensual para el
Fondo de Ahorro y Préstamo de la Asociación de Emplea-
dos del ELA de P.R. en caso de cambio de contrato de
sustituto a probatorio o de sustituto a permanente.

Firma del Empleado          Fecha

28 Recomendado

Superintendente de Escuelas      Fecha

29 Recomendado

Superintendente de Escuelas      Fecha

30 APROBADO: POR EL SECRETARIO DE INSTRUCCION PUBLICA

FIRMA

FORM. 409 ESPECIAL    ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACION
DIVISION DE PERSONAL — HATO REY, PUERTO RICO

INFORME DE CAMBIO — PERSONAL DOCENTE

| | ANTES DEL CAMBIO | DESPUES DEL CAMBIO |
|---|---|---|
| 1. NOMBRE DEL EMPLEADO | PEREZ LEON, ZULMA E | |
| 2. NUM. SEGURO SOCIAL | | |
| 3. EXPERIENCIA | 02-08-02-4.0 | |
| 4. STATUS EMPLEADO | PROBATORIO  02 | PERMANENTE  01 |
| 5. NUM. DE PUESTO | F07104 | |
| 6. CATEGORIA DEL PUESTO | 9976-MAESTRO ARTE VISUALES | |
| 7. FONDO | 222 — FEDERAL | |
| 8. CIFRA DE CUENTA | 95-222-081-27-529-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-01-000075-0895 | |
| 9. FECHA EFECTIVIDAD | | 1-sept-95 |
| 10. ACCION Y DURACION | | CAMBIO DE STATUS |
| 11. DISTRITO ESCOLAR | 075 — VILLALBA | |

LICENCIA POR VACACIONES Y/O ENFERMEDAD CONCEDIDA

| 12. DESDE | 13. HASTA |
|---|---|
| 14. OBSERVACIONES (ANTES DEL CAMBIO) | 15. OBSERVACIONES (DESPUES DEL CAMBIO) |
| CONSIDERE SOLAMENTE PARA CAMBIO DE STATUS | CONTINUA RESTO AÑO EN EL PUESTO NUMERO EN EL DISTRITO |

16. APROBADO POR EL SECRETARIO DE EDUCACION
O SU REPRESENTANTE AUTORIZADO

_____          _____
FIRMA                                                         FECHA

Sra. Zulma E. Perez Leon
H.C. 06 Box 4420
Coto Laurel P.R. 00780





CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7019 0700 0002 2553 2386

U.S. POSTAGE PAID
FCM LG ENV
COTO LAUREL, PR
00780
FEB 18, 20
AMOUNT
$7.60
R2305K134126-02
1000    00918

RECEIVED & FILED
2020 FEB 19 PM 4:33
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00 918- 1767

RETURN RECEIPT
REQUESTED

RETURN RECEIPT
REQUESTED



GOBIERNO DE PUERTO RICO

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# CERTIFICACIÓN

Certificamos que AIDA CASTRO SANTIAGO, disfruta beneficios de PENSION POR INCAPACIDAD OCUPACIONAL (447) de este Sistema de Retiro. La misma fue efectiva el 13 de enero de 2015. En la actualidad, recibe una anualidad ascendente a $9,446.40 pagadera en mensualidades de $787.20.

Además, tiene derecho a un bono de medicamentos de $100.00, un aguinaldo de navidad de $200.00 y una aportación para plan médico de $100.00 mensuales.

Esta certificación se expide hoy 14 de enero de 2020, en San Juan, Puerto Rico.

Certifico correcto,

Marlisa Marrero Negron
Gerente Auxiliar
División de Asuntos de Pensionados

OCRUZ01





437 Ave. Ponce de León San Juan, P.R. 00917-3711 • PO Box 42003 San Juan, P.R. 00940-2203
787.777.1500 • 787.767.1108 • www.retiro.pr.gov

Aida Castro Soto
HC-01 Box 3128
Jayuya Díaz, P.R. 00795

RECEIVED & FILED
2020 FEB 19 PM 4: 54
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

SAN JUAN PR 009
18 FEB 2020 PM 1

Barn Swallow
FOREVER
USA

Tribunal de Distrito de los E.U.
#150 Chardon Avenue
Federal Building
San Juan (Puerto Rico) 00918



