UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------------- x
: 
In re: :
:
THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III
:
as representative of : Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO *et al.*, : (Jointly Administered)
:
Debtors.[1] :
:
------------------------------------------------------------------------- x

**FIFTH SUPPLEMENTAL VERIFIED STATEMENT OF OFFICIAL COMMITTEE
OF UNSECURED CREDITORS PURSUANT TO BANKRUPTCY RULE 2019**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), made applicable to these Title III cases by section 310 of the Puerto Rico Oversight, Management and Economic Stability Act of 2016 ("PROMESA"),[2] the Official Committee of Unsecured Creditors (the "Committee"),[3] by and through its undersigned counsel, hereby submits this fifth supplemental verified statement (the "Fifth Supplemental Verified Statement"), and respectfully states as follows:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] References to PROMESA are references to 48 U.S.C. §§ 2101 *et. seq.*

[3] The Committee is the official committee of unsecured creditors for all Title III Debtors, other than PBA and COFINA.

1. On June 15, 2017, the Office of the United States Trustee for the District of Puerto Rico (the "U.S. Trustee") filed its *Notice Appointing Creditors Committee for Unsecured Creditors* [Docket No. 338].[4]

2. In accordance with Bankruptcy Rule 2019, attached hereto as Exhibit A is a list of the names and addresses of each Committee member, and the nature and amount of all disclosable economic interests held by each current Committee member in relation to the Debtors as of January 31, 2020. The claims and claim amounts set forth on Exhibit A have been provided to Committee counsel by the applicable Committee members.[5]

3. By filing this Fifth Supplemental Verified Statement, the Committee makes no representation regarding the amount, allowance, or priority of the claims set forth on Exhibit A hereto and reserves all rights with respect thereto.

4. Nothing contained in this Fifth Supplemental Verified Statement (or Exhibit A hereto) should be construed as a limitation upon, or waiver of, any Committee member's right to assert, file, or amend its claim(s) in accordance with applicable law and any orders entered in these cases, including any order establishing procedures for filing proofs of claim.

[*Remainder of page intentionally left blank.*]

---

[4] The United States Trustee filed amended notices of appointment on August 25, 2017 [Docket No. 1171], August 31, 2017 [Docket No. 1218], May 14, 2018 [Docket No. 3058], and September 19, 2018 [Docket No. 3947].

[5] The Committee notes that this Fifth Supplemental Verified Statement reflects disclosable economic interests held by Committee members with respect to PBA. The Committee has not been appointed the official committee of unsecured creditors in PBA's Title III case. While the Committee has not filed substantive pleadings in PBA's Title III case, the Committee discloses its members' economic interests held with respect to PBA out of an abundance of caution.

Dated: February 25, 2020

By: */s/ Luc A. Despins*

**PAUL HASTINGS LLP**
Luc A. Despins, Esq. *(Pro Hac Vice)*
James R. Bliss, Esq. *(Pro Hac Vice)*
James B. Worthington, Esq. *(Pro Hac Vice)*
G. Alexander Bongartz, Esq. *(Pro Hac Vice)*
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
lucdespins@paulhastings.com
jamesbliss@paulhastings.com
jamesworthington@paulhastings.com
alexbongartz@paulhastings.com

*Counsel to the Official Committee of Unsecured Creditors*

By: */s/ Juan J. Casillas Ayala*

**CASILLAS, SANTIAGO & TORRES LLC**
Juan J. Casillas Ayala, Esq. (USDC - PR 218312)
Israel Fernández Rodríguez, Esq. (USDC - PR 225004)
Juan C. Nieves González, Esq. (USDC - PR 231707)
Cristina B. Fernández Niggemann, Esq. (USDC - PR 306008)
PO Box 195075
San Juan, Puerto Rico 00919-5075
Telephone: (787) 523-3434 Fax: (787) 523-3433
jcasillas@cstlawpr.com
ifernandez@cstlawpr.com
jnieves@cstlawpr.com
cfernandez@cstlawpr.com

*Local Counsel to the Official Committee of Unsecured Creditors*

3