14 de febrero de 2020

A quien pueda Interesar

Junta de Supervisión y Administración Financiero para Puerto Rico
Como representante de Estado Libre Asociado y otros

Anexo C (notificaciones)

**Datos de contacto:**

Nombre- Anaya Alvarez, Juana B.
Núm Reclamación-86437
Dirección Residencial – Urbanización La Riviera, Calle 4 casa C7, Arroyo PR  00714
Dirección Postal – PO Box 621, Arroyo PR 00714
Teléfono:  787-453-4801

*Date Filed 7/2/2018 Case Number 17BK03283-LTS Debtor - Commonwealth of Puerto Rico*

ii   Epígrafe

> Secretaria (Clerk's Office)
> Tribunal de Distrito de los Estados Unidos
> Room 150 Federal Building
> San Juan, Puerto Rico 00918-1767
>
> Abogado de la Junta de Supervisión
> (Counsel For the Oversight Board
> Proskaver Rose LLP
> Eleven Time Square
> Nueva York, Nueva York 1003-8299
> A/A Martin J. Bienenstock
> Brian S Rosen
>
> Abogados del Comité de Acreedores
> (Counsel for te Creditors Committee)'
> Paul Hastings LLP
> 200 Park Avenue
> Nueva York, Nueva York 10166
> A/A Luc A. Despins
> James Bliss
> James Worthington
> G. Alexander Bongartz

iii Motivo(s) para oponerse a la objeción global

Adjunto envio evidencia de que fui empleada del Estado Libre Asociado de Puerto Rico, siendo parte del Departamento de Educacion por 35 años desde Agosto de 1964 hasta el 31mayo de 2000, donde me retire.

Por tanto mi reclamación es válida contra el Estado Libre Asociado de Puerto Rico, cuando se llenó la reclamación desconocía el monto de la mismo, alegando que es aproximadamente de $25,000.

iv Documentación justificada

Envio de:

-Informe de Cambio – Personal Docente
-Solicitud de Retiro- Años de Servicio y edad a Junta Retiro para Maestro
-Junta de Retiro para Maestros informando al Departamento de Educación Sección de Nombramiento sobre la jubilación el 31 de mayo de 2000.