

GOBIERNO DE PUERTO RICO
Junta de Retiro para Maestros
PO Box 191879 San Juan, PR 00919-1879
Teléfono (787) 754-8611

24 de mayo de 2000

Departamento de Educación
Sección: Nombramientos y Cambios
Atención: Sra. Matilde Pedraza

Re: Prof. Juana B. Anaya Alvarez      SS:

La profesora de referencia ha radicado una Solicitud de Retiro por años de servicio y edad.

Al __31__ de __mayo__ de __2000__ fecha en que piensa renunciar para acogerse a la jubilación tiene, __35__ años, __5__ meses, __–__ semanas y __1½__ días.

Edad: __56__

Pagos pendientes por: N/A

\_\_\_\_\_ Reconocimiento de Tiempo

\_\_\_\_\_ Diferencia Transferencia de Fondos

\_\_\_\_\_ Otros

Cordialmente,

Jaime García Vallés
Secretario Ejecutivo Interino
JA/rem

cc: Prof. JUANA B. ANAYA ALVAREZ
     14 CALLE SOL
     ARROYO  PR  00714

"Sirviéndole a la Clase Magisterial Puertorriqueña"



**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**JUNTA DE RETIRO PARA MAESTROS**
PO Box 191879, San Juan, PR 00919-1879
Tel. (787) 754-8611

**SOLICITUD DE RETIRO**
Años de Servicio y Edad – Edad – Diferido

---

**Nota:** Conteste todas las preguntas. Escriba a máquina o con tinta en letra de imprenta. Si no hay espacio suficiente use otro papel y adhiéralo a esta solicitud. LEA INSTRUCCIONES AL DORSO.

Por la presente solicito el Retiro, de acuerdo con las disposiciones de la Ley Núm. 218 del 6 de mayo de 1951, según subsiguientemente enmendada.

| 1. Nombre | Apellido Paterno | Apellido Materno | 2. Sexo | 3. Núm. de Seguro Social |
|---|---|---|---|---|
| Juana B. | Anaya | Alvarez | M ☐  F ☒ | |

4. **Dirección Postal:** Calle Sol 14 Arroyo, PR 00714

5. **Fecha de Nacimiento** — Mes ___ Día ___ Año ___

**Dirección Residencial / Teléfono:** Calle Sol 14 Arroyo, PR 00714

6. **Sitio de Nacimiento** – Ciudad: Puerto Rico / Arroyo

7. **Puesto que ocupa:** Trabajadora Social

8. **Distrito donde trabaja:** Guayama

9. **Fecha de efectividad de la pensión:** 31 mayo 2000

10. **Préstamo con el Sistema** Sí ☐ No ☒
    Clase: Hipotecario ☐ Personal ☐ Viaje Cultural ☐

11. **Razón para el Retiro:** ☒ Años de Servicio y Edad ☐ Diferido
    ☐ Edad (60 años con 10 años y menos de 25 años de Servicio)

12. **Estado Civil:** ☒ Soltero ☐ Divorciado ☐ Casado ☐ Viudo ☐ Separado

13. **Nombre del Cónyuge y su dirección:** N/A

14. **Nombre de hijos menores de 18 años de edad y fecha de nacimiento** (Mes Día Año): N/A

Fecha: 21 marzo 2000

Firma del Solicitante: *Juana Anaya Alvarez*

**CERTIFICACION DEL JEFE INMEDIATO**
15. Certifico que Juana B. Anaya Alvarez se halla actualmente en ___X___ Servicio Activo

Uso de licencia (especifique): ___ X ___ renuncia

Superintendente de Escuelas o Jefe de Personal de Departamento o Agencia

"Ofreciendo servicios y beneficios de carácter social a los participantes del Sistema"

FORM. 409 Rev. 99

## DEPARTAMENTO DE EDUCACIÓN
### Secretaría Auxiliar de Recursos Humanos
### Informe de Cambio - Personal Docente

Pagarle _____ días por vacaciones regulares

Descontarle _____ días por ausencias

| | ANTES DEL CAMBIO | DESPUÉS DEL CAMBIO |
|---|---|---|
| 1. Nombre del Empleado | Anaya Alvarez, Juana B. | |
| 2. Número de Seguro Social | | |
| 3. Lugar y Fecha de Nacimiento | Arroyo, PR - 44 | |
| 4. Sexo | F | |
| 5. Estado Civil | soltera | |
| 6. Preparación Académica | MA Trabajo Social Escolar | |
| 7. Experiencia | 34 años | |
| 8. Status Empleado (Contrato) | permanente | |
| 9. Sueldo Bruto | $1,995.00 | |
| 10. Número del Puesto | F-03894 | |
| 11. Categoría del Puesto | Maestro Trab. Social Escolar | |
| 12. Nivel del Puesto (Directivo) | | |
| 13. Fondo | Federal | |
| 14. Cifra de Cuenta | E1110-27200-0810000-0000-08100- | 2000-V0484990052-01R |
| 15. Fecha de Efectividad | 31 mayo/00 | |
| 16. Acción y Duración | | |
| 17. Causa del Cese | renuncia años de servicio/edad | |
| 18. Último día de Trabajo | 31 mayo/00 | |
| 19. Último día de Pago | | |
| 20. Programa Escolar, nivel y grado | | |
| 21. Turno en Registro | | |
| 22. Distrito Escolar | Guayama | |
| 23. Escuela | Técnico Vocacional Ramón Avila | |

| 24. Dirección Postal y Residencial | 25. Teléfono Residencial |
|---|---|
| Calle Sol #14 - Arroyo, PR 00714 | 839-4623 |

26. Observaciones:

27. En caso de cambio de status a probatorio o permanente, traslado, reasignación permanente, reubicación o descenso.

_____   _____
Firma del empleado          Fecha

28. Deseo: ____ Acogerme   ____ No Acogerme
Al descuento del 3% de mi sueldo mensual para el Fondo de Ahorro y Préstamo de la Asociación de Empleados del ELA de Puerto Rico en caso de cambio de contrato a probatorio o permanente.

_____   _____
Firma del empleado          Fecha

29. Recomendado

_____   _____
Director de Escuela         Fecha

30. Recomendado

_____   _____
Director de Escuela         Fecha

31. Aprobado: Por el Secretario de Educación o su Representante

_____
Firma               Fecha

Si el nombramiento es con status transitorio provisional el mismo constituye un CERTIFICADO PROVISIONAL DE MAESTRO