Anaya Alvarez, Juana B
PO Box 621
Arroyo PR 00714

**CERTIFIED MAIL**

7013 2250 0000 6662 5148




U.S. POSTAGE PAID
FCM LG ENV
ARROYO, PR
00714
FEB 14, 20
AMOUNT
$7.60
R2305K131158-3

1000    00918

Secretaría (*Clerk's Office*)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

RECEIVED & FILED
2020 FEB 18 PM 4:32
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.