Tribunal De Distrito
De Los Estados Unidos
Para El Distrito de Puerto Rico

31 enero 2020

Asunto: Envio de réplica a la Objeción Global a la Secretaria Del Tribunal de Distrito DE Los Estados Unidos Para El Distrito De Puerto Rico

Número de reclamación: 125789

Nombre: Garrafa Rodríguez, Carmen M.

Dirección: P.O. Box 1404, ~~Guayama~~, Puerto Rico, 00785

Número de teléfono: 939-419-4527

Dirección correo electrónico: Sofia_Carolina09@yahoo.com

Epígrafe:
Nombre del Tribunal:
Tribunal De Distrito De Estados Unidos Para El Distrito De Puerto Rico

Nombre de los deudores:
Estado Libre Asociado de Puerto Rico

Número de procedimiento:
17 BK 3283-LTS

Título de la Objeción:
Notificación De La Centésima Trigésima Novena Objeción Global

Número reclamo: 125789

atrás → Garrafa Rodríguez, Carmen M.

Motivo:

Los motivos por los que el Tribunal no deba declarar ha lugar la Objeción Global en relación a mi reclamo:

1. Tengo derecho a reclamar en mi número de reclamo #125789.
2. Trabajé para el Departamento de Educación de Puerto Rico de los años 1969 hasta mayo del 2001.
3. Esta agencia me garantizaba un aumento de sueldo anual que nunca llegó porque procedían a congelarlos.
4. Soy maestra jubilada que trabajé por 32 años (de 1969 hasta mayo 2001)
5. Completé la información que se me requirió por ustedes.
6. El monto de mi reclamación de $100 mil dólares o más o a lo que tenga derecho.

Documentación justificada:

A continuación le estoy enviando una copia del documento en relación a mi reclamo acompañado con una copia del documento que indica cuando me jubilé del Departamento de Edución de Puerto Rico.

1. Secretaria (Clerks Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan, (Puerto Rico) 00918-1767

atrás → Garrafa Rodríguez, Carmen M.

2. Abogados de la Junta de Supervición (Counsul for the Over Sight Board)
Proskauer Rose LLP
Eleven Time Square
Nueva York, Nueva York 10036-8299

3. Abogados del Comite de Acreedores (Counsel for the Creditors Committe)
Paul Hastings LLP
200 Park Avenue
Nueva York, Nueva York 10166
A/A: Luc A Despins
James Bliss
James Worthington
G. Alexander Bongartz

Garrafa Rodriguez, Carmen M.
# de procedimiento: 17BK3283-LTS
# de reclamo: 125789