**ESCUELA SUPERIOR DE LA COMUNIDAD
CECILIO LEBRON RAMOS
P. O. BOX 1133
PATILLAS, PUERTO RICO 00723**

*19 de mayo de 2000*

*Departamento de Educación
P. O. Box 190759
Hato Rey, Puerto Rico*

**RE: CARTA DE ACEPTACION DE RENUNCIA DEL SERVICIO AL MAGISTERIO**

*La carta de aceptación de renuncia del servicio al magisterio de el/la Profesor (a) Carmen M. Garrafa Rodríguez, seguro social _____ y el cual ocupa la plaza número R-15437 en el puesto de Maestra de Historia del distrito escolar de Patillas, y quien se acoge al sistema de retiro de maestro por:*

___/ 30 años de servicio     _x_/ retiro temprano     ___/años de servicio y edad

*ha sido aceptada con fecha efectividad al _31_ de ___mayo___ de 2001.*

Cordialmente,

*Evelyn Díaz Suárez
Directora Escolar*

cc: *Sra. Norma Marrero Costa
     Superintendente de Escuelas
     Distrito Escolar Patillas*

/vm

*Teléfono: 839-2275 / Fax: 271-3384*