










PRIORITY MAIL
FLAT RATE
POSTAGE REQUIRED

PM 1-Day
GUAYAMA, PR
00784
FEB 14, 20
AMOUNT
$7.75
R2305E125717-31

1005  00918

PRIORITY MAIL

EXPECTED DELIVERY DAY: 02/15/20
USPS TRACKING® NUMBER
9505 5104 1521 0045 4170 07

- Date of delivery specified
- USPS TRACKING™ included to many major international destinations.
- Limited international insurance.
- Pick up available.*
- Order supplies online.*
- When used internationally, a customs declaration label may be required.

* Domestic only

EP14F Oct 2018
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup, scan the QR code.
USPS.COM/PICKUP

PS00001000014

PRIORITY MAIL
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: Carmen M. Garrafa Rodriguez
P.O. Box 1404
Guayama, Puerto Rico
00785

TO: Secretaria (Clerks Office)
Tribunal de Distrito
de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico
00918-1767

Label 228, March 2016
FOR DOMESTIC AND INTERNATIONAL USE

RECEIVED & FILED

* Domestic only.  × For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.



**POSTAL SERVICE**



INSURED*

**PRIORITY MAIL**

FLAT RATE ENVELOPE
ONE RATE ★ ANY WEIGHT*



P S00001000014

EP14F Oct 2018
OD: 12 1/2 x 9 1/2

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

* Domestic only.   * For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.