A: Estado Libre Asociado de Puerto Rico
Junta de Supervición y Administración Financiera
para Puerto Rico
Comité de Acreedores

Promesa Título III

De: Margarita Torres Velázquez
Urb. Jaime C. Rodríguez
B-9 Calle 1
Yabucoa, P.R. 00767

Tel: 787-963-8524

Presentación: 6/27/2018

Caso número: 17 BK 3283-LTS

Número Reclamación: 125243
161216
138239

Ley de Retribución uniforme

Ley 89 (12 de Julio 1979) Conocida como el Rome-razo. Esta ley ofreció un aumento de $25.00 mensuales en pagos desde julio de 1979 hasta el presente.

Asumo que el monto de la deuda sería aproximadamente $12,300.00

Ley 96 (1 de julio 2002)

Esta ley otorgó un aumento de $100.00 mensuales a los maestros a partir del 1 de julio de 2002. El monto de la deuda aproximadamente sería de $21,600.00 desde julio 2002 hasta el presente.

Ley 104 (2 de septiembre 1997) conocida como aumentos automáticos. Aparentemente también se nos adeuda.

$150.00 por tres (3) años
$200.00 por tres (3) años
$250.00 por tres (3) años
$300.00 por tres (3) años

De acuerdo a los calculos la deuda sería de $24,840.00 desde septiembre de 1997.

Adjunto presento mis documentos como evidencias.

Se le ordena que se declare a lugar a la Centesima cuadragesima primera objeción global según se establece en el documento.

Se ordena que Prime Clerk LLC quede autorizada a recibir instrucciones para aceptar la presente réplica y aclaración a los reclamos en marcos de causas radicadas conforme al Título III de Promesa

Case:17-03283-LTS Doc#:11739 Filed:02/18/20 Entered:02/25/20 16:50:42 Desc: Main
Document Page 3 of 6

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
2020 FEB 18 PM 4: 33
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

| In re: | PROMESA |
|---|---|
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO | Title III<br>No. 17 BK 3283-LTS<br>(Jointly Administered) |
| as representative of | |
| THE COMMONWEALTH OF PUERTO RICO, et al., | This filing relates to the Commonwealth, HTA, and SRE. |
| Debtors. | |

REPLICA A OBJECCION GLOBAL

Comparece Margarita Torres Velázquez quien soy una de las reclamantes bajo el caso de epígrafe y muy respetuosamente declaro y solicito:

1. Que mi nombre aparece en el Anexo A de la Objeción Global, el ELA, la ACT y/o el SRE que solicitan que mi reclamo sea rechazado por ser Deficiente. El número de mi reclamación es, 125243, 161216, 125243 y 161216.

2. Que radico esta replica a la objeción global para no ser privada del derecho a reclamar y recibir el dinero adeudado por el Estado Libre Asociado. Esta Replica tiene el propósito de aclarar mi reclamación, especificando las Leyes aprobadas por el gobierno concediendo aumentos de sueldo que no fueron pagados, los años de empleo en el Departamento de Educación y el monto de los dineros adeudados conforme el tiempo que trabaje.

3. Que es oneroso para mi proveer con esta reclamación todos los records de pagos que justifican mi reclamación y solo estoy proveyendo aquellos documentos que

tengo en mi poder, entiendo que el Departamento de Educación como custodio de mi expediente tiene la obligación de proveer dichos records.

4. Que trabajé como maestra, educación, nivel elemental en el Departamento de Educación del Gobierno de Puerto Rico por un periodo de treinta y dos años (32), nueve (9) meses, una (1) semana y uno y medio (11/2) días (desde 1975 hasta diciembre de 2006. (Se acompaña Certificación de empleo del Departamento de Educación).

5. Que durante mi empleo como maestra el gobierno de Puerto Rico aprobó leyes para beneficio de empleados públicos que incluían los maestros, cuyos beneficios no fueron pagados. Mi reclamación es por los ingresos y/ o beneficios dejados de pagar por el gobierno de Puerto Rico conforme a esas leyes, según especifico más adelante.

6. Que las mencionadas leyes no fueron derogadas. El gobierno de Puerto Rico tiene conocimiento de las cantidades adeudadas a los maestros por reclamos que le han hecho los gremios magisteriales al gobierno.

7. Por concepto de la Ley de Retribución Uniforme, Ley 89 de 12 de julio de 1979, ley conocida como el Romerazo, por el gobernador que promulgo dicha ley, debí recibir un aumento de $25.00 mensuales en adición a mi salario desde julio del 1979 hasta el presente. He calculado que se me adeuda $12,300 desde julio de 1979 hasta el presente. El pago de dicho aumento hubiera tenido un impacto reflejado en mi pensión, por lo que solicito se tome en consideración.

8. Por concepto de la Ley 96 del 1 de julio de 2002 se le concedió un aumento $100.00 mensuales a los maestros. He calculado que se me adeuda $21,600

desde Julio del 2002 hasta el presente. El pago de dicho aumento hubiera tenido un impacto reflejado en mi pensión, por lo que solicito se tome en consideración.

9. Por concepto de la Ley 109 del 2 de septiembre de 1997 que concedía a los empleados públicos, incluyendo los maestros, un aumento de $150.00 por tres años, $200.00 por tres años, $250.00 por tres años y $300.00 por tres años. He calculado que se me adeuda $24,840.00 desde septiembre de 1997 hasta el presente. El pago de dicho aumento hubiera tenido un impacto reflejado en mi pensión, por lo que solicito se tome en consideración

10. Que el Departamento de Educación me ha provisto una certificación de empleo y el sueldo que devengaba a la fecha de mi retiro. Tengo además otros documentos que pueden ayudar a validar mi reclamación, los cuales estoy sometiendo. Entiendo que el Departamento de Educación como custodio de mi expediente de personal, el cual contiene toda la información sobre mi salario, tiene la obligación de proveer los records que confirman mi salario durante mi gestión laboral y el Sistema de Retiro para Maestros tiene mis records como retirada. Es su obligación proveer dicha información para que el Tribunal pueda confirmar las cantidades reclamadas. Que estoy acompañando toda la documentación en mi poder que entiendo relevante a mi reclamación.

11. Que acompaño los siguientes documentos en apoyo a mi reclamación:
    a. Certificación de Departamento de Educación
    b. Informe de Renta Anual Vitalicia del Sistema del Sistema de Retiro para Maestros.
    c. Certificación de Pensión del Sistema de Retiro para Maestros

    d.    Certificación como maestra que posee certificado Vitalicio de Maestra de Nivel Elemental.

12. Respetuosamente solicito se acepte esta Réplica a la Objeción Global presentada en este caso y se declare ha lugar a la centésima cuadragésima primera objeción global, que se acepte esta réplica que aclara cualquier deficiencia objetada y que se ordene a Prime Clerk, LLC, a que reciba instrucciones para aceptar la presente réplica y aclaración a los reclamos de causas radicadas conforme al Título III Promesa.

Respetuosamente sometida, hoy 13 febrero de 2020.

Margarita Torres Velázquez
Urbanización Jaime C. Rodríguez
B-9 Calle 1
Yabucoa, P. R. 00767
Tel. 787-963-8524