PRESS FIRMLY TO SEAL   PRESS FIRMLY TO SEAL

**FROM:** Margarita Torres Velázquez
Urb. Jaime C. Rodríguez
B-9 calle 1
Yabucoa, P.R. 00767

DATE OF DELIVERY SPECIFIED*
USPS TRACKING™ INCLUDED*
INSURANCE INCLUDED*
PICKUP AVAILABLE
* Domestic only

**TO:** Secretaría
Tribunal de Distrito de los Estados Unidos
#150 Chardon Avenue
Federal Building
San Juan (Puerto Rico) 00918

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

RECEIVED & FILED
2020 FEB 18 PM 4:33
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

CERTIFIED MAIL

7019 0700 0000 8216 2108

EP14F July 2013
12.5 x 9.5

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

UNITED STATES POSTAL SERVICE®