**<u>EXHIBIT 8</u>**

| | |
|---|---|
| **From:** | Ana Matosantos <+1 916-718-1843> |
| **To:** | <+1 267-481-5135>;David A. Skeel <dskeel@law.upenn.edu> |
| **Sent:** | 7/13/2018 10:36:00 AM |
| **Subject:** | 2018-07-13 10:36:00 -04:00: +1 916-718-1843 -> [+1 267-481-5135, dskeel@law.upenn.edu] |

EXHIBIT

PENGAD 800-631-6989

Skeel- 12
10/8/19

I was not tracking on the 90. What was that?

**From:**      +12674815135@iMessage
**To:**      <+1 267-481-5135>;Ana Matosantos <+1 916-718-1843>;David A. Skeel
      <dskeel@law.upenn.edu>
**Sent:**      7/13/2018 10:39:45 AM
**Subject:**      2018-07-13 10:39:45 -04:00: +12674815135@iMessage -> [3 recipients]

I wasnt sure either. I think it may be an ad hoc 70/20 proposal.

FOMB_9019_MOBILE_00000102

**From:**          Ana Matosantos <+1 916-718-1843>
**To:**            <+1 267-481-5135>;David A. Skeel <dskeel@law.upenn.edu>
**Sent:**          7/13/2018 10:42:09 AM
**Subject:**       2018-07-13 10:42:09 -04:00: +1 916-718-1843 -> [+1 267-481-5135,
                   dskeel@law.upenn.edu]


Then I'd rather keep the a b

FOMB_9019_MOBILE_00000103

**From:**       Ana Matosantos <+1 916-718-1843>
**To:**         <+1 267-481-5135>;David A. Skeel <dskeel@law.upenn.edu>
**Sent:**       7/13/2018 10:42:42 AM
**Subject:**    2018-07-13 10:42:42 -04:00: +1 916-718-1843 -> [+1 267-481-5135,
               dskeel@law.upenn.edu]


Got it.

FOMB_9019_MOBILE_00000104

**From:**     Ana Matosantos <+1 916-718-1843>
**To:**       <+1 267-481-5135>;David A. Skeel <dskeel@law.upenn.edu>
**Sent:**     7/13/2018 10:43:09 AM
**Subject:**  2018-07-13 10:43:09 -04:00: +1 916-718-1843 -> [+1 267-481-5135,
              dskeel@law.upenn.edu]


And sorry I was getting impatient with citi

FOMB_9019_MOBILE_00000105

**From:**        Ana Matosantos <+1 916-718-1843>
**To:**          <+1 267-481-5135>;David A. Skeel <dskeel@law.upenn.edu>
**Sent:**        7/13/2018 10:43:32 AM
**Subject:**     2018-07-13 10:43:32 -04:00: +1 916-718-1843 -> [+1 267-481-5135,
                 dskeel@law.upenn.edu]


I just don't quite know what their deal is

**From:**       Ana Matosantos <+1 916-718-1843>
**To:**         <+1 267-481-5135>;David A. Skeel <dskeel@law.upenn.edu>
**Sent:**       7/13/2018 10:43:57 AM
**Subject:**    2018-07-13 10:43:57 -04:00: +1 916-718-1843 -> [+1 267-481-5135, dskeel@law.upenn.edu]


Meaning citi

**From:**        Ana Matosantos <+1 916-718-1843>
**To:**          <+1 267-481-5135>;David A. Skeel <dskeel@law.upenn.edu>
**Sent:**        7/13/2018 10:44:34 AM
**Subject:**     2018-07-13 10:44:34 -04:00: +1 916-718-1843 -> [+1 267-481-5135,
                 dskeel@law.upenn.edu]


And I was trying to feel out whether they had direction that hadn't come from us

FOMB_9019_MOBILE_00000108

| | |
|---|---|
| **From:** | +12674815135@iMessage |
| **To:** | <+1 267-481-5135>;Ana Matosantos <+1 916-718-1843>;David A. Skeel <dskeel@law.upenn.edu> |
| **Sent:** | 7/13/2018 10:44:42 AM |
| **Subject:** | 2018-07-13 10:44:42 -04:00: +12674815135@iMessage -> [3 recipients] |

no worries. I'm cautiously optimistic

FOMB_9019_MOBILE_00000109

**From:**          Ana Matosantos <+1 916-718-1843>
**To:**            <+1 267-481-5135>;David A. Skeel <dskeel@law.upenn.edu>
**Sent:**          7/13/2018 10:45:09 AM
**Subject:**       2018-07-13 10:45:09 -04:00: +1 916-718-1843 -> [+1 267-481-5135,
                   dskeel@law.upenn.edu]


Me too.

