**EXHIBIT 12**

EXHIBIT
Spencer-4
10/15/19

| | |
|---|---|
| From: | Brownstein, David M |
| Sent: | Fri 7/20/2018 6:20 PM (GMT-05:00) |
| To: | Caton, Amy |
| Cc: | |
| Bcc: | |
| Subject: | [EXTERNAL] FW: PREPA Proposal for FOMB |
| Attachments: | 7.2018 PREPA_FOMB.AHG Proposals v3.pdf |

Sent with BlackBerry Work
(www.blackberry.com)

From: Castiglioni, James [ICG-MKTS]
<jc82063@imcnam.ssmb.com<mailto:jc82063@imcnam.ssmb.com>>
Date: Friday, Jul 20, 2018, 6:23 PM
To: Brownstein, David M [ICG-MKTS]
<db23219@imcnam.ssmb.com<mailto:db23219@imcnam.ssmb.com>>
Cc: *MSD US CitiPuertoRico
<citipuertorico@imcnam.ssmb.com<mailto:citipuertorico@imcnam.ssmb.com>>
Subject: RE: PREPA Proposal for FOMB

David, please find attached.


James Castiglioni
Vice President | Public Finance Department, Citi

388 Greenwich Street, 8th Floor, New York, NY 10013
Phone: 212-723-5982
james.castiglioni@citi.com<mailto:james.castiglioni@citi.com>

_____

If you are not the intended recipient of this message, please promptly notify the sender of the transmission error, delete this message and do not disclose or make improper use of it. Electronic messages are not necessarily secure or error-free and can contain viruses, and the sender is not liable for any of these occurrences. Please go to https://protect-us.mimecast.com/s/WZWACjR8ygIREgDmuWiNVl for additional information and other important disclosures. This message is for the internal use of the intended recipients and may contain information proprietary to Citi which may not be reproduced, redistributed, or copied in whole or in part without Citi's prior consent.

In connection with the matters contemplated herein, Citi will be acting solely as a principal and not as your agent, advisor, municipal advisor (as defined in Section 15B of the Securities Exchange Act of 1934), or fiduciary. Citi has not assumed a fiduciary responsibility with respect to these matters, and nothing herein or in any prior relationship between you and Citi will be deemed to create an advisory, municipal advisory, fiduciary or agency relationship between us with respect to these matters. Citi may have financial and other interests that differ from yours. You should discuss the information contained in this communication with your own municipal, financial, legal, accounting, tax, and/or other advisors, as applicable, to the extent you deem appropriate.

**CONFIDENTIAL**

**AHG-0007582**

From: Brownstein, David M [ICG-MKTS]
Sent: Friday, July 20, 2018 5:35 PM
To: Castiglioni, James [ICG-MKTS]
Subject: RE: PREPA Proposal for FOMB

Can you send me one without the charts and only with AdHocs fees. Thanks.


Sent with BlackBerry Work
(www.blackberry.com)
From: Castiglioni, James [ICG-MKTS]
<jc82063@imcnam.ssmb.com<mailto:jc82063@imcnam.ssmb.com>>
Date: Friday, Jul 20, 2018, 5:29 PM
To: Brownstein, David M [ICG-MKTS]
<db23219@imcnam.ssmb.com<mailto:db23219@imcnam.ssmb.com>>, *MSD US CitiPuertoRico
<citipuertorico@imcnam.ssmb.com<mailto:citipuertorico@imcnam.ssmb.com>>
Subject: RE: PREPA Proposal for FOMB

All, please find attached their terms put in a Citi format and in the back I've included two graphs, one without fuel lines and then the one with fuel lines that we presented to the Board.

James


James Castiglioni
Vice President | Public Finance Department, Citi

388 Greenwich Street, 8th Floor, New York, NY 10013
Phone: 212-723-5982
james.castiglioni@citi.com<mailto:james.castiglioni@citi.com>

---

If you are not the intended recipient of this message, please promptly notify the sender of the transmission error, delete this message and do not disclose or make improper use of it. Electronic messages are not necessarily secure or error-free and can contain viruses, and the sender is not liable for any of these occurrences. Please go to https://protect-us.mimecast.com/s/WZWACjR8yglREgDmuWiNVl for additional information and other important disclosures. This message is for the internal use of the intended recipients and may contain information proprietary to Citi which may not be reproduced, redistributed, or copied in whole or in part without Citi's prior consent.

In connection with the matters contemplated herein, Citi will be acting solely as a principal and not as your agent, advisor, municipal advisor (as defined in Section 15B of the Securities Exchange Act of 1934), or fiduciary.  Citi has not assumed a fiduciary responsibility with respect to these matters, and nothing herein or in any prior relationship between you and Citi will be deemed to create an advisory, municipal advisory, fiduciary or agency relationship between us with respect to these matters.  Citi may have financial and other interests that differ from yours. You should discuss the information contained in

this communication with your own municipal, financial, legal, accounting, tax, and/or other advisors, as applicable, to the extent you deem appropriate.

