**EXHIBIT 23**

**PUERTO RICO ELECTRIC POWER AUTHORITY**
Cash in bank and time deposit accounts

Date: 10/18/19

| Name | Account Number | Description | Notes | 10/18/19 |
|---|---|---|---|---|
| Banco Popular | | Revenue Deposit Account | ZBA to | - |
| Banco Popular | | Revenue Deposit Account (Credit Cards) | ZBA to | - |
| Banco Popular | | Concentration Account | Active Concentration Account | 79,732,002.21 |
| Banco Popular | | Disbursement Account | Per Diem & Small Local Vendors | 658,115.99 |
| Banco Popular | | Revenue Deposit Account (Corp. Clients) | ZBA to | - |
| Banco Popular | | Revenue Deposit Account (Gov't Clients) | ZBA to | - |
| Banco Popular | | Concentration Account | Old Concentration Account | 162,119.41 |
| Banco Popular | | Revenue Deposit Account | ZBA to | - |
| Banco Popular | | Project Guavate (related to mitigation work performed in Guavate; construction of underground lines) | Old FEMA Reimbursement Account | 2,490,266.00 |
| Oriental | | Concentration Account | Active Concentration Account | 91,196,204.05 |
| Oriental | | Revenue Deposit Account | ZBA to | - |
| Oriental | | Revenue Deposit Account - Lockbox | ZBA to | - |
| Banco Santander | | Revenue Deposit Account | Revenue Deposit Account and used for certain payments | 232,029.27 |
| Scotiabank | | Revenue Deposit Account | Manual Transfer to Popular or Citi | 814,827.02 |
| Firstbank | | Revenue Deposit Account | Manual Transfer to Popular or Citi | 4,987,435.69 |
| GDB | | PREPA Deposit Account at GDB | No longer used | - |
| GDB | | PREPA Deposit Account at GDB | No longer used | - |
| Citibank | | Disbursement Fuel Oil & Power Purchase | No longer used | - |
| Citibank | | Concentration Account | Active Concentration Account | 97,929,202.25 |
| Citibank | | Revenue Deposit Account | ZBA to | - |
| Citibank | | CWL Segregated Account | CWL Segregated Account | - |
| | | **Total General Fund and CWL Segregated Accounts** | | **$ 278,202,201.89** |
| Banco Popular | | Payroll Account | Disbursement account to pay PREPA payroll | 219,315.69 |
| Banco Popular | | Payroll Account | Disbursement account to pay PREPA payroll | 5,000.00 |
| | | **Total Working Funds** | | **$ 224,315.69** |
| Citibank | | Disbursement | Debt Service Related | - |
| | | **Total Revenue Fund Account** | | **$ -** |
| Banco Popular | | PR Irma | FEMA Irma | 2,024,853.41 |
| Banco Popular | | PR Irma | FEMA Irma | - |
| Banco Popular | | PR Maria | FEMA Maria | - |
| | | **Total Emergency Fund Accounts** | | **$ 2,024,853.41** |
| | | **TOTAL CASH AND CASH EQUIVALENT** | | **$ 280,451,370.99** |

**General Fund Accounts By Deposity Institution**

| | |
|---|---|
| Banco Popular de Puerto Rico | $ 85,291,672.71 |
| Citibank N.A. | 97,929,202.25 |
| Oriental Bank | 91,196,204.05 |
| First Bank | 4,987,435.69 |
| Banco Santander | 232,029.27 |
| Scotia Bank | 814,827.02 |
| Government Development Bank for Puerto Rico (GDB) | - |
| | **$ 280,451,370.99** |

| Name | Account Number | Description | Notes | 10/18/19 |
|---|---|---|---|---|
| Citibank | | Remaining funds related 2013 Series Bond Issuance | Construction Fund Accounts | 1,531,536.52 |
| Banco Popular | | Funds used for project to rehabilitate San Juan generating unit | Construction Fund Accounts | 2,146,364.16 |
| GDB | | PREPA Deposit Account at GDB | Construction Fund Accounts | - |
| Citibank | | Special federal assignments to fund sponsored projects by the Environmental Quality Board ("JCA" in Spanish) | Construction Fund Accounts | 8,094,481.35 |
| Banco Popular | | Legacy accounts (consider for closure) | Construction Fund Accounts | 0.01 |
| Banco Popular | | 2016 A Bond - Used for specific projects identified at the time of bond issuance process | Construction Fund Accounts | 257,182.17 |
| Citibank | | 2016 D Bond - Used for specific projects identified at the time of bond issuance process | Construction Fund Accounts | - |
| Citibank | | PREPA Insurance | Insurance proceeds account related specifically to Hurricane Maria substation repair | 51,161,070.63 |
| | | **Total Construction Fund Accounts** | | **$ 63,190,634.84** |
| Citibank | | Funds received from federal contributions or bond issuances used to finance the construction of infrastructure to provide electricity to rural areas in Puerto Rico | Investment Held By REA | - |
| Firstbank | | Funds received from federal contributions or bond issuances used to finance the construction of infrastructure to provide electricity to rural areas in Puerto Rico | Investment Held By REA | 1,148,401.81 |
| | | **Total Investment Held By REA** | | **$ 1,148,401.81** |
| Citibank | | Funds used to cover the cost of unusual or extraordinary maintenance or repairs, including major items of equipment as stipulated in the Trust Agreement | Reserve Maintenance Fund | - |
| Firstbank | | Funds used to cover the cost of unusual or extraordinary maintenance or repairs, including major items of equipment as stipulated in the Trust Agreement | Reserve Maintenance Fund | 16,711,329.19 |
| | | **Total Reserve Maintenance Fund** | | **$ 16,711,329.19** |
| Banco Popular | | Land Acquisition Project | Other Restricted Fund | 1,971,534.73 |
| Citibank | | PREPA Trust Investment Clearing | PREPA Trust Investment Clearing | - |
| | | **Total Other Restricted Fund** | | **$ 1,971,534.73** |
| Citibank | | One-time transaction | Invested funds regarding EcoElectrica transaction | - |
| Firstbank | | One-time transaction | Invested funds regarding EcoElectrica transaction | 3,302,392.69 |
| | | **Total PREPA Client Fund** | | **$ 3,302,392.69** |
| US Bank | | Sinking Fund Interest | | 13,471,458.89 |
| US Bank | | Sinking Fund Reserve | | 59,770.20 |
| US Bank | | Self Insurance | | 944.03 |
| US Bank | | Self Insurance Sub A | | 5.13 |
| US Bank | | Self Insurance | | 35,083.72 |
| US Bank | | Sinking Fund Reserve Sub A | | 129.84 |
| US Bank | | Sinking Fund Reserve Sub B | | 250.23 |
| US Bank | | Sinking Fund Reserve Sub C | | 5.03 |
| US Bank | | Sinking Fund Reserve Sub D | | 2,529,152.68 |
| US Bank | | Ser VV Escrow Dep | | 9.96 |
| US Bank | | CAPI Series 2012A | | 9.32 |
| US Bank | | PREPA Rev Fund Ser 2013A | | 65,654.86 |
| US Bank | | CAPI Series 2013A | | 152.50 |
| | | **Total Sinking and Self-Insurance Account Funds** | | **$ 16,162,626.39** |
| | | **TOTAL CONSTRUCTION FUND AND OTHER** | | **$ 102,486,919.65** |

confidential
Scott Martinez
Zolfo Cooper
Oct 23, 2019 22:19

Highly Confidential—Advisor's Eyes Only/Consent to No Cleansing Disclosure (Med. Ag. VI.B)   PREPA-AHBHG0017188