**EXHIBIT 24**

```
1            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF PUERTO RICO
2

   _____x
3                                          :
   In re:                                  : PROMESA
4                                          : Title III
   THE FINANCIAL OVERSIGHT AND             :
5  MANAGEMENT BOARD FOR PUERTO RICO,       : Case No.
                                           : 17-BK-3283 (LTS)
6          as representative of            :
                                           :
7  THE COMMONWEALTH OF PUERTO RICO,        :
   et al.,                                 :
8                                          :
                       Debtors.            :
9  _____x
                                           :
10 In re:                                  : PROMESA
                                           : Title III
11 THE FINANCIAL OVERSIGHT AND             :
   MANAGEMENT BOARD FOR PUERTO RICO,       : Case No.
12                                         : 17-BK-04780 (LTS)
           as representative of            :
13                                         : Relates only
   PUERTO RICO ELECTRIC POWER              : to PREPA
14 AUTHORITY (PREPA),                      :
                                           :
15                     Debtor.             :
   _____x
16

17
                       RULE 30(b)(6)
18
                  VIDEOTAPED DEPOSITION
19
                           OF
20
                      JULIE BECKER
21
                 Minneapolis, Minnesota
22              Thursday, October 17, 2019

23

24
   Reported by:  Amy L. Larson, RPR
25 Job No. 170415
```

Page 198

BECKER

2  connection with joining the settlement
3  motion?
4  A. We have responded to the parties indicating
5    that an indemnification is not in the
6    direction.
7  Q. And when you referred to the direction,
8    are -- what are you referring to?
9  A. To the direction that is referenced in this
10   par -- pardon me, Section 2.
11 Q. And so just to backtrack a moment. The
12   supporting holders did direct U.S. Bank to
13   join the 9019 Motion?
14 A. Yes, we did receive a direction.
15 Q. And that direction did not contain an
16   indemnification?
17 A. That's correct.
18 Q. Is U.S. Bank currently considering whether to
19   join the 9019 Motion even without an
20   indemnification?
21 A. We're currently continuing to consult with
22   legal counsel regarding the -- the direction,
23   as well as -- as potential joinder.
24 Q. Why have the supporting holders not provided
25   an indemnification?

Page 199

BECKER

2      MR. PENTELOVITCH: I'm going to
3  object that calls to -- for speculation as to
4  another's state of mine and there's no
5  foundation.
6      MR. NATBONY: Objection.
7      MR. PENTELOVITCH: You can ask her
8  if the supporting holders have told the Bank
9  why, but I think asking the question in the
10 form you've asked is improper.
11     MS. PHILLIPS: Understood. I'll
12 rephrase.
13 BY MS. PHILLIPS:
14 Q. Have the supporting holders informed
15   U.S. Bank why they have not issued an
16   indemnification in connection with the
17   instruction?
18 A. Not to my knowledge.
19 Q. Is there anyone else at U.S. Bank who would
20   know the answer to that question?
21 A. No, I don't expect so.
22 Q. Why do you think no one as U.S. Bank would
23   know the answer to that question?
24 A. Because I'm the account manager assigned
25   to -- to the PREPA bond issuances and

Page 200

BECKER

2  accounts.
3  Q. Have you asked the supporting holders why
4    they have not provided an indemnification in
5    connection with the instruction to join the
6    9019 Motion?
7  A. I have not.
8  Q. Why have you not asked the supporting holders
9    why they have not provided an
10   indemnification?
11     MR. HAMERMAN: Object to the form
12 of the question.
13     THE WITNESS: There's -- in
14 consultation with counsel, we're -- we
15 pointed it out, and I'm continuing to consult
16 with counsel regarding the -- the direction
17 as it was provided.
18 BY MS. PHILLIPS:
19 Q. Does Section 2A of the RSA seek for the Court
20   to approve an exculpation provision for the
21   trustee as part of the RSA?
22     MR. PENTELOVITCH: Objection to
23 the form of the question --
24     MR. NATBONY: Objection to the
25 form.

