**EXHIBIT 28**

| | |
|---|---|
| **From:** | "ICG-MKTS" <james.castiglioni@citi.com> on behalf of "Castiglioni, James [ICG-MKTS]" <james.castiglioni@citi.com> |
| **Sent:** | Fri, 26 Apr 2019 11:29:28 -0400 (EDT) |
| **To:** | "'[ankura.com] Fernando Batlle'" <Fernando.Batlle@ankura.com>; "Lucas Porter" <Lucas.Porter@ankura.com> |
| **Cc:** | "citipuertorico@citi.com" <citipuertorico@citi.com>; Gerard Gil<Gerard.Gil@ankura.com>; Jorge San Miguel <Jorge.SanMiguel@ankura.com> |
| **Subject:** | RE: [EXT] RE: prepa Savings |
| **Attachments:** | 4.25.2019 PREPA Discussion Materials.pdf |

All, please see attached a set of slides I prepared last night that gives an overview of the current RSA. Please let me know if this is what you are looking for.

James

**James Castiglioni**
Director | Public Finance Department, Citi

388 Greenwich Street, 8th Floor, New York, NY 10013
Office: 212-723-5982 | Cell: 484-356-4352
james.castiglioni@citi.com



If you are not the intended recipient of this message, please promptly notify the sender of the transmission error, delete this message and do not disclose or make improper use of it. Electronic messages are not necessarily secure or error-free and can contain viruses, and the sender is not liable for any of these occurrences. Please go to https://icg.citi.com/icg/data/is_disclaimer.htm for additional information and other important disclosures. This message is for the internal use of the intended recipients and may contain information proprietary to Citi which may not be reproduced, redistributed, or copied in whole or in part without Citi's prior consent.

In connection with the matters contemplated herein, Citi will be acting solely as a principal and not as your agent, advisor, municipal advisor (as defined in Section 15B of the Securities Exchange Act of 1934), or fiduciary. Citi has not assumed a fiduciary responsibility with respect to these matters, and nothing herein or in any prior relationship between you and Citi will be deemed to create an advisory, municipal advisory, fiduciary or agency relationship between us with respect to these matters. Citi may have financial and other interests that differ from yours. You should discuss the information contained in this communication with your own municipal, financial, legal, accounting, tax, and/or other advisors, as applicable, to the extent you deem appropriate.

**From:** [ankura.com] Fernando Batlle <Fernando.Batlle@ankura.com>
**Sent:** Friday, April 26, 2019 11:06 AM
**To:** Lucas Porter <Lucas.Porter@ankura.com>; Castiglioni, James [ICG-MKTS] <jc82063@imcnam.ssmb.com>
**Cc:** citipuertorico@citi.com; Gerard Gil <Gerard.Gil@ankura.com>; Jorge San Miguel <Jorge.SanMiguel@ankura.com>
**Subject:** RE: [EXT] RE: prepa Savings

I have materials that we are preparing (that we will share with Citi as well). Will send your way shortly.

**From:** Lucas Porter <Lucas.Porter@ankura.com>
**Sent:** Friday, April 26, 2019 11:00 AM
**To:** Fernando Batlle <Fernando.Batlle@ankura.com>; Castiglioni, James <james.castiglioni@citi.com>
**Cc:** citipuertorico@citi.com; Gerard Gil <Gerard.Gil@ankura.com>; Jorge San Miguel <Jorge.SanMiguel@ankura.com>
**Subject:** RE: [EXT] RE: prepa Savings

James – can you also please share any existing presentation material that summarizes the July 2018 RSA? As mentioned last week, we are working on the FY 2020 PREPA fiscal plan, and we need to include some overview material describing the agreement released last summer and any publicly disclosed developments since.

Thanks,
Lucas

**From:** Fernando Batlle
**Sent:** Friday, April 26, 2019 8:08 AM
**To:** Castiglioni, James <james.castiglioni@citi.com>
**Cc:** citipuertorico@citi.com; Lucas Porter <Lucas.Porter@ankura.com>; Gerard Gil <Gerard.Gil@ankura.com>; Jorge San Miguel <Jorge.SanMiguel@ankura.com>
**Subject:** Re: [EXT] RE: prepa Savings

No problem! Tks

Fernando L. Batlle
On Apr 26, 2019, at 7:55 AM, Castiglioni, James <james.castiglioni@citi.com> wrote:

