**EXHIBIT 33**



**COMISIÓN DE ENERGÍA DE PUERTO RICO**
ESTADO LIBRE ASOCIADO DE PUERTO RICO

Número:  __8818__
Fecha:  __27 de septiembre  de 2016__
*Aprobad*o:  __Hon. Víctor  A. Suárez Meléndez__
Secretario de Estado

Por:  __Francisco E. Cruz Febus__
Secretario Auxiliar de Asuntos de Gobierno

# ENMIENDA AL REGLAMENTO NÚM. 8653, REGLAMENTO SOBRE LA CONTRIBUCIÓN EN LUGAR DE IMPUESTOS (CELI)

**Sección 5.08.- Servicios municipales que no estarán sujetos a la suspensión del servicio de electricidad.**

Las propiedades e instalaciones municipales que alberguen entidades municipales que ofrezcan los siguientes servicios no formarán parte del plan de suspensión de servicios que deberá seguir la AEE en ausencia de una lista de orden de suspensión sometida por el municipio:

A) Servicios de salud

    1) Centros de diagnóstico y tratamiento (CDT)

    2) Hospitales

    3) Centros de Urgencias Médicas

    4) Centros de Emergencias

    5) Centros de Rehabilitación

    6) Centros para el cuidado de personas de edad avanzada

    7) Corporaciones o negocios que rinden servicios públicos relacionados con el cuidado de la salud y facilidades de salud según definidas en la Ley Núm. 101 de 26 de junio de 1965, según enmendada, conocida como "Ley de Facilidades de Salud de Puerto Rico".

B) Servicios de seguridad

    1) Policía municipal

    2) Oficina municipal para el manejo de emergencias y administración de desastres

C) Escuelas municipales

Los municipios deberán informar a la AEE sobre cualquier cambio que implique la pérdida de la condición de no sujetos a la suspensión de cualquier instalación así considerada, dentro del término de diez (10) días de haber ocurrido el cambio.

**Sección 5.09.- Servicios municipales sujetos a la suspensión del servicio de electricidad.**

Se considerarán servicios sujetos a la suspensión de servicio de electricidad los siguientes:

A) Oficina de la Legislatura Municipal

B) Oficina del administrador municipal

C) Oficina de auditoría interna

[logo: PREC

**PUERTO RICO ENERGY COMMISSION**
COMMONWEALTH OF PUERTO RICO]

**Number:**   **8818**
**Date:**   **September 27, 2016**
*Approved:*   Hon. Víctor A. Suárez Meléndez
                      **Secretary of State**


                      [illegible signature]
**By:   Francisco E. Cruz Febus**
**Assistant Secretary for Government Affairs**


# AMENDMENT TO REGULATIONS NO. 8653, REGULATIONS ON CONTRIBUTION IN LIEU OF TAXES (CELI [Spanish acronym])

I hereby certify that this is a true and accurate
translation to the best of my abilities.
*[signature]* García
Miriam R. García
Federally Certified Court Interpreter
Certificate No. 03-051

[T.N.: As per our client's instructions, we have only translated the following section found on page 36 of Regulations No. 8653.]

**Section 5.08.- Municipal services that will not be subject to the suspension of electric power services.**

Municipal properties and facilities housing municipal entities that provide the following services shall not form part of the service suspension plan that PREPA must follow in the absence of a suspension order list submitted by the municipality:

A)  Healthcare Services

   1)  Diagnosis and Treatment Centers (CDT [Spanish acronym])

   2)  Hospitals

   3)  Urgent Care Centers

   4)  Emergency Centers

   5)  Rehabilitation Centers

   6)  Elderly Care Centers

   7)  Corporations or businesses that provide public services related to healthcare and healthcare facilities, as defined in Public Law No. 101 of June 26, 1965, as amended, known as the "Puerto Rico Healthcare Facilities Act."

B)  Safety and Security Services

   1)  Municipal Police Department

   2)  Municipal Emergency and Disaster Management Office

C)  Municipal Schools

Municipalities must inform PREPA of any changes resulting in the loss of the suspension-exempt status of any facility considered exempt within ten (10) days as of the occurrence of any such change.

I hereby certify that this is a true and accurate
translation to the best of my abilities.

*Miriam R. García*
Miriam R. García
Federally Certified Court Interpreter
Certificate No. 03-051