**EXHIBIT 41**

1

2      IN THE UNITED STATES DISTRICT COURT

3        FOR THE DISTRICT OF PUERTO RICO

4   _____x
    In re:
5
    THE FINANCIAL OVERSIGHT AND            PROMESA
6   MANAGEMENT BOARD FOR PUERTO
    RICO,                                  Title III
7        as representative of

8   THE COMMONWEALTH OF PUERTO RICO,
    et al.,
9        Debtors.
    _____x
10  In re:
                                           PROMESA
11  THE FINANCIAL OVERSIGHT AND
    MANAGEMENT BOARD OF PUERTO RICO,       Case No.
12
                                           17 BK 4780-LTS
13
         as representative of
14
    PUERTO RICO ELECTRIC POWER AUTHORITY,
15       Debtor.
    _____x
16  (Caption continued on following page.)

17  * P R O F E S S I O N A L   E Y E S   O N L Y *

18              VIDEOTAPED DEPOSITION

19                     OF

20             FREDERIC CHAPADOS

21             New York, New York

22          Monday, October 7, 2019

23

24  Reported by:
    ANNETTE ARLEQUIN, CCR, RPR, CRR, CLR
25  JOB NO. 169099



Page 66 — F. Chapados - Professional Eyes Only [content redacted]

Page 67 — F. Chapados - Professional Eyes Only [content redacted]

Page 68 — F. Chapados - Professional Eyes Only [content redacted]

Page 69 — F. Chapados - Professional Eyes Only

```
15        Q.  When you say "not attempted to do
16   that," do you mean not attempted to
17   privatize or not attempted to analyze it?
18        A.  Well, we are currently in the
19   midst of selecting a private operator and
20   running a process to select a private
21   operator for the T&D grid.  So the two --
22   we have not been in a situation where we
23   are not doing that on the T&D grid --
24        Q.  Okay.
25        A.  -- and have only focused on the
```

Page 70

```
 1      F. Chapados - Professional Eyes Only
 2   generation assets.
 3      Q.  Okay.  Was it considered early on
 4   by Citi?
 5      A.  Was what considered early on?
 6      Q.  Just engaging in a potential
 7   privatization without engaging in an
 8   operator for the T&D assets?
 9      A.  The objective of the former
10   governor was to do both.  And, therefore,
11   we have been running the two together.
12      Q.  But as I understand what you've
13   just said, that's changed and it's now just
14   the operating agreement for the T&D assets
15   and not the privatization?
16          MS. SPILLANE:  Objection to form.
17      A.  Can you clarify that?
18      Q.  Sure.
19          I thought I heard you say,
20   correct me if I'm wrong, that the former
21   governor's vision was to do both, have an
22   operator over the power transmission
23   distribution assets and privatize the power
24   generation assets.
25          Did I understand you correctly?
```

Page 71

```
 1      F. Chapados - Professional Eyes Only
 2      A.  That is.  That was his vision.
 3      Q.  That was his vision.
 4          What I'm asking you is, the
 5   implementation today is simply the power
 6   and transmission distribution asset
 7   operating agreement without the
 8   privatization aspect involving the
 9   company's power-generation assets?
10      A.  I did not say that.
11      Q.  Okay.  So tell me what's going on
12   then with respect to privatizing the
13   company's power-generation assets.
14          MS. SPILLANE:  Objection to form.
15      A.  Can you clarify your question?
16      Q.  Well, I thought you said, when I
17   asked you directly, that you did not say --
18   that you were not engaged in a potential
19   privatization involving the company's
20   power-generation assets.
21      A.  Let me clarify.
22          Citi is involved in both, you
23   know, running a process to select a T&D
24   operator, as well as working on potential
25   alternatives for PREPA's existing
```

Page 72

```
 1      F. Chapados - Professional Eyes Only
 2   power-generating assets.  We are doing both
 3   concurrently.
```



Page 73

```
 1      F. Chapados - Professional Eyes Only
```

Page 74

```
 1        F. Chapados - Professional Eyes Only
 5      Q.  Okay.  I just want to talk about
 6   the sale or the -- I'm sorry, the
 7   privatization of the power-generation
 8   assets.
 9      A.  Privatization could mean a
10   variety of things.  It's not --
11      Q.  Okay.  What's it mean -- I'm
12   sorry.  Go ahead.
13      A.  It is not necessarily the
14   outright sale of an asset.  It could also
15   include private operation of that asset,
16   like we are doing on the T&D system.
17      Q.  Okay.  Other than the sale and
18   the private operation, does privatization
19   mean anything else to you?
20      A.  Those are the two things we have
21   always been focused on.
22      Q.  Are you utilizing the same skills
23   in advising on potential operating
24   agreement of the T&D assets as with the
25   sale or privatization of the
```

