**EXHIBIT 51**

| | |
|---|---|
| **From**: | Andrew Shannahan [ashannahan@knighthead.com] |
| **Sent**: | 1/28/2019 9:12:04 PM |
| **To**: | Gana, Jorge [JGana@agltd.com] |
| **Subject**: | RE: Prepa |

Fiduciary out: Ability to walk away from the deal if it no longer fits with government's privatization plan and bondholders don't get the benefit of the 2019 / lien validation. As I said, complete non-starter. Not the FOMB's position and likely more Nancy trying to create litigation.

*Andrew Shannahan*
*Knighthead Capital Management LLC*
*1140 Avenue of the Americas, 12th Floor*
*New York, NY 10036*

*Office: 212-356-2900*
*Direct: 212-356-2915*
*Fax: 212-356-3935*
*Email: ashannahan@knighthead.com*

**From:** Gana, Jorge [mailto:JGana@agltd.com]
**Sent:** Sunday, January 27, 2019 6:07 PM
**To:** Andrew Shannahan
**Subject:** Re: Prepa

Thanks. Fiduciary out?

On Jan 27, 2019, at 12:31 PM, Andrew Shannahan <ashannahan@knighthead.com> wrote:

Unfortunately not a lot to report. Nancy Mitchell still trying to argue for a fiduciary out, which is a non-starter for both creditors and the FOMB. Trying to figure out if this is a Christian or Nancy issue. Also sent over a concept on demand protections tied to GNP and Employment, which doesn't seem to work for them. As a result, there is nothing to report on scheduling a meeting.

On Jan 26, 2019, at 9:44 AM, Gana, Jorge <JGana@agltd.com> wrote:

Hi Andrew,
Anything new from gov parties since we spoke Wednesday? Any update on potential meetings?

This e-mail message is for the sole use of the intended recipient(s) and may contain proprietary, confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient (or an employee or agent responsible to deliver it to the intended recipient), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply e-mail.

We will use your personal data for purposes of replying to and considering your e-mail and establishing and maintaining our relationship with you or your business. In the course of our business relationship, we may transfer your personal data to third parties and to countries with different data protection laws than the country in which you reside. If you reside in the European Economic Area ("EEA") please note that your data is

transferred to countries outside of the EEA. For further information about how we use personal data and how to contact us to exercise your rights in relation to your personal data, please refer to our Privacy Policy published on http://assuredguaranty.com/privacy-policy.

The information contained in this e-mail, and any attachment, is confidential and is intended solely for the use of the intended recipient. Any review, use, disclosure, distribution or copying of this e-mail and/or the attachments hereto is prohibited except by or on behalf of -the intended recipient. If you have received this e-mail in error, please notify the sender immediately by reply email and destroy all copies of the e-mail and the attachments. Content is provided by the individual sender and does not necessarily reflect the views of Knighthead Capital Management, L.L.C. or its affiliates, and does not constitute investment advice. This e-mail does not constitute an offer to sell or the solicitation of an offer to buy any interest in any investment product or fund. Such offer or solicitation may only be made by means of delivery of a confidential private offering memorandum or other appropriate document which contains a description of the material terms (including, without limitation, risk factors, conflicts of interest, fees and charges) relating to such investment product or fund. No assurances are given that this e-mail message and its attachments (if any) are free of viruses, and Knighthead Capital Management, L.L.C. accepts no liability for any damage sustained as a result of any viruses. If you reply to this email, please note that we are a public investor and do not want any material non-public information. We do not agree to keep confidential any information you provide and do not agree to any restrictions on our trading activity, except pursuant to a written confidentiality agreement executed by Knighthead Capital Management, L.L.C .

This e-mail message is for the sole use of the intended recipient(s) and may contain proprietary, confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient (or an employee or agent responsible to deliver it to the intended recipient), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply e-mail.

We will use your personal data for purposes of replying to and considering your e-mail and establishing and maintaining our relationship with you or your business. In the course of our business relationship, we may transfer your personal data to third parties and to countries with different data protection laws than the country in which you reside. If you reside in the European Economic Area ("EEA") please note that your data is transferred to countries outside of the EEA. For further information about how we use personal data and how to contact us to exercise your rights in relation to your personal data, please refer to our Privacy Policy published on http://assuredguaranty.com/privacy-policy.

The information contained in this e-mail, and any attachment, is confidential and is intended solely for the use of the intended recipient. Any review, use, disclosure, distribution or copying of this e-mail and/or the attachments hereto is prohibited except by or on behalf of -the intended recipient. If you have received this e-mail in error, please notify the sender immediately by reply email and destroy all copies of the e-mail and the attachments. Content is provided by the individual sender and does not necessarily reflect the views of Knighthead Capital Management, L.L.C. or its affiliates, and does not constitute investment advice. This e-mail does not constitute an offer to sell or the solicitation of an offer to buy any interest in any investment product or fund. Such offer or solicitation may only be made by means of delivery of a confidential private offering memorandum or other appropriate document which contains a description of the material terms (including, without limitation, risk factors, conflicts of interest, fees and charges) relating to such investment product or fund. No assurances are given that this e-mail message and its attachments (if any) are free of viruses, and Knighthead Capital Management, L.L.C. accepts no liability for any damage sustained as a result of any viruses. If you reply to this email, please note that we are a public investor and do not want any material non-public information. We do not agree to keep confidential any information you provide and do not agree to any restrictions on our trading activity, except pursuant to a written confidentiality agreement executed by Knighthead Capital Management, L.L.C .