**EXHIBIT 56**

| | |
|---|---|
| **From:** | Edward Zayas <+1 787-975-8696> |
| **To:** | <Unknown-Party-36dee1f6-4a13-4965-8498-b99f8cf4f1af> |
| **Sent:** | 5/16/2019 4:26:59 PM |
| **Subject:** | 2019-05-16 16:26:59 -04:00: +1 787-975-8696 -> [Unknown-Party-36dee1f6-4a13-4965-8498-b99f8cf4f1af] |

About prepa...

Is it ok if Kike limits his Q's to:



1-   What does the agreement mean for the people of PR?

2-   At the end of the day… Is it the best deal we can get?

3-   What must happen to see rates go down?

4-   When could it happen?

5-   When do you see a transformation in prepa?

6-   Can you explain what is a fixed Transition Charge?

7-   If ratepayers had to pay PREPA's full contractual debt service when due…, the current rate would be considerably higher?

8-   Do you need legislature approval?

| | |
|---|---|
| From: | Unknown-Party-674e7418-bbd3-4bc8-a7a8-a590c7c571fd |
| To: | Edward Zayas <+1 787-975-8696> |
| Sent: | 5/16/2019 4:33:20 PM |
| Subject: | 2019-05-16 16:33:20 -04:00: Unknown-Party-674e7418-bbd3-4bc8-a7a8-a590c7c571fd -> [+1 787-975-8696] |

Nope

CONFIDENTIAL

FOMB_9019_MOBILE_00000089

**From:** Edward Zayas <+1 787-975-8696>
**To:** <Unknown-Party-70fb7aae-6127-4737-984a-3a15a9e371cd>
**Sent:** 5/16/2019 4:33:56 PM
**Subject:** 2019-05-16 16:33:56 -04:00: +1 787-975-8696 -> [Unknown-Party-70fb7aae-6127-4737-984a-3a15a9e371cd]

ok

CONFIDENTIAL                                                                                      FOMB_9019_MOBILE_00000090

| | |
|---|---|
| From: | Unknown-Party-97198c82-d157-4fbf-8b33-311b157ba575 |
| To: | Edward Zayas <+1 787-975-8696> |
| Sent: | 5/16/2019 4:34:43 PM |
| Subject: | 2019-05-16 16:34:43 -04:00: Unknown-Party-97198c82-d157-4fbf-8b33-311b157ba575 -> [+1 787-975-8696] |

I don't know the answers to many of those and don't have time to figure them out

CONFIDENTIAL                                                         FOMB_9019_MOBILE_00000091

| | |
|---|---|
| **From:** | Unknown-Party-2f0cb164-dde0-4603-be43-1ca635a60bbd |
| **To:** | Edward Zayas <+1 787-975-8696> |
| **Sent:** | 5/16/2019 4:34:58 PM |
| **Subject:** | 2019-05-16 16:34:58 -04:00: Unknown-Party-2f0cb164-dde0-4603-be43-1ca635a60bbd -> [+1 787-975-8696] |

Have to prepare for that

| | |
|---|---|
| From: | Unknown-Party-84ce615f-37a3-4b48-bf5f-4295bf1b47c4 |
| To: | Edward Zayas <+1 787-975-8696> |
| Sent: | 5/16/2019 4:35:41 PM |
| Subject: | 2019-05-16 16:35:41 -04:00: Unknown-Party-84ce615f-37a3-4b48-bf5f-4295bf1b47c4 -> [+1 787-975-8696] |

```
Numbers 4 and 8 I don't know
```

**From:** Unknown-Party-7ea41b0a-ea22-43e9-b6e0-ecb27daa9aff
**To:** Edward Zayas <+1 787-975-8696>
**Sent:** 5/16/2019 4:36:08 PM
**Subject:** 2019-05-16 16:36:08 -04:00: Unknown-Party-7ea41b0a-ea22-43e9-b6e0-ecb27daa9aff -> [+1 787-975-8696]

Number 1 needs thought and we should get it on one page how we want to describe this. No one has done that yet

CONFIDENTIAL

FOMB_9019_MOBILE_00000094

| | |
|---|---|
| From: | Unknown-Party-bcb2df79-f013-49e5-a0d4-aa5d0082f6a3 |
| To: | Edward Zayas <+1 787-975-8696> |
| Sent: | 5/16/2019 4:50:13 PM |
| Subject: | 2019-05-16 16:50:13 -04:00: Unknown-Party-bcb2df79-f013-49e5-a0d4-aa5d0082f6a3 -> [+1 787-975-8696] |

I didn't take the briefing book....got nothing with me

CONFIDENTIAL

FOMB_9019_MOBILE_00000095