# EXHIBIT A

**Proposed Order**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re: | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | PROMESA Title III |
| as representative of | Case No. 17-BK-3283 (LTS) |
| THE COMMONWEALTH OF PUERTO RICO *et al.*, | (Jointly Administered) |
| Debtors.[5] | |

**ORDER SCHEDULING BRIEFING [AND HEARING] ON MOTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO AMEND TENTH AMENDED NOTICE, CASE MANAGEMENT AND ADMINISTRATIVE PROCEDURES REGARDING DISCLOSURE REQUIREMENTS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

Upon the *Motion Requesting Entry of Order Setting Briefing Schedule and Hearing (If Any) on Motion of Official Committee of Unsecured Creditors to Amend Tenth Amended Notice, Case Management and Administrative Procedures Regarding Disclosure Requirements Pursuant to Federal Rule Of Bankruptcy Procedure 2019* (the "Motion");[6] and the Court having found and determined that: (i) the Court has jurisdiction to consider the Motion and the relief requested therein pursuant to section 306 of PROMESA; (ii) venue is proper before this Court pursuant to section 307(a) of PROMESA; (iii) due and proper notice of the Motion has been provided under

5 The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474), and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747).

6 Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

the particular circumstances and no other or further notice need be provided; (iv) any objections to the relief requested in the Motion having been withdrawn or overruled; and (v) after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. Objections or responses, if any, to the Rule 2019 Motion must be filed and served (in accordance with the Case Management Procedures) by **________, 2020 at ____ [a.m./p.m.] (Atlantic Standard Time)**.

3. Replies to any objections or responses must be filed and served (in accordance with the Case Management Procedures) by **________, 2020 at ____ [a.m./p.m.] (Atlantic Standard Time)**. The Court will determine thereafter if a hearing is necessary.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. The Committee is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

6. The Court retains jurisdiction over any disputes relating to the interpretation or implementation of this Order.

Dated: February___, 2020

_________________________________
HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE