UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br>et al.,<br><br>Debtors | PROMESA<br>TITLE III<br><br>NO. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>The filing related to the<br>Commonwealth, HTA, and ERS. |

RÉPLICA A CENTÉSIMA TRIGÉSIMA TERCERA OBJECIÓN GLOBAL

AL HONORABLE TRIBUNAL:

Comparece María C. Rodríguez Maldonado, por derecho propio, y muy respetuosamente expone y solicita:

1) Esta parte se opone a la información contenida en el Anexo A de la Centésima Trigésima Tercera Objeción Global, donde se alega que no existe reclamo de mi parte, bajo el número de reclamación **158799**.

2) Adjunto los documentos que certifican todas mis aportaciones al Sistema de Retiro, los cuales reclamo que me paguen en su totalidad.

   a. Anejo #1 – Certificación de Balances de Aportaciones Estimadas del Departamento de Educación (No Docente), con un balance de $4,456.55 al 16 de febrero de 2020.

   b. Anejo #2 – Estado de Cuenta Estimado por $4,456.55 al 16 de febrero de 2020.

3) Para un total de balance de mis aportaciones al Retiro, a las fechas de cada certificación, de $4,456.55; cantidad que me adeudan y solicito recibir en su totalidad, más los intereses que dichas cantidades acumulen hasta la fecha en que lo reclame.

4) Por lo que solicito que se incluya el balance de mis cuentas de retiro en el presente caso, me eliminen de la lista de reclamos deficientes y se deniegue la obligación global presentada.

RESPETUOSAMENTE SOMETIDO.

Certifico haber enviado copia fiel y exacta de este escrito y sus anejos por correo regular a: Counsel for the Oversight Board, Proskauer Rose LLP, Eleven Time Square, New York, NY 100036-8299 and Counsel for the Creditors' Committee, Paul Hastings, LLP 200 Park Avenue, New York, NY 10166.

En Humacao, Puerto Rico, hoy 18 de febrero de 2020.

MARÍA C. RODRÍGUEZ MALDONADO
HC-04 BOX 5932
HUMACAO, PR 00791
TEL. (787) 473-3366
CORREO ELECTRÓNICO: celemaria2122@gmail.com

 Portal de Servicios en Linea de la Administración de los Sistemas de Retiro de los Empleados de Gobierno y la Judicatura

## Información General

### MARIA C RODRIGUEZ MALDONADO (320265)

| | |
|---|---|
| Agencia: | DEPARTAMENTO EDUCACION (NO DOCENTE) |
| Sistema de Retiro: | EMPLEADO DE GOBIERNO (ELA) |
| Fecha de Ingreso: | 30-SEP-2016 |
| Años en Servicio: | .1 |
| Sueldo Bruto: | $1,251.26 |
| Sueldo Neto: | $947.10 |
| Balance Aportaciones*: | $1,094.55 |
| Aportaciones Ley 106 **: | $3,362.00 |

\* El balance de la Aportación Individual reflejado es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de aportaciones individuales y el tiempo acreditado están sujetos a revisión. Esta información no es una certificación oficial de la Administración de los Sistemas de Retiro. Puede descargar aquí su última certificación de balance de aportaciones

\*\* El balance de la Aportación Ley 106 está reflejado a la fecha de la última nómina procesada enviada por su patrono. Dicho balance por concepto de aportación individual aquí reflejado están sujetos a revisión. Esta información no es una certificación oficial de la Administración de los Sistemas de Retiro. Puede pedir una certificación del balance al 787-777-1500 o al correo cesresanjuan@retiro.pr.gov

## Mas Servicios

Aquí podrás solicitar y visualizar tus certificaciones, como:

- ✓ Certificados de Deuda de préstamos
- ✓ Certificados de Préstamo Hipotecario
- ✓ Certificado de deuda para Ética Gubernamental
- ✓ Certificado de Balance de Cancelación de préstamo.

( Solicitudes en Línea )

## Ayuda para Servicios en Línea

Llene el siguiente formulario o llame a nuestro centro de contacto al (787) 777-1500

**Centro Gubernamental Minillas,**
Torre Norte Piso 7
San Juan PR 00940




DEPARTAMENTO DE HACIENDA
ESTADO LIBRE ASOCIADO DE PUERTO RICO

Maria C. Rodriguez Madera
HC-04 Box 5432
Humacao, PR 00791

RECEIVED & FILED
2020 FEB 21 PM 5:35
Secretaria
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

To: Tribunal Juandel Distrito de los E.U.
Room 150 Federal Building
San Juan, PR 00918-1767

009181767 BD16