IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Ruiz Goyco, Doris B. | 118649 | 6/28/2018 | Commonwealth of Puerto Rico | $8,000.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Ruiz Goyco, Doris B. | 118649 | 6/28/2018 | Commonwealth of Puerto Rico | $8,000.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

***CUST PR 1845 SRF 38939 PackID: 1057 MMLID: 112530 SVC: 132nd Omni
Ruiz Goyco, Doris B.
PO Box 2925
Mayaguez, PR 00681-2925

**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Doris B. Ruiz Goyco**, con número de seguro social que termina en **9151**.

| | |
|---|---|
| Fecha de Efectividad de la Pensión | 29 de julio de 2000 |
| Tiempo Cotizado para la Pensión | 28 años, 11 mes, 2 sem., 4 días |
| Pensión Mensual Inicial | $1,372.08 |
| Pensión Mensual Actual | $1,455.08 |

Esta certificación se expide hoy, **19 de febrero de 2020** en **San Juan, Puerto Rico**.

Edgardo J. Negrón Ramírez
Supervisor
Área de Servicios de Retiro

**SRM**
Sistema de Retiro para Maestros
Gobierno de Puerto Rico
Protegemos la Aportación al Futuro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

787.777.1414    787.764.6910    www.srm.pr.gov

Modelo SC-1515 (IRM)
14-mayo-71
Manual de Contabilidad

ESTADO LIBRE ASOCIADO DE PUERTO RICO

JUNTA DE RETIRO PARA MAESTROS

## INFORME RENTA ANUAL VITALICIA

| Nombre | Núm. Reclamación | Sexo |
|---|---|---|
| Doris B. Ruiz Goyco | 32809 | F |

Tipo de Renta:
a— Años de Servicio y Edad.
   Opcional (xx)
   Obligatorio ( )
b— Edad ( )
c— Incapacidad
   Ocupacional ( )
   No Ocupacional ( )
d— Diferida ( )*

Fecha de Nacimiento
Año ____ Mes ____ Día ____

Fecha de Retiro
2000 / julio / 28
Año / Mes / Día

| Edad al Retirarse | | | Servicios Acreditados | | | | Costo Anualidad |
|---|---|---|---|---|---|---|---|
| 51 | 9 | 14 | 28 | 11 | 2 | 4 | $34,220.39 |
| Años | Meses | Días | Años | Meses | Sem. | Días | |

Fecha de Efectividad
2000 / julio / 29
Año / Mes / Día

Retiro Ley Núm. 44 de 2000

Oficina de Finanzas
Documentos Preintervenidos
Fecha 2 enero 2001
Iniciales _____

Cómputo de la Renta Anual:
a— Sueldo promedio mensual más alto durante ~~cinco~~ tres años consecutivos a $ 1,829.44

X .018 X 28 años, 11 meses, 2 semans y 4 dias         953.85
  (Por ciento)        (Tiempo Acreditado)             5% ajuste
                                                       47.69
*En caso de renta anual diferida, ésta comenzará al cumplir la edad de _____    906.16

( ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años de edad.

( ) o a opción en fecha posterior si al retirarse tiene 10 y menos de 25 años de servicios y menos de 60 años de edad.

b— Ajuste para llegar al Mínimo Establecido por Ley 44

| Años de Servicio | Edad | Incapacidad Física | Diferido |
|---|---|---|---|
| $ 465.92 | $ | $ | $ |

| Diferencia Mínimo o Renta Sistema Retiro | 465.92 |
|---|---|
| Renta Mensual Vitalicia | 1,372.08 |
| Renta Anual Vitalicia | 16,464.96 |

Computado
_B. Ledoux_  21-12-00
Linsaidy Morales    Fecha

Cotejado
_[signature]_  21-12-2000
Hugo E. Aponte Morán   Fecha

Recomendado:
_Gloria E. Navas Pérez_  27-12-00
Directora Area Servicios de Retiro   Fecha

Aprobado:
1-3-01    _[signature]_
Fecha     Irma A. Giménez López
          Secretaria Ejecutiva

Doris B. Ruiz Loyro
P.O. Box 2925
Mayagüez, P.R. 00681-2925

RECEIVED & FILED
2020 FEB 24 PM 5:10
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

SAN JUAN
PR 009
21 FEB '20
PM 2 L

To: Secretario Tribunal de Distrito de Estados Unidos
Room 150 Federal Building
San Juan, PR 00918-1767

TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Andujar Martinez, Carmen E. | 85132 | 6/22/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Andujar Martinez, Carmen E. | 85132 | 6/22/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

000316

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

In re Commonwealth of Puerto Rico, Case No. 17 BK 3283-LTS

| | |
|---|---|
| NOMBRE: Carmen E. Andujar Martínez<br>DIRECCION: Urb. Aturas del Alba<br>Calle Luna 10707<br>Villalba, Puerto Rico 00766<br>TEL-787-429-2646<br>EMAIL-carmenandujar_68@hotmail.com | PRMESA<br>TITULO III<br>TITULO III<br>No. 17 BK 03566-LTS<br>NO. RECLAMACIÓN 85132<br>Deudor: Commonwealth of Puerto Rico |

RÉPLICA A LA *CENTÉSIMA* VIGÉSIMA SEXTA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO COMO EMPLEADO DEL DEPARTAMENTO DE EDUCACIÓN DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO. EN RECLAMO DEL AUMENTO SALARIAL DE LA LEY 89 DEL 1979 (ROMERAZO), A PARTIR DEL 1980 HASTA EL 2006.

