GOBIERNO DE PUERTO RICO
Sistema de Retiro para Maestros

RECEIVED AND FILED
2020 FEB 25 AM 11:19
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Nilda Santiago Serrano**, con número de seguro social que termina en **7941**.

| | |
|---|---|
| **Fecha de Efectividad de la Pensión** | **29 de julio de 2005** |
| **Tiempo Cotizado para la Pensión** | **31 años, 3 mes, 3 sem., 4 días** |
| **Pensión Mensual Inicial** | **$1,935.83** |
| **Pensión Mensual Actual** | **$1,935.83** |

Esta certificación se expide hoy, **24 de febrero de 2020** en **San Juan**, **Puerto Rico**.

**Edgardo J. Negrón Ramírez**
**Supervisor**
**Área de Servicios de Retiro**

Ley Promesa - Title III
No. 17 BK 3283 - LTS

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918 P.O. Box 191879 · San Juan PR 00919-1879

SRM
Sistema de Retiro para Maestros
Gobierno de Puerto Rico
*Protegemos la Aportación al Futuro*

787.777.1414 787.764.6910 www.srm.pr.gov

No. 17 BK 3283-LTS

Modelo SC-1515 (IRM)
14-mayo-71
Manual de Contabilidad

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**SISTEMA DE RETIRO PARA MAESTROS**
**INFORME RENTA ANUAL VITALICIA**

| NILDA SANTIAGO SERRANO | | Núm. Reclamación 39910 | Sexo F |
|---|---|---|---|
| Tipo de Renta:<br>a- Años de Servicio y edad<br>Opcional (X)<br>Obligatorio ( )<br>b. Edad ( ) | c- Incapacidad<br>Ocupacional ( )<br>No Ocupacional ( )<br>d- Diferida ( ) | | Fecha de Nacimiento<br>Año Mes Día |
| Edad al Retirarse<br>58 Años --- Meses 14 Días | Servicios Acreditados<br>31 Años 3 Meses 3 Sem. 4 Días | Costo Anualidad<br>$47,627.77 | Fecha de Retiro<br>2005 Año 7 Mes 28 Día<br>Fecha de Efectividad<br>2005 Año 7 Mes 29 Día |

Retiro Ley Núm. 91 del 2004.

| | |
|---|---|
| Cómputo de la Renta Anual:<br>a- Sueldo promedio mensual más alto durante TRES años consecutivos a $2,581.11<br>.75% X 30 años<br>(Por ciento) (Tiempo Acreditado) | $1,935.83 |

*En caso de renta anual diferida, ésta comenzará al cumplir la edad de______________

( ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años de edad

( ) o a opción en fecha posterior si al retirarse tiene 10 y menos de 25 años de servicios y menos de 60 años de edad

b. Ajuste para llegar al Mínimo Establecido por ley 89

| Años de Servicio | Edad | Incapacidad Física | Diferido |
|---|---|---|---|
| $ ______ | $ ______ | $ ______ | $ ______ |

OFICINA DE FINANZAS
DOCUMENTOS PREINTERVENIDOS
14 SEP 2005
JOSÉ REYES DÁVILA

| | |
|---|---|
| Diferencia Mínimo o Renta Sistema de Retiro | |
| Renta Mensual Vitalicia | $1,935.83 |
| Renta Anual Vitalicia | $23,229.96 |

| Computado | | Cotejado | |
|---|---|---|---|
| B Ledoux<br>Brendally Ledoux | 9-9-05<br>Fecha | [signature]<br>María A. Torres Morales | 12/sept/05<br>Fecha |
| Recomendado:<br>[signature]<br>Irma García Hernández<br>Directora Área Servicios de Retiro | 12/9/05<br>Fecha | Aprobado:<br>14 sept/05<br>Fecha | [signature]<br>Dinelia Oyola Morales<br>Subdirectora Ejecutiva |

igd
Fecha 9 de septiembre de 2005



# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

**ATT: LEY PROMESA**

24 de febrero de 2020

# CERTIFICACION

Certifico que : NILDA SANTIAGO SERRANO

Seguro Social :

Categoría : MA. EDUC. SEC (CIENCIAS AMBIENTALES)

Distrito Escolar : BAYAMON

Sueldo Mensual : $2,820.00

Status : PERMANENTE

Observaciones :

Trabaja : N/A

Cesó : N/A

Renunció : Efectivo el 28 de julio de 2005

Otros : Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de (35) años, (5) meses y (4) días

Ley Promesa - Title III

No. 17 BK 3283 - LTS

Cándida R. Chico Montañez
Supervisora
Archivo Docente

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

Número de Evidencia de Reclamación:
Reclamante:

RECEIVED & FILED
2020 FEB 25 PM 5:07
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

# INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

## Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación.

Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center<br>c/o Prime Clerk, LLC<br>Grand Central Station, PO Box 4708<br>New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center<br>c/o Prime Clerk LLC<br>850 Third Avenue, Suite 412<br>Brooklyn, NY 11232 |

## Cuestionario

1. **¿Cuál es el fundamento de su reclamación?**

   - [x] Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este
   - [ ] Empleo actual o anterior en el gobierno de Puerto Rico
   - [ ] Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

   Ley 96 - Ley 180

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**

   $14,000.00 Ley 180 al 3% de reclamación Departamento Educación de Puerto Rico

*Número de Evidencia de Reclamación:*
*Reclamante:*

3. **Empleo. ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?**
   - ☐ No. *Pase a la Pregunta 4.*
   - ● Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó:
Departamento Educación, Puerto Rico

3(b). Identifique las fechas de su empleo con relación a su reclamación:
Junio-21-2018

