February 21, 2020

Whom It May Concern:

The following brief is to explain the time I worked in the Department of Education of Puerto Rico which was for 28 years, 6 months, 1 week and 67 days. I received retirement on June 28, 2019. The letter sent on February 19, 2020 is the only document I received on the date I started at the Department of Education agency. I also send documents related to my retirement. Forgive the time in which the information was obtained this is due to the situation we are spending in Puerto Rico due to the teluric movements.

Thank you for your attention.

sincerely.

Kany Segarra Toro