# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Kany Segarra Toro**, con número de seguro social que termina en **9916**.

| | |
|---|---:|
| Fecha de Efectividad de la Pensión | 29 de junio de 2019 |
| Tiempo Cotizado para la Pensión | 28 años, 6 mes, 1 sem., .67 días |
| Pensión Mensual Inicial | $1,407.80 |
| Pensión Mensual Actual | $1,407.80 |

Esta certificación se expide hoy, **19 de febrero de 2020** en **San Juan, Puerto Rico**.

Edgardo J. Negrón Ramírez
Supervisor
Área de Servicios de Retiro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879



SRM
Sistema de Retiro para Maestros
Gobierno de Puerto Rico
*Protegemos la Aportación al Futuro*

t 787 777 1414   f 787 764 6910   www.srm.pr.gov

| SHR_INOM_SRM | SISTEMA DE RETIRO PARA MAESTROS | 22-08-2019 |
|---|---|---|
| | Sistema de Aportaciones y Beneficios Integrados | 01:54:16 PM |
| | PAGO DE PENSION INGRESO A NOMINA | Página: 1 |

SEGURO SOCIAL: 
NOMBRE: KANY SEGARRA TORO
DIRECCION: LAS PLUMAS
HC 01 BOX 4495
HORMIGUEROS, PR  00660

NUMERO CASO: 640
NUMERO SOLICITUD: 968667
FECHA RADICACION: 09-08-2019
PENSION AÑOS DE SERVICIO 230
FECHA NACIMIENTO: 19-08-1966   EDAD 52.86   SEXO F

| | PAGO GLOBAL | MENSUAL | ANUAL |
|---|---|---|---|
| INGRESO A NOMINA: 15-09-2019 | | | |
| FECHA EFECTIVIDAD: 29-06-2019 | $2,909.47 | $1,407.80 | |
| SERVICIOS ACREDITADOS: 28 6 1 .67 Años Meses Sem Dias | | $0.00 | |
| COSTO ANUALIDAD: $78,321.59 | | | |
| SALARIO PROMEDIO: $2,742.33 | AUMENTO POR LEY: | $1,407.80 | |
| RETROACTIVO: 29-06-2019 AL 31-08-2019 | | | |
| IMPORTE TOTAL (BRUTO) | $2,909.47 | | $16,893.60 |

| CONCEPTO | CLAVE | DESCUENTO | DESCUENTO |
|---|---|---|---|
| PENSION PAGADA | | $0.00 | $0.00 |
| PRESTAMOS: PERSONAL (PP) | 47-000 | $0.00 | $0.00 |
| CULTURAL (PC) | 45-000 | $0.00 | $0.00 |
| HIPOTECARIO (PH) | 36-000 | $0.00 | $0.00 |
| FINANZAS | 67-059 | $0.00 | $0.00 |
| INSUFICIENCIA EN APORTACION | | $0.00 | $0.00 |
| APORT. IND. 9% Cese: 2021-08-19 | 26-001 | $510.07 | $246.81 |
| OTROS | | $0.00 | $0.00 |
| TOTAL DESCUENTO | | $510.07 | $246.81 |
| NETO | $2,399.40 | $1,160.99 | |

BONOS   NAVIDAD (BNP): $0.00   VERANO (PBV): $0.00   MEDICAMENTO (PBM): $0.00

COMPUTADO POR: _____   FECHA: 8/16/19
INTERVENIDO POR: _____   FECHA: _____
SUPERVISOR (PENSIONES): _____   FECHA: 22/ag/19
DIRECTOR: _____   FECHA: 23/08/19
INGRESADO A NOMINA POR: _____   FECHA: AUG 22 2019
Mes: Sept  [x] 1ra [ ] 2da
PAGO GLOBAL POR:   FECHA: 27-8-19
Mes: Sept  [x] 1ra [ ] 2da  [ ] Off Cycle  [ ] Pay Line
SUPERVISOR (NOMINA): _____   FECHA: 17-9-19

