Kany Segarra Toro
HC 01 Box 4495
Carr. 343 interior
Las Plumas, Hormigueros P.R. 00660



Secretario (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767