Wanda Enid Gonzalez Alvarado
P.O. Box 767
Villalba P.R. 00766

RETURN RECEIPT REQUESTED



CERTIFIED MAIL
7018 2290 0000 2774 3013



U.S. POSTAGE PAID
FCM LG ENV
VILLALBA, PR
00766
FEB 24, 20
AMOUNT
$7.60
R2303S101580-02

RETURN RECEIPT REQUESTED

Secretaria (Clerk's Office)
Tribunal de Distrito de los Est Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

RETURN RECEIPT REQUESTED