Sonia I. Reyes Ortiz
Urb. Altos de la Fuente
E-1 calle 2
Caguas, P.R. 00727
Tel. 787 450-1373
soniareyes.ortiz@gmail.com
Claim# 32116

## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

IN RE:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO

        as representative of
THE COMMONWEALTH OF PUERTO RICO, et al.,

    Debtors. 1

PROMESA
Title III

No. 17 BK 3283-LTS
Jointly Administered)

**This filling relates to the Commonwealth and ERS.**

### OBJECCION

Yo Sonia I. Reyes Ortiz que resido en Urb. Altos de la Fuente calle 2 E-1 Caguas, Puerto Rico 00727 que he trabajado en el gobierno de Puerto Rico en las siguientes agencias:

    Departamento del Trabajo y Recursos Humanos 1988-1989

    Centro Judicial de Caguas, P.R. 1989-1990

    Departamento de la Familia (Asume) 1995 hasta el presente

El Estado Libre Asociado de Puerto Rico me adeuda un ajuste de salario mínimo federal y el patrono debe determinar cuanto es la cantidad. Adjunto documentación solicitada.

Atentamente,

*[firma]*

Sonia I. Reyes Ortiz

Sonia I. Reyes Ortiz
Urb. Altos de la Fuente
E-1 calle 2
Caguas, P.R. 00727
Tel. 787 450-1373
soniareyes.ortiz@gmail.com
Claim# 32116



## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

IN RE:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO

    as representative of
THE COMMONWEALTH OF PUERTO RICO, et al.,

    Debtors. 1

PROMESA
Title III

No. 17 BK 3283-LTS
Jointly Administered)

**This filling relates to the Commonwealth and ERS.**

### OBJECCION

Yo Sonia I. Reyes Ortiz que resido en Urb. Altos de la Fuente calle 2 E-1 Caguas, Puerto Rico 00727 que he trabajado en el gobierno de Puerto Rico en las siguientes agencias:

    Departamento del Trabajo y Recursos Humanos 1988-1989

    Centro Judicial de Caguas, P.R. 1989-1990

    Departamento de la Familia (Asume) 1995 hasta el presente

El Estado Libre Asociado de Puerto Rico me adeuda un ajuste de salario mínimo federal y el patrono debe determinar cuanto es la cantidad. Adjunto documentación solicitada.