Sonia I. Reyes Ortiz
Urb. Altos de la Fuente
Calle 2. E-1
Caguas PR 00727




U.S. POSTAGE PAID
FCM LG ENV
CAGUAS, PR
00725
FEB 05, 20
AMOUNT
$1.60
1000   00918   R2305H129471-02

Clerk's Office
United States District Court
Room 150 Federal BLDG
San Juan PR 00918-1767

Sonia I. Reyes Ortiz
Urb. Altos de la Fuente
Calle E-1
Caguas PR 00727



U.S. POSTAGE PAID
FCM LG ENV
CAGUAS, PR
00725
FEB 24, 20
AMOUNT
**$1.80**
R2305H129471-03

1000    00918

Clerk Office
United States District Court
Room 150 Federal BLDG
San Juan PR 00918-1767