Wanda Enid Gonzalez Alvarado
P.O. Box 767
Villalba P.R. 00766



RETURN RECEIPT REQUESTED





RETURN RECEIPT REQUESTED

Secretaria (Clerk's Office)
Tribunal de Distrito de los Est Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

RETURN RECEIPT REQUESTED