18 de febrero de 2020

De: Carmen L. Bernier
Jard. de Guamaní calle 8
BB-15 Gma., P.R. 00784

A: Secretaria de Distrito de los E.U.A.
#150 Chardon Avenue
Federal Bulding
San Juan, PR

Deudores: Commonwealth of P.R.
Número de procedimiento 17BK3283LTS

Título de la objeción global: Centésima vigésima cuarta objeción global del Sistema de Retiro

Numero de reclamación: 148039

Motivo #1   El gobierno del E.L.A. de P.R. aprobó en el año 1966 la Ley 309 de escala salarial. En esta ley el empleado docente recibiría un aumento de sueldo de $25.00 por año de servicio. Este aumente fue suspendido sin haberse derogado la ley por tanto estamos reclamando el dinero que NO se recibió.

Reclamé 15.000 en la corte Federal o edicio federal.
Trabajé del 1969 - 2001