Carmen L. Bermer,
Jard. de Guamani
calle 8 BB-15
Gma., P.R.

RECEIVED & FILED
2020 FEB 25 PM 5:05
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

18 FEB 2020 PM 1 SAN JUAN PR 009

Secretaria
Tribunal de Distrito de los EE.UU.
Room 150 Federal Building
San Juan, P.R.
00918-1767