## **EXHIBIT B**

**El Diario**



EL CAMPEON DE LOS HISPANOS

**EL DIARIO**

LA PRENSA — WWW.ELDIARIONY.COM

an impreMedia company

**Affidavit of Publication State of New York County of New York, ss:**
The undersigned, <u>Esperanza Ruiz,</u> is an Account Executive of
EL DIARIO/LA PRENSA a company of Impremedia, located at
15 Metro Tech Center, 7th Floor, Brooklyn, NY 11201

This is a daily newspaper published in **New York State**. The legal notice of
**The Commonwealth of Puerto Rico**
was published in said newspaper as set forth below or in the annexed exhibit.

This newspaper has been
designated by the Clerk of New York County for this purpose.

Said Notice was published on:

**Wednesday February 5, 2020**

Subscribed and sworn to before me this 26 _____
                                              Esperanza Ruiz
day of February, 2020                         Account Executive

State of New York
County of New York

Kenara Woods
Commissioner of Deeds, State of New York
No. 2-14257
Qualified in New York County
Certified in Kings County
Commission Expires November 1, 2020
The UPS Store | 82 Nassau St | 212.406.9010

Notary Public, New York County, N.Y.

15 Metro Tech Center, 7th Fl. Brooklyn, NY 11201   Phone: (212) 807-4763   Fax: (212) 807-4617

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO**

| | | |
|---|---|---|
| In re: | : | PROMESA |
| LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, | : | Título III |
| como representante de | : | Caso Núm. |
| EL ESTADO LIBRE ASOCIADO DE PUERTO RICO et al., | : | 17-BK-3283 (LTS) |
| Deudores.[1] | : | (Administrado Conjuntamente) |

**AVISO DE (A) OBJECIÓN DE LA COALICIÓN DE DEUDA CONSTITUCIONAL LEGÍTIMA, DE CONFORMIDAD CON LA SECCIÓN 502 DEL CÓDIGO DE QUIEBRAS Y LA REGLA 3007 DE QUIEBRAS, A LAS RECLAMACIONES PRESENTADAS POR LOS TENEDORES DE CIERTOS BONOS EMITIDOS O GARANTIZADOS POR EL ESTADO LIBRE ASOCIADO Y (B) OBJECIÓN ÓMNIBUS DEL COMITÉ OFICIAL DE ACREEDORES NO ASEGURADOS SOBRE EL LÍMITE DE LA DEUDA CONSTITUCIONAL A (I) LA RECLAMACIÓN DEL BANCO GUBERNAMENTAL DE FOMENTO PARA PUERTO RICO (RECLAMACIÓN NÚMERO 29485) BASADO EN CIERTOS PAGARÉS EMITIDOS POR EL ESTADO LIBRE ASOCIADO Y EN LA GARANTÍA DEL ESTADO LIBRE ASOCIADO DE CIERTO BONO EMITIDO POR LA AUTORIDAD DEL PUERTO DE LAS AMÉRICAS, (II) LA RECLAMACIÓN DEL SCOTIABANK DE PUERTO RICO (RECLAMACIÓN NÚMERO 47658) BASADO EN UN PAGARÉ DE ENTERA FE Y CRÉDITO EMITIDO POR LA ADMINISTRACIÓN DE SERVICIOS GENERALES DE PUERTO RICO, Y (III) RECLAMACIONES PRESENTADAS O INCOADAS CONTRA EL ESTADO LIBRE ASOCIADO BASADO EN LA GARANTÍA DEL ESTADO LIBRE ASOCIADO DE CIERTOS PAGARÉS EMITIDOS POR LA AUTORIDAD PARA EL FINANCIAMIENTO DE LA INFRAESTRUCTURA DE PUERTO RICO**

