## **EXHIBIT C**

**El Nuevo Herald**



State of Florida  
County of Monroe, Dade and Broward

February 5, 2020

I *Matthew Weisberg* Being Duly Sworn on oath say he is and during all times herein stated has been the publisher's designated agent of the publication known as *EL Nuevo Herald* has full knowledge of the facts herein stated as follows:

The run of paper advertisement (ROP) in the Main section A of Miami Herald for EL ESTADO LIBRE ASOCIADO DE PUERTO RICO et al., Caso Núm. 17-BK-3283 LTS, *Legal Notice* was distributed to Publishers full circulations (**EL Nuevo Herald**) On the 5th day of February 5, 2020.

By: *Matthew Weisberg*

Subscribed and sworn to before me this 5nd day of January 2020

Notary public: _____ 2/5/2020

Notary seal:

**Miami Herald**
MEDIA COMPANY

3511 NW 91 Avenue, Miami, FL 33172 | ********@miamiherald.com | www.miamiherald.com | www.elnuevoherald.com

# ¿Cómo se calculan mis beneficios de jubilación?



**POR MARÍA DEL CARMEN ORTEGA**

**¿Cómo se calculan mis beneficios de jubilación?**
*L. Tapanes, West Miami*

Sus beneficios de Seguro Social se basan en los ingresos promediados durante su vida. Sus ganancias reales se ajustan primero o se "indexan" para tener en cuenta los cambios en los salarios promedio desde el año en que se recibieron las ganancias. Luego, calculamos sus ingresos indexados mensuales promedio durante los 35 años en los que ganó más. Aplicamos una fórmula a estas ganancias y llegamos a su beneficio básico. Esta es la cantidad que recibiría en su plena edad de jubilación. Es posible que pueda estimar su beneficio utilizando nuestro Estimador de jubilación, que ofrece estimaciones basadas en sus ingresos del Seguro Social. Puede encontrar el Estimador de jubilación en www.socialsecurity.gov/estimator.

**Cuando una persona que ha trabajado y pagado los impuestos del Seguro Social fallece, ¿se pagan los beneficios en el registro de esa persona?**
*J. Cameron, Hialeah*

Los beneficios de los sobrevivientes del Seguro Social se pueden pagar a:
• Una viuda o viudo: beneficios no reducidos a la edad de jubilación completa, o beneficios reducidos a partir de los 60 años;
• Una viuda o viudo discapacitado, a partir de los 50 años;
• Un viudo o viuda a cualquier edad si él o ella cuida al niño del difunto que es menor de 16 años o está discapacitado y recibe beneficios del Seguro Social;
• Niños solteros menores de 18 años o hasta los 19 años si asisten a la escuela secundaria a tiempo completo. Bajo ciertas circunstancias, los beneficios pueden pagarse a los hijastros, nietos o hijos adoptados;
• Niños de cualquier edad que fueron discapacitados antes de los 22 años y permanecen discapacitados; y
• Padres dependientes mayores de 62 años.
• Incluso si está divorciado, todavía puede calificar para los beneficios de sobrevivientes. Para obtener más información, visite www.socialsecurity.gov.

**Mi primo se volvió mentalmente discapacitado como resultado de un accidente automovilístico. ¿El Seguro Social tiene un programa especial para personas que obviamente tienen discapacidades físicas o mentales?**
*R. Stewart, Medley*

El Seguro Social se compromete a proporcionar beneficios rápidamente a los solicitantes que están gravemente discapacitados. A través de nuestro programa Compassionate Allowances, podemos identificar rápidamente enfermedades y otras afecciones médicas que califican, basadas en información médica objetiva mínima, y que nos permiten realizar pagos mucho antes de lo que permite el proceso de revisión habitual. Compassionate Allowances no es un programa separado del seguro de discapacidad del Seguro Social o los programas de Seguridad de Ingreso Suplementario (SSI). Las personas que no cumplan con los criterios de Asignaciones Compasivas todavía tendrán sus condiciones médicas revisadas por el Seguro Social. Para obtener más información sobre nuestros subsidios para empleados compasivos, visite www.socialsecurity.gov/compassionateallowances.

