18 de febrero de 2020

De: María N. Alicea Fonseca
URB: Costa Azul
Calle 10 E #9 Guayama P.R. 00784

A: Secretaria de Distrito de los E.U.A.
#150 Chardon Avenue
Federal Bulding
San Juan, PR

Deudores: Commonwealth of P.R.
Número de procedimiento 17BK3283LTS

Título de la objeción global: Centésima vigésima cuarta objeción global del Sistema de Retiro

Numero de reclamación: #145266 #145209

Motivo #1 El gobierno del E.L.A. de P.R. aprobó en el año 1966 la Ley 309 de escala salarial. En esta ley el empleado docente recibiría un aumento de sueldo de $25.00 por año de servicio. Este aumente fue suspendido sin haberse derogado la ley por tanto estamos reclamando el dinero que NO se recibió.

RECEIVED & FILED 2020 FEB 25 PM 5:05 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN PR

MARIA NEREIDA ALICEA FONSECA

URB. COSTA AZUL

CALLE 10 E # 9

GUAYAMA, PUERTO RICO 00784

RECEIVED & FILED
2020 FEB 25 PM 5: 05
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

TEL. 787 205 0544

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS

SAN JUAN, PUERTO RICO 00918

COMMONWEALTH OF PUERTO RICO

NO. 17 BK 03283 LTS

CENTESIMA DECIMA SEGUNDA OBJECION GLOBAL

# 145266

# 145207

ANTE USTED PRESENTO LOS MOTIVOS POR LOS QUE EL TRIBUNAL NO DEBA DECLARAR A LUGAR A LA OBJECION GLOBAL, ESTOS FUERON UNOS AUMENTOS OTORGADOS DURANTE MIS AÑOS DE SERVICIO, LOS CUALES NO ME FUERON PAGADOS.

    LEY #89 RETRIBUCION UNIFORME (12 DE JULIO DE 1979) ROMERAZO

    ( PASOS POR AÑOS DE SERVICIO)

    LEY # 4

    LEY ESCALA SALARIAL

LA LEY DICE QUE ME CORRESPONDE PORQUE YO ERA EMPLEADA DEL DEPARTAMENTO DE EDUCACION PARA ESA FECHA.

ATT,

*[signature]*
MARIA NEREIDA ALICEA