Maria Nereida Alz[...]
Urb. Buena Ventura
Calle 10- E-9
Guayama P.R 00784

Secretaria (Clerk Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

RECEIVED
2020 FEB 25
CLERK'S OFFICE
U.S. DISTRICT [...]

00918$9999