TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL GOBIERNO DE PUERTO RICO

In Re Commonwealth of Puerto Rico, Case No. 17 BK 03283- LTS

EDWIN G. GARCIA MARTINEZ

URB. ESTANCIAS DEL GUAYABAL

148 PASEO EL HUCAR

JUANA DIAZ, P.R.00795

787-202-5878

egm148@yahoo.com

PROMESA

TITULO III

Núm. 17 BK 03283-LTS

Núm. De Reclamación: 130917

REPLICA A LA CENTESIMA VIGESIMA SEXTA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO COMO EMPLEADODEL DEPARTAMENTO DE EDUCACIÓN DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO. EN RECLAMO DEL AUMENTO SALARIAL DE LA LEY 89 DEL 1979 (ROMERAZO), A PARTIR DEL 1980 HASTA EL 2006.

EN JUNIO DEL 2018, SE SOMETIÓ EL FORMULARIO OFICIAL 410 MODIFICADO RECLAMANDO SALARIOS IMPAGOS EN MI EMPLEO COMO MAESTRO EN EL DEPARTAMENTO DE EDUCACIÓN DE PUERTO RICO POR SERVICIOS PRESTADOS, Y QUE NO FUERON PAGADOS.

DURANTE SU GOBERNACIÓN, EL GOBERNADOR CARLOS ROMERO BARCELÓ APROBÓ UNA LEY, (LEY 89 DEL 12 DE JULIO DEL $1,200.00 del año escolar 1979), QUE CONCEDIA UN AUMENTO SALARIAL A LOS MAESTROS DEL DEPARTAMENTO DE EDUCACIÓN(DE), DEL GOBIERNO DE PUERTO RICO DE $100.00 DÓLARES MENSUALES. ESTE AUMENTO NUNCA SE PAGÓ.

DURANTE EL TERMINO DE ESA LEY, (1994 al 2006), YO ERA EMPLEADO DEL DEPARTAMENTO DE EDUCACIÓN. DEACUERDO CON MIS CALCULOS, EL PERIODO COMPRENDE DE 12 AÑOS, A $1,200.00 POR AÑO, LO QUE REPRESENTA LA CANTIDAD DE $14,400.00 A LOS QUE TENGO DERECHO.

SE ESTIMA LA SIGUIENTE CANTIDAD ADEUDADA:

$1,200.00 del año escolar   1994-1995

$1,200.00 del año escolar   1995-1996

$1,200.00 del año escolar   1996-1997

$1,200.00 del año escolar   1997-1998

$1,200.00 del año escolar   1998-1999

$1,200.00 del año escolar   1999-2000

$1,200.00 del año escolar   2000-2001

$1,200.00 del año escolar   2001-2002

$1,200.00 del año escolar   2002-2003

$1,200.00 del año escolar   2003-2004

$1,200.00 del año escolar   2004-2005

$1,200.00 del año escolar   2005-2006

CANTIDAD ADEUDADA ESTIMADA: $14,400.00

_____

FIRMA

PD. ADJUNTO COPIAS DE (DIPLOMA, LICENCIA DE MAESTRO, CERTIFICACION DEL TIEMPO
ACREDITADO EN AÑOS DE SERVICIO.