IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Garcia Martinez, Edwin G | 130917 | 6/28/2018 | Commonwealth of Puerto Rico | $0.00 $14,400.00 |
| Reason: | | | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | |

SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Garcia Martinez, Edwin G | 130917 | 6/28/2018 | Commonwealth of Puerto Rico | $0.00 $14,400.00 |
| Base para: | | | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

000264

(14,886 no leídos) - rgdj1@yahoo.com - Yahoo Mail

edwin1968.jpg

Descargar



**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

SRM-SB-022
Rev. marzo 2017

Estimado(a) participante EDWIN G GARCIA MARTINEZ

De acuerdo a nuestros registros, el balance de aportaciones acumuladas en el SRM es de aproximadamente $58,882.52 al 12 de febrero de 2020. Las aportaciones han devengado intereses por $14,742.32 para un total de cuotas e intereses de $73,624.84.

El tiempo acreditado es de aproximadamente 25 año(s), 4 mes(es), 2 semana(s), 1 día(s).

Los pagos realizados por planes de pago, recaudaciones o pagos pendientes pueden no estar considerados en estos balances. Además, esta información puede variar, de encontrarse diferencias en el Informe de Cambio enviado por el patrono y de existir anulaciones futuras entre cuentas que afecten las Aportaciones del Sistema.

Estos cálculos son preliminares, están sujetos a verificación y ajustes cuando radique su Solicitud de Retiro. Deberá permanecer cotizando en el SRM hasta la fecha que proyecta retirarse.

Atentamente,

Área de Servicios de Retiro



235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918
P.O. Box 191879 · San Juan PR 00919-1879

☎ 787.777.1414    📠 787.759.2883    www.srm.pr.gov



https://mail.yahoo.com/b/folders/1/messages/ABdFkERXZDivXkSm-QiuqFQpS4I/ABdFk... 2/13/2020



# DEPARTAMENTO DE EDUCACIÓN
Department of Education

ESTADO LIBRE ASOCIADO DE PUERTO RICO
Commonwealth of Puerto Rico

## Certificado Vitalicio

El Secretario de Educación por la presente confiere a
The Secretary of Education hereby issues to

**EDWIN G. GARCIA MARTINEZ**

el presente Certificado de Maestro que lo faculta para ejercer como
this Certificate that entitles the holder to perform as

MAESTRO(A) DE EDUCACION ESPECIAL (IMPEDIMENTOS LEVES)
SPECIAL EDUCATION TEACHER (MILD IMPARMENTS)

en las escuelas públicas o privadas de Puerto Rico.
in the School System of Puerto Rico.

Expedido el  24 de septiembre  de 20 04
Issued on    September 24,        20 04

Dado en San Juan de Puerto Rico, el   27 septiembre  de 20 04
Given at San Juan, Puerto Rico on     September 27,   20 04

Cesar A. Rey Hernandez
Secretario de Educación
Secretary of Education

Número de Certificado: 198

Certificate Number: 198

# PONTIFICAL CATHOLIC UNIVERSITY OF PUERTO RICO

PONCE, PUERTO RICO

## EDWIN G. GARCÍA MARTÍNEZ

HAVING SATISFACTORILY COMPLETED ALL REQUIREMENTS OF THIS INSTITUTION AS PRESCRIBED IN ITS FOUR YEAR COURSE OF STUDY, AND HAVING BEEN RECOMMENDED BY THE FACULTY OF THE INSTITUTION AND APPROVED BY ITS BOARD OF TRUSTEES, AND HAVING COMPLIED WITH ALL THE PROVISIONS OF THE LAW AND OF UNIVERSITY ORDINANCES, IS HEREBY ADMITTED BY THE UNIVERSITY TO THE DEGREE OF

## BACHELOR OF SCIENCE IN ELEMENTARY EDUCATION

AND IS ENTITLED TO ALL RIGHTS AND PRIVILEGES PERTAINING TO THAT DEGREE IN WITNESS WHEREOF THE GRAND CHANCELLOR AND THE PRESIDENT OF THE UNIVERSITY AFFIX THE SEAL OF THE UNIVERSITY AND GRANT THIS DEGREE AT PONCE, PUERTO RICO, DECEMBER 11, 1991.


