Edwin G. García Martinez
Urb. Estancias del Guayabal
148 Paseo El Húcar
Juana Díaz, P.R 00795



Secretaria (Clerk's office)
Tribunal de Distrito de los E.U.
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767