Edwin G. García Martínez
Urb. Estancias del Guayabal
148 Paseo El Húcar
Juana Díaz, P.R. 00795



U.S. POSTAGE PAID
FCM LG ENV
JUANA DIAZ, PR
00795
FEB 24, 20
AMOUNT
$1.60
R2305K135197-01

1000
00918

Secretaria (Clerk's office)
Tribunal de Distrito de los E.U.
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767