24 de enero de 2020

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    As representative of

THE COMMONWEALTH OF PUERTO RICO, et al.,

    Debtors.

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

**This filing relates to the Commonwealth, HTA, and ERS**

El motivo para unirme a la Objeción Global es, que el gobierno de Puerto Rico utilizo mis aportaciones al Sistema de Retiro sin mediar una autorización o solicitud formal. Ese dinero fue utilizado para el pago a Acreedores del Gobierno de Puerto Rico.

Solicitamos muy respetuosamente a este Tribunal que este dinero sea devuelto.

*[Signature: Celia Isaac Clemente]*

Celia Isaac Clemente
Calle Cotto, Hernandez #848
Urbanización José Severo Quiñones
Carolina, P.R. 00985
Tel: 787-550-6787

A quién pueda interesar:

Por la presente, deseo solicitar una disculpa por la tardanza del envío de la contestación reclamo promesa III, he confrontado situaciones.

Gracias,

*Celia Isaac Clemente*

Celia Isaac Clemente

Núm. 163465