PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE
POSTAGE REQUIRED

# UNITED STATES POSTAL SERVICE®

## PRIORITY MAIL

- Date of delivery specified*
- USPS TRACKING™ included to many international destinations.
- Limited international insurance.
- Pick up available.*
- Order supplies online.*
- When used internationally, a customs declaration label may be required.

\* Domestic only



PS00001000014

---

UNITED STATES POSTAL SERVICE. — Retail

**P** US POSTAGE PAID
**$7.75**
Origin: 00983
02/24/20
4218920988-21

PRIORITY MAIL 1-DAY ®

0 Lb 2.50 Oz
1005

EXPECTED DELIVERY DAY: 02/25/20

SHIP TO:
SAN JUAN PR 00918

USPS TRACKING® NUMBER



9505 5107 0523 0055 3469 75

---

PRIORITY MAIL ★

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: Celia Isaac Chemente
Urb. Jose S. Quiñonez
Calle Cotto Hernandez #848
Carolina PR 00985

TO: A/A Hon Laura Taylor Swin
Secretaria de distritos de
Los EU (Clerk's Office)
Para distrito PR
50 Carbs Chardon
Street, Federal
Building San Juan PR
00918-1767

Label 228, March 2016    FOR DOMESTIC AND INTERNATIONAL USE