Wijdalia Arroyo Segura
Urb. San Antonio calle 6-E6 #9
Añasco, P.R. 00610

FCM LETTER
MAYAGUEZ, PR
00682
FEB 18, 20
AMOUNT
$6.40
R2305M147972-24

1000   00918



Barn Swallow
FOREVER USA

Secretaría (clerk office)
Tribunal de distrito de los Estados Unidos
Room 150 Federal Building
San Juan P.R. 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

CERTIFIED MAIL
PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7019 1640 0000 2884 4231

RECEIVED & FILED
2020 FEB 25 PM 5: 05
CLERK'S OFFICE
U.S DISTRICT
SAN JUAN

0091859999