# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors. [1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## MOTION TO INFORM AMERINATIONAL COMMUNITY SERVICES, LLC'S APPEARANCE AT THE MARCH 4-5, 2020 OMNIBUS HEARING

**COMES NOW** AmeriNational Community Services, LLC (hereafter "AmeriNat") as servicer for the GDB Debt Recovery Authority (the "DRA") authorized to pursue and enforce the DRA's rights and remedies in any legal proceeding, including the DRA's participation as a creditor in the instant Title III case, by and through the undersigned legal counsel, and respectfully submits this motion in compliance with the Court's *Order Regarding Procedures for Attendance, Participation and Observation of March 4-5, 2020 Omnibus Hearing* (the "Scheduling Order") (Dkt. No. 11729 of Case No. 17-03283 (LTS)):

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), and (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801).

1. Nayuan Zouairabani and/or Alejandro J. Cepeda of McConnell Valdés, LLC will appear on behalf of AmeriNat at the hearing on March 4, 2020 at 9:30 A.M. (the "Hearing"). Counsels Zouairabani and/or Cepeda will appear in person in Courtroom 3 of the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767, to present oral argument regarding:

    a. The *DRA Parties' Motion and Memorandum of Law in Support of their (I) Notice that the DRA is a Party in Interest and can Participate in the Monolines' Amended Lift Stay Litigation and Request to Modify the Amended Revenue Bond Scheduling Order or, (II) in the Alternative, Motion to Permit the DRA Parties to Intervene in the Monolines' Amended Lift Stay Litigation* (Dkt. No. 10835 of Case No. 17-03283 (LTS); and Dkt. No. 685 of Case No. 17-03567 (LTS));

    b. *DRA Parties' Motion and Memorandum of Law in Support of their Motion to Intervene in the Revenue Bond Adversary Proceedings with Respect to the Clawback Complaint* (Dkt. No. 11 of Adv. No. 20-0005 (LTS));

    c. *DRA Parties' Motion and Memorandum of Law in Support of their Motion to Intervene in HTA Revenue Bond Adversary Proceeding with Respect to the Lien Stripping Complaint* (Dkt. No. 14 of Adv. No. 20-0007 (LTS));

    d. *DRA Parties' Motion to Dismiss (I) Official Committee of Unsecured Creditors' Objection on Constitutional Debt Limit Grounds to Claim of Government Development Bank for Puerto Rico [Claim Number 29485] Based on Certain Commonwealth-Issued Notes and on Commonwealth Guaranty of Certain Bond Issued by Port of Americas Authority [Dkt. No. 9735] and (II)*

*Omnibus Objection of the Lawful Constitutional Debt Coalition, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Bonds Issued or Guaranteed by the Commonwealth [Dkt. No. 9730]* (Docket No. 111260 of Case No. 17-03283 (LTS)) (Dkt. No. 111260 of Case No. 17-03283 (LTS));

e. *Notice of Joint Stipulation Regarding (I) the DRA Parties' Motion and Memorandum of Law in Support of their Motion for Relief from the Automatic Stay, or in the Alternative, Ordering Payment of Adequate Protection [ECF No. 7643]; and (II) the DRA Parties' Motion and Memorandum of Law in Support of their Notice that the DRA is a Party in Interest and can Participate in the Monolines Amended Lift Stay Litigation [ECF No. 10835]* (Dkt. No. 11285 of Case No. 17-03283 (LTS)); and Dkt. No. 698 of Case No. 17-03567 (LTS));

f. *DRA Parties' Response to Amended Report and Recommendation of the Mediation Team* (Dkt. No. 11495 of Case No. 17-03283 (LTS));

g. *The DRA Parties' Omnibus Reply in Support of their: (I) Participation in the Monolines' Amended Lift Stay Litigation; (II) Motion to Intervene in the Revenue Bond Adversary Proceedings with Respect To the Clawback Complaint; and (III) Motion to Intervene in HTA Revenue Bond Adversary Proceeding with Respect to the Lien Stripping Complaint* (Dkt. No. 11725 of Case No. 17-03283 (LTS)); Dkt. No. 705 of Case No. 17-03567 (LTS); Dkt. No. 26 of Adv. No. 20-0005 (LTS); and Dkt. No. 28 of Adv. No. 20-0007 (LTS));

    h. *Reply to Ambac Assurance Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp, National Public Finance Guarantee Corporation, and Financial Guaranty Insurance Company's Limited Objection to the Joint Stipulation Regarding (I) the DRA Parties' Motion and Memorandum of Law in Support of their Motion for Relief from the Automatic Stay, or in the Alternative, Ordering Payment of Adequate Protection [ECF No. 7643]; and (II) the DRA Parties' Motion and Memorandum of Law in Support of their Notice that the DRA is a Party in Interest and can Participate in the Monolines Amended Lift Stay Litigation [ECF No. 10835]* (Dkt. No. 11735 of Case No. 17-03283 (LTS)); and Dkt. No. 707 of Case No. 17-03567 (LTS)); and

    i. Any objections, responses, or motions related to the foregoing.

2. AmeriNat further reserves the right to present argument or otherwise be heard (as necessary) as to any other matter identified in the Agenda to be filed by the Oversight Board, as well as to respond to any statements made at the Hearing in connection with the above-referenced pleadings or otherwise made by any party on any matters related to the instant Title III cases and the Adversary Proceedings No. 20-0005 (LTS) and 20-0007 (LTS).

**WHEREFORE**, AmeriNat respectfully requests the Court to take note of the foregoing, and deem AmeriNat in compliance with the Scheduling Order (Dkt. No. 11729 of Case No. 17-03283 (LTS)).

*[Remainder of the page intentionally left in blank]*

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 26th day of February, 2020.

          **MCCONNELL VALDÉS LLC**
          *Attorneys for AmeriNational Community Services, LLC*
          270 Muñoz Rivera Avenue, Suite 7
          Hato Rey, Puerto Rico  00918
          Telephone: 787-250-5632
          Facsimile:  787-759-8282

          By: *s/Arturo J. García-Solá*
          Arturo J. García-Solá
          USDC No. 201903
          Email: ajg@mcvpr.com

          By: s/ Alejandro J. Cepeda-Díaz
          Alejandro J. Cepeda-Díaz
          USDC No. 222110
          Email: ajc@mcvpr.com

          By: *s/Nayuan Zouairabani*
          Nayuan Zouairabani
          USDC No. 226411
          Email: nzt@mcvpr.com

    **WE HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case, and that we served the foregoing upon all the Standard Parties as identified and defined at ¶ II(A) of the Court's *Tenth Amended Notice, Case Management, and Administrative Procedures* (Dkt. No. 8027-1 of Case No. 17-03283 (LTS)).