UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------------------------------- X
                                                                    :
In re:                                                              :
                                                                    :
THE FINANCIAL OVERSIGHT AND                                         :  PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                   :  Title III
                                                                    :
      as representative of                                          :  Case No. 17-BK-3283 (LTS)
                                                                    :
THE COMMONWEALTH OF PUERTO RICO et al.,                             :  (Jointly Administered)
                                                                    :
      Debtors.¹                                                     :
------------------------------------------------------------------- X
```

ORDER SCHEDULING BRIEFING ON MOTION OF
OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO AMEND TENTH
AMENDED NOTICE, CASE MANAGEMENT AND ADMINISTRATIVE PROCEDURES REGARDING
DISCLOSURE REQUIREMENTS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019

Upon the *Motion Requesting Entry of Order Setting Briefing Schedule and Hearing (If Any) on Motion of Official Committee of Unsecured Creditors to Amend Tenth Amended Notice, Case Management and Administrative Procedures Regarding Disclosure Requirements Pursuant to Federal Rule of Bankruptcy Procedure 2019* (Docket Entry No. 11747

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474), and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747).

in Case No. 17-3283, the "Motion");[2] and the Court having found and determined that: (i) the Court has jurisdiction to consider the Motion and the relief requested therein pursuant to section 306 of PROMESA; (ii) venue is proper before this Court pursuant to section 307(a) of PROMESA; (iii) due and proper notice of the Motion has been provided under the particular circumstances and no other or further notice need be provided; and (iv) after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. Objections or responses, if any, to the Rule 2019 Motion must be filed and served (in accordance with the Case Management Procedures) by **March 10, 2020, at 5:00 p.m. (Atlantic Standard Time)**.

3. Replies to any objections or responses must be filed and served (in accordance with the Case Management Procedures) by **March 17, 2020, at 5:00 p.m. (Atlantic Standard Time)**. The Court will thereafter take the Rule 2019 Motion on submission, unless the Court determines that a hearing is necessary.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. The Committee is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

6. The Court retains jurisdiction over any disputes relating to the interpretation or implementation of this Order.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

7. This Order resolves Docket Entry No. 11747 in Case No. 17-3283.

Dated: February 26, 2020

SO ORDERED.  /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge