Hearing Date: March 4, 2020 at 9:30 a.m. (Atlantic Standard Time)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtor.[1] | PROMESA Title III<br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**Re: ECF No. 10839** |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO.<br><br>    Debtor. | PROMESA Title III<br><br>Case No. 17 BK 3566-LTS<br><br>(Jointly Administered)<br><br>**Re: ECF No. 810** |

## NOTICE OF SUBMISSION OF REVISED PROPOSED ORDER (A) ESTABLISHING PRE-SOLICITATION PROCEDURES FOR CERTAIN HOLDERS OF RETIREMENT BENEFIT CLAIMS, (B) ESTABLISHING PROCEDURES AND DEADLINES FOR SUBMISSION OF INFORMATION NECESSARY FOR SOLICITATION OF ACCEPTANCE OR REJECTION OF PLAN OF ADJUSTMENT, AND (C) APPROVING FORM AND MANNER OF NOTICE THEREOF

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**PLEASE TAKE NOTICE** that, on February 11, 2020, the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") filed the *Motion of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico for an Order (A) Establishing Pre-Solicitation Procedures for Certain Holders of Retirement Benefit Claims, (B) Establishing Procedures and Deadlines for Submission of Information Necessary for Solicitation of Acceptance or Rejection of Plan of Adjustment by Such Claimants, and (C) Approving Form and Manner of Notice Thereof* **[Case No. 17-3283, ECF No. 10839, Case No. 17-3566, ECF No. 810]** (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that, subsequent to filing the Motion, the Oversight Board received informal requests to amend the proposed order attached to the Motion (the "Original Proposed Order") to (a) extend the Return Date[2] by which Employee Claimants must return Information Forms and (b) provide physical locations on-island at which Employee Claimants may hand deliver Information Forms.

**PLEASE TAKE FURTHER NOTICE** that two objections were filed to the Motion: (1) the *Limited Response of Official Committee of Unsecured Creditors to Motion of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico for an Order (A) Establishing Pre-Solicitation Procedures for Certain Holders of Retirement Benefit Claims, (B) Establishing Procedures and Deadlines for Submission of Information Necessary for Solicitation of Acceptance or Rejection of Plan of Adjustment by Such Claimants, and (C) Approving Form and Manner of Notice Thereof* **[Case No. 17-3283, ECF No. 11335, Case No. 17-3566, ECF No. 813]** (the "UCC Objection"); and (2) *The Puerto Rico Fiscal Agency and Financial Advisory Authority's (i) Objection to the Financial*

---

[2] All undefined terms herein shall have the meaning ascribed to them in the Motion.

2

*Oversight and Management Board for Puerto Rico's (a) Motion to Schedule a Disclosure Statement Hearing [ECF No. 10808] and (b) Motion to Establish Pre-Solicitation Procedures [ECF No. 10839]; and (ii) Response to the Amended Report and Recommendation of the Mediation Team [ECF No. 10756]* **[Case No. 17-3283, ECF No. 11159]** (the "AAFAF Objection").

**PLEASE TAKE FURTHER NOTICE** that with this notice, the Oversight Board is filing a revised proposed order, attached hereto as **Exhibit A** (the "Revised Proposed Order"), in response to the informal requests and the UCC Objection, which, among other things (i) extends the Return Date from April 30, 2020 to May 7, 2020 and (ii) provides for physical locations on-island at which Employee Claimants may hand deliver Information Forms.

**PLEASE TAKE FURTHER NOTICE** that, notwithstanding the changes contained the Revised Proposed Order, the Official Committee of Unsecured Creditors has informed the Oversight Board it is not withdrawing the UCC Objection, and that both the UCC Objection and AAFAF Objection will heard at the omnibus hearing scheduled for March 4, 2020.

**PLEASE TAKE FURTHER NOTICE** that, attached hereto as **Exhibit B** is a redline comparison between the Revised Proposed Order and the Original Proposed Order.

**WHEREFORE** the Debtors respectfully request the Court (a) to enter the Revised Proposed Order granting the relief requested in the Motion, and (b) to grant the Debtors such other relief as is just and proper.

Dated: February 26, 2020
San Juan, Puerto Rico

Respectfully submitted,

*/s/ Brian S. Rosen*

Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

*/s/ Hermann D. Bauer*

Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
205 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-1813
Fax: (787) 753-8944

*Co-Attorney for the Financial Oversight and Management Board as representative for the Debtors*

4

## Exhibit A

**Revised Proposed Order**

## **Exhibit B**

**Redline**