**EXHIBIT B**

| AP DEFENDANT | COUNSEL | ADVERSARY PROCEEDINGS |
|---|---|---|
| 55H and 56H | Attn: Atty. Moraima S. Ríos-Robles and Atty. Jessica A. Figueroa-Arce<br>Arroyo & Rios Law Offices, P.S.C.<br>PMB 688<br>1353 Ave. Luis Vigoreaux<br>Guaynabo, PR 00966 | 19-00359 |
| 7Y | Attn: German J. Brau-Ramirez<br>Bauzá Brau Hernández Irizarry & Silva<br>PO Box 13669<br>San Juan, PR 00908<br><br>Attn: Matthew D. McGill<br>Gibson, Dunn & Crutcher LLP<br>1050 Connecticut Ave., N.W.<br>Washington, DC 20036 | 19-00356 |
| Altair Global Credit Opportunities Fund (A), LLC, Glendon Opportunities Fund LP, and SV Credit, L.P. | Attn: Alfredo Fernandez-Martinez<br>Delgado & Fernandez, LLC<br>PO Box 11750<br>Fernandez Juncos Station<br>San Juan, PR 00910-1750<br><br>Attn: Bruce Bennett<br>Jones Day<br>55 South Flower Street<br>Fiftieth Floor<br>Los Angeles, CA 90071<br><br>Attn: David R. Fox, Sarah Podmaniczky McGonigle<br>Jones Day<br>100 High Street<br>Boston, MA 02110<br><br>Attn: Sparkle L. Sooknanan, Matthew E. Papez, Geoffrey S. Stewart<br>Jones Day<br>51 Lousiana Avenue, NW<br>Washington, DC 20001 | 19-00361 |

| AP DEFENDANT | COUNSEL | ADVERSARY PROCEEDINGS |
|---|---|---|
| Andalusian Global Designated Activity Company, Mason Capital Master Fund, LP, Ocher Rose, L.L.C., SV Credit, L.P., Crown Managed Accounts for and on behalf of Crown/PW SP; LMA SPC for and on behalf of Map 98 Segregated Portfolio, Oceana Master Fund Ltd., Pentwater Merger Arbitrage Master Fund Ltd., and PWCM Master Fund Ltd. | Attn: Alfredo Fernandez-Martinez<br>Delgado & Fernandez, LLC<br>PO Box 11750<br>Fernandez Juncos Station<br>San Juan, PR 00910-1750<br><br>Attn: Bruce Bennett<br>Jones Day<br>55 South Flower Street, Fiftieth Floor<br>Los Angeles, CA 90071<br><br>Attn: David R. Fox, Sarah Podmaniczky McGonigle<br>Jones Day<br>100 High Street<br>Boston, MA 02110<br><br>Attn: Sparkle L. Sooknanan, Matthew E. Papez, Geoffrey S. Stewart, Matthew B. Elgin<br>Jones Day<br>51 Lousiana Avenue, NW<br>Washington, DC 20001<br><br>Attn: Isel M. Perez<br>Jones Day<br>600 Brickell Avenue, Suite 3300<br>Miami, FL 33131<br><br>Attn: Benjamin Rosenblum<br>Jones Day<br>250 Vesey Street<br>New York, NY 10281 | 19-00366 |
| Barclays Capital Inc./LE, Barclays Cap/Fixed and Barclays Cap/London | Attn: Roberto C. Quiñones-Rivera, Esq.<br>McConnell Valdés LLC<br>270 Muñoz Rivera Avenue<br>Hato Rey, PR 00918 | 19-00356 |

