# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

<table>
<tr><td>

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et
al.*,

                  Debtors.[1]

</td><td>

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

</td></tr>
</table>

## MOTION TO SUBMIT CERTIFIED TRANSLATIONS

**To the Honorable United States District Judge Laura Taylor Swain:**

The Commonwealth of Puerto Rico (the "Commonwealth"), by and through the Financial

Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the representative

of the Commonwealth pursuant to Section 315(b) of the *Puerto Rico Oversight, Management, and

Economic Stability Act* ("PROMESA"),[2] respectfully files this motion in response to the Court's

orders directing the Oversight Board to file certified translations of any Spanish-language portions

of the responses for which the Oversight Board is filing replies in support of their respective

objections.  *See* ECF Nos. 10045, 10331, 10378.

Attached hereto as Exhibit 1 is a certified translation of Docket Entry No. 9736.

---

[1]  The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4)
digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico
(the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii)
Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four
Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy
Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the
Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four
Digits of Federal Tax ID: 9686); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the
Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last
Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software
limitations).

[2]  PROMESA is codified at 48 U.S.C. §§ 2101-2241.

Attached hereto as Exhibit 2 is a certified translation of Docket Entry No. 9978.

Attached hereto as Exhibit 3 is a certified translation of Docket Entry No. 9787.

Attached hereto as Exhibit 4 is a certified translation of Docket Entry No. 10230.

Attached hereto as Exhibit 5 is a certified translation of Docket Entry No. 10239.

WHEREFORE, the Oversight Board respectfully requests that this Honorable Court take notice of the filing of certified translations in compliance with the Court's orders.

*[Remainder of this page left intentionally blank]*

Dated: February 26, 2020
     San Juan, Puerto Rico

Respectfully submitted,


/s/ *Hermann D. Baeuer*

Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)

**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel:  (212) 969-3000
Fax:  (212) 969-2900

*Attorneys for the Financial Oversight and
Management Board for Puerto Rico, as
representative of the Commonwealth of
Puerto Rico*

**<u>Exhibit 1</u>**

Claim #: 50248          PROMESA, Title III

Ivett S. Matos

December 17, 2019

To whom it may concern:

I recently received the Financial Oversight and Management Board for Puerto Rico manual. The manual says that the deadline to respond was November 26, 2019. How is that possible? I only received the manual on December 12th.

I appear on page 141, number 923, and also on page 162. The claim is allegedly for $2,000.00, but I have noticed that there are other debtors with some exorbitant amounts.

I wish to be considered to process these documents and continue with the complaint.

I spoke with Mr. Raul Andrades, and he told me that even though the deadline had passed, that I should respond anyway, that they were all going to be processed.

My residence has currently changed. My new address is:

5115 N Socrum Loop Road, Apt 441

Lakeland, FL 33809-4283

Thank you for any attention you can provide to this matter.

Regards,

/Signature/

Copy to:

O'Neill & Borges LLC

Proskauer Rose LLP

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*24/FEB/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

/Entire page in English/

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*24/FEB/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

/Envelope addressed to the Clerk's Office of the United States District Court [*Tribunal de Distrito de los Estados Unidos*]. Address in Spanish, and rubber and tax stamps in English/

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*24/FEB/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**T** 718.384.8040
**W** TargemTranslations.com
**E** projects@targemtranslations.com
**A** 185 Clymer St. Brooklyn, NY 11211

**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: response - claim 50248 - filed version

Signed this 24th day of February 2020

_____
Andreea I. Boscor



**Exhibit 2**

Hector F. Vallejo Moreno

Claim   #41051
         #41566

Calle Valle Sur 605
Urb. Valle de Ensueño
Gurabo, PR 00778

Phone # 787-951-9003
         787-758-1049 ext. 3260

E-mail: hfvm1969@gmail.com

As indicated in our phone conversation, I am providing the information requested. I have  no way
of knowing the other amount owed, regarding the minimum wage.



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*24/FEB/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

/Envelope addressed to the Clerk's Office of the United States District Court [*Secretaría del Tribunal de Distrito de los Estados Unidos*]. Address in Spanish, and Rubber and tax stamps in English/

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*24/FEB/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



718.384.8040
TargemTranslations.com
projects@targemtranslations.com
185 Clymer St. Brooklyn, NY 11211

**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a
NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

    the English translated document is a true and accurate translation of the original Spanish and has been
    translated to the best of my knowledge.

