**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                     Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**NOTICE OF ADJOURNMENT AS TO CERTAIN CLAIMS
SUBJECT TO OMNIBUS OBJECTIONS (NON-SUBSTANTIVE) OF THE
COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF
THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO**

To the Honorable United States District Judge Laura Taylor Swain:

      1.      Scheduled for hearing on March 4, 2020 are various objections to proofs of claim filed against the Commonwealth of Puerto Rico (the "Commonwealth"), Puerto Rico Highways and Transportation Authority ("HTA"), and the Employees Retirement System for the Government of the Commonwealth of Puerto Rico ("ERS," and together with HTA and the Commonwealth, the "Debtors").

      2.      Since the filing of the objections scheduled for hearing, numerous responses have

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

been filed by claimants subject thereto. In addition, the debtors have received additional supplemental mailings from claimants subject thereto. In order to review these responses, and in particular, to evaluate whether such claimants shall be transferred into the administrative reconciliation process, the Debtors hereby adjourn the hearings on the objections listed below to the April 22, 2020 omnibus hearing (the "April Hearing"), solely with respect to the additional claims listed below. Accordingly, the claims with respect to which the Debtors have adjourned to the April Hearing are as follows:

   a. *One Hundred Twenty-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 9892]: Proofs of Claim Nos. 151600 [ECF No. 11572], 131592 [ECF No. 11166], 124011 [ECF No. 11560], 139988 [ECF No. 11425], 163505 [ECF No. 11392], 117107 [ECF No. 11205], 154211 [ECF No. 11010], 154224 [ECF No. 11011], 162130 [ECF No. 11003], 160222 [ECF No. 11557], 142488 [ECF No. 11463], 113549 [ECF No. 10537], 126600 [ECF No. 10869], 157395 [ECF No. 11004], 138358 [ECF No. 10827], 157199 [ECF No. 10912], 121710 [ECF No. 10778], 146621 [ECF No. 10685], 121790 [ECF No. 11013], 152743, 146528, and 131087.

   b. *One Hundred Twenty-Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 9894]: 132377 [ECF No. 10405], 143096 [ECF No. 11278], 130102 [ECF No. 11212], 150079 [ECF No. 11503], 156944 [ECF No. 10737], 157809 [ECF No. 11596], 158662 [ECF No. 11598], 123983 [ECF No.11423], 117840 [ECF No. 11470], 128490 [ECF No. 11611], 134165 [ECF No. 11611], 158853 [ECF No. 10904], 129974 [ECF No. 11197], 159776 [ECF No. 10982], 130154 [ECF No. 10898], 127560 [ECF No. 11553], 156759 [ECF No. 11190], 137417 [ECF No. 10858], 150563 [ECF No. 11039], 161063 [ECF No. 11039], 146111 [ECF No. 11531], 158493 [ECF No. 10117], 143397 [ECF No. 10883], 160396 [ECF No. 10788], 147569 [ECF No. 11504], 163575, 157314, 131532, 133735, 144937, and 155492.

   c. *One Hundred Twenty-Sixth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 9895]: Proofs of Claim Nos. 132421 [ECF No. 11468], 131808 [ECF No. 10916], 160091 [ECF No. 10446], 133099 [ECF No. 10661], 121266 [ECF No. 11359], 129555 [ECF No. 11575], 138184

[ECF No. 11575], 152673 [ECF No. 11349], 131951 [ECF No. 11321], 158039 [ECF No. 11163], 139289 [ECF No. 11183], 128041 [ECF No. 11204], 120040 [ECF No. 11215], and 153095.

d. *One Hundred Twenty-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 9897]: Proofs of Claim Nos. 160195 [ECF No. 11534], 115106 [ECF No. 11580], 153470 [ECF No. 11562], 150265 [ECF No. 10623], 144190 [ECF No. 11208], 122710 [ECF No. 11036], 113380 [ECF No. 10845], 113458 [ECF No. 11179], 146923 [ECF No. 10221], 118671 [ECF No. 10221], 129107 [ECF No. 11574], 132736 [ECF No. 11576], 126711 [ECF No. 11194 and No. 11200], 145281 [ECF No. 11198], 157553 [ECF No. 11458], 152431 [ECF No. 11536], 163688 [ECF No. 10968], 121939 [ECF No. 11618], 142415 [ECF No. 10688], 115621 [ECF No. 11448], 159750 [ECF No. 11568], 145710 [ECF No. 11015], 130917 [ECF No. 11581], 144890 [ECF No. 10517], 117595, 116545, 158322, and 142674.

