18 de febrero 2020

Asunto:

Envío de réplica de la objeción global a la Secretaría del Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico.

Número de reclamación: 83933
Nombre: Collazo Delgado, Mariluz
Dirección: HC 63 Buzón 3023
Patillas, Puerto Rico 00723
Teléfono: 787-314-8601
Correo Eléctronico: zuliramcoldel17@gmail.com

Epígrafe: Nombre del tribunal
Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico

Nombre de deudores:
Estado Libre Asociado de Puerto Rico

Número de Procedimiento
17 BK 03283-LTS

Título de Objeción:
Notificación de la Centésima décima Primera Objeción global
Número de reclamación
83933

Motivos:

Los motivos por lo que el Tribunal no debe declarar no lugar la Objeción global en relación a mi reclamo:

1. Tengo derecho a reclamar en mi número de reclamo 83933.
2. Trabajé para el Departamento de Educación de Puerto Rico de los años 1982 hasta el 2013.
3. De acuerdo a la Ley 96 del 1 de julio 2002 donde concede un aumento de sueldo a los empleados públicos del gobierno Central del Estado Libre Asociado de Puerto Rico nunca llegó.
4. Soy maestra jubilada que trabajé por 30 años y 9 meses.
5. Completé la información que se me requirió por ustedes.
6. El motivo de la reclamación es de 75,000 ó más a la que tenga derecho.

Documentación justificativa:

A continuación le estoy enviando una copia del documento en relación a mi reclamo y una copia del documento que indica cuando me jubilé del Departamento de Educación de Puerto Rico.

2

1. Secretaría (Clerks Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan, Puerto Rico 00918-1767

2. Abogados de la Junta de Supervisión
   Counsel for Oversight Board
   Proskauer Rose LLP
   Eleven Times Square
   Nueva York, Nueva York 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
   A/A: Martin J. Bienenstock
        Brian S. Rosen

3. Abogados del Comité de Acreedores
   Counsel for the Creditors
   Paul Hasting LLP
   200 Park Avenue
   Nueva York, Nueva York 10166
   James Bliss
   James Worthington
   G. Alexander Bongartz

Coordialmente,

Mailuz Colby Delgado

P.D.
Por este medio deseo excusarme por hacerles llegar este documento en estos momentos porque me encuentro viviendo en los Estados Unidos y al llegar a Puerto Rico me encontré con la notificación.

3