Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE EDUCACIÓN
ESCUELA CECILIO LEBRÓN RAMOS
DISTRITO ESCOLAR YABUCOA
MUNICIPIO PATILLAS

17 de abril de 2013

Prof. Mariluz Collazo Delgado
Maestra Escuela Elemental
Programa Educación Especial

*[firma]*

Ivis I. Maysonet Ocasio
Directora Escolar
Esc. Cecilio Lebrón Ramos

Por este medio acepto la renuncia de la Sra. Mariluz Collazo Delgado maestra de Educación Especial en la Escuela Elemental Cecilio Lebrón Ramos (puesto R39232) del Distrito de Yabucoa, la misma será efectiva al 31 de julio de 2013 por razones de jubilación.

Le deseo un feliz retiro y que Dios la continúe bendiciendo.

4