

Mariluz Collazo Delgado
HC 63 Buzón 3023
Patillas, Puerto Rico 00723

CERTIFIED MAIL
7019 2970 0001 5599 3197

RECEIVED & FILED
2020 FEB 26 PM 4:28

To: Secretaria (Clerks Office)
Tribunal de Distrito de los Estados Unidos
Room 105 Federal Building
San Juan, Puerto Rico 00918-1767

AMOUNT $6.40
R2305H129471-01
00918
FOREVER USA
Barn Swallow

TS Doc#:11791-2 Filed:02/26/20 Entered:02/27/20 Envelope Page 2 of 2

