17 de febrero de 2020

Prime Clerk
830 Third Ave. 9th Floor
New York, NY 10022

Señores:

Mi nombre es **EDWIN HERNANDEZ RODRIGUEZ** y mi dirección es Urb. Villa del Carmen, 2552 Calle Tenerife, Ponce, PR 00716-2228; Teléfono 787-399-4850 y correo electrónico edyalied@yahoo.com y tengo una reclamación ante el Tribunal de Distrito de los Estados Unidos, (US Bankruptcy Court for the District of Puerto Rico, Commonwealth of Puerto Rico caso #1703283 y "Proof of Claim No. 118107").

Fui empleado desde 1973-2003 en la Administración de Rehabilitación Vocacional y con relación a este caso por la Ley del Romerazo, "Ley de Retribución Uniforme" 89-1979, me corresponde el siguiente pago que nunca me hicieron y es esta la razón por la cual solicito que no desestimen este caso:

1979 - 2003   (24 años x 12 meses = 288 Meses x $100.00 = $28,800.00

Atentamente,

*[firma]*

**EDWIN HERNANDEZ RODRIGUEZ**

Cf: Secretaría ("Clerk's Office")
     Abogado de la Junta de supervisión Fiscal, Proskauer Rose LLP
     Abogado Comité de Acreedores, Paul Hastings LLP

Anejos: Evidencias