22 de octubre de 1996

A: Norma García García
   Presidenta
   Comité Revisor
   Departamento de la Familia

De: Edwin Hernández Rodríguez
   Asistente de Servicios

Desde el día 6 de Agosto de 1973, trabajo como **Asistente de Maestro Clases Domiciliarias Para Adultos Ciegos,** no obstante pasado el tiempo he realizado y realizo labores fuera de las **Tareas Esenciales del Puesto.**

Estas son las siguientes:
   a: realizo funciones como encargado de Equipos y Materiales de la Unidad de Ciegos de Ponce.

   b: ofresco adiestramientos en el uso de Equipos Tecnológicos Computarizados para Ciegos tales como:

   1 - **Mprint - equipo que transcribe del Sistema Braille a impreso ;** éste equipo consiste de una Maquinilla Braille a la cual se le adaptó una Tarjeta Electrónica que Trasmite la información escrita en braille a un impresor de tinta.

   2 - **Braille`n Speak - computadora pequeña en el Sistema Braille, que guarda información en memoria y tiene sistema de voz parlante;** mediante el uso de éste equipo la persona ciega puede escribir en el Sistema Braille, escucharlo mediante el sistema de voz parlante y guardar dicha información; para luego pasar la misma a un impresor tinta o en Braille.

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**DEPARTAMENTO DE SERVICIOS SOCIALES**
**SAN JUAN, PUERTO RICO**



OFICINA DE LA SECRETARIA

8 de agosto de 1994

TODO EL PERSONAL DEL DEPARTAMENTO
DE SERVICIOS SOCIALES

ESTUDIO DE CLASIFICACION Y RETRIBUCION
DE PUESTOS

Efectivo el 28 de agosto de 1991, mediante la Orden Ejecutiva OE-1991-47, el Departamento de Servicios Sociales se convirtió en Administrador Individual. La Ley de Personal del Servicio Público, Ley Núm. 5 de 14 de octubre de 1975, establece que cada administrador individual será responsable de establecer y mantener una estructura racional de funciones que sirva de base para las distintas acciones de personal.

Para dar cumplimiento a esta Ley, nos proponemos iniciar el estudio para preparar el Plan de Clasificación y Retribución fundamentado en un compromiso de este Departamento de mejorar las condiciones de trabajo y/o retribución de todos los empleados. Reconozco que nuestra agencia se destaca por poseer un equipo de trabajo eficiente y dedicado que cruza las líneas imaginarias de las responsabilidades para ofrecer un servicio de calidad.

A esos efectos se orientará a todos los empleados sobre los alcances de este proyecto durante el período que cubre desde el 15 hasta el 26 de agosto de 1994. Los Secretarios Auxiliares, Directores Regionales y/o Directores de Programas les informarán con relación al día que deben asistir a dicha actividad.

Hacemos un llamado a todos ustedes para que nos den su colaboración para lograr el éxito que esperamos.

CARMEN L. RODRIGUEZ DE RIVERA
Secretaria

EGP/GD/iam

AUG 1 1 1994

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE SERVICIOS SOCIALES
CENTRO DE REHABILITACION VOCACIONAL
PONCE, PUERTO RICO

## HOJA DE TRAMITE

**FECHA** : 11 de agosto de 1994

**A** : Todo el Personal

**P/C** :

**DE** : Rafael Fabre Pérez, M.A., C.R.C.
Director

**ASUNTO** : Itinerario de reuniones para la entrega de cuestionarios de clasificación de personal a los empleados del Departamento de Servicios Sociales

**OBSERVACIONES:** El mismo se llevará a cabo en el Salón de Conferencia Consorcio Educativo, Hospital Regional, Dpto. de Salud Ponce, el día 25 de agosto de 1994 de 9:00 AM a 11:00 AM. y de 1:00 PM a 3:00 PM.

**ANEJO** : Listado

1 de julio 1996

A: Comité Revisor
   Departamento de la Familia

P/c: Sra. Awilda Marrero
     Técnica Servicios Sociales 111
     Unidad de Adiestramiento

Nombre: Edwin Hernández Rodriguez
Puesto: Asistente en Rehabilitación
Dirección: Centro de Rehabilitación Vocacional de Ponce
Programa: Clases Domiciliarias Para Adultos Ciegos
Seguro Social: _

**Asunto: APELACION SOBRE RECLACIFICACION**

Por la presente hago constar que no estoy de acuerdo con el sueldo asignado, ya que actualmente estoy haciendo tareas mas allá de mi puesto

