**U.S. POSTAGE PAID**
FCM LETTER
MERCEDITA, PR
00715
FEB 25, 20
AMOUNT
**$0.85**
R2305M144696-03

1000    00918

Secretaria (Clerk's Office)
Tribunal Districto Estados Unidos
Room 150 Federal Bldg.
San Juan, PR 00918-8767

Urb. Villa del Carmen
2552 Calle Tenerife
Ponce, PR 00716-2231

RECEIVED & FILED
2020 FEB 25 PM 1:28
SAN JUAN, P.R.