Secretaria (Clerk Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

RECEIVED & FILED
2020 FEB 26 PM 4:28
U.S. DISTRICT COURT
SAN JUAN, P.R.

Re:
Reclamar objeción global establecida por el Tribunal el 12 de diciembre 2019

Número caso: 17BK3283cts
Número de reclamación: 61744
Número de seguro social xxx xx 2323
Fecha de presentación 6/7/2018
Deudor: Commonwealth of Puerto Rico
Monto de la reclamación: 7,000

Secretaria del Tribunal:

En relación con mi reclamo el tribunal no debe declarar a lugar a la objeción global a base de Derechos y Hechos a la cual yo me opongo a dicha objeción global de la Ley Promesa.

Las evidencias y mis reclamos y derechos a la Ley Promesa demandadas a los acreedores no puede sustentarlos en el momento requerido debido a la situación por la cual se está pasando en Puerto Rico, una crisis por sismos, y mi propia situación emocional por éstos.

Incluyo información personal. Comencé a trabajar como maestra de escuela elemental en los años 1967-68 hasta julio 2,000 cuando me acogí al Sistema de Retiro.

Espero esta información sirva al comité de acreedores y la Junta de Supervición a que tengo derecho por ley al monto de reclamación que radiqué en junio 2018 por título III Ley Promesa

Romerazo – Ley 89

Respetuosamente

Milagro Cabrera Avilés

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

Reclamante:
Milagros Cabrera Avilés
Numero de procedimiento
17 BK 3283 LTS
Número de reclamación: 61744
Seg. Social: xxx xx 2323

Secretaria (Clerk's Office)

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicios desde agosto 1967 hasta julio 2,000 como maestra de escuela elemental en el Depto. Educación del Estado Libre Asociado de Puerto Rico.

Romerazo —
Cantidad aproximada 7,000

Muy agradecida por su atención a ésta.
Atentamente
Milagros Cabrera Avilés

Adjuntos:
1. Certificación expedida feb 2020 - Junta de Retiro
2. Certificado Vitalicio
3. Inf renta anual vitalicio
4. Copia enviada por la Junta