IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Cabrera Aviles, Milagros | 61744 | 6/7/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Cabrera Aviles, Milagros | 61744 | 6/7/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).



## GOBIERNO DE PUERTO RICO
Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. MILAGROS CABRERA AVÍLES**, con número de seguro social que termina en **2323**.

| | |
|---|---:|
| Fecha de Efectividad de la Pensión | 29 de julio de 2000 |
| Tiempo Cotizado para la Pensión | 31 años, 1 mes, 1 semana |
| Pensión Mensual Inicial | $ 800.00 |
| Pensión Mensual Actual | $1,265.92 |

Esta certificación se expide hoy, **19 de febrero de 2020** en **San Juan, Puerto Rico.**

*Cynthia Sanjurjo*

**Cynthia Sanjurjo Santos**
**Supervisora**
**Centro de Llamadas SRM**

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879



Sistema de Retiro para Maestros
Gobierno de Puerto Rico

☏ 787.777.1414   📠 787.764.6910   www.srm.pr.gov

Modelo SC-1515 (IRM)
14-mayo-71
Manual de Contabilidad

1018

ESTADO LIBRE ASOCIADO DE PUERTO RICO

# JUNTA DE RETIRO PARA MAESTROS

## INFORME RENTA ANUAL VITALICIA

| Nombre | Núm. Reclamación | Sexo |
|---|---|---|
| Milagros Cabrera Avilés | 32340 | F |

Tipo de Renta:
a— Años de Servicio y Edad
　　Opcional ( )
　　Obligatorio ( )
b— Edad ( )
c— Incapacidad
　　Ocupacional ( )
　　No Ocupacional ( )
d— Diferida ( )*

Fecha de Nacimiento: 1946 abril 01
Fecha de Retiro: 2000 julio 28

| Edad al Retirarse | | | Servicios Acreditados | | | | Costo Anualidad | Fecha de Efectividad |
|---|---|---|---|---|---|---|---|---|
| 54 Años | 3 Meses | 28 Días | 31 Años | 1 Meses | 1 Sem. | 3½ Días | $ 29,461.52 | 2000 julio 29 |

Retiro Ley Núm. 44 de 2000

Oficina de Finanzas
Documentos Preintervenidos
Fecha _____
Iniciales _____

Cómputo de la Renta Anual: tres
a— Sueldo promedio mensual más alto durante /cinco/ años consecutivos a $ 1,591.00 　　　　1,034.15
X 　.65% X 　30 años
(Por ciento) 　(Tiempo Acreditado)

* En caso de renta anual diferida, ésta comenzará al cumplir la edad de _____
( ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años de edad.
( ) o a opción en fecha posterior si al retirarse tiene 10 y menos de 25 años de servicios y menos de 60 años de edad.

b— Ajuste para llegar al Mínimo Establecido por Ley #44

| Años de Servicio | Edad | Incapacidad Física | Diferido | |
|---|---|---|---|---|
| $ 159.10 | $ | $ | $ | 159.10 |

Diferencia Mínimo o Renta Sistema Retiro
Renta Mensual Vitalicia 　　　　　　1,193.25
Renta Anual Vitalicia 　　　　　　　14,319.00

Computado: B. Ledoux 　10-1-01
Brendally Ledoux 　Fecha

Cotejado: Carlos J. Serrano 　10/1/01 Fecha

Recomendado: Gloria E. Navas Pérez 　11-1-01
Directora Area Servicios de Retiro 　Fecha

Aprobado: Irma A. Giménez López 　12-1-01
Secretaria Ejecutiva 　Fecha

# CERTIFICADO VITALICIO



**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**DEPARTAMENTO DE INSTRUCCIÓN PÚBLICA**
SAN JUAN DE PUERTO RICO

## LA SECRETARIA DE INSTRUCCIÓN PÚBLICA

POR LA PRESENTE CONFIERE A:

MILAGROS CABRERA AVILES

EL PRESENTE CERTIFICADO DE MAESTRO QUE LO FACULTA PARA EJERCER COMO MAESTRA DE ESCUELA ELEMENTAL EN LAS ESCUELAS PÚBLICAS O PRIVADAS DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO

EXPEDIDO DESDE 10 de junio DE 19 86.

DADO EN SAN JUAN DE PUERTO RICO EL 12 de junio DE 19 86.

_____
SECRETARIA DE INSTRUCCIÓN PÚBLICA

Número 1039