Milagros Cabrera Avilés
2526 Calle Rubí
Urb. Lago Horizonte
Coto Laurel, P.R 00780




U.S. POSTAGE PAID
FCM LETTER
COTO LAUREL, PR
00780
FEB 25, 20
AMOUNT
$7.10
R2305K134126-02



CERTIFIED MAIL®

7019 0700 0002 2552 6057



RETURN RECEIPT REQUESTED

Secretaria (Clerk's Office
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767