TRIBUNAL DE DISTRITO DE ESTADOS UNIDOS DE PUERTO RICO

In re Commonwealth of Puerto Rico, Case No. 17 BK 3283-LTS

MARÍA ISABEL BOCACHICA COLÓN
BO VACAS SECTOR VISTA ALEGRE
HC-1 BOX 7544
VILLLABA, P.R. 00766
(787)-207-6247
(939)-281-9843
nani.lopez@hotmail.com

PROMESA
Título III
Núm. 17 BK 3283-LTS
No. De Reclamación **85980**
6/22/2018

RÉPLICA A LA CENTÉSIMA CUARTA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO COMO EMPLEADO PÚBLICO DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO EN RECLAMO DEL AUMENTO SALARIAL DE LA LEY 89 DE 1979 (ROMERAZO), A PARTIR DEL 1979 HASTA EL 1989. A LA CUAL NUNCA ME PAGARON Y ESTOY RECLAMANDO POR DERECHO. YA QUE FUI EMPLEADO PÚBLICO DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO DESDE __AGOSTO DE 1971 HASTA EL 31 DE JULIO DE 2003, FECHA DE MI ÚLTIMA COTIZACIÓN.

En junio de 2018, se sometió el Formulario Oficial 410 Modificado reclamando salarios impagos en mi empleo, como empleado público del Gobierno del Estado Libre Asociado de Puerto Rico y que no fueron pagados.

*María I. Bocachica Colón*

MARÍA ISABEL BOCACHICA COLÓN