FORM. 499 Rev. 2000

**DEPARTAMENTO DE EDUCACIÓN**
Secretaría Auxiliar de Recursos Humanos

## Informe de Cambio - Personal Docente

Pagarle _____ días por vacaciones regulares

Descontarle _____ días por ausencias

| | ANTES DEL CAMBIO | DESPUÉS DEL CAMBIO |
|---|---|---|
| 1. Nombre del Empleado | María I. Bocachica Colón | |
| 2. Número de Seguro Social | | |
| 3. Lugar y Fecha de Nacimiento | | |
| 4. Sexo | F | |
| 5. Estado Civil | C | |
| 6. Preparación Académica | | |
| 7. Experiencia | 32 | |
| 8. Status Empleado (Contrato) | Permanente | |
| 9. Sueldo Bruto | | |
| 10. Número del Puesto | R28687 | |
| 11. Categoría del Puesto | Elem | |
| 12. Nivel del Puesto (Directivo) | | |
| 13. Fondo | Estatal | |
| 14. Cifra de Cuenta | | |
| 15. Fecha de Efectividad | 31 de julio 2003 | |
| 16. Acción y Duración | | |
| 17. Causa del Cese | Retiro | |
| 18. Último día de Trabajo | | |
| 19. Último día de Pago | 31 de julio 2003 | |
| 20. Programa Escolar, nivel y grado | Elem. | |
| 21. Turno en Registro | | |
| 22. Distrito Escolar | Villalba | |
| 23. Escuela | Emilia Bonilla | |

| 24. Dirección Postal y Residencial | 25. Teléfono Residencial | 26. En caso de otorgación de *status* probatorio o permanente |
|---|---|---|
| | | Deseo: _____ Afiliarme _____ No afiliarme a la organización sindical que representa a la unidad apropiada a la cual pertenece el puesto (Ley Numero 45 de 25 de febrero de 1998). |
| | | _____ _____ |
| | | Firma del empleado          Fecha |

27. Observaciones:

| 28. En caso de cambio de *status* a probatorio o permanente, traslado, reasignación permanente, reubicación o descanso. | 29. Deseo: _____ Acogerme _____ No Acogerme |
|---|---|
| | Al descuento del 3% de mi sueldo mensual para el Fondo de Ahorro y Préstamo de la Asociación de Empleados del ELA de Puerto Rico en caso de cambio de contrato a probatorio o permanente. |
| _____ _____ | _____ _____ |
| Firma del empleado          Fecha | Firma del empleado          Fecha |
| 30. Recomendado [signature] | 31. Recomendado |
| _____ _____ | _____ _____ |
| Director de Escuela          Fecha | Director de Escuela          Fecha |

32. Aprobado: Por el Secretario de Educación o su Representante

_____ _____
Firma                          Fecha

Si el nombramiento es con *status* transitorio provisional el mismo constituye un **CERTIFICADO PROVISIONAL DE MAESTRO**.

 Junta de Retiro para Maestros

## CERTIFICACIÓN AÑOS DE SERVICIO Y EDAD

3 de marzo de 2003

Sección de Nombramientos y Cambios
Departamento de Educación

Atención: Sra. Matilde Pedraza

**RE: MARIA I BOCACHICA COLON**
**SS:**

La profesora de referencia ha radicado una solicitud de Retiro por la:

[ ]  Ley Núm 218 de 6 de mayo de 1951

[X]  Ley Núm 45 de 27 de enero de 2000 (Enmienda Ley Núm 218)

[ ]  Ley Núm 44 de 27 de enero de 2002 (Programa de Retiro Temprano para Maestros)

[ ]  Ley Núm 358 de 2 de septiembre de 2000 (Enmienda Ley Núm 44)

Al 31 de julio de 2003, fecha en que piensa renunciar, [X] cualifica [ ] no cualifica para acogerse a la jubilación, y tiene acumulado el siguiente tiempo.

