Maria I. Bocachica Colón
B. Vacas Sec. Vista Alegre
HC-1 Box 7544
Villalba, P.R. 00766




U.S. POSTAGE PAID
FCM LG ENV
VILLALBA, PR
00766
FEB 25, 20
AMOUNT
$1.20
R2303S101580-06

1000   00918

Secretaria (Clerk's Office)
Tribunal de Distrito de los E.U.
Room 150 Federal Building
San Juan (Puerto Rico)
00918-1767

SAN JUAN, P.R.
U.S. DISTRICT COURT
CLERK'S OFFICE
2020 FEB 26 PM 4: 28
RECEIVED & FILED