## DEPARTAMENTO DE EDUCACIÓN

Estado Libre Asociado de Puerto Rico
Secretaría Auxiliar de Recursos Humanos
Informe de Cambios - Personal Docente

| Cambio | Antes del Cambio | Después del Cambio |
|---|---|---|
| 1. Nombre del Empleado | MARITZA BOCACHICA COLON | |
| 2. Seguro Social | | |
| 3. Lugar y Fecha de Nacimiento | VILLALBA 02/14/1954 | |
| 4. Sexo | F | |
| 5. Estado Civil | C | |
| 6. Preparación Académica | BA | |
| 7. Experiencia | 30 | |
| 8. Status | PERM | |
| 9. Sueldo Bruto | $2,705.00 | |
| 10. Número de Puesto | R28718 | |
| 11. Categoría de Puesto | ELEMENTAL K-3 | |
| 12. Nivel de Puesto Directivo | | |
| 13. Fondo | E | |
| 14. Cifra de Cuenta | E1120-221-0810000-0000-01F00-2009-Schoolwide | |
| 15. Fecha de Efectividad | 8 ENERO 2009 | |
| 16. Acción y Duración | RETIRO POR EDAD Y AÑOS DE SERVICIOS | |
| 17. Causa de Cese | | |
| 18. Ultimo Día de Trabajo | 19 DICIEMBRE 2008 | |
| 19. Ultimo Día de Pago | | |
| 20. Programa Escolar, nivel y grado | | |
| 21. Turno en Registro | | |
| 22. Distrito Escolar | VILLALBA | |
| 23. Escuela | WALTER MCK JONES | |
| 24. Dirección Postal y Residencial | | 25. Teléfono Residencia 787-847-7503 |

DIRECCION POSTAL:- HC-01 BOX 4087 - VILLALBA,P.R. 00766

26. Observaciones

Vo. Bo. Director Regional

27. En caso de cambio de "status" a probatorio o permanente, traslado, reasignacion permanente, reubicacion o descenso.

29. Deseo: ___Acogerme ___No Acogerme
Al descuento del 3% de mi sueldo mensual para el Fondo de Ahorro y Préstamo de la Asociación de Empleados del ELA de Puerto Rico en caso de cambio de contrato a probatoriao o permanente.

Firma del Empleado  Fecha

Firma del Empleado  Fecha

28. Recomendado

30. Recomendado

Director de Escuela  Fecha

Director de Escuela  Fecha

31. Aprobado: Por el Secretario o su Representante

Firma  Fecha

Preparado por y Fecha:

Si el nombramiento es con estatus transitorio provisional el mismo constituye un CERTIFICADO PROVISIONAL DE MAESTRO.

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Grupo de Pago: SM -Quincenal
Desde: 12/16/2019
Hasta: 12/31/2019

Business Unit: PUERT
Aviso #: 5314121
Fecha Aviso: 12/30/2019

**MARITZA BOCACHICA COLON**
HC 1 BOX 4087
VILLALBA PR 00766-9855

SS: XXX-XX-7789

# Empleado: XXXXX7789
Dept: 592160-ANOS SERVICIO LEY91 2004
Lugar: A/OS SERVICIO LEY 91
Titulo: Pensionado
Sueldo: $1,885.13 Monthly

DATA IMP: Federal / PR
Estado Civil: Married / Married
Concesiones: 0 / 39 +99
Pct. Adcl.:
Cant. Adcl.:

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 942.57 | 1,957.50 | 22,621.68 |
| Bono Navidad Pensionados | | | 0.00 | | 200.00 |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 |
| Total: | | | 942.57 | 1,957.50 | 22,921.68 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 53.48 | 1,283.52 |
| SC-AMER FAM LIFE ASS CO | 9.85 | 236.40 |
| AE-Seguro por Muerte Asoc ELA | 3.25 | 78.00 |
| SM-First Medical Health Plan | 0.00 | 309.00 |
| Total: | 66.58 | 1,906.92 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-MMM LEY 117 | 100.00 | 800.00 |
| SM-First Medical Health Plan | 0.00 | 100.00 |

* Tributable

## TOTAL BRUTO

| | Corriente | Acumulado |
|---|---|---|
| | 942.57 | 22,921.68 |

## TOTAL IMPUESTOS
0.00
0.00

## DEDUCCIONES TOTALES
66.58
1,906.92

## PAGA NETA
875.99
21,014.76

## PTO HORAS ACUM
Balance Inicial: 0.0
+ Acumulado:
- Utilizado:
- Donada:
+ Ajustes:
Balance Final: 0.0

## DISTRIBUCION PAGA NETA
Aviso #5314121    875.99
Total:    875.99

MENSAJE:

