Maritza Bocachica Colón
Com. Nuevo Pino Calle A #23
Hc-01 Box 4087
Villalba, P.R. 00766



Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767