TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS DE PUERTO RICO

IN RE COMMONWEALTH OF PUERTO RICO, CASE NO. 17BK 3283-LTS

MARITZA BOCACHICA COLÓN
COMUNIDAD NUEVO PINO
CALLE A # 23
HC-01 BOX 4087
VILLALBA, P.R. 00766
(787)-901-2879

PROMESA
TÍTULO III
NUM.17 BK 3283-LTS
NO. DE RECLAMACIÓN **101887**
6/27/2018

RÉPLICA A LA CENTÉSIMA CUARTA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO COMO EMPLEADO DEL PÚBLICO DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO EN RECLAMO DEL AUMENTO SALARIAL EN PASOS DESDE EL 1 DE JULIO DE 2001 HASTA EL 31 DE DICIEMBRE DE 2008. A LA CUAL NUNCA ME PAGARON Y ESTOY RECLAMANDO POR DERECHO. YA QUE FUI EMPLEADO PÚBLICO DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO DESDE AGOSTO DE 1978 HASTA EL 31 DE DICIEMBRE DE 2008. FECHA DE MI ÚLTIMA COTIZACION RECIBIDA.

En junio de 2018 se sometió el formulario oficial 410 modificado reclamando salarios impagos en mi empleo, como empleado público del gobierno del Estado Libre Asociado de Puerto Rico y que no fueron pagados.

*Maritza Bocachica Colón*
MARITZA BOCACHICA COLÓN