Maritza Bocachica Colón
Com. Nuevo Pino Calle A #23
Hc-01 Box 4087
Villalba, P.R. 00766

RECEIVED & FILED
2020 FEB 26 PM 4:28
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.




U.S. POSTAGE PAID
FCM LG ENV
VILLALBA, PR
00766
FEB 25, 20
AMOUNT
$1.20
R2303S101580-06

1000   00918

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767