RECEIVED & FILED
2020 FEB 26 PM 4: 27

PROMESA
Title III
No. 17 BK 03283-LTS
No. 17 BK 03566-LTS
San Juan, PR

A quién pueda interesar:

Respetuosamente solicito consideren mi caso. Debido a causas de salud no pude enviar la información antes.

Atentamente,

*[signature]*

Iris Llanos Llanos

24 de enero de 2020

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   As representative of

THE COMMONWEALTH OF PUERTO RICO, et al.,

   Debtors.

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

**This filing relates to the Commonwealth, HTA, and ERS**

El motivo para unirme a la Objeción Global es, que el gobierno de Puerto Rico utilizo mis aportaciones al Sistema de Retiro sin mediar una autorización o solicitud formal. Ese dinero fue utilizado para el pago a Acreedores del Gobierno de Puerto Rico.

Solicitamos muy respetuosamente a este Tribunal que este dinero sea devuelto.

Iris Llanos Llanos
Urb. Villa Carolina
Calle 601 Blq. 222
Casa #1
Carolina PR. 00985
Telefono. 787-762-7112
         406-6070

Email