

**PRESS FIRMLY TO SEAL**    **PRESS FIRMLY TO SEAL**

U.S. POSTAGE PAID
PM 1-Day
TRUJILLO ALTO, PR
00976
FEB 25, 20
AMOUNT
$7.75
1005   00918   R2304M113146-06

**UNITED STATES POSTAL SERVICE**

**PRIORITY MAIL**

- Date of delivery specified*
- USPS TRACKING™ included to many major international destinations.
- Limited international insurance.
- Pick up available.*
- Order supplies online.*
- When used internationally, a customs declaration label may be required.

* Domestic only

EP14F Oct 2018

EXPECTED DELIVERY DAY: 02/26/20
USPS TRACKING® NUMBER
9505 5106 8823 0056 4045 00

**PRIORITY MAIL**
**UNITED STATES POSTAL SERVICE**
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:
Iris Llanos d Llanos
Urb. Villa Carolina
Calle 601 Blq. 222
casa #1
Carolina P.R. 00985

TO: A/A Hon. Laura Taylor Swain
Secretaria de distritos de los E.U.
(clerk's office) para distrito P.R.
50 Carlos Chardon street, federal
Building San Juan P.R 0918-1767.

Label 228, March 2016    FOR DOMESTIC AND INTERNATIONAL USE

2020 FEB 26 PM 4:28