# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| IN RE: <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of THE COMMONWEALTH OF PUERTO RICO, et al. <br><br> Debtors.[1] | PROMESA <br> Title III <br><br><br><br><br> Case No. 17 BK 3283-LTS <br> (Jointly Administered) |
|---|---|

### MOTION TO INFORM APPEARANCE OF BACARDI INTERNATIONAL LIMITED AND BACARDI CORPORATION AT OMNIBUS HEARING SCHEDULED FOR MARCH 4-5, 2020

**TO THE HONORABLE COURT:**

**COME NOW, COME NOW**, Bacardi International Limited ("BIL") and Bacardi Corporation (together with BIL "Bacardi"), by and through the undersigned counsel, hereby submit this motion to inform in compliance with this Honorable Court's *Order Regarding Procedures for Attendance, Participation and Observation of march 4-5, 2020 Omnibus Hearing* [Dkt. No. 11729] (the "Hearing Procedures Order"), and respectfully state as follows:

1. Dianne Coffino, of Covington & Burling LLP, will appear in person on behalf of Bacardi at the Hearing (as defined in the Hearing Procedures Order) on March 4-5, 2020 in

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747). and (vi) Puerto Rico Building Authority ("PBA") Bankruptcy Case No.: 19-BK-5523 (LTS) (Last Four Digits of Federal Tax ID: 3801).

NY: 1232656-1

Courtroom 17C at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

2. Ms. Coffino may present argument related to the *Urgent Motion of Ambac Assurance Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and Financial Guaranty Insurance Company to Compel Production of Documents Relating to the Preliminary Hearing on the CCDA and PRIFA Lift-Stay Motions* (Docket No. 11687) and any other related response or pleading thereafter submitted.

3. Ms. Coffino, on behalf of Bacardi, also reserves the right to respond, as necessary, to any statements made at the Hearing or otherwise by any party in connection with the above-captioned Title III cases.

4. Carmen D. Conde Torres, Esq. and Luisa S. Valle Castro, Esq. will attend the Hearing and be seated in the San Juan courtroom.

**WHEREFORE**, for the foregoing reasons, Bacardi respectfully requests that this Honorable Court take notice of its compliance with the Hearing Procedures Order.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 27th day of February 2020.

**WE HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the parties appearing in said system including the US Trustee and to all those parties registered to receive notice within the electronic notification service.

*/s/Carmen D. Conde Torres*
Carmen D. Conde Torres, Esq.
USDC 207312

*/s/Luisa S. Valle Castro*
Luisa S. Valle Castro, Esq.
USDC No. 215611

**C. CONDE & ASSOC.**
254 San José Street, 5th Floor
Old San Juan, Puerto Rico 00901
Telephone: 787-729-2900;
Facsimile: 787-729-2203
E-mail:condecarmen@condelaw.com

*Counsel for Bacardi*

*/s/ Dianne Coffino*
Dianne Coffino, Esq.
(admitted *pro hac vice*)

**COVINGTON & BURLING LLP**

620 Eighth Avenue
New York, NY 10018
Telephone: (212) 841-1023
Email: dcoffino@cov.com

*Counsel for Bacardi*

3