# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | Case No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | (Jointly Administered) |
| Debtors.[1] | |

---------------------------------------------------------------x

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Nuno Cardoso, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, notice, and claims agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On February 24, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on Meryl Hoffmann (MMLID: 1536212), Dennis Grossman, Attorney at Law, 14 Bond Street #600, Great Neck, NY 11021:

- Sixty-Third Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to COFINA Bondholder Claims [Docket No. 8292]

On February 24, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail on Carlos Alsina Batista Law Offices, P.S.C. (MMLID: 1260550), Attn: Carlos C Alsina Batista, 638 Aldebaran St., #201, San Juan, PR 00920:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

- Supplemental Objection of Financial Oversight and Management Board to Proof of Claim Against the Commonwealth by the Bank of New York Mellon, as Fiscal Agent (Claim No. 16775) [Docket No. 9700]

- Objection of Financial Oversight and Management Board to Proof of Claim Against ERS by the Bank of New York Mellon, as Fiscal Agent (Claim No. 16777) [Docket No. 9701, Case No. 17 BK 3283; Docket No. 757, Case No. 17 BK 3566]

- One Hundred and Fifty-First Omnibus Objection of Financial Oversight and Management Board to Proofs of Claim Against the Commonwealth by the Andalusian Claimants [Docket No. 9702]

- One Hundred and Fifty-Second Omnibus Objection of Financial Oversight and Management Board to Proofs of Claim Against ERS by the Andalusian Claimants [Docket No. 9703, Case No. 17 BK 3283; Docket No. 758, Case No. 17 BK 3566]

- One Hundred and Fifty-Third Omnibus Objection of Financial Oversight and Management Board to Proofs of Claim Against the Commonwealth by the Puerto Rico Funds Claimants [Docket No. 9704]

- One Hundred and Fifty-Fourth Omnibus Objection of Financial Oversight and Management Board to Proofs of Claim Against ERS by the Puerto Rico Funds Claimants [Docket No. 9705, Case No. 17 BK 3283; Docket No. 759, Case No. 17-03566]

On February 24, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail on Law Offices of Andres W. Lopez P.S.C. (MMLID: 1260634), Attn: Andres W. Lopez, Esq., 207 Del Parque St., 3rd Fl., San Juan, PR 00912:

- Second Notice of (A) Adjournment as to Certain Claims and (B) Submission of Amended Schedule for the Seventy-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico [Docket No. 9759]

- Second Notice of (A) Adjournment as to Certain Claims and (B) Submission of Amended Schedule for the Seventy-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico [Docket No. 9760]

- Second Notice of (A) Adjournment as to Certain Claims and (B) Submission of Amended Schedule for the Eightieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico [Docket No. 9761]

- Second Notice of (A) Adjournment as to Certain Claims and (B) Submission of Amended Schedule for the Eighty-First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico [Docket No. 9762]

- Second Notice of (A) Adjournment as to Certain Claims and (B) Submission of Amended Schedule for the Eighty-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico [Docket No. 9764]

- Second Notice of (A) Adjournment as to Certain Claims and (B) Submission of Amended Schedule for the Eighty-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico [Docket No. 9765]

- Second Notice of (A) Adjournment as to Certain Claims and (B) Submission of Amended Schedule for the Eighty-Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico [Docket No. 9766]

- Second Notice of (A) Adjournment as to Certain Claims and (B) Submission of Amended Schedule for the Eighty-Sixth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico [Docket No. 9767]

- Second Notice of (A) Adjournment as to Certain Claims and (B) Submission of Amended Schedule for the Eighty-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico [Docket No. 9768]

- Second Notice of (A) Adjournment as to Certain Claims and (B) Submission of Amended Schedule for the Eighty-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico [Docket No. 9769]

- Second Notice of (A) Adjournment as to Certain Claims and (B) Submission of Amended Schedule for the Eighty-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico [Docket No. 9770]

- Second Notice of (A) Adjournment as to Certain Claims and (B) Submission of Amended Schedule for the Ninetieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico [Docket No. 9771]

- Second Notice of (A) Adjournment as to Certain Claims and (B) Submission of Amended Schedule for the Ninety-First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and Employees Retirement System of the Government of the Commonwealth of Puerto Rico [Docket No. 9772]

- Second Notice of (A) Adjournment as to Certain Claims and (B) Submission of Amended Schedule for the Ninety-Second Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and Employees Retirement System of the Government of the Commonwealth of Puerto Rico [Docket No. 9773]

- Second Notice of (A) Adjournment as to Certain Claims and (B) Submission of Amended Schedule for the Ninety-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and Employees Retirement System of the Government of the Commonwealth of Puerto Rico [Docket No. 9774]

- Second Notice of (A) Adjournment as to Certain Claims and (B) Submission of Amended Schedule for the Ninety-Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico [Docket No. 9775]

- Corrected Notice of (A) Adjournment as to Certain Claims and (B) Submission of Amended Schedule for the Eighty-Second Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico [Docket No. 9777]

- Second Notice of (A) Adjournment as to Certain Claims and (B) Submission of Amended Schedule for the Ninety-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Related Document: 9481) [Docket No. 9778]

Dated: February 27, 2020

_____
Nuno Cardoso

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on February 27, 2020, by Nuno Cardoso, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

MARK M BROWN
NOTARY PUBLIC-STATE OF NEW YORK
No. 02BR6305738
Qualified in New York County
My Commission Expires June 09, 2018/22

5

SRF 39696