# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered)<br><br>**Re: ECF Nos. 11686, 11687** |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO HIGHWAYS & TRANSPORTATION AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3567-LTS<br><br>**Re: ECF No. 704** |

**ORDER ON URGENT MOTION OF GOVERNMENT PARTIES TO FILE OMNIBUS OPPOSITION TO MOTIONS TO COMPEL PRODUCTION OF DOCUMENTS CONCERNING PRELIMINARY HEARINGS ON CCDA, PRIFA, AND HTA LIFT-STAY MOTIONS [ECF NOS. 11686, 11687] AND REQUEST FOR EXCESS PAGES**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Upon consideration of the *Urgent Motion of Government Parties to File Omnibus Opposition to Motions to Compel Production of Documents Concerning Preliminary Hearings on CCDA, PRIFA, and HTA Lift-Stay Motions [ECF Nos. 11686, 11687] and Request for Excess Pages* (the "Urgent Motion") filed by the Government Parties;[2] and it appearing that (*i*) the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331 and 48 U.S.C. § 2166(a), (*ii*) the venue of this proceeding and the Urgent Motion is proper under 28 U.S.C. § 1391(b) and 48 U.S.C. § 2167(a), (*iii*) the notice of the Urgent Motion was adequate and proper under the circumstances, and no further or other relief need be given; and after due deliberation and sufficient cause appearing;

IT IS hereby ORDERED that the Urgent Motion is GRANTED as set forth herein:

1. The Government Parties may file a single omnibus opposition responding to the Motions to Compel.

2. The omnibus opposition may be of a length not exceeding 30 pages.

Dated: _____, 2020

_____
UNITED STATES MAGISTRATE JUDGE

---

[2] Capitalized terms not defined have the meanings ascribed in the Urgent Motion.