**Opposition Deadline: April 13, 2020 5:00 PM AST**
**Reply Deadline: May 13, 2020 5:00 PM AST**
**Hearing Date: June 3, 2020 10:00 AM AST**

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                           Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>                           Plaintiff,<br><br>v.<br><br>AMBAC ASSURANCE CORPORATION, ASSURED GUARANTY CORPORATION, FINANCIAL GUARANTY INSURANCE COMPANY and THE BANK OF NEW YORK MELLON, as Fiscal Agent<br><br>                           Defendants. | PROMESA<br>Title III<br><br>Adv. Proc. No. 20-00004-LTS |

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801).

**NOTICE OF FILING OF MOTION OF AMBAC ASSURANCE CORPORATION, ASSURED GUARANTY CORP., FINANCIAL GUARANTY INSURANCE COMPANY, AND THE BANK OF NEW YORK MELLON TO DISMISS IN PART COMPLAINT <u>OBJECTING TO DEFENDANTS' CLAIMS REGARDING CCDA BONDS</u>**

**PLEASE TAKE NOTICE** that on February 27, 2020, Ambac Assurance Corporation ("<u>Ambac</u>"), Assured Guaranty Corp. ("<u>Assured</u>"), Financial Guaranty Insurance Company ("<u>FGIC</u>", and together with Ambac and Assured, the "<u>Monoline Insurers</u>"), and The Bank of New York Mellon, in its capacity as CCDA bondholder trustee ("<u>BNYM</u>" or the "<u>Trustee</u>", and together with Ambac, Assured, and FGIC, the "<u>Movants</u>"), filed the *Motion of Ambac Assurance Corporation, Assured Guaranty Corp., Financial Guaranty Insurance Company, and The Bank of New York Mellon to Dismiss in Part Complaint Objecting to Defendants' Claim Regarding CCDA Bonds* (the "<u>Motion</u>").

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the Motion must be in writing, must conform to the Federal Rules of Bankruptcy Procedure and the Tenth Amended Case Management Procedures (Case No. 3:17-bk-03283, ECF No. 8027-1) (the "<u>Case Management Procedures</u>"), and must be filed electronically with the Court by registered users of the Court's case filing system, in searchable portable document format. Pursuant to the *Interim Case Management Order for Revenue Bonds* (Case No. 3:17-bk-03283, ECF No. 10595) that the Court issued on January 31, 2020, oppositions to the Motion are due **April 13, 2020 at 5:00 p.m. (Atlantic Standard Time)** and replies are due **May 13, 2020 at 5:00 p.m. (Atlantic Standard Time)**.

**PLEASE TAKE FURTHER NOTICE** that the date of the hearing at which the Motion shall be considered by the Court is **June 3, 2020, at 10:00 a.m. (Atlantic Standard Time)** in connection with the June Omnibus Hearing.

- 1 -

- 2 -

**PLEASE TAKE FURTHER NOTICE** that the relief requested in the Motion may be granted by the Court without a hearing if no objection is timely filed and served in accordance with the Court's Case Management Procedures.

[*Signature pages to follow*]

Dated: February 27, 2020
San Juan, Puerto Rico

**FERRAIUOLI LLC**

By: */s/ Roberto Cámara-Fuertes*
Roberto Cámara-Fuertes (USDC-PR No. 219002)
Sonia Colón (USDC-PR No. 213809)
221 Ponce de León Avenue, 5th Floor
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: rcamara@ferraiuoli.com
scolon@ferraiuoli.com

***Attorneys for Ambac Assurance Corporation***

**MILBANK LLP**

By: */s/ Atara Miller*
Dennis F. Dunne (admitted *pro hac vice*)
Atara Miller (admitted *pro hac vice*)
Grant R. Mainland (admitted *pro hac vice*)
Jonathan Ohring (admitted *pro hac vice*)
55 Hudson Yards
New York, NY 10001
Telephone: (212) 530-5000
Facsimile: (212) 530-5219
Email: ddunne@milbank.com
amiller@milbank.com
gmainland@milbank.com
johring@milbank.com

