## EXHIBIT E
**Claimant Response Form**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                     Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth, HTA, and ERS.** |

## CLAIMANT RESPONSE TO ONE HUNDRED FIFTY-EIGHTH OMNIBUS OBJECTION

**Instructions**

1.  You should fill out and file this response form only if your claim relates to current or former employment with the government of Puerto Rico, or if your claim relates to a pending or closed legal action.  If your claim does not arise from current or former employment with the government of Puerto Rico, or if your claim does not relate to a pending or closed legal action, your response must be filed in accordance with the procedures detailed in pages 3-4 of the Notice accompanying the One Hundred Fifty-Eighth Omnibus Objection.

2.  Please file a separate response form for each proof of claim to which the Debtors have objected. Do not file a single response form addressing more than one claim.

3.  Please answer all questions and any applicable sub-questions.

4.  Please include as much detail as possible in your responses**.**

    a.  **Your answers should provide <u>more</u> information than the initial proof of claim**.  For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "<u>Commonwealth</u>") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("<u>PBA</u>", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "<u>Debtors</u>") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim.

   b.  If available and applicable to your claim, please provide:

- Copy of a pleading, such as a Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing; and
- Any and all documentation you believe supports your claim.

5. If you do not have a copy of your claim, you may download a copy by visiting Prime Clerk's website at: https://cases.primeclerk.com/puertorico/Home-ClaimInfo.

6. You must sign your response where indicated below.  If you do not sign your response, the clerk will not accept it for filing.

7. Please file the completed form and any supporting documents as directed in the Notice accompanying the Omnibus Objection to your claim.


**Questionnaire**

1. Please provide a name, address, telephone number, and email address of either (1) the responding claimant; (2) the claimant's attorney or designated representative to whom the attorneys for the Commonwealth, HTA, or ERS should serve a reply to the response, if any; or (3) the party with authority to reconcile, settle, or otherwise resolve the Omnibus Objection on the claimant's behalf.

   □ **Name**: _____

   □ **Address**: _____

   □ **Telephone number**: _____

   □ **Email address**: _____

2. **Your Proof of Claim number**: _____

3. **The Debtors have objected to your Proof of Claim because it does not provide sufficient information for the Debtors to understand the basis for your claim.  Please check the box to which your Proof of Claim relates and explain the reason why you oppose the objection by explaining the basis for your claim.  Attach additional pages if needed.**

   □ A pending or closed legal action with or against the Puerto Rican government

   □ Current or former employment with the Government of Puerto Rico

_____

_____

2

_____

_____

**Please attach a copy of any other documentation or other evidence in support of your claim.**

4. **What is the amount of your claim (how much money do you claim to be owed):**

_____

5. **Employment.  Does your claim relate to current or former employment with the Government of Puerto Rico?**

   ☐   No.  *Please continue to Question 6.*

   ☐   Yes.  **Answer Questions 5(a)-(d).**

5(a).  Identify the specific agency or department where you were or are employed:

_____

5(b).  Identify the dates of your employment related to your claim:

_____

5(c).  Last four digits of your social security number: _____

5(d).  What is the nature of your employment claims (select all applicable):

   ☐   Pension

   ☐   Unpaid Wages

   ☐   Sick Days

   ☐   Union Grievance

   ☐   Vacation

   ☐   Other (Provide as much detail as possible.  Attach additional pages if necessary).

_____

_____

6. **Legal Action.  Does your claim relate to a pending or closed legal action?**

   ☐   No.

   ☐   Yes.  **Answer Questions 6(a)-(f).**

6(a).  Identify the department or agency that is a party to the action.

_____

6(b).  Identify the name and address of the court or agency where the action is pending:

_____

6(c).  Case number: _____

6(d).  Title, Caption, or Name of Case:

_____

6(e).  Status of the case (pending, on appeal, or concluded): _____

6(f).  Do you have an unpaid judgment? Yes  /  No  (Circle one)

   If yes, what is the date and amount of the judgment? _____

## **<u>PLEASE SIGN YOUR RESPONSE BELOW</u>**

_____

**Signature**

_____

**Printed Name**

_____

 **Date**

4

## ANEXO E
**Formulario de réplica de la demandante**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

---

*In re*:

JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN
FINANCIERA PARA PUERTO RICO,

      como representante de

ESTADO LIBRE ASOCIADO DE PUERTO RICO, *et al*.,

                    Deudores.[1]

PROMESA,
Título III

Núm. 17 BK 3283-LTS

(Administrada Conjuntamente)

**La presente radicación guarda
relación con el ELA, la ACT y el
SRE.**

---

# RÉPLICA DE LA DEMANDANTE A LA CENTÉSIMA QUINCUAGÉSIMA OCTAVA OBJECIÓN GLOBAL

**Introducciones**

1. Solo debe cumplimentar y radicar el presente formulario de réplica si su reclamo guarda relación con el empleo en la actualidad o en el pasado en el Gobierno de Puerto Rico, o si su reclamo guarda relación con una acción judicial pendiente de resolución o finalizada. Si su reclamo no surge de empleo actual o anterior en el Gobierno de Puerto Rico o si su reclamo no guarda relación con una acción judicial pendiente de resolución o finalizada, su réplica debe ser radicada de conformidad con los procedimientos detallados en las páginas 3 a 4 de la Notificación que acompaña a la Centésima quincuagésima octava objeción global.

2. Rogamos radique formularios de réplica separados por cada evidencia de reclamo a la que los Deudores se hayan opuesto. No radique un único formulario de réplica que aborde más de una evidencia de reclamo.

