# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br><br>   Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-03283 (LTS)<br><br><br>(Jointly Administered) |

## MOTION FOR ADMISSION
## *PRO HAC VICE* OF RONALD J. SILVERMAN

COMES NOW, Ronald J. Silverman, applicant herein, pursuant to Local Civil Rule 83A(f), which applies to this proceeding pursuant to Local Rule of Bankruptcy Procedure 2090-1(c), which in turn applies to this proceeding pursuant to Federal Bankruptcy Rule 9029, which in turn applies to this proceeding pursuant to Section 3010 of the Puerto Rico Oversight, Management and Economic Stability Act ("PROMESA"), and respectfully states:

1. Applicant is an attorney and a member of the law firm of Hogan Lovells US LLP, with offices at:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801).

390 Madison Ave
New York, NY 10017
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
E-Mail: ronald.silverman@hoganlovells.com

2. Applicant will sign all pleadings with the name Ronald J. Silverman.

3. Applicant has been retained as a member of the above-named firm by U.S. Bank, National Association and U.S. Bank Trust, National Association (collectively, "U.S Bank") to provide legal representation in connection with the above-captioned matters now pending before the United States District Court for the District of Puerto Rico.

4. Since 2001, applicant has been and presently is a member in good standing of the bar of the State of New York, where applicant regularly practices law. Applicant also has been and is presently a member in good standing of the District of Columbia Bar since 2000 and the state bar of Connecticut since 1991. Applicant's bar license number in New York is NY- 3946944, applicant's bar license number in the District of Columbia is DC-468985 and applicant's bar license number in Connecticut is CT-404732.

5. Applicant has been admitted to practice before the following courts:

| Court: | Admission Date: |
|---|---|
| District Court for the Eastern District of New York | 1993 |
| District Court for the Southern District of New York | 1993 |
| District Court for the District of Connecticut | 1992 |

6. Applicant is a member in good standing of the bars of the courts listed in Paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. Local counsel of record associated with applicant in this matter is:

> **RIVERA TULLA & FERRER, LLC**
> Eric A. Tulla
> USDC-DPR No. 118313
> Iris J. Cabrera-Gomez
> USDC-DPR No. 221101
> Rivera Tulla & Ferrer Building
> 50 Quisqueya Street
> San Juan, PR 00917-1212
> etulla@riveratulla.com
> icabrera@riveratulla.com

10. Applicant has read the Local Civil Rules of the United States District Court for the District of Puerto Rico and will comply with the same.

11. Applicant has read the Local Civil Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission fee of $300.00 per appearance in each new case before the Court. Accordingly, receipt of payment of the *pro hac vice* admission fee is attached hereto.

[*Remainder of page intentionally left blank*]

12. WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: February 27, 2020

                                      Respectfully submitted,

                                      /s.m.p

                                      Ronald J. Silverman (NY- 3946944; DC-468985;
CT-404732)
HOGAN LOVELLS US LLP
390 Madison Ave
New York, NY 10017
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
E-Mail: ronald.silverman@hoganlovells.com

I HEREBY CERTIFY, pursuant to Local Civil Rule 83A(f), that we consent to the designation of local counsel of record for all purposes.

Date: February 27, 2020

Respectfully submitted,

/s/ mp

Ronald J. Silverman (NY- 3946944; DC-468985; CT-404732)
HOGAN LOVELLS US LLP
390 Madison Ave
New York, NY 10017
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
E-Mail: ronald.silverman@hoganlovells.com

I HEREBY CERTIFY that on this same date the foregoing motion was filed with the Clerk of the Court using the CM/ECF system of the US Bankruptcy Court for the District of Puerto Rico for Case No. 17 BK 3283, which will send notification of such filing to all attorneys of record, and the original was served upon the Clerk of Court on [X], accompanied by a $300.00 *pro hac vice* admission fee.

Respectfully submitted, in San Juan, Puerto Rico, this 28th day of February, 2020.

/s/Iris J. Cabrera-Gomez
**IRIS J. CABRERA-GOMEZ**
USDC-DPR No. 221101

**RIVERA TULLA & FERRER, LLC**
Rivera Tulla & Ferrer Building
50 Quisqueya Street
San Juan, PR 00917-1212
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
icabrera@riveratulla.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br><br>            Debtors.² | PROMESA<br>Title III<br><br>Case No. 17-03283 (LTS)<br><br><br>(Jointly Administered) |

**ORDER GRANTING MOTION FOR ADMISSION**
***PRO HAC VICE* OF RONALD J. SILVERMAN**

This Court, having considered the above Application for Admission *Pro Hac Vice,* orders that the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

SO ORDERED.

In San Juan, Puerto Rico, this _____ day of _____, 2019.

                                                                                            _____
                                                                                            HON. LAURA TAYLOR SWAIN
                                                                                            UNITED STATES DISTRICT JUDGE

---

² The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801).