RECEIVED & FILED
2020 FEB 27 PM 1:13
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, PR

25 de febrero de 2020.

United States District Court
For the district of Puerto Rico

Asunto:

Caso 17-BK03566
Reclamación 152577 / junio 2018

El propósito de esta misiva es para que el tribunal no declare a lugar a la objeción global en relación a este reclamo debido a que llevo 12 años trabajando como técnico I en el Departamento de la Familia, con la implantación incorrecta del salario mínimo, en la actualidad tengo un salario de $1,341. Durante este tiempo se han incrementado mis deberes y responsabilidades más no la remuneración por el trabajo. Por lo cual pido se me remunere otorgándome el salario que me corresponde por derecho. Cabe señalar que el 27 de junio de 2011 realice una solicitud de reclasificación de puesto, la cual fue denegada el 1 de noviembre de 2012 indicando que una vez pasada la veda electoral mi solicitud iba hacer atendida y me responderían con la determinación final. Desde que recibí esta notificación ya han pasado más de 7 años y mi solicitud ha sido ignorada. Considero que mi salario esta muy por debajo de lo establecido por ley. Adjunto documentos donde evidencian y apoyan mis argumentos. **Esta documentación se envía en este termino debido a que por la emergencia de los sismos se me habían extraviado los documentos.**

Coordialmente,

Ayleen L. DE Jesús Román