UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL
DISTRITO DE PUERTO RICO

**Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).**

| | | | |
|---|---|---|---|
| ❑ | Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ❑ | Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ❑ | Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ☑ | Employees Retirement System of the Government of the<br>Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado<br>Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ❑ | Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

# Modified Official Form 410 / Formulario Oficial 410 Modificado

# **Proof of Claim / Evidencia de reclamación**

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. **No adjunte documentos originales,** ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

**Part 1 / Parte 1**    Identify the Claim / Identificar la reclamación

1. Who is the current creditor?

¿Quién es el acreedor actual?

Ayleen L. De Jesús Román

Name of the current creditor (the person or entity to be paid for this claim)
Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

Other names the creditor used with the debtor
Otros nombres que el acreedor usó con el deudor _____

**2. Has this claim been acquired from someone else?**

**¿Esta reclamación se ha adquirido de otra persona?**

☑ No / No
☐ Yes. From whom?
   Sí. ¿De quién? _____

---

**3. Where should notices and payments to the creditor be sent?**

**Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)**

**¿A dónde deberían enviarse las notificaciones al acreedor?**

**Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g)**

Where should notices to the creditor be sent?
¿A dónde deberian enviarse las notificaciones al acreedor?

Ayleen L. De Jesús Román
Name / Nombre

10//05  Calle arcoiris
Number / Número    Street / Calle

Villalba  P.R.  00766
City / Ciudad    State / Estado    ZIP Code / Código postal

787-313-9912
Contact phone / Teléfono de contacto

ayleen.limarie@gmail.com
Contact email / Correo electrónico de contacto

Where should payments to the creditor be sent? (if different)
¿A dónde deberian enviarse los pagos al acreedor? (En caso de que sea diferente)

urb. Alturas de alba
Name / Nombre

Number / Número    Street / Calle

City / Ciudad    State / Estado    ZIP Code / Código postal

Contact phone / Teléfono de contacto

Contact email / Correo electrónico de contacto

---

**4. Does this claim amend one already filed?**

**¿Esta reclamación es una enmienda de otra presentada anteriormente?**

☑ No / No
☐ Yes.  Claim number on court claims registry (if known)
   Sí.  Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo)_____
   Filed on / Presentada el _____ (MM /DD/YYYY) / (DD/MM/AAAA)

---

**5. Do you know if anyone else has filed a proof of claim for this claim?**

**¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?**

☑ No / No
☐ Yes. Who made the earlier filing?
   Sí. ¿Quién hizo la reclamación anterior?_____

---

**Part 2 / Parte 2:**  Give Information About the Claim as of the Petition Date

Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

---

**6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?**

**¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico?**

☐ No / No
☑ Yes.  Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)
   Sí.  Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).

_____

---

**7. Do you supply goods and / or services to the government?**

**¿Proporciona bienes y / o servicios al gobierno?**

☑ No / No
☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:

Vendor / Contract Number | Número de proveedor / contrato: _____

List any amounts due after the Petition Date (listed above) but before June 30, 2017:
Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017  $ _____

---

| | |
|---|---|
| **8. How much is the claim?**<br>¿Cuál es el importe de la reclamación? | $ 75,000 . **Does this amount include interest or other charges?**<br>¿Este importe incluye intereses u otros cargos?<br>☒ No / No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).<br>Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A). |
| **9. What is the basis of the claim?**<br>¿Cuál es el fundamento de la reclamación? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.<br>Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.<br><br>*Aportaciones Acumuladas de Retiro* |
| **10. Is all or part of the claim secured?**<br>¿La reclamación está garantizada de manera total o parcial? | ☒ No / No<br>☐ Yes. The claim is secured by a lien on property.<br>Sí. La reclamación está garantizada por un derecho de retención sobre un bien.<br><br>Nature of property / Naturaleza del bien:<br>☐ Motor vehicle / Vehículos<br><br>☐ Other. Describe:<br>Otro. Describir: _____<br><br>Basis for perfection / Fundamento de la realización de pasos adicionales: _____<br><br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br>Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.<br><br>Value of property / Valor del bien: $_____<br><br>Amount of the claim that is secured /<br>Importe de la reclamación que está garantizado: $_____<br><br>Amount of the claim that is unsecured /<br>Importe de la reclamación que no está garantizado: $_____<br>(The sum of the secured and unsecured amounts should match the amount in line 7.)<br>(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)<br><br>Amount necessary to cure any default as of the Petition Date /<br>Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $_____<br><br>Annual Interest Rate (on the Petition Date)<br>Tasa de interés anual (cuando se presentó el caso)_____%<br>☐ Fixed / Fija<br>☐ Variable / Variable |
| **11. Is this claim based on a lease?**<br>¿Esta reclamación está basada en un arrendamiento? | ☒ No / No<br>☐ Yes. Amount necessary to cure any default as of the Petition Date.<br>Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso$ _____ |

| 12. **Is this claim subject to a right of setoff?** | ☑ No / No |
| --- | --- |
| ¿La reclamación está sujeta a un derecho de compensación? | ☐ Yes. Identify the property / Sí. Identifique el bien: _____ |

| 13. **Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?** | ☐ No / No |
| --- | --- |
| | ☑ Yes. Indicate the amount of your claim arising from the value of any goods received $_____ by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim. |
| ¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |

### Part 3 / Parte 3:    Sign Below / Firmar a continuación

| The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).**

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma. | *Check the appropriate box / Marque la casilla correspondiente:*

☑ I am the creditor. / Soy el acreedor.

☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto. |
| --- | --- |

Executed on date / Ejecutado el ___2/25/2020___ (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma _____

**Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:**

Name ___Ayleen___ ___Limarie___ ___De Jesús Roman___
       First name / Primer nombre    Middle name / Segundo nombre    Last name / Apellido

Title / Cargo _____

Company / Compañía _____
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección ___10/105   Calle a-loiris, urb. a Hnras del alba___
       Number / Número    Street / Calle

___Villalba___                     ___PR___        ___00766___
City / Ciudad                      State / Estado    ZIP Code / Código postal

Contact phone / Teléfono de contacto ___787-313-9912___ Email / Correo electrónico ___ayleenlimanel@gmail.com___



UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

| Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación). | | |
|---|---|---|
| ☐ Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ☒ Employees Retirement System of the Government of the<br>Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado<br>Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

**Received**

JUN 2 9 2018

Prime Clerk LLC

## Modified Official Form 410 / Formulario Oficial 410 Modificado
# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

1. **Who is the current creditor?**

   **¿Quién es el acreedor actual?**

   _Ayleen C. De Jesús Ramsír_

   Name of the current creditor (the person or entity to be paid for this claim)
   Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

   Other names the creditor used with the debtor
   Otros nombres que el acreedor usó con el deudor _____

**2. Has this claim been acquired from someone else?**

¿Esta reclamación se ha adquirido de otra persona?

☒ No / No
☐ Yes. From whom?
   Sí. ¿De quién? _____

---

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

¿A dónde deberían enviarse las notificaciones al acreedor?

Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g)

**Where should notices to the creditor be sent?**
¿A dónde deberían enviarse las notificaciones al acreedor?

Ayleen L. De Jesús Román
Name / Nombre

10105    calle Arcoíris
Number / Número    Street / Calle

Villalba    PR.    00766
City / Ciudad    State / Estado    ZIP Code / Código postal

787 - 313 - 9912
Contact phone / Teléfono de contacto

ayleenlumarek@gmail.com
Contact email / Correo electrónico de contacto

**Where should payments to the creditor be sent?** (if different)
¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)

Urb Alturas de l Alba
Name / Nombre

Number / Número    Street / Calle

City / Ciudad    State / Estado    ZIP Code / Código postal

Contact phone / Teléfono de contacto

Contact email / Correo electrónico de contacto

---

**4. Does this claim amend one already filed?**

¿Esta reclamación es una enmienda de otra presentada anteriormente?

☒ No / No
☐ Yes.  Claim number on court claims registry (if known) _____
   Sí.  Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo)_____
   Filed on / Presentada el _____ (MM /DD/YYYY) / (DD/MM/AAAA)

---

**5. Do you know if anyone else has filed a proof of claim for this claim?**

¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?

☒ No / No
☐ Yes. Who made the earlier filing?
   Sí. ¿Quién hizo la reclamación anterior?_____

---

**Part 2 / Parte 2:**    **Give Information About the Claim as of the Petition Date**
**Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.**

**6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?**

¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico?

☐ No / No
☒ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)
   Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).

_____

---

**7. Do you supply goods and / or services to the government?**

¿Proporciona bienes y / o servicios al gobierno?

☒ No / No
☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:

Vendor / Contract Number | Número de proveedor / contrato: _____

List any amounts due after the Petition Date (listed above) but before June 30, 2017:
Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017 $ _____

---

Modified Official Form 410                    Proof of Claim                    page 2

**8. How much is the claim?**

¿Cuál es el importe de la reclamación?

$ *75,000*
*Valor Estimado*

. Does this amount include interest or other charges?
¿Este importe incluye intereses u otros cargos?

☐ No / No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).
Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A).

**9. What is the basis of the claim?**

¿Cuál es el fundamento de la reclamación?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

*Aportaciones Acumuladas De Retiro*

**10. Is all or part of the claim secured?**

¿La reclamación está garantizada de manera total o parcial?

☒ No / No

☐ Yes. The claim is secured by a lien on property.
Sí. La reclamación está garantizada por un derecho de retención sobre un bien.

Nature of property / Naturaleza del bien:

☐ Motor vehicle / Vehículos

☐ Other. Describe:
Otro. Describir: _____

Basis for perfection / Fundamento de la realización de pasos adicionales: _____

_____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.

Value of property / Valor del bien: $_____

Amount of the claim that is secured /
Importe de la reclamación que está garantizado: $_____

Amount of the claim that is unsecured /
Importe de la reclamación que no está garantizado: $_____
(The sum of the secured and unsecured amounts should match the amount in line 7.)
(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

Amount necessary to cure any default as of the Petition Date /
Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $_____

_____

Annual Interest Rate (on the Petition Date)
Tasa de interés anual (cuando se presentó el caso)_____%

☐ Fixed / Fija
☐ Variable / Variable

**11. Is this claim based on a lease?**

¿Esta reclamación está basada en un arrendamiento?

