TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS

PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO, COMO REPRESENTANTE DE ESTADO LIBRE ASOCIADO DE PUERTO RICO Y OTROS, | PROMESA TITULO III Núm. 17 BK 3283 – LTS (Administrada conjuntamente) La presente radicación guarda relación con el ELA, la ACT y el SRE |

DEUDORES

I. Datos: Fernando Rivera García, Reclamo # 105268, (Dirección) PO Box 203 Arroyo, Puerto Rico 00714, (Celular) 787-662- 9495, (Email) Irmar43@gmail.com

II. Epígrafe: NOTIFICACION DE LA CENTESIMA CUADRAGESIMA SEGUNDA OBJECION GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACION DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE UNAS LEYES PUERTORRIQUENAS NO ESPECIFICADAS.

III. Motivos: Yo, Fernando Rivera García, fui empleado del Departamento de Educación en la División de Comedores Escolares, adscrito a la Escuela Beatriz Rodríguez como Profesional de Servicios de Alimentos II, desde 23 de noviembre de 1982 hasta el 28 de junio de 2013, por la cual estoy reclamando la ley 89, ley 34 y la ley 164 por la cantidad estimada de $19,230.00 según estipula la ley del Estado Libre Asociado de Puerto Rico.

IV. Documentación Justificativa. Adjunto la evidencia de documentos que incluye las leyes arriba mencionadas. De necesitar alguna otra información favor de notificarme de inmediato:

1. Certificación de Empleo

*Fernando Rivera García*

Fernando Rivera García

27 de febrero de 2020

27 de febrero de 2020

## Certificación

Yo, Fernando Rivera García, mayor de edad, casado, retirado y vecino de Arroyo, Puerto Rico declaro:

a. Que mi dirección es: PO Box 203 Arroyo, Puerto Rico 00714, mi celular 787-662- 9495 y mi correo electrónico es lrmar43@gmail.com

b. Que a la fecha soy retirado y tengo un reclamo cobijado bajo PROMESA Título III Núm. 17 BK 3283 – LTS con el número de Claim # **105268**.

c. Que al momento no he recibido ninguna objeción o petición de evidencia o información por parte del TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO, que no aparezco en el listado enviado a otros compañeros, por tal razón no envié en o antes del 18 de febrero de 2020 ninguna evidencia, pero entiendo que me falta esta información. Hice mi reclamación el 29 de junio de 2018.

d. Que estoy enviando la Certificación donde se certifica que fui empleado del Departamento de Educación en la División de Comedores Escolares, adscrito a la Escuela Beatriz Rodríguez como Profesional de Servicios de Alimentos II, desde 23 de noviembre de 1982 hasta el 28 de junio de 2013, por la cual estoy reclamando la ley 89, ley 34 y la ley 164.

e. Declaro que todo lo antes expuesto es la verdad.

_Fernando Rivera García_
Fernando Rivera García
SS #          4065

# Certificación de Notificación

Yo, Fernando Rivera García, con # 105268 de reclamo, hoy 27 de febrero de 2020, estoy entregando personalmente en la Oficina Secretaria Federal la réplica Promesa Título III, núm. 17 BK 3283- LTS, que incluye las leyes y otros documentos:

- Ley 164, Ley 89 y Ley 34
- Certificación de Empleo

Comentario
_____
_____
_____

Recibido por: _____

Fecha: 27/2/2020                    Hora: _____

Entregado por: Fernando Rivera García

**GOBIERNO DE PUERTO RICO**

DEPARTAMENTO DE EDUCACION
Recursos Humanos ORE Caguas

## CERTIFICACIÓN

*F.R.G.*

Certifico que el Sr. Fernando Rivera García, seguro social             ocupó con status permanente el puesto C05774 Profesional de Servicios de Alimentos II, adscrito a la Escuela Beatriz Rodríguez, Municipio de Arroyo, Distrito de Guayama.

Laboró para la Agencia desde el 23 de noviembre de 1982 hasta el 28 de junio de 2013, fecha en que se acogió a su jubilación por años de servicio.

Devengó un salario bruto de $1,873.00 mensuales.

Cualquier información puede comunicarse al teléfono 787-743-1234 Ext. 4440.

Dado hoy 20 de febrero de 2020, en Caguas, Puerto Rico.

Certifico correcto:

**María M. Aponte Santos**
Directora
Área de Recursos Humanos

P.O. Box 398
Caguas, Puerto Rico 00726
Tel: (787) 743-1234

DEPARTAMENTO DE EDUCACION
Region Educativa de Caguas
PO Box 398
Caguas, PR 00725



El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental, ni por ser víctima de violencia doméstica, agresión sexual o acecho.