INTAKE DROP BOX
RECEIVED & FILED

CERTIFICADO DE NOTIFICACIÓN

2020 FEB 27 AM 10: 46

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

En el asunto de:
JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, como representante del ESTADO LIBRE ASOCIADO DE PUERTO RICO ("ELA") y otros.

PROMESA,
Título III
Núm. 17 BK 3283-LTS
(Administración conjuntamente)
La presente radica guarda relación con el ELA, la ACT y SER

Yo, Genoveva Suárez Rivera, con el Núm. Reclamación ~~117631~~ 116731, expreso que hoy, 27 de febrero de 2020 se entrega personalmente cuestionario de INFORMACIÓN SOLICITADA PARA PROCESAR MI RECLAMACIÓN del Caso PROMESA, Título III, Núm. 17 BK 3283-LTS, y CERTIFICACIÓN DE EMPLEO DEL DEPARTAMENTO DE EDUCACIÓN DE PUERTO RICO en la,

SECRETARÍA (Clerk´s Office)
Tribunal de Distrito de los estados Unidos
#150 Chardon Avenue
Federal Bulding
San Juan, Puerto Rico  00918

Recibido por: _____    Fecha: _____

Observaciones:
_____
_____

Número de Evidencia de Reclamación: 116731
Reclamante: Suarez Rivera, Genoveva

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

**Instrucciones**

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial**. A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación. Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| **Por Correo** | **Entrega en Mano o Service de Correo Postal de 24 Horas** |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

**Cuestionario**

1. **¿Cuál es el fundamento de su reclamación?**

    ☒ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

    ☐ Empleo actual o anterior en el gobierno de Puerto Rico

    ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

    _____

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**

    _aproximadamente $17,560.00_

Batch 4



*Número de Evidencia de Reclamación*: 116731
*Reclamante*: **Suarez Rivera, Genoveva**

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐ No. *Pase a la Pregunta 4.*
   - ☒ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó:
Departamento de Educación de Puerto Rico

3(b). Identifique las fechas de su empleo con relación a su reclamación:
19 de enero de 1970 hasta el 31 de mayo de 2000

3(c). Últimos cuatro dígitos de su número de seguro social: 0820

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☐ Jubilación
   - ☒ Salarios impagos
   - ☐ Días por enfermedad
   - ☐ Queja con el sindicato
   - ☐ Vacaciones
   - ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ☐ No.
   - ☒ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción.
Gobierno de Puerto Rico - Departamento de Educación de PR.

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución: Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico. Edif. Federal #150, Ave. Chardón, San Juan, P.R.

4(c). Número de caso: 17 BK 3283-LTS

4(d). Título, epígrafe, o nombre del caso:
PROMESA, Título III, Núm 17 BK 3283-LTS.

Número de Evidencia de Reclamación: 116731
Reclamante: Suarez Rivera, Genoveva

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):
_Pendiente de Resolución_

4(f). ¿Tiene usted una sentencia impaga? Sí / No (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?
_Sí. Indemnización por la cantidad aproximada de $17,560.00 por aumento de sueldo durante años de servicio desde enero de 1970 hasta mayo de 2000. Bajo el amparo de la Ley 34 de junio de 1969, Ley 89 de julio de 1979 y leyes aplicables._

 

OFICINA REGIONAL EDUCATIVA DE CAGUAS
Oficina de la Superintendente Regional

14 de febrero de 2020

## CERTIFICACIÓN DE EMPLEO

Certifico que la Sra. Genoveva Suárez Rivera, fue empleada del Departamento de Educación, s.s. -0820, fue empleada desde el 19 de enero de 1970 hasta el 31 de mayo de 2000.

Cualquier información adicional pueden comunicarse al 787-743-1234 ext. 4403/4421.

Atentamente,

_____
**Wenddy L. Colón Martínez**
**Superintendente Regional**
**Oficina Regional ORE de Caguas**

El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.