27- febrero- 2020

RECEIVED & FILED
2020 FEB 27 PM 12: 12
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

A quien Pueda Interesar

Estoy entregando la documentación requerida que tenía que estar anotada en la réplica, la cual fue entregada y recibida con fecha del 14-enero 2020 a las 10:55 am, en el Tribunal de distrito de los Estados Unidos en San Juan, P.R.

Luz M. Carmona Márquez
urb villa Carolina
Calle 607, Blog. 227
#7, Carolina, P.R.
00985
Tel: 787-225-0857