Claim # / Reclamación # 128550

A: Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

A: Abogado de la Junta de Supervición (Counsel for the Oversight Board)
Proskauer Rose LLP
Eleven Times Square
Nueva York, Nueva York 10036-8299

*Cecilia Rodríguez Torres*

A: Martin J. Bienenstock y Brian S. Rosen
Abogado del Comité de Acreedores
Paul Hasting LLP
200 Park Avenue
Nueva York, Nueva York 10166
A/A James Bliss, James Worthington y G. Alexander Bongartz

6 de febrero de 2020

Yo Cecilia Rodríguez Torres maestra del Departamento de Educacion desde el año 1968. Resido en la Urb. Mayoral Calle Trapiche A-14 12109 Villalba, Puerto Rico 00766. Mi número de teléfono 787-340-2787. Por tal motivo estoy respondiendo y enviando los documentos que respaldan el reclamo contra el Estado Libre Asociado de Puerto Rico que nos solicitaron a través del documento donde se incluían mi nombre enviando por Prime Clerk LLC. sobre la Ley Promesa Titulo III.

El día 26 de junio de 2018 presenté el caso # 17BK 03283 LTS número de reclamación 128550 mejor conocida como la Ley 98 de junio del año 1980 Ley para retirados o pensionados del sistema de retiros de maestro por la cantidad de $300.00. Como un aguinaldo de Navidad a entregar en el mes de diciembre de cada año.

A tal motivo reclamo la cantidad de $4,800 pagaderos a razón de $300.00 anuales por los trece (16) años de jubilada del Departamento de Educación Pública.

Ver anejo de Talonario de jubilada

Claim # / Reclamación # 140921

A: Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

A: Abogado de la Junta de Supervición (Counsel for the Oversight Board)
Proskauer Rose LLP
Eleven Times Square
Nueva York, Nueva York 10036-8299

*Cecilia Rodríguez Torres*

A: Martin J. Bienenstock y Brian S. Rosen
Abogado del Comité de Acreedores
Paul Hasting LLP
200 Park Avenue
Nueva York, Nueva York 10166
A/A James Bliss, James Worthington y G. Alexander Bongartz

6 de febrero de 2020

Yo Cecilia Rodríguez Torres maestra del Departamento de Educacion de Puerto Rico desde el año 1968. Resido en la Urb. Mayoral Calle Trapiche A-14 12109 Villalba, Puerto Rico 00766. Mi número de teléfono 787-340-2787. Por tal motivo estoy respondiendo y enviando los documentos que respaldan el reclamo contra el Estado Libre Asociado de Puerto Rico que nos solicitaron a través del documento donde se incluían mi nombre enviando por Prime Clerk LLC. sobre la Ley Promesa Titulo III.

El día 26 de junio de 2018 presenté el caso # 17BK 03283 LTS número de reclamación 140921 mejor conocida como la Ley 164 del año 2003 Ley del incentivo Gobernadora Sila M. Calderón donde se expuso conceder un aumento de $100.00 a cada empleado público efectivo el 1ro de enero de 2004 el cual no recibí.

A tal motivo reclamo desde el 2004 la cantidad de 3,600 pagaderos hasta el 2006 año en que me jubilé del Departamento de Educación de Puerto Rico. Añadiendo mis años de retiro seria la cantidad de $19,200 (16 x 1,200 anual).

Claim # / Reclamación # 164894

A: Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan, Puerto Rico 00918-1767

A: Abogado de la Junta de Supervición (Counsel for the Oversight Board)
   Proskauer Rose LLP
   Eleven Times Square
   Nueva York, Nueva York 10036-8299

A: Martin J. Bienenstock / Brian S. Rosen
   Abogado del Comité de Acreedores
   Paul Hasting LLP
   200 Park Avenue
   Nueva York, Nueva York 10166
   A/A James Bliss, James Worthington y G. Alexander Bongartz

6 de febrero de 2020

Yo Cecilia Rodríguez Torres maestra del Departamento de Educación desde el año 1968. Resido en la Urb. Mayoral Calle Trapiche A-14 12109 Villalba, Puerto Rico 00766. Mi número de teléfono 787-340-2787. Por tal motivo estoy respondiendo y enviando los documentos que respaldan el reclamo contra el Estado Libre Asociado de Puerto Rico que nos solicitaron a través del documento donde se incluían mi nombre enviando por Prime Clerk LLC. sobre la Ley Promesa Titulo III.

El día 26 de junio de 2018 presenté el caso # 17BK 03283 LTS numero de reclamación 164894 mejor conocida como la Ley 96 del año 2002 Ley para conceder un aumento sueldo de $100.00 a todos los empleados públicos del gobierno efectivo desde el 30 de junio del 2002 (El Romerazo).

Por tal motivo reclamo desde el año 2002 la cantidad de $4,800 a razón de $100.00 por cada mes trabajado hasta el año 2006 en que me jubilé del Departamento de Educación. Si le añado mis años de retiro en que debí de recibir sería la cantidad de $1,200 anuales sumando un total de $15,600.

6 febrero 2020

Yo Cecilia Rodríguez Torres corrijo las deficiencias señaladas en el documento enviado. Por tal razón deseo que lo acepten y me incluyan en el sumario de casos.

Cecilia Rodríguez Torres
Cotejado
24 febrero/2020

RECEIVED & FILED
2020 FEB 27 PM 5:33
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR