**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO-MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 09/16/2019 |
| Hasta: | 09/30/2019 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | 3598489 |
| Fecha Aviso: | 09/27/2019 |

CECILIA RODRIGUEZ TORRES
EST DE MAYORAL
12109 CALLE TRAPICHE
VILLALBA PR 00766-3140
SS:

| | |
|---|---|
| # Empleado: | |
| Dept: | 592160-ANOS SERVICIO LEY91 2004 |
| Lugar: | A/OS SERVICIO LEY 91 |
| Titulo: | Pensionado |
| Sueldo: | $2,342.07 Monthly |

| | Federal | PR |
|---|---|---|
| DATA IMP: | | |
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 1,171.04 | 1,462.50 | 21,078.72 |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 |
| Total: | | 1,171.04 | 1,462.50 | 21,178.72 | |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| | | |
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| CO-COOP MAESTRO PR | 107.50 | 1,935.00 |
| AS-ASOC MAESTROS DE P.R. | 8.50 | 153.00 |
| Total: | 116.00 | 2,088.00 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-MMM LEY 117 | 100.00 | 900.00 |

* Tributable

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 1,171.04 | 0.00 | 116.00 | 1,055.04 |
| Acumulado: | 21,178.72 | 0.00 | 2,088.00 | 19,090.72 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #3598489 | 1,055.04 |
| Total: | 1,055.04 |

MENSAJE:

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
09/27/2019

Aviso No.
3598489

Cant. Deposito: $1,055.04

TRAY 106 SQ 26905**********SCH 5-DIGIT 00751    26905 2 AV 0.383
CECILIA RODRIGUEZ TORRES
EST DE MAYORAL
12109 CALLE TRAPICHE
VILLALBA PR 00766-3140

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | | $1,055.04 |
| Total: | | $1,055.04 |

**NO-NEGOCIABLE**