Cecilia Rodriguez Torres
Urb. Estancias Mayoral
Calle Trapiche A-14
12109 Villalba P.R. 00766

Secretaria Clerks Office
Tribunal de Distrito de Estado Unidos
Room 150 Federal Building
San Juan P.R 00918-1767

Cecilia Rodríguez Torres
Urb. Mayoral Calle Trapiche 12109 A-14
Villalba Puerto Rico 00766

RECEIVED & FILED
2020 FEB 27 PM 5:34
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN, P.R.

U.S. POSTAGE PAID
FCM LG ENV
VILLALBA, PR
00766
FEB 26, 20
AMOUNT
$1.40
R2303S101580-02

Secretaria (Clerk's office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767