11 de febrero de 2020

Atención:

Secretaria del Tribunal de San Juan

Abogado de la Junta de Supervisión

Abogado del Comité de Acreedores

Por este medio yo, Luz Eneida Vázquez, maestra retirada del Departamento de educación del estado Libre asociado de Puerto Rico, con número de caso 17BK 03283-LTS y con la reclamación ~~140795~~ 140793 procesado a contestar su misiva sobre falta de evidencias en mi reclamación. Por espacio de treinta años y tres meses, me desempeñe como maestra de dicho departamento. No me beneficie de todos los beneficios que fueron otorgados. Beneficios tales como el paso por paso y el 3%. Una de las leyes que nos cobija es la Ley 89-1979, conocida como la Ley de Retribución Uniforme. Gracias por la atención prestada a este asunto. Quedo de ustedes muy agradecida:

Luz Eneida Vázquez Vázquez

Maestra Retirada del D. E.

De Puerto Rico

Caso: 17BK 03283-LTS

Reclamación: 140793