Número de Evidencia de Reclamación:
Reclamante: Luz Eneida Váz...

# INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

### Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación.

Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### Cuestionario

1. ¿Cuál es el fundamento de su reclamación?

    - [x] Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este
    - [ ] Empleo actual o anterior en el gobierno de Puerto Rico
    - [ ] Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

    _____

2. ¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):

    $15,000

*Número de Evidencia de Reclamación:*
*Reclamante:* Luz Eneida Vazquez Vazquez

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   ☐ No. *Pase a la Pregunta 4.*
   ☑ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó:
Departamento de Educación del Estado Libre Asociado de P.R.

3(b). Identifique las fechas de su empleo con relación a su reclamación:
2,000 - 2012

3(c). Últimos cuatro dígitos de su número de seguro social: ___ ___ - _____

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   ☐ Jubilación
   ☑ Salarios impagos
   ☐ Días por enfermedad
   ☐ Queja con el sindicato
   ☐ Vacaciones
   ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

Pasos por servicios, ley 89-1979

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   ☐ No.
   ☑ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción.
Departamento de Educación de Puerto Rico

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución: Tribunal de Distrito de los E.U. - Para Distrito de Puerto Rico
Prime Clerk, LLC - 850 Third Avenue, Suite 412 - Brooklyn N.Y.

4(c). Número de caso: 17 BK 03283 - LTS

4(d). Título, epígrafe, o nombre del caso:
Promesa Título III

2

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):

Pendiente de resolucion

4(f). ¿Tiene usted una sentencia impaga? Sí / (No) (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?

_____

3