

Secretaria
Tribunal de Distrito de Los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico
00918-17

Luz Eneida Vázquez
Casa A-6 Calle P.R.
Urb. Las Antillas
Salinas, P.R. 00751

RECEIVED & FILED
2020 FEB 27 PM 5:33
CLERK'S OFFICE
U.S. DISTRICT COURT



Clerk's Office
United States District Court
Room 150 Federal Bldg.
San Juan P.R. 00918-1767

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
ROOM 150 FEDERAL BLDG
SAN JUAN PR 00918-1767

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300



Hasler
02/24/2020
US POSTAGE $01.20⁰
FIRST-CLASS MAIL
ZIP 00918
011D11607543

Luz Eneida Vazquez Vazquez
Calle A-6 Calle Puerto Rico
Urb. Las Antillas
Salinas, PR 00751