23 de febrero de 2020

A quien pueda interesar...

Señores:

Reciban un cordial saludo. Quiero notificarle que recibí una comunicación de ustedes, después de la fecha indicada, ya que por razones del terremoto ocurrido en Puerto Rico, el 7 de enero de 2020, no puedo estar viviendo en mi casa, por tanto no estaba recibiendo la correspondencia.

Deseo informarle, que comencé a trabajar como maestra, con el Departamento de Educación de Puerto Rico, allá para el año 1971, hasta mi retiro efectivo el 1ro de julio de 2001. Quiere decir que estuve trabajando, por un término de 30 años consecutivos. Si desean que haga una declaración jurada al respecto, lo puedo hacer.

Espero que entiendan la razón por la cual, no me había comunicado antes.
Adjunto copia de mi Licencia de maestra de Escuela Elemental.
Gracias por su atención.

Respetuosamente,

Celso Maldonado Azoud

