Celsa Maldonado Nazario
Bo. Camarones 10079
Villalba, P.R. 00766

Clerk Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico
00918-1767