# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

```
-------------------------------------------------------------------- X
                                                                     :
In re:                                                               :
                                                                     :
THE FINANCIAL OVERSIGHT AND                                          :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                    :   Title III
                                                                     :
        as representative of                                         :   Case No. 17-BK-3283 (LTS)
                                                                     :
THE COMMONWEALTH OF PUERTO RICO et al.,                              :   (Jointly Administered)
                                                                     :
        Debtors.¹                                                    :
-------------------------------------------------------------------- X
```

### INFORMATIVE MOTION OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, ACTING BY AND THROUGH ITS SPECIAL CLAIMS COMMITTEE, REGARDING ORDER ON PROCEDURES FOR ATTENDANCE, PARTICIPATION AND OBSERVATION OF THE MARCH 4-5, 2020 HEARING

To the Honorable United States District Court Judge Laura Taylor Swain:

1.      The Financial Oversight and Management Board for the Commonwealth of Puerto Rico (the "Commonwealth"), acting through its Special Claims Committee (the "Special Claims Committee"), hereby submits this informative motion in response to the Court's *Order Regarding Procedures For Attendance, Participation And Observation Of March 4-5, 2020 Omnibus Hearing* [ECF No. 11729] (the "Order").

---

[1]     The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and  (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

2. Tristan G. Axelrod, Esq. of Brown Rudnick LLP will appear by telephone via Court Solutions on behalf of the Special Claims Committee to address, as necessary, the following matters:

a) *Amended Report And Recommendation Of The Mediation Team* [Docket No. 10756] (the "Mediation Team Report and Scheduling Motion");

b) Any objections, responses, statements, joinders, or replies to the (i) Mediation Team Report and Scheduling Motion, including, but not limited to, any other related motions or responsive pleadings filed in connection with this matter; and

c) Any other matters scheduled for the hearing or statements made by any party in connection with the Title III cases, objections or any adversary proceeding pending therein.

WHEREFORE, the Special Claims Committee respectfully requests that the Court take notice of the foregoing.

Dated: February 28, 2020           */s/ Edward S. Weisfelner*

BROWN RUDNICK LLP
Edward S. Weisfelner, Esq. (*Pro Hac Vice*)
Angela M. Papalaskaris, Esq. (*Pro Hac Vice*)
Seven Times Square
New York, NY 10036
Tel: (212) 209-4800
eweisfelner@brownrudnick.com
apapalaskaris@brownrudnick.com

Sunni P. Beville, Esq. (*Pro Hac Vice*)
One Financial Center
Boston, MA 02111
Tel: (617) 856-8200
sbeville@brownrudnick.com

*Counsel to the Financial Oversight and Management
Board, acting through the Special Claims Committee*

and

2

/s/ Alberto Estrella
/s/ Kenneth C. Suria

ESTRELLA, LLC
Alberto Estrella (USDC-PR 209804)
Kenneth C. Suria (USDC-PR 213302)
P. O. Box 9023596
San Juan, Puerto Rico 00902–3596
Tel.: (787) 977-5050
Fax: (787) 977-5090

*Local Counsel to the Financial Oversight and Management
Board, acting through the Special Claims Committee*