Claim # / Reclamación # 126988

A: Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan, Puerto Rico 00918-1767

A: Abogado de la Junta de Supervición (Counsel for the Oversight Board)
   Proskauer Rose LLP
   Eleven Times Square
   Nueva York, Nueva York 10036-8299

A: Martin J. Bienenstock / Brian S. Rosen
   Abogado del Comité de Acreedores
   Paul Hasting LLP
   200 Park Avenue
   Nueva York, Nueva York 10166
   A/A James Bliss, James Worthington y G. Alexander Bongartz

*[firma: Widaliz Maldonado Rodríguez]*

6 de febrero de 2020

    Yo Widaliz Maldonado Rodríguez maestra del Departamento de Educación de Puerto Rico. Resido en la Urb. Mayoral Calle Trapiche A-14 12109 Villalba, Puerto Rico 00766. Mi número de teléfono 787-487-1470. Por tal motivo estoy respondiendo y enviando los documentos que respaldan el reclamo contra el Estado Libre Asociado de Puerto Rico que nos solicitaron a través del documento donde se incluían mi nombre enviando por Prime Clerk LLC. sobre la Ley Promesa Titulo III.

    El día 28 de junio de 2018 yo presenté el caso # 17BK 03283 LTS número de reclamación 126988 mejor conocida como Escala salarial por pasos Ley de la Carrera Magisterial Ley 158 de 30 de junio del año 1999, según enmendada.

    Por tal motivo reclamo la cantidad de $37,992.00 pagaderas hasta el año 2019. A continuación se incluye la tabla donde indica el % por ciento incumplido cada vez que el maestro cumpla un nivel establecido por el aumento salarial que era de acuerdo a sueldo base del maestro.

A continuación tabla explicativa de mi caso sobre el aumento no recibido. Actualmente poseo un doctorado en currículo y enseñanza.

Tabla de por ciento % de aumento como maestra activa en carrera magisterial

| Año | Nivel | Por ciento de aumento del sueldo | Sueldo | Aumento | Total del ajuste mensual | Deuda del gobierno de Puerto Rico anual | Estado |
|---|---|---|---|---|---|---|---|
| 2009 | 1 | 7 % | $1,750 | $122.00 | $1872.00 |  | Aprobado |
| 2010 | 2 | 9% | $1,872 | $157.00 | $2,029.00 | $1,908.00 | Congelado |
| 2011 | 3 | 25% | $2,029 | $437.00 | $2,466.00 | $5,244.00 | Congelado |
| 2012 | 4 | 40% | $2,466 | $700.00 | $3,166.00 | $8,400.00 | Congelado |
| 2012-2019 |  |  |  |  | $15,552.00 | $37,992.00 | Congelados |