| 080 Dept. de Educacion - Maestros<br>Avenida Teniente Cesar Gonzalez<br>Esquina Calaf<br>HATO REY, PR 00919 | | Grupo de Pago: SM-Quincenal<br>Desde: 01/23/2020<br>Hasta: 02/05/2020 | | Aviso #: 5864750<br>Fecha Aviso: 01/30/2020 | |
|---|---|---|---|---|---|
| WIDALIZ MALDONADO RODRIGUEZ<br>APARTADO 1085<br>BO CAMARONES<br>VILLALBA, PR 00766<br>SS: | | # Empleado:<br>Dept: 8000133 NCE-PONCE<br>Lugar: CARMEN SOLA DE PEDREIRA<br>Titulo: DEPARTAMENTO DE EDUCACION<br>Sueldo: $2,359.17 Monthly | | DATA IMP: Federal PR<br>Estado Civil: Married Married<br>Concesiones: 0 0<br>Pct. Adcl.:<br>Cant. Adcl.: | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 1,179.59 | 126.00 | 2,359.18 |
| Total: | | | 1,179.59 | 126.00 | 2,359.18 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 17.11 | 34.21 |
| PR Withholding | 19.78 | 39.56 |
| Total: | 36.89 | 73.77 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 106.16 | 212.32 |
| Total: | 106.16 | 212.32 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 68.56 | 137.12 |
| SM-First Medical Health Plan | 24.00 | 48.00 |
| CO-COOP MAESTRO PR | 45.00 | 90.00 |
| SC-TRIPLE-S VIDA INC | 24.60 | 49.20 |
| SC-PIONEER AMERICAN INS CO | 15.00 | 30.00 |
| OS-AMPR LOCAL SIND AFIL | 8.50 | 17.00 |
| Ahorros-AEELA | 35.39 | 70.78 |
| Total: | 221.05 | 442.10 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 120.00 | 120.00 |
| FSED Disability Plan | 20.05 | 40.10 |
| * Tributable | | |

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,179.59 | 0.00 | 36.89 | 327.21 | 815.49 |
| Acumulado: | 2,359.18 | 0.00 | 73.77 | 654.42 | 1,630.99 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5864750 | 815.49 |
| Total: | 815.49 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

| Dept. de Educacion - Maestros<br>Avenida Teniente Cesar Gonzalez<br>Esquina Calaf<br>HATO REY, PR 00919 | Fecha<br>01/30/2020 | Aviso No.<br>5864750 |
|---|---|---|

Cant. Deposito: $815.49

A la
Cuenta(s) De

WIDALIZ MALDONADO RODRIGUEZ
APARTADO 1085
BO CAMARONES
VILLALBA, PR 00766
Localizacion: CARMEN SOLA DE PEDREIRA

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | -- | 815.49 |
| Total: | | 815.49 |

## NO-NEGOCIABLE

Formulario Form 499R-2/W-2PR Rev 10.18

**222**

COMPROBANTE DE RETENCIÓN - WITHHOLDING STATEMENT

DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

**1. Nombre - First Name**
WIDALIZ

**2. Apellidos - Last Name(s)**
MALDONADO RODRIGUEZ

**Dirección Postal del Empleado - Employee's Mailing Address**
APARTADO 1085
BO CAMARONES
VILLALBA PR 00766

**Fecha de Nacimiento - Date of Birth:** Day 15 Month 11 Year 1976

**6. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address**
DEPT DE EDUCACION MAESTROS
AVENIDA TENIENTE CESAR
ESQUINA CALAF
HATO REY, PR 00919-0000

**Numero Confirmacion de Radicacion Electronica / Electronic Filing Confirmation Number**
F1409271808

**Numero Control - Control Number**
190025315

**Fecha de radicación: 31 de enero - Filing date: January 31**

**Año/Year:** 2019

**7. Sueldos - Wages:** 25,980.69
**8. Comisiones - Commissions:** 0.00
**9. Concesiones - Allowances:** 0.00
**10. Propinas - Tips:** 0.00
**11. Total = 7 + 8 + 9 + 10:** 25,980.69
**12. Gastos Reemb. y Beneficios Marginales - Reimb. Expenses and Fringe Benefits:** 0.00
**13. Cont. Retenida - Tax Withheld:** 439.99
**14. Fondo de Retiro Gubernamental del Gobierno - Governmental Retirement Fund:** 2,510.22
**15. Aportaciones a Planes Cualificados - Contributions to CODA PLANS:** 0.00
**16. Salarios Exentos (Ver instrucciones) - Exempt Salaries (See instructions):** 0.00
**17.** 0.00
**18.** 0.00
**19. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program:** 0.00

**SOCIAL SECURITY INFORMATION**
**20. Total Sueldos Seguro Social - Social Security Wages:** 0.00
**21. Seguro Social Retenido - Social Security Tax Withheld:** 0.00
**22. Total Sueldos y Prop. Medicare - Medicare Wages and Tips:** 28,490.91
**23. Contrib. Medicare Retenida - Medicare Tax Withheld:** 413.12
**24. Propinas Seguro Social - Social Security Tips:** 0.00
**25. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips:** 0.00
**26. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips:** 0.00