Widaliz Maldonado Rodriguez
Urb. Mayoral Calle Trapiche 12109 A-14
Villalba, Puerto Rico 00766



SAN JUAN PR 009
10 FEB 2020 PM 1 L

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

00918@1706

Widaliz Maldonado Berrios
Urb. Mayoral Calle Trapiche 12109 A-14
Villalba Puerto Rico, 00766



RECEIVED & FILED
2020 FEB 27 PM 5: 33
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN PR

Secretaria (Clerk's office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767