Claim # / Reclamación # 127046

A: Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

A: Abogado de la Junta de Supervición (Counsel for the Oversight Board)
Proskauer Rose LLP
Eleven Times Square
Nueva York, Nueva York 10036-8299

*Widaliz Maldonado Rodríguez*

A: Martin J. Bienenstock / Brian S. Rosen
Abogado del Comité de Acreedores
Paul Hasting LLP
200 Park Avenue
Nueva York, Nueva York 10166
A/A James Bliss, James Worthington y G. Alexander Bongartz

6 de febrero de 2020

Yo Widaliz Maldonado Rodríguez maestra del Departamento de Educación desde el año 2001. Resido en la Urb. Mayoral Calle Trapiche A-14 12109 Villalba, Puerto Rico 00766. Mi número de teléfono 787-487-1470. Por tal motivo estoy respondiendo y enviando los documentos que respaldan el reclamo contra el Estado Libre Asociado de Puerto Rico que nos solicitaron a través del documento donde se incluían mi nombre enviando por Prime Clerk LLC. sobre la Ley Promesa Titulo III.

El día 28 de junio de 2018 presenté el caso # 17BK 03283 LTS número de reclamación 127046 mejor conocida como la Ley 96 del año 2002 Ley para conceder un aumento sueldo de $100.00 a todos los empleados públicos del gobierno efectivo desde el 30 de junio del 2002 (El Romerazo).

Por tal motivo reclamo desde el año 2002 la cantidad de $20,400 a razón de $100.00 por cada mes trabajado hasta el año 2019.

Claim # / Reclamación # 125989

A: Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan, Puerto Rico 00918-1767

A: Abogado de la Junta de Supervisión (Counsel for the Oversight Board)
   Proskauer Rose LLP
   Eleven Times Square
   Nueva York, Nueva York 10036-8299

*Widaliz Maldonado Rodríguez*

A: Martin J. Bienenstock / Brian S. Rosen
   Abogado del Comité de Acreedores
   Paul Hasting LLP
   200 Park Avenue
   Nueva York, Nueva York 10166
   A/A James Bliss, James Worthington y G. Alexander Bongartz

6 de febrero de 2020

Yo Widaliz Maldonado Rodríguez maestra del Departamento de Educación de Puerto Rico desde el año 2001. Resido en la Urb. Mayoral Calle Trapiche A-14 12109 Villalba, Puerto Rico 00766. Mi número de teléfono 787-487-1470. Por tal motivo estoy respondiendo y enviando los documentos que respaldan el reclamo contra el Estado Libre Asociado de Puerto Rico que nos solicitaron a través del documento donde se incluían mi nombre enviando por Prime Clerk LLC. sobre la Ley Promesa Titulo III.

El día 28 de junio de 2018 presenté el caso # 17BK 03283 LTS número de reclamación 125989 mejor conocida como la Ley 164 del año 2003 Ley del incentivo Gobernadora Sila M. Calderón donde se expuso conceder un aumento de $100.00 a cada empleado público efectivo el 1ro de enero de 2004 el cual no recibí.

A tal motivo reclamo desde el 2004 la cantidad de 19,200 pagaderos hasta el 2019 (16 años × 1,200 anual).

6 de febrero de 2020

Yo Wrdaliz Maldonado Rodríguez cotejé y añadí las deficiencias señaladas en el documento enviado. Por lo tanto deseo que lo acepten y me incluyan en el sumario de caso. Cotejado el lunes, 24 de febrero de 2020.

Widaliz Maldonado Rodríguez

RECEIVED & FILED
2020 FEB 27 PM 5:32
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR