| 080 Dept. de Educacion - Maestros<br>Avenida Teniente Cesar Gonzalez<br>Esquina Calaf<br>HATO REY, PR 00919 | Grupo de Pago: SM-Quincenal<br>Desde: 01/23/2020<br>Hasta: 02/05/2020 | Aviso #: 5864750<br>Fecha Aviso: 01/30/2020 |
|---|---|---|
| WIDALIZ MALDONADO RODRIGUEZ<br>APARTADO 1085<br>BO CAMARONES<br>VILLALBA, PR 00766<br>SS: | # Empleado:<br>Dept: 000133 NCE-PONCE<br>Lugar: CARMEN SOLA DE PEDREIRA<br>Titulo: DEPARTAMENTO DE EDUCACION<br>Sueldo: $2,359.17 Monthly | DATA IMP: Federal PR<br>Estado Civil: Married Married<br>Concesiones: 0 0<br>Pct. Adcl.:<br>Cant. Adcl.: |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,179.59 | 126.00 | 2,359.18 |
| Total: | | | 1,179.59 | 126.00 | 2,359.18 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 17.11 | 34.21 |
| PR Withholding | 19.78 | 39.56 |
| Total: | 36.89 | 73.77 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 106.16 | 212.32 |
| Total: | 106.16 | 212.32 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 68.56 | 137.12 |
| SM-First Medical Health Plan | 24.00 | 48.00 |
| CO-COOP MAESTRO PR | 45.00 | 90.00 |
| SC-TRIPLE-S VIDA INC | 24.60 | 49.20 |
| SC-PIONEER AMERICAN INS CO | 15.00 | 30.00 |
| OS-AMPR LOCAL SIND AFIL | 8.50 | 17.00 |
| Ahorros-AEELA | 35.39 | 70.78 |
| Total: | 221.05 | 442.10 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 120.00 | 120.00 |
| FSED Disability Plan | 20.05 | 40.10 |
| * Tributable | | |

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,179.59 | 0.00 | 36.89 | 327.21 | 815.49 |
| Acumulado: | 2,359.18 | 0.00 | 73.77 | 654.42 | 1,630.99 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5864750 | 815.49 |
| Total: | 815.49 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Dept. de Educacion - Maestros  
Avenida Teniente Cesar Gonzalez  
Esquina Calaf  
HATO REY, PR 00919

Fecha  
01/30/2020

Aviso No.  
5864750

Cant. Deposito: $815.49

A la  
Cuenta(s) De

WIDALIZ MALDONADO RODRIGUEZ  
APARTADO 1085  
BO CAMARONES  
VILLALBA, PR 00766  
Localizacion: CARMEN SOLA DE PEDREIRA

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | -- | 815.49 |
| Total: | | 815.49 |

# NO-NEGOCIABLE

**Formulario 499R-2/W-2PR Rev. 12.18**

**222**

**COMPROBANTE DE RETENCIÓN - WITHHOLDING STATEMENT**

DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

| Field | Value |
|---|---|
| 1. Nombre - First Name | WIDALIZ |
| 2. Apellidos - Last Name(s) | MALDONADO RODRIGUEZ |
| Dirección Postal del Empleado - Employee's Mailing Address | APARTADO 1085, BO CAMARONES, VILLALBA PR 00766 |
| Fecha de Nacimiento - Date of Birth | Day 15 Month 11 Year 1976 |
| Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address | DEPT DE EDUCACION MAESTROS, AVENIDA TENIENTE CESAR ESQUINA CALAF, HATO REY, PR 00919-0000 |
| Número Confirmación de Radicación Electrónica - Electronic Filing Confirmation Number | F1409271808 |
| Número Control - Control Number | 190025315 |
| Fecha de radicación - Filing date: January 31 | |
| Año - Year | 2019 |

| Item | Amount |
|---|---|
| 7. Sueldos - Wages | 25,980.69 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total = 7 + 8 + 9 + 10 | 25,980.69 |
| 12. Gastos Reemb. y Beneficios Marginales - Reimb. Expenses and Fringe Benefits | 0.00 |
| 13. Contr. Retenida - Tax Withheld | 439.99 |
| 14. Fondo de Retiro Gubernamental - Governmental Retirement Fund | 2,510.22 |
| 15. Aportaciones a Planes Calificados - Contributions to CODA PLANS | 0.00 |
| 16. Salarios Exentos - Exempt Salaries | 0.00 |
| 17. | 0.00 |
| 18. | 0.00 |
| 19. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program | 0.00 |

| Social Security Information | Amount |
|---|---|
| 20. Total Sueldos Seguro Social - Social Security Wages | 0.00 |
| 21. Seguro Social Retenido - Social Security Tax Withheld | 0.00 |
| 22. Total Sueldos y Prop. Medicare - Medicare Wages and Tips | 28,490.91 |
| 23. Contrib. Medicare Retenida - Medicare Tax Withheld | 413.12 |
| 24. Propinas Seguro Social - Social Security Tips | 0.00 |
| 25. Seguro Social Retenido en Propinas - Uncollected Social Security Tax on Tips | 0.00 |
| 26. Contrib. Medicare No Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |