TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

RECEIVED & FILED
2020 FEB 27 PM 5:30
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

En el asunto de:

JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,
como representante de
ESTADO LIBRE ASOCIADO DE PUERTO RICO y otros, Deudores.

PROMESA,
Título III
Núm. 17 BK 3283-LTS
(Administrada conjuntamente)

**La presente radicación guarda Relación con el ELA, la ACT y el SRE.**

**Réplica:**

VII. Datos de contacto: Héctor Jesús Dones Colón con el número de reclamo: **111311**, dirección: Calle X-24, Arroyo, P.R. 00714
(Dirección Postal: Calle X-24, Arroyo, P.R. 00714), Teléfono (787) 359-6532
(Correo electrónico Hdones7740@gmail.com).

VIII. Epígrafe: NOTIFICACIÓN DE LA CENTÉSIMA CUADRAGÉSIMA SEGUNDA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE UNAS LEYES PUERTORRIQUEÑAS NO ESPECIFICADAS.

IX. Motivos: Yo, Héctor Jesús Dones Colón soy reservista activo del Departamento de Seguridad y Protección Pública de Puerto Rico, Policía de Puerto Rico.

- Que estoy reclamando la Ley Núm. 89, del 12 de julio de 1979, según enmendada y conocida como "Ley de Retribución Uniforme", entre otros. **$16,000.00 (Gobernante Carlos Romero Barcelo)**.

- Ley Núm. 96, del 1 de julio de 2002, consistente en conceder un aumento de sueldo de cien (100) dólares a los empleados públicos del Gobierno Central del Estado Libre Asociado de Puerto Rico. **$21,600.00 (Gobernante Sila Maria Calderón Serra)**.

Atentamente,

*[firma]*
Héctor Jesús Dones Colón
20 de febrero de 2020