Héctor J. Dones Colón
Calle X. No. 24 Sandino
Arroyo, Arroyo P.R. 00714

7018 1130 0000 9103 0868

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**



7018 1130 0000 9103 0868



U.S. POSTAGE PAID
FCM LG ENV
AGUIRRE, PR
00704
FEB 26, 20
AMOUNT
**$4.55**
R2305P150291-03

1000        00918

Secretaría (Clerk Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

SAN JUAN P.R
U.S. DISTRICT COURT
CLERK'S OFFICE

2020 FEB 27   PM 5:30

RECEIVED & FILED