13 de febrero de 2020

Rosa M. Santoni López
P.O. BOX 5000, PMB 705
Aguada, Puerto Rico
                00602-7003
Tel. (939) 280-4968

Secretaria (Clerk office)
Tribunal de Distrito de los E.U.
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

RECEIVED & FILED
2020 FEB 27  PM 5:32
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

En la radicación enviada en junio de 2018, no se había incluido la cantidad que establece la Ley 89 del 1979 (el romerazo) que aporta $50.00 dólares mensuales por 18 años de servicios. Estos son desde 1992-2010. La cantidad es de $600.00 dólares al año por los 18 años de servicios que suman un total de $16,800 dólares. El número de radicación es 130510.

El Estado Libre Asociado ha sido demandado por incumplimiento de lo que establece la ley y es el tribunal el que determina la acción a tomar.

25 de febrero de 2020

A/A.
Clerk Office
United State District Court
Room 150 Federal Bldg.
150 Carlos Chardon Ave.
San Juan, Puerto Rico 00918-1767

La correspondencia enviada a su oficina fue devuelta porque aparentemente la dirección no existe. La misma fue enviada a la dirección que aparece en el fallo (anejo C). Le estoy enviando la misma a una dirección que aparece en internet.

atentamente;
Rosa M. Santoni López