Rosa M. Santoni López
P.O. Box 5000, P.M.B 705
Aguada, Puerto Rico
    00602-7003

SAN JUAN PR 009
26 FEB 2020 PM 1 L

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN
2020 FEB 27 PM 5:32
RECEIVED & FILED

Clerk Office
United State District Court
Room 150 Federal Bldg.
150 Carlos Chardon Ave.
San Juan, Puerto Rico
    00918-1767

009181703 C018

Rosa M. Santoni Lopez
P.O. Box 3000, PMB 705
Aguada, Puerto Rico
00602-7003

NIXIE 009 DE 1 0002/19/20

RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD

BC: 00602700300 *1809-10935-14-44

Secretaria (clerk office)
Tribunal de Distrito de los E.U.
Room 150 Federal Building
San Juan, Puerto Rico
00918-1767