Respuesta

Datos de Contacto

Cora Peña, Jean de Lourdes
52-Este - Baldorioty
Guayama, P.R. 00784-4926
   correo electrónico - jcora569@gmail.com

Epígrafe

   Tribunal de Distrito de los Estados Unidos
   San Juan, Pto-Rico 00918

Nombre de los deudores
Commonwealth of Puerto Rico

Número de Procedimiento
   17 BK 3283 LTS.

Títulos de los objetivos global
Centécima Quinceagesima sexta objeción global

Número de la evidencia de reclamo
   89836

Motivo para oponerse a la objeción global
Aumento mensual de la escala salarial
Años de 1977 al 2001 ($7,800.00).

RECEIVED & FILED
2020 FEB 27 PM 5:32
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR