Sra. Jean de L. Cora Peña
Baldorioty #52-Este
Guayama, P.R. 00784

SAN JUAN PR 009
25 FEB 2020 PM 2 L

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.
2020 FEB 27 PM 5:32
RECEIVED & FILED

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 - Federal Building
San Juan, Puerto Rico - 00918-1767