31 de enero de 2020.

A quien pueda interesar:

Yo, Nilda L. Sánchez Vega, pido disculpas por la tardanza en los documentos, pero cuando fueron recibidos yo me encontraba fuera de Puerto Rico.

Comenzé como maestra en el año 1973. Estuve con contrato transitorio, ininterrumpidamente desde ese año hasta el 1985 cuando me dieron la permanencia. En el año 2005 me acogí al retiro, después de servir al gobierno por 32 años.

Considero que de acuerdo a la ley 96 (El Romerazo) se me adeuda un dinero al cual tengo derecho y estoy reclamando. Actualmente dependo solo de mi pensión.

Espero tomen en consideración mi caso.

Respetuosamente,

Nilda L. Sánchez Vega

Adjunto evidencia.

RECEIVED & FILED
2020 FEB 27 PM 5:32
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN