

**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

SRM-SB-024
Rev. marzo 2017

## CERTIFICACIÓN DE PENSIÓN

SANCHEZ VEGA, NILDA
HC 2 BOX 46707

VEGA BAJA PR 00693-94

Certifico que SANCHEZ VEGA, NILDA recibe de una pensión vitalicia del Sistema de Retiro para Maestros. La pensión mensual es de $1,682.92 equivalente a $20,195.04 anual. Luego de las deducciones recibe la cantidad de $1,595.92 mensual, equivalente a $19,151.04 anual.

Esta certificación se expide hoy 27 de junio de 2018.



Número de Certificación: SRM03P1802976

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Estado Libre Asociado de Puerto Rico: http://www.pr.gov o en nuestro Portal en http://www.srm.pr.gov

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918
P.O. Box 191879 · San Juan PR 00919-1879



📞 787.777.1414     📠 787.759.2883     www.srm.pr.gov

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 12/16/2019 |
| Hasta: | 12/31/2019 |

Business Unit: PUERT
Aviso #: 5311990
Fecha Aviso: 12/30/2019

**NILDA SANCHEZ VEGA**
HC 5 BOX 46707
VEGA BAJA PR 00693-9661

SS: XXX-XX-8360

| | |
|---|---|
| # Empleado: | XXXXX8360 |
| Dept: | 592160-ANOS SERVICIO LEY91 2004 |
| Lugar: | A/OS SERVICIO LEY 91 |
| Titulo: | Pensionado |
| Sueldo: | $1,682.92 Monthly |

| | Federal | PR |
|---|---|---|
| DATA IMP: | | |
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 841.46 | 1,957.50 | 20,195.04 |
| Bono Navidad Pensionados | | | 0.00 | | 200.00 |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 |
| Total: | | | 841.46 | 1,957.50 | 20,495.04 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 47.00 | 1,101.00 |
| AS-ASOC PENSIONADOS | 1.00 | 24.00 |
| Total: | 48.00 | 1,125.00 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 100.00 | 1,200.00 |

* Tributable

### TOTAL BRUTO

| | |
|---|---|
| Corriente: | 841.46 |
| Acumulado: | 20,495.04 |

### TOTAL IMPUESTOS

| | |
|---|---|
| | 0.00 |
| | 0.00 |

### DEDUCCIONES TOTALES

| | |
|---|---|
| | 48.00 |
| | 1,125.00 |

### PAGA NETA

| | |
|---|---|
| | 793.46 |
| | 19,370.04 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5311990 | 793.46 |
| Total: | 793.46 |

**MENSAJE:**

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
12/30/2019

Aviso No.
5311990

Cant. Deposito:  $793.46

TRAY 51 SQ 11642*****************SCH 5-DIGIT 00646    11642 2 AV 0.383
NILDA SANCHEZ VEGA
HC 5 BOX 46707
VEGA BAJA PR 00693-9661

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | $793.46 |
| Total: | | $793.46 |

**NO-NEGOCIABLE**

Número de Evidencia de Reclamación: _____
Reclamante: Nilda L. Sánchez Vega

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

**Instrucciones**

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. Sus respuestas deben proporcionar **más** información de la que se incluye en la evidencia de reclamación inicial. A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación. Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

**Cuestionario**

1. ¿Cuál es el fundamento de su reclamación?

   [X] Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

   [X] Empleo actual o anterior en el gobierno de Puerto Rico

   [ ] Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

   _____

2. ¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):

   $15,000.00

Número de Evidencia de Reclamación: 94467
Reclamante: Nilda L. Sánchez Vega

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐ No. *Pase a la Pregunta 4.*
   - ☒ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó:
Departamento de Educación

3(b). Identifique las fechas de su empleo con relación a su reclamación:
1973 - 2005

3(c). Últimos cuatro dígitos de su número de seguro social: 8360

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☒ Jubilación
   - ☒ Salarios impagos
   - ☐ Días por enfermedad
   - ☐ Queja con el sindicato
   - ☐ Vacaciones
   - ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales ser necesario).

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ☐ No.
   - ☒ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción.
Departamento de Educación

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pend de resolución: Commonwealth of Puerto Rico Supplemental Information c/o Prime Clerk LLC Processing Center Grand Central Station, PO Box 4708 New York, NY 10163-4708

4(c). Número de caso: 17-03283

4(d). Título, epígrafe, o nombre del caso:
Promesa Title III

2