Case:17-03283-LTS Doc#:11858-2 Filed:02/27/20 Entered:02/28/20 14:55:05 Desc:
Envelope Page 1 of 1

Nilda L. Sánchez
HC 5 Box 46707
Vega Baja, P.R. 00693

RECEIVED & FILED
2020 FEB 27 PM 5:32
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

SAN JUAN PR 009
26 FEB 2020 PM 1 1

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

00918399999