# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors. | PROMESA<br><br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**Re: Dkt. No. 11729** |

**INFORMATIVE MOTION OF THE AD HOC GROUP OF CONSTITUTIONAL DEBTHOLDERS PURSUANT TO ORDER REGARDING PROCEDURES FOR ATTENDANCE, PARTICIPATION AND OBSERVATION OF MARCH 4-5, 2020 OMNIBUS HEARING**

The Ad Hoc Group of Constitutional Debtholders (the "Ad Hoc Group") hereby files this Informative Motion pursuant to the *Order Regarding Procedures for Attendance, Participation and Observation of March 4-5, 2020 Omnibus Hearing* [Dkt. No. 11729].

James M. Peck and Andrew Kissner of Morrison & Foerster LLP ("Morrison & Foerster") intend to appear and present argument at the March 4-5, 2020 omnibus hearing on behalf of the Ad Hoc Group in connection with any matters relating to the *Joint Objection of PSA Creditors to Motion of Official Committee of Unsecured Creditors for Order Setting Briefing Schedule for Omnibus Objection to Claims Asserting Priority* [Dkt. No. 11133], the *Amended Report and Recommendation of the Mediation Team* [Dkt. No. 10756], the *Joint Statement of PSA Creditors in Support of Mediation Team's Amended Report and Recommendation* [Dkt. No. 11499], and any responses thereto, in Courtroom 3 of the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767.

An attorney from G. Carlo-Altieri Law Offices, LLC also intends to attend the omnibus

ny-1873389

hearing on behalf of the Ad Hoc Group.

Counsel will also be prepared to respond to any matters raised by the Court or to any statements made by any party in connection with the above-captioned Title III proceedings or any adversary proceedings currently pending in the above-captioned Title III proceedings.

Date: February 27, 2020

| **G. CARLO-ALTIERI LAW OFFICES, LLC** | **MORRISON & FOERSTER LLP** |
|---|---|
| By: */s/ Gerardo A. Carlo*<br>Gerardo A. Carlo<br>USDC PR No. 112009<br>Telephone: (787) 247-6680<br>gacarlo@carlo-altierilaw.com | By: */s/ Gary S. Lee*<br>James M. Peck (admitted *pro hac vice*)<br>Gary S. Lee (admitted *pro hac vice*)<br>James A. Newton (admitted *pro hac vice*)<br>Andrew R. Kissner (admitted *pro hac vice*)<br>250 West 55th Street<br>New York, New York 10019<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br>jpeck@mofo.com<br>glee@mofo.com<br>jnewton@mofo.com<br>akissner@mofo.com |
| By: */s/ Mª Mercedes Figueroa y Morgade*<br>Mª Mercedes Figueroa y Morgade<br>USDC PR No. 207108<br>Telephone: (787) 234-3981<br>figueroaymorgadelaw@yahoo.com | |
| 254 San Jose St., Third Floor<br>San Juan, Puerto Rico 00901<br>Telephone: (787) 247-6680<br>Facsimile: (787) 919-0527 | |

*Counsel for the Ad Hoc Group of Constitutional Debtholders*

ny-1873389