23, de febrero 2020

Abogados de la Junta de Supervisión
Proskauer Rose, LLP
Eleven Times Square
New York, Nueva York 10036

#Recl 159796

Distinguidos Servidores.

Por este medio deseo enviar Informe de Renta Anual Vitalicia que no la tenía al momento de enviar la réplica, esta fue desde el 1968- al 2004 que finalizaron mis labores. Podrían observar que la Ley 89 no está cotizada, ni la Ley 96 antes del Retiro fue recibida y la Ley 164.

Favor evaluar mi caso. Cualquier información favor solicitarla a

Lucila Cears
H-C-1 Box 4542
Arroyo, P.R.

Celular: 787-453-2542

Gracias