N 0373526

**Estado Libre Asociado de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

| | | |
|---|---|---|
| Grupo de Pago: | SM -Quincenal | # Cheque: 07586998 |
| Desde: | 01/23/03 | |
| Hasta: | 02/05/03 | Fecha: 01/30/03 |

| LUCILA CORA HUERTAS | # Empleado: | | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| HC 01 BOX 4542 | Dept: | 8003008-Humacao Arroyo | Estado Civil: | Single | Single |
| ARROYO PR 007140000 | Oficina: | S. U. Jose Horacio Cora | Concesiones: | 0 | 2 |
| | Titulo: | M.Bibliotecario | Pct. Adcl.: | | |
| SS: | Sueldo: | $2,445.00 Monthly | Cant. Adcl.: | | |

**HORAS E INGRESOS** — **IMPUESTOS**

| | | Corriente | | Acumulado | | | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | | 1,222.50 | 120.00 | 2,445.00 | Fed FICA - MHI | 17.72 | 35.45 |
| | | | | | | PR Withholdng | 84.23 | 168.46 |
| | | | 1,222.50 | 120.00 | 2,445.00 | Total: | 101.95 | 203.91 |

Modelo SC-1515 (IRM)
14-mayo-71
Manual de Contabilidad

Modelo SC-1515 (IRM)
14-mayo-71
Manual de Contabilidad

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**JUNTA DE RETIRO PARA MAESTROS**
**INFORME RENTA ANUAL VITALICIA**

10

| **LUCILA CORA HUERTAS** | Núm. Reclamación 38870 | Sexo F |

Tipo de Renta:
  a- Años de Servicio y edad
     Opcional      (X)
     Obligatorio   ( )
  b. Edad         ( )
  c- Incapacidad
     Ocupacional       ( )
     No Ocupacional    ( )
  d- Diferida          ( )

Fecha de Nacimiento
1947   7   6
Año   Mes   Día

| Edad al Retirarse | Servicios Acreditados | Costo Anualidad | Fecha de Retiro |
|---|---|---|---|
| 56   10   23 | 35   5   3   1½ | $ 49,408.31 | 2004   5   28 |
| Años Meses Días | Años Meses Sem. Días | | Año  Mes  Día |

Fecha de Efectividad
2004   5   29
Año   Mes   Día

Retiro Ley Núm. **91DEL2004**

Cómputo de la Renta Anual:
a- Sueldo promedio mensual más alto durante TRES años consecutivos a $2,454.72      $1,841.04

  .75%   X   30 años
  (Por ciento)         (Tiempo Acreditado)

*En caso de renta anual diferida, ésta comenzará al cumplir la edad de _____

  ( ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años de edad

  ( ) o a opción en fecha posterior si al retirarse tiene 10 y menos de 25 años de servicios y menos de 60 años de edad

  b. Ajuste para llegar al Mínimo Establecido por ley 89

| Años de Servicio | Edad | Incapacidad Física | Diferido |
|---|---|---|---|
| $ _____ | $ _____ | $ _____ | $ _____ |

Diferencia Mínimo o Renta Sistema de Retiro

OFICINA DE FINANZAS
DOCUMENTOS PREINTERVENIDOS
28 JUL 2004
JOSÉ REYES DÁVILA

| Renta Mensual Vitalicia | 1,841.04 |
| Renta Anual Vitalicia | 22,092.48 |

Computado:
Carlos J. Serrano    15/7/04   Fecha

Cotejado:
María A. Torres Morales    16/July/04   Fecha

Recomendado:
Jorge Rodríguez Pérez    21-07-04   Fecha
Director Int. Area Servicios de Retiro

Aprobado:
29/10/04   Fecha
José Omar Reyes
Subdirector Ejecutivo, Aux.-Inversiones

agb
Fecha: 13 de julio de 2004