Lucila Cean
H-C-1 Box 4542
Arroyo, P.R. 00714

SAN JUAN PR 009
25 FEB 2020 PM 2 L

Tribunal de Distrito de los Estados Unidos
Commonwealth of Puerto Rico
Room 150 Federal Building
San Juan, P.R. 00918-1767

RECEIVED & FILED
2020 FEB 27 PM 5:32
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

FSC
MIX
Envelope
FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2016