# reclamación: 121954

Para el Tribunal de Distrito de los Estados Unidos

Para el Tribunal de Distrito de Puerto Rico

Yo, Enaida Troche Figueroa, residente en la siguiente dirección: 385 Calle Gardenia Llanos del Sur Coto Laurel, Ponce P.R 00780 – 2829. Sometí una reclamación relacionada con un aumento de sueldo prometido por el ex – gobernador Hon. Carlos Romero Barceló en 1985, denominado el "Romerazo" por la cantidad de $50.00 mensuales.

Para esta fecha ocupaba un puesto con carácter regular (permanente) en el Departamento de Recreación y Deportes como secretaria IV. La reclamación obedece al ofrecimiento de parte del incumbente para esa fecha y que nunca se reflejó, no lo honraron desde el año 1985 hasta el año 2005 fecha de mi retiro.

Por esta razón estoy sometiendo esta reclamación para que se tome en consideración favorable.

Fecha de comienzo en el Departamento de Recreación y Deportes: 1970

Fecha de retiro por años de servicio: 2005

#Seguro Social: xxx – xx – 4286

Cel: 787 – 398 – 7364

Sometido por la atención correspondiente

*Enaida Troche Figueroa*

P.D: Se incluye evidencia "Certificación de empleo"