Enaida Tirado Figueroa
385 c/ Gardenia
Llanos del Sur
Coto Laurel PR 00780-2829

Secretaria (Clerk's Office)
Tribunal de Distrito de los E.U.
#150 Chardon Ave.
Federal Building
San Juan P.R. 00918

RECEIVED & FILED
2020 FEB 27 PM 5:32
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

SAN JUAN PR 009
25 FEB 2020 PM 2 L

00918@1703 C018