Ley 89

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

In re Commonwealth of Puerto Rico, Case No. 17 BK 3283-LTS

PR 1845 SRF 35202 PACKID 4057 MM LID: 8073316 SVC: BATCH1

RECEIVED & FILED
2020 FEB 27 PM 5: 31
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

CUBÍ TORRES, MIGUEL M.
BO COQUÍ
P.O. BOX 19
VILLLABA, P.R. 00766
787-406-4028
miguelmcubi593@gmail.com

PROMESA
Título III
Núm. 17 BK 3283-LTS
PRIME CLERK LLC
No. De Reclamación **166552**

RÉPLICA A LA CENTÉSIMA CUARTA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO COMO EMPLEADO DEL DEPARTAMENTO DE EDUCACIÓN DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO EN RECLAMO DEL AUMENTO SALARIAL DE LA LEY 89 DE 1979 (ROMERAZO), A PARTIR DEL 1980 HASTA EL 2006.

En junio de 2018, se sometió el Formulario Oficial 410 Modificado reclamando salarios impagos en mi empleo anterior como maestro en el Departamento de Educación de Puerto Rico por servicios prestados y que no fueron pagados.

Durante su gobernación, el gobernador Carlos Romero Barceló aprobó una ley (Ley 89 del 12 de julio de 1979) que concedía un aumento salarial a los maestros del Departamento de Educación (DE) del Gobierno de Puerto Rico de $ 100.00 mensuales.

Este aumento nunca se pagó.

Durante el termino de esa ley (1980-2000) yo era empleado del DE. De acuerdo con mis cálculos, el período comprende 10 años a $1,200.00 por año, lo que representa $12,000.00 a los que tengo derecho.

**Se estima la siguiente cantidad adeudada:**

$1,200.00 del año escolar 1980-1981

$1,200.00 del año escolar 1981-1982

$1,200.00 del año escolar 1982-1983

$1,200.00 del año escolar 1983-1984

$1,200.00 del año escolar 1984-1985

$1,200.00 del año escolar 1985-1986

$1,200.00 del año escolar 1986-1987

$1,200.00 del año escolar 1987-1988

$1,200.00 del año escolar 1988-1989

$1,200.00 del año escolar 1989-1990

**Cantidad adeudada estimada: $ 12,000.00**

MIGUEL CUBÍ TORRES

copias

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

**Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).**

| | Debtor | Case No. | Petition Date |
|---|---|---|---|
| ☐ | Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date: May 3, 2017 |
| ☐ | Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date: May 5, 2017 |
| ☐ | Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date: May 21, 2017 |
| ☒ | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date: May 21, 2017 |
| ☐ | Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date: July 2, 2017 |

2018 JUN 28 A 10: 38
RECEIVED

Apelación 28 Jun 2018

Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

**Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

**Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.**

**Quienes presenten la documentación deben omitir o editar** información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. **No adjunte documentos originales,** ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

**Fill in all the information about the claim as of the Petition Date.**

**Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.**

## Part 1 / Parte 1 — Identify the Claim / Identificar la reclamación

| | |
|---|---|
| **1. Who is the current creditor?**<br>**¿Quién es el acreedor actual?** | Miguel M. Cubí Torres<br>Name of the current creditor (the person or entity to be paid for this claim)<br>Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)<br><br>Other names the creditor used with the debtor<br>Otros nombres que el acreedor usó con el deudor ______ |

| | | |
|---|---|---|
| 2. **Has this claim been acquired from someone else?**<br><br>**¿Esta reclamación se ha adquirido de otra persona?** | ☐ No / No<br>☐ Yes. From whom?<br>Sí. ¿De quién? ______<br><br>-NO- | |
| 3. **Where should notices and payments to the creditor be sent?**<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)<br><br>**¿A dónde deberían enviarse las notificaciones al acreedor?**<br><br>Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g | **Where should notices to the creditor be sent?**<br>**¿A dónde deberían enviarse las notificaciones al acreedor?**<br><br>Miguel M. Cubí Torres<br>Name / Nombre<br><br>Bo Coqui - P.O. Box 19-<br>Number / Número Street / Calle<br><br>Villalba, P.R. 00766<br>City / Ciudad State / Estado ZIP Code / Código postal<br><br>787-406-4028<br>Contact phone / Teléfono de contacto<br><br>—<br>Contact email / Correo electrónico de contacto | **Where should payments to the creditor be sent?** (if different)<br>**¿A dónde deberían enviarse los pagos al acreedor?** (En caso de que sea diferente)<br><br>Name / Nombre<br><br>Number / Número Street / Calle<br><br>City / Ciudad State / Estado ZIP Code / Código postal<br><br>Contact phone / Teléfono de contacto<br><br>Contact email / Correo electrónico de contacto |
| 4. **Does this claim amend one already filed?**<br><br>**¿Esta reclamación es una enmienda de otra presentada anteriormente?** | ☐ No / No<br>☐ Yes. Claim number on court claims registry (if known)<br>Sí. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo)______<br>Filed on / Presentada el ______ (MM /DD/YYYY) / (DD/MM/AAAA) | |
| 5. **Do you know if anyone else has filed a proof of claim for this claim?**<br><br>**¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?** | ☒ No / No<br>☐ Yes. Who made the earlier filing?<br>Sí. ¿Quién hizo la reclamación anterior?______ | |

