iquel Mr Cubi Torres
90 Coqui - P.O Box 19
Villalba, P.R 00766

T.F.

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**

7018 2290 0000 2774 5109

RETURN RECEIPT
REQUESTED

RETURN RECEIPT
REQUESTED



U.S. POSTAGE PAID
FCM LG ENV
VILLALBA, PR
00766
FEB 26 20
AMOUNT
**$7.80**
R2303S101580-02

1000        00918

Secretaria (Clerks Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R 00918-1767

SAN JUAN P.R
U.S DISTRICT COURT
CLERK'S OFFICE

2020 FEB 27  PM 5: 31

RECEIVED & FILED

RETURN RECEIPT