TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

En el asunto de:

JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,
como representante de
ESTADO LIBRE ASOCIADO DE PUERTO RICO y otros, Deudores.

PROMESA,
Título III
Núm. 17 BK 3283-LTS
(Administrada conjuntamente)

La presente radicación guarda Relación con el ELA, la ACT y el SRE.

**Replica:**

I. Datos de contacto: Samuel Lozada Álvarez con los números de reclamos: **123626 (001009)** y **123626 (001010)** respectivamente, dirección: Carretera 184 km 1.3 Barrio Cacao Bajo, Patillas P.R. 00723.
   (Dirección Postal: HC 63 Box 3220, Patillas P.R. 00723), teléfono (939) 488-1915 ó (787) 640-3222, (Correo electrónico Sammy.1976@outlook.com).

II. Epígrafe: NOTIFICACIÓN DE LA CENTÉSIMA CUADRAGÉSIMA SEGUNDA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE UNAS LEYES PUERTORRIQUEÑAS NO ESPECIFICADAS.

III. Motivos: Yo Samuel Lozada Álvarez, soy empleado activo del Departamento de Seguridad y Protección Pública de Puerto Rico, Policía de Puerto Rico. Con fecha de ingreso y cotización en el Servicio Público: 20 de junio de 1996.
   - Que estoy reclamando la Ley Núm. 89, del 12 de julio de 1979, según enmendada y conocida como "Ley de Retribución Uniforme", entre otros. **$16,800.00 (Carlos Romero Barceló).**
   - Ley Núm. 96, del 1 de julio de 2002, consistente en conceder un aumento de sueldo de cien (100) dólares a los empleados públicos del Gobierno Central del Estado Libre Asociado de Puerto Rico. **$16,800.00 (Gobernante Sila María Calderón Serra).**
   - Que estoy reclamando un retiro digno, meritorio y justo conforme a nuestro juramento 75% de pensión al sueldo actual moderno. **(Adjunto: CERTIFICACION DE BALANCES DE APORTACIONES INDIVIDUALES ESTIMADAS, ESTADO DE CUENTA ESTIMADO, INFORMACION GENERAL** DE LA ADMINISTRACION DE LOS SISTEMAS DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO Y LA JUDICATURA al 15 de mayo de 2018. **$54,856.45**
   - Ley Núm. 53, del 10 de junio de 1996 - **$ 40,000.00 dólares** aproximadamente por disparidad en sueldo por años de servicio.
   - Art. 13. – Fijación y Aplicación de Escalas de Retribución mensual
   - Esta Ley se conocerá como "Ley de Aumento a los Miembros del Sistema de Rango de la Policía de Puerto Rico".
   - ✓ Serán elegibles para recibir aumentos de sueldo por años de servicio aquellos miembros de la Fuerza en el servicio de carrera que no hubiesen recibido ningún tipo de aumento de sueldo excepto los otorgados por disposición de Ley, durante un periodo de cinco (5) años de servicio satisfactorios e ininterrumpidos. Se exceptuará del inicio del cómputo de este término el periodo de adiestramiento. Otras normas de aplicación estarán sujetas al reglamento de retribución uniforme.

Adjunto: CERTIFICACION DE BALANCES DE APORTACIONES INDVIDUALES ESTIMADAS, DE LA ADMINISTRACION DE LOS SISTEMAS DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO Y LA JUDICATURA al 15 de mayo de 2018. **$54,856.45.**

Atentamente,

*Samuel Lozada Álvarez*
Samuel Lozada Álvarez