Samuel Lozada Alvarez
HC 63 Box 3220
Patillas P.R. 00723

CERTIFIED MAIL

7019 1640 0002 1434 1735

U.S. POSTAGE PAID
FCM LG ENV
GUAYAMA, PR
00784
FEB 26, 20
AMOUNT
$7.60
R2304E105464-04

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

RECEIVED & FILED
2020 FEB 27 PM 5:31
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.