# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

|  |  |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br>*et al.*,<br><br>Debtors. | PROMESA<br><br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**Re: Dkt. No. 11729** |

## INFORMATIVE MOTION OF THE PRIFA BANS BONDHOLDERS PURSUANT TO ORDER REGARDING PROCEDURES FOR ATTENDANCE, PARTICIPATION AND OBSERVATION OF MARCH 4-5, 2020 OMNIBUS HEARING

Puerto Rico Ban (VL) LLC, Puerto Rico Ban (CI) LLC, Puerto Rico Ban (CIII) LLC, Puerto Rico Ban (CE) LLC, Puerto Rico Ban (IV) LLC, Puerto Rico Ban (V) LLC, and Fir Tree Inc. (collectively, the "PRIFA BANs Bondholders") hereby file this Informative Motion pursuant to the *Order Regarding Procedures for Attendance, Participation and Observation of March 4-5, 2020 Omnibus Hearing* [Dkt. No. 11729].

James A. Newton of Morrison & Foerster LLP ("Morrison & Foerster") intends to appear and present argument at the March 4-5, 2020 omnibus hearing on behalf of the PRIFA BANs Bondholders in connection with any matters relating to the *Amended Report and Recommendation* [Dkt. No. 10756], in Courtroom 3 of the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767.

An attorney from G. Carlo-Altieri Law Offices, LLC also intends to attend the omnibus hearing on behalf of the PRIFA BANs Bondholders.

Counsel will also be prepared to respond to any matters raised by the Court or to any

statements made by any party in connection with the above-captioned Title III proceedings or any

adversary proceedings currently pending in the above-captioned Title III proceedings.

Date: February 27, 2020

**G. CARLO-ALTIERI LAW OFFICES, LLC**

By: */s/ Gerardo A. Carlo*
Gerardo A. Carlo
USDC PR No. 112009
Telephone: (787) 247-6680
gacarlo@carlo-altierilaw.com

By: */s/ Mª Mercedes Figueroa y Morgade*
Mª Mercedes Figueroa y Morgade
USDC PR No. 207108
Telephone: (787) 234-3981
figueroaymorgadelaw@yahoo.com

254 San Jose St., Third Floor
San Juan, Puerto Rico 00901
Telephone: (787) 247-6680
Facsimile: (787) 919-0527

**MORRISON & FOERSTER LLP**

By: */s/ Gary S. Lee*
Gary S. Lee (admitted *pro hac vice*)
James A. Newton (admitted *pro hac vice*)
Benjamin Butterfield (*pro hac vice* admission pending)
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
glee@mofo.com
jnewton@mofo.com
bbutterfield@mofo.com

*Counsel for the PRIFA BANs Bondholders*