TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

En el asunto de:

JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,
como representante de
ESTADO LIBRE ASOCIADO DE PUERTO RICO y otros, Deudores.

PROMESA,
Título III
Núm. 17 BK 3283-LTS
(Administrada conjuntamente)
**La presente radicación guarda Relación con el ELA, la ACT y el SER**

I. Datos de contacto: Luis Manuel Rosado Rodríguez con el números de reclamos: **66045** y **119455** respectivamente, dirección: Urbanización Llanos de Providencia, Calle 3, D-4, Salinas, P.R. 00751.
(Dirección Postal: Po Box 766, Salinas P.R. 00751), teléfono (787)813-6425, (787) 432-9360 (Correo electrónico Dorilyn39@hotmail.com).

II. Epígrafe: NOTIFICACIÓN DE LA CENTÉSIMA CUADRAGÉSIMA SEGUNDA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE UNAS LEYES PUERTORRIQUEÑAS NO ESPECIFICADAS.

III. Motivos: Yo Luis Manuel Rosado Rodríguez, soy empleado activo del Departamento de Seguridad y Protección Pública de Puerto Rico, Policía de Puerto Rico. Con fecha de ingreso y cotización en el Servicio Público: 01 de noviembre de 1989. **(Adjunto: CERTIFICACIÓN DE EMPLEO ADMINISTRACIÓN DE CORRECCIÓN Y NOTIFICACIÓN DE NOMBRAMIENTO Y JURAMENTO, POLICÍA DE PUERTO RICO).**

- Que estoy reclamando la Ley Núm. 89, del 12 de julio de 1979, según enmendada y conocida como "Ley de Retribución Uniforme", entre otros. **$16,000.00 dólares** (Gobernante Carlos Romero Barcelo)
- Ley Núm. 96, del 1 de julio de 2002, consistente en conceder un aumento de sueldo de cien (100) dólares a los empleados públicos del Gobierno Central del Estado Libre Asociado de Puerto Rico. **$21,600.00 dólares (Gobernante Sila Maria Calderón Serra)**
- Que estoy reclamando un retiro digno, meritorio y justo conforme a nuestro juramento 75% de pensión al sueldo actual moderno.
- Ley Núm. 53, del 10 de junio de 1996 - **$ 50,400.00 dólares** por disparidad en sueldo por años de servicio.
    - ✓ Art. 13. – Fijación y Aplicación de Escalas de Retribución mensual
      Esta Ley se conocerá como "Ley de Aumento a los Miembros del Sistema de Rango de la Policía de Puerto Rico".
    - ✓ Serán elegibles para recibir aumentos de sueldo por años de servicio aquellos miembros de la Fuerza en el servicio de carrera que no hubiesen recibido ningún tipo de aumento de sueldo excepto los otorgados por disposición de Ley, durante un período de cinco (5) años de servicio satisfactorios e ininterrumpidos. Se exceptuará del inicio del cómputo de este término el período de adiestramiento. Otras normas de aplicación estarán sujetas al reglamento de retribución uniforme.

Adjunto: CERTIFICACION DE BALANCES DE APORTACIONES INDIVIDUALES ESTIMADAS, DE LA ADMINISTRACION DE LOS SISTEMAS DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO Y LA JUDICATURA al 15 de mayo de 2018. **$60,401.23**

*Luis M. Rosado Rodríguez*
Luis Manuel Rosado Rodríguez