**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Rosado Rodriguez, Luis Manuel | 66045 | 6/14/2018 | Commonwealth of Puerto Rico | $16,000.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Rosado Rodriguez, Luis Manuel | 66045 | 6/14/2018 | Commonwealth of Puerto Rico | $16,000.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

000755

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Rosado Rodriguez, Luis Manuel | 119455 | 6/28/2018 | Commonwealth of Puerto Rico | $21,600.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Rosado Rodriguez, Luis Manuel | 119455 | 6/28/2018 | Commonwealth of Puerto Rico | $21,600.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

000145

ESTADO LIBRE ASOCIADO DE PUERTO RICO
ADMINISTRACION DE CORRECCION
COMPLEJO CORRECCIONAL DE PONCE

CERTIFICACION DE EMPLEO

Certifico que LUIS M. ROSADO RODRIGUEZ, Seguro Social _____, fue empleado del Complejo Correccional de Ponce desde el 1ro de noviembre de 1989 hasta el 15 de julio de 1996. Ocupaba una posición de Oficial Correccional I bajo la categoría de empleado Regular. Devengaba un sueldo de $1,131.00 mensuales.

Dada en Ponce, Puerto Rico hoy 27 de noviembre de 1996.

Certifico Correcto,

TERESA TORRES MARTINEZ
Jefe Area de Personal

TTM/mc



# POLICIA DE PUERTO RICO
## NOTIFICACION DE NOMBRAMIENTO Y JURAMENTO

| CIFRA DE CUENTA | | | | | |
|---|---|---|---|---|---|
| Fondo | Agencia | Div. | Sub. Div. | Asig. | Objeto |
| 111 | 40 | 09 | | 75 | 111 |

2. Certificación Núm.

3. Fecha de la Certificación

re del Empleado: RODRIGUEZ    LUIS MANUEL
(Apellido Paterno) (Apellido Materno) (Nombre e Inicial)

a de una mujer casada siga este orden:
pellido paterno seguido de la preposición "de"
pellido del Esposo y (3) Nombre

ión Residencial del Empleado
ANOS DE PROVIDENCIA D 4
ALINAS, P.R.

5. Nombre según aparece en el Seguro Social

6. Sexo  [X] M  [ ] F

7. Número de Seguro Social

9. Superintendencia, Negociado, Oficina, División, Distrito o Precinto
POLICIA DE PUERTO RICO -SUPDCIA. AUX.. EN EDUC. Y ADIESTRAMIENTO

de Clasificación del Puesto    SERIE 24455
TE

11. Número de Clase: 70700

12. Número de Puesto: G 19436

de Nombramiento
Regular [ ]   Probatorio [X]   Transitorio [ ]

En el servicio de: CARRERA DE ACUERDO ART. 5C. LEY 53 DEL 10 DE JUNIO DE 1996
(Indique disposición legal que incluye el puesto en el servicio correspondiente)

14. Sueldo Bruto $ 1,131.00
Diferencial $ ___
Pago Supl. $ ___
Compensación $ ___

a de efectividad del Nombramiento
DE JULIO DE 1996

16. Fecha en que expira el período probatorio o el nombramiento
16 DE JULIO DE 1998

a de la Autoridad Nominadora o su representante autorizado:

_____
RIA GUZMAN VIRELLA
Firma

DIRECTORA, NEGDO. REC. HUMANOS
Título

16 JULIO 1996
Fecha

## JURAMENTO DE FIDELIDAD Y DE TOMA DE POSESION DEL CARGO O EMPLEO

LUIS MANUEL ROSADO RODRIGUEZ _____ de 28
(Nombre del Funcionario o Empleado) (Seguro Social) (Edad)

CADETE _____ y vecino de SALINAS _____ juro solemnemente que mantendré
(Título del Puesto) (Pueblo)

nderé la Constitución de los Estados Unidos y la Constitución y las leyes del Estado Libre Asociado de Puerto Rico contra todo enemigo interior o
or, que prestaré fidelidad y adhesión a las mismas; y que asumo esta obligación libremente y sin reserva mental ni propósito de evadirla, y que
peñaré bien y fielmente los deberes del cargo o empleo que estoy próximo a ejercer. Así me ayude Dios.

JULIO 1996
Fecha

Luis M. Rosado Rodriguez
Firma del Empleado o Funcionario

ación Jurada Núm. 153

Estado Civil: casado

Suscrito y jurado ante mí por DON LUIS MANUEL ROSADO RODRIGUEZ, de las circunstancias personales
(Nombre)
expresadas y a quien doy fe de conocer personalmente o de haber identificado mediante licencia del conducir 1430-30C

SAN JUAN, Puerto Rico, hoy 16 de JULIO de 1996
(Pueblo)

_____
Firma, Sello y Dirección del Notario Público o
del Funcionario Autorizado que tome el Juramento



ESTADO LIBRE ASOCIADO DE
PUERTO RICO
Administración de los Sistemas de Retiro de los
Empleados del Gobierno y la Judicatura

## CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: LUIS ROSADO RODRIGUEZ**   Seguro Social: XXX-XX-3855
PO BOX 766
SALINAS, PR 00751

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | DEPT. DE SEGURIDAD Y PROTECCION PUBLICA |
| Años de Servicio: | -- |
| Balance de Aportaciones: | $60,401.23 |

Esta certificación fue emitida el 15 de mayo de 2018.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2018051537129425

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov

Plaza Retiro, 437 Ave. Ponce de León, San Juan, PR 00917-3711
PO Box 42003, San Juan, PR 00940-2203
Tel: 787-754-4545
www.retiro.pr.gov



RETIRO
ESTADO LIBRE ASOCIADO DE PUERTO RICO

ESTADO LIBRE ASOCIADO DE
PUERTO RICO
Administración de los Sistemas de Retiro de los
Empleados del Gobierno y la Judicatura

# ESTADO DE CUENTA ESTIMADO

15 de mayo de 2018

Agencia: 149 - DEPT. DE SEGURIDAD Y PROTECCION PUBLICA

LUIS ROSADO RODRIGUEZ  
PO BOX 766  
SALINAS, PR 00751

Seguro Social: XXX-XX-3855

A base de la información en nuestros registros, al 15 de mayo de 2018 usted posee:

**Fecha de Nacimiento:**  
**Género:** Masculino  
**Fecha de Ingreso al Servicio Público:** 01 de noviembre de 1989  
**Fecha de Comienzo de Cotización:** 01 de noviembre de 1989

| Ley 447 al 30 de junio de 2013 | |
|---|---|
| Años Acreditados: 22.50 | |
| Aportaciones: | $36,017.72 |
| Intereses: | $9,300.07 |
| Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $45,317.79 |
| SNC Pagado: | $0.00 |
| SNC Tiempo: 0.00 | |
| Beneficio: | $0.00 |

| Ley 3 al | |
|---|---|
| Tiempo Trabajado: 4 | |
| Aportaciones: | $13,965.65 |
| Intereses: | $1,117.79 |
| Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $15,083.44 |
| Beneficio: | $0.00 |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,

Unidad de Estado de Cuenta  
Área de Participantes

Plaza Retiro, 437 Ave. Ponce de León, San Juan, PR 00917-3711  
PO Box 42003, San Juan, PR 00940-2203  
Tel: 787-754-4545  
www.retiro.pr.gov



RETIRO  
ESTADO LIBRE ASOCIADO DE PUERTO RICO