Luis Manuel Rosado Rodríguez
P.O. Box 766
Salinas, P.R. 00751



CERTIFIED MAIL
7019 1640 0002 1434 8154


U.S. POSTAGE PAID
FCM LG ENV
GUAYAMA, PR
00784
FEB 26, 20
AMOUNT
$7.60
R2304E105464-04

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767