Tribunal de Distrito de los Estados Unidos

Asunto de:
Junta de Supervisión y Administración Financiera para Puerto Rico como representante de Estado Libre Asociado de Puerto Rico y Otros Deudores

Promesa título III
Núm. 17 BK 3283-LT
Administrada
La presente radicación guarda relación con el ELA, la ACT. y el SRE

Replica de la centésima quincuagésima séptima objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los empleados del Gobierno del Estado Libre Asociado de Puerto Rico y a varios reclamos deficientes.

Datos de contacto:
Luz E. Chamorro Ostolaza, Urb. El Bosque calle Jobo #1611 Ponce Puerto Rico 00717, teléfono celular 939-441-0747 y la dirección jamsierra5@gmail.com
Número de reclamo: 62556 fecha de presentación 6/22/201
Deudor COMONWLH of Puerto Rico
Monto de la reclamación...7,439;82 por seis años de
Num de caso 62556

Y,

RECEIVED & FILED 2020 FEB 27 PM 5: 34 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN PR

Datos de contacto:
Luz Georgina Chamorro Ostolaza, Urb. El Bosque Calle Jobos #2611 Ponce Puerto Rico 00717 tel:celular: 939-441-0747 y la dirección electrónica: Jamsierra5@gmail.com
Número de reclamo: 62556 fecha de presentación 6/22/2018.
~~Número de reclam~~
— Número de reclamo

Aumento de sueldo por reclamo

Luz Chamorro Ostolaza
Luz G. Chamorro Ostolaza
Febrero 2020