# GOBIERNO DE PUERTO RICO
### Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Luz G. Chamorro Ostolaza**, con número de seguro social que termina en **8937**.

| | |
|---|---|
| Fecha de Efectividad de la Pensión | 27 de noviembre de 2014 |
| Tiempo Cotizado para la Pensión | 25 años, 5 mes, 2 sem., 2.5 día |
| Pensión Mensual Inicial | $1,239.97 |
| Pensión Mensual Actual | $1,239.97 |

Esta certificación se expide hoy, **18 de febrero de 2020** en **San Juan, Puerto Rico**.

Edgardo J. Negrón Ramírez
Supervisor
Área de Servicios de Retiro



235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

787.777.1414   787.764.6910   www.srm.pr.gov

# DEPARTAMENTO DE EDUCACION
Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

**ATT: Ley Promesa**

18 de febrero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | LUZ G. CHAMORRO OSTOLAZA |
| Seguro Social | : | |
| Categoría | : | MA. EDUCACION FISICA (K-12) |
| Distrito Escolar | : | PONCE II_ |
| Sueldo Mensual | : | $2,705.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 26 de noviembre de 2014 |
| Otros | : | Presto servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 25 años, 4 meses, 2 semanas, 2 días. Nuestro sistema de Recursos Humanos refleja que ocupó una plaza desde 08/30/1988. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.



Estado Libre Asociado de Puerto Rico - Sistema de Retiro para Maestros

FRM-70-0001
Rev. 10/2015

## CERTIFICACIÓN DE PENSIÓN CON DEDUCCIONES

CHAMORRO OSTOLAZA, LUZ G
URB EL BOSQUE
2611 CALLE JOBOS
PONCE PR 00717-1629

Certifico que CHAMORRO OSTOLAZA, LUZ G con número de seguro social XXX-XX-8937 es pensionado(a) del Sistema de Retiro para Maestros. Recibe una pensión mensual de $1,239.98, equivalente a $14,879.76 anual. Luego de las deducciones recibe una pensión neta de $672.56, equivalente a $8,070.72 anual. A Continuación se detallan los descuentos mensuales.

| NOMBRE DE LA ENTIDAD | CANTIDAD | | | |
|---|---|---|---|---|
| | Julio de 2016 1er. Quincena | Julio de 2016 2da. Quincena | Agosto de 2016 1er. Quincena | Agosto de 2016 2da. Quincena |
| RM-Prest Pers De Cuota-Ret Mae | 192.50 | 192.50 | 192.50 | 192.50 |
| AE-Asoc Emp ELA-Prest Regular | 21.61 | 21.61 | 21.61 | 21.61 |
| CO-COOP C O E P | 45.00 | 45.00 | 45.00 | 45.00 |
| AS-ASOC E P A | 6.00 | 6.00 | 6.00 | 6.00 |
| GPR Plan de Ahorros | 18.60 | 18.60 | 18.60 | 18.60 |
| **Total de descuentos** | ($283.71) | ($283.71) | ($283.71) | ($283.71) |

Esta certificación se expide hoy 29 de agosto de 2016.



Número de Certificación: SRM04P1602778

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Estado Libre Asociado de Puerto Rico: http://www.pr.gov o en nuestro Portal en http://www.srm.pr.gov

Ave. Arterial, Calle Hostos #235
Edif. Capital Center, Torre Norte
San Juan, Puerto Rico

(787) 777-1414
http://www.srm.pr.gov



Página 1 de 1

**V.GIFT 10-OCT-08**

**Estado Libre Asociado de Puerto Rico**
**Sistema de Retiro para Maestros**

Fecha Radicación: 25-nov-14
Fecha Vencimiento: 24-feb-15

Núm de Caso: 2018 / 3106

## INFORME RENTA ANUAL VITALICIA

**Apellido Paterno, Materno, Nombre e Inicial:** CHAMORRO OSTOLAZA, LUZ G.
**Seguro Social:** —
**Sexo:** ☑ Femenino ☐ Masculino

**Fecha Nacimiento:** 28-jun-1955
**Categoría y Pueblo:** MA. EDUC. FISICA - PONCE

**Dirección Postal:**
URB EL BOSQUE
2611 CALLE JOBOS
PONCE PR 00717-1629

**Tipo de Renta (Pensión):** ☑ Años de Servicio y Edad ☐ Edad ☐ Diferida
☐ Incapacidad Ocupacional ☐ Incapacidad No Ocupacional

| Edad al Retirarse | | | Servicios Acreditados | | | | Costo Anualidad | Renta | |
|---|---|---|---|---|---|---|---|---|---|
| Años | Meses | Días | Años | Meses | Sem | Días | | Mensual | Anual |
| 59 | 5 | 29 | 25 | 5 | 2 | 2½ | $ 61,384.90 | $ 1,239.97 | $ 14,879.64 |

