Luz Georgina Chamorro Cotdaza
Urb. El Bosque Calle Jobos #2611
Ponce, P.R. 00717




CERTIFIED MAIL
7019 2970 0002 2160 6648

U.S. POSTAGE PAID
FCM LG ENV
PONCE, PR
00717
FEB 26, 20
AMOUNT
$7.80
R2303S102886-02

Secretaría (*Clerk's Office*)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767