24 de enero de 2020

RECEIVED & FILED
2020 FEB 27 PM 5:43
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

As representative of

THE COMMONWEALTH OF PUERTO RICO, et al.,

Debtors.

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

**This filing relates to the Commonwealth, HTA, and ERS**

El motivo para unirme a la Objeción Global es, que el gobierno de Puerto Rico utilizo mis aportaciones al Sistema de Retiro sin mediar una autorización o solicitud formal. Ese dinero fue utilizado para el pago a Acreedores del Gobierno de Puerto Rico.

Solicitamos muy respetuosamente a este Tribunal que este dinero sea devuelto.

*Olga M. Llanos Llanos*
OLGA M. LLANOS LLANOS
P.O. Box 5191
Carolina, P.R. 00984
Tel. 787-527-6823

167760
167751

Promesa número III

A quién pueda interesar

Deseo que disculpe por la tordanza de el envío por causa de problema y suerte de una amiga me llamó y me preguntó si yo lo había enviado. Ya que tengo problema de salud.

att.
Olga M. Llanos Llanos

RECEIVED & FILED
2020 FEB 27 PM 5:29
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN