




OSTAGE PAID
$7.75
Origin: 00983
02/26/20
4218900984-15

PRIORITY MAIL 1-DAY

0 Lb 2.60 Oz
1005

EXPECTED DELIVERY DAY: 02/27/20

C018

SHIP TO:
150 AVE CARLOS CHARDON
SAN JUAN PR 00918-1703

USPS TRACKING NUMBER

9505 5128 7252 0057 4047 86

RECEIVED & FILED
2020 FEB 27 PM 5: 29
CLERK'S OFFICE
U.S. DIST.

PRIORITY MAIL
FLAT RATE
POSTAGE REQUIRED

UNITED STATES POSTAL SERVICE

PRIORITY MAIL

VISIT US AT USPS.COM
ORDER FREE SUPPLIES ONLINE

FROM: Olga M. Llans Llans
P.O. Box 5191
Carolina, P.R. 00984

TO: Hon. Laura Taylor Swain Secretaria de distrito de los E.U.(Clerk's Office) Para distrito P.R.
150 Carlos Chardon Street, Federal Building, Sy P.R. 00918-1767

Label 228, March 2016   FOR DOMESTIC AND INTERNATIONAL USE

PR 00918

UNITED POSTAL SERVICE

PRIORITY MAIL

- Date of delivery specified*
- USPS TRACKING™ included to many major international destinations.
- Limited international insurance.
- Pick up available.*
- Order supplies online.*
- When used internationally, a customs declaration label may be required.
* Domestic only

To schedule free Package Pickup, scan the QR code.

PS00001000014

EP14F Oct 2018
OD: 12 1/2 x 9 1/2

USPS.COM/PICKUP