## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>    as representative of<br><br>The Commonwealth of Puerto Rico,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### APPLICATION AND ORDER FOR ADMISSION *PRO HAC VICE*

**TO THE HONORABLE COURT:**

    **COMES NOW**, Jennifer Sharret, applicant herein and respectfully states:

    1.    Applicant is an attorney with the law firm Kramer Levin Naftalis & Frankel LLP, with offices at 1177 Avenue of Americas, New York, NY 10036, telephone no. (212) 715-9100, fax no. (212) 715-8000, and e-mail: jsharret@kramerlevin.com.

    2.    Applicant will sign all pleadings with the name Jennifer Sharret.

    3.    Applicant has been retained personally or as a member of the above-named firm by certain funds managed by Invesco Advisers, Inc., that are successors in interest to funds managed by OppenheimerFunds, Inc., and funds and/or accounts managed or advised by OFI Global

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"); (v) Puerto Rico Electric Power Authority ("**PREPA**") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("**PBA**") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801). (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Institutional Inc. (the "**Invesco Funds**") to provide legal representation in connection with the above-styled matter now pending before the United States District Court, District of Puerto Rico.

4. Since June 16, 2008, applicant has been and presently is a member in good standing of the bar of the State of New York, where applicant regularly practices law. Applicant's New York bar license number is 4611216. Since January 2, 2008, applicant has been and presently is a member in good standing of the bar of the State of New Jersey. Applicant's New Jersey bar license number is 028642007.

5. Applicant has been admitted to practice before the following courts: U.S. District Court, SDNY (2008); U.S. District Court, EDNY (2008); U.S. District Court, DNJ (2009).

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. During the past three years, applicant has not filed for *pro hac vice* admission in the United States District Court of Puerto Rico.

10. Local counsel of record associated with applicant in this matter is: Manuel Fernández Bared of Toro Colón Mullet P.S.C., P.O. Box 195383, San Juan, Puerto Rico 00919-5383, telephone no. (787) 751-8999, fax no. (787) 763-7760, and email: mfb@tcm.law.

11. Applicant has read the Local Rules of this court and will comply with same.

12. Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing *pro hac vice* must comply

with the provisions set forth therein and pay an admission fee of $300.00 per appearance in each new case before the Court. Accordingly, payment of the *pro hac vice* admission fee is being made herewith.

**WHEREFORE**, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

In San Juan, Puerto Rico, this 28th day of February of 2020.

**RESPECTFULLY SUBMITTED.**

/s/ Jennifer Sharret
**JENNIFER SHARRET**

*KRAMER LEVIN NAFTALIS*
*& FRANKEL LLP*
1177 Avenue of the Americas
New York, New York 10036
Tel.: (212) 715-9100
Fax: (212) 715-8000
Email: jsharret@kramerlevin.com

**I HEREBY CERTIFY**, pursuant to Local Rule 83A(f), that I consent to the designation of local counsel of record for all purposes.

In San Juan, Puerto Rico, this 28th day of February of 2020.

**RESPECTFULLY SUBMITTED.**

/s/ Manuel Fernández-Bared
**MANUEL FERNÁNDEZ-BARED**
USDC-PR No. 204,204

*TORO COLÓN MULLET P.S.C.*
P.O. Box 195383
San Juan, Puerto Rico 00919-5383
Tel.:   (787) 751-8999
Fax:   (787) 763-7760
Email: mfb@tcm.law

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 28th day of February, 2020, I electronically filed the forgoing document with the Clerk of Court by using the CM/ECF system, and a copy of the foregoing pleading has been electronically mailed to all attorneys of record.

In San Juan, Puerto Rico, this 28th day of February of 2020.

**RESPECTFULLY SUBMITTED.**

/s/ Manuel Fernández-Bared
**MANUEL FERNÁNDEZ-BARED**
USDC-PR No. 204,204

*TORO COLÓN MULLET P.S.C.*
P.O. Box 195383
San Juan, Puerto Rico 00919-5383
Tel.:  (787) 751-8999
Fax:  (787) 763-7760
Email: mfb@tcm.law

# ORDER

The Court, having considered the above Application for Admission *Pro Hac Vice*, orders that:

☐ the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

☐ the application is denied. The Clerk of Court shall return the admission fee to the applicant.

**SO ORDERED**.

In San Juan, Puerto Rico, this _____ day of _____, 2020.

_____
U.S. District Judge