UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-----------------------------------------------------------x

In re:                                                      PROMESA
                                                            Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of                             No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO                             (Jointly Administered)
et al.,

          Debtors.[1]

-----------------------------------------------------------x

### ORDER GRANTING URGENT MOTION FOR LEAVE TO EXCEED PAGE LIMIT

      The Court has received and reviewed the *Urgent Motion of the Financial Oversight and Management Board for Leave to Exceed Page Limit for Joint Motion of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority for an Order (I) Approving Disclosure Statement, (II) Fixing Voting Record Date, (III) Approving Confirmation Hearing Notice and Confirmation Schedule, (IV) Approving Solicitation Packages and Distribution Procedures, (V) Approving Forms of Ballots and Election Notices, and Voting and Election Procedures, (VI) Approving Notice of Non-Voting Status, (VII) Fixing Voting, Election, and Confirmation Deadlines, and (VIII) Approving Vote Tabulation Procedures* (Docket Entry No. 11818 in Case No. 17-3283, Docket Entry No. 818 in Case No. 17-3566, and Docket Entry No. 39 in Case No. 19-5523, the "Motion").

---

[1]     The Debtors in these Title III cases, along with each Debtor's respective bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17- BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

The Motion is granted to the extent provided herein.  The Debtors[2] may exceed the page limit set forth in the Case Management Procedures by filing a Solicitation Procedures Motion of no more than forty-five (45) pages, exclusive of the cover page, tables of contents and authorities, signature page, exhibits, and the certificate of service.

This Order resolves Docket Entry No. 11818 in Case No. 17-3283, Docket Entry No. 818 in Case No. 17-3566, and Docket Entry No. 39 in Case No. 19-5523.


SO ORDERED.

Dated: February 28, 2020

 /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

---

[2]      Capitalized terms used but not defined herein shall have the meanings given to them in the Motion.