```
                              UNITED STATES DISTRICT COURT
                                 DISTRICT OF PUERTO RICO
------------------------------------------------------------x
In re:                                                        PROMESA
                                                              Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

       as representative of                                   No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO                               (Jointly Administered)
et al.,

                  Debtors.¹
------------------------------------------------------------x
```

ORDER FURTHER AMENDING CASE MANAGEMENT PROCEDURES

Upon the *Notice of Presentment of Proposed Order Further Amending Case Management Procedures*, dated February 19, 2020 (Docket Entry No. 11288 in Case No. 17-3283, the "Notice");² and the Court having found it has subject matter jurisdiction over this matter pursuant to section 306 of PROMESA; and it appearing that venue in this district is proper pursuant to section 307 of PROMESA; and the Court having found that the relief requested in the relief requested is in the best interests of the Debtors, their creditors, and other

---

¹ The Debtors in these Title III cases, along with each Debtor's respective bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17- BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

² Capitalized terms used but not otherwise defined herein have the meanings given to them in the Notice.

parties in interest; and the Court having found that the Debtors provided adequate and appropriate notice under the circumstances and that no other or further notice is required; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

1. The *Eleventh Amended Notice, Case Management and Administrative Procedures* attached hereto as **Exhibit 1** is approved.

2. The notice section is updated.

3. The scheduling section has been revised to eliminate references to omnibus hearings that have already occurred.

4. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, enforcement, or interpretation of this Order.

5. This Order resolves Docket Entry No. 11288 in Case No. 17-3283.

SO ORDERED.

Dated: February 28, 2020

  /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge