## Eighty-Fourth Omnibus Objection
### Exhibit B - Adjourned

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ACEVEDO BETANCOURT, YARIL<br>RESIDENCIAL JARDINES DEL PARAISO EDIF.<br>34 APT. 251<br>SAN JUAN, PR 00926 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 61535 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 2 | ACEVEDO BURGOS, ROSA M.<br>URB. VENUS GARDENS<br>CALLE CAFIRO<br>#1734<br>SAN JUAN, PR 00926 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 72344 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 3 | ACEVEDO HERNANDEZ, MILAGROS<br>E-14 E-U-9 LUQUILLO LOMAS<br>LUQUILLO, PR 00773 | 7/2/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 113698 | $ 6,600.00 |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 4 | ACOSTA DELGADO, MAYLEEN<br>MANS DEL CARIBE 230<br>CALLE AGATA L-19<br>HUMACAO, PR 00791-5224 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 54657 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 5 | ACOSTA LUCIANO, GLORIA M<br>URB LA RAMBLA 1249 CALLE CLARISA<br>PONCE, PR 00730 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 53360 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 6 | ACOSTA PADILLA, LUCIA<br>1708 HIAWATHA DR<br>KISSIMMEE, FL 34746 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 66221 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |

## Eighty-Fourth Omnibus Objection
### Exhibit B - Adjourned

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 7 | ACOSTA SANTIAGO, ZUZETH ENID<br>URB ESTANCIAS YAUCO<br>CALLE GARNET H9<br>YAUCO, PR 00698 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 54794 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | AGOSTO CRUZ , MIGDALIA<br>URB. LOS CAMINOS CALLE ALIUM # G-39<br>SAN LORENZO, PR 00754 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 56588 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 9 | AGOSTO DE ORTIZ, MARIA<br>BO JIMENEZ SECTOR LAS TRES T<br>BUZON 11365<br>RIO GRANDE, PR 00745 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 38744 | $ 4,800.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 10 | AGOSTO VEGA, ANA<br>2202 LUCAYA BEND APT.M -3<br>COCCONUT CREEK<br>MIAMI, FL 33066 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 78258 | $ 4,800.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 11 | ALAMO LOPEZ, SYLVIA I<br>!52 CIUDAD JARDIN 3<br>TOA ALTA, PR 00953 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 92053 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 12 | ALAMO, IRIS REYES<br>PARCELA BUENAS VENTURA CALLE ROSA #113<br>CAROLINA, PR 00986 | 6/27/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 54686 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

## Eighty-Fourth Omnibus Objection
### Exhibit B - Adjourned

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 13 | ALBETORIO DIAZ, MARIA E<br>COOP. JARD. DE SAN IGNACIO<br>APT.1812-1<br>SAN JUAN, PR 00927 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 55356 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 14 | ALEJANDRO MATOS, YARITZA E.<br>PO BOX 924<br>CIDRA, PR 00739 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 86185 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 15 | ALEJANDRO MATOS, YARITZA E.<br>PO BOX 924<br>CIDRA, PR 00739 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 85858 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 16 | ALEJANDRO MATOS, YARITZA E.<br>PO BOX 924<br>CIDRA, PR 00739 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 82368 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 17 | ALICEA CHETRANGOLO, YADIRA E.<br>I-30 CALLE LAS DLAS<br>SANTA ISABEL, PR 00757 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 67832 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 18 | ALICEA CHETRANGOLO, YADIRA E.<br>I-30 CALLE LAS OLAS<br>SAUTA ISABEL, PR 00757 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 99838 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 19 | ALICEA CHETRANGOLO, YADIRA E.<br>I-30 CALLE LAS OLAS<br>SANTA ISABEL, PR 00757 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 107384 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

