## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**NOTICE OF (A) FURTHER ADJOURNMENT AS TO CLAIMS LISTED IN SCHEDULE B, (B) WITHDRAWAL OF OBJECTION TO CERTAIN CLAIMS, AND (C) SUBMISSION OF AMENDED SCHEDULES FOR THE NINETY-THIRD OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO**

To the Honorable United States District Judge Laura Taylor Swain:

1.      Pursuant to notice, scheduled for hearing on December 11, 2019 (the "December Hearing") were various objections to proofs of claim filed against the Commonwealth of Puerto Rico (the "Commonwealth") and the Employees Retirement System for the Government of the Commonwealth of Puerto Rico ("ERS," and together with the Commonwealth, the "Debtors").

2.      At the December Hearing, the Court heard and granted the *Ninety-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and Employees Retirement*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*System for the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based Upon Unspecified Puerto Rico Statutes* (the "Ninety-Third Omnibus Objection"), solely with respect to claims as to which the claimant had neither filed a response nor submitted a supplemental mailing. Pursuant to notice, the hearing on the Ninety-Third Omnibus Objection as to claimants who had filed a response or submitted a supplemental mailing was adjourned to the March 4, 2020 omnibus hearing ("March Hearing").

3. In order to continue their review of the responses and supplemental mailings submitted by certain claimants, and in particular, to evaluate whether such claimants shall be transferred into the administrative reconciliation process, the Debtors, by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as representative of the Commonwealth, HTA and ERS pursuant to Section 315(b) of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA"),[2] hereby adjourn the hearing on the Ninety-Third Omnibus Objection to the April 22, 2020 omnibus hearing (the "April Hearing"), solely with respect to the claims identified on **Schedule B** hereto.

4. Furthermore, the Debtors, respectfully withdraw, without prejudice, their objection to Proofs of Claim Nos. 59034 and 89324.

5. The Debtors respectfully submit as Attachment 1 hereto a revised proposed order on the Ninety-Third Omnibus Objection, and accompanying amended schedules of claims to be disallowed and claims subject to adjournment.

Dated: February 28, 2020
      San Juan, Puerto Rico

Respectfully submitted,

/s/ *Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205

---

[2] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

2

Carla García Benítez
USDC No. 203708
Daniel J. Perez-Refojos
USDC No. 303909
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Attorneys for the Financial Oversight and Management Board for Puerto Rico, as representative for the Commonwealth, HTA, and ERS*

/s/ *Martin J. Bienenstock*
Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Co-Attorneys for the Financial Oversight and Management Board for the Puerto Rico, as representative for the Commonwealth, HTA, and ERS*

3