**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>   Debtors.[1] | PROMESA<br>Title III<br>No. 17 BK 3283-LTS<br>(Jointly Administered)<br><br>**This filing relates to the<br>Commonwealth, HTA, and<br>ERS.** |

FIRST ORDER GRANTING IN PART THE NINETY-FOURTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS

Upon the *Ninety-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims* (the "Ninety-Fourth Omnibus Objection"),[2] filed by the Commonwealth of Puerto Rico ("Commonwealth"), the Puerto Rico Highways and Transportation Authority ("HTA"), and the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801)(Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Ninety-Fourth Omnibus Objection.

Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"),

dated October 24, 2019, for entry of an order disallowing in their entirety certain claims filed

against the Commonwealth, HTA, or ERS, as more fully set forth in the Ninety-Fourth Omnibus

Objection and supporting exhibits thereto, and upon the *Notice of (A) Adjournment as to Certain*

*Claims and (B) Submission of Amended Schedule for the Ninety-Fourth Omnibus Objection* (the

"Notice of Adjournment"), filed by the Commonwealth, HTA, and ERS on December 6, 2019

[ECF No. 9481], and upon the *Second Notice of (A) Adjournment as to Certain Claims and (B)*

*Submission of Amended Schedule for the Ninety-Fourth Omnibus Objection* (the "Second Notice

of Adjournment") filed by the Commonwealth, HTA, and ERS on January 9, 2020 [ECF No.

9778], and upon the *Third Notice of (A) Adjournment as to Certain Claims and (B) Submission of*

*Amended Schedules for the Ninety-Fourth Omnibus Objection* (the "Third Notice of

Adjournment"), filed by the Commonwealth, HTA, and ERS on January 24, 2020 [ECF No.

10396]; and upon the *Fourth Notice of (A) Adjournment as to Certain Claims, (B) Withdrawal of*

*Objections to Certain Claims and (C) Submission of Amended Schedules for the Ninety-Fourth*

*Omnibus Objection* (the "Fourth Notice of Adjournment"), filed by the Commonwealth, HTA, and

ERS on February 10, 2020 [ECF No. 10807]; and upon the *Notice of (A) Further Adjournment as*

*to Claims Listed in Schedule B, (B) Withdrawal of Objection to Certain Claims, and (C)*

*Submission of Amended Schedules for the Ninety-Fourth Omnibus Objection* (the "Notice of

Adjournment and Withdrawal") [ECF No. ___]; and the Court having jurisdiction to consider the

Ninety-Fourth Omnibus Objection and to grant the relief requested therein pursuant to PROMESA

section 306(a); and venue being proper pursuant to PROMESA section 307(a); and due and proper

notice of the Ninety-Fourth Omnibus Objection having been provided to those parties identified

therein, and no other or further notice being required; and each of the claims identified in Exhibit

2

A hereto (collectively, the "Deficient Claims") having been found to be deficient; and pursuant to

the First, Second and Third Notices of Adjournment, each of the claims identified in Exhibit B

hereto (collectively, the "Adjourned Claims") having been adjourned; and the Court having

determined that the relief sought in the Ninety-Fourth Omnibus Objection is in the best interests

of the Commonwealth, HTA, ERS, their creditors, and all parties in interest; and the Court having

determined that the legal and factual bases set forth in the Ninety-Fourth Omnibus Objection

establish just cause for the relief granted herein; and after due deliberation and sufficient cause

appearing therefor, it is hereby

ORDERED that the Ninety-Fourth Omnibus Objection is GRANTED IN PART as

set forth herein; and it is further

ORDERED that the Deficient Claims are hereby disallowed in their entirety; and it

is further

ORDERED that Prime Clerk, LLC, is authorized and directed to delete the

Deficient Claims from the official claims registry in the Title III Cases; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters

arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.

Dated: _____

_____
Honorable Judge Laura Taylor Swain
United States District Judge

3