UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

    Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER AUTHORIZING PETER C. HEIN TO REGISTER AS A FILING USER OF
THE COURT'S CASE MANAGEMENT/ELECTRONIC CASE FILES (CM/ECF) SYSTEM

        Peter C. Hein's request for permission to register as a filing user of the Court's Case Management/Electronic Case Files (CM/ECF) system, as a pro se party, in these Title III cases and any adversary proceeding to which he may be a party is granted in accordance with section 2 of *Standing Order No. 1* in Miscellaneous Case Number 03-149 (Docket Entry No. 1) and subdivision I.H.1.c of the *2014 CM/ECF Manual* (revised July 2015) for the United States

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

District Court for the District of Puerto Rico. Mr. Hein is directed to contact the Clerk's Office for instructions regarding CM/ECF registration procedures.

       SO ORDERED.

Dated: February 28, 2020

                                               /s/ Laura Taylor Swain
                                           LAURA TAYLOR SWAIN
                                           United States District Judge