**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

     Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

**INFORMATIVE MOTION OF FINANCIAL OVERSIGHT
AND MANAGEMENT BOARD REGARDING
MARCH 4-5, 2020 OMNIBUS HEARING**

To the Honorable United States District Judge Laura Taylor Swain:

Pursuant to the Court's *Order Regarding Procedures for Attendance, Participation and Observation of March 4-5, 2020 Omnibus Hearing* [ECF No. 11729], the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the representative of The Commonwealth of Puerto Rico (the "Commonwealth") pursuant to § 315(b) of the Puerto Rico Oversight, Management, and Economic Stability Act, codified at 48 U.S.C. §§ 2101–2241 ("PROMESA"), respectfully states as follows:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1.    The Oversight Board will be in attendance in Puerto Rico, and New York to present oral argument on any relevant matters at the Omnibus Hearing starting on **March 4-5, 2020 at 9:30 a.m. (AST)**.

2.    Martin J. Bienenstock will be in attendance in Puerto Rico to represent the Oversight Board on (i) he arguments concerning the *Amended Mediation Report* [Case No. 17-3283, ECF No. 9639], (ii) the *Joint Motion of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority for an Order (I) Scheduling a Hearing to Consider the Adequacy of Information Contained in the Disclosure Statement, (II) Establishing the Deadline for Filing Spanish Translation of the Disclosure Statement, (III) Establishing the Deadline for Filing Objections to the Disclosure Statement and Replies Thereto, and (IV) Granting Related Relief* [Case No. 17-3283, ECF No. 10808], (iii) the *Motion of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico for an Order (A) Establishing Pre-Solicitation Procedures for Certain Holders of Retirement Benefit Claims, (B) Establishing Procedures and Deadlines for Submission of Information Necessary for Solicitation of Acceptance or Rejection of Plan of Adjustment by such Claimants, and (C) Approving Form and Manner of Notice Thereof* [Case No. 17-3283, ECF No. 10839, Case No. 17-3566, ECF No. 810], (iv) the status reports requested by the Court, (v) any matters related to claims reconciliation, (vi) any matters related to fee applications; and (vii) any other matters scheduled to be heard.

3.    Brian S. Rosen will be in attendance will be in attendance in Puerto Rico to represent the Oversight Board on (i) the arguments concerning the *Amended Mediation Report* [Case No. 17-3283, ECF No. 9639], (ii) the *Joint Motion of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority for an Order (I) Scheduling a Hearing to Consider the Adequacy of Information Contained in the Disclosure Statement, (II) Establishing the Deadline for Filing Spanish Translation of the Disclosure Statement, (III) Establishing the Deadline for Filing Objections to the Disclosure Statement and Replies Thereto, and (IV) Granting Related Relief* [Case No. 17-3283, ECF No. 10808], (iii) the *Motion of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico for an Order (A) Establishing Pre-Solicitation Procedures for Certain Holders of Retirement Benefit Claims, (B) Establishing Procedures and Deadlines for Submission of Information Necessary for Solicitation of Acceptance or Rejection of Plan of Adjustment by such Claimants, and (C) Approving Form and Manner of Notice Thereof* [Case No. 17-3283, ECF No. 10839, Case No. 17-3566, ECF No. 810], (iv) the status reports requested by the Court, (v) any matters related to claims reconciliation, and (vi) any other matters scheduled to be heard.

4.   Ehud Barak will be in attendance in Puerto Rico to represent the Oversight Board on (i) *Cobra Acquisition LLC's Omnibus Objection to Fee Applications Filed by Professionals and Request to Increase Holdback Amount* [Case No. 17-3283, ECF No. 9419, Case No. 17-4780, ECF No. 1799]; (ii) the *Supplement to Omnibus Objection to Fee Applications filed by Professionals and Request to Increase Holdbacks Amount* [Case No. 17-3283, ECF No. 9752, Case No. 17-4780, ECF No. 1860], and (iii) any other matters scheduled to be heard.

