UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*.,<br><br>　　　　　　　　　　　Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**NOTICE OF ADJOURNMENT AS TO CERTAIN CLAIMS
SUBJECT TO OMNIBUS OBJECTIONS (NON-SUBSTANTIVE) OF THE
COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF
THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO**

To the Honorable United States District Judge Laura Taylor Swain:

　　1.　　Scheduled for hearing on March 4, 2020 are various objections to proofs of claim filed against the Commonwealth of Puerto Rico (the "Commonwealth"), Puerto Rico Highways and Transportation Authority ("HTA"), and the Employees Retirement System for the Government of the Commonwealth of Puerto Rico ("ERS," and together with HTA and the Commonwealth, the "Debtors").

　　2.　　Since the filing of the objections scheduled for hearing, numerous responses have

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

been filed by claimants subject thereto. In addition, the debtors have received additional supplemental mailings from claimants subject thereto. In order to review these responses, and in particular, to evaluate whether such claimants shall be transferred into the administrative reconciliation process, the Debtors hereby adjourn the hearings on the objections listed below to the April 22, 2020 omnibus hearing (the "April Hearing"), solely with respect to the additional claims listed below. Accordingly, the claims with respect to which the Debtors have adjourned to the April Hearing are as follows:

a. *One Hundred Twenty-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 9892]: Proofs of Claim Nos. 145207 [ECF No. 11763 and No. 11690], 136571 [ECF No. 11768], 130182 [ECF No. 11640], 162926 [ECF No. 11796], 161385 [ECF No. 11673], 129092, 144158, 119749, 129060, 143777, 114998, 115472, 163388, 163417, 162221, 150487, 146066, 143926, 119380, 113634, 116511, 146183, 157656, 123778, 151934, 140164, 161208, 147941, 161408, 153434, 117034, 157750, 136190, 134155, 127073, 122780, 149269, 147316, 160549, 127155, 151996, 134656, 138057, 144821, 157592, 150363, 150814, 163411, 122691, 157342, 144636, 125461, 130562, 112068, and 145315.

b. *One Hundred Twenty-Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 9894]: Proofs of Claim Nos. 126443 [ECF No. 11625], 126453 [ECF No. 11624], 118040 [ECF No. 11674], 123875 [ECF No. 11643 and No. 11641], 120491 [ECF No. 11621], 162661 [ECF No. 11707], 150077, 146993, 118744, 114423, 119110, 156522, 140722, 117969, 147623, 145062, 146328, 146938, 160309, 132192, 160183, 122589, 162118, 164421, 116217, 124012, 132851, 135475, 148438, 120422, 114565, 152445, 122868, 163313, 142699, 157163, 154484, 141755, 128222, 157250, 128714, 159264, 126848, 144967, 134102, 117217, and 111654.

c. *One Hundred Twenty-Sixth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 9895]: Proofs of Claim Nos. 144912 [ECF No. 11696], 146109 [ECF No. 11646], 146799, 143460 [ECF No. 11671], 164610, 111893, 150354, 144707, 114939, 158032, 115664, 121058, 152138, 119987, 122729, 150723, 113329, 146626, 124175, 124415, 138061, 112180,

    149139, 159859, 158736, 112847, 160911, 133491, 160405, 141099, 152932, 111788, 117998, 138207, 132177, 131603, 158025, 117825, 158132, 138591, 144608, 141605, 146906, 159755, 131537, 158410, 149681, 144700, 133447, 118190, 163808, 122897, 128088, 126113, 129078, 143327, 126902, 154558, 142831, 120466, 130151, 135988, 152158, 123846, 149324, 127562, and 162739.

d. *One Hundred Twenty-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 9897]: Proofs of Claim Nos. 142673 [ECF No. 11766], 121021 [ECF No. 11757 and No. 11760], 128524 [ECF No. 11792], 125687, 152170, 134978, 151379, 148767, 150280, 138054, 132636, 116131, 158155, 125524, 162086, 115332, 136247, 138692, 139399, 164399, 143005, 119160, 161103, 127179, 153323, 154613, 148927, 119147, 136348, 129472, 154274, 111760, 126652, 152568, 145214, 148418, 152403, 128928, 150737, 133705, 133854, 153505, 132853, 136094, 159325, 140185, 142998, 156987, 116949, 124018, 116152, 127070, and 148226.

