# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>Jointly Administered |

## INFORMATIVE MOTION REGARDING
## APPEARANCE AT THE MARCH 4-5, 2020 HEARING

To the Honorable United States District Court Judge Laura Taylor Swain:

The Adversary Defendants,[2] consisting of defendants named in the adversary proceeding

number 19-00280-LTS (the "Underwriter Litigation"), hereby submit this Informative Motion in

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority (Bankruptcy Case No. 19-05523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]    The Adversary Defendants consist of the following entities: Barclays Capital Inc.; BMO Capital Markets, Citigroup Inc.,  GKST Inc.; Goldman Sachs & Co. LLC; Jefferies LLC; J.P. Morgan Securities LLC; Merrill Lynch, Pierce, Fenner & Smith Inc. (successor to Banc of America Securities LLC) and Merrill Lynch Capital Services, Inc.; Mesirow  Financial, Inc.; Morgan Stanley & Co LLC; RBC Capital Markets, LLC; Samuel A. Ramirez & Co., Inc.; Scotiabank de Puerto Rico; Santander Securities LLC and UBS Financial Services Inc. of Puerto Rico.  The Complaint misidentifies various legal entities and incorrectly names as defendants other parties that were not involved in the underwritings or other matters implicated in the Complaint – including but not limited to BMO Capital Markets, Jefferies Group LLC, JPMorgan Chase & Co., BofA Securities and Scotia MSD. The incorrectly named parties, as well as the Adversary Defendants joining this Motion, reserve all rights and defenses relating to Plaintiffs' incorrect identifications in the Complaint, including but not limited to defenses based upon lack of personal jurisdiction.

response to the Court's *Order Regarding Procedures for Attendance, Participation and Observation of March 4-5, 2020 Omnibus Hearing* [Docket No. 11729] and respectfully INFORMS:

1.      Ángel E. Rotger-Sabat of Saldaña, Carvajal & Vélez-Rivé, P.S.C, local counsel to Morgan Stanley & Co LLC, and Nilda M. Navarro Cabrer of Navarro-Cabrer Law Offices, local counsel to Jefferies LLC and BMO Capital Markets GKST, Inc., will attend the hearing on March 4, 2020 (and to the extent necessary March 5, 2020) in Courtroom 3 of the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767, on behalf of the Adversary Defendants and be available to the extent the Court has any questions in connection with the *Joint Statement of Defendants in the Underwriter Litigation Regarding Motions to Dismiss Objections to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds and Public Buildings Authority Bonds* [Docket No. 11241] and the *Joint Statement of Adversary Defendants Regarding Proposed Further Extension of Global Stay* [Docket No. 11242].

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

Dated:  February 28, 2020

McGUIREWOODS LLP

/s/  *E. Andrew Southerling*
E. Andrew Southerling (Pro Hac Vice)
2001 K Street N.W., Suite 400
Washington, DC 20006-1040
Tel.: (202) 857-1700
Fax: (202) 857-1737
E-mail:  asoutherling@mcguirewoods.com

-and-

Aaron G. McCollough (Pro Hac Vice)
77 West Wacker Drive, Suite 4100
Chicago, IL 60601-1818
Tel. : (312) 849-8256
Fax : (312) 698-4522
E-mail:  amccollough@mcguirewoods.com

*Counsel to Jefferies LLC and BMO Capital Markets
GKST, Inc.*

SKADDEN, ARPS, SLATE, MEAGHER
    & FLOM LLP

/s/ *Julie E. Cohen*
Julie E. Cohen (*Pro Hac Vice*)
Four Times Square
New York, New York 10036-6522
Tel.: (212) 735-3000
Fax: (212) 735-2000
E-mail:  julie.cohen@skadden.com

*Counsel to Morgan Stanley*

NAVARRO-CABRER LAW OFFICES

/s/  *Nilda M. Navarro-Cabrer*
Nilda M. Navarro-Cabrer
USDC-PR Bar No. 201212
El Centro I, Suite 206
500 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918
Tel.: (787) 764-9595
Fax:  (787) 764-7575
E-mail:  navarro@navarrolawpr.com

*Counsel to Jefferies LLC and BMO Capital Markets
GKST, Inc.*

SALDAÑA, CARVAJAL & VÉLEZ-RIVÉ,
P.S.C.

/s/  *Ángel E. Rotger-Sabat*
Luis N. Saldaña-Román
USDC-PR No. 208001
Ángel E. Rotger-Sabat
USDC-P.R. No. 208601
166 Avenida de la Constitución
San Juan, Puerto Rico 00901
Tel.: (787) 289-9250
Fax: (787) 289-9253
E-mail: lsaldana@scvrlaw.com
E-mail: arotger@scvrlaw.com

*Counsel to Morgan Stanley*

3