**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>                as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>                Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**AMBAC ASSURANCE CORPORATION, ASSURED GUARANTY CORP., ASSURED GUARANTY MUNICIPAL CORP., NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION, AND FINANCIAL GUARANTY INSURANCE COMPANY'S INFORMATIVE MOTION REGARDING DEADLINE FOR REPLIES IN SUPPORT OF THE LIFT STAY MOTIONS**

Ambac Assurance Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., National Public Finance Guarantee Corporation, and Financial Guaranty Insurance Company (collectively, the "Movants") hereby submit this informative motion, on behalf of themselves and the Government Parties,[2] in compliance with the *Order Granting Urgent Motion to Adjourn Hearing on Motions for Relief from the Automatic Stay and Extend Deadlines*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801)

[2] The "Government Parties" consist of the Financial Management and Oversight Board for Puerto Rico (the "Oversight Board"), as representative of the Commonwealth of Puerto Rico ("Commonwealth" or "Debtor") pursuant to section 315(b) of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA"), and the Puerto Rico Financial Advisory Authority ("AAFAF").

1

*for Replies in Support of Motions for Relief from the Automatic Stay* [Dkt. No. 11057] (the

"Order"), and respectfully state as follows:

1.      On February 14, 2020, this Court issued an Order granting the *Urgent*

*Motion of Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance*

*Corporation, National Public Finance Guarantee Corporation, and Financial Guaranty*

*Insurance Company to Adjourn Hearing on Motions for Relief from the Automatic Stay and Extend*

*Deadlines for Replies in Support of Motions for Relief from the Automatic Stay* [Dkt. No. 10841]

filed by the Movants.

2.      The Order adjourned the preliminary hearing thereon until April 2, 2020, in

order to allow Movants to obtain certain appropriate discovery.

3.      In its Order, the Court directed the Movants and the Government Parties to

meet-and-confer and propose a deadline for replies in support of the motions for relief from the

automatic stay.

4.      Having now met-and-conferred, the Parties have agreed that replies in

support of the motions for relief from the automatic stay shall be due no later than **March 23,**

**2020**.

5.      Movants' agreement to the March 23 deadline set forth in the preceding

paragraph is premised on the Government Parties substantially completing appropriate discovery

(including, if ordered by the Court, discovery sought in the pending motions to compel)[3] by March

---

[3]      The pending motions to compel constitute the *Urgent Motion of Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, Financial Guaranty Insurance Company, and National Public Finance Guarantee Corporation, as Holders and Insurers of HTA Bonds, to Compel Production of Documents Concerning Preliminary Hearing on Lift-Stay Motion* [Dkt. No. 11686] and the *Urgent Motion of Ambac Assurance Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and Financial Guaranty Insurance Company to Compel Production of Documents Relating to the Preliminary Hearing on the CCDA and PRIFA Lift-Stay Motions* [Dkt. No. 11687].

16, 2020.  Movants reserve their right to seek a further adjournment if discovery, including any

deposition discovery (if agreed to or if ordered by the Court), is not substantially completed by

that date, or if there remain any unresolved discovery disputes.  The Government Parties reserve

their rights to oppose any such request for a further adjournment.

6.       Movants respectfully provide a proposed order (attached hereto as Exhibit

A) granting the foregoing.

WHEREFORE, the Movants and the Government Parties respectfully request that

the Court so-order the foregoing.

Dated: February 28, 2020
      San Juan, Puerto Rico

**FERRAIUOLI LLC**

By: /s/ *Roberto Cámara-Fuertes*
    Roberto Cámara-Fuertes (USDC-PR No. 219002)
    Sonia Colón (USDC-PR No. 213809)
    221 Ponce de León Avenue, 5th Floor
    San Juan, PR 00917
    Telephone: (787) 766-7000
    Facsimile:  (787) 766-7001
    Email:  rcamara@ferraiuoli.com
          scolon@ferraiuoli.com

**MILBANK LLP**

By: /s/ *Atara Miller*
    Dennis F. Dunne
    Andrew M. Leblanc
    Atara Miller
    Grant R. Mainland
    (admitted *pro hac vice*)
    55 Hudson Yards
    New York, NY 10001
    Telephone: (212) 530-5000
    Facsimile:  (212) 530-5219
    Email: ddunne@milbank.com
          aleblanc@milbank.com
          amiller@milbank.com
          gmainland@milbank.com

*Attorneys for Ambac Assurance Corporation*

**CASELLAS ALCOVER & BURGOS P.S.C.**

By: */s/ Heriberto Burgos Pérez*
    Heriberto Burgos Pérez
    (USDC-PR No. 204809)
    Ricardo F. Casellas-Sánchez
    (USDC-PR No. 203114)
    Diana Pérez-Seda
    (USDC-PR No. 232014)
    P.O. Box 364924
    San Juan, PR 00936-4924
    Telephone: (787) 756-1400
    Facsimile: (787) 756-1401
    Email:    hburgos@cabprlaw.com
            rcasellas@cabprlaw.com
            perez@cabprlaw.com

