## **EXHIBIT A**

SCHEDULE OF AVOIDANCE ACTIONS

[TO BE INSERTED]

A-1