## **EXHIBIT B**

SCHEDULE OF AFFIRMATIVE RECOVERY ACTIONS

[TO BE INSERTED]

B-1