# **EXHIBIT I**

SCHEDULE OF CASH FLOWS OF NEW GO BONDS

Case:17-03283-LTS Doc#:11946-9 Filed:02/28/20 Entered:02/28/20 21:59:25 Desc:
Exhibit I Page 1 of 4

| Fiscal Year (7/1) | Tax-Exempt Annual Debt Service Cash Flows | | | Taxable Annual Debt Service Cash Flows | | | Aggregate Annual Debt Service Cash Flows | | |
|---|---|---|---|---|---|---|---|---|---|
| | Principal | Interest | Total Debt Service | Principal | Interest | Total Debt Service | Principal | Interest | Total Debt Service |
| Total | $4,677,855,000 | $2,158,588,904 | $6,836,443,904 | $656,440,000 | $796,679,263 | $1,453,119,263 | $5,334,295,000 | $2,955,268,167 | $8,289,563,167 |
| 2020 | $551,600,000 | $89,921,067 | $641,521,067 | | $15,590,450 | $15,590,450 | $551,600,000 | $105,511,517 | $657,111,517 |
| 2021 | 339,720,000 | 238,046,200 | 577,766,200 | | 46,771,350 | 46,771,350 | 339,720,000 | 284,817,550 | 624,537,550 |
| 2022 | 325,360,000 | 218,512,300 | 543,872,300 | | 46,771,350 | 46,771,350 | 325,360,000 | 265,283,650 | 590,643,650 |
| 2023 | 308,835,000 | 199,804,100 | 508,639,100 | | 46,771,350 | 46,771,350 | 308,835,000 | 246,575,450 | 555,410,450 |
| 2024 | 289,945,000 | 182,046,088 | 471,991,088 | | 46,771,350 | 46,771,350 | 289,945,000 | 228,817,438 | 518,762,438 |
| 2025 | 268,500,000 | 165,374,250 | 433,874,250 | | 46,771,350 | 46,771,350 | 268,500,000 | 212,145,600 | 480,645,600 |
| 2026 | 244,300,000 | 149,935,500 | 394,235,500 | | 46,771,350 | 46,771,350 | 244,300,000 | 196,706,850 | 441,006,850 |
| 2027 | 217,125,000 | 135,888,250 | 353,013,250 | | 46,771,350 | 46,771,350 | 217,125,000 | 182,659,600 | 399,784,600 |
| 2028 | 186,730,000 | 123,403,563 | 310,133,563 | | 46,771,350 | 46,771,350 | 186,730,000 | 170,174,913 | 356,904,913 |
| 2029 | 173,065,000 | 112,666,588 | 285,731,588 | | 46,771,350 | 46,771,350 | 173,065,000 | 159,437,938 | 332,502,938 |
| 2030 | 183,020,000 | 102,715,350 | 285,735,350 | | 46,771,350 | 46,771,350 | 183,020,000 | 149,486,700 | 332,506,700 |
| 2031 | 193,995,000 | 91,734,150 | 285,729,150 | | 46,771,350 | 46,771,350 | 193,995,000 | 138,505,500 | 332,500,500 |
| 2032 | 205,640,000 | 80,094,450 | 285,734,450 | | 46,771,350 | 46,771,350 | 205,640,000 | 126,865,800 | 332,505,800 |
| 2033 | 217,980,000 | 67,756,050 | 285,736,050 | | 46,771,350 | 46,771,350 | 217,980,000 | 114,527,400 | 332,507,400 |
| 2034 | 139,575,000 | 54,677,250 | 194,252,250 | $91,480,000 | 46,771,350 | 138,251,350 | 231,055,000 | 101,448,600 | 332,503,600 |
| 2035 | 147,430,000 | 46,826,156 | 194,256,156 | 97,995,000 | 40,253,400 | 138,248,400 | 245,425,000 | 87,079,556 | 332,504,556 |
| 2036 | 156,355,000 | 38,533,219 | 194,888,219 | 104,980,000 | 33,271,256 | 138,251,256 | 261,335,000 | 71,804,475 | 333,139,475 |
| 2037 | 165,865,000 | 29,738,250 | 195,603,250 | 112,460,000 | 25,791,431 | 138,251,431 | 278,325,000 | 55,529,681 | 333,854,681 |
| 2038 | 176,010,000 | 20,408,344 | 196,418,344 | 120,470,000 | 17,778,656 | 138,248,656 | 296,480,000 | 38,187,000 | 334,667,000 |
| 2039 | 186,805,000 | 10,507,781 | 197,312,781 | 129,055,000 | 9,195,169 | 138,250,169 | 315,860,000 | 19,702,950 | 335,562,950 |

