**EXHIBIT J**

SCHEDULE OF CASH FLOWS OF COFINA-JUNIOR LIEN BONDS

J-1

| Fiscal Year (7/1) | Tax-Exempt Annual Debt Service Cash Flows | | | Taxable Annual Debt Service Cash Flows | | | Aggregate Annual Debt Service Cash Flows | | |
|---|---|---|---|---|---|---|---|---|---|
| | Principal | Interest | Total Debt Service | Principal | Interest | Total Debt Service | Principal | Interest | Total Debt Service |
| Total | $4,678,290,000 | $2,112,115,083 | $6,790,405,083 | $656,325,000 | $683,654,125 | $1,339,979,125 | $5,334,615,000 | $2,795,769,208 | $8,130,384,208 |
| 2020 | $287,625,000 | $76,503,440 | $364,128,440 | | $13,399,969 | $13,399,969 | $287,625,000 | $89,903,408 | $377,528,408 |
| 2021 | 137,300,000 | 215,129,069 | 352,429,069 | | 40,199,906 | 40,199,906 | 137,300,000 | 255,328,975 | 392,628,975 |
| 2022 | 159,870,000 | 208,264,069 | 368,134,069 | | 40,199,906 | 40,199,906 | 159,870,000 | 248,463,975 | 408,333,975 |
| 2023 | 184,200,000 | 200,270,569 | 384,470,569 | | 40,199,906 | 40,199,906 | 184,200,000 | 240,470,475 | 424,670,475 |
| 2024 | 210,395,000 | 191,060,569 | 401,455,569 | | 40,199,906 | 40,199,906 | 210,395,000 | 231,260,475 | 441,655,475 |
| 2025 | 238,580,000 | 180,540,819 | 419,120,819 | | 40,199,906 | 40,199,906 | 238,580,000 | 220,740,725 | 459,320,725 |
| 2026 | 268,885,000 | 168,611,819 | 437,496,819 | | 40,199,906 | 40,199,906 | 268,885,000 | 208,811,725 | 477,696,725 |
| 2027 | 301,435,000 | 155,167,569 | 456,602,569 | | 40,199,906 | 40,199,906 | 301,435,000 | 195,367,475 | 496,802,475 |
| 2028 | 336,380,000 | 140,095,819 | 476,475,819 | | 40,199,906 | 40,199,906 | 336,380,000 | 180,295,725 | 516,675,725 |
| 2029 | 353,680,000 | 123,276,819 | 476,956,819 | | 40,199,906 | 40,199,906 | 353,680,000 | 163,476,725 | 517,156,725 |
| 2030 | 346,490,000 | 105,592,819 | 452,082,819 | | 40,199,906 | 40,199,906 | 346,490,000 | 145,792,725 | 492,282,725 |
| 2031 | 337,065,000 | 89,134,544 | 426,199,544 | | 40,199,906 | 40,199,906 | 337,065,000 | 129,334,450 | 466,399,450 |
| 2032 | 326,170,000 | 73,123,956 | 399,293,956 | | 40,199,906 | 40,199,906 | 326,170,000 | 113,323,863 | 439,493,863 |
| 2033 | 313,680,000 | 57,630,881 | 371,310,881 | | 40,199,906 | 40,199,906 | 313,680,000 | 97,830,788 | 411,510,788 |
| 2034 | 205,680,000 | 42,731,081 | 248,411,081 | $93,795,000 | 40,199,906 | 133,994,906 | 299,475,000 | 82,930,988 | 382,405,988 |
| 2035 | 185,435,000 | 32,704,181 | 218,139,181 | 99,540,000 | 34,454,963 | 133,994,963 | 284,975,000 | 67,159,144 | 352,134,144 |
| 2036 | 162,355,000 | 23,664,225 | 186,019,225 | 105,640,000 | 28,358,138 | 133,998,138 | 267,995,000 | 52,022,363 | 320,017,363 |
| 2037 | 136,815,000 | 15,749,419 | 152,564,419 | 112,110,000 | 21,887,688 | 133,997,688 | 248,925,000 | 37,637,106 | 286,562,106 |
| 2038 | 108,635,000 | 9,079,688 | 117,714,688 | 118,975,000 | 15,020,950 | 133,995,950 | 227,610,000 | 24,100,638 | 251,710,638 |
| 2039 | 77,615,000 | 3,783,731 | 81,398,731 | 126,265,000 | 7,733,731 | 133,998,731 | 203,880,000 | 11,517,463 | 215,397,463 |

