# **EXHIBIT K**

SCHEDULE OF PREEMPTED STATUTES

# List of Main Statutes Preempted by PROMESA[3]

I. **Commonwealth good faith and credit pledge statutes**
   A. General Obligation Bonds
       1. Act 33 approved December 7, 1942.
       2. Act 2 approved October 10, 1985.
       3. Act 1 approved June 26, 1987, as amended.
       4. Act 47 approved June 30, 2013.
       5. Act 242 approved December 13, 2011.
       6. Act 45 approved June 30, 2013.
       7. Act 34 approved March 4, 2014.
       8. Act 79 approved June 1, 2011.
       9. Act 243 approved August 9, 2008.
       10. Act 74 approved July 23, 2007, as amended.
       11. Act 43 approved August 1, 2005, as amended.
       12. Act 216 approved August 19, 2004.
       13. Act 100 approved July 12, 2002, as amended.
       14. Act 161 approved July 5, 2003.
       15. Act 149 approved August 9, 2002, as amended.
       16. Joint Resolution No. 57 approved July 12, 1993.
       17. Act 54 approved July 6, 2001.
       18. Act 118 approved July 13, 2000.
       19. Act 153 approved July 16, 1999.
       20. Act 219 approved August 9, 1998.
       21. Act 81 approved August 14, 1997.
       22. Act 119 approved August 9, 1995.
       23. Act 46 approved July 28, 1994.
       24. Act 39 approved May 13, 1976, as amended
       25. Act 83 approved August 30, 1991.

   B. General Obligation Loans
       1. GSA Police Helicopters Loan – Joint Resolution No. 99-2013 approved December 9, 2013.
       2. GDB Loans to the Commonwealth
          1. Act 33 approved December 7, 1942.
          2. Act 47 approved June 30, 2013.
          3. Act 242 approved December 13, 2011.
          4. Act 45 approved June 30, 2013. [$245 million loan for the Fiscal Reconstruction Fund.]
          5. Joint Resolution No. 104 approved December 13, 2013. [$15 million line of credit for the Legislature's Capitol District.]
          6. Joint Resolution No. 96 approved November 27, 2013. [$30 million line of credit].

---

[3] Any statute providing for an appropriation not included in the budget certified by the FOMB is preempted.

  C. Commonwealth Guaranty – Public Buildings Authority Bonds
    1. Act 17 approved April 11, 1968, as amended.

  D. Commonwealth Guaranty – APLA
    1. Act 409 approved September 22, 2004.

  E. Commonwealth Guaranty – PRIFA-BANs
    1. Act 1 approved January 1, 2015.

  F. [Commonwealth Guaranty – PRASA
    1. Act 45 approved July 28, 1994.]

**II.** **Statutes appropriating Commonwealth revenues**
  A. HTA
    1. Act 9 approved August 12, 1982; 9 L.P.R.A. § 2021 [motor vehicle license fees]
    2. 13 L.P.R.A. § 31751(a)(1). [gas oil, diesel oil and petroleum products.]
    3. 13 L.P.R.A. § 31751(a)(3). [cigarette tax]
  B. PRIFA
    1. Act 44 approved June 21, 1988, as amended; 3 L.P.R.A. § 1914. [rum cover over]
  C. PRIFA BANs
    1. Act 1 approved January 1, 2015; 13 L.P.R.A. § 31751a(a). [petroleum products]
  D. MBA
    1. 13 L.P.R.A. § 31751(a)(4). [cigarette tax]
  E. PRITA
    1. 13 L.P.R.A. § 31751(a)(5). [cigarette tax]

  F. CCDA
    1. 13 L.P.R.A. § 2271v(a). [hotel room tax]
  **G.** Act 147 enacted June 18, 1980, as amended
    1. 23 L.P.R.A. § 104.[4] [judiciary appropriation]
  H. UPR
    **1.** 18 L.P.R.A. § 621-1.[5]
  I. Act 83 approved August 30, 1991, as amended
    1. 21 L.P.R.A. §§ 5002, 5004, 5006, 5815.[6]
  J. Act 221 approved May 15, 1948, as amended
    1. 15 L.P.R.A. § 74(d).[7]
  K. Act 18 approved January 24, 2014, as amended
    1. 21 L.P.R.A. § 6742.[8]
  L. Act 214 approved August 18, 2004, as amended
    1. 23 L.P.R.A. § 695
  M. Act 41 approved July 22, 2011, as amended

---

[4] In Fiscal Year 2019, appropriations under 23 L.P.R.A. § 104 would amount to more than $250 million, if not preempted.
[5] In Fiscal Year 2019, appropriations under 18 L.P.R.A. § 621-1 would amount to more than $750 million, if not preempted.
[6] In Fiscal Year 2019, appropriations under 21 L.P.R.A. §§ 5002, 5004 would amount to more than $100 million, if not preempted.  In Fiscal Year 2019, appropriations under 21 L.P.R.A. §§ 5006, 5815 would amount to more than $200 million, if not preempted.
[7] In Fiscal Year 2019, appropriations under 15 L.P.R.A. § 74(d) would amount to more than $250 million, if not preempted.
[8] In Fiscal Year 2019, appropriations under 21 L.P.R.A. § 6742 would amount to more than $120 million, if not preempted.

    1.12 L.P.R.A. §8105
 N. Act 1 approved January 31, 2011, as amended
    1.13 L.P.R.A. § 33231(l)

**III.**  **TRS and JRS Statutes**
  A. [Act 106 approved August 23, 2017]
  B. [Act 160 approved December 24, 2013.]
  C. Act 91 of March 24, 2004.
  D. Act 12 approved October 19, 1954.