# **EXHIBIT L**

BOND RECOVERY CATEGORIES

| Bond Recovery Category | Classes Included |
|---|---|
| Vintage PBA Bond Claims | 1, 2, and 3 |
| 2011 PBA Bond Claims | 4 and 5 |
| 2012 PBA Bond Claims | 6 and 7 |
| Vintage CW Bond Claims | 11, 12, 13, and 14 |
| 2011 CW Series D/E/PIB Bond Claims | 23, 24, 26, and 27 |
| 2011 CW Bond Claims | 18, 19, 20 and 25 |
| 2012 CW Bond Claims | 28, 29, 30, and 31 |
| 2014 CW Bond Claims | 34, 35, 36, 37, and 38 |
| Vintage CW Guarantee Bond Claims | 15, 16, and 17 |
| 2011 CW Guarantee Bond Claims | 21 and 22 |
| 2012 CW Guarantee Bond Claims | 32 and 33 |