**EXHIBIT J**

LIST OF DEBTORS' BANK ACCOUNTS, BALANCES, AND PRELIMINARY RESTRICTION CATEGORIZATIONS AS OF DECEMBER 31, 2019

Exhibit | List of Agencies

**Commonwealth Agencies:**

| Number | 12/31/2019 Balance ($) | Categorization |
|---|---|---|
| 1. | $2,785,756,268 | Unrestricted (except as provided in footnote 1): TSA account with pooled funds[1] |
| 2. | $2,278,568,222 | Unrestricted (except as provided in footnote 1): TSA account with pooled funds |
| 3. | $2,000,000,000 | Unrestricted (except as provided in footnote 1): TSA account with pooled funds |
| 4. | $1,014,350,993 | Unrestricted (except as provided in footnote 1): TSA account with pooled funds |
| 5. | $684,689,388 | **Restricted: Federal Law** – earmarked for unemployment trust fund pursuant to Section 904 of the Social Security Act (42 U.S.C. § 1104) |
| 6. | $650,000,000 | Unrestricted: TSA account with funds designated by certified fiscal plan for the emergency reserve |
| 7. | $556,372,759 | **Restricted: Third Party Funds** – entrusted funds for defined contribution plan established pursuant to Act 106-2017 |
| 8. | $268,087,796 | Unrestricted |
| 9. | $253,479,438 | **Asserted to be Restricted: Third Party Contract** –subject to ERS bondholder litigation[2] |
| 10. | $146,590,118 | **Asserted to be Restricted: Third Party Contract** – subject to litigation[3] |
| 11. | $125,350,834 | Unrestricted (except as provided in footnote 1): TSA account with pooled funds |
| 12. | $112,674,128 | Unrestricted |
| 13. | $109,243,942 | Unrestricted (except as provided in footnote 1): TSA account with pooled funds |
| 14. | $108,774,248 | **Restricted: Federal Funds** –U.S. Department of Housing and Urban Development ("HUD") federal funds for 14.850 low income public housing program |
| 15. | $99,751,628 | **Restricted: Third Party Funds** – custodial account of third-party funds in active legal cases |

---

[1] There are seven bank accounts that comprise the Treasury Single Account (TSA). The TSA contains pooled funds, a portion of which may be restricted. As of December 31, 2019, approximately $100 million is estimated to be restricted federal funds from across the TSA accounts. Certain funds in the TSA are also subject to litigation by certain monoline insurers, among others, regarding alleged security and/or property interests against certain monies that were historically conditionally appropriated to HTA, CCDA, and PRIFA. The monoline insurers, among others, assert security and/or property interests (i) against at least $1.397 billion in Commonwealth accounts which they contend should pay HTA bonds, (ii) against any hotel occupancy tax revenues allegedly unlawfully transferred to the Commonwealth rather than to payment of CCDA bonds, and (iii) against at least the first $117 million of rum taxes received by the Commonwealth each fiscal year which they contend should pay PRIFA bonds. *See, e.g., Financial Oversight and Management Board for Puerto Rico v. Assurance Corp., et al.*, Adv. Proc. No. 20-00004; *Financial Oversight and Management Board for Puerto Rico v. Ambac Assurance Corp., et al.,* Adv. Proc. No. 20-00005*; Financial Oversight and Management Board for Puerto Rico, et al. v. Ambac Assurance Corp., et al.*, Adv. Proc. No. 20-00007; *Motion of Assured Guaranty Corp., Assured Guaranty Municipal Corp.. Ambac Assurance Corporation, National Public Finance Guarantee Corporation, and Financial Guaranty Insurance Company for Relief from the Automatic Stay, or, in the Alternative, Adequate Protection* [ECF No. 10102]; *Ambac Assurance Corporation, Financial Guaranty Insurance Company, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and the Bank of New York Mellon's Motion Concerning Application of the Automatic Stay to the Revenues Securing the CCDA Bonds* [ECF No. 10104]; *Motion for Leave to Amend Motion of Ambac Assurance Corporation, Assured guaranty Corp., Assured Guaranty Municipal Corp., and Financial Guaranty Insurance Company Concerning Application of the Automatic Stay to the Revenues Securing PRIFA Rum Tax Bonds* [ECF No. 10109], amending *Ambac Assurance Corporation's Motion and Memorandum of Law in Support of Its Motion Concerning Application of the Automatic Stay to the Revenues Securing PRIFA Rum Tax Bonds* [ECF No. 7176].

