**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br><br><br>**Re: ECF No. 10839 & 11777** |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3566-LTS<br><br>(Jointly Administered)<br><br><br><br>**Re: ECF Nos. 810 & 816** |

**NOTICE OF FILING SPANISH TRANSLATION OF RETURN DATE NOTICE AND REMINDER NOTICE IN CONNECTION WITH REVISED PROPOSED ORDER (A) ESTABLISHING PRE-SOLICITATION PROCEDURES FOR CERTAIN HOLDERS OF RETIREMENT BENEFIT CLAIMS, (B) ESTABLISHING PROCEDURES AND DEADLINES FOR SUBMISSION OF INFORMATION NECESSARY FOR SOLICITATION OF ACCEPTANCE OR REJECTION OF PLAN OF ADJUSTMENT, AND (C) APPROVING FORM AND MANNER OF NOTICE THEREOF**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**PLEASE TAKE NOTICE** that, on February 11, 2020, the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") filed the *Motion of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico for an Order (A) Establishing Pre-Solicitation Procedures for Certain Holders of Retirement Benefit Claims, (B) Establishing Procedures and Deadlines for Submission of Information Necessary for Solicitation of Acceptance or Rejection of Plan of Adjustment by Such Claimants, and (C) Approving Form and Manner of Notice Thereof* **[Case No. 17-3283, ECF No. 10839, Case No. 17-3566, ECF No. 810]** (the "Motion").

**PLEASE TAKE NOTICE** that, on February 26, 2020, the Oversight Board filed the *Notice of Submission of Revised Proposed Order (A) Establishing Pre-Solicitation Procedures For Certain Holders Of Retirement Benefit Claims, (B) Establishing Procedures And Deadlines For Submission Of Information Necessary For Solicitation Of Acceptance Or Rejection Of Plan Of Adjustment, And (C) Approving Form And Manner Of Notice Thereof* **[Case No. 17- -3283, ECF No. 11777, Case No. 17- 3566, ECF No. 816]** (the "Revised Proposed Order").

**PLEASE TAKE FURTHER NOTICE** that with this notice, the Oversight Board is filing a Spanish translation of the Return Date Notice[2] and Reminder Notice (which are attached to the Revised Proposed Notice), attached hereto as **Exhibit A** (the "Translation").

WHEREFORE, the Debtor respectfully requests the Court (a) take notice of the above and accept the attached Translation, (b) to enter the Revised Proposed Order granting the relief requested in the Motion, and (c) to grant the Debtors such other relief as is just and proper

| | |
|---|---|
| Dated: March 2, 2020<br>San Juan, Puerto Rico | Respectfully submitted,<br><br>/s/ Brian S. Rosen |

---

[2] All undefined terms herein shall have the meaning ascribed to them in the Motion.

Martin J. Bienenstock (admitted *pro hac vice*)
Brian S. Rosen (admitted *pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036 Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

/s/ Hermann D. Bauer

Hermann D. Bauer
USDC No. 215205
O'NEILL & BORGES LLC
205 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-1813
Fax: (787) 753-8944

*Co-Attorney for the Financial Oversight and Management Board as representative for the Debtors*

3

## Exhibit A

**Translation of Return Date Notice and Reminder Notice**

## Anexo 1-A

**Notificación relativa a Fechas de Remisión**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| *In re*: <br><br> JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO <br><br> como representante de <br><br> ESTADO LIBRE ASOCIADO DE PUERTO RICO *et al*, <br><br> Deudor.[1] | PROMESA, Título III <br><br> Núm. 17 BK 3283-LTS <br><br> (Administrada conjuntamente) |
| *In re*: <br><br> JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, <br><br> como representante de <br><br> SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO. <br><br> Deudor. | PROMESA, Título III <br><br> Caso Núm. 17 BK 3566-LTS <br><br> (Administrada conjuntamente) |

**NOTIFICACIÓN DE LA FECHA LÍMITE PARA RADICAR FORMULARIOS DE INFORMACIÓN RELATIVOS A LOS BENEFICIARIOS DE RETIRO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL <u>GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO</u>**

**DIRIGIDA A TODOS LOS PARTICIPANTES DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO ("SRE"), EL SISTEMA DE RETIRO DE LA RAMA JUDICIAL DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO ("SRJ"), Y EL SISTEMA DE RETIRO PARA MAESTROS DE PUERTO RICO ("SRM"); TOME NOTA DE LO SIGUIENTE:**

