**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| *In re:* <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br>     as representative of <br><br> THE COMMONWEALTH OF PUERTO RICO, *et al.*, <br><br>                      Debtors.[1] | PROMESA <br> Title III <br><br> Case No. 17-03283 (LTS) <br><br> (Jointly Administered) |

**AMENDED INFORMATIVE MOTION REGARDING
NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION'S
<u>APPEARANCE AT MARCH 4, 2020 OMNIBUS HEARING</u>**

**PLEASE TAKE NOTICE** that Eric Pérez-Ochoa from the law firm of Adsuar Muñiz Goyco Seda & Pérez-Ochoa, PSC will appear and present argument on behalf of National Public Finance Guarantee Corporation ("<u>National</u>") at the March 4, 2020 omnibus hearing. National's representative will appear in person in Courtroom 3 of the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767. In addition, Kelly DiBlasi and Robert Berezin from the New York, New York office

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("<u>PBA</u>") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

of Weil, Gotshal & Manges LLP will appear and present argument at the hearing on behalf of National in Courtroom 17C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007. National's legal representatives reserve the right to be heard on any matter concerning:

(i) *Amended Report and Recommendation of the Mediation Team* (ECF No. 10756 of Case No. 17-03283 (LTS));

(ii) *Urgent Motion of Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, Financial Guaranty Insurance Company, and National Public Finance Guarantee Corporation, as Holders and Insurers of HTA Bonds, to Compel Production of Documents Concerning Preliminary Hearing on Lift-Stay Motion* (ECF No. 11686 of Case No. 17-03283 (LTS) and ECF No. 704 of Case No. 17-03567 (LTS));

(iii) *Notice of Joint Motion of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority for an Order (I) Scheduling Hearing to Consider the Adequacy of Information Contained in the Disclosure Statement, (II) Establishing the Deadline for Filing Spanish Translation of the Disclosure Statement, (III) Establishing the Deadline for Filing Objections to the Disclosure Statement and Replies Thereto, and (IV) Granting Related Relief* (ECF No. 10808 of Case No. 17-03283 (LTS));

(iv) *Official Committee of Unsecured Creditors' Motion for Intervention under Bankruptcy Rule 7024 and Relief from Certain Briefing Limitations* (ECF No. 9 of Adv. Pro. No. 20-00003 (LTS));

(v) *DRA Parties' Motion and Memorandum of Law in Support of Their (I) Notice that the DRA is a Party in Interest and can Participate in the Monolines' Amended Lift Stay Litigation and Request to Modify the Amended Revenue Bond Scheduling Order or, (II) in the Alternative, Motion to Permit the DRA Parties to Intervene in the Monolines' Amended Lift Stay Litigation* (ECF No. 10835 of Case No. 17-03283 (LTS) and ECF No. 685 of Case No. 17-03567 (LTS));

(vi) *DRA Parties' Motion and Memorandum of Law in Support of their Motion to Intervene in the Revenue Bond Adversary Proceedings with Respect to the Clawback Complaint* (ECF No. 11 of Adv. No. 20-0005 (LTS));

(vii) *DRA Parties' Motion and Memorandum of Law in Support of their Motion to Intervene in HTA Revenue Bond Adversary Proceeding with Respect to the Lien Stripping Complaint* (Dkt. No. 14 of Adv. No. 20-0007 (LTS));

(viii) *Notice of Joint Stipulation Regarding (I) the DRA Parties' Motion and Memorandum of Law in Support of their Motion for Relief from the Automatic Stay, or in the Alternative, Ordering Payment of Adequate Protection [ECF No. 7643]; and (II) the DRA Parties' Motion and Memorandum of Law in Support of their Notice that the DRA is a Party in Interest and Can Participate in the Monolines Amended Lift Stay Litigation [ECF No. 10835]* (ECF No. 11285 of Case No. 17-03283 (LTS)) and ECF No. 698 of Case No. 17-03567 (LTS)); and

(ix) any other matters scheduled for the hearing or raised by any party at the hearing related to the Title III cases or any adversary proceeding pending in the Title III cases or in the interests of National.

**RESPECTFULLY SUBMITTED**, in San Juan, Puerto Rico, this 2nd day of March, 2020.

**WE HEREBY CERTIFY** that on this same date a true and exact copy of this motion was filed with the Clerk of Court using the CM/ECF system, which will notify a copy to counsel of record. Also, copy of this document will be notified via electronic mail to all case participants.

| | |
|---|---|
| **ADSUAR MUÑIZ GOYCO**<br>**SEDA & PÉREZ-OCHOA, P.S.C.**<br>208 Ponce de León Avenue, Suite 1600<br>San Juan, PR 00936<br>Telephone: 787.756.9000<br>Facsimile: 787.756.9010<br>Email: epo@amgprlaw.com<br>    loliver@amgprlaw.com<br>    acasellas@amgprlaw.com<br>    larroyo@amgprlaw.com<br><br>By:  */s/ Eric Pérez-Ochoa*<br>Eric Pérez-Ochoa<br>USDC-PR No. 206314<br><br>*/s/ Luis Oliver-Fraticelli*<br>Luis Oliver-Fraticelli<br>USDC-PR No. 209204<br><br>*/s/ Alexandra Casellas-Cabrera*<br>Alexandra Casellas-Cabrera<br>USDC-PR No. 301010<br><br>*/s/Lourdes Arroyo-Portela*<br>Lourdes Arroyo Portela<br>USDC-PR No. 226501 | **WEIL, GOTSHAL & MANGES LLP**<br>Marcia Goldstein (admitted *pro hac vice*)<br>Kelly DiBlasi (admitted *pro hac vice*)<br>Gabriel A. Morgan (admitted *pro hac vice*)<br>Jonathan Polkes (admitted *pro hac vice*)<br>Gregory Silbert (admitted *pro hac vice*)<br>Robert Berezin (admitted *pro hac vice*)<br>Jared R. Friedmann (admitted *pro hac vice*)<br><br>767 Fifth Avenue<br>New York, New York 10153<br>Telephone: (212) 310-8000<br>Facsimile: (212) 310-8007<br>Email: marcia.goldstein@weil.com<br>    kelly.diblasi@weil.com<br>    gabriel.morgan@weil.com<br>    jonathan.polkes@weil.com<br>    gregory.silbert@weil.com<br>    robert.berezin@weil.com<br>    jared.friedmann@weil.com |