# Exhibit D

Provided Pursuant to Court-Ordered Mediation / Subject to FRE 408
Prepared with Advice of and at the Request of Counsel / Preliminary and Subject to Material Revision



# Mediation: Summary of Cash Restriction Analysis

October 2, 2019

# Executive Summary

- The FOMB and its advisors have conducted an extensive analysis of cash at the Commonwealth and its related entities to determine relevant restrictions

    – AAFAF involvement and support has facilitated greater cooperation and information flow

    – Analysis included both public corporations and the Commonwealth and its agencies, the latter on a granular account-level basis

    – All accounts at the Commonwealth and its agencies that held over $6.9 million in cash or securities were reviewed, or approximately 98% of the total balance

    – Unlike AAFAF reporting, the FOMB and EY included both cash and securities accounts in the review

    – Analysis based on figures and account balances available as of fiscal year-end 2019 (June 30, 2019)

- Analysis currently estimates $6.9 billion of unrestricted cash

    – Given cash requirements under the current draft of the Plan, unrestricted cash for creditors beyond the requirements of the Excess Cash definition is limited at this point

- Though the analysis is substantially final, FOMB and AAFAF teams are continuing to diligence other key items, including commitments under federal consent decrees and specific restricted amounts within certain accounts

- Goal is to provide creditor advisors access to documentary back-up for restricted accounts after the October 2nd presentation

    – Objective to provide maximum transparency to the creditor community without compromising certain confidential and/or sensitive account-level information



Provided Pursuant to Court-Ordered Mediation / Subject to FRE 408
Prepared with Advice of and at the Request of Counsel / Preliminary and Subject to Material Revision

1

# Temporary Benefits to Commonwealth Cash

A large portion of the Commonwealth's fiscal outperformance has been the result of temporary and one-time items, several of which are discussed below.

| | Description |
|---|---|
| **Corporate Income Tax** | - The Corporate Income Tax ("CIT") revenue uptick is likely to be temporary<br>- While CIT increased 40% year-over-year, the May Fiscal Plan forecasted 23% growth and several more years of above-trend collections before reverting to historical levels<br>- Mainland US and OECD economies on average do not sustain these types of booms<br>- Risk due to the concentration of a few large corporate entities that could leave Puerto Rico or become less profitable |
| **Act 154** | - Act 154 excise tax revenues are vulnerable with the loss of federal tax creditability or firm investment priorities, federal tax reform, and supply chain diversification |
| **Motor Vehicle Tax** | - After four quarters of year-over-year growth in motor vehicle tax revenues, the trend has subsided and growth appears to be slowing<br>- The surge in FY18-FY19 was likely a pull forward of demand |

Provided Pursuant to Court-Ordered Mediation / Subject to FRE 408
Prepared with Advice of and at the Request of Counsel / Preliminary and Subject to Material Revision

2

# Methodology and Approach for Assessing Restrictions

The total cash balance can be broken down into several component categories to facilitate analysis. Unrestricted cash represents potential value available to Commonwealth Title III creditors.

| | | Amount | Description |
|---|---|---|---|
| **Public Corporations** | Separate Fiscal Plan / Title III Filing | $5,111 | ■ ERS, COFINA, COSSEC, CRIM, GDB, HTA, PBA, PRASA, PREPA, and UPR<br>■ Cash presumed to be addressed through individual fiscal plans |
| | Receiving General Funds | 991 | ■ Public corporation unrestricted cash based on (i) working capital requirement (2 months of Special Revenue Fund and Federal Fund FY2020 budget) and (ii) FY2020 appropriations |
| | Not Receiving General Funds | 1,381 | ■ Treated as restricted as the FOMB lacks recourse to access cash by reducing FY2020 appropriations |
| **Plan of Adjustment Entities** | Commonwealth Treasury | 8,410 | ■ TSA assumed to be unrestricted other than emergency funds and estimated federal funds surplus<br>■ Hacienda classifications based upon individual account review |
| | Agencies | 1,975 | ■ Conducted individual account review to classify into the following categories:<br>  – Restricted categories include emergency, federal funds, court order, federal law, third parties, third party contract, and bond funds<br>  – Budget appropriations and cash earmarked (but not pledged) for creditors treated as unrestricted |
| | Not Reviewed | 190 | ■ Plan of Adjustment entities not yet reviewed<br>■ Remaining $190 million held in 349 accounts<br>■ Accounts will be reviewed on rolling basis to finalize restriction analysis |

