# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>  as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.,*<br><br><br>  Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-03283 (LTS)<br><br><br>(Jointly Administered) |

## INFORMATIVE MOTION REGARDING U.S. BANK'S APPEARANCE AT MARCH 4-5, 2020 OMNIBUS HEARING

U.S. Bank Trust National Association ("U.S. Bank") hereby submits this informative motion in response to the Court's *Order Regarding Procedures For Attendance, Participation And Observation Of March 4-5, 2020 Omnibus Hearing* [ECF No. 11729] and respectfully states as follows:

1. That Ronald Silverman from the New York, New York office of Hogan Lovells US LLP will appear on behalf of U.S. Bank, at the March 4-5, 2020 omnibus hearing by video teleconference in Courtroom 17C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007. U.S.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Bank currently serves as trustee for the PRIFA Special Tax Revenue Bonds Series 2005A, 2005B, Refunding Series 2005C and Series 2006,[2] and in this capacity its legal representatives reserve the right to be heard on any matter raised by any party at the hearing related to (a) the *Amended Report And Recommendation Of The Mediation Team* [Docket No. 10756] (the "Amended Mediation Team Report"); (b) *Urgent Motion of Ambac Assurance Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and Financial Guaranty Insurance Company to Compel Production of Documents Relating to the Preliminary Hearing on the CCDA and PRIFA Lift-Stay Motions* [Dkt. No. 11687] ( the "PRIFA Lift-Stay Urgent Motion") and (c) any other matters scheduled for hearing or statements made by any party in connection with the Title III cases, objections, or any adversary proceeding pending therein.

**RESPECTFULLY SUBMITTED,** in San Juan, Puerto Rico, this 2nd day of March, 2020.

**WE HEREBY CERTIFY** that on this same date a true and exact copy of this motion was filed with the Clerk of Court using the CM/ECF system, which will notify a copy to counsel of record. Also, a copy of this document will be served via electronic mail or U.S. mail to all case participants.

[*Remainder of page left intentionally blank*]

---

[2] U.S. Bank and/or U.S. Bank National Association is the trustee, successor trustee and/or fiscal agent for numerous series of bonds issued by Puerto Rico public issuers, including the Puerto Rico Housing Finance Authority (HFA), Puerto Rico Infrastructure Financing Authority (PRIFA), Puerto Rico Public Finance Corporation (PFC), Children's Trust (CT), Puerto Rico Industrial, Tourist, Educational, Medical and Environmental Control Facilities Financing Authority (AFICA), Puerto Rico Municipal Finance Agency (MFA), Puerto Rico Industrial Development Company (PRIDCO), and the fiscal agent for Public Buildings Authority, and trustee for PREPA (represented by other counsel).

Dated: March 2, 2020

By: /s/ Eric A. Tulla

**RIVERA, TULLA AND FERRER, LLC**
Eric A. Tulla
USDC-DPR No. 118313
Iris J. Cabrera-Gómez
USDC-DPR No. 221101
Rivera Tulla & Ferrer Building
50 Quisqueya Street
San Juan, PR 00917-1212
Tel: (787) 753-0438
Fax: (787)767-5784 (787) 766-0409
etulla@ riveratulla.com
icabrera@riveratulla.com

and

**HOGAN LOVELLS US LLP**
Robin E. Keller, Esq.
Ronald J. Silverman, Esq.
390 Madison Avenue
New York, NY 10017
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
robin.keller@hoganlovells.com
ronald.silverman@hoganlovells.com

*Counsel to U.S. Bank Trust National Association*