# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

     Debtors.[1]

----------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR THE HEARING ON MARCH 4-5 AT 9:30 A.M. AST[2]

| | |
|---|---|
| **Time and Date of Hearing:** | **Wednesday, March 4, 2020**, from 9:30 a.m. to 12:00 p.m., from 1:00 p.m. to 5:00 p.m., and, if necessary, **Thursday, March 5, 2020**, from 9:30 a.m. to 12:00 p.m., and from 1:00 p.m. to 5:00 p.m. (Atlantic Standard Time) |
| **Location of Hearing:** | Honorable Laura Taylor Swain, United States District Court Judge Honorable Judith G. Dein, United States Magistrate Judge **Courtroom 3** United States District Court for the District of Puerto Rico, **Clemente Ruiz Nazario United States Courthouse, 150 Carlos Chardón Avenue, San Juan, P.R. 00918-1767** |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Attendees should note that daylight savings time ended on November 3, 2019. As such, the hearing will take place at 9:30 a.m. Atlantic Standard Time, which is 8:30 a.m. Eastern Standard Time, on March 4-5, 2020.

**Video Teleconference**:  The hearing will be broadcast by **video teleconference in Courtroom 17C**[3] of the United States District Court for the Southern District of New York, **Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007**

**Copies of Documents:**   Copies of all documents filed in these Title III cases are available free of charge (a) by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

# I.  STATUS REPORTS:

### 1.  Report from the Oversight Board.

Description: The Financial Oversight and Management Board for Puerto Rico (the "FOMB" or "Oversight Board") will report on (i) the general status and activities of the Oversight Board; (ii) the status of PRIDCO's RSA and anticipated Title VI filing; (iii) the general status of relations among the Oversight Board and the Commonwealth and federal governments; (iv) anticipated timing for submission of revised ADR procedures for Court approval; and (v) an overview of the Disclosure Statement and Amended Plan.

### 2.  Report from AAFAF.

Description: The Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") will provide a general status report on its status and activities.  AAFAF should specifically address (i) the funding and status of post-Maria and earthquake-related relief and repair operations, including the status of schools and shelters, and (ii) the status of AAFAF's investigation into the incident involving an individual who filed an unauthorized claim on behalf of the Puerto Rico Department of Treasury, as described in Docket Entry No. 10942 in Case No. 17-3283.

# II.  FEE APPLICATIONS:

### 1.  Report from the Fee Examiner regarding (I) Summary of Uncontested Fee Applications for the Seventh Interim (June 1–September 30, 2019) and Prior Compensation Periods, and (II) Notice of Deferral of Specific Fee Application for Consideration at the April 22, 2020 Omnibus Hearing of a Later Date

Description:  The Fee Examiner, Brady C. Williamson, will present his recommendations regarding (i) Summary of Uncontested Fee Applications for the Seventh Interim (June 1– September 30, 2019) and Prior Compensation Periods, and (II) Notice of Deferral of Specific Fee Application for Consideration at the April 22, 2020 Omnibus Hearing of a Later Date

---

[3] Attendees should check the notice board in the lobby of the **New York** courthouse on the morning of the hearing to confirm the courtroom location.

| | **FOURTH INTERIM APPLICATIONS** | | |
|---|---|---|---|
| | **Applicant** | **Docket No.** | **Period** |
| 1. | Rothschild & Co US Inc. - Financial Advisor and Investment Banker to AAFAF | 8512 | 10/01/2018 – 02/28/2019 |
| | **FIFTH INTERIM PERIOD** | | |
| | **Applicant** | **Docket No.** | **Period** |
| 2. | Duff & Phelps LLC - Independent Forensic Analysis Team to FOMB | 5800 & 8450 | 11/1/2018 – 1/31/2019 |
| 3. | Greenberg Traurig - Counsel for PREPA | 5716 / 1129 (17-1480) | 11/1/2018 – 1/31/2019 |
| | **SIXTH INTERIM PERIOD** | | |
| | **Applicant** | **Docket No.** | **Period** |
| 4. | Duff & Phelps LLC - Independent Forensic Analysis Team to FOMB | 7997 | 02/01/2019 – 05/31/2019 |
| 5. | Ernst & Young LLP - Financial Advisor to FOMB | 8786 | 02/01/2019 – 05/31/2019 |
| 6. | Wolfe, Andrew - Macroeconomic Consultant to the FOMB | 9333 | 02/01/2019 – 05/31/2019 |
| | **SEVENTH INTERIM PERIOD** | | |
| | **Applicant** | **Docket No.** | **Period** |
| 7. | Alvarez & Marsal North America, LLC - Advisor to the FOMB - Commonwealth | 9197 | 06/01/2019 – 09/30/2019 |
| 8. | Alvarez & Marsal North America, LLC - Advisor to the FOMB - ERS | 9209 / 699 (17-3566) | 06/01/2019 – 09/30/2019 |
| 9. | Alvarez & Marsal North America, LLC - Advisor to the FOMB - HTA | 9221 / 651 (17-3567) | 06/01/2019 – 09/30/2019 |
| 10. | American Federation of Teachers - Members of the Official Committee of Unsecured Creditors | 9217 | January 2019 |
| 11. | Cardona Fernandez, Ileana C. - Puerto Rico Conflicts Counsel to the FOMB Special Claims Committee | 9312 | 06/01/2019 – 09/30/2019 |
| 12. | Cardona Fernandez, Ileana C. - Puerto Rico Conflicts Counsel to the FOMB Special Claims Committee - PREPA | 1774 (17-4780) | 06/01/2019 – 09/30/2019 |
| 13. | Casillas, Santiago & Torres, LLC - Puerto Rico Counsel to the Official Committee of Unsecured Creditors | 9220 | 06/01/2019 – 09/30/2019 |
| 14. | Filsinger Energy Partners, Inc. - Chief Financial Advisor to PREPA | 9204 / 1746 (17-4780) | 06/01/2109 – 06/30/2019 and 07/16/2019 – 09/30/2019 |
| 15. | Kroma Advertising - Communications Advisor to the Official Committee of Unsecured Creditors | 9216) | 05/16/2019 – 09/15/2019 |

3

| 16. | Luskin, Stern & Eisler LLP - Special Counsel to the FOMB | 9199 | 06/01/2019 – 09/30/2019 |
|---|---|---|---|
| 17. | Marchand ICS Group - Information Agent for the Official Committee of Retired Employees | 9178 | 06/01/2019 – 09/30/2019 |
| 18. | Munger, Tolles & Olson - Counsel to FOMB | 9164 | 06/01/2019 – 09/30/2019 |
| 19. | Official Committee of Retired Employees - Members of the Official Committee of Retired Employees | 9183 | 06/01/2019 – 09/30/2019 |
| 20. | Phoenix Management Services, LLC - Financial Advisor to the Mediation Team | 9167 | 06/01/2019 – 09/30/2019 |

Related Documents:
    A. Fee Examiner's Report on Uncontested Professional Fee Matters for Consideration in Connection with the March 4, 2020 Omnibus Hearing **[Case No. 17-3283, ECF No. 11785]**

Status: This matter is going forward.

Estimated Time Required: 15 minutes.

2. **Omnibus Objection to Fee Applications Filed by Professionals and Request to Increase Holdback Amount.** Cobra Acquisition LLC's Omnibus Objection to Fee Applications Filed by Professionals and Request to Increase Holdback Amount **[Case No. 17-3283, ECF No. 9419, Case No. 17-4780, ECF No. 1799]**

Replies, Joinders & Statements:
    A. Reply of Puerto Rico Fiscal Agency and Financial Authority to Cobra Acquisition LLC's Omnibus Objection to Fee Applications Filed by Professionals and Request to Increase Holdback Amount **[Case No. 17-3283, ECF No. 11843, Case No. 17-4780, ECF No. 1918]**

    B. Reply of Financial Oversight and Management Board to Cobra Acquisition LLC's Omnibus Objection to Fee Applications Filed by Professionals and Request to Increase Holdback Amount **[Case No. 17-3283, ECF No. 11879, Case No. 17-4780, ECF No. 1922]**

Related Documents:
    A. Supplement to Omnibus Objection to Fee Applications filed by Professionals and Request to Increase Holdbacks Amount **[Case No. 17-3283, ECF No. 9752, Case No. 17-4780, ECF No. 1860]**

Status: This matter is going forward.

Estimated Time Required: 20 minutes.

4

3. **Fee Examiner's Limited Objection to the Amended First Interim Fee Application of Duff & Phelps LLC.**[4] Fee Examiner's Limited Objection the Amended First Interim Fee Application of Duff & Phelps LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses in Incurred as Independent Forensic Analysis Team to the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtor, the Commonwealth of Puerto Rico, for the Period of November 1, 2018 through January 31, 2019 **[Case No. 17-3283, ECF No. 8862]**

Replies, Joinders & Statements:

A. Reply of Duff & Phelps LLC to Fee Examiner's Limited Objection (Doc. No. 8862) to Amended First Interim Application for Allowance of Compensation and Reimbursement of Expenses for Period November 1, 2018 through January 31, 2019 **[Case No. 17-3283, ECF No. 8915]**

Related Documents:

A. Amended First Interim Application of Duff & Phelps LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Independent Forensic Analysis Team to the Financial Oversight and Management Board for Puerto Rico, as Representative of Debtor, the Commonwealth of Puerto Rico for the Period of November 1, 2018 through January 31, 2019 **[Case No. 17-3283, ECF No. 8450]**

B. Motion Submitting Supporting Declaration to Fee Examiner's Limited Objection to the Amended First Interim Application of Duff & Phelps LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Independent Forensic Analysis Team to the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtor, the Commonwealth of Puerto Rico, for the Period of November 1, 2018 Through January 31, 2019 (Docket 8862) **[Case No. 17-3283, ECF No. 8866]**

C. Order Adjourning Hearing on Fee Examiner's Objection to Amended First Interim Fee Application of Duff & Phelps, LLC **[Case No. 17-3283, ECF No. 9758]**

D. Fee Examiner's Report on Uncontested Professional Fee Matters for Consideration in Connection with the March 4, 2020 Omnibus Hearing **[Case No. 17-3283, ECF No. 11785]**

Status:  This matter is going forward.

Estimated Time Required:  5 minutes.

---

[4] This matter has been resolved as outlined in Fee Examiner's Report on Uncontested Professional Fee Matters for Consideration in Connection with the March 4, 2020 Omnibus Hearing **[Case No. 17-3283, ECF No. 11785].**

## III. **MEDIATION REPORT**

1. **Amended Report and Recommendation of the Mediation Team.** Amended Report and Recommendation of the Mediation Team **[Case No. 17-3283, ECF No. 10756]**

   Description: Hearing to consider (i) approval of any proposed scheduling order facilitated by the Mediation Team, including the Interim Orders, (ii) the Amended Mediation Report, and any responses and objections thereto, and (iii) the extent, if any, to which any or all of the Stayed Proceedings not already exempted from the stay by a final order of the Court shall be further stayed.

   Objection Deadline:  February 21, 2020 at 5:00 p.m. (Atlantic Standard Time).

