## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

     Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

### CERTIFICATE OF SERVICE

I, Christian Rivera, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, notice, and claims agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On February 26, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via email on (1) the AP Defendants Email Service List attached hereto as **Exhibit A**; and (2) the NOP Email Service List attached hereto as **Exhibit B**:

- Third Supplemental Informative Motion Regarding Notices of Participation and Notices of Appearance Filed in Connection with Objections to ERS Bond Claims [Docket No. 11778, Case No. 17 BK 3283; Docket No. 817, Case No. 17 BK 3566]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Dated: March 2, 2020

_____
Christian Rivera

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on March 2, 2020, by Christian Rivera, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

JAMES A. MAPPLETHORPE
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

2

SRF 40205

**<u>Exhibit A</u>**

Exhibit A

AP Defendants Email Service List

Served via email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| AJ Bennazar Zequeira | | ajb@bennazar.org |
| Clark Hill PLC | Attn: Robert D. Gordon | rgordon@jenner.com |
| Jenner & Block LLP | Attn: Richard Levin | rlevin@jenner.com |
| Bennazar, Garca & Milin | Attn: Hector M Mayol-Kauffmann | hector.mayol@bennazar.org |
| Jenner & Block LLP | Attn: Landon S. Raiford, Melissa M Root, Catherine L Steege | lraiford@jenner.com mroot@jenner.com csteege@jenner.com |
| Jenner & Block LLP | Attn: Carl N. Wedoff | cwedoff@jenner.com |

**<u>Exhibit B</u>**

Exhibit B

NOP Email Service List

Served via email

| NAME | EMAIL |
|---|---|
| A&B General Consultants Corp. | santiagoalex65@gmail.com |
| Academia Puertorriquena de la Lengua Espanola | info@academiapr.org |
| Acevedo, Nilma* | nacevedod@yahoo.com |
| Acosta Nazario, Andres & Magaly | magaly.acosta.nazario@gmail.com |
| Acosta Nazario, Magaly | magaly.acosta.nazario@gmail.com |
| Acosta-Nazario, Maribel and Magaly | magaly.acosta.nazario@gmail.com |
| Aguilo-Pico, Magda | pedro.quintero@pr.edu |
| Aguirre, Elva M. | afag@me.com |
| Akin Gump Strauss Hauer & Feld LLP | Bkahn@akingump.com |
| Alfredo Cardona | cardonaalf@gmail.com |
| Allen, Chet H. | 49hobbs@gmail.com |
| Almeda, Yanira | yaniraalmeda@gmail.com |
| Alvarez, Linette | alvarezlinette@gmail.com |
| Alvarez-Beamud, Marie I. | mariealvarez687@gmail.com |
| Alvarez-Mendez, Carlos* | calvarez@mendezcopr.com |
| Alvarez-Mendez, Sylvia* | calvarez@mendezcopr.com |
| Amadeo, Jose E. | jamadeo@prtc.net |
| Amador-Toledo, Marisabel | yiyiamadoe@yahoo.com |
| Amador-Toledo, Rafael | amadortoledo@hotmail.com |
| Anderson, Virgle J. & Cheryl D. | andersonranches@yahoo.com |
| Antoni, Carlos M. | antonic00926@yahoo.com |
| Aponte-Valderas, Becky M. | beckymaponte@gmail.com |
| Aponte-Valderas, Jose L. | apontevalderas@gmail.com |
| Aponte-Valderas, Lisa M. | laponte@rmmelaw.com |
| Aponte-Valderas, Luis A. | albertoaponte@yahoo.com |
| Arana, Kenia | keniaarana15@gmail.com |
| Arias Guardiola Trust, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| Armando Rodriguez-Santana Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| Arroyo Calderon, Edgardo | edgardo.arroyo.calderon@gmail.com |

