10 de enero del 2020

A: Secretaria (clerk's Office)

Tribunal de Distrito de los Estados Unidos Rom 150 Federal Building, San Juan PR. 00918

De: William Hernández Santiago
Dirección Postal: Hc 06 Box 40011 Ponce, P.R. 00731
Teléfono: 787-405-4599
Email: hernandezsantiagowilliam@gmail.com

**Asunto: LEY PROMESA 17-03283 de ELA de P.R**

**Caso #36494**

Mi nombre es William Hernández Santiago, mis últimos cuatro dígitos del seguro social es 0525. Trabajé en el Departamento de educación desde 1984 al 2014 (30 años) y ejercí como trabajador 1, en la región de Ponce, PR. Recibo pensión al presente.

*Adjunto se envía los documentos que evidencian mis años trabajados para el Departamento de Educación en la Región de Ponce como Trabajador 1.*

Esta reclamación es por salarios impagos y el costo del reclamo por la **Ley Retirement Fund** un monto de **$1,000.00**

Actualmente no he realizado ninguna acción legal para la reclamación de este caso.


Gracias anticipadas.


*[firma]*

William Hernández Santiago

10 de enero del 2020

A: Secretaria (clerk's Office)

Tribunal de Distrito de los Estados Unidos Rom 150 Federal Building, San Juan PR. 00918

De: William Hernández Santiago
Dirección Postal: Hc 06 Box 40011 Ponce, P.R. 00731
Teléfono: 787-405-4599
Email: hernandezsantiagowilliam@gmail.com

Asunto: **LEY PROMESA 17-03283 de ELA de P.R**

**Caso #49702**

Mi nombre es William Hernández Santiago, mis últimos cuatro dígitos del seguro social es 0525. Trabajé en el Departamento de educación desde 1984 al 2014 (30 años) y ejercí como trabajador 1, en la región de Ponce, PR. Recibo pensión al presente.

*Adjunto se envía los documentos que evidencian mis años trabajados para el Departamento de Educación en la Región de Ponce como Trabajador 1.*

Esta reclamación es por salarios impagos y el costo del reclamo por la **ley costo de vida** un monto de **$5,500.00**

Actualmente no he realizado ninguna acción legal para la reclamación de este caso.

Gracias anticipadas.

*[firma]*
William Hernández Santiago