Formulario 480.7C
Form Rev. 07.18

GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
Departamento de Hacienda - Department of the Treasury
DECLARACIÓN INFORMATIVA - PLANES DE RETIRO Y ANUALIDADES
INFORMATIVE RETURN - RETIREMENT PLANS AND ANNUITIES
AÑO CONTRIBUTIVO - TAXABLE YEAR: 2018

F041947955

Número de Confirmación de Radicación Electrónica
Electronic Filing Confirmation Number

Enmendado - Amended: (___/___/___)

## INFORMACIÓN DEL PAGADOR - PAYER'S INFORMATION

Núm. de Identificación Patronal - Employer Identification No.: 66-0433481
Nombre - Name: ADMINISTRACION DE SISTEMAS DE RETIRO
Dirección - Address: PO BOX 42003, SAN JUAN PR 00940-2003

## INFORMACIÓN DE QUIEN RECIBE EL PAGO - PAYEE'S INFORMATION

Núm. de Seguro Social - Social Security No.:
Nombre - Name: WILLIAM HERNANDEZ SANTIAGO
Dirección - Address: HC 6 BOX 40011, PONCE PR 00731-9615

## INFORMACIÓN DEL PLAN - PLAN'S INFORMATION

Núm. de Identificación Patronal - Employer Identification No.: 66-0433481
Nombre del Plan - Name of Plan: ADMINISTRACION DE SISTEMAS DE RETIRO
Nombre de quien auspicia el plan - Plan sponsor's name: ADMINISTRACION DE SISTEMAS DE RETIRO
Fecha en que comenzó a recibir la pensión / Date on which you started to receive the pension:
Día/Day 15   Mes/Month 2   Año/Year 2014

**Forma de Distribución - Form of Distribution:** [X] Pagos Periódicos / Periodic Payments

**Tipo de Plan o Anualidad - Plan or Annuity Type:** [X] Gubernamental / Governmental

| Descripción - Description | Cantidad - Amount | Distribuciones - Distributions | Amount |
|---|---|---|---|
| 1. Aportación Vía Transferencia / Rollover Contribution | | 16. Cantidad Distribuida / Amount Distributed | 13,649.28 |
| 2. Distribución Vía Transferencia / Rollover Distribution | | 17. Cantidad Tributable / Taxable Amount | 13,349.28 |
| 3. Costo de la Pensión o Anualidad / Cost of Pension or Annuity | 33,965.03 | 18. Cantidad sobre la cual se Pagó por Adelantado bajo las Secciones 1023.21, 1081.01(b)(9) o 1012D(b)(5) / Amount over which a Prepayment was Made under Sections 1023.21, 1081.01(b)(9) or 1012D(b)(5) | |
| 4. Fondo de Retiro Gubernamental / Governmental Retirement Fund | 0.00 | | |
| 5. Contribución Retenida sobre Pagos Periódicos de Planes Calificados o Gubernamentales - Tax Withheld from Periodic Payments of Qualified or Governmental Plans | 0.00 | 19. Aportaciones Voluntarias / After-Tax Contributions | 0.00 |
| 6. Contribución Retenida sobre una Distribución Total (20%) / Tax Withheld from Lump Sum Distributions (20%) | | 20. Ingresos Exentos / Exempt Income | 300.00 |
| 7. Contribución Retenida sobre una Distribución Total (10%) / Tax Withheld from Lump Sum Distributions (10%) | | 21. Distribuciones Elegibles por Razón de Extrema Emergencia Económica a Raíz del Paso del Huracán María - Eligible Distributions for Reason of Extreme Economic Emergency Due to Hurricane Maria | |
| 8. Contribución Retenida sobre Distribuciones de Planes No Calificados - Tax Withheld from Distributions of Non Qualified Plans | | | |
| 9. Contribución Retenida sobre Otras Distribuciones de Planes Calificados (10%) - Tax Withheld from Other Distributions of Qualified Plans (10%) | | A. Exentas / Exempt | 0.00 |
| 10. Contribución Retenida sobre Anualidades / Tax Withheld from Annuities | | B. Tributables / Taxable | 0.00 |
| 11. Contribución Retenida sobre Transferencia de un Plan Calificado a una Cuenta de Retiro Individual No Deducible - Tax Withheld from Rollover of a Qualified Plan to a Non Deductible Individual Retirement Account | | C. Cantidad sobre la cual se Pagó por Adelantado / Amount over which a Prepayment was Made | 0.00 |
| | | D. Aportaciones Voluntarias / After-Tax Contributions | 0.00 |
| 12. Contribución Retenida sobre Distribuciones del Programa de Cuentas de Ahorro para el Retiro (10%) / Tax Withheld from Distributions of the Retirement Savings Account Program (10%) | | E. Total (Sume líneas 21A a la 21D) / Total (Add lines 21A through 21D) | 0.00 |
| 13. Contribución Retenida sobre Transferencia del Programa de Cuentas de Ahorro para el Retiro a Cuenta de Retiro Individual No Deducible (10%) - Tax Withheld from Rollover of the Retirement Savings Account Program to a Non Deductible Individual Retirement Account (10%) | | 22. Contribución Retenida sobre Distribuciones Elegibles por Razón de Extrema Emergencia a Raíz del Paso del Huracán María - Income Tax Withheld on Eligible Distributions for Reason of Extreme Economic Emergency Due to Hurricane Maria | 0.00 |
| 14. Contribución Retenida sobre Distribuciones a No Residentes - Tax Withheld from Nonresident's Distributions | | 23. Código de Distribución / Distribution Code | A |
| 15. Contribución Retenida sobre Otras Distribuciones / Tax Withheld from Other Distributions | | Razones para el Cambio / Reasons for the Change | |

