William Hernández Santiago
H.C. 06 Box 40011
Ponce P.R. 00731

RECEIVED & FILED
2020 FEB 28 PM 5:14
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building,
San Juan P.R. 00918

RMLY TO SEAL




US POSTAGE PAID
PM 1-Day
MERCEDITA, PR
00715
FEB 27, 20
AMOUNT
**$7.75**
R2305M144696-03

1005   00918

RECEIVED & FILED
2020 FEB 28 PM 5:13
CLERK'S OFFICE
U.S. DISTRICT COURT

00918



EXPECTED DELIVERY DAY: 02/28/20
USPS TRACKING® NUMBER

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE


UNITED STATES POSTAL SERVICE®