10 de enero del 2020

A: Secretaria (clerk's Office)

Tribunal de Distrito de los Estados Unidos Rom 150 Federal Building, San Juan PR. 00918

De: William Hernández Santiago
Dirección Postal: Hc 06 Box 40011 Ponce, P.R. 00731
Telefono: 787-405-4599
Email: hernandezsantiagowilliam@gmail.com

**Asunto: LEY PROMESA 17-03283 de ELA de P.R**

**Caso #50124**

Mi nombre es William Hernández Santiago, mis últimos cuatro dígitos del seguro social es 0525. Trabajé en el Departamento de educación desde 1984 al 2014 (30 años) y ejercí como trabajador 1, en la región de Ponce, PR. Recibo pensión al presente.

*Adjunto se envia los documentos que evidencian mis años trabajados para el Departamento de Educacion en la Region de Ponce como Trabajador 1.*

Esta reclamación es por salarios impagos y el costo del reclamo por la ley 96 con un monto de **$14,400.00**

Actualmente no he realizado ninguna acción legal para la reclamación de este caso.


Gracias anticipadas.


*[signature]*

William Hernández Santiago