Formulario 480.7C
Form
Rev. 07.18

**GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO**
Departamento de Hacienda - Department of the Treasury
DECLARACIÓN INFORMATIVA - PLANES DE RETIRO Y ANUALIDADES
INFORMATIVE RETURN - RETIREMENT PLANS AND ANNUITIES
AÑO CONTRIBUTIVO - TAXABLE YEAR: 2018

F041947955

Número de Confirmación de Radicación Electrónica
Electronic Filing Confirmation Number

Enmendado - Amended: ( __/__/__ )

## INFORMACIÓN DEL PAGADOR - PAYER'S INFORMATION
Núm. de Identificación Patronal - Employer Identification No.
66-0433481

Nombre - Name
ADMINISTRACION DE SISTEMAS DE RETIRO

Dirección - Address
PO BOX 42003
SAN JUAN PR 00940-2003

Código Postal - Zip Code

## INFORMACIÓN DE QUIEN RECIBE EL PAGO - PAYEE'S INFORMATION
Núm. de Seguro Social - Social Security No.

Nombre - Name
WILLIAM HERNANDEZ SANTIAGO

Dirección - Address
HC 6 BOX 40011
PONCE PR 00731-9615

Código Postal - Zip Code

## INFORMACIÓN DEL PLAN - PLAN'S INFORMATION
Núm. de Identificación Patronal - Employer Identification No.
66-0433481

Nombre del Plan - Name of Plan
ADMINISTRACION DE SISTEMAS DE RETIRO

Nombre de quien auspicia el plan - Plan sponsor's name
ADMINISTRACION DE SISTEMAS DE RETIRO

Fecha en que comenzó a recibir la pensión:
Date on which you started to receive the pension:
Día/Day __15__  Mes/Month __2__  Año/Year __2014__

Marque el encasillado correspondiente: – Check the corresponding box:

**Forma de Distribución: – Form of Distribution:**
[ ] Total / Lump Sum
[ ] Parcial / Partial
[X] Pagos Periódicos / Periodic Payments

**Tipo de Plan o Anualidad: – Plan or Annuity Type:**
[X] Gubernamental / Governmental
[ ] Privado Calificado / Qualified Private
[ ] No Calificado / Non Qualified
[ ] Anualidad Fija / Fixed Annuity
[ ] Anualidad Variable / Variable Annuity

| Descripción - Description | Cantidad - Amount | Distribuciones - Distributions | |
|---|---|---|---|
| 1. Aportación Vía Transferencia / Rollover Contribution | | 16. Cantidad Distribuida / Amount Distributed | 13,649.28 |
| 2. Distribución Vía Transferencia / Rollover Distribution | | 17. Cantidad Tributable / Taxable Amount | 13,349.28 |
| 3. Costo de la Pensión o Anualidad / Cost of Pension or Annuity | 33,965.03 | 18. Cantidad sobre la cual se Pagó por Adelantado bajo las Secciones 1023.21, 1081.01(b)(9) o 1012D(b)(5) - Amount over which a Prepayment was Made under Sections 1023.21, 1081.01(b)(9) or 1012D(b)(5) | |
| 4. Fondo de Retiro Gubernamental / Governmental Retirement Fund | 0.00 | | |
| 5. Contribución Retenida sobre Pagos Periódicos de Planes Calificados o Gubernamentales - Tax Withheld from Periodic Payments of Qualified or Governmental Plans | 0.00 | 19. Aportaciones Voluntarias / After-Tax Contributions | 0.00 |
| 6. Contribución Retenida sobre una Distribución Total (20%) / Tax Withheld from Lump Sum Distributions (20%) | | 20. Ingresos Exentos / Exempt Income | 300.00 |
| 7. Contribución Retenida sobre una Distribución Total (10%) / Tax Withheld from Lump Sum Distributions (10%) | | 21. Distribuciones Elegibles por Razón de Extrema Emergencia Económica a Raíz del Paso del Huracán María - Eligible Distributions for Reason of Extreme Economic Emergency Due to Hurricane María | |
| 8. Contribución Retenida sobre Distribuciones de Planes No Calificados - Tax Withheld from Distributions of Non Qualified Plans | | | |
| 9. Contribución Retenida sobre Otras Distribuciones de Planes Calificados (10%) - Tax Withheld from Other Distributions of Qualified Plans (10%) | | A. Exentas / Exempt | 0.00 |
| 10. Contribución Retenida sobre Anualidades / Tax Withheld from Annuities | | B. Tributables / Taxable | 0.00 |
| 11. Contribución Retenida sobre Transferencia de un Plan Calificado a una Cuenta de Retiro Individual No Deducible - Tax Withheld from Rollover of a Qualified Plan to a Non Deductible Individual Retirement Account | | C. Cantidad sobre la cual se Pagó por Adelantado / Amount over which a Prepayment was Made | 0.00 |
| | | D. Aportaciones Voluntarias / After-Tax Contributions | 0.00 |
| 12. Contribución Retenida sobre Distribuciones del Programa de Cuentas de Ahorro para el Retiro (10%) / Tax Withheld from Distributions of the Retirement Savings Account Program (10%) | | E. Total (Sume líneas 21A a la 21D) / Total (Add lines 21A through 21D) | 0.00 |
| 13. Contribución Retenida sobre Transferencia del Programa de Cuentas de Ahorro para el Retiro a Cuenta de Retiro Individual No Deducible (10%) - Tax Withheld from Rollover of the Retirement Savings Account Program to a Non Deductible Individual Retirement Account (10%) | | 22. Contribución Retenida sobre Distribuciones Elegibles por Razón de Extrema Emergencia a Raíz del Paso del Huracán María - Income Tax Withheld on Eligible Distributions for Reason of Extreme Economic Emergency Due to Hurricane María | 0.00 |
| 14. Contribución Retenida sobre Distribuciones a No Residentes - Tax Withheld from Nonresident's Distributions | | 23. Código de Distribución / Distribution Code | A |
| 15. Contribución Retenida sobre Otras Distribuciones / Tax Withheld from Other Distributions | | Razones para el Cambio / Reasons for the Change | |

