William Hernández Santiago
H.C. 06 Box 40011
Ponce P.R. 00731

RECEIVED & FILED
2020 FEB 28 PM 5:14
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building,
San Juan P.R. 00918

U.S. POSTAGE PAID
PM 1-Day
MERCEDITA, PR
00715
FEB 27, 20
AMOUNT
**$7.75**
R2305M144696-03

1005   00918

RECEIVED & FILED
2020 FEB 28 PM 5:13
CLERK'S OFFICE
U.S. DISTRICT COURT

00918

EXPECTED DELIVERY DAY: 02/28/20
USPS TRACKING® NUMBER

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

UNITED STATES POSTAL SERVICE®