Yessenia Torres Garcia
P.O. Box 1053
Villalba, P.R. 00766



UNITED STATES
POSTAL SERVICE®

1000          00918

U.S. POSTAGE PAID
FCM LG ENV
VILLALBA, PR
00766
FEB 27, 20
AMOUNT

**$1.80**

R2305H127764-06

RECEIVED & FILED
2020 FEB 28  PM 5:12
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, P.R. 00918-1767