10 de enero del 2020

A: Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Rom 150 Federal Building
San Juan, PR. 00918

De: Brenda L. Santiago Santiago
Dirección Postal: Hc 06 Box 40011
Ponce, P.R. 00731
Teléfono: 787-405-4599
Email: brendas.416@gmail.com

**Asunto: LEY PROMESA 17-03283 de ELA de P.R**

Caso #39436

Mi nombre es Brenda L. Santiago Santiago, mis últimos cuatro dígitos del seguro social es 5677. Trabajo actualmente en el Departamento de educación desde 1990 al presente como maestra de ciencias a la familia y el consumidor en la región de Ponce, PR.

*Adjunto se envía los documentos que evidencian mi trabajado para el Departamento de Educación en la Región de Ponce.*

Esta reclamación es por salarios impagos y el costo del reclamo por la **Ley 164** un monto de **$19,200.00**

Actualmente no he realizado ninguna acción legal para la reclamación de este caso.

Gracias anticipadas.

*[firma]*
Brenda L. Santiago Santiago

10 de enero del 2020

A: Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Rom 150 Federal Building San Juan, PR. 00918

De: Brenda L. Santiago Santiago
Dirección Postal: Hc 06 Box 40011 Ponce, P.R. 00731
Teléfono: 787-405-4599
Email: brendas.416@gmail.com

**Asunto: LEY PROMESA 17-03283 de ELA de P.R**

Caso #42254

Mi nombre es Brenda L. Santiago Santiago, mis últimos cuatro dígitos del seguro social es 5677. Trabajo actualmente en el Departamento de educación desde 1990 al presente como maestra de ciencias a la familia y el consumidor en la región de Ponce, PR.

*Adjunto se envía los documentos que evidencian mi trabajado para el Departamento de Educación en la Región de Ponce.*

Esta reclamación es por salarios impagos y el costo del reclamo por la <u>Ley 96</u> un monto de **$19,000.00**

Actualmente no he realizado ninguna acción legal para la reclamación de este caso.

Gracias anticipadas.

*[signature]*

Brenda L. Santiago Santiago