| 080 Dept. de Educacion - Maestros<br>Avenida Teniente Cesar Gonzalez<br>Esquina Calaf<br>HATO REY, PR 00919 | | Grupo de Paga: SM -Quincenal<br>Desde: 01/08/2020<br>Hasta: 01/22/2020 | Aviso #: 5591343<br>Fecha Aviso: 01/15/2020 |
|---|---|---|---|
| BRENDA L SANTIAGO SANTIAGO<br>HC 07 BOX 4001<br>PONCE, PR 00731-0000<br>SS: | # Empleado:<br>Dept: 8005103-Ponce Ponce I<br>Lugar: Sup. Jardines De Ponce<br>Titulo: DEPARTAMENTO DE EDUCACION<br>Sueldo: $2,871.67 Monthly | | DATA IMP: Federal PR<br>Estado Civil: Claiming no personal exem<br>Concesiones: 0<br>Pct. Adcl.: 0<br>Cant. Adcl.: |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,435.84 | 66.00 | 1,435.84 |
| Total: | | | 1,435.84 | 66.00 | 1,435.84 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 20.82 | 20.82 |
| PR Withholding | 76.59 | 76.59 |
| Total: | 97.41 | 97.41 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 129.23 | 129.23 |
| Total: | 129.23 | 129.23 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 78.33 | 78.33 |
| SM-First Medical Health Plan | 24.00 | 24.00 |
| CO-COOP DEPT INSTR | 12.50 | 12.50 |
| SC-TRANS OCEANIC LIFE | 22.23 | 22.23 |
| AE-Seguro por Muerte Asoc ELA | 8.10 | 8.10 |
| AS-ASOC E P A | 6.00 | 6.00 |
| OS-AMPR LOCAL SIND AFIL | 8.50 | 8.50 |
| Ahorros-AEELA | 43.08 | 43.08 |
| Total: | 202.74 | 202.74 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| FSED Disability Plan | 24.41 | 24.41 |

* Tributable

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,435.84 | 0.00 | 97.41 | 331.97 | 1,006.46 |
| Acumulado: | 1,435.84 | 0.00 | 97.41 | 331.97 | 1,006.46 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5591343 | 1,006.46 |
| Total: | 1,006.46 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

---

**Dept. de Educacion - Maestros**
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
01/15/2020

Aviso No.
5591343

**Cant. Deposito:** $1,006.46

A la
Cuenta(s) De

**BRENDA L SANTIAGO SANTIAGO**
HC 07 BOX 4001
PONCE, PR 00731-0000

Localizacion: Sup. Jardines De Ponce

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | XXXXXXXXXXXXXXX | 1,006.46 |
| Total: | | 1,006.46 |

## NO-NEGOCIABLE

Formulario 483.2 Rev. 24 ene 17

**GOBIERNO DE PUERTO RICO**
**DEPARTAMENTO DE HACIENDA**

**2016** — **2016**

**EXCEPCIÓN A LA RADICACIÓN ELECTRÓNICA**
**PLANILLA DE CONTRIBUCIÓN SOBRE INGRESOS DE INDIVIDUOS**

Año contributivo comenzando el 01 de 01 de 2016 y terminado el 31 de 12 de 2016

Número de Serie: 
Sello de Recibo:

TODO CONTRIBUYENTE RADICARÁ LA PLANILLA DE CONTRIBUCIÓN SOBRE INGRESOS DE INDIVIDUOS ELECTRÓNICAMENTE CON EXCEPCIÓN DE LOS CASOS INCLUIDOS EN ESTE FORMULARIO.
IMPORTANTE: ESTE FORMULARIO TENDRÁ QUE RADICARSE JUNTO CON LA PLANILLA EN PAPEL.

| Nombre del Contribuyente | Inicial | Apellido Paterno | Apellido Materno | Número de Seguro Social Contribuyente |
|---|---|---|---|---|
| BRENDA | L | SANTIAGO | SANTIAGO | |

| Nombre del Cónyuge | Inicial | Apellido Paterno | Apellido Materno | Número de Seguro Social Cónyuge |
|---|---|---|---|---|
| | | | | |

Dirección: HC 06 BOX 40011
PONCE PR 00731
Correo Electrónico: joelupr@yahoo.com
Teléfono: 787-405-4599

**Excepciones para la Radicación Electrónica de la Planilla de Contribución sobre Ingresos de Individuos para el Año Contributivo 2016**

Marque la(s) razón(razones) por la(s) cual(es) la Planilla no puede ser radicada electrónicamente.

