10 de enero del 2020

A: Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Rom 150 Federal Building
San Juan, PR. 00918

De: Brenda L. Santiago Santiago
Dirección Postal: Hc 06 Box 40011
Ponce, P.R. 00731
Teléfono: 787-405-4599
Email: brendas.416@gmail.com

**Asunto: LEY PROMESA 17-03283 de ELA de P.R**

**Caso #49181**

Mi nombre es Brenda L. Santiago Santiago, mis últimos cuatro dígitos del seguro social
es 5677. Trabajo actualmente en el Departamento de educación desde1990 al presente
como maestra de ciencias a la familia y el consumidor en la región de Ponce, PR.

*Adjunto se envía los documentos que evidencian mi trabajado para el Departamento de
Educación en la Región de Ponce.*

Esta reclamación es por salarios impagos y el costo del reclamo por la **Ley Costo de
Vida** un monto de **$15,000**

Actualmente no he realizado ninguna acción legal para la reclamación de este caso.

Gracias anticipadas.

Brenda L. Santiago Santiago