080 Dept. de Educacion - Maestros
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

| | Grupo de Pago: | SM -Quincenal | Aviso #: | 5591343 |
|---|---|---|---|---|
| | Desde: | 01/08/2020 | Fecha Aviso: | 01/15/2020 |
| | Hasta: | 01/22/2020 | | |

| BRENDA L SANTIAGO SANTIAGO | # Empleado: | ..... | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| HC 07 BOX 4001 | Dept: | 8005103-Ponce Ponce I | Estado Civil: | | Claiming no personal exem |
| ¡PONCE, PR 00731-0000 | Lugar: | Sup. Jardines De Ponce | Concesiones: | 0 | |
| | Titulo: | DEPARTAMENTO DE EDUCACION | Pct. Adcl.: | | 0 |
| SS: | Sueldo: | $2,871.67 Monthly | Cant. Adcl.: | | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,435.84 | 66.00 | 1,435.84 |
| **Total:** | | | 1,435.84 | 66.00 | 1,435.84 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 20.82 | 20.82 |
| PR Withholding | 76.59 | 76.59 |
| **Total:** | 97.41 | 97.41 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 129.23 | 129.23 |
| **Total:** | 129.23 | 129.23 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 78.33 | 78.33 |
| SM-First Medical Health Plan | 24.00 | 24.00 |
| CO-COOP DEPT INSTR | 12.50 | 12.50 |
| SC-TRANS OCEANIC LIFE | 22.23 | 22.23 |
| AE-Seguro por Muerte Asoc ELA | 8.10 | 8.10 |
| AS-ASOC E P A | 6.00 | 6.00 |
| OS-AMPR LOCAL SIND AFIL | 8.50 | 8.50 |
| Ahorros-AEELA | 43.08 | 43.08 |
| **Total:** | 202.74 | 202.74 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| FSED Disability Plan | 24.41 | 24.41 |

* Tributable

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,435.84 | 0.00 | 97.41 | 331.97 | 1,006.46 |
| Acumulado: | 1,435.84 | 0.00 | 97.41 | 331.97 | 1,006.46 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

## DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5591343 | 1,006.46 |
| **Total:** | 1,006.46 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Dept. de Educacion - Maestros
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
01/15/2020

Aviso No.
5591343

Cant. Deposito: **$1,006.46**

A la
Cuenta(s) De

BRENDA L SANTIAGO SANTIAGO
HC 07 BOX 4001
PONCE, PR 00731-0000

Localizacion: Sup. Jardines De Ponce

## DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | XXXXXXXXXXXXXXX | 1,006.46 |
| **Total:** | | 1,006.46 |

# NO-NEGOCIABLE

Formulario 483.2 Rev. 24 ene 17

| | | | Número de Serie |
|---|---|---|---|
| **2016** | GOBIERNO DE PUERTO RICO DEPARTAMENTO DE HACIENDA | **2016** | |

## EXCEPCIÓN A LA RADICACIÓN ELECTRÓNICA PLANILLA DE CONTRIBUCIÓN SOBRE INGRESOS DE INDIVIDUOS

Sello de Recibo

Año contributivo comenzando el __01__ de ___01___ de _2016_ y terminado el __31__ de ___12___ de _2016_

**TODO CONTRIBUYENTE RADICARÁ LA PLANILLA DE CONTRIBUCIÓN SOBRE INGRESOS DE INDIVIDUOS ELECTRÓNICAMENTE CON EXCEPCIÓN DE LOS CASOS INCLUIDOS EN ESTE FORMULARIO.**

**IMPORTANTE: ESTE FORMULARIO TENDRÁ QUE RADICARSE JUNTO CON LA PLANILLA EN PAPEL.**

| Nombre del Contribuyente | Inicial | Apellido Paterno | Apellido Materno | Número de Seguro Social Contribuyente |
|---|---|---|---|---|
| BRENDA | L | SANTIAGO | SANTIAGO | |
| Nombre del Cónyuge | Inicial | Apellido Paterno | Apellido Materno | Número de Seguro Social Cónyuge |
| | | | | |

| Dirección HC 06 BOX 40011 | Correo Electrónico | Teléfono |
|---|---|---|
| PONCE          PR      00731 | joelupr@yahoo.com | 787-405-4599 |

### Excepciones para la Radicación Electrónica de la Planilla de Contribución sobre Ingresos de Individuos para el Año Contributivo 2016

Marque la(s) razón(razones) por la(s) cual(es) la Planilla no puede ser radicada electrónicamente.

