Brenda L. Santiago Santiago
H.C. 06 Box 40011
Ponce P.R. 00731

Secretaria (clerk office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building San Juan P.R. 00918

U.S. POSTAGE PAID
PM 1-Day
MERCEDITA, PR
00715
FEB 27, 20
AMOUNT
**$7.75**
R2305M144696-03

1005   00918




RECEIVED & FILED
2020 FEB 28 PM 5: 13
CLERK'S OFFICE
U.S. DISTRICT COURT

00918

EXPECTED DELIVERY DAY: 02/28/20
USPS TRACKING ® NUMBER



VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE


UNITED STATES POSTAL SERVICE®