Brenda L. Santiago Santiago
H.C. 06 Box 40011
Ponce P.R. 00731

Secretaria (clerk office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building San Juan P.R. 00918




*RMLY TO SEAL*

PM. POSTAGE PAID
PM 1-Day
MERCEDITA, PR
00715
FEB 27  20
AMOUNT
**$7.75**
R2305M144696-03

1005          00918

RECEIVED

2020 FEB 28  PM 5 13

CLERK'S OFFICE
U.S. DISTRICT COURT

*This envelope is made from post-consumer waste. Please recycle - again.*

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14W © U.S. Postal Service; Sept 2014; All rights reserved.

00918

EXPECTED DELIVERY DAY:  02/28/20

**USPS TRACKING ® NUMBER**



014

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

