**Maribel Alicea Aponte**
Urb. Jardines Bayamonte
Calle Colibrí 68
Bayamón, Puerto Rico 00956

RECEIVED & FILED
2020 FEB 28 PM 5:13
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR



CERTIFIED MAIL
7020 0090 0001 1944 5026

U.S. POSTAGE PAID
FCM LG ENV
SAN JUAN, PR
00936
FEB 27, 20
AMOUNT
$7.80
R2304M110246-22

HON. LAURA TAYLOR SWAN
SECRETARIA
TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA DISTRITO DE PUERTO RICO
150 CARLOS CHARDON STREET
FEDERAL BUILDING
SAN JUAN PR 00918-1767