Verónica Cruz Medina
P.O. Box 579
Juncos, P.R. 00777


CERTIFIED MAIL

7018 3090 0001 8039 7138


UNITED STATES POSTAL SERVICE



U.S. POSTAGE PAID
FCM LG ENV
CAROLINA, PR
00983
FEB 27, 20
AMOUNT
**$8.20**
R2305K135222-4

1000    00918

Hon. Laura Taylor Swain
Secretaria
Tribunal de Distrito de EE.UU.
Para Distrito de P.R.
150 Carlos Chardon Street Federal Building
San Juan, P.R. 00918-1767

RECEIVED & FILED
2020 FEB 28 PM 5:11
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.