133053
Carmen L. Bultron

24 de enero de 2020

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

As representative of

THE COMMONWEALTH OF PUERTO RICO, et al.,

Debtors.

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

This filing relates to the Commonwealth, HTA, and ERS

El motivo para unirme a la Objeción Global es, que el gobierno de Puerto Rico utilizo mis aportaciones al Sistema de Retiro sin mediar una autorización o solicitud formal. Ese dinero fue utilizado para el pago a Acreedores del Gobierno de Puerto Rico.

Solicitamos muy respetuosamente a este Tribunal que este dinero sea devuelto.

Carmen L. Bultron Alvarez

Carmen Lydia Bultron Alvarez
Apartado 1458
Valle Arriba Heigh
Carolina P.R. 00984
Tel- 787-209-4412

133053
RECEIVED & FILED
2020 FEB 28 PM 5:10
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

Promesa I II

Deseo decirle que por mi edad y enfermedades gracias a una nieta que limpiandome mi hogar encontro el libro y pude mandarlos, espero que me tomen en consideracion

Gracias

Carmen L. Beltran Alvarez

Carmen Lydia Beltron Alvarez