PRESS FIRMLY TO SEAL





U.S. POSTAGE PAID
PM 1-Day
CAROLINA, PR
00983
FEB 27, 20
AMOUNT
$7.75
R2305K132999-02

1005   00918



UNITED STATES POSTAL SERVICE®

PRIORITY® MAIL

PRIORITY ★ MAIL ★

UNITED STATES POSTAL SERVICE®
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: Carmen Lydia Bultron Alvarez
Apartado 1458
Valle Arriba Heights
Carolina P.R. 00984



RECEIVED & FILED
2020 FEB 28 PM 5:
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

TO: Laura Taylor Swain
Secretaria de Distrito de los E.U
(Clerks Office) Por distrito P.R.
150 Carlos Chardon Street
Federal Bilding San Juan
P.R. 00918-1767

EXPECTED DELIVERY DAY: 02/28/20

USPS TRACKING® NUMBER



9505 5128 7253 0058 3687 65

* Domestic only

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP



EP14F Oct 2018
OD: 12 1/2 x 9 1/2

Label 228, March 2016   FOR DOMESTIC AND INTERNATIONAL USE