UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

In Re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO
RICO
     as representative of

THE COMMONWEALTH OF PUERTO
RICO, et al.,

PROMESA
Title III

No. 177 BK 3283-LTS

(Jointly Administered)

**This filing relates to the Commonwealth, HTA and ERS.**

RECEIVED & FILED
2020 FEB 28 PM 5: 10
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R.

## RESPONSE TO ONE HUNDRED FORTY-EIGHTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS ASSERTING INTERESTS BASED UPON UNSPECIFIED PUERTO RICO STATUTES FOR
## CLAIM NUMBER 164692

Comes Now, LUZ N VERA VIROLA, the responding claimant and filed this response and in support EXPOSE, ALLEGE AND REQUEST:

1. I am LUZ N VERA VIROLA, the responding claimant, of legal age, married and resident of Adjuntas, Puerto Rico. My current address is HC 01 Box 3800 Adjuntas PR 00601, my phone number is (787) 202-3721 and my email address is hugomaldovera@yahoo.com.

2. I filled a proof of claim on June 28, 2018 in this case, claim number 164692 related to the debtor Commnwealth of Puerto Rico.

3. Later I received a document titled ONE HUNDRED FORTY-EIGHTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS ASSERTING INTERESTS BASED UPON UNSPECIFIED PUERTO RICO STATUTES.

4. Related to my claim the Omnibus Objection said that my proof of claim fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

5. I'm opposing to the Omnibus Objection because the Commonwealth of Puerto Rico approved legislation where the teaching staff of the Department of Education was granted an increase in salary that was not received by this claimant, such as the common known " Romerazo" Law No. 96-164, Law No. 89 of 1979, Law 180 among others.

6. I attach the follow document to support my response: Certification made by the Department of Education dated on February 24, 2020 that accredits my years of service in the Department as evidence of my claim.

7. According to the Certification above related I work in the Department of Education as a teacher since December 1, 1970 until July 27, 2001.

8. I understand that the present response should be filled originally by February 18, 2020 but because of the earthquakes and the state of emergency that affect the south part of Puerto Rico I was unable to filled this response in the original deadline.

WHEREFORE I respectfully request to this Court do not grant the omnibus objtection and grant my proof of claim number 164692 filled on June 28, 2018.

This 26th day of February of 2020.

I CERTIFY that on this day I send this RESPONSE to: Counsel of the Oversight Board Prosekuter Rose LLP Eleven Times Square New York, New York 10036-8299 and Counsel for the Creditors Committee Paul Hastings LLP 200 Park Ave New York, New York 10166.

_____
LUZ N VERA VIROLA
HC 01 BOX 3800
ADJUNTAS PR 00601
(787)202-3721
hugomaldovera@yahoo.com