Luz N. Vera Virola
HC-01 Box 3800
Adjuntas PR 00601

Clerk's Office
United States District Court
Room 150 Federal Building
150 Carlos Chardon Ave 00918-1767