25 de Febrero de 2020

De: Carlos Alberto Alicea Fonseca
Urb. Villa Patillas Esmeralda #148
Patillas, PR-00723

RECEIVED & FILED
2020 FEB 28 PM 5:12
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

A: Secretaria de Distrito de los E.U.A.
#150 Chardon Avenue
Federal Bulding
San Juan, PR

Deudores: Commonwealth of P.R.
Número de procedimiento 17BK3283LTS

Título de la objeción global: Centésima vigésima cuarta objeción global del Sistema de Retiro

Numero de reclamación: 99739

Motivo #1 El gobierno del E.L.A. de P.R. aprobó en el año 1966 la Ley 309 de escala salarial. En esta ley el empleado docente recibiría un aumento de sueldo de $25.00 por año de servicio. Este aumente fue suspendido sin haberse derogado la ley por tanto estamos reclamando el dinero que NO se recibió.

25 de Febrero de 2020

De: Carlos Alberto Alicea Fonseca

A: Secretaria de Distrito de los E.U.A.
#150 Chardon Avenue
Federal Building
San Juan P.R.

Deudores Commonwealth of P.R.
Número de procedimiento 17BK3283LTS

Titulo de objecion global. Cotización del monto maximo para el pago de pension de acuerdo a lo establecido por ley (75% de acuerdo a los 36 meses ultimo trabajado.

Motivo #2

De acuardo a la ley 91, la cotizacion de la pension conlleva el 75% del los ultimos 36 meses laborables antes de acogerce al sistema de retiro, el cual conlleva una pension de $1,912.87 mensuales, la pension recibida en la actualidad es $1,836.05 teniendo una diferencia de $76.82 mensuales con un total $11,062.08 por 144 meses de jubilado. El sueldo bruto mensual era de $2,550.00

25 de Febrero de 2020

De: Carlos Alberto Alicea Fonseca
Urb. Villa Patillas
Calle Esmeralda #148
Patillas, P.R 00723

A: Prime Clerk LLC
Grand Central Station
P.O. Box 4850
New York, N.Y. 10163-4850

00784

Secretaria de Distrito de los E.U.A.
#150 Chardon Avenue
Federal Bulding
San Juan, PR

Deudores: Commonwealth of P.R.
Número de procedimiento 17BK3283LTS

Título de la objeción global: Centésima Trigésima quinta objeción global del Sistema de Retiro

Numero de reclamación: 99739

Motivo #3    El gobierno de E.L.A. de P.R. aprobó en el año 1979 la Ley 89 donde le otorga al personal docente del Departamento de Educación un aumento de salario. Dicho aumento NO fue recibido por eso este reclamo.

La ley 89 (ley de retribución uniforme) fue aprobada el 12 de julio de 1979

25 de Febrero de 2020

De: Carlos Alberto Alicea Fonseca
Urb. Villa Patillas, Esmeralda #148
Patillas, PR. 00723

A: Secretaria de Distrito de los E.U.A.
#150 Chardon Avenue
Federal Bulding
San Juan, PR

Deudores: Commonwealth of P.R.
Número de procedimiento 17BK3283LTS

Título de la objeción global: Centésima trigésima quinta objeción global del Sistema de Retiro

Numero de reclamación: 99739

Motivo #4 El gobierno de E.L.A. de P.R. aprobó en el año 2002 un beneficio económico como alivio al alto costo de vida. Este dinero nunca llego por tanto estamos reclamando.