From: Carlos Alberto Alicea Fonseca
Villa Patillas
Esmeralda #148
Patillas, P.R. 00723

RECEIVED & FILED
2020 FEB 28 PM 5:12
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

To: Secretaria de Distrito de los E.U.A.
#150 Chardon Avenue
Federal Building
San Juan, P.R.

SAN JUAN PR 009
26 FEB 2020 PM 1
FOREVER USA
Barn Swallow