31 de enero de 2020

RECEIVED & FILED
2020 FEB 28 PM 5: 10

UNITED STATES DISTRICT COURT CLERK'S OFFICE
FOR THE DISTRICT OF PUERTO RICO U.S. DISTRICT COURT
SAN JUAN P.R.

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    As representative of

THE COMMONWEALTH OF PUERTO RICO, et al.,

    Debtors.

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

**This filing relates to the Commonwealth, HTA, and ERS**

El motivo para unirme a la Objeción Global es, que el gobierno de Puerto Rico utilizo mis aportaciones al Sistema de Retiro sin mediar una autorización o solicitud formal. Ese dinero fue utilizado para el pago a Acreedores del Gobierno de Puerto Rico. Mi Número de Reclamación (**126532**) "EMPLOYEES RETIREMENT SYSTEM OF THE GOVERMENT OF THE PUERTO RICO".

La otra Objeción es la actualización de los salarios básicos del Plan Retribución con el Salario Mínimo Federal que no se actualizaron. Mi Número de Reclamación **(124193)** "COMMONWEALTH OF PUERTO RICO".

Solicito muy respetuosamente a este Tribunal que este dinero sea devuelto.

*[signature: María Rey González]*

**María Rey González**
7000 Carr. 844 Apt.173
San Juan, Puerto Rico 00926
Teléfono: 787-579-3247
Correo Electrónico: mariarey71@hotmail.com

# Commonwealth of Puerto Rico
Case No. 17-03283

case info / claims

+ Case Navigation

+ Quick Links

Rey Gonzalez                                                                 advanced 🔍

« ‹ Page 1 of 1 » ›

| | |
|---|---|
| Schedule | |
| Claim # | 124193 |
| Filed Date | 06/14/2018 |
| Creditor Name | Rey Gonzalez, Maria Del R. |
| Debtor Name | Commonwealth of Puerto Rico |
| Claim Value | $21,600.00 |
| Schedule | |
| Claim # | 126532 |
| Filed Date | 06/14/2018 |
| Creditor Name | Rey Gonzalez, Maria del R. |
| Debtor Name | Employees Retirement System of the Government of the Commonwealth of Puerto Rico |
| Claim Value | $24,522.48 |

« ‹ Page 1 of 1 » ›

terms of use   privacy notice   team       © 2019 Prime Clerk. All rights reserved.

https://cases.primeclerk.com/puertorico/Home-ClaimInfo                                1/1

**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

11 de febrero de 2020

Agencia: 406 - DEPARTAMENTO DE LA FAMILIA

MARIA REY GONZALEZ
ESTANCIAS DEL BLVD.
APTO. 2F7
SAN JUAN, PR 00926

Seguro Social: XXX-XX-7367

A base de la información en nuestros registros, al 11 de febrero de 2020 usted posee:

Fecha de Nacimiento:
Fecha de Ingreso al Servicio Público: 30 de julio de 2014
Fecha de Comienzo de Cotización: 30 de julio de 2014

Género: Femenino

| No Aplica | | Ley 3 - 2013 al 30 de junio de 2017 | | Ley 106 | |
|---|---|---|---|---|---|
| Años Acreditados: | 0 | Tiempo Trabajado: | 3 | Tiempo Trabajado: | 2.58 |
| | | Aportaciones: | 4,240.80 | Aportaciones: | 3,680.30 |
| | | Intereses: | 248.09 | Intereses: | 0.00 |
| | | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| **Servicio No Cotizado** | | | | | |
| Pagado: | 0.00 | | | | |
| Tiempo: | 0.00 | | | | |
| **Balance Acumulado:** | 0.00 | **Total Aportaciones:** | 4,488.89 | **Total Aportaciones:** | 3,680.30 |
| **Beneficio:** | 0.00 | **Beneficio:** | 20.55 | **Beneficio:** | 0.00 |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov



**DEPARTAMENTO DE LA FAMILIA**
GOBIERNO DE PUERTO RICO

## CERTIFICACION DE EMPLEO

Certifico que la **Sra. María del R. Rey González,** es empleada del Departamento de la Familia desde el 1 de julio de 2014.

Ocupa el puesto de Auxiliar Fiscal I con estatus de Regular. Devenga un sueldo de $1,941.00 mensual.

Esta certificación se expide a petición de la señora Rey, hoy 6 de febrero de 2020, conforme a récord de servicios de la empleada.

Carmín Rodríguez Negrón
Secretaria Auxiliar Interina

evc

Número de Evidencia de Reclamación: 126532/124193
Reclamante: _____

INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

### Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación. Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### Cuestionario

1. ¿Cuál es el fundamento de su reclamación?

   ☐ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

   ☐ Empleo actual o anterior en el gobierno de Puerto Rico

   ☒ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

   *El gobierno de Puerto Rico, dispuso de nuestras aportaciones del sistema de Retiro*

2. ¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):

   *Employees Retirement #126532 / Commonwealth of Puerto Rico #124193*

*Número de Evidencia de Reclamación:*
*Reclamante:*

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐ No. *Pase a la Pregunta 4.*
   - ☒ Sí. Responda preguntas 3(a)-(d).

   3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó: **Departamento de La Familia**

   3(b). Identifique las fechas de su empleo con relación a su reclamación: **01-01-2007 / 30-06-2017**

   3(c). Últimos cuatro dígitos de su número de seguro social: **XXX-XX-7367**

   3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☐ Jubilación
   - ☐ Salarios impagos
   - ☐ Días por enfermedad
   - ☐ Queja con el sindicato
   - ☐ Vacaciones
   - ☒ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario). **Descuento de Aportación Mensual del Sistema de Retiro   01-01-2007 / 30-06-2017**

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ☒ No.
   - ☐ Sí. Responda Preguntas 4(a)-(f).

   4(a). Identifique el departamento o agencia que es parte de esta acción. **Departamento de La Familia**

   4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución: **Adm. Sistema de Retiro**

   4(c). Número de caso: **17BK 3283-LTS**

   4(d). Título, epígrafe, o nombre del caso: **PROMESA Título III**

*Número de Evidencia de Reclamación:*
*Reclamante:*

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):
_Pendiente resolución_

4(f). ¿Tiene usted una sentencia impaga? Sí / <u>No</u> (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?
_No_

María Rey Gonzalez
7000 Carr. 844 Apt.173
San Juan, Puerto Rico 00926

RECEIVED & FILED
2020 FEB 28 PM 5:10
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

HON. LAURA TAYLOR SWAN
SECRETARIA
TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA DISTRITO DE PUERTO RICO
150 CARLOS CHARDON STREET
FEDERAL BUILDING
SAN JUAN PR 00918-1767