18-febrero-2020

Minerva Jimenez Sanchez
Claim # 116567

RECEIVED & FILED
2020 FEB 28 PM 5:10
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaria (Clerk's Office)
Tribunal de Distrito de los E.U.
#150 Chardon Avenue
Federal Building
San Juan, Puerto Rico

Saludos: Por este medio le estoy solicitando muy respetuosamente una prórroga para la entrega de la documentación que justifica mi reclamación.

Esta que suscribe a sido afectada emocionalmente y con limitaciones por los sismos que han estado ocurriendo en el area Sur de la isla.

No habia tenido acceso a la documentación justificativa, ya que se encontraba en el interior de la residencia. Y yo pernoctaba fuera de esta. Le agradecere su consideración

Gracias anticipadas,
Minerva Jimenez Sanchez