Rimona Johanne Sancheg
2632 Calle Puerto Rico
Natal 2
Manati, P.R.
00674-3167

RECEIVED & FILED
2020 FEB 28 PM 5: 10
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

Secretaria (Clerk's Office)
Tribunal de Distrito de los E.U.
#150 Chardon Avenue
Federal Building
San Juan, P.R. 00918

SAN JUAN PR 009