31 de enero de 2020

RECEIVED & FILED
2020 FEB 28 PM 5:14
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND | |
| MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| As representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, et al., | **This filing relates to the Commonwealth, HTA, and ERS** |
| Debtors. | |

El motivo para unirme a la Objeción Global es, que el gobierno de Puerto Rico utilizo mis aportaciones al Sistema de Retiro sin mediar una autorización o solicitud formal. Ese dinero fue utilizado para el pago a Acreedores del Gobierno de Puerto Rico. Mi Número de Reclamación **(17172)** "EMPLOYEES RETIREMENT SYSTEM OF THE GOVERMENT OF THE PUERTO RICO".

La otra Objeción es la actualización de los salarios básicos del Plan Retribución con el Salario Mínimo Federal que no se actualizaron. Mi Número de Reclamación **(18879)** "COMMONWEALTH OF PUERTO RICO".

Solicito muy respetuosamente a este Tribunal que este dinero sea devuelto.

Yessenia Peña Díaz
Urb. Valle Arriba Hights
DD-13 Calle 215
Carolina, Puerto Rico 00983
Teléfono: 787-430-5651
Correo Electrónico: ypenadiaz@gmail.com

Número de Evidencia de Reclamación: 17172

Reclamante: Yessenia Peña Díaz

# INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

**Instrucciones**

2020 FEB 28 PM 5: 14

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación. Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

**Cuestionario**

1. ¿Cuál es el fundamento de su reclamación?

   ☐ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

   ☐ Empleo actual o anterior en el gobierno de Puerto Rico

   ☒ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)
   El Gobierno de Puerto Rico dispuso de nuestras aportaciones del Sistema de Retiro

2. ¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda): $88,915.68

Batch 5

Núm: 17-03283-LTS de Doc#11986: 17677
Reclamante: Yessenia Peña Díaz

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   ☐ No. *Pase a la Pregunta 4.*
   ☒ Sí. **Responda preguntas 3(a)-(d).**

   3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó: Departamento de la Familia

   3(b). Identifique las fechas de su empleo con relación a su reclamación: 01-01-2007 / 30-06-2017

   3(c). Últimos cuatro dígitos de su número de seguro social: 0848

   3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   ☐ Jubilación
   ☐ Salarios impagos
   ☐ Días por enfermedad
   ☐ Queja con el sindicato
   ☐ Vacaciones
   ☒ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario). Descuento de aportación mensual del Sistema de Retiro 01-01-2007 / 30-06-2017

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   ☒ No.
   ☐ Sí. **Responda Preguntas 4(a)-(f).**

   4(a). Identifique el departamento o agencia que es parte de esta acción. Departamento de la Familia

   4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución: Administración Sistemas de Retiro

   4(c). Número de caso: 17BK 3283-LTS

   4(d). Título, epígrafe, o nombre del caso: Promesa Título III

Batch 5

2

Número de Evidencia de Reclamación: _____

Reclamante: Yessenia Peña Díaz

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):

Pendiente Resolución

4(f). ¿Tiene usted una sentencia impaga? Sí / No  (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?

No

Número de Evidencia de Reclamación: _18828_

Reclamante: _Yessenia Peña Diaz_

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

**Instrucciones**

2020 FEB 28 PM 5:14

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial**. A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación.

Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

**Cuestionario**

1. **¿Cuál es el fundamento de su reclamación?**

   ☑ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

   ☐ Empleo actual o anterior en el gobierno de Puerto Rico

   ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

   _____

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**

   _$ 105,900_

Batch 5

Núm.17-03283-LTS De Reclamación: 18278

Reclamante: Yessenia Peña Díaz

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?

   ☐ No. *Pase a la Pregunta 4.*

   ☒ Sí. **Responda preguntas 3(a)-(d).**

   3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó: **Departamento de la Familia**

   3(b). Identifique las fechas de su empleo con relación a su reclamación: **16 oct. 2002 / 01-06-17**

   3(c). Últimos cuatro dígitos de su número de seguro social: **0848**

   3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):

   ☐ Jubilación
   ☒ Salarios impagos
   ☐ Días por enfermedad
   ☐ Queja con el sindicato
   ☐ Vacaciones
   ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

   *Tal deuda fue reconocida y dio precedente; Grupo I fue pagada en su totalidad y Grupo II el 25% fue pagado.*

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?

