José Miguel Rivera Cintrón
Urb. Vista Bella calle 5 D-3
Villalba, P.R. 00766

Tel. Celulares (787) 908-0881
(939) 283-9653

Correo Electrónico: miguemusic05@hotmail.com

RECEIVED & FILED
2020 FEB 28 PM 5: 10
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN PR

Por éste medio certifico la información en los siguientes documentos. La misma está basada en la orientación que se me dio en el Tribunal Federal en Ponce, Puerto Rico. Al llenar éstos documentos, no sé con exactitud si las cantidades son las correctas. Pido por favor, entiendan y si en algo estoy erróneo me ayuden. Solo reclamo lo que por ley me corresponde.

Gracias anticipadas, queda de ustedes...

José Miguel Rivera Cintrón
*José Miguel Rivera Cintrón*

S.S. XXX-XX-6540