Proof of Claim: 116321
Claimant: José Miguel Rivera Cintrón

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

### Instructions

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. **Your answers should provide more information than the initial proof of claim.** For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate now on what specific laws you are purporting to rely on, the year the law at issue was passed, and how and why you believe this particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as a Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any and all documentation you believe supports your claim.

Please send the completed form and any supporting documents via **email** to PRClaimsInfo@primeclerk.com, or by **mail or hand delivery** to the following addresseses:

| First Class Mail | Hand Delivery |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### Questionnaire

1. **What is the basis of your claim?**
   - ☑ A pending or closed legal action with or against the Puerto Rican government
   - ☐ Current or former employment with the Government of Puerto Rico
   - ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)

   _____

2. **What is the amount of your claim (how much money do you claim to be owed):**
   $36,000.00 Ley 89 12/Julio/1979

3. **Employment.** Does your claim relate to current or former employment with the Government of Puerto Rico?
   - ☐ No. _Please continue to Question 4._
   - ☑ Yes. _Answer Questions 3(a)-(d)._

   3(a). Identify the specific agency or department where you were or are employed:
   Departamento de Educación de Puerto Rico

Batch 4

Proof of Claim: 116321
Claimant: José Miguel Rivera Cintrón

3(b). Identify the dates of your employment related to your claim: Ley 89 Enero de 1984 hasta Diciembre de 2014

3(c). Last four digits of your social security number: 6540

3(d). What is the nature of your employment claims (select all applicable):
- ☐ Pension
- ☑ Unpaid Wages
- ☐ Sick Days
- ☐ Union Grievance
- ☐ Vacation
- ☐ Other (Provide as much detail as possible. Attach additional pages if necessary).

4. **Legal Action.** Does your claim relate to a pending or closed legal action?
- ☐ No.
- ☑ Yes. Answer Questions 4(a)-(f).

4(a). Identify the department or agency that is a party to the action. Departamento de Educación de Puerto Rico

4(b). Identify the name and address of the court or agency where the action is pending: Tribunal de Distrito de los E.U. para el Distrito de P.R. (S.J.)

4(c). Case number: 17 BK 3283-LTS

4(d). Title, Caption, or Name of Case: Ley Promesa (Casos Título III)

4(e). Status of the case (pending, on appeal, or concluded): _____

4(f). Do you have an unpaid judgment? Yes / No (Circle one) [No circled]

If yes, what is the date and amount of the judgment? _____

Proof of Claim: 116321
Claimant: Jose Miguel Rivera Cintron

RECEIVED & FILED
2020 FEB 28 PM 5: 10
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

### Instructions

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. **Your answers should provide more information than the initial proof of claim.** For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate now on what specific laws you are purporting to rely on, the year the law at issue was passed, and how and why you believe this particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as a Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any and all documentation you believe supports your claim.

Please send the completed form and any supporting documents via **email** to PRClaimsInfo@primeclerk.com, or by **mail or hand delivery** to the following addresseses:

| First Class Mail | Hand Delivery |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### Questionnaire

1. What is the basis of your claim?

    ☑ A pending or closed legal action with or against the Puerto Rican government

    ☐ Current or former employment with the Government of Puerto Rico

    ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)

    _____

2. What is the amount of your claim (how much money do you claim to be owed):
   $14,400.00 Ley 96 1/Julio/2002

3. **Employment.** Does your claim relate to current or former employment with the Government of Puerto Rico?

    ☐ No. *Please continue to Question 4.*

    ☑ Yes. Answer Questions 3(a)-(d).

   3(a). Identify the specific agency or department where you were or are employed.
   Departamento de Educacion de Puerto Rico

Batch 4

Proof of Claim: 116321
Claimant: José Miguel Rivera Cintrón

3(b). Identify the dates of your employment related to your claim: Ley 96 Enero de 2003 hasta Diciembre de 2014

3(c). Last four digits of your social security number: 6540

3(d). What is the nature of your employment claims (select all applicable):
- ☐ Pension
- ☑ Unpaid Wages
- ☐ Sick Days
- ☐ Union Grievance
- ☐ Vacation
- ☐ Other (Provide as much detail as possible. Attach additional pages if necessary).

4. **Legal Action.** Does your claim relate to a pending or closed legal action?
- ☐ No.
- ☑ Yes. Answer Questions 4(a)-(f).

4(a). Identify the department or agency that is a party to the action. Departamento de Educación de Puerto Rico

4(b). Identify the name and address of the court or agency where the action is pending: Tribunal de Distrito de los E.U. para el Distrito de P.R. (S.J.)

4(c). Case number: 17 BK 3283-LTS

4(d). Title, Caption, or Name of Case: Ley Promesa (Casos Título III)

4(e). Status of the case (pending, on appeal, or concluded): ___

4(f). Do you have an unpaid judgment? Yes / No (Circle one)
If yes, what is the date and amount of the judgment? ___

Batch 4

2

Proof of Claim: 116321
Claimant: José Miguel Rivera Cintrón

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

### Instructions

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. **Your answers should provide more information than the initial proof of claim.** For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate now on what specific laws you are purporting to rely on, the year the law at issue was passed, and how and why you believe this particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as a Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any and all documentation you believe supports your claim.

Please send the completed form and any supporting documents via **email** to PRClaimsInfo@primeclerk.com, or by **mail or hand delivery** to the following addresseses:

| First Class Mail | Hand Delivery |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### Questionnaire

1. What is the basis of your claim?
   - ✓ A pending or closed legal action with or against the Puerto Rican government
   - ☐ Current or former employment with the Government of Puerto Rico
   - ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)

2. What is the amount of your claim (how much money do you claim to be owed):
   $12,000.00 Ley 164 12/Julio/2003

3. **Employment.** Does your claim relate to current or former employment with the Government of Puerto Rico?
   - ☐ No. *Please continue to Question 4.*
   - ✓ Yes. *Answer Questions 3(a)-(d).*

   3(a). Identify the specific agency or department where you were or are employed:
   Departamento de Educacion de Puerto Rico

Batch 4

Proof of Claim: 116321
Claimant: Jose Miguel Rivera Cintron

3(b). Identify the dates of your employment related to your claim:
Ley 164 1/Enero/2004 hasta Diciembre 2014

3(c). Last four digits of your social security number: 6540

3(d). What is the nature of your employment claims (select all applicable):
- ☐ Pension
- ☑ Unpaid Wages
- ☐ Sick Days
- ☐ Union Grievance
- ☐ Vacation
- ☐ Other (Provide as much detail as possible. Attach additional pages if necessary).

4. **Legal Action.** Does your claim relate to a pending or closed legal action?
- ☐ No.
- ☑ Yes. Answer Questions 4(a)-(f).

4(a). Identify the department or agency that is a party to the action.
Departamento de Educacion de Puerto Rico

4(b). Identify the name and address of the court or agency where the action is pending:
Tribunal de Distrito de E.U. para el Distrito de P.R. (S.J.)

4(c). Case number: 17 BK 3283-LTS

4(d). Title, Caption, or Name of Case: Ley Promesa (Casos Titulo III)

4(e). Status of the case (pending, on appeal, or concluded): _____

4(f). Do you have an unpaid judgment? Yes / **No** (Circle one)
If yes, what is the date and amount of the judgment? _____

Batch 4

2