José Miguel Rivera Cintron
Urb. Vista Bella
Calle 5 D-3
Villalba, Puerto Rico 00766

 

U.S. POSTAGE PAID
FCM LG ENV
VILLALBA, PR
00766
FEB 27, 20
AMOUNT
$1.20
1000   00918   R2305H127764-06

RECEIVED & FILED
2020 FEB 28 PM 5:10
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767