Réplica a la Objeción global

(i) Datos de contacto. Nombre: Angelina Torres Rivera
Dirección: 2nda. Ext. Punto Oro # 6760 Ave. Interior Ponce, PR 00728-2423
Número de teléfono: 1(774)318-8535.
Dirección de correo electrónico: lena4629t@gmail.com

(ii) Epígrafe. Nombre del Tribunal: Tribunal de Distrito de los Estados Unidos
Nombre de los Deudores: Estado Libre Asociado de Puerto Rico y otros,
Título de la Objeción global: Titulo III (PROMESA)
Números de las evidencias de reclamos de Prime Clerk: 137013.

(iii) Motivos para oponerse a la Objeción global: Fui empleada del Gobierno de Puerto Rico, bajo el Estado Libre Asociado de Puerto Rico y por consiguiente tengo el derecho de reclamar los aumentos que fueron aprobados por el Gobierno y no se adjudicaron a los empleados para aquel entonces. Me opongo a la Objeción global ya que ha sido un proceso arbitrario que no permite que se trate con justicia al empleado gubernamental y que tampoco nos ha tratado con respeto. Gracias por la oportunidad concedida para expresarnos. El reclamo está relacionado con un empleo anterior en el gobierno de Puerto Rico.

(iv) Documentación justificativa:
Fundamento de la reclamación: Una acción legal pendiente de resolución.
Departamento en el que trabajé: Departamento de Salud.
Fechas de mi empleo con relación a la reclamación: 1989-2000.
Naturaleza de las reclamaciones de empleo: salarios impagos
Estado del caso: Pendiente de resolución.
Sentencia impaga
Monto de la sentencia

Ley 1 de julio de 1996. $70.00 mensuales al 30 de junio de 1995. $50.00 mensuales sobre el sueldo al 30 de junio de 1996.

Total monto de sentencia: $3,240.00

*Angelina Torres Rivera*