Angelina Torres Rivera
nda. Ext. Punto Oro
6760 Ave. Interior
Ponce, P.R.
00728-2423

RECEIVED
2020 FEB 28 PM 5:13
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

U.S. POSTAGE PAID
FCM LG ENV
PONCE, PR
00717
FEB 27, 20
AMOUNT
$1.20
R2303S102801-20

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767