10 de febrero de 2020

Quebradillas, P.R.



Secretaria(clerk's office)

Tribunal De Distrito de los Estados Unidos

Room 150 Federal Building

San Juan(Puerto Rico)00918-1767

Distinguidos Senores :

    Mi Nombre es H ilda I. Medina de Leon. Mi direccion: postal : 24985 - CARR.437 - BO. San Antonio,Quebradillas . Mi direccion residencial es : B0.San Antonio,sector Casa de Piedra, Quebradillas,P.R. Mi e- mail es: hildaimedina1@gmail.com. Tel. 787-895-8833.

    Soy una maestra retirada desde el 2 de agosto de 2001. Trabaje en el Departamenro de Educacion desde agosto de 1971 como maestra de Espanol. Atraves de este medio reclamo el pago de 3% a pensionados. En 19 anos de retiro no he recibido ese 3% legislado por el gobierno de P.R. Adjunto documento de mi retiro. Si hubiese algun otro derecho que perdi ,tamben lo reclamo.

Respetuosamente,

Hilda I. Medina De Leon

pensionada con la Junta de Retiro de Maestros de Puerto Rico.