Modelo SC-17

ESTADO LIBRE ASOCIADO DE PUERTO RICO

## JUNTA DE RETIRO PARA MAESTROS
## INFORME RENTA ANUAL VITALICIA

2257

| Nombre | Núm. Reclamación | Sexo |
|---|---|---|
| Hilda I. Medina de León | 37460 | F |

**Tipo de Renta:**
- a- Años de Servicio y Edad
  - Opcional ( ✓ )
  - Obligatorio ( )
- b- Edad ( )
- c- Incapacidad
  - Ocupacional ( )
  - No Ocupacional ( )
- d- Diferida ( )

**Fecha de Nacimiento**
| Año | Mes | Día |
|---|---|---|
| | | |

**Fecha de Retiro**
| Año | Mes | Día |
|---|---|---|
| 2001 | 8 | 2 |

**Edad al Retirarse**
| Años | Meses | Días |
|---|---|---|
| 52 | 5 | 6 |

**Servicios Acreditados**
| Años | Meses | Sem. | Días |
|---|---|---|---|
| 30 | 0 | 0 | 1 |

**Costo Anualidad:** $ 39,344.58

**Fecha de Efectividad**
| Año | Mes | Día |
|---|---|---|
| 2001 | 8 | 3 |

**Retiro Ley Núm.** 45 de 2000

**Cómputo de la Renta Anual:**

a- Sueldo promedio mensual más alto durante cinco años consecutivos a $ 2,059.09     $1,544.31

  X  0.75  X  30 Años  0 meses  0 semanas  1 días
  (Por ciento)           (Tiempo Acreditado)

* En caso de renta anual diferida, ésta comenzará al cumplir la edad de _____

  ( ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años de edad.

  ( ) o a opción en fecha posterior si al retirarse tiene 10 y menos de años de servicios y menos de 60 años de edad.

b- Ajuste para llegar al Mínimo Establecido por Ley 45

| Años de Servicio | Edad | Incapacidad Física | Diferido |
|---|---|---|---|
| $ | $ | $ | $ |

Diferencia Mínimo o Renta Sistema Retiro

**Renta Mensual Vitalicia**     $1,544.31
**Renta Anual Vitalicia**       $18,531.72

| Computado: | | Cotejado: | |
|---|---|---|---|
| Celia Rodríguez Rivera | Fecha | Alberto Sohum | Fecha |
| Recomendado: | | Aprobado: | |
| Gloria E. Navas Pérez | Fecha | Fecha | Irma A. Giménez López |
| Directora Área Servicios al Retiro | | | Secretaria Ejecutiva |

DEPARTAMENTO DE EDUCACION
Secretaría Auxiliar de Recursos Humanos

## Informe de Cambio - Personal Docente

regulares

Descontarle _____ días por ausencias

| | ANTES DEL CAMBIO | DESPUÉS DEL CAMBIO |
|---|---|---|
| 1. Nombre del Empleado | Hilda L. Medina de León | |
| 2. Número de Seguro Social | | |
| 3. Lugar y Fecha de Nacimiento | Quebradillas | |
| 4. Sexo | F | |
| 5. Estado Civil | Soltera | |
| 6. Preparación Académica | MA | |
| 7. Experiencia | 30 años | |
| 8. Status Empleado (Contrato) | Permanente | |
| 9. Sueldo Bruto | $2,355.00 | |
| 10. Número del Puesto | R 06033 | |
| 11. Categoría del Puesto | 9819 Esp. Nivel Sec. | |
| 12. Nivel del Puesto (Directivo) | | |
| 13. Fondo | Estatal | |
| 14. Cifra de Cuenta | | |
| 15. Fecha de Efectividad | | |
| 16. Acción y Duración | | |
| 17. Causa del Cese | | Renuncia/Retiro por edad y años servicio |
| 18. Último día de Trabajo | | 2 agosto de 2001 |
| 19. Último día de Pago | | |
| 20. Programa Escolar, nivel y grado | | |
| 21. Turno en Registro | | |
| 22. Distrito Escolar | Quebradillas | |
| 23. Escuela | S.U. Honorio Hernández Quijano | |

24. Dirección Postal y Residencial

HC 1 4097 Bo. San Antonio
Quebradillas, P.R. 00678

25. Teléfono Residencial

895-5307

26. En caso de otorgación de status probatorio o permanente

Deseo: ____ Afiliarme ____ No afiliarme a la organización sindical que representa a la unidad apropiada a la cual pertenece el puesto (Ley Número 45 de 25 de febrero de 1998).

Firma del empleado     Fecha

27. Observaciones:

Renuncia para acogerse al retiro por edad y años de servicio el próximo 2 de agosto/01.

28. En caso de cambio de status a probatorio o permanente, traslado, reasignación permanente, reubicación o descenso.

Firma del empleado     Fecha

29. Deseo: ____ Acogerme ____ No Acogerme

Al descuento del 3% de mi sueldo mensual para el Fondo de Ahorro y Préstamo de la Asociación de Empleados del ELA de Puerto Rico en caso de cambio de contrato a probatorio o permanente.

Firma del empleado     Fecha

30. Recomendado

Angel D. Castillo Castillo   17 mayo/2001
Director de Escuela     Fecha

31. Recomendado

Director de Escuela     Fecha

32. Aprobado: Por el Secretario de Educación o su Representante

Firma     Fecha

Si el nombramiento es con status transitorio provisional el mismo constituye un **CERTIFICADO PROVISIONAL DE MAESTRO**.