Hilda Iris Medina
24985, Carr. 437, Bo. San Antonio
Quebradillas, P.R. 00678

U.S. POSTAGE PAID
FCM LG ENV
QUEBRADILLAS, PR
00678
FEB 27, 20
AMOUNT
**$1.20**
R2305P149686-16

RECEIVED & FILED
2020 FEB 28 PM 5:14
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Clerk Office
United States District Court
Room 150 Federal Bldg.
San Juan, P.R. 00918-1767
00918