Claim #: 142803

Num. Reclamación: 112980

RECEIVED & FILED
2020 FEB 28 PM 5: 11
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN-JUAN, P.R.

# Replica

Datos de conflicto

Nombre:

Eduardo Rodríguez Colón

Dirección postal:

P.O. Box 9720

Cidra, P. R. 00739

Dirección física:

Carr. 729 km. 0.4

Bo. Rabanal

Cidra, P.R. 00739

Teléfono celular:

(787)205-4627

Correo electrónico:

er70564@gmail.com

Notificar respuesta a la réplica al demandante:

Eduardo Rodríguez Colón (Datos arriba)

Firma: *Eduardo Rodríguez Colón*

Número de objeción:                                       Número de reclamación: 112980

*Claim # 142803*

Centésima vigésima segunda objeción global

Epígrafe

Nombre del Tribunal:

Secretaría (Clerks' Office)

Tribunal de Distrito de los Estados Unidos

Room 150 Federal Building

San Juan, P.R. 00918-1767

Abogado de la Junta de Supervisión (counsel for the oversight board)

Proskaver Rose LLP

Eleven Times Square

Nueva York, Nueva York 10036-8299

Ala: Martin J. Bienenstock

Brian S. Rosen

Abogado del Comité de Acreedores (counsel for the creditor's committee)

Paul Hastings LLP

200 Park Avenue

Nueva York, Nueva York 10166

Ala: Dc A. Despins

Jemes Bliss

James Worthinton

G. Alexander Bongartz

Deudor: Estado Libre Asociado de Puerto Rico

*NOMBRE: EDUARDO RODRIGUEZ COLON*

*Firma: Eduardo Rodríguez Colón*

Claim# 142803                                   Número de reclamación: 112980

Motivos:

A) Trabajé como maestro de matemáticas en el Departamento de Educación del Gobierno de Puerto Rico más de 30 años, 1 de diciembre de 1976 (comenzé) y el 31 de mayo 2011(terminé).

B) La Ley 89 del gobernador Romero Barceló estableció un aumento de sueldo o aumento en la escala salarial de $25 mensuales, aumento salarial que debieron pagarnos, pero no nos pagaron. (paso escala salarial 1980 al 1989). Reclamo $2,400 por concepto paso $25 mensuales por siete años trabajados.

C) La Ley 96 de la gobernadora Sila Calderón estableció un aumento de $100 mensuales que no fue pagado. Reclamamos $3,600 por ausencia de pago por tres años o 36 meses a $100 mensuales

D) La suma total del reclamo nuestro por el dinero que se tenía que pagar y no se pagó es de $6,000.

E) Esos aumentos de sueldos fueron aprobados y son leyes que debieron ser honradas. Tenemos perfecto derecho de que se nos pague un dinero que nos pertenece y por tanto rogamos al Tribunal que tome en cuenta nuestra oposición a la objeción, y se nos pague lo adeudado.

NOMBRE: EDUARDO RODRIGUEZ COLÓN
FIRMA: *Eduardo Rodríguez Colón*

# Evidencias de reclamos radicadas

CLAIM #: 142803                                              NÚM. RECLAMACIÓN: 112980

      Hasta la fecha, se han radicado aproximadamente 173,000 evidencias de reclamos contra los Deudores, que han sido registradas por Prime Clerk, LLC. Dichas evidencias de reclamos hacienden a un total de $43.6 billones en reclamos radicados contra los Deudores, además de los montos no liquidados reclamados.

      De las evidencias de reclamo radicadas aproximadamente 110,175 han sido radicadas con relación con el ELA, o reclasificadas como radicadas contra el ELA. Más de 52,600 evidencias de reclamos han sido radicadas en relación con el SER, o reclasificadas como radicadas contra el SRE. Aproximadamente 2,240 evidencias de reclamos han sido radicadas en relación con la ACT, o reclasificadas como radicadas contra la ACT. De conformidad con las condiciones de las Órdenes de fecha final muchos de estos reclamos no tenían que haber sido radicados en absoluto o adolecen de otros tipos de vicios; por ejemplo, haber sido enmendados posteriormente, no alegar un reclamo por el que los Deudores sean responsable, estar duplicados en relación con otras evidencias de reclamos o no aportar información necesaria para que los Deudores determinen si el reclamo es válido.

Adjunto: Réplica

    Epígrafe

    Motivos

    Evidencia de trabajos (Empleo) aportaciones

NOMBRE: EDUARDO RODRÍGUEZ COLÓN
FIRMA: *Eduardo Rodríguez Colón*