**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

*EVIDENCIA TRABAJO*
*1 dic. 1976 - 31 mayo 2011*

2 de diciembre de 2019

EDUARDO RODRIGUEZ COLON
PO BOX 9720
CIDRA, PR 00739

Estimado señor Rodriguez Colon:

Según solicitado se prepara una Certificación de Aportaciones desde el: 1 de diciembre de 1976 hasta el: 31 de mayo de 2011.

De acuerdo con nuestros registros el balance de aportaciones acumuladas que usted tenía en este Sistema de Retiro para Maestros por ese periodo es de aproximadamente: $46,695.69.

Dichas aportaciones devengaron intereses por la cantidad de: $11,137.39, para un total de cuotas e intereses de: $57,833.08.

El tiempo acreditado fue de: 30 Años / 7 Meses / 1 Semana / 1:10 Horas.

Para su información y acción correspondiente.

Cordialmente,

Rafael Medina Ramos
Oficial Principal de Servicios de Retiro
Área de Servicios de Retiro

RMR

*NOMBRE: EDUARDO RODRIGUEZ Colón*
*FIRMA: Eduardo Rodríguez Colón*

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918
P.O. Box 191879 · San Juan PR 00919-1879

☏ 787.777.1414    📠 787.759.2883    www.srm.pr.gov

