PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE
POSTAGE REQUIRED

UNITED STATES POSTAL SERVICE

Retail

US POSTAGE PAID
$7.75
Origin: 00739
02/27/20
4226100739-12

PRIORITY MAIL 1-DAY ®

0 Lb 2.70 Oz
1005

EXPECTED DELIVERY DAY: 02/28/20

C018

SHIP TO:
150 AVE CARLOS CHARDON
STE 150
SAN JUAN PR 00918-1706

USPS TRACKING® NUMBER

9505 5138 3561 0058 4478 61



To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP



EP14F Oct 2018
OD: 12 1/2 x 9 1/2

FROM: EDUARDO RODRÍGUEZ COLÓN
P.O. BOX 9720
Cidra, P.R. 00739

TO:
CLERK'S OFFICE
UNITED STATES DISTRICT COURT
ROOM 150 FEDERAL BLDG.
150 CALLE CHARDÓN
SAN JUAN, P.R. 00918-1767