**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

<u>Transmittal of Record to the Court of Appeals</u>
<u>AMENDED NOTICE OF APPEAL</u>

**DATE: March 3, 2020**

Related BK Case: 17-3283-LTS
Related USCA Case: 19-2231

**APPEAL FEE PAID ($505):   YES _____   NO   X   **

**CASE CAPTION:** In re: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of THE COMMONWEALTH OF PUERTO RICO, *et al.*

**IN FORMA PAUPERIS:        YES _____   NO   X   **

**MOTIONS PENDING:          YES _____   NO   X   **

**NOTICE OF APPEAL FILED BY:** Jorge Arturo Diaz Mayoral, Juan Antonio Frau Escudero

**APPEAL FROM:** Order entered on 11/4/2019, Memorandum Order entered on 11/6/2019 and Order entered on 11/26/2019.

**SPECIAL COMMENTS:**   Copies of original documents.

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

**DOCUMENTS:**

**VOLUMES:**

**Docket Entries   9099, 9121, 9352, 9537**                                I

I HEREBY CERTIFY that the enclosed documents contained herein are copies or the original pleadings as described above and constitute the record on appeal in the case.

MARIA ANTONGIORGI-JORDAN, ESQ.
Clerk of the Court

S/ Marian B. Ramirez-Rivera
Marian B. Ramirez-Rivera
Deputy Clerk

Acknowledgment of Receipt:
Received By: _____
USCCA #:   _____   s/c:   CM/ECF Parties, Appeals Clerk