UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | PROMESA Title III |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, et al., | (Jointly Administered) |
| Debtors.[1] | |

**AMBAC ASSURANCE CORPORATION, ASSURED GUARANTY CORP., ASSURED GUARANTY MUNICIPAL CORP., NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION, AND FINANCIAL GUARANTY INSURANCE COMPANY'S INFORMATIVE MOTION REGARDING THE UPDATED JOINT STATUS REPORT OF THE DRA PARTIES AND THE MONOLINES REGARDING THE DRA PARTIES' MOTION TO PARTICIPATE IN THE MONOLINES' AMENDED LIFT STAY LITIGATION AND THE JOINT PARTICIPATION STIPULATION**

Ambac Assurance Corporation ("Ambac"), Assured Guaranty Corp. ("AGC"), Assured Guaranty Municipal Corp. (together with AGC, "Assured"), National Public Finance Guarantee Corporation ("National"), and Financial Guaranty Insurance Company ("FGIC", and, together with Ambac, Assured, and National, the "Monolines"), by and through their undersigned counsel, respectfully submit this informative motion regarding the *Updated Joint Status Report of the DRA*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801)

*Parties' and the Monolines Regarding the DRA Parties' Motion to Participate in the Monolines' Amended Lift Stay Litigation and the Joint Participation Stipulation* [Dkt. No. 11995] (the "Joint Status Report"), and respectfully state as follows:

1. As indicated in the Joint Status Report, the Monolines sent suggested edits to the proposed order to the DRA Parties. The Monolines requested that the DRA Parties include these suggested edits as an exhibit to the Joint Status Report, which exhibit would be labeled as reflecting the Monolines' proposal.

2. The DRA Parties earlier today declined to include the exhibit that the Monolines requested, and the Joint Status Report filed by the DRA Parties referred to but did not include the exhibit. Accordingly, the Monolines file this separate informative motion to make available to the Court the proposed edits that the Monolines previously shared with the DRA Parties, attached as **Exhibit A**.

WHEREFORE, the Movants respectfully request that the Court take notice of the foregoing.

*[Remainder of Page Intentionally Omitted]*

Dated: March 3, 2020
      San Juan, Puerto Rico

**FERRAIUOLI LLC**

By: */s/ Roberto Cámara-Fuertes*
    Roberto Cámara-Fuertes (USDC-PR No. 219002)
    Sonia Colón (USDC-PR No. 213809)
    221 Ponce de León Avenue, 5th Floor
    San Juan, PR 00917
    Telephone: (787) 766-7000
    Facsimile: (787) 766-7001
    Email: rcamara@ferraiuoli.com
          scolon@ferraiuoli.com

**MILBANK LLP**

By: */s/ Atara Miller*
    Dennis F. Dunne (admitted *pro hac vice*)
    Atara Miller (admitted *pro hac vice*)
    Grant R. Mainland (admitted *pro hac vice*)
    John J. Hughes, III (admitted *pro hac vice*)
    55 Hudson Yards
    New York, NY 10001
    Telephone: (212) 530-5000
    Facsimile: (212) 530-5219
    Email: ddunne@milbank.com
          amiller@milbank.com
          gmainland@milbank.com
          jhughes2@milbank.com

*Attorneys for Ambac Assurance Corporation*

**REXACH & PICÓ, CSP**

By: */s/ María E. Picó*
    María E. Picó
    (USDC-PR No. 123214)
    802 Ave. Fernández Juncos
    San Juan, PR 00907-4315
    Telephone: (787) 723-8520
    Facsimile: (787) 724-7844
    Email: mpico@rexachpico.com

