UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:                                                         PROMESA
Title III

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of                                No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO           (Jointly Administered)
et al.,

               Debtors.[1]

------------------------------------------------------------x

In re:                                                         PROMESA
Title III

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of                                No. 17 BK 3567-LTS

PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY,

               Debtor.

------------------------------------------------------------x

<u>ORDER REGARDING DEADLINE FOR REPLIES IN SUPPORT OF THE LIFT STAY MOTIONS</u>

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

THIS MATTER is before the Court on an Informative Motion (Docket Entry No. 11945 in Case No. 17-3283) filed by Ambac Assurance Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp, National Public Finance Guarantee Corporation, and Financial Guaranty Insurance Company (collectively, the "Movants"), on behalf of themselves and the Government Parties,[2] to establish a deadline for replies in support of the motions for relief from the automatic stay.

UPON CONSIDERATION of the Informative Motion, the relevant portions of the docket, and being otherwise fully advised in this matter it is hereby **ORDERED** that:

1. The Informative Motion is **SO ORDERED** as set forth herein.

2. The deadline for substantial completion of discovery for the preliminary hearing shall be **March 16, 2020**.

3. The deadline to file replies in support of the motions for relief from the automatic stay[3] is **March 23, 2020**.

---

[2] The "Government Parties" consist of the Financial Management and Oversight Board for Puerto Rico (the "Oversight Board"), as representative of the Commonwealth of Puerto Rico ("Commonwealth" or "Debtor") pursuant to section 315(b) of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA"), and the Puerto Rico Financial Advisory Authority ("AAFAF").

[3] The motions for relief from the automatic stay are the *Motion of Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, National Public Finance Guarantee Corporation, and Financial Guaranty Insurance Company for Relief from the Automatic Stay, or, in the Alternative, Adequate Protection* [Dkt. No. 10102]; the *Ambac Assurance Corporation, Financial Guaranty Insurance Company, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and the Bank of New York Mellon's Motion Concerning Application of the Automatic Stay to the Revenues Securing the CCDA Bonds* [Dkt. No. 10104]; and the *Amended Motion of Ambac Assurance Corporation, Financial Guaranty Insurance Company, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and U.S. Bank Trust National Association, Concerning Application of the Automatic Stay to the Revenues Securing PRIFA Rum Tax Bonds* [Dkt. No. 10602].

4. The Court retains jurisdiction to consider requests for modifications to these deadlines as appropriate, including in the event that discovery is not substantially completed by March 16, 2020, and as may be necessary depending on the resolution of the pending motions to compel further discovery.

5. This Order resolves Docket Entry No. 11945 in Case No. 17-3283.

SO ORDERED.

Dated: March 3, 2020

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge