UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | This filing relates to the Commonwealth, HTA and ERS. |

**MOTION TO SUBMIT CERTIFICATION TO SUPPLEMENT PROOF OF CLAIM**

To the Honorable Laura Taylor Swain, United States District Judge:

**COMES NOW** Blanca I. Berdiel-López (hereinafter "Berdiel"), through the undersigned counsel, and respectfully states and prays as follows:

1. Berdiel submits with the present Motion a Certification, in the Spanish language, from the Puerto Rico Department of Education that establishes her tenure as elementary school teacher since September 3, 1999 to the present.

2. Berdiel earns a monthly salary of $2,741.67.

3. Berdiel requests that Debtor evaluate said Certification and inform if the objection to claim number 132759 at Docket 9912 is waived.

I HEREBY CERTIFY: that I electronically filed the foregoing with the Court using the CM/ECF system which will send automatic notification of such filing to the attorneys of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 3rd day of March, 2020.

COLÓN SERRANO ZAMBRANA LLC
PO Box 360610
San Juan, PR 00936
T. 787-919-0026

1

 T. & F. 787-200-6559

*s/Félix A. Colón-Serrano*
Félix A. Colón-Serrano, Esq.
felix@cszlawpr.com
USDC PR No. 229812