

## DEPARTAMENTO DE EDUCACION
Estado Libre Asociado de Puerto Rico
Secretaría Auxiliar de Recursos Humanos

**ATT: LEY PROMESA**

20 de febrero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | BLANCA I. BERDIEL LOPEZ |
| Seguro Social | : | ▇▇▇▇▇49 |
| Categoría | : | MA. EDUC. NIVEL ELEMENTAL (4-6) |
| Distrito Escolar | : | TRUJILLO ALTO_ |
| Sueldo Mensual | : | $2,741.67 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | Desde el 3 de septiembre de 1999 hasta el presente. |
| Cesó | : | N/A |
| Renunció | : | N/A |
| Otros | : | |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.