UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.* | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>This filing relates to the Commonwealth, HTA and ERS. |

**MOTION TO SUBMIT CERTIFICATION TO SUPPLEMENT PROOF OF CLAIM**

To the Honorable Laura Taylor Swain, United States District Judge:

**COMES NOW** Luis Serrano-Cedeño (hereinafter "Serrano"), through the undersigned counsel, and respectfully states and prays as follows:

1. Serrano submits with the present Motion a Certification, in the Spanish language, from the Puerto Rico Department of Education ("PRDE") that establishes his tenure as elementary school teacher for 31 years, 7 months, 1 week and 0.5 days.

2. Serrano resigned effectively on May 30, 1997. While employed by the PRDE, he earned a monthly salary of $1,750.00.

3. Serrano requests that Debtor evaluate said Certification and inform if the objection to claim number 136061 at Docket 9940 is waived.

I HEREBY CERTIFY: that I electronically filed the foregoing with the Court using the CM/ECF system which will send automatic notification of such filing to the attorneys of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 3rd day of March, 2020.

COLÓN SERRANO ZAMBRANA LLC
PO Box 360610

1

San Juan, PR 00936
T. 787-919-0026
T. & F. 787-200-6559

*s/Félix A. Colón-Serrano*
Félix A. Colón-Serrano, Esq.
felix@cszlawpr.com
USDC PR No. 229812

2