

# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

**ATT: LEY PROMESA**

20 de febrero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | LUIS D. SERRANO CEDENO |
| Seguro Social | : | ███████33 |
| Categoría | : | MA. EDUC. NIVEL ELEMENTAL (4-6) |
| Distrito Escolar | : | UTUADO |
| Sueldo Mensual | : | $1,750.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 30 de mayo de 1997 |
| Otros | : | Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de (31) años, (7) meses, (1) semanas y (1/2) días. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.