Centecima, cuadragécima, octava objeción global relacionada con Prime Clerk # de caso 17BK-03566 LTS, # de reclamación , 108152, 106544, 156351 y 136874.

Distrito Federal de E.U. para distrito Estado Libre Asociado de P.R. Soy la Sra. Carmen M. Ruiz Rivera. Mi teléfono es (787) 532-2698.

Durante 30 años trabajé como personal docente para el Departamento de Educación de P.R. desde agosto de 1965 hasta mayo del 1995. Fecha en que me acogí al retiro permanente.

Estoy escribiendo esta carta para indicarles que continúen adelante con la reclamación de este caso por la naturaleza del impago durante los años correspondientes a la ley laboral 9, ley salarial 164, ley 89 y ley 96.

Adjunto les envío copia de las evidencias que confirman dichas alegaciones. Mi número de reclamación es 108152, 106544, 156351 y 136874.

De necesitar alguna otra evidencia favor de comunicarse conmigo nuevamente.

Gracias

*Carmen M. Ruiz Rivera*

Carmen M. Ruiz Rivera