Secretaría (clerk office)
Tribunal de Distrito de los E.U.
Room 150 Federal Building
San Juan, PR. 00918-1767