Hoy, Marzo 1, 2020

A quién pueda interesar;

Por este medio me comunico con ustedes, por mi interés en saber, si según mi record de trabajo en educación, tengo algún derecho a su reconsideración sobre la ley Promesa.

Favor de indicarme, cualquier resultado, según su investigación, sobre mi caso.

Agradecida
por su atención

Norma Iris López Rosario

RECEIVED & FILED
2020 MAR -3 PM 5:33
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN PR

 

SECRETARIA AUXILIAR DE RECURSOS HUMANOS
Oficina Regional Educativa de Caguas

# CERTIFICACIÓN

Certifico que la Sra. Norma Iris López Rosario, seguro social -1303, ocupó con status permanente el puesto Núm. C32471, Asistente de Servicios Especiales al Estudiante I, adscrito a la Escuela Diego Vázquez del Municipio de Caguas.

Laboró para la Agencia desde el 8 de agosto de 2011 hasta el 25 de mayo de 2015, fecha que renunció por que se le aprobó la incapacidad.

Devengó un salario bruto de $1,063.00 mensuales.

Cualquier información puede comunicarse al teléfono 787-743-1234, Ext. 4437.

Dado hoy, 28 de febrero de 2020, en Caguas, Puerto Rico.

Certifico correcto:

*Gladys Pérez Santiago*
_____
Técnico de Recursos Humanos
Área Recursos Humanos

DEPARTAMENTO DE EDUCACION
Región Educativa de Caguas
PO Box 398
Caguas, PR 00725

Norma Ruiz López Ríos
C/29 LC-8 5 sec. Villa del Rey
Caguas P.R. 00727

RECEIVED & FILED
2020 MAR -3 PM 5:34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

02 MAR 2020 PM 1 L

Clerk's Office
United States District Court
Room 150 Federal Boulding
San Juan Puerto Rico
00918-1767