Ana M. Arocho
26 Calle Diego Deynes
Moca, P.R. 00676

Clerk's Office
United States District Court
Room 150 Federal BLDG
San Juan, P.R. 00918-1767