To who it may concern,

My claim is based on being assured that everything I have accumulated in the P.R. retirement system as it has been deducted off my salary will be available to me by the time I reach retirement and that I will not lose that right acquired by the years I have worked.

Alicette M. Sepulveda Navas

Claim # 45185

(939) 267-1850

*[signature]*

RECEIVED & FILED
2020 MAR -3 PM 5: 33
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.