Alicette S[...]
Villa Grillasca
1515 Carlos Casanova
Ponce P.R. 00717-0579

Clerk's office
United State District Court
Room 150 Federal Building
San Juan P.R. 00918-1967