29 de febrero de 2020

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, PR 00918-1767

A quien corresponda:

Por este medio yo, William Castro Hernández, no estoy de acuerdo con la objeción, ya que el Gobierno de Puerto Rico, no cumplió con los aumentos de acuerdo a las siguientes leyes: Ley Núm. 89 – Ley de Retribución Uniforme de 1979; Ley Núm. 96 – Ley para conceder aumento de sueldo de cien dólares a los empleados públicos del Gobierno de 2002, afectando así el sueldo devengado.

Por lo cual, la pensión de retiro también se afectó, según lo dispuesto en la Ley Núm. 34 – Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico.

Sinceramente,

William Castro Hernández
26 Calle Diego Deynes
Moca, PR 00676
787-210-1613