TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

| | | |
|---|---|---|
| En el asunto: | * | Reclamación **104283** |
| Junta de Supervisión y Administración | * | Promesa |
| Financiera para Puerto Rico | * | Titulo III |
| | * | Núm. 17BK 328 LTS |
| Como representante de Estados | * | 3 |
| Libre Asociado de Puerto Rico y otros | * | (Administración Conjunta) |
| | * | La presente radicación guarda |
| | * | Relación con el ELA, la ACT y |
| | * | el SER |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

A la Secretaria del Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico

Yo, Zoraida Morales Figueroa mayor de edad divorciada de Cidra con dirección postal 201, carretera 729, Cidra, Puerto Rico 00739 con número de teléfono 787-450-0381. Que comencé a trabajar con el Departamento de Educación como maestra en el año 1983.

Que radique "reclamación" el pasado junio de 2018 con el número de reclamación 104283.

Yo entiendo que cualifico para los correspondientes aumentos durante el periodo en que me desempeñé como maestra y los mismos no fueron pagados violentando mis derechos.

Que mis derechos están cobijados bajo las siguientes leyes:
- Ley 34
- Ley 89
- Ley 94
- Ley 96
- Ley 64

Adjunto someto certificación del Departamento de Educación y certificación del Sistema de Retiro para maestros acreditando el periodo de trabajo.

Por todo lo cual solicito a la Secretaria del Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rio declare lugar el presente escrito.

En Comerío, Puerto Rico a 14 de febrero de 2020.

Zoraida Morales Figueroa
PO Box 682
Comerío, Puerto Rico 00782
Tel. 787-450-0381