**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Zoraida Morales Figueroa**, con número de seguro social que termina en

| | |
|---|---|
| Fecha de Efectividad de la Pensión | 29 de julio de 2016 |
| Tiempo Cotizado para la Pensión | 30 años, 1 mes, 1 sem., 4 días |
| Pensión Mensual Inicial | $2,028.75 |
| Pensión Mensual Actual | $2,028.75 |

Esta certificación se expide hoy, **11 de febrero de 2020** en **San Juan**, **Puerto Rico**.

Edgardo J. Negrón Ramírez
**Supervisor**
Área de Servicios de Retiro



235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

787.777.1414   787.764.6910   www.srm.pr.gov



# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

11 de febrero de 2020

## CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | ZORAIDA MORALES FIGUEROA |
| Seguro Social | : | |
| Categoría | : | MAESTRO ELEMENTAL |
| Distrito Escolar | : | CIDRA_ |
| Sueldo Mensual | : | $2,705.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 28 de julio de 2016 |
| Otros | : | Nuestro Sistema de Recursos Humanos refleja que trabajó para ésta Agencia por un periodo de 30 años, 4 meses, 3 semanas y 1/2 día. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

| SHR_INOM_SRM | SISTEMA DE RETIRO PARA MAESTROS | 12-10-2016 |
|---|---|---|
| | Sistema de Aportaciones y Beneficios Integrados | 11:19:25 AM |
| | PAGO DE PENSION INGRESO A NOMINA | Página: 1 |

**SEGURO SOCIAL:**
**NOMBRE:** ZORAIDA MORALES FIGUEROA
**DIRECCIÓN:** RR 1 BOX 3306-1
CIDRA, PR 00739

**NUMERO CASO:** 649
**NUMERO SOLICITUD:** 906234
**FECHA RADICACION:** 08-09-2016
**PENSION AÑOS DE SERVICIO / MERITO**
**FECHA NACIMIENTO:** **EDAD** 54.72 **SEXO** F

INGRESO A NOMINA: 31-10-2016
FECHA EFECTIVIDAD: 29-07-2016
SERVICIOS ACREDITADOS: 30 / 1 / 1 / 4 (Años Meses Sem Días)
COSTO ANUALIDAD: $74,299.74
SALARIO PROMEDIO: $2,705.00
RETROACTIVO: 29-07-2016 AL 15-10-2016

| | PAGO GLOBAL | MENSUAL | ANUAL |
|---|---|---|---|
| | $5,268.21 | $2,028.75 | |
| AUMENTO POR LEY: | | $0.00 | |
| IMPORTE TOTAL (BRUTO) | $5,268.21 | $2,028.75 | $24,345.00 |

| CONCEPTO | CLAVE | DESCUENTO | DESCUENTO |
|---|---|---|---|
| PENSION PAGADA | | $0.00 | $0.00 |
| PRÉSTAMOS: PERSONAL (PP) | 47-000 | $695.15 | $278.06 |
| CULTURAL (PC) | 45-000 | $0.00 | $0.00 |
| HIPOTECARIO (PH) | 36-000 | $0.00 | $0.00 |
| FINANZAS | 67-059 | $0.00 | $0.00 |
| INSUFICIENCIA EN APORTACION | | $0.00 | $0.00 |
| APORT. IND. 9% Cese: 7 noviembre 2016 | 26-001 | $779.04 | $0.00 |
| OTROS | | $0.00 | $0.00 |
| TOTAL DESCUENTO | | $1,474.19 | $278.06 |
| NETO | | $3,794.02 | $1,750.69 |

Handwritten annotations: $139.03, 10-2/2016, 757.16, $.12

**BONOS** NAVIDAD (BNP): $0.00    VERANO (PBV): $0.00    MEDICAMENTO (PBM): $0.00

| | | FECHA: |
|---|---|---|
| COMPUTADO POR: | Acumulado | 27 sept 16 |
| INTERVENIDO POR: | | |
| SUPERVISOR (PENSIONES): | | 12/18/16 |
| DIRECTOR: | | 10/12/16 |
| INGRESADO A NOMINA POR: Mes: ☐ 1ra ☐ 2da | | 13/10/16 |
| PAGO GLOBAL POR: Mes: ☐ 1ra ☐ 2da ☐ Off Cycle ☒ Pay Line | | 12 Oct 2016 |
| SUPERVISOR (NOMINA): | | 3/nov/16   Sandra Muñoz |

OCT 12 2016