Zoraide Morales
Buzón 201 Carretera 729
Cidra P.R. 00739

RECEIVED & FILED
2020 MAR -3 PM 5:33
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaria (Clerks Office)
Tribunal de Distrito Estados Unidos
Room 150 Federal Buildings
San Juan Puerto Rico 00918-1767

FEB 29 2020
00736-9998

009189999