UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PROMESA
Tittle III
No. 17 BK 03283-LTS

In re:

THE FINANCIAL OVERSIGHT AND

MANAGEMENT

BOARD FOR PUERTO RICO

Debtors

Reclamation

I, Marianni Álvarez Alicea, depose and say that I am employed by Government of Puerto Rico, the claims and for the Debtors in above-PROMESA, Tittle III cases.

The letter is accompanied with evidence of claim (68922) that was made on June 29, 2018. The Oversight Board issued a restructuring certification pursuant to PROMESA sections 104 (j) and 206 and filed a voluntary petition for relief for HTA and ERS, pursuant to PROMESA section 304 (a), commencing a casa under Title III thereof.

Date: February, 18, 2020

Empoyed by Government of Puerto Rico
Department of Education
Signature:

Marianni Álvarez Alicea

*Número de Evidencia de Reclamación*: **68922**
*Reclamante*: **Marianni Alicea Alvarez**

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

### Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación.

Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### Cuestionario

1. **¿Cuál es el fundamento de su reclamación?**

    - [x] Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este
    - [ ] Empleo actual o anterior en el gobierno de Puerto Rico
    - [ ] Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

    _____

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**

    $30,000

[Stamp: RECEIVED & FILED 2020 MAR -3 PM 1:45 ESTADO LIBRE ASOCIADO DE PUERTO RICO]

Estado Libre Asociado de P.R. y otros adeudos por proceso ordinario 30,000.

Batch 11

99012340071885

*Número de Evidencia de Reclamación*: 68922
*Reclamante*: Marianni Alicea Alvarez

3. <u>Empleo.</u> ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐ No. *Pase a la Pregunta 4.*
   - ☒ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó: Departamento de Educación

3(b). Identifique las fechas de su empleo con relación a su reclamación: 1 de agosto del 2013

3(c). Últimos cuatro dígitos de su número de seguro social: XXX-XX-3509

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☐ Jubilación
   - ☒ Salarios impagos
   - ☐ Días por enfermedad
   - ☐ Queja con el sindicato
   - ☐ Vacaciones
   - ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

4. <u>Acción legal.</u> ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ☐ No.
   - ☒ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción. El Estado Libre Asociado de Puerto Rico

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución: Evidencia de reclamación en virtud de la ley promesa en el caso Estado Libre Asociado de P.R. No. 17903283 Tribunal de Distrito de los E.U. para el distrito de P.R.

4(c). Número de caso: No. 17BK 03283-LTS

4(d). Título, epígrafe, o nombre del caso: Estado Libre Asociado de P.R. y otros deudores Ley promesa artículo 304(a).

Batch 11

2

*Número de Evidencia de Reclamación*: 68922
*Reclamante*: **Marianni Alicea Alvarez**

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):

Pendiente de resolución

4(f). ¿Tiene usted una sentencia impaga? (Sí) / No (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?

Lo que otorge el tribunal 29 de junio del 2018
$30,060 17 de febrero del 2020

Batch 11

3

↶ Reply ⌄   🗑 Delete   ⊘ Junk   Block   ...

### Rv: Electronic Proof of Claim between Prime Clerk and Marianni Alicea Alvarez is Signed and Filed!

**MA**  marianni alicea alvarez <mariannialicea@yahoo.com>
Sun 2/16/2020 6:27 PM
Elizabeth Hernandez ⌄

Electronic Proof of Claim - sig...
786 KB

Enviado desde Yahoo Mail para Android

----- Mensaje reenviado -----
De: "Prime Clerk" <echosign@echosign.com>
Para: "Marianni Alicea Alvarez" <mariannialicea@yahoo.com>, "Puerto Rico Claims" <prclaims@primeclerk.com>
Cc:
Enviado: vie., 29 de jun. de 2018 a la(s) 8:59 p. m.
Asunto: Electronic Proof of Claim between Prime Clerk and Marianni Alicea Alvarez is Signed and Filed!



Electronic Proof of Claim between
Prime Clerk and Marianni Alicea
Alvarez is Signed and Filed!



Marianni Alicea Alvarez
HC 05 Box 27572
Camuy P.R. 00627

27 FEB '20





RECEIVED & FILED
2020 MAR -3 PM 5:33
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

Secretaría
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767