From:
Ermelinda Rivera González
Urb. La Vega
Calle A #34
P.O. Box 543
Villalba, PR 00766

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, (Puerto Rico) 00918-1767

02 MAR 2020 PM 1 L

RECEIVED & FILED
2020 MAR -3 PM 5:3[?]
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918131339