- Replica de Objeción global

Secretaria (clerck office)  
Trubunal de Distrito de E.U.  
Room 150 Federal Building  
San Juan, P.R. 00919-1767

Nombre: Carlos Luis Cruz Roche  
SSS. xxx-xx-5514  
Cel. 787-298-2427

28 de febrero de 2020.

**RE: Reclamación de la obligación global, establecida, por el tribunal el 12 de diciembre de 2019. Referente a la solicitud de dinero, no pagado por el Estado Libre Asociado de Puerto Rico.**

#caso: 17 BK 3283-LTS  
Deudor: Common Wealth of Puerto Rico  
Número de reclamaciones:
- 71778 – monto reclamado - $25,000
- Y los intereses del dinero dejados de devengar o además otras leyes aprobadas en las cuales no se me honro el dinero que me correspondía.

**Secretaria (clerck office)**

El Tribunal no puede declarar a lugar la objeción global con relación a mis reclamaciones basándose en el derecho y hechos de dinero no pagado por el Estado Libre Asociado de Puerto Rico, siendo empleada del Departamento de Educación de P.R. durante los años que se firmaron estas leyes. Me opongo a dicha objeción de la ley promesa. Evidencia de mi derecho son los años trabajados durante los cuales fueron efectivas estas leyes. Debido a la situación existente en Puerto Rico por los sismos ocurridos entre otras cosas problemas de salud, fueron las causas de no enviar la evidencia requerida a tiempo para demostrar mis reclamos y derechos.

Estuve trabajando con el Departamento de Educación de Puerto Rico, desde 1983 hasta mi jubilación en el 2013. Se incluye documentos que evidencian estas reclamaciones.
- Certificación años de retiro y edad emitida por la junta de retiro para maestros.
- Copia evidencia de reclamo emitida por sus oficinas.

Favor de enmendar mis reclamaciones con la evidencia presentada. Gracias anticipadas.

Queda en usted,

Carlos Luis Cruz Roche  
XXX-XX-5514  
787-298-2427

2020 MAR -3 PM 5: 32  
RECEIVED & FILED