Carlos L. Cruz Roche
P.O. Box 750
Juana Díaz, P.R.
00795

RECEIVED & FILED
2020 MAR -3 PM 5:32
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaria (Clerk office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R.
00918-1767

00918$9999