Carmen D. Cintrón Peña
P.O. Box 750
Juana Díaz, P.R.
00795

RECEIVED & FILED
2020 MAR -3 PM 5: 32
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

00918&9999