TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

| | | |
|---|---|---|
| En el asunto: | * | Reclamación 105264 |
| Junta de Supervisión y Administración | * | Promesa |
| Financiera para Puerto Rico | * | Titulo III |
| | * | Núm. 17BK 328 LTS 3 |
| Como representante de Estados | * | (Administración Conjunta) |
| Libre Asociado de Puerto Rico y otros | * | La presente radicación guarda |
| | * | Relación con el ELA, la ACT y |
| | * | el SER |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

A la Secretaria del Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico

Yo, Adrian Morales Figueroa mayor de edad soltero de Comerío con dirección postal P O Box 682, Comerío, Puerto Rico 00782 con número de teléfono 787-372-1745. Que comencé a trabajar con el Departamento de Educación como empleado de Custodia en el año 1993.

Que radique "reclamación" el pasado junio de 2018 con el número de reclamación 105264.

Yo entiendo que cualifico para los correspondientes aumentos durante el periodo en que me desempeñé como Empleado de Custodia y los mismos no fueron pagados violentando mis derechos.

Que mis derechos están cobijados bajo las siguientes leyes:
- Ley 34
- Ley 89
- Ley 94
- Ley 96
- Ley 64

Adjunto someto certificación del Departamento de Educación acreditando el periodo de trabajo.

Por todo lo cual solicito a la Secretaria del Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rio declare lugar el presente escrito.

En Comerío, Puerto Rico a 14 de febrero de 2020.

*Adrián Morales Figueroa*
Adrian Morales Figueroa
PO Box 682
Comerío, Puerto Rico 00782
Tel. 787 372-1745