**Estado Libre Asociado de Puerto Rico**
**Departamento de Educación**

Secretaría Auxiliar de Recursos Humanos
División de Personal No Docente

NÚM. EXPEDIENTE: 29106  ROSTER ID: FN01

INFORME DE CAMBIO ESPECIAL NÚMERO: 95

SE NOTIFICA EL SIGUIENTE CAMBIO EN EL SUELDO CONFORME AL CONVENIO COLECTIVO, PARA LA CONCESIÓN DE AUMENTO DE SUELDO GENERAL DE $60.00 MENSUALES PARA LOS EMPLEADOS A PARTIR DEL 1 DE FEBRERO DEL 2014.

ADRIAN MORALES FIGUEROA
NOMBRE DEL EMPLEADO

SEGURO SOCIAL

ESTATUS: REGULAR

C25796
NUMERO DE PUESTO

CLASIFICACION: CONSERJE

E1110-221-0810000-0000-08100-2014-SCHOOLWIDE14
CIFRA DE CUENTA

JORNADA: 7:00

INES M. MENDOZA DE MUÑOZ MARIN
UBICACIÓN/ESCUELA

DISTRITO: BARRANQUITAS

| | ANTES DEL CAMBIO | DESPUES DEL CAMBIO |
|---|---|---|
| SUELDO | $ 1707.55 | $ 1767.55 |

OBSERVACIONES : _____

DRA. JULIA NAZARIO FUENTES
FIRMA DE LA AUTORIDAD NOMINADORA O SU REPRESENTANTE AUTORIZADO

1 de febrero de 2014
FECHA

Preparado por: DE-STAFF

**GOBIERNO DE PUERTO RICO**

DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos
Archivo No Docente

# CERTIFICACIÓN

Certifico que, **Adrián Morales Figueroa**, seguro social **XXX-XX-____**, es empleado **Regular** que ocupa el puesto de **Conserje** en el Distrito Escolar de Barranquitas. Comenzó a prestar servicios el **1 de diciembre de 1993** y devenga un salario de $1,767.55 mensuales.

Dada en San Juan, Puerto Rico, el 11 de febrero de 2020, según solicitada por el / la empleado(a).

Marieliz D. Arroyo Figueroa
Supervisora

P.O. Box 190759, San Juan, PR 00919-0759 Tel.: (787)773-3025 ó 3051

DEPARTAMENTO DE EDUCACIÓN

El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.