Adrián Morales Figueroa
P.O Box 682
Comerio P.R. 00782

SAN JUAN PR 009
02 MAR 2020 PM 2 L

RECEIVED & FILED
2020 MAR -3 PM 5:32
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Secretario (Clerks office)
Tribunal de Distrito E.U.
Room 150 Federal Building
San Juan P.R. 00918-1767