From: Pedro Rivera Gonzalez
Box 334
Villalba, P.R.
00766

RECEIVED & FILED
2020 MAR -3  PM 5: 32
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.




U.S. POSTAGE PAID
FCM LG ENV
VILLALBA, PR
00766
FEB 28, 20
AMOUNT
$1.00
R2305H127764-01

1000   00918

To: Secretaria (Clerks Office)
Tribunal de Distrio de los EU.
Room 150 Federal Building.
San Juan, P.R. 00918-1767



ReadyPost
Document Mailer

