Hexor M. Guzman Vego
Urb. Los Alondros
Calle 8 G2 Villalba,
PR 00766

SAN JUAN PR 009
02 MAR 2020 PM 1 L

00780-9998

RECEIVED & FILED
2020 MAR -3 PM 5: 32
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN

Secretaría (Clerks Office)
Tribunal de Distrito de Estados Unidos
#150 Chardon Avenue
Federal Building
San Juan, PR 00918-1767

00918-170399