UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br>　　AS REPRESENTATIVE OF<br><br>THE COMMONWEALTH OF PUERTO RICO, ET AL.,<br><br>　　　　　　DEBTORS | PROMESA<br>TITLE III<br><br>NO. 17 BK 3283-LTS<br>(JOINTLY ADMINISTERED)<br><br>THIS FILIN RELATES TO THE COMMONWEALTH, HTA, AND ERS. |



RÉPLICA A NOTIFICACIÓN DE LA CENTÉSIMA TRIGÉSIMA TERCERA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTAICÓN DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A LOS RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE LAS REIVINDICACIONES SALARIALES, LABORALES O SERVICIOS PRESTADOS

Comparece Inés A. Toledo Ortiz quien, expone y solicita:

1. La dirección residencial de la compareciente es Carretera 111, Barrio Voladoras, Moca, Puerto Rico 00676 y la dirección postal es PO Box 1085, Moca, Puerto Rico 00676. Mi teléfono es el 939-450-7468.

2. La evidencia de reclamación tiene la intención de formular responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, y proporciona los fundamentos y la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que tengo una reclamación válida contra el Sistema de Retiro de los Empelados de Gobierno del ELA.

3. Trabajé para el Departamento de Educación de Puerto Rico como maestra por 31 años aproximadamente y nunca recibí los beneficios de PASE que entre otras cosas se trataba de un beneficio económico en base a los años de labor en el sistema. De igual forma, no recibí los bonos ni el aumento de salario que por ley merecía debido a la malversación de fondos del gobierno de Puerto Rico.

**POR TODO LO CUAL**, solicitamos que se tome conocimiento de lo informado y proceda de conformidad.

En San Sebastián, Puerto Rico, a 11 de febrero de 2020.

*[signature]*

INÉS A. TOLEDO ORTIZ
APARTADO 1085
MOCA, PUERTO RICO 00676
TELÉFONO: 939-450-7468

**CERTIFICO:** haber enviado copia fiel y exacta de este escrito a las partes en este caso.