Inés A. Toledo
P.O. Box 1085
Moca, Puerto Rico 00676

RECEIVED & FILED
2020 MAR -3 PM 5:31
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 0918-1767