Yauco. Puerto Rico

A 18 de febrero de 2020,

Secretaria (Clerk's Office
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

Estimados señores:

Respondiendo a su formuario, donde figuro como reclamante, le informo que ingresé a la Policia de Puerto Rico, como Agente el 21 de marzo de 1974, hasta culminar mis 34 años de servicio, acogiéndome a la jubilación el 30 de mayo de 2008.

Que durante mis años en dicha agencia no se me hicieron los ajustes correspondientes al sueldo, que fueron otorgados por el Hon. Gobernador Romero Barceló, tampoco el aumento de la Hon. Gobernadora, Sila M. Calderón, cuando mediante la Ley 168 del 2004, otorgara $150.00 mensuales de aumento, y por último el correspondiente al Rango de Tnte.II. A mi jubilación.

Por lo antes expuesto, me opongo a que el Hon. Tribunal, acceda a la objeción global para excluirme del pago al que tengo derecho, por haber servido durante 34 años ininterrumpidos al Gobierno de Puerto Rico.

Cordialmente,

Aladino Irizarry Santiago
Num: Reclamacion: 107769
Fecha de Presentacion 06-26-2018
Deudor: Gobierno de Puerto Rico.

CC: Abogado de la Junta de Supervision
    Abogado del Comite de Acreedores