SR. ALADINO IRIZARRY SANTIAGO
523, CALLE MADRID
YAUCO, PUERTO RICO 00698-2567



SAN JUAN PR 009
20 FEB 2020 PM 1 L

RECEIVED & FILED
2020 MAR -3 PM 5: 31
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

SECRETARIA )CLERK´S OFFICE)
TRIBUNAL DE DISTRITO DE LOS ESTADOS
UNIDOS   ROOM 150 FEDERAL BUILDING
SAN JUAN (PUERTO RICO) 00919-1767

00919$1767