Yauco. Puerto Rico

A 18 de febrero de 2020,

Secretaria (Clerk´s Office
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

Estimados señores:

Respondiendo a su formuario, donde figuro como reclamante, le informo que ingresé a la Policía de Puerto Rico, como Secretaria el 1ro de noviembre de 1978, hasta culminar mis 30 años de servicio, acogiéndome a la jubilación el 30 de junio de 2009..

Que durante mis años en dicha agencia no se me hicieron los ajustes correspondientes al sueldo, que fueron otorgados por el Hon. Gobernador Romero Barceló, tampoco el aumento de la Hon. Gobernadora, Sila M. Calderón, cuando mediante la Ley 168 del 2004, otorgara $150.00 mensuales de aumento, y por último el correspondiente al paso de merito a mi jubilación.

Por lo antes expuesto, me opongo a que el Hon. Tribunal, acceda a la objeción global para excluirme del pago al que tengo derecho, por haber servido durante 30 años ininterrumpidos al Gobierno de Puerto Rico.

Cordialmente,

*Hilda M. Martinez Rivera*

Hilda M. Martinez Rivera
Num: Reclamacion: 102476
Fecha de Presentacion 06-26-2018
Deudor: Gobierno de Puerto Rico.

CC: Abogado de la Junta de Supervision
    Abogado del Comite de Acreedores