SRA. HILDA M. MARTINEZ RIVERA
523, CALLE MADRID
YAUCO, PUERTO RICO 00698-2567



SECRETARIA )CLERK´S OFFICE)
TRIBUNAL DE DISTRITO DE LOS ESTADOS
UNIDOS   ROOM 150 FEDERAL BUILDING
SAN JUAN (PUERTO RICO) 00919-1767

009191767