Centésima cuadragésima octava octava objeción

Global relacionada con Prime Clerk # caso 17BK

03566 LTS, número de relación 113026.

Distrito Federal de E.U para distrito Estado Libre Asociado de P.R

Soy la. Olga I.Rivera Miranda Mi dirección postal es

calle San Carlos C24 Urb. Mariolga Caguas P.R 00725

Mi teléfono es 1-787-325-5651

Durante 25.5 años trabajé como personal docente para el Departamento de Educación de P.R desde agosto de 1982 hasta el septiembre de 2009 fecha en lo que me acogí al retiró permanente.

Estoy escribiendo esta carta para indicarles qué continúen este caso de reclamación hacia delante los

años correspondiente a la ley 89, ley 96, y ley 164.

Adjunto le envió copias de la evidencia que me confirman

dicha alegaciones 113026

De necesitar alguna otra evidencia favor dec comunicarse conmigo nuevamente.

*Olga I. Rivera Miranda*