Olga I. Rivera Miranda
Calle San Carlos C-24
Urb. Mariolga, Caguas P.R. 00725

Secretaria (Clerk's office
Tribunal de Distrito de los E.U.
Room 150 Federal Building
San Juan, P.R. 00918-1767