28 de febrero del 2020

Secretaria (Clark Office)

Las evidencias y mis reclamos y derechos a Ley Promesa Title III demandadas a los acreedores no pueden sustentarse en el momento requerido debido a la situación por la cual esta pasando Puerto Rico una crisis por sismos y mi propia situación emocional por estos.

Incluyo información personal. Comencé a trabajar como Orientadora en Salud Oral II Preventiva para el año 1-octubre-73 - a 31-Marzo 1999 cuando me acogi al sistema de Retiro.

Espero esta información sirva al comité de acreedores y la Junta de Supervision a que tengo derecho por ley al monto de reclamación que radiqué en junio-19-2018 por Título III Ley Promesa. junio-29-2018

Reclamaciones:

Ley 96 - (1-julio-2002)
Ley 34 - (Pedro Rosello)
Reclamación Laboral Romerazo
Ley -164- (22-julio-2003)
Ley -180 - (costo de vida 3% - (Escala Salarial)

Respetuosamente, Delia A. Renta Rodriguez

Abogado da La Junta de Supervisión
Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde 1-octubre-1973 hasta Marzo-31-1998 - Como Orientadora del Programa de Odontologia Preventiva del Departamento de Salud Division Salud Oral del Estado Libre Asociado de Puerto Rico.

Cantidad a la que tenga derecho por Ley.

Agradecida por su atención
Delia A. Renta Rodríguez

28-de Febrero de 2020

RECEIVED & FILED
2020 MAR 3 PM
CLERK'S OFFICE
US DISTRICT COURT

Abogado del Comité de Acreedores:

En relación con mis reclamos el Tribunal no debe declarar a Lugar a la objeción global a base de Derechos y Hechos la cual yo me opongo a dicha objeción global de La Ley Promesa 17 BK03283-LTS

Deudor:
Commonwealth of Puerto Rico
Monto de reclamación a la que tengo derecho por ley.

Agradecida por su atención
Delia A. Renta Rodríguez

Num. Teléfono
787-(616-5347)

28 de Febrero-del-2020

Secretaria de Prime Clerk Office

Reclaman objecion global establecida por el Tribunal el 12 de diciembre-2019.

Num. de caso 17-03283
Fecha de presentación - Junio-19-2018

Deudor Commonwealth of Puerto Rico
Monto de la reclamación - La que tenga derecho por Ley.

Agradecida por su atención
Delia A. Renta Rodriguez

Num. de Telefono
787-(616-5347)