ESTADO LIBRE ASOCIADO DE PUERTO RICO
ADMINISTRACION DE FACILIDADES Y SERVICIOS DE SALUD
REGION SUR DE SALUD
PONCE, PUERTO RICO   00731

OFICINA DE PERSONAL REGIONAL


Sra. Delia Renta Rodríguez
Urb. Las Flores Calle 3 B-3
Juana Díaz, P.R.   00795


P/C : Dr. José A. Toro Font
      Director Regional

Sra. Lourdes T. Napoleoni
Directora de Recursos Humanos
AFASS-Region Sur


8 de abril de 1999


ACEPTACION DE RENUNCIA POR RETIRO TEMPRANO


De acuerdo con sus deseos hemos procedido a aceptarle la renuncia del puesto de __AUX. DE SALUD ORAL II__, con un sueldo mensual de $1,041.00 y con cáracter regular que usted ocupó en __la Dir. y Adm. Regional de Ponce__.

Esta renuncia fue efectiva el __31 de marzo de 1999__.

Los __36½__ días de vacaciones regulares y los __28__ días por enfermedad acumulados por usted hasta la fecha en que fue efectiva su renuncia para acogerse a los beneficios del **SISTEMA DE RETIRO TEMPRANO** se pagarán en forma escalonada según lo dispone la Ley de **RETIRO TEMPRANO**. (65%)

Aprovechamos la oportunidad para expresarle nuestro agradecimiento y reconocimiento por los servicios que usted ofreciera al pueblo de Puerto Rico. Esperamos que disfrute usted del bien merecido retiro, junto a sus familiares y le deseamos el mayor de los éxitos en cualquier empresa que usted emprenda.

**Así le ayude DIOS.**

/vls

'99 ABR 9 PM 3 48

Número de Evidencia de Reclamación:
Reclamante:

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

### Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. Sus respuestas deben proporcionar **más información de la que se incluye en la evidencia de reclamación inicial**. A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación. Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### Cuestionario

1. ¿Cuál es el fundamento de su reclamación?

    ☒ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

    ☐ Empleo actual o anterior en el gobierno de Puerto Rico

    ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

    _____

2. ¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):

    *Aprox. 10,000.00 o a la que tengo derecho por ley.*

Número de Evidencia de Reclamación:
Reclamante:

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   ☐ No. *Pase a la Pregunta 4.*
   ☒ Sí. Responda preguntas 3(a)-(d).

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó: *Departamento de Salud de Puerto Rico (División Salud Oral)*

3(b). Identifique las fechas de su empleo con relación a su reclamación: *1-octubre-73 al 31-de Marzo de 1999*

3(c). Últimos cuatro dígitos de su número de seguro social *9228*

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   ☐ Jubilación
   ☒ Salarios impagos
   ☐ Días por enfermedad
   ☐ Queja con el sindicato
   ☐ Vacaciones
   ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   ☐ No.
   ☒ Sí. Responda Preguntas 4(a)-(f).

4(a). Identifique el departamento o agencia que es parte de esta acción.
*Departamento de Salud de Puerto Rico - División - (Salud Oral)*

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución:
*Prime Clerk Commonwealth Processing Center of Puerto Rico c/o Prime Clerk, LLC 850 Third Avenue Suit 412 Brooklyn, N.Y. 11232*

4(c). Número de caso: *17 BK 3283-LTS*

4(d). Título, epígrafe, o nombre del caso:
*Ley Promesa-Titulo III*



Número de Evidencia de Reclamación:
Reclamante:

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):
_Pendiente a resolución_

4(f). ¿Tiene usted una sentencia impaga? Sí / (No) (Marque una)
De ser así, ¿cuál es la fecha y el monto de la sentencia?
_____