Wilia A. Renta Rodríguez
Urb. Las Flores
B-3-calle-3
Juana Díaz, P.R. 00795

PRIORITY MAIL 1-DAY ®
0 Lb 1.70 Oz
1005
EXPECTED DELIVERY DAY: 03/03/20
SHIP TO:
SAN JUAN PR 00918

USPS TRACKING® NUMBER

9505 5114 1102 0062 2074 41

RECEIVED & FILED
2020 MAR -3 PM 5:37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

Secretaria: Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767




UNITED STATES POSTAL SERVICE.

Retail

P

US POSTAGE PAID

$7.50

Origin: 00795
03/02/20
4248600795-01