REPLICA

RECEIVED & FILED
2020 MAR -3 PM 5: 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Datos de Contacto:

Damaris Rivera de León
Urb. Jardines de Monte Olivo
#24 Calle Hera
Guayama, P.R.
00784-6621

Epígrafe:

Tribunal de Distrito de los Estados Unidos

San Juan, PR 00918

Nombre de los Deudores:

Commonwealth of Puerto Rico

Numero de Procedimiento: 17 BK 3283 LTS (3481)

Título de los Objetivo Global:

Centésima Quincuagésima Sexta Objeción Global

Numero de la Evidencia de Reclamo: 90563

Motivo para oponerse a la Objeción Global

Aumento Mensual de la Escala Salarial

Años de 1977 – 2001 ($7,800.00)