Dámaris Rivera
Urb. Jardines de Monte Olivo
#24 Calle Hera
Guayama, PR 00784-6621

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

U.S. POSTAGE PAID
FCM LG ENV
GUAYAMA, PR
00784
FEB 27, 20
AMOUNT
$1.00
R2305E125717-08

RECEIVED & FILED
2020 MAR -3 PM 5: 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR