27 de enero de 2020

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

As representative of

THE COMMONWEALTH OF PUERTO RICO, et al.,

Debtors.

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

**This filing relates to the Commonwealth, HTA, and ERS**

El motivo para unirme a la Objeción Global es, que el gobierno de Puerto Rico utilizo mis aportaciones al Sistema de Retiro sin mediar una autorización o solicitud formal. Ese dinero fue utilizado para el pago a Acreedores del Gobierno de Puerto Rico.

Solicitamos muy respetuosamente a este Tribunal que este dinero sea devuelto.

Gloria M. Rivera Valentin
Vista Alegre 42 Calle las Flores
Bayamón, Puerto Rico 00959
Teléfono: 787-232-7723
Correo Electrónico: gmrivera1966@yahoo.com

RECEIVED & FILED
2020 MAR -3 PM 5:37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

30 de enero de 2020

Hon. Laura Tailor Swain
Secretaria
Tribunal de Distrito de los Estados Unidos
para Distrito de Puerto Rico

Saludos cordiales:

Remito los documentos solicitados en la reclamación de Promesa, los cuales tenían un término hasta el 14 de enero de 2020. La razón por las cuales son remitidos a la fecha de hoy responde, a motivos de salud, los cuales me impidieron realizar los trámites para conseguir la información solicitada en el tiempo establecido.

Gracias por la atención que puedan brindar a este asunto.

Cordialmente,

*Gloria M. Rivera Valentín*
Gloria M. Rivera Valentín