GLORIA M RIVERA VALENTIN
VISTA ALEGRE
42 CALLE LAS FLORES
BAYAMON PR 00959



RECEIVED & FILED
2020 MAR -3 PM 5:38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

HON LAURA TAYLOR SWAIN
SECRETARIA
TRIBUNAL DE DISTRITO DE LOS EU
PARA DISTRITO DE PR
150 CARLOS CHARDON STREET
FEDERAL BUILDING
SAN JUAN PR 00918 1767