Franklin Rivera Ruiz
Calle Floresta A-4
Jardines de Ponce
Ponce, PR 00730

Secretario (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
# 150 Chardon Avenue
Federal Building
San Juan, P.R. 00918

Estado Libre Asociado de Puerto Rico

Núm procedimiento 17 BK 3283-LTS

Centésima Décimo Quinta Objeción Global

Reclamación - 108620

Motivo:

Solicito no se desestime la ley porque hay una deuda existente. Estoy reclamando la Ley 89 (Retribución Uniforme), Ley 96 del 1 julio 2002 y la Ley 164 del 22 julio de 2003 la cual fue otorgada a los empleados públicos y por ende me corresponden estos aumentos el cual ellos no pagaron.

Trabaje para el gobierno como empleado regular desde agosto de 1981 hasta mayo del 2012. Estas leyes se tenían que dar efectivas dentro de los años de trabajo.

Envio estos documentos fuera de fecha ya que desconocía que tenia que llenarlos y enviarlos

*Franklin Piron Ruiz*