Franklin Rivera Ruiz

Calle Floresta A4

Jardines De Ponce

Ponce P.R. 00730



U.S. POSTAGE PAID
FCM LG ENV
COTO LAUREL, PR
00780
FEB 28, 20
AMOUNT
**$1.20**
R2305K134126-02

1000        00918

Secretaria (Clerk's Office)

Tribunal de Distrito de los

Estados Unidos

Room 150 Federal Building

San Juan (Puerto Rico) 00918-1767

RECEIVED & FILED
2020 MAR -3 PM 5: 40
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.