28 de febrero de 2020

Honorable Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico

RECEIVED & FILED
2020 MAR -3 PM 5: 40
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R.

A continuación la radicación de mi replica a la objeción global. A continuación, mis datos.

I. **Información Personal**
   Nombre: Sonia Rosa García
   Dirección: Calle Reina de las Flores # 1236 Urb. Hacienda Borinquen, Caguas, PR 00725
   Correo electrónico: soniarosarealty@hotmail.com
   Puesto en el gobierno: maestra bibliotecaria en el Departamento de Educación

II. **Epígrafe Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico**
   Notificación de la centésima objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico, De la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a reclamos deficientes en los que se alegan intereses sobre la base de la reinvidicaciones salariales laborales o servicios prestados.

   Comencé en el Departamento de Educación como trabajadora social en el 1991. Existía un paso de mérito por hasta 10 anos de experiencia de $25 mensuales, y cada ano se otorgaba esta cantidad a los docentes. En enero del 2000 se eliminó este paso de mérito por anos de experiencia. En el inicio de la Carrera Magisterial del 30 de junio de 1999, dicha ley no me aplicó ya que en ese momento era trabajadora social, categoría que fue excluída de recibir su compensación monetaria. No obstante, el 1ro de julio de 2003 se enmendó la ley para incluir a los trabajadores sociales. La Asociación de Maestros de Puerto Rico demandó al Departamento de Educación para que el dinero dejado de recibir (por no haberse incluído al personal docente de trabajadores sociales) se les otorgará retrospectivamente pero el tribunal falló en contra de esta demanda.

III. En el 2011, solicité un cambio de categoría a través de la ley ADA y se me otorgó dicho cambio en mayo de 2013. En agosto del 2013, tuve una reducción de salario de $25.00 mensuales, en adelante (al cambiarme de trabajadora social a maestra bibliotecaria). Por 10 años no recibí aumento salarial (2008-2018), lo que afectó considerablemente mi calidad de vida en salud, familia, por los altos costos y gastos de productos necesarios para vivir y realizar mi labor como maestra y ciudadana. Este reclamo es justo, razonable. Además, considero jubilarme el 6 de junio de 2020 y creo pertinente se nos pague los días acumulados (y no utilizados) por enfermedad, lo cual mitiga el hecho de que al retirarme, dejaré de cobrar mi salario, y posiblemente tendré que esperar entre tres a seis meses para cobrar mi primer cheque de pensión (como jubilada). Por lo tanto, reclamo liquidación de pago por licencia de enfermedad (al momento, sólo le pagaron los que se jubilaron en o antes del 2017).

IV. **Dinero aproximado adeudado por el gobierno de Puerto Rico a esta servidora, es el siguiente:**
a) Días por enfermedad acumulados: **$15,390** adeudado (salario mensual actual es de: $3,421.67)
b) 10 años sin recibir aumento salarial: $50.00 por mes por año: 120 meses x $50= **$6,000.00**
c) Disminución salario de $25 mensuales, al solicitar cambio categoría por ley ADA: **$2,075** (agosto 2013 a junio 6, 2020).
d) Dinero adeudado por eliminación de pasos de mérito por anos de experiencia, de enero 2000 a septiembre 2001. (**$525.00**)
e) Total= **$23,990**

Adjunto copia de hoja del Sistema tal con las 90 horas (541 horas / 6 horas diarias = 90 días por enfermedad)

Certifico correcto, de acuerdo a los documentos y archivos que tengo y que hago disponibles mediante copias adjuntas.

_Sonia Rosa García_                                      28 de febrero de 2020
Sra. Sonia Rosa García