PR 1845 SRF 35902 PackID: 13162 MMLID: 8251757 SVC: Batch 5
Rosa Garcia, Sonia
Calle Reina de la Flor #1236
Urb. Hacienda Borinquen
Caguas PR 00725

**Responda a esta carta el 16 de Octubre de 2019 o antes, devolviendo el cuestionario adjunto con la información y documentación solicitada.**

Tenga en cuenta que solo necesita devolver **un formulario**, ya sea en inglés **o** español.

**Si tiene alguna pregunta acerca de esta carta o su reclamación, llame al Prime Clerk LLC al (844) 822-9231 (llamadas sin cargo desde Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas internacionales), disponible de 10:00 a.m. a 7:00 p.m. (Hora Estándar del Atlántico) (español disponible), o dirección de correo electrónico PRClaimsInfo@primeclerk.com.**

**Please respond to this letter on or before October 16, 2019 by returning the enclosed questionnaire with the requested information and documentation.**

Note, you only need to return **one** form, either in English **or** Spanish.

**If you have any questions about this letter or your claim, please call: Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or email PRClaimsInfo@primeclerk.com.**

**Batch 5**

SRF 35902

Centro de procesamiento de información complementaria
del Estado Libre Asociado de Puerto Rico
Grand Central Station, PO Box 4708
New York, NY 10163-4708
Tel.: (844) 822-9231
PRClaimsInfo@primeclerk.com

RECEIVED & FILED
2020 MAR -3 PM 5: 39
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN P.R.

*** Se requiere respuesta ***

> **ESTA CARTA SE RELACIONA CON UNA EVIDENCIA DE RECLAMACIÓN QUE RADICÓ CONTRA EL GOBIERNO DE PUERTO RICO EN LOS PROCEDIMIENTOS AL AMPARO DE LA LEY DE SUPERVISIÓN, ADMINISTRACIÓN Y ESTABILIDAD ECONÓMICA DE PUERTO RICO.**
>
> **LEA ESTA CARTA CUIDADOSAMENTE Y RESPONDA SEGÚN LAS INSTRUCCIONES QUE SE INDICAN A CONTINUACIÓN. SI USTED NO RESPONDE, LOS DEUDORES PODRÁN TOMAR MEDIDAS LEGALES PARA QUE SU RECLAMACIÓN SEA TOTAL O PARCIALMENTE DESESTIMADA.**

16 de Septiembre de 2019

Asunto: Evidencia de reclamación en virtud de la ley PROMESA
*En el caso Estado Libre Asociado de Puerto Rico*, Caso No. 17-03283
Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico

Estimado/a:

Esta carta se relaciona con una evidencia de reclamación que usted radicó en los casos al amparo del Título III (los "Casos del Título III") contra el Estado Libre Asociado de Puerto Rico, la Autoridad de Carreteras y Transportación de Puerto Rico, o Autoridad de Energía Eléctrica del gobierno del Estado Libre Asociado de Puerto Rico (en conjunto, los "Deudores). Prime Clerk LLC mantiene el registro oficial de reclamaciones en los Casos al amparo del Título III para el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "Tribunal"), y se comunica con usted en representación de los Deudores.

Los registros del Deudor reflejan que usted ha radicado una evidencia de reclamación que ha sido anotada por Prime Clerk LLC con el número de Evidencia de Reclamación **136588**. Usted puede descargar una copia de su reclamación visitando el sitio web de Prime Clerk en:
cases.primeclerk.com/puertorico/Home-ClaimInfo.

Se requiere información adicional para que los Deudores continúen evaluando su reclamación. Con la información que usted ha proporcionado, los Deudores no pueden determinar los fundamentos, la naturaleza, o la cantidad de la reclamación que usted pretende formular contra uno o más de los Deudores. En respuesta a esta carta, asegúrese de proporcionar toda la información solicitada y todo el detalle posible sobre su reclamación. Las descripciones que incluyó en su evidencia de reclamación son demasiado imprecisas como para que los Deudores comprendan la reclamación que trata de formular; por ese motivo, proporcione más información y <u>no</u> se limite simplemente a copiar la misma información.

