Sonia Rosa García
Calle Reina de las Flores #1236
Urb. Hacienda Borinquen,
Caguas, P.R. 00725

To: Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767