Secretaría del Tribunal
de Estados Unidos
Para Puerto Rico.

RECEIVED
2020 MAR -3
CLERK'S
U.S. DISTRICT
SAN JUAN

El propósito de esta carta es para informar que no estoy de acuerdo con la objeción pues estuve trabajando con el Departamento de Educación de Puerto Rico, como maestra de salón de clases, desde 1 de agosto de 1971 hasta Junio 30 de 2001. Durante ese período de 30 años no se me adjudicaron las leyes aprobadas por el E.L.A de Puerto Rico en beneficio del magisterio que están descritas en la reclamación #138228. No recibí compensación monetaria por ninguna de dichas leyes. Por lo tanto estoy reclamando la cantidad de $35,000.00 como compensación por el tiempo trabajado desde que esas leyes fueron aprobadas. Y como remedio por ingresos no pagados

y a los cuales, según mi entender, tengo derecho. Espero que mi solicitud sea tomada en consideración.

Muchas gracias.

Atentamente,

*Emma Vallés Ramos*

Emma Vallés Ramos

Dirección Postal.
Ext. Jardines de Arroyo
Calle E-G-4
Arroyo, P.R. 00714