From: Emma Vallés Ramos
Ext. Jardines de Arroyo
Calle E-G-4
Arroyo, P.R. 00714

CERTIFIED MAIL
7013 2250 0000 6662 6954

To: Secretaria (Clerk's Office)
Tribunal de Distrito de los
Estados Unidos Chardon Ave. #150
Room 150 Federal Building
Suite
San Juan, P.R. 00918-1767




U.S. POSTAGE PAID
FCM LG ENV
ARROYO, PR
00714
FEB 19, 20
AMOUNT
$7.40
R2305K131158-3

2020 FEB 20 PM 3:47
RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

From: Emma Valles Ramos
Ext. Jardines de Arroyo
Calle E- G-4
Arroyo, P.R. 00714



To: Secretaria (Clerk's Office)
Tribunal de Distrito de los
Estados Unidos
Avenida Chardón #150
Suite 150 Federal Building
San Juan, P.R. 00918-1767

RECEIVED & FILED
2020 MAR -3 PM 5:39
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR