


27 de febrero de 2020

A: Secretaria (Clerk's Office)

Tribunal de Distrito de los Estados Unidos

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767

Mi nombre es Ana Miriam García Vélez. Mi dirección postal es Urbanización Jardines del Caribe Calle 42 PP 55 Ponce, Puerto Rico 00728. A través de este medio expreso que no estoy de acuerdo con la objeción tomada sobre la Ley Promesa Título III en el caso #17BK 03283 LTS con el número de reclamación 144460 presentado el 28 de junio de 2018 ya que soy empleada del Departamento de Educación desde agosto del 1999 y como empleada del sistema público de Puerto Rico no recibí los aumentos estipulados. A los aumentos que me refiero son el de la Ley 96 del año 2002 (El Romerazo) que concedía un aumento de $100.00 a todos los empleados públicos desde el 30 de junio de 2002 para el que reclamo $20,400 y el otro se refiere al de la Ley 164 del año 2003 de la Gobernadora Sila María Calderón donde se concedía un aumento de $100.00 que era efectivo el 1ro de enero de 2004 para el que reclamo $19,200.

La escuela donde he laborado desde agosto de 1999 hasta el presente es la Carmen Solá de Pereira ubicada en la urbanización Jardines del Caribe Calle 40 Final en Ponce, Puerto Rico 00728. Mi número de empleado es 73734. Mi supervisor inmediato es la directora Sra. Karla Crespo. El número de teléfono del lugar de trabajo es (787) 841-6411.

Agradeceré se me incluya en el caso. Mi número de celular es (787) 342-4910 y el residencial es (787) 843-3374.

Atentamente,

Ana Miriam García Vélez

Ana Miriam García Vélez




**Claim # / Reclamación 144460**

A: Secretaria (Clerk's Office)

Tribunal de Distrito de los Estados Unidos

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767

A: Abogado de la Junta de Supervisión (Counsel for the Oversight Board)

Proskauer Rose LLP

Eleven Times Square

Nueva York, Nueva York 10036-8299

A: Martin J. Bienenstock / Brian S. Rosen

Abogado del Comité de Acreedores

Paul Hasting LLP

200 Park Avenue

Nueva York, Nueva York 10166

A/A James Bliss, James Worthington y G. Alexander Bongartz

14 de febrero de 2020

Yo Ana Miriam García Vélez, maestra del departamento de Educación de Puerto Rico desde el año 1999. Mi núero de empleado es 73734. Resido en la Urbanización Jardines del Caribe Calle 42 PP55 en Ponce, Puerto Rico 00728. Mi número de teléfono es (787) 843-3374 y el de mi cellular es (787) 342-4901. Por tal motive estoy respondiendo y enviando los documentos que respaldan el reclamo contra el Estado Libre Asociado de Puerto Rico que me solicitaron a través del document donde se incluía mi nombre enviado por Prime Clerk LLC, sobre la Ley Promesa Título III.

El día 28 de junio de 2018 presenté el caso #17BK 03283 LTS número de Reclamación 144460 mejor conocida como la Ley 164 del año 2003 Ley del incentive en la que la Gobernadora de Puerto Rico Sila María Calderón donde se expuso conceder un aumento de $100.00 a cada empleado público efectivo el 1ro de enero del 2004 el cual no recibí.

Por lo antes expuesto reclamo desde el 2004 hasta el presente la cantidad de 19,200 pagaderos hasta el 2019 (16 años x 1,200) annual).

**Claim # / Reclamación 144460**



A: Secretaria (Clerk's Office)

Tribunal de Distrito de los Estados Unidos

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767

A: Abogado de la Junta de Supervisión (Counsel for the Oversight Board)

Proskauer Rose LLP

Eleven Times Square

Nueva York, Nueva York 10036-8299

A: Martin J. Bienenstock / Brian S. Rosen

Abogado del Comité de Acreedores

Paul Hasting LLP

200 Park Avenue

Nueva York, Nueva York 10166

A/A James Bliss, James Worthington y G. Alexander Bongartz

14 de febrero de 2020

Yo Ana Miriam García Vélez, maestra del departamento de Educación de Puerto Rico desde el año 1999. Mi número de empleado es 73334. Resido en la Urbanización Jardines del Caribe Calle 42 PP55 en Ponce, Puerto Rico 00728. Mi número de teléfono es (787) 843-3374 y el de mi cellular es (787) 342-4901. Por tal motive estoy respondiendo y enviando los documentos que respaldan el reclamo contra el Estado Libre Asociado de Puerto Rico que me solicitaron a través del document donde se incluía mi nombre enviado por Prime Clerk LLC, sobre la Ley Promesa Título III.

El día 28 de junio de 2018 presenté el caso #17BK 03283 LTS número de Reclamación 144460 mejor conocida como la Ley 96 del año 2002 Ley para concede un aumento sueldo de $100.00 a todos los empleados públicos efectivo desde el 30 de junio de 2002 (El Romerazo).

Por lo antes expuesto reclamo desde el año 2002 la cantidad de $20,400 a razón de $100.00 por cada mes trabajado hasta el año 2019.