Ana Miriam García Vélez
Jardines del Caribe
Calle 42 PP55
Ponce, P.R. 00728

7019 1120 0000 7534 9124

FEB '20
PM 11

UNITED STATES POSTAL SERVICE
1000

00918

U.S. POSTAGE PAID
FCM LETTER
PONCE, PR
00730
FEB 18, 20
AMOUNT
$6.95
R2305K133237-11

Secretaria (Clerks Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

2020 FEB 19 PM 4:41
U.S. DISTRICT
CLERK'S...
RECEIVED & FILED

Ana Miriam Garcia Velez
Urb. Jardines del Caribe
Calle 42 PP 55
Ponce, P.R. 00728

7019 1120 0000 7534 8004



U.S. POSTAGE PAID
FCM LG ENV
PONCE, PR
00717
FEB 28, 20
AMOUNT
**$7.60**
R2304E106847-04

**FIRST CLASS**



RECEIVED & FILED
2020 MAR -3 PM 5:42
CLERK'S OFFICE
U.S. DISTRICT
SAN JUAN

**RETURN RECEIPT REQUESTED**

Clerk's Office
United States District Court
Room 150 Federal Bldg
San Juan P.R. 00918-1767