Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico
En el Asunto de Junta de Supervisión y Administración Financiera para Puerto Rico, como
Representante de Estado Libre Asociado de Puerto Rico y Otros, Deudores.
PROMESA, Título III  Núm. 17 BK 3283-LTS

Notificación de la centésima trigésima segunda objeción global (no sustantiva) del Estado Libre Asociado
de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro
de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a reclamos deficientes en los
que se alegan intereses sobre la base de las reivindicaciones salariales, laborales  o servicios prestados.

Número de reclamación 121663

        Yo, Carmen Iris Rodríguez Albarrán, número de reclamación 121663, domiciliada en Urb. San
José calle Padre Useras #509 Ponce, Puerto Rico 00728, con numero telefónico 787 236 5053 y correo
electrónico kalbaran1961@gmail.com en ejercicio del derecho de radicación y notificación de réplica,
respetuosamente solicito lo siguiente: que se corrija el importe de la reclamación ya que no es igual al
que había presentado con los documentos enviados.

La petición anterior esta fundamentada en las siguientes razones:
1.  El importe de la reclamación esta en cero dólares y la cantidad correcta es seis mil dólares.
2.  A tiempo y con acuse de recibo he enviado correctamente los documentos que me han solicitado.
3.  Recibí de vuelta dichos documentos por razones que no me ha aclarado y los cuales fueron
    nuevamente enviados vía correo electrónico orientada por "prime clerk".
4.  Tengo evidencia de los documentos ya enviados y del acuse de recibo de dichos documentos.

Para los efectos pertinentes, anexo los siguientes documentos:
1.  Formulario Oficial 410 Modificado Evidencia de Reclamación
2.  Formulario de información complementaria
3.  Acuses de recibo del envío de los documentos
4.  Certificación de Empleo

Favor de enviar respuesta a este derecho de réplica a la dirección que aparece al pie de mi firma.

Carmen Iris Rodríguez Albarrán
Núm. de evidencia de reclamación 121663
Dirección: Urb. San José calle Padre Useras #509 Ponce, Puerto Rico 00728,
Teléfono: 787 236 5053
Correo electrónico: kalbaran1961@gmail.com