You may also submit your claim electronically by visiting http://cases.primeclerk.com/puertorico/EPOC-Index

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

MMLID: 1322523

Fill in this information to identify the case (Select only one Debtor per claim form).
Llene esta información para identificar el caso (seleccione solo un deudor por formulario de reclamación).

| | Debtor | Case No. | Petition Date |
|---|---|---|---|
| ☒ | Commonwealth of Puerto Rico / El Estado Libre Asociado de Puerto Rico | 17-bk-03283 | May 3, 2017 |
| ☐ | Puerto Rico Sales Tax Financing Corporation (COFINA) / La Corporación del Fondo de Interés Apremiante de Puerto Rico | 17-bk-03284 | May 5, 2017 |
| ☐ | Puerto Rico Highways and Transportation Authority / La Autoridad de Carreteras y Transportación de Puerto Rico | 17-bk-03567 | May 21, 2017 |
| ☐ | Employees Retirement System of the Government of the Commonwealth of Puerto Rico / El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 17-bk-03566 | May 21, 2017 |
| ☐ | Puerto Rico Electric Power Authority / La Autoridad de Energía Eléctrica de Puerto Rico | 17-bk-04780 | July 2, 2017 |

RECEIVED
JUL 05 2018
PRIME CLERK LLC

[ ] Date Stamped Copy Returned
[ ] No Self-Addressed Stamped Envelope
[X] No Copy Provided

CDS 6/28/18


170328380047265

Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

## Part 1 / Parte 1  Identify the Claim / Identificar la reclamación

**1. Who is the current creditor?**
¿Quién es el acreedor actual?

CARMEN I RODRIGUEZ ALBARRAN

Name of the current creditor (the person or entity to be paid for this claim)
Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

Other names the creditor used with the debtor
Otros nombres que el acreedor usó con el deudor   Carmen I. Rodriguez Albarran

Claim Number: 121663      Proof of Claim      page 1



| | | |
|---|---|---|
| 2. Has this claim been acquired from someone else? ¿Esta reclamación se ha adquirido de otra persona? | ☒ No / No <br> ☐ Yes. From whom? <br> Sí. ¿De quién? _____ | |

3. Where should notices and payments to the creditor be sent?

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

¿A dónde deberían enviarse las notificaciones al acreedor?

Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g)

Where should notices to the creditor be sent? / ¿A dónde deberían enviarse las notificaciones al acreedor?

CARMEN I RODRIGUEZ ALBARRAN
URB SAN JOSE
509 CALLE PADRE USERAS
PONCE PR 00728

(787) 236-5053
Contact phone / Teléfono de contacto

Carmenlasweet@hotmail.com
Contact email / Correo electrónico de contacto

Where should payments to the creditor be sent? (if different)
¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)

Carmen I. Rodriguez Albarran
Name / Nombre

Urb San José calle padre Useras #509
Number / Número    Street / Calle

Ponce         P.R.        00728
City / Ciudad   State / Estado   ZIP Code / Código postal

(787) 236-5053
Contact phone / Teléfono de contacto

Carmenlasweet@hotmail.com
Contact email / Correo electrónico de contacto

4. Does this claim amend one already filed?

¿Esta reclamación es una enmienda de otra presentada anteriormente?

☒ No / No
☐ Yes. Claim number on court claims registry (if known) _____
Sí. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo) _____
Filed on / Presentada el _____ (MM/DD/YYYY) / (DD/MM/AAAA)

5. Do you know if anyone else has filed a proof of claim for this claim?

¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?

☒ No / No
☐ Yes. Who made the earlier filing?
Sí. ¿Quién hizo la reclamación anterior? _____

### Part 2 / Parte 2: Give Information About the Claim as of the Petition Date
Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?

¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico?

☐ No / No
☒ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)
Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).

Dpto. de corrección y Rehabilitación
Ley 89

7. Do you supply goods and / or services to the government?

¿Proporciona bienes y / o servicios al gobierno?

☐ No / No
☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:

Vendor / Contract Number | Número de proveedor / contrato: _____

List any amounts due after the Petition Date (listed above) but before June 30, 2017:
Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017 $ _____

Modified Official Form 410                    Proof of Claim                              page 2

