Urb. San Jose #
calle padre úseras
Ponce, P.R. 00728

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**®

7018 2290 0000 0261 2167



U.S. POSTAGE PAID
PCM LG ENV
PONCE, PR
00717
FEB 28, 20
AMOUNT
**$7.80**
R2303S102886-02

1000          00918

RECEIVED & FILED
2020 MAR -3  PM 5: 42
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, (Puerto Rico) 00918-1767