27 de febrero de 2020

Secretaria Clerk Office:

Las evidencias y mis reclamos y derechos a la Ley Promesa Título III demandadas a los acreedores no puede sustentarse en el momento requerido debido a la situación por la cual está pasando Puerto Rico, una crisis por sismos y mi propia situación emocional por éstos.

Incluyo información personal:
Comencé a trabajar como maestra de escuela elemental en los años 1970-71 hasta el 29 de julio de 2000, cuando me acogí al Sistema de Retiro.

Espero esta información sirva al Comité de Acreedores y la Junta de Supervisión a que tengo derecho por ley al monto de reclamación que radiqué en junio 2018 por Título III Ley Promesa

Ley 49764  - Ley 89 julio 96
Ley 94057 - Ley Escala Salarial o junio 2008
Ley 96621 - Ley 96-2002

Respetuosamente
Elizabeth Flores

Secretaria de Prime Clerk Office

Reclamar objeción global establecida por el Tribunal el 12 de diciembre 2019

Número de caso 17-03283

Número de reclamaciones 54369, 42022, 42810

Fecha de presentación - 13 junio, 2018

Deudor Commonwealth of Puerto Rico
Monto de la reclamación - La que tengo derecho por ley.

Agradecida por su atención

Elizabeth Flores _____

Numero tel.
787 (903-1830)

RECEIVED & FILED
2020 MAR -3 PM 4:32
CLERK'S OFFICE
SAN JUAN PR