TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS

PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO, COMO REPRESENTANTE DE ESTADO LIBRE ASOCIADO DE PUERTORICO Y OTROS,<br><br>DEUDORES | PROMESA<br>TITULO 111 No 17 BK 3283-LTS<br>(Administrada conjuntamente)<br>La presente radicación guarda<br>relación con el ELA, la ACT y el SRE |

I. Datos: Iris M. Sanabria Rivera, (reclamo #) 123593 (Dirección) Urb. Jardines De Salinas Calle JR Palmer #59 Salinas, PR 00751, ( email) irisanabria@gmail.com

II. Epígrafe: NOTIFICACION DE LA CENTESIMA CUADRAGESIMA SEGUNDA OBJECION GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACION DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE UNAS LEYES PUERTORRIQUENAS NO ESPECIFICADAS

III. Motivos: Yo, Iris M. Sanabria Rivera fui empleada del Departamento de Educación De Puerto Rico desde el 7 de agosto del 1998 hasta el 30 de diciembre 2019. Estoy reclamando la ley 89, la ley 34 y la ley 164 por la cantidad aproximada de $23,100 que entiendo me pertenece según estipula las leyes establecidas del Estado Libre Asociado de Puerto Rico. Inicialmente envié una carta certificada el 18 de febrero fecha limite al lugar erróneo Prime Clerk pues no tenía conocimiento específico del procedimiento hasta que pude verificar la manera correcta de proceder la cual adjunto prueba de lo sucedido. Espero tomen en consideración mi situación por la cual estoy entregando esta replica luego de la fecha límite y la incluyan en esta objeción.

IV. Documentación Justificativa. Adjunto la evidencia de documentos que incluye las leyes arriba mencionadas. De necesitar alguna otra información favor de notificarme de inmediato:

1. Certificación empleo Departamento de Educación
2. Certificación Sistema de retiro para Maestros.
3. Evidencia del correo con carta certificada

*[firma]*
Iris M Sanabria Rivera

2 de Marzo 2020

# Certificación de Notificación

Yo, Iris M. Sanabria Rivera, con #123593 de reclamo, hoy 2 de marzo, 2020, estoy entregando personalmente en la Oficina Secretaria Federal la réplica Promesa Título III, núm. 17 BK 3283-LTS, que incluye las leyes y otros documentos:

- Ley 164, Ley 89 y Ley 34
- Certificación Sistema de retiro para maestros
- Certificación de Empleo del Departamento de Educación
- Evidencia del correo con carta certificada

#cell 939-325-4876

Comentario
_____
_____

Recibo Por: _____

Fecha: _____  Hora: _____

Entregado por: _____

2020 MAR -3 AM 11:04
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
INTAKE DROP BOX
RECEIVED & FILED

18 enero 2020

Yo Iris M. Sanabria Rivera SS: ———— no estoy de acuerdo con su objecion enviada por carta debido a que trabajé en el Departamento de Educación de Puerto Rico y entiendo que tengo derecho a la Ley de Sila la la cual es la 96 y a la de Romero, (el Romeroso) la cual es la Ley 89. Estas leyes son las leyes de escala salarial. Estimo que me deben $12,000.00

Iris M. Sanabria Rivera
Deudor Commonwealth of P.R. y Titulo III
Iris M. Sanabria Rivera
Urb. Jardines de Salinas
Calle I-R. Palmer #59
Salinas P.R. 00751
939-305-4876
irisanabria@gmail.com
Reclamación de $12,000.00
claim
Case number 123593
Deudor 17 BK 03283-LTS Commonwealth of Puerto Rico
Date filed - 6/18/2018