# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión del **Prof. IRIS m. SANABRIA Rivera**, con número de seguro social que termina en **8267**.

| | |
|---|---|
| Fecha de Radicación Solicitud Retiro | 17 de diciembre de 2018 |
| Fecha de Renuncia | 30 de septiembre de 2019 |
| Fecha de Efectividad de la Pensión | 1 de octubre de 2019 |
| Pensión Mensual Inicial | $2,475.00 |
| Pensión Mensual Actual | $2,475.00 |

Esta certificación se expide hoy, **7 de febrero de 2020** en **San Juan, Puerto Rico**.

Jorge I. Rohena Gotay
**Supervisor**
**Sala de Servicios de Retiro**



235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

Sistema de Retiro para Maestros
Gobierno de Puerto Rico
*Protegemos la Aportación al Futuro*



# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

ATT: Ley Promesa

30 de enero de 2020

# CERTIFICACION

| | |
|---|---|
| Certifico que | : IRIS M. SANABRIA RIVERA |
| Seguro Social | : |
| Categoría | : SUPERINTENDENTE AUX. DE ESCUELAS I |
| Distrito Escolar | : GUAYAMA |
| Sueldo Mensual | : $3,300.00 |
| Status | : PERMANENTE |
| Observaciones | : |
| Trabaja | : N/A |
| Cesó | : N/A |
| Renunció | : Efectivo el 30 de septiembre de 2019 |
| Otros | : Presto servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 21 años. Nuestro sistema de Recursos Humanos refleja que ocupó una plaza desde 08/07/1998. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

```
====================================
              AGUIRRE
         100 CALLE PRINCIPAL
         AGUIRRE, PR 00704-9998
              420540-0704
              (800)275-8777
           02/18/2020 03:31 PM
====================================
====================================
------------------------------------
                         Unit    Price
Product          Qty    Price
------------------------------------
First-Class Mail®   1   $1.40   $1.40
Large Envelope
    (Domestic)
    (NEW YORK, NY 10022)
    (Weight:0 Lb 2.40 Oz)
    (Estimated Delivery Date)
    (Friday 02/21/2020)
                                $3.55
Certified
    (USPS Certified Mail #)
    (70181130000091032466)
                                $2.85
Return Receipt
    (USPS Return Receipt #)
    (9590940250799092377604)
                              -------
                                $7.80
Total:
                              -------

                              $10.00
Cash                          ($2.20)
Change
```

The timeliness of service to or from destinations outside the contiguous US may be affected by the limited availability of transportation.

Text your tracking number to 28777 (2USPS) to get the latest status. Standard Message and Data rates may apply. You may also visit www.usps.com USPS Tracking or call 1-800-222-1811.

Preview your Mail
Track your Packages
Sign up for FREE @
www.informeddelivery.com

All sales final on stamps and postage. Refunds for guaranteed services only. Thank you for your business.

HELP US SERVE YOU BETTER
(AYÚDENOS A SERVIRLE MEJOR)

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE
(DÉJENOS SABER ACERCA DE SU MÁS
RECIENTE EXPERIENCIA CON EL CORREO)

Go to (Vaya a):
https://postalexperience.com/Pos

840-5006-0048-001-00035-89400-02



Help

## · Product Tracking & Reporting

UNITED STATES POSTAL SERVICE®

| Home | Search | Reports | Manual Entry | Rates/ Commitments | PTR / EDW | USPS Corporate Accounts | March 02, 2020 |

## USPS Tracking Intranet Tracking Number Result



Price Change 1/26/2020:
USPS Premium Tracking: USRS will offer a fee-based service to extend the availability of tracking data on domestic competitive products for an additional 6 months up to 10 years. In addition, customers can also request a Premium Tracking Statement via email.

The Manual Entry Acceptance screen will be modified to use the Pricing Engine for all rates calculations. Users will no longer enter fees for Collect on Delivery (COD) and Additional Insurance; instead, users will enter the dollar amount to be collected for COD or the insured value for Insurance.

