INTAKE DROP BOX
RECEIVED & FILED

2020 MAR -3 PM 3: 41

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

3 de marzo de 2020

Promesa Título III

    Por este medio estoy sometiendo mi información personal solicitada para fines de la Ley Promesa en la cual incluye mis datos personales como nombre, dirección, teléfono y correo electrónico. Información que a continuación se incluye:

María Rodríguez Velázquez
PO Box 1256
Guayama, Puerto Rico 00785
Tel. 340-643-1746

    La razón por la demora responde a que no recibí el documento por parte de Ley Promesa Título III relacionada con mi reclamación. Me enteré por otras fuentes.

    La fecha de la presentación de mi reclamación fue el 6/26/2018. El número de caso es: 17BK-03283LTS. El número de reclamación es: 97534. Las leyes que comprenden a mi reclamación son las siguientes: Ley 89, Ley 34 y Ley 164. La cantidad reclamada es $25,000.00.

    Solicito se tome los datos provistos de mi parte a los efectos de dar por cumplido lo solicitado de parte de ustedes. En espera de su respuesta quedo de ustedes.

Cordialmente,

*[firma]*

MARÍA RODRÍGUEZ VELÁZQUEZ