INTAKE DROP BOX
RECEIVED & FILED

2020 MAR -3 PM 3: 41

CLERK OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

3 de marzo de 2020

Promesa Título III

    Por este medio estoy sometiendo mi información personal solicitada para fines de la Ley Promesa en la cual incluye mis datos personales como nombre, dirección, teléfono. Información que a continuación se incluye:

Juan Martínez Rodríguez
PO Box 1255
Guayama, Puerto Rico 00785
Tel. 939-283-9445

    La razón por la demora responde a que no entendí el procedimiento por parte de Ley Promesa Título III relacionada con mi reclamación.

    La fecha de la presentación de mi reclamación fue el 6/26/2018. El número de caso es: 17BK-03283LTS. El número de reclamación es: 98820. Las leyes que comprenden a mi reclamación son las siguientes: Ley 89, Ley 34 y Ley 164. La cantidad reclamada es $20,000.00.

    Solicito se tome los datos provistos de mi parte a los efectos de dar por cumplido lo solicitado de parte de ustedes. En espera de su respuesta quedo de ustedes.

Cordialmente,

*[signature]*

JUAN MARTÍNEZ RODRÍGUEZ