25 de febrero de 2020.

RECEIVED & FILED
2020 MAR -3 PM 5:40
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767

Señores:

Sirva la presente para notificarles que no me fue posible cumplir con la fecha estipulada del 18 de febrero de 2020, debido a que la correspondencia enviada por ustedes me llegó tarde, luego del 18 de febrero 2020.

Agradezco me puedan excusar.

Atentamente,

Myrna Firpi Solis
Myrna Firpi Solis

Junta de supervición y administración Financiera para Puerto Rico

como representante de

Estado Libre Asociado de Puerto Rico y otros,

           Deudores

Promesa, Título III

Núm. 17 BK 3283-LTS

(Administrada conjuntamente)

La presente radicación guarda relación con el ELA, la ACT y SRE.

Datos Contacto:

Nombre: Myrna E. Firpi Solis

Dirección: Urb. Solimar - Calle Dorado - P-10
Patillas, P.R. 00723

Dirección Postal: Apartado 1074
Patillas, P.R. 00723

Celular - 787-231-4929

Correo Electrónico - mfirpi019@gmail.com

<u>Mis reclamaciones</u>

RECEIVED & FILED
2020 MAR -3 PM 5:40
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

① 97942 — Carrera Magisterial - Retiro 3%.

<u>Cantidad Reclamada</u> aproximada - $40,000.00

② 117458 — Ley 3% - Romerazo - pensión retiro aumento anual.

Cantidad Reclamada aproximadamente - $18,000.

## Mi réplica

RECEIVED & FILED
2020 MAR -3 PM 5:40
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

De acuerdo a mis reclamaciones de la 97942, de la Carrera Magisterial, el 1 de abril de 2000 fui nombrada directora de la Escuela María M. Ortiz, del Barrio Jacaboa de Patillas, P.R. Aproximadamente a la semana y media de ser nombrada directora, dieron un aumento de $350.00 a todos los maestros por la activación de la carrera magisterial, a mi no me dieron ese aumento ya que no era maestra. Por tal motivo, otros directores que comenzaron más tarde que yo, ganaban $350.00 más que esta servidora. Ese es mi mejor recuerdo.

Sobre la reclamación 117458, de la ley 3 el Romerazo, pensión retiro aumento anual, aún trabajando con el Departamento de Educación, no recibí este aumento anual.

Por haber trabajado 30 años con el Departamento de Educación, creo merecer este aumento.

Adjunto evidencia de Certificación de pensión y tiempo cotizado para la pensión del Sistema de Retiro para Maestros, y la Certificación de Empleo emitida por el Departamento de Educación de Puerto Rico.

Respetuosamente,

Myrna Firpi Solis

Myrna Firpi Solis