

**OFICINA REGIONAL EDUCATIVA DE CAGUAS**
Oficina de la Superintendente Regional

27 de febrero de 2020

## CERTIFICACIÓN DE EMPLEO

Certifico que la Sra. Myrna Firpi Solís, fue empleada del Departamento de Educación, s.s. _____, fue empleada desde el 25 de agosto de 1986 hasta el 28 de septiembre de 2012.

Cualquier información adicional pueden comunicarse al 787-743-1234 ext. 4403/4421.

Atentamente,



**Wenddy L. Colón Martínez**
**Superintendente Regional**
**Oficina Regional ORE de Caguas**

El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.

**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. MYRNA FIRPI SOLIS**, con número de seguro social que termina en **6862**.

| | |
|---|---:|
| Fecha de Efectividad de la Pensión | 29 de septiembre de 2012 |
| Tiempo Cotizado para la Pensión | 30 años , 2 dias |
| Pensión Mensual Inicial | $ 2,621.25 |
| Pensión Mensual Actual | $ 2,621.25 |

Esta certificación se expide hoy, **24 de febrero de 2020** en **San Juan, Puerto Rico.**

*Cynthia Sanjurjo Santos*
Cynthia Sanjurjo Santos
Supervisora
Centro de Llamadas SRM

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879


Sistema de Retiro para Maestros
Gobierno de Puerto Rico

✆ 787.777.1414   ✉ 787.764.6910   www.srm.pr.gov