Myrna Firpi Solis
Apt. 1074
Patillas, P.R. 00723



RECEIVED & FILED
2020 MAR -3 PM 5:40
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaria (Clerks Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767