RECEIVED & FILED
2020 MAR -3 PM 5:41
CLERK'S OFFICE
U.S. DISTRICT COURT

Secretaria (Clerk's office)
Tribunal de Distrito de los E.U.
Room 150 - Federal Building
San Juan P.R.

Señores

Sirva la presente para informarles que estoy radicando mi réplica a la objeción global en el día de hoy, debido a los inconvenientes causados por el terremoto del 7 de enero de 2020.

Tambien recibi los documentos tarde.

Espero respetuosamente, pueden acojer esta réplica enviada en el día de hoy

Atentamente

Luz Minerva Alicea Figueroa
Luz Minerva Alicea Figueroa

In re:
The Financial Oversight and Management Board for Puerto Rico as representative of
The Commonwealth of Puerto Rico, et al,
    Debtors

Promesa
Title III
No. 17 BK-3283-LTS

This filing related to the Commonwealth, HTA and ERS.

Deudores
① Gobierno de P.R. Estado Libre Asociado
② Cofina
③ Autoridad de Carreteras
④ Sistema de Retiro - gobierno de P.R.
⑤ PREPA

Datos Contacto

Luz M. Alicea Figueroa
Barrio Cacao Bajo
Carr. 184 Km 0 Hm 7
Patillas P.R. 00723

Dirección Postal
Luz M. Alicea Figueroa
Hc 63 Buzón 3165
Patillas P.R. 00723

Correo electrónico
lmaliceafig@gmail.com

Teléfono
787-514-1173

Reclamaciones

1. 98361 – Ley 3% pensión Retiro aumento anual.
   Aproximadamente $18,000.00

2. 94590 – Sila Calderón aumento retroactivo no pagado
   Aproximadamente $12,000.00

3. 104349 – Ley 34 ingreso laboral de Roselló
   Aproximadamente $10,000.00

4. 95017 – Retiro 3% Carrera magisterial
   Aproximadamente $50.00

5. 100483 – Costo de vida 1-julio 2002
   Aproximadamente $11,000.00

Motivos para oponerme a la objeción global

Los motivos para oponerme a la objeción global es que comenzé a trabajar con el Departamento de Educación en el 1980, trabajando como maestra de Educación Especial en el municipio de Maunabo, P.R. Luego el próximo año trabaje en el municipio de Arroyo P.R. Como maestra de Educación Especial. Luego pasé al municipio de patillas Como maestra de Educación Especial.

Para el año 2000 en el mes de abril fui nombrada como Directora de escuela elemental, hasta que me retire en el año 2013.

Trabajé con el gobierno desde el año 1980 hasta el año 2013. Trabaje 33 años aproximadamente con el gobierno.

Por tal motivo habiendo trabajado alrededor de 33 años en el gobierno, merezco haber recibido los aumentos de la ley 96 - Costo de vida del 1

de julio de 2002, la ley 34 sobre el ingreso laboral de Roselló, Ley 144 sobre un aumento retroactivo no pagado de la ex-gobernadora Sila Calderón, Ley 3% pensión Retiro aumento anual y Retiro 3% Carrera magisterial.