**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Luz M. Alicea Figueroa**, con número de seguro social que termina en **9201.**

| | |
|---|---|
| Fecha de Efectividad de la Pensión | 1 de octubre de 2013 |
| Tiempo Cotizado para la Pensión | 32 años, 10 mes, 1 sem, 0 día |
| Pensión Mensual Inicial | $2,640.00 |
| Pensión Mensual Actual | $2,640.00 |

Esta certificación se expide hoy, **26 de febrero de 2020** en **San Juan, Puerto Rico.**

*Cynthia Sanjurjo Santos*
**Supervisora**
**Centro de Contacto**

sba

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

☎ 787.777.1414   📠 787.764.6910   www.srm.pr.gov



Sistema de Retiro para Maestros
Gobierno de Puerto Rico