Luz M. Alicea Figueroa
Bo: Cocoo Bajo
Hc 63 Buzón 3165
Patillas P.R. 00723







Secretaria (Clerk's Office)
Tribunal de Distrito de los E.U.
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767