27 de febrero de 2020

Naranjito PR

RECEIVED & FILED
2020 MAR -3 PM 5: 41
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN, PR

Promesa, Titulo III

Num.17 BK 3283-LTS

La presente radicación guarda relación con la centésima vigésima octava objeción global del Estado Libre Asociado, la Autoridad de Carreteras y Transportación de PR y el Sistema de Retiro de los Empleados de Gobierno del ELA de PR a reclamos deficientes en los que se alegan intereses sobre la base de las reivindicaciones salariales, laborales o servicios prestados.

Motivos para oponerse a la objeción global:

Desde el año 1984-1985 al 2008-2009 se nos otorgó un aumento salarial de $100 por parte del gobernador en turno, honorable Carlos Romero Barceló, el cual nunca se nos honró. Este reclamo se ha ido luchando por diferentes organizaciones que representan al Departamento d la Familia sin llegar a ningún acuerdo. Es por eso que se establece dicha demanda a las partes involucradas.

El monto de la deuda, según mis cómputos, asciende a $14,000 aproximadamente de salarios impagos.

Solicito que se trabaje dicha reclamación de forma individual y no como objeción global a la cual tengo derecho según la Ley 89.

Cordialmente,

Glendamid Torres Torres
PO BOX 689
Orocovis PR 00720
# Reclamación 79250 /155704

Radicacion de replica (Objecion)

PROMESA TITULO III No.17 03283

Numero de reclamacion: 155704

RECEIVED & FILED
2020 MAR -3 PM 5:41
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Nombre: Mendamid Torres Torres
Direccion Postal: P.O Box 689 Arecalis P.R. 00720
Direccion Residencial: Urb. Rose Valley calle Rose E-7 Bo. Unibón Morovis P.R. 00687

Num. de contacto:
Tel.
Cel. (787) 379-6084

Correo electronico: glent31@icloud.com
serrotg31@gmail.com

Epigrafe: Re: Financial Oversight and management Board of Puerto Rico

Ver anejo 1 (Informacion del caso)

Razon para la Objecion: Explicación de porque no se completó la objeción

Documentacion justificativa: Ver anejos

1. Estado de cuenta estimado (Adm. de los Sistemas de Retiro)

2. Certificacion de aportaciones (Adm. de los Sistemas de Retiro)

3. Certificacion de empleo (Departamento de la Familia)

4. Copia listado de Objecion Global- Anexo A

   (Donde se incluye informacion sobre la reclamacion)

5. Otros: Cualquier otra evidencia que tengas

28 de enero de 2020

A quièn corresponda:

Por este medio solicito que se realice el reclamo del ajuste salarial y que se ratifique la demanda.

Att.

*[signature]*

28 de enero de 2020

A quièn pueda interesar:

Por este medio quiero notificar que la certificación de empleo será solicitada màs adelante, debido a que nuestra Regiòn sufrió daños a causa del terremoto del 7-enero-2020 y la misma se encuentra cerrada.