INTAKE DROP BOX
RECEIVED & FILED

2020 MAR -3  PM 3:41

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

3 de marzo de 2020

Promesa Título III

    Por este medio estoy sometiendo mi información personal solicitada para fines de la Ley Promesa en la cual incluye mis datos personales como nombre, dirección, teléfono y correo electrónico.  Información que a continuación se incluye:

Loida Rodríguez Velázquez
PO Box 1255
Guayama, Puerto Rico  00785
Tel. 787-512-1356 email:  loirodriguez@icloud.com

    La razón por la demora responde a que no entendí claramente las instrucciones del proceso a seguir para la entrega de documentos relacionados con mi reclamación.

    La fecha de la presentación de mi reclamación fue el 6/26/2018.  El número de caso es: 17BK-03283LTS.  El número de reclamación es: 92716.  Las leyes que comprenden a mi reclamación son las siguientes:  Ley 89, Ley 34 y Ley 164.  La cantidad reclamada es $35,000.00.

    Solicito se tome los datos provistos de mi parte a los efectos de dar por cumplido lo solicitado de parte de ustedes.  En espera de su respuesta quedo de ustedes.

Cordialmente,

*[firma]*

LOIDA RODRÍGUEZ VELÁZQUEZ