

# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

3 de marzo de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | LOIDA RODRIGUEZ VELAZQUEZ |
| Seguro Social | : | |
| Categoría | : | MA. EDUC. SEC (ESTUDIOS SOCIALES E HISTORIA) |
| Distrito Escolar | : | GUAYAMA_ |
| Sueldo Mensual | : | $2,005.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 27 de julio de 2001 |
| Otros | : | Presto servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 27 años, 2 meses, 2 semanas y 2.50 día. |

Candida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Loida Rodriguez Velazquez**, con número de seguro social que termina en _LRU_.

| | |
|---|---|
| Fecha de Efectividad de la Pensión | 28 de julio de 2001 |
| Tiempo Cotizado para la Pensión | 26 años, 7 meses, 1 semanas, 0 días |
| Pensión Mensual Inicial | $1,415.82 |
| Pensión Mensual Actual | $1,458.29 |

Esta certificación se expide hoy, **3 de marzo de 2020** en **San Juan, Puerto Rico**.

Edgardo J. Negrón Ramírez
Supervisor
Área de Servicios de Retiro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

SRM
Sistema de Retiro para Maestros
Gobierno de Puerto Rico
Protegemos la Aportación al Futuro

787.777.1414   787.764.6910   www.srm.pr.gov

Modelo SC-1515 (JRM)
14-mayo-71
Manual de Contabilidad

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**

**JUNTA DE RETIRO PARA MAESTROS**

## INFORME RENTA ANUAL VITALICIA

| Nombre | Núm. Reclamación | Sexo |
|---|---|---|
| Loida Rodríguez Velázquez | 35850 | F |

**Tipo de Renta:**
- a- Años de Servicio y Edad
  - Opcional ( )
  - Obligatorio ( )
- b- Edad ( )
- c- Incapacidad
  - Ocupacional ( )
  - No Ocupacional ( )
- d- Diferida ( )

**Fecha de Nacimiento**
Año ___ Mes ___ Día ___

**Fecha de Retiro**
2001 julio 27

| Edad al Retirarse | | | Servicios Acreditados | | | | Costo Anualidad | Fecha de Efectividad |
|---|---|---|---|---|---|---|---|---|
| 53 Años | 1 Meses | 22 Días | 26 Años | 7 Meses | 1 Sem. | — Días | $ 33,202.03 | 2001 julio 28 |

**Retiro Ley Núm.** 44 **de** 2000

**Cómputo de la Renta Anual:**

a- Sueldo promedio mensual más alto durante cinco años consecutivos a $ 1,887.77 — 903.74

X 018% X 26 años, 7 meses y 1 semana
(Por ciento)   (Tiempo Acreditado)

menos ajuste 5%
45.18

* En caso de renta anual diferida, ésta comenzará al cumplir la edad de _____  858.56

( ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años de edad.

( ) o a opción en fecha posterior si al retirarse tiene 10 y menos de años de servicios y menos de 60 años de edad.

b- Ajuste para llegar al Mínimo Establecido por Ley 44

| Años de Servicio | Edad | Incapacidad Física | Diferido | |
|---|---|---|---|---|
| $ 557.26 | 5 | $ | $ | 557.26 |

| Diferencia Mínimo o Renta Sistema Retiro | |
|---|---|
| Renta Mensual Vitalicia | 1,415.82 |
| Renta Anual Vitalicia | 16,989.84 |

**Computado:** Linsaidy Morales  27-nov-01
**Cotejado:** Hugo E. Aponte  27/11/01
**Recomendado:** _____ 6 Dic/01  11/12/01
**Aprobado:** Irma A. Gimenez

Directora Area Servicios de Retiro   Fecha   Fecha   Secretaria Ejecutiva

MRN