Josefina Morales
#36 Calle 3 Ur. Sta Elena
Yabucoa, P.R. 00767

CERTIFIED MAIL

7019 2970 0001 4229 6331



U.S. POSTAGE PAID
FCM LG ENV
HUMACAO, PR
00791
FEB 28, 20
AMOUNT
$5.35
R2305K136541-03

1000          00918

RECEIVED & FILED
2020 MAR -3 PM 5: 43
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

150 AVE. Chardon

Clerk's Office
United State District Court
Room 150 Federal BLD.6
San Juan, P.R. 00918-1767