Réplica de Objeción Global



Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

23 de febrero de 2020

Re: Reclamación Objeción Global establecido por el Tribunal el 12 de diciembre de 2019. Referente al dinero no pagado por el Estado Libre Asociado de Puerto Rico.

- Numero de caso – 17BK03283LTS
- Deudor – Commonwealth of Puerto Rico
- Numero de Reclamaciones
    - 55230- Monto Reclamado de $9,500.00
    - 82379- Monto Reclamado de $10,500.00
    - 79691- Monto Reclamado de $9,500.00

Los intereses de dinero dejados de devengar. Así como otras leyes aprobadas, que no se me otorgó el dinero que me correspondía.

Nombre: Martha E. Pérez Santiago
Numero de Seguro Social: xxx-xx-2291
E-mail: rlojlo1103@yahoo.com

Secretaria (Clerk Office)

El Tribunal no puede declarar a lugar la Objeción Global en relación a mis reclamos en base al derecho y hecho de dinero no pagado por el Estado Libre Asociado de Puerto Rico, siendo empleada del Departamento de Educación durante los años que se firmaron dichas leyes. Por lo tanto, me opongo a dicha Objeción de la Ley Promesa.

Incluyo información desde que comencé a trabajar con el Departamento de Educación y fecha de mi jubilación hasta fecha actual.

1. Véase evidencia sometida- 271-2-TCR-Cerc de Junio 14-1983 (1)
2. Certificación del Sistema de Retiro para Maestros de años trabajados (2)
3. Copia evidencia de reclamación emitida por su oficina (3)

Espero que esta información sometida pueda ayudar al Comité de Acreedores y a la Junta de Supervisión. Tengo derecho por Ley al monto de Reclamación que radique en junio de 2018 por Titulo Ley Promesa.

Me opongo tenazmente a la objeción Global establecida por el Tribunal en relación a mis reclamaciones en base de derecho y hecho no pagado por el Estado Libre Asociado de Puerto Rico siendo empleada del Departamento de Educación durante los años que se firmaron dichas leyes.

Respetuosamente,

*Martha E. Ley*

Sra. Martha E. Pérez Santiago
787-391-4766
E-mail: rlojlo1103@yahoo.com