Martha E. Ponce Santiago
URB. EL Madrigal
Calle 3 D 11
Ponce P.R. 00730-1410

7019 2970 0002 2160 6723

RECEIVED & FILED
2020 MAR -3 PM 5:44
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

To Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

FEB 27 2020
USPS

U.S. POSTAGE PAID
FCM LETTER
PONCE, PR
00717
FEB 27, 20
AMOUNT
1000    00918    $3.70
R2303S102801-20