## Cuestionario

PR Claims Info <prclaimsinfo@primeclerk.com>
Mié 02/26/2020 12:38 PM
Para: alberto130254@hotmail.com <alberto130254@hotmail.com>

1 archivos adjuntos (243 KB)
Perez Santiago, Martha (Batch 2).pdf;

Martha,

Gracias por contactar a Prime Clerk, el agente de reclamos y notificaciones designado en los casos del Título III del Estado Libre Asociado de Puerto Rico y los Deudores afiliados.

Los formularios que se le enviaron previamente por correo postal se adjuntan a este correo electrónico según lo solicitado. Para que su envío se considere presentado a tiempo, ejecute y devuelva el mismo para que sea recibido por Prime Clerk en o antes de la fecha de vencimiento indicada en la carta.

Por favor revise la carta en su totalidad y complete y devuelva los formulario(s) titulado Información solicitada para procesar su reclamo" de acuerdo con las instrucciones proporcionadas. Tenga en cuenta: Si no envía una respuesta completa a esta solicitud, los Deudores pueden objetar su reclamo. Prime Clerk continuará procesando todos los formularios y documentos independientemente de cuándo se reciba.

Si necesita información adicional, puede comunicarse con nuestro centro de llamadas al (844) 822 -9231 (llamada gratuita para EE. UU. o Puerto Rico) o (646) 486-7944 (para personas que llaman internacionales) disponibledes de 10 a.m. a 7:00 p.m. (hora estándar del Atlántico).

Prime Clerk es el agente de Reclamaciones y Notética designado en los casos de Título III del Commonwealth de Puerto Rico y los Deudores afiliados. Como tal, no se nos permite proporcionar asesoramiento legal o financiero. Además, Prime Clerk no determina la validez de las reclamaciones ni la validez de las objeciones a las reclamaciones.

Atentamente,

Prime Clerk Inquiries
Prime Clerk
850 Third Avenue, Suite 412
Brooklyn, NY 11232
primeclerk.com
*The highest level of professionalism, innovation and transparency in bankruptcy administration.*

Ex. (1)

COMMONWEALTH OF PUERTO RICO
DEPARTMENT OF EDUCATION
HATO REY, PUERTO RICO

271-2-ICR-cerc

OFFICE OF THE
SECRETARY OF EDUCATION

271.2-83-824

June 14, 1983

TO WHOM IT MAY CONCERN

I hereby certify that MARTHA PEREZ-SANTIAGO worked for the Department of Education of the Commonwealth of Puerto Rico for a period of 15 years, 8 months, 1 week and 3 1/2 days.

Her teaching experience was as follows:

Elementary English Teacher--from August 11, 1966 to September 2, 1966 AM.

Social Work------from November 28, 1966 to June 30, 1967.
from August 15, 1967 to June 28, 1968.
from August 5, 1968 to June 27, 1969.
from August 4, 1969 to June 26, 1970.
from August 3, 1970 to June 28, 1971.
from September 24, 1971 to June 30, 1972.
from August 7, 1972 to June 29, 1973.
from August 15, 1973 to June 28, 1974.
from August 14, 1974 to January 13, 1975.
from January 28, 1975 to June 27, 1975.
from August 6, 1975 to May 28, 1976.
from August 10, 1976 to May 27, 1977.
from August 8, 1977 to May 26, 1978.
from August 7, 1978 to May 25, 1979.
from August 6, 1979 to May 30, 1980.
from August 4, 1980 to May 29, 1981.
from October 1, 1981 to May 28, 1982.

Social Work------from August 3, 1981 to August 15, 1981
(Special Education)

Special Education Teacher--from August 18, 1981 to September 30, 1981.

Isabel Candelaria, Director
Educational Personnel Division

The Department of Education of Puerto Rico does not discriminate in its activities or educational services nor in its employment practices on the basis of race, color, sex, birth circumstances, national origin, social or marital status, political or religious ideas, age or handicap.



**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

Exsibit 2

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Martha Pérez Santiago**, con número de seguro social que termina en **2291**.

| | |
|---|---|
| Fecha de Efectividad de la Pensión | 29 de julio de 2006 |
| Tiempo Cotizado para la Pensión | 37 años, 7 mes, 2 sem, 1/2 día |
| Pensión Mensual Inicial | $1,833.96 |
| Pensión Mensual Actual | $1,833.96 |

Esta certificación se expide hoy, **20 de febrero de 2020** en **San Juan, Puerto Rico**.

Cynthia Sanjurjo Santos
Supervisora
Centro de Contacto

sba



235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

787.777.1414    787.764.6910    www.srm.pr.gov

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Perez Santiago, Martha E | 79691 | 6/21/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Perez Santiago, Martha E | 79691 | 6/21/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

79691

000134