Martha E. Ponce Santiago
URB. EL Modrigal
Calle 3 D 11
Pnce P.R. 00730-1410

RECEIVED & FILED
2020 MAR -3 PM 5: 44
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

7019 2970 0002 2160 6723

To Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

U.S. POSTAGE PAID
FCM LETTER
PONCE, PR
00717
FEB 27, 20
AMOUNT
$3.70
1000  00918  R2303S102801-20