07 de febrero de 2020

Asunto:
Envío de réplica a la objeción GLOBAL a la Secretaría del TRIBUNAL DE DISTRITO de los ESTADOS UNIDOS para el DISTRITO DE PUERTO RICO

RECEIVED & FILED
2020 MAR -3 PM 5:44

Número de reclamación: 84844
Nombre: Garrafa Rodriguez Elizabeth
(Garrafas)
Dirección: PO Box 167 Patillas, Puerto Rico 00723
# de tel: 787 238 8765
Dirección correo electrónico: eligarrafa@yahoo.com

Epigrafe: Nombre del tribunal:
TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

Nombre de los deudores:
ESTADO LIBRE ASOCIADO DE PUERTO RICO

Número de Procedimiento:
17 BK 03283-LTS

Título de OBJECION:
NOTIFICACION DE LA CENTESIMA DECIMA PRIMERA OBJECION GLOBAL

Número de reclamo:
84844

Motivos
Los motivos por los que el TRIBUNAL no deba declarar ha lugar la OBJECION GLOBAL en relación a mi reclamo:
1. Tengo derecho a reclamar en mi número de reclamo 84844

Garrafa Rivera Joyce Elizabeth 2

2. Trabajé para el DEPARTAMENTO DE EDUCACION DE PUERTO RICO de los años 1988 hasta mayo 2016

3. Esta agencia me garantizaba un aumento de sueldo anual que nunca llegó porque procedían a congelarlos.

4. Soy maestra jubilada que trabajé por 26 años (1988 - 2016)

5. Completé la información que se me requirió por ustedes.

6. El monto de mi reclamación es de $100,000.00 o más o a la que tenga derecho.

## DOCUMENTACION JUSTIFICATIVA

A continuación le estoy enviando una copia del documento en relación a mi reclamo, acompañando con una copia del documento que indica cuando me jubilé del DEPARTAMENTO DE EDUCACION DE PUERTO RICO.

1. Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan (Puerto Rico) 00918-1767

2. Abogados de la Junta de Supervición (Council for the Oversight Board
   Proskauer Rose LLP
   Eleven Times Square
   Nueva York, Nueva York 10036-8299
   A/A: Martin J. Bienenstock
        Brian S. Rosen

Garrafa Pedroy

3

3. Abogado del Comité de Acreedores (Counsel for the Creditors' Committee)

Paul Hastings LLP
200 Park Avenue
Nueva York, Nueva York 10166
A/A: Luc A. Despins
James Bliss
James Worthington
G. Alexander Bongartz