ESCUELA JOAQUIN R. PARRILLA (25239)
DISTRITO ESCOLAR DE YABUCOA
Municipio Escolar de Patillas

19 de abril de 2016

Sra. Elizabeth Garrafa Rodríguez
Maestro de Nivel Elemental (4to-6to)
Escuela S.U. Joaquín R. Parrilla
Patillas, Puerto Rico 00723

Estimada Señora Garrafa:

Le agradecemos los años de servicios ofrecidos en nuestra escuela al igual que al Departamento de Educación. Su afán por educar e inculcar valores en nuestros niños ha sido notable y reconocemos su ardua labor. Es lamentable que no estará laborando con nosotros en nuestra escuela por los próximos años, pero a la vez nos alegra grandemente que ha decido acogerse a los beneficios por jubilación, por lo cual acepto su renuncia como Maestra Nivel Elemental #R53133, la cual será efectiva el 31 de julio de 2016.

Le deseamos mucho éxito en sus nuevas encomiendas y estamos siempre a su disposición.

Cordialmente,

*[firma]*

Sra. Lucianne Colón Rodríguez
Directora de Escuela

P.O.Box 685
Patillas,PR 00723
Telf. 787-839-0357
d25239@de.pr.gov

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.