Elizabeth Cuarada Rodriguez
PO Box 167
Patillas, Puerto Rico
00723

RECEIVED
2020 MAR -3 PM 5: 44
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767
150 Carlos Chardon Ave

7019 2280 0000 0258 7887

U.S. POSTAGE
FCM LETTER
CLERMONT, FL
34714
FEB 22, 20
AMOUNT
$4.10
R2305K138590-3