A: María Antongiorgi-Jordán, Esq.
Clerk of Court

Marian B. Ramírez Rivera
Deputy Clerk

De: Daisy Olivencia Rivera
Daisy Olivencia Rivera
Maestra Retirada
Departamento de Educación de Puerto Rico

Asunto: No estoy de acuerdo con la objeción

RECEIVED & FILED
2020 MAR -3 PM 5: 44
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

El fundamento de mi reclamación es por salarios impagos por el Departamento de Educación de Puerto Rico. Trabajé desde enero de 1986 hasta julio de 2010 en ese departamento. Me obligó el D.E. a estudiar Educación Temprana y lo hice pagando yo misma mi maestría en la Universidad de Phoenix, Recinto de Puerto Rico. Luego tuve que preparar una carpeta profesional y presentar todas mis evidencias de mi desarrollo como maestra, pasando exitosamente y con honores la misma. Estando ya cualificada me pasaron a kínder y estuve los últimos tres años de trabajo. Muchos recibieron su paga por estudiar y presentar su carpeta profesional en la Carrera Magisterial y yo no recibí la mía. Por eso presenté una reclamación el 7/5/2018, mi número de reclamación es el 127713 y el monto de la misma es de $18,000.00. El Departamento de Educación de Puerto Rico incumplió con pagarme lo merecido y que me pertenece en la Carrera Magisterial.

Atentamente,
Daisy Olivencia Rivera
Estancias del Parra
70 Calle Concord
Lajas, Puerto Rico
00667