> IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Olivencia Rivera, Daisy | 127713 | 7/5/2018 | Commonwealth of Puerto Rico | $18,000.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

> SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Olivencia Rivera, Daisy | 127713 | 7/5/2018 | Commonwealth of Puerto Rico | $18,000.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

000160

**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Daisy Olivencia Rivera**, con número de seguro social que termina en **1918**.

| | |
|---|---|
| Fecha de Efectividad de la Pensión | 29 de julio de 2010 |
| Tiempo Cotizado para la Pensión | 26 años, 3 mes, 1 sem., 3 días |
| Pensión Mensual Inicial | $1,200.02 |
| Pensión Mensual Actual | $1,200.02 |

Esta certificación se expide hoy, **10 de febrero de 2020** en San Juan, Puerto Rico.

Edgardo J. Negrón Ramírez
Supervisor
Área de Servicios de Retiro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

SRM
Sistema de Retiro para Maestros
Gobierno de Puerto Rico

📞 787.777.1414   📠 787.764.6910   www.srm.pr.gov

Rev.GIFT 10-OCT-08

**Estado Libre Asociado de Puerto Rico**
**Sistema de Retiro para Maestros**

Núm de Caso: 0956

### INFORME RENTA ANUAL VITALICIA

Fecha Radicación: 2-AGO-10 (Mes-Día-Año)
Fecha Vencimiento: 30-oct-10

| | |
|---|---|
| Apellido Paterno, Materno, Nombre e Inicial | OLIVENCIA RIVERA DAISY |
| Seguro Social | |
| Sexo | ✓ Femenino / ☐ Masculino |
| Fecha Nacimiento (Mes-Día-Año) | |
| Categoría y Pueblo | MA ELEM - CABO ROJO |
| Retiro Ley Núm. | Ley 91 del 2004 |
| Dirección Postal | ESTANCIAS DEL PARRA<br>70 CALLE CONCORD<br>LAJAS, PR 00667-1965 |

**Tipo de Renta (Pensión):** ✓ Años de Servicio y Edad ☐ Edad ☐ Diferida
☐ Incapacidad Ocupacional ☐ Incapacidad No Ocupacional

| Edad al Retirarse | Servicios Acreditados | Costo Anualidad | Renta |
|---|---|---|---|
| 48 Años 0 Meses Días | 26 Años 3 Meses 1 Sem 3 Días | $ 52,481.89 | Mensual $ 1,200.02 / Anual $ 14,400.24 |

Fecha de Renuncia: 28-jul-10
Último Día de Pago: 28-jul-10
Fecha Efectividad Pensión: 29-jul-10
Cierre de Nómina: 27-oct-10
Fecha Primer Pago Pensión: 15-Nov-10
Importe $ 1,200.02
Pago Global Retroactivo Desde 29-jul-10 Hasta 31-oct-10 Importe Total $ 3,716.19

#### DESGLOSE DE DESCUENTOS

| | | PAGO GLOBAL | PAGO MENSUAL |
|---|---|---|---|
| Importe Total (Bruto) | | $ 3,716.19 | $ 1,200.02 |
| Menos Descuentos: | Clave | Descuento | Descuento |
| Préstamos: Personal (PP) | 47-000 | | |
| Cultural (PC) | 45-000 | - | |
| Hipotecario (PH) | 36-000 | 1,651.80 | 550.60 |
| Finanzas | 67-059 | | |
| Aport. Individual 9% (Clave 26-001) | | 720.93 | 240.31 |
| ASUME | | | |
| Otros | | | |
| Importe Neto | | $ 1,343.46 | $ 409.11 |

**Bonos:**
☐ Bono Verano (PBV) ☐ Bono Medicamentos (PBM)
☐ Bono Navidad (BNP)

Certifico que la información aquí provista es cierta, correcta y completa.

| JORGE I. ROHENA GOTAY | | 15-oct-2010 |
|---|---|---|
| Nombre del Empleado | Firma | Fecha |
| NORMA I. PEÑA AGOSTO | | 20/oct/10 |
| Nombre Supervisor | Firma | Fecha |

#### PREINTERVENCIÓN DE DOCUMENTOS | USO DIRECTOR(A) AREA RETIRO

Verificación de:
✓ Exactitud
✓ Legalidad
☐ [illegible]
☐ Otros

OCT 20 2010
B. Ledoux

Aprobado por:
IVONNE L. ORTIZ VALLADARES
Nombre Director(a) o Representante Autorizado
Firma / Fecha: 20/oct/10

#### USO AREA DE PENSIONADOS (Sección Nóminas)

Ingreso a Nómina Mes 11 ✓ 1ra ☐ 2da
Nombre Empleado: Myrna Rodriguez
Firma / Fecha: 21/oct/10

Nómina Pago Global Mes 11 ✓ 1ra ☐ 2da ☐ Off Cycle ✓ Pay Line
Nombre Empleado: MARIANELA GONZALEZ MARTINEZ
Firma / Fecha: 20/10/10

Juan Agosto Castro
Nombre Supervisor / Firma / Fecha: 4 Noviembre 2010

Conservación: Seis años o una intervención de la Oficina del Contralor de Puerto Rico, lo que ocurra primero.