Daisy Olivencia Rivera
Estancias del Parra
70 Calle Concord
Lajas, Puerto Rico
00667



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS. FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

7018 3090 0002 1011 1918




U.S. POSTAGE PAID
FCM LG ENV
LAJAS, PR
00667
MAR 02. 20
AMOUNT
**$7.60**
R2305K141962-07

1000

00918

RECEIVED at
2020 MAR -3  PM 5:44
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Clerk's Office
United States District Court
Room 150 Federal BLDG
San Juan, P.R.
            00918-1767

Daisy Olivencia Rivera
Estancias del Parra
70 Calle Concord
Lajas, P.R. 00667




U.S. POSTAGE PAID
FCM LETTER
LAJAS, PR
00667
FEB 12, 20
AMOUNT
$6.40
R2305K134671-01

1000          00918



FOREVER
U.S.A

Barn Swallow

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
**CERTIFIED MAIL®**



7018 3090 0001 5859 4781

Secretaria (Clerk's office)
Tribunal de Distrito de los Estados Unidos
150 Ave. Carlos Chardon
Room 150 Federal Building
San Juan, P.R.
00918-1767

00918-170399



© USPS 2016

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT