27 de febrero de 2020

De: Sra. Carmen M. Rivera Figueroa
    SS.        8490
    HC-04 Box 22021
    Juana Díaz, PR. 00795
    Email: migarivera1207@gmail.com

Tribunal Secretaria Clerck.
ELA P.R.
Administración de Corrección

Procedimiento: 17BK 3283 L.T.S.

  Yo, Sra. Carmen M. Rivera reclamo el pago de seguro de retiro de empleados de Jueces y la judicatura por incapacidad desde Enero 2014 hasta Marzo del 2019, ello debido a que nunca lo aprobaron por incapacidad. El mismo fue aprobado por edad en Enero del 2019, al tener que cambiar la solicitud. No devengué salario en 5 años, ya que el proceso fue paralizado debido a la ley promesa.

Atentamente,

Carmen M. Rivera Figueroa