**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Carmen M Rivera Figueroa | 167292 | 7/3/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Carmen M Rivera Figueroa | 167292 | 7/3/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

000744

**GOBIERNO DE PUERTO RICO**

Departamento de Corrección y Rehabilitación

17 de enero de 2019

Carmen Rivera Figueroa
HC 04 Box 22021
Juana Díaz, Puerto Rico 00795

El 17 de enero de 2019, fue tramitada a la Administración de los Sistemas de Retiro su Solicitud de:

|  |  |
|---|---|
| _____ | Reembolso de Aportaciones |
| _____ | Servicios NO Cotizados |
| _____ | Estado de Cuenta |
| _____ | Solicitud de Pensión por Incapacidad |
| **X** | **Pensión por Edad y Años de Servicio** |
| _____ | Pensión por Mérito |
| _____ | Transferencia de Aportaciones |
| _____ | Solicitud de Beneficio por Muerte |
| _____ | Solicitud de Anualidad |

Para saber el status de su solicitud, debe comunicarse a la Administración de los Sistemas de Retiro al (787) 777-1500.

Atentamente,

Luis O. Rodríguez Vélez
Encargado
División de Beneficios Marginales
Oficina de Recursos Humanos



Calle Juan Calaf, Urb. Industrial Tres Monjitas, Hato Rey, P.R. 00917 / Apartado 71308, San Juan, P.R. 00936

ASR-DI-018
Rev. Sep. 09



**GOBIERNO DE PUERTO RICO**
**ADMINISTRACIÓN DE LOS SISTEMAS DE RETIRO**
**DE LOS EMPLEADOS DEL GOBIERNO Y LA JUDICATURA**
P O BOX 42003 SAN JUAN PUERTO RICO 00940-2203

## SOLICITUD DE PENSIÓN POR INCAPACIDAD

☐ Ley 305 Participantes del Programa de Cuenta de Ahorro para el Retiro (Reforma 2000)

☐ Incapacidad no ocupacional

☐ Incapacidad ocupacional - Ley 447

☐ Incapacidad ocupacional - Ley 127

Núm. Solicitud: _____

Retrato de 2 X 2

**Nombre completo (como aparece en la nómina):** Carmen M. Rivera Figueroa
**Seguro Social:** _____
**Sexo:** ☐ M  ☒ F

**Estado civil:** ☐ Soltero(a)  ☐ Casado(a)  ☒ Viudo(a)  ☐ Divorciado(a)
**Teléfonos:** 787-812-1500 (Trabajo)   787-951-9411 (Residencial)   787-951-9412 (Celular)

**Dirección E-Mail:** _____

**Dirección Postal:** _____
**Dirección Residencial:** _____

**Puesto que ocupa:** Oficial Ser. Juveniles I
**Último sueldo mensual:** _____
**Años de servicio en gobierno:** 21 años

**Agencia y pueblo donde trabaja:** Adm. Inst. Juveniles - Ponce Cts niñas

**¿Préstamos con el Sistema de Retiro?**
- Hipotecario: ☐ Sí  ☐ No
- Viaje cultural: ☒ Sí  ☐ No
- Préstamo personal: ☒ Sí  ☐ No

**¿Ha cotizado en otro Sistema de Retiro?** ☐ Sí  ☒ No   Indique cual: _____

**¿Recibe otra pensión como beneficiario por alguna ley especial?** ☐ Sí  ☒ No   Indique cual: _____

**Naturaleza del padecimiento que le incapacita:**
Incapacidad Organica - E implante de metal en mano izquierda - ya que soy adiestra.

**Indique si ha radicado alguna reclamación en la Corporación del Fondo del Seguro del Estado**
☒ No  ☐ Sí

| Número asignado por la Corporación del Fondo del Seguro del Estado | Número asignado por la Comisión Industrial | Fecha del accidente (mes/día/año) | Hora |
|---|---|---|---|
|  |  |  |  |

**Descripción del accidente:** Caida en mi casa - habiendome fracturado radio antebrazo izquierdo - Se me implanto puente de metal en la mano

**Explique cómo su condición le impide desempeñar sus funciones:**
No puedo ejercer mis funciones ya que no recobre capacidad completa en la mano izquierda y la naturaleza de mi trabajo exije capacidad en su totalidad. - Los enadichos incapacida en torso lumbar y todo lo reh- cionados la espalda baja y alta.

Conservación: Igual al expediente del cual forma parte.

ASR-DI-018
Rev. Sep. 09

## INFORMACION SOBRE SU HISTORIAL MEDICO
*Provea el nombre, dirección y teléfono del médico que está atendiendo su condición actualmente*

Nombre: Dr. Berios
Teléfono: 7-82-832-2555
Especialidad: ____
Días y horas de Oficina: L;M;S.- 8AM c/DY
Dirección: Calle Degetau #41 Juana Díaz P.R. 00795
Tratamiento: Med. cabecera

### Otros médicos que atienden su condición

Nombre: Dr. Kalim Saleh Vega
Teléfono: ____
Dirección: Centro Comercial. Urb. La Fe J.D.
Tratamiento: Med. interna - Med. cabecera

Nombre: Dr. Rafael Sieneris Ortiz
Teléfono: 787-8407533
Dirección: Torre Med. Hosp. San Lucas Ponce Oficina 507 Ponce P.R. 00716
Tratamiento: Operación - para implante de metal mano izquierda y ortopedia.

Nombre: ____
Teléfono: ____
Dirección: ____
Tratamiento: ____

### Indique si ha estado hospitalizado recientemente debido a su condición
☐ No  ☐ Sí  (Favor de someter copia de récord médico y/o resúmenes de alta.)

|  | 1 | 2 | 3 |
|---|---|---|---|
| Hospital: | Hosp. San Lucas | | |
| Dirección: | Avenida Tito Castro Ponce | | |
| Indique las fechas | DIC 19-2012 | | |
| Motivo: | Operación | | |
| Tratamiento y medicamentos: | Inmovilidad en el brazo, Tramadol Ultreet 37.5 Oxicodone w/A. - Percoset 30m | | |

### Indique si se le han realizado pruebas o laboratorios relacionados con su condición
☐ No  ☑ Sí   Indique cuáles:

1. CBC
2. Placas PY
3. ____
4. ____