Sra. Carmen H. [Negron?]
HC-04-Box 22021
[J.?]Q. PR 00795

CERTIFIED MAIL
7019 1640 0001 4811 4948

U.S. POSTAGE PAID
FCM LG ENV
MERCEDITA, PR
00715
FEB 28, 20
AMOUNT
$7.60
R2304M113827-02

RETURN RECEIPT REQUESTED

Secretaria
Tribunal de Distrito de
los Estados Unidos
Room 150 Federal Building
San Juan P.R. 00918-1767

RECEIVED
2020 MAR -3 PM 5:45
CLERK'S OFFICE
U.S. DISTRICT
SAN JUAN

RETURN RECEIPT REQUESTED