| | |
|---|---|
| TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO | |
| En el asunto de:<br>JUNTA DE SUPERVISIÓN FINANCIERA PARA PUERTO RICO<br>Como representante de<br>ESTADO LIBRE ASOCIADO DE PUERTO RICO y otros,<br>Deudores | PROMESA, Título III<br><br>Núm. 17 BK 3283-LTS<br>(administrada conjuntamente)<br>La presente radicación guarda relación con el ELA, la ACT y SRE. |

RÉPLICA A NONAGÉSIMA OCTAVA OBJECIÓN GLOBAL

AL TRIBUNAL:

Comparece **Awilda Coriano Sánchez** por derecho propio, y quien expone, alega y solicita:

### Declaración Jurada

Yo, **Awilda Coriano Sánchez**, mayor de edad, soltera, retirada y residente de Las Marías, Puerto Rico bajo el más solemne de los juramentos declaro:

1. Que soy la persona de las circunstancias personales antes mencionadas.
2. Que soy acreedora del ELA en virtud de la ley Núm. 89 de 12 de Julio de 1979 de Retribución Uniforme.
3. Que el ELA me debe $600.00 anuales en virtud de la referida ley desde el año 1989 hasta que me retiré el 30 de septiembre de 2011.
4. Que en total el ELA me debe $13,200.00.
5. Que lo anteriormente declarado es la verdad, toda la verdad y nada más que la verdad.
6. Así lo juro y suscribo conociendo la penalidad por perjurio que conlleva falsificar una declaración jurada.

Y PARA QUE ASÍ CONSTE, firmo la presente declaración en Las Marías, Puerto Rico a 28 de febrero de 2020.

*Awilda Coriano Sánchez*
Awilda Coriano Sánchez

Testimonio Número: -7,422-

Jurado y suscrito ante mí por **Awilda Coriano Sánchez** de las circunstancias personales antes expresadas y a quien doy fe de haber identificado positivamente mediante conocimiento personal.

En Las Marías, Puerto Rico a 28 de febrero de 2020.

CARLOS RAMÓN CRUZ CARRIÓN
NOTARIO PÚBLICO

POR TODO LO CUAL, se solicita de este Tribunal sirva declarar CON LUGAR la presente demanda y en su consecuencia ORDENE al ELA pagar la cantidad de $13,200.00, junto con cualquier otro pronunciamiento que proceda en derecho, justicia y equidad.

SOMETIDA.

En Las Marías, Puerto Rico, hoy 28 de febrero de 2020.

*Awilda Coriano Sánchez*
**Awilda Coriano Sánchez**
HC 2 Box 9608
Las Marías, Puerto Rico 00670
787-613-1184
awildacoriano250@gmail.com