Awilda Cordero Sánchez
HC-02-Bzn. 9608
Las Marías, P.R. 00670

CERTIFIED MAIL

7013 2630 0000 3801 6310

2020 MAR -3 PM 5:44
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

RETURN RECEIPT REQUESTED

Secretaría Clerk's Office
Tribunal de Distrito de Los Estados Unidos
150 Chardón Avenue Federal Building
San Juan, Puerto Rico 00918

U.S. POSTAGE PAID
FCM LETTER
LAS MARIAS, PR
00670
FEB 28 20
AMOUNT
$6.95
R2305K132906-10