TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS

PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO, COMO REPRESENTANTE DE ESTADO LIBRE ASOCIADO DE PUERTORICO Y OTROS, <br><br> DEUDORES | PROMESA <br> TITULO 111 No 17 BK 3283-LTS <br> (Administrada conjuntamente) <br> La presente radicación guarda relación con el ELA, la ACT y el SRE |

I. Datos: Delia E. Clavell Candelario, (reclamo#) 119413, (dirección) Urb. Jardines LaFayette Calle F H-5 Arroyo, PR 00714, (Cell) 787-204-3138 (email) clavelldelia@gmail.com

II. Epígrafe: NOTIFICACION DE LA CENTESIMA CUADRAGESIMA SEGUNDA OBJECION GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACION DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE UNAS LEYES PUERTORRIQUENAS NO ESPECIFICADAS

III. Motivos. Yo Delia E. Clavell Candelario fui empleada del Departamento de Educación de Puerto Rico actualmente retirada desde agosto 1961 hasta mayo 1996. Estoy reclamando la ley 89, la ley 34 y la ley 164 por la cantidad aproximada de $10,500 que entiendo me pertenece según estipula las leyes establecidas del Estado Libre Asociado de Puerto Rico. La razón por la cual completo esta replica después de la fecha límite es porque no tenía el conocimiento específico del procedimiento hasta que pude verificar la manera correcta de proceder ya que económicamente no podía consultar y pagarle a un abogado. Soy una persona enferma, no manejo y dependo de otras personas para hacer mis cosas. Espero tomen en consideración mi situación por la cual estoy entregando esta replica luego de la fecha límite y la incluyan en esta objeción.

IV. Documentación Justificativa. Adjunto la evidencia de documentos que incluye las leyes arriba mencionadas. De necesitar alguna otra información favor de notificarme de inmediato:

1. Certificación sistema de retiro para maestros que indica fecha de ingreso y terminación.

*Delia Clavell Candelario*
Delia E. Clavell Candelario

2 de Marzo, 2020