# TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS

# PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO, COMO REPRESENTANTE DE ESTADO LIBRE ASOCIADO DE PUERTORICO Y OTROS, <br><br> DEUDORES | PROMESA <br> TITULO 111 Núm. 17 BK 3566-LTS <br> (Administrada conjuntamente) <br> La presente radicación guarda relación con el ELA, la ACT y el SRE |

I. Datos : Maria M. Antuna (reclamo) 112095 (Dirección) HC-01 Box 3918 Arroyo, PR 00714 (email) angelcorarosa@yahoo.com (cell)787-477-3202

II. Epígrafe: NOTIFICACION DE LA CENTESIMA CUADRAGESIMA SEGUNDA OBJECION GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE UNAS LEYES PUERTORRIQUEÑAS NO ESPECIFICADAS

III. Motivos: Yo, María M. Antuna fui empleada retirada por incapacidad del Cuerpo de Bombero de Puerto Rico desde Septiembre 1ro de 2004 hasta el 31 de octubre del 2013. Estoy reclamando la cantidad de $14,075.43 y cualquier interés que haya adquirido esta cantidad. Por mis años de servicio entiendo que me pertenece la indemnización según lo estipule la ley del Estado Libre Asociado de Puerto Rico. La razón por la cual entrego esta replica fuera de fecha sinceramente no tenía la forma de generar este documento hasta que alguien me ayudo y por razones de salud, no manejo y se me hizo imposible llevar este documento personalmente en la fecha límite. Espero que tomen en consideración y acepten mi replica.

IV. Documentación Justificativa. Adjunto la evidencia de documentos que incluye las leyes arriba mencionadas. De necesitar alguna otra información favor de notificarme de inmediato.

1. Certificación de balances de aportaciones del sistema de Retiro del Estado Libre Asociado.

2. Carta de terminación

*[firma]*

María M. Antuna

18 de febrero, 2020