

# RETIRO
ESTADO LIBRE ASOCIADO DE PUERTO RICO

## CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADA

**RE: MARIA ANTUNA BERMUDEZ**                      Seguro Social

URB. MIRAMAR II F-1 CALLE 1

ARROYO, PR 00714

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | CUERPO DE BOMBEROS DE PUERTO RICO |
| Años de Servicio: | 7.09 |
| Balance de Aportaciones: | $14,075.43 |

<u>DESGLOSE DE DEUDAS</u>

**Nuestros sistemas no reflejan deudas en estos momentos.**

La fecha del Balance de Cancelación Estimado Total: **10 de octubre de 2013**.

Esta certificación fue emitida el 10 de octubre    de 2013.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.



Número de Certificación: ASR2013101095951574

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico http://www.pr.gov o en nuestro portal http://www.retiro.pr.gov

15 de octubre de 2013

Angel A. Crespo Ortiz
Jefe Del Cuerpo De Bomberos de P.R

Manuel Medina Moya
Jefe Auxiliar Negociado Extinción

Roberto García Rodríguez
Comandante Jefe De Zona Ponce

Silverio Torres Feliciano
Capitán Jefe Distrito Guayama

Estimados señores:

        Por medio de la presente, me dispongo a comunicarles mi decisión de finalizar las labores de Bombero en el Cuerpo De Bomberos De P.R, iniciadas en 1 de Septiembre de 2004.

La decisión tomada responde a motivos por condición emocional no obstante, no sería leal el dejar de agradecer a ustedes por el tiempo brindado y las experiencias que adquirí por parte de la agencia, mediante las cuales me siento muy agradecida.

Me dispongo a informarles que, de acuerdo con el plazo establecido legalmente, el próximo 31 de octubre de 2013 será mi último día dentro de mi cargo correspondiente en el Cuerpo De Bomberos De P.R.

Nuevamente expongo mi agradecimiento por el ambiente propicio de trabajo y por la oportunidad brindada en su momento.

Atentamente:

María M. Antuna Bermúdez