TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS

PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO, COMO REPRESENTANTE DE ESTADO LIBRE ASOCIADO DE PUERTORICO Y OTROS, <br><br>DEUDORES | PROMESA <br> TITULO 111 No 17 BK 3283-LTS <br> (Administrada conjuntamente) <br> La presente radicación guarda <br> relación con el ELA, la ACT y el SRE |

I. Datos: Julio E. Landro González, (#Reclamo) 169524 (Dirección) PO Box 958 Salinas PR 00751 (cell 787-364-2300 ( email) landrojulin12345@gmail.com

II. Epígrafe:   NOTIFICACION DE LA CENTESIMA CUADRAGESIMA SEGUNDA OBJECION GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACION DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE UNAS LEYES PUERTORRIQUENAS NO ESPECIFICADAS

III. Motivos:  Yo Julio E. Landro González fui empleado del Departamento de Educación De Puerto Rico desde agosto del 1984 hasta junio del 2014. Estoy reclamando la ley 89, la ley 34 y la ley 164 por la cantidad aproximada de $19,650 que entiendo me pertenece según estipula las leyes establecidas del Estado Libre Asociado de Puerto Rico. Inicialmente envié una carta certificada el 18 de febrero fecha limite al lugar erróneo Prime Clerk pues no tenía conocimiento especifico del procedimiento hasta que pude verificar la manera correcta de proceder la cual adjunto prueba de lo sucedido. Espero tomen en consideración mi situación por la cual estoy entregando esta replica luego de la fecha límite y la incluyan en esta objeción.

IV. Documentación Justificativa. Adjunto la evidencia de documentos que incluye las leyes arriba mencionadas. De necesitar alguna otra información favor de notificarme de inmediato:

1. Certificación empleo Departamento de Educación
2. Certificación Sistema de retiro para Maestros.
3. Evidencia del correo con carta certificada

*[firma]*

Julio E. Landro Gonzalez

2 de Marzo, 2020

# Certificación de Notificación

Yo, Julio E. Landro Gonzalez, con #169524 de reclamo, hoy 2 de marzo, 2020, estoy entregando personalmente en la Oficina Secretaria Federal la réplica Promesa Título III, núm. 17 BK 3283-LTS, que incluye las leyes y otros documentos:

- Ley 89, Ley 34 y Ley 164
- Certificación Sistema de retiro para maestros
- Certificación de Empleo del Departamento de Educación
- Evidencia del correo con carta certificada

Comentario
_____
_____

Recibo Por: _____

Fecha: _____   Hora: _____

Entregado por: _____

