

Estado Libre Asociado de Puerto Rico - Sistema de Retiro para Maestros

FRM-70-0001
Rev. 05/2012

## CERTIFICACIÓN DE PENSIÓN

LANDRO GONZALEZ, JULIO E
BO COCO NUEVO
217 CALLE BARBOSA
SALINAS PR 00751

Certifico que LANDRO GONZALEZ, JULIO E recibe de una pensión vitalicia del Sistema de Retiro para Maestros. La pensión mensual es de $2,028.76 equivalente a $24,345.12 anual. Luego de las deducciones recibe la cantidad de $1,416.14 mensual, equivalente a $16,993.68 anual.

Esta certificación se expide hoy 13 de marzo de 2015.



Número de Certificación: SRM03P1501196

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Estado Libre Asociado de Puerto Rico: http://www.pr.gov o en nuestro Portal en http://www.srm.pr.gov

Ave. Arterial, Calle Hostos #235
Edif. Capital Center, Torre Norte
San Juan, Puerto Rico

(787) 777-1414
http://www.srm.pr.gov

Página 1 de 1



# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

**ATT: Ley Promesa**

3 de marzo de 2020

## C E R T I F I C A C I O N

| | | |
|---|---|---|
| Certifico que | : | JULIO E. LANDRO GONZALEZ |
| Seguro Social | : | J.E.L.G |
| Categoría | : | MA. EDUC. SEC (MATEMATICAS) |
| Distrito Escolar | : | GUAYNABO |
| Sueldo Mensual | : | $2,705.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 28 de julio de 2014 |
| Otros | : | Presto servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 30 años. Nuestro sistema de Recursos Humanos refleja que ocupó una plaza desde 08/06/1984. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

```
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

                    OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)       $
☐ Return Receipt (electronic)     $          Postmark
☐ Certified Mail Restricted Delivery $        Here
☐ Adult Signature Required        $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$
Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7019 1640 0001 9527 2523
```

```
                              Unit
Product              Qty     Price      Price

BarnSwllw #10 Env      1    $0.69      $0.69
First-Class Mail®      1    $0.70      $0.70
  Letter
  (Domestic)
  (NEW YORK, NY  10022)
  (Weight:0 Lb 1.20 Oz)
  (Estimated Delivery Date)
  (Friday 02/21/2020)
Certified                              $3.55
  (USPS Certified Mail #)
  (70191640000195272523)
Return Receipt                         $2.85
  (USPS Return Receipt #)
  (9590940255239249609615)
Affixed Postage                       ($0.55)
  (Affixed Amount:$0.55)
-------------------------------------------------
Total:                                 $7.24

-------------------------------------------------
Cash                                  $20.00
Change                               ($12.76)
-------------------------------------------------

The timeliness of service to or from
destinations outside the contiguous US
may be affected by the limited
availability of transportation.

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.


          Preview your Mail
          Track your Packages
          Sign up for FREE @
         www.informeddelivery.com


   All sales final on stamps and postage.
   Refunds for guaranteed services only.
       Thank you for your business.

         HELP US SERVE YOU BETTER
        (AYÚDENOS A SERVIRLE MEJOR)

         TELL US ABOUT YOUR RECENT
              POSTAL EXPERIENCE
      (DÉJENOS SABER ACERCA DE SU MÁS
       RECIENTE EXPERIENCIA CON EL CORREO)

              Go to (Vaya a):
       https://postalexperience.com/Pos

       840-5006-0073-003-00055-68944-01

           or scan this code with
            your mobile device:
         (o escanee este código con
           su dispositivo móvil:)
```



```
            or call (o llame al)
              1-800-410-7420.

            YOUR OPINION COUNTS
            (SU OPINIÓN CUENTA)
```