TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS

PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO, COMO REPRESENTANTE DE ESTADO LIBRE ASOCIADO DE PUERTORICO Y OTROS, DEUDORES | PROMESA TITULO 111 No 17 BK 3283-LTS (Administrada conjuntamente) La presente radicación guarda relación con el ELA, la ACT y el SRE |

I. Datos: Yo, Lydia Velázquez Suren, (reclamo #)67802 (Dirección) L2 Calle 19 Guayama PR 00784 (cell) 787-678-7116, (email) velazquez172006@gmail.com

II. Epígrafe: NOTIFICACION DE LA CENTESIMA CUADRAGESIMA SEGUNDA OBJECION GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACION DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE UNAS LEYES PUERTORRIQUENAS NO ESPECIFICADAS

III. Motivos: Yo Lydia Velázquez Suren fui empleada del Departamento de Educación de Puerto Rico desde agosto, 1976 hasta mayo, 2009. Estoy reclamando la ley 89, la ley 34 y la ley 164 por la cantidad aproximada de $18,750 que entiendo me pertenece según estipula las leyes establecidas del Estado Libre Asociado de Puerto Rico. La razón por la cual completo esta replica después de la fecha límite es porque no tenía el conocimiento específico del procedimiento hasta que pude verificar la manera correcta de proceder ya que económicamente no podía consultar y pagarle a un abogado. Aparte que estoy enferma y cuidando a mi esposo enfermo también no manejo ni tengo automóvil Espero tomen en consideración mi situación por la cual estoy entregando esta replica luego de la fecha límite y la incluyan en esta objeción.

IV. Documentación Justificativa. Adjunto la evidencia de documentos que incluye las leyes arriba mencionadas. De necesitar alguna otra información favor de notificarme de inmediato:

1. Certificación sistema de retiro para maestros que indica fecha de ingreso y terminación

Lydia Velazquez Suren

2 de Marzo, 2020

# Certificación de Notificación

Yo, Lydia Velázquez Suren  reclamo # 67802, hoy 2 de marzo, 2020, estoy entregando personalmente en la Oficina Secretaria Federal la réplica Promesa Título III, núm. 17 BK 3283-LTS, que incluye las leyes y otros documentos:

- Ley 89, Ley 34 y Ley 164
- Certificación Sistema de Retiro para maestro que indica fecha de ingreso y terminación

**Comentario**

_____

_____

**Recibo Por:** _____

**Fecha:** _____   **Hora:** _____

**Entregado por:** _____