

# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. LYDIA SOLIER ROMAN**, con número de seguro social que termina en **3208**.

| | |
|---|---|
| **Fecha de Efectividad de la Pensión** | **29 de julio de 2017** |
| **Tiempo Cotizado para la Pensión** | **32 años , 1 meses** |
| **Pensión Mensual Inicial** | **$ 2,047.50** |
| **Pensión Mensual Actual** | **$ 2,047.50** |

Esta certificación se expide hoy, **21 de febrero de 2020** en San Juan, Puerto Rico.

**Cynthia Sanjurjo Santos**
**Supervisora**
**Centro de Llamadas SRM**

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

( 787.777.1414     787.764.6910    www.srm.pr.gov



SRM
Sistema de Retiro para Maestros
Gobierno de Puerto Rico
Protegemos la Aportación al Futuro