

Ave. Ponce ... ón 463, Pda. 35 Hato Rey - P O Box  364508 San Juan, Pu...

**SOLICITUD DE LIQUIDACIÓN DE AHORROS Y DIVIDENDOS**

OFICI... ...ERVICIOS AL EMPLEADO
...0  00936-4508
...ES NO DOCENTE
FEB 01 2011

ORIGINAL-ASOCIACION
COPIA-ASOCIADO

| PARTE I | A SER LLENADA POR EL SOCIO | | |
|---|---|---|---|

**1. Nombre y Apellidos**
EDUARDO SANCHEZ GRACIA

Núm. Empleado _____

Núm. Ség. Social _____

**2. Dirección Residencial**
CARR. 753 Km 4.0 BO. PITAHAYA-ARROYO, PR 00714

**3. Dirección Postal**
HC-1 BOX 5807 -ARROYO, PR

Teléfono
787-839-8479

Código Postal 00714

**4. Indique la agencia anterior donde trabajó**

| Agencia | Puesto - Ofic. Neg. o División | Fechas Comenzó Trabajar | Terminó | Zona o Pueblo |
|---|---|---|---|---|
| a) DEPARTAMENTO EDUCACION | SUPERVISOR DISTRITO COMEDORES ESCOLARES | 16-08-79 | 31-01-2011 | ARROYO |

**5. Fecha de Efectividad de la Renuncia** 31-01-2011

Indique Fecha (s) de Licencia (s) sin Sueldo **no**

**6. Tiene AEELA Mastercard** Sí ☐ No ☒
Número de cuenta: _____

**7. Nombre y dirección del pariente más cercano que no viva con usted**
KARLA SANCHEZ PLANADEBALL-CARR. 753 BO. PITAHAYA ARROYO

SOLICITO la liquidación de mis ahorros y dividendos acumulados en esa, Asociación hasta la fecha de mi separación del servicio público. CERTIFICO que la información aquí ofrecida es correcta:

_____     21-01-2011     _____
*Firma del Solicitante                          Fecha                          Firma del Testigo

**NOTA:** Debe acompañarla con las siguientes certificaciones de deuda:
* Administración para el Sustento de Menores (ASUME) (90 días)
* Administración de los Sistemas de Retiro de Empleados del Gobierno y la Judicatura - Certificación del Préstamo Personal y de Viaje Cultural. (no aplica a socios que se acojan a los beneficios de jubilación)

* Para uso exclusivo de casos en que los socios no sepan firmar

| PARTE II | PARA SER LLENADA POR EL RECLAMANTE DE UN SOCIO FALLECIDO SI ES CÓNYUGE VIUDO (A) |
|---|---|

Si es cónyuge viudo favor de indicar la forma en que se constituyó el matrimonio con el socio fallecido:

☐ Bajo el régimen de Sociedad Legal de Gananciales.     ☐ Bajo Capitulaciones Matrimoniales

| PARTE III | A SER LLENADA POR LA AGENCIA |
|---|---|

Nombre del Asociado _____

Agencia _____     Seguro Social _____

Fecha (s) de Licencias sin Sueldo Desde: (sea Específico)
1. _____     Hasta _____
2. _____     Hasta _____
3. _____     Hasta _____

Fecha de Efectividad de la Renuncia _____

Sistema de Retiro al cual pertenece _____     Razón de Cese _____

**SI VA A COMENZAR A TRABAJAR EN OTRA AGENCIA FAVOR INDICAR:**

a) ¿Cuál? _____     b) Fecha _____

LOS SIGUIENTES DESCUENTOS DE SU SUELDO MENSUAL FUERON REALIZADOS PARA LA ASOCIACIÓN DURANTE LOS ÚLTIMOS TRES (3) MESES DE TRABAJO.

| MES | AHORROS | SEGURO | PRÉSTAMO |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

CANTIDAD ACREDITADA A LA DEUDA DE SUMA GLOBAL DE VACACIONES* $ _____

*NETO ENVIADO A LA ASOCIACIÓN PARA ACREDITAR A LA (S) DEUDA (S).
(Firme en forma legible)

Certifico que he verificado toda la información ofrecida anteriormente y que es completamente correcta:

Preparado por _____

Nómina Núm. _____

Fecha _____

Teléfono Funcionario Autorizado (Indicar Ext.)

Fecha de Certificación

Dir. de Recursos Humanos o su Representante Autorizado (Use letra de molde)

Firma

AEELA - 61pdf
2 - 2009 (Rev.)



**RETIRO**

GOBIERNO DE PUERTO RICO

# CERTIFICACION

Certificamos que EDUARDO SANCHEZ GRACIA, disfruta beneficios de RETIRO INCENTIVADO LEY 70 de este Sistema de Retiro. La misma fue efectiva el 01 de febrero de 2011. En la actualidad recibe una anualidad ascendente a $21,807.12 pagadera en mensualidades de $1,817.26.

Además, recibe un bono de verano de $100.00, un bono de medicamentos de $100.00 y un aguinaldo de navidad de $600.00.

Esta certificación se expide hoy 06 de marzo de 2012, en San Juan, Puerto Rico.

Certifico correcto,

Madeline Solis Calixto
Oficial Gerencial
División de Asuntos de Pensionados

RVELE01

ADMINISTRACIÓN DE LOS SISTEMAS DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO Y LA JUDICATURA

PO Box 42003 San Juan, PR 00940-2203 • Plaza Retiro, 437 Ave. Ponce de León Pda. 32 1/2, San Juan, P.R. 00917-3711
Tel. 787.777.1500 • www.retiro.pr.gov