27 de febrero de 2020

United States District Court
for the District of Puerto Rico

RECEIVED & FILED
20 MAR -3 PM 5:38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Estimados Señores:

Según indicado en el documento recibido de ustedes expongo la siguiente réplica. Mi nombre es Wanda I. Morales Colón. Mi número de teléfono es 787-356-4963. Mi correo electrónico es wandaimoralescolon@yahoo.com. Esta réplica obedece al caso The Finacial Oversight and Management Bord For Puerto Rico The Conmonwealth of Puerto Rico (Debtors, sobre el caso Promesa III # No. 17BK3283-LTS. Mi reclamación es la #110972.

La réplica se expone a base de la Ley #168 del año 2004 sobre conceder aumento de 150.00 dólares a los empleados públicos. Este aumento de 150.00 mensuales de la cual incluyo copia de la ley. Este aumento no fue recibido por mi persona. Esto implica una cantidad de 7,200 dólares hasta el año 2008 en que ocurre mi retiro del Departamento de Educación de Puerto Rico.

Incluyo copia de la Ley #168, certificación del Departamento de Educación con los años de experiencia y último salario mensual devengado. Wanda I. Morales Colón

Este documento no me llegó y fue enviado a mi por Prime Clerk LLC a la cual le llamé al 844-822-9231 y ellas me hicieron llegar los papeles por e-mail. Estos documentos eran para el 3 de octubre. Al no llegarme los pude enviar en esa fecha.

Wanda I. Morales
Wade I. Morales

Adjunto carta donde señala fecha a la cual debía mandarla.



**GOBIERNO DE PUERTO RICO**

DEPARTAMENTO DE EDUCACIÓN
SECRETARIA AUXILIAR DE RECURSOS HUMANOS
ARCHIVO DOCENTE

# CERTIFICACIÓN

Certifico que <u>Wanda I. Morales Colón</u>, seguro social **xxx-xx-6076**, ha prestado servicios para el Departamento de Educación del Estado Libre Asociado de Puerto Rico por un periodo de 30 años 5 meses, 2 semanas y 1 día. Con un sueldo de $3,195.00. De acuerdo al expediente personal que consta en el Departamento de Educación ha ocupado los siguientes puestos que se detallan a continuación.

| CATEGORIA | DESDE (D/M/Y) | HASTA (D/M/Y) |
|---|---|---|
| Orientador Escolar – Transitorio Provisional Distrito Escolar de Coamo | 18/1/78 | 01/8/99 |
| Maestra de Educ. Comercial – **Cambio de Estatus a Permanente** | 02/8/99 | |
| Orientador Escolar – Regular Distrito Escolar de Coamo | 03/8/99 | 06/1/05 |
| Consejero Escolar – Regular Distrito Escolar de Santa Isabel **(JUBILADO)** | 07/1/05 | 30/5/08 |

Certificación dada <u>hoy 25 de febrero del 2020,</u> en Hato Rey, Puerto Rico.

*[firma]*

Alfredo Rodríguez Leandry
Especialista de Recursos Humanos I
Oficina de Transacción de Personal Docente

*ARL/mdr*



P.O. Box 190759, San Juan PR 00919-0759 · Tel.: (787)773-3074

El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho

*Proof of Claim:* **110972**
*Claimant:* **Morales Colon, Wanda Ivelisse**

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

### Instructions

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. **Your answers should provide <u>more</u> information than the initial proof of claim.** For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate now on what specific laws you are purporting to rely on, the year the law at issue was passed, and how and why you believe this particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as a Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any and all documentation you believe supports your claim.

Please send the completed form and any supporting documents via **email** to PRClaimsInfo@primeclerk.com, or by **mail or hand delivery** to the following addresseses:

| First Class Mail | Hand Delivery |
| --- | --- |
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### Questionnaire

1. **What is the basis of your claim?**

   ☒ A pending or closed legal action with or against the Puerto Rican government

   ☐ Current or former employment with the Government of Puerto Rico

   ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)

   _____

2. **What is the amount of your claim (how much money do you claim to be owed):**

   7,200

3. **Employment.** Does your claim relate to current or former employment with the Government of Puerto Rico?

   ☐ No. *Please continue to Question 4.*

   ☒ Yes. **Answer Questions 3(a)-(d).**

   3(a). Identify the specific agency or department where you were or are employed:
   Departamento de Educacion

Batch 3

99012340037865

*Proof of Claim:* **110972**
*Claimant:* **Morales Colon, Wanda Ivelisse**

3(b). Identify the dates of your employment related to your claim:
_1977-2008_

3(c). Last four digits of your social security number: _6076_

3(d). What is the nature of your employment claims (select all applicable):
- ☐ Pension
- ☒ Unpaid Wages
- ☐ Sick Days
- ☐ Union Grievance
- ☐ Vacation
- ☐ Other (Provide as much detail as possible. Attach additional pages if necessary).

