# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Morning session:
Set: 9:30 AM (AST)
Started: 9:39 AM (AST)
Ended: 12:10 PM (AST)

Afternoon session:
Set 1:10 PM (AST)
Started: 1:14 PM (AST)
Ended: 6:43 PM (AST)

**MINUTES OF PROCEEDINGS**
**BEFORE JUDGE LAURA TAYLOR SWAIN**   DATE: March 4, 2020
**U.S. MAGISTRATE JUDGE JUDITH G. DEIN**
COURTROOM DEPUTY: Carmen Tacoronte
COURT REPORTER: Amy Walker

| In Re:<br><br>The Financial Oversight and Management Board for Puerto Rico<br><br>*as representative of*<br><br>The Commonwealth of Puerto Rico, *et al.*<br>Debtors | 3:17-BK-3283 (LTS)<br><br>PROMESA Title III<br><br>(Jointly Administered) |
|---|---|

| In Re:<br><br>The Financial Oversight and Management Board for Puerto Rico<br><br>*as representative of*<br><br>COFINA,<br><br>Debtor | 3:17-BK-3284 (LTS)<br><br>PROMESA Title III<br>(Jointly Administered) |
|---|---|

3:17-BK-3283 (LTS)
Omnibus Hearing – March 4, 2020

| In Re:<br><br>The Financial Oversight and Management Board for Puerto Rico<br><br>*as representative of*<br><br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico,<br><br>Debtor | 3:17-BK-3566 (LTS)<br><br>PROMESA Title III<br>(Jointly Administered) |
|---|---|
| In Re:<br><br>The Financial Oversight and Management Board for Puerto Rico<br><br>*as representative of*<br><br>Puerto Rico Highways and Transportation Authority,<br><br>Debtor | 3:17-BK-3567 (LTS)<br><br>PROMESA Title III<br>(Jointly Administered) |

3:17-BK-3283 (LTS)
Omnibus Hearing – March 4, 2020

| | |
|---|---|
| In Re:<br><br>The Financial Oversight and Management Board for Puerto Rico<br><br>*as representative of*<br><br>Puerto Rico Electric Power Authority,<br><br>Debtor | 3:17-BK-4780 (LTS)<br><br>PROMESA Title III<br>(Jointly Administered) |
| In Re:<br><br>The Financial Oversight and Management Board for Puerto Rico<br><br>*as representative of*<br><br>Puerto Rico Public Buildings Authority,<br><br>Debtor | 3:17-BK-5523 (LTS)<br><br>PROMESA Title III<br>(Jointly Administered) |

| | |
|---|---|
| Financial Oversight and Management Board for Puerto Rico<br>*as representative of the Employee Retirement System of the Government of the Commonwealth of Puerto Rico Puerto Rico*<br><br>Plaintiff<br><br>v.<br><br>Wanda Vazquez Garced, <u>*et al.*</u><br><br>Defendants | 3:19-AP-00393 (LTS)<br><br>in 3:17-BK-3283 (LTS) |

3:17-BK-3283 (LTS)

Omnibus Hearing – March 4, 2020

| | |
|---|---|
| Autoridad de Energia Electrica de Puerto Rico<br><br>Plaintiff<br><br>v.<br><br>Vitol S.A., *et al.*<br><br>Defendants | 3:19-AP-00453 (LTS)<br><br>in 3:17-BK-4780 (LTS) |

**1ST DAY OF OMNIBUS HEARING HELD.**

**I.  STATUS REPORTS**

    1.  Report from the Oversight Board.

    2.  Report AAFAF.

**II.  FEE APPLICATIONS**

    1.  Report from the Fee Examiner regarding (I) Summary of Uncontested Fee Applications for the Seventh Interim (June 1–September 30, 2019) and Prior Compensation Periods, and (II) Notice of Deferral of Specific Fee Application for Consideration at the April 22, 2020 Omnibus Hearing of a Later Date

        a.  Order approving fee applications to be issued.

    2.  Omnibus Objection to Fee Applications Filed by Professionals and Request to Increase Holdback Amount. [Case No. 17-3283, ECF No. 9419, Case No. 17-4780, ECF No. 1799]

        a.  Overruled. Order to be issued.

    3.  Fee Examiner's Limited Objection to the Amended First Interim Fee Application of Duff & Phelps LLC [Case No. 17-3283, ECF No. 8862]

        a.  Withdrawn.  Order approving fee application to be issued.

3:17-BK-3283 (LTS)
Omnibus Hearing – March 4, 2020

### III.    MEDIATION REPORT

1. Amended Report and Recommendation of the Mediation Team. Amended Report and Recommendation of the Mediation Team [Case No. 17-3283, ECF No. 10756]

    a. Judge Barbara Houser heard.

    b. Approved with modifications. Orders to be entered.

2. Debtors' Motion to Schedule a Hearing to Consider the Adequacy of Information Contained in the Disclosure Statement. [Case No. 17-3283, ECF No. 10808]

    a. Granted with modifications. Order to be entered.

3. UCC's Motion to Set Briefing Schedule and Hearing Date for Omnibus Objection to Claims Filed or Asserted Against Commonwealth by Holders of General Obligation Bonds Asserting Priority Over Other Commonwealth Unsecured Creditors. [Case No. 17-3283, ECF No. 10754]

    a. Denied. Order to be issued.

4. Debtors' Motion to Establish Pre-Solicitation Procedures for Certain Holder of Retirement Benefit Claims. [Case No. 17-3283, ECF No. 10839, Case No. 17-3566, ECF No. 810]

    a. Revised proposed order to be submitted.

### VI.    MATTERS BEFORE JUDGE DEIN

1. The DRA Parties' Motion to Participate in the Monolines' Amended Lift Stay Litigation. [Case No. 17-3283, ECF No. 10835, Case No. 17-3567, ECF No. 685]

    a. Not heard. Order issued on the papers.

2. Monolines' Motion to Compel Discovery in Connection with HTA Lift-Stay Motion. [Case No. 17-3283, ECF No. 11686, Case No. 17-3567, ECF No. 704]

    a. Allowed with modifications. Order to be entered. Parties to file status report by March 11, 2020.

3. Monolines' Motion to Compel Discovery in Connection with CCDA and PRIFA Lift-Stay Motions. [Case No. 17-3283, ECF No. 11687]

    a. Allowed with modifications. Order to be entered. Parties to file status report by March 11, 2020.

3:17-BK-3283 (LTS)
Omnibus Hearing – March 4, 2020

VII. **CONTESTED CLAIM OBJECTIONS**

*\*\*Ms. Angelica Carrasco and Ms. Sandra Torres were present in court assisted by Ms. Olga Alicea (certified interpreter). They were informed by the Court that objections to their proofs of claim will be heard on April 22, 2020.*

**Further Omnibus Hearing set for March 5, 2020 at 9:30 AM (AST).**

s/Carmen Tacoronte
Carmen Tacoronte
Courtroom Deputy
