12 de enero de 2020

United States District Court
For the District of Puerto Rico

Estimados Señores:

Según indicado en el documento recibido de ustedes, expongo la siguiente réplica. Mi nombre es Wanda I. Morales Colón. Mi número de teléfono es 787-356-4963. Mi correo electrónico es wandaimoralescolon@yahoo.com. Esta réplica obece al caso The financial oversight and Management Bord For Puerto Rico The Conmonwealth of Puerto Rico (Debtors, sobre el caso Promesa III # No. 17 BK 3283-LTS. Mi reclamación es la # 108351.

La réplica se expone a base de la Ley #124 de 9 de agosto de 1995- aumento de sueldo por años de servicio por la cantidad de $60.00 mensuales de la cual incluyo copia. Este aumento no fue recibido por mi persona. Esto implica una cantidad de $9,360 hasta el año 2008 que ocurre mi retiro del Departamento de Educación de Puerto Rico.

Solicité al Departamento de Educación el día 19 de noviembre de 2019, una certificación de salarios y experiencia de mis años laborales en el Departamento

de Educación de Puerto Rico. Al día de hoy no se ha recibido contestación y entiendo que tardará por la situación de los temblores de tierra que están ocurriendo en Puerto Rico. Una vez recibida esta documentación se la haré llegar para el proceso que corresponde. Incluyo copias de talonarios para que conste que laboré en el Dept. de Educación de Puerto Rico. Además incluyo la Evidencia de reclamación.

Cordialmente,
Wanda I. Morales Colón
*Wanda I. Morales Colón*

#108351            27 de febrero de 2020

Según indicado en esta carta del 12 de enero de 2020 previamente enviada, la cual añado copia para que conste como evidencia, el pasado 19 de diciembre de 2019, solicité al Departamento de Educación una certificación de salario y sueldo, experiencia. Incluyo la certificación que recibí en estos días.

Wanda I. Morales Colón
*Wanda I. Morales Colón*