

**GOBIERNO DE PUERTO RICO**

DEPARTAMENTO DE EDUCACIÓN
SECRETARIA AUXILIAR DE RECURSOS HUMANOS
ARCHIVO DOCENTE

# CERTIFICACIÓN

Certifico que <u>Wanda I. Morales Colón</u>, seguro social **xxx-xx-6076**, ha prestado servicios para el Departamento de Educación del Estado Libre Asociado de Puerto Rico por un periodo de 30 años 5 meses, 2 semanas y 1 día. Con un sueldo de $3,195.00. De acuerdo al expediente personal que consta en el Departamento de Educación ha ocupado los siguientes puestos que se detallan a continuación.

| CATEGORIA | DESDE (D/M/Y) | HASTA (D/M/Y) |
|---|---|---|
| Orientador Escolar – Transitorio Provisional Distrito Escolar de Coamo | 18/1/78 | 01/8/99 |
| Maestra de Educ. Comercial – **Cambio de Estatus a Permanente** | 02/8/99 | |
| Orientador Escolar – Regular Distrito Escolar de Coamo | 03/8/99 | 06/1/05 |
| Consejero Escolar – Regular Distrito Escolar de Santa Isabel **(JUBILADO)** | 07/1/05 | 30/5/08 |

Certificación dada <u>hoy 25 de febrero del 2020,</u> en Hato Rey, Puerto Rico.

Alfredo Rodríguez Leandry
Especialista de Recursos Humanos I
Oficina de Transacción de Personal Docente

ARL/mdr



P.O. Box 190759, San Juan PR 00919-0759 · Tel.: (787)773-3074

El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho