Wanda I. Morales Colón
P.O. Box 1713
Coamo, Puerto Rico
00769




U.S. POSTAGE PAID
FCM LG ENV
COAMO, PR
00769
FEB 28, 20
AMOUNT
$1.60
R2303S103139-06

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767