# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

## NOTICE OF APPEARANCE

**NOW APPEARS** Financial Guaranty Insurance Company ("***FGIC***") and hereby enters its appearance by and through the undersigned counsel pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure, made applicable to these proceedings by Section 310 of the Puerto Rico Oversight, Management and Economic Stability Act, 48 U.S.C. § 2170, and very respectfully requests that copies of all notices and pleadings given or required to be given in this case by any party or their counsel of record, whether in writing or by telephone, fax, or any other form of transmission, and all papers served or required to be served in this case by any party or their counsel of record, be given and served upon:

**BUTLER SNOW LLP**

James E. Bailey III
Crescent Center, Suite 500
6075 Poplar Avenue
Memphis, TN 38187
Telephone: (901) 680-7200
Facsimile: (901) 680-7201
E-mail: jeb.bailey@butlersnow.com
*\*Admitted pro hac vice in Case No. 17-BK-03283-LTS, Dkt. No. 11831*

51944430.v1

This, the 5th day of March, 2020.

        Respectfully submitted,

        BUTLER SNOW LLP

        By: */s/ James E. Bailey III*
            James E. Bailey III
            Crescent Center, Suite 500
            6075 Poplar Avenue
            Memphis, TN 38187
            Telephone: (901) 680-7200
            Facsimile: (901) 680-7201
            E-mail: jeb.bailey@butlersnow.com

        *Attorney for Financial Guaranty Insurance Company*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify case participants.

Dated: March 5, 2020         Respectfully submitted,

        By: */s/ James E. Bailey III*
            JAMES E. BAILEY III

        *Attorney for Financial Guaranty Insurance Company*

51944430.v1