2 de enero de 2020

United States District Court
For the District of Puerto Rico

Estimados Señores:

Según indicado en el documento recibido de ustedes, expongo la siguiente réplica. Mi nombre es Wanda I. Morales Colón. Mi número es teléfono es 787-356-4963. Mi correo electrónico es wandi_moralescolon@yahoo.com Esta réplica obedece al caso The financial Oversight and Management Bord For Puerto Rico The Commonwealth of Puerto Rico (Debtors, sobre el caso Promesa III #17BK 3283 - LTS. Mi reclamación es la # 103648.

La réplica se expone a base de la Ley # 34 Bono Navidad, sobre aumento al Bono Navidad de 300.00 cual incluyo copia. Este aumento no fue recibido por mi persona. Esto implica una cantidad desde el 1997 - 2008 de 3,300 dólares el 2008 me retire del Departamento de Educación de Puerto Rico.

Solicité al Departamento de Educación el día 19 de noviembre de 2019 una certificación de salarios y experiencia de mis años laborales en el D.E.P.R. Al

día de hoy no se ha recibido contestación y entiendo que se tardará por la situación que ocurre en P.R. sobre los temblores de tierra. Una vez recibida esta documentación se le haré llegar para el proceso que corresponda. Incluyo copia talonario para que conste que laboré en el Departamento de Educación de Puerto Rico. Además incluyo Evidencia de la reclamación.

Cordialmente
Wanda I. Morales Colón
Wanda I. Morales Colón

#103648         27 de febrero de 2020

Según indicado en esta carta del 12 de enero de 2020 previamente enviada la cual añado copia para que conste como evidencia, el pasado 19 de diciembre de 2019 solicité al Departamento de Educación una certificación de salario y experiencia.

Incluyo la certificación que recibí en estos días.

Wanda I. Morales Colón
Wanda I. Morales Colón