Wanda I. Morales Colón
P.O. Box 1713
Coamo, Puerto Rico
00769




U.S. POSTAGE PAID
FCM LG ENV
COAMO, PR
00769
FEB 28, 20
AMOUNT
$1.60
R2303S103139-06

RECEIVED & FILED
2020 MAR -3 PM 5:28
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767