de febrero de 2020

Clerk's Office
United States
District Court
Room 150 Federal Bldg.
San Juan, P.R. 009-18
1767

Me dirijo a ustedes para explicar las razones por las cuales no estoy de acuerdo con la objeción. Fui maestra del Departamento de Educación de P.R. por 28 años, desde 1 de agosto del 1977 al 30 de julio de 2005. Durante ese tiempo el E.L.A. de P.R. aprobó unas leyes que beneficiaban al magisterio las cuales están mencionadas en mi solicitud #99127. De esas leyes no he recibido ningún tipo de compensación monetaria. Es por eso que reclamo la cantidad de $35,000.00. Como compensación por el dinero que no se me ha pagado. Considero que tengo derecho a esta

compensación, según entendido.

Gracias por su atención.

atentamente,
Ana E. Sánchez Olivo

Ana E. Sánchez Olivo
Ext. Jardines de Arroyo
Calle H-I 28
Arroyo, P.R. 00714