Sanchez Olivo, Ada E.
Ext. Jard. de Arroyo
Calle H-I 28
Arroyo, P.R. 00714



RECEIVED & FILED
2020 FEB 20 PM 3:46
CLERK'S OFFICE
SAN JUAN

Tribunal de Distrito de
los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767

Ana Sánchez Olivero
Urb. Jard. de Arroyo
Calle H-I 28
Arroyo, P.R. 00714



Clerk's Office
United States District Court
Room 150 Federal Bldg.
San Juan, P.R. 00918-1767

RECEIVED & FILED
2020 MAR -3 PM 5:38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.