Marilyn Rivera Ruiz
Urb. Los Almendros
Calle 8 G2
Villalba PR
00766



RECEIVED & FILED
2020 MAR -3 PM 5:41
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

Secretaría (Clerks Office)
Tribunal de Distrito de Estados Unidos
#150 Chardon Avenue
Federal Building
San Juan P.R. 00918-1767