DEPARTAMENTO DE LA FAMILIA

## Administración de Familias y Niños



*17 de noviembre de 2000*

*Sra. Sonia I. Del Río González*
*Trabajador Social II*
*Región de Arecibo*

**CAMBIO DE STATUS**

*El recurso humano es la razón de ser de cada organización y el responsable del éxito o fracaso de la misma. Juntos tenemos la tarea y el compromiso de impulsar el crecimiento de nuestro Departamento.*

*Me place informarle que de conformidad con la Ley 85 del 24 de mayo de 2000, efectivo el 1 de julio de 2000, su status de empleado transitorio cambió a regular. Próximamente recibirá el Informe de Cambio correspondiente.*

*Aprovecho la oportunidad para expresarle mi agradecimiento personal por su contribución en el desempeño de sus funciones hacia el logro de una de nuestras más preciadas metas, elevar cada día la excelencia y calidad en el servicio público. Espero continuar contando con su apoyo y dedicación.*

*Nilsa Jusino de Morales,*
*Administradora*

*NJM/LTS/dvm*

Cuidando su mayor tesoro

AVE. PONCE DE LEÓN PDA. NÚM. 2, SAN JUAN • APARTADO 15091, SAN JUAN, P. R. 00902-5091 • TEL.: (787) 724-7474

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE LA FAMILIA
ADMINISTRACION DE FAMILIAS Y NIÑOS
SAN JUAN, PUERTO RICO

## INFORME DE CAMBIO ESPECIAL  -A-


1 5 NOV. 2000

NUMERO DEL CAMBIO _____ 30421 _____

Nombre del Empleado : Del Río González, Sonia I.

Seguro Social :

Se notifica el siguiente cambio de status del empleado, en conformidad con el Artículo 4 de la Ley Núm. 56 del 16 de agosto de 1989, según enmendada por la Ley Núm 85 del 24 de mayo de 2000. Este cambio de status del empleado es efectivo al 1ro. de julio de 2000.

|  | ANTES DEL CAMBIO | DESPUES DEL CAMBIO |
|---|---|---|
| 1. Número de Puesto | 95-2139 | 12304374 |
| 2. División | Adm. de Familias y Niños |  |
| 3. Unidad o Sección | Serv. a Familias con Niños |  |
| 4. Ubicación | Región Arecibo |  |
| 5. Categoría del Empleado |  | De Carrera |
| 6. Status del Empleado | Transitorio | Regular |
| 7. Título de Clasificación | Trabajador Social II |  |
| 8. Sueldo | $1,506.00 |  |
| 9. Diferencial |  |  |
| Descuento aportación |  |  |
| 10. Sistema de Retiros |  | 8.275% |

### Símbolo de Contabilidad

| Cuenta | Fdo | Org | Prog | Asig | Año | Grant | Cuenta | Fdo | Org | Prog | Asig | Año | Grant |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E1120 | 111 | 1230000 | 1078 | 001 | 2000 |  | E1110 | 111 | 1230000 | 1078 | 001 | 2001 |  |

Observaciones :

APROBADO
Oficina de Personal

SEP 07 2000

5 de julio de 2000
Fecha

ADMINISTRACION DE
FAMILIAS Y NIÑOS

Lisette Torres Santiago
Dir. Int. Ofic. Rec. Hum.
Firma de la Autoridad Nominadora o su
Representante Autorizado

JMC/dvm

**GOBIERNO DE PUERTO RICO**

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

05 de febrero de 2020

### Agencia: 407 - ADMINISTRACION DE FAMILIAS Y NIÑOS

**Seguro Social: XXX-XX-9726**

SONIA DEL RIO GONZALEZ
HC 05 BOX 58697
HATILLO, PR 00659

A base de la información en nuestros registros, al 05 de febrero de 2020 usted posee:

**Fecha de Nacimiento:** 1969  **Género: Femenino**

**Fecha de Ingreso al Servicio Público: 01 de julio de 2000**

**Fecha de Comienzo de Cotización: 01 de julio de 2000**

| *Ley Anterior al 30 de junio de 2013* | |
|---|---|
| Años Acreditados: | 21.00 |
| Aportaciones: | $27,396.19 |
| Intereses: | $2,214.47 |
| Gastos Teneduría: | ($70.02) |
| Total Aportaciones: | $29,610.66 |
| SNC Pagado: | $0.00 |
| SNC Tiempo: | 0.00 |
| Beneficio: | $0.00 |

| *Ley 3 al 30 de junio de 2017* | |
|---|---|
| Tiempo Trabajado: | 25 *(2.5 Apox)* |
| Aportaciones: | $43,190.44 |
| Intereses: | $7,054.17 |
| Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $50,244.61 |
| Beneficio: | $0.00 |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 · PO Box 42003 San Juan, P.R. 00940-2203
☎ 787.754.4545 · 🖰 www.retiro.pr.gov

 **mi RETIRO** Portal de Servicios en Línea de la Administración
de los Sistemas de Retiro de los Empleados de Gobierno y la Judicatura

## Información General

## SONIA I DEL RIO GONZALEZ (378619)

| | |
|---|---|
| Agencia: | **ADMINISTRACION DE FAMILIAS Y NIÑOS** |
| Sistema de Retiro: | **EMPLEADO DE GOBIERNO (ELA)** |
| Fecha de Ingreso: | **01-JUL-2000** |
| Años en Servicio: | **46** |
| Sueldo Bruto: | **$2,851.00** |
| Sueldo Neto: | **$1,924.58** |
| Balance Aportaciones*: | **$79,855.27** |
| Aportaciones Ley 106 **: | **$7,419.00** |

\* El balance de la Aportación Individual reflejado es la acumulación de la cantidad aportada a
ASR a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por
concepto de aportaciones individuales y el tiempo acreditado están sujetos a revisión. Esta
información no es una certificación oficial de la Administración de los Sistemas de Retiro.
Puede descargar aquí su última certificación de balance de aportaciones

\*\* El balance de la Aportación Ley 106 está reflejado a la fecha de la última nómina procesada
enviada por su patrono. Dicho balance por concepto de aportación individual aquí reflejado
están sujetos a revisión. Esta información no es una certificación oficial de la Administración
de los Sistemas de Retiro. Puede pedir una certificación del balance al 787-777-1500 o al
correo cesresanjuan@retiro.pr.gov

### Mas Servicios

Aquí podrás solicitar y visualizar
tus certificaciones, como:

- Certificados de Deuda de
  préstamos
- Certificados de Préstamo
  Hipotecario
- Certificado de deuda para Ética
  Gubernamental
- Certificado de Balance de
  Cancelación de préstamo.

**Solicitudes en Línea**

### Ayuda para
### Servicios en Línea

Llene el siguiente formulario o
llame a nuestro centro de
contacto al (787) 777-1500

**Centro Gubernamental Minillas,**
Torre Norte Piso 7
San Juan PR 00940



 **DEPARTAMENTO DE HACIENDA**
ESTADO LIBRE ASOCIADO DE PUERTO RICO

1/1

**GOBIERNO DE PUERTO RICO**

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: SONIA DEL RIO GONZALEZ**                    Seguro Social: XXX-XX-9726

HC 05  BOX 58697

HATILLO, PR 00659

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas
computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a
ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de
que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de
Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | ADMINISTRACION DE FAMILIAS Y NIÑOS |
| Años de Servicio: | 25 |
| Balance de Aportaciones: | $50,314.63 |

Esta certificación fue emitida el 5 de febrero de 2020.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de
información faltante o suministrada por el Patrono.

Número de Certificación: ASR2020020546927936

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico
http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov



RECEIVED & FILED

2020 FEB 19 PH 4: 34

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.