**From:**     Ana Matosantos <+1 916-718-1843>
**To:**       <+1 267-481-5135>;David A. Skeel <dskeel@law.upenn.edu>
**Sent:**     7/13/2018 10:46:09 AM
**Subject:**  2018-07-13 10:46:09 -04:00: +1 916-718-1843 -> [+1 267-481-5135,
              dskeel@law.upenn.edu]


It felt weird to frame things as they did with 4 of us here

FOMB_9019_MOBILE_00000111

**From:**          Ana Matosantos <+1 916-718-1843>
**To:**            <+1 267-481-5135>;David A. Skeel <dskeel@law.upenn.edu>
**Sent:**          7/13/2018 10:46:43 AM
**Subject:**       2018-07-13 10:46:43 -04:00: +1 916-718-1843 -> [+1 267-481-5135,
                   dskeel@law.upenn.edu]


I find the duration brutal

**From:**      Ana Matosantos <+1 916-718-1843>
**To:**          <+1 267-481-5135>;David A. Skeel <dskeel@law.upenn.edu>
**Sent:**      7/13/2018 10:47:52 AM
**Subject:**   2018-07-13 10:47:52 -04:00: +1 916-718-1843 -> [+1 267-481-5135,
dskeel@law.upenn.edu]

Issuing 50 year debt to have an unaffordable level of borrowing for its GO and get
around their constitution didn't work out very well for the people or the creditors ...

FOMB_9019_MOBILE_00000113

**From:**      Ana Matosantos <+1 916-718-1843>
**To:**        <+1 267-481-5135>;David A. Skeel <dskeel@law.upenn.edu>
**Sent:**      7/13/2018 10:47:54 AM
**Subject:**   2018-07-13 10:47:54 -04:00: +1 916-718-1843 -> [+1 267-481-5135,
               dskeel@law.upenn.edu]


Make sense to argue?

FOMB_9019_MOBILE_00000114

**From:**     Ana Matosantos <+1 916-718-1843>
**To:**       <+1 267-481-5135>;David A. Skeel <dskeel@law.upenn.edu>
**Sent:**     7/13/2018 10:48:10 AM
**Subject:**  2018-07-13 10:48:10 -04:00: +1 916-718-1843 -> [+1 267-481-5135,
              dskeel@law.upenn.edu]


Or to raise

**From:**      +12674815135@iMessage
**To:**        <+1 267-481-5135>;Ana Matosantos <+1 916-718-1843>;David A. Skeel
               <dskeel@law.upenn.edu>
**Sent:**      7/13/2018 10:49:53 AM
**Subject:**   2018-07-13 10:49:53 -04:00: +12674815135@iMessage -> [3 recipients]


You could, tho Davids making the resistance clear ...

FOMB_9019_MOBILE_00000116

**From:**       Ana Matosantos <+1 916-718-1843>
**To:**         <+1 267-481-5135>;David A. Skeel <dskeel@law.upenn.edu>
**Sent:**       7/13/2018 10:50:25 AM
**Subject:**    2018-07-13 10:50:25 -04:00: +1 916-718-1843 -> [+1 267-481-5135,
                dskeel@law.upenn.edu]


I don't want to commit to giving them a counter

**From:**      Ana Matosantos <+1 916-718-1843>
**To:**        <+1 267-481-5135>;David A. Skeel <dskeel@law.upenn.edu>
**Sent:**      7/20/2018 5:19:50 PM
**Subject:**   2018-07-20 17:19:50 -04:00: +1 916-718-1843 -> [+1 267-481-5135,
               dskeel@law.upenn.edu]


Big thing today was PREPA and COFINA. On PREPA - got a counter 67.5 a and 10 on a B.
Aligned with our last convo - I think. We said ok.