From: Brownstein, David M [ICG-MKTS]
Sent: Friday, July 20, 2018 2:33 PM
To: *MSD US CitiPuertoRico
Subject: FW: PREPA Proposal for FOMB


From: Byowitz, Alice J. [mailto:AByowitz@KRAMERLEVIN.com]
Sent: Friday, July 20, 2018 2:32 PM
To: Brownstein, David M [ICG-MKTS]; Green, Thomas H [ICG-MKTS]; Paul V Possinger - Proskauer Rose LLP (ppossinger@proskauer.com); mbienenstock@proskauer.com; ebarak@proskauer.com
Cc: Caton, Amy; Mayer, Thomas Moers; Segal, Steven
Subject: PREPA Proposal for FOMB

Martin, Paul, Ehud, Tom and David –

We really appreciate FOMB's latest proposal, which was delivered by Citigroup on July 19. Attached please find our response to your proposal. We hope this proposal bridges the gap, so we can work together to implement a deal that works for the people of Puerto Rico, for the FOMB, and for our group.

As discussed with Martin last night, our group has agreed to take the same recovery on the Relending Bonds as on the rest of the group's PREPA bonds and covert the foregone revenue into a waiver and support fee in the form of additional Tranche A bonds. The aggregate principal amount for the AHG support fee works out to $60.131 million, and the aggregate principal amount for the additional fee for RSA parties works out to $81.332 million. We are still finalizing these number.

Please let us know if you have any questions.

Thanks,
Alice



Alice J. Byowitz
Associate

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas, New York, New York 10036
T 212.715.9201   M 917.597.2268   F 212.715.8000
abyowitz@kramerlevin.com<mailto:AByowitz@KRAMERLEVIN.com>

Bio<https://protect-us.mimecast.com/s/514UCkR7zjI5lgABIVRv0x>
Follow our blog, Broken Bench Bytes<https://protect-us.mimecast.com/s/hd1HCIY7AktXGLmEiyUe1P>

This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or

**CONFIDENTIAL**

**AHG-0007584**

dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation.

**CONFIDENTIAL**

**AHG-0007585**



Prepared at the Direction of Counsel / Subject to FRE Rule 408 / Common Interest Privilege



# PREPA Discussion Materials on AHG Proposal

July 20, 2018

CONFIDENTIAL

AHG-0007586

Prepared at the Direction of Counsel /
Subject to FRE Rule 408 / Common Interest Privilege

## Counter to AHG Counter

| Term | FOMB Counter to AHG | AHG Counter (7/20) |
|---|---|---|
| Transition Charge | • 2.604 c/kWh for Years 1-5<br>• 2.697 c/kWh for Years 6-10<br>• 2.837 c/kWh in Year 11<br>• Starting Year 12, annual 2.000% increases over the prior year's rate<br>• Rate to be capped at 4.278 c/kWh (2050) | • 2.636 c/kWh for Years 1-5<br>• 2.729 c/kWh for Years 6-10<br>• 2.868 c/kWh in Year 11<br>• Starting Year 12, annual 2.500% increases over the prior year's rate<br>• Rate to be capped at 4.348 c/kWh (2050) |
| Exchange Ratio | • 100% of BPA Bonds to Tranche A<br>• 65% of Legacy Bonds to Tranche A<br>• 15% of Legacy Bonds to Tranche B | • 67.5% of BPA Bonds to Tranche A<br>• 10% of BPA Bonds to Tranche B<br>• 67.5% of Legacy Bonds to Tranche A<br>• 10% of Legacy Bonds to Tranche B |
| Growth ("Tranche B") Bonds | • Potential recovery capped at exchange amount plus PIK interest<br>• PIK interest to accrue annually starting in year 1<br>• Tranche B receives 100% of total excess cash flow after repayment of Tranche A | • Agreed |
| Bond Structure | • No change to Tranche A<br>• Tranche B will mature at stated 45 year maturity and all unpaid debt service will expire unpaid | • Agreed |

*Preliminary, Subject to Change.