Page 201

BECKER

2     MR. PENTELOVITCH: -- misstates
3  paragraph 2A.
4     MR. HAMERMAN: Objection; insofar
5  as it calls for a legal conclusion.
6     THE WITNESS: There is a reference
7  in Section 2A with respect to exculpation.
8  BY MS. PHILLIPS:
9  Q. Is U.S. Bank seeking an exculpation provision
10   in connection with the RSA?
11     MR. PENTELOVITCH: Objection.
12     MR. NATBONY: Objection.
13     THE WITNESS: Again, we continue
14 to consult with legal counsel with respect to
15 the RSA motion and the related issues,
16 including joined or exculpation.
17 BY MS. PHILLIPS:
18 Q. Has the trustee taken any position as to the
19   meaning or scope of the proposed exculpation
20   provision in the RSA?
21     MR. PENTELOVITCH: I'm going to
22 object --
23     MR. NATBONY: Object as to form.
24     MR. PENTELOVITCH: I'm going to
25 object to the question to the extent it calls

Page 202

```
 1                BECKER
 2    for the client -- the witness to review --
 3    reveal attorney/client privileged
 4    communications.
 5          So to the extent you can answer that
 6    question without revealing or relying upon
 7    attorney/client privileged communications,
 8    you may answer.
 9          THE WITNESS:  I'm unable to
10    answer.
11  BY MS. PHILLIPS:
12  Q. Does U.S. Bank itself own any PREPA bonds?
13  A. Not to my knowledge.
14          MR. HAMERMAN:  Objection; outside
15    the scope.
16  BY MS. PHILLIPS:
17  Q. Earlier do you recall I was asking you
18    questions about PREPA-related accounts held
19    at U.S. Bank?
20  A. Yes.
21  Q. Such as the sinking fund and its subaccounts.
22  A. Yes.
23  Q. Is U.S. Bank aware of any PREPA-related
24    accounts held at banks other than U.S. Banks
25    but for which U.S. Bank has a deposit account
```

Page 203

```
 1                BECKER
 2    control agreement?
 3  A. I'm not aware of any deposit account control
 4    agreements that U.S. Bank has with respect to
 5    PREPA accounts.
 6          MS. PHILLIPS:  I think if we take
 7    a short break we can wrap up.
 8          MR. PENTELOVITCH:  Okay.
 9          MR. DUFFEY:  Five minutes?  Okay.
10          THE VIDEOGRAPHER:  Off the record.
11    The time is 2:09.
12          (Recess.)
13          THE VIDEOGRAPHER:  We're back on
14    the record.  The time is 2:23.
15          MR. WORTHINGTON:  Hello, Ms.
16    Becker, I'm Jay Worthington.
17          MR. DUFFEY:  Hold on a second.
18          MS. PHILLIPS:  Just one second.
19          MR. WORTHINGTON:  Oh, sorry.
20          MS. PHILLIPS:  Ms. Becker, thank
21    you very much for your testimony.  The fuel
22    line lenders have no further questions at
23    this time.
24          THE WITNESS:  Thank you for your
25    professional courtesies.
```

Page 204

```
 1                BECKER
 2              EXAMINATION
 3  BY MR. WORTHINGTON:
 4  Q. Hello, Ms. Becker.  I'm Jay Worthington from
 5    Paul Hastings for the unsecured creditors
 6    committee.  I have just a handful of
 7    questions.
 8          First, you testified earlier this
 9    morning that at some point during the period
10    between June 2, 2014, and the PROMESA
11    Title III filing for PREPA, that there may
12    have been payments made to bondholders from
13    accounts other than the sinking fund.
14          Do you recall that?
15          MR. NATBONY:  I'm sorry, I don't
16    have my live feed, and it's difficult to hear
17    down here, so...
18          MR. WORTHINGTON:  I'll speak up.
19  BY MR. WORTHINGTON:
20  Q. Do you recall that?
21  A. I do.
22          MR. NATBONY:  I -- I didn't hear
23    the question.
24          MR. WORTHINGTON:  The question
25    was, that Ms. Becker testified earlier this
```