> I have an obligation this morning, but should be able to send on to you savings once I am back in the office. Most likely will be around noon or so.
>
> Sent with BlackBerry Work
> (www.blackberry.com)
>
>> **From:** [ankura.com] Fernando Batlle <Fernando.Batlle@ankura.com>
>> **Date:** Thursday, Apr 25, 2019, 11:58 PM
>> **To:** citipuertorico@citi.com <citipuertorico@citi.com>
>> **Cc:** Lucas Porter <Lucas.Porter@ankura.com>, Gerard Gil <Gerard.Gil@ankura.com>, Jorge San Miguel <Jorge.SanMiguel@ankura.com>
>> **Subject:** prepa Savings
>>
>> James:
>> Can you get me the total debt service savings we will achieve in prepa's restructuring?
>>
>> Tks
>>
>> ***Fernando L. Batlle***
>> *Senior Managing Director*
>> Ankura Consulting Group, LLC
>> Mobile: 787-354-5798
>>
>> 60 State Street, Suite 700
>> Boston, MA. 02109
>> ankuraconsulting.com
>>
>> Picture_x0020_1

Confidentiality Notice:
This email and any attachments may be confidential and protected by legal privilege. This communication is for the exclusive use of the intended recipient(s). If you are not the intended recipient(s), be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this email in error, please notify us immediately by replying to the sender and then delete this copy and the reply from your system. Thank you for your cooperation.

Attorney Work Product / Attorney Client Privilege
Prepared with Advice of and at the Request of Counsel / Preliminary and Subject to Material Revision

DRAFT 11:30 PM
4/25/2019

# PREPA Discussion Materials

April 26, 2019

CONFIDENTIAL

CGMIRSA_001460

## Framework for PREPA Debt Service Structure

**PREPA Debt Service Structure incorporates a capped securitization charge that will be available for bondholders with a "Turbo" feature on available revenues after payment of debt service interest and other expenses.**

- Securitization charge will be a fixed through the final maturity of the new bonds
  - Structure of the securitization charge set at the outset based on load projections
  - Load demand risk is borne by the creditors

- The New Securitization Bonds would be structured as flexible amortization turbo term bonds
  - Stated structure is based on baseline load projections
  - In the event projections exceed forecasted demand, the bonds will amortize earlier than expected

- Tranche A Bonds:
  - Legal final maturity: 40 years from transition charge commencement subject to extension if demand is insufficient to pay off in 40 years
  - Estimated final amortization: 33 years from transition charge commencement
    - The flexible amortization feature of the Turbo bonds is designed to ensure that all securitization bonds still pay by their legal final maturity under the Utility transition charge; if they do not, maturity automatically extends
  - Coupons for all Tranche A Bonds is 5.25%, tax exempt

2  NOTE: All figures preliminary and subject to change

Attorney Work Product / Attorney Client Privilege
Prepared with Advice of and at the Request of Counsel / Preliminary and Subject to Material Revision

CONFIDENTIAL  CGMIRSA_001461

## Framework for PREPA Debt Service Structure (Cont'd)

PREPA Debt Service Structure incorporates a capped securitization charge that will be available for bondholders with a "Turbo" feature on available revenues after payment of debt service interest and other expenses.

- Tranche B Bonds:

  - Legal final Maturity: 47 years from transition charge commencement

  - Receives no cash flow until Tranche A is fully redeemed

    - Cash flow continues to Tranche B until par plus accrued interest is fully redeemed or final maturity is reached, whichever comes sooner

  - Accretion rate assumed to be 7.00%

- New par reflecting the following recoveries (Tranche A / Tranche B)

  - 67.50% / 5.75% (Tranche B is 10% but only 5.75% is expected to pay)

- Debt Service Reserve Fund structured for 5.0% of the new Tranche A par amount of the Bonds

  - Funded through first dollars from Securitization charge excess cash following interest paid on Bonds

- No Event of Default for failure to pay scheduled debt service on Tranche A so long as the scheduled debt service paid when due (together with any "catch up" payments) uses the full amount available under the Cap to pay debt service

  - The Default Rate is the same as the coupon rate of 5.25% for Tranche A; unpaid interest on Tranche A Bonds would accrete

  - On a default at their legal final maturity, the transition charge would extend and the Bonds would bear interest at the coupon rate until unpaid principal and interest is paid in full

NOTE: All figures preliminary and subject to change

Attorney Work Product / Attorney Client Privilege
Prepared with Advice of and at the Request of Counsel / Preliminary and Subject to Material Revision

3

CONFIDENTIAL

CGMIRSA_001462

## Illustrative Baseline Projections & Expected Debt Service

Initial recoveries are 67.5%/10% for Tranche A / Tranche B bonds, respectively

Baseline Load Projections



Illustrative Expected Debt Service



4   NOTE: All figures preliminary and subject to change; baseline projections assume PREPA FOMB Fiscal Plan projections
*DSRF release cash flows not illustrated in the graph