Page 75

```
 1        F. Chapados - Professional Eyes Only
 2   power-generation assets?
 3          MS. SPILLANE:  Objection to form.
 4      A.  Can you clarify your question?
 5      Q.  Sure.
 6          You were involved personally with
 7   respect to providing FOMB advice on the
 8   operating agreement with respect to PREPA's
 9   power transmission and distribution assets,
10   correct?
11      A.  Correct.
12      Q.  You were also personally involved
13   in providing advice on behalf of Citi to
14   the FOMB regarding the potential
15   privatization involving PREPA's
16   power-generation assets?
17      A.  Yes.
18      Q.  Okay.  What I'm asking is, do you
19   apply the same skills with respect to each
20   aspect of the transaction or different
21   skills?
22      A.  They are broadly the same skills.
23      Q.  Okay.  Are there any specific
24   skills that are different?
25      A.  There are simply different, you
```

Page 76

```
 1        F. Chapados - Professional Eyes Only
 2   know, potential operators of a T&D asset
 3   versus operator of a generation asset.  The
 4   eventual counterparties are different, and
 5   so I would characterize that as slightly
 6   different skills and knowing who is doing
 7   what.
 8          MR. ARASTIA:  Okay.
 9      Mr. Chapados, would you like to take a
10   five-minute break?
11          THE WITNESS:  Sure.
12          MR. ARASTIA:  Okay.  Could we
13   take a five-minute break?
14          THE VIDEOGRAPHER:  The time is
15   10:48 a.m. We are going off the record.
16          (Recess is taken.)
17          THE VIDEOGRAPHER:  The time is
18   11:00 a.m. We are on the record.
19   BY MR. ARASTIA:
20      Q.  Mr. Chapados, continuing with
21   this issue, are you familiar with a draft
22   agreement that was provided to potential
23   operators with the name Puerto Rico
24   Transmission and Distribution System
25   Operation and Maintenance Agreement?
```

Page 77

```
 1        F. Chapados - Professional Eyes Only
 2      A.  I am.
 3      Q.  Do you know what's in that
 4   document?
 5          MR. MASHBERG:  Object to form.
 6      A.  It is the broad contract at which
 7   an operator would operate under.
 8      Q.  And that has to do specifically
 9   with the transmission and distribution
10   assets?
11      A.  Correct.
12      Q.  Is there any mention in that
13   document that you're aware of with respect
14   to the privatization of the
15   power-generation assets?
16      A.  That document outlines potential
17   interactions between the operator and all
18   generators on the island.
19      Q.  Can you tell me, based on your
20   recollection, what that outline entails?
21          MS. SPILLANE:  Objection to form.
22      A.  Generally speaking, as I've
23   mentioned, you know, the operator will be
24   responsible for dispatching the generation
25   units.  They will also be responsible for
```

20 (Pages 74 to 77)





Page 214 — F. Chapados - Professional Eyes Only [redacted]

Page 215 — F. Chapados - Professional Eyes Only [redacted]

Page 216 — F. Chapados - Professional Eyes Only [redacted]

Page 217 — F. Chapados - Professional Eyes Only

20  Q. Okay. Are any of the T&D
21  potential operators, are they also being
22  approached with respect to the
23  privatization of the power-generating
24  assets?
25  A. It is my understanding under Act

Page 218

```
 1        F. Chapados - Professional Eyes Only
 2   120 in Puerto Rico that their -- the
 3   intention of legislature is to have a clear
 4   separation between the T&D operator and the
 5   owner/operator of the generation assets.
 6        Q.  So in other words, anybody that's
 7   already involved in the potential
 8   transformation as far as an operator goes
 9   can't be involved in the power-generating
10   privatization?
11             MR. MASHBERG:  Objection to form.
12             MS. SPILLANE:  Objection to form.
13        A.  Can you clarify your question?
14        Q.  Sure.
15             As I understand what you just
16   said, there has to be a clear distinction
17   between the T&D asset operator and whomever
18   or whatever entity privatizes or transforms
19   the power-generation assets.
20             Is that your understanding?
21        A.  That is my understanding based on
22   Act 120, yes.
23        Q.  So based on your understanding,
24   would it be fair to say that anybody that
25   would become involved potentially in the
```

Page 219

```
 1        F. Chapados - Professional Eyes Only
 2   transformation of the power-generating
 3   assets would be someone other than these
 4   entities that what we have defined as
 5   potential operators?
 6             MR. NATBONY:  Objection to the
 7   form.
 8             MR. MASHBERG:  Objection to form.
 9             MS. SPILLANE:  Objection.
10        A.  That is a correct statement.
11             MR. ARASTIA:  Let me take a
12   minute.  I might be done, but I want to
13   look at a couple of things.
14             MS. SPILLANE:  Of course.
15             THE VIDEOGRAPHER:  The time is
16   3:07 p.m.  We are going off the record.
17             (Recess is taken.)
18             THE VIDEOGRAPHER:  The time is
19   3:14 p.m.  We are on the record.
20   BY MR. ARASTIA:
```



Page 220

    1        F. Chapados - Professional Eyes Only

Page 221

    1        F. Chapados - Professional Eyes Only

[remainder of pages 219–221 redacted]