En junio de 2018, se sometió el Formulario Oficial 410 Modificado reclamando salarios impagos en mi empleo como docente en el Departamento de Educación de Puerto Rico por servicios prestados y que no fueron pagados.

Durante su gobernación, el gobernador Carlos Romero Barceló aprobó una ley (Ley 89 del 12 de julio de 1979) que concedía un aumento salarial a los Empleados del Departamento de Educación (DE) del Gobierno de Puerto Rico de $100.00 mensuales.

Este aumento nunca se pagó.

Durante el término de esa ley (1987-2006), yo era empleada del Departamento de Educación. De acuerdo con mis cálculos, el período comprende 18 años a $1,200.00 por año, lo que representa $ 21,600.00 a los que tengo derecho.

Se estima la siguiente cantidad adeudada:

$1,200.00 del año escolar 1988-1989

$1,200.00 del año escolar 1989-1990

$1,200.00 del año escolar 1990-1991

$1,200.00 del año escolar 1991-1992

$1,200.00 del año escolar 1992-1993

$1,200.00 del año escolar 1993-1994

$1,200.00 del año escolar 1994-1995

$1,200.00 del año escolar 1995-1996

$1,200.00 del año escolar 1996-1997

$1,200.00 del año escolar 1997-1998

$1,200.00 del año escolar 1998-1999

$1,200.00 del año escolar 1999-2000

$1,200.00 del año escolar 2000-2001

$1,200.00 del año escolar 2001-2002

$1,200.00 del año escolar 2002-2003

$1,200.00 del año escolar 2003-2004

$1,200.00 del año escolar 2004-2005

$1,200.00 del año escolar 2005-2006

Cantidad adeudada estimada: $21,600.00

_____

Sra. Carmen E. Andujar Martínez

# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

09 de enero de 2019

DEPARTAMENTO EDUCACION  
SECCIÓN DE NOMBRAMIENTOS Y CAMBIOS  
PO BOX 190759  
SAN JUAN PR 00919 0759

Solicitud No: 940726  
Radicada en: 22 jun 2018

Atención: Sr. Enoch González Vélez

El(la) profesor(a) CARMEN E ANDUJAR MARTINEZ con seguro social XXX-XX-5362 ha radicado una Solicitud de Retiro en nuestro Sistema. Al 24 de noviembre de 2018, fecha de su última aportación recibida,

[X]cualifica [ ]no cualifica para acogerse a la jubilación.

Su tiempo cotizado y edad es el siguiente:

29 Años, 10 Meses, 0 Semanas, 4.20 Dias y su edad es 58 años.

Los pagos pendientes no están considerados en esta certificación. Los mismos son:

[ ]Reconocimiento de Tiempo  
[ ]Diferencia en % por transferencia recibida  
[ ]Reembolso de Cuotas  
[X]No aplica

El tiempo certificado puede variar, de encontrarse diferencias en el Informe de Cambio, enviado por el Departamento de Educación u otras Instituciones Gubernamentales y de existir anulaciones futuras entre cuentas que afecten las aportaciones del Sistema.

Deberá permanecer cotizando en nuestro Sistema hasta la fecha que proyecta retirarse.

El plan médico y planes suplementarios deben ser pagados directamente a las aseguradoras hasta tanto envíen las autorizaciones de descuentos para tramitar su pensión.

Atentamente,

Franklin E. Lopez Díaz  
Area de Servicios de Retiro

c: CARMEN E ANDUJAR MARTINEZ  
URB ALTURAS DEL ALBA  
10707 CALLE LUNA  
VILLALBA, PR 00766 2333

XXX-XX-5362

235 Avenida Arterial Hostos, Edificio Capital Center, Torre Norte, Hato Rey, Puerto Rico 00918  
P.O. Box 191879, Hato Rey, PR 00919-1879  
srm_correspondenciaconsulta@srm.pr.gov   (787) 777-1414   http://www.srm.pr.gov


Sistema de Retiro para Maestros

U.S. POSTAGE PAID
FCM LETTER
MERCEDITA, PR
00715
FEB 22, 20
AMOUNT
$6.95
R2305M144696-03

00918
1000
UNITED STATES POSTAL SERVICE

Carmen Ordoyer
Clrnn 10707 Alt del Alba
Villalba PR 00766

Secretaria (Clerks office) E.U.
Tribunal de Distrito de los
150 Federal Building
San Juan, P.R. 00918-1767

RECEIVED & FILED
2020 FEB 24 PM 5:10
U.S. CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, PR

CERTIFIED MAIL

7019 2970 0002 2732 2108