3(c). Últimos cuatro dígitos de su número de seguro social: 2989

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):

- ☐ Jubilación
- ● Salarios impagos
- ☐ Días por enfermedad
- ☐ Queja con el sindicato
- ☐ Vacaciones
- ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

4. **Acción legal. ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?**
   - ☐ No.
   - ● Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción.
Departamento Educación de Puerto Rico

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución: Commonwealth of Puerto Rico, United States, Bankruptcy Court for the District of Puerto Rico, San Juan

4(c). Número de caso: 160206

4(d). Título, epígrafe, o nombre del caso: ELA, Cofina Sistema Retiro, AEE, Autoridad Carretera y transportación Puerto Rico, Centésima, trigésima, cuarta objeción global

*Número de Evidencia de Reclamación:*
*Reclamante:*

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):

Resolución

4(f). ¿Tiene usted una sentencia impaga? Sí / No (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?

Junio - 21 - 2018 $14,000.00 Ley Promesa Proof Claim

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | | | |
|---|---|---|---|
| Grupo de Pago: | SM -Quincenal | Business Unit: | PUERT |
| Desde: | 07/01/2018 | Aviso #: | 5768109 |
| Hasta: | 07/15/2018 | Fecha Aviso: | 07/13/2018 |

**ANA H BUTLER RODRIGUEZ**
PO BOX 626
QUEBRADILLAS PR 00678-0626

SS: XXX-XX-2989

| | |
|---|---|
| # Empleado: | XXXXX2989 |
| Dept: | 592160-ANOS SERVICIO LEY91 2004 |
| Lugar: | A/OS SERVICIO LEY 91 |
| Titulo: | Pensionado |
| Sueldo: | $1,818.70 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

**HORAS E INGRESOS**

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 909.35 | 1,050.00 | 11,821.55 |
| Total: | | | 909.35 | 1,050.00 | 11,821.55 |

**IMPUESTOS**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

**DEDUCCIONES**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

**DEDUCCIONES GENERALES**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 112.50 | 1,396.50 |
| Total: | 112.50 | 1,396.50 |

**BENEFICIOS PATRONALES PAGADOS**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 0.00 | 600.00 |

* Tributable

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 909.35 | 0.00 | 112.50 | 796.85 |
| Acumulado: | 11,821.55 | 0.00 | 1,396.50 | 10,425.05 |

| PTO HORAS | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

| DISTRIBUCION PAGA NETA | |
|---|---|
| Aviso #5768109 | 796.85 |
| Total: | 796.85 |

**MENSAJE:**

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

**Fecha**
**07/13/2018**

**Aviso No.**
**5768109**

Cant. Deposito: $796.85

**DISTRIBUCION DE DEPOSITO DIRECTO**

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | | $796.85 |
| Total: | | $796.85 |

TRAY 40 SQ 9210******************SCH 5-DIGIT 00627 9210 2 AV 0.378
ANA H BUTLER RODRIGUEZ
PO BOX 626
QUEBRADILLAS PR 00678-0626

NO-NEGOCIABLE

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | | | |
|---|---|---|---|
| Grupo de Pago: | SM -Quincenal | Business Unit: | PUERT |
| Desde: | 07/16/2018 | Aviso #: | 6125313 |
| Hasta: | 07/31/2018 | Fecha Aviso: | 07/30/2018 |

**ANA H BUTLER RODRIGUEZ**
PO BOX 626
QUEBRADILLAS PR 00678-0626

SS: XXX-XX-2989

| | |
|---|---|
| # Empleado: | XXXXX2989 |
| Dept: | 592160-ANOS SERVICIO LEY91 2004 |
| Lugar: | A/OS SERVICIO LEY 91 |
| Titulo: | Pensionado |
| Sueldo: | $1,818.70 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

**HORAS E INGRESOS**

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 909.35 | 1,140.00 | 12,730.90 |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 |
| Total: | | | 909.35 | 1,140.00 | 12,830.90 |

**IMPUESTOS**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

**DEDUCCIONES**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

**DEDUCCIONES GENERALES**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 112.50 | 1,509.00 |
| Total: | 112.50 | 1,509.00 |

**BENEFICIOS PATRONALES PAGADOS**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 100.00 | 700.00 |

* Tributable

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 909.35 | 0.00 | 112.50 | 796.85 |
| Acumulado: | 12,830.90 | 0.00 | 1,509.00 | 11,321.90 |

| PTO HORAS | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

**DISTRIBUCION PAGA NETA**

| | |
|---|---|
| Aviso #6125313 | 796.85 |
| Total: | 796.85 |

**MENSAJE:**

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

**Fecha**
**07/30/2018**

**Aviso No.**
**6125313**

**DISTRIBUCION DE DEPOSITO DIRECTO**

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | | $796.85 |
| Total: | | $796.85 |

Cant. Deposito: $796.85

TRAY 40 SQ 9210******************SCH 5-DIGIT 00627 9210 2 AV 0.378
ANA H BUTLER RODRIGUEZ
PO BOX 626
QUEBRADILLAS PR 00678-0626

NO-NEGOCIABLE

Ana H. Butler Rodríguez
P.O. Box 626
Quebradillas, P.R. 00678

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

7015 0640 0007 3192 8270

UNITED STATES POSTAL SERVICE

1000

00918

U.S. POSTAGE PAID
FCM LG ENV
QUEBRADILLAS, PR
00678
FEB 21, 20
AMOUNT

**$7.60**

R2305K136738-01

Secretaria (clerk's office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

RECEIVED & FILED
2020 FEB 25 PM 5:08
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.