**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

15 de abril de 2019

DEPARTAMENTO DE EDUCACION  
SECCIÓN DE NOMBRAMIENTOS Y CAMBIOS  
APARTADO 190759  
SAN JUAN PR 00919 0759

Solicitud No: 957200  
Radicada en: 16 ene 2019

Atención: Sr. Enoch González Vélez

El(la) profesor(a) KANY SEGARRA-TORO con seguro social XXX-XX-9916 ha radicado una Solicitud de Retiro en nuestro Sistema. Al 06 de marzo de 2019, fecha de su última aportación recibida,

[X]cualifica [ ]no cualifica para acogerse a la jubilación.

Su tiempo cotizado y edad es el siguiente:

28 Años, 2 Meses, 2 Semanas, 1.00 Días y su edad es 52 años.

Los pagos pendientes no están considerados en esta certificación. Los mismos son:

[ ]Reconocimiento de Tiempo  
[ ]Diferencia en % por transferencia recibida  
[ ]Reembolso de Cuotas  
[X]No aplica

El tiempo certificado puede variar, de encontrarse diferencias en el Informe de Cambio, enviado por el Departamento de Educación u otras Instituciones Gubernamentales y de existir anulaciones futuras entre cuentas que afecten las aportaciones del Sistema.

Deberá permanecer cotizando en nuestro Sistema hasta la fecha que proyecta retirarse.

El plan médico y planes suplementarios deben ser pagados directamente a las aseguradoras hasta tanto envíen las autorizaciones de descuentos para tramitar su pensión.

Atentamente,

Franklin E. López Díaz  
Area de Servicios de Retiro

c: KANY SEGARRA TORO  
HC 01 BOX 4495  
HORMIGUEROS, PR 00660 9703

XXX-XX-9916

235 Avenida Arterial Hostos, Edificio Capital Center, Torre Norte, Hato Rey, Puerto Rico 00918





# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

06 de septiembre de 2019

KANY SEGARRA TORO  XXX-XX-9916  Solicitud No: 968667
LAS PLUMAS   Radicada en: 09 ago 2019
HC 01 BOX 4495
HORMIGUEROS, PR 00660 9825

Señor(a): Segarra Toro    CASO: 640

Deseamos informarle que su Pension Años De Servicio 230 ha sido aprobada. Su retiro fue efectivo el 29 de junio de 2019 y su renta mensual será de $1,407.80. Recibirá un pago retroactivo desde la fecha de efectividad de su pensión hasta el ingreso a nómina.

Si usted no se encuentra conforme con la presente determinación podrá radicar dentro del término de 20 días a partir de la notificación de la determinación del Director o su representante, un Escrito de Reconsideración ante la Junta de Síndicos del SRM. Dicha solicitud puede ser radicada personalmente o enviada por correo.

Radicaciones

Dirección Física: Secretaría Junta de Síndicos, Piso 8, Capital Center, Torre Norte 235 Ave Arterial Hostos, Hato Rey, PR

Dirección Postal: Secretaría Junta de Síndicos, Piso 8, PO Box 191879, San Juan, PR 00919-1879

En las radicaciones por correo, el matasellos debe mostrar que la misma fue cursada dentro del término establecido. Todos los términos mencionados en los incisos para apelar o solicitar reconsideración son en días naturales. El procedimiento de apelación se rige por el Reglamento 7053 de 15 de noviembre de 2005.

Le informamos que cualquier gestión, comunicación o trámite que efectúe con nuestro Sistema, distinto a los escritos antes mencionados, no interrumpe los términos que dispone para ejercer su derecho de apelación.

Atentamente,

Evelyn Vazquez Velazquez
Area de Servicios de Retiro

235 Avenida Arterial Hostos, Edificio Capital Center, Torre Norte, Hato Rey, Puerto Rico 00918
P.O. Box 191879, Hato Rey, PR 00919-1879