Este aviso es para (a) los tenedores de (i) uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico en el 2012 (los "Bonos AEP 2012") y/o (ii) uno o más de los Bonos de Obligación General del Estado Libre Asociado de Puerto Rico emitidos en 2012 o 2014 (los "Bonos GO 2012-2014") y/o (iii) una o más notas en anticipación de bonos emitidos por la Autoridad de Financiamiento de Infraestructura de Puerto Rico después de marzo de 2012 (los "PRIFA BANs") y/o (iv) uno o más bonos emitidos por la Autoridad del Puerto de las Américas después de marzo de 2012 (los "Bonos de Puertos" y colectivamente con los Bonos AEP 2012, Bonos GO 2012-2014, y PRIFA BANs, los Bonos "Late Vintage Bonds"), (b) las partes que han enviado un aviso de participación con respecto a la orden de procedimientos [Docket Núm. 5143] relacionada a la Objeción General de (I) Junta de Supervisión y Administración Fiscal para Puerto Rico, actuando a través de su Comité Especial de Reclamaciones, y (II) Comité Oficial de Acreedores No Asegurados, de conformidad con la Sección 502 del Código de Quiebras y Regla 3007 de Quiebras, a las Reclamaciones Presentadas o Entabladas por los Tenedores de Ciertos Bonos de Obligación General del Estado Libre Asociado de Puerto Rico [Docket No. 4784] (la "Objeción de los Bonos GO 2012-2014"),[2] y/o (c) tenedores de toda o una porción de las evidencias de reclamación identificadas por los números de reclamación 29485 y 47658.

**I. Aviso de la Objeción a la Reclamación de Late Vintage.** Por favor tenga en cuenta que la Coalición de Deuda Constitucional Legítima (la "CDCL" u "Objetor") ha presentado una objeción, con fecha del 8 de enero de 2020 [Docket Núm. 9730] (la "Objeción a la Reclamación de Late Vintage"),[3] a reclamaciones presentadas por los tenedores de Bonos Late Vintage. El texto completo de la Objeción a la Reclamación de Late Vintage se puede encontrar en Internet mediante el siguiente enlace: https://cases.primeclerk.com/puertorico/Home-DocketInfo?DockSearchValue=9730

La Objeción a la Reclamación de Late Vintage busca que se declare los Bonos Late Vintage se emitieron en violación del límite del servicio de la deuda contenido en el artículo VI, sección 2 de la Constitución de Puerto Rico y, como resultado, cualquier reclamo a cuenta de o relacionado a los Bonos Late Vintage (las Reclamaciones de Bonos Late Vintage) no tiene derecho prioritario bajo la Constitución de Puerto Rico o la ley estatutaria de Puerto Rico. Sujeto a los derechos apelativos aplicables, si el Tribunal acoge la Objeción a la Reclamación de Late Vintage total o parcialmente, los tenedores de recuperación de las Reclamaciones de los Bonos "Late Vintage" podrán quedar despojados de su prioridad (de tener alguna) y/o la recuperación de los bonos Late Vintage puede ser eliminada, total o parcialmente, en cuyo caso, los tenedores de Reclamaciones de Bonos Late Vintage podrán quedar impedidos por siempre de entablar tales reclamaciones contra el Estado Libre Asociado de Puerto Rico, de votar sobre cualquier plan de ajuste presentado en este Caso de Título III y de participar de cualquier distribución en este Caso de Título III a cuenta de tales Reclamaciones de Bonos Late Vintage. Por lo tanto, la Objeción a la Reclamación de Late Vintage podría afectar sus derechos.

**II. Aviso de la Objeción a Reclamación Miscelánea del Límite de la Deuda.** Por favor tenga en cuenta que el Comité Oficial de Acreedores No Asegurados (el "Comité"), ha presentado una objeción fechada el 8 de enero de 2020 [Docket Núm. 9735] (la "Objeción a Reclamación Miscelánea del Límite de la Deuda") a reclamaciones presentadas o incoadas por el Banco Gubernamental de Fomento para Puerto Rico ("BGF"), Scotiabank de Puerto Rico ("Scotiabank"), y tenedores de PRIFA BANs. El texto completo de la Objeción a Reclamación Miscelánea del Límite de la Deuda se puede encontrar en Internet mediante el siguiente enlace: https://cases.primeclerk.com/puertorico/Home-DocketInfo?DockSearchValue=9735.

La Objeción a Reclamación Miscelánea del Límite de la Deuda tiene el propósito de rechazar e invalidar (a) la reclamación del BGF [Reclamación Núm. 259485] basada en ciertos pagarés emitidos por el Estado Libre Asociado y la garantía del Estado Libre Asociado de los Bonos de Puertos (las "Reclamaciones BGF"), (b) la reclamación de Scotiabank [Reclamación Núm. 47658] basada en un pagaré de entera fe y crédito emitido por la Administración de Servicios Generales de Puerto Rico (la "Reclamación Scotiabank") y; (c) las reclamaciones presentadas o incoadas contra el Estado Libre Asociado basada en la garantía del Estado Libre Asociado de los PRIFA BANs (las "Reclamaciones PRIFA BANs", y colectivamente con las Reclamaciones BGF y la Reclamación Scotiabank, las "Reclamaciones Misceláneas GO").