**Mis padres se mudaron recientemente a una comunidad de jubilados y me están firmando su casa. ¿Puedo seguir recibiendo Ingreso de Seguridad Suplementario (SSI) o la propiedad de la vivienda me hará inelegible?**
*T. Sanders, Miami*

Puede ser propietario de una casa y seguir recibiendo SSI mientras viva en la casa que posee. En la mayoría de los casos, al determinar la elegibilidad para SSI no contamos como un recurso la casa que posee y vive o el automóvil que usa. Para obtener más información sobre SSI y el Seguro Social, visite www.socialsecurity.gov o llámenos al 1-800-772-1213 (TTY 1-800-325-0778).

**Perdí mi tarjeta de Medicare. ¿Cómo puedo obtener el reemplazo?**
*W. Cuba, Hialeah*

La forma más fácil y nueva de obtener una tarjeta de Medicare de reemplazo es usar su cuenta my Social Security. Visite www.socialsecurity.gov/myaccount para obtener más información sobre cómo crear una cuenta. También puede obtener una tarjeta de reemplazo de Medicare llamando al número gratuito 1-800-772-1213 (TTY 1-800-325-0778). Guarde su tarjeta en un lugar seguro. No desea que nadie obtenga su número de Seguro Social. Podrían robarte tu identidad.

## RUTA DE REPARTIDOR DE PERIODICOS
### GANE DINERO EXTRA COMO CONTRATISTA INDEPENDIENTE

Trabaje temprano en la mañana antes de salir el sol

Siete días a la semana
Proveer su propio vehículo

## LLAME 305-376-2221

Debe traer licencia de conducir válida, seguro de auto válido y tarjeta de seguro social

### Gane hasta $1,000 al mes.

CIRC1536

# Narcos organizados ponen etiquetas a las drogas

**POR SONIA OSORIO**
sosorio@elnuevoherald.com

Las autoridades detuvieron a dos presuntos narcotraficantes que cometieron una infracción de tráfico y cuando inspeccionaron su vehículo encontraron una gran cantidad de drogas, pero los narcóticos no estaban escondidos como suele pasar.

Agentes de la Patrulla de Carreteras de Florida se incautaron parafernalia, metanfetamina, GHB, cocaína, MDMA y fentanilo que estaban dentro de bolsas con letreros "Bolsa llena de drogas", en el auto.

"Tome en consideración no colocar sus narcóticos ilegales en bolsas etiquetadas como 'Bolsa llena de drogas'. Nuestros (perros) K-9 pueden leer", dijo a su vez el Departamento de Policía del condado Santa Rosa en su cuenta de Facebook al reportar el caso.

El hecho ocurrió el sábado pasado en la autopista I-10 en el condado de Santa Rosa, en el noroeste de Florida, cuando los supuestos narcotraficantes aumentaron la velocidad del auto.

*Siga a Sonia Osorio en Twitter: @soniaosoriog*

## Epworth Village
RETIREMENT COMMUNITY

**Cuidado responsable y compasivo por más de 70 años**

Venga a ver nuestra Recién Remodelada instalación.
Mejoramos nuestra Comunidad para un buen estilo de vida.

*Pregunte por el mes GRATIS o 50% DTO. en Depósito de Seguridad*
*Solo para nuevos clientes y hay ciertas restricciones.

**Epworth Village ofrece:**
• Personal afectuoso, amable, atento, compasivo y dedicado.
• Actividades divertidas
• Amplios apartamentos "Estilo Hogareño" de 1 y 2 dormitorios
• Instalaciones independientes y asistidas
• Centro de Rehabilitación y Enfermería con servicio las 24 hr
• Instalación privada de 10 acres con bellas áreas verdes
• Conveniente ubicación cerca de las Autopistas 826 e I-75

**Para más información y precios llame al**
**786.363.6948 ó 786.363.6624**
www.epworthvillagerc.com

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO**

En: LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, como representante de EL ESTADO LIBRE ASOCIADO DE PUERTO RICO et al., Deudores.