GRAND CHANCELLOR




PRESIDENT

| 080 Dept. de Educacion - Maestros<br>Avenida Teniente Cesar Gonzalez<br>Esquina Calaf<br>HATO REY, PR 00919 | | Grupo de Pago:<br>Desde:<br>Hasta: | SM -Quincenal<br>02/06/2020<br>02/20/2020 | Aviso #:<br>Fecha Aviso: | 6116605<br>02/14/2020 |
|---|---|---|---|---|---|
| EDWIN G GARCIA MARTINEZ<br>PARC TOA VACA 493<br>HC 01 BOX 4349<br>VILLALBA, PR 00766-9712<br>SS: | | # Empleado:<br>Dept:<br>Lugar:<br>Titulo:<br>Sueldo: | 8005137-SANTA ISABEL-PONCE<br>HATILLO<br>DEPARTAMENTO DE EDUCACION<br>$2,771.67 Monthly | DATA IMP:<br>Estado Civil:<br>Concesiones:<br>Pct. Adcl.:<br>Cant. Adcl.: | Federal PR<br>Married  Claiming no personal exem<br>0<br>0 |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,385.84 | 192.00 | 4,157.52 |
| Total: | | | 1,385.84 | 192.00 | 4,157.52 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 20.09 | 60.28 |
| PR Withholding | 68.23 | 204.69 |
| Total: | 88.32 | 264.97 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 124.73 | 374.19 |
| Total: | 124.73 | 374.19 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 198.16 | 594.48 |
| SM-First Medical Health Plan | 24.00 | 72.00 |
| SC-AMER FAM LIFE ASS CO | 51.65 | 154.95 |
| OS-AMPR LOCAL SIND AFIL | 8.50 | 25.50 |
| Ahorros-AEELA | 41.58 | 124.74 |
| Total: | 323.89 | 971.67 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| FSED Disability Plan | 23.56 | 70.68 |
| SM-First Medical Health Plan | 0.00 | 120.00 |

* Tributable

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,385.84 | 0.00 | 88.32 | 448.62 | 848.90 |
| Acumulado: | 4,157.52 | 0.00 | 264.97 | 1,345.86 | 2,546.69 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #6116605 | 848.90 |
| Total: | 848.90 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Dept. de Educacion - Maestros
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
02/14/2020

Aviso No.
6116605

| 080 Dept. de Educacion - Maestros<br>Avenida Teniente Cesar Gonzalez<br>Esquina Calaf<br>HATO REY, PR 00919 | | Grupo de Pago:<br>Desde:<br>Hasta: | SM -Quincenal<br>01/23/2020<br>02/05/2020 | Aviso #:<br>Fecha Aviso: | 5866439<br>01/30/2020 |
|---|---|---|---|---|---|
| **EDWIN G GARCIA MARTINEZ**<br>PARC TOA VACA 493<br>HC 01 BOX 4349<br>VILLALBA PR 00766-9712<br>SS: 5 | | # Empleado:<br>Dept:<br>Lugar:<br>Titulo:<br>Sueldo: | 8005137-SANTA ISABEL-PONCE<br>HATILLO<br>DEPARTAMENTO DE EDUCACION<br>$2,771.67 Monthly | DATA IMP:<br>Estado Civil:<br>Concesiones:<br>Pct. Adcl.:<br>Cant. Adcl.: | Federal PR<br>Married   Claiming no personal exem<br>0<br>0 |

### HORAS E INGRESOS

|  | ---------- Corriente ---------- | | ------ Acumulado ------ | | IMPUESTOS | | |
|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | | 1,385.84 | 126.00 | 2,771.68 | Fed FICA Med Hospital Ins / EE | 20.10 | 40.19 |
| | | | | | | PR Withholding | 68.23 | 136.46 |
| Total: | | | 1,385.84 | 126.00 | 2,771.68 | Total: | 88.33 | 176.65 |

### DEDUCCIONES | DEDUCCIONES GENERALES | BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| GPR Plan de Retiro de Maestro | 124.73 | 249.46 | AE-Asoc Emp ELA-Prest Regular | 198.16 | 396.32 | SM-First Medical Health Plan | 120.00 | 120.00 |
| | | | SM-First Medical Health Plan | 24.00 | 48.00 | FSED Disability Plan | 23.56 | 47.12 |
| | | | SC-AMER FAM LIFE ASS CO | 51.65 | 103.30 | | | |
| | | | OS-AMPR LOCAL SIND AFIL | 8.50 | 17.00 | | | |
| | | | Ahorros-AEELA | 41.58 | 83.16 | | | |
| Total: | 124.73 | 249.46 | Total: | 323.89 | 647.78 | * Tributable | | |

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,385.84 | 0.00 | 88.33 | 448.62 | 848.89 |
| Acumulado: | 2,771.68 | 0.00 | 176.65 | 897.24 | 1,697.79 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 | Aviso #5866439 | 848.89 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 | | |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 | Total: | 848.89 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 | | |

Los balances de licencias corresponden al periodo de:

MENSAJE:

**Dept. de Educacion - Maestros**
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
01/30/2020

Aviso No.
5866439