| AP DEFENDANT | COUNSEL | ADVERSARY PROCEEDINGS |
|---|---|---|
| Glendon Opportunities Fund, L.P., Oaktree-Forrest Multi Strategy, LLC (Series B), Oaktree Opportunities Fund IX, L.P., Oaktree Opportunities Fund IX (Parallel 2), L.P., and Oaktree Value Opportunities Fund, L.P. | Attn: Alfredo Fernandez-Martinez<br>Delgado & Fernandez, LLC<br>PO Box 11750<br>Fernandez Juncos Station<br>San Juan, PR 00910-1750<br><br>Attn: Bruce Bennett<br>Jones Day<br>55 South Flower Street, Fiftieth Floor<br>Los Angeles, CA 90071<br><br>Attn: David R. Fox, Sarah Podmaniczky McGonigle<br>Jones Day<br>100 High Street<br>Boston, MA 02110<br><br>Attn: Sparkle L. Sooknanan, Matthew E. Papez, Geoffrey S. Stewart, Matthew B. Elgin<br>Jones Day<br>51 Lousiana Avenue, NW<br>Washington, DC 20001<br><br>Attn: Isel M. Perez<br>Jones Day<br>600 Brickell Avenue, Suite 3300<br>Miami, FL 33131<br><br>Maraliz Vazquez Marrero<br>644 Ave. Fernandez Juncos District View<br>Suite 301<br>San Juan, PR 00907-3122 | 19-00367 |
| Iris Rodríguez | Counsel has withdrawn.<br>Pro se defendant's address is:<br>Iris Rodriguez<br>Astralis Condominium<br>Diaz-Wey St., Apt 514<br>Carolina, PR 00979 | 19-00361 |

| AP DEFENDANT | COUNSEL | ADVERSARY PROCEEDINGS |
|---|---|---|
| Mason Capital Master Fund, LP and Redwood Master Fund, Ltd | Attn: Alfredo Fernández-Martínez<br>Delgado & Fernandez, LLC<br>P.O. Box 11750<br>Fernández Juncos Station<br>San Juan, PR 00910-1750<br><br>Attn: Bruce Bennett<br>Jones Day<br>55 South Flower Street<br>Fiftieth Floor<br>Los Angeles, CA 90071<br><br>Attn: David R. Fox, Sarah Podmaniczky McGonigle<br>Jones Day<br>100 High Street<br>Boston, MA 02110<br><br>Attn: Sparkle L. Sooknanan, Matthew E. Papez, Geoffrey S. Stewart<br>Jones Day<br>51 Lousiana Avenue, NW<br>Washington, DC 20001 | 19-00359 |
| Noria Osorio De Cordero | Attn: Jorge Cancio-Valdivia<br>PO Box 367753<br>San Juan, PR 00936-7753<br><br>Attn: Julio C. Cayere Quidgley<br>Urb. Horizons 109 Calle San Pablo<br>San Juan, PR 00926-5317 | 19-00357 |

| AP DEFENDANT | COUNSEL | ADVERSARY PROCEEDINGS |
|---|---|---|
| Oaktree Value Opportunities Fund Holdings, L.P. | Attn: Alfredo Fernandez-Martinez<br>Delgado & Fernandez, LLC<br>PO Box 11750<br>Fernandez Juncos Station<br>San Juan, PR 00910-1750<br><br>Attn: Bruce Bennett<br>Jones Day<br>55 South Flower Street<br>Fiftieth Floor<br>Los Angeles, CA 90071<br><br>Attn: David R. Fox, Sarah Podmaniczky McGonigle<br>Jones Day<br>100 High Street<br>Boston, MA 02110<br><br>Attn: Sparkle L. Sooknanan, Matthew E. Papez, Geoffrey S. Stewart<br>Jones Day<br>51 Lousiana Avenue, NW<br>Washington, DC 20001 | 19-00357 |