Original Document Name: response - claim 41051

Signed this 24th day of February 2020



_____
Andreea I. Boscor



**Exhibit 3**

January 4, 2020

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, PR 00918-1767



This letter is to notify you that we have received the documents related to Title III of the PROMESA Act.

Therefore, we are hereby drafting it in order to send you the appropriate documentation since we are following up on the claim.

For reasons outside of my control, I had not received all the appropriate documentation due to my address, which is the following:

Luz S. Ortiz  [claim] # 88739

P.O. Box 278

Villalba, PR 00766

Cordially,

Certified to be a correct and true translation from the source text in Spanish to the target language English.
24/FEB/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.

/Bilingual document /

000517

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*24/FEB/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

/Envelope addressed to the Clerk's Office of the United States District Court [*Tribunal de Distrito de los Estados Unidos*]. Address in Spanish, and rubber and tax stamps in English/

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*24/FEB/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**718.384.8040**
**TargemTranslations.com**
**projects@targemtranslations.com**
**185 Clymer St. Brooklyn, NY 11211**

**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: response - claim 88739

Signed this 24th day of February 2020

_____
Andreea I. Boscor

American Translators Association
ata
Andreea Boscor
Spanish into English
Certification #525556
Certified Translator
Verify at www.atanet.org/verify



**<u>Exhibit 4</u>**

Quetcy Ann Cedeno Rodriguez

Corrections Officer I

Current Address:

101 Grande Valencia Dr. Suite 101 Orlando, Florida 32825

Previous Address:

9318 New Heritage Rd. Apt. 101 Orlando, Florida 32825

Cellphone Number

407-235-8338

Claim Number

68341

Filing Date

6/29/18

Debtor

Commonwealth of Puerto Rico

Promesa Title III

3:17-3283 (LTS)

Email: qcedeno124@gmail.com


Date: January 14, 2020

Quetcy Ann Cedeno Rodriguez
[*illegible signature*]

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*26/FEB/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[*Envelope addressed:*
*From*: Quetcy Ann Cedeno
101 Grande Valencia Dr.
Suite 101 Orlando, Florida 32825
 *to the* Clerk's Office – United States District Court
Room 150, Chardon Avenue
Federal Building
San Juan, Puerto Rico 00918-1767
*Address in Spanish, and Rubber and tax stamps in English*]

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*26/FEB/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



718.384.8040
TargemTranslations.com
projects@targemtranslations.com
185 Clymer St. Brooklyn, NY 11211

**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a
NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been
translated to the best of my knowledge.

Original Document Name: M158126958031-rep-2101101120 (1)

Signed this 26th day of February 2020



_____
Andreea I. Boscor

Verify at www.atanet.org/verify



**<u>Exhibit 5</u>**

Jo-Ann Calderon Rivera
Corrections Officer I

Current Address:

101 Grande Valencia Dr. Suite 101 Orlando, Florida 32825

Previous Address:

9318 New Heritage Rd. Apt. 101 Orlando, Florida 32825

Cellphone Number

407-259-6566

Claim Number

85203

Filing Date

6/29/18

Debtor

Commonwealth of Puerto Rico

Promesa Title III

3:17-3283 (LTS)

Email: joann_casco@yahoo.com


Date: January 14, 2020

Jo-Ann Calderon Rivera
[*illegible signature*]

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*26/FEB/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[*Envelope addressed:*
*From*: Jo-Ann Calderon
101 Grande Valencia Dr.
Suite 101 Orlando, Florida 32825
 *to the* Clerk's Office – United States District Court
Room 150, Chardon Avenue
Federal Building
San Juan, Puerto Rico 00918-1767
*Address in Spanish, and Rubber and tax stamps in English*]



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*26/FEB/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



| 718.384.8040 |
| TargemTranslations.com |
| projects@targemtranslations.com |
| 185 Clymer St. Brooklyn, NY 11211 |

**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: M158126958509-rep-2101110149 (3)

Signed this 26th day of February 2020



_____
Andreea I. Boscor