e. *One Hundred Twenty-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 9900]: Proofs of Claim Nos. 140207 [ECF No. 10734], 150343 [ECF No. 11027], 146409 [ECF No. 11012], 116649 [ECF No. 11176], 124094 [ECF No. 11547], 147081 [ECF No. 10713], 113116 [ECF No. 11518], 128052 [ECF No. 11086], 142867 [ECF No. 11086], 141030 [ECF No. 10859 and No. 10905], 150518 [ECF No. 10859 and No. 10905], 152575 [ECF No. 10862], 112012 [ECF No. 11569], 131085 [ECF No. 10861], 126988, and 126696 [ECF No. 10540].

f. *One Hundred Twenty-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 9901]: Proofs of Claim Nos. 155141 [ECF No. 10650], 155387 [ECF No. 10062], 122439 [ECF No. 10626], 113749 [ECF No. 10842], 143443 [ECF No. 11331], 156059 [ECF No. 11424], 146784 [ECF No. 11006], 138777 [ECF No. 10865], 115544 [ECF No. 11065], 112957 [ECF No. 11210], 122019 [ECF No. 11192], 160062 [ECF No. 10205], 149809 [ECF No. 11488], 113415 [ECF No. 11135], 156438 [ECF No. 11228], 135655, 151436 [ECF No. 10279], 122582, 137757, 142658, 157950, 125017, 161237, 157129, and 160287.

g. *One Hundred Thirtieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 9903]: Proofs of Claim Nos. 149213 [ECF No. 11347], 138098 [ECF No. 11118], 113092 [ECF No. 11272], 112601 [ECF No. 11391], 160275 [ECF No. 10116], 131861 [ECF No. 11385], 145415

3

[ECF No. 10065], 120118 [ECF No. 11219], 126752 [ECF No. 11440], 155592 [ECF No. 11483], 142206 [ECF No. 11416], 113265 [ECF No. 11416], 140875, 155094, and 152524.

h. *One Hundred Thirty-First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 9905]: Proofs of Claim Nos. 157637 [ECF No. 11237], 132181 [ECF No. 11005], 155952 [ECF No. 11339], 158080 [ECF No. 11445], 112567 [ECF No. 11175], 145357 [ECF No. 11243], 116688 [ECF No. 10740], 157672 [ECF No. 10852 and No. 10870], 126289 [ECF No. 11478], 117724 [ECF No. 11077], 144878 [ECF No. 11091], 142033 [ECF No. 10867], 143403 [ECF No. 11017], 146930 [ECF No. 11451], 119509 [ECF No. 10608], 128275 [ECF No. 11195], 162918 [ECF No. 11196], 138038 [ECF No. 11303], 148004 [ECF No. 10792], 149400 [ECF No. 10791], 139739 [ECF No. 11430], 136086 [ECF No. 11199], 163666, 120426, 127140, 123152 [ECF No. 10475], 155203, 128176, and 111673.

i. *One Hundred Thirty-Second Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 9906]: Proofs of Claim Nos. 114214 [ECF No. 11168], 150254 [ECF No. 11433], 152124 [ECF No. 11337], 114259 [ECF No. 11043], 125745 [ECF No. 11519], 146983 [ECF No. 11476], 133250 [ECF No. 11265], 149512 [ECF No. 11240], 127115 [ECF No. 11164], 158598 [ECF No. 11220], 138333 [ECF No. 10902], 159079 [ECF No. 11565], 148313 [ECF No. 11446], 133379 [ECF No. 10848], 113538 [ECF No. 11401], 156185 [ECF No. 11323], 123202 [ECF No. 10539], 132246 [ECF No. 11360], 152030 [ECF No. 10966], 157205 [ECF No. 11031], 160774 [ECF No. 11338], 124543 [ECF No. 11369], 160125, 146754, and 156472.