Nota: Favor revisar la página 2 del formulario en **FUNCIONES MARGINALES DEL PUESTO..**

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTMENTO DE SERVICIOS SOCIALES

**DESCRIPCION DE PUESTO**

No escriba en este espacio

| 1. Primer Apellido | Segundo Apellido | Nombre | 2. Sueldo Mensual |
|---|---|---|---|
| HERNANDEZ | Rodriguez | Edwin | $585.00 |

| 3. Núm. Seguro Social | 4. Núm. del Puesto | 7. Negociado, División y Sección |
|---|---|---|
| | 9153 | Centro Rehabilitacion Vocacional |

| 5. Título de Clasificación del Puesto | 8. Sitio donde trabaja - Dirección |
|---|---|
| Asistente de Rehabilitacion Vocacional | Terrenos Centro Medico Carr. 14, Ponce P.R. |

| 6. Título Funcional del Puesto | 9. Teléfono y extensión |
|---|---|
| Asistente Maestro Clases Domiciliarias a Ciegos Adultos | 842-6122 |

10. Detalle el trabajo que usted realiza en el orden de importancia de las distintas tareas, empezando con la más importante. Indique el tiempo que dedica a cada una en horas, o en fracción o por ciento del total del tiempo que dedica a su puesto. ESTA ES LA PARTE MAS IMPORTANTE DEL FORMULARIO. Use sus propias palabras y haga las descripciones de sus deberes tan claras que personas que no estén familiarizadas con su trabajo entiendan con exactitud lo que usted hace. Si este espacio no es suficiente para describir sus deberes, continúe al dorso de la pág. 5.

| Tiempo | TAREAS DEL PUESTO | NO LLENE ESTE ESPACIO |
|---|---|---|
| | FUNCIONES ESENCIALES DEL PUESTO | |
| 14% | 1. Coordinar con el maestro para ofrecer los diferentes servicios relacionados | |
| 7% | 2. Visito los hogares junto al maestro con el proposito de ofrecer el Sistema Braille a clientes. | |
| 6% | 3. Escribo informes mensuales, semestrales y anuales y o cuando me sean requeridos | |
| 5% | 4. Preparo los expedientes de los estudiantes que reciben servicios | |
| 9% | 5. Llevo record de Asistencia diaria de los estudiantes | |
| 7% | 6. Lleno los comprobantes de gastos de viaje tanto del maestro como los propios | |
| 10% | 7. Sirvo de Lector al maestro y contesto con la ayuda de este la correspondencia | |
| 7% | 8. Clasifico los materiales a usarse en las Clases Academicas y manualidades | |
| 6% | 9. Asisto a Reuniones Profesionales y adiest. cuando me es requerido | |

10 - Tareas:

Como asistente de Maestro para personas ciegas coordino este para ofrecer los diferentes servicios relacionados, Clases Académicas, Sistema Braille etc. Acompaño al maestro a visitar los hogares a ofrecer los servicios a clientes y a Reuniones y Adiestramientos. Escrito Informes mensuales, semanales, anuales, llevo record de Asistencia de los clientes, y gastos de viaje del maestro como los propios. Además de esto ofresco el Adiestramiento de Orientación y Movilidad, adiestramiento en Tecnología en el uso del M. Print (equipo que transcribe del Sistema Braille a Impreso) C.C.T.V. (equipo para ampliar la letra para low Vision) Braille'n Speak (computadora con el teclado del Sistema Braille puede pasar documentos a Impreso y Sistema Braille.) También realizo las funciones de encargado de Materiales y Equipos de la Unidad de Ciegos de Ponce.

Edwin Hernández Rosing
Asistente de Rehab. Voc.
Num. Prof. 9183

- 2 -

| Tiempo | FUNCIONES MARGINALES DEL PUESTO | NO LLENE ESTE ESPACIO |
|---|---|---|
| 5% | 11. Realizo las funciones como encargado de Equipos y Materiales de la Unidad de Ciegos de Ponce | |
| 9% | 12. Ofrece adiestramiento en Tecnología para Ciegos en el uso de: M. Print, C.C.T.V., Braille in Speak y Computadora IBM | -ex |
| 3% | 13. Reparo equipos tales como: Maquinilla Braille, Bastones, cintas "cassettes" rotas | |
| 1% | 14. Buscar cheques de Empleados a la Region | |
| | | |
| | | |

11. Si usted supervisa seis o menos empleados, mencione los nombres y los títulos de clasificación de cada uno. Si usted supervisa más de seis, indique el número de empleados con sus títulos de clasificación. Si usted no supervisa a nadie escriba "Ninguno".