| Años | Meses | Semanas | Días | Edad |
|---|---|---|---|---|
| 31 | 11 | 3 | 4½ | 52 |

Los pagos pendientes no están considerados en esta certificación. Los mismos son por: N/A

[ ]  Reconocimiento de Tiempo

[ ]  Diferencia Transferencia de Fondos

[ ]  Reembolso de Cuotas

Cordialmente,

Irma A Giménez López, Ed.D
Secretaria Ejecutiva

| Para uso Oficial de la JRM ||||
|---|---|---|---|
| Transacción Pagada | Recibo Número | Fecha | Descuento en Nómina |
|  |  |  |  |

Firma del Representante Autorizado — Fecha

PROF. MARIA I BOCACHICA COLON
HC 1 BOX 7544
VILLALBA PR   00766

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| MARIA I BOCACHICA COLON | | 31 1296 | 319633 | 590032476 |

**DEDUCCIONES**

| ESPECIFICAS ||||| MISCELANEAS ||||||
|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS (AHORROS / SEGURO) | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
| ACUMULADO DURANTE EL AÑO NATURAL |||||| 06 | 333 70 | 61 | 12 10 | 60 | 21 75 |
| 1225 03 | | 1262 03 | | | 60 | 13 75 | 81 | 16 00 | | |
| MES CORRIENTE |||||||||||
| 109 58 | | 110 32 | 160 00 | 47 28 | | | | | | |
| 18269 00 | 0 00 | | 0 00 | 1576 00 | | 375 00 | | 824 48 | | 376 52 |
| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | | SUELDO TRIBUTABLE SEGURO SOCIAL | SJELDO BRUTO DEVENGADO | | ADELANTO SUELDO 1ER QUINCENA | | TOTAL DEDUCCIONES | | PAGA NETA |
| ACUMULADO DURANTE EL AÑO NATURAL |||||| MES CORRIENTE |||||

VEASE CLAVES AL DORSO

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 12/16/2019 |
| Hasta: | 12/31/2019 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | 5306083 |
| Fecha Aviso: | 12/30/2019 |

**MARIA I. BOCACHICA COLON**
HC 1 BOX 7544
VILLALBA PR 00766-9858

SS: XXX-XX-1083

| | |
|---|---|
| # Empleado: | XXXXX1083 |
| Dept: | 592130-PENSIONADOS LEY 45 |
| Lugar: | PENSIONADOS LEY 45 |
| Titulo: | Pensionado |
| Sueldo: | $1,406.93 Monthly |

| | Federal | PR |
|---|---|---|
| DATA IMP: | | |
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | 8.658031 | 81.25 | 703.47 | 1,950.00 | 16,883.28 |
| Bono Navidad Pensionados | | | 0.00 | | 200.00 |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 |
| Total: | | 81.25 | 703.47 | 1,950.00 | 17,183.28 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 0.00 | 958.32 |
| Total: | 0.00 | 958.32 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-MCS Advantage | 0.00 | 300.00 |

* Tributable

### TOTAL BRUTO

| | |
|---|---|
| Corriente: | 703.47 |
| Acumulado: | 17,183.28 |

### TOTAL IMPUESTOS

| | |
|---|---|
| | 0.00 |
| | 0.00 |

### DEDUCCIONES TOTALES

| | |
|---|---|
| | 0.00 |
| | 958.32 |

### PAGA NETA

| | |
|---|---|
| | 703.47 |
| | 16,224.96 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5306083 | 703.47 |
| Total: | 703.47 |

**MENSAJE:**

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
12/30/2019

Aviso No.
5306083

Cant. Deposito: $703.47

TRAY 120 SQ 27217*****************SCH 5-DIGIT 00751     27217 2 AV 0.383
MARIA I. BOCACHICA COLON
HC 1 BOX 7544
VILLALBA PR 00766-9858

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | 8921 | $703.47 |
| Total: | | $703.47 |

## NO-NEGOCIABLE