---

Gobierno de Puerto Rico
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha 12/30/2019

Aviso No. 5314121

Cant. Deposito: $875.99

TRAY 120 SQ 27211*****************SCH 5-DIGIT 00751    27211 2 AV 0.383
MARITZA BOCACHICA COLON
HC 1 BOX 4087
VILLALBA PR 00766-9855

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | 9952 | $875.99 |
| Total: | | $875.99 |

NO-NEGOCIABLE

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 04/16/2017 |
| Hasta: | 04/30/2017 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | 7582558 |
| Fecha Aviso: | 04/28/2017 |

**MARITZA BOCACHICA COLON**
HC 1 BOX 4087
VILLALBA PR 00766-9855

SS: XXX-XX-7789

| | |
|---|---|
| # Empleado: | XXXXX7789 |
| Dept: | 592160-ANOS SERVICIO LEY91 2004 |
| Lugar: | A/OS SERVICIO LEY 91 |
| Titulo: | Pensionado |
| Sueldo: | $1,885.13 Monthly |

| | Federal | PR |
|---|---|---|
| DATA IMP: | | |
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 942.57 | 637.50 | 7,540.56 |
| Total: | | | 942.57 | 637.50 | 7,540.56 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 53.48 | 427.84 |
| SM-First Medical Health Plan | 44.50 | 356.00 |
| SC-AMER FAM LIFE ASS CO | 9.85 | 78.80 |
| AE-Seguro por Muerte Asoc ELA | 3.25 | 26.00 |
| Total: | 111.08 | 888.64 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 100.00 | 400.00 |

* Tributable

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|
| Corriente: | 942.57 | 0.00 | 111.08 | 831.49 |
| Acumulado: | 7,540.56 | 0.00 | 888.64 | 6,651.92 |

### PTO HORAS

| | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #7582558 | 831.49 |
| Total: | 831.49 |

**MENSAJE:**

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
04/28/2017

Aviso No.
7582558

Cant. Deposito: $831.49



TRAY 103 SQ 25676***************SCH 5-DIGIT 00751   25676 2 AV 0.373
MARITZA BOCACHICA COLON
HC 1 BOX 4087
VILLALBA PR 00766-9855

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | 9952 | $831.49 |
| Total: | | $831.49 |

**NO-NEGOCIABLE**

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Periodo de Pago Desde: | 04/01/2017 |
| Hasta: | 04/15/2017 |

Business: PUERT
Aviso #: 7318017
Fecha Aviso: 04/13/2017

**MARITZA BOCACHICA COLON**
HC 1 BOX 4087
VILLALBA PR 00766-9855

SS: XXX-XX-7789

| | |
|---|---|
| # Empleado: | XXXXX7789 |
| Dept: | 592160-ANOS SERVICIO LEY91 2004 |
| Lugar: | A/OS SERVICIO LEY 91 |
| Titulo: | Pensionado |
| Sueldo: | $1,885.13 Monthly |

| | Federal | PR |
|---|---|---|
| DATA IMP: | | |
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 942.57 | 562.50 | 6,597.99 |
| **Total:** | | | 942.57 | 562.50 | 6,597.99 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 53.48 | 374.36 |
| SM-First Medical Health Plan | 44.50 | 311.50 |
| SC-AMER FAM LIFE ASS CO | 9.85 | 68.95 |
| AE-Seguro por Muerte Asoc ELA | 3.25 | 22.75 |
| **Total:** | 111.08 | 777.56 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 0.00 | 300.00 |

\* Tributable

## TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 942.57 | 0.00 | 111.08 | 831.49 |
| Acumulado: | 6,597.99 | 0.00 | 777.56 | 5,820.43 |

## PTO HORAS       ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #7318017 | 831.49 |
| **Total:** | 831.49 |

**MENSAJE:**

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
04/13/2017

Aviso No.
7318017

Cant. Deposito:   $831.49

TRAY 103 SQ 25676*****************SCH 5-DIGIT 00751    25676 2 AV 0.373
MARITZA BOCACHICA COLON
HC 1 BOX 4087
VILLALBA PR 00766-9855

## DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | 9952 | $831.49 |
| **Total:** | | $831.49 |

## NO-NEGOCIABLE