***Attorneys for Ambac Assurance Corporation***

**REXACH & PICÓ, CSP**

By: */s/ María E. Picó*
María E. Picó
(USDC-PR No. 123214)
802 Ave. Fernández Juncos
San Juan, PR 00907-4315
Telephone: (787) 723-8520
Facsimile: (787) 724-7844
Email: mpico@rexachpico.com

***Attorneys for Financial Guaranty Insurance Company***

**BUTLER SNOW LLP**

By: */s/ Martin A. Sosland*
Martin A. Sosland (admitted *pro hac vice*)
5430 LBJ Freeway, Suite 1200
Dallas, TX 75240
Telephone: (469) 680-5502
Facsimile: (469) 680-5501
Email: martin.sosland@butlersnow.com
Jason W. Callen (admitted *pro hac vice*)
150 3rd Ave., S., Suite 1600
Nashville, TN 37201
Telephone: (615) 651-6774
Facsimile: (615) 651-6701
Email: jason.callen@butlersnow.com

***Attorneys for Financial Guaranty Insurance Company***

| | |
|---|---|
| **SEPULVADO, MALDONADO & COURET** | **REED SMITH LLP** |
| By: */s/ Albéniz Couret Fuentes*<br>Albéniz Couret Fuentes<br>(USDC-PR No. 222207)<br>304 Ponce de León Ave. Suite 990<br>San Juan, PR 00918<br>Telephone: (787) 765-5656<br>Facsimile: (787) 294-0073<br>Email: acouret@smclawpr.com<br><br>***Attorneys for The Bank of New York Mellon*** | By: */s/ Eric A. Schaffer*<br>Eric A. Schaffer (admitted *pro hac vice* forthcoming)<br>Luke A. Sizemore (admitted *pro hac vice* forthcoming)<br>Jared S. Roach (admitted *pro hac vice*)<br>225 Fifth Avenue, Suite 1200<br>Pittsburgh, PA 15222<br>Telephone: (412) 288-3131<br>Facsimile: (412) 288-3063<br>Email: eschaffer@reedsmith.com<br>  lsizemore@reedsmith.com<br>  jroach@reedsmith.com<br><br>***Attorneys for The Bank of New York Mellon*** |
| **CASELLAS ALCOVER & BURGOS P.S.C.** | **CADWALADER, WICKERSHAM & TAFT LLP** |
| By: */s/ Heriberto Burgos Pérez*<br>Heriberto Burgos Pérez<br>(USDC-PR No. 204809)<br>Ricardo F. Casellas-Sánchez<br>(USDC-PR No. 203114)<br>Diana Pérez-Seda<br>(USDC-PR No. 232014)<br>P.O. Box 364924<br>San Juan, PR 00936-4924<br>Telephone: (787) 756-1400<br>Facsimile: (787) 756-1401<br>Email: hburgos@cabprlaw.com<br>  rcasellas@cabprlaw.com<br>  dperez@cabprlaw.com<br><br>***Attorneys for Assured Guaranty Corp.*** | By: */s/ Howard R. Hawkins, Jr.*<br>Howard R. Hawkins, Jr. (admitted *pro hac vice*)<br>Mark C. Ellenberg (admitted *pro hac vice*)<br>William J. Natbony (admitted *pro hac vice*)<br>Ellen M. Halstead (admitted *pro hac vice*)<br>Thomas J. Curtin (admitted *pro hac vice*)<br>Casey J. Servais (admitted *pro hac vice*)<br>200 Liberty Street<br>New York, NY 10281<br>Telephone: (212) 504-6000<br>Facsimile: (212) 504-6666<br>Email: howard.hawkins@cwt.com<br>  mark.ellenberg@cwt.com<br>  bill.natbony@cwt.com<br>  ellen.halstead@cwt.com<br>  thomas.curtin@cwt.com<br>  casey.servais@cwt.com<br><br>***Attorneys for Assured Guaranty Corp.*** |

- 5 -

## CERTIFICATE OF SERVICE

I hereby certify that, on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all CM/ECF participants in this case.

/s/ *Roberto Cámara-Fuertes*
Roberto Cámara-Fuertes (USDC-PR No. 219002)
221 Ponce de León Avenue, 5th Floor
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: rcamara@ferraiuoli.com