3. Rogamos conteste a todas las preguntas y a cada una de las subpreguntas aplicables.

4. Incluya tantos detalles como pueda en sus réplicas.

---

[1] Los Deudores en el marco de los presentes Procedimientos radicados conforme al Título III, junto con el respectivo número de procedimiento radicado conforme al Título III y los últimos cuatro (4) dígitos del número federal de contribuyente de cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (el "ELA") (núm. de procedimiento de quiebra 17 BK 3283-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (núm. de procedimiento de quiebra 17 BK 3284-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (núm. de procedimiento de quiebra 17 BK 3567-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (núm. de procedimiento de quiebra 17 BK 3566-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (núm. de procedimiento de quiebra 17 BK 4780-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP", y denominados conjuntamente con el ELA, COFINA, la ACT, el SRE y la AEE, los "Deudores") (núm. de procedimiento de quiebra 19-BK-5532-LTS) (últimos cuatro dígitos del número federal de contribuyente: 3801) (Los números de los casos en virtud del Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).

a. **Sus respuestas deben proporcionar <u>más</u> información que la contenida en la evidencia de reclamos inicial**. Por ejemplo, si antes escribió "Ley 96" como fundamento de su reclamo, rogamos proporcione información más detallada relativa a leyes concretas que pretende invocar, el año de adopción de dicha ley, así como de qué forma y por qué considera que esa ley concreta permite fundamentar su reclamo.

b. Si está disponible y se aplica a su reclamo, rogamos proporcione, asimismo, lo siguiente:

- Copia de un escrito; por ejemplo, un Escrito de demanda o una Contestación;
- Cualquier sentencia o acuerdo de conciliación que no hayan sido pagados;
- Notificación por escrito de la intención de radicar un reclamo acompañada de un comprobante de envío; y
- Toda la documentación que a su criterio justifica su reclamo.

5. Si no dispone de una copia de su reclamo, podrá descargarla visitando el sitio web de Prime Clerk: https://cases.primeclerk.com/puertorico/Home-ClaimInfo.

6. Debe firmar su réplica en el lugar que se indica abajo. Si no lo hace, el secretario no aceptará la réplica a efectos de su radicación.

7. Rogamos radique el formulario cumplimentado y cualquiera de los documentos justificativos siguiendo las instrucciones de la Notificación que acompaña a la Objeción global a su reclamo.

## Cuestionario

1. Rogamos proporcione el nombre, la dirección, el número de teléfono y la dirección de correo electrónico 1) de la demandante que responda; 2) del abogado o representante designado de la demandante al que los abogados del ELA, de la ACT y del SRE deban notificar una respuesta a la réplica, en su caso; o 3) de la parte con potestad para reconciliar, llegar a un acuerdo o de otro modo resolver la Objeción global en nombre de la demandante.

□ **Nombre**: _____

□ **Dirección**: _____

□ **Número de teléfono**: _____

□ **Dirección de correo electrónico**: _____

2. **Número de su evidencia de reclamos**: _____

3. **Los Deudores se han opuesto a su Evidencia de reclamos porque esta no proporciona información suficiente para que los Deudores comprendan el fundamento de su reclamo. Marque la casilla con la que guarde relación su Evidencia de reclamos y explique el motivo por el que se opone a la objeción indicando así el fundamento de su reclamo. Adjunte páginas adicionales si fuera necesario.**

□ Acción judicial pendiente de resolución o finalizada con o contra el Gobierno de Puerto Rico

□ Empleo en la actualidad o en el pasado en el Gobierno de Puerto Rico

_____

_____

_____

_____

**Adjunte copias de cualquier otra documentación u otras pruebas en apoyo de su reclamo.**

**4.   ¿Cuál es el monto de su reclamo (cuánto alega que se le adeuda)?:**

_____

**5.   Empleo. ¿Su reclamo guarda relación con el empleo en la actualidad o en el pasado en el Gobierno de Puerto Rico?**
   □ No. *Siga con la Pregunta 6.*

   □   Sí. **Responda a las Preguntas 5(a) a (d).**

5(a). Indique la agencia o el departamento específicos donde trabaja o ha trabajado:

_____

5(b). Indique las fechas de su empleo relativo con su reclamo:

_____

5(c). Últimos cuatro dígitos de su número del Seguridad Social:   _____

5(d). ¿Cuál es la naturaleza de sus reclamos relativos al empleo (marque todas las casillas aplicables)?:

   □      Pensión

   □      Salarios no pagados

   □      Días de licencia por enfermedad

   □      Quejas con sindicado

   □      Vacaciones

   □  Otros (proporcione tanta información detallada como pueda. Adjunte páginas adicionales si fuera necesario).

_____

_____

**6. Acción judicial. ¿Su reclamo guarda relación con una acción judicial pendiente de resolución o finalizada?**

   □      No.

   □      Sí. **Responda a las Preguntas 6(a) a (f).**

6(a). Indique el departamento o la agencia que sean parte en la acción.

_____

6(b). Indique el nombre y la dirección del tribunal o de la agencia ante los cuales la acción esté pendiente de resolución.

_____ 6(c).

Número del caso: _____

6(d). Título, epígrafe o nombre del caso: _____

6(e). Estado del caso (pendiente de resolución, apelado o finalizado):

_____

6(f). ¿Tiene una sentencia que no haya sido pagada? Sí / No (rodee la opción que proceda)

En caso afirmativo, ¿cuál es la fecha y el monto de la sentencia?
_____

## FIRME ABAJO SU RÉPLICA

_____
**Firma**

_____
**Deletree su nombre**

_____
**Fecha**