☒ No / No

☐ Yes. Amount necessary to cure any default as of the Petition Date.
Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso $ _____

| | |
|---|---|
| 12. Is this claim subject to a right of setoff?<br><br>¿La reclamación está sujeta a un derecho de compensación? | ☒ No / No<br><br>☐ Yes. Identify the property /<br>Sí. Identifique el bien: _____ |
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☐ No / No<br><br>☒ Yes. Indicate the amount of your claim arising from the value of any goods received   $_____<br>by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |

## Part 3 / Parte 3:     Sign Below / Firmar a continuación

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).**

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

*Check the appropriate box / Marque la casilla correspondiente:*

☒ I am the creditor. / Soy el acreedor.

☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el   _29/06/18_   (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma _____

**Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:**

Name   _Aylean L De Jesus Rosias_
         First name / Primer nombre     Middle name / Segundo nombre     Last name / Apellido

Title / Cargo   _____

Company / Compañía   _____
         Identify the corporate servicer as the company if the authorized agent is a servicer.
         Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección   _101/05_    _calle Acostros_  ,  _U6. Altura del Alba_
                      Number / Número      Street / Calle

_Villalba_                          _P.R._        _00766_
City / Ciudad                     State / Estado   ZIP Code / Código postal

Contact phone / Teléfono de contacto _787-313-99/2_ Email / Correo electrónico _aylean luore @ybi.com_

***SBDN Puerto Rico 1845 SRF 22380 SVC: SCHD PACK ID: 75742 MML ID: 128682

F1R4-0075752
DE JESUS ROMAN, AYLEEN L.
URB. ALTURAS DE ALBA
101105 CALLE ARCO IRIS
VILLALBA, PR 00766

Debtor Commonwealth of Puerto Rico has listed your claim in their Creditor List on Schedule E -- Employee Obligations as a Contingent, Unliquidated general unsecured claim in an Undetermined amount. You must timely file a proof of claim or be forever barred from participating or sharing in any distribution or being treated as a claim for purposes of voting or distribution.

El deudor Commonwealth of Puerto Rico ha listado su reclamación en la lista de acreedores en el Schedule E -- Obligaciones de Empleados como un reclamo Contigente, Sin liquidez no asegurado por un monto Indeterminado. Debe presentar una prueba de reclamación oportunamente o se le prohibira por siempre participar o compartir en cualquier distribución o ser tratado como un reclamo para fines de votación o distribución.

PLEASE SEND COMPLETED PROOF(S) OF CLAIM SO AS TO BE ACTUALLY RECEIVED ON OR BEFORE THE APPLICABLE BAR DATE:

**General Bar Date:** May 29, 2018 at 4:00 p.m., Atlantic Standard Time

Please send completed Proof(s) of Claim to:

| If by first class mail: | If by overnight courier or hand delivery/Para enviar por mensajería o entrega al siguiente dia: |
|---|---|
| Commonwealth of Puerto Rico Claims Processing Center c/o Prime Clerk LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Refer to "Section 6 -- Where and How to File" in the enclosed notice for additional locations in the Commonwealth accepting hand delivery of completed proof of claim forms. |
| | Consulte la "Sección 6: Para ver dónde y cómo presentar su formulario" del aviso adjunto. Habran varias ubicaciones en el Commonwealth donde se aceptara la entrega de estos formularios de prueba de reclamo completados. |

If you have questions about this notice, please call (844) 822-9231 (US toll free), (646) 486-7944 (international), email PuertoRicoInfo@primeclerk.com, or visit https://cases.primeclerk.com/puertorico

Si tiene preguntas acerca de este aviso, llame al (844) 822-9231 (local), (646) 486-7944 (internacional), envíe un correo electrónico a PuertoRicoInfo@PrimeClerk.com, o visite https://cases.primeclerk.com /puertorico

You may also submit your claim electronically by visiting http://cases.primeclerk.com/puertorico/EPOC-Index

También puede enviar su reclamo electrónicamente visitando http://cases.primeclerk.com/puertorico/EPOC-Index

EPOC ID: 170328300899148

752

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL
DISTRITO DE PUERTO RICO

| Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación). | | |
|---|---|---|
| ☒ Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ☐ Employees Retirement System of the Government of the<br>Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado<br>Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

MMLID: 128682

EPOC ID: 17032830089914{

752

Debtor Commonwealth of Puerto Rico has listed your claim in their Creditor List on Schedule E -- Employee Obligations as a Contingent, Unliquidated general unsecured claim in an Undetermined amount. You must timely file a proof of claim or be forever barred from participating or sharing in any distribution or being treated as a claim for purposes of voting or distribution.

El deudor Commonwealth of Puerto Rico ha listado su reclamación en la lista de acreedores en el Schedule E -- Obligaciones de Empleados como un reclamo Contigente, Sin liquidez no asegurado por un monto indeterminado. Debe presentar una prueba de reclamación oportunamente o se le prohibira por siempre participar o compartir en cualquier distribución o ser tratado como un reclamo para fines de votación o distribución.

Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. **No adjunte documentos originales,** ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

| 1. Who is the current creditor?<br><br>¿Quién es el acreedor actual? | DE JESUS ROMAN, AYLEEN L.<br><br>Name of the current creditor (the person or entity to be paid for this claim)<br>Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)<br><br>Other names the creditor used with the debtor<br>Otros nombres que el acreedor usó con el deudor _____ | 752 |

**Proof of Claim**

170328300899148

| | |
|---|---|
| **8.** **How much is the claim?**<br><br>¿Cuál es el importe de la reclamación? | $ _Descono ecco_ . **Does this amount include interest or other charges?**<br>¿Este importe incluye intereses u otros cargos?<br>☑ **No / No**<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).<br>Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A). |
| **9.** **What is the basis of the claim?**<br><br>¿Cuál es el fundamento de la reclamación? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.<br><br>_Asunto: Reclamación Laboral_ |
| **10.** **Is all or part of the claim secured?**<br><br>¿La reclamación está garantizada de manera total o parcial? | ☑ **No / No**<br>☐ Yes. The claim is secured by a lien on property.<br>Sí. La reclamación está garantizada por un derecho de retención sobre un bien.<br><br>**Nature of property / Naturaleza del bien:**<br>☐ Motor vehicle / Vehículos<br><br>☐ Other. Describe:<br>Otro. Describir: _____<br><br>**Basis for perfection / Fundamento de la realización de pasos adicionales:** _____<br>_____<br><br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br>Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.<br><br>**Value of property / Valor del bien:** $_____<br><br>**Amount of the claim that is secured /**<br>**Importe de la reclamación que está garantizado:** $_____<br><br>**Amount of the claim that is unsecured /**<br>**Importe de la reclamación que no está garantizado:** $_____<br>(The sum of the secured and unsecured amounts should match the amount in line 7.)<br>(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)<br><br>**Amount necessary to cure any default as of the Petition Date /**<br>**Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso :** $_____<br>_____<br><br>**Annual Interest Rate** (on the Petition Date)<br>Tasa de interés anual (cuando se presentó el caso) _____%<br>☐ Fixed / Fija<br>☐ Variable / Variable |
| **11.** **Is this claim based on a lease?**<br><br>¿Esta reclamación está basada en un arrendamiento? | ☑ **No / No**<br>☐ Yes. Amount necessary to cure any default as of the Petition Date.<br>Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso $_____ |



GOBIERNO DE PUERTO RICO

Departamento de la Familia

# CERTIFICACIÓN

Yo, *Iván E Toro Torres*, en calidad de Oficial de Recursos Humanos Interino de la Región de Ponce, certifico que; *Ayleen De Jesus Román*, es empleada de esta Agencia desde el 16 de mayo del 2008. La Sra. De Jesus ocupa un puesto de Técnico de Asistencia Social y Familiar I en la Administración de Desarrollo Socioeconómico, en la Oficina Local de Juana Díaz.

Cabe señalar que la Sra. De Jesus devenga un sueldo mensual de $1,341.00.

Certifico correcto hoy, 20 de agosto de 2018.

Iván E. Toro Torres
Oficial de Recursos Humanos Interino

/itt



Gobierno de Puerto Rico
## Administración de Desarrollo Socioeconómico de la Familia

Oficina de Recursos Humanos
División de Clasificación y Retribución

1 de noviembre de 2012

Ayleen L. De Jesús Román
Técnico de Asistencia Social y Familiar I
Región Ponce
Oficina Local Juana Díaz

**Solicitud de Reclasificación**

Recibimos su solicitud de reclasificación en el puesto de <u>Técnico de Asistencia Social y Familiar I</u> que ocupa. Le informamos que en estos momentos por disposición de la Carta Normativa Especial Núm. 1-2012 "Prohibición de Efectuar Acciones de Recursos Humanos Durante el Periodo Pre y Post Eleccionario Año 2012 – 2013", nos encontramos en la posición de abstenernos a efectuar acciones de personal que comprendan las Áreas Esenciales al Principio de Mérito, como Clasificación de Puestos.

Una vez pasado el periodo de Veda Electoral su solicitud será atendida y estaremos en posición de evaluar y responder la determinación final sobre su solicitud.

Cordialmente,

Ana I. Linares Fuentes
Administradora Auxiliar
Oficina de Recursos Humanos

jsf

OFICINA DE RECURSOS
HUMANOS
NOV 2 0 2012
Región de Ponce



## CQyA
**Comité de Quejas y Agravios - Unidad Apropiada B**

13 de abril de 2012

Sra. Ayleen De Jesús Román
Técnico Asistencia Social y Familiar I
Oficina Local Juana Díaz
Región Ponce

RE: QB-11-097(j)

Señora De Jesús:

El Comité de Quejas y Agravios en reunión sostenida durante el día de hoy pasó juicio sobre la querella presentada por usted. Luego de la evaluación correspondiente el Comité establece lo siguiente:

- Las partes no pudieron llegar a ningún acuerdo. Por tal motivo, a partir del recibo de esta comunicación usted tendrá quince (15) días laborables para presentar la misma ante la consideración de un árbitro de la Comisión de Relaciones del Trabajo.

Para que así conste, firmamos la presente comunicación.


_____
Sandra M. Colón Santiago
Comité de Quejas y Agravios


_____
Jesús A. Rodríguez Martínez
Comité de Quejas y Agravios


_____
Sonia Rosa Cáceres
Comité de Quejas y Agravios


_____
Lilia M. Perea Ginorio
Comité de Quejas y Agravios

27 de _junio_____ de 2011

Director (a)   _Miguel A. Sepulveda_

Oficina Local   _Juana Niaz_

Departamento de la Familia

## Solicitud Reclasificación de Puesto

Desde _el 16 de mayo de 2008_____ ocupo un puesto de

_Técnico de Asistencia Social y Familiar I._

Con el pasar del tiempo las tareas del puesto que ocupo han evolucionado,

de manera que se han tornado más complejas y superiores.