**Part 2 / Parte 2:** **Give Information About the Claim as of the Petition Date**

**Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.**

| | |
|---|---|
| 6. **Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?**<br><br>**¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico?** | ☐ No / No<br>☐ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)<br>Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).<br>______ |
| 7. **Do you supply goods and / or services to the government?**<br><br>**¿Proporciona bienes y / o servicios al gobierno?** | ☒ No / No<br>☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:<br><br>Vendor / Contract Number \| Número de proveedor / contrato: ______<br><br>List any amounts due after the Petition Date (listed above) but before June 30, 2017:<br>Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017 $ ______ |

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | | | |
|---|---|---|---|
| Grupo de Pago: | SM -Quincenal | Business Unit: | PUERT |
| Desde: | 01/01/2019 | Aviso #: | **9083358** |
| Hasta: | 01/15/2019 | Fecha Aviso: | 01/15/2019 |

**MIGUEL M CUBI TORRES**
PO BOX 19
VILLALBA PR 00766-0019

SS: XXX-XX-1247

| | |
|---|---|
| # Empleado: | XXXXX1247 |
| Dept: | 592060-Anos de Serv:032 |
| Lugar: | Ley 218/51:032 |
| Titulo: | Pensionado |
| Sueldo: | $925.10 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 19 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

**HORAS E INGRESOS**

| | | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | 5.692923 | 81.25 | 462.55 | 81.25 | 462.55 |
| Total: | | 81.25 | 462.55 | 81.25 | 462.55 |

**IMPUESTOS**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

**DEDUCCIONES**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

**DEDUCCIONES GENERALES**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 53.48 | 53.48 |
| AE-Seguro por Muerte Asoc ELA | 3.50 | 3.50 |
| AS-ASOC PENSIONADOS | 1.00 | 1.00 |
| Total: | 57.98 | 57.98 |

**BENEFICIOS PATRONALES PAGADOS**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| * Tributable | | |

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 462.55 | 0.00 | 57.98 | 404.57 |
| Acumulado: | 462.55 | 0.00 | 57.98 | 404.57 |

| PTO HORAS | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

| DISTRIBUCION PAGA NETA | |
|---|---|
| Aviso #9083358 | 404.57 |
| Total: | 404.57 |

**MENSAJE:**

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

**Fecha**
**01/15/2019**

**Aviso No.**
**9083358**

Cant. Deposito: $404.57

**DISTRIBUCION DE DEPOSITO DIRECTO**

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | 515 | $404.57 |
| Total: | | $404.57 |

TRAY 105 SQ 26136******************SCH 5-DIGIT 00751 26136 2 AV 0.383
MIGUEL M CUBI TORRES
PO BOX 19
VILLALBA PR 00766-0019

NO-NEGOCIABLE

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | | | |
|---|---|---|---|
| Grupo de Pago: | SM -Quincenal | Business Unit: | PUERT |
| Desde: | 01/16/2019 | Aviso #: | **9341898** |
| Hasta: | 01/31/2019 | Fecha Aviso: | 01/30/2019 |

**MIGUEL M CUBI TORRES**
PO BOX 19
VILLALBA PR 00766-0019

SS: XXX-XX-1247

| | |
|---|---|
| # Empleado: | XXXXX1247 |
| Dept: | 592060-Anos de Serv:032 |
| Lugar: | Ley 218/51:032 |
| Titulo: | Pensionado |
| Sueldo: | $925.10 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 19 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

**HORAS E INGRESOS**

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | 5.692923 | 81.25 | 462.55 | 162.50 | 925.10 |
| Total: | | 81.25 | 462.55 | 162.50 | 925.10 |

**IMPUESTOS**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

**DEDUCCIONES**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

**DEDUCCIONES GENERALES**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 53.48 | 106.96 |
| AE-Seguro por Muerte Asoc ELA | 3.50 | 7.00 |
| AS-ASOC PENSIONADOS | 1.00 | 2.00 |
| Total: | 57.98 | 115.96 |