**Fecha de Renuncia:** 26-nov-14 **Último Día de Pago:** 23-oct-14
**Fecha Efectividad Pensión:** 27-nov-14 **Cierre de Nómina:** 26-feb-15
**Fecha Primer Pago Pensión:** 15-Mar-15 **Importe $** 1,239.97
**Pago Global Retroactivo** Desde 27-nov-14 Hasta 28-feb-15 **Importe Total** $ 3,885.23

### DESGLOSE DE DESCUENTOS

| | PAGO GLOBAL | PAGO MENSUAL |
|---|---|---|
| Importe Total (Bruto) | $ 3,885.23 | $ 1,239.97 |
| Menos Descuentos: | | |
| Préstamos: Clave | Descuento | Descuento |
| Personal (PP) 47-000 | 1,559.25 | 385.00 |
| Cultural (PC) 45-000 | - | - |
| Hipotecario (PH) 36-000 | - | - |
| Finanzas 67-059 | | |
| Aport. Individual 9% (Clave 26-001) | | - |
| ASUME | | |
| Otros | | |
| **Importe Neto** | $ 2,325.98 | $ 854.97 |

**Bonos:**
☐ Bono Verano (PBV) $ - ☐ Bono Medicamentos (PBM) $
☐ Bono Navidad (BNP)

handwritten: $192.50 c/p 3/1/2015

Certifico que la información aquí provista es cierta, correcta y completa.
**Nombre del Empleado:** ANNIE RIVERA CANALES **Firma:** [signed] **Fecha:** 12-feb-2015
**Nombre Supervisor:** NORMA I. PEÑA AGOSTO **Firma:** [signed] **Fecha:** 24/feb/2015

### PREINTERVENCIÓN DE DOCUMENTOS | USO DIRECTOR(A) AREA RETIRO

**Verificación de:**
☐ Exactitud
☐ Legalidad
☐ Firmas
☐ Otros

AREA DE BENEFICIOS Y SERVICIOS
DOCUMENTO PREINTERVENIDO
FEB 24 2015
Nombre: [signed]

**Aprobado por:** GRETCHEN I. FERRA TIRADO
Nombre Director(a) o Representante Autorizado
Firma: [signed] Fecha: 2/24/2015

### USO AREA DE PENSIONADOS (Sección Nóminas)

Ingreso a Nómina Mes: Mar ☑ 1ra ☐ 2da
Nombre Empleado: Viviana Warren Firma: [signed] Fecha: 25/2/15

Nómina Pago Global Mes: Mar ☑ 1ra ☐ 2da ☐ Off Cycle ☑ Pay Line
Nombre Empleado: Alice Gomez Firma: [signed] Fecha: 3/03/2015

Nombre Supervisor: Jorge L. Serrano Cruz Firma: [signed] Fecha: 3/3/15

Conservación: Seis años o una intervención de la Oficina del Contralor de Puerto Rico, lo que ocurra primero.

FORM 409 REV.79

Estado Libre Asociado de Puerto Rico
**DEPARTAMENTO DE INSTRUCCION PUBLICA**
División de Personal - Hato Rey, Puerto Rico

INFORME DE CAMBIO - PERSONAL DOCENTE

Pagarle ___ días por vacaciones regulares en julio
Descontarle ___ días por ausencias

| | ANTES DEL CAMBIO | CLAVE | DESPUES DEL CAMBIO | CLAVE |
|---|---|---|---|---|
| 1. Nombre del Empleado | Chamorro Ostolaza - Luz G. | | | |
| 2. Núm. Seg. Social | | | | |
| 3. Sexo | F | | | |
| 4. Prep. Académica | BAE | | | |
| 5. Experiencia | D | | | |
| 6. Status Empleado | Trans. Prov. | | | |
| 7. Sueldo Bruto | $ 520.00 | | | |
| 8. Bonificación | | | | |
| 9. Núm. de la Plaza | 5994 | | | |
| 10. Categoría de la Plaza | Ayudante Maestro Educ. Física | | | |
| 11. Clasificación Puestos Dir. | | | | |
| 12. Fondo | E | | | |
| 13. Cifra Cuenta | 86-111-80-05-02 | | | |
| 14. Fecha de Efectividad | 10 de marzo de 1986 | | | |
| 15. Acción y Duración | Nombramiento resto año | | | |
| 16. Causa del Cese | | | | |
| 17. Ultimo Día Trabajo | | | | |
| 18. Ultimo Día de Pago | | | | |
| 19. Programa Escolar | | | | |
| 20. Turno en Registro | Recomendación | | | |
| 21. Distrito Escolar | Ponce IV | | | |