## Eighty-Fourth Omnibus Objection
### Exhibit B - Adjourned

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 20 | ALICEA CHETRANGOLO, YADIRA E.<br>CALLE LAS OLAS I 30<br>SANTA ISABEL, PR 00757 | 6/27/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 100804 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 21 | ALICEA RODRIGUEZ, IVONNE<br>JADINES DEL CARIBE C-33<br>GG# RUTA 021502341 #CUENTO 3106734908<br>BANCO SANTANDER DE PR<br>PONCE, PR 00728 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 166680 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 22 | ALICEA VEGA, RAMONITA<br>BRISAS DEL CARIBE CALLE 15 #394<br>PONCE, PR 00728 | 6/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 78231 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 23 | ALMODOVAL TIRADO, ZULMA<br>BOX 334422<br>PONCE, PR 00733 | 6/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 51777 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 24 | ALMODOVAN TIRADO, ZULMA<br>BOX 334422<br>PONCE, PR 00733 | 6/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 58432 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 25 | ALMODOVOR TIRADO, ZULMA<br>BOX 33 4422<br>PONCE, PR 00733 | 6/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 77569 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 26 | ALVARAD TORRI, JAIME E.<br>URB. EXT. MARBELL II<br>AGUADELL, PR 00603 | 7/2/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 150841 | $ 20,400.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

## Eighty-Fourth Omnibus Objection
### Exhibit B - Adjourned

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 27 | ALVARADO SANTOS, GLADYS M<br>HC-02 BOX 6197<br>MOROVIS, PR 00687 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 43639 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 28 | ALVARADO SANTOS, GLADYS M<br>HC-02 BOX 6197<br>MOROVIS, PR 00687 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 56681 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 29 | ALVARADO SANTOS, MINERVA<br>HC-02 BOX 6426<br>MOROVIS, PR 00687 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 57375 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 30 | ALVARADO TORRES, CARMEN E<br>PO BOX 2218<br>OROCOVIS, PR 00720 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 71433 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 31 | ALVARADO, JUANA ALVARADO<br>PO BOX 557<br>COAMO, PR 00769-0557 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 53366 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 32 | ALVAREZ RIOS, GLENITA<br>P. O. BOX 141<br>MARICAO, PR 00600 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 131609 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 33 | APONTE MEDINA, MARIA DEL CARMEN<br>29 CALLE 1<br>TOA ALTA, PR 00953 | 6/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 146022 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

\* Indicates claim contains unliquidated and/or undetermined amounts

## Eighty-Fourth Omnibus Objection
### Exhibit B - Adjourned

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 34 | APONTE, ERICK M<br>BOX 276<br>BARRANQUITAS, PR 00794 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 86783 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 35 | ARROYO HERNANDEZ, LESVIA<br>URB. CAMINO REAL  111  CALLE LOS PINOS<br>CAGUAS, PR 00726 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 84492 | $ 30,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 36 | ARZOLA RODRIGUEZ, ANGEL DANIEL<br>BO LLANOS SECTOR PIMIENTO BUZON 7184<br>GUAYANILLA, PR 00656 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 149200 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 37 | AVILES PÉREZ, MARITZA<br>AC 01 2304<br>LOÍZA, PR 00772 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 67384 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 38 | AYALA CIRINO, YAZMIN<br>HC 01 BOX 4077<br>LOIZA, PR 00772 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 100766 | $ 30,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 39 | AYALA RODRIGUEZ, GLADYS M<br>URB LA INMACULADA<br>CALLE 102<br>VEGA ALTA, PR 00692 | 6/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 81115 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 40 | BAEZ ORTIZ, CARLINA<br>VENUS GARDENS<br>CALLE CAPRICORNIO 727<br>SAN JUAN, PR 00926 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 95168 | $ 78,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