5.   Michael A. Firestein will be in attendance in Puerto Rico to represent the Oversight Board on (i) the arguments concerning the *Amended Mediation Report* [Case No. 17-3283, ECF No. 9639], (ii) the *DRA Parties' Motion and Memorandum of Law in Support of their (I) Notice that the DRA is a Party in Interest and Can Participate in the Monolines' Amended Lift Stay Litigation and Request to Modify the Amended Revenue Bond Scheduling Order or, (II) in the Alternative, Motion to Permit the DRA Parties to Intervene in the Monolines' Amended Lift Stay Litigation* [Case No. 17-3283, ECF No. 10835, Case No. 17-3567, ECF No. 685], (iii) the *DRA Parties' Motion and Memorandum of Law in Support of their Motion to Intervene in the Revenue Bond Adversary Proceedings with Respect to the Clawback Complaint* [Adv. Case No. 20-005, ECF No. 11], (iv) the *DRA Parties' Motion and Memorandum of Law in Support of their Motion to Intervene in HTA Revenue Bond Adversary Proceeding with Respect to the Lien Stripping Complaint* [Adv. Case No. 20-007, ECF No. 14], (v) *The Official Committee of Unsecured Creditors' Motion for Intervention Under Bankruptcy Rule 7024 and Relief from Certain Briefing Limitations* [Adv. Case No. 20-003, ECF No. 9, Adv. Case No. 20-004, ECF No. 11, Adv. Case No. 20-005, ECF No. 9, Adv. Case No. 20-007, ECF No. 15], and (vi) any other matters scheduled to be heard.

6.   Lary A. Rappaport will be in attendance in Puerto Rico to represent the Oversight Board on (i) PREPA's *Motion for Remand* [Adv. Case No. 19-453, ECF No. 8] and any matters related thereto, and (ii) any other matters scheduled to be heard.

7.   Michael T. Mervis will be in attendance in Puerto Rico to represent the Oversight Board on (i) the *Urgent Motion of Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, Financial Guaranty Insurance Company, and National Public Finance Guarantee Corporation, as Holders and Insurers of HTA Bonds, to Compel Production of Documents Concerning Preliminary Hearing of Lift-Stay Motion* [Case No. 17-3283, ECF No. 11686, Case No. 17-3567, ECF No. 704], (ii) the *Urgent Motion of Ambac Assurance Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and Financial Guaranty Insurance Company to Compel Production of Documents Relating to the Preliminary Hearing on the CCDA and PRIFA Lift-Stay Motions* [Case No. 17-3283, ECF No. 11687]; and (iii) any other matters scheduled to be heard.

3

8.      <u>Hadassa R. Waxman</u> will be in attendance in Puerto Rico to represent the Oversight Board on (i) the *Financial Oversight and Management Board's Motion for Summary Judgement Pursuant to Bankruptcy Rule 7056* [Adv. Case No. 19-393, ECF No. 77], and (ii) any other matters scheduled to be heard.

9.      <u>Laura Stafford</u> will be in attendance in Puerto Rico to represent the Oversight Board on (i) any matters related to claims objections, and (ii) any other matters scheduled to be heard.

10.     <u>Party for which counsel will appear</u>:  The Oversight Board.


*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

Dated: February 28, 2020
     New York, NY

Respectfully submitted,

*/s/ Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
Carla García Benítez
USDC No. 203708
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel:  (787) 764-8181
Fax:  (787) 753-8944
Email: hermann.bauer@oneillborges.com

Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen  (*pro hac vice*)
Paul V. Possinger (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel:  (212) 969-3000
Fax:  (212) 969-2900
Email: mbienenstock@proskauer.com
Email: brosen@proskauer.com
Email: ppossinger@proskauer.com

*Attorneys for The Financial Oversight and
Management Board for Puerto Rico, as
representative of The Commonwealth of Puerto
Rico*