e. *One Hundred Twenty-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 9900]: Proofs of Claim Nos. 134892 [ECF No. 11677], 131738 [ECF No. 11676], 115203 [ECF No. 10927], 120093 [ECF No. 11630], 124714, 115008 [ECF No. 11631], 161121 [ECF No. 11631], 140508 [ECF No. 11627], 153411 [ECF No. 11648], 154326, 140469, 127312, 137726, 137180, 123937, 122505, 134945, 141121, 139270, 123857, 127040, 163390, 146038, 129776, 125336, 153978, 123813, 152094, 122813, 164091, 122091, 142707, 114866, 134322, 144042, 127684, and 123595.

f. *One Hundred Twenty-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 9901]: Proofs of Claim Nos. 160522 [ECF No. 11632], 160568, 141923 [ECF No. 11692], 142667, 139875, 160345, 148900, 119887, 128861, 132286, 149668, 158929, 132065, 111955, 161316, 152489, 159174, 129514, 131894, 146452, 116007, 135800, 121716, 116686, 142982, 116000, 140948, 158174, 147596, 133553, 147014, 156215, 154249, 157684, 164205, 163767, 126463, 124271, 160452, 157381, and 160613.

g. *One Hundred Thirtieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 9903]: Proofs of Claim Nos. 135721, 161934 [ECF No. 11659], 143773, 131095, 125627, 134442, 158863, 121226, 161432, 155319, 145059, 159318, 140482, 133141, 111695, 145816, 115845, 129056, 160933, 158102, 124734, 163141, 126660, 158283, 139097, 164453,

126812, 111885, 153758, 120339, 131343, 123134, 127875, 162531, 141649, 129116, 141443, 126786, 118272, 140139, 129128, 152505, 154722, 124972, 120833, 148217, 158802, 163950, 119715, 141695, 122170, 133044, 114825, 139667, 128588, 128040, 145576, 142054, 157886, and 115354.

h. *One Hundred Thirty-First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 9905]: Proofs of Claim Nos. 117337, 158946, 142157, 156988, 141665, 147909, 134987, 128731, 159338, 162922, 128255, 159024, 123870, 123630, 119637, 124198, 129825, 146864, 135920, 126348, 132930, 135033, 116871, 126276, 151963, 157083, 144313, 147085, 113722, 136969, 128465, 119635, 154515, 164019, 118799, 113630, 114104, 140060, 144576, 160313, 132138, 129051, 150516, 150927, 130430, 126859, 121560, 133879, and 113701.

i. *One Hundred Thirty-Second Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 9906]: Proofs of Claim Nos. 123744 [ECF No. 11714], 163041 [ECF No. 11714], 112803 [ECF No. 11675], 164513, 147897, 114819, 134834, 162255, 142095, 142535, 128852, 141510, 152837, 133975, 140260, 155648, 163973, 128242, 163477, 116230, 163283, 111895, 119681, 150606, 132345, 138510, 123913, 111924, 140930, 118905, 151370, 151969, 155003, 158784, 152561, 113119, 136784, 156535, 147343, 123406, 142972, 135351, and 133654.

j. *One Hundred Thirty-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 9907]: Proofs of Claim Nos. 144496, 155445, 119654, 156237, 160361, 126121, 124398, 139429, 127757, 160423, 118838, 137854, 138389, 149623, 127807, 142656, 148684, 136346, 152052, 159566, 164493, 121158, 153672, 158075, 138800, 117497, 114200, 151272, 115919, 153436, 142839, 143631, 152381, 120580, and 151560.

k. *One Hundred Thirty-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 9908]: Proofs of Claim Nos. 113439, 158711, 117771, 116041, 159420, 114603, 135148, 112987, 131399, 140363, 148489, 114686, 163904, 139577, 114390, 142440, 154347, 140018, 160589, 140752, 160193, 159465, 146751, 112124, 139853, 152302, 148794, 161273, 132280, 139601, 147285, 154314, 140896, 139690, 146073, 150453, 115398, 118981, 156268, 142255, 156629, 144143, 159394, 153454, 118215, 123501, and 158909.