**CADWALADER, WICKERSHAM & TAFT LLP**

By: */s/ Howard R. Hawkins, Jr.*
    Howard R. Hawkins, Jr. (admitted *pro hac vice*)
    Mark C. Ellenberg (admitted *pro hac vice*)
    William J. Natbony (admitted *pro hac vice*)
    Ellen M. Halstead (admitted *pro hac vice*)
    Thomas J. Curtin (admitted *pro hac vice*)
    Casey J. Servais (admitted *pro hac vice*)
    200 Liberty Street
    New York, NY 10281
    Telephone: (212) 504-6000
    Facsimile: (212) 504-6666
    Email:    howard.hawkins@cwt.com
            mark.ellenberg@cwt.com
            bill.natbony@cwt.com
            ellen.halstead@cwt.com
            thomas.curtin@cwt.com
            casey.servais@cwt.com

*Attorneys for Assured Guaranty Corp. and*
*Assured Guaranty Municipal Corp.*

**REXACH & PICÓ, CSP**

By:  */s/ María E. Picó*
     María E. Picó
     (USDC-PR No. 123214)
     802 Ave. Fernández Juncos
     San Juan, PR 00907-4315
     Telephone: (787) 723-8520
     Facsimile: (787) 724-7844
     Email: mpico@rexachpico.com

**BUTLER SNOW LLP**

By:  */s/ Martin A. Sosland*
     Martin A. Sosland (admitted *pro hac vice*)
     5430 LBJ Freeway, Suite 1200
     Dallas, TX 75240
     Telephone: (469) 680-5502
     Facsimile: (469) 680-5501
     Email: martin.sosland@butlersnow.com
     Jason W. Callen (admitted *pro hac vice*)
     150 3rd Ave., S., Suite 1600
     Nashville, TN 37201
     Telephone: (615) 651-6774
     Facsimile: (615) 651-6701
     Email: jason.callen@butlersnow.com

*Attorneys for Financial Guaranty Insurance Company*

6

**ADSUAR MUNIZ GOYCO SEDA & PEREZ-OCHOA PSC**


By: */s/ Eric Pérez-Ochoa*

    Eric Pérez-Ochoa
    (USDC-PR No. 206314)
    Luis A. Oliver-Fraticelli
    USDC-PR No. 209,204
    208 Ponce de León Ave., Suite 1600
    San Juan, PR 00936
    Tel.: (787) 756-9000
    Fax: (787) 756-9010
    Email:  epo@amgprlaw.com
           loliver@amgprlaw.com


**WEIL, GOTSHAL & MANGES LLP**

By: */s/ Jonathan D. Polkes*

    Jonathan D. Polkes (admitted *pro hac vice*)
    Gregory Silbert (admitted *pro hac vice*)
    Robert S. Berezin (admitted *pro hac vice*)
    Kelly DiBlasi (admitted *pro hac vice*)
    Gabriel A. Morgan (admitted *pro hac vice*)
    767 Fifth Avenue
    New York, NY 10153
    Tel.: (212) 310-8000
    Fax:  (212) 310-8007
    Email: jonathan.polkes@weil.com
           gregory.silbert@weil.com
           robert.berezin@weil.com
           kelly.diblasi@weil.com
           gabriel.morgan@weil.com


*Attorneys for National Public Finance Guarantee Corp.*

7

/s/ *Peter Friedman*
John J. Rapisardi
Suzzanne S. Uhland
(Admitted *Pro Hac Vice*)
**O'MELVENY & MYERS LLP**
7 Times Square
New York, NY 10036
Tel: (212) 326-2000
Fax: (212) 326-2061

Peter Friedman
(Admitted *Pro Hac Vice*)
1625 Eye Street, NW
Washington, DC 20006
Tel: (202) 383-5300
Fax: (202) 383-5414

Elizabeth L. McKeen
Ashley M. Pavel
(Admitted *Pro Hac Vice*)
610 Newport Center Drive
17th Floor
Newport Beach, California 92660
Tel: (949) 823-6900
Fax: (949) 823-6994

***Attorneys for the Puerto Rico Fiscal Agency
and Financial Advisory Authority***

/s/ *Luis C. Marini-Biaggi*
Luis C. Marini-Biaggi
USDC No. 222301
Email: lmarini@mpmlawpr.com
Carolina Velaz-Rivero
USDC No. 300913
Email: cvelaz@mpmlawpr.com
**MARINI PIETRANTONI MUÑIZ LLC**
250 Ponce de León Ave.
Suite 900
San Juan, Puerto Rico 00918
Tel: (787) 705-2173
Fax: (787) 936-7494

***Co-Attorneys for the Puerto Rico Fiscal
Agency and Financial Advisory Authority***

8

/s/ Martin J. Bienenstock
Martin J. Bienenstock
Brian S. Rosen
Ehud Barak
Jeffrey Levitan
Michael Mervis
Timothy W. Mungovan
Paul V. Possinger
Daniel S. Desatnik
(Admitted *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

***Attorneys for the Financial Oversight and
Management Board as representative for
the Debtors***

/s/ Hermann D. Bauer
Hermann D. Bauer (USDC No. 215205)
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

***Co-Attorneys for the Financial Oversight
and Management Board as representative
for the Debtors***

9

**CERTIFICATE OF SERVICE**

I hereby certify that, on this same date, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all

CM/ECF participants in this case.

*/s/ Roberto Cámara-Fuertes*
Roberto Cámara-Fuertes (USDC-PR No. 219002)
221 Ponce de León Avenue, 5th Floor
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile:  (787) 766-7001
Email:  rcamara@ferraiuoli.com

10