*Deemed Issuance Date of 3/1/20

| | | Detailed Summary of Tax-Exempt Term Bonds | | | | | Tax-Exempt Annual Debt Service Cash Flows | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year (7/1) | Maturity | Term Maturity | Mandatory Sinking Fund Amortization | Term Principal | Coupon | 1st Call Date** | Fiscal Year (7/1) | Principal | Interest | Total Debt Service |
| Total | | | $4,677,855,000 | $4,677,855,000 | | | | $4,677,855,000 | $2,158,588,904 | $6,836,443,904 |
| 2020 | 7/1/20 | 2021 | $551,600,000 | | 5.750% | | 2020 | $551,600,000 | $89,921,067 | $641,521,067 |
| 2021 | 7/1/21 | 2021 | 339,720,000 | $891,320,000 | 5.750% | | 2021 | 339,720,000 | 238,046,200 | 577,766,200 |
| 2022 | 7/1/22 | 2023 | 325,360,000 | | 5.750% | | 2022 | 325,360,000 | 218,512,300 | 543,872,300 |
| 2023 | 7/1/23 | 2023 | 308,835,000 | $634,195,000 | 5.750% | | 2023 | 308,835,000 | 199,804,100 | 508,639,100 |
| 2024 | 7/1/24 | 2025 | 289,945,000 | | 5.750% | | 2024 | 289,945,000 | 182,046,088 | 471,991,088 |
| 2025 | 7/1/25 | 2025 | 268,500,000 | $558,445,000 | 5.750% | | 2025 | 268,500,000 | 165,374,250 | 433,874,250 |
| 2026 | 7/1/26 | 2027 | 244,300,000 | | 5.750% | | 2026 | 244,300,000 | 149,935,500 | 394,235,500 |
| 2027 | 7/1/27 | 2027 | 217,125,000 | $461,425,000 | 5.750% | | 2027 | 217,125,000 | 135,888,250 | 353,013,250 |
| 2028 | 7/1/28 | 2029 | 186,730,000 | | 5.750% | | 2028 | 186,730,000 | 123,403,563 | 310,133,563 |
| 2029 | 7/1/29 | 2029 | 173,065,000 | $359,795,000 | 5.750% | | 2029 | 173,065,000 | 112,666,588 | 285,731,588 |
| 2030 | 7/1/30 | 2033 | 183,020,000 | | 6.000% | 7/1/30 | 2030 | 183,020,000 | 102,715,350 | 285,735,350 |
| 2031 | 7/1/31 | 2033 | 193,995,000 | | 6.000% | 7/1/30 | 2031 | 193,995,000 | 91,734,150 | 285,729,150 |
| 2032 | 7/1/32 | 2033 | 205,640,000 | | 6.000% | 7/1/30 | 2032 | 205,640,000 | 80,094,450 | 285,734,450 |
| 2033 | 7/1/33 | 2033 | 217,980,000 | $800,635,000 | 6.000% | 7/1/30 | 2033 | 217,980,000 | 67,756,050 | 285,736,050 |
| 2034 | 7/1/34 | 2039 | 139,575,000 | | 5.625% | 7/1/30 | 2034 | 139,575,000 | 54,677,250 | 194,252,250 |
| 2035 | 7/1/35 | 2039 | 147,430,000 | | 5.625% | 7/1/30 | 2035 | 147,430,000 | 46,826,156 | 194,256,156 |
| 2036 | 7/1/36 | 2039 | 156,355,000 | | 5.625% | 7/1/30 | 2036 | 156,355,000 | 38,533,219 | 194,888,219 |
| 2037 | 7/1/37 | 2039 | 165,865,000 | | 5.625% | 7/1/30 | 2037 | 165,865,000 | 29,738,250 | 195,603,250 |
| 2038 | 7/1/38 | 2039 | 176,010,000 | | 5.625% | 7/1/30 | 2038 | 176,010,000 | 20,408,344 | 196,418,344 |
| 2039 | 7/1/39 | 2039 | 186,805,000 | $972,040,000 | 5.625% | 7/1/30 | 2039 | 186,805,000 | 10,507,781 | 197,312,781 |