*Deemed Issuance Date of 3/1/20

| Detailed Summary of Tax-Exempt Term Bonds | | | | | | Tax-Exempt Annual Debt Service Cash Flows | | | |
|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year (7/1) | Maturity | Term Maturity | Mandatory Sinking Fund Amortization | Term Principal | Coupon | 1st Call Date** | Fiscal Year (7/1) | Principal | Interest | Total Debt Service |
| Total | | | $4,678,290,000 | $4,678,290,000 | | | | $4,678,290,000 | $2,112,115,083 | $6,790,405,083 |
| 2020 | 7/1/20 | 2021 | $287,625,000 | | 5.000% | | 2020 | $287,625,000 | $76,503,440 | $364,128,440 |
| 2021 | 7/1/21 | 2021 | 137,300,000 | $424,925,000 | 5.000% | | 2021 | 137,300,000 | 215,129,069 | 352,429,069 |
| 2022 | 7/1/22 | 2023 | 159,870,000 | | 5.000% | | 2022 | 159,870,000 | 208,264,069 | 368,134,069 |
| 2023 | 7/1/23 | 2023 | 184,200,000 | $344,070,000 | 5.000% | | 2023 | 184,200,000 | 200,270,569 | 384,470,569 |
| 2024 | 7/1/24 | 2025 | 210,395,000 | | 5.000% | | 2024 | 210,395,000 | 191,060,569 | 401,455,569 |
| 2025 | 7/1/25 | 2025 | 238,580,000 | $448,975,000 | 5.000% | | 2025 | 238,580,000 | 180,540,819 | 419,120,819 |
| 2026 | 7/1/26 | 2027 | 268,885,000 | | 5.000% | | 2026 | 268,885,000 | 168,611,819 | 437,496,819 |
| 2027 | 7/1/27 | 2027 | 301,435,000 | $570,320,000 | 5.000% | | 2027 | 301,435,000 | 155,167,569 | 456,602,569 |
| 2028 | 7/1/28 | 2029 | 336,380,000 | | 5.000% | | 2028 | 336,380,000 | 140,095,819 | 476,475,819 |
| 2029 | 7/1/29 | 2029 | 353,680,000 | $690,060,000 | 5.000% | | 2029 | 353,680,000 | 123,276,819 | 476,956,819 |
| 2030 | 7/1/30 | 2033 | 346,490,000 | | 4.750% | 7/1/30 | 2030 | 346,490,000 | 105,592,819 | 452,082,819 |
| 2031 | 7/1/31 | 2033 | 337,065,000 | | 4.750% | 7/1/30 | 2031 | 337,065,000 | 89,134,544 | 426,199,544 |
| 2032 | 7/1/32 | 2033 | 326,170,000 | | 4.750% | 7/1/30 | 2032 | 326,170,000 | 73,123,956 | 399,293,956 |
| 2033 | 7/1/33 | 2033 | 313,680,000 | $1,323,405,000 | 4.750% | 7/1/30 | 2033 | 313,680,000 | 57,630,881 | 371,310,881 |
| 2034 | 7/1/34 | 2039 | 205,680,000 | | 4.875% | 7/1/30 | 2034 | 205,680,000 | 42,731,081 | 248,411,081 |
| 2035 | 7/1/35 | 2039 | 185,435,000 | | 4.875% | 7/1/30 | 2035 | 185,435,000 | 32,704,181 | 218,139,181 |
| 2036 | 7/1/36 | 2039 | 162,355,000 | | 4.875% | 7/1/30 | 2036 | 162,355,000 | 23,664,225 | 186,019,225 |
| 2037 | 7/1/37 | 2039 | 136,815,000 | | 4.875% | 7/1/30 | 2037 | 136,815,000 | 15,749,419 | 152,564,419 |
| 2038 | 7/1/38 | 2039 | 108,635,000 | | 4.875% | 7/1/30 | 2038 | 108,635,000 | 9,079,688 | 117,714,688 |
| 2039 | 7/1/39 | 2039 | 77,615,000 | $876,535,000 | 4.875% | 7/1/30 | 2039 | 77,615,000 | 3,783,731 | 81,398,731 |