[2] This account relates to funds that are subject to litigation with ERS bondholders regarding the scope of ERS bondholders' security interest (Adv. Proc. Nos. 19-00366-LTS and 19-00367-LTS).

[3] This account relates to funds that are subject to litigation by certain monoline insurers, among others, regarding alleged security interest. *See supra* note 1.

Exhibit | List of Agencies

| Number | 12/31/2019 Balance ($) | Categorization |
|---|---|---|
| 16. | $94,564,740 | **Restricted: Federal Funds** – FEMA disaster relief funds |
| 17. | $90,225,783 | **Restricted: Federal Funds** – HUD federal funds for 14.850 low income public housing program |
| 18. | $84,446,498 | Inconclusive (Lottery) |
| 19. | $83,791,406 | Inconclusive (Lottery) |
| 20. | $69,824,711 | **Restricted: Third Party Funds** – custodial account of third-party funds in active legal cases |
| 21. | $62,335,145 | **Restricted: Third Party Funds** – custodial account of third-party funds in active legal cases |
| 22. | $52,424,611 | **Restricted: Third Party Funds** – custodial account for child support and alimony collection |
| 23. | $48,863,264 | **Restricted: Third Party Funds** – entrusted funds for defined contribution plan established pursuant to Act 106-2017 |
| 24. | $43,815,698 | **Restricted: Federal Funds** – HUD federal funds for 14.850 low income public housing program |
| 25. | $41,957,627 | Unrestricted |
| 26. | $38,338,990 | Unrestricted |
| 27. | $38,221,372 | Unrestricted |
| 28. | $36,380,172 | Inconclusive (Lottery) |
| 29. | $33,909,829 | **Restricted: Tax-Exempt Bond Proceeds** – bond proceeds subject to Internal Revenue Code limitations |
| 30. | $29,603,380 | **Restricted: Federal Funds** – HUD federal funds for 14.850 low income public housing program |
| 31. | $29,155,830 | **Restricted: Federal Funds** – HUD federal funds for 14.850 low income public housing program |
| 32. | $26,529,890 | **Restricted: Third Party Funds** – entrusted funds for defined contribution plan established pursuant to Act 106-2017 |
| 33. | $26,126,490 | **Restricted: Federal Funds** – HUD federal funds for 14.850 low income public housing program |
| 34. | $24,877,130 | Inconclusive |
| 35. | $24,153,283 | **Restricted: Federal Law** – earmarked funds for 911 services pursuant to federal law (Pub. L. No. 110-283) |
| 36. | $23,754,581 | Unrestricted |
| 37. | $21,582,166 | **Restricted: Court Order** – earmarked funds for new expenditures that benefit inmates in Puerto Rico's correctional system pursuant to a federal court order dated September 1, 2016 in civil case No. 79-2004 |
| 38. | $18,702,762 | Unrestricted |
| 39. | $18,496,280 | **Restricted: Federal Funds** – HUD federal funds for 14.850 low income public housing program |
| 40. | $17,859,270 | **Restricted: Third Party Contract** – held by the trustee for Public Housing Administration bonds subject to a security interest |
| 41. | $17,216,787 | **Restricted: Federal Funds** – HUD federal funds for 14.850 low income public housing program |
| 42. | $16,576,264 | **Restricted: Third Party Contract** – held by the trustee for Public Housing Administration bonds subject to a security interest |
| 43. | $14,511,481 | **Restricted: Third Party Funds** – custodial account of third-party funds in active legal cases |