---

[1] Los Deudores en las causas radicadas conforme al Título III, junto con las causas individuales de cada Deudor en virtud del mismo título, y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, según correspondan, son: (i) el Estado Libre Asociado de Puerto Rico (Causa de Quiebra Núm. 17-BK-3283-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("<u>COFINA</u>") (Causa de Quiebra Núm. 17-BK-3284-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); (iii) la Autoridad de Carreteras y Transportación de Puerto Rico ("<u>ACT</u>") (Causa de Quiebra Núm. 17-BK-3567-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("<u>SRE</u>") (Causa de Quiebra Núm. 17-BK-3566-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); (v) la Autoridad de Energía Eléctrica de Puerto Rico ("<u>AEE</u>") (Causa de Quiebra Núm. 17-BK-4780-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); y (vi) la Autoridad de Edificios Públicos de Puerto Rico ("<u>AEP</u>") (Causa de Quiebra Núm. 19-BK-5523-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3801) (Los números de las causas radicadas conforme al Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).

La Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión") ha radicado el *Plan de Ajuste Conjunto del Estado Libre Asociado de Puerto Rico, et al. elaborado conforme al Título III* [Caso núm. 17-BK-3283, ECF núm. 8765] (denominado, en su versión periódicamente modificada e incluidos todos sus anexos, el "Plan") y la correspondiente declaración de divulgación [Causa núm. 17-BK-3283, ECF núm. 8766] (denominada, en su versión periódicamente modificada e incluidos todos sus anexos, la "Declaración de Divulgación")[2] de conformidad con la cual el Estado Libre Asociado de Puerto Rico (el "ELA") (junto con el SRE, los "Deudores") y la Autoridad de Edificios Públicos de Puerto Rico ("AEP") pretenden ajustar sus deudas conforme al Título III de la *Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico*.[3]

Con el fin de solicitar cierta información a determinados titulares de reclamos relativos a beneficios de retiro ("Empleados Demandantes")[4] para los cuales los Deudores cuentan con información incompleta u obsoleta, la Junta de Supervisión está remitiendo la presente notificación (la "Notificación"), y está divulgando dicha Notificación en publicaciones de amplia difusión dirigidas a las personas que residen o residieron alguna vez en el ELA.

**Usted podría ser un participante o exparticipante en el SRE, el SRJ o el SRM, y es posible que tenga la obligación de radicar un formulario que contenga la información que los Deudores necesitan en la actualidad (el "Formulario de Información"); la información incluye:** (a) nombre; (b) dirección postal; (c) dirección de correo electrónico; (d) fecha de nacimiento; (e) sexo; (f) número del seguro social[5]; y (g) información laboral (conjuntamente, la "Información Solicitada"). Los Deudores solicitan que, de ser posible, usted radique su Formulario de Información de forma electrónica en el sitio web alojado por el agente de reclamos y solicitudes de los Deudores, Prime Clerk LLC (el "Agente de Reclamos"): https://cases.primeclerk.com/PRRetirementBenefit/EPOC-Index.

---

[2] Los Deudores y la AEP tienen previsto radicar un Plan y una Declaración de Divulgación enmendados el 28 de febrero de 2020 o antes.

[3] PROMESA ha sido codificada en el Título 48 U.S.C., §§ 2101 a 2241. El número de Clase que contenga los reclamos relativos a beneficios de retiro podría ser modificado en dicho documento.

[4] En el Plan radicado en el marco de la Causa núm. 17-BK-3283, ECF núm. 8765, la Clase 25 corresponde a los reclamos de los Empleados Demandantes. El/los número(s) de Clase que contiene(n) los reclamos de los Empleados Demandantes podrían cambiar en cualquier Plan radicado con posterioridad.

[5] Los Deudores necesitan los últimos cuatro dígitos de los números del seguro social de los demandantes para determinar qué datos laborales corresponden a cada demandante.

**SÍNTESIS: PRINCIPALES CONSIDERACIONES**

- El presente documento constituye una notificación legal en lo relativo a las causas del ELA y del SRE radicadas conforme al Título III.