Provided Pursuant to Court-Ordered Mediation / Subject to FRE 408
Prepared with Advice of and at the Request of Counsel / Preliminary and Subject to Material Revision

3

## Summary of Definitions for Account Analysis

**Restricted Accounts**

| | |
|---|---|
| **Court Order** | Federal court order restricting use of funds. |
| **Emergency** | Funds restricted for emergency use by the FOMB. |
| **Federal Funds** | Funds received from the Federal Government for specific uses. |
| **Federal Law** | Funds restricted by federal laws or regulations. |
| **Third Party** | Funds belonging to third parties and held by a government entity in custodial or other segregated accounts. |
| **Bond Funds** | Tax-exempt bond proceeds with restricted use under the IRC. |
| **Third Party Contract** | Funds restricted for use due to contracts with third parties (e.g. debt service reserve funds held by Trustee). |

**Unrestricted Accounts**

| | |
|---|---|
| **Unrestricted** | Funds that do not have legal restrictions regardless of whether such funds were generated by a government entity or appropriated to such entity by the Commonwealth under Puerto Rico law. |

Provided Pursuant to Court-Ordered Mediation / Subject to FRE 408
Prepared with Advice of and at the Request of Counsel / Preliminary and Subject to Material Revision

## Sources of Cash: 6/30/19 Measurement Date

($ in millions)

|  | Unrestricted | Restricted | Total | Note |
|---|---:|---:|---:|:---:|
| **Public Corporations:** | | | | |
| Separate Fiscal Plan / Title III Entity(1) | $27 | $5,084 | $5,111 | A |
| Receiving General Funds | 119 | 871 | 991 | B |
| Not Receiving General Funds | – | 1,381 | 1,381 | C |
| Subtotal | **$146** | **$7,336** | **$7,482** | |
| **Plan of Adjustment Entities:** | | | | |
| Commonwealth Treasury (TSA + Hacienda) | $6,523 | $1,887 | $8,410 | D |
| Agencies(2) | 235 | 1,739 | 1,975 | D |
| Not Reviewed | – | – | 190 | E |
| Subtotal | **$6,759** | **$3,626** | **$10,575** | |
| **Total** | **$6,905** | **$10,962** | **$18,057** | |

(1) Includes ERS, COFINA, COSSEC, CRIM, GDB, HTA, PBA, PRASA, PREPA, and UPR.
(2) Includes $10mm of "inconclusive" accounts treated as unrestricted for the purposes of this table and which are subject to ongoing review.

## Uses of Cash: 6/30/2019 Measurement Date

($ in millions)

|  | As of May 31, 2019<br>As of PSA Signing<br>(AAFAF Data) | As of June 30, 2019<br>Revised Analysis<br>(EY Data) |
|---|---:|---:|
| Total Cash | $14,010 | $14,730 |
| Total Investments | – | 3,327 |
| (-) Non-Commonwealth Restricted / Non-Title III Entities | (2,904) | (7,336) |
| (-) Commonwealth and its Agencies Restricted | (4,157) | (3,626) |
| (-) Not Reviewed | – | (190) |
| (-) Timing Adjustments | (882) | – |
| **Potential Eligible PSA Cash** | **6,067** | **6,905** |
| PSA Requirements (Excess Cash Definition) | | |
| (-) Working Capital Requirement | (2,000) | (2,000) |
| (-) Base Cash Consideration to GO / PBA Creditors | (2,000) | (2,000) |
| (-) Union and Retiree Settlements | (1,600) | (1,600) |
| (-) Cash / Bond Consideration Toggle | (400) | (400) |
| (-) Maximum Excess Cash | (900) | (900) |
| **Potential PSA Unrestricted Cash** | **(833)** | **5** |
| (-) Federal Consent Decrees | – | TBD |
| (-) Convenience Class | – | (200) |
| (-) Cash Required to Purchase ERS Assets[1] | (632) | (632) |
| **Potential Remaining Cash / (Deficit)** | **($1,465)** | **($827)** |
| Memo: Bridge to June 30, 2019 | | |
| Additional TSA Cash Through June 28, 2019 | $339 | |
| Convenience Class | (200) | |
| Additional Cash Determined to be Unrestricted | 499 | |
| **Adjusted Remaining Cash** | **($827)** | |