   Responses:

   A. The Puerto Rico Fiscal Agency and Financial Advisory Authority's (I) Objection to The Financial Oversight and Management Board for Puerto Rico's (A) Motion to Schedule a Disclosure Statement Hearing [ECF No. 10808] and (B) Motion to Establish Pre-Solicitation Procedures [ECF No. 10839]; and (II) Response to the Amended Report and Recommendation of the Mediation Team [ECF No. 10756] **[Case No. 17-3283, ECF No. 11159]**

   B. Response and Objection of Individual Bondholder to (1) Amended Report and Recommendation of Mediation Team and (2) Debtors' Proposed Schedule, filed by Peter C. Hein. **[Case No. 17-3283, ECF No. 11284]**

   C. Omnibus Response of Official Committee of Unsecured Creditors to (A) Amended Report and Recommendation of Mediation Team and (B) Joint Motion for an Order (I) Scheduling a Hearing to Consider Adequacy of Information Contained in Disclosure Statement, (II) Establishing Deadline for Filing Spanish Translation of Disclosure Statement, (III) Establishing Deadline for Filing Objections to Disclosure Statement and Replies Thereto, and (IV) Granting Related Relief **[Case No. 17-3283, ECF No. 11482]**

   D. Response of Financial Oversight and Management Board for Puerto Rico to Amended Report and Recommendation of Mediation Team **[Case No. 17-3283, ECF No. 11492]**

   E. Objection of Assured Guaranty Corp., Assured Guaranty Municipal Corp., National Public Finance Guarantee Corporation, Ambac Assurance Corporation and Financial Guaranty Insurance Company to Amended Report and Recommendation of The Mediation Team (ECF NO. 10756) **[Case No. 17-3283, ECF No. 11493]**

   F. DRA Parties' Response to Amended Report and Recommendation of the Mediation Team [DKT. No. 10756] **[Case No. 17-3283, ECF No. 11495]**

   G. Ambac Assurance Corporation's Supplemental Response to the Amended Report and Recommendation of the Mediation Team **[Case No. 17-3283, ECF No. 11496]**

H. Supplemental Objection of Assured Guaranty Corp. and Assured Guaranty Municipal Corp. to Amended Report and Recommendation of the Mediation Team (ECF No. 10756) with respect to GO/PBA Litigation **[Case No. 17-3283, ECF No. 11497]**

I. Supplemental Objection of National Public Finance Guarantee Corporation to Amended Report and Recommendation of the Mediation Team (ECF No. 10756) **[Case No. 17-3283, ECF No. 11498]**

J. Joint Statement of PSA Creditors in Support of Mediation Team's Amended Report and Recommendation **[Case No. 17-3283, ECF No. 11499]**

K. Joint Statement of Adversary Defendants Regarding Proposed Further Extension of Global Stay **[Case No. 17-3283, ECF No. 11242]**

Replies, Joinders & Statements:

A. None

Related Documents:

A. Interim Report and Recommendation of the Mediation Team **[Case No. 17-3283, ECF No. 9365]**

B. Order Addressing the Filing of an Amended Report by the Mediation Team and Extending (A) Stay Period, (B) Mandatory Mediation, and (C) Certain Deadlines Related Thereto **[Case No. 17-3283, ECF No. 9618]**

C. Interim Case Management Order **[Case No. 17-3283, ECF No. 9619]**

D. Interim Case Management Order for Revenue Bonds **[Case No. 17-3283, ECF No. 9620]**

E. Interim Order Approving Amended Joint Stipulation Regarding the DRA Parties' Motion and Memorandum of Law in Support of their Motion for Relief From the Automatic Stay, or in the Alternative, Ordering Payment of Adequate Protection **[Case No. 17-3283, ECF No. 9622]**

F. Order Partially Amending Order Addressing the Filing of an Amended Report by the Mediation Team and Extending (A) Stay Period, (B) Mandatory Mediation, and (C) Certain Deadlines Related Thereto (Docket Entry No. 9618), and Setting Deadline for Further Responses to Urgent Motion for Extension of Filing Deadline for Mediation Team Amended Report (Docket Entry No. 9638) **[Case No. 17-3283, ECF No. 9639]**

G. Amended and Restated Order Addressing the Filing of an Amended Report by the Mediation Team and Extending (A) Stay Period, (B) Mandatory Mediation, and (C) Certain Deadlines Related Thereto **[Case No. 17-3283, ECF No. 9661]**

H. Amended Interim Case Management Order for Revenue Bonds **[Case No. 17-3283, ECF No. 10595]**

Status:  This matter is going forward.

Estimated Time Required:  120 minutes.

2. **Debtors' Motion to Schedule a Hearing to Consider the Adequacy of Information Contained in the Disclosure Statement.** Joint Motion of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority for an Order (I) Scheduling a Hearing to Consider the Adequacy of Information Contained in the Disclosure Statement, (II) Establishing the Deadline for Filing Spanish Translation of the Disclosure Statement, (III) Establishing the Deadline for Filing Objections to the Disclosure Statement and Replies Thereto, and (IV) Granting Related Relief **[Case No. 17-3283, ECF No. 10808]**

Description: Joint Motion of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of Puerto Rico, and the Puerto Rico Public Building Authority for an Order (I) Scheduling a Hearing to Consider the Disclosure Statement, (II) Establishing the Deadline for Filing Spanish Translation of the Disclosure Statement, (III) Establishing the Deadline for Filing Objections to the Disclosure Statement and Replies Thereof, and (IV) Granting Related Relief.

Objection Deadline:  February 18, 2020 at 4:00 p.m. (Atlantic Standard Time).

Responses:

A. Limited Opposition to Joint Motion of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of Puerto Rico, and the Puerto Rico Public Building Authority for an Order (I) Scheduling a Hearing to Consider the Disclosure Statement, (II) Establishing the Deadline for Filing Spanish Translation of the Disclosure Statement, (III) Establishing the Deadline for Filing Objections to the Disclosure Statement and Replies Thereof, and (IV) Granting Related Relief **[Case No. 17-3283, ECF No. 11059]**

B. Objection and Reservation of Rights of Assured Guaranty Corp., Assured Guaranty Municipal Corp., National Public Finance Guarantee Corporation, Ambac Assurance Corporation, Financial Guaranty Insurance Company, and Invesco Funds with Respect to Joint Motion of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of Puerto Rico, and the Puerto Rico Public Building Authority for an Order (I) Scheduling a Hearing to Consider the Disclosure Statement, (II) Establishing the Deadline for Filing Spanish Translation of the Disclosure Statement, (III) Establishing the Deadline for Filing Objections to the Disclosure Statement and Replies Thereof, and (IV) Granting Related Relief (ECF No. 10808) **[Case No. 17-3283, ECF No. 11095]**

C. Limited Response of the Official Committee of Retired Employees of Puerto Rico to the Joint Motion of the Commonwealth of Puerto Rico, the Employees Retirement

8

System of the Government of Puerto Rico, and the Puerto Rico Public Building Authority for an Order (I) Scheduling a Hearing to Consider the Disclosure Statement, (II) Establishing the Deadline for Filing Spanish Translation of the Disclosure Statement, (III) Establishing the Deadline for Filing Objections to the Disclosure Statement and Replies Thereof, and (IV) Granting Related Relief **[Case No. 17-3283, ECF No. 11121]**

D.   The Puerto Rico Fiscal Agency and Financial Advisory Authority's (I) Objection to the Financial Oversight and Management Board for Puerto Rico's (A) Motion to Schedule a Disclosure Statement Hearing [ECF No. 10808] and (B) Motion to Establish Pre-Solicitation Procedures [ECF No. 10839]; and (II) Response to the Amended Report and Recommendation of the Mediation Team [ECF NO. 10756] **[Case No. 17-3283, ECF No. 11159]**

E.   Response and Objection of Individual Bondholder to (1) Amended Report and Recommendation of Mediation Team and (2) Debtors' Proposed Schedule, filed by Peter C. Hein. **[Case No. 17-3283, ECF No. 11284]**

F.   Omnibus Response of Official Committee of Unsecured Creditors to (A) Amended Report and Recommendation of Mediation Team and (B) Joint Motion for an Order (I) Scheduling a Hearing to Consider Adequacy of Information Contained in Disclosure Statement, (II) Establishing Deadline for Filing Spanish Translation of Disclosure Statement, (III) Establishing Deadline for Filing Objections to Disclosure Statement and Replies Thereto, and (IV) Granting Related Relief **[Case No. 17-3283, ECF No. 11482]**

Reply, Joinder & Statement Deadlines: February 25, 2020 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and February 26, 2020, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
A.   Omnibus Reply of the Financial Oversight And Management Board for Puerto Rico in Support of Debtors' (I) Joint Scheduling Motion [ECF NO. 10808] and (II) Pre-Solicitation Procedures Motion [ECF NO. 10839] **[Case No. 17-3283, ECF No. 11776]**

Related Documents:
A.   None.

Status:  This matter is going forward.

Estimated Time Required:  30 minutes.

3.   **UCC's Motion to Set Briefing Schedule and Hearing Date for Omnibus Objection to Claims Filed or Asserted Against Commonwealth by Holders of General Obligation Bonds Asserting Priority Over Other Commonwealth Unsecured Creditors.** Motion of Official Committee of Unsecured Creditors for Order, Pursuant to Bankruptcy Code Sections

105(a) and 502 and Bankruptcy Rule 3007, to (A) Setting Briefing Schedule and Hearing Date for Omnibus Objection to Claims Filed or Asserted Against Commonwealth by Holders of General Obligation Bonds Asserting Priority Over Other Commonwealth Unsecured Creditors [Docket No. 10638] (B) Approving Form of Notice and (C) Granting Related Relief **[Case No. 17-3283, ECF No. 10754]**

Description:  The Official Committee of Unsecured Creditors motion for an order setting a briefing schedule and hearing date for the Omnibus Objection of Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted Against Commonwealth by Holders of General Obligation Bonds Asserting Priority Over Other Commonwealth Unsecured Creditors [Docket No. 10638], approving the form of notice, and granting related relief.

Objection Deadline:  February 18, 2020 at 4:00 p.m. (Atlantic Standard Time).

Responses:

A. Joint Objection of PSA Creditors to Motion of Official Committee of Unsecured Creditors for Order, Pursuant to Bankruptcy Code Sections 105(a) and 502 and Bankruptcy Rule 3007, (A) Setting Briefing Schedule and Hearing Date for Omnibus Objection to Claims Filed or Asserted Against Commonwealth by Holders of General Obligation Bonds Asserting Priority Over Other Commonwealth Unsecured Creditors [Docket No. 10638], (B) Approving Form of Notice and (C) Granting Related Relief **[Case No. 17-3283, ECF No. 11133]**

B. Response and Objection of Individual Bondholder to UCC Motion for Order (A) Setting Briefing Schedule and Hearing Date for Omnibus Objection to Claims Asserting Priority, (B) Approving Form of Notice and (C) Granting Related Relief, filed by Peter C. Hein **[Case No. 17-3283, ECF No. 11150]**

C. Opposition of Financial Oversight and Management Board for Puerto Rico to Motion of Official Committee of Unsecured Creditors for Order, Pursuant to Bankruptcy Code Sections 105(A) and 502 and Bankruptcy Rule 3007, (A) Setting Briefing Schedule and Hearing Date for Omnibus Objection to Claims Filed or Asserted Against Commonwealth by Holders of General Obligation Bonds Asserting Priority Over Other Commonwealth Unsecured Creditors [Docket No. 10638], (B) Approving Form of Notice and (C) Granting Related Relief **[Case No. 17-3283, ECF No. 11462]**[5]

Reply, Joinder & Statement Deadlines: February 25, 2020 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and February 26, 2020, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:

---

[5] The Committee has agreed to extend the deadline for the Oversight Board to file an objection to the Scheduling Motion to February 21, 2020.