Exhibit B

NOP Email Service List

Served via email

| NAME | EMAIL |
|------|-------|
| Audrey C. Scott Decd. IRA | mrbscott@yahoo.com |
| Aulet-Castro, Antonio R. | kititopr@hotmail.com |
| Avila Medina, Fe Mercedes | acs2004_47@hotmail.com |
| Avila-Medina, Angel G. | insnurse@gmail.com |
| Ayendez Faccio Trust, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| Ayyar, Mani | mayyar29@gmail.com |
| Balasquide-Frau, Miriam C. | mbschmidt2@aol.com |
| Ballester, Carmina | maggiesuro@gmail.com |
| Banks, Veronica | grbanks@gmail.com |
| Barahona LLC | bcollaza@lawpr.com |
| Barreras, Eliett | eliettambar@gmail.com |
| Barrios-Lugo, Marta | Loti53@hotmail.com |
| Barron Family Revocable Living Trust | danielrbarron@msn.com |
| Belgodere, Felipe | felipegel@prtc.net |
| Bello, Harry A. | hbello55@gmail.com |
| Beltran-Pascual Family Trust, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| Benitez, Isabel Vazquez | annabellenoa@gmail.com |
| Bermudez-Ortiz, Jose | bermudezortizjose@gmail.com |
| Berrios-Rivera, Magali | magaberi@gmail.com |
| Blackburn, Janet | justtax@sbcglobal.net |
| BofA Securities (fka Merrill Lynch & Co.) | jason.stone@bofa.com |
| Bonnin, Raul | raul.bonnin@yahoo.com |
| Botet, Rosalina | hiram.vazquez@hub-co.com |
| Bou-Pina, Iris | housuki1941@yahoo.com |
| Brulez, Gary & Pamela | gary@cpamo.com |
| Buono-Alcaraz, Juan | jbuono2346@yahoo.com |
| Bury, John G. and Natalia | jburyenterprise@yahoo.com |
| Busquets, David | djbusquets@prtc.net |
| Canales, Freddie | freddiecanales@gmail.com |

Exhibit B

NOP Email Service List

Served via email

| NAME | EMAIL |
|------|-------|
| Candelario, Jose H. | candelariojodeh@gmail.com |
| Carbia, Consuelo | conniecarbia@gmail.com |
| Carbia, Orlando A. | orlandocarbia@gmail.com |
| Carlo-Landron, Susan Marie | clsm78@yahoo.com |
| Carlos R. Mendez Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| Carrera, Ivette | ivesusa.carrera@gmail.com |
| Carro-Soto, Jose A. | drcarro2003@yahoo.com |
| Cartagena, Carmen R. | gefrecha@hotmail.com |
| Castellano-Rivera, Bevelyn | bevelyncastellano@hotmail.com |
| Castillo, Lynette | lynette_castillo@yahoo.com |
| Castro, Alida | alida_castro8@yahoo.com |
| Castro-Lang, Rafael | rafacastrolang@gmail.com; rafacastrolanglaw@gmail.com |
| Choate, Hall & Stewart, LLP | dgooding@choate.com; softedal@choate.com |
| Cintron Cordero, Domingo | ACarpetcleaning47@gmail.com |
| Cintron, Rita | ritamcitron@gmail.com |
| Cirino-Ayala, Pedro A. | Pectorjr7722@yahoo.com |
| Claudio Ballester Rico Estate | vibaponce@yahoo.com |
| Colberg Cabrera Children Trust-Alberto Juan-Colberg, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| Cole, James M. | jamesoncole@gmail.com |
| Collazo-Collazo, Cristina | amvc1@aol.com |
| Colon Rodriguez, Filiberto | ficorod4@gmail.com |
| Colon, Felix Antonio | felixmd78@gmail.com |
| Colon, Luis A. and de Colon, Maria A. | Bertiecolon@gmail.com |
| Colon, Nelson S. | pachan29@hotmail.com |
| Colon, Teresita | prwec1@gmail.com |
| Colon, Walter E. & Teresita | prwec1@gmail.com |
| Comas del Toro, Jesus and Comas, Herminia | ledorot077@gmail.com |
| Congregacion Hnas. Carmelitas de la Caridad | adamyriamv@gmail.com |

Exhibit B

NOP Email Service List

Served via email

| NAME | EMAIL |
|------|-------|
| Cooperativa de Ahorro y Credito de Santa Isabel | vmorales@cacsi.com |
| Coss, Lillian | lillianc@live.com |
| Cristy, Alfredo J. | ajcristy73@yahoo.com |
| Cruz, Luis A. | apolocande@yahoo.com |
| Cruz, Lydia | cruzl4477@gmail.com |
| Daniel Barreto Torres Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| Davis, Veronica C. | dollyd701@hotmail.com |
| Davis, Wayne | picker629@msn.com |
| de Bello, Carmen Q. | hbello55@gmail.com |
| de Fortuno, Annette Diaz | anettefortuno@yahoo.com |
| De Jesus, Sara E. | sallyedejesus@gmail.com |
| de L. Rodriguez-Gonzalez, Maria | liamlourdesrodriguez2@gmail.com |
| de Lourdes Carvajal, Agnes | roch40@earthlink.net |
| de Munoz, Aida A & Munoz, Edgardo | emunozPSC@gmail.com |
| Dean Lavere Cooley Family Revocable Living Trust | dean@deancooley.com |
| Dean Lavere Cooley Rollover IRA | dean@deancooley.com |
| Dearmond, John E. | enigma0722@aol.com |
| Del C. Osuna, Milagros | yayiosuna@gmail.com |
| Del Carmen Alomar Esteve, Maria | alomar.carmen@gmail.com |
| del Carmen Alvarez, Maria | marunces@gmail.com |
| Delgado-Toledo, Julio | juliodelgado@gmail.com |
| Diaz Cuevas, Carlos M. | carlosmdiazcuevas@gmail.com |
| Diaz, Eloy Mena | eloymenadiaz@gmail.com |
| Diaz, Ruben | rubencardio@gmail.com |
| Diaz-Nieves, Andres | diaznieves.diazfranco@gmail.com |
| Diaz-Sola, Cecilio and Torres, Elaine | cdiazsola@gmail.com |
| Diez, Fernando A. | fdo10@aol.com |
| Domenech Morera, Edgar | edgardomenech@gmail.com |
| Domingo Rodriguez Rivera and Hilda Colon Plumey | domingo5348@yahoo.com |
| Domingo Rodriguez Rivera and Hilda Colon Plumey | domingo5348@yahoo.com |