Número de Cuenta / Account Number: 583190525
Número de Control / Control Number: 180047464
Número de Control de la Declaración Informativa Original / Control Number of Original Informative Return:

FECHA DE RADICACIÓN: 28 DE FEBRERO O 30 DE AGOSTO, SEGÚN APLIQUE. VEA INSTRUCCIONES - FILING DATE: FEBRUARY 28 OR AUGUST 30, AS APPLICABLE. SEE INSTRUCTIONS

ENVÍE ELECTRÓNICAMENTE AL DEPARTAMENTO DE HACIENDA. ENTREGUE DOS COPIAS A QUIEN RECIBE EL PAGO. CONSERVE COPIA PARA SUS RECORDS.
SEND TO DEPARTMENT OF THE TREASURY ELECTRONICALLY, DELIVER TWO COPIES TO PAYEE. KEEP COPY FOR YOUR RECORDS.
ADMINISTRACION DE LOS SISTEMAS DE RETIRO DE LOS EMPLEADOS DE GOBIERNO Y LA JUDICATURA

**Gobierno de Puerto Rico**
530 - RETIRO CENTRAL PENSIONADOS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 10/16/2018 |
| Hasta: | 10/31/2018 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | 7524872 |
| Fecha Aviso: | 10/30/2018 |

WILLIAM HERNANDEZ SANTIAGO
HC 6 BOX 40011
PONCE PR 00731-9615

SS: XXX-XX-0525

| | |
|---|---|
| # Empleado: | |
| Dept: | 530100-Merito-Edad-Svc-Opcional-001 |
| Lugar: | Ley 447 de 15 de mayo de 1951 |
| Titulo: | Pensionado |
| Sueldo: | $1,112.44 Monthly |

| | Federal | PR |
|---|---|---|
| DATA IMP: | | |
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 0 |
| Pct. Adel.: | | |
| Cant. Adel.: | | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| | | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 556.22 | 1,635.00 | 11,124.40 |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 |
| Total: | | | 556.22 | 1,635.00 | 11,224.40 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 23.61 | 47.22 |
| SM-First Medical Health Plan | 42.50 | 811.00 |
| RC-Prestamo SNC | 73.75 | 1,475.00 |
| AE-Seguro por Muerte Asoc ELA | 3.45 | 69.00 |
| Ahorros-AEELA | 16.69 | 333.80 |
| Total: | 160.00 | 2,736.02 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 100.00 | 1,000.00 |

* Tributable

## TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|
| Corriente: | 556.22 | 0.00 | 160.00 | 396.22 |
| Acumulado: | 11,224.40 | 0.00 | 2,736.02 | 8,488.38 |

## PTO HORAS

| | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #7524872 | 396.22 |
| Total: | 396.22 |

MENSAJE:

**¡Atención Pensionados!**

Solicitamos a todos los Pensionados que tenían cuentas en los bancos: Doral, Westernbank, RG y Bilbao Vizcaya a realizar los cambios de ruta y tránsito correspondientes con el propósito de que sus depósitos directos no se vean afectados próximamente.

Para información llame al 787-777-1500

---

Gobierno de Puerto Rico
530 - RETIRO CENTRAL PENSIONADOS

Fecha: 10/30/2018

Aviso No. 7524872

Cant. Deposito: $396.22

TRAY 93 SQ 22887********************SCH 5-DIGIT 00730    22887 2 AV 0.383
WILLIAM HERNANDEZ SANTIAGO
HC 6 BOX 40011
PONCE PR 00731-9615

## DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | $396.22 |
| Total: | | $396.22 |

**NO-NEGOCIABLE**