Número de Cuenta / Account Number
583190525

Número de Control / Control Number
180047464

Número de Control de la Declaración Informativa Original
Control Number of Original Informative Return

FECHA DE RADICACIÓN: 28 DE FEBRERO O 30 DE AGOSTO, SEGÚN APLIQUE. VEA INSTRUCCIONES - FILING DATE: FEBRUARY 28 OR AUGUST 30, AS APPLICABLE. SEE INSTRUCTIONS

ENVÍE ELECTRÓNICAMENTE AL DEPARTAMENTO DE HACIENDA. ENTREGUE DOS COPIAS A QUIEN RECIBE EL PAGO. CONSERVE COPIA PARA SUS RECORDS.
SEND TO DEPARTMENT OF THE TREASURY ELECTRONICALLY. DELIVER TWO COPIES TO PAYEE. KEEP COPY FOR YOUR RECORDS.
ADMINISTRACION DE LOS SISTEMAS DE RETIRO DE LOS EMPLEADOS DE GOBIERNO Y LA JUDICATURA

| Gobierno de Puerto Rico | | | | | | | Grupo de Pago: | SM -Quincenal | | Business Unit: PUERT | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 530 - RETIRO CENTRAL PENSIONADOS | | | | | | | Desde: | 10/16/2018 | | Aviso #: | 7524872 |
| | | | | | | | sta: | 10/31/2018 | | Fecha Aviso: | 10/30/2018 |
| WILLIAM HERNANDEZ SANTIAGO | | | # Empleado: | | | | DATA IMP: | Federal | | PR | |
| HC 6 BOX 40011 | | | Dept: | 530100-Merito-Edad-Svc-Opcional-001 | | | Estado Civil: | Married | | Married | |
| PONCE PR 00731-9615 | | | Lugar: | Ley 447 de 15 de mayo de 1951 | | | Concesiones: | 0 | | 0 | |
| | | | Titulo: | Pensionado | | | Pct. Adel.: | | | | |
| SS: XXX-XX-0525 | | | Sueldo: | $1,112.44 Monthly | | | Cant. Adel.: | | | | |

| HORAS E INGRESOS | | | | | | IMPUESTOS | | |
|---|---|---|---|---|---|---|---|---|
| | | Corriente | | Acumulado | | | | |
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | | 556.22 | 1,635.00 | 11,124.40 | | | |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 | | | |
| Total: | | 556.22 | 1,635.00 | 11,224.40 | | Total: | 0.00 | 0.00 |

| DEDUCCIONES | | | DEDUCCIONES GENERALES | | | BENEFICIOS PATRONALES PAGADOS | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
| | | | AE-Asoc Emp ELA-Prest Regular | 23.61 | 47.22 | SM-First Medical Health Plan | 100.00 | 1,000.00 |
| | | | SM-First Medical Health Plan | 42.50 | 811.00 | | | |
| | | | RC-Prestamo SNC | 73.75 | 1,475.00 | | | |
| | | | AE-Seguro por Muerte Asoc ELA | 3.45 | 69.00 | | | |
| | | | Ahorros-AEELA | 16.69 | 333.80 | | | |
| Total: | 0.00 | 0.00 | Total: | 160.00 | 2,736.02 | * Tributable | | |

| | TOTAL BRUTO | | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 556.22 | | 0.00 | 160.00 | 396.22 |
| Acumulado: | 11,224.40 | | 0.00 | 2,736.02 | 8,488.38 |

| PTO HORAS | ACUM | | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|
| Balance Inicial: | 0.0 | | Aviso #7524872 | 396.22 |
| + Acumulado: | | | Total: | 396.22 |
| - Utilizado: | | | | |
| - Donada: | | | | |
| + Ajustes: | | | | |
| Balance Final: | 0.0 | | | |

MENSAJE:

¡Atención Pensionados!

Solicitamos a todos los Pensionados que tenían cuentas en los bancos: Doral, Westernbank, RG y Bilbao Vizcaya a realizar los cambios de ruta y tránsito correspondients con el proposito de que sus depósitos directos no se vean afectados próximamente.

Para información llame al 787-777-1500

Gobierno de Puerto Rico
530 - RETIRO CENTRAL PENSIONADOS

Fecha
10/30/2018

Aviso No.
7524872

Cant. Deposito: $396.22

| DISTRIBUCION DE DEPOSITO DIRECTO | | |
|---|---|---|
| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| Checking | | $396.22 |
| Total: | | $396.22 |

TRAY 93 SQ 22887******************SCH 5-DIGIT 00730   22887 2 AV 0.383
WILLIAM HERNANDEZ SANTIAGO
HC 6 BOX 40011
PONCE PR 00731-9615

NO-NEGOCIABLE