1. ☐ Individuo socio o accionista en una entidad conducto cuyo año contributivo no termine el 31 de diciembre de 2016.
2. ☐ Individuo no residente de Puerto Rico que reporta una venta de propiedad inmueble localizada en Puerto Rico que haya sido realizada luego del 31 de diciembre de 2016.
3. ☐ Contribuyente que reclama la deducción por Inversión Inicial en un fondo de capital privado o fondo de capital privado Puerto Rico, conforme a la Ley 185-2014, según enmendada, conocida como la Ley de Fondo de Capital Privado.
4. ☐ Contribuyente cuyo ingreso de pensiones proviene de un Formulario 1099-R del Servicio de Rentas Internas Federal ("IRS" por sus siglas en inglés) y esté sujeto a la exención de $11,000 o $15,000 según la Sección 1031.02(a)(13) del Código de Rentas Internas de Puerto Rico de 2011, según enmendada ("Código").
5. ☐ Contribuyente que reporte ingreso exento bajo un Acuerdo Especial para la Creación de Empresas Jóvenes emitido por la Compañía de Comercio y Exportación de Puerto Rico bajo la Ley 135-2014, según enmendada.
6. ☐ Contribuyente que reclame los créditos contributivos señalados en el Anejo B Individuo, Partes II y IV.
7. ■ Contribuyente que reclame el Crédito de la Oportunidad Americana
8. ☐ Contribuyente que se le otorgó un Acuerdo Especial para la Creación de Empleos emitido por la Compañía de Comercio y Exportación de Puerto Rico bajo la Ley 1-2013, según enmendada, mejor conocida como la Ley de Empleos Ahora y reclame los beneficios conferidos por el mismo.
9. ☐ Contribuyente que sea un militar activado y trasladado fuera de Puerto Rico durante un conflicto bélico y que durante el año contributivo haya recibido compensación por servicio militar activo prestado por personal militar en una "zona de combate", de acuerdo a las disposiciones de la Sección 1031.02(a)(20) del Código.
10. ☐ Contribuyente que reclame la deducción por aportaciones a Sistemas Gubernamentales de Pensiones o Retiro, en exceso a lo reportado en el Formulario 499R-2/W-2PR o 499R-2c/W-2cPR.
11. ☐ Contribuyente que requiera utilizar el Modelo SC 2668, Paga Atrasada, para calcular la contribución sobre ingresos correspondiente de acuerdo a las disposiciones de la Sección 1032.09(d) del Código.
12. ☐ Contribuyente que se le requiere someter Estados Financieros auditados por un CPA en Puerto Rico junto con su planilla bajo las disposiciones de la Sección 1061.15 del Código.
13. ☐ Contribuyente extranjero no residente de Puerto Rico con ingreso relacionado a la explotación de una industria o negocio en Puerto Rico según la Sección 1035.05 del Código.
14. ☐ Individuo que no pueda someter la planilla o prórroga automática electrónicamente _____ y esté radicando planilla por primera vez o _____. Incluya código de error _____. Someta evidencia de dicho error.
15. ☐ Contribuyente que reclame el crédito por contribuciones pagadas a países extranjeros, los Estados Unidos, sus territorios y posesiones, conforme a las disposiciones de la Sección 1051.01 del Código.
16. ☐ Contribuyente que haya fallecido durante el año contributivo o cónyuge supérstite que rinda otra planilla para el mismo año contributivo.
17. ☐ Contribuyente que radica su planilla de contribución sobre ingresos correspondiente al año contributivo 2016 luego del 31 de diciembre de 2017.

**JURAMENTO**

Declaro bajo penalidad de perjurio que he examinado la información incluida en este formulario, y que la misma es cierta, correcta y completa. La declaración de la persona que prepara el formulario (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

| Firma del Contribuyente | Fecha | Firma del Cónyuge | Fecha |
|---|---|---|---|
| ✓ | 04/04/2017 | ✓ | |

| Nombre del Especialista (Letra de Molde) | | Nombre de la Firma o Negocio | |
|---|---|---|---|
| JRC Tax and Accounting | | JRC Tax and Accounting | |

| Firma del Especialista | Fecha | Especialista por cuenta propia (ennegrezca aquí) ■ | Número de Registro |
|---|---|---|---|
| ✓ | 04/04/2017 | | 6468 |

Scanned with CamScanner