1. ⬯ Individuo socio o accionista en una entidad conducto cuyo año contributivo no termine el 31 de diciembre de 2016.

2. ⬯ Individuo no residente de Puerto Rico que        reporta una venta de propiedad inmueble localizada en Puerto Rico que haya sido realizada luego del 31 de diciembre de 2016.

3. ⬯ Contribuyente que reclama la deducción por inversión inicial en un fondo de capital privado o fondo de capital privado Puerto Rico, conforme a la Ley 185-2014, según enmendada, conocida como la Ley de Fondo de Capital Privado.

4. ⬯ Contribuyente cuyo ingreso de pensiones proviene de un Formulario 1099-R del Servicio de Rentas Internas Federal ("IRS" por sus siglas en inglés) y esté sujeto a la exención de $11,000 o $15,000 según la Sección 1031.02(a)(13) del Código de Rentas Internas de Puerto Rico de 2011, según enmendada ("Código").

5. ⬯ Contribuyente que reporte ingreso exento bajo un Acuerdo Especial para la Creación de Empresas Jóvenes emitido por la Compañía de Comercio y Exportación de Puerto Rico bajo la Ley 135-2014, según enmendada.

6. ⬯ Contribuyente que reclame los créditos contributivos señalados en el Anejo B Individuo, Partes II y IV.

7. ⬛ Contribuyente que reclame el Crédito de la Oportunidad Americana

8. ⬯ Contribuyente que se le otorgó un Acuerdo Especial para la Creación de Empleos emitido por la Compañía de Comercio y Exportación de Puerto Rico bajo la Ley 1-2013, según enmendada, mejor conocida como la Ley de Empleos Ahora y reclame los beneficios conferidos por el mismo.

9. ⬯ Contribuyente que sea un militar activado y trasladado fuera de Puerto Rico durante un conflicto bélico y que durante el año contributivo haya recibido compensación por servicio militar activo prestado por personal militar en una "zona de combate", de acuerdo a las disposiciones de la Sección 1031.02(a)(20) del Código.

10. ⬯ Contribuyente que reclame la deducción por aportaciones a Sistemas Gubernamentales de Pensiones o Retiro, en exceso a lo reportado en el Formulario 499R-2/W-2PR o 499R-2c/W-2cPR.

11. ⬯ Contribuyente que requiera utilizar el Modelo SC 2668, Paga Atrasada, para calcular la contribución sobre ingresos correspondiente de acuerdo a las disposiciones de la Sección 1032.09(d) del Código.

12. ⬯ Contribuyente que se le requiere someter Estados Financieros auditados por un CPA en Puerto Rico junto con su planilla bajo las disposiciones de la Sección 1061.15 del Código.

13. ⬯ Contribuyente extranjero no residente de Puerto Rico con ingreso relacionado a la explotación de una industria o negocio en Puerto Rico según la Sección 1035.05 del Código

14. ⬯ Individuo que no pueda someter la planilla o prórroga automática electrónicamente        y esté radicando planilla por primera vez o _____. Incluya código de error _____. Someta evidencia de dicho error.

15. ⬯ Contribuyente que reclame el crédito por contribuciones pagadas a países extranjeros, los Estados Unidos, sus territorios y posesiones, conforme a las disposiciones de la Sección 1051.01 del Código

16. ⬯ Contribuyente que haya fallecido durante el año contributivo o cónyuge supérstite que rinda otra planilla para el mismo año contributivo.

17. ⬯ Contribuyente que radica su planilla de contribución sobre ingresos correspondiente al año contributivo 2016 luego del 31 de diciembre de 2017.

### JURAMENTO

Declaro bajo penalidad de perjurio que he examinado la información incluida en este formulario, y que la misma es cierta, correcta y completa. La declaración de la persona que prepara el formulario (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

| Firma del Contribuyente | Fecha | Firma del Cónyuge | Fecha |
|---|---|---|---|
| ✓ | 04/04/2017 | ✓ | |
| Nombre del Especialista (Letra de Molde) | | Nombre de la Firma o Negocio | |
| JRC Tax and Accounting | | JRC Tax Accounting | |
| Firma del Especialista | Fecha | Especialista por cuenta propia (ennegrezca aquí) ⬛ | Número de Registro |
| ✓ | 04/04/2017 | | 6468 |

Scanned with CamScanner