   ☐ No.

   ☒ Sí. **Responda Preguntas 4(a)-(f).**

   4(a). Identifique el departamento o agencia que es parte de esta acción. **Departamento de la Familia**

   4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución: **Comisión Apelativa (CASP)**

   4(c). Número de caso: **2016-05-1340**

   4(d). Título, epígrafe, o nombre del caso: **Material Retribución**

Batch 5

2

Número de Evidencia de Reclamación: _____

Reclamante: Yessenia Peña Diaz

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):

Pendiente de Resolución

4(f). ¿Tiene usted una sentencia impaga? Sí / No (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?

No

# Prime Clerk

Creditor Data Details - Claim # 17172

**Creditor**
Diaz, Yessenia Pena

**Debtor Name**
Employees Retirement System of the Government of the Commonwealth of Puerto Rico

**Date Filed**
05/17/2018

**Claim Number**
17172

**Schedule Number**
1222123

## Claim Amounts

| | |
|---|---|
| Claim Nature | General Unsecured |
| Schedule Amount | Undetermined |
| C* | C |
| U* | U |
| D* | |
| Asserted Claim Amount | $88,915.68 |
| C* | |
| U* | |
| F* | |
| Current Claim Value | $88,915.68 |
| Claim Status | Asserted |
| Claim Nature | Priority |
| Schedule Amount | |
| C* | |
| U* | |
| D* | |
| Asserted Claim Amount | |
| C* | |
| U* | |
| F* | |
| Current Claim Value | |
| Claim Status | |
| Claim Nature | Secured |
| Schedule Amount | |
| C* | |
| U* | |
| D* | |
| Asserted Claim Amount | $88,915.68 |
| C* | |
| U* | |
| F* | |

# Commonwealth of Puerto Rico
Case No. 17-03283

case info / claims

+ Case Navigation

+ Quick Links

Pena Diaz    advanced

« ‹ Page 1 of 1 » ›

| | |
|---|---|
| Schedule | |
| Claim # | 158652 |
| Filed Date | 07/10/2018 |
| Creditor Name | Pena Diaz, Evelyn De. L. |
| Debtor Name | Commonwealth of Puerto Rico |
| Claim Value | $0.00 |
| Schedule | |
| Claim # | 147793 |
| Filed Date | 06/28/2018 |
| Creditor Name | Pena Diaz, Maria del Carmen |
| Debtor Name | Commonwealth of Puerto Rico |
| Claim Value | $0.00 |
| Schedule | |
| Claim # | 18879 |
| Filed Date | 05/17/2018 |
| Creditor Name | Pena Diaz, Yessenia |
| Debtor Name | Commonwealth of Puerto Rico |
| Claim Value | $317,700.00 |

« ‹ Page 1 of 1 » ›

terms of use    privacy notice    team    © 2019 Prime Clerk. All rights reserved.

# Prime Clerk

Creditor Data Details - Claim # 18879

**Creditor**
Pena Diaz, Yessenia

**Debtor Name**
Commonwealth of Puerto Rico

**Date Filed**
05/17/2018

**Claim Number**
18879

**Schedule Number**
n/a

## Claim Amounts

| | |
|---|---|
| Claim Nature | General Unsecured |
| Schedule Amount | |
| C* | |
| U* | |
| D* | |
| Asserted Claim Amount | $105,900.00 |
| C* | C |
| U* | U |
| F* | |
| Current Claim Value | $105,900.00 |
| Claim Status | Asserted |
| Claim Nature | Priority |
| Schedule Amount | |
| C* | |
| U* | |
| D* | |
| Asserted Claim Amount | |
| C* | |
| U* | |
| F* | |
| Current Claim Value | |
| Claim Status | |
| Claim Nature | Secured |
| Schedule Amount | |
| C* | |
| U* | |
| D* | |
| Asserted Claim Amount | $105,900.00 |
| C* | C |
| U* | U |
| F* | |

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## VERIFIED STATEMENT PURSUANT TO FRBP 2019
## OF THE ACEVEDO-CAMACHO PLAINTIFF GROUP

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rule 2019") and Section V.B. of the *Fourth Amended Notice, Case Management and Administrative Procedures* Order entered in Docket Entry 2839 on April 4, 2018 (the "Case Management and Administrative Procedures Order"), the present verified statement (the "Statement") is submitted by the Group of those certain 2,818 Plaintiffs in the case of Madeline Acevedo-Camacho *et al* v. Family Department of Puerto Rico *et al.*, CASP Case Num. 2016-05-1340, currently pending in the Public Service Appellate Commission ("CASP"), all creditors of the estate (collectively the "Acevedo-Camacho Plaintiff Group")[2].