**BUTLER SNOW LLP**

By: */s/ Martin A. Sosland*
    Martin A. Sosland (admitted *pro hac vice*)
    5430 LBJ Freeway, Suite 1200
    Dallas, TX 75240
    Telephone: (469) 680-5502
    Facsimile: (469) 680-5501
    Email: martin.sosland@butlersnow.com
    Jason W. Callen (admitted *pro hac vice*)
    150 3rd Ave., S., Suite 1600
    Nashville, TN 37201
    Telephone: (615) 651-6774
    Facsimile: (615) 651-6701
    Email: jason.callen@butlersnow.com

*Attorneys for Financial Guaranty Insurance Company*

-4-

| | |
|---|---|
| **CASELLAS ALCOVER & BURGOS P.S.C.** | **CADWALADER, WICKERSHAM & TAFT LLP** |
| By: /s/ *Heriberto Burgos Pérez* | By: */s/ Howard R. Hawkins, Jr.* |

Heriberto Burgos Pérez (USDC-PR No. 204809)
Ricardo F. Casellas-Sánchez (USDC-PR No. 203114)
Diana Pérez-Seda (USDC-PR No. 232014)
P.O. Box 364924
San Juan, PR 00936-4924
Telephone: (787) 756-1400
Facsimile: (787) 756-1401
Email: hburgos@cabprlaw.com
rcasellas@cabprlaw.com
dperez@cabprlaw.com

***Attorneys for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.***

Howard R. Hawkins, Jr. (admitted *pro hac vice*)
Mark C. Ellenberg (admitted *pro hac vice*)
William J. Natbony (admitted *pro hac vice*)
Ellen M. Halstead (admitted *pro hac vice*)
Thomas J. Curtin (admitted *pro hac vice*)
Casey J. Servais (admitted *pro hac vice*)
200 Liberty Street
New York, NY 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666
Email: howard.hawkins@cwt.com
mark.ellenberg@cwt.com
bill.natbony@cwt.com
ellen.halstead@cwt.com
thomas.curtin@cwt.com
casey.servais@cwt.com

***Attorneys for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.***

-5-

| | |
|---|---|
| **ADSUAR MUNIZ GOYCO SEDA & PEREZ-OCHOA PSC** | **WEIL, GOTSHAL & MANGES LLP** |
| By: */s/ Eric Perez-Ochoa*<br>    Eric Pérez-Ochoa<br>    USDC-PR No. 206,314<br>    Email: epo@amgprlaw.com<br><br>By: */s/ Luis A. Oliver-Fraticelli*<br>    Luis A. Oliver-Fraticelli<br>    USDC-PR No. 209,204<br>    Email: loliver@amgprlaw.com<br>    208 Ponce de Leon Ave., Suite 1600<br>    San Juan, PR 00936<br>    Telephone: (787) 756-9000<br>    Fax: (787) 756-9010 | By: */s/ Robert Berezin*<br>    Jonathan Polkes (admitted *pro hac vice*)<br>    Gregory Silbert (admitted *pro hac vice*)<br>    Robert Berezin (admitted *pro hac vice*)<br>    Kelly Diblasi (admitted *pro hac vice*)<br>    Gabriel A. Morgan<br>    767 Fifth Avenue<br>    New York, NY 10153<br>    Telephone: (212) 310-8000<br>    Fax: (212) 310-8007<br>    Email: jonathan.polkes@weil.com<br>           gregory.silbert@weil.com<br>           robert.berezin@weil.com<br>           kelly.diblasi@weil.com<br>           gabriel.morgan@weil.com |
| *Attorneys for National Public Finance Guarantee Corp.* | *Attorneys for National Public Finance Guarantee Corp.* |

## CERTIFICATE OF SERVICE

    I hereby certify that, on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case.

                                                     */s/ Roberto Cámara-Fuentes*
                                                     Roberto Cámara-Fuertes (USDC-PR No. 219002)
                                                     221 Ponce de León Avenue, 5th Floor
                                                     San Juan, PR 00917
                                                     Telephone: (787) 766-7000
                                                     Facsimile: (787) 766-7001
                                                     Email: rcamara@ferraiuoli.com