Batch 5

1



<u>Responda a esta carta el 16 de Octubre de 2019 o antes, devolviendo el cuestionario adjunto con la información y documentación solicitada</u>.

Envíe el formulario completado y la documentación de apoyo por correo electrónico a PRClaimsInfo@primeclerk.com, o por correo, entrega en mano, o servicio de correo postal de 24 horas a la siguiente direcciónes:

| **Por Correo** | **Entrega en Mano o Service de Correo Postal de 24 Horas** |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center<br>c/o Prime Clerk, LLC<br>Grand Central Station, PO Box 4708<br>New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center<br>c/o Prime Clerk LLC<br>850 Third Avenue, Suite 412<br>Brooklyn, NY 11232 |

Si usted <u>no</u> responde a esta solicitud y <u>no</u> proporciona la información y documentación solicitadas para fundamentar su reclamación, los Deudores podrán verse en la obligación de objetar a su reclamación.

**Si tiene alguna pregunta acerca de esta carta o su reclamación, llame al Prime Clerk LLC al (844) 822-9231 (llamadas sin cargo desde Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas internacionales), disponible de 10:00 a.m. a 7:00 p.m. (Hora Estándar del Atlántico) (español disponible), o dirección de correo electrónico** PRClaimsInfo@primeclerk.com.

NOTA: Prime Clerk, LLC es el agente de reclamaciones y notificaciones en los Casos al amparo del Título III y no puede proporcionar asesoramiento legal o financiero.

Atentamente,

Prime Clerk, LLC

Batch 5         2



Número de Evidencia de Reclamación: 136588
Reclamante: Rosa Garcia, Sonia

RECEIVED & FILED

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

CLERK'S OFFICE
U.S DISTRICT COURT

**Instrucciones**

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación.
Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

**Cuestionario**

1. ¿Cuál es el fundamento de su reclamación?

    ☑ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

    ☐ Empleo actual o anterior en el gobierno de Puerto Rico

    ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

2. ¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):
    $23,990 (Adjunto documento detallado)

Batch 5



*Número de Evidencia de Reclamación:* 136588
*Reclamante*: Rosa Garcia, Sonia

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐ No. *Pase a la Pregunta 4.*
   - ☑ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó: _Departamento de Educación de Puerto Rico_

3(b). Identifique las fechas de su empleo con relación a su reclamación: _1999 - 2020_

3(c). Últimos cuatro dígitos de su número de seguro social: _XXX-XX-6678_

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☐ Jubilación
   - ☐ Salarios impagos
   - ☑ Días por enfermedad
   - ☐ Queja con el sindicato
   - ☐ Vacaciones
   - ☑ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

(1) Por 10 años no hubo aumento de salario (2008-2018) (2) Paso por mérito (años de experiencia) (3) Disminución de salario de $25.00 mensuales

4. **Acción legal**. ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ☐ No.
   - ☑ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción. _Departamento de Educación_

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución: _Tribunal Federal_

4(c). Número de caso: _Quiebra de Puerto Rico_

4(d). Título, epígrafe, o nombre del caso: _Prime Clerk LLC_

Batch 5

2

990123400420290

Número de Evidencia de Reclamación: 136588
Reclamante: **Rosa Garcia, Sonia**

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):
_____ Pendiente de resolución

4(f). ¿Tiene usted una sentencia impaga? (Sí) No (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?
_____ Ley Promesa Ley # 26-2017

990123400420290



ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACION

Secretaría Auxiliar de Recursos Humanos
Edificio Nivel Central
Piso 1 Oficina 103



Tel. 787-773-2687

## Programa de Ayuda al Empleado
### LEY ADA

15 de mayo de 2012

SRA. SONIA ROSA GARCIA
URB HACIENDA BORINQUEN
CALLE REINA DE FLORES #1236
CAGUAS, PR 00725

Estimada señora Rosa:

El Programa de Ayuda al Empleado, adscrito a la Secretaría Auxiliar de Recursos Humanos, recibió su solicitud de acomodo razonable para el curso escolar 2012-2013. La evidencia médica que presentó confirma su condición de salud.