U0514 v.01 02.15.2018

| | |
|---|---|
| 8. How much is the claim?<br>¿Cuál es el importe de la reclamación? | $ _Monto indeterminado_ Does this amount include interest or other charges?<br>¿Este importe incluye intereses u otros cargos?<br>☐ No / No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).<br>Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A). |
| 9. What is the basis of the claim?<br>¿Cuál es el fundamento de la reclamación? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.<br>Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.<br><br>_Aumento Salarial_ |
| 10. Is all or part of the claim secured?<br>¿La reclamación está garantizada de manera total o parcial? | ☒ No / No<br>☐ Yes. The claim is secured by a lien on property.<br>Sí. La reclamación está garantizada por un derecho de retención sobre un bien.<br><br>**Nature of property / Naturaleza del bien:**<br>☐ Motor vehicle / Vehículos<br><br>☐ Other. Describe:<br>Otro. Describir: _____<br><br>**Basis for perfection / Fundamento de la realización de pasos adicionales:** _____<br><br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br>Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.<br><br>**Value of property / Valor del bien:** $_____<br>**Amount of the claim that is secured /**<br>Importe de la reclamación que está garantizado: $_____<br><br>**Amount of the claim that is unsecured /**<br>Importe de la reclamación que no está garantizado: $_____<br>(The sum of the secured and unsecured amounts should match the amount in line 7.)<br>(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)<br><br>**Amount necessary to cure any default as of the Petition Date /**<br>Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $_____<br><br>**Annual Interest Rate (on the Petition Date)**<br>Tasa de interés anual (cuando se presentó el caso) ____ %<br>☐ Fixed / Fija<br>☐ Variable / Variable |
| 11. Is this claim based on a lease?<br>¿Esta reclamación está basada en un arrendamiento? | ☒ No / No<br>☐ Yes. Amount necessary to cure any default as of the Petition Date.<br>Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso $_____ |

Modified Official Form 410  Proof of Claim  page 3

U0515 v.01 02.15.2018

| | |
|---|---|
| 12. Is this claim subject to a right of setoff?<br>¿La reclamación está sujeta a un derecho de compensación? | ☐ No / No<br>☒ Yes. Identify the property / Sí. Identifique el bien: _Ley 89 del 12 Julio del 1979 y otros si aplica_ |
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?<br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☒ No / No<br>☐ Yes. Indicate the amount of your claim arising from the value of any goods received $ _____ by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.<br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |

**Part 3 / Parte 3:**

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

**Sign Below / Firmar a continuación**

Check the appropriate box / Marque la casilla correspondiente:

☒ I am the creditor. / Soy el acreedor.
☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el _28 Junio 2018_ (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma _Carmen O. Rodriguez Albarran_

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

**Name**
First name / Primer nombre: _Carmen_
Middle name / Segundo nombre: _Iris_
Last name / Apellido: _Rodriguez_

**Title / Cargo:** _Oficial de Servicios Juveniles I - Septiembre 2007_

**Company / Compañía:** _Departamento de Corrección y Rehabilitación_

Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

**Address / Dirección**
Number / Número: _____
Street / Calle: _____
City / Ciudad: _Hato Rey_
State / Estado: _P. Rico_
ZIP Code / Código postal: _0097-00919_

Contact phone / Teléfono de contacto: _____
Email / Correo electrónico: _____

Modified Official Form 410     Proof of Claim     page 4

U0516 v.01 02.15.2018

# FedEx International Air Waybill
Express — Origin Copy

**1 From**
Date: 7/2/18
Sender's Name: Joseph Santiago
Company: Prime Clerk - BC
Address: MCS Bldg, Ste 222A
Address: 880 Avenida Tito Castro
City: Ponce
State/Province: PR
Country: US
ZIP/Postal Code: 00716
Internal Billing Reference: 1845-02  100  Claim count

FedEx Tracking Number: 8124 5664 4244 0402

**2 To**
Recipient's Name: (blank)
Phone: 2122574169
Company: PRIME CLERK
Address: 850 3RD AVE STE 412
City: BROOKLYN
State/Province: NY
Country: US
ZIP/Postal Code: 11232

**3 Shipment Information**
Total Packages: 1
Total Weight: 5 lbs
Commodity Description: DOCS

**4 Express Package Service**: FedEx Intl. Economy

**5 Packaging**: FedEx Pak

**6 Special Handling**: Direct Signature

**7 Payment**: Recipient — Prime Clerk LLC
FedEx Acct No.: 9095-8906-7

Received JUL 05 2018

Origin Station ID: PSEA
Country Code/Destination Station ID: USFBTA
UBSA Routing: SAFBTA

662

FedEx Emp. #: 324903  Date: 07/2

Prime Clerk LLC

(844) 822-9231 . PRClaims Info@primeclerk.com

NUMERO DE EVIDENCIA DE RECLAMACION EN VIRTUD DE LA LEY PROMESA: **121663**

Nombre del reclamante: **Carmen Iris Rodriguez Albarrán**

FUNDAMENTO DE LA RECLAMACION:

Empleo actual o anterior en el gobierno de Puerto Rico o en contra de este.