**Result for Domestic Tracking Number 7018 1130 0000 9103 2466**

Tracking Expires On February 18, 2022

### Destination and Origin

**Destination**

| ZIP Code | City | State |
|---|---|---|
| 10022 | NEW YORK | NY |

**Origin**

| ZIP Code | City | State |
|---|---|---|
| 007049998 | AGUIRRE | PR |

### Tracking Number Classification

#### Class/Service
- **Class/Service:** First-Class Certified Mail
- **Class of Mail Code/Description:** FC / First Class

#### Destination Address Information
- **Address:** 830 3RD AVE
- **City:** NEW YORK
- **State:** NY
- **5-Digit ZIP Code:** 10022
- **4-Digit ZIP Code add on:** 7523
- **Delivery Point Code:** 99
- **Record Type Code:** Building/Apartment

#### Origin / Return / Pickup Address Information
- **Address:**
- **City:**
- **State:**
- **5-Digit ZIP Code:** 00704
- **4-Digit ZIP Code add on:** 9998

#### Service Delivery Information
- **Service Performance Date:** Expected Delivery by: Friday, 02/21/2020
- **Delivery Option Indicator:** 1 - Normal Delivery
- **Zone:** 07
- **PO Box:** N
- **Other Information** Service Calculation Information

#### Payment
- **Payment Type:** Other Postage
- **Payment Account Number:** 000000000000
- **Postage:** $1.40
- **Weight:** 0 lb(s) 3 oz(s)
- **Rate Indicator:** SINGLE PIECE - FLAT

#### Other Information
- **Related Product:** 9590 9402 5079 9092 3776 04

| Agent Information |
|---|
| Request Internal Premium Tracking Statement |

## Extra Services

### Extra Services Details

| Description | Amount |
|---|---|
| Certified Mail | $3.55 |

### Events

| Event | Event Code | Event Date | Event Time | Location | Input Method | Scanner ID | Carrier Route | Posting Date / Time (Central Time) | Other Information |
|---|---|---|---|---|---|---|---|---|---|
| FORWARDED | 06 | 02/24/2020 | 12:13 | NEW YORK, NY 10022 | Scanned | MDD 14207D821B (interface type - wireless) | Scanned by route 0022C345 | 02/24/2020 11:17:04 | Request Delivery Record |
| IN TRANSIT TO NEXT FACILITY | NT | 02/24/2020 | 12:00 | | System Generated | | | 02/24/2020 11:15:04 | |
| ENROUTE/PROCESSED | 10 | 02/23/2020 | 05:00 | NEW YORK, NY 10199 | Scanned | AFSM100-003-2 | | 02/23/2020 04:10:03 | |
| ENROUTE/PROCESSED | 10 | 02/22/2020 | 11:36 | NEW YORK, NY 10199 | Scanned | AFSM100-006-1 | | 02/22/2020 10:40:07 | |
| IN TRANSIT TO NEXT FACILITY | NT | 02/21/2020 | 12:02 | | System Generated | | | 02/21/2020 11:14:03 | |
| ENROUTE/PROCESSED | 10 | 02/20/2020 | 00:02 | SAN JUAN, PR 00936 | Scanned | AFSM100-008-1 | | 02/19/2020 22:20:04 | |
| ENROUTE/PROCESSED | 10 | 02/19/2020 | 18:13 | SAN JUAN, PR 00936 | Scanned | AFSM100-008-2 | | 02/19/2020 16:20:03 | |
| IN TRANSIT TO NEXT FACILITY | NT | 02/19/2020 | 12:44 | | System Generated | | | 02/19/2020 11:59:02 | |
| DEPART POST OFFICE | SF | 02/18/2020 | 16:44 | AGUIRRE, PR 00704 | System Generated | | | 02/18/2020 14:58:02 | Closeout Label ID: CT13 5244 8000 2002 1814 4654 000 |
| ACCEPT OR PICKUP | 03 | 02/18/2020 | 15:28 | AGUIRRE, PR 007049998 | Scanned | POS | | 02/18/2020 13:58:06 | Facility Finance Number: 420540 |

Enter up to 35 items separated by commas.

Select Search Type: Quick Search    Submit

Product Tracking & Reporting, All Rights Reserved
Version: 20.2.2.0.55

https://pts-2.usps.gov/pts2-web/tcIntranetTrackingNumResponse?label=7018113000009103...    3/2/2020