4. **Legal Action.** Does your claim relate to a pending or closed legal action?
   - ☐ No.
   - ☒ Yes. **Answer Questions 4(a)-(f).**

4(a). Identify the department or agency that is a party to the action.
_Departamento de Educación_

4(b). Identify the name and address of the court or agency where the action is pending:
_Tribunal de Distrito E.U. para el Distrito de P.R. corte de quiebra_

4(c). Case number: _17-03283_

4(d). Title, Caption, or Name of Case: _Casos del Titulo III_

4(e). Status of the case (pending, on appeal, or concluded): _pending_

4(f). Do you have an unpaid judgment? Yes / (No) (Circle one)
If yes, what is the date and amount of the judgment? _____

**Batch 3**

2



SRF 35480

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk
Grand Central Station, PO Box 4708
New York, NY 10163-4708
T: (844) 822-9231
PRClaimsInfo@primeclerk.com

### *** Response Required ***

> **THIS LETTER RELATES TO A PROOF OF CLAIM YOU FILED AGAINST THE GOVERNMENT OF PUERTO RICO IN ITS PROCEEDINGS UNDER THE PUERTO RICO OVERSIGHT, MANAGEMENT, AND ECONOMIC STABILITY ACT.**
>
> **PLEASE READ THIS LETTER CAREFULLY AND RESPOND IN ACCORDANCE WITH THE INSTRUCTIONS BELOW. FAILURE TO RESPOND MAY RESULT IN THE DEBTORS TAKING LEGAL ACTION TO FULLY OR PARTIALLY DISALLOW YOUR CLAIM.**

September 3, 2019

Re: PROMESA Proof of Claim
*In re Commonwealth of Puerto Rico*, Case No. 17-03283
United States District Court for the District of Puerto Rico

Dear Sir or Madam:

This letter relates to a proof of claim you filed in the Title III cases (the "Title III Cases") against the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, or Employees Retirement System of the Government of the Commonwealth of Puerto Rico (collectively, the "Debtors). Prime Clerk LLC, maintains the official claims register in the Title III Cases for the United States District Court in the District of Puerto Rico (the "Court"), and is reaching out to you on behalf of the Debtors.

The Debtors' records reflect that you filed a proof of claim that was logged by Prime Clerk LLC as Proof of Claim Number **110972** . You may download a copy of your claim by visiting Prime Clerk's website at: https://cases.primeclerk.com/puertorico/Home-ClaimInfo.

Additional information is required in order for the Debtors to continue with assessing your claim. The Debtors are unable to determine from the information you provided the basis, nature, or amount for the claim you are attempting to assert against one or more of the Debtors. In responding to this letter, please ensure that you provide all of the information requested and as much detail as possible about your claim. The descriptions you put on your proof of claim were too vague for the Debtors to understand the claim you are trying to assert, so please provide more detail and do not simply copy over the same information.

**Please respond to this letter on or before October 3, 2019 by returning the enclosed questionnaire with the requested information and documentation.**

**Batch 3**


990123400378658

Please send the completed form and any supporting documents via email to PRClaimsInfo@primeclerk.com, or by mail, hand delivery, or overnight mail to the following address:

| First Class Mail | Overnight or Hand Delivery |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

If you do not respond to this request and do not provide the requested information and documentation in support of your claim, the Debtors may be forced to object to your claim.

**If you have any questions about this letter or your claim, please call: Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or email PRClaimsInfo@primeclerk.com.**

PLEASE NOTE: Prime Clerk, LLC is the claims and noticing agent in the Title III Cases, and cannot provide legal or financial advice.

Thank you,

Prime Clerk, LLC



# Ley Núm. 168 del año 2004

(P. de la C. 4743), 2004, ley 168

### Para conceder aumento de 150 dólares a los empleados públicos
### LEY NÚM. 168 DEL 12 DE JULIO DE 2004

Para conceder un aumento de sueldo de ciento cincuenta (150) dólares mensuales a empleados públicos del Gobierno Central del Estado Libre Asociado de Puerto Rico.

### EXPOSICION DE MOTIVOS

Puerto Rico exige mejores servicios gubernamentales y demanda mayor eficiencia y productividad. La consecución de este reclamo social requiere empleados motivados y comprometidos con el desarrollo económico. Los empleados públicos han sido y son los principales ejecutores de los servicios gubernamentales y de las obras de infraestructura esenciales para el beneficio y bienestar de todo el pueblo de Puerto Rico.

Esta Administración, sensible a las necesidades del pueblo y de sus empleados, ha logrado identificar fondos para conceder los aumentos de salarios más abarcadores en la historia laboral del servicio público, sin necesidad de recurrir a la implantación de planes de cesantías. Muchas agencias han logrado hacer economías y facilitar procesos con la colaboración de sus servidores públicos.