US POSTAGE PAID
FCM LG ENV
ARECIBO, PR
00612
FEB 18 20
AMOUNT

1000          **$1.20**

00918        R2306Y152026-08

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

From: Sonia Soto Gonz.
HC- 05 Box 58697
Hatillo P. R. 00659

## Claim # / Reclamación 144460

A:  Secretaria (Clerk's Office)

Tribunal de Distrito de los Estados Unidos

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767



A:  Abogado de la Junta de Supervisión (Counsel for the Oversight Board)

Proskauer Rose LLP

Eleven Times Square

Nueva York, Nueva York 10036-8299

A:  Martin J. Bienenstock / Brian S. Rosen

Abogado del Comité de Acreedores

Paul Hasting LLP

200 Park Avenue

Nueva York, Nueva York 10166

A/A James Bliss, James Worthington y G. Alexander Bongartz

14 de febrero de 2020

Yo Ana Miriam García Vélez, maestra del departamento de Educación de Puerto Rico desde el año 1999. Mi número de empleado es 73334.  Resido en la Urbanización Jardines del Caribe Calle 42 PP55 en Ponce, Puerto Rico 00728.  Mi número de teléfono es (787) 843-3374 y el de mi cellular es (787) 342-4901. Por tal motive estoy respondiendo y enviando los documentos que respaldan el reclamo contra el Estado Libre Asociado de Puerto Rico que me solicitaron a través del document donde se incluía mi nombre enviado por Prime Clerk LLC, sobre la Ley Promesa Título III.

El día 28 de junio de 2018 presenté el caso #17BK 03283 LTS número de Reclamación 144460 mejor conocida como la Ley 96 del año 2002 Ley para concede un aumento sueldo de $100.00 a todos los empleados públicos efectivo desde el 30 de junio de 2002 (El Romerazo).

Por lo antes expuesto reclamo desde el año 2002 la cantidad de $20,400 a razón de $100.00 por cada mes trabajado hasta el año 2019.

## Claim # / Reclamación 144460

A: Secretaria (Clerk's Office)

Tribunal de Distrito de los Estados Unidos

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767


A: Abogado de la Junta de Supervisión (Counsel for the Oversight Board)

Proskauer Rose LLP

Eleven Times Square

Nueva York, Nueva York 10036-8299


A: Martin J. Bienenstock / Brian S. Rosen

Abogado del Comité de Acreedores

Paul Hasting LLP

200 Park Avenue

Nueva York, Nueva York 10166

A/A James Bliss, James Worthington y G. Alexander Bongartz

14 de febrero de 2020

Yo Ana Miriam García Vélez, maestra del departamento de Educación de Puerto Rico desde el año 1999. Mi núero de empleado es 73734. Resido en la Urbanización Jardines del Caribe Calle 42 PP55 en Ponce, Puerto Rico 00728. Mi número de teléfono es (787) 843-3374 y el de mi cellular es (787) 342-4901. Por tal motive estoy respondiendo y enviando los documentos que respaldan el reclamo contra el Estado Libre Asociado de Puerto Rico que me solicitaron a través del document donde se incluía mi nombre enviado por Prime Clerk LLC, sobre la Ley Promesa Título III.

El día 28 de junio de 2018 presenté el caso #17BK 03283 LTS número de Reclamación 144460 mejor conocida como la Ley 164 del año 2003 Ley del incentive en la que la Gobernadora de Puerto Rico Sila María Calderón donde se expuso conceder un aumento de $100.00 a cada empleado público efectivo el 1ro de enero del 2004 el cual no recibí.

Por lo antes expuesto reclamo desde el 2004 hasta el presente la cantidad de 19,200 pagaderos hasta el 2019 (16 años x 1,200) annual).



Ana Miriam García Vélez
Jardines del Caribe
calle 42 PPSS
Ponce, P.R. 00728

Secretaria Clerks Office
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

7019 1120 0000 7534 9124

RECEIVED & FILED
2020 FEB 19 PM 4:47
US DISTRICT COURT
CLERKS OFFICE
SAN JUAN P.R.

U.S. POSTAGE PAID
FCM LETTER
PONCE, PR
FEB 18, 20
AMOUNT
$6.95
R2305K133237-11
1000
00918

**UNITED STATES DISTRIC COURT**
**FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED
2020 FEB 19 PM 4: 40
CLERK'S OFFICE
S. DISTRICT COUR
SAN JUAN, P R

In re:

THE FINANCIAL OVERSIGHT AND

MANAGEMENT BOARD FOR PUERTO RICO,

as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.

Claim # 164588

Claim # 1439588

PROMESA
Title III

No. 17 BK 3283-LTS

**This filing relates to the**

**Commonwealth, HTA, and ERS.**

**Replicate Global Objection to the Secretary of the United States District Court for the**

**District of Puerto Rico**

**Contact Information:**

AURELINA FEBRES DELGADO, a neighbor of Urb. Mountain View, Street 3 - E 11,

Carolina, P.R. 00987, telephone (787) 257-0763, email: febresaurelina@gmail.com.

**Motives to oppose to the Global Objection:**

The CLAIM of AURELINA FEBRES DELGADO in a legitimate foundation and is sufficient.

She was a teacher and librarian of the Department of Education of Puerto Rico by 26 years, 4

months, 3 weeks, 3 days. During that time, she was doing monthly contributions to the System of

Retirement Pensions for Teachers of Puerto Rico Government. The effectiveness date of the

pension July 1, 2008. The contributions of AURELINA FEBRES DELGADO to the System of

Retirement Pensions for Teachers of Puerto Rico Government, are evidenced in a certification

that is attached to this document.

The Act Num. 160 of December 24, 2013 "The Law of the System of Retirement for Teachers of

the Commonwealth of Puerto Rico stablishes:

*"The Teacher as the teaching axis, is the professional in charge of the most transcendental work in the life of his students; The influence of its impact endures forever. The teaching class has in there hands the prosperity of an entire country. Therefore, the Government of the Commonwealth of Puerto Rico is committed to do everything necessary to protect them and provide them with a withdrawal.*

*Worthy, meritorious for the years of education dedicated to the Puerto Rican people."*

As a retired teacher and participant of the System that receives a pension in accordance with the dispositions of the law, AURELINA FEBRES DELGADO has a meritorious CLAIM.

This motion is made in the grounds that the claimant has a valid allegation on the basis of the claims of wages deducted for pension of the Teachers Retirement Pensions System of the Puerto Rico Government while she was working as teacher and librarian of the Department of Education.

## CONCLUSION

For all the foregoing reasons, the CLAMAINT request that the Court dismiss the Global Objection in regards with the claim.

Dated: February 17, 2020                                Respectfully Submitted,


                                                        Aurelina Febres Delgado
                                                        Claimant

## GOBIERNO DE PUERTO RICO
### Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión del **Prof. Aurelina Febres Delgado**, con número de seguro social que termina en **5655**.

| | |
|---|---:|
| **Fecha de Efectividad de la Pensión** | **1 de julio de 2008** |
| **Tiempo Cotizado para Pensión** | **26 años, 4 meses, 3 sem, 3 días** |
| **Pensión mensual Inicial** | **$882.16** |
| **Pensión Mensual Actual** | **$882.16** |

Esta certificación se expide hoy, **30 de enero de 2020** en **San Juan**, **Puerto Rico**.

**Edgardo Negron Ramirez**
**Supervisor**
**Área de Servicios de Retiro**

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

SRM
Sistema de Retiro para Maestros
Gobierno de Puerto Rico
Protegemos la Aportación al Futuro

787.777.1414    787.764.6910   www.srm.pr.gov

Aurelina Febres Delgado
Urb. Mountain View
Calle 3 E 11,
Carolina, P.R., 00987



US POSTAGE AND FEES PAID
PRIORITY MAIL
Feb 17 2020
Mailed from ZIP 00986
1 lb PM Local

CommercialBasePrice      071S01356557

**PRIORITY MAIL 1 — DAY**

Aurelina Febres Delgado
1-1 CALLE 3
URB MOUNTAIN VIEW
CAROLINA PR 00983                    0005

637175403324135200

SHIP TO:
Secretaria Clerks Office
Tribunal de Distrito Estados Unidos
150 Chardon Avenue
Federal Building
SAN JUAN PR 00918

**USPS TRACKING #**

9405 5102 0082 9235 6376 61

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
#150 Chardon Avenue
Federal Building
San Juan, Puerto Rico, 00918



**UNITED STATES DISTRIC COURT**
**FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED

2020 FEB 19  PM 4: 40

CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND | |
| | No. 17 BK 3283-LTS |
| MANAGEMENT BOARD FOR PUERTO RICO, | |
| | **This filing relates to the** |
| as representative of | |
| | **Commonwealth, HTA, and ERS.** |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | |
| | |
| Debtors. | |
| Claim # 92032 | |
| Claim # 91812 | |

**Replicate Global Objection to the Secretary of the United States District Court for the**

**District of Puerto Rico**

**Contact Information:**

ANA A. GARCÍA FEBRES, neighbor of Urb. Jardines de Carolina Calle C-A 11, Carolina, P.R,

00987, telephone (787) 449-3157, email: orkidea13@gmail.com.

**Motives to oppose to the Global Objection:**

The CLAIM of ANA A. GARCIA FEBRES is a legitimate allegation and is sufficient. She was a

teacher and counselor of the Department of Education of Puerto Rico by 33 years, 9 months, 1

weeks, 2.5 days. During that time, she was doing monthly contributions to the System of

Retirement Pensions for Teachers of Puerto Rico Government. The effectiveness date of the

pension July 29, 2011. The contributions of ANA A. GARCIA FEBRES to the System of

Retirement Pensions for Teachers of Puerto Rico Government, are evidenced in a certification

that is attached to this document.

The Act Num. 160 of December 24, 2013 "The Law of the System of Retirement for Teachers of

the Commonwealth of Puerto Rico stablishes:

*"The Teacher as the teaching axis, is the professional in charge of the most transcendental work in the life of his students; The influence of its impact endures forever. The teaching class has in there hands the prosperity of an entire country. Therefore, the Government of the Commonwealth of Puerto Rico is committed to do everything necessary to protect them and provide them with a withdrawal.*

*Worthy, meritorious for the years of education dedicated to the Puerto Rican people."*

As a retired teacher and participant of the System that receives a pension in accordance with the dispositions of the law, ANA GARCIA FEBRES has a meritorious CLAIM.

This motion is made in the grounds that the claimant has a valid allegation on the basis of the claims of wages deducted for pension of the Teachers Retirement Pensions System of the Puerto Rico Government while she was working as teacher and librarian of the Department of Education.

## CONCLUSION

For all the foregoing reasons, the CLAMAINT request that the Honorable United States Court for the District of Puerto Rico, dismiss the Global Objection in regards with the claim.

Dated: February 17, 2020                     Respectfully Submitted,


_____
Ana A. García Febres
Claimant

**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión del **Prof. Ana A. Garcias Febres**, con número de seguro social que termina en **9662**.

| | |
|---|---|
| **Fecha de Efectividad de la Pensión** | **29 de julio de 2011** |
| **Tiempo Cotizado para Pensión** | **33  años, 9 meses, 1 sem, 2.5 días** |
| **Pensión mensual Inicial** | **$2,396.26** |
| **Pensión Mensual Actual** | **$2,396.26** |

Esta certificación se expide hoy, **30 de enero de 2020** en **San Juan**, **Puerto Rico**.

**Edgardo Negron Ramirez**
Supervisor
Área de Servicios de Retiro



235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

**SRM**
Sistema de Retiro para Maestros
Gobierno de Puerto Rico
*Protegemos la Aportación al Futuro*

787.777.1414     787.764.6910     www.srm.pr.gov

Sra Ana A. Garcia
Calle C All Jardines de Carolina
Carolina, P.R. 00987



US POSTAGE AND FEES PAID
PRIORITY MAIL
Feb 17 2020
Mailed from ZIP 00986
1 lb PM Local

**P**

CommercialBasePrice                    071S01356557

---

### PRIORITY MAIL 1-DAY

Sra Ana A Garcia
Calle CA11 Jardines de Carolina
CAROLINA PR 00987

**0005**

637175399659444328

SHIP TO:
Secretaria Clerks Office
Tribunal de Distrito Estados Unidos
150 Chardon Avenue
Federal Building
SAN JUAN PR 00918

---

### USPS TRACKING #

9405 5102 0088 3303 2592 09

Secretaria (Clerk Office)
Tribunal de Distrito de los E.U.
#150 Chardon Avenue
Federal Building
San Juan, P.R. 00918



RECEIVED & FILED
2020 FEB 19  PM 4:40
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.