FOMB_9019_MOBILE_00000118

**From:**      Ana Matosantos <+1 916-718-1843>
**To:**        <+1 267-481-5135>;David A. Skeel <dskeel@law.upenn.edu>
**Sent:**      7/20/2018 5:20:08 PM
**Subject:**   2018-07-20 17:20:08 -04:00: +1 916-718-1843 -> [+1 267-481-5135,
               dskeel@law.upenn.edu]


I said pls call david pre any communication with creditors .

FOMB_9019_MOBILE_00000119

**From:**          +12674815135@iMessage
**To:**            <+1 267-481-5135>;Ana Matosantos <+1 916-718-1843>;David A. Skeel
                   <dskeel@law.upenn.edu>
**Sent:**          7/20/2018 6:33:59 PM
**Subject:**       2018-07-20 18:33:59 -04:00: +12674815135@iMessage -> [3 recipients]


Thx much on both counts, and the numbers sound consistent— at the very high end of ok.

FOMB_9019_MOBILE_00000120

**From:** +12674815135@iMessage
**To:** <+1 267-481-5135>;Ana Matosantos <+1 916-718-1843>;David A. Skeel
           <dskeel@law.upenn.edu>
**Sent:** 7/24/2018 7:54:06 PM
**Subject:** 2018-07-24 19:54:06 -04:00: +12674815135@iMessage -> [3 recipients]


Do you know where things stand on PREPA? I'm a
little queasy abt the 5.25 discount rate. It looks to me to put the potential recovery
over 80 percent (from the perspective of a 5
percent rate) and over the original anticipated deal numbers.

**From:**      Ana Matosantos <+1 916-718-1843>
**To:**        <+1 267-481-5135>;David A. Skeel <dskeel@law.upenn.edu>
**Sent:**      7/24/2018 7:59:27 PM
**Subject:**   2018-07-24 19:59:27 -04:00: +1 916-718-1843 -> [+1 267-481-5135,
               dskeel@law.upenn.edu]


I don't know. Am sorry. Have been checked out. I've been focusing on the discount
relative to the transmission charge and I think that one shows a real improvement from
what we inherited

**From:**      Ana Matosantos <+1 916-718-1843>
**To:**        <+1 267-481-5135>;David A. Skeel <dskeel@law.upenn.edu>
**Sent:**      8/6/2018 7:39:54 PM
**Subject:**   2018-08-06 19:39:54 -04:00: +1 916-718-1843 -> [+1 267-481-5135,
               dskeel@law.upenn.edu]

I get that the main question was settled by others but I can't get over the fact that
this deal is too rich

**From:**          +12674815135@iMessage
**To:**            <+1 267-481-5135>;Ana Matosantos <+1 916-718-1843>;David A. Skeel
                   <dskeel@law.upenn.edu>
**Sent:**          8/6/2018 7:43:29 PM
**Subject:**       2018-08-06 19:43:29 -04:00: +12674815135@iMessage -> [3 recipients]


This and the Prepa deal both in my view. The only justification on this one in my view
is that there's a real chance Cofinas would have gotten even more if the issue were
litigated or the agent deal fell apart. They have the upper hand over the GOs.

**From:**          Ana Matosantos <+1 916-718-1843>
**To:**            <+1 267-481-5135>;David A. Skeel <dskeel@law.upenn.edu>
**Sent:**          8/6/2018 7:45:31 PM
**Subject:**       2018-08-06 19:45:31 -04:00: +1 916-718-1843 -> [+1 267-481-5135,
                   dskeel@law.upenn.edu]


Yep. On PREPA, what makes me feel better is how much better and less risky than the RSA
it is

**From:**        +12674815135@iMessage
**To:**          <+1 267-481-5135>;Ana Matosantos <+1 916-718-1843>;David A. Skeel
                 <dskeel@law.upenn.edu>
**Sent:**        8/6/2018 7:53:13 PM
**Subject:**     2018-08-06 19:53:13 -04:00: +12674815135@iMessage -> [3 recipients]


That definitely is the key— I need to keep reminding myself
of the benefits