CONFIDENTIAL

AHG-0007587

Prepared at the Direction of Counsel /
Subject to FRE Rule 408 / Common Interest Privilege

## Counter to AHG Counter

| Term | FOMB Counter to AHG | AHG Counter (7/20) |
|---|---|---|
| Maturity | • Tranche A: 40 year legal final (35 year expected maturity)<br>• Tranche B: 45 year legal final | • Agreed |
| Debt Service Reserve Fund ("DSRF") | • Funded from first cash flow or by Ad Hoc Group at 5% but interest payment would be direct deduction from available recovery | • 5% of Tranche A amount<br>• At Ad Hoc Group's option, funded from first cash flow or by Ad Hoc Group, [but interest payment would be direct deduction from available recovery] [to be discussed] |
| Coupon | • Tranche A: 5.25% cash interest<br>• Tranche B: 7.00% PIK interest | • Tranche A: Agreed<br>• Tranche B: 7.00% PIK / 8.75% PIK to the extent not tax exempt |
| Tax Treatment | • Tranche A: Tax-exempt<br>• Tranche B: Parties will work together in good faith to try to obtain tax-exempt status Tranche B, if possible; provided, however, that failure of such good faith effort to obtain tax-exempt status for Tranche B shall not constitute grounds for any party to terminate restructuring support in accordance with these terms | • Tranche A: Agreed<br>• Tranche B: Parties will work together in good faith to try to obtain tax-exempt status Tranche B or as great a portion thereof as possible; provided, however, that failure of such good faith effort to obtain tax-exempt status for Tranche B shall not constitute grounds for any party to terminate restructuring support |

*Preliminary, Subject to Change.

3

CONFIDENTIAL

AHG-0007588

## Counter to AHG Counter

Prepared at the Direction of Counsel / Subject to FRE Rule 408 / Common Interest Privilege

| Term | FOMB Counter to AHG | AHG Counter (7/20) |
|---|---|---|
| Call Protection | • Tranche A will be callable in 5 years at par plus unpaid accrued<br>• Tranche B call to be mutually agreed upon | • Tranche A will be callable in 10 years at par plus unpaid accrued<br>• Tranche B: Agreed |
| Payment Default | • No default on either Tranche A or Tranche B bonds for failure to pay scheduled debt service, so long as full amount collected under the Transition Charge (minus Administrative Fees) is used to pay debt service<br>• Transition Charge extends, and interest continues to accrue, until the later of (1) the date necessary to pay Tranche A in full, even if past their stated maturity, and (2) earlier of (i) the stated maturity of Tranche B, and (ii) the date on which Tranche B is paid in full | • Agreed |
| Remedies | • Remedies to be mutually agreeable to the parties and will include, at a minimum, right to replace the servicer and right to enforce trust agreement, servicing agreement, and non-impairment covenants | • Agreed |

*Preliminary, Subject to Change.

4

CONFIDENTIAL

AHG-0007589

Prepared at the Direction of Counsel / Subject to FRE Rule 408 / Common Interest Privilege

## Counter to AHG Counter

| Term | FOMB Counter to AHG | AHG Counter (7/20) |
|---|---|---|
| Treatment Protections | - To be determined<br>- MFN clause for deals struck with other legacy debt holders | - To be mutually agreed upon<br>- MFN clause for deals struck with other legacy debt holders. AHG shall not object if other legacy debt holders (including fuel line lenders) receive the same treatment as AHG is receiving, so long as such treatment does not adversely affect AHG recoveries described herein |
| Securitization Protections | - To be determined | - To be mutually agreed upon |

*Preliminary, Subject to Change.

5

CONFIDENTIAL

AHG-0007590

Prepared at the Direction of Counsel / Subject to FRE Rule 408 / Common Interest Privilege

## Counter to AHG Counter

| Term | FOMB Counter to AHG | AHG Counter (7/20) |
|---|---|---|
| Demand Protections | • Demand protection issues are generally of mutual concern<br>• Specific protections to be mutually determined with input from experts within utility field | • To be mutually agreed upon |
| Administrative Fees | • Terms, structure, and cap to be mutually agreeable to the parties<br>• Reimbursement of Ad Hoc Group reasonable fees and expenses through effective date of transaction, with monthly reimbursement to begin upon execution of an RSA | • Terms, structure, and cap to be mutually agreed upon<br>• Reimbursement of Ad Hoc Group members' reasonable fees and expenses through effective date of transaction, with monthly reimbursement to begin upon execution of an RSA<br>• In exchange for participation and waiver of claims unique to the issuance of Relending Bonds, AHG will receive waiver and support fee of Tranche A Bonds initially equal to 1.78% of par amount of AHG bonds as of July 1, 2018 (and accruing after July 1, 2018 at same rate as AHG Relending Bonds)<br>• Additional support (and potential waiver) fee of Tranche A Bonds initially equal to 0.98% of par amount of total outstanding PREPA bonds (and accruing after July 1, 2018 at same rate as Relending Bonds), to be provided to RSA parties, including additional signatories, in manner to be mutually agreed upon |
| Implementation | • Timeline and implementation mechanics to be mutually agreed upon by the parties | • Agreed |

*Preliminary, Subject to Change.