Page 205

```
 1                BECKER
 2    morning that during the period between
 3    June 2014 and the PREPA-PROMESA Title III
 4    filing, payments to bondholders may have been
 5    made from accounts other than the sinking
 6    fund, and she did recall giving that
 7    testimony.
 8          MR. NATBONY:  Thank you.
 9  BY MR. WORTHINGTON:
10  Q. My question is, were any of those payments
11    that you were referring to made from the
12    revenue funds during that period?
13  A. With respect to my testimony, I just want to
14    confirm that they may have, and, again, in
15    connection with supplements that were made to
16    the trust agreement, and I'm not aware of
17    payments -- you know, those payments coming
18    from the revenue fund.
19  Q. Okay.  Are you -- do you have any knowledge
20    of what funds other than the sinking fund may
21    have been used as sources for the payments
22    that you were referring to in your testimony?
23  A. You know, generally, with respect to the
24    sinking fund, you know, that's one matter.
25          With -- just to separate it from my
```

Page 206

BECKER

1 understanding, with other potential funds,
2 it's possible in connection with payments
3 during that time period, I didn't look
4 specifically at it -- at them, but where
5 there could have been balances in other
6 accounts where in consultation with PREPA and
7 other parties, those balances were used to
8 fund, you know, part -- part of a debt
9 service payment.
10     I don't have a specific recollection
11 but a general one that it's possible.
12 Q. Okay. Do you have a general recollection or
13 a specific recollection -- strike that.
14     Do you have any recollection of
15 which accounts other than the sinking fund
16 may have been used as sources for the
17 payments that you've just referred to?
18 A. I don't --
19     MR. HAMERMAN: Objection; outside
20 the scope.
21     THE WITNESS: Pardon me. I don't
22 recall.
23 BY MR. WORTHINGTON:
24 Q. Do you have any recollection of the

Page 207

BECKER

1 approximate magnitude of the payments that
2 you're referring to in this testimony?
3     And just to be clear, I'm referring
4 to payments that may have been sourced from
5 sources other than the sinking fund.
6 A. You know, because I didn't look at it
7 specifically, I don't have a specific
8 recollection, and so I wouldn't want to
9 speculate.
10     MR. HAMERMAN: Outside the scope.
11 BY MR. WORTHINGTON:
12 Q. Could you give me an answer that was accurate
13 to within plus or minus 10 million? I mean,
14 do you have any general recollection of the
15 size of the payments?
16 A. I -- I -- I don't. And, again, just -- for a
17 number of reasons, there were a number of
18 payments during that time period, and I -- I
19 did not, you know, in my inquiry, you know,
20 look at those specifics.
21     So I'm -- I'm concerned I -- you
22 know, to speculate or try to put it in a
23 range, I just don't have a specific
24 recollection.

Page 208

BECKER

1 Q. Okay.
2     MR. HAMERMAN: Objection; outside
3 the scope.
4 BY MR. WORTHINGTON:
5 Q. You testified that there are certain
6 self-insurance funds that are not held by
7 U.S. Bank; is that correct?
8 A. Yes.
9 Q. What bank or other financial institution
10 holds the self-insurance funds that are not
11 held at U.S. Bank?
12 A. I don't recall at this time where they
13 presently are. There have been changes in
14 locations of accounts during our tenure as
15 trustee.
16 Q. Do you recall any institutions that have held
17 self-insurance funds other than U.S. Bank at
18 any time whether or not they're the current
19 institutions who hold those function?
20 A. You know, I didn't make inquiry on that
21 matter, and so I don't know.
22     MR. HAMERMAN: Objection; outside
23 the scope.
24 BY MR. WORTHINGTON:

Page 209

BECKER

1 Q. What bank holds -- strike that.
2     I believe you testified earlier that
3 U.S. Bank does not hold the capital
4 improvement fund; is that right?
5 A. Yes.
6 Q. What bank or financial institution holds the
7 capital improvement fund?
8 A. I don't know what bank currently holds that
9 fund.
10     MR. HAMERMAN: Same objection.
11 BY MR. WORTHINGTON:
12 Q. Are there any accounts at other financial
13 institutions that you are aware of that are
14 maintained in the name of U.S. Bank in which
15 any of PREPA's revenues have ever been
16 deposited?
17     MR. HAMERMAN: Objection; outside
18 the scope.
19     THE WITNESS: I didn't make
20 inquiry into that, but I'm not aware of any.
21 BY MR. WORTHINGTON:
22 Q. Okay.
23     MR. WORTHINGTON: Can we pause for
24 30 seconds?

TSG Reporting - Worldwide 877-702-9580