Attorney Work Product / Attorney Client Privilege
Prepared with Advice of and at the Request of Counsel / Preliminary and Subject to Material Revision

CONFIDENTIAL

CGMIRSA_001463

## Comparison of Current and Past RSA Structures on c/kWh Basis



**Transition Charge Scenarios:**
A. Prior RSA
   (with True-up mechanism)
B. Current RSA including Assured treatment for all insurers
   (without True-up mechanism)

If future load underperforms/overperforms, the prior RSA charge would increase/decrease, respectively given the true up mechanism

If future load underperforms/overperforms, the current RSA charge would remain at levels set at the outset of the charge's implementation

| Year | Sc. A | Sc. B |
|---|---|---|
| Avg. | 4.312 | 4.081 |
| Max | 5.929 | 4.565 |
| 2019 | 3.025 | |
| 2020 | 3.021 | 1.000 |
| 2021 | 3.179 | 2.776 |
| 2022 | 3.391 | 2.776 |
| 2023 | 5.562 | 2.776 |
| 2024 | 5.929 | 3.013 |
| 2025 | 5.877 | 3.013 |
| 2026 | 5.884 | 3.013 |
| 2027 | 5.642 | 3.013 |
| 2028 | 4.872 | 3.013 |
| 2029 | 5.013 | 3.499 |
| 2030 | 4.911 | 3.587 |
| 2031 | 4.545 | 3.676 |
| 2032 | 4.516 | 3.768 |
| 2033 | 4.464 | 3.862 |
| 2034 | 4.105 | 3.959 |
| 2035 | 4.130 | 4.058 |
| 2036 | 3.788 | 4.159 |
| 2037 | 3.811 | 4.263 |
| 2038 | 3.834 | 4.370 |
| 2039 | 3.857 | 4.479 |
| 2040 | 3.879 | 4.565 |
| 2041 | 3.902 | 4.565 |
| 2042 | 3.924 | 4.565 |
| 2043 | 3.947 | 4.565 |
| 2044 | 3.971 | 4.565 |
| 2045 | 3.995 | 4.565 |
| 2046 | 4.021 | 4.565 |
| 2047 | 4.048 | 4.565 |
| 2048 | | 4.565 |
| 2049 | | 4.565 |
| 2050 | | 4.565 |
| 2051 | | 4.565 |
| 2052 | | 4.565 |
| 2053 | | 4.565 |
| 2054 | | 4.565 |
| 2055 | | 4.565 |
| 2056 | | 4.565 |
| 2057 | | 4.565 |
| 2058 | | 4.565 |
| 2059 | | 4.565 |
| 2060 | | 4.565 |
| 2061 | | 4.565 |
| 2062 | | 4.565 |
| 2063 | | 4.565 |
| 2064 | | 4.565 |
| 2065 | | 4.565 |
| 2066 | | 4.565 |
| 2067 | | 4.565 |
| 2068 | | |

5  Preliminary, Subject to Change; For illustration purposes only.
Assumes current Certified Fiscal Plan Load Projections

Attorney Work Product / Attorney Client Privilege
Prepared with Advice of and at the Request of Counsel / Preliminary and Subject to Material Revision

CONFIDENTIAL

CGMIRSA_001464

## Benefits and Considerations of the Current PREPA RSA

| Benefits | Considerations |
|---|---|
| - Transition charge is fixed and capped (i.e. no floating charge or uncapped charge to consumers) | - Power revenue bonds may be unsecured because perfection was defective – successful litigation could result in lower recoveries |
| - Securitization structure is favorable as it provides bondholder limited defaults and remedies only against SPV | - Settlement is likely to be subject to challenge by Creditor's Committee and other creditors and may not be approved by Title III Court |
| - Creditors are taking meaningful haircuts to claims | - Total resulting cost of electricity plus legacy charges is unclear |
| - Delivers a potential impaired accepting class to facilitate plan confirmation | - Does not eliminate lien litigation or litigation over plan confirmation with non-supporting bondholders |
| - Agreement with large number of legacy creditors facilitates transformation transactions | - If transformation is unsuccessful, this deal still applies |
| - May result in stay of receiver motion | - Risk of tax treatment of Tranche A bonds is borne by the Government Parties not the bondholders |
| - May set the stage for consensual settlements with other creditors | |
| - A loss in the litigation with bondholders could result in creditors receiving higher recoveries | |

6   NOTE: All figures preliminary and subject to change

Attorney Work Product / Attorney Client Privilege
Prepared with Advice of and at the Request of Counsel / Preliminary and Subject to Material Revision

CONFIDENTIAL                                                                                      CGMIRSA_001465