Sujeto a los derechos apelativos aplicables, si el Tribunal concede la Objeción a Reclamación Miscelánea del Límite de la Deuda, total o parcialmente, la recuperación de los tenedores de las Reclamaciones Misceláneas GO a cuenta de dichas reclamaciones se eliminará total o parcialmente, y estos reclamantes quedarán prohibidos para siempre de hacer valer dichas reclamaciones contra el Estado Libre Asociado, de votar sobre cualquier plan de ajuste presentado en este Caso de Título III, y de participar de cualquier distribución en este Caso de Título III a cuenta de tales Reclamaciones Misceláneas GO, según aplique. Por lo tanto, la Objeción a Reclamación Miscelánea del Límite de la Deuda podría afectar sus derechos.

**III. Objeciones Presentadas Previamente Relacionadas a los Bonos GO y AEP.** Por favor tenga en cuenta, además, que el Comité y la Junta de Supervisión y Administración Fiscal para Puerto Rico también presentaron la Objeción de Bonos GO 2012-2014 el 14 de enero de 2019, cuya objeción busca rechazar e invalidar reclamos sobre Bonos GO 2012-2014. El aviso de la Objeción de Bonos GO 2012-2014 fue diligenciado previamente a los tenedores de los Bonos GO 2012-2014 de acuerdo a la orden del Tribunal con fecha del 15 de febrero de 2019. [Docket Núm. 5143].[4]

Por favor tenga en cuenta, además, que el Comité también presentó (a) la Objeción Ómnibus del Comité Oficial de Acreedores No Asegurados, de Conformidad con la Sección 502 del Código de Quiebras y la Regla 3007 de Quiebras a las Reclamaciones Presentadas o Incoadas por Tenedores de Ciertos Bonos de Obligación General Emitidos en 2011 por el Estado Libre Asociado [Docket Núm. 7057] (la "Objeción a Bonos GO 2011"), fechada el 21 de mayo de 2019, la cual tiene el propósito de rechazar e invalidar reclamaciones a cuenta de ciertos bonos de obligación general emitidos por el Estado Libre Asociado de Puerto Rico en 2011 (los "Bonos GO 2011"), y (b) la Objeción General del Comité Oficial de Acreedores No Asegurados, de Conformidad con la Sección 502 del Código de Quiebras y la Regla 3007 de Quiebras, a las Reclamaciones Presentadas Contra el Estado Libre Asociado de Puerto Rico por Tenedores de Ciertos Bonos de la Autoridad de Edificios Públicos de Puerto Rico [Docket Núm. 8141] (la "Objeción de Bonos AEP"), el 18 de julio de 2019, cuya objeción busca rechazar e invalidar reclamos a cuenta de los Bonos AEP. El aviso de la Objeción a Bonos GO 2011 y la Objeción de los Bonos AEP fue entregada previamente a los tenedores de los Bonos GO 2011 y los Bonos AEP de acuerdo con la Orden Provisional de Manejo de Caso emitida por el Tribunal (la "Orden de Manejo de Caso"), con fecha del 19 de diciembre de 2019 [Docket Núm. 9619].

**IV. Calendario para la presentación de las Mociones de Desestimación Relacionadas a la Objeción a la Reclamación de Bonos Late Vintage, la Objeción a Reclamación Miscelánea del Límite de la Deuda, la Objeción de los Bonos AEP, la Objeción a Bonos GO 2011 y la Objeción de los Bonos GO 2012-2014.** Por favor tenga en cuenta, además, que la Orden para el Manejo del Caso aprueba un calendario de radicaciones en torno a las mociones de desestimación relacionadas a la Objeción a la Reclamación de Late Vintage, la Objeción a Reclamación Miscelánea del Límite de la Deuda, la Objeción de Bonos AEP, la Objeción a Bonos GO 2011, y la Objeción de Bonos GO 2012-2014 (colectivamente, las "Objeciones a las Reclamaciones").