PROMESA Título III
Caso Núm. 17-BK-3283 (LTS)
(Administrado Conjuntamente)

**AVISO DE (A) OBJECIÓN DE LA COALICIÓN DE DEUDA CONSTITUCIONAL LEGÍTIMA, DE CONFORMIDAD CON LA SECCIÓN 502 DEL CÓDIGO DE QUIEBRAS Y LA REGLA 3007 DE QUIEBRAS, A LAS RECLAMACIONES PRESENTADAS POR LOS TENEDORES DE CIERTOS BONOS EMITIDOS O GARANTIZADOS POR EL ESTADO LIBRE ASOCIADO Y (B) OBJECIÓN ÓMNIBUS DEL COMITÉ OFICIAL DE ACREEDORES NO ASEGURADOS SOBRE EL LÍMITE DE LA DEUDA CONSTITUCIONAL A (I) LA RECLAMACIÓN DEL BANCO GUBERNAMENTAL DE FOMENTO PARA PUERTO RICO (RECLAMACIÓN NÚMERO 29485) BASADO EN CIERTOS PAGARÉS EMITIDOS POR EL ESTADO LIBRE ASOCIADO Y EN LA GARANTÍA DEL ESTADO LIBRE ASOCIADO DE CIERTO BONO EMITIDO POR LA AUTORIDAD DEL PUERTO DE LAS AMÉRICAS, (II) LA RECLAMACIÓN DEL SCOTIABANK DE PUERTO RICO (RECLAMACIÓN NÚMERO 47658) BASADO EN UN PAGARÉ DE ENTERA FE Y CRÉDITO EMITIDO POR LA ADMINISTRACIÓN DE SERVICIOS GENERALES DE PUERTO RICO, Y (III) RECLAMACIONES PRESENTADAS O INDICADAS CONTRA EL ESTADO LIBRE ASOCIADO BASADO EN LA GARANTÍA DEL ESTADO LIBRE ASOCIADO DE CIERTOS PAGARÉS EMITIDOS POR LA AUTORIDAD PARA EL FINANCIAMIENTO DE LA INFRAESTRUCTURA DE PUERTO RICO**

Este aviso es para (a) los tenedores de (i) uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico en el 2012 (los "Bonos AEP 2012"), y/o (ii) uno o más de los Bonos de Obligación General del Estado Libre Asociado de Puerto Rico emitidos en 2012 o 2014 (los "Bonos GO 2012-2014") y/o (iii) uno o más notas en anticipación de bonos emitidos por la Autoridad de Financiamiento de Infraestructura de Puerto Rico después de marzo de 2012 (los "PRIFA BANs") y/o (iv) uno o más bonos emitidos por la Autoridad del Puerto de las Américas después de marzo de 2012 (los "Bonos de Puertos") colectivamente con los Bonos AEP 2012, Bonos GO 2012-2014, y PRIFA BANs, los Bonos "Late Vintage Bonds"), las partes que han enviado un aviso de participación con respecto a la orden de procedimientos (Dkt. Núm. 5143) relacionada a la Objeción General de (I) Junta de Supervisión y Administración Fiscal para Puerto Rico, actuando a través de su Comité Especial de Reclamaciones, y (II) Comité Oficial de Acreedores No Asegurados, de conformidad con la Sección 502 del Código de Quiebras y Regla 3007 de Quiebras, a las Reclamaciones Presentadas o Entabladas por los Tenedores de Ciertos Bonos de Obligación General del Estado Libre Asociado de Puerto Rico [Docket No. 4784] (la "Objeción de Bonos GO 2012-2014"), y/o (c) tenedores de toda o una porción de las evidencias de reclamación identificadas con los números de reclamación 29485 y 47658.

I. **Aviso de la Objeción a la Reclamación de Late Vintage.** Por favor tenga en cuenta que la Coalición de Deuda Constitucional Legítima (la "CDCL" u "Objetor") ha presentado una objeción, con fecha del 8 de enero de 2020 [Docket Núm. 9730] (la "Objeción a la Reclamación de Late Vintage"), a reclamaciones presentadas por los tenedores de Bonos Late Vintage. El texto completo de la Objeción a la Reclamación de Late Vintage se puede encontrar en Internet mediante el siguiente enlace: https://cases.primeclerk.com/puertorico/Home-DocketInfo?DocSearchValue=9730