5

| AP DEFENDANT | COUNSEL | ADVERSARY PROCEEDINGS |
|---|---|---|
| Oaktree-Forrest Multi-Strategy LLC (Series B) | Attn: Alfredo Fernández-Martínez<br>Delgado & Fernandez, LLC<br>PO Box 11750<br>Fernández Juncos Station<br>San Juan, PR 00910-1750<br><br>Attn: Bruce Bennett<br>Jones Day<br>55 South Flower Street<br>Fiftieth Floor<br>Los Angeles, CA 90071<br><br>Attn: David R. Fox, Sarah Podmaniczky McGonigle<br>Jones Day<br>100 High Street<br>Boston, MA 02110<br><br>Attn: Sparkle L. Sooknanan, Matthew E. Papez, Geoffrey S. Stewart<br>Jones Day<br>51 Lousiana Avenue, NW<br>Washington, DC 20001 | 19-00356 |

| AP DEFENDANT | COUNSEL | ADVERSARY PROCEEDINGS |
|---|---|---|
| Puerto Rico AAA Portfolio Bond Fund, Inc., Puerto Rico AAA Portfolio Bond Fund II, Inc., Puerto Rico AAA Portfolio Target Maturity Fund, Inc., Puerto Rico Fixed Income Fund, Inc., Puerto Rico Fixed Income Fund II, Inc., Puerto Rico Fixed Income Fund III, Inc., Puerto Rico Fixed Income Fund IV, Inc., Puerto Rico Fixed Income Fund V, Inc., Puerto Rico GNMA & U.S. Government Target Maturity Fund, Inc., Puerto Rico Investors Bond Fund I, Puerto Rico Investors Tax-Free Fund, Inc., Puerto Rico Investors Tax-Free Fund, Inc. II, Puerto Rico Investors Tax-Free Fund III, Inc., Puerto Rico Investors Tax-Free Fund IV, Inc., Puerto Rico Investors Tax-Free Fund V, Inc., Puerto Rico Investors Tax-Free Fund VI, Inc., Puerto Rico Mortgage-Backed & U.S. Government Securities Fund, Inc., Tax-Free Puerto Rico Fund, Inc., Tax-Free Puerto Rico Fund II, Inc., Tax-Free Puerto Rico Target Maturity Fund, Inc., and UBS IRA Select Growth & Income | Attn: John K. Cunningham, Jason N. Zakia, Jesse Green, Cheryl Tedeschi Sloane<br>White & Case LLP<br>Southeast Financial Center<br>Suite 4900<br>200 South Biscayne Boulevard<br>Miami, FL 33131<br><br>Attn: José C. Sánchez Castro, Alicia I. Lavergne Ramírez<br>Sanchez Pirillo LLC<br>270 Muñoz Rivera Avenue<br>Suite 1110<br>San Juan, PR 00918<br><br>Attn: Glenn M. Kurtz<br>White & Case LLP<br>1221 Avenue of the Americas<br>New York, NY 10020-1095 | 19-00367 |
| Sculptor Capital LP f/k/n OZ Management LP | Attn: Kurt Mayr, David Lawton, and Shannon Wolf<br>Morgan, Lewis & Bockius, LLP<br>One State Street<br>Hartford, CT 06103-3178<br><br>Attn: Roberto Abesada-Agüet; Sergio Criado; Rocío Del Mar Valentín Colón<br>Correa Acevedo & Abesada Law Offices, PSC<br>Centro Internacional de Mercadeo, Torre II # 90 Carr. 165, Suite 407<br>Guaynabo, PR 00968 | 19-00355 |

| AP DEFENDANT | COUNSEL | ADVERSARY PROCEEDINGS |
|---|---|---|
| The Bank of New York Mellon | Attn: Albéniz Couret Fuentes<br>Sepulvado, Maldonado & Couret<br>304 Ave. Ponce de León<br>Suite 990<br>San Juan, PR 00918<br><br>Attn: C. Neil Gray<br>Reed Smith LLP<br>599 Lexington Avenue<br>New York, NY 10022<br><br>Attn: Eric A. Schaffer, Luke A. Sizemore<br>Reed Smith LLP<br>225 Fifth Avenue, Suite 1200<br>Pittsburgh, PA 15222 | 19-00366 |