j. *One Hundred Thirty-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 9907]: Proofs of Claim Nos. 160693 [ECF No. 11137], 160905 [ECF No. 10725], 116480 [ECF No. 11419], 123361 [ECF No. 10090], 134674 [ECF No. 10860], 131576 [ECF No. 10981], 164342 [ECF No. 10652], 134813 [ECF No. 11532], 127854 [ECF No. 11156], 139029 [ECF No. 11223], 151628 [ECF No. 11400], 161053 [ECF No. 10827], 111653 [ECF No. 10979], 112646 [ECF No. 11387], 148168 [ECF No. 11211], 131933 [ECF No. 11422], 153211 [ECF No. 11078], 137816, 119733, and 113234.

k. *One Hundred Thirty-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 9908]: Proofs of Claim Nos. 120436

[ECF No. 10592], 136316 [ECF No. 11473], 133535 [ECF No. 10846], 137241 [ECF No. 10901], 130388 [ECF No. 11064], 118927 [ECF No. 11180], 137099 [ECF No. 11316], 160734 [ECF No. 11327], 164219 [ECF No. 11345], 118189 [ECF No. 11165], 116699 [ECF No. 11185], 133477 [ECF No. 11182], 160035 [ECF No. 11084], 153011 [ECF No. 11124], 138871 [ECF No. 10119], 160971 [ECF No. 10119], 115623 [ECF No. 10769], 140658 [ECF No. 11472], 122368 [ECF No. 11426], 144451, 136952, and 118855.

l. *One Hundred Thirty-Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 9911]: Proofs of Claim Nos. 116263 [ECF No. 11209], 139842 [ECF No. 11273], 162901 [ECF No. 10920], 138221, 119433 [ECF No. 11306], 122678 [ECF No. 11098], 133545 [ECF No. 11252], 143150 [ECF No. 11051], 154075 [ECF No. 11051], 149385 [ECF No. 10877], 161362 [ECF No. 10984], 158887 [ECF No. 11445], 143112 [ECF No. 10920], 114771 [ECF No. 11205], 138812 [ECF No. 11205], 140954 [ECF No. 10653], 126029 [ECF No. 11201], 158558 [ECF No. 11567], 155544 [ECF No. 11393], 161963 [ECF No. 10938], 154964 [ECF No. 11588], 128935 [ECF No. 11203], 140116 [ECF No. 11372], 160754 [ECF No. 10938], 144493 [ECF No. 11567], 149470 [ECF No. 10767], 152319 [ECF No. 11105], 116706 [ECF No. 11512], 132050 [ECF No. 11471], 147357 [ECF No. 11417],138930 [ECF No. 11417], 153104, 148563 [ECF No. 10736], and 151884.

m. *One Hundred Thirty-Sixth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 9912]: Proofs of Claim Nos. 129182 [ECF No. 10683], 138475 [ECF No. 10684], 117845 [ECF No. 11571], 139767 [ECF No. 11571], 163444 [ECF No. 11394], 158229 [ECF No. 11405], 153636 [ECF No. 11403], 157466 [ECF No. 10922], 119604 [ECF No. 11513], 145767 [ECF No. 10897], 159008, 138535 [ECF No. 11002], 124810 [ECF No. 11271], 133946 [ECF No. 11271], 139751 [ECF No. 11271], 128957 [ECF No. 10896], 137068 [ECF No. 11531], 142117 [ECF No. 11531], 127666 [ECF No. 10894 and No. 10893], 127984 [ECF No. 10894 and No. 10893], 152024 [ECF No. 10893 and No. 10894], 149664, 136574, 124791 [ECF No. 10763], 154559 [ECF No. 11399] 122292 [ECF No. 11524], 116933, 120010, 135462 [ECF No. 11313], 141782, and 146418.

n. *One Hundred Thirty-Seventh Omnibus* Objection *(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 9915]: Proofs of Claim Nos. 137110 [ECF No. 11489], 143774 [ECF No. 11514], 136369 [ECF No. 10649], 157837 [ECF No. 11553], 116047, 143238 [ECF No. 11120], 130429 [ECF No. 10956], 125246 [ECF No. 11066], 154334 [ECF No. 11564], 122917 [ECF No. 10675],