| Nombre del Empleado | Título de Clasificación del Puesto | Total de Puestos |
|---|---|---|
| N/A | | |
| | | |
| | | |
| | | |
| | | |
| | | |

12. ¿Qué máquinas, equipo o instrumentos usa usted regularmente en su trabajo? Indique el porciento del tiempo empleado en el manejo de cada uno.

| Maquinilla Braille | 7% | Libros Parlantes (fonografos) | 1% |
|---|---|---|---|
| Grabadora | 1% | C.C.T.V. | 1% |
| Automovil | | | |

13. Indique en qué forma recibe usted instrucciones respecto a su trabajo, marcando el encasillado correspondiente.

( ) Específicas o detalladas
( ) Generales
(x) Combinación de ambas (generales en algunos casos y específicas en otros)

14. Indique en qué forma lleva a cabo su trabajo: (Puede marcar dos alternativas, si aplica).

(X) Sigo un plan de trabajo previamente establecido.
( ) Elaboro mi propio plan de trabajo conforme a instrucciones específicas que recibo.
(X) Elaboro mi propio plan de trabajo conforme a instrucciones generales que recibo.
( ) Tengo facultad para tomar decisiones en los aspectos rutinarios de mi trabajo pero debo consultar a mi supervisor ante situaciones nuevas o no rutinarias.

15. Indique en qué forma es revisado su trabajo, marcando el encasillado

INFORMACION COMPLEMENTARIA A LA DESCRIPCION DE PUESTO PARA
CUMPLIR CON LAS DISPOSICIONES DE LA LEY FEDERAL DE
AMERICANOS CON IMPEDIMENTOS (ADA).

Favor de marcar el encasillado que más describa la situación presente en su puesto (Marque uno sólo). Esta información será objeto de verificación con el supervisor inmediato.

CONDICIONES DE TRABAJO

Se refiere a los riesgos a que se enfrenta el empleado al realizar las funciones del puesto que ocupa, así como el grado de exposición distinto al ambiente normal de oficina. Algunas de estas situaciones podrían ser: ruidos, polvo, químicos, estar de pie por tiempo prolongado, caídas, uso de escaleras e inclinarse, etc.

A. Riesgos en el ambiente de trabajo

1. [ ] Ambiente de trabajo normal que no envuelve riesgos físicos ni condiciones peligrosas. Ejs: Secretarias(os), Recepcionistas, Oficinistas de Contabilidad.

2. [X] Ambiente de trabajo que envuelve **riesgos físicos menores** que requieren seguir las precauciones básicas de seguridad.
Ejs: Recaudadores, Enfermeras(os).

3. [ ] Ambiente de trabajo que envuelve **exposición a riesgos serios** tales como: heridas, contusiones y otros tipos de lesiones que requieren conocer y seguir precauciones detalladas de seguridad.
Ejs: Trabajadores de Imprenta, Plomero, Trabajador de Limpieza Pública, Trabajador de Recogido de Desperdicios Sólidos, Trabajador de Defensa Civil).

4. [ ] Ambiente de trabajo que envuelve **exposición constante a riesgos o accidentes fatales** tales como: caídas de grandes alturas (andamios de construcción, techos de estructuras físicas, escaleras de extensión) o materiales y tóxicos peligrosos que requieren conocer y cumplir las normas de seguridad de la ocupación. (Ejs: Pintores de Edificios, Químicos, Tecnólogos Médicos, Técnicos de Rayos X, Perito Electricista).

B. Indique el grado o nivel de riesgo a que se expone en el ambiente de trabajo. Marque un solo encasillado según aplique, tomando en consideración la Parte A de este cuestionario:

1. [ ] Exposición **normal de oficina.**

2. [X] Exposición **menor** (hasta un 10% de las horas de trabajo).

3. [ ] Exposición **moderada** (hasta un 25% de las horas de trabajo).

4. [ ] Exposición **mayor** (hasta un 50% de las horas de trabajo).

5. [ ] Exposición **contínua** (más de un 50% de las horas de trabajo).

C. Esfuerzo Físico

Corresponde al esfuerzo físico necesario para realizar los deberes y responsabilidades del puesto. Se considera el esfuerzo invertido en el manejo de equipo, materiales, herramientas, suministros y otros. Marque un solo

D. Esfuerzo Visual y Mental

Se refiere al esfuerzo visual y mental al realizar los deberes y responsabilidades del puesto. **Ejs:** Operador de Terminal de Computadora, Soldador, Técnico de Servicios Sociales o Ingeniero. **Marque un solo encasillado según aplique:**

1. [ ] No Aplica

2. [ ] El esfuerzo que se requiere es menos de una hora diaria.