De acuerdo a las disposiciones de la Ley Núm. 184 de 3 de agosto de 2004,

según enmendada, y al Convenio Colectivo, solicito que mi puesto sea

reclasificado a _Técnico de Asistencia Social y Familiar II_

por evolución y complejidad de tareas, así como por la excelente labor que he

realizado en el desempeño de mis funciones. Además, solicito me notifique

por escrito su determinación en un término de quince (15) días laborables a partir del

recibo de esta petición.

Cordialmente,

Firma:   _Ayleen L. De Jesús Rosas_

Nombre:   _Ayleen L. De Jesús Rosas_

Puesto:   _TASF I_

Administración:   _ADSEF_

Dirección Postal:   _Urb. Alturas Del Alba 101105_
_calle arcoiris, Villalba P.R. 00766_

gmj

Ago. 28. 2012 1:20PM                                                          N°2898    P. 1

## EMPLEADOS DEPARTAMENTO DE LA FAMILIA
## CONTRATO DE SERVICIOS PROFESIONALES

CALLE RECINTO SUR 309
EDIFICIO GALLARDO OFICINA 305
VIEJO SAN JUAN
Tel.787-724-5323 / 784-0244
FAX .787-200-5927

P.O. BOX 9021626
SAN JUAN, PUERTO RICO
00902-1626

Yo, _Aylen L. D. Jesús Román_ y _Lcda. Milagros Acevedo Colon_ por la presente contrato a la: Lcda. Ivonne González Morales _y Lcda. Milagros Acevedo Colon_ para que me represente en mi reclamación relacionada con la implantación incorrecta del salario mínimo y se dilucide sobre los salarios que me correspondan en derecho. Entiendo que los honorarios serán contingentes a que la reclamación prospere, ya sea mediante transacción y/o Sentencia a base de un 25% de la suma que reciba. Además convengo y acepto pagar los costos de peritaje que se determine para analizar mi expediente de personal.

En _Juana Díaz_ Puerto Rico, hoy de _9/Noviembre_ de 2012

Lcda. Ivonne González Morales
Lcda. Milagros Acevedo Colon

_____
FIRMA CLIENTE

## INFORMACIÓN PERSONAL

1. Agencia donde trabaja: _Departamento de la Familia_ Pueblo: _Juana Díaz_

2. Nombre: _Aylen L. D. Jesús Román_

3. Dirección Postal _Urb. Athins del Alba 101105 calle Acacias Villalba P.R. 00766_

4. Dirección residencial _Urb. Athins del Alba K5 Calle Acacias Villalba P._

5. Seguro Social _____ email _aydeentimarie@mail.com_

6. Tel. Res: _939-313-5912_ Tel. trabajo: _832-2119_ Cel. ____

7. Fecha en que comenzó a trabajar en la agencia: _16 mayo 2008_

8. Puesto(s) ocupado(s) con fecha en que ocupó cada uno _Trabajo de Asistencia Social y Familiar I - 16 mayo 2008_

9. MARQUE CON "X" ENCASILLADO QUE CORRESPONDA SI ACTUALMENTE NO ESTA TRABAJANDO por: Retiro por años servicios [ ] o [renuncia] Traslado y fecha MES ____ AÑO ____

10. Puesto actual _TASF I_ Salario Mensual $ _1,179.00_ Quincenal $ ____

11. Diga si recibe algún sueldo diferencial: SI [ ]. No [ ] Cantidad: $ ____

12. Indique su preparación académica: _Bachillerato en Educación K-3_

13. Indique si ha recibido pasos por mérito y/o por años de servicios: SI [ ] No [ ] Diga número, pasos y año en que los recibió ____

14. Indique cuál es su jornada diaria de trabajo 7½ hrs. [ ✓ ] ó [ 8 hrs diarias [ ]

15. Indique si Ud. registra asistencia con las horas reales trabajadas y si se le adeudan horas extras, y de ser afirmativa someta evidencia y el número horas adeudadas _Si registro asistencia en horas reales todos_

16. Indique si Ud. disfruta una hora para tomar alimentos? _Si_

17. Si no disfruta hora de almuerzo, describa brevemente la situación _N/A_

18. Diga si Ud. supervisa personal Si [ ]. No [ ] y número de empleados y desde cuando _N/A_

## INSTRUCCIONES IMPORTANTES: LEER ANTES DE FIRMAR

a. verificar que ha contestado todas las preguntas.
b. NO SE ACEPTAN CONTRATOS DE PERSONAS QUE LLEVEN MAS DE 1 Año RETIRADO O RENUNCIADO AL EMPLEO
c. FAVOR PROVEER A SU REPRESENTACIÓN LEGAL CON SU CONTRATO O EN TIEMPO RAZONABLE LOS SIGUIENTES DOCUMENTOS 2-1), copia de los formularios OP-15, (Informe de Cambio Especial), hoja de servicio donde se incluya información de todos los aumentos de sueldos recibidos por usted en su empleo [ 2] copia de cualquier carta o documento, donde UD le haya solicitando a la agencia o a su supervisor la actualización de la escala de retribución y/o solicitado orientación sobre sus derechos y correspondiente contestación

Secretaría Auxiliar Recursos Humanos
y Relaciones Laborales
PO Box 11398
San Juan, Puerto Rico 00910-1398



ANEJO II

GOBIERNO DE PUERTO RICO

DEPARTAMENTO DE LA FAMILIA



**DESCRIPCIÓN DEL PUESTO**

| 1. | Apellido Paterno | Apellido Materno | Nombre e Inicial | 5. | Título Funcional del Puesto |
|---|---|---|---|---|---|
| | DE JESUS | ROMAN | AYLEEN L | | TASF III |
| 2. | Número de Seguro Social -8518 | 3. | Número del Puesto 7121 | 6. | Oficina, División y Sección ADSEF-Juana Díaz |
| 4. | | Título Oficial del Puesto TASF I | | 7. | Teléfono y extensión (787) 837-5227 |

8. Detalle las funciones esenciales y marginales que usted realiza en el orden de importancia de las mismas, comenzando con la más importante. Indique el tiempo que dedica a cada una en por ciento del total del tiempo que dedica a su puesto. ESTA ES LA PARTE MÁS IMPORTANTE DEL FORMULARIO. Use sus propias palabras y haga las descripciones de sus deberes tan claras que personas que no estén tan familiarizadas con su trabajo entiendan con exactitud lo que usted hace. Las funciones marginales deberán identificarse como tales al finalizar el detalle de las funciones esenciales.

| TIEMPO | FUNCIONES DEL PUESTO | NO LLENE ESTE ESPACIO |
|---|---|---|
| | *ESENCIALES* | |
| 10% | 1- ESTUDIA Y VERIFICA LOS DATOS OFRECIDOS Y LOS REQUISITOS DE ELEGIBILIDAD, TANTO EN SOLICITUDES NUEVAS COMO EN CASOS ACTIVOS, MEDIANTE ENTREVISTAS Y VISITAS AL CAMPO. | |
| 10% | 2- DETERMINA LA ELEGIBILIDAD DE LOS PARTICIPANTES DE TODOS LOS PROGRAMAS Y SUBPROGRAMAS DE ASISTENCIA PUBLICA PARA PARTICIPAR DE UN PLAN DE EMPLEABILIDAD, DA SEGUIMIENTO MEDIANTE CITAS Y VISITAS AL CAMPO. | |
| 15% | 3- OPERA EL SISTEMA MECANIZADO (SAIC) Y (EBT) PARA INGRESAR Y CORREGIR LA INFORMACION Y/O DATOS DEL SOLICITANTE Y SE ASEGURA QUE ESTE(A) RECIBA LOS BENEFICIOS CORRESPONDIENTES. | |
| 10% | 4- UTILIZA EL SISTEMA COMPUTADORIZADO PARA EFECTUAR CAMBIOS TRANSFERENCIAS Y CIERRE DE LOS CASOS BAJO SU ATENCION. | |
| 5% | 5- DETERMINA LA CUANTIA DE BENEFICIOS RETROACTIVOS EN CASOS DE ERROR DE AGENCIA. CUANDO EL(LA) PARTICIPANTE RECIBIO BENEFICIOS MENORES A LOS QUE LE CORRESPONDIAN. | |
| 5% | 6- EVALUA Y REFIERE CASOS POR POSIBLE RECLAMACION DE BENEFICIOS CON LAS DEBIDAS EVIDENCIAS DE ACUERDO AL PROCEDIMIENTO ESTABLECIDO POR EL PROGRAMA A LA UNIDAD DE FRAUDE. | |
| 5% | 7- REDACTA Y DISCUTE CON SU SUPERIOR JERARQUICO, LOS INFORMES DE APELACIONES A SER CONSIDERADOS EN LAS VISITAS QUE SE CELEBRAN ANTE LOS(LAS)OFICIALES EXAMINADORES(AS) DE JUANTA ADJUDICATIVA DEL DEPARTAMENTO, FOROS ADMINISTRATIVOS JUDICIALES Y ASISTE A LOS TRIBUNALES CUANDO LE ES REQUERIDO. | |
| 4% | 8- MANTIENE ACTUALIZADOS LOS EXPEDIENTES DE LAS PERSONAS O FAMILIAS BAJO SU ATENCION Y PREPARA LOS INFORMES NARRATIVOS ESPECIALES Y ESTADíSTICOS QUE LE SEAN REQUERIDOS. | |