**BENEFICIOS PATRONALES PAGADOS**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-MMM LEY 117 | 100.00 | 100.00 |

* Tributable

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 462.55 | 0.00 | 57.98 | 404.57 |
| Acumulado: | 925.10 | 0.00 | 115.96 | 809.14 |

| PTO HORAS | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

| DISTRIBUCION PAGA NETA | |
|---|---|
| Aviso #9341898 | 404.57 |
| Total: | 404.57 |

**MENSAJE:**

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

**Fecha**
**01/30/2019**

**Aviso No.**
**9341898**

Cant. Deposito: $404.57

| DISTRIBUCION DE DEPOSITO DIRECTO | | |
|---|---|---|
| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| Savings | 515 | $404.57 |
| Total: | | $404.57 |

TRAY 105 SQ 26136******************SCH 5-DIGIT 00751 26136 2 AV 0.383
MIGUEL M CUBI TORRES
PO BOX 19
VILLALBA PR 00766-0019

NO-NEGOCIABLE

**EL DEPARTAMENTO DE INSTRUCCION PUBLICA DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO**

POR LA PRESENTE CONFIERE A

MIGUEL MATILDE CUBI TORRES

QUIEN HA CUMPLIDO LOS REQUISITOS PRESCRITOS POR LA LEY, ESTE

# CERTIFICADO VITALICIO

QUE AUTORIZA AL TENEDOR A TRABAJAR COMO

MAESTRO DE ESCUELA ELEMENTAL

EN LAS

**ESCUELAS PUBLICAS DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO**

A PARTIR DE ESTA FECHA, A MENOS QUE SEA REVOCADA POR AUTORIDAD LEGAL.

DADO EN HATO REY, PUERTO RICO EL 1 de julio de 19 68

Número 518

SECRETARIO DE INSTRUCCION PUBLICA

Ley 180

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

In re Commonwealth of Puerto Rico, Case No. 17 BK 3283-LTS

CUBÍ TORRES, MIGUEL M.
BO COQUÍ
P.O. BOX 19
VILLLABA, P.R. 00766
787-406-4028
miguelmcubi593@gmail.com

PROMESA
Título III
Núm. 17 BK 3283-LTS
No. De Reclamación **166552**

RECEIVED & FILED
2020 FEB 27 PM 5:31
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

RÉPLICA A LA CENTÉSIMA CUARTA OBJECIÓN (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO COMO EMPLEADO DEL DEPARTAMENTO DE EDUCACIÓN DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO EN RECLAMO DE LA LEY 180-COST LIVING DE 27 DE JULIO DE 1998. LA LEY 180 ESTABLE UN AUMENTO DE (SALARIO) AL 3% MENSUAL, CADA 3 AÑOS POR EL AUMENTO DEL COSTO DE LA VIDA.
EL DINERO SE ME ADUEDA DESDE EL AÑO 1998 CUANDO COMENCÉ A RECIBIR LA PENSION HASTA EL PRESENTE 2019. ESTOS SON LOS MOTIVOS POR LOS QUE PIENSO QUE EL HON. TRIBUNAL NO DEBA DECLARAR A LUGAR LA OBJECIÓN GLOBAL EN RELACIÓN A MI RECLAMO.

MIGUEL CUBÍ TORRES

Miguel M. Cubí Torres Reclamante: 166552

Ley 180- Cost Living del 27 de julio de 1998

$ 925.10 - Salario pensión vitalicia

La ley 180 establece un aumento al salario al 3% mensual, cada 3 años por el aumento en el costo de vida.

Computos:

(1) $ 925.10
x .03
27.75

925.10
+ 27.75
$952.85

(2) $952.85
x .03
$28.58

$952.85
+ 28.58
$981.43

(3) $ 981.43
x .03
29.44

$981.43
+ 29.44
$1,010.87

(4) $1010.87
x .03
$ 30.32

$ 1010.87
30.32
$ 1,041.19

(5) 1,041.19
x .03
$ 31.23

$1041.19
+ 31.23
$1072.42

(6) 1,072.42
x .03
$32.17

$1072.42
+ 32.17
$1,104.59

(7) $1104.59
x .03
$33.13

$1104.59
+ 33.13
$1,137.72

Miguel M. Cubí Torres Reclamante: 166552

| Años Reclamados | Aumento | Cada 3 Años | Deuda |
|---|---|---|---|
| 1998 — 2001 | $27.75 | 36 meses | $ 999.00 |
| 2001 - 2004 | $28.58 | 36 " | $1028.88 |
| 2004 - 2007 | $29.44 | 36 " | $1059.84 |
| 2007 - 2010 | $30.32 | 36 " | $1091.52 |
| 2010 - 2013 | $31.23 | 36 " | $1,124.28 |
| 2013 - 2016 | $32.17 | 36 " | $1158.12 |
| 2016 - 2019 | $33.13 | 36 " | $1,192.68 |
| | | Total | $7,654.32 |