LICENCIA POR VACACIONES y/o ENFERMEDAD CONCEDIDA

22. Desde
23. Hasta

24. Observaciones (Antes del Cambio)
Tiene turno Edu. Física #74
CONTRATO RECOMNDACION OP-12
499-R4 EVIDENCIA SOL. CERT. CONDUCTA
FOTOCOPIAS TARJETA SEG. SOCIAL
ADJUNTO. JURAMENTO

25. Observaciones (Después del Cambio)
Recomendado según listado ofic. central

26. Firma Empleado en caso de cambio de status probatorio, traslado, resignación permanente o descenso. Fecha

27. Deseo:
☐ Acogerme   ☐ No acogerme

Al descuento del 3% de mi sueldo mensual para el Fondo de Ahorro y Préstamo de la Asociación de Empleados del ELA de P.R. en caso de cambio de status de transitorio elegible a probatorio o a permanente.

Firma del Empleado   Fecha

28. Recomendado _____
Superintendente de Escuelas   Fecha

Superintendente de Escuelas   Fecha

APROBADO POR EL SECRETARIO DE INSTRUCCION PUBLICA

FIRMA   FECHA

Si el nombramiento es transitorio provisional el mismo constituye un certificado provisional por su duración.

## Departamento de Educación
### ESTADO LIBRE ASOCIADO DE PUERTO RICO
#### Secretaria Auxiliar de Recursos Humanos
#### Informe de Cambios

| | Antes del Cambio | Después del Cambio |
|---|---|---|
| 1. Nombre del Empleado | LUZ G, CHAMORRO OSTOLAZA | |
| 2. Número de Seguro Social | | |
| 3. Lugar de Nacimiento | PONCE | |
| 4. Fecha de Nacimiento | 28 de junio de 1955 | |
| 5. Sexo | F | |
| 6. Estado Civil | DIVORCIADO | |
| 7. Preparación Académica | BA 15 | |
| 8. Experiencia | 25.4.2.2.0 | |
| 9. Status del Empleado | PERMANENTE | |
| 10. Sueldo Bruto | $2,705.00 | |
| 11. Número de Puesto | R27571 | |
| 12. Categoría del Puesto | MA. EDUCACION FISICA (K-12) | |
| 13. Fondo | ESTATAL | |
| 14. Cifra de cuenta | E1110-221-0810000-0000-08100-2015-SCHOOLWIDE15 | |
| 15. Fecha de efectividad | 26 de noviembre de 2014 03:00 pm | |
| 16. Acción | RENUNCIA | |
| 17. Duración | | |
| 18. Causa del Cese | JUBILACIÓN | |
| 19. Ultimo día de Trabajo | 23 de octubre de 2014 03:00 pm | |
| 20. Ultimo día de Pago | 23 de octubre de 2014 03:00 pm | |
| 21. Prog Esc, Nivel/Grado | | |
| 24. Distrito Escolar | PONCE | |
| 25. Escuela | JOSEFINA BOYA LEON | |

| 26. Dirección Postal: 2611 CALLE JOBOS URB.EL BOSQUE PONCE PUERTO RICO 007171629 | 26. Teléfono: |
|---|---|

27. Observaciones: SRM Y AEELA. SE ACOGE A LOS BENEFICIOS DE LA LEY NUM 160 DE 24/DIC/2013 AUS.AUT.SIN PAG.ENF. 24 DIAS DEL 24/OCT/2014 8:00 AM AL 26/NOV/2014 3:00 PM P/ GLOBAL VAC. REG 11.1.53 (DESDE 01/DICIEMBRE/2014 08:00 AM - HASTA 16/DICIEMBRE/2014 09:53 AM) Y ENF. 0.0.00 AÑOS DE SERVICIO

| | |
|---|---|
| 28. Preparado por: EFRAIN CORDERO SALINAS | FECHA: 22 de enero de 2015 |
| 29. Verificado por: EFRAIN CORDERO SALINAS | FECHA: 22 de enero de 2015 |
| 30. Aprobado por: DRA. JULIA NAZARIO FUENTES | FECHA: 22 de enero de 2015 |