\* Indicates claim contains unliquidated and/or undetermined amounts

## Eighty-Fourth Omnibus Objection
### Exhibit B - Adjourned

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 41 | BAEZ ROMAN, MIRIAM<br>BRISAS DE CARRAIZO<br>BOX 33<br>SAN JUAN, PR 00926 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 80502 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 42 | BAJANDA SANCHEZ, CARMEN MILAGROS<br>MARIO BRACHI #12 INTERIOR<br>COAMO, PR 00769 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 145991 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 43 | BALLESTER KUILAN, ELIUD<br>1196 THOMASVILLE CR.<br>LAKELAND, FL 33811 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 72270 | $ 9,300.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 44 | BARLUCEA, REBECA ARBELO<br>PO BOX 8092<br>ARECIBO, PR 00613 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 44104 | $ 10,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 45 | BARREIRA DIAZ, MARIA ESTHER<br>BO. TEJAS APT.337<br>HUMACAO, PR 00791 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 131722 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 46 | BARRETO RAMOS , JOSE R.<br>1427 TUDOR DR.<br>ALLEN, TX 75013 | 6/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 38321 | $ 7,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 47 | BASORA RUIZ, MILAGROS S<br>HC 2 BOX 26812<br>CABO ROJO, PR 00623-9723 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 97758 | $ 20,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

\* Indicates claim contains unliquidated and/or undetermined amounts

## Eighty-Fourth Omnibus Objection
## Exhibit B - Adjourned

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 48 | BENÍTEZ DELGADO, EVELYN<br>HC 1 BOX 6734<br>LAS PIEDRAS, PR 00771-9755 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 70436 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 49 | BENITEZ ORTIZ, LIZ MARY<br>P.O. BOX RIO BLANCO<br>NAGUABO, PR 00745 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 77394 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 50 | BERMUDEZ ROBLES, ANA Y.<br>RR02 BUZON 6368<br>CIDRA, PR 00739 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 66586 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 51 | BERRIOS RODRIGUEZ, MARIA F<br>CHALETS BRISAS DEL MAR<br>CALLE ROMPEOLAS # 82<br>GUAYAMA, PR 00784 | 6/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 38892 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 52 | BOSQUES, EDWIN BARRETO<br>HC 07 BOX 7631<br>SAN SEBASTIAN, PR 00685 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 64385 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 53 | BRUNO PAGAN, SONIA N<br>PO BOX 728<br>VEGA BAJA, PR 00694 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 77922 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 54 | BUJOSA ROSARIO, VILMA ESTHER<br>COND. VERDA DE RIO E242<br>CAROLINA, PR 00987 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 99969 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

## Eighty-Fourth Omnibus Objection
### Exhibit B - Adjourned

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 55 | BURGOS CRUZ, IRMA<br>PO BOX 371<br>JUANA DIAZ, PR 00795 | 6/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 75993 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 56 | BURGOS PANTOJA, EPPIE<br>HC-01 BOX 1919<br>MOROVIS, PR 00687 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 56511 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 57 | BURGOS PANTOJA, EPPIE<br>HAC-01 BOX 1919<br>MOROVIS, PR 00687 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 53272 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 58 | BURGOS PARIS, LEIDA I.<br>CALLE PORTUGAL #435<br>VISTA MAR<br>CAROLINA, PR 00983 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 61709 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 59 | BURGOS VELAZQUEZ, FELICITA<br>200 PARK WEST APT 22<br>BAYAMON, PR 00961 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 93630 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 60 | CABALLER VINAS, GLORIA<br>HC.50 BOX.20900<br>SAN LORENZO, PR 00754 | 6/28/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 71316 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 61 | CABAN HERNANDEZ, HECTOR L.<br>PO BOX 723<br>MOCA, PR 00676 | 7/9/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 107082 | $ 10,800.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