l. *One Hundred Thirty-Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 9911]: Proofs of Claim Nos. 116215 [ECF No. 11701], 138221 [ECF No. 11123], 121674 [ECF No. 11634], 123154 [ECF No. 11635], 145266 [ECF No. 11691 and No. 11763], 136780 [ECF No. 11768], 136788 [ECF No. 11768], 160498 [ECF No. 11642], 126640 [ECF No. 11649], 150012 [ECF No. 11649], 145280, 151910, 148612, 120559, 114134, 116810, 121367, 120438, 124208, 114503, 149564, 151984, 148931, 149042, 149654, 150943, 151849, 157570, 140773, 155996, 113632, 145489, 123122, 139727, 146326, 117172, 135767, 138651, 116850, 131169, 135260, 136477, 135116, and 129474.

m. *One Hundred Thirty-Sixth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 9912]: Proofs of Claim Nos. 148039 [ECF No. 11761], 131327 [ECF No. 10522], 138837, 166455 [ECF No. 11797], 152966 [ECF No. 11665], 123408 [ECF No. 11652], 124868 [ECF No. 11652], 118819, 134735, 150170, 136764, 151226, 158706, 145424, 163873, 125652, 136648, 147211, 113643, 143897, 163492, 163531, 112529, 135877, 144764, 136309, 126695, 117992, 159320, 159690, 141504, 140091, 157628, 132042, 161270, 162041, 116528, 120844, 164301, 132590, and 156026.

n. *One Hundred Thirty-Seventh Omnibus* Objection *(Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 9915]: Proofs of Claim Nos. 161089 [ECF No. 11707], 143049, 113546, 120655, 132897, 163579, 123207, 155667, 144350, 138213, 126232, 112890, 167087, 162773, 141726, 151915, 162898, 126656, 155143, 138253, 124348, 140690, 146439, 136554, 167928, 117336, 118319, 122561, 116610, 135366, 132188, 130379, 164148, 167674, 142758, 128302, 122145, 136986, 119812, 113937, 115364, 137197, 132461, 131790, 129286, 157261, 117704, 125755, 156878, 139989, 132104, 128135, 157263, 122056, 150414, 150183, 136849, 139347, and 118219.

o. *One Hundred Thirty-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 9917]: Proofs of Claim Nos. 126343 [ECF No. 11671], 132847 [ECF No. 11413], 146689 [ECF No. 11671], 119025, 150217, 121337, 112417, 124626, 142910, 162427, 140319, 114505, 142195, 141533, 129498, 138111, 139044, 131387, 139784, 119909, 135859, 140471, 167212, 160426, 146455, 141155, 162836, 112288, 124068, 123545, 134104, 121652, 138764, 164029, 139468, 150604, 135725, 139307, 145127, 115204,

144367, 159779, 160943, 121238, 126728, 165184, 147498, 130413, 164057, 129292, 139554, 138992, 161022, and 113821.

p. *One Hundred Thirty-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 9921]: Proofs of Claim Nos. 164265 [ECF No. 11766], 121847 [ECF No. 11766], 122279 [ECF No. 11766], 125789 [ECF No. 11738], 112519 [ECF No. 11758], 147726 [ECF No. 11700], 159985 [ECF No. 11658], 161503, 141516, 131396, 115952, 152330, 135379, 146274, 129135, 130842, 158778, 114529, 165319, 161012, 124604, 148267, 147866, 150243, 152189, 115451, 132850, 166108, 133575, 140546, 155797, 158651, 127640, 139143, 152903, 142521, 154318, 150372, 139230, 143919, 118798, 156485, 154312, and 130378.

q. *One Hundred Fortieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 9933]: Proofs of Claim Nos. 149843 [ECF No. 11713], 127631 [ECF No. 11717], 147087 [ECF No. 11717], 163465 [ECF No. 11767], 164359 [ECF No. 11638], 135996 [ECF No. 11799], 117175 [ECF No. 11630], 120076 [ECF No. 11630], 156161 [ECF No. 11645], 156006 [ECF No. 11645], 125564 [ECF No. 11629], 126880 [ECF No. 11629], 137962 [ECF No. 11629], 155940, 138164, 123132, 152288, 141920, 160963, 142244, 161090, 116773, 167051, 134972, 128532, 136054, 145279, 135193, 135952, 143641, 117257, 122926, 147712, 120204, 126748, 140939, 116086, 123281, 151265, 145442, 140699, 162587, 155142, 142919, 114817, 112379, 120501, 120850, 151377, 145355, 127989, 139775, 119193, 145365, 127475, 138471, 114217, 139746, 149293, 156365, 145487, 145970, 133366, 153227, 155153, 163362, 123216, 128393, 136426, 138813, 150478, and 122101.