*Deemed Issuance Date of 3/1/20

**Callable on 7/1/2030 @ 103; Callable on 7/1/2031 @ 102; Callable on 7/1/2032 @ 101; Callable on 7/1/2033 @ 100

| | | Detailed Summary of Taxable Term Bonds | | | | | Taxable Annual Debt Service Cash Flows | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year (7/1) | Maturity | Term Maturity | Mandatory Sinking Fund Amortization | Term Principal | Coupon | 1st Call Date** | Fiscal Year (7/1) | Principal | Interest | Total Debt Service |
| Total | | | $656,440,000 | $656,440,000 | | | | $656,440,000 | $796,679,263 | $1,453,119,263 |
| 2020 | 7/1/20 | | | | | | 2020 | | $15,590,450 | $15,590,450 |
| 2021 | 7/1/21 | | | | | | 2021 | | 46,771,350 | 46,771,350 |
| 2022 | 7/1/22 | | | | | | 2022 | | 46,771,350 | 46,771,350 |
| 2023 | 7/1/23 | | | | | | 2023 | | 46,771,350 | 46,771,350 |
| 2024 | 7/1/24 | | | | | | 2024 | | 46,771,350 | 46,771,350 |
| 2025 | 7/1/25 | | | | | | 2025 | | 46,771,350 | 46,771,350 |
| 2026 | 7/1/26 | | | | | | 2026 | | 46,771,350 | 46,771,350 |
| 2027 | 7/1/27 | | | | | | 2027 | | 46,771,350 | 46,771,350 |
| 2028 | 7/1/28 | | | | | | 2028 | | 46,771,350 | 46,771,350 |
| 2029 | 7/1/29 | | | | | | 2029 | | 46,771,350 | 46,771,350 |
| 2030 | 7/1/30 | | | | | | 2030 | | 46,771,350 | 46,771,350 |
| 2031 | 7/1/31 | | | | | | 2031 | | 46,771,350 | 46,771,350 |
| 2032 | 7/1/32 | | | | | | 2032 | | 46,771,350 | 46,771,350 |
| 2033 | 7/1/33 | | | | | | 2033 | | 46,771,350 | 46,771,350 |
| 2034 | 7/1/34 | 2039 | $91,480,000 | | 7.125% | 7/1/30 | 2034 | $91,480,000 | 46,771,350 | 138,251,350 |
| 2035 | 7/1/35 | 2039 | 97,995,000 | | 7.125% | 7/1/30 | 2035 | 97,995,000 | 40,253,400 | 138,248,400 |
| 2036 | 7/1/36 | 2039 | 104,980,000 | | 7.125% | 7/1/30 | 2036 | 104,980,000 | 33,271,256 | 138,251,256 |
| 2037 | 7/1/37 | 2039 | 112,460,000 | | 7.125% | 7/1/30 | 2037 | 112,460,000 | 25,791,431 | 138,251,431 |
| 2038 | 7/1/38 | 2039 | 120,470,000 | | 7.125% | 7/1/30 | 2038 | 120,470,000 | 17,778,656 | 138,248,656 |
| 2039 | 7/1/39 | 2039 | 129,055,000 | $656,440,000 | 7.125% | 7/1/30 | 2039 | 129,055,000 | 9,195,169 | 138,250,169 |

*Deemed Issuance Date of 3/1/20

**Callable on 7/1/2030 @ 103; Callable on 7/1/2031 @ 102; Callable on 7/1/2032 @ 101; Callable on 7/1/2033 @ 100