*Deemed Issuance Date of 3/1/20
**Callable on 7/1/2030 @ 103; Callable on 7/1/2031 @ 102; Callable on 7/1/2032 @ 101; Callable on 7/1/2033 @ 100

| | | Detailed Summary of Taxable Term Bonds | | | | | Taxable Annual Debt Service Cash Flows | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year (7/1) | Maturity | Term Maturity | Mandatory Sinking Fund Amortization | Term Principal | Coupon | 1st Call Date** | Fiscal Year (7/1) | Principal | Interest | Total Debt Service |
| Total | | | $656,325,000 | $656,325,000 | | | | $656,325,000 | $683,654,125 | $1,339,979,125 |
| 2020 | 7/1/20 | | | | | | 2020 | | $13,399,969 | $13,399,969 |
| 2021 | 7/1/21 | | | | | | 2021 | | 40,199,906 | 40,199,906 |
| 2022 | 7/1/22 | | | | | | 2022 | | 40,199,906 | 40,199,906 |
| 2023 | 7/1/23 | | | | | | 2023 | | 40,199,906 | 40,199,906 |
| 2024 | 7/1/24 | | | | | | 2024 | | 40,199,906 | 40,199,906 |
| 2025 | 7/1/25 | | | | | | 2025 | | 40,199,906 | 40,199,906 |
| 2026 | 7/1/26 | | | | | | 2026 | | 40,199,906 | 40,199,906 |
| 2027 | 7/1/27 | | | | | | 2027 | | 40,199,906 | 40,199,906 |
| 2028 | 7/1/28 | | | | | | 2028 | | 40,199,906 | 40,199,906 |
| 2029 | 7/1/29 | | | | | | 2029 | | 40,199,906 | 40,199,906 |
| 2030 | 7/1/30 | | | | | | 2030 | | 40,199,906 | 40,199,906 |
| 2031 | 7/1/31 | | | | | | 2031 | | 40,199,906 | 40,199,906 |
| 2032 | 7/1/32 | | | | | | 2032 | | 40,199,906 | 40,199,906 |
| 2033 | 7/1/33 | | | | | | 2033 | | 40,199,906 | 40,199,906 |
| 2034 | 7/1/34 | 2039 | $93,795,000 | | 6.125% | 7/1/30 | 2034 | $93,795,000 | 40,199,906 | 133,994,906 |
| 2035 | 7/1/35 | 2039 | 99,540,000 | | 6.125% | 7/1/30 | 2035 | 99,540,000 | 34,454,963 | 133,994,963 |
| 2036 | 7/1/36 | 2039 | 105,640,000 | | 6.125% | 7/1/30 | 2036 | 105,640,000 | 28,358,138 | 133,998,138 |
| 2037 | 7/1/37 | 2039 | 112,110,000 | | 6.125% | 7/1/30 | 2037 | 112,110,000 | 21,887,688 | 133,997,688 |
| 2038 | 7/1/38 | 2039 | 118,975,000 | | 6.125% | 7/1/30 | 2038 | 118,975,000 | 15,020,950 | 133,995,950 |
| 2039 | 7/1/39 | 2039 | 126,265,000 | $656,325,000 | 6.125% | 7/1/30 | 2039 | 126,265,000 | 7,733,731 | 133,998,731 |

*Deemed Issuance Date of 3/1/20

**Callable on 7/1/2030 @ 103; Callable on 7/1/2031 @ 102; Callable on 7/1/2032 @ 101; Callable on 7/1/2033 @ 100