Exhibit | List of Agencies

| Number | 12/31/2019 Balance ($) | Categorization |
|---|---|---|
| 44. | $12,417,828 | **Restricted: Third Party Funds** – custodial account for third-party deposited funds pursuant to Act No. 69-1991 |
| 45. | $11,900,615 | **Restricted: Third Party Funds** – custodial account of third-party funds in active legal cases |
| 46. | $9,955,039 | **Restricted: Third Party Funds** – custodial account for third-party deposited funds pursuant to Act No. 69-1991 |
| 47. | $9,446,838 | Unrestricted |
| 48. | $9,303,807 | Unrestricted |
| 49. | $8,965,831 | **Restricted: Federal Funds** –HUD federal funds for 14.850 low income public housing program |
| 50. | $8,740,061 | **Restricted: Federal Law** –third-party deposits earmarked for provision of universal telecommunication services pursuant to federal law (47 U.S.C. § 254(f)) |
| 51. | $8,649,763 | Unrestricted |
| 52. | $8,430,996 | **Restricted: Third Party Funds** – custodial account of mediation settlement proceeds pursuant to 3 L.P.R.A. § 320 |
| 53. | $8,313,199 | Unrestricted |
| 54. | $8,164,898 | **Restricted: Federal Funds** – HUD federal funds for 14.850 low income public housing program |
| 55. | $8,109,035 | Unrestricted |
| 56. | $7,983,156 | **Restricted: Third Party Contract** – held by the trustee for Public Housing Administration bonds subject to a security interest |
| 57. | $7,964,406 | **Restricted: Third Party Funds** – custodial account of third-party funds in active legal cases |
| 58. | $7,819,256 | Unrestricted |
| 59. | $6,998,554 | **Restricted: Third Party Contract** – held by the trustee for Public Housing Administration bonds subject to a security interest |
| 60. | $6,701,902 | Unreviewed[4] |
| 61. | $6,641,765 | Unreviewed |
| 62. | $6,292,529 | Unreviewed |
| 63. | $5,926,024 | Unreviewed |
| 64. | $5,911,043 | Unreviewed |
| 65. | $5,888,235 | Unreviewed |
| 66. | $5,526,697 | Unreviewed |
| 67. | $5,236,321 | Unreviewed |
| 68. | $5,041,626 | Unreviewed |

---

[4] Only the accounts with balance greater than $6.9 million were reviewed for restriction assessment. As of December 31, 2019, the accounts with balances greater than $6.9 million and therefore reviewed for restriction status represented approximately $12.465 billion (including $8.963 billion held in seven TSA accounts) of the total $12.630 billion, or 98.7% of funds held at the Commonwealth accounts. The accounts that have not been reviewed based on the amount threshold are presented in gray boxes.

Exhibit | List of Agencies

| Number | 12/31/2019 Balance ($) | Categorization |
|---|---|---|
| 69. | $5,010,261 | Unreviewed |
| 70. | $4,243,032 | Unreviewed |
| 71. | $4,021,766 | Unreviewed |
| 72. | $3,928,843 | Unreviewed |
| 73. | $3,520,120 | Unreviewed |
| 74. | $3,287,205 | Unreviewed |
| 75. | $3,272,420 | Unreviewed |
| 76. | $3,132,820 | Unreviewed |
| 77. | $3,053,731 | Unreviewed |
| 78. | $2,975,903 | Unreviewed |
| 79. | $2,944,791 | Unreviewed |
| 80. | $2,861,921 | Unreviewed |
| 81. | $2,534,602 | Unreviewed |
| 82. | $2,326,036 | Unreviewed |
| 83. | $2,282,710 | Unreviewed |
| 84. | $2,163,069 | Unreviewed |
| 85. | $2,148,951 | Unreviewed |
| 86. | $2,100,259 | Unreviewed |
| 87. | $2,056,824 | Unreviewed |
| 88. | $2,030,304 | Unreviewed |
| 89. | $1,966,665 | Unreviewed |
| 90. | $1,778,546 | Unreviewed |
| 91. | $1,771,208 | Unreviewed |
| 92. | $1,566,383 | Unreviewed |
| 93. | $1,541,996 | Unreviewed |
| 94. | $1,512,198 | Unreviewed |
| 95. | $1,490,987 | Unreviewed |
| 96. | $1,466,600 | Unreviewed |
| 97. | $1,457,536 | Unreviewed |
| 98. | $1,443,794 | Unreviewed |
| 99. | $1,421,498 | Unreviewed |
| 100. | $1,400,000 | Unreviewed |
| 101. | $1,286,612 | Unreviewed |
| 102. | $1,277,313 | Unreviewed |
| 103. | $1,107,770 | Unreviewed |
| 104. | $942,194 | Unreviewed |
| 105. | $887,199 | Unreviewed |