- **La Síntesis de esta página describe los principales términos del presente documento. Lea detenidamente todo el documento para obtener información más detallada.**

- En el marco de la Causa radicada conforme al Título III de PROMESA, es posible que determinados beneficiarios del ELA y del SRE tengan derecho a votar sobre un plan de ajuste radicado por el ELA y el SRE. Para que los Deudores puedan reducir el número de paquetes de solicitud devueltos por no haber sido entregados, y para asegurar que los montos de reclamos relativos a dichos beneficiarios se calculen correctamente, los Deudores solicitan que determinados demandantes radiquen un Formulario de Información que contenga la Información Solicitada. El presente documento explica cómo radicar Formularios de Información.

- El plan de ajuste es un documento que explica cómo los Deudores proponen pagar los montos que adeudan a sus acreedores. Los acreedores podrán consultar dicho plan visitando el siguiente enlace: https://cases.primeclerk.com/puertorico/.

- **Si tiene que radicar un Formulario de Información, deberá hacerlo antes del <u>7 de mayo de 2020, a las 04:00 p.m., (AST)</u>**. El Formulario de Información se proporciona con el presente documento.

- Podrá radicar los Formularios de Información (a) de forma electrónica a través del sitio web del Agente de Reclamos en https://cases.primeclerk.com/PRRetirementBenefit/EPOC-Index, o (b) por correo o personalmente en la dirección que se indica en la sección 5 del presente documento. **Los Deudores solicitan que, de ser posible, radique su Formulario de Información de forma electrónica a través del sitio web del Agente de Reclamos**.

- Si tras leer el presente documento necesita información adicional sobre esta Notificación, podrá ponerse en contacto con el Agente de Reclamos llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o al (646) 486-7944 (si llama desde el extranjero), entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español), o por correo electrónico escribiendo a puertoricoinfo@primeclerk.com. Tenga en cuenta que las personas que contestan a las llamas telefónicas no pueden brindar asesoramiento jurídico. Si tiene alguna pregunta sobre los derechos que le brinda la ley, por ejemplo, si tiene la obligación de radicar un Formulario de Información, consulte a un abogado.

3

**Sección 1: Fecha de Remisión**

El _____ de 2020, el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "Tribunal de Distrito") emitió una orden (la "Orden de Procedimientos Anteriores a la Solicitud") en el marco de las Causas de los Deudores radicadas conforme al Título III, en la que fijó como fecha límite para radicar los Formularios de Información **el 7 de mayo de 2020** a las **04:00 p.m. (AST)** (la "Fecha de Remisión").

**Sección 2: Quién DEBE radicar un Formulario de Información**

Si es usted un Empleado Demandante, **DEBE** radicar un **Formulario de Información**; de lo contrario es posible que los Deudores no puedan solicitar su voto sobre el plan de ajuste radicado por la Junta de Supervisión en nombre de los Deudores.

**Los que posean posibles reclamos contra los Deudores deberían consultar con un abogado si tienen alguna pregunta sobre la presente Notificación, incluyendo si tienen que radicar un Formulario de Información.**

**Sección 3: Consecuencia de no radicar un Formulario de Información antes de la Fecha de Remisión**

**LOS TITULARES DE RECLAMOS QUE NO RADIQUEN DENTRO DE LOS PLAZOS ESTABLECIDOS UN FORMULARIO DE INFORMACIÓN PODRÍAN NO RECIBIR LAS PAPELETAS PARA VOTAR SOBRE EL PLAN DE LOS DEUDORES, EN CUYO CASO SE LES IMPEDIRÁ ADUCIR QUE LOS PROCEDIMIENTOS DE SOLICITUD VINCULADOS CON EL PLAN EN LO REFERIDO A LOS RECLAMOS QUE POSEAN LOS BENEFICIARIOS DE RETIRO FUERON INADECUADOS.**

**Sección 4: Lo que hay que radicar**

Cada Formulario de Información, para que se considere radicado correctamente conforme a la presente Notificación: (i) estará redactado en inglés o en español; (ii) incluirá una firma original o electrónica del reclamante o de un agente autorizado de este; y (iii) se ajustará en sus aspectos esenciales al Formulario de Información aprobado por la Orden de Procedimientos Anteriores a la Solicitud.

Podrá obtener y radicar el Formulario de Información a través del siguiente sitio web creado y mantenido por el Agente de Reclamos: https://cases.primeclerk.com/puertorico/.