(1) Calculated as 95% of $479mm of Employee Loans, 50% of $75mm of private equity investments, and $139mm of COFINA holdings.



Provided Pursuant to Court-Ordered Mediation / Subject to FRE 408
Prepared with Advice of and at the Request of Counsel / Preliminary and Subject to Material Revision

# Appendix

## A  Public Corporations with Own Fiscal Plan / Title III Filing

($ in millions)

| Entity | FY2020 Commonwealth Budget | | | | Non-CW Budget | Total Cash | Potential Unrestricted Cash | Implied Restricted Cash |
|---|---|---|---|---|---|---|---|---|
| | General Fund | Special Revenue Fund | Federal Funds | Total | | | | |
| Employee Retirement System | $9 | $38 | – | $47 | – | $705 [3] | $9 | $696 |
| COSSEC | – | – | – | – | – | 313 | – | 313 |
| CRIM (Fiscal Plan and Budget certification in process) | – | – | – | – | – | 55 | – | 55 |
| Government Development Bank (Winding Down) | – | – | – | – | 159 | 46 | – | 46 |
| Public Building Authority (PBA) | – | 127 | – | 127 | – | 100 | – | 100 |
| Puerto Rico Aqueducts and Sewers Authority (PRASA) | – | – | – | – | 1,351 | 851 | – | 851 |
| Puerto Rico Electric Power Authority (PREPA) | – | – | – | – | 2,998 | 1,332 | – | 1,332 |
| Puerto Rico Highways and Transportation Authority (HTA)[1] | – | 67 | – | 67 | 797 | 413 | – | 413 |
| Puerto Rico Sales Tax Financing Corporation (COFINA) | – | – | – | – | 438 | 676 | – | 676 |
| University of Puerto Rico (UPR)[2] | 560 | – | – | 560 | 837 | 618 | 18 | 600 |
| **Total** | **$569** | **$232** | **–** | **$801** | **$6,580** | **$5,111** | **$27** | **$5,084** |

Note: FY20 Budget represents appropriations from the Commonwealth. Does not include direct federal funding.
(1) HTA to receive a SRF appropriation from the Commonwealth of $67mm in FY20. Amount is held in a treasury custody account.
(2) UPR receives ~$304mm in federal receipts per year (June 3, 2019 fiscal plan). UPR balance includes both segregated retirement accounts, bond funds held with trustees, and funds for operations. As of 6/30/19, UPR had 67 days of FY19 budget expenditures in unrestricted cash balances, in line with comparably rated universities.
(3) Includes $214mm in Hacienda account restricted for ERS creditors.

Provided Pursuant to Court-Ordered Mediation / Subject to FRE 408
Prepared with Advice of and at the Request of Counsel / Preliminary and Subject to Material Revision