    A. Omnibus Reply in Further Support of Motion of Official Committee of Unsecured Creditors for Order, Pursuant to Bankruptcy Code Sections 105(a) and 502 and Bankruptcy Rule 3007, to (A) Setting Briefing Schedule and Hearing Date for Omnibus Objection to Claims Filed or Asserted Against Commonwealth by Holders of General Obligation Bonds Asserting Priority Over Other Commonwealth Unsecured Creditors [Docket No. 10638] (B) Approving Form of Notice and (C) Granting Related Relief **[Case No. 17-3283, ECF No. 11773]**

Related Documents:

    A. Notice of Filing of Spanish Translation of Notice of Objection with Respect to Omnibus Objection of Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted Against Commonwealth by Holders of General Obligation Bonds Asserting Priority Over Other Commonwealth Unsecured Creditors **[Case No. 17-3283, ECF No. 11046]**

Status:  This matter is going forward.

Estimated Time Required:  15 minutes.

4. **Debtors' Motion to Establish Pre-Solicitation Procedures for Certain Holder of Retirement Benefit Claims.** Motion of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico for an Order (A) Establishing Pre-Solicitation Procedures for Certain Holders of Retirement Benefit Claims, (B) Establishing Procedures and Deadlines for Submission of Information Necessary for Solicitation of Acceptance or Rejection of Plan of Adjustment by such Claimants, and (C) Approving Form and Manner of Notice Thereof **[Case No. 17-3283, ECF No. 10839, Case No. 17-3566, ECF No. 810]**

Description:  The Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico motion for an order (a) establishing pre-solicitation procedures for certain holders of retirement benefit claims, (b) establishing procedures and deadlines by which such claimants can submit information necessary for solicitation of acceptance or rejection of the Debtors' joint plan of adjustment, (c) approving form and manner of notice thereof, and (d) granting related relief.

Objection Deadline:  February 18, 2020 at 4:00 p.m. (Atlantic Standard Time).

Responses:

    A. The Puerto Rico Fiscal Agency and Financial Advisory Authority's (I) Objection to the Financial Oversight and Management Board for Puerto Rico's (A) Motion to Schedule a Disclosure Statement Hearing [ECF No. 10808] and (B) Motion to Establish Pre-Solicitation Procedures [ECF No. 10839]; and (II) Response to the Amended Report and Recommendation of the Mediation Team [ECF NO. 10756] **[Case No. 17-3283, ECF No. 11159]**

B. Limited Response of Official Committee of Unsecured Creditors to Motion of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico for an Order (A) Establishing Pre-solicitation Procedures for Certain Holders of Retirement Benefit Claims, (B) Establishing Procedures and Deadlines for Submission of Information Necessary for Solicitation of Acceptance or Rejection of Plan of Adjustment by Such Claimants, and (C) Approving Form and Manner of Notice Thereof **[Case No. 17-3283, ECF No. 11335, Case No. 17-3566, 813]**

Reply, Joinder & Statement Deadlines: February 25, 2020 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and February 26, 2020, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
A. Omnibus Reply of the Financial Oversight and Management Board for Puerto Rico in Support of Debtors' (I) Joint Scheduling Motion [ECF NO. 10808] and (II) Pre-Solicitation Procedures Motion [ECF NO. 10839] **[Case No. 17-3283, ECF No. 11776]**

Related Documents:
A. Notice of Submission of Revised Proposed Order (A) Establishing Pre-Solicitation Procedures for Certain Holders of Retirement Benefit Claims, (B) Establishing Procedures and Deadlines for Submission of Information Necessary for Solicitation of Acceptance or Rejection of Plan of Adjustment, and (C) Approving Form and Manner of Notice **[Case No. 17-3283, ECF No. 11777, Case No. 17-3566, ECF No. 816]**

B. Notice of Filing Spanish Translation of Return Date Notice and Reminder Notice in Connection with Revised Proposed Order (A) Establishing Pre-Solicitation Procedures for Certain Holders of Retirement Benefit Claims, (B) Establishing Procedures and Deadlines for Submission of Information Necessary for Solicitation of Acceptance or Rejection of Plan of Adjustment, and (C) Approving Form and Manner of Notice Thereof **[Case No. 17-3283, ECF No. 11956, Case No. 17-3566, ECF No. 824]**

Status: This matter is going forward.

Estimated Time Required: 15 minutes.

## IV. **UNCONTESTED MATTERS:**

1. **AMPR's Motion for Relief from Stay.** Asociación de Maestros de Puerto Rico and Asociación de Maestros de Puerto Rico-Local Sindical's Motion for Relief from Automatic Stay **[Case No. 17-3283, ECF No. 3914]**

Description: Asociación de Maestros de Puerto Rico, and its union, Asociación de Maestros de Puerto Rico-Local Sindical, both of which are affiliates of the American Federation of

Teachers, seek relief from the automatic stay to pursue action against the Department of Education of the Commonwealth, the Secretary of the Department of Education of the Commonwealth, Julia Keleher in her official capacity, and the Commonwealth of Puerto Rico. The action seeks a declaratory judgment concerning causes of action for breach and/or impairment of contractual and vested property rights.

Objection Deadline:  October 27, 2018 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A.  Objection of the Commonwealth to Motion for Relief from Automatic Stay filed by Asociación de Maestros de Puerto Rico, and its Union, Asociación de Maestros de Puerto Rico-Local Sindical **[Case No. 17-3283, ECF No. 4038]**

Reply, Joinder & Statement Deadlines: October 19, 2018 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
    A.  Movants' Reply to Objection of the Commonwealth to Motion for Relief from Automatic Stay Filed by AMPR and AMPR-LS **[Case No. 17-3283, ECF No. 4071]**

Related Documents:
    A.  Order Scheduling Briefing of Motion for Relief from Automatic Stay **[Case No. 17-3283, ECF No. 3916]**

    B.  Urgent Joint Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 3960]**

    C.  Order Extending Deadlines under Order Scheduling Briefing of Motion for Relief from Automatic Stay **[Case No. 17-3283, ECF No. 3966]**

    D.  Unopposed Motion of Commonwealth of Puerto Rico for Leave to File Sur-Reply to Movants' Reply to Objection of the Commonwealth to Motion for Relief from Automatic Stay Filed by AMPR and AMPR-LS **[Case No. 17-3283, ECF No. 4107]**

    E.  Order Granting Unopposed Motion of Commonwealth of Puerto Rico for Leave to File Sur-Reply **[Case No. 17-3283, ECF No. 4449]**

    F.  Joint Informative Motion Regarding Hearing on Motion for Relief from Stay filed by Asociación de Maestros de Puerto Rico **[Case No. 17-3283, ECF No. 4941]**

    G.  Joint Status Report Regarding Motion for Relief from Stay Filed by Asociación de Maestros de Puerto Rico **[Case No. 17-3283, ECF No. 8075]**

    H.  Joint Stipulation of Oversight Board and Asociación de Maestros de Puerto Rico Regarding Adjournment of Motion for Relief from Automatic Stay [ECF No. 3914] Filed by Asociación de Maestros de Puerto Rico **[Case No. 17-3283, ECF No. 9027]**

    I.  Joint Status Report Regarding Motion for Relief from Stay Filed by Asociación de Maestros de Puerto Rico **[Case No. 17-3283, ECF No. 11955]**

Status:  This motion has been settled between movant and the Commonwealth.  The settlement funds have been paid by the Commonwealth and distribution to affected retirees by movant, which requires delivery of certain data from the Commonwealth Department of Education, is pending.

Estimated Time Required:  5 minutes.

2. **PBA's Motion to Set Bar Date.** Motion for Order (A) Establishing Deadlines and Procedures for Filings Proofs of Claim and (B) Approving Form and Manner of Notice Thereof **[Case No. 19-5523, ECF No. 36]**

Description:  The Puerto Rico Buildings Authority's motion pursuant to sections 105(a), 501, 502, 503, and 925 of title 11 of the United States Code, made applicable to this case pursuant to PROMESA section 301(a), Rules 2002(a)(7), 2002(f), 2002(m), 3001, 3002(a) and 3003(c) of the Federal Rules of Bankruptcy Procedure, made applicable to this case pursuant to PROMESA section 310, and Rule 1007-1(f) of the Puerto Rico Local Bankruptcy Rules, for entry of an order (a) establishing deadlines and procedures for filing proofs of claim in the Debtor's Title III case, (b) approving the form and manner of notice thereof, and (c) granting related relief.

Objection Deadline:  February 18, 2020 at 4:00 p.m. (Atlantic Standard Time).

Responses:
   A.  None.

Reply, Joinder & Statement Deadlines: February 25, 2020 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and February 26, 2020, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
   A.  None.

Related Documents:
   A.  Notice of Filing of Amended Proposed Order Regarding Motion for Order (A) Establishing Deadlines and Procedures for Filing Proofs of Claim and (B) Approving Form and Manner of Notice Thereof **[Case No. 17-3283, ECF No. 11814, Case No. 19-5523, ECF No. 38]**

Status:  This matter is going forward.

Estimated Time Required:  5 minutes.

3. **One Hundred Twenty-Fourth Omnibus Objection to Claims.** The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's One Hundred Twenty-Fourth Omnibus Objection (Non-Substantive) to Deficient Claims Asserting

Interests Based on Salary Demands, Employment or Services Provided **[Case No. 17-3283, ECF No. 9892]**[6]

Description: The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's one-hundred twenty-fourth omnibus objection (Non-Substantive) to deficient claims asserting interests based on salary demands, employment or services provided.

Objection Deadline: February 18, 2020 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A. None.

Reply, Joinder & Statement Deadlines: February 25, 2020 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and February 26, 2020, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A. None.

Related Documents:
    A. None

Status: This matter is going forward.

Estimated Time Required: 5 minutes.

4. **One Hundred Twenty-Fifth Omnibus Objection to Claims.** The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's One Hundred Twenty-Fifth Omnibus Objection (Non-Substantive) to Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services Provided **[Case No. 17-3283, ECF No. 9894]**

Description: The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's one hundred twenty-fifth omnibus objection (Non-Substantive) to deficient claims asserting interests based on salary demands, employment or services provided.

---

[6] Uncontested Agenda Item Numbers 2–31 are going forward solely as to the claimants that did not respond to the various omnibus objections to claims.  Certain responses to the various omnibus objection to claims, as stated in the (i) *Notice of Adjournment as to Certain Claims Subject to Omnibus Objections (Non-Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* **[Case No. 17-3283, ECF No. 11790]**, have been adjourned to the April 22, 2020 omnibus hearing.

Objection Deadline:  February 18, 2020 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A.  None.

Reply, Joinder & Statement Deadlines: February 25, 2020 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and February 26, 2020, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A.  None.

Related Documents:
    A.  None

Status:  This matter is going forward.