Exhibit B

NOP Email Service List

Served via email

| NAME | EMAIL |
|---|---|
| Dorbatt Quiñones, Rosa V.* | rvdorbatt@gmail.com |
| Dra. Coty Benmaman Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| Dragoni, Marcos & Aguayo de Dragoni, Maria | abbyaguayo@yahoo.com |
| Duboy, Silvia M. | Silviaduboy@gmail.com |
| Dunlavy, Joseph M | jdunlavy@kansasbusinessfinancing.com |
| Durling, John C. and Jerry L. | johnandchick@yahoo.com |
| Echeandia, Maria J.* | luis_fernando_silva@hotmail.com |
| Edgardo Muñoz | emunozPSC@gmail.com |
| Edgardo Muñoz | emunozPSC@gmail.com |
| Ellis, E. Clive | clive_ellis@hotmail.com |
| Empire Gas Company, Inc. | kelly@empigaspr.com |
| Empresas Treviño Ramirez Inc. | jesustrevicoperez@gmail.com |
| ENME Real Estate Corp. | rodriguezcardonia13@yahoo.com |
| Enrique G. Figueroa Llinas | efl@bobonislaw.com |
| Enudio Negron-Angulo Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| Estate of Andres Lopez | doquinon@msn.com |
| Estate of Carlos A Quilichini Roig | quilichinipa2C@microjuris.com |
| Estate of Isaias E. Martir Soto | diazmartir1@gmail.com |
| Fagundo Alvarez, Alice Miriam | edgardomenech@gmail.com |
| Falcon-Rivera, Miguel A. * | miguelfalconrivera@yahoo.com |
| Febles Negron, Elines | feblescontes@gmail.com |
| Federico A. Souffront Santiago Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| Feliciano-Perez, Eladio & Gonzalez-Torres, Carmen | carmingonzalez70@gmail.com |
| Fernandez, Carmen Luisa | lina005pr@gmail.com |
| Fernandez, Rafael A. | becauxrosario@hotmail.com |
| Fernandez-Munoz, Socorro | happywonderwoman@yahoo.com |
| FERPO Consulting Group Inc | ginnette.fernandez@gmail.com |
| Ferrer-Davila, Luis M. | lyfeda2009@gmail.com |

Exhibit B

NOP Email Service List

Served via email

| NAME | EMAIL |
|------|-------|
| Fideicomiso B & B | JoseCBacoR@aol.com |
| Fideicomiso Flores-Morales, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| Figueria Muniz, Iris M.* | irismfigueroa@gmail.com |
| Figueroa-Soldevila, Maria Aracelis | mfigsol@gmail.com |
| Flores, Carlos M. | carlosflores385@hotmail.com |
| Font, Luis E. | fontpr@yahoo.com |
| Fourquet-Torres, Juan L. | juanfourquet@gmail.com |
| Francisco Toro-De Osuna and Viviana Velez-Perez | img.franciscotoro@gmail.com |
| Frank, Mary J. | mary.j.frank.civ@mail.mi |
| Freieria Umpierre, Enrique | hfreiria@prtc.net |
| Frontera, Osvaldo Antommattel | antorhellm@coqui.net |
| Fuentes, Enrique | hfa5364@gmail.com |
| Fumero-Vidal, Ricardo A. and Aguilo-Pico, Enid M.* | r.fumero@hotmail.com |
| G. Vidal-Santoni Trust, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| Gabriel Miranda Target Retirement Plan | gjmirandar@gmail.com |
| Galbraith, Jason R. | galbraithjason@yahoo.com |
| Galindez, Julio A. | julio@fprgalindez.com |
| Garcia Barros, Eva Pilar | epgarcia@prtc.net |
| Garcia Gubern Trust, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| Garcia Hernandez, Ada I. | adaytito@hotmail.com |
| Garcia Toledo, Alma | almagarciatoledo@yahoo.com |
| Garcia-Navarreto, Maribel | maribel.hernandezgarcia@gmail.com |
| Garcia-Ramirez, Jaime A. | garciaramirez.jaime@gmail.com |
| Garcia-Toledo, Maria T | juliodelgado@gmail.com |
| Gardner, Allison Jean | kgmama3@yahoo.com |
| Garrido-Rincon, Marcos | garridomarco@gmail.com |
| Garrote, Nora E.* | negarrote@venuble.com |
| Gay, Susan | susiegay@yahoo.com |