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] The present Statement is filed in accordance to the Case Management and Administrative Procedures Order in connection with the cases ("Title III Cases") commenced by the above-captioned debtors under title III of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA").

In support of the Statement, the Acevedo-Camacho Plaintiff Group hereby respectfully state as follows:

## BACKGROUND

1. As of May 3, 2017 (the "Petition Date") and up to and including the date of this Statement, in these Title III Cases, the undersigned counsel represented [and continues to represent] the Acevedo-Camacho Plaintiff Group (each Plaintiff in the Group constitutes a "Member" thereof).

2. On January 10, 2007, the Acevedo-Camacho Plaintiff Group originally filed a complaint against the Commonwealth, Civil Case Num. K AC2007-0214, seeking declaratory judgment for the nullity of General Memorandum 5-86 of the Central Office for the Administration of Personnel ("OCAP" for its initials in Spanish), and the consequent correction of the regular rate of pay due to the illegal implementation of such regulation, which resulted in inoperative pay scales (the "Cause of Action"). Therefore, for purposes of Bankruptcy Rule 2019(c), the Acevedo-Camacho Plaintiff Group was formed on January 10, 2007.

3. As of the Petition Date, the Acevedo-Camacho Plaintiff Group had been litigating the Cause of Action against the Commonwealth for more than ten (10) years in the CFI and CASP; in fact, a Motion for Summary Judgment with a Stipulation of Uncontested Facts with the Commonwealth was filed in the CFI. However, before the CFI resolved the case in the merits, after several procedural events held before the CFI, the Commonwealth Court of Appeals in Case Num. KLAN 2015-004 and the Supreme Court of Puerto Rico, Case Num. AC-15-0063, on May 9, 2016, the Cause of Action was moved to the CASP, Case Num. 2016-05-1340 with the filing of an Appeal by the Plaintiffs before the mentioned Administrative Forum, CASP.

4. The Debtors issued a single notice of the Order for Relief and further notified a group claim in *Schedule H for Litigation Related Obligations* to the undersigned counsel in connection with all Members of the Acevedo-Camacho Plaintiff Group [PROMESA Case Num. 17 BK 3283-LTS; Docket Entry 1215-14, P. 1].

5. As of the Petition Date, the collective liability of the Commonwealth owed to the Acevedo-Camacho Plaintiff Group is approximately $50,000,000.00.

6. In accordance with Bankruptcy Rule 2019, the last-known address for each Member is set forth herein in Exhibit A. The individual amount of disclosable interest for each Member of the Acevedo-Camacho Plaintiff Group is yet to be determined by the CASP. However, the nature of the disclosable economic interests for each Member is the same: the correction of the regular rate of pay due to the illegal implementation of the Memorandum 5-86 regulation, which resulted in inoperative pay scales[3].

7. As of the date of this Statement, the undersigned represents the Acevedo-Camacho Group[4].

8. In addition, no individual Member of the Acevedo-Camacho Group (a) assumes any fiduciary or other duties to any other creditor or person and (b) purports to act, represent or speak on behalf of any other entities in connection with the Title III Cases.

9. For the avoidance of doubt, nothing contained in this Statement (or Exhibit A hereto) is intended to or should be construed to constitute (a) a waiver or release of any claim(s) filed or to be filed against or interests in the Debtors in any title III case held by any Member, its

---

[3] In the abundance of caution, the Acevedo-Camacho Plaintif Group informs that each Member's disclosable economic interest was acquired more than one (1) year prior to the Petition Date. As such, the Group contends that they are waived from the disclosure requirements of FRBP 2019(c)(2)(C).