Luego del análisis y evaluación realizada por el personal profesional del Programa de Ayuda al Empleado, recomendamos la Ley Federal "Americans With Disabilities Act" (ADA).

Como alternativa de acomodo razonable para el curso escolar 2012-2013 sugerimos, si la organización escolar lo permite, un ajuste en sus funciones de manera que pueda tener tiempo adicional para redactar informes, permitirle realizar aquellas tareas relacionadas a su profesión que requieren mayor prioridad para que su condición no siga afectándose. Esto según acuerdos y recomendaciones en el análisis con el componente educativo, administrativo y especialista.

Es mandatorio la reevaluación anual de los casos de acomodo razonable una vez esté próximo a finalizar el período de vigencia de los mismos y entregar copia de ésta carta al director escolar.

Cordialmente,

María de los A. Lizardi Valdés
Secretaria Auxiliar
Recursos Humanos

KRS/kr

Cc Sra. Catherine Medina
Facilitadora Ley ADA
Región Educativa de Caguas

---

Juntos compartimos esfuerzos y logramos metas
P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787) 773-2687

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.



**ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACION**

Secretaría Auxiliar de Recursos Humanos
Edificio Nivel Central
Piso 1 Oficina 103



Tel. 787-773-2687

## Programa de Ayuda al Empleado
### LEY ADA

15 de mayo de 2012

SRA. SONIA ROSA GARCIA
URB HACIENDA BORINQUEN
CALLE REINA DE FLORES #1236
CAGUAS, PR 00725

Estimado señora Rosa:

En el Programa de Ayuda al Empleado se recibió su solicitud de acomodo razonable para el curso escolar 2012-2013. Su petición consistente en cambio por categoría a bibliotecaria escolar, no se canaliza a través de nuestra oficina.

***La Carta Circular 9-2011-2012 sobre Política Pública para la Reubicación, Traslado, Reclutamiento del Personal Docente de Las Escuelas y del Instituto Tecnológico del Departamento de Educación***, establece que los directores regionales llevarán a cabo las reubicaciones del personal por delegación del Secretario de Educación. Le incluimos una comunicación dirigida al Director Regional para que usted realice el trámite correspondiente.

Cordialmente,

Kathia Rivera Serrano
Trabajadora Social
Programa de Ayuda al Empleado

KRS/krs

Juntos compartimos esfuerzos y logramos metas
P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787) 773-2687

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

### CNR&D

## CANCIO, NADAL, RIVERA & DÍAZ, P.S.C.
ATTORNEYS AND COUNSELLORS AT LAW

**TERCERA NOTIFICACION**

18 de junio de 2012

Sra. Evelyn Díaz
Directora Regional
Región Educativa de Caguas
P.O. Box 398
Caguas, PR 00726

Re:  Traslado- Prof. Sonia Rosa García
N/Exp. 33317.022

Estimada señora Díaz:

Nos dirigimos a usted a nombre y representación de la profesora Sonia Rosa García, quien labora en la Región Educativa de Caguas.

Acompañamos a la presente copia de la comunicación suscrita por la Oficina del Programa de Ayuda al Empleado (PAE) del Departamento de Educación, mediante la cual dicha Oficina solicita se evalúe la posibilidad de ubicar a nuestra representada en la posición de bibliotecaria escolar debido a su condición de salud. Ello, "como medida para que no continúe afectándose la condición de salud" de la Prof. Rosa.

Agradeciendo su pronta gestión en torno a este asunto, quedo.

Atentamente,

ZAHIRA A. MALDONADO MOLINA

Anejo

c:  Sra. María Lizardi- Secretaria Auxiliar
Recursos Humanos
Departamento de Educación

Prof. Sonia Rosa García

#300893

403 MUÑOZ RIVERA AVENUE • HATO REY, PR 00918-3345
PO Box 364966 • SAN JUAN, PR 00936-4966



**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**DEPARTAMENTO DE EDUCACIÓN**

SECRETARIA AUXILIAR DE RECURSO HUMANO
Transacciones de Personal

## INFORME DE NOMBRAMIENTOS Y CAMBIOS

| Número del Cambio | Antes del Cambio | Después del Cambio |
|---|---|---|
| 1. Nombre del Empleado | SONIA R ROSA GARCIA | |
| 2. Seguro Social | | |
| 3. Número de Puesto | R12814 | R12814 |
| 4. Cifra de Cuenta | E1110-221-25619-01F-2013-SCHOOLWIDE13A-25619-01F-1110 | |
| 5. Estatus del Puesto | REGULAR | REGULAR |
| 6. Sueldo Bruto | $3,280.00 | $3,280.00 |
| 7. Categoría del Puesto | TRABAJADOR SOCIAL ESCOLAR | MA. BIBLIOTECARIO |
| 8. Fecha de Efectividad | | 8/1/2013 |
| 9. Acción y Duración | | REUBICACION PUESTO E INCUMBENTE |
| 10. Escuela | FELIPE RIVERA CENTENO - 25619 | LUIS MUNOZ RIVERA-20834 |
| 11. Distrito | GURABO | GURABO |
| 12. Justificación | ENFERMEDAD QUE REQUIERA TRATAMIENTO PROLONGADO EN OTRO MUNICIPIO CON EVIDENCIA | |

13. Firma del empleado _[signature]_   Fecha 1 mayo 2013

14. Director Regional o su representante _[signature]_ Doris E. Garcia   Fecha
15. Observación

16. Firma del Jefe de Agencia o Representante Autorizado
Fecha de Preparado:
Preparado por:



ESTADO LIBRE ASOCIADO DE
PUERTO RICO
DEPARTAMENTO DE EDUCACIÓN

Secretaría Auxiliar de Recursos Humanos
Division de Personal Docente

# INFORME DE NOMBRAMIENTOS Y CAMBIOS

Expediente:  Número del Cambio: 3333

| Número del Cambio | Antes del Cambio | Después del Cambio |
|---|---|---|
| 1. Nombre del Empleado | SONIA R ROSA GARCIA | |
| 2. Seguro Social | | |
| 3. Número de Puesto | R77241 | |
| 4. Cifra de Cuenta | E1110-221-0810000-0000-08100-2015-SCHOOLWIDE15 | |
| 5. Cifra de Cuenta SIFDE | E1110 - 221 - 20834 - 01F - 2015 - SCHOOLWIDE15A - 20834 - 01F - 1110 | |
| 6. Estatus | PROBATORIO | REGULAR |
| 7. Escala de Retribución | | |
| 8. Clasificación y Número de Clase | MA. BIBLIOTECARIO 9979 | |
| 9. Sueldo | $ 3,255.00 | |
| 10. Diferencial | | |
| 11. División o Escuela | LUIS MUNOZ RIVERA 20834 | |
| 12. Programa | | |
| 13. Ubicación | GURABO 125 | |
| 14. Acción y Duración | | CAMBIO DE STATUS |
| 15. Aportación a Retiro | | |
| 16. Último Día de Trabajo | | |
| 17. Último Día de Pago | | |
| 18. Fecha de Efectividad | | 03/AGOSTO/2015 |
| 19. Comentarios y Explicaciones | SE CONSIDERE SOLO PARA CAMBIO STATUS | |

20. Firma del Jefe de Agencia o Representante Autorizado
*[signature]*
Humberto Tapia Fontanez

Fecha de Preparado: 28/JULIO/2015   Preparado Por: EMFR

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2219, 2223, 2227, 2229, 2224, 3461 FAX
El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.

2008

**Estado Libre Asociado de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

| Grupo de Pago: | SM -Quincenal | # Cheque: | 02528997 |
|---|---|---|---|
| Desde: | 07/15/2008 | | |
| Hasta: | 07/28/2008 | Fecha: | 07/30/2008 |

SONIA R ROSA GARCIA
URB VILLA MARIA
G 10 CALLE 2
CAGUAS PR 00725
SS:

| # Empleado: | |
|---|---|
| Dept: | 8002098-Caguas Caguas A |
| Oficina: | Antonio Dominguez Nieves |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $3,280.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Single |
| Concesiones: | 0 | 2 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Licencia Enfermedad en Exceso | | | 1,066.54 | | 1,066.54 |
| Pago de Salarios Regulares | | | 0.00 | 804.00 | 20,337.04 |
| Pago Retroactivo Regular | | | 0.00 | | 50.00 |
| Total: | | | 1,066.54 | 804.00 | 21,453.58 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed MED/EE | 15.47 | 311.08 |
| PR Withholdng | 85.32 | 1,428.82 |
| Total: | 100.79 | 1,739.90 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 0.00 | 1,834.83 |
| Total: | 0.00 | 1,834.83 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 0.00 | 78.00 |
| SC-NATIONAL LIFE INS. | 0.00 | 105.95 |
| AS-FED MAESTROS DE PR | 0.00 | 72.00 |
| OS-FEDERACION DE MAESTROS | 0.00 | 8.00 |
| Total: | 0.00 | 263.95 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| FSED Disability Plan | 18.13 | 364.77 |
| GPR Plan de Retiro de Maestro | 0.00 | 1,732.96 |
| SM-First Medical Health Plan | 0.00 | 720.00 |

* Tributable

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 1,066.54 | 100.79 | 0.00 | 965.75 |
| Acumulado: | 21,453.58 | 1,739.90 | 2,098.78 | 17,614.90 |

### PTO HORAS

| | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| Cheque #02528997 | 965.75 |
|---|---|
| Total: | 965.75 |

MENSAJE:

---

En el 2013, se me disminuyó el salario en $25.00 al cambiar de categoría (de trabajadora social a bibliotecaria, por ley ADA)

* Por 10 años no hubo aumento de salario

**080 Dept. de Educacion - Maestros**
Avenida Teniente Cesar Gonzalez, Esquina Calaf
HATO REY, PR 00919

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 07/02/2018 |
| Hasta: | 07/13/2018 |

Aviso #: 5585224
Fecha Aviso: 07/13/2018

SONIA R ROSA GARCIA
URB VILLA MARIA
G 10 CALLE 2
CAGUAS, PR 00725
SS:

# Empleado:
Dept: 8002125-CAGUAS-CAGUAS II
Lugar: LUIS MUNOZ RIVERA
Titulo: DEPARTAMENTO DE EDUCACION
Sueldo: $3,255.00 Monthly

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Single |
| Concesiones: | 0 | 2 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,627.50 | 864.00 | 23,344.68 |
| Bonificaciones | | | 0.00 | | 1,000.00 |
| **Total:** | | | 1,627.50 | 864.00 | 24,344.68 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 23.59 | 353.00 |
| PR Withholding | 58.59 | 963.98 |
| **Total:** | 82.18 | 1,316.98 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 146.48 | 2,101.09 |
| **Total:** | 146.48 | 2,101.09 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 38.70 | 489.60 |
| SC-AM HERITAGE INSS CO | 50.09 | 701.26 |
| OS-AMPR LOCAL SIND AFIL | 8.50 | 119.00 |
| SC-BOSTON MUTUAL LIFE INSS | 0.00 | 32.50 |
| **Total:** | 97.29 | 1,342.36 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| FSED Disability Plan | 27.67 | 413.89 |
| SM-First Medical Health Plan | 0.00 | 840.00 |

*Tributable

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,627.50 | 0.00 | 82.18 | 243.77 | 1,301.55 |
| Acumulado: | 24,344.68 | 0.00 | 1,316.98 | 3,443.45 | 19,584.25 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5585224 | 1,301.55 |
| Total | 1,301.55 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

---

Dept. de Educacion - Maestros
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha: 07/13/2018

Aviso No. 5585224

**Cant. Deposito: $1,301.55**

A la
Cuenta(s) De

SONIA R ROSA GARCIA
URB VILLA MARIA
G 10 CALLE 2
CAGUAS, PR 00725
Localizacion: LUIS MUNOZ RIVERA

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | XXXXXXXXXXXXXX | 1,301.55 |
| **Total:** | | 1,301.55 |

## NO-NEGOCIABLE

ROSA GARCIA, SONIA R (99245)
[ Cambiar Correo Electronico - Cambiar Contraseña SistemaTAL - Salir ]

Menu  DE14  Licencias Locales  Licencias Extraordinarias  Notificaciones

- **Menu**
    - Inicio
- **DE14**
    - Crear DE-14
    - DE-14 sometidas (116)
- **Licencias Locales**
    - Solicitud de Licencias Locales
    - Licencias Locales sometidas (0)
- **Licencias Extraordinarias**
    - Solicitud de Licencias Extraordinarias
    - Licencias Extraordinarias Sometidas (0)
- **Notificaciones**
    - Mis Cartas de Descuento
    - Mis Cartas de Asistencia

Fecha: 02/27/2020     Hora: 06:34:39 PM

| Balances de Licencias Disponibles | | | |
|---|---|---|---|
| Licencias | Días | Horas | Minutos |
| VACACIONES | 26 | 0 | 20 |
| ENFERMEDAD | 90 | 0 | 18 |

El balance aquí anotado podría variar en caso de que nos notifiquen ausencias incurridas por usted no informadas anteriormente.

ROSA GARCIA, SONIA R (99
[ Cambiar Correo Electrónico - Cambiar Contraseña SistemaTAL - 

Menu  DE14  Licencias Locales  Licencias Extraordinarias  Notificaciones

- **Menu**
  - Inicio

- **DE14**
  - Crear DE-14
  - DE-14 sometidas (116)

- **Licencias Locales**
  - Solicitud de Licencias Locales
  - Licencias Locales sometidas (0)

- **Licencias Extraordinarias**
  - Solicitud de Licencias Extraordinarias
  - Licencias Extraordinarias Sometidas (0)

- **Notificaciones**
  - Mis Cartas de Descuento
  - Mis Cartas de Asistencia

Fecha: 02/27/2020     Hora: 06:34:39 PM

**Balances de Licencias Disponibles**

| Licencias | Días | Horas | Minutos |
|---|---|---|---|
| VACACIONES | 26 | 0 | 20 |
| ENFERMEDAD | 90 | 0 | 18 |

El balance aquí anotado podría variar en caso de que nos notifiquen ausencias incurridas por usted no informadas anteriormente.

**ROSA GARCIA, SONIA R**           99245

1/31/2020, Selected Date        1 Employee(s) Selected

| Date | Pay Code | Amount | In | Transfer | Out | In | Transfer | Out | Schedule | Shift | Daily | Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fri 1/31 | IMP | 6:00 | | | | | | | | | 6:00 | 6:00 |
| | | | | | | | | | 8:00AM-3:00PM | | | |

## Accruals

| Accrual Code | Accrual Available Balance | Accrual Units | Accrual Reporting Period | Accrual Opening Balance | Accrual Ending Balance |
|---|---|---|---|---|---|
| ENFERMEDAD | 541:58 | Hour | Wed 1/01 - Thu 12/31 | 532:58 | 640:07 |
| HOSP ACCIDENTE TRABAJO | 0:00 | Hour | Wed 1/01 - Thu 12/31 | 0:00 | 0:00 |
| LIC ESC ED ESP | 9:00 | Hour | Wed 1/01 - Thu 12/31 | 0:00 | 0:00 |
| LICENCIA ESCOLAR | 4:00 | Hour | Wed 1/01 - Thu 12/31 | 0:00 | 0:00 |
| PATERNIDAD | 0:00 | Hour | Wed 1/01 - Thu 12/31 | 0:00 | 0:00 |
| TC | -150:43 | Hour | Wed 1/01 - Thu 12/31 | -150:43 | -150:43 |
| VACACIONES ACUMULADAS | 161:12 | Hour | Wed 1/01 - Thu 12/31 | 137:12 | 374:44 |
| VACACIONES DISPONIBLES | 0:00 | Hour | Wed 1/01 - Thu 12/31 | 0:00 | 0:00 |
| VACUNACION HIJOS | 9:00 | Hour | Wed 1/01 - Thu 12/31 | 9:00 | 12:00 |