PARA EL EMPLEO ACTUAL O ANTERIOR:

El organismo o departamento especifico en el que trabaja o trabajo: Departamento de Corrección y Rehabilitacion

Periodo especifico en el que estuvo, o esta empleado en relacion a la reclamación: 1997 a Octubre de 2007

Los ultimos cuatro digitos de seguro social: 6871

Naturaleza de la reclamación relacionada con el empleo: Otra: Ley 89 de 12 de julio de 1979

El monto de la reclamación: $6,000

PARA OTRO TIPO DE RECLAMACION:

Describa el fundamento de su reclamación: Ley 89 de 12 de julio de 1979

El monto de su reclamacion: $6,000

1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Contro de Procesamiento de Información complementaria del Estado Libre Asociado de PR 850 3rd Avenue, Suite 412 Brooklyn, N.Y. 11232

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Priority Mail Express™
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7014 2120 0000 6678 4905

PS Form 3811, July 2013   Domestic Return Receipt

---

CERTIFIED MAIL

7014 2120 0000 6678 4905

Carmen I. Rodríguez Albarrán
Urb San José
Calle Padre Useras #509
Ponce, P.R. 00728

Centro de procesamiento de Información complementaria del Estado Libre Asociado de PR,
850 3rd Avenue, Suite 412,
Brooklyn, N.Y. 11232

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

U.S. POSTAGE PAID
FCM LETTER
PONCE, PR
00730
FEB 16, 19
AMOUNT
$6.30
R2303S101785-11

Prime Clerk LLC

(844) 822-9231 . PRClaims Info@primeclerk.com

NUMERO DE EVIDENCIA DE RECLAMACION EN VIRTUD DE LA LEY PROMESA: **121663**

Nombre del reclamante: **Carmen Iris Rodriguez Albarrán**

FUNDAMENTO DE LA RECLAMACION:

Empleo actual o anterior en el gobierno de Puerto Rico o en contra de este.

PARA EL EMPLEO ACTUAL O ANTERIOR:

El organismo o departamento especifico en el que trabaja o trabajo: Departamento de Corrección y Rehabilitacion

Periodo especifico en el que estuvo, o esta empleado en relacion a la reclamación: 1997 a Octubre de 2007

Los ultimos cuatro digitos de seguro social: 6871

Naturaleza de la reclamación relacionada con el empleo: Otra: Ley 89 de 12 de julio de 1979

El monto de la reclamación: $6,000

PARA OTRO TIPO DE RECLAMACION:

Describa el fundamento de su reclamación: Ley 89 de 12 de julio de 1979

El monto de su reclamacion: $6,000

Scanned by CamScanner



## PROMESA PROOF OF Claim, Claim number 121663

2 mensajes

**Ivette Vazquez** <familia5gentiles@gmail.com>  vie., 8 de mar. de 2019 a la hora 3:57 PM
Para: PR Claims Info <PRClaimsInfo@primeclerk.com>

Carmen Iris Rodríguez Albarran. 121663

📄 **121663 Carmen Rodríguez.pdf**
354 KB

---

**PR Claims Info** <prclaimsinfo@primeclerk.com>  lun., 11 de mar. de 2019 a la hora 3:42 PM
Para: familia5gentiles@gmail.com <familia5gentiles@gmail.com>

Gracias por ponerse en contacto con Prime Clerk, el agente de Reclamaciones y Notificación designado en los casos del Título III del Estado Libre Asociado de Puerto Rico y los Deudores afiliados.

Permita que este correo electrónico confirme que hemos recibido su formulario y cualquier documentación de respaldo, y lo procesaremos de la forma correspondiente.

Gracias,

Prime Clerk Inquiries
Prime Clerk
830 Third Avenue, 9th Floor
New York, NY 10022
primeclerk.com
*The highest level of professionalism, innovation and transparency in bankruptcy administration.*
*For more information click here:* http://primeclerk.com/raising-the-bar/

---------- Original Message ----------
**From:** Ivette Vazquez [familia5gentiles@gmail.com]
**Sent:** 3/8/2019 2:57 PM
**To:** prclaimsinfo@primeclerk.com
**Subject:** PROMESA PROOF OF Claim, Claim number 121663

Carmen Iris Rodríguez Albarran. 121663

ref:_00D1N1ulqY._5001NpBjNo:ref



## Doudt about PROMESA PROOF OF CLAIM / Duda sobre la reclamación en virtud de la ley promesa

3 mensajes

**Ivette Vazquez** <familia5gentiles@gmail.com>  
Para: PRClaimsInfo@primeclerk.com

mié., 6 de mar. de 2019 a la hora 2:53 PM

Regards:

On behalf of Carmen Iris Rodriguez Albarran, I would like to notify you that on February 16, 2019, Dic certified letters were sent to you regarding the promesa prior of claim of which I received an answer of one letrero and the other envelopes returned to me by mail stating that they did not recognize the address.

I complied with sending them before the deadline that was February 22, 2019. Now, my question is how can I get them to arrive as soon as possible.

I await your prompt reply.

        Carmen Iris Rodríguez Albarran

Claim numbers:

88259 - Helmes Mikael Cruz Rodríguez  
90751 - Angel Gabriel Cruz Rodríguez  
87521 - Jean Daniel García Rodríguez  
121663 - Carmen Iris Rodríguez Albarran  
90751 - Carmen Iris Rodríguez Albarran  
132137 - Carmen Iris Rodríguez Albarran  
86347 - Carmen Iris Rodríguez Albarran  
107710 - Carmen Iris Rodríguez Albarran

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Saludos:

A nombre de Carmen Iris Rodriguez Albarran les quiero notificar que el 16 de febrero de 2019 se les envio 6 cartas certificadas sobre la reclamación en virtud de la ley promesa de las cuales recibí contestación de una y los otros sobres me los devolvió el correo alegando que no reconocían la dirección.

Yo cumplí en enviarlas antes de la fecha limite que era el 22 de febrero de 2019. Ahora, mi duda es como puedo hacerlas llegar lo mas pronto posible.

Espero su pronta respuesta.

    Carmen Iris Rodríguez Albarran

Números de reclamacion:

88259 - Helmes Mikael Cruz Rodríguez
90751 - Ángel Gabriel Cruz Rodríguez
87521 - Jean Daniel García Rodríguez
121663 - Carmen Iris Rodríguez Albarran
90751 - Carmen Iris Rodríguez Albarran
132137 - Carmen Iris Rodríguez Albarran
86347 - Carmen Iris Rodríguez Albarran
107710 - Carmen Iris Rodríguez Albarran

---

**PR Claims Info** <prclaimsinfo@primeclerk.com>  jue., 7 de mar. de 2019 a la hora 11:32 AM
Para: familia5gentiles@gmail.com <familia5gentiles@gmail.com>

Thank you for contacting Prime Clerk, the Claims and Noticing agent appointed in the Title III cases of the Commonwealth of Puerto Rico and the affiliated Debtors.

Prime Clerk will process all forms and documents regardless of when received.

Please note that to ensure receipt, you may send all documentation by email. Please make sure to let us know to which claim number or numbers the documents pertain.

Regards,

Prime Clerk Inquiries
Prime Clerk
830 Third Avenue, 9th Floor
New York, NY 10022
primeclerk.com
*The highest level of professionalism, innovation and transparency in bankruptcy administration.*
*For more information click here: http://primeclerk.com/raising-the-bar/*
[Texto citado oculto]


ref:_00D1N1ulqY._5001NpAsQ9:ref

**Ivette Vazquez** <familia5gentiles@gmail.com> jue., 7 de mar. de 2019 a la hora 12:28 PM
Para: PR Claims Info <prclaimsinfo@primeclerk.com>

Thank you for your assistance.
[Texto citado oculto]



*ESTADO LIBRE ASOCIADO DE PUERTO RICO*
*DEPARTAMENTO DE CORRECCION Y REHABILITACION*
ADMINISTRACION DE INSTITUCIONES JUVENILES

## A QUIEN PUEDA INTERESAR

Certifico que la Sra. Carmen I. Rodríguez Albarrán, Seguro Social XXX-XX-6871, trabajó para esta Agencia desde el 15 de mayo de 1997 hasta el 28 de noviembre de 2007.

La señora Rodríguez Albarrán, ocupó un puesto permanente, clasificado como Oficial de Servicios Juveniles I, adscrito la Centro de Tratamiento Social Niñas de Ponce. En tal capacidad devengó un sueldo mensual de $2,052.00.

Cualquier duda sobre este particular, puede comunicarse con nuestra Oficina de Recursos Humanos al 767-9600, exts. 5952 ó 5937.

Dado en Hato Rey, Puerto Rico hoy 24 de febrero de 2010, a petición de la señora Rodríguez Albarrán.

Certifico correcto;

María de los A. Ortiz Torres
Directora de Recursos Humanos

CBR/mrl



**Este documento está libre de tachaduras y/o
borrones y no es válido sin el sello de la
Oficina de Recursos Humanos**

APARTADO POSTAL 19175, ESTACION FERNANDEZ JUNCOS, SAN JUAN, PR 00910