En reconocimiento a la labor que realizan nuestros empleados públicos y a la importancia que tiene para esta Administración, los servicios que prestan a las familias puertorriqueñas directa o indirectamente, se provee para un aumento salarial de ciento cincuenta (150) dólares a partir del 1 de octubre de 2004 a todos los empleados públicos que no están cubiertos por la Ley Núm. 45 de 25 de febrero de 1998, según enmendada, y para los que si lo están pero no tienen convenios negociados al 29 de febrero de 2004.

En el caso de los empleados sindicados bajo Ley Núm. 45 de 25 de febrero de 1998, según enmendada, en unidades apropiadas cubiertas por convenios colectivos firmados y vigentes con cláusulas de aumentos de salarios, recibirán este aumento al 1 de julio de 2004. Aquellos que hayan negociado mediante convenio una cantidad menor a la autorizada mediante esta legislación, recibirán la cantidad que sea necesaria para completar e aumento propuesto de cientos cincuenta (150) dólares mensuales en efectivo el 1 de julio de 2004. Por otra parte, aquellos que hubiesen negociado un aumento de salario mayor a los ciento cincuenta (150) dólares mensuales podrán recibir la diferencia siempre que la agencia aporte los costos adicionales que conlleve.

### DECRETASE POR LA ASAMBLEA LEGISLATIVA DE PUERTO RICO:

**Artículo 1.-**Los aumentos concedidos al amparo de esta Ley serán de la siguiente forma:

(a) Ciento cincuenta (150) dólares mensuales de aumento de sueldo a los empleados públicos que al 30 de septiembre de 2004 estén en servicio activo, sin distinción de status ni categoría. Cuando en un puesto se prestasen servicios a jornada parcial, el aumento a concederse será proporcional a la jornada de trabajo. Aquellos empleados vinculados al servicio que no estén en servicio activo al 1 de octubre de 2004, tendrán derecho a recibir el aumento efectivo a la fecha que se reintegre al servicio.

El aumento de sueldo se concederá aún cuando el empleado esté devengando un sueldo igual o superior al tipo máximo de la escala o que con el aumento exceda éste. Dicho aumento no afectará el margen retributivo de que disfrutan los empleados para mejoramiento salarial ni se ajustará a escala. Se dispone que las acciones de personal que se efectúen con posterioridad a la vigencia se tramitarán conforme a las normas que emita la Oficina Central de Asesoramiento Laboral y de Administración de Recursos Humanos, en armonía con la Ley Núm. 89 de 12 de julio de 1979, según enmendada, conocida como Ley de Retribución Uniforme y el Reglamento de Retribución Uniforme.

(b) Ciento cincuenta (150) dólares mensuales de aumento de sueldo a los empleados públicos que al 30 de junio estén en servicio activo, y cubiertos por un convenio colectivo bajo la Ley Núm. 45 de 25 de febrero de 1998, según enmendada, vigente y firmado antes del 29 de febrero de 2004. Cuando en un puesto se prestan en servicios a jornada parcial, el aumento a concederse será proporcional a la jornada de trabajo. Aquellos empleados vinculados a los servicios que no estén en servicio activo al 1 de julio de 2004, tendrán derecho a recibir el aumento efectivo a la fecha que se reintegre al servicio.

El aumento de sueldo se concederá aún cuando el empleado esté devengando un sueldo igual o superior al máximo de la escala o que con el aumento excedan éste. Dicho aumento no afectará el margen retributivo de que disfrutan los empleados para mejoramiento salarial ni se ajustará a escala. Se dispone que las acciones de personal que se efectúen con posterioridad a la vigencia se tramitarán conforme a las normas que emita la Oficina Central de Asesoramiento Laboral y de Administración de Recursos Humanos, en armonía con la Ley Núm. 89 de 12 de julio de 1979, según enmendada, conocida como Ley De Retribución Uniforme y el Reglamento de Retribución Uniforme.

**Artículo 2.-** El costo del aumento de sueldo propuesto será sufragado por fondos a ser provistos mediante reembolso por la Oficina de Gerencia y Presupuesto, con cargo a las asignaciones que para este propósito se incluyeron en la Resolución Conjunta del Presupuesto General. Sin embargo, dicho reembolso cubrirá únicamente los sueldos que son sufragados con recursos provenientes del Fondo General. Se dispone que los empleados públicos que conforme a las fechas aquí establecidas cualifican para este aumento, pero cobran de otros fondos, reciban los mismos aumentos con cargo a los fondos especiales federales y estatales de los cuales cobran. Las agencias para las cuales trabajen este tipo de empleados públicos, así como aquellos cuyo presupuesto proviene de una fórmula, deberán hacer los ajustes correspondientes en dichos fondos para otorgar aumentos de salarios, según lo dispuesto en este Artículo.

**Artículo 3.-** Para obtener el reembolso al que se hace referencia en el Artículo 2 de esta Ley, cada agencia que sufrague dichos aumentos del Fondo General someterá a la Oficina de Gerencia y Presupuesto una relación certificada del aumento concedido para todos los empleados beneficiarios, según defina la Oficina de Gerencia y Presupuesto. Dicha certificación debe recibirse en la Oficina de Gerencia y Presupuesto no más tarde del 31 de octubre de 2004.

**Artículo 4.-** Se excluyen de las disposiciones de esta Ley las siguientes agencias o dependencias públicas: (1) Universidad de Puerto Rico; (2) las corporaciones públicas que tiene autoridad expresa para llevar a cabo convenios colectivos bajo las disposiciones de la Ley Núm. 130 de 8 de mayo de 1945, según enmendada; (3) la Rama Judicial; (4) los empleados municipales y/o aquellos que presten servicios a los municipios; (5) los miembros del Personal del Sistema de Rango del Cuerpo de Bomberos de Puerto Rico; y (6) los miembros del Sistema de Rango de la Policía de Puerto Rico.

**Artículo 5.-** El aumento concedido en esta Ley será efectivo el 1 de octubre de 2004, para todos los empleados públicos que no están cubiertos por la Ley Núm. 45 de 25 de febrero de 1998, según enmendada, y para los que, aún estándolo, no tenían un convenio firmado al 29 de febrero de 2004 que tuviera cláusula de aumentos de salarios negociados. El mismo no tendrá el efecto de interrumpir el tiempo para ser acreedor de un aumento por años de servicio, conforme la Ley Núm. 89 de 12 de julio de 1979, según enmendada, conocida como Ley de Retribución Uniforme.

Los empleados sindicados bajo la Ley Núm. 45 de febrero de 1988, según enmendada, en unidades apropiadas cubiertas por convenios colectivos vigentes y firmados, al 29 de febrero de 2004, recibirán este

aumento al 1 de julio de 2004. Aquellos que hayan negociado mediante convenio una cantidad menor a la propuesta mediante esta legislación, recibirán la cantidad que sea necesaria para completar el aumento propuesto de ciento cincuenta (150) dólares mensuales efectivo el 1 de julio de 2004.

Por otra parte, aquellos que hubieran negociado un aumento de salario mayor a los ciento cincuenta (150) dólares mensuales, podrán recibir el mismo siempre que la agencia aporte los costos adicionales que conlleve dicho aumento.

**Artículo 6.-**Los sindicatos que representen empleados en unidades apropiadas cubierta por la Ley Núm. 45 de 25 de febrero de 1998, según enmendada, cuyos miembros de la unidad apropiada reciban este año fiscal el aumento dispuesto en esta Ley, sólo podrán negociar colectivamente aumentos de sueldo adicionales con cargo al presupuesto para el año fiscal 2005-2006 y conforme a la Ley Núm. 45 de 25 de febrero de 1998, según enmendada.

**Artículo 7.-**Toda disposición de ley que esté en conflicto con lo aquí dispuesto quedar sin efecto mientras tenga aplicabilidad esta Ley.

**Artículo 8.-**Esta Ley comenzará a regir inmediatamente después de su aprobación.

**Nota Importante:** Esta ley es copia de la ley original cuando fue aprobada, no incluye enmiendas posteriores.

<u>**Presione Aquí para regresar al Menú anterior y seleccionar otra ley.**</u>

### ADVERTENCIA

Este documento constituye un documento de las leyes del Estado Libre Asociado de P.R. que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las leyes de Puerto Rico. Su distribución electrónica se hace como un servicio público a la comunidad. Siempre busque leyes posteriores para posibles enmiendas a esta ley.

# LexJuris de Puerto Rico siempre está bajo construcción.

| Home| Leyes y Jurisprudencia | Información | Agencias | Profesionales | Biografías | Historia | Pueblos de Puerto Rico| Servicios
|Publicidad | Directorios | Compras | Eventos | Noticias | Entretenimiento |Publicaciones CD| Ordenanzas | Revista Jurídica |

© 1996-2004 LexJuris de Puerto Rico - Derechos Reservados

www.lexjuris.com/lexlex/Leyes2004/lexl2004168.htm

Wanda I. Morales Colón
P.O. Box 1713
Coamo, Puerto Rico
00769



1000   00918   U.S. POSTAGE PAID
FCM LG ENV
COAMO, PR
00769
FEB 28, 20
AMOUNT
$1.60
R2303S103139-06

RECEIVED & FILED
2020 MAR -3 PM 5:28
CLERK'S OFFICE
US DISTRICT COURT

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767