6

CONFIDENTIAL

AHG-0007591

Prepared at the Direction of Counsel / Subject to FRE Rule 408 / Common Interest Privilege

IRS Circular 230 Disclosure: Citigroup Inc. and its affiliates do not provide tax or legal advice. Any discussion of tax matters in these materials (i) is not intended or written to be used, and cannot be used or relied upon, by you for the purpose of avoiding any tax penalties and (ii) may have been written in connection with the "promotion or marketing" of any transaction contemplated hereby ("Transaction"). Accordingly, you should seek advice based on your particular circumstances from an independent tax advisor.

In any instance where distribution of this communication is subject to the rules of the US Commodity Futures Trading Commission ("CFTC"), this communication constitutes an invitation to consider entering into a derivatives transaction under U.S. CFTC Regulations §§ 1.71 and 23.605, where applicable, but is not a binding offer to buy/sell any financial instrument.

Any terms set forth herein are intended for discussion purposes only and are subject to the final terms as set forth in separate definitive written agreements. This presentation is not a commitment to lend, syndicate a financing, underwrite or purchase securities, or commit capital nor does it obligate us to enter into such a commitment, nor are we acting as a fiduciary to you. By accepting this presentation, subject to applicable law or regulation, you agree to keep confidential the information contained herein and the existence of and proposed terms for any Transaction.

Prior to entering into any Transaction, you should determine, without reliance upon us or our affiliates, the economic risks and merits (and independently determine that you are able to assume these risks) as well as the legal, tax and accounting characterizations and consequences of any such Transaction. In this regard, by accepting this presentation, you acknowledge that (a) we are not in the business of providing (and you are not relying on us for) legal, tax or accounting advice, (b) there may be legal, tax or accounting risks associated with any Transaction, (c) you should receive (and rely on) separate and qualified legal, tax and accounting advice and (d) you should apprise senior management in your organization as to such legal, tax and accounting advice (and any risks associated with any Transaction) and our disclaimer as to these matters. By acceptance of these materials, you and we hereby agree that from the commencement of discussions with respect to any Transaction, and notwithstanding any other provision in this presentation, we hereby confirm that no participant in any Transaction shall be limited from disclosing the U.S. tax treatment or U.S. tax structure of such Transaction.

We are required to obtain, verify and record certain information that identifies each entity that enters into a formal business relationship with us. We will ask for your complete name, street address, and taxpayer ID number. We may also request corporate formation documents, or other forms of identification, to verify information provided.

Any prices or levels contained herein are preliminary and indicative only and do not represent bids or offers. These indications are provided solely for your information and consideration, are subject to change at any time without notice and are not intended as a solicitation with respect to the purchase or sale of any instrument. The information contained in this presentation may include results of analyses from a quantitative model which represent potential future events that may or may not be realized, and is not a complete analysis of every material fact representing any product. Any estimates included herein constitute our judgment as of the date hereof and are subject to change without any notice. We and/or our affiliates may make a market in these instruments for our customers and for our own account. Accordingly, we may have a position in any such instrument at any time.

Although this material may contain publicly available information about Citi corporate bond research, fixed income strategy or economic and market analysis, Citi policy (i) prohibits employees from offering, directly or indirectly, a favorable or negative research opinion or offering to change an opinion as consideration or inducement for the receipt of business or for compensation; and (ii) prohibits analysts from being compensated for specific recommendations or views contained in research reports. So as to reduce the potential for conflicts of interest, as well as to reduce any appearance of conflicts of interest. Citi has enacted policies and procedures designed to limit communications between its investment banking and research personnel to specifically prescribed circumstances.

© 2018 Citigroup Global Markets Inc. Member SIPC. All rights reserved. Citi and Citi and Arc Design are trademarks and service marks of Citigroup Inc. or its affiliates and are used and registered throughout the world.

Citi believes that sustainability is good business practice. We work closely with our clients, peer financial institutions, NGOs and other partners to finance solutions to climate change. develop industry standards, reduce our own environmental footprint, and engage with stakeholders to advance shared learning and solutions. Highlights of Citi's unique role in promoting sustainability include: (a) releasing in 2007 a Climate Change Position Statement, the first US financial institution to do so; (b) targeting $50 billion over 10 years to address global climate change: includes significant increases in investment and financing of renewable energy, clean technology, and other carbon-emission reduction activities; (c) committing to an absolute reduction in GHG emissions of all Citi owned and leased properties around the world by 10% by 2011; (d) purchasing more than 234,000 MWh of carbon neutral power for our operations over the last three years; (e) establishing in 2008 the Carbon Principles; a framework for banks and their U.S. power clients to evaluate and address carbon risks in the financing of electric power projects; (f) producing equity research related to climate issues that helps to inform investors on risks and opportunities associated with the issue; and (g) engaging with a broad range of stakeholders on the issue of climate change to help advance understanding and solutions.

Citi works with its clients in greenhouse gas intensive industries to evaluate emerging risks from climate change and, where appropriate, to mitigate those risks.

efficiency, renewable energy and mitigation

CONFIDENTIAL

AHG-0007592