El calendario de presentación que rige las mociones de desestimación es el siguiente:

| | |
|---|---|
| Alegato(s) Inicial(es) para las Partes Identificadas (según se define en la Orden de Manejo del Caso) | 5 de febrero de 2020 |
| Alegato(s) Inicial(es) para todos los demás tenedores de bonos o partes interesadas | 19 de febrero de 2020 |
| Alegato(s) en oposición | 18 de marzo de 2020 |
| Alegato(s) de réplica para las Partes Identificadas | 8 de abril de 2020 |
| Alegato(s) de réplica para todos los demás tenedores de bonos o partes interesadas | 20 de abril de 2020 |
| Vista | 30 de abril de 2020 |

Por favor tenga en cuenta que el calendario para la presentación de las mociones antes señaladas puede cambiar, cuyo cambio se reflejaría en otras órdenes judiciales y avisos, según sea necesario.

Si usted tiene la intención de participar en el calendario, la moción de desestimación debe cumplir con los requisitos establecidos en la Orden para el Manejo del Caso. Copia de la Orden para el Manejo del Caso está anejada a este Aviso[5]. Información adicional relacionada a las Objeciones a la Reclamación, incluyendo los cambios en el calendario de presentación, se publicará en Internet en el siguiente enlace: https://cases.primeclerk.com/puertorico/.

**V. Información Adicional.** Solicitudes para versiones en español de este Aviso y cualquier pregunta que surja de este Aviso en lo que refiere a la Objeción a la Reclamación de "Late Vintage" deben enviarse por escrito a la siguiente dirección: Quinn Emanuel Urquhart & Sullivan LLP, 51 Madison Avenue, New York, NY 10010, Attn: Zach Russell, Esq., (212) 849-7273.

Solicitudes para versiones en español de este Aviso y cualquier pregunta que surja de este Aviso en lo que refiere a la Objeción a Reclamación Miscelánea del Límite de la Deuda deben enviarse por escrito a la siguiente dirección: Paul Hastings LLP, 200 Park Avenue, New York, NY 10166, Attn: Douglass E. Barron, NoticeofParticipation@paulhastings.com, (212) 318-6690.

**VI. Números CUSIP de Bonos Sujetos a la Objeción a la Reclamación de Late Vintage y a la Objeción a Reclamación Miscelánea del Límite de la Deuda.** Los números CUSIP de los Bonos AEP sujetos al reclamo de Objeción del Late Vintage son:

**Government Facilities Revenue Refunding Bonds, Series U**

| Maturity Date July 1 | Principal Amount | Interest Rate | CUSIP |
|---|---|---|---|
| 2014 | $460,000 | 4.00% | 745235S51 |
| 2015 | 1,760,000 | 4.00% | 745235R45 |
| 2016 | 4,830,000 | 5.00% | 745235R52 |
| 2017 | 4,920,000 | 5.00% | 745235R60 |
| 2018 | 5,020,000 | 5.00% | 745235R78 |
| 2019 | 2,605,000 | 3.89% | 745235S69 |
| 2019 | 2,120,000 | 5.00% | 745235R86 |
| 2020 | 10,225,000 | 5.00% | 745235R94 |
| 2021 | 4,800,000 | 5.00% | 745235S28 |
| 2022 | 4,850,000 | 5.00% | 745235S36 |
| 2023 | 2,080,000 | 5.25% | 745235S44 |
| 2042 | 538,675,000 | 5.25% | 745235R37 |
| **Total** | **$582,345,000** | | |

Los números CUSIP de los Bonos de Obligación General sujetos al reclamo de Objeción de Late Vintage son:

**Public Improvement Refunding Bonds, Series 2012 B**

| Maturity Date July 1 | Principal Amount | Interest Rate | CUSIP |
|---|---|---|---|
| 2013 | $55,605,000 | 2.25% | 74514LZS9 |
| 2014 | 69,990,000 | 2.95% | 74514LZT7 |
| 2015 | 67,300,000 | 3.25% | 74514LZU4 |
| 2016 | 56,170,000 | 3.65% | 74514LZV2 |
| 2017 | 27,385,000 | 3.90% | 74514LZW0 |
| 2018 | 51,925,000 | 4.10% | 74514LZX8 |
| 2019 | 20,160,000 | 4.25% | 74514LZY6 |
| 2020 | 17,125,000 | 4.40% | 74514LZZ3 |
| 2033 | 49,610,000 | 5.30% | 74514LA23 |
| **Total** | **$415,270,000** | | |

**Public Improvement Refunding Bonds, Series 2012 A**

| Maturity Date July 1 | Principal Amount | Interest Rate | CUSIP |
|---|---|---|---|
| 2020 | $10,000,000 | 4.00% | 74514LA31 |
| 2020 | 35,345,000 | 5.00% | 74514LC47 |
| 2021 | 49,400,000 | 4.00% | 74514LA49 |
| 2021 | 52,895,000 | 5.00% | 74514LC54 |
| 2022 | 32,110,000 | 4.13% | 74514LA56 |
| 2022 | 21,285,000 | 5.00% | 74514LC62 |
| 2022 | 20,000,000 | 4.00% | 74514LD46 |
| 2023 | 7,290,000 | 4.38% | 74514LC70 |
| 2023 | 68,500,000 | 5.25% | 74514LA64 |
| 2023 | 5,000,000 | 4.13% | 74514LD53 |
| 2024 | 10,000,000 | 4.00% | 74514LC88 |
| 2024 | 11,050,000 | 5.25% | 74514LA72 |
| 2024 | 5,000,000 | 4.13% | 74514LD61 |
| 2025 | 22,030,000 | 4.50% | 74514LA80 |
| 2025 | 5,000,000 | 4.25% | 74514LD79 |
| 2026 | 60,000,000 | 5.50% | 74514LC38 |
| 2026 | 4,455,000 | 4.50% | 74514LC96 |
| 2026 | 69,740,000 | 5.50% | 74514LA98 |
| 2027 | 17,945,000 | 5.50% | 74514LB22 |
| 2027 | 11,520,000 | 4.25% | 74514LD87 |
| 2028 | 64,795,000 | 5.75% | 74514LD30 |
| 2029 | 6,665,000 | 5.00% | 74514LB48 |
| 2030 | 7,000,000 | 4.75% | 74514LB97 |
| 2031 | 7,335,000 | 4.75% | 74514LB55 |
| 2032 | 7,685,000 | 5.00% | 74514LC21 |
| 2033 | 27,400,000 | 5.00% | 74514LC39 |
| 2035 | 322,925,000 | 5.00% | 74514LD20 |
| 2037 | 263,540,000 | 5.13% | 74514LB63 |
| 2039 | 459,305,000 | 5.50% | 74514LB71 |
| 2041 | 632,975,000 | 5.00% | 74514LB89 |
| **Total** | **$2,318,190,000** | | |

**General Obligation Bonds of 2014, Series A**

| Maturity Date July 1 | Principal Amount | Interest Rate | CUSIP |
|---|---|---|---|
| 2035 | $3,500,000,000 | 8.00% | 74514LE86 |
| **Total** | **$3,500,000,000** | | |

Los números CUSIP de los PRIFA BANs y los Bonos de Puertos sujetos al reclamo de Objeción de Late Vintage y la Objeción a Reclamación Miscelánea del Límite de la Deuda son:

**Other Commonwealth Guaranteed Debt Issued after March 2012**

| Issuing Entity | CUSIP | Principal Amount ($MM) | Original Issuance Date |
|---|---|---|---|
| PRIFA BANs | 745223AA5 | $78.1 | 3/17/2015 |
| Port of the Americas Authority | N/A | 225.5 | 12/31/2014 |
| **Total** | | **$303.7** | |

*Fuente: cantidades del principal según la Declaración de Divulgación del Estado Libre Asociado radicada el 27 de septiembre de 2019.

[1] Los Deudores en los Casos del Título III, junto con el caso individual de cada Deudor en virtud del mismo título y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, según aplicable, son: (i) el Estado Libre Asociado de Puerto Rico (Caso de Quiebra Núm. 17-BK-3283 (LTS)) (Últimos cuatro dígitos de la identificación contributiva federal: 3481; (ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra Núm. 17-BK-3284 (LTS)) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); (iii) la Autoridad de Carreteras y Transportación de Puerto Rico ("ACT") (Caso de Quiebra Núm. 17-BK-3567 (LTS)) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("ERS") (Caso de Quiebra Núm. 17-BK-3566 (LTS)) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); (v) la Autoridad de Energía Eléctrica de Puerto Rico ("AEE") (Caso de Quiebra Núm. 17-BK-4780 (LTS)) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); y la Autoridad de Edificios Públicos de Puerto Rico ("AEP") (Caso de Quiebra Núm. 19-BK-5233-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3801) (Los números de los casos en virtud del Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).

[2] La Objeción de Bonos GO 2012-2014 objeta reclamaciones presentadas o incoadas por tenedores de ciertos Bonos de Obligación General emitidos en 2012 y 2014 (según se detalla en la Objeción a Reclamación GO 2012-2014).

[3] Los términos en mayúscula que no se definen en este documento tendrán el significado que se les atribuye en la Objeción a la Reclamación de "Late Vintage" o la Objeción a Reclamación Miscelánea del Límite de la Deuda según se definen más abajo, según aplicable.

[4] Entre otras cosas, esa orden de procedimientos requería que los tenedores de Bonos GO 2012-2014 que desearan participar en el litigio de la Objeción de los Bonos GO 2012-2014 presentaran un aviso de participación antes del 16 de abril de 2019.

[5] La Orden de Manejo del Caso también ordena un itinerario para los alegatos de mociones para desestimar procedimientos adversativos que buscan una determinación sobre, inter alia, la validez de los gravámenes incoados por tenedores de bonos GO y AEP, y, si estos gravámenes son válidos, evitarlos (Adv. Proc. Nos. 19-291, 19-292, 19-293, 19-294, 19-295, 19-296 y 19-297, colectivamente las Impugnaciones de Gravámenes GO"). Los Demandados en las Impugnaciones de Gravámenes GO también recibirán una copia de la Orden de Manejo del Caso.

971-82007-1

SERVICIOS LEGALES

1505 Abogados  1505 Abogados

**ACCIDENTES DE CONSTRUCCIÓN**

Accidentes de Autos • Mala Practica Medica • Muerte por Negligencia

Abogado con muchos años de experiencia que te ayudara con humanismo y profesionalismo en tu idioma

Llame los 7 dias en Español

**(646) 620-2390 • (212) 683-3800**

**William Schwitzer & Associates, PC**

820 SECOND AVE. 10TH FL., NY, NY 10017

988-79325-1

**HORAS EXTRAS SALARIO MINIMO**

¿Trabaja Duro y no le Pagan el Salario Mínimo ni sus Horas Extras?

¿Trabajó más de 40 horas a la semana en su antiguo o actual empleador y no está conforme con su pago?

No Importa su Estado Legal…

**¡Debes ser recompensado!**

Hemos Recobrado 75 Millones de Dolares a Favor de Nuestros Clientes Hispanos

LLAMENOS AHORA MISMO PARA UNA ¡CONSULTA GRATIS!

**718-841-7474**

**CILENTI & COOPER, PLLC**

VISÍTENOS: WWW.WAGEFIRM.COM

10 Grand Central
155 East 44th Street, Piso 6to, New York, NY 10017
Entre la Tercera y Lexington Avenidas
(A media cuadra de la estación Grand Central)

*Los resultados pasados no garantizan los resultados futuros

971-80644-1

**ACCIDENTES DE CONSTRUCCIÓN**

Más de 30 Años de Experiencia

• SU ESTADO MIGRATORIO NO IMPORTA
• Consulta Gratis • No pagas si no ganas



LOS ABOGADOS DEL PUEBLO
**GORAYEB & ASSOCIATES, P.C.**

JUSTICIA PARA VÍCTIMAS DE ACCIDENTES DE CONSTRUCCIÓN

**(212) 267-GANE | GORAYEB.COM**

971-81926-1

¿DIVORCIO? ¿CORTE DE FAMILIA?

Encuentre en nuestras páginas un abogado que lo apoye





SERVICIOS LEGALES

1705 Intercambios Sociales

**ASIATICAS**
Cariñosas, Bonitas, profesionales. 24/7. Jackson Hts, Queens.
**929-533-7073**

**BROOKLYN**
55 St. and 6 Ave.
Chinese, Korean, Japanese.
**646-262-8271 11-2AM**

**GOOD PLACE**
JAPONESAS, MALAYSIA, FILIPINA. ASIAN, COREANA.
QUEENS. 518-978-0608