La Objeción a la Reclamación de Late Vintage busca que se declare que los Bonos Late Vintage fueron emitidos en violación del límite del servicio de la deuda contenido en el artículo VI, sección 2 de la Constitución de Puerto Rico, y, como resultado, cualquier reclamo a cuenta de o relacionado a los Bonos Late Vintage, incluyendo cualquier reclamación de los tenedores de los Bonos de Puertos, Bonos AEP 2012, Bonos GO 2012-2014, y PRIFA BANs, no tiene ningún derecho prioritario bajo la Constitución de Puerto Rico o la ley estatutaria de Puerto Rico. Sujeto a los derechos aplicables, si el Tribunal acoge la Objeción a la Reclamación de Late Vintage total o parcialmente, los tenedores de recuperación de los Reclamaciones de los Bonos "Late Vintage" podrán quedar despojados de su prioridad (de tener alguna) y/o la recuperación de los Bonos Late Vintage puede ser eliminada, total o parcialmente, en cuyo caso, los tenedores de Reclamaciones de bonos Late Vintage pueden quedar impedidos para siempre de entablar tales reclamaciones contra el Estado Libre Asociado de Puerto Rico, de votar sobre cualquier plan de ajuste presentado en este Caso de Título III y de participar de cualquier distribución en este Caso de Título III a cuenta de tales Reclamaciones de Bonos Late Vintage. Por lo tanto, la Objeción a la Reclamación de Late Vintage podría afectar sus derechos.

II. **Aviso de la Objeción a Reclamación Misceláneas del Límite de la Deuda.** Por favor tenga en cuenta que el Comité Oficial de Acreedores No Asegurados (el "Comité") ha presentado una objeción fechada el 8 de enero del 2020 [Docket Núm. 9735] (la "Objeción a Reclamación Misceláneas del Límite de la Deuda") a reclamaciones presentadas o indicadas por el Banco Gubernamental de Fomento para Puerto Rico ("BGF"), Scotiabank de Puerto Rico ("Scotiabank"), y tenedores de PRIFA BANs. El texto completo de la Objeción a Reclamación Misceláneas del Límite de la Deuda se puede encontrar en Internet mediante el siguiente enlace: https://cases.primeclerk.com/puertorico/Home-DocketInfo?DocSearchValue=9735.

La Objeción a Reclamación Misceláneas del Límite de la Deuda tiene el propósito de rechazar o invalidar (a) la reclamación del BGF [Reclamación Núm. 29485] basado en ciertos pagarés emitidos por el Estado Libre Asociado y la garantía del Estado Libre Asociado de los Bonos de Puertos (las "Reclamaciones BGF"), (b) la reclamación de Scotiabank [Reclamación Núm. 47658] basada en un pagaré de entera fe y crédito emitido por la Administración de Servicios Generales de Puerto Rico [la "Reclamación Scotiabank"], y (c) las reclamaciones presentadas o indicadas contra el Estado Libre Asociado basada en garantía del Estado Libre Asociado de los PRIFA BANs (las "Reclamaciones PRIFA BANs" y, colectivamente con las Reclamaciones BGF y la Reclamación Scotiabank, las "Reclamaciones Misceláneas GO"). Sujeto a los derechos aplicables, si el Tribunal concede la Objeción a Reclamación Misceláneas del Límite de la Deuda, total o parcialmente, la recuperación de los tenedores de las Reclamaciones Misceláneas GO a cuenta de dichas reclamaciones se eliminarán total o parcialmente, y estos reclamantes quedarán prohibidos para siempre de hacer valer dichas reclamaciones contra el Estado Libre Asociado, de votar sobre cualquier plan de ajuste presentado en este Caso de Título III, y de participar de cualquier distribución en este Caso de Título III a cuenta de tales Reclamaciones Misceláneas GO, según aplique. Por lo tanto, la Objeción a Reclamación Misceláneas del Límite de la Deuda podría afectar sus derechos.

III. **Objeciones Presentadas Previamente Relacionadas a los Bonos GO y AEP.** Por favor tenga en cuenta, además, que el Comité y la Junta de Supervisión y Administración Fiscal para Puerto Rico también presentaron la Objeción de Bonos GO 2012-2014 el 14 de enero de 2019, cuya objeción busca rechazar e invalidar reclamos sobre Bonos GO 2012-2014. El aviso de la Objeción de Bonos GO 2012-2014 fue diligenciado previamente a los tenedores de los Bonos GO 2012-2014 de acuerdo a la orden del Tribunal con fecha del 15 de febrero de 2019. [Docket Núm. 5143].

Por favor tenga en cuenta, además, que el Comité también presentó (a) la Objeción Ómnibus del Comité Oficial de Acreedores No Asegurados, de Conformidad con la Sección 502 del Código de Quiebras y la Regla 3007 de Quiebras a las Reclamaciones Presentadas o Incoadas por Tenedores de Ciertos Bonos de Obligación General Emitidos en 2011 por el Estado Libre Asociado [Docket Núm. 7057] (la "Objeción a Bonos GO 2011"), fechada el 21 de mayo de 2019, la cual tiene el propósito de rechazar e invalidar reclamaciones a cuenta de ciertos bonos de obligación general emitidos por el Estado Libre Asociado de Puerto Rico en 2011 (los "Bonos GO 2011"), y (b) la Objeción General del Comité Oficial de Acreedores No Asegurados, de Conformidad con la Sección 502 del Código de Quiebras y la Regla 3007 de Quiebras, a las Reclamaciones Presentadas Contra el Estado Libre Asociado de Puerto Rico por Tenedores de Ciertos Bonos de la Autoridad de Edificios Públicos de Puerto Rico [Docket Núm. 8141] (la "Objeción de Bonos AEP"), el 18 de julio de 2019, cuya objeción busca rechazar o invalidar reclamos a cuenta de los Bonos AEP. El aviso de la Objeción a Bonos GO 2011 y la Objeción de Bonos AEP fue entregada previamente a los tenedores de los Bonos GO 2011 y los Bonos AEP de acuerdo con la Orden Provisional de Manejo del Caso emitida por el Tribunal (la "Orden de Manejo de Caso"), con fecha del 19 de diciembre de 2019 [Docket Núm. 9619].

IV. **Calendario para la presentación de las Mociones de Desestimación Relacionadas a la Objeción a la Reclamación de Bonos Late Vintage, la Objeción a la Reclamación Misceláneas del Límite de la Deuda, la Objeción de los Bonos AEP, la Objeción a Bonos GO 2011 y la Objeción de los Bonos GO 2012-2014.** Por favor tenga en cuenta, además, que la Orden para el Manejo del Caso aprueba un calendario de las radicaciones en torno a las mociones de desestimación relacionadas a la Objeción a la Reclamación de Bonos Late Vintage, la Objeción a Reclamación Misceláneas del Límite de la Deuda, la Objeción de Bonos AEP, la Objeción a Bonos GO 2011 y la Objeción de los Bonos GO 2012-2014 (colectivamente, las "Objeciones a las Reclamaciones").

El calendario de presentación que rige las mociones de desestimación es el siguiente:

| Alegato(s) Inicial(es) para las Partes Identificadas (según se define en la Orden de Manejo del Caso) | 5 de febrero de 2020 |
| --- | --- |
| Alegato(s) Inicial(es) para todos los demás tenedores de bonos o partes interesadas | 19 de febrero de 2020 |
| Alegato(s) en oposición | 18 de marzo de 2020 |
| Alegato(s) de réplica para las Partes Identificadas | 8 de abril de 2020 |
| Alegato(s) de réplica para todos los demás tenedores de bonos o partes interesadas | 20 de abril de 2020 |
| Vista | 30 de abril de 2020 |

Por favor tenga en cuenta que el calendario para la presentación de las mociones antes señalado puede cambiar, cuyo cambio se reflejará en otras órdenes judiciales y avisos, según sea necesario.

V. Si usted tiene la intención de participar en el calendario, la moción de desestimación debe cumplir con los requisitos establecidos en la Orden para el Manejo del Caso. Copia de la Orden para el Manejo del Caso está anejada a este Aviso. Información adicional relacionada a las Objeciones a la Reclamación, incluyendo los cambios en el calendario de presentación, se publicará en Internet en el siguiente enlace: https://cases.primeclerk.com/puertorico/

VI. **Información Adicional.** Solicitudes para versiones en español de este Aviso y/o cualquier pregunta que surja de este Aviso en lo que refiere a la Objeción a la Reclamación de "Late Vintage" deben enviarse por escrito a la siguiente dirección: Quinn Emanuel Urquhart & Sullivan LLP, 51 Madison Avenue, New York, NY 10010, Attn: Zach Russell, Esq., (212) 849-7273.

Solicitudes para versiones en español de este Aviso y cualquier pregunta que surja de este Aviso en lo que refiere a la Objeción a Reclamación Misceláneas del Límite de la Deuda deben enviarse por escrito a la siguiente dirección: Paul Hastings LLP, 200 Park Avenue, New York, NY 10166, Attn: Douglass E. Barron, NoticeofParticipation@paulhastings.com, (212) 318-6900.

VI. **Números CUSIP de Bonos Sujetos a la Objeción a la Reclamación de Late Vintage y la Objeción a Reclamación Misceláneas del Límite de la Deuda.** Los números CUSIP de los Bonos AEP sujetos al reclamo de Objeción de Late Vintage son:

**Government Facilities Revenue Refunding, Series U**

| Maturity Date July 1 | Principal Amount | Interest Rate | CUSIP |
| --- | --- | --- | --- |
| 2014 | $460,000 | 4.00% | 745235S51 |
| 2015 | 1,760,000 | 4.00% | 745235R45 |
| 2016 | 4,830,000 | 5.00% | 745235ZU4 |
| 2017 | 4,920,000 | 5.00% | 745235ZV2 |
| 2018 | 5,020,000 | 5.00% | 745235ZW0 |
| 2019 | 2,605,000 | 3.89% | 745235ZX8 |
| 2019 | 2,120,000 | 5.00% | 745235ZY6 |
| 2020 | 10,225,000 | 5.00% | 745235ZZ3 |
| 2021 | 4,800,000 | 5.00% | 745235ZA5 |
| 2022 | 4,850,000 | 5.00% | 745235ZB3 |
| 2023 | 2,080,000 | 5.25% | 745235ZC1 |
| 2042 | 538,675,000 | 5.25% | 745235R37 |
| **Total** | **$582,345,000** | | |

Los números CUSIP de los Bonos de Obligación General sujetos al reclamo de Objeción de Late Vintage son:

**Public Improvement Refunding Bonds, Series 2012 B**

| Maturity Date July 1 | Principal Amount | Interest Rate | CUSIP |
| --- | --- | --- | --- |
| 2013 | $55,605,000 | 2.25% | 74514LZS9 |
| 2014 | 69,990,000 | 2.95% | 74514LZT7 |
| 2015 | 67,300,000 | 3.25% | 74514LZU4 |
| 2016 | 56,170,000 | 3.65% | 74514LZV2 |
| 2017 | 27,385,000 | 3.90% | 74514LZW0 |
| 2018 | 51,925,000 | 4.10% | 74514LZX8 |
| 2019 | 20,160,000 | 4.25% | 74514LZY6 |
| 2020 | 17,125,000 | 4.40% | 74514LZZ3 |
| 2033 | 49,610,000 | 5.30% | 74514LA23 |
| **Total** | **$415,270,000** | | |

**Public Improvement Refunding Bonds, Series 2012 A**

| Maturity Date July 1 | Principal Amount | Interest Rate | CUSIP |
| --- | --- | --- | --- |
| 2020 | $10,000,000 | 4.00% | 74514LA31 |
| 2020 | 35,345,000 | 5.00% | 74514LC47 |
| 2021 | 49,400,000 | 4.00% | 74514LA49 |
| 2021 | 52,895,000 | 5.00% | 74514LC54 |
| 2022 | 32,110,000 | 4.13% | 74514LA56 |
| 2022 | 21,285,000 | 5.00% | 74514LC62 |
| 2022 | 20,000,000 | 4.00% | 74514LD46 |
| 2023 | 7,290,000 | 4.38% | 74514LC70 |
| 2023 | 68,500,000 | 5.25% | 74514LA64 |
| 2023 | 5,000,000 | 4.13% | 74514LD53 |
| 2024 | 10,000,000 | 4.00% | 74514LD88 |
| 2024 | 11,050,000 | 5.25% | 74514LA72 |
| 2024 | 5,000,000 | 4.13% | 74514LD61 |
| 2025 | 22,030,000 | 4.50% | 74514LA80 |
| 2025 | 5,000,000 | 4.25% | 74514LD79 |
| 2026 | 60,000,000 | 5.50% | 74514LD38 |
| 2026 | 4,455,000 | 4.50% | 74514LC96 |
| 2026 | 69,740,000 | 5.50% | 74514LA98 |
| 2027 | 17,945,000 | 5.50% | 74514LB 22 |
| 2027 | 11,520,000 | 4.5% | 74514LD87 |
| 2028 | 64,795,000 | 5.75% | 74514LB30 |
| 2029 | 6,665,000 | 5.00% | 74514LB48 |
| 2030 | 7,000,000 | 4.75% | 74514LB89 |
| 2031 | 7,335,000 | 4.75% | 74514LB55 |
| 2032 | 7,685,000 | 5.00% | 74514LC21 |
| 2033 | 27,400,000 | 5.00% | 74514LC39 |
| 2035 | 322,925,000 | 5.00% | 74514LD20 |
| 2037 | 263,540,000 | 5.13% | 74514LB63 |
| 2039 | 459,305,000 | 5.50% | 74514LB71 |
| 2041 | 632,975,000 | 5.00% | 74514LB89 |
| **Total** | **$2,318,190,000** | | |

**General Obligation Bonds of 2014, Series A**

| Maturity Date July 1 | Principal Amount | Interest Rate | CUSIP |
| --- | --- | --- | --- |
| 2035 | $3,500,000,000 | 8.00% | 74514LE86 |
| **Total** | **$3,500,000,000** | | |

Los números CUSIP de los PRIFA BANs y los Bonos de Puertos sujetos al reclamo de Objeción de Late Vintage y la Objeción a Reclamación Misceláneas del Límite de la Deuda son:

**Other Commonwealth Guaranteed Debt Issued after March 2012**

| Issuing Entity | CUSIP | Principal Amount ($MM) | Original Issuance Date |
| --- | --- | --- | --- |
| PRIFA BANs | 745223AA5 | $78.1 | 3/17/2015 |
| Port of the Americas Authority | N/A | 225.5 | 12/31/2014 |
| **Total** | | **$303.7** | |

*Fuente: cantidades del principal según la Declaración de Divulgación del Estado Libre Asociado radicada el 27 de septiembre de 2019.

[1] Los Deudores en los Casos del Título III, junto con el caso individual de cada Deudor en virtud del mismo título y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, según aplicable, son: (i) el Estado Libre Asociado de Puerto Rico (Caso de Quiebra Núm. 17-BK-3283 (LTS)) (últimos cuatro dígitos de la identificación contributiva federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra Núm. 17-BK-3284 (LTS)) (últimos cuatro dígitos de la identificación contributiva federal: 8474); (iii) la Autoridad de Carreteras y Transportación de Puerto Rico ("ACT") (Caso de Quiebra Núm. 17-BK-3567 (LTS)) (últimos cuatro dígitos de la identificación contributiva federal: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("ERS") (Caso de Quiebra Núm. 17-BK-3566 (LTS)) (últimos cuatro dígitos de la identificación contributiva federal: 3747); y la Autoridad de Edificios Públicos de Puerto Rico ("AEP") (Caso de Quiebra Núm. 19-BK-5233-LTS) (últimos cuatro dígitos de la identificación contributiva federal: 3801) (los se indican enumeradas como números de casos de quiebra debido a ciertas limitaciones en el programa informático).

[2] Objeción de Bonos GO 2012-2014 objeta reclamaciones presentadas o incoadas por tenedores de ciertos Bonos de Obligación General emitidos en el 2012 y 2014 (según se detalla en la Objeción de Bonos GO 2012-2014).

[3] Los términos en mayúscula que no se definen en este documento tendrán el significado que se les atribuye en la Objeción a la Reclamación de "Late Vintage" y/o la Objeción a Reclamación Misceláneas del Límite de la Deuda según se definen más abajo, según aplicable.

Entre otras cosas, esa orden de procedimientos requiere que los tenedores de Bonos GO 2012-2014 que deseasen participar en el litigio de la Objeción de los Bonos GO 2012-2014 presentaran un aviso de participación antes del 16 de abril de 2019.

[5] La Orden de Manejo del Caso también Tribunal ordena un itinerario para los alegatos de mociones para desestimar procedimientos adversativos que buscan una determinación sobre, *inter alia*, la validez de los gravámenes incoados por tenedores de bonos GO y AEP, y si estos gravámenes son válidos, evitables (Adv. Proc. Nos. 19-291, 19-292, 19-293, 19-294, 19-295, 19-296 y 19-297, colectivamente "Impugnaciones de Gravámenes GO también recibirán una copia de la Orden de Manejo del Caso.