139162 [ECF No. 10883], 140270 [ECF No. 10883], 163602, 121990 [ECF No. 10740], 152201 [ECF No. 11268], 126706 [ECF No. 11452], 153917 [ECF No. 10660], 132044 [ECF No. 11359], 154617. 126359 [ECF No. 11533], 115033 [ECF No. 11119], 116991 [ECF No. 11300], 112376 [ECF No. 10345, 128952 [ECF No. 10346], and 157394 [ECF No. 11373]

o. *One Hundred Thirty-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 9917]: Proofs of Claim Nos. 120084 [ECF No. 10915], 121384 [ECF No.11367], 113763 [ECF No. 11367], 117143 [ECF No. 11367], 129937 [ECF No. 10913], 152616 [ECF No. 10911], 146849 [ECF No. 11412], 134233 [ECF No. 11429], 122848 [ECF No. 11358], 119925 [ECF No. 11389], 162293 [ECF No. 10916], 166408 [ECF No. 11374], 150337 [ECF No. 11376], 112364 [ECF No. 10923], 116287 [ECF No. 10923], and 150533 [ECF No. 10587].

p. *One Hundred Thirty-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 9921]: Proofs of Claim Nos. 148421 [ECF No. 11221], 130964 [ECF No. 11523], 122345 [ECF No. 11526], 122352 [ECF No. 11520], 141384 [ECF No. 11517], 143461 [ECF No. 10932], 162278 [ECF No. 11461], 130049 [ECF No. 11576], 154938, 116721 [ECF No. 10733], 132334 [ECF No. 11552], 135983 [ECF No. 10308], 117480 [ECF No. 10666], 119232 [ECF No. 11202], 132835 [ECF No.10844], 151107 [ECF No. 10844], 117897 [ECF No. 11606], 160082 [ECF No. 11036], 165331 [ECF No. 11456], 125788 [ECF No. 11000], 144639 [ECF No. 11586], 154728 [ECF No. 11586], 155162 [ECF No. 11333], 165152 [ECF No. 10784], 165332, 125236 [ECF No. 11467], 145695 [ECF No. 11516], 119632 [ECF No. 10682 and No. 10764], 145850 [ECF No. 10715], 124375 [ECF No. 11602], and 145068 [ECF No. 11248].

q. *One Hundred Fortieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 9933]: Proofs of Claim Nos. 112149 [ECF No. 10766], 112446, 141910 [ECF No.10908], 125324 [ECF No. 11542], 120428 [ECF No. 10714], 162409 [ECF No. 11404], 151678 [ECF No. 11138], 159829, 151030 [ECF No. 9793], 117543 [ECF No. 11547], 128552 [ECF No. 11366], 128770 [ECF No. 10734], 137339 [ECF No. 10734], 143830 [ECF No. 11366], 146341, and 152301.

r. *One Hundred Forty-First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the*

*Commonwealth of Puerto Rico* [ECF No. 9934]: Proofs of Claim Nos. 130675 [ECF No. 11047], 133878 [ECF No. 11047], 138860 [ECF No. 11047], 161606 [ECF No. 11018], 137422 [ECF No. 11186], 153569 [ECF No. 11408], 139735 [ECF No. 10999], 117576 [ECF No. 11001], 112425 [ECF No. 10682, No. 10681, and No. 10759], 163839 [ECF No. 11069], 119674 [ECF No. 11068], 15327 [ECF No. 10760], 122313 [ECF No. 11549], 158116 [ECF No. 11128], 129968 [ECF No. 11442], 142010 [ECF No. 11442], 156053 [ECF No. 11502], 145791 [ECF No. 11122], 134631 [ECF No. 11616], 139852, 116244 [ECF No. 11193], 166298 [ECF No. 11582], 141491 [ECF No. 10954], 144449 [ECF No. 10953], 118721 [ECF No. 10951], 127795 [ECF No. 10949], 118678 [ECF No. 11074], 125569 [ECF No. 11231], 167625 [ECF No. 11231], 152609 [ECF No. 11076], 147245 [ECF No. 11076], and 160219 [ECF No. 11477].

s. *One Hundred Forty-Second Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 9935]: Proofs of Claim Nos. 131536 [ECF No. 11410], 136685 [ECF No. 11073], 142966 [ECF No. 11355], 136024, 133587, 151058 [ECF No. 11540], 148707 [ECF No. 11544], 164465 [ECF No. 11566], 112507 [ECF No. 10768], 152950 [ECF No. 11310], 149189 [ECF No. 11184], 118725 [ECF No. 10735], 126168 [ECF No. 11354], 127886 [ECF No. 10952], 126741, 135754, 138362, 112436 [ECF No. 11040], 150626 [ECF No. 10833], 164346 [ECF No. 11375], 117287 [ECF No. 10761], 112431 [ECF No. 11094], and 130566 [ECF No. 11383].

t. *One Hundred Forty-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 9936]: Proofs of Claim Nos. 144696 [ECF No. 11147], 147857 [ECF No. 11539], 150827 [ECF No. 11613], 147254 [ECF No. 11022], 114968 [ECF No. 10716], 119032 [ECF No. 10538], 114199 [ECF No. 11109], 119143 [ECF No. 11112], 138135 [ECF No. 11110], 155470 [ECF No. 11106], 161088 [ECF No. 11107], 158844 [ECF No. 11101], 165615 [ECF No. 11104], 129266 [ECF No. 11368], 149181 [ECF No. 11368], 163276, 141336, 132900 [ECF No. 10740], 143918 [ECF No. 10740], 119482 [ECF No. 10765], and 130788 [ECF No. 11357].

u. *One Hundred Forty-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 9937]: Proofs of Claim Nos. 136877 [ECF No. 11377], 126997, 160623 [ECF No. 10890], 155892 [ECF No. 11551], 139876, 144085 [ECF No. 11217], 148952 [ECF No. 11214], 113191 [ECF No. 11548], 126281 [ECF No. 11479], 127981 [ECF No. 11511], 124099 [ECF No. 11561], 148160 [ECF No. 11464], 144833 [ECF No. 11365], 163617 [ECF No. 11127], 162648 [ECF No. 10658], 149039 [ECF No. 11216], 133130 [ECF No.

10831], 145913 [ECF No. 10910], 120183, 134677, 113036 [ECF No. 11032], and 116835 [ECF No. 11033].

v. *One Hundred Forty-Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 9938]: Proofs of Claim Nos. 131316 [ECF No. 11075], 157030 [ECF No. 10991], 164467 [ECF No. 10993], 118542 [ECF No. 10914], 141045 [ECF No. 11171], 158326 [ECF No. 11522], 127397 [ECF No. 11415], 132810 [ECF No. 11350], 148430 [ECF No. 11414], 118244, 128441 [ECF No. 11436 and No. 11554], 128550, 159543 [ECF No. 11455], 116037 [ECF No. 11311], 123664, 119768 [ECF No. 11401], 149658 [ECF No. 10929], 130527 [ECF No. 10655], 164308 [ECF No. 10656], 140291 [ECF No. 11441], 115410 [ECF No. 10762], and 124671 [ECF No. 11407].

w. *One Hundred Forty-Sixth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 9939]: Proofs of Claim Nos. 137580 [ECF No. 11525], 128160 [ECF No.11034], 119089 [ECF No.10624], 157078 [ECF No. 11162], 137390 [ECF No. 11117], 130431 [ECF No. 11050], 140046 [ECF No. 10945], 114779 [ECF No. 11535], 134740 [ECF No. 11480], 137829 [ECF No. 11480], 146982 [ECF No. 11480], 117093 [ECF No. 10878], 113204, 161343 [ECF No.10853], 134084 [ECF No. 11328], 152378 [ECF No. 11146], 115291 [ECF No. 11600], 124616 [ECF No. 11600], 130860 [ECF No. 11250], 158900 [ECF No. 11136], 157542 [ECF No. 10659], 141770 [ECF No. 10724], 117188 [ECF No. 11447], 131642 [ECF No. 11447], 152933 [ECF No. 11187], 165674 [ECF No. 10668], 124965, 153785 [ECF No. 11422], 165901 [ECF No. 10628], 126047 [ECF No. 10988], 112618 [ECF No. 11049], 139120 [ECF No. 11049], 128564 [ECF No. 11049], and 145026 [ECF No. 11249].

x. *One Hundred Forty-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 9940]: Proofs of Claim Nos. 154978 [ECF No. 10559], 162037 [ECF No. 11422], 133065, 163177 [ECF No. 11274], 166336 [ECF No. 11021], 138765 [ECF No. 10657], 124200 [ECF No. 11100 and No. 11207], 126946 [ECF No. 11100], 134175 [ECF No. 11009], 143563 [ECF No. 10921], 134536 [ECF No. 10940], 119607 [ECF No. 11330], 146594 [ECF No. 11409], 146594 [ECF No. 11409], 115453 [ECF No. 11387], 121892 [ECF No. 11387], 115699, 150192 [ECF No. 10747], 122544 [ECF No. 11428], 158933 [ECF No. 10936 and No. 11329], 129836, 144633, 158365 [ECF No. 11266], 152504 [ECF No. 10895 and No. 10819], 141386, 151151 [ECF No. 10819 and No. 10895], and 120876 [ECF No. 11432].

y. *One Hundred Forty-Eighth Omnibus Objection (Non-Substantive) of the*

8

*Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 9941]: Proofs of Claim Nos. 121692 [ECF No. 11345], 129192 [ECF No. 10947], 153179 [ECF No. 10782], 147585 [ECF No. 10781], 153303 [ECF No. 11443], 132271 [ECF No. 10903], 149175 [ECF No. 11116], 130384 [ECF No. 10731], 149907 [ECF No. 10899], 161805 [ECF No. 10900], 121467 [ECF No. 11426], 122253 [ECF No. 11426], 166624 [ECF No. 11225], 135965 160755, 139137, 140310 [ECF No. 10939], 138885 [ECF No. 11180], 119838 [ECF No. 11411], 146212 [ECF No. 11125], 116045 [ECF No. 11063 and No. 11206], 153453 [ECF No. 11315], 116714 [ECF No. 11030], and 161743 [ECF No. 10894].

z. *One Hundred Forty-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 9942]: Proofs of Claim Nos. 137384 [ECF No. 11157], 149389 [ECF No. 10983], 126851, 164306 [ECF No. 10992], 113237 [ECF No. 10785], 133799 [ECF No. 11619], 113725, 139353 [ECF No. 11014], 127008 [ECF No. 11189], 150166 [ECF No. 11189], 128740 [ECF No. 10995], 147531 [ECF No. 10989], 164079 [ECF No. 10691], 124692 [ECF No. 11617], 149265 [ECF No. 11352], 139139, and 142036.

aa. *One Hundred Fiftieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 9943]: Proofs of Claim Nos. 145465 [ECF No. 11601], 131104 [ECF No. 11019], 155798 [ECF No. 11340], 141115 [ECF No. 10871], 161280 [ECF No.11111], 135326 [ECF No. 11038], 161086 [ECF No. 11437], 124109, 164102 [ECF No. 10994], 137066 [ECF No. 11169], 153400 [ECF No. 11326], 128670, 151353 [ECF No. 11304], 159770 [ECF No. 11336], 127481 [ECF No. 11172], 160059 [ECF No. 10749], 157543 [ECF No. 11191], 137168 [ECF No. 11167], 142803, 122337 [ECF No.10738], 116540 [ECF No. 11320], 153720, 115082 [ECF No. 11324], 162586, 127584, and 149940 [ECF No. 11170].

bb. *One Hundred Fifty-Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 9944]: Proofs of Claim Nos. 100195 [ECF No. 11560], 108154 [ECF No. 11560], 110743 [ECF No. 11608], 98826 [ECF No. 11042 and No. 11113], 111446, 91610 [ECF No. 11550], 111292 [ECF No. 10928], 83465 [ECF No. 11282], 86390 [ECF No. 11282], 94525 [ECF No. 11282], 88421 [ECF No. 11281], and 99917.

cc. *One Hundred Fifty-Sixth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation*

9

*Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 9945]: Proofs of Claim Nos. 120280 [ECF No. 11218], 86673 [ECF No. 10909], 109299 [ECF No.11318], 94057 [ECF No. 10726], 97765 [ECF No. 10510, No. 10874, and No. 10676], 168029 [ECF No. 11418], 167161 [ECF No. 10944], 165398 [ECF No. 11460], 106371 [ECF No. 11353], 106617 [ECF No. 11351], 109592 [ECF No. 11035], 105125 [ECF No. 10889], 89945 [ECF No. 11490], 32286, 83393 [ECF No. 11592], 87591 [ECF No. 11115], 169602 [ECF No. 11134], 86213, 168030 [ECF No. 11420], 90214 [ECF No. 11029], 97949, and 90715 [ECF No. 11026].

dd. *One Hundred Fifty-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 9946]: Proofs of Claim Nos. 94661 [ECF No. 11282], 42106, 88198 [ECF No. 10926], 94398 [ECF No. 11322], 88732, 99937, 92796 [ECF No. 11380], 94117 [ECF No. 11319], 93964 [ECF No. 11007], 97614 [ECF No. 11041], 168416 [ECF No. 10892], 127509 [ECF No. 10866], 148240 [ECF No. 11515], 106049, 106006 [ECF No. 11177], 102539 [ECF No. 11263], 163205 [ECF No. 11160], 105918 [ECF No. 10089], 110837 [ECF No. 10864], 105928 [ECF No. 10780], and 169039 [ECF No. 11070].

3. Furthermore, Debtors respectfully withdraw, without prejudice, their objections, solely with respect to the following claims:

a. *One Hundred Twenty-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 9892]: Proofs of Claim Nos. 113364, 117665, and 141879.

b. *One Hundred Twenty-Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 9894]: 131934 and 141406.

c. *One Hundred Twenty-Sixth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 9895]: Proofs of Claim Nos. 112046, 118572, 121394, 132335, 142504, 143507, 143859, 145832, 118581, and 148288.

d. *One Hundred Twenty-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and Employees Retirement System of the*

*Government of the Commonwealth of Puerto Rico* [ECF No. 9897]: Proofs of Claim Nos. 121204 and 146387.

e. *One Hundred Twenty-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 9900]: Proof of Claim No. 129506.

f. *One Hundred Twenty-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 9901]: Proof of Claim No. 143912.

g. *One Hundred Thirtieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 9903]: Proofs of Claim Nos. 122836 and 155191.

h. *One Hundred Thirty-First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 9905]: Proof of Claim No. 126362.

i. *One Hundred Thirty-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 9907]: Proofs of Claim Nos. 135485 and 144278.

j. *One Hundred Thirty-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 9908]: Proofs of Claim Nos. 144032, 144768, and 128251.

k. *One Hundred Thirty-Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 9911]: Proof of Claim No. 121112.

l. *One Hundred Thirty-Sixth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 9912]: Proofs of Claim Nos. 118970, 127004, and 138574.

Case:17-03283-LTS Doc#:11790 Filed:02/26/20 Entered:02/26/20 23:12:50 Desc: Main
Document Page 12 of 14

m. *One Hundred Thirty-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 9917]: Proofs of Claim Nos. 127812 and 154626.

n. *One Hundred Fortieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 9933]: Proofs of Claim Nos. 153129, 153845, and 166549.

o. *One Hundred Forty-Second Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 9935]: Proof of Claim No. 165217.

p. *One Hundred Forty-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 9936]: Proof of Claim No. 129599.

q. *One Hundred Forty-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 9937]: Proofs of Claim Nos. 147711, 154939, 139464, and 145719.

r. *One Hundred Forty-Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 9938]: Proofs of Claim Nos. 126282, 155049, 163280, and 166966.

s. *One Hundred Forty-Sixth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 9939]: Proofs of Claim Nos. 164313 and 155732.

t. *One Hundred Forty-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 9940]: Proofs of Claim Nos. 112338 and 154219.

u. *One Hundred Forty-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 9941]: Proof of Claim No. 143778.

v. *One Hundred Forty-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 9942]: Proofs of Claim Nos. 112666, 119385, 132429, 136286, 147473, 150774, and 151314.

w. *One Hundred Fiftieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 9943]: Proofs of Claim Nos. 121936, 124242, 127408, 137811, 145464, and 165277.

x. *One Hundred Fifty-Sixth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 9945]: Proofs of Claim Nos. 168626, 97690, and 108993.

y. *One Hundred Fifty-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 9946]: Proofs of Claim Nos. 100124, 105622, and 106956.

Dated: February 26, 2020  
      San Juan, Puerto Rico

Respectfully submitted,

/s/ *Hermann D. Bauer*  
Hermann D. Bauer  
USDC No. 215205  
Carla García Benítez  
USDC No. 203708  
**O'NEILL & BORGES LLC**  
250 Muñoz Rivera Ave., Suite 800  
San Juan, PR 00918-1813  
Tel: (787) 764-8181  
Fax: (787) 753-8944

*Attorneys for the Financial Oversight and Management Board for Puerto Rico, as representative for the Commonwealth, HTA, and ERS*

/s/ *Martin J. Bienenstock*
Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Co-Attorneys for the Financial Oversight and Management Board for the Puerto Rico, as representative for the Commonwealth, HTA, and ERS*

14