3. [X] El esfuerzo que se requiere es de forma rutinaria, hasta cuatro (4) horas diarias.

4. [ ] El esfuerzo que se requiere es constante, sobre seis (6) horas diarias.

E. Viajes

Se refiere a la frecuencia en que es requerido salir fuera de la agencia para realizar las funciones del puesto. Este factor puede aplicar, entre otros, a clases tales como: Investigadores, Recaudadores, Agente de Compras, Conductores, Técnicos de Personal, Oficial de Relaciones Públicas.

**Circule la situación y frecuencia que mejor describa las salidas oficiales necesarias.**

| Situación | Frecuencia | | |
|---|---|---|---|
| | 1-5 salidas oficiales por año | 6-15 salidas oficiales por año | Más de 15 salidas oficiales por año |
| 1. No es requerido. | | | |
| 2. Salidas oficiales que se llevan a cabo dentro del turno de trabajo. | 1 | 2 | (3) |
| 3. Salidas oficiales que se extienden más allá del turno normal de trabajo. | 1 | 2 | 3 |
| 4. Salidas oficiales que requieren de 1-3 noches fuera de la casa. | 1 | 2 | 3 |
| 5. Salidas oficiales que requieren más de 3 noches fuera de la casa. | 1 | 2 | 3 |

## INFORMACION DEL SUPERVISOR INMEDIATO

1. La información del empleado es cierta y exacta, con las siguientes excepciones o adiciones (Déle atención especial a los apartados 14, 15 y 16).

   ES EXACTA

2. ¿Cuáles considera usted los deberes más importantes de este puesto?

   EVALUAR PACIENTES Y/O CLIENTES CON PROBLEMAS VISUALES PARA PROVEERLE ADIESTRAMIENTO EN MOVILIDAD
   Adiestrar a éstos en el uso de equipos técnico computarizados
   Visitar los hogares para diseñar un plan de mejorar al hogar
   Y asistir a adiestramientos relacionados

3. ¿Incluye este puesto:                                  Si afirmativo, porciento del tiempo.

   a. Mecanografía?          ___ Sí   X No
   b. Taquigrafía?           ___ Sí   X No
   c. Computadora Personal?  ___ Sí   X No
   d. Otro? _____

4. Indique los requisitos mínimos que a su juicio debe poseer el aspirante a ocupar este puesto para poder desempeñar los deberes a su satisfacción.

|  | Requisitos Mínimos | Requisitos Especiales |
|---|---|---|
| Preparación Académica | CURSO ESCUELA SUPERIOR O SU EQUIVALENTE |  |
| Instrucción especial | CURSO TECNICO EN PERIPATOLOGÍA |  |
| Duración y clase de experiencia | NINGUNA |  |
| Licencias o certificados | NINGUNA |  |
| Conocimientos, habilidades, requisitos físicos y otros factores especiales. | RESPONSABILIDAD, BUENA MORAL, LEALTAD Y CORTESIA |  |

1ro. de julio de 1996                            Rafael Fabre Pérez
Fecha                                   Firma del Supervisor Inmediato

## INFORMACION DEL JEFE DE LA AGENCIA

5. La información del empleado y del jefe inmediato es cierta y exacta, con las siguientes excepciones o adiciones.

Gobierno de Puerto Rico
# DEPARTAMENTO DE LA FAMILIA
San Juan, Puerto Rico

28 de junio de 1996

***Hernández Rodríguez, Edwin***
Rehabilitación Física y Vocacional
Región de Ponce-Centro de Rehabilitación Vocacional de Ponce

**PLAN DE CLASIFICACION DE PUESTOS Y RETRIBUCION**
**DEPARTAMENTO DE LA FAMILIA**

De conformidad con la Sección 4.2 de la Ley #5, Ley de Personal del Servicio Público de Puerto Rico, según enmendada, la Orden Administrativa OE 1991-47, que convierte a esta Agencia en un Administrador Individual y al Plan de Reorganización Núm. 1, que redenomina y reorganiza el Departamento de Servicios Sociales como Departamento de la Familia, se contrató a la Compañía Consultora *Clapp And Mayne, Inc.*, para preparar el Plan de Clasificación y Retribución para los Servicios de Carrera y Confianza.

Para elaborar el estudio del nuevo Plan de Clasificación y Retribución, se consideraron solamente criterios objetivos, tales como, las funciones del puesto, jerarquía de los puestos en las diferentes unidades y programas de trabajo y el valor relativo de los puestos, según la demanda del mercado. Los documentos que sustentan este estudio están disponibles para su revisión en la Secretaría Auxiliar de Personal y Recursos Humanos.

Como resultado de este estudio, el cual ha sido aprobado por la Oficina Central de Administración de Personal (OCAP), el puesto que usted ocupa se clasificó como **Asistente de Servicios**. Su sueldo mensual será de $991, efectivo el primero de marzo de 1996, fecha de implantación del Plan de Clasificación y Retribución del Departamento.

**PLAN DE CLASIFICACION DE PUESTOS Y RETRIBUCION**
28 de junio de 1996
Página 2

Conforme a las disposiciones de la Sección 6.4, Inciso (4), del Reglamento de Personal: Areas Esenciales al Principio del Mérito, de usted no estar de acuerdo con esta acción tendrá derecho a solicitar, por escrito, una vista administrativa informal ante el Comité Revisor que se nombre a esos efectos, el cual pasará juicio sobre las solicitudes que se reciban dentro del término de treinta (30) días calendarios a partir del recibo de esta comunicación.

En dicha vista administrativa informal, usted tendrá derecho a presentar toda prueba testifical y documental correspondiente. El Comité evaluará los planteamientos que se le presenten y me informará las recomendaciones pertinentes. La decisión final, imparcial y basada en la evidencia presentada, se le notificará por escrito.

De usted no estar conforme o satisfecho/a con dicha determinación, podrá apelar a la Junta de Apelaciones del Sistema de Administración de Personal (JASAP), dentro de treinta (30) días a partir de la fecha del recibo de la misma.

La implantación del Plan de Clasificación y Retribución, reafirma nuestro compromiso de mejoramiento económico para todos los empleados del Departamento de la Familia.

**Ramón Hernández Zayas**
*Secretario Auxiliar de*
*Personal y Recursos Humanos*

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Hernandez Rodriguez, Edwin | 128524 | 6/28/2018 | Commonwealth of Puerto Rico | ~~$0.00~~ $12,000 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Hernandez Rodriguez, Edwin | 128524 | 6/28/2018 | Commonwealth of Puerto Rico | ~~$0.00~~ $12,000 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

## RECLAMACION LABORAL
## PASOS POR MERITOS

**30 AÑOS  *  3 AÑOS  =  10 AÑOS  X  12 MESES =**

**120 MESES  X  $100.00 = $12,000.00**

*[signature]*

**EDWIN HERNANDEZ RODRIGUEZ**
**RECLAMACION #128524**
**DEUDOR: COMMONWEALTH OF PUERTO RICO**

Gobierno de Puerto Rico
DEPARTAMENTO DE LA FAMILIA
Comité Revisor
San Juan, Puerto Rico

20 de febrero de 1997

**Edwin Hernández Rodríguez**  CR-96-4233-014

**DETERMINACION FINAL**

El Comité Revisor del Plan de Clasificación y Retribución tuvo ante su consideración la petición de revisión de la determinación que le fuera informada por el Secretario Auxiliar de Personal y Recursos Humanos, respecto a la clasificación y retribución del puesto que ocupa.

Antes del Plan de Clasificación, usted ocupaba un puesto de Asistente de Rehabilitación Vocacional. La Compañía Clapp & Mayne, Inc., lo clasificó Asistente de Servicios. Del análisis del Comité Revisor surge que las funciones que realiza enmarcan en la clase Asistente de Servicios.

La retribución asignada al implantarse el Plan de Clasificación es producto del ajuste correspondiente al tipo retributivo de la nueva escala y en los casos en que el monto del mismo no sea de por lo menos sesenta ($60) mensuales, se ajustará al tipo retributivo que sea necesario para alcanzar dicha cantidad.

Los factores, tales como antiguedad, años de servicios, preparación académica, experiencia o pasos por mérito concedidos bajo el plan anterior que posea el incumbente de un puesto no son considerados al momento de clasificar un puesto o asignar una clase a una escala retributiva.

A tenor con las recomendaciones del Comité Revisor se ha determinado que su solicitud de revisión no procede.

De usted no estar de acuerdo con la misma, tiene el derecho de radicar una apelación ante la Junta de Apelaciones del Sistema de Administración de Personal (JASAP), al Apartado 4840 Old San Juan, San Juan, Puerto Rico 00902; dentro de treinta (30) días a partir del recibo de esta comunicación.

**CARMEN RODRIGUEZ RIVERA**
**Secretaria**

CRR/mmm