| | |
|---|---|
| 4% | 9- DETERMINA LA NECESIDAD DE LA UNIDAD FAMILIAR PARA EL USO DE LOS FONDOS DE EMERGENCIAS (DISCRECIONAL, FUEGO) Y RECOMIENDA LA CANTIADA ASIGNADA. |
| 2% | 10- PARTICIPA EN LA DISTRIBUCION DE ALIMENTOS A LOS BENEFICIARIOS DEL PROGRAMA TANF Y COMUNIDADES ESPECIALES. |
| 4% | 11- PREPARA PLANES DE TRABAJO, CALENDARIZA LAS ACCIONES EN EL SISTEMA (SIBIF)Y ENVIA CITAS A LOS PARTICIPANTES. |
| 4% | 12- IDENTIFICA LA PROBLEMATICA COCIOECONOMICA DE CADA SITUACION Y REFIERE A LAS FAMILIAS QUE LO AMERITEN A OTROS PROGRAMAS DEL DEPARTAMENTO U OTRAS AGENCIAS DEL GOBIERNO Y RECURSOS DE LA COMUNIDAD PARA LA PRESTACION DE SERVICIOS QUE PROPENDAN EL FORTALECIMIENTO DE LA VIDA FAMILIAR Y A LA REHABILITACION DE SUS MIEMBROS. |
| 4% | 13- ORIENTA A LOS PARTICIPANTES Y SOLICITANTES SOBRE EL DERECHO DE APELACION Y COMPARECE A LAS VISTAS QUE SE CELEBREN. |
| 4% | 14- VISITA LAS FAMILIAS DE BAJOS INGRESOS Y ORIENTA SOBRE LOS PROGRAMAS EN EL DEPARTAMENTO DIRIGIDOS A LA MEJOR CALIDAD DE VIDA DE LA FAMILIA Y MOTIVARLOS A LA SUPERACION SOCIAL Y ECENOMICA. |
| 4% | 15- REALIZA TAREAS A FINES AL PUESTO EN AUSENCIA DE ALGUN COMPANERO QUE SEAN ASIGNADOS POR EL DIRECTOR O SUPERVISOR LOCAL. |
| 4% | 16- EVALUA Y DETERMINA ELEGIBILIDAD DE SOLICITUDES DEL PROGRAMA CRISIS DE ENERGIA DE ACUERDO AL SERVCIO SOLICITADO POR EL PARTICIPANTE. |
| 4% | 17- DA SEGUIMIENTO A INSTITUCIONES  DE ENVEJECIENTES Y/O DE REHABILITACION, CON EL FIN DE SUPERVISAR EL USO ADECUADO DE LOS BENEFICIOSY EL TRATO ADECUADO A LOS PARTICIPANTES. EN ADICION PREPARA INFORME NARRATIVO SOBRE VISITAS Y HALLAZGOS. MANTIENE ACTUALIZADO EL EXPEDIENTE DE LA INSTITUCION CON LAS DEBIDAS LICENCIAS. |

## *MARGINALES*

| 2% | 18- PARTICIPACION ACTIVA EN EL PLAN DE DESASTRE Y EMERGENCIA. IMPACTO COMUNITARIO. |

| 9. | Nombre y título de clasificación del (de la) Supervisor(a) Inmediato(a) |
|----|-------------------------------------------------------------------------|
| | SRA. DINA MEDINA SANTANA              SASF I |

| 10. | Si usted supervisa menos de seis (6) empleados, mencione los nombres y los títulos de clasificación de cada uno.  Si usted supervisa más de cinco (5), indique el número de empleados con sus títulos de clasificación.  Si usted no supervisa a nadie escriba "Ninguno". |
|-----|---|
| | NINGUNO |

| NÚMERO DEL PUESTO | TÍTULO DE CLASIFICACIÓN DEL PUESTO | TOTAL DE PUESTOS |
|------------------|-----------------------------------|------------------|
| Click or tap here to enter text. | Click or tap here to enter text. | Click or tap here to enter text. |
| Click or tap here to enter text. | Click or tap here to enter text. | Click or tap here to enter text. |
| Click or tap here to enter text. | Click or tap here to enter text. | Click or tap here to enter text. |
| Click or tap here to enter text. | Click or tap here to enter text. | Click or tap here to enter text. |
| Click or tap here to enter text. | Click or tap here to enter text. | Click or tap here to enter text. |
| Click or tap here to enter text. | Click or tap here to enter text. | Click or tap here to enter text. |
| Click or tap here to enter text. | Click or tap here to enter text. | Click or tap here to enter text. |

| 11. | ¿Qué equipo o máquinas usa usted regularmente en su trabajo?  Indique el por ciento del tiempo empleado en el manejo de cada uno. | | | |
|-----|---|---|---|---|
| computadora | 50% | calculadora | 10% |
| impresora | 30% | teléfono | 10% |

| 12. | Indique en que forma recibe usted instrucciones respecto a su trabajo, marcando el encasillado correspondiente. | |
|-----|---|---|
| | | Recibo instrucciones generales |
| | | Recibo instrucciones  detalladas |
| | x | Puedo usar mi propio criterio, sujeta a revisión. |
| 13. | Indique  en que forma es revisado su trabajo, marcando el encasillado correspondiente | |
| | | La revisión es superficial |
| | x | La revisión es minuciosa |
| | | La revisión se limita a algunos aspectos, indique cuales: |

3

CERTIFICACION: CERTIFICO QUE LAS CONTESTACIONES PRECEDENTES SON CIERTAS Y EXACTAS.

11/Mayo/2018

| FECHA | FIRMA DE (DE LA) EMPLEADO(A) |

INFORMACION DEL SUPERVISOR INMEDIATO

| 14. | La información del empleado es cierta y exacta, con las siguientes excepciones y adiciones: (Imparta atención especial a los apartados 12 y 13). |
|---|---|
| | Cierta y Exacta |
| | Click or tap here to enter text. |
| | Click or tap here to enter text. |

| 15. | ¿Cuáles considera usted los deberes más importantes de este puesto? |
|---|---|
| | FUNCIONES 1, 2 Y 3 |
| | Click or tap here to enter text. |
| | Click or tap here to enter text. |

| 16. | | SI | No | | | |
|---|---|---|---|---|---|---|
| | ¿Incluye este puesto mecanografía? | | x | En caso afirmativo, indique el por ciento del tiempo | 0 | % |
| | ¿Incluye este puesto taquigrafía? | | x | En caso afirmativo, indique el por ciento del tiempo | 0 | % |

| 17. | Indique los requisitos mínimos que debe poseer la persona que ocupe este puesto. Tenga en mente los requisitos del puesto y no las cualidades de la persona que lo ha de ocupar. |
|---|---|

| | REQUISITOS MINIMOS | REQUISITO ESPECIAL |
|---|---|---|
| Preparación académica<br>Ballicherato en Educ K-3<br>Téc en Cuidado Resp | Bachillerato de una institución acreditada | Click or tap here to enter text. |
| Licencias, Colegiaciones o Certificados<br>Lic. de maestra<br>Lic. de Téc en Cuidado Resp<br>Lic de conducir | Click or tap here to enter text. | Click or tap here to enter text. |
| Duración y clase de experiencia<br>10 AÑOS TASF I | 5 años realizando tareas de técnico II y III | Click or tap here to enter text. |
| Conocimientos, habilidades, destrezas, requisitos físicos u otros factores especiales<br>Sigue instrucciones, capacitada física y mentalmente. Hace uso y manejo de la computadora. Tecnicas de entrevistas e investigación. | Conocimiento de las normas leyes y reglamentos que rigen los programas de asistencia social, técnica de entrevista, criterios de elegibilidad, habilidad para realizar investigaciones, hacer computos matemáticos, expresarse verbalmente y por escrito, preparar informes narrativos y estadísticos, establecer y mantener buenas relaciones interpersonales y destreza en el uso y manejo de máquinas calculadoras y computadoras. | Click or tap here to enter text. |

11/Mayo/18

| FECHA | FIRMA DEL (DE LA) SUPERVISOR(A) INMEDIATO(A) |

INFORMACIÓN DEL (DE LA) DIRECTOR(A) EJECUTIVO(A)

| 18. | La información del empleado y del jefe inmediato es cierta y exacta, con las siguientes excepciones y adiciones. |
|---|---|
| | CIERTA Y EXACTA |

CERTIFICACION: CERTIFICO QUE HE LEIDO LA INFORMACION CONTENIDA EN ESTE IMPRESO Y QUE A MI MEJOR ENTENDER ES CIERTA Y EXACTA.

| FECHA | FIRMA DEL (DE LA) AUTORIDAD NOMINADORA |

Original – Ofic. Rec. Humanos de la Agencia        1ra copia- Empleado        2da copia - Supervisor

## INFORMACIÓN NECESARIA PARA COMPLETAR EL APARTADO NÚMERO 8
### DE LA DESCRIPCIÓN DE PUESTO

**Lea cuidadosamente:**

### FUNCIONES ESENCIALES

Se refiere aquellas funciones del puesto que son fundamentales y justifican la existencia del mismo. En éstos no se incluyen las funciones marginales que puedan estar presentes en el puesto y no son determinantes para la clasificación del mismo.

A fin de determinar lo que constituye una función esencial se consideran, pero no se limitan, a los siguientes criterios.

1. que si la razón para que exista el puesto es que se realice esa función.
2. que exista un número limitado de empleados para realizar esa función.
3. que la función es altamente especializada y requiera del candidato dominio o habilidad considerable para realizar la misma.

Elementos o factores a considerar para determinar si una función es o no esencial, lo cual debe figurar en el expediente del puesto:

1. Determinación de la Autoridad Nominadora sobre las funciones que son esenciales del puesto.
2. La descripción del puesto actualizada y preparada antes de anunciar la vacante o de entrevistar a los candidatos.
3. La cantidad de tiempo dedicado para realizar la función.
4. Las consecuencias o el impacto de no realizar esa función.
5. ¿Cuál ha sido la experiencia y la situación real de los puestos?
6. ¿Cuál ha sido la experiencia y la situación real en otros puestos similares?

### EJEMPLOS

| Título del Puesto | Funciones Esenciales | Funciones Marginales |
|---|---|---|
| Conserje | – Barre, pasa mapo, seca y encera los pisos.<br>– Lava y limpia ventanas, servicios sanitarios, lavamanos, puertas y paredes.<br>– Suple los servicios sanitarios de papel toalla, jabón y otros artículos. | – Hace requisiciones de materiales de limpieza.<br>– Abre y cierra puertas y portones<br>– Repone bombillas fundidas |
| Administradora en Sistemas de Oficina | – Coordina el calendario de trabajo, las actividades y citas de su supervisor(a) inmediato(a),<br>– Produce y transcribe en sistemas computadorizados o máquina de escribir documentos que se generan en su lugar de trabajo., tales como: cartas, formularios, tablas, memorandos, entre otros. | – Asiste a reuniones, adiestramientos y otras actividades de capacitación profesional relacionadas con su área de competencia.<br>– Atiende y orienta a visitantes, empleados y funcionarios sobre asuntos rutinarios y los refiere donde corresponda. |
| Agente Comprador | – Tramita requisiciones de compras de suministros, materiales y equipo, solicita y compra proposiciones de venta y recomienda los licitadores más bajos o convenientes.<br>– Prepara las especificaciones necesarias para las compras requeridas. | – Lleva control sobre garantías de los equipos que se compra y vigila que se utilicen en forma adecuada.<br>– Establece y mantiene un archivo de los diferentes documentos sobre las compras que se realizan. |
| Abogado | – Representa a la agencia ante los diferentes foros y Tribunales de Justicia en casos de naturaleza civil y administrativa.<br>– Efectúa estudios y prepara memorandos de derecho relacionados con su especialidad.<br>– Estudia proyectos de ley, Órdenes Ejecutivas y emite su opinión. | – Ofrece charlas, seminarios y adiestramientos sobre las funciones de la agencia.<br>– Realiza labor notarial. |

5

Nombre del (de la) Empleado(a) _Ayleel C. DeJesÚs Marín_ Núm. Puesto: _712_1

---

## DATOS COMPLEMENTARIOS A LA DESCRIPCIÓN DE PUESTO
### (ANEJO LEY ADA)

Favor de marcar el encasillado que más describa la situación presente en su puesto. (Marque uno solo). Esta información será objeto de verificación con el (la) supervisor(a) inmediato(a).

## CONDICIONES DE TRABAJO

Se refiere a los riesgos a que se enfrenta el (la) empleado(a) al realizar funciones del puesto que ocupa, así como el grado de exposición distinto al ambiente normal de oficina. Algunas de estas situaciones podrían ser: ruidos, polvo, químicos, estar de pie por tiempo prolongado, caídas, uso de escaleras e inclinarse, etc.

### A. Riesgos en el ambiente de trabajo

1. / ☐ / Ambiente de trabajo normal que no envuelve riesgos físicos ni condiciones peligrosas. Ej.: Secretarias (os), Recepcionistas, Oficinistas de Contabilidad

2. / ☒ / Ambiente de trabajo que envuelve riesgos físicos menores que requieren seguir las precauciones básicas de seguridad. Ej.: Recaudadores, Contador

3. / ☐ /Ambiente de trabajo que envuelve exposición a riesgos serios tales como: heridas, contusiones y otros tipos de lesiones que requieren conocer y seguir precauciones detalladas de seguridad. (Ej.: Trabajadores de Imprenta, Plomero, Trabajador de Limpieza Pública, Trabajador de Recogido de Desperdicios Sólidos, Trabajador de Manejo de Emergencia y Administración de Desastres)

4. / ☐ /Ambiente de trabajo que envuelve exposición constante a riesgos o accidentes fatales tales como: caídas de grandes alturas (andamios de construcción, techos de estructuras físicas, escaleras de extensión) o materiales y tóxicos peligrosos que requieren conocer y cumplir las normas de seguridad a la ocupación. (Ej.: Pintores de Edificios, Químicos, Tecnólogos Médicos, Técnicos de Rayos X, Perito Electricista)

### B. Indique el grado o nivel de riesgo a que se expone en el ambiente de trabajo. Marque un sólo encasillado según aplique, tomando en consideración la Parte A de este cuestionario.

1. / ☐ / Exposición normal de oficina.

2. / ☐ / Exposición menor (hasta un 10% de las horas de trabajo).

3. / ☒ / Exposición moderada (hasta un 25% de las horas de trabajo).

4. / ☐ / Exposición mayor (hasta un 50% de las horas de trabajo).

5. / ☐ / Exposición continua (más de un 50% de las horas de trabajo).

### C. Esfuerzo Físico

Corresponde al esfuerzo físico necesario para realizar los deberes y responsabilidades del puesto. Se considera el esfuerzo invertido en el manejo de equipo, materiales, herramientas, suministros y otros. Marque un sólo encasillado según aplique.

1. / ☐ / No aplica.

2. / ☒ / Esfuerzo físico liviano que requiere el manejo de objetos de peso liviano hasta 5 libras, estar de pie o caminando alguna parte del tiempo.

3. / ☐ / Actividad física moderada que requiere el manejo de objetos de peso promedio hasta 25 libras, estar de pie o caminado por períodos prolongados de tiempo.

4. / ☐ / El trabajo requiere esfuerzo físico fuerte tales como: levantar, empujar o halar objetos pesados hasta 75 libras.

6

Nombre del (de la) Empleado(a) _____ Núm. Puesto: ___712/___

**D. Esfuerzo Visual y Mental**

Se refiere el esfuerzo visual y mental invertido al realizar los deberes y responsabilidades del puesto. Ejs: Operador de Terminal de Computadoras, Soldador, Analista de Sistemas de Computadora, Ingeniero, entre otros. Marque un sólo encasillado según aplique:

1. /☐/ No aplica.

2. /☐/ El esfuerzo que se requiere es muy rara vez al día menos de una hora diaria.

3. /☐/ Esfuerzo que se requiere es de forma rutinaria, hasta cuatro (4) horas diarias.

4. /☒/ Esfuerzo que se requiere es constante, sobre seis (6) horas diarias.

**E. Viajes**

Se refiere a la frecuencia en que es requerido salir fuera de la agencia para realizar las funciones del puesto. Este factor puede aplicar, entre otros, a clases tales como: Investigadores, Recaudadores, Agente de Compras, Conductores, Técnicos de Personal, Oficial de Relaciones Públicas.

Circule la situación y frecuencia que mejor describa las salidas oficiales necesarias.

| Situación | Frecuencia | | |
|---|---|---|---|
| | 1-5 salidas oficiales por año | 6-15 salidas oficiales por año | Más de 15 salidas oficiales por año |
| 1. No es requerido. | | | |
| 2. Salidas oficiales que se llevan a cabo dentro del turno de trabajo. | ☐ | ☐ | ☒ |
| 3. Salidas que se extienden más allá del turno normal de trabajo. | ☐ | ☐ | ☐ |
| 4. Salidas oficiales que requieren de 1-3 noches fuera de la casa. | ☐ | ☐ | ☐ |
| 5. Salidas oficiales que requieren más de 3 noches fuera de la casa | ☐ | ☐ | ☐ |

_____
Fecha

Firma del (de la) Empleado(a)

___11/mayo/18___
Fecha

Firma del (de la) Supervisor(a)

7

DEFAM-10
Rev. 05/03

UNIDAD APROPIADA
- [ ] A
- [x] B
- [ ] Excluido

**Estado Libre Asociado de Puerto Rico**
**DEPARTAMENTO DE LA FAMILIA**
**Oficina de Recursos Humanos**

Número de Control asignado por la División de Clasificación y Retribución, de ser necesario.

- [ ] Secretariado
- [x] Administración    ADSEF

**DESCRIPCION DEL PUESTO**
(Instrucciones al dorso de la página 5)

No escriba en este espacio

| 1. Primer Apellido    Segundo Apellido    Nombre | 2. Sueldo Mensual |
|---|---|
| **DE JESUS        ROMAN        AYLEEN** | **$1,228.00** |

| 3. Núm. Seguro Social | 4. Núm. del Puesto | 7. Programa, Oficina, División o Sección |
|---|---|---|
| 8518 | 7121 | ADSEF |

| 5. Título de Clasificación del Puesto | 8. Lugar donde trabaja – Dirección postal o física |
|---|---|
| **TECNICO ASIST. SOCIAL Y FAMILIAR I** | **PONCE** |

| 6. Título Funcional del Puesto | 9. Teléfono y extensión |
|---|---|
| TECNICO I | **787-837-2159** |

10. Detalle el trabajo que realiza en el orden de importancia de las distintas tareas, empiece con la más importante.  Indique el tiempo que dedica a cada una en horas, o en fracción o por ciento del total del tiempo que dedica a su puesto.  ESTA ES LA PARTE MAS IMPORTANTE DEL FORMULARIO. Use sus propias palabras y haga las descripciones de sus deberes tan claras que personas que no estén familiarizadas con su trabajo entiendan con exactitud lo que usted hace.  Si este espacio no es suficiente para describir sus deberes, puede continuar al dorso de la página 5.

DMS
Iniciales del(de la) upervisor(a)


Iniciales del(de la) empleado(a)

| Tiempo | FUNCIONES ESENCIALES DEL PUESTO | NO LLENE ESTE ESPACIO |
|---|---|---|
| 15% | ESTUDIA Y VERIFICA LOS DATOS OFRECIDOS Y LOS REQUISITOS DE ELEGIBILIDAD, TANTO EN SOLICITUDES NUEVAS COMO EN CASOS ACTIVOS, MEDIANTE ENTREVISTAS Y VISITAS AL CAMPO. | |
| 15% | DETERMINA LA ELEGIBILIDAD DE LOS (LAS) PARTICIPANTES DE TODOS LOS PROGRAMAS Y SUBPROGRAMAS DE ASISTENCIA PÚBLICA Y PARA PARTICIPAR DE UN PLAN DE EMPLEABILIDAD, DA SEGUIMIENTO MEDIANTE CITAS Y VISITAS AL CAMPO. | |
| 6% | OPERA EL SISTEMA MECANIZADO PARA INGRESAR Y CORREGIR LA INFORMACIÓN Y/O DATOS DEL (DE LA) SOLICITANTE Y SE ASEGURA QUE ESTE (A) RECIBA LOS BENEFICIOS CORRESPONDIENTES. | |
| 6% | UTILIZA EL SISTEMA COMPUTARIZADO PARA EFECTUAR CAMBIOS TRANSFERENCIAS Y CIERRE DE LOS CASOS BAJO SU ATENCIÓN. | |
| 3% | DETERMINA LA CUANTÍA DE BENEFICIOS RETROACTIVOS EN CASOS DE ERROR DE LA AGENCIA. CUANDO EL (LA) PARTICIPANTE RECIBIO BENEFICIOS MENORES A LOS QUE LE CORRESPONDIAN. | |
| 3% | COLABORA EN LA PREPARACIÓN Y DETERMINACIÓN DE LA CANTIDAD EN CASOS QUE TIENEN ALGUNA RECLAMACIÓN POR BENEFICIOS OTORGADOS, EN FORMA INDEBIDA, PARA RECOBRAR Y REFERIRLOS AL DEPTO DE JUSTICIA SEGÚN APLIQUE. | |
| 1% | COLABORA EN LA REDACCIÓN DE LOS INFORMES DE APELACIONES A SER CONSIDERADOS EN LAS VISTAS QUE SE CELEBRAN ANTES LOS (LAS) OFICIALES EXAMINADORES (AS) DE JUNTA ADJUTICATIVA DEL DEPARTAMENTO, FOROS ADMINISTRATIVOS JUDICIALES Y ASISTE A LOS TRIBUNALES CUANDO LE ES REQUERIDO. | |
| 2% | MANTIENE ACTUALIZADOS LOS EXPEDIENTES DE LAS PERSONAS O FAMILIAS BAJO SU ATENCIÓN Y PREPARALOS INFORMES NARRATIVOS ESPECIALES Y ESTADÍSTICOS QUE LE SEAN REQUERIDOS. | |
| 5% | DETERMINA LA NECESIDAD DE LA UNIDAD FAMILIAR PARA EL USO DE LOS FONDOS DE EMERGENCIAS Y RECOMIENDA LA CANTIDAD ASIGNADA. | |

Periodo de Retención: **Original**- Expediente
Seis (6) años luego que el(la) empleado(a) se desvincule del servicio
**Copia**- Empleado(a)

Anejo Página 1-A

| 1. Primer Apellido      Segundo Apellido       Nombre<br>   **DE JESUS**              **ROMAN**              **AYLEEN L.** | 2. Sueldo Mensual<br>**$1,228.00** |
|---|---|

| 3. Núm. Seguro Social | 4. Núm. del Puesto<br>**7121** | 7. Programa, Oficina, División o Sección<br>**ADSEF -** |
|---|---|---|

| 5. Título de Clasificación del Puesto<br>**TECNICO ASIST. SOCIAL Y FAMILIAR I** | 8. Lugar donde trabaja – Dirección postal o física<br>**PONCE** |
|---|---|

| 6. Título Funcional del Puesto<br>**TECNICO III** | 9. Teléfono y extensión<br>**787-837-2159** |
|---|---|

| Tiempo | FUNCIONES ESENCIALES DEL PUESTO | NO LLENE ESTE ESPACIO |
|---|---|---|
| 3% | RECIBIR Y EVALUAR CASOS DE CLIENTES TRANSFERIDOS DE OTRA OFICINA LOCAL Y DETERMINAR ACCIÓN A SEGUIR. | |
| 7% | EFECTUAR ANOTACIONES EN LOS EXPEDIENTES DE LA CLIENTELA QUE SE BENEFICIA DE LOS PROGRAMA DE ASISTENCIA PÚBLICA Y MANTENER ACTUALIZADOS LOS HISTORIALES DE LOS CASOS TRABAJADOS. ORGANIZAR EXPEDIENTES. | |
| 2% | EFECTUAR Y RECIBIR LLAMADAS TELEFÓNICAS CON INFORMACIÓN REVELANTES DE LOS CASOS DE ASISTENCIA PÚBLICA.PARTICIPA EN LA DISTRIBUCION DE ALIMENTOS A LOS BENEFICIARIOS DE LOS PROGRAMAS DE ASISTENCIA PÚBLICA. | |
| 1% | PREPARA PLANES DE TRABAJO E INFORMES NARRATIVOS Y ESTADÍSTICOS QUE LE SEAN REQUERIDOS. | |
| 2% | IDENTIFICA LA PROBLEMÁTICA SOCIOECONÓMICA DE CADA SITUACION Y REFIERE A LAS FAMILIAS QUE LO AMERITEN A OTROS PROGRAMAS DEL DEPTO. U OTRAS AGENCIAS DEL GOBIERNO  Y RECURSOS DE LA COMUNIDAD PARA LA PRESTACIÓN DE SERVICIOS QUE PROPENDAN AL FORTALECIMIENTODE LA VIDA FAMILIAR Y A LA REHABILITECIÓN DE SUS MIEMBROS. | |
| 2% | ORIENTA A LOS (LAS) BENEFICIARIOS Y SOLICITANTES SOBRE EL DERECHO DE APELACIÓN Y COMPARECE A LAS VISTAS QUE SE CELEBREN. | |
| 4% | VISITA LAS FAMILIAS DE BAJOS INGRESOS Y ORIENTA SOBRE LOS PROGRAMAS EN EL DEPARTAMENTO DIRIGOS A MEJOR LA CALIDAD DE VIDA DE LA FAMILIA Y MOTIVARLOS HACIA LA SUPERACIÓN SOCIAL Y ECONÓMICA. | |
| 2% | REALIZA TAREAS A FINES AL PUESTO EN AUSENCIA DE ALGÚN COMPANERO QUE SEAN ASIGNADAS POR EL DIRECTOR O SUPERVISOR LOCAL. | |
| 4% | PREPARAR PLANES DE TRABAJO, CALENDARIZAR EN SIBIF Y LOS INFORMES NARRATIVOS Y ESTADÍSTICOS QUE SEAN REQUERIDOS. | |
| 5% | ENTRADA Y ACTUALIZACIÓN DE INFORMACIÓN REVELANTE DE LOS CASOS DE ASISTENCIA PÚBLICA EN EL SISTEMA COMPUTARIZADO. CREACIÓN Y VERIFICACIÓN DE CUENTAS DE BENEFICIOS EN TERMINAL EBT. | |
| 4% | EVALUAR SOLICITUDES PARA LOS SUBPROGRAMAS DE ASISTENCIA ECONÓMICA ( CRISIS DE ENERGÍA , FOOD & SHELTER, SIF Y EMERGENCIA TANF PARA DETERMINAR ELEGIBILIDAD. | |
| 1% | REFERIR A FAMILIAS QUE AMERITEN A OTROS PROGRAMAS DEL DEPARTAMENTO UN OTRAS AGENCIAS DEL GOBIERNO. | |
| 1% | SEGUIMIENTO Y EVALUACION A INSTITUCION DE ENVEJECIENTES MEDIANTE VISITA. SE EFECTUA CORROBORACION DEL CUIDADO DE LOS PARTICIPANTES Y MANEJO DE LOS BENEFICIOS. | |
| 5% | COMPLETAR INFORMACION Y REFERIMIENTO A NUEVOS SOLICITANTES | |

| Tiempo | FUNCIONES MARGINALES DEL PUESTO | NO LLENE ESTE ESPACIO |
|---|---|---|
| 1% | PARTICIPACIÓN ACTIVAMENTE EN EL PLAN DE DESASTRE Y EMERGENCIA. | |

11. Si supervisa seis o menos empleados, mencione los nombres y los títulos de clasificación de cada uno. Si supervisa más de seis, indique el número de empleados con los títulos de clasificación. Si no supervisa a nadie, escriba "Ninguno".

| Nombre del(de la) Empleado(a) | Título de Clasificación del Puesto | Total de Puestos |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

12. Indique máquinas, equipo o instrumentos que regularmente utiliza en su trabajo. Indique el por ciento del tiempo utilizado en el manejo de cada uno.

| | | | | | |
|---|---|---|---|---|---|
| COMPUTADORA | 50 | % | TELEFONO | 15 | % |
| CALCULADORA | 5 | % | AUTOMOVIL | 5 | % |
| FOTOCOPIADORA | 20 | % | FAX | 5 | % |

13. Indique con marca de cotejo en qué forma recibe usted instrucciones respecto a su trabajo.

( ) Específicas o detalladas
( ) Generales
( X ) Combinación de ambas (generales en algunos casos y específicas en otros)

14. Indique con marca de cotejo en qué forma lleva a cabo su trabajo: Marque dos alternativas, si aplica.

( ) Sigo un plan de trabajo previamente establecido.
( X ) Elaboro mi propio plan de trabajo conforme a instrucciones específicas que recibo.
( X ) Elaboro mi propio plan de trabajo conforme a instrucciones generales que recibo.
( ) Tengo facultad para tomar decisiones en los aspectos rutinarios de mi trabajo, pero tengo que consultar con mi Supervisor(a) ante situaciones nuevas o no rutinarias.

15. Indique con marca de cotejo en qué forma es revisado su trabajo. Marque más de una, si aplica.

( X ) A medida que ejecuto el mismo        ( ) Mediante la comprobación de los resultados
( ) Cuando termino cada tarea              ( X ) Mediante reuniones con mi supervisor
( ) Mediante el análisis de informes que rindo  ( ) En forma específica o detallada
( ) Mediante visitas al área de trabajo    ( ) En forma general o superficial

16. Nombre y título del(de la) Supervisor(a) Inmediato(a)

**SRA. DINA MEDINA SANTANA**

**INFORMACION COMPLEMENTARIA A LA DESCRIPCION DE PUESTO PARA
CUMPLIR CON LAS DISPOSICIONES DE LA LEY FEDERAL DE
AMERICANOS CON IMPEDIMENTOS (ADA)**

Marque un solo encasillado que más describa la situación presente en su puesto.   Esta información la
completa el(la) Supervisor(a) Inmediato(a).

**CONDICIONES DE TRABAJO**

Se refiere a los riesgos a que se enfrenta el(la) empleado(a) al realizar las funciones del puesto que
ocupa, así como el grado de exposición distinto al ambiente normal de oficina.   Algunas de estas
situaciones pueden ser: ruidos, polvo, químicos, estar de pie por tiempo prolongado, caídas, uso de
escaleras e inclinarse, etc.

A.   Riesgos en el ambiente de trabajo

☐   1.   Ambiente de trabajo **normal** que no envuelve riesgos físicos ni condiciones peligrosas.
Ej.: Adm. de Sistemas de Oficina, Recepcionistas, Auxiliar de Contabilidad, Auxiliar de
Oficina.

☒   2.   Ambiente de trabajo que envuelve **riesgos físicos menores** que requieren seguir las
precauciones básicas de seguridad. Ej.: Recaudador, Enfermera.

☐   3.   Ambiente de trabajo que envuelve **exposición a riesgos** serios tales como: heridas,
contusiones y otros tipos de lesiones que requieren conocer y seguir precauciones
detalladas de seguridad.   Ej.: Trabajador de Conservación, Plomero, Conserje,
Carpintero.

☐   4.   Ambiente de trabajo que envuelve **exposición constante a riesgos o accidentes
fatales** tales como: caídas de grandes alturas (andamios de construcción, techos de
estructuras físicas, escaleras de extensión) o materiales y tóxicos peligrosos que
requieren conocer y cumplir las normas de seguridad de la ocupación. Ej.: Trabajador
de Conservación, Perito Electricista.

DMS
Iniciales
del(de la)
Supervisor(a)

AJ
Iniciales
del(de la)
Empleado(a)

B.   Indique el grado o nivel de riesgo a que se expone en el ambiente de trabajo.  Marque un solo
encasillado según aplique, tome en consideración la Parte A, de este cuestionario:

☐   1.   Exposición **normal de oficina**.

☐   2.   Exposición **menor** (hasta un 10% de las horas de trabajo).

☒   3.   Exposición **moderada** (hasta un 25% de las horas de trabajo).

☐   4.   Exposición **mayor** ( hasta un 50% de las horas de trabajo).

☐   5.   Exposición **continua** (más de un 50% de las horas de trabajo).

C.   Esfuerzo Físico

Corresponde al esfuerzo físico necesario para realizar los deberes y responsabilidades del
puesto.  Se considera el esfuerzo invertido en el manejo de equipo, materiales, herramientas,
suministros y otros.  **Marque un solo encasillado, según aplique:**

☐   1.  No aplica

☒   2.  **Esfuerzo físico liviano** que requiere el manejo de objetos de peso liviano hasta 5
libras, estar de pie o caminar alguna parte del tiempo.

☐   3.  **Actividad física moderada** que requiere el manejo de objetos de peso promedio
hasta 25 libras, estar de pie o caminar por periodos prolongados de tiempo.

☐   4.  El trabajo requiere **esfuerzo físico fuerte** tales como: alzar, empujar o halar objetos
pesados hasta 75 libra

4

D.   Esfuerzo Visual y Mental

Se refiere al esfuerzo visual y mental al realizar los deberes y responsabilidades del puesto.  Ej.: Operador de Terminal de Computadora, Técnico de Asistencia Social o Familiar, Técnico de Servicios a la Familia, Trabajador(a) Social u otros.  **Marque un solo encasillado, según aplique:**

- [ ] 1.   No aplica

- [ ] 2.   El esfuerzo que se requiere es menos de una hora diaria.

- [ ] 3.   El esfuerzo que se requiere es de forma rutinaria, hasta cuatro (4) horas diarias.

- [x] 4.   El esfuerzo que se requiere es constante, sobre seis (6) horas diarias.

E.   Viajes

Se refiere a la frecuencia en que es requerido salir fuera de la agencia para realizar las funciones del puesto.  Este factor puede aplicar, entre otros, a clases tales como: Investigadores, Recaudadores, Agente Comprador, Conductor, Analista de Recursos Humanos, Oficial de Recursos Humanos, Oficial de Relaciones Públicas, y otros.

**Indique la situación y frecuencia que mejor describa las salidas oficiales durante el año natural.**

DMS
Iniciales
del(de la)
Supervisor(a)

| Situación | Frecuencia | | |
|---|---|---|---|
| | 1-5 Salidas Oficiales | 6-15 Salidas Oficiales | Más de 15 Salidas Oficiales |
| 1.   No es requerido | | | **X** |
| 2.   Salidas oficiales que se llevan a cabo dentro del turno de trabajo. | | | |
| 3.   Salidas oficiales que se extienden más allá del turno normal de trabajo. | | | |
| 4.   Salidas oficiales que requieren de 1-3 noches fuera de la casa. | | | |
| 5.   Salidas oficiales que requieren más de 3 noches fuera de la casa. | | | |

**CERTIFICACIÓN:** CERTIFICO QUE LAS CONTESTACIONES PRECEDENTES SON CIERTAS Y EXACTAS.

6/NOV/2013
_____
Fecha

_____
Firma del(de la) Empleado(a)

## INFORMACION DEL(DE LA) SUPERVISOR(A) INMEDIATO(A)

1. La información del(de la) empleado(a) es cierta y exacta, con las siguientes excepciones o adiciones. (Dar atención especial a los apartados 14, 15 y 16).

   **LA INFORMACIÓN ES CIERTA Y EXACTA.**

2. ¿Cuáles considera usted son los deberes más importantes de este puesto?

   **TODOS**

3. ¿Incluye este puesto:                    Si es afirmativo, indique el por ciento de tiempo.

   | | | | | | | |
   |---|---|---|---|---|---|---|
   | a. | Mecanografía? | ____ | SÍ | **X** No | ____ | % |
   | b. | Escritura Rápida? | ____ | SÍ | **X** No | ____ | % |
   | c. | Computadora? | **X** | SÍ | ____ No | **50** | % |
   | d. | Otro? | **CALCULADORA, FOTOCOPIADORA, TELEFONO** | | | **50** | % |

4. Indique los requisitos mínimos que a su juicio debe poseer el aspirante a ocupar este puesto para poder desempeñar los deberes a su satisfacción.

|  | Requisitos Mínimos | Requisitos Especiales |
|---|---|---|
| Preparación Académica | BACHILLERATO | |
| Instrucción especial | | |
| Duración y clase de experiencia | | |
| Conocimientos, habilidades y destrezas y otros requisitos especiales. | HABILIDAD PARA SEGUIR INSTRUCCIONES - ESTAR FISICA Y MENTALMENTE CAPACITADO. | |

*Iniciales del(de la) Empleado(a)*

5/NOV/2013
_____
Fecha

_____
Firma del(de la) Supervisor(a) Inmediato(a)

## INFORMACION DE LA AUTORIDAD NOMINADORA

5. La información del(de la) empleado(a) y del(de la) Supervisor(a) Inmediato(a) es cierta y exacta, con las siguientes excepciones o adiciones.

_____

_____

**CERTIFICACION:** CERTIFICO QUE HE LEIDO LA INFORMACION CONTENIDA EN ESTE IMPRESO Y QUE A MI MEJOR ENTENDER ES CIERTA Y EXACTA.

_____
Fecha

_____
Firma del(de la) Autoridad Nominadora
o Representante Autorizado

DEFAM-10
Rev. 05/03

| | UNIDAD APROPIADA |
|---|---|
| | ☐ A |
| | ☐ B |
| | ☐ Excluido |

**Estado Libre Asociado de Puerto Rico**
**DEPARTAMENTO DE LA FAMILIA**
**Oficina de Recursos Humanos**

Número de Control asignado por la División de
Clasificación y Retribución, de ser necesario.

☐ Secretariado
☒ Administración    **ADSEF**

| | No escriba en este espacio | |
|---|---|---|

**DESCRIPCION DEL PUESTO**
(Instrucciones al dorso de la página 5)

| 1. Primer Apellido    Segundo Apellido    Nombre | 2. Sueldo Mensual |
|---|---|
| DE JESUS    ROMAN    AYLEEN L. | |

| 3. Núm. Seguro Social | 4. Núm. del Puesto | 7. Programa, Oficina, División o Sección |
|---|---|---|
| ·8518 | 7121 | ADSEF – O.L. JUANA DIAZ |

| 5. Título de Clasificación del Puesto | 8. Lugar donde trabaja – Dirección postal o física |
|---|---|
| TECNICO ASIST. SOC. Y FAM. I | EDIF. GUBERNAMENTAL J.D. |

| 6. Título Funcional del Puesto | 9. Teléfono y extensión |
|---|---|
| TASF I | 837-2220 – 837-2025 |

10. Detalle el trabajo que realiza en el orden de importancia de las distintas tareas, empiece con la más importante. Indique el tiempo que dedica a cada una en horas, o en fracción o por ciento del total del tiempo que dedica a su puesto.  ESTA ES LA PARTE MAS IMPORTANTE DEL FORMULARIO. Use sus propias palabras y haga las descripciones de sus deberes tan claras que personas que no estén familiarizadas con su trabajo entiendan con exactitud lo que usted hace. Si este espacio no es suficiente para describir sus deberes, puede continuar al dorso de la página 5.

Iniciales
del(de la)
Supervisor(a)

Iniciales
del(de la)
Empleado(a)

| Tiempo | FUNCIONES ESENCIALES DEL PUESTO | NO LLENE ESTE ESPACIO |
|---|---|---|
| 15% | 1.  Ofrecer orientación individual en relación a los requisitos de PAN y TANF, sus derechos y responsabilidades y cumplimentación de los formularios requeridos. | |
| 15% | 2.  Atender y entrevistar aquellas familias que deseen acogerse inicial y subsiguiente a los beneficios de PAN y TANF. | |
| 15% | 3.  Analizar los datos que presentan los participantes a fines de certificar o rechazar las solicitudes.  Investigación de datos. | |
| 15% | 4.  Atender y entrevistar aquellas familias que acuden a la oficina a informar algún cambio en su situación y tramitar el mismo en un periodo de diez (10) días. | |
| 5% | 5.  Realizar visitas a hogares y colaterales con el propósito de verificar la información ofrecida por el solicitante o beneficiario. | |
| 2% | 6.  Referir casos de posible reclamación y/o beneficios retroactivos al supervisor. | |
| 5% | 7.  Determinar reclamaciones y/o beneficios retroactivos a unidad familiar, participantes y no participantes de PAN, TANF, Crisis de Energía, Subsidio, etc. | |
| 1% | 8.  Preparar informes de los casos que tienen alguna reclamación para el Departamento de Justicia. | |
| 1% | 9.  Redactar informes que corresponden a los casos en apelación ante los foros administrativos, Junta de Apelaciones y los Tribunales. Asistir a las vistas de apelaciones y a los Tribunales. | |

Periodo de Retención: **Original-** Expediente
Seis (6) años luego que el(la) empleado(a) se desvincule del servicio
**Copia-** Empleado(a)

Anejo Página 1-A

| 1. Primer Apellido    Segundo Apellido    Nombre | | 2. Sueldo Mensual |
|---|---|---|
| DE JESUS        ROMAN        AYLEEN L. | | |
| 3. Núm. Seguro Social | 4. Núm. del Puesto | 7. Programa, Oficina, División o Sección |
| ___ | 7121 | ADSEF-OFICINA LOCAL J.D. |
| 5. Título de Clasificación del Puesto | | 8. Lugar donde trabaja – Dirección postal o física |
| TECNICO ASIST. SOC. Y FAM. I | | EDIFICIO GUBERNAMENTAL J.D. |
| 6. Título Funcional del Puesto | | 9. Teléfono y extensión |
| TECNICO ASIST. SOC. Y FAM. I | | 837-2220 – 837-2025 |

| Tiempo | FUNCIONES ESENCIALES DEL PUESTO | NO LLENE ESTE ESPACIO |
|---|---|---|
| 2% | 10.   Efectuar acciones correctivas en casos que señalen hallazgos del Sistema Medición, Esfuerzo y Resultado y en los que se revoque alguna acción por parte de la Junta de Apela-ciones. | |
| 3% | 11.   Recibir y evaluar casos de clientes transferidos de otra oficina local y determi-nar acción a seguir. | |
| 5% | 12.   Efectuar anotaciones en los expedientes de la clientela que se beneficia de los Programas de Asistencia Pública y mantener actualizados los historiales de los casos trabajados.  Organizar expedientes. | |
| 2% | 13.   Efectuar y recibir llamadas telefónicas relacionadas con información relevante de los casos de Asistencia Pública. | |
| 2% | 14.   Preparar planes de trabajo y los informes narrativos y estadísticos que son requeridos. | |
| 5% | 15.   Entrada y actualización de información relevante de los casos de Asistencia Pública en el sistema computarizado.  Creación y verificación de cuentas de beneficios en terminal EBT. | |
| 4% | 16.   Evaluar solicitudes para los subprogramas de Asistencia Económica (Crisis de Energía, Subsidio de Energía, Food & Shelter), SIF y Emergencia TANF para determinar elegibilidad. | |
| 1% | 17.   Referir a familias que ameriten a otros programas del Departamento u otras agencias del gobierno. | |

2

| Tiempo | FUNCIONES MARGINALES DEL PUESTO | NO LLENE ESTE ESPACIO |
|--------|--------------------------------|----------------------|
| 1% | Distribución de Alimentos | |
| 1% | Plan de Desastre. | |

11.  Si supervisa seis o menos empleados, mencione los nombres y los títulos de clasificación de cada uno.  Si supervisa más de seis, indique el número de empleados con los títulos de clasificación. Si no supervisa a nadie, escriba "Ninguno".

| Nombre del(de la) Empleado(a) | Título de Clasificación del Puesto | Total de Puestos |
|-------------------------------|-----------------------------------|------------------|
| Ninguno | | |
| | | |
| | | |
| | | |
| | | |
| | | |

12.  Indique máquinas, equipo o instrumentos que regularmente utiliza en su trabajo.  Indique el por ciento del tiempo utilizado en el manejo de cada uno.

| | | | |
|---|---|---|---|
| Computadora | 90 % | | % |
| Calculadora | 10 % | | % |
| | % | | % |

13.  Indique con marca de cotejo en qué forma recibe usted instrucciones respecto a su trabajo.

(  ) Específicas o detalladas
(  ) Generales
( X ) Combinación de ambas (generales en algunos casos y específicas en otros)

14.  Indique con marca de cotejo en qué forma lleva a cabo su trabajo: Marque dos alternativas, si aplica.

( X ) Sigo un plan de trabajo previamente establecido.
(  ) Elaboro mi propio plan de trabajo conforme a instrucciones específicas que recibo.
(  ) Elaboro mi propio plan de trabajo conforme a instrucciones generales que recibo.
( X ) Tengo facultad para tomar decisiones en los aspectos rutinarios de mi trabajo, pero tengo que consultar con mi Supervisor(a) ante situaciones nuevas o no rutinarias.

15.  Indique con marca de cotejo en qué forma es revisado su trabajo.  Marque más de una, si aplica.

(  ) A medida que ejecuto el mismo              (  ) Mediante la comprobación de los resultados

(  ) Cuando termino cada tarea                     ( X ) Mediante reuniones con mi supervisor

( X ) Mediante el análisis de informes que rindo   (  ) En forma específica o detallada

(  ) Mediante visitas al área de trabajo           (  ) En forma general o superficial

16.  Nombre y título del(de la) Supervisor(a) Inmediato(a)

DIGNA GONZALEZ RODRIGUEZ

3

**INFORMACION COMPLEMENTARIA A LA DESCRIPCION DE PUESTO PARA
CUMPLIR CON LAS DISPOSICIONES DE LA LEY FEDERAL DE
AMERICANOS CON IMPEDIMENTOS (ADA)**

Marque un solo encasillado que más describa la situación presente en su puesto.   Esta información la
completa el(la) Supervisor(a) Inmediato(a).

**CONDICIONES DE TRABAJO**

Se refiere a los riesgos a que se enfrenta el(la) empleado(a) al realizar las funciones del puesto que
ocupa, así como el grado de exposición distinto al ambiente normal de oficina.  Algunas de estas
situaciones pueden ser: ruidos, polvo, químicos, estar de pie por tiempo prolongado, caídas, uso de
escaleras e inclinarse, etc.

A.   Riesgos en el ambiente de trabajo

   [ ]  1.   Ambiente de trabajo **normal** que no envuelve riesgos físicos ni condiciones peligrosas.
Ej.: Adm. de Sistemas de Oficina, Recepcionistas, Auxiliar de Contabilidad, Auxiliar de
Oficina.

   [X]  2.   Ambiente de trabajo que envuelve **riesgos físicos menores** que requieren seguir las
precauciones básicas de seguridad. Ej.: Recaudador, Enfermera.

   [ ]  3.   Ambiente de trabajo que envuelve **exposición a riesgos** serios tales como: heridas,
contusiones y otros tipos de lesiones que requieren conocer y seguir precauciones
detalladas de seguridad.    Ej.: Trabajador de Conservación, Plomero, Conserje,
Carpintero.

   [ ]  4.   Ambiente de trabajo que envuelve **exposición constante a riesgos o accidentes
fatales** tales como: caídas de grandes alturas (andamios de construcción, techos de
estructuras físicas, escaleras de extensión) o materiales y tóxicos peligrosos que
requieren conocer y cumplir las normas de seguridad de la ocupación.  Ej.: Trabajador
de Conservación, Perito Electricista.

B.   Indique el grado o nivel de riesgo a que se expone en el ambiente de trabajo.  Marque un solo
encasillado según aplique, tome en consideración la Parte A, de este cuestionario:

   [ ]  1.   Exposición **normal de oficina.**

   [ ]  2.   Exposición **menor** (hasta un 10% de las horas de trabajo).

   [X]  3.   Exposición **moderada** (hasta un 25% de las horas de trabajo).

   [ ]  4.   Exposición **mayor** ( hasta un 50% de las horas de trabajo).

   [ ]  5.   Exposición **continua** (más de un 50% de las horas de trabajo).

C.   Esfuerzo Físico

Corresponde al esfuerzo físico necesario para realizar los deberes y responsabilidades del
puesto.  Se considera el esfuerzo invertido en el manejo de equipo, materiales, herramientas,
suministros y otros.  **Marque un solo encasillado, según aplique:**

   [ ]  1. No aplica

   [x]  2. **Esfuerzo físico liviano** que requiere el manejo de objetos de peso liviano hasta 5
libras, estar de pie o caminar alguna parte del tiempo.

   [ ]  3.  **Actividad física moderada** que requiere el manejo de objetos de peso promedio
hasta 25 libras, estar de pie o caminar por periodos prolongados de tiempo.

   [ ]  4.  El trabajo requiere **esfuerzo físico fuerte** tales como: alzar, empujar o halar objetos
pesados hasta 75 libra

Iniciales
. del(de la)
supervisor(a)

Iniciales
del(de la)
Empleado(a)

4

**D. Esfuerzo Visual y Mental**

Se refiere al esfuerzo visual y mental al realizar los deberes y responsabilidades del puesto. Ej.: Operador de Terminal de Computadora, Técnico de Asistencia Social o Familiar, Técnico de Servicios a la Familia, Trabajador(a) Social u otros. **Marque un solo encasillado, según aplique:**

- [ ] 1. No aplica
- [ ] 2. El esfuerzo que se requiere es menos de una hora diaria.
- [ ] 3. El esfuerzo que se requiere es de forma rutinaria, hasta cuatro (4) horas diarias.
- [X] 4. El esfuerzo que se requiere es constante, sobre seis (6) horas diarias.

**E. Viajes**

Se refiere a la frecuencia en que es requerido salir fuera de la agencia para realizar las funciones del puesto. Este factor puede aplicar, entre otros, a clases tales como: Investigadores, Recaudadores, Agente Comprador, Conductor, Analista de Recursos Humanos, Oficial de Recursos Humanos, Oficial de Relaciones Públicas, y otros.

**Indique la situación y frecuencia que mejor describa las salidas oficiales durante el año natural.**

| Situación | Frecuencia | | |
|---|---|---|---|
| | 1-5 Salidas Oficiales | 6-15 Salidas Oficiales | Más de 15 Salidas Oficiales |
| 1. No es requerido | | | |
| 2. Salidas oficiales que se llevan a cabo dentro del turno de trabajo. | | | X |
| 3. Salidas oficiales que se extienden más allá del turno normal de trabajo. | X | | |
| 4. Salidas oficiales que requieren de 1-3 noches fuera de la casa. | | | |
| 5. Salidas oficiales que requieren más de 3 noches fuera de la casa. | | | |

Iniciales del(de la) supervisor(a)

**CERTIFICACIÓN:** CERTIFICO QUE LAS CONTESTACIONES PRECEDENTES SON CIERTAS Y EXACTAS.

20-mayo-08
_____
Fecha

_____
Firma del(de la) Empleado(a)

5

## INFORMACION DEL(DE LA) SUPERVISOR(A) INMEDIATO(A)

1. La información del(de la) empleado(a) es cierta y exacta, con las siguientes excepciones o adiciones. (Dar atención especial a los apartados 14, 15 y 16).

   *Cierta y exacta.*

2. ¿Cuáles considera usted son los deberes más importantes de este puesto?

3. ¿Incluye este puesto:                        Si es afirmativo, indique el por ciento de tiempo.
   a. Mecanografía?      _____ SÍ    _X_ No        _____ %
   b. Escritura Rápida?   _____ SÍ    _X_ No        _____ %
   c. Computadora?        _X_ SÍ    _____ No         85 %
   d. Otro? *Calculadora*   _X_ _____     15 %

4. Indique los requisitos mínimos que a su juicio debe poseer el aspirante a ocupar este puesto para poder desempeñar los deberes a su satisfacción.

| | Requisitos Mínimos | Requisitos Especiales |
|---|---|---|
| Preparación Académica | *Bachillerato* | |
| Instrucción especial | | |
| Duración y clase de experiencia | | |
| Conocimientos, habilidades y destrezas y otros requisitos especiales. | *Destrezas generales* | |

Iniciales del(de la) Empleado(a)

_20 de mayo de 2008_          Diane González Rodríguez
Fecha                          Firma del(de la) Supervisor(a) Inmediato(a)

## INFORMACION DE LA AUTORIDAD NOMINADORA

5. La información del(de la) empleado(a) y del(de la) Supervisor(a) inmediato(a) es cierta y exacta, con las siguientes excepciones o adiciones.

_____

CERTIFICACION: CERTIFICO QUE HE LEIDO LA INFORMACION CONTENIDA EN ESTE IMPRESO Y QUE A MI MEJOR ENTENDER ES CIERTA Y EXACTA.

_____          _____
Fecha                             Firma del(de la) Autoridad Nominadora
                                  o Representante Autorizado