[signature]
Miguel M. Cubí Torres

P.R. 1845 SRF 35262 Pack ID: 4057 MML ID: 8073316 SVe: Batch 1

Cubí Torres, Miguel M.
BO Coquí - P.O. Box 19
Villalba, P.R. 00766

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | | | |
|---|---|---|---|
| Grupo de Pago: | SM -Quincenal | Business Unit: | PUERT |
| Desde: | 01/01/2019 | Aviso #: | **9083358** |
| Hasta: | 01/15/2019 | Fecha Aviso: | 01/15/2019 |

**MIGUEL M CUBI TORRES**
PO BOX 19
VILLALBA PR 00766-0019

SS: XXX-XX-1247

| | |
|---|---|
| # Empleado: | XXXXX1247 |
| Dept: | 592060-Anos de Serv:032 |
| Lugar: | Ley 218/51:032 |
| Titulo: | Pensionado |
| Sueldo: | $925.10 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 19 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

**HORAS E INGRESOS**

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | 5.692923 | 81.25 | 462.55 | 81.25 | 462.55 |
| Total: | | 81.25 | 462.55 | 81.25 | 462.55 |

**IMPUESTOS**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

**DEDUCCIONES**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

**DEDUCCIONES GENERALES**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 53.48 | 53.48 |
| AE-Seguro por Muerte Asoc ELA | 3.50 | 3.50 |
| AS-ASOC PENSIONADOS | 1.00 | 1.00 |
| Total: | 57.98 | 57.98 |

**BENEFICIOS PATRONALES PAGADOS**

| Descripcion | Corriente | Acumulado |
|---|---|---|

* Tributable

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 462.55 | 0.00 | 57.98 | 404.57 |
| Acumulado: | 462.55 | 0.00 | 57.98 | 404.57 |

| PTO HORAS | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

| DISTRIBUCION PAGA NETA | |
|---|---|
| Aviso #9083358 | 404.57 |
| Total: | 404.57 |

**MENSAJE:**

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

**Fecha**
**01/15/2019**

**Aviso No.**
**9083358**

Cant. Deposito: $404.57

**DISTRIBUCION DE DEPOSITO DIRECTO**

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | 515 | $404.57 |
| Total: | | $404.57 |

TRAY 105 SQ 26136******************SCH 5-DIGIT 00751 26136 2 AV 0.383
MIGUEL M CUBI TORRES
PO BOX 19
VILLALBA PR 00766-0019

NO-NEGOCIABLE

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | | | |
|---|---|---|---|
| Grupo de Pago: | SM -Quincenal | Business Unit: | PUERT |
| Desde: | 01/16/2019 | Aviso #: | **9341898** |
| Hasta: | 01/31/2019 | Fecha Aviso: | 01/30/2019 |

**MIGUEL M CUBI TORRES**
PO BOX 19
VILLALBA PR 00766-0019

SS: XXX-XX-1247

| | |
|---|---|
| # Empleado: | XXXXX1247 |
| Dept: | 592060-Anos de Serv:032 |
| Lugar: | Ley 218/51:032 |
| Titulo: | Pensionado |
| Sueldo: | $925.10 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 19 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

**HORAS E INGRESOS**

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | 5.692923 | 81.25 | 462.55 | 162.50 | 925.10 |
| Total: | | 81.25 | 462.55 | 162.50 | 925.10 |

**IMPUESTOS**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

**DEDUCCIONES**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

**DEDUCCIONES GENERALES**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 53.48 | 106.96 |
| AE-Seguro por Muerte Asoc ELA | 3.50 | 7.00 |
| AS-ASOC PENSIONADOS | 1.00 | 2.00 |
| Total: | 57.98 | 115.96 |

**BENEFICIOS PATRONALES PAGADOS**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-MMM LEY 117 | 100.00 | 100.00 |

* Tributable

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 462.55 | 0.00 | 57.98 | 404.57 |
| Acumulado: | 925.10 | 0.00 | 115.96 | 809.14 |

| PTO HORAS | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

| DISTRIBUCION PAGA NETA | |
|---|---|
| Aviso #9341898 | 404.57 |
| Total: | 404.57 |

**MENSAJE:**

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

**Fecha**
**01/30/2019**

**Aviso No.**
**9341898**

Cant. Deposito: $404.57

**DISTRIBUCION DE DEPOSITO DIRECTO**

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | 515 | $404.57 |
| Total: | | $404.57 |

TRAY 105 SQ 26136******************SCH 5-DIGIT 00751 26136 2 AV 0.383
MIGUEL M CUBI TORRES
PO BOX 19
VILLALBA PR 00766-0019

NO-NEGOCIABLE

2 copias
Apelación 28 Jun. 2018

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

RECEIVED
2018 JUN 28 A 10: 38

| Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación). | | |
|---|---|---|
| ☐ Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ☒ Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

**Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

**Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.**

**Quienes presenten la documentación deben omitir o editar** información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. **No adjunte documentos originales,** ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

**Fill in all the information about the claim as of the Petition Date.**

**Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.**

**Part 1 / Parte 1** **Identify the Claim / Identificar la reclamación**

| | |
|---|---|
| **1. Who is the current creditor?**<br><br>**¿Quién es el acreedor actual?** | Miguel M. Cubí Torres<br>Name of the current creditor (the person or entity to be paid for this claim)<br>Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)<br><br>Other names the creditor used with the debtor<br>Otros nombres que el acreedor usó con el deudor ______ |

| | | |
|---|---|---|
| 2. **Has this claim been acquired from someone else?**<br><br>**¿Esta reclamación se ha adquirido de otra persona?** | ☐ No / No<br>☐ Yes. From whom?<br>Sí. ¿De quién? ______<br><br>-NO- | |
| 3. **Where should notices and payments to the creditor be sent?**<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)<br><br>**¿A dónde deberían enviarse las notificaciones al acreedor?**<br><br>Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g | **Where should notices to the creditor be sent?**<br>**¿A dónde deberían enviarse las notificaciones al acreedor?**<br><br>Miguel M. Cabí Torres<br>Name / Nombre<br><br>Bo Coqui - P.O. Box 19-<br>Number / Número Street / Calle<br><br>Villalba, P.R 00766<br>City / Ciudad State / Estado ZIP Code / Código postal<br><br>787-406-4028<br>Contact phone / Teléfono de contacto<br><br>—<br>Contact email / Correo electrónico de contacto | **Where should payments to the creditor be sent?** (if different)<br>**¿A dónde deberían enviarse los pagos al acreedor?** (En caso de que sea diferente)<br><br>Name / Nombre<br><br>Number / Número Street / Calle<br><br>City / Ciudad State / Estado ZIP Code / Código postal<br><br>Contact phone / Teléfono de contacto<br><br>Contact email / Correo electrónico de contacto |
| 4. **Does this claim amend one already filed?**<br><br>**¿Esta reclamación es una enmienda de otra presentada anteriormente?** | ☐ No / No<br>☐ Yes. Claim number on court claims registry (if known)<br>Sí. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo) ______<br>Filed on / Presentada el ______ (MM /DD/YYYY) / (DD/MM/AAAA) | |
| 5. **Do you know if anyone else has filed a proof of claim for this claim?**<br><br>**¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?** | ☒ No / No<br>☐ Yes. Who made the earlier filing?<br>Sí. ¿Quién hizo la reclamación anterior? ______ | |

**Part 2 / Parte 2:** **Give Information About the Claim as of the Petition Date**
**Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.**

| | |
|---|---|
| 6. **Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?**<br><br>**¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico?** | ☐ No / No<br>☐ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)<br>Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).<br>______ |
| 7. **Do you supply goods and / or services to the government?**<br><br>**¿Proporciona bienes y / o servicios al gobierno?** | ☒ No / No<br>☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:<br><br>Vendor / Contract Number \| Número de proveedor / contrato: ______<br><br>List any amounts due after the Petition Date (listed above) but before June 30, 2017:<br>Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017 $ ______ |

**EL DEPARTAMENTO DE INSTRUCCION PUBLICA DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO**

POR LA PRESENTE CONFIERE A

MIGUEL MATILDE CUBI TORRES

QUIEN HA CUMPLIDO LOS REQUISITOS PRESCRITOS POR LA LEY, ESTE

# CERTIFICADO VITALICIO

QUE AUTORIZA AL TENEDOR A TRABAJAR COMO

MAESTRO DE ESCUELA ELEMENTAL

EN LAS

**ESCUELAS PUBLICAS DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO**

A PARTIR DE ESTA FECHA, A MENOS QUE SEA REVOCADA POR AUTORIDAD LEGAL.

DADO EN HATO REY, PUERTO RICO EL 1 de julio de 1968

Número 518

SECRETARIO DE INSTRUCCION PUBLICA