Secretario de Educación o su representante

RECIBIDO DIVISIÓN DE NÓMINAS JAN 23 2015 SECCION DE CORRESPONDENCIA

ESTADO LIBRE ASOCIADO DE
PUERTO RICO
Sistema de Retiro para Maestros

10 de marzo de 2015

PROF LUZ G CHAMORRO OSTOLAZA
URB EL BOSQUE
2011 CALLE JOBOS
PONCE PR 00717 1629

CASO: 2108

Estimado(a) profesor(a) Chamorro Ostolaza:

Deseamos informarle que su pensión por **Años de Servicio y Edad** ha sido aprobada. Su retiro fue efectivo el **27 de noviembre de 2014** y su renta mensual es de **$1,239.97.** Se depositó en su cuenta el cheque **4912066** por **$2,325.98,** el mismo pertenece al pago retroactivo que cubre desde el **27 de noviembre de 2014 hasta el 28 de febrero de 2015.** Los descuentos efectuados en este pago se reflejan en forma global en su talonario de cheque.

Le informamos que usted puede autorizar al Sistema de Retiro para Maestros a descontar de su pensión, determinada cantidad para pagar compromisos contraídos, tales como; seguro médico de su preferencia u otras deducciones permitidas por ley.

Si usted no se encuentra conforme con la presente determinación podrá radicar dentro del término de 30 días a partir de la notificación de la determinación del Director o su representante, un Escrito de Apelación ante la Junta de Síndicos del SRM. Dicha solicitud puede ser radicada personalmente o enviada por correo.

**Radicaciones**

**Dirección Física:** Secretaria Junta de Síndicos, Piso 8, Capital Center, Torre Norte 235 Ave Arterial Hostos, Hato Rey, PR

**Dirección Postal:** Secretaría Junta de Síndicos, Piso 8, PO Box 191879, Hato Rey PR 00919-1879

En las radicaciones por correo, el matasellos debe mostrar que la misma fue cursada dentro del término establecido. Todos los términos mencionados en los incisos para apelar o solicitar reconsideración son en días naturales. El procedimiento de apelación se rige por el Reglamento 7053 de 15 de noviembre de 2005.

Le informamos que cualquier gestión, comunicación o trámite que efectúe con el Sistema de Retiro para Maestros distinto a los escritos antes mencionados, no interrumpe los términos que usted dispone para ejercer su derecho de apelación.

Cordialmente,

Gretchen I Ferrá Tirado
Principal Oficial Ejecutivo
Área de Beneficios y Servicios

kcm

235 Ave. Arterial Hostos, Edif. Capital Center,
Torre Norte, Hato Rey
PO Box 191879, San Juan, PR 00919-1879
Tel: (787) 777-1414; Fax: (787) 759-2882
www.srm.pr.gov





Estado Libre Asociado de Puerto Rico - Sistema de Retiro para Maestros

FRM-70-0001
Rev. 10/2015

## CERTIFICACIÓN DE PENSIÓN CON DEDUCCIONES

CHAMORRO OSTOLAZA,LUZ G
URB EL BOSQUE
2611 CALLE JOBOS
PONCE PR 00717-1629

Certifico que CHAMORRO OSTOLAZA,LUZ G con número de seguro social XXX-XX-8937 es pensionado(a) del Sistema de Retiro para Maestros. Recibe una pensión mensual de $1,239.98, equivalente a $14,879.76 anual. Luego de las deducciones recibe una pensión neta de $672.56, equivalente a $8,070.72 anual. A Continuación se detallan los descuentos mensuales.

| NOMBRE DE LA ENTIDAD | CANTIDAD | | | |
|---|---|---|---|---|
| | Julio de 2016 1er. Quincena | Julio de 2016 2da. Quincena | Agosto de 2016 1er. Quincena | Agosto de 2016 2da. Quincena |
| RM-Prest Pers De Cuota-Ret Mae | 192.50 | 192.50 | 192.50 | 192.50 |
| AE-Asoc Emp ELA-Prest Regular | 21.61 | 21.61 | 21.61 | 21.61 |
| CO-COOP C O E P | 45.00 | 45.00 | 45.00 | 45.00 |
| AS-ASOC E P A | 6.00 | 6.00 | 6.00 | 6.00 |
| GPR Plan de Ahorros | 18.60 | 18.60 | 18.60 | 18.60 |
| Total de descuentos | ($283.71) | ($283.71) | ($283.71) | ($283.71) |

Esta certificación se expide hoy 29 de agosto de 2016.



Número de Certificación: SRM04P1602778

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Estado Libre Asociado de Puerto Rico: http://www.pr.gov o en nuestro Portal en http://www.srm.pr.gov


Ave. Arterial, Calle Hostos #235
Edif. Capital Center, Torre Norte
San Juan, Puerto Rico


(787) 777-1414
http://www.srm.pr.gov



Página 1 de 1