\* Indicates claim contains unliquidated and/or undetermined amounts

## Eighty-Fourth Omnibus Objection
### Exhibit B - Adjourned

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 62 | CABRERA MOLINA, ALEJANDRINO<br>PO BOX 14337<br>ARECIBO, PR 00614 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 72824 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 63 | CABRERA MOLINA, ALEJANDRINO<br>PO BOX 14337<br>ARECIBO, PR 00614 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 76844 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 64 | CALDERON ESCALERA, KEYLA M.<br>CALLE PACHIN MARIN 151 BARRIADA<br>BUENA VISTA LAS MONJAS<br>SAN JUAN, PR 00917 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 63154 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 65 | CALDERON GUTIERRES, LINDA<br>393 MALLE MEXICO ROLLING HILLS<br>CAROLINA, PR 00987 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 49389 | $ 48,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 66 | CALES RAMOS, SANDRA<br>PASEO DEL REY 199 CARR. 8860<br>CAROLINA, PR 00982 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 130347 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 67 | CAMACHO SOTO, EMELINA<br>CARR. 356 KM 1<br>BO. JAQUITAS<br>HORMIGUEROS, PR 00660 | 7/9/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 136357 | $ 6,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 68 | CANALES OSORIO, OLIMPIA<br>VILLAS DÉ MIÑIMIÑI 152 CALLE7<br>LOIZA, PR 00772 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 68999 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

## Eighty-Fourth Omnibus Objection
### Exhibit B - Adjourned

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 69 | CANDELARIO RUIZ, KETTY<br>558 CALLE MADRID MANSIONES DE MONTERREY<br>YAUCO, PR 00698 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 116432 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 70 | CAPO, DIANA MARIA<br>URB LA EXPERIMENTAL<br>CALLE 5 #25<br>SAN JUAN, PR 00929-1401 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 83054 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 71 | CARABALLO PEREZ, JORGE A.<br>BOX 5239<br>YAUCO, PR 00698 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 152926 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 72 | CARABALLO RIVERA, VIRGINIA<br>HC 02 BOX 7242<br>YAUCO, PR 00698 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 45918 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 73 | CARDONA CASTRO, ZAIDA<br>RR 1 BOX 37772<br>SAN SEBASTIÁN, PR 00685 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 58252 | $ 10,200.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 74 | CARDONA CASTRO, ZAIDA<br>RR 1 BOX 37772<br>SAN SEBASTIÁN, PR 00685 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 64421 | $ 3,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 75 | CARDONA JIMENEZ, MARIA DE LOS A<br>APARTADO 385<br>COAMO, PR 00769 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 58316 | $ 14,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

\* Indicates claim contains unliquidated and/or undetermined amounts

## Eighty-Fourth Omnibus Objection
### Exhibit B - Adjourned

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 76 | CARNEN DIAZ RIOS<br>PO BOX 2051<br>SAN JUAN, PR 00928 | 6/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 68533 | $ 14,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 77 | CARRASQUILLO, EMILIO<br>1550 GAY RD APT 432<br>WINTER PARK, FL 32789 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 62434 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 78 | CARRASQUILLO, EMILIO<br>1550 GAY RD APT.432<br>WINTER PARK, FL 32789 | 6/28/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 71902 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 79 | CARRION AGOSTO, MARIA SOCORRO<br>CALLE 517 BLOQUE 184-19 VILLA CAROLINA<br>CAROLINA, PR 00985 | 6/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 74426 | $ 10,800.00* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 80 | CARRION CHEVEREZ, CLARIBEL<br>PO BOX 895<br>MOROVIS, PR 00687 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 58782 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 81 | CARTAGENA RAMOS, HECTOR G<br>CARRETERA 155<br>KM 32.7 INT<br>OROCOVIS, PR 00720 | 6/28/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 161680 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

## Eighty-Fourth Omnibus Objection
### Exhibit B - Adjourned

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 82 | CASAS RIVERA, SILMARYS<br>18 CALLE TAGORE APTO. 1632<br>SAN JUAN, PR 00926-4764 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 81602 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 83 | CASTRO RIVERA, ANGEL L.<br>1365 BRIARCLIFF RD<br>APT 35<br>REYNOLDSBURG, OH 43068 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 92563 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 84 | CASTRO RIVERA, LOURDES<br>COND. VEREDAS DE VENUS<br>PIEDRAS NEGRAS # 5204<br>SAN JUAN, PR 00926 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 136576 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 85 | CATALA DE JESUS, ANTONIO<br>TORRES DE ANDALUCIA TORRE 1<br>APARTAMENTO 202<br>SAN JUAN, PR 00926 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 74357 | $ 20,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | TOTAL | $ 357,700.00* |

* Indicates claim contains unliquidated and/or undetermined amounts