r. *One Hundred Forty-First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 9934]: Proofs of Claim Nos. 152569 [ECF No. 11408], 145332, 160238, 152940 [ECF No. 11702], 162790, 145855 [ECF No. 11647], 156230 [ECF No. 11647], 166625, 117048, 124266, 125983, 159487, 141694, 128029, 143214, 120753, 124217, 130999, 136724, 132532, 134623, 161843, 125419, 142423, 164935, 115072, 139789, 145295, 144893, 143479, 164518, 125852, 125915, 143996, 120242, 153901, 162928, 129656, 152150, 125139, 142956, 136189, 148033, 138106, 116695, 160952, 132523, 167146, 139780, 147827, and 152266.

s. *One Hundred Forty-Second Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the*

6

*Commonwealth of Puerto Rico* [ECF No. 9935]: Proofs of Claim Nos. 131546 [ECF No. 11410], 142130, 119400 [ECF No. 11699], 128083, 144785, 140186, 163475, 145450, 152021, 157340, 166899, 131341, 164576, 167062, 136157, 127642, 113040, 144056, 141116, 164187, 153256, 121252, 157789, 149856, 161423, 126242, 117739, 156188, 145588, 125538, 147121, 139480, 150027, 123086, 143130, 167320, 166044, 116049, 113599, 134011, 115023, 146413, 154773, 155232, 130170, 153987, 119996, 126716, 116064, 133870, 120114, 142082, 154937, 145484, 120807, and 133462.

t.  *One Hundred Forty-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 9936]: Proofs of Claim Nos. 146182 [ECF No. 11636], 148428, 148092, 146044, 149054 [ECF No. 11668], 139247, 120326, 159332, 143334, 116535, 131761, 118205, 126673, 120359, 163883, 142273, 136411, 142153, 114180, 164082, 146903, 113145, 132096, 150331, 145662, 147493, 133265, 161938, 116805, 142486, 146571, 135684, 143579, 143956, 141683, 143874, 161834, 155731, 117597, 135208, 145273, 131727, 161760, 139031, and 132769.

u.  *One Hundred Forty-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 9937]: Proofs of Claim Nos. 144647 [ECF No. 11689], 134904 [ECF No. 11622], 142119 [ECF No. 11650], 126687, 121039, 114667, 160105, 118182, 154789, 142209, 161048, 149310, 120696, 122048, 163920, 162713, 153161, 138872, 164903, 136521, 117125, 113694, 149125, 115316, 133431, 162571, 150852, 155763, 118809, 135588, 140923, 112631, 130029, 116778, 149218, 150983, 112713, 151546, 121453, 116216, 143941, 145045, 134074, 158589, 132081, and 114168.

v.  *One Hundred Forty-Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 9938]: Proofs of Claim Nos. 151777, 154387, 138076, 138422, 156631, 145409, 163607, 163642, 128722, 136697, 131350, 131907, 112827, 114093, 130549, 113137, 147221, 117578, 118320, 163380, 163765, 130257, 123343, 116862, 123043, 156872, 145539, 117044, 156042, 111674, 150634, 132242, 140196, 162294, 139763, 126616, 159239, 127262, 157575, 131096, 132227, 156886, 124052, 149056, 145836, and 140615.

w.  *One Hundred Forty-Sixth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 9939]: Proofs of Claim Nos. 146026

7

[ECF No. 11249], 123656 [ECF No. 11714], 123763 [ECF No. 11714], 126043 [ECF No. 11714], 146016, 145254, 131191, 167350, 125220, 135256, 147595, 117308, 134177, 155281, 131167, 160424, 133637, 150326, 149082, 157206, 151157, 161836, 123530, 143989, 116470, 139933, 145847, 133125, 147606, 118184, 144230, 119366, 137069, 151819, 133795, and 149333.

x. *One Hundred Forty-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 9940]: Proofs of Claim Nos. 130510, 159603, 137013, 151258, 150764, 120074, 131525, 151113, 123107, 123878, 116841, 147038, 154359, 151300, 153245, 117053, 116172, 132049, 145368, 123700, 114475, 118645, 117995, 164075, 158359, 149325, 144378, 133120, 133364, 138938, 141936, and 163169.

y. *One Hundred Forty-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 9941]: Proofs of Claim Nos. 125243 [ECF No. 11739], 161216 [ECF No. 11739], 140793, 165203 [ECF No. 11688], 161368, 118962, 150144, 117896, 138473, 140204, 158139, 121113, 145331, 148586, 141553, 150172, 153297, 146731, 143576, 149271, 156645, 149150, 124316, 148050, 125060, 162138, 138573, 148849, 118042, 117351, 159018, 157741, 134959, 147437, 154564, 128143, 126990, and 159223.

z. *One Hundred Forty-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 9942]: Proofs of Claim Nos. 166526 [ECF No. 11142], 155132 [ECF No. 11679], 122028, 119046, 133407, 139564, 146852, 140338, 152257, 136570, 163623, 139576, 166741, 112586, 148221, 134455, 154207, 128381, 142214, 146255, 114215, 155312, 153861, 129232, 159862, 157516, 154443, 153086, 156816, 144385, 120432, 160368, 159283, 157878, 136640, 125436, 123921, 150477, 147141, 138029, 157072, 148719, 116747, 138780, 142554, 152194, 121251, 163555, 127019, 146243, 130276, 154409, 157683, 164979, 155344, 142826, 120434, 119454, 130108, 164919, 112019, 161642, 140494, and 125063.

aa. *One Hundred Fiftieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 9943]: Proofs of Claim Nos. 115994 [ECF No. 11639], 125213, 147425, 136187, 154206, 149746, 158217, 148487, 150136, 140651, 112953, 151357, 160571, 115821, 156597, 114177, 161641, 118984, 150747, 145872, 148068, 115727, 143682, 137867, 155241, 146491, 150532, 165199, 163346, 154252, 148413, 152235, 161652, 115826, 145392,

    166633, 145700, 138847, 165843, 117920, 159605, 125588, 134516, 125577, 141561, 166711, 149682, 157681, 140222, and 139251.

bb. *One Hundred Fifty-Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 9944]: Proofs of Claim Nos. 86437 [ECF No. 11737], 86375 [ECF No. 11719], 89103 [ECF No. 11623], 101887 [ECF No. 11798], 102021 [ECF No. 11665], 106193, 96379, 93138, 95826, 95913, 99718, 131359, 86329, 96520, 165915, 83142, 114464, 109474, 91245, 165667, 84129, 88702, 98648, 165417, 89119, 46774, 169362, 111484, 90113, 103194, 84723, 90058, 166734, 165865, 169806, 166618, 95029, 103599, and 83875.

cc. *One Hundred Fifty-Sixth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 9945]: Proofs of Claim Nos. 90888 [ECF No. 11661], 103256 [ECF No. 11694], 165616, 166733, 103507, 124942, 97600, 97038, 106367, 107866, 91628, 167204, 110024, 109060, 33903, 92525, 91068, 166536, 101844, 121098, 88023, 109399, 100517, 105619, 102559, 96704, 85573, 98019, 84949, 83107, 94683, 164678, 96213, 83182, and 98247.

dd. *One Hundred Fifty-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 9946]: Proofs of Claim Nos. 168039 [ECF No. 11070], 104985, 101477, 110033, 166854, 23731, 169837, 95034, 141408, 116254, 166106, 89534, 84276, 106413, 100134, 90168, 155286, 83738, 148044, 110639, 104197, 169178, 166105, 155217, 102420, 92268, 155992, 84823, 90635, 169099, 96254, 97791, 168232, 146284, 164871, 166249, 104045, 165395, 108059, 91727, 167812, 108373, and 109647.

3. Furthermore, Debtors respectfully withdraw, without prejudice, their objections, solely with respect to the following claims:

a. *One Hundred Thirty-Sixth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 9912]: Proof of Claim No. 166829.

Dated: February 28, 2020                                    Respectfully submitted,
      San Juan, Puerto Rico

/s/ *Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
Carla García Benítez
USDC No. 203708
Daniel J. Perez-Refojos
USDC No. 303909
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Attorneys for the Financial Oversight and Management Board for Puerto Rico, as representative for the Commonwealth, HTA, and ERS*

/s/ *Martin J. Bienenstock*
Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Co-Attorneys for the Financial Oversight and Management Board for the Puerto Rico, as representative for the Commonwealth, HTA, and ERS*