Exhibit | List of Agencies

| Number | 12/31/2019 Balance ($) | Categorization |
|---|---|---|
| 106. | $859,492 | Unreviewed |
| 107. | $748,951 | Unreviewed |
| 108. | $690,010 | Unreviewed |
| 109. | $682,516 | Unreviewed |
| 110. | $681,899 | Unreviewed |
| 111. | $657,913 | Unreviewed |
| 112. | $639,492 | Unreviewed |
| 113. | $606,495 | Unreviewed |
| 114. | $573,975 | Unreviewed |
| 115. | $566,667 | Unreviewed |
| 116. | $544,466 | Unreviewed |
| 117. | $534,325 | Unreviewed |
| 118. | $513,008 | Unreviewed |
| 119. | $487,603 | Unreviewed |
| 120. | $482,191 | Unreviewed |
| 121. | $462,683 | Unreviewed |
| 122. | $456,518 | Unreviewed |
| 123. | $450,013 | Unreviewed |
| 124. | $447,578 | Unreviewed |
| 125. | $441,883 | Unreviewed |
| 126. | $435,108 | Unreviewed |
| 127. | $428,930 | Unreviewed |
| 128. | $409,410 | Unreviewed |
| 129. | $370,959 | Unreviewed |
| 130. | $370,587 | Unreviewed |
| 131. | $355,539 | Unreviewed |
| 132. | $354,647 | Unreviewed |
| 133. | $354,564 | Unreviewed |
| 134. | $353,261 | Unreviewed |
| 135. | $342,257 | Unreviewed |
| 136. | $299,450 | Unreviewed |
| 137. | $294,700 | Unreviewed |
| 138. | $285,753 | Unreviewed |
| 139. | $280,583 | Unreviewed |
| 140. | $278,050 | Unreviewed |
| 141. | $275,881 | Unreviewed |
| 142. | $265,719 | Unreviewed |

Exhibit | List of Agencies

| Number | 12/31/2019 Balance ($) | Categorization |
|---|---|---|
| 143. | $263,865 | Unreviewed |
| 144. | $256,684 | Unreviewed |
| 145. | $256,015 | Unreviewed |
| 146. | $255,011 | Unreviewed |
| 147. | $247,740 | Unreviewed |
| 148. | $219,878 | Unreviewed |
| 149. | $216,235 | Unreviewed |
| 150. | $215,913 | Unreviewed |
| 151. | $205,095 | Unreviewed |
| 152. | $200,403 | Unreviewed |
| 153. | $199,074 | Unreviewed |
| 154. | $198,196 | Unreviewed |
| 155. | $197,547 | Unreviewed |
| 156. | $184,439 | Unreviewed |
| 157. | $181,987 | Unreviewed |
| 158. | $176,401 | Unreviewed |
| 159. | $174,083 | Unreviewed |
| 160. | $170,922 | Unreviewed |
| 161. | $151,216 | Unreviewed |
| 162. | $147,120 | Unreviewed |
| 163. | $145,001 | Unreviewed |
| 164. | $143,489 | Unreviewed |
| 165. | $143,233 | Unreviewed |
| 166. | $142,352 | Unreviewed |
| 167. | $140,251 | Unreviewed |
| 168. | $131,504 | Unreviewed |
| 169. | $130,999 | Unreviewed |
| 170. | $128,464 | Unreviewed |
| 171. | $126,025 | Unreviewed |
| 172. | $124,403 | Unreviewed |
| 173. | $123,369 | Unreviewed |
| 174. | $122,332 | Unreviewed |
| 175. | $118,655 | Unreviewed |
| 176. | $115,560 | Unreviewed |
| 177. | $108,169 | Unreviewed |
| 178. | $103,210 | Unreviewed |
| 179. | $102,542 | Unreviewed |

Exhibit | List of Agencies

| Number | 12/31/2019 Balance ($) | Categorization |
|---|---|---|
| 180. | $101,379 | Unreviewed |
| 181. | $100,858 | Unreviewed |
| 182. | $100,784 | Unreviewed |
| 183. | $97,211 | Unreviewed |
| 184. | $88,867 | Unreviewed |
| 185. | $88,430 | Unreviewed |
| 186. | $86,843 | Unreviewed |
| 187. | $79,444 | Unreviewed |
| 188. | $76,616 | Unreviewed |
| 189. | $76,324 | Unreviewed |
| 190. | $75,469 | Unreviewed |
| 191. | $71,792 | Unreviewed |
| 192. | $70,488 | Unreviewed |
| 193. | $70,129 | Unreviewed |
| 194. | $68,066 | Unreviewed |
| 195. | $67,345 | Unreviewed |
| 196. | $66,848 | Unreviewed |
| 197. | $64,956 | Unreviewed |
| 198. | $63,285 | Unreviewed |
| 199. | $62,543 | Unreviewed |
| 200. | $56,776 | Unreviewed |
| 201. | $56,140 | Unreviewed |
| 202. | $55,972 | Unreviewed |
| 203. | $54,668 | Unreviewed |
| 204. | $53,543 | Unreviewed |
| 205. | $53,338 | Unreviewed |
| 206. | $53,316 | Unreviewed |
| 207. | $52,000 | Unreviewed |
| 208. | $51,985 | Unreviewed |
| 209. | $49,021 | Unreviewed |
| 210. | $47,861 | Unreviewed |
| 211. | $45,616 | Unreviewed |
| 212. | $44,013 | Unreviewed |
| 213. | $43,102 | Unreviewed |
| 214. | $42,966 | Unreviewed |
| 215. | $42,564 | Unreviewed |
| 216. | $40,906 | Unreviewed |

Exhibit | List of Agencies

| Number | 12/31/2019 Balance ($) | Categorization |
|---|---|---|
| 217. | $39,841 | Unreviewed |
| 218. | $39,206 | Unreviewed |
| 219. | $39,076 | Unreviewed |
| 220. | $38,884 | Unreviewed |
| 221. | $38,477 | Unreviewed |
| 222. | $37,753 | Unreviewed |
| 223. | $36,413 | Unreviewed |
| 224. | $36,408 | Unreviewed |
| 225. | $35,897 | Unreviewed |
| 226. | $34,779 | Unreviewed |
| 227. | $34,472 | Unreviewed |
| 228. | $30,760 | Unreviewed |
| 229. | $28,611 | Unreviewed |
| 230. | $28,337 | Unreviewed |
| 231. | $27,479 | Unreviewed |
| 232. | $24,245 | Unreviewed |
| 233. | $24,204 | Unreviewed |
| 234. | $23,967 | Unreviewed |
| 235. | $20,878 | Unreviewed |
| 236. | $20,702 | Unreviewed |
| 237. | $19,674 | Unreviewed |
| 238. | $19,131 | Unreviewed |
| 239. | $18,288 | Unreviewed |
| 240. | $17,794 | Unreviewed |
| 241. | $17,362 | Unreviewed |
| 242. | $17,359 | Unreviewed |
| 243. | $17,319 | Unreviewed |
| 244. | $17,200 | Unreviewed |
| 245. | $16,796 | Unreviewed |
| 246. | $16,420 | Unreviewed |
| 247. | $16,166 | Unreviewed |
| 248. | $15,778 | Unreviewed |
| 249. | $15,606 | Unreviewed |
| 250. | $15,388 | Unreviewed |
| 251. | $14,825 | Unreviewed |
| 252. | $13,878 | Unreviewed |
| 253. | $13,619 | Unreviewed |

Exhibit | List of Agencies

| Number | 12/31/2019 Balance ($) | Categorization |
|---|---|---|
| 254. | $13,224 | Unreviewed |
| 255. | $13,153 | Unreviewed |
| 256. | $13,094 | Unreviewed |
| 257. | $12,845 | Unreviewed |
| 258. | $12,282 | Unreviewed |
| 259. | $11,143 | Unreviewed |
| 260. | $10,574 | Unreviewed |
| 261. | $10,272 | Unreviewed |
| 262. | $10,006 | Unreviewed |
| 263. | $8,223 | Unreviewed |
| 264. | $7,066 | Unreviewed |
| 265. | $7,057 | Unreviewed |
| 266. | $6,617 | Unreviewed |
| 267. | $6,439 | Unreviewed |
| 268. | $6,235 | Unreviewed |
| 269. | $6,097 | Unreviewed |
| 270. | $6,054 | Unreviewed |
| 271. | $5,673 | Unreviewed |
| 272. | $5,487 | Unreviewed |
| 273. | $5,088 | Unreviewed |
| 274. | $5,086 | Unreviewed |
| 275. | $5,034 | Unreviewed |
| 276. | $4,909 | Unreviewed |
| 277. | $4,880 | Unreviewed |
| 278. | $4,753 | Unreviewed |
| 279. | $4,735 | Unreviewed |
| 280. | $4,668 | Unreviewed |
| 281. | $4,561 | Unreviewed |
| 282. | $4,315 | Unreviewed |
| 283. | $3,989 | Unreviewed |
| 284. | $3,829 | Unreviewed |
| 285. | $3,754 | Unreviewed |
| 286. | $3,697 | Unreviewed |
| 287. | $3,600 | Unreviewed |
| 288. | $3,535 | Unreviewed |
| 289. | $3,515 | Unreviewed |
| 290. | $3,473 | Unreviewed |

Exhibit | List of Agencies

| Number | 12/31/2019 Balance ($) | Categorization |
|---|---|---|
| 291. | $2,971 | Unreviewed |
| 292. | $2,873 | Unreviewed |
| 293. | $2,839 | Unreviewed |
| 294. | $2,712 | Unreviewed |
| 295. | $2,649 | Unreviewed |
| 296. | $2,509 | Unreviewed |
| 297. | $2,389 | Unreviewed |
| 298. | $2,347 | Unreviewed |
| 299. | $2,320 | Unreviewed |
| 300. | $2,281 | Unreviewed |
| 301. | $2,080 | Unreviewed |
| 302. | $1,907 | Unreviewed |
| 303. | $1,723 | Unreviewed |
| 304. | $1,583 | Unreviewed |
| 305. | $1,561 | Unreviewed |
| 306. | $1,492 | Unreviewed |
| 307. | $1,355 | Unreviewed |
| 308. | $1,333 | Unreviewed |
| 309. | $1,277 | Unreviewed |
| 310. | $1,236 | Unreviewed |
| 311. | $1,130 | Unreviewed |
| 312. | $1,022 | Unreviewed |
| 313. | $1,000 | Unreviewed |
| 314. | $966 | Unreviewed |
| 315. | $958 | Unreviewed |
| 316. | $957 | Unreviewed |
| 317. | $957 | Unreviewed |
| 318. | $957 | Unreviewed |
| 319. | $957 | Unreviewed |
| 320. | $957 | Unreviewed |
| 321. | $834 | Unreviewed |
| 322. | $801 | Unreviewed |
| 323. | $762 | Unreviewed |
| 324. | $760 | Unreviewed |
| 325. | $642 | Unreviewed |
| 326. | $630 | Unreviewed |
| 327. | $601 | Unreviewed |

Exhibit | List of Agencies

| Number | 12/31/2019 Balance ($) | Categorization |
|---|---:|---|
| 328. | $593 | Unreviewed |
| 329. | $588 | Unreviewed |
| 330. | $567 | Unreviewed |
| 331. | $434 | Unreviewed |
| 332. | $423 | Unreviewed |
| 333. | $423 | Unreviewed |
| 334. | $422 | Unreviewed |
| 335. | $405 | Unreviewed |
| 336. | $382 | Unreviewed |
| 337. | $354 | Unreviewed |
| 338. | $327 | Unreviewed |
| 339. | $220 | Unreviewed |
| 340. | $218 | Unreviewed |
| 341. | $203 | Unreviewed |
| 342. | $200 | Unreviewed |
| 343. | $168 | Unreviewed |
| 344. | $163 | Unreviewed |
| 345. | $100 | Unreviewed |
| 346. | $86 | Unreviewed |
| 347. | $86 | Unreviewed |
| 348. | $75 | Unreviewed |
| 349. | $59 | Unreviewed |
| 350. | $59 | Unreviewed |
| 351. | $53 | Unreviewed |
| 352. | $50 | Unreviewed |
| 353. | $46 | Unreviewed |
| 354. | $26 | Unreviewed |
| 355. | $14 | Unreviewed |
| 356. | $6 | Unreviewed |
| 357. | $5 | Unreviewed |
| 358. | $4 | Unreviewed |
| 359. | $4 | Unreviewed |
| 360. | $4 | Unreviewed |
| 361. | $4 | Unreviewed |
| 362. | $4 | Unreviewed |
| 363. | $3 | Unreviewed |
| 364. | $3 | Unreviewed |

Exhibit | List of Agencies

| Number | 12/31/2019 Balance ($) | Categorization |
|---|---|---|
| 365. | $3 | Unreviewed |
| 366. | $2 | Unreviewed |
| 367. | $2 | Unreviewed |
| 368. | $1 | Unreviewed |
| 369. | $1 | Unreviewed |
| 370. | $0 | Unreviewed |
| 371. | $0 | Unreviewed |
| 372. | $0 | Unreviewed |
| 373. | $0 | Unreviewed |
| 374. | $0 | Unreviewed |
| 375. | $0 | Unreviewed |
| 376. | $0 | Unreviewed |
| 377. | $0 | Unreviewed |
| 378. | $0 | Unreviewed |
| 379. | $0 | Unreviewed |
| 380. | $0 | Unreviewed |
| 381. | $0 | Unreviewed |
| 382. | $0 | Unreviewed |
| 383. | $0 | Unreviewed |
| 384. | $0 | Unreviewed |
| 385. | $0 | Unreviewed |
| 386. | $0 | Unreviewed |
| 387. | $0 | Unreviewed |
| 388. | $0 | Unreviewed |
| 389. | $0 | Unreviewed |
| 390. | $0 | Unreviewed |
| 391. | $0 | Unreviewed |
| 392. | $0 | Unreviewed |
| 393. | $0 | Unreviewed |
| 394. | $0 | Unreviewed |
| 395. | $0 | Unreviewed |
| 396. | $0 | Unreviewed |
| 397. | $0 | Unreviewed |
| 398. | $0 | Unreviewed |
| 399. | $0 | Unreviewed |
| 400. | $0 | Unreviewed |
| 401. | $0 | Unreviewed |

Exhibit | List of Agencies

| Number | 12/31/2019 Balance ($) | Categorization |
|---|---|---|
| 402. | $0 | Unreviewed |
| 403. | $0 | Unreviewed |
| 404. | $0 | Unreviewed |
| 405. | $0 | Unreviewed |
| 406. | $0 | Unreviewed |
| 407. | $0 | Unreviewed |
| 408. | $0 | Unreviewed |
| 409. | $0 | Unreviewed |
| 410. | $0 | Unreviewed |
| 411. | $0 | Unreviewed |
| 412. | $0 | Unreviewed |
| 413. | $0 | Unreviewed |
| 414. | $0 | Unreviewed |
| 415. | $0 | Unreviewed |
| 416. | $0 | Unreviewed |
| 417. | $0 | Unreviewed |
| 418. | $0 | Unreviewed |
| 419. | $0 | Unreviewed |
| 420. | $0 | Unreviewed |
| 421. | $0 | Unreviewed |
| 422. | $0 | Unreviewed |
| 423. | $0 | Unreviewed |
| 424. | $0 | Unreviewed |
| 425. | $0 | Unreviewed |
| 426. | $0 | Unreviewed |
| 427. | $0 | Unreviewed |
| 428. | $0 | Unreviewed |
| 429. | $0 | Unreviewed |
| 430. | $0 | Unreviewed |
| 431. | $0 | Unreviewed |
| 432. | $0 | Unreviewed |
| 433. | $(8)[5] | Unreviewed |
| 434. | Pending[6] | Unreviewed |
| 435. | Pending | Unreviewed |

---

[5] Negative balance due to overdraft fees.
[6] Pending confirmation of balance as of December 31, 2019.

Exhibit | List of Agencies

| Number | 12/31/2019 Balance ($) | Categorization |
|---|---|---|
| 436. | Pending | Unreviewed |
| 437. | Pending | Unreviewed |
| 438. | Pending | Unreviewed |
| 439. | Pending | Unreviewed |
| 440. | Pending | Unreviewed |
| 441. | Pending | Unreviewed |
| 442. | Pending | Unreviewed |
| 443. | Pending | Unreviewed |
| 444. | Pending | Unreviewed |
| 445. | Pending | Unreviewed |
| 446. | Pending | Unreviewed |
| 447. | Pending | Unreviewed |
| 448. | Pending | Unreviewed |
| 449. | Pending | Unreviewed |
| 450. | Pending | Unreviewed |
| 451. | Pending | Unreviewed |
| 452. | Pending | Unreviewed |
| 453. | Pending | Unreviewed |
| 454. | Pending | Unreviewed |
| 455. | Pending | Unreviewed |
| 456. | Pending | Unreviewed |
| 457. | Pending | Unreviewed |
| 458. | Pending | Unreviewed |
| 459. | Pending | Unreviewed |
| 460. | Pending | Unreviewed |
| 461. | Pending | Unreviewed |
| 462. | Pending | Unreviewed |
| 463. | Pending | Unreviewed |
| 464. | Pending | Unreviewed |
| 465. | Pending | Unreviewed |
| 466. | Pending | Unreviewed |
| 467. | Pending | Unreviewed |
| 468. | Pending | Unreviewed |
| 469. | Pending | Unreviewed |
| 470. | Pending | Unreviewed |

Exhibit | List of Agencies

**ERS:**

| Number | 12/31/2019 Balance ($) | Categorization |
|---|---|---|
| 1. | $126,269,924 | **Asserted to be Restricted: Third Party Contract** – investment proceeds subject to ERS bondholder litigation[7] |
| 2. | $110,153,585 | **Asserted to be Restricted: Third Party Contract** – investment proceeds subject to ERS bondholder litigation |
| 3. | $94,434,302 | **Asserted to be Restricted: Third Party Contract** – inconclusive funds subject to ERS bondholder litigation |
| 4. | $64,656,121 | **Asserted to be Restricted: Third Party Contract** – inconclusive funds subject to ERS bondholder litigation |
| 5. | $24,056,354 | **Asserted to be Restricted: Third Party Contract** – investment proceeds subject to ERS bondholder litigation |
| 6. | $2,030,681 | Unreviewed[8] |
| 7. | $1,753,551 | Unreviewed |
| 8. | $1,280,166 | Unreviewed |
| 9. | $335,968 | Unreviewed |
| 10. | $79,243 | Unreviewed |
| 11. | $67,650 | Unreviewed |
| 12. | $20,994 | Unreviewed |
| 13. | $2,251 | Unreviewed |
| 14. | $0 | Unreviewed |
| 15. | $0 | Unreviewed |
| 16. | $0 | Unreviewed |
| 17. | $0 | Unreviewed |
| 18. | $0 | Unreviewed |
| 19. | $0 | Unreviewed |
| 20. | $0 | Unreviewed |
| 21. | Pending[9] | Unreviewed |
| 22. | Pending | Unreviewed |

---

[7] All of the ERS accounts that are asserted to be restricted relate to funds that are subject to litigation with ERS bondholders regarding scope of ERS bondholders' security interest (Adv. Proc. Nos. 19-00366-LTS and 19-00367-LTS).

[8] Only the accounts with balance greater than $6.9 million were reviewed for restriction assessment. As of December 31, 2019, the accounts with balances greater than $6.9 million and therefore reviewed for restriction status represented approximately $419.6 million of the total $425.1 million, or 98.7% of funds held at the ERS accounts. The accounts that have not been reviewed based on the amount threshold are presented in gray boxes.

[9] Pending confirmation of balance as of December 31, 2019.

Exhibit | List of Agencies

**PBA:**

| Number | 12/31/2019 Balance ($) | Categorization |
|---|---|---|
| 1. | $41,111,378 | Unrestricted |
| 2. | $12,909,833 | Unrestricted |
| 3. | $12,582,009 | Unrestricted |
| 4. | $8,939,969 | Unrestricted |
| 5. | $7,455,745 | **Restricted: Federal Funds** – FEMA disaster relief funds |
| 6. | $6,218,619 | Unreviewed[10] |
| 7. | $5,823,046 | Unreviewed |
| 8. | $3,963,144 | Unreviewed |
| 9. | $3,211,241 | Unreviewed |
| 10. | $1,416,854 | Unreviewed |
| 11. | $103,056 | Unreviewed |
| 12. | $74,749 | Unreviewed |
| 13. | $10,050 | Unreviewed |
| 14. | $9,288 | Unreviewed |
| 15. | $6,792 | Unreviewed |
| 16. | $4,576 | Unreviewed |
| 17. | $1,821 | Unreviewed |
| 18. | $1,291 | Unreviewed |
| 19. | $965 | Unreviewed |
| 20. | $500 | Unreviewed |
| 21. | $343 | Unreviewed |
| 22. | $0 | Unreviewed |
| 23. | $0 | Unreviewed |
| 24. | $0 | Unreviewed |
| 25. | $0 | Unreviewed |
| 26. | $0 | Unreviewed |
| 27. | $0 | Unreviewed |
| 28. | $0 | Unreviewed |
| 29. | $0 | Unreviewed |
| 30. | $0 | Unreviewed |

---

[10] Only the accounts with balance greater than $6.9 million were reviewed for restriction assessment. As of December 31, 2019, the accounts with balances greater than $6.9 million and therefore reviewed for restriction status represented approximately $83.0 million of the total $103.8 million, or 79.9% of funds held at the PBA accounts. The accounts that have not been reviewed based on the amount threshold are presented in gray boxes.

Exhibit | List of Agencies

| Number | 12/31/2019 Balance ($) | Categorization |
|---|---|---|
| 31. | $0 | Unreviewed |
| 32. | $0 | Unreviewed |
| 33. | $0 | Unreviewed |
| 34. | Pending[11] | Unreviewed |
| 35. | Pending | Unreviewed |

---

[11] Pending confirmation of balance as of December 31, 2019.