**Sección 5: Dónde y cómo radicarlo**

Todos los Formularios de Información se radicarán al agente de reclamos y notificaciones, Prime Clerk LLC (el "Agente de Reclamos") conforme a los procedimientos que figuran en el presente documento, **de tal modo que se reciban efectivamente** en la Fecha de Remisión o antes.

Los Formularios de Información podrán radicarse a través de cualquiera de los siguientes métodos:

(i) **De forma electrónica**, cumplimentando el Formulario de Información en el sitio web del Agente de Reclamos: https://cases.primeclerk.com/PRRetirementBenefit/EPOC-Index;

(ii) Si se entrega **por un servicio de correo prioritario (*first class mail*)**, en la siguiente dirección: Puerto Rico Retirement Benefit Information Processing Center, c/o Prime Clerk LLC, Grand Central Station, PO Box 4708, New York, NY 10163-4708;

(iii) Si se entrega **por una mensajería 24 horas (*overnight courier*)**, en la siguiente dirección: Puerto Rico Retirement Benefit Information Processing Center, c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232; o

(iv) Si se entrega **personalmente**, a cualquiera de las siguientes direcciones: (a) Puerto Rico Retirement Benefit Information Processing Center, c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232; o (b) las siguientes ubicaciones en el ELA, disponibles en los días y horarios que se indican a continuación:

| **Ubicaciones en el ELA que aceptan formularios de información mediante entrega a la mano[6]** Todas las ubicaciones están disponibles del [    ] al [    ] (excepto los fines de semana y los feriados judiciales) | |
|---|---|
| Dirección | Horario (AST) |
| José V. Toledo Federal Building & US Courthouse Clerk's Office 300 Recinto Sur Street San Juan, PR 00901 | L a V 8:00 a. m. a 5:00 p. m. |
| Federico Degetau Federal Building and Clemente Ruiz Nazario U.S. Courthouse Clerk's Office 150 Carlos Chardón Street, San Juan, Puerto Rico, 00918-1767 | L a V 8:30 a. m. a 3:30 p. m. |
| MCS Building, Suite 222 A Bankruptcy Court Clerk's Office 880 Tito Castro Avenue Ponce, PR 00716-4732 | L a V 8:00 a. m. a 5:00 p. m. |
| Aerotek Añasco Bianca Convention Center Carr 2 KM 143, Suite 3 Añasco, PR 00610 | L a V 8:30 a. m. a 5:00 p. m. |
| Oceana HUB Center 2 Calle Acerina Caguas, PR 00725 | L a V 8:30 a. m. a 5:00 p. m. |

Los formularios de Información que se envíen por fax, telecopia o correo electrónico no serán aceptados; no obstante, dichos formularios podrán radicarse a través del sitio web de Prime Clerk: https://cases.primeclerk.com/PRRetirementBenefit/EPOC-Index.

*Los Deudores solicitan que, de ser posible, radique su Formulario de Información de forma electrónica a través del sitio web del Agente de Reclamos.*

---

[6] Los deudores se reservan el derecho de cambiar las ubicaciones que aceptan evidencias de reclamos mediante entrega personal.

5

**Sección 6: Información adicional**

Podrá descargar y consultar de manera gratuita la Orden de Procedimientos Anteriores a la Solicitud en el sitio web del Agente de Reclamos, https://cases.primeclerk.com/puertorico/.

Si necesita obtener información adicional sobre esta Notificación, podrá ponerse en contacto con el Agente de Reclamos llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o al (646) 486-7944 (si llama desde el extranjero), entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español), o por correo electrónico a puertoricoinfo@primeclerk.com.

Fecha: __ de marzo de 2020

**Notificación relativa a Fechas de Remisión: traducción al español**

[Se proveerá traducción al español]

**<u>Anexo 1-B</u>**
**Notificación de Recordatorio**

Case:17-03283-LTS Doc#:11956 Filed:03/02/20 Entered:03/02/20 16:08:47 Desc: Main Document Page 13 of 20

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| *In re*: <br><br> JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO <br><br> como representante de <br><br> ESTADO LIBRE ASOCIADO DE PUERTO RICO *et al.*, <br><br> Deudor.[1] | PROMESA, Título III <br><br><br> Núm. 17 BK 3283-LTS <br><br> (Administrada conjuntamente) |
| *In re*: <br><br> JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, <br><br> como representante de <br><br> SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO. <br><br> Deudor. | PROMESA, Título III <br><br><br> Caso Núm. 17 BK 3566-LTS <br><br> (Administrada conjuntamente) |

**NOTIFICACIÓN DE LA FECHA LÍMITE PARA RADICAR FORMULARIOS DE INFORMACIÓN RELATIVOS A LOS BENEFICIARIOS DE RETIRO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO**

# RECORDATORIO FINAL

---

[1] Los Deudores en las causas radicadas conforme al Título III, junto con las causas individuales de cada Deudor en virtud del mismo título, y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, según correspondan, son: (i) el Estado Libre Asociado de Puerto Rico (Causa de Quiebra Núm. 17-BK-3283-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Causa de Quiebra Núm. 17-BK-3284-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); (iii) la Autoridad de Carreteras y Transportación de Puerto Rico ("ACT") (Causa de Quiebra Núm. 17-BK-3567-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") (Causa de Quiebra Núm. 17-BK-3566-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); (v) la Autoridad de Energía Eléctrica de Puerto Rico ("AEE") (Causa de Quiebra Núm. 17-BK-4780-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); y (vi) la Autoridad de Edificios Públicos de Puerto Rico ("AEP") (Causa de Quiebra Núm. 19-BK-5523-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3801) (Los números de las causas radicadas conforme al Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).

**DIRIGIDA A TODOS LOS PARTICIPANTES EN EL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO ("SRE"), EL SISTEMA DE RETIRO DE LA RAMA JUDICIAL DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO ("SRJ"), Y EL SISTEMA DE RETIRO PARA MAESTROS DE PUERTO RICO ("SRM"); TOME NOTA DE LO SIGUIENTE:**

La Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión") ha radicado el *Plan de Ajuste Conjunto del Estado Libre Asociado de Puerto Rico, et al. elaborado conforme al Título III* [Caso núm. 17-BK-3283, ECF núm. 8765] (denominado, en su versión periódicamente modificada e incluidos todos sus anexos, el "Plan") y la correspondiente declaración de divulgación [Causa núm. 17-BK-3283, ECF núm. 8766] (denominada, en su versión periódicamente modificada e incluidos todos sus anexos, la "Declaración de Divulgación")[1] de conformidad con la cual el Estado Libre Asociado de Puerto Rico (el "ELA") (junto con el SRE, los "Deudores") y la Autoridad de Edificios Públicos de Puerto Rico ("AEP") pretenden ajustar sus deudas conforme al Título III de la *Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico*.[2]

Con el fin de solicitar cierta información a determinados titulares de reclamos relativos a beneficios de retiro ("Empleados Demandantes")[3] para los cuales los Deudores cuentan con información incompleta u obsoleta, la Junta de Supervisión está remitiendo la presente notificación (la "Notificación"), y está divulgando dicha Notificación en publicaciones de amplia difusión dirigidas a las personas que residen o residieron alguna vez en el ELA.

**Usted podría ser un participante o exparticipante en el SRE, el SRJ o el SRM, y es posible que tenga la obligación de radicar un formulario que contenga la información que los Deudores necesitan en la actualidad (el "Formulario de Información");** la información incluye: (a) nombre; (b) dirección postal; (c) dirección de correo electrónico; (d) fecha de nacimiento; (e) sexo; (f) número del seguro social[4]; y (g) información laboral (conjuntamente, la "Información Solicitada"). Los Deudores solicitan que, de ser posible, usted radique su Formulario de Información de forma electrónica en el sitio web alojado por el agente de reclamos y solicitudes de los Deudores, Prime Clerk LLC (el "Agente de Reclamos"): https://cases.primeclerk.com/PRRetirementBenefit/EPOC-Index.

---

[1] Los Deudores y la AEP tienen previsto radicar un Plan y una Declaración de Divulgación enmendados el 28 de febrero de 2020 o antes.

[2] PROMESA ha sido codificada en el Título 48 U.S.C., §§ 2101 a 2241. El número de Clase que contenga los reclamos relativos a beneficios de retiro podría ser modificado en dicho documento.

[3] En el Plan radicado en el marco de la Causa núm. 17-BK-3283, ECF núm. 8765, la Clase 25 corresponde a los reclamos de los Empleados Demandantes. El/los número(s) de Clase que contiene(n) los reclamos de los Empleados Demandantes podrían cambiar en cualquier Plan radicado con posterioridad.

[4] Los Deudores necesitan los últimos cuatro dígitos de los números del seguro social de los demandantes para determinar qué datos laborales corresponden a cada demandante.

**SÍNTESIS: PRINCIPALES CONSIDERACIONES**

- El presente documento constituye una notificación legal en lo relativo a las causas del ELA y del SRE radicadas conforme al Título III.

- **La Síntesis de esta página describe los principales términos del presente documento. Lea detenidamente todo el documento para obtener información más detallada.**

- En el marco de la Causa radicada conforme al Título III de PROMESA, es posible que determinados beneficiarios del ELA y del SRE tengan derecho a votar sobre un plan de ajuste radicado por el ELA y el SRE. Para que los Deudores puedan reducir el número de paquetes de solicitud devueltos por no haber sido entregados, y para asegurar que los montos de reclamos relativos a dichos beneficiarios se calculen correctamente, los Deudores solicitan que determinados demandantes radiquen un Formulario de Información que contenga la Información Solicitada. El presente documento explica cómo radicar Formularios de Información.

- El plan de ajuste es un documento que explica cómo los Deudores proponen pagar los montos que adeudan a sus acreedores. Los acreedores podrán consultar dicho plan visitando el siguiente enlace: https://cases.primeclerk.com/puertorico/.

- **Si tiene que radicar un Formulario de Información, deberá hacerlo antes del 7 de mayo de 2020, a las 04:00 p.m. (AST)**. El Formulario de Información se proporciona con el presente documento.

- Podrá radicar los Formularios de Información (a) de forma electrónica a través del sitio web del Agente de Reclamos en https://cases.primeclerk.com/PRRetirementBenefit/EPOC-Index, o (b) por correo o personalmente en la dirección proporcionada en la sección 5 del presente documento. **Los Deudores solicitan que, de ser posible, radique su Formulario de Información de forma electrónica a través del sitio web del Agente de Reclamos**.

- Si tras leer el presente documento necesita información adicional sobre esta Notificación, podrá ponerse en contacto con el Agente de Reclamos llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o al (646) 486-7944 (si llama desde el extranjero), entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español), o por correo electrónico escribiendo a puertoricoinfo@primeclerk.com. Tenga en cuenta que las personas que contestan a las llamas telefónicas no pueden brindar asesoramiento jurídico. Si tiene alguna pregunta sobre los derechos que le brinda la ley, por ejemplo, si tiene la obligación de radicar un Formulario de Información, consulte a un abogado.

**Sección 1: Fecha de Remisión**

El _____ de 2020, el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "Tribunal de Distrito") emitió una orden (la "Orden de Procedimientos Anteriores a la Solicitud") en el marco de las Causas de los Deudores radicadas conforme al Título III, en la que fijó como fecha límite para radicar los Formularios de Información **el 7 de mayo de 2020** a las **04:00 p.m. (AST)** (la "Fecha de Remisión").

**Sección 2: Quién DEBE radicar un Formulario de Información**

Si es usted un Empleado Demandante, **DEBE** radicar un **Formulario de Información**; de lo contrario es posible que los Deudores no puedan solicitar su voto sobre el plan de ajuste radicado por la Junta de Supervisión en nombre de los Deudores.

**Los que posean posibles reclamos contra los Deudores deberían consultar con un abogado si tienen alguna pregunta sobre la presente Notificación, por ejemplo, para saber si tienen que radicar un Formulario de Información.**

**Sección 3: Consecuencia de no radicar un Formulario de Información antes de la Fecha de Remisión**

**LOS TITULARES DE RECLAMOS QUE NO RADIQUEN DENTRO DE LOS PLAZOS ESTABLECIDOS UN FORMULARIO DE INFORMACIÓN PODRÍAN NO RECIBIR LAS PAPALETAS PARA VOTAR SOBRE EL PLAN DE LOS DEUDORES, EN CUYO CASO SE LES IMPEDIRÁ ADUCIR QUE LOS PROCEDIMIENTOS DE SOLICITUD VINCULADOS CON EL PLAN EN LO REFERIDO A LOS RECLAMOS QUE POSEAN LOS BENEFICIARIOS DE RETIRO FUERON INADECUADOS.**

**Sección 4: Lo que hay que radicar**

Cada Formulario de Información, para que se considere radicado correctamente conforme a la presente Notificación: (i) estará redactado en inglés o en español; (ii) incluirá una firma original o electrónica del demandante o de un agente autorizado de este; y (iii) se ajustará en sus aspectos esenciales al Formulario de Información aprobado por la Orden de Procedimientos Anteriores a la Solicitud.

Podrá obtener y radicar el Formulario de Información a través del siguiente sitio web creado y mantenido por el Agente de Reclamos: https://cases.primeclerk.com/puertorico/.

**Sección 5: Dónde y cómo radicarlo**

Todos los Formularios de Información se radicarán ante el agente de reclamos y notificaciones, Prime Clerk LLC (el "Agente de Reclamos") conforme a los procedimientos que figuran en el presente documento, **de tal modo que se reciban efectivamente** en la Fecha de Remisión o antes.

Los Formularios de Información podrán radicarse a través de cualquiera de los siguientes métodos:

(i) **De forma electrónica**, cumplimentando el Formulario de Información en el sitio web del Agente de Reclamos: https://cases.primeclerk.com/PRRetirementBenefit/EPOC-Index;
(ii) Si se entrega **por un servicio de correo prioritario (*first class mail*)**, en la siguiente dirección: Puerto Rico Retirement Benefit Information Processing Center, c/o Prime Clerk LLC, Grand Central Station, PO Box 4708, New York, NY 10163-4708;
(iii) Si se entrega **por una mensajería 24 horas (*overnight courier*)**, en la siguiente dirección: Puerto Rico Retirement Benefit Information Processing Center, c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232; o

4

(iv)  Si se entrega **personalmente**, a cualquiera de las siguientes direcciones: a) Puerto Rico Retirement Benefit Information Processing Center, c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232; o b) las siguientes ubicaciones en el ELA, disponibles en los días y horarios que se indican a continuación:

| **Ubicaciones en el ELA que aceptan formularios de información mediante entrega a la mano[6]** <br> Todas las ubicaciones están disponibles del [＿＿] al [＿＿] <br> (excepto los fines de semana y los feriados judiciales) ||
|---|---|
| Dirección | Horario (AST) |
| José V. Toledo Federal Building & US Courthouse <br> Clerk's Office <br> 300 Recinto Sur Street <br> San Juan, PR 00901 | L a V <br> 8:00 a. m. <br> a <br> 5:00 p. m. |
| Federico Degetau Federal Building and Clemente Ruiz Nazario U.S. Courthouse <br> Clerk's Office <br> 150 Carlos Chardón Street, <br> San Juan, Puerto Rico, 00918-1767 | L a V <br> 8:30 a. m. <br> a <br> 3:30 p. m. |
| MCS Building, Suite 222 A <br> Bankruptcy Court Clerk's Office <br> 880 Tito Castro Avenue <br> Ponce, PR 00716-4732 | L a V <br> 8:00 a. m. <br> a <br> 5:00 p. m. |
| Aerotek Añasco <br> Bianca Convention Center <br> Carr 2 KM 143, Suite 3 <br> Añasco, PR 00610 | L a V <br> 8:30 a. m. <br> a <br> 5:00 p. m. |
| Oceana HUB Center <br> 2 Calle Acerina <br> Caguas, PR 00725 | L a V <br> 8:30 a. m. <br> a <br> 5:00 p. m. |

---

[6] Los deudores se reservan el derecho de cambiar las ubicaciones que aceptan evidencias de reclamos mediante entrega personal.

4

Los formularios de Información que se envíen por fax, telecopia o correo electrónico no serán aceptados; no obstante, dichos formularios podrán radicarse a través del sitio web de Prime Clerk: https://cases.primeclerk.com/PRRetirementBenefit/EPOC-Index.

*Los Deudores solicitan que, de ser posible, radique su Formulario de Información de forma electrónica a través del sitio web del Agente de Reclamos.*

**Sección 6: Información adicional**

Podrá descargar y consultar, de manera gratuita, la Orden de Procedimientos Anteriores a la Solicitud, desde el sitio web del Agente de Reclamos, https://cases.primeclerk.com/puertorico/.

Si necesita obtener información adicional sobre esta Notificación, podrá ponerse en contacto con el Agente de Reclamos llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o al (646) 486-7944 (si llama desde el extranjero), entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español), o por correo electrónico escribiendo a puertoricoinfo@primeclerk.com.

Fecha: __ de marzo de 2020

5

**Notificación de Recordatorio: traducción al español**

[Se proveerá traducción al español]