## B  Public Corporations Receiving General Funds

*($ in millions)*

|  | FY2020 Commonwealth Budget | | | | | Working Capital Estimate | Potential Unrestricted Cash | Implied Restricted Cash |
|---|---|---|---|---|---|---|---|---|
| Entity | General Fund | Special Revenue Fund | Federal Funds | Total | Total Cash | | | |
| Agricultural Enterprises Development Administration (ADEA)[1] | $65 | $60 | – | $126 | $79 | ($10) | $43 | $36 |
| Center for Research, Education and Services Medical Care and Diabetes | 0 | 0 | – | 1 | 1 | (0) | 0 | 0 |
| Company for the Integral Development of the "Península de Cantera" | 0 | 1 | 1 | 2 | 1 | (0) | 0 | 1 |
| Corporation for the "Caño Martín Peña" Enlace Project | 10 | 4 | 0 | 15 | 13 | (1) | 10 | 2 |
| Fine Arts Center Corporation | 3 | 3 | – | 6 | 4 | (0) | 3 | 1 |
| Fiscal Agency & Financial Advisory Authority[2] | 104 | – | – | 104 | 58 | – | – | 58 |
| Institute of Puerto Rican Culture | 15 | 0 | 1 | 16 | 6 | (0) | 5 | 0 |
| Local Redevelopment Authority of the Lands | 1 | 1 | 1 | 3 | 2 | (0) | 1 | 1 |
| Medical Services Administration of Puerto Rico[3] | 72 | 113 | – | 184 | 49 | (19) | 4 | 45 |
| Musical Arts Corporation | 5 | 2 | – | 8 | 6 | (0) | 5 | 0 |
| Puerto Rico Conservatory of Music Corporation | 5 | 4 | – | 9 | 2 | (1) | 1 | 1 |
| Puerto Rico Health Insurance Administration | 917 | 364 | 1,661 | 2,942 | 284 | (337) | – | 284 |
| Puerto Rico Housing Finance Corporation | 8 | 30 | 159 | 197 | 79 | (31) | 8 | 70 |
| Puerto Rico Infrastructure Financing Authority | 2 | 6 | – | 8 | 300 | (1) | 2 | 298 |
| Puerto Rico Integrated Transit Authority | 54 | 38 | 15 | 107 | 15 | (9) | 7 | 9 |
| Puerto Rico Public Private Partnership Authority | 13 | – | 155 | 169 | 31 | (26) | 5 | 26 |
| Puerto Rico Public Broadcasting Corporation | 7 | 2 | 2 | 11 | 3 | (1) | 2 | 1 |
| Puerto Rico School of Plastic Arts | 2 | 2 | – | 5 | 4 | (0) | 2 | 1 |
| Solid Waste Authority | 3 | 1 | – | 4 | 12 | (0) | 3 | 9 |
| Trade & Export Company | 1 | 13 | 0 | 14 | 15 | (2) | 1 | 14 |
| University of Puerto Rico Comprehensive Cancer Center | 15 | 27 | 4 | 46 | 29 | (5) | 15 | 14 |
| **Total** | **$1,305** | **$670** | **$2,001** | **$3,975** | **$991** | **($445)** | **$119** | **$871** |

(1) Includes $26.1mm of restricted cash.
(2) Elimination of excess cash due to likely use for professional fees and other budgeted uses.
(3) Includes $26.2mm of restricted cash.

Provided Pursuant to Court-Ordered Mediation / Subject to FRE 408
Prepared with Advice of and at the Request of Counsel / Preliminary and Subject to Material Revision

## C  Public Corporations NOT Receiving General Funds

($ in millions)

| Entity | FY2020 Commonwealth Budget | | | | Total Cash | Working Capital Estimate | Potential Unrestricted Cash | Implied Restricted Cash |
| | General Fund | Special Revenue Fund | Federal Funds | Total | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Agricultural Insurance Corporation | – | $3 | – | $3 | $7 | ($1) | – | $7 |
| Automobile Accidents Compensation Administration | – | 87 | – | 87 | 140 | (14) | – | 140 |
| Cardiovascular Center Corporation of Puerto Rico and the Caribbean | – | 72 | – | 72 | 14 | (12) | – | 14 |
| Convention Center of District Authority | – | 28 | – | 28 | 14 | (5) | – | 14 |
| Economic Development Bank of PR | – | 12 | – | 12 | 126 | (2) | – | 126 |
| Institutional Trust of the National Guard of Puerto Rico | – | 7 | – | 7 | 42 | (1) | – | 42 |
| Land Authority | – | 23 | – | 23 | 19 | (4) | – | 19 |
| Land Authority of Puerto Rico | – | 8 | – | 8 | 14 | (1) | – | 14 |
| Model Forest Of Puerto Rico (CLOSED) | – | – | – | – | 0 | – | – | 0 |
| Municipal Finance Corporation (COFIM) | – | 130 | – | 130 | 138 | (22) | – | 138 |
| Puerto Rico Industrial Development Company | – | 42 | 0 | 42 | 59 | (7) | – | 59 |
| Puerto Rico Municipal Finance Agency | – | – | – | – | 282 | – | – | 282 |
| Puerto Rico Ports Authority | – | 136 | 55 | 190 | 37 | (32) | – | 37 |
| Puerto Rico Tourism Company | – | 105 | – | 105 | 135 | (17) | – | 135 |
| Puerto Rico Tourism Development Fund | – | – | – | – | 11 | – | – | 11 |
| State Insurance Fund Corporation | – | 453 | – | 453 | 180 | (76) | – | 180 |
| Teacher's Retirement System | – | 16 | – | 16 | 150 | (3) | – | 150 |
| The Children's Trust | – | – | – | – | 12 | – | – | 12 |
| **Total** | – | **$1,121** | **$55** | **$1,176** | **$1,381** | **($196)** | – | **$1,381** |

Provided Pursuant to Court-Ordered Mediation / Subject to FRE 408
Prepared with Advice of and at the Request of Counsel / Preliminary and Subject to Material Revision

# D  Commonwealth Agencies

($ in millions)

| | Restricted | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Court Order | Emergency | Federal Funds | Federal Law | Third Party | Bond Funds | Third Party Contract | Inconclusive | Unrestricted | Total |
| **Commonwealth:** | | | | | | | | | | |
| TSA | – | $520 | $659 | – | – | – | – | – | $6,099 | $7,278 |
| Hacienda[1] | 22 | – | 114 | – | 538 | 34 | – | 10 | 415 | 1,132 |
| **Commonwealth Subtotal** | **$22** | **$520** | **$773** | **–** | **$538** | **$34** | **–** | **$10** | **$6,514** | **$8,410** |
| **Agencies:** | | | | | | | | | | |
| 911 Emergency System Bureau | – | – | – | $23 | – | – | – | – | – | $23 |
| Child Support Administration | – | – | – | – | 58 | – | – | – | – | 58 |
| Department of Education | – | – | – | – | – | – | – | – | 23 | 23 |
| Department of Labor [2] | – | – | – | 687 | 37 | – | – | – | 104 | 828 |
| Electronic Lottery[1] | – | – | – | – | 72 | – | – | – | – | 72 |
| Office of Court Administration | – | – | – | – | 289 | – | – | – | 44 | 334 |
| Office of Legislative Services | – | – | – | – | – | – | – | – | 16 | 16 |
| Public Housing Administration | – | – | 433 | – | – | – | 50 | – | – | 483 |
| Puerto Rico Police Bureau | – | – | – | – | – | – | – | – | 19 | 19 |
| Telecommunications Regulatory Board | – | – | – | 15 | – | – | – | – | – | 15 |
| Traditional Lottery[1] | – | – | – | – | 75 | – | – | – | – | 75 |
| Other | – | – | – | – | – | – | – | – | 30 | 30 |
| **Agencies Subtotal** | **–** | **–** | **$433** | **$725** | **$531** | **–** | **$50** | **–** | **$235** | **$1,975** |
| **Total** | **$22** | **$520** | **$1,206** | **$725** | **$1,069** | **$34** | **$50** | **$10** | **$6,749** | **$10,385** |

(1) Funds in the Lottery accounts hold both operational funds for the lottery as well as prize money.
(2) Includes funds collected from private employers for disabilities benefit fund. FOMB and AAFAF continuing to diligence restriction.

Provided Pursuant to Court-Ordered Mediation / Subject to FRE 408
Prepared with Advice of and at the Request of Counsel / Preliminary and Subject to Material Revision

## D  Treasury Single Account Federal Funding

- The TSA is a conduit for many reimbursement-based and advance-based federal programs for central government agencies
    - The working capital reserve accounts for potential timing differences for these programs
    - The working capital reserve does not account for unspent FEMA, NAP, and Medicaid funds in the TSA
- The process to reconcile Federal Fund TSA activity is ongoing and the below represents a preliminary view on the major federally funded programs where the TSA acts as a conduit to distribute Medicaid funding to ASES, Nutritional Assistance funding to the Department of Family, and FEMA funding to various central government agencies
    - The TSA receives the funding and then distributes, meaning the TSA will be in a net surplus position for these programs
    - To the extent the TSA is overfunded in any period, future distributions from the Federal Government would be reduced, meaning there are no permanent excess funds in the TSA

*($ in millions)*

|  | FY17 | FY18 | FY19 | Total | Estimated Range Low | Estimated Range Mid | Estimated Range High |
|---|---|---|---|---|---|---|---|
| **Inflows:** | | | | | | | |
| Nutritional Assistance Program (NAP)[1] | 2,040 | 2,344 | 2,897 | 7,281 | 7,281 | 9,321 | 13,401 |
| Medicaid (ASES)[2] | 1,735 | 1,894 | 2,924 | 6,553 | 6,553 | 8,288 | 11,757 |
| Disaster spend[3] | – | 107 | 1,461 | 1,568 | 1,568 | 1,568 | 1,568 |
| **Outflows:** | | | | | | | |
| Nutritional Assistance Program (NAP)[1] | (2,010) | (2,289) | (2,810) | (7,109) | (7,109) | (9,119) | (13,140) |
| Medicaid (ASES)[2] | (1,721) | (1,712) | (2,693) | (6,126) | (6,126) | (7,847) | (11,289) |
| Disaster spend[3] | – | (108) | (1,353) | (1,461) | (1,461) | (1,461) | (1,461) |
| **Surplus / (Deficit):** | | | | | | | |
| Nutritional Assistance Program (NAP)[1] | $30 | $55 | $87 | 172 | $172 | $201 | $231 |
| Medicaid (ASES)[2] | 14 | 182 | 231 | 426 | 276 | 351 | 426 |
| Disaster spend[3] | – | (1) | 108 | 106 | 106 | 106 | 106 |
| **Total** | **$44** | **$236** | **$425** | **$704** | **$554** | **$659** | **$764** |

(1) NAP funding is advanced to the TSA and then sent to the Dept of Family. There's typically a week lag in funding. As NAP funding has grown, the surplus in the TSA has as well. Low = cumulative FY17 - FY19; Mid = Low + additional $30M (FY17 amount) for prior year; Higher = Low + additional $60M for prior years

(2) The TSA receives Medicaid funding from the Federal Government and then distributes it to ASES as a reimbursement for MCO premiums paid by ASES. The temporary build in Medicaid funds at the TSA is likely due to the Commonwealth's transition to the new health care model in 2019 and delayed reconciliation between CMS and ASES with respect to enrollment.

(3) Disaster spend started in FY18 and the TSA currently has received FEMA funding of $106M that has not been disbursed to end recipients.



Provided Pursuant to Court-Ordered Mediation / Subject to FRE 408
Prepared with Advice of and at the Request of Counsel / Preliminary and Subject to Material Revision

12

## E  Plan of Adjustment Not Reviewed

($ in millions)

| | |
|---|---:|
| Office of Court Administration | $61 |
| Department of Economic Development and Commerce | 25 |
| Public Housing Administration | 16 |
| Department of Treasury | 13 |
| Child Support Administration | 12 |
| Department of Labor and Human Resources | 12 |
| Department of Housing | 12 |
| Puerto Rico Energy Commission | 12 |
| Superintendent of the Capitol | 6 |
| Senate | 5 |
| Government Ethics Office | 4 |
| Statistics Institute of PR | 4 |
| Socioeconomic Development of the Family Administration | 2 |
| Department of Correction and Rehabilitation | 1 |
| Department of Sports and Recreation | 1 |
| Department of Education | 1 |
| Puerto Rico Education Council | 1 |
| Office of the Solicitor - Special Independent Prosecutor | 1 |
| Family and Children Administration | 1 |
| Independent Consumer Protection Office | 1 |
| Other | 2 |
| **Total** | **$190** |