Estimated Time Required:  5 minutes.

5. **One Hundred Twenty-Sixth Omnibus Objection to Claims.** The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's One Hundred Twenty-Sixth Omnibus Objection (Non-Substantive) to Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services Provided **[Case No. 17-3283, ECF No. 9895]**

Description: The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's one hundred twenty-sixth omnibus objection (Non-Substantive) to deficient claims asserting interests based on salary demands, employment or services provided.

Objection Deadline:  February 18, 2020 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A.  None.

Reply, Joinder & Statement Deadlines: February 25, 2020 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and February 26, 2020, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A.  None.

Related Documents:
    A.  None

Status:  This matter is going forward.

Estimated Time Required:  5 minutes.

6. **One Hundred Twenty-Seventh Omnibus Objection to Claims.** The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's One Hundred Twenty-Seventh Omnibus Objection (Non-Substantive) to Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services Provided **[Case No. 17-3283, ECF No. 9897]**

Description:  The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's one hundred twenty-seventh omnibus objection (Non-Substantive) to deficient claims asserting interests based on salary demands, employment or services provided.

Objection Deadline:  February 18, 2020 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A.  None.

Reply, Joinder & Statement Deadlines: February 25, 2020 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and February 26, 2020, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A.  None.

Related Documents:
    A.  None

Status:  This matter is going forward.

Estimated Time Required:  5 minutes.

7. **One Hundred Twenty-Eighth Omnibus Objection to Claims.** The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's One Hundred Twenty-Eighth Omnibus Objection (Non-Substantive) to Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services Provided **[Case No. 17-3283, ECF No. 9900]**

Description:  The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's one hundred twenty-eighth omnibus objection (Non-

Substantive) to deficient claims asserting interests based on salary demands, employment or services provided.

Objection Deadline: February 18, 2020 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A. None.

Reply, Joinder & Statement Deadlines: February 25, 2020 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and February 26, 2020, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A. None.

Related Documents:
    A. None

Status: This matter is going forward.

Estimated Time Required: 5 minutes.

8. **One Hundred Twenty-Ninth Omnibus Objection to Claims.** The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's One Hundred Twenty-Ninth Omnibus Objection (Non-Substantive) to Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services Provided **[Case No. 17-3283, ECF No. 9901]**

Description: The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's one hundred twenty-ninth omnibus objection (Non-Substantive) to deficient claims asserting interests based on salary demands, employment or services provided.

Objection Deadline: February 18, 2020 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A. None.

Reply, Joinder & Statement Deadlines: February 25, 2020 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and February 26, 2020, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A. None.

Related Documents:
    A.  None

Status:  This matter is going forward.

Estimated Time Required:  5 minutes.

9.  **One Hundred Thirtieth Omnibus Objection to Claims.** The Commonwealth of Puerto
Rico, the Puerto Rico Highways and Transportation Authority, and the Employees
Retirement System of the Government of the Commonwealth of Puerto Rico's One Hundred
Thirtieth Omnibus Objection (Non-Substantive) to Deficient Claims Asserting Interests
Based on Salary Demands, Employment or Services Provided **[Case No. 17-3283, ECF No.
9903]**

Description: The Commonwealth of Puerto Rico, the Puerto Rico Highways and
Transportation Authority, and the Employees Retirement System of the Government of the
Commonwealth of Puerto Rico's one hundred thirtieth omnibus objection (Non-Substantive)
to deficient claims asserting interests based on salary demands, employment or services
provided.

Objection Deadline:  February 18, 2020 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A.  None.

Reply, Joinder & Statement Deadlines: February 25, 2020 at 4:00 p.m. (Atlantic Standard
Time) for all parties other than the Debtors or Statutory Committees and February 26, 2020,
at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A.  None.

Related Documents:
    A.  None

Status:  This matter is going forward.

Estimated Time Required:  5 minutes.

10.  **One Hundred Thirty-First Omnibus Objection to Claims.** The Commonwealth of
Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees
Retirement System of the Government of the Commonwealth of Puerto Rico's One Hundred
Thirty-First Omnibus Objection (Non-Substantive) to Deficient Claims Asserting Interests
Based on Salary Demands, Employment or Services Provided **[Case No. 17-3283, ECF No.
9905]**

Description: The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's one hundred thirty-first omnibus objection (Non-Substantive) to deficient claims asserting interests based on salary demands, employment or services provided.

Objection Deadline: February 18, 2020 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A. None.

Reply, Joinder & Statement Deadlines: February 25, 2020 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and February 26, 2020, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A. None.

Related Documents:
    A. None

Status: This matter is going forward.

Estimated Time Required: 5 minutes.

11. **One Hundred Thirty-Second Omnibus Objection to Claims.** The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's One Hundred Thirty-Second Omnibus Objection (Non-Substantive) to Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services Provided **[Case No. 17-3283, ECF No. 9906]**

Description: The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's one hundred thirty-second omnibus objection (Non-Substantive) to deficient claims asserting interests based on salary demands, employment or services provided.

Objection Deadline: February 18, 2020 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A. None.

Reply, Joinder & Statement Deadlines: February 25, 2020 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and February 26, 2020, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A.  None.

Related Documents:
    A.  None

Status:  This matter is going forward.

Estimated Time Required:  5 minutes.

12. **One Hundred Thirty-Third Omnibus Objection to Claims.** The Commonwealth of
Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees
Retirement System of the Government of the Commonwealth of Puerto Rico's One Hundred
Thirty-Third Omnibus Objection (Non-Substantive) to Deficient Claims Asserting Interests
Based on Salary Demands, Employment or Services Provided **[Case No. 17-3283, ECF No.
9907]**

Description:  The Commonwealth of Puerto Rico, the Puerto Rico Highways and
Transportation Authority, and the Employees Retirement System of the Government of the
Commonwealth of Puerto Rico's one hundred thirty-third omnibus objection (Non-
Substantive) to deficient claims asserting interests based on salary demands, employment or
services provided.

Objection Deadline:  February 18, 2020 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A.  None.

Reply, Joinder & Statement Deadlines: February 25, 2020 at 4:00 p.m. (Atlantic Standard
Time) for all parties other than the Debtors or Statutory Committees and February 26, 2020,
at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A.  None.

Related Documents:
    A.  None

Status:  This matter is going forward.

Estimated Time Required:  5 minutes.

13. **One Hundred Thirty-Fourth Omnibus Objection to Claims.** The Commonwealth of
Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees
Retirement System of the Government of the Commonwealth of Puerto Rico's One Hundred
Thirty-Fourth Omnibus Objection (Non-Substantive) to Deficient Claims Asserting Interests

Based on Salary Demands, Employment or Services Provided **[Case No. 17-3283, ECF No. 9908]**

Description: The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's one hundred thirty-fourth omnibus objection (Non-Substantive) to deficient claims asserting interests based on salary demands, employment or services provided.

Objection Deadline: February 18, 2020 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A. None.

Reply, Joinder & Statement Deadlines: February 25, 2020 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and February 26, 2020, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A. None.

Related Documents:
    A. None

Status: This matter is going forward.

Estimated Time Required: 5 minutes.

14. **One Hundred Thirty-Fifth Omnibus Objection to Claims.** The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's One Hundred Thirty-Fifth Omnibus Objection (Non-Substantive) to Deficient Claims Asserting Interests Based upon Unspecified Puerto Rico Statutes **[Case No. 17-3283, ECF No. 9911]**

Description: The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's one hundred thirty-fifth omnibus objection (Non-Substantive) to deficient claims asserting interests based upon unspecified Puerto Rico Statutes.

Objection Deadline: February 18, 2020 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A. None.

Reply, Joinder & Statement Deadlines: February 25, 2020 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and February 26, 2020, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A. None.

Related Documents:
    A. None

Status:  This matter is going forward.

Estimated Time Required:  5 minutes.

15. **One Hundred Thirty-Sixth Omnibus Objection to Claims.** The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's One Hundred Thirty-Sixth Omnibus Objection (Non-Substantive) to Deficient Claims Asserting Interests Based upon Unspecified Puerto Rico Statutes **[Case No. 17-3283, ECF No. 9912]**

Description: The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's one hundred thirty-sixth omnibus objection (Non-Substantive) to deficient claims asserting interests based upon unspecified Puerto Rico Statutes.

Objection Deadline:  February 18, 2020 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A. None.

Reply, Joinder & Statement Deadlines: February 25, 2020 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and February 26, 2020, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A. None.

Related Documents:
    A. None

Status:  This matter is going forward.

Estimated Time Required:  5 minutes.

16. **One Hundred Thirty-Seventh Omnibus Objection to Claims.** The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees

Retirement System of the Government of the Commonwealth of Puerto Rico's One Hundred Thirty-Seventh Omnibus Objection (Non-Substantive) to Deficient Claims Asserting Interests Based upon Unspecified Puerto Rico Statutes **[Case No. 17-3283, ECF No. 9915]**

Description: The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's one hundred thirty-seventh omnibus objection (Non-Substantive) to deficient claims asserting interests based upon unspecified Puerto Rico Statutes.

Objection Deadline: February 18, 2020 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A. None.

Reply, Joinder & Statement Deadlines: February 25, 2020 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and February 26, 2020, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A. None.

Related Documents:
    A. None

Status: This matter is going forward.

Estimated Time Required: 5 minutes.

17. **One Hundred Thirty-Eighth Omnibus Objection to Claims.** The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's One Hundred Thirty-Eighth Omnibus Objection (Non-Substantive) to Deficient Claims Asserting Interests Based upon Unspecified Puerto Rico Statutes **[Case No. 17-3283, ECF No. 9917]**

Description: The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's one hundred thirty-eighth omnibus objection (Non-Substantive) to deficient claims asserting interests based upon unspecified Puerto Rico Statutes.

Objection Deadline: February 18, 2020 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A. None.

24

Reply, Joinder & Statement Deadlines: February 25, 2020 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and February 26, 2020, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A. None.

Related Documents:
    A. None

Status:  This matter is going forward.

Estimated Time Required:  5 minutes.

18. **One Hundred Thirty-Ninth Omnibus Objection to Claims.** The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's One Hundred Thirty-Ninth Omnibus Objection (Non-Substantive) to Deficient Claims Asserting Interests Based upon Unspecified Puerto Rico Statutes **[Case No. 17-3283, ECF No. 9921]**

Description:  The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's one hundred thirty-ninth omnibus objection (Non-Substantive) to deficient claims asserting interests based upon unspecified Puerto Rico Statutes.

Objection Deadline:  February 18, 2020 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A. None.

Reply, Joinder & Statement Deadlines: February 25, 2020 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and February 26, 2020, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A. None.

Related Documents:
    A. None

Status:  This matter is going forward.

Estimated Time Required:  5 minutes.

19. **One Hundred Fortieth Omnibus Objection to Claims.** The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees

Retirement System of the Government of the Commonwealth of Puerto Rico's One Hundred Fortieth Omnibus Objection (Non-Substantive) to Deficient Claims Asserting Interests Based upon Unspecified Puerto Rico Statutes **[Case No. 17-3283, ECF No. 9933]**

Description: The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's one hundred fortieth omnibus objection (Non-Substantive) to deficient claims asserting interests based upon unspecified Puerto Rico Statutes.

Objection Deadline:  February 18, 2020 at 4:00 p.m. (Atlantic Standard Time).

Responses:
  A.  None.

Reply, Joinder & Statement Deadlines: February 25, 2020 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and February 26, 2020, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
  A.  None.

Related Documents:
  A.  None

Status:  This matter is going forward.

Estimated Time Required:  5 minutes.

20. **One Hundred Forty-First Omnibus Objection to Claims.** The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's One Hundred Forty-First Omnibus Objection (Non-Substantive) to Deficient Claims Asserting Interests Based upon Unspecified Puerto Rico Statutes **[Case No. 17-3283, ECF No. 9934]**

Description: The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's one hundred forty-first omnibus objection (Non-Substantive) to deficient claims asserting interests based upon unspecified Puerto Rico Statutes.

Objection Deadline:  February 18, 2020 at 4:00 p.m. (Atlantic Standard Time).

Responses:
  A.  None.

26

Reply, Joinder & Statement Deadlines: February 25, 2020 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and February 26, 2020, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A.  None.

Related Documents:
    A.  None

Status:  This matter is going forward.

Estimated Time Required:  5 minutes.

21. **One Hundred Forty-Second Omnibus Objection to Claims.** The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's One Hundred Forty-Second Omnibus Objection (Non-Substantive) to Deficient Claims Asserting Interests Based upon Unspecified Puerto Rico Statutes **[Case No. 17-3283, ECF No. 9935]**

Description:  The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's one hundred forty-second omnibus objection (Non-Substantive) to deficient claims asserting interests based upon unspecified Puerto Rico Statutes.

Objection Deadline:  February 18, 2020 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A.  None.

Reply, Joinder & Statement Deadlines: February 25, 2020 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and February 26, 2020, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A.  None.

Related Documents:
    A.  None

Status:  This matter is going forward.

Estimated Time Required:  5 minutes.

22. **One Hundred Forty-Third Omnibus Objection to Claims.** The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees

Retirement System of the Government of the Commonwealth of Puerto Rico's One Hundred Forty-Third Omnibus Objection (Non-Substantive) to Deficient Claims Asserting Interests Based upon Unspecified Puerto Rico Statutes **[Case No. 17-3283, ECF No. 9936]**

Description: The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's one hundred forty-third omnibus objection (Non-Substantive) to deficient claims asserting interests based upon unspecified Puerto Rico Statutes.

Objection Deadline: February 18, 2020 at 4:00 p.m. (Atlantic Standard Time).

Responses:
   A. None.

Reply, Joinder & Statement Deadlines: February 25, 2020 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and February 26, 2020, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
   A. None.

Related Documents:
   A. None

Status: This matter is going forward.

Estimated Time Required: 5 minutes.

23. **One Hundred Forty-Fourth Omnibus Objection to Claims.** The Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's One Hundred Forty-Fourth Omnibus Objection (Non-Substantive) to Deficient Claims Asserting Interests Based upon Unspecified Puerto Rico Statutes **[Case No. 17-3283, ECF No. 9937]**

Description: The Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's one hundred forty-fourth omnibus objection (Non-Substantive) to deficient claims asserting interests based upon unspecified Puerto Rico Statutes.

Objection Deadline: February 18, 2020 at 4:00 p.m. (Atlantic Standard Time).

Responses:
   A. None.

Reply, Joinder & Statement Deadlines: February 25, 2020 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and February 26, 2020, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A.  None.

Related Documents:
    A.  None

Status:  This matter is going forward.

Estimated Time Required:  5 minutes.

24. **One Hundred Forty-Fifth Omnibus Objection to Claims.** The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's One Hundred Forty-Fifth Omnibus Objection (Non-Substantive) to Deficient Claims Asserting Interests Based upon Unspecified Puerto Rico Statutes **[Case No. 17-3283, ECF No. 9938]**

Description:  The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's one hundred forty-fifth omnibus objection (Non-Substantive) to deficient claims asserting interests based upon unspecified Puerto Rico Statutes.

Objection Deadline:  February 18, 2020 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A.  None.

Reply, Joinder & Statement Deadlines: February 25, 2020 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and February 26, 2020, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A.  None.

Related Documents:
    A.  None

Status:  This matter is going forward.

Estimated Time Required:  5 minutes.

25. **One Hundred Forty-Sixth Omnibus Objection to Claims.** The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees

Retirement System of the Government of the Commonwealth of Puerto Rico's One Hundred Forty-Sixth Omnibus Objection (Non-Substantive) to Deficient Claims Asserting Interests Based upon Unspecified Puerto Rico Statutes **[Case No. 17-3283, ECF No. 9939]**

Description: The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's one hundred forty-sixth omnibus objection (Non-Substantive) to deficient claims asserting interests based upon unspecified Puerto Rico Statutes.

Objection Deadline: February 18, 2020 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A. None.

Reply, Joinder & Statement Deadlines: February 25, 2020 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and February 26, 2020, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A. None.

Related Documents:
    A. None

Status: This matter is going forward.

Estimated Time Required: 5 minutes.

26. **One Hundred Forty-Seventh Omnibus Objection to Claims.** The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's One Hundred Forty-Seventh Omnibus Objection (Non-Substantive) to Deficient Claims Asserting Interests Based upon Unspecified Puerto Rico Statutes **[Case No. 17-3283, ECF No. 9940]**

Description: The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's one hundred forty-seventh omnibus objection (Non-Substantive) to deficient claims asserting interests based upon unspecified Puerto Rico Statutes.

Objection Deadline: February 18, 2020 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A. None.

Reply, Joinder & Statement Deadlines: February 25, 2020 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and February 26, 2020, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A. None.

Related Documents:
    A. None

Status: This matter is going forward.

Estimated Time Required: 5 minutes.

27. **One Hundred Forty-Eighth Omnibus Objection to Claims.** The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's One Hundred Forty-Eighth Omnibus Objection (Non-Substantive) to Deficient Claims Asserting Interests Based upon Unspecified Puerto Rico Statutes **[Case No. 17-3283, ECF No. 9941]**

Description: The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's one hundred forty-eighth omnibus objection (Non-Substantive) to deficient claims asserting interests based upon unspecified Puerto Rico Statutes.

Objection Deadline: February 18, 2020 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A. None.

Reply, Joinder & Statement Deadlines: February 25, 2020 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and February 26, 2020, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A. None.

Related Documents:
    A. None

Status: This matter is going forward.

Estimated Time Required: 5 minutes.

28. **One Hundred Forty-Ninth Omnibus Objection to Claims.** The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees

Retirement System of the Government of the Commonwealth of Puerto Rico's One Hundred Forty-Ninth Omnibus Objection (Non-Substantive) to Miscellaneous Deficient claims **[Case No. 17-3283, ECF No. 9942]**

Description: The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's one hundred forty-ninth omnibus objection (Non-Substantive) to miscellaneous deficient claims.

Objection Deadline: February 18, 2020 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A.  None.

Reply, Joinder & Statement Deadlines: February 25, 2020 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and February 26, 2020, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A.  None.

Related Documents:
    A.  None

Status:  This matter is going forward.

Estimated Time Required:  5 minutes.

29. **One Hundred Fiftieth Omnibus Objection to Claims.** The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's One Hundred Fiftieth Omnibus Objection (Non-Substantive) to Miscellaneous Deficient claims **[Case No. 17-3283, ECF No. 9943]**

Description: The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's one hundred fiftieth omnibus objection (Non-Substantive) to miscellaneous deficient claims.

Objection Deadline: February 18, 2020 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A.  None.

Reply, Joinder & Statement Deadlines: February 25, 2020 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and February 26, 2020, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
  A.  None.

Related Documents:
  A.  None

Status:  This matter is going forward.

Estimated Time Required:  5 minutes.

30. **One Hundred Fifty-Fifth Omnibus Objection to Claims.** The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's One Hundred Fifty-Fifth Omnibus Objection (Non-Substantive) to Miscellaneous Deficient claims **[Case No. 17-3283, ECF No. 9944]**

Description:  The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's one hundred fifty-fifth omnibus objection (Non-Substantive) to miscellaneous deficient claims.

Objection Deadline:  February 18, 2020 at 4:00 p.m. (Atlantic Standard Time).

Responses:
  A.  None.

Reply, Joinder & Statement Deadlines: February 25, 2020 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and February 26, 2020, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
  A.  None.

Related Documents:
  A.  None

Status:  This matter is going forward.

Estimated Time Required:  5 minutes.

31. **One Hundred Fifty-Sixth Omnibus Objection to Claims.** The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's One Hundred Fifty-Sixth Omnibus Objection (Non-Substantive) to Miscellaneous Deficient claims **[Case No. 17-3283, ECF No. 9945]**

Description: The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's one hundred fifty-sixth omnibus objection (Non-Substantive) to miscellaneous deficient claims.

Objection Deadline: February 18, 2020 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A. None.

Reply, Joinder & Statement Deadlines: February 25, 2020 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and February 26, 2020, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A. None.

Related Documents:
    A. None

Status: This matter is going forward.

Estimated Time Required: 5 minutes.

32. **One Hundred Fifty-Seventh Omnibus Objection to Claims.** The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's One Hundred Fifty-Seventh Omnibus Objection (Non-Substantive) to Miscellaneous Deficient claims **[Case No. 17-3283, ECF No. 9946]**

Description: The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's one hundred fifty-seventh omnibus objection (Non-Substantive) to miscellaneous deficient claims.

Objection Deadline: February 18, 2020 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A. None.

Reply, Joinder & Statement Deadlines: February 25, 2020 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and February 26, 2020, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A. None.

Related Documents:
    A. None

Status:  This matter is going forward.

Estimated Time Required:  5 minutes.

## V.  **CONTESTED MATTERS:**

1. **FOMB's Motion for Summary Judgment.** Financial Oversight and Management Board's Motion for Summary Judgement Pursuant to Bankruptcy Rule 7056 **[Adv. Case No. 19-393, ECF No. 77]**

   Description:  Oral Arguments on the Financial Oversight and Management Board's Motion for Summary Judgement Pursuant to Bankruptcy Rule 7056.

   Objection Deadline:  February 5, 2020 at 5:00 p.m. (Atlantic Standard Time).

   Responses:
       A. Defendants' Opposition to the Financial Oversight and Management Board for Puerto Rico's Motion for Summary Judgment **[Adv. Case No. 19-393, ECF No. 87]**

   Reply, Joinder & Statement Deadlines: February 24, 2020 at 5:00 p.m. (Atlantic Standard Time).

   Replies, Joinders & Statements:
       A. Reply in Support of Financial Oversight and Management Board Motion for Summary Judgment Pursuant to Bankruptcy Rule 7056 **[Adv. Case No. 19-393, ECF No. 92]**

   Related Documents:
       A. Declaration of Natalie A. Jaresko **[Adv. Case No. 19-393, ECF No. 78]**

       B. Statement of Uncontested Material Facts in Support of the Motion for Summary Judgment of the Financial Oversight and Management Board for Puerto Rico **[Adv. Case No. 19-393, ECF No. 79]**

       C. Motion Submitting Proposed Order Granting Motion for Summary Judgment **[Adv. Case No. 19-393, ECF No. 80]**

       D. Order Granting in Part Joint Urgent Motion for Order Setting Briefing Schedule in Connection With the Motion For Summary Judgment **[Adv. Case No. 19-393, ECF No. 83]**

   Status:  This matter is going forward.

   Estimated Time Required:  30 minutes.

2. **PREPA'S Motion to Remand.** Puerto Rico Electric Power Authority's Motion to Remand [**Adv. Case No. 19-453, ECF No. 8**]

Description:  The Puerto Rico Electric Power Authority's motion to remand two consolidated actions (*Autoridad de Energía Eléctrica de Puerto Rico v. Vitol, Inc., et al.*, Civil No. K AC2009-1376 (901) and *Autoridad de Energía Eléctrica de Puerto Rico v. Vitol, Inc., et al.*, Civil No. 2012-1174 (905)) removed by Defendants Vitol Inc. and Vitol S.A back to the Commonwealth of Puerto Rico Court of First Instance.

Objection Deadline:  January 14, 2020 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A. Vitol Inc. & Vitol S.A.'s Objection to PREPA's Motion to Remand [**Adv. Case No. 19-453, ECF No. 10**]

    B. Vitol Inc. & Vitol S.A.'s Sur-Reply in Opposition to PREPA's Motion to Remand [**Adv. Case No. 19-453, ECF No. 18**]

Reply, Joinder & Statement Deadlines: February 5, 2020 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
    A. Puerto Rico Electric Power Authority's (1) Reply to Defendants' Objection to Motion to Remand, and (2) Opposition to Defendants' Alternative Motion for Leave to Extend Deadline for Removal Under Fed. R. Bankr. P. 9072(a)(2) [**Adv. Case No. 19-453, ECF No. 15**]

Related Documents:
    A. Vitol Inc. & Vitol S.A.'s Alternative Motion to Extend Deadline for Removal Under Fed. R. Bankr. P. 9072(a)(2) [**Adv. Case No. 19-453, ECF No. 11**]

    B. PREPA's Unopposed Urgent Motion for an Order (1) Extending by 14 Days the Time for PREPA to File its Reply to Defendants' Objection to Motion to Remand and Setting Deadline to Object to Defendants' Alternative Motion to Extend Deadline for Removal; and (2) Continuing to March 4, 2020 the Hearing on the Motion to Remand and Defendants' Alternative Motion to Extend Deadline for Removal [**Adv. Case No. 19-453, ECF No. 12**]

    C. Order Adjourning Hearing and Extending Deadline for PREPA to File its Reply to Defendants' Objection to Motion to Remand and Setting Deadline to Object to Defendants' Motion to Extend Deadline for Removal [**Adv. Case No. 19-453, ECF No. 13**]

Status:  This matter is going forward.

Estimated Time Required:  30 minutes.

## VI. **MATTERS BEFORE JUDGE DEIN**

1. **The DRA Parties' Motion to Participate in the Monolines' Amended Lift Stay Litigation.** DRA Parties' Motion and Memorandum of Law in Support of their (I) Notice that the DRA is a Party in Interest and Can Participate in the Monolines' Amended Lift Stay Litigation and Request to Modify the Amended Revenue Bond Scheduling Order or, (II) in the Alternative, Motion to Permit the DRA Parties to Intervene in the Monolines' Amended Lift Stay Litigation **[Case No. 17-3283, ECF No. 10835, Case No. 17-3567, ECF No. 685]**

Description: The DRA motion and memorandum of law in support of their notice to (i) notify this Court and the parties that the DRA is a party in interest pursuant to Section 1109(b) of the Bankruptcy Code and that the DRA Parties intend to participate in litigation concerning the Monolines' Amended Lift Stay Motion (*Motion of Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, National Public Finance Guarantee Corporation, and Financial Guaranty Insurance Company for Relief from the Automatic Stay, or, in the Alternative, Adequate Protection* [Case No. 17-3283, ECF No. 10102]), or, (ii) in the alternative, move the Court for an order permitting the DRA Parties to intervene with respect to the Monolines' Amended Lift Stay Motion under Bankruptcy Rule 2018(a).

Objection Deadline: February 18, 2020 at 4:00 p.m. (Atlantic Standard Time).

Responses:
   A. Ambac Assurance Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., National Public Finance Guarantee Corporation, and Financial Guaranty Insurance Company's Opposition to DRA Parties' Motion and Memorandum of Law in Support of their (I) Notice that the DRA is a Party in Interest and Can Participate in the Monolines' Amended Lift Stay Litigation and Request to Modify the Amended Revenue Bond Scheduling Order or, (II) in the Alternative, Motion to Permit the DRA Parties to Intervene in the Monolines' Amended Lift Stay Litigation [ECF NO. 10835] **[Case No. 17-3283, ECF No. 11126]**

Reply, Joinder & Statement Deadlines: February 25, 2020 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and February 26, 2020, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
   A. The DRA Parties' Omnibus Reply in Support of their: (I) Participation in the Monolines' Amended Lift Stay Litigation; (II) Motion to Intervene in the Revenue Bond Adversary Proceedings with Respect to the Clawback Complaint; and (III) Motion to Intervene in HTA Revenue Bond Adversary Proceeding with Respect to the Lien Stripping Complaint **[Case No. 17-3283, ECF No. 11725, Case No. 17-3567, ECF No. 705]**

   B. Reply to Ambac Assurance Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp, National Public Finance Guarantee Corporation, and Financial Guaranty Insurance Company's Limited Objection to the Joint Stipulation Regarding

(I) the DRA Parties' Motion and Memorandum of Law in Support of their Motion for Relief from the Automatic Stay, or in the Alternative, Ordering Payment of Adequate Protection [ECF No. 7643]; and (II) the DRA Parties' Motion and Memorandum of Law in Support of their Notice that the DRA as a Party in Interest and can Participate in the Monolines Amended Lift Stay Litigation [ECF No. 10835] **[Case No. 17-3283, ECF No. 11735, Case No. 17-3567, ECF No. 707]**

Related Documents:

A.  Notice of Joint Stipulation Regarding (I) the DRA Parties' Motion and Memorandum of Law in Support of their Motion for Relief From the Automatic Stay, or in the Alternative, Ordering Payment of Adequate Protection [ECF No. 7643]; and (II) the DRA Parties' Motion and Memorandum of Law in Support of their Notice that the DRA is a Party in Interest and can Participate in the Monolines Amended Lift Stay Litigation [ECF NO. 10835] **[Case No. 17-3283, ECF No. 11285, Case No. 17-3567, ECF No. 698]**

B.  Ambac Assurance Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp, National Public Finance Guarantee Corporation, and Financial Guaranty Insurance Company's Limited Objection to the Joint Stipulation Regarding (I) The DRA Parties' Motion and Memorandum of Law in Support of their Motion for Relief from the Automatic Stay, or in the Alternative, Ordering Payment of Adequate Protection [ECF No. 7643]; and (II) the DRA Parties' Motion and Memorandum of Law in Support of their Notice that the DRA is a Party in Interest and can Participate in the Monolines Amended Lift Stay Litigation [ECF NO. 11285] **[Case No. 17-3283, ECF No. 11325]**

C.  Order **[Case No. 17-3283, ECF No. 11346, Case No. 17-3567, ECF No. 700]**

D.  Order **[Case No. 17-3283, ECF No. 11802, Case No. 17-3567, ECF No. 710]**

E.  Joint Status Report of the DRA Parties and the Monolines Regarding the DRA Parties' Motion to Participate in the Monolines' Amended Lift Stay Litigation and the Joint Participation Stipulation **[Case No. 17-3283, ECF No. 11949, Case No. 17-3567, ECF No. 717]**

Status:  This matter is going forward.

Estimated Time Required:  30 minutes.

2.  **Monolines' Motion to Compel Discovery in Connection with HTA Lift-Stay Motion.** Urgent Motion of Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, Financial Guaranty Insurance Company, and National Public Finance Guarantee Corporation, as Holders and Insurers of HTA Bonds, to Compel Production of Documents Concerning Preliminary Hearing of Lift-Stay Motion **[Case No. 17-3283, ECF No. 11686, Case No. 17-3567, ECF No. 704]**

Description: Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, Financial Guaranty Insurance Company, and National Public Finance Guarantee Corporation's, as Holders and Insurers of HTA Bonds, motion to compel the Government Parties to produce documents that are critical to the preliminary issues of standing and property interest that the Court will consider at a preliminary hearing on the motion for relief from the automatic stay.

Objection Deadline: February 28, 2020 at 4:00 p.m. (Atlantic Standard Time).

Responses:
   A. Omnibus Opposition of Government Parties to Motions to Compel Production of Documents Concerning Preliminary Hearings on CCDA, PRIFA, and HTA Lift-Say Motions [ECF Nos. 11686, 11687] **[Case No. 17-3283, ECF No. 11948, Case No. 17-3567, ECF No. 716]**

Reply, Joinder & Statement Deadlines: March 2, 2020 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
   A. Omnibus Reply of Ambac Assurance Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., National Public Finance Guarantee Corporation, and Financial Guaranty Insurance Company to the Government Parties' Opposition to Movants' Motion to Compel Production of Documents Relating to the Preliminary Hearing on the HTA, CCDA, and PRIFA Lift-Stay Motions **[Case No. 17-3283, ECF No. 11958]**

Related Documents:
   A. Order Granting Urgent Motion to Adjourn Hearing on Motions for Relief from the Automatic Stay And Extend Deadlines For Replies In Support Of Motions For Relief From The Automatic Stay **[Case No. 17-3283, ECF No. 11057]**

Status: This matter is going forward.

Estimated Time Required: 30 minutes.

3. **Monolines' Motion to Compel Discovery in Connection with CCDA and PRIFA Lift-Stay Motions.** Urgent Motion of Ambac Assurance Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and Financial Guaranty Insurance Company to Compel Production of Documents Relating to the Preliminary Hearing on the CCDA and PRIFA Lift-Stay Motions **[Case No. 17-3283, ECF No. 11687]**

Description: Ambac Assurance Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and Financial Guaranty Insurance Company's motion to compel the Government Parties to produce documents that are critical to the resolution of the issues presented at the preliminary hearing on the CCDA Lift-Say Motion (ECF No. 10104) and PRIFA Lift-Stay Motion (ECF No. 10602).

Objection Deadline: February 28, 2020 at 4:00 p.m. (Atlantic Standard Time).

Responses:
  A.  Omnibus Opposition of Government Parties to Motions to Compel Production of Documents Concerning Preliminary Hearings on CCDA, PRIFA, and HTA Lift-Say Motions [ECF Nos. 11686, 11687] **[Case No. 17-3283, ECF No. 11948, Case No. 17-3567, ECF No. 716]**

Reply, Joinder & Statement Deadlines: March 2, 2020 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
  A.  Omnibus Reply of Ambac Assurance Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., National Public Finance Guarantee Corporation, and Financial Guaranty Insurance Company to the Government Parties' Opposition to Movants' Motion to Compel Production of Documents Relating to the Preliminary Hearing on the HTA, CCDA, and PRIFA Lift-Stay Motions **[Case No. 17-3283, ECF No. 11958]**

Related Documents:
  A.  Order Granting Urgent Motion to Adjourn Hearing on Motions for Relief from the Automatic Stay and Extend Deadlines for Replies in Support of Motions for Relief from the Automatic Stay **[Case No. 17-3283, ECF No. 11057]**

Status:  This matter is going forward.

Estimated Time Required:  30 minutes.


VII.  **CONTESTED CLAIM OBJECTIONS**

  1.  **Eighty-Seventh Omnibus Objection to Claims.** The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's Eighty-Seventh Omnibus Objection (Non-Substantive) to Deficient Claims Asserting Interests Based Upon Unspecified Puerto Rico Statues **[Case No. 17-3283, ECF No. 8976]**[7]

Description: The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's eighty-seventh omnibus objection (Non-Substantive) to deficient claims asserting interests based upon unspecified Puerto Rico Statues.

Objection Deadline:  January 14, 2020 at 4:00 p.m. (Atlantic Standard Time).

Responses:

---

[7] Contested Claim Objections Agenda Item Numbers 1–5 are going forward solely as to the claimant responses listed. All other responses to the various omnibus objection to claims (the Seventy-Eighth–One and Hundred Twenty-Third) will be adjourned to the April 22, 2020 omnibus hearing, pursuant to Notices of Adjournment filed by the Debtors on February 28, 2020.

A. Reply to Eighty-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based upon Unspecified Puerto Rico Statues, filed by Ivett S. Matos **[Case No. 17-3283, ECF No. 9736]**

Reply, Joinder & Statement Deadlines: January 21, 2020 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and January 21, 2020, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
A. Reply of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Response Filed by Ivett S. Matos [ECF No. 9736] to the Eighty-Seventh Omnibus Objection (Non-Substantive) to Deficient Claims Asserting Interests Based upon Unspecified Puerto Rico Statutes **[Case No. 17-3283, ECF No. 11779]**

Related Documents:
A. Motion to Submit Certified Translations **[Case No. 17-3283, ECF No. 11789]**

Status:  This matter is going forward.

Estimated Time Required:  10 minutes.

2. **One Hundred Eighth Omnibus Objection to Claims.** The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's One Hundred Eighth Omnibus Objection (Non-Substantive) to Deficient Claims Asserting Interests Based on Salary Demands, Employment on Services Provided **[Case No. 17-3283, ECF No. 9558]**

Description: The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's one hundred eighth omnibus objection (Non-Substantive) to deficient claims asserting interests based on salary demands, employment or services provided.

Objection Deadline:  January 14, 2020 at 4:00 p.m. (Atlantic Standard Time).

Responses:
A. Reply to One Hundred Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services Provided, filed by Hector F. Vallejo Moreno **[Case No. 17-3283, ECF No. 9978]**

41

Reply, Joinder & Statement Deadlines: January 21, 2020 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and January 21, 2020, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
   A. Reply of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Response Filed by Hector F. Vallejo Moreno [ECF No. 9978] to the One Hundred Eighth Omnibus Objection (Non-Substantive) to Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services Provided **[Case No. 17-3283, ECF No. 11780]**

Related Documents:
   A. Motion to Submit Certified Translations **[Case No. 17-3283, ECF No. 11789]**

Status:  This matter is going forward.

Estimated Time Required:  10 minutes.

3. **One Hundred Fourteenth Omnibus Objection to Claims.** The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's One Hundred Fourteenth Omnibus Objection (Non-Substantive) to Deficient Claims Asserting Interests Based upon Unspecified Puerto Rico Statutes **[Case No. 17-3283, ECF No. 9564]**

Description: The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's one hundred fourteenth omnibus objection (Non-Substantive) to deficient claims asserting interests based upon unspecified Puerto Rico Statutes.

Objection Deadline:  January 14, 2020 at 4:00 p.m. (Atlantic Standard Time).

Responses:
   A. Reply to One Hundred Fourteenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based Upon Unspecified Puerto Rico Statutes, filed by Reyes Pagan Pagan **[Case No. 17-3283, ECF No. 10329]**

Reply, Joinder & Statement Deadlines: January 21, 2020 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and January 21, 2020, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
   A. Reply of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of

the Commonwealth of Puerto Rico to Response Filed by Reyes Pagan Pagan [ECF No. 10329] to the One Hundred Fourteenth Omnibus Objection (Non-Substantive) to Deficient Claims Asserting Interests Based Upon Unspecified Puerto Rico Statutes **[Case No. 17-3283, ECF No. 11781]**

Related Documents:
    A.  None

Status:  This matter is going forward.

Estimated Time Required:  10 minutes.

4.  **One Hundred Nineteenth Omnibus Objection to Claims.** The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's One Hundred Nineteenth Omnibus Objection (Non-Substantive) to Miscellaneous Deficient Claims **[Case No. 17-3283, ECF No. 9569]**

Description: The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's one hundred nineteenth omnibus objection (Non-Substantive) to miscellaneous deficient claims.

Objection Deadline:  January 14, 2020 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A.  Reply to One Hundred Nineteenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to miscellaneous deficient claims, filed by Quetcy Ann Cedeno Rodriguez **[Case No. 17-3283, ECF No. 10230]**

    B.  Reply to One Hundred Nineteenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to miscellaneous deficient claims, filed by Jo-Ann Calderon Rivera **[Case No. 17-3283, ECF No. 10239]**

Reply, Joinder & Statement Deadlines: January 21, 2020 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and January 21, 2020, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A.  Reply of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Response Filed by Jo-Ann Calderon Rivera [ECF No. 10239] and Quetcy Ann Cedeno Rodriguez [ECF No. 10230] to the One

43

Hundred Nineteenth Omnibus Objection (Non-Substantive) to Miscellaneous Deficient Claims **[Case No. 17-3283, ECF No. 11788]**

Related Documents:
    A.  Motion to Submit Certified Translations **[Case No. 17-3283, ECF No. 11789]**

Status:  This matter is going forward.

Estimated Time Required:  10 minutes.

5.  **One Hundred Twenty-Third Omnibus Objection to Claims.** The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's One Hundred Twenty-Third Omnibus Objection (Non-Substantive) to Miscellaneous Deficient Claims **[Case No. 17-3283, ECF No. 9576]**

Description:  The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's one hundred twenty-third omnibus objection (Non-Substantive) to miscellaneous deficient claims.

Objection Deadline:  January 14, 2020 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A.  Reply to One Hundred Twenty-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to miscellaneous deficient claims, filed by Hector F. Vallejo Moreno**[Case No. 17-3283, ECF No. 9978]**

Reply, Joinder & Statement Deadlines: January 21, 2020 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and January 21, 2020, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A.  Reply of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Response Filed by Hector F. Vallejo Moreno [ECF No. 9978] to the One Hundred Twenty-Third Omnibus Objection (Non-Substantive) to Miscellaneous Deficient Claims **[Case No. 17-3283, ECF No. 11940]**

Related Documents:
    A.  None

Status:  This matter is going forward.

Estimated Time Required:  10 minutes.

## VIII.   ADJOURNED MATTERS:

1. **AAFAF's Objection to Claim of the United States Department of the Treasury/Internal Revenue Service.** Puerto Rico Fiscal Agency and Financial Advisory Authority's Objection to Proofs of Claim of the United States Department of the Treasury/Internal Revenue Service (Claims Nos. 168648 and 16885) **[Case No. 17-3283, ECF No. 7419, Case No. 17-3284, ECF No. 643]**

   Description:  Puerto Rico Fiscal Agency and Financial Advisory Authority's objection to proofs of claim of the United States Department of the Treasury/Internal Revenue Service (Claims No. 168648 and 16885) filed against the Puerto Rico Sales Tax Financing Corporation.

   Objection Deadline:  August 9, 2019 at 4:00 p.m. (Atlantic Standard Time).

   Responses:
   A.  None.

   Reply, Joinder & Statement Deadlines: September 4, 2019 at 4:00 p.m. (Atlantic Standard Time).

   Replies, Joinders & Statements:
   A.  None

   Related Documents:
   A.  Stipulation and Agreed Order (A) Withdrawing Proofs of Claim of the United States Department of the Treasury/Internal Revenue Service (Claims No. 168648 and 168885); (B) Deeming Previously Filed Objection to Apply to Amended IRS Proof of Claim (Claim No. 169423); (C) Extending Deadline to Respond to the Objection; and (D) Adjourning Hearing to Consider the Objection **[Case No. 17-3283, ECF No. 7927, Case No. 17-3284, ECF No. 662]**

   B.  Informative Motion Regarding Extension of COFINA's Deadline to Reply to United States' Response to Claim Objection **[Case No. 17-3283, ECF No. 9330, Case No. 17-3284, ECF No. 688]**

   C.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claims [ECF 7419] **[Case No. 17-3283, ECF No. 10021, Case No. 17-3284, ECF No. 695]**

   Status:  This matter has been adjourned to the April  22, 2020 omnibus hearing.

   Estimated Time Required:  N/A

2. **Gladys García-Rubiera et. al.'s Motion Requesting Relief of Stay under 362(d)(1) of the Bankruptcy Code.** Status Conference Regarding Gladys García-Rubiera *et. al.*'s Motion for Relief from the Automatic Stay **[Case No. 17-3283, ECF No. 2434]**

Description:  Status conference regarding Gladys García-Rubiera *et.al.*'s motion for relief from the automatic stay in connection with the September 25, 2019 opinion issued by the United States Court of Appeals for the First Circuit **[Case No. 17-3283, ECF No. 8770]**

Objection Deadline:  N/A

Responses:
    A.  N/A

Reply, Joinder & Statement Deadlines: The parties to the Lift Stay Motion shall file an additional status report by December 2, 2019 at 5:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
    A.  N/A

Related Documents:

    A.  Memorandum Order Granting in Part and Denying in Part Motion Requesting Relief from Stay Under Section 362(d)(1) of the Bankruptcy Code (Docket Entry No. 2434) **[Case No. 17-3283, ECF No. 2858]**

    B.  Opinion issued by the United States Court of Appeals for the First Circuit, dated September 25, 2019 **[Case No. 17-3283, ECF No. 8770]**

    C.  Judgement issued by the United States Court of Appeals for the First Circuit, dated September 25, 2019 **[Case No. 17-3283, ECF No. 8771]**

    D.  Order Scheduling Further Proceedings Regarding Motion Requesting Relief from Automatic Stay **[Case No. 17-3283, ECF No. 8890]**

    E.  Informative Motion Regarding Motion Requesting Relief of Stay Under 362(d)(1) of the Bankruptcy Code **[Case No. 17-3283, ECF No. 9130]**

    F.  Order in Connection with Informative Motion Regarding Motion Requesting Relief of Stay Under 362(d)(1) of the Bankruptcy Code (Docket Entry No. 9130) **[Case No. 17-3283, ECF No. 9142]**

    G.  Informative Motion Regarding Motion Requesting Relief of Stay Under 362(d)(1) of the Bankruptcy Code **[Case No. 17-3283, ECF No. 9384]**

    H.  Order in Connection with Informative Motion Regarding Motion Requesting Relief of Stay Under 362(d)(1) of the Bankruptcy Code (Docket Entry No. 9384) **[Case No. 17-3283, ECF No. 9389]**

    I.  Informative Motion Regarding Motion Requesting Relief of Stay Under 362(d)(1) of the Bankruptcy Code **[Case No. 17-3283, ECF No. 10265]**

J. Informative Motion Regarding Motion Requesting Relief of Stay Under 362(d)(1) of the Bankruptcy Code **[Case No. 17-3283, ECF No. 11756]**

K. Order in Connection with Informative Motion Regarding Motion Requesting Relief of Stay Under 362(d)(1) of the Bankruptcy Code (Docket Entry No. 11756) **[Case No. 17-3283, ECF No. 11771]**

Status:  This matter has been adjourned to the April  22, 2020 omnibus hearing.

Estimated Time Required:  N/A

3. **Ambac's Motion to Compel Compliance with Orders Authorizing 2004 Examinations.**
Ambac Assurance Corporation's Motion to Compel Compliance with the Court's December 15, 2017 and February 26, 2018 Orders regarding the Urgent Renewed Joint Motion of the Ad Hoc Group of General Obligation Bondholders, Ambac Assurance Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., the Mutual Fund Group, and National Public Finance Guarantee Corporation for Order Authorizing Rule 2004 Examination **[Case No. 17-3283, ECF No. 7505]**

Description: Ambac Assurance Corporation's motion to compel the Commonwealth of Puerto Rico, AAFAF, and the Financial Oversight and Management Board for Puerto Rico to comply with the Court's orders of December 15, 2017 and February 26, 2018 as they pertain to requests for information regarding the Commonwealth's pension liabilities, as set forth in the Rule 2004 motions dated September 12, 2017 (ECF. No. 1283) and November 28, 2017 (ECF. No. 1870).
Objection Deadline:  July 9, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
A. Respondents' Omnibus Opposition to Ambac Assurance Corporation's Motion to Compel [ECF No. 7505] and Ambac Assurance Corporation's Pension Motion [ECF No. 7507] **[Case No. 17-3283, ECF No. 7895]**

Reply, Joinder & Statement Deadlines: July 16, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and July 17, 2019 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
A. Joinder of Ad Hoc Group of Constitutional Debtholders to Ambac Assurance Corporation's Requests for Rule 2004 Discovery **[Case No. 17-3283, ECF No. 7531]**

B. Joinder of Assured Guaranty Corp. and Assured Guaranty Municipal Corp. to Ambac Assurance Corporation's Requests for Rule 2004 Discovery **[Case No. 17-3283, ECF No. 7588]**

C. Joinder of Financial Guaranty Insurance Company to Ambac Assurance Corporation's Motion to Compel Compliance with the Court's December 15, 2017 and February 26, 2018 Orders regarding the Urgent Renewed Joint Motion of the Ad

47

Hoc Group of General Obligation Bondholders, Ambac Assurance Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., the Mutual Fund Group, and National Public Finance Guarantee Corporation for Order Authorizing Rule 2004 Examination [Dkt. No. 7505] **[Case No. 17-3283, ECF No. 7674]**

D.  Joinder of the Ad Hoc Group of General Obligation Bondholders to Ambac Assurance Corporation's Requests for Rule 2004 Discovery **[Case No. 17-3283, ECF No. 7714]**

E.  Limited Joinder of Official Committee of Unsecured Creditors in Ambac Assurance Corporation's Motion to Compel Seeking Discovery Pursuant to Rule 2004 [Dkt. No. 7505] **[Case No. 17-3283, ECF No. 7883]**

Related Documents:

A.  Order Adjourning Hearing on Pension Discovery Motions **[Case No. 17-3283, ECF No. 8447]**

B.  Second Joint Status Report of Movant Ambac Assurance Corporation and Respondents the Financial Oversight and Management Board for Puerto Rico, the Commonwealth of Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority with Respect to the Pension Discovery Motions **[Case No. 17-3283, ECF No. 8633]**

C.  Joint Urgent Motion by Ambac Assurance Corporation, the Financial Oversight and Management Board for Puerto Rico, the Commonwealth of Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority, Seeking an Order Granting an Adjournment of the Hearing of the Pensions Discovery Motions **[Case No. 17-3283, ECF No. 8634]**

D.  Order Adjourning Hearing on Pensions Discovery Motions **[Case No. 17-3283, ECF No. 8638]**

E.  Third Joint Status Report of Movant Ambac Assurance Corporation and Respondents the Financial Oversight and Management Board for Puerto Rico, the Commonwealth of Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority with Respect to the Pensions Discovery Motions **[Case No. 17-3283, ECF No. 8996]**

F.  Order Adjourning Hearing on Pensions Discovery Motions **[Case No. 17-3283, ECF No. 9006]**

G.  Fourth Joint Status Report of Movant Ambac Assurance Corporation and Respondents the Financial Oversight and Management Board for Puerto Rico, the Commonwealth of Puerto Rico, and the Puerto Rico Fiscal Agency and Financial

Advisory Authority with Respect to the Pensions Discovery Motions **[Case No. 17-3283, ECF No. 9496]**

H.  Order Adjourning Hearing on Pensions Discovery Motions **[Case No. 17-3283, ECF No. 9518]**

I.  Fifth Joint Status Report of Movant Ambac Assurance Corporation and Respondents the Financial Oversight and Management Board for Puerto Rico, the Commonwealth of Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority With Respect to the Pensions Discovery Motions **[Case No. 17-3283, ECF No. 10325]**

J.  Order Adjourning Hearing on Pensions Discovery Motions **[Case No. 17-3283, ECF No. 10376]**

K.  Sixth Joint Status Report of Movant Ambac Assurance Corporation and Respondents the Financial Oversight and Management Board for Puerto Rico, the Commonwealth of Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority With Respect to the Pensions Discovery Motions **[Case No. 17-3283, ECF No. 11803]**

L.  Order Adjourning Hearing on Pensions Discovery Motions **[Case No. 17-3283, ECF No. 11808]**

Status:  This matter has been adjourned to the April  22, 2020 omnibus hearing.

Estimated Time Required:  N/A.

4.  **Ambac's Motion for Order Authorizing 2004 Discovery Concerning Pension Liabilities.**  Ambac Assurance Corporation's Motion for Entry of Order Authorizing Discovery under Bankruptcy Rule 2004 Concerning Pension Liabilities **[Case No. 17-3283, ECF No. 7507]**

Description:  Ambac Assurance Corporation's motion for entry of order authorizing discovery of the Financial Oversight and Management Board for Puerto Rico as representative of the Commonwealth of Puerto Rico, the Puerto Rico Fiscal Agency and Financial Advisory Authority, and the Commonwealth of Puerto Rico under Bankruptcy Rule 2004 concerning pension liabilities.

Objection Deadline:  July 9, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
A.  Respondents' Omnibus Opposition to Ambac Assurance Corporation's Motion to Compel [ECF No. 7505] and Ambac Assurance Corporation's Pension Motion [ECF No. 7507] **[Case No. 17-3283, ECF No. 7895]**

49

<u>Reply, Joinder & Statement Deadlines</u>: July 16, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and July 17, 2019 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

<u>Replies, Joinders & Statements</u>:

A. Joinder of Ad Hoc Group of Constitutional Debtholders to Ambac Assurance Corporation's Requests for Rule 2004 Discovery **[Case No. 17-3283, ECF No. 7531]**

B. Joinder of Assured Guaranty Corp. and Assured Guaranty Municipal Corp. to Ambac Assurance Corporation's Requests for Rule 2004 Discovery **[Case No. 17-3283, ECF No. 7588]**

C. Joinder of Financial Guaranty Insurance Company to Ambac Assurance Corporation's Motion for Entry of Order Authorizing Discovery Under Bankruptcy Rule 2004 Concerning Pension Liabilities [ECF No. 7507] Discovery **[Case No. 17-3283, ECF No. 7675]**

D. Joinder of the Ad Hoc Group of General Obligation Bondholders to Ambac Assurance Corporation's Requests for Rule 2004 Discovery **[Case No. 17-3283, ECF No. 7714]**

E. Limited Joinder of Official Committee of Unsecured Creditors in Ambac Assurance Corporation's Motion Regarding Pension Liabilities Seeking Discovery Pursuant to Rule 2004 [ECF No. 7507] **[Case No. 17-3283, ECF No. 7880]**

F. Ambac Assurance Corporation's Omnibus Reply in Further Support of the Pension Discovery Motions **[Case No. 17-3283, ECF No. 8230]**

<u>Related Documents</u>:

A. Order Adjourning Hearing on Pension Discovery Motions **[Case No. 17-3283, ECF No. 8447]**

B. Second Joint Status Report of Movant Ambac Assurance Corporation and Respondents the Financial Oversight and Management Board for Puerto Rico, the Commonwealth of Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority with Respect to the Pension Discovery Motions **[Case No. 17-3283, ECF No. 8633]**

C. Joint Urgent Motion by Ambac Assurance Corporation, the Financial Oversight and Management Board for Puerto Rico, the Commonwealth of Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority, Seeking an Order

Granting an Adjournment of the Hearing of the Pension Discovery Motions **[Case No. 17-3283, ECF No. 8634]**

D.   Order Adjourning Hearing on Pension Discovery Motions **[Case No. 17-3283, ECF No. 8638]**

E.   Third Joint Status Report of Movant Ambac Assurance Corporation and Respondents the Financial Oversight and Management Board for Puerto Rico, the Commonwealth of Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority with Respect to the Pension Discovery Motions **[Case No. 17-3283, ECF No. 8996]**

F.   Order Adjourning Hearing on Pension Discovery Motions **[Case No. 17-3283, ECF No. 9006]**

G.   Fourth Joint Status Report of Movant Ambac Assurance Corporation and Respondents the Financial Oversight and Management Board for Puerto Rico, the Commonwealth of Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority with Respect to the Pension Discovery Motions **[Case No. 17-3283, ECF No. 9496]**

H.   Order Adjourning Hearing on Pension Discovery Motions **[Case No. 17-3283, ECF No. 9518]**

I.   Fifth Joint Status Report of Movant Ambac Assurance Corporation and Respondents the Financial Oversight and Management Board for Puerto Rico, the Commonwealth of Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority with Respect to the Pensions Discovery Motions **[Case No. 17-3283, ECF No. 10325]**

J.   Order Adjourning Hearing on Pensions Discovery Motions **[Case No. 17-3283, ECF No. 10376]**

K.   Sixth Joint Status Report of Movant Ambac Assurance Corporation and Respondents the Financial Oversight and Management Board for Puerto Rico, the Commonwealth of Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority With Respect to the Pensions Discovery Motions **[Case No. 17-3283, ECF No. 11803]**

L.   Order Adjourning Hearing on Pensions Discovery Motions **[Case No. 17-3283, ECF No. 11808]**

Status:  This matter has been adjourned to the April  22, 2020 omnibus hearing.

Estimated Time Required:  N/A.

Dated: March 2, 2020.
        San Juan, Puerto Rico

Respectfully submitted,

/s/ Martin J. Bienenstock

Martin J. Bienenstock
Paul V. Possinger
Ehud Barak
Maja Zerjal
(Admission *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel:  (212) 969-3000
Fax:  (212) 969-2900

*Attorneys for the Financial Oversight and
Management Board as representative for the
Debtors*

/s/  Hermann D. Bauer

Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel:  (787) 764-8181
Fax:  (787) 753-8944

*Co-Attorneys for the Financial Oversight and
Management Board as representative for the
Debtors*