Exhibit B

NOP Email Service List

Served via email

| NAME | EMAIL |
|---|---|
| GIB Development LLC* | sshub@45equity.com |
| Ginorio Gomez, Victor M | ticoginorio@gmail.com |
| Gomez Vallecillo, Hiram | hiramgomez@me.com |
| Gonzalez Lopez & Lopez Adames | marielopad@gmail.com |
| Gonzalez Ojeda, Domingo A. | domgon787@aol.com |
| Gonzalez Reyes, Carlos J. | ccjjggrr1@hotmail.com |
| Gonzalez Roig, Emilio | millog@hotmail.com |
| Gonzalez Torres, Carmen | carmingonzalez70@gmail.com |
| Gonzalez, Ismael | isgon15@hotmail.com |
| Gonzalez, Lohr H. | sarahspoleti@sbcglobal.net |
| Gonzalez, Luis | b.diazj@hotmail.com |
| Gonzalez, Magda | aixza_gonzalez@yahoo.com |
| Gonzalez, Sandra | jamadeo@prtc.net |
| Gonzalez-Passalacqua, Jose Ramon | jrgp1@hotmail.com |
| Gonzalez-Quintana, Hector L. | hgg1164@hotmail.com |
| Gonzalez-Toro, Marylin | marylintk@gmail.com |
| Graham, Diana E. & Johnson | dgraham217@aol.com |
| Guardiola, Armando | sbaezdixon@gmail.com |
| Gubern-Garcia Living Trust, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| Gutierrez Nunez, Carmen M. | gncarmenm@hotmail.com |
| Hale, Carol Z. | czhlks@gmail.com |
| Hanke, Gilberto | 787fishing@gmail.com |
| Hans Mercado-Gonzalez Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| Hartke, Gary W. | midwestgar49@yahoo.com |
| Hawke, Gilberto | 787fishing@gmail.com |
| Haworth, Steven T. | Shaworth2002@gmail.com |
| Hensley, Michael B and Christy M. | hensley@sktc.net |
| Hernandez, Griselle | supergyzmo@yahoo.com |
| Hernandez-Aldarondo, Tomas | hernandeztomas@hotmail.com |

Exhibit B

NOP Email Service List

Served via email

| NAME | EMAIL |
|---|---|
| Hernandez-Rodriguez, Freddie* | freddie.hernandez55@yahoo.com |
| Highfields Capital I LP | lfr@mcvpr.com |
| Highfields Capital II LP | lfr@mcvpr.com |
| Highfields Capital III LP | lfr@mcvpr.com |
| Hospicio Emmanuel Deferred COMPFBO Moises Rivera, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| Ileana Enid Cuerda-Reyes Trust, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| Inclan, Julian S. & Pietrantoni de Inclan, Vionette | jinccan@americanpapercorp.com |
| Ines Suarez, Maria * | mispg51@gmail.com |
| Inigo Fas, Fideicomiso | cheinigosz@gmail.com |
| Invesco Advisers, Inc., on behalf of certain funds managed or advised by it | twillis@ofiglobal.com |
| Irizarry, Fernando and Rodriguez, Maria | maria@fiaarchitects.com |
| Isabel C. Petrovich Estate | paonessal@yahoo.com |
| Isaias F. Martir Soto Estate | diazmartir1@gmail.com |
| Ivaem College, Inc. | finanzas@ivaempr.com |
| Ivonne Gonzalez | ivonnegm@prw.net |
| Ivonne Gonzalez | ivonnegm@prw.net |
| Jaime Fernandez (guardian for Roger Breto Fernandez) | jaimejuventudvibra@gmail.com |
| Jansen, Janis L. | jljkse@csy.net |
| Jimenez, Teresita | tereyguigapr@gmail.com |
| Jimenez-Gandara, Maria Elena | maricartor@gmail.com |
| Joglor LLC | joefigueroa@yahoo.com |
| John Hancock Investments | ecaron@jhancock.com |
| John Levin-IRA | jlevin6@zoho.com |
| John Levin-Roth-IRA | jlevin6@zoho.com |
| Juan Ramon Gomez Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| Jubert-Rivera, Nery Jubert | nyjrivera@gmail.com |
| Kochen, Brandon | bkochen@45equity.com |

Exhibit B

NOP Email Service List

Served via email

| NAME | EMAIL |
|------|-------|
| Kramer Levin Naftalis & Frankel LLP | acaton@kramerlevin.com; boneill@kramerlevin.com; dbuckley@kramerlevin.com |
| Kramer Levin Naftalis & Frankel LLP | acaton@kramerlevin.com; boneill@kramerlevin.com; dbuckley@kramerlevin.com |
| Laborde, Ivonne | ivonnelaborde@hotmail.com |
| Landron, Matilde | tontimati@yahoo.com |
| Laracuente, Gregoria | kelvinquinones@gmail.com |
| Lawful Constitutional Debt Coalition | susheelkirpalani@quinnemanuel.com |
| Lcdo Carlos Alberto Ruiz | carlosalbertoruizquiebras@gmail.com |
| Lcdo Carlos Alberto Ruiz, CSP | carlosalbertoruizquiebras@gmail.com |
| League, Alvin L. & Evelyn R. | evelynleague@gmail.com |
| Lennox, Jeffrey and Linda | lennox.linda@gmail.com |
| Lennox, Linda | lennox.linda@gmail.com |
| Libby, James | jgolf216@gmail.com |
| Librada-Sanz, Jesus | libradajesus@yahoo.es |
| Litespeed Master Fund Ltd. | jamie@litespeedpartners.com |
| Lizardi-Rivera, Rafael I. | pverdehcao@aol.com |
| Llop, Ibrahim | ibra_110P@hotmail.com |
| Lopez Ortiz, Ruth M.* | ruth.lopez1@hotmail.com |
| Lopez-Agudo, Fideicomiso | blanca_aguado@yahoo.com |
| Loubriel Umpierre, Enrique | eloubriel@yahoo.com |
| Lugo Rivera, Fideicomiso | yanitza_vargas@hotmail.com |
| Luis A. Seguinot Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| Lunt, Peter H. | plunt@nvcommercial.com |
| Mansfield, Karen | bluegecko2121@yahoo.com |
| Marchena, Orlando | orlyj27@yahoo.com |
| Marczynski, Christine J. | occhrissea@msn.com |
| Maria E. Vicens | mevicens@yahoo.com |
| Maria R. Rodriguez Estate | rrp@bobonislaw.com |
| Marichal, Hernandez, Santiago & Juarbe, LLC | vmedina@mhlex.com; rsantiago@mhlex.com |
| Mark G. Scolnick 2007 Trust as Amended | markscolnick@gmail.com |

Exhibit B

NOP Email Service List

Served via email

| NAME | EMAIL |
|------|-------|
| Mark Trust, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| Marlin, Dennis J. | djm0212@yahoo.com |
| Marlin, Lisa | lisamarlin@icloud.com |
| Marquez-Rivera, Jose R. | manaveiras@hotmail.com |
| Martinez Oliver, Fabian | lumenmendez@hotmail.com |
| Martinez Velez, Iraida A. | indymarvel@gmail.com |
| Matos-Alvarado, Mercedes | mecanara@tim.it |
| Matras, Michael | importmike@aol.com |
| Mattei-Calvo, Hector L. | yauco13@yahoo.com |
| McConnell Valdés LLC | lfr@mcvpr.com |
| McConnell Valdés LLC | lfr@mcvpr.com |
| McConnell Valdés LLC | lfr@mcvpr.com |
| McDavitt, Thomas D. | tmacdee@cox.net |
| McNamara, James* | nmchail@earthlink.net |
| Me Salve Isabela | nmenda@admincomp.com |
| Me Salve Rio Piedras | nmenda@admincomp.com |
| Melendez Rodriguez, Elba E. * | eemro101@gmail.com |
| Melendez, Ismael | im712@yahoo.com |
| Melero Munoz, Carmen E. | carmensmelero@gmail.com |
| Menda, Nelson | nmenda@admincomp.com |
| Mendez, Raul | timbvxrs@gmail.com |
| Mendez-Campoamor, Patricia* | pmcampoamor@yahoo.com |
| Mendez-Figueroa, Nelly A. | nelly.mendez.figueroa@gmail.com |
| Mendez-Perez, Ramon and Mendez, Carmen L. | totomendez@hotmail.com |
| Mercer, Helen M. | hmmdome@SBCglobal.net |
| Michica International Co. Shareholders Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| Michica International Coemployees Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| Miguel J. Morales-Vales Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |

Exhibit B

NOP Email Service List

Served via email

| NAME | EMAIL |
|------|-------|
| Miranda, Gabriel | gjmirandar@gmail.com |
| Miriam Loyola-Feliciano Trust, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| Monarch Alternative Capital LP | colin.daniels@monarchlp.com |
| Montanez, Luis G. | montanezlg@gmail.com |
| Morales Castro Trust | felixamorales1@gmail.com |
| Morales Morales, Luz Maria | luzsunrise99@gmail.com |
| Morales Silva, Virginia | moralessilva81@gmail.com |
| Morales Tores, Daira J. | ianaira@yahoo.com |
| Morales, Salvador | mfscolinas@yahoo.com |
| Morell, Magda | magda.morell@hotmail.com |
| Morla Rios, Everling | everling@jazzhamilton.com |
| Mottola, Joseph | cinim56@gmail.com |
| Muniz, Ramon G.* | nacevedod@yahoo.com |
| Nazario-Pagan, Maria A. | magaly.acosta.nazario@gmail.com |
| Nazario-Torres, Aracella | cellapillar@yahoo.com |
| Negron Angulo, Enudio | rudin425@gmail.com |
| Nevarez, Elba Iris | amaury47@att.net |
| New Concepts Machining, Inc. | newconcepts@frontiornet.net |
| Nido, Carlos J.* | carlosnido@gmail.com |
| Nieves Lopez, Gilberto | gilberttonieves@yahoo.com |
| Nieves, Antonia and Jose Maldonado, Sucesion | michelle.yulfo@gmail.com |
| Nigaglioni, Guillermo A. | gnigag@prtc.net |
| Nilda E. Ortiz-Melendez Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| Nilda Torres-Nieves and Jose Reyes-Cruz | tonito2009@live.com |
| Oceguera, Mirta | ocegueramirta@yahoo.com |
| Ojeda, Carlos J.* | carlodsojedapr@yahoo.com |
| Olivieri, Liana Rivera | mevicens@yahoo.com |
| Orr, Jack L & Barbara J | barbieo22@hotmail.com |
| Ortiz Rivera, Ada Ivette | adaivette25@gmail.com |

Exhibit B

NOP Email Service List

Served via email

| NAME | EMAIL |
|------|-------|
| Ortiz-Quinones, Jose A. | brunygiuliani@hotmail.com |
| Ortolani, Sherri L | sherrilortolani@gmail.com |
| Padua Flores, Samuel* | samuelpadua@hotmail.com |
| Paul Villanueva-Cruz and Lidia Lopez-Gaston | paulnewvillage@gmail.com |
| Perez, Agustin | atinperez@gmail.com |
| Perez, Ivette* | icypr2@hotmail.com |
| Perez-Alvarez, Ramon F.* | rpbroky@gmail.com |
| Perez-Garcia, Julio A. and Garcia-Toledo, Teresa | teresagt72@prtc.net |
| Perez-Pasarell, Hector X. | hectorxavier2000@yahoo.com |
| Perez-Posas, Jose M. | mosqurperezl@gmail.com |
| Perlman, Alan Jay | perlfoto@gmail.com |
| Peterson, Darol G. | DP4401@frontier.com |
| Picó Gonzalez, Alberto J. | sallyedejesus@gmail.com |
| Pijem-Garcia, Julio S. | salva432001@yahoo.com |
| Pizarro Ramirez, Alma | smari_roca@yahoo.com |
| Plan de Pension Ministerial Inc. | plandepensiones@gmail.com |
| Playa Azul, CRL | mramos@bufetemrsz.com |
| Polifka, James R. | polifkaj@pctc.net |
| Pollard, Paul David | pdavidpollard@hotmail.com |
| Ponce De Leon, Carlos A. | cponcedeleon@ieg-pr.com |
| Quebrada Bonita Crl | mramos@bufetemrsz.com |
| Rahm, Susan D. and Jeffrey D. | jrahm@stifel.com |
| Ramirez Torres, Ernesto L.* | elrtorres@hotmail.com |
| Ramirez, Lavinia | marymqr@hotmail.com |
| Ramirez-Delgado Trust, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| Ramirez-Fas, Jose | joseramirez@gmail.com |
| Ramirez-Torres, Ernesto L. and Lopez-de Victoria, Adela A. | elrtorres@hotmail.com |
| Ramirez-Zayas, Maria V. | vinasita48@hotmail.com |
| Ramos Lopez, Elisa | gloriosaflor41@gmail.com |
| Ramos-Martin, Gerard * | gramosmartin@gmail.com |

Exhibit B

NOP Email Service List

Served via email

| NAME | EMAIL |
|------|-------|
| Ramos-Martin, Gerard and Ines Suarez, Maria* | gramosmartin@gmail.com; mispg51@gmail.com |
| Ratliff, Blaine | blaine.ratliff@LPL.com |
| Raul-Padilla, Luis | padimart@yahoo.com |
| Render, Richard E. | rickrender@icloud.com |
| Riedl, Yvonne D. | julietteriedl@gmail.com |
| Riestra, Juan | riestra@proen.com |
| Rivera De Jesus, Jose J. | riverajos@prtc.net |
| Rivera Mendoza, Alfredo | fro@coqui.net |
| Rivera Mercado, Brunilda* | brunildarivera014@gmail.com |
| Rivera Ortiz, Edwin | ledoedwinortizrivera@hotmail.com |
| Rivera Rivera, Lyda Marta* | lydamarta@yahoo.com |
| Rivera, Victor | vmrrivera8@gmail.com |
| Rivera, Victor M. and Castro, Alida | vmrivera8@gmail.com |
| Rivera-Cruz, Jaime* | jretessi@gmail.com |
| Rivera-Garcia, Liajay* | dalygrpr@gmail.com |
| Robles, Jaime | jrobles200@gmail.com |
| Robles, Mercedes | mroblesmata@gmail.com |
| Robles, Ruperto J. | anayruperto@gmail.com |
| Roche U.S. Retirement Plans Master Trust | chen.grace_sanchi@gene.com |
| Rodriguez Batis, Edwin | erbatis@yahoo.com |
| Rodriguez de Colon, Hada Livia | ficorod4@gmail.com |
| Rodriguez Diaz, Adelina | lindaarjes@hotmail.com |
| Rodriguez Hernandez, Pedro* | rtshirt1@gmail.com |
| Rodriguez Pagan deceased and his widow Reina Colon Rodriguez | reinac24@coqui.net |
| Rodriguez Pagan, Federico and Irizarry Morales, Rosa A | trj.fr67@gmail.com |
| Rodriguez Schulze, Carmen | jeanne.rodz@gmail.com |
| Rodriguez, Frances M. | mirita12@aol.com |
| Rodriguez, Hilda M. | hmrodriguez1961@yahoo.com |
| Rodriguez, Iris M. | irismrsl@gmail.com |
| Rodriguez, Reina Colon | reinac24@coqui.net |
| Rodriguez-Gonzalez, Angel A. | angelarturo52@gmail.com |

Exhibit B

NOP Email Service List

Served via email

| NAME | EMAIL |
|------|-------|
| Rodriguez-Marty, Nestor A. | nesvid@gmail.com |
| Rodriguez-Preza, Victor M. and Alas, Mecerdes D. | alasaguirrem@gmail.com |
| Rodriguez-Rosado, Ramon B. | rodrinesm@yahoo.com |
| Rodriguez-Santana, Armando | armandoro654@gmail.com |
| Roman-Villanueva, Miguel A. | lcdomromancpa@gmail.com |
| Rosendo, Vidal E. | Alfonsodistributors@gmail.com |
| Rotger-Lopez, Nitza | nitza1951@gmail.com |
| Ruiz-Mattei, Jose E. | jeruiz2057@gmail.com |
| Ruperto J. Robles and Ana Belen Frias | anayruperto@gmail.com |
| Rydzewski, Arline | ajrydz@gmail.com |
| Saft, Laura | lsaft@bds.org |
| Sagliocca, Gennaro | kidneydocs@aol.com |
| Sala-Colon, Jorge P. | jpsala_pr@yahoo.com |
| Saliva, Julio | stutty798@aol.com |
| Sanchez Espinal, Ivan Sanchez | ivan.santose@gmail.com |
| Santander Asset Management, LLC, on behalf of certain funds of the First PR Family of Funds managed by them | fserra@sampr.com |
| Santiago Acevedo, Cesar | cesarsanty@gmail.com |
| Santiago Alverio, Candido | chayoma1@hotmail.com |
| Santoni, Walter | loveand@myself.com |
| Santos Colon, Mirta I. | fasotomeyor@gmail.com |
| Savage, William M. | savagemanor@gmail.com |
| Scherzer, Jeffrey I. | jeff@reginaprinting.com |
| Scherzer, Michael E. | Scherz4nj@optonline.net |
| Scherzer, Pearl Nora | Scherz4nj@optonline.net |
| Schmidt Jr., Donald E. | doneschmidt@sbcglobal.net |
| Schmidt, Roland and Lillian | llschmidt@centurytel.net |
| Scott, James J. | jjeffersonscott@gmail.com |
| Segarra, Carmen M. | carmensega@gmail.com |
| Segarra, Jr., David | dsegarra3@gmail.com |
| Serralles, Michael J. | jboatscaribbea@yahoo.com |

Exhibit B

NOP Email Service List

Served via email

| NAME | EMAIL |
|------|-------|
| Sherman, Roger A. | sylangrog@yahoo.com |
| Shub, Ileana and Menda, Brenda* | sshub@45equity.com |
| Sifontes, Tomas C. | tomassifontes@gmail.com |
| Signet Investment Corp. | wrod2mnd@hotmail.com |
| Silva-Molinari, Angel | a7silva7@gmail.com |
| Skadden, Arps, Slate, Meagher & Flom LLP | paul.lockwood@skadden .com |
| Skadden, Arps, Slate, Meagher & Flom LLP | paul.lockwood@skadden .com |
| Skerda, Peter | Pmark1@verizon.net |
| Snyder-Zalduondo, Maria C. | mariasynder1@gmail.com |
| Sobsey, Iris | i_sonsey@hotmail.com |
| Sosa, Diana M. | dianamsosa56@gmail.com |
| Sotomayor Chaves, Francisco A. | fasotomeyor@gmail.com |
| Stillwell, Gary D. | gds5703@aol.com |
| Stocking, Donley J. | dstocking1@gmail.com |
| Suarez-Lopez, Arturo / M. Perez, Ilia | arturosuarez112@gmail.com |
| T&A Properties | anthony@telenetworks.net |
| Telenetworks Inc. | Anthonyc@telenetworks.net |
| Thompson Rev. Tr, Kathryn R. | rthompson@tbswelds.com |
| Tirso T. Pena-Cardenas Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| Tomas Cuerda-Brugman, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com |
| Tomas Lozano-Perez and Lorraine Gray | lorraine.ma.gray@gmail.com |
| Toro-Suarez, Maria V. | smariavtoro@gmail.com |
| Torres Soto, Alberto J. | eng_atorres@hotmail.com |
| Torres, Gerardo Torres | gtt_14@hotmail.com |
| Torres-Irizarry, Aracella | cellapillar@yahoo.com |
| Torres-Sepulveda, Agustin & Perez-Torres, Matilde S. | gustorres50@verizon.net |
| Torres-Zayas, Luis A. | tozala@gmail.com |
| Treadway, John L | jokerjohn01@hotmail.com |
| UBS Financial Services Incorporated of Puerto Rico | kenneth.crowley@UBS.com |

Exhibit B

NOP Email Service List

Served via email

| NAME | EMAIL |
|------|-------|
| UBS TRST Dr. Coty Benmaman Retirement | birdie3754@gmail.com |
| UBS Trust Company of Puerto Rico | kenneth.crowley@UBS.com |
| Urbanski, Kathleen V. | bffv1R5@yahoo.com |
| Valdes-Menendez, Leoncio | Pilovaldes@gmail.com |
| Valdivieso, Ada R. | renatose@outlook.com |
| Vazquez Vega, Victor M. | 13juniorvazquez@gmail.com |
| Vazquez-Rosado, Salvador | svrjpk@gmail.com |
| Vazquez-Rosario, Vazquez | vince4363@gmail.com |
| Velez-Martinez, Mabel* | mabel.velezmartinez@gmail.com |
| Vicens Rivera, Maria E. | mevicens@yahoo.com |
| Vidal Nadal, Ramon (estate) and Cruz-Vidal, Aida | epifaniovidalcruz@yahoo.com |
| Walder, Karl | kwcuboy@yahoo.com |
| Walker, Betty S* | lthompson@infinekgroup.com |
| Weber, William E. | weber59@aol.com |
| Welsch, Paulette S. and Robert J. | bobwelsch@yahoo.com |
| Wheeler Trust | wheels135@comcast.net |
| Wheeler, Larry L. | wheels135@comcast.net |
| Wheeler, Vicki L. | wheels135@comcast.net |
| Whittlesey, Carol | lennox.linda@gmail.com |
| Wilson, Felicia Ann | tomsaez@gmail.com |
| Winer, Leon | prleon@msn.com |
| Winston & Strawn LLP | jmotto@winston.com |
| World Rep LLC | nmenda@admincomp.com |
| Wray, Michele* | wadewray@verizon.net |
| Ybanez, Noel | neybus@yahoo.com |
| Yordan Molini, Jaime | yordanfrau@prw.net |
| Zayas-Alvarez, Edwin and Cruz-Bonilla, Ida M. | edwinzayas@bellsouth.net |
| Zayas-Cintron, Luz Angelica | luchyzayas@hotmail.com |