[4] The undersigned also represents other Groups of creditors (which are unrelated to the Acevedo-Camacho Plaintiff Group) against certain other instrumentalities of the Commonwealth, each of which will be filing their respective separate Verified Statements in compliance with FRBP 2019.

affiliates or any other entity, or (b) an admission with respect to any fact or legal theory. Nothing herein should be construed as a limitation upon, or waiver of, any rights of any Member to assert, file and/or amend any proof of claim in accordance with applicable law and any orders entered in these cases.

10. The undersigned verify that the foregoing is true and correct to the best of their knowledge. Further, all rights to amend or supplement this Statement are fully reserved.

I HEREBY CERTIFY that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case. We further certify that, on this same date, we served the foregoing upon all the Standard Parties as identified, defined and in the manner established in ¶ II of the Case Management and Administrative Procedures Order, as amended on April 4, 2018 (Dockets No. 2839 of Case No. 17-03283 (LTS), as well as upon all of the parties identified in the Master Service List maintained at https://cases.primeclerk.com/puertorico/.

RESPECTFULLY SUBMITTED,

San Juan, Puerto Rico, on this 29th day June 2018.

*/s/ Ivonne González-Morales*
IVONNE GONZÁLEZ-MORALES
USDC NUM. 202701
E-mail: ivonnegm@prw.net

IVONNE GONZÁLEZ-MORALES
PO BOX 9021828
San Juan, PR 00902-1828
Tel. (787) 410-0119

*Counsel for the Acevedo-Camacho Plaintiff Group*

4



GOBIERNO DE PUERTO RICO
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

24 de febrero de 2020

Agencia: 406 - DEPARTAMENTO DE LA FAMILIA

YESSENIA PENA DIAZ
VALLE ARRIBA HEIGHT
DD-13 CALLE 215
CAROLINA, PR 00983

Seguro Social: XXX-XX-0848

A base de la información en nuestros registros, al 24 de febrero de 2020 usted posee:

Género: Femenino

Fecha de Nacimiento:
Fecha de Ingreso al Servicio Público: 30 de julio de 1997
Fecha de Comienzo de Cotización: 30 de julio de 1997

| Ley 1 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | | Ley 106 | |
|---|---|---|---|---|---|
| Años Acreditados: | 15.75 | Tiempo Trabajado: | 4 | Tiempo Trabajado: | 2.58 |
| | | Aportaciones: | 20,278.20 | Aportaciones: | 15,082.59 |
| | | Intereses: | 1,575.96 | Intereses: | 0.00 |
| | | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| **Servicio No Cotizado** | | | | | |
| Pagado: | 0.00 | | | | |
| Tiempo: | 0.00 | | | | |
| Balance Acumulado: | 41,923.62 | Total Aportaciones: | 21,854.16 | Total Aportaciones: | 15,082.59 |
| Beneficio: | 656.48 | Beneficio: | 94.22 | Beneficio: | 0.00 |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes



RETIRO
GOBIERNO DE PUERTO RICO

Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov



## CERTIFICACION DE EMPLEO

Certifico que la **Sra. Yessenia Peña Díaz,** es empleada del Departamento de la Familia desde el 16 de octubre de 2002.

Ocupa el puesto de Dierectora de Presupuesto con estatus Regular. Devenga un sueldo de $4,621.00 mensual.

Esta certificación se expide a petición de la señora Peña, hoy 21 de febrero de 2020, conforme a récord de servicios de la empleada.

Carmín Rodríguez Negrón
Secretaria Auxiliar Interina

evc

Edif. Roosevelt Plaza 185 ● PO Box 11398, San Juan, PR 00910-1398 ● 787.294-4900 ext.1010
Administración Correspondiente ● Oficina de Procedencia ● Programa

Yessenia Peña Díaz
Urb. Valle Arriba Hights
DD-13 Calle 215
Carolina, Puerto Rico 00983





U.S. POSTAGE PAID
FCM LG ENV
SAN JUAN, PR
00936
FEB 27, 20
AMOUNT
$8.00
R2304M110246-22

HON. LAURA TAYLOR SWAN
SECRETARIA
TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA DISTRITO DE PUERTO RICO
150 CARLOS CHARDON STREET
FEDERAL BUILDING
SAN JUAN PR 00918-1767

RECEIVED & FILED
2020 FEB 28 PM 5:14
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR