

**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

SRM-SB-024
Rev. marzo 2017

## CERTIFICACIÓN DE PENSIÓN

HENRIQUEZ VELAZQUEZ, NIDZA C
VILLA DEL CARMEN
4308 AVE CONSTANCIA
PONCE PR 00716-2143

Certifico que HENRIQUEZ VELAZQUEZ, NIDZA C recibe de una pensión vitalicia del Sistema de Retiro para Maestros. La pensión mensual es de $2,575.56 equivalente a $30,906.72 anual. Luego de las deducciones recibe la cantidad de $2,451.56 mensual, equivalente a $29,418.72 anual.

Esta certificación se expide hoy 25 de febrero de 2020.



Número de Certificación: SRM03P2001125

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Estado Libre Asociado de Puerto Rico: http://www.pr.gov o en nuestro Portal en http://www.srm.pr.gov

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918
P.O. Box 191879 · San Juan PR 00919-1879

☏ 787.777.1414    📠 787.759.2883    www.srm.pr.gov





CERTIFICACIÓN AÑOS DE SERVICIO Y EDAD

20 de diciembre de 2010

SRA MATILDE PEDRAZA
SECCION NOMBRAMIENTOS Y CAMBIOS
DEPARTAMENTO DE EDUCACION

Prof: Nidza C Henríquez Velázquez

El (La) profesor (a) de referencia ha radicado una Solicitud de Retiro por la Ley Núm. 91 del 29 de marzo de 2004 (Ley del Sistema de Retiro para Maestros del Estado Libre Asociado de Puerto Rico)
[ X ] Años de Servicio   [ ] Edad   [ ] Diferida   [ ]Suplementaria
Al **19 de noviembre de 2010** ( fecha en que piensa renunciar ) ( fecha de su última cotización recibida )
[ X ] cualifica [ ] no cualifica, para acogerse a la jubilación, y tiene el siguiente tiempo:

| AÑOS | MESES | SEMANAS | DÍAS | EDAD |
|---|---|---|---|---|
| 30 | 1 | - | 1 | 55 |

Los pagos pendientes no están considerados en esta certificación. Los mismos son:
   [ ] Reconocimiento Tiempo
   [ ] Diferencia en Por Ciento por Transferencia Recibida
   [ ] Reembolso de Cuotas
   [ X ] No aplica

**De cualificar para pensión y tener menos de 30 años de servicios cotizados, cualifica para una pensión calculada al 1.8 por ciento del promedio de los 36 salarios más altos, multiplicado por el tiempo cotizado.**

**El tiempo certificado puede variar, de encontrarse diferencias en el Informe de Cambio enviado por el Departamento de Educación u otras Instituciones Gubernamentales y de existir anulaciones futuras entre cuentas que afecten las Aportaciones del Sistema. Deberá permanecer cotizando en nuestro Sistema hasta la fecha que proyecta retirarse.**

**Las Pólizas de Salud y Planes Médicos deben ser pagados directamente a las aseguradoras hasta tanto sometan las autorizaciones de descuentos para tramitar en su pensión.**
**Todas las aportaciones deben estar en el sistema al momento de procesar su pensión.**

Cordialmente,

Ivonne L Ortiz Valladares
Directora
Área Servicios de Retiro

Sandra L Muñoz Colón
Oficial Principal Servicios de Retiro

FELD/ebc

CF: PROF: NIDZA C HENRIQUEZ VELAZQUEZ
   URB VILLA DEL CARMEN
   4308 AVE CONSTANCIA
   PONCE PR 00716

PO Box 191879 San Juan, PR 00919-1879 Teléfonos (787)754-8611 ó 1-877-JRETIRO (573-8476)
http://www.srm.gobierno.pr  E-mail: consulta@srm.gobierno.pr

DEPARTAMENTO DE EDUCACION
DISTRITO REGIONAL PONCE
ESCUELA REACREDITADA HEMETERIO COLÓN
PONCE, PUERTO RICO

11 de enero de 2011

Sra. Nidza Henriquez
Maestra de Ciencias
Escuela Hemeterio Colón
Ponce, Puerto Rico

Estimada señora Henríquez:

¡Saludos!

Atendiendo su decisión de acogerse al retiro, acepto su renuncia, efectiva el 4 de febrero de 2011, para que pueda continuar con sus planes. Siéntase usted con la inmensa satisfacción del deber cumplido. Aprecio mucho su compromiso con los estudiantes.

Gracias a nombre de los estudiantes de Puerto Rico.

Dios le bendiga siempre.

Atentamente,

Radamés Cruz García
Director

arp



# DEPARTAMENTO DE EDUCACIÓN
Department of Education

ESTADO LIBRE ASOCIADO DE PUERTO RICO
Commonwealth of Puerto Rico

## Certificado Vitalicio

El Secretario de Educacion por la presente confiere a
*The Secretary of Education hereby issues to*

**NIDZA C. HENRIQUEZ VELAZQUEZ**

el presente Certificado de Maestro que lo faculta para ejercer como
*this Certificate that entitles the holder to perform as*

MAESTRO(A) DE EDUCACION SECUNDARIA (CIENCIA)
SECONDARY SCHOOL TEACHER (SCIENCE)

en las escuelas publicas o privadas de Puerto Rico.
*in the School System of Puerto Rico*

Expedido el **01 de julio** de 20 **10**
Issued on July 01, 20 10

Dado en San Juan de Puerto Rico, el **07 octubre** de 20 **10**
Given at San Juan Puerto Rico on October 07, 20 10

Dr. Jesús M. Rivera Sánchez
Secretario de Educación
*Secretary of Education*

Número de Certificado: 959878
Certificate Number: 959878



# DEPARTAMENTO DE EDUCACIÓN
Department of Education

ESTADO LIBRE ASOCIADO DE PUERTO RICO
Commonwealth of Puerto Rico

## Certificado de Maestro
Teacher's Certificate

El Secretario de Educación por la presente confiere a
The Secretary of Education hereby issues to

**NIDZA C. HENRIQUEZ VELAZQUEZ**

el presente Certificado que lo faculta para ejercer como
this Certificate that entitles the holder to perform as

MAESTRO(A) DE EDUCACION SECUNDARIA (BIOLOGÍA)
SECONDARY SCHOOL TEACHER (BIOLOGY)

en las escuelas publicas o privadas de Puerto Rico.
in the School System of Puerto Rico

Expedido desde 01 de julio de 2007 hasta 14 de julio de 20 13
Issued on July 01 2007 and valid until July 14 20 13

Dado en San Juan de Puerto Rico, el 07 de octubre de 20 10
Given at San Juan, Puerto Rico on October 07 20 10

Dr. Jesús M. Rivera Sánchez
Secretario de Educación
Secretary of Education

Número de Certificado: 959876
Certificate Number: 959876

*[Handwritten note at top: "Año en que me retiré"]*

**Estado Libre Asociado de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 04/01/2011 |
| Hasta: | 04/15/2011 |

Business Unit: PUERT
Aviso #: **7294145**
Fecha Aviso: 04/14/2011

NIDZA C HENRIQUEZ VELAZQUEZ
URB VILLA DEL CARMEN
4308 AVE CONSTANCIA
PONCE, PR 00716
SS: XXX-XX-2929

# Empleado: XXXXX2929
Dept: 592160-ANOS SERVICIO LEY91 2004
Lugar: A/OS SERVICIO LEY 91
Titulo: Pensionado
Sueldo: $2,575.55 Monthly

| | Federal | PR |
|---|---|---|
| DATA IMP: | | |
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 + 99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,287.78 | 82.50 | 1,287.78 |
| Pago Retiro Pensionados | | | 0.00 | | 4,783.07 |
| Total: | | | 1,287.78 | 82.50 | 6,070.85 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 117.31 | 586.55 |
| SM-First Medical Health Plan | 39.00 | 39.00 |
| Total: | 156.31 | 625.55 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|

* Tributable

## TOTAL BRUTO

| | | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 1,287.78 | 0.00 | 156.31 | 1,131.47 |
| Acumulado: | 6,070.85 | 0.00 | 625.55 | 5,445.30 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #7294145 | 1,131.47 |
| Total: | 1,131.47 |

## PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

MENSAJE:

---

**Estado Libre Asociado de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
04/14/2011

Aviso No.
7294145

Cant. Desposito: **$1,131.47**

A la Cuenta(s) De
NIDZA C HENRIQUEZ VELAZQUEZ
URB VILLA DEL CARMEN
4308 AVE CONSTANCIA
PONCE, PR 00716

Location: A/OS SERVICIO LEY 91

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | | $1,131.47 |
| Total: | | $1,131.47 |

## NO-NEGOCIABLE

Case:17-03283-LTS   Doc#:12067-1   Filed:03/03/20   Entered:03/05/20 13:04:41   Desc: Exhibit   Page 7 of 9

# Caribbean University

Bayamón, Puerto Rico

The Trustees of the University by virtue of the authority vested in them and upon recommendation of the Faculty have conferred upon

## Nidza C. Henríquez Velázquez

the degree of

### Master of Arts in Education

together with all the rights, privileges and honors pertaining to that degree and the Trustees grant this Diploma as evidence thereof.

Given at the Caribbean University at Bayamón, Puerto Rico, this month of June, two thousand three.



Chairman of the Board of Trustees

President of the University



**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Nidza Hernriquez Velázquez**, con número de seguro social que termina en **2929**.

| | |
|---|---|
| Fecha de Efectividad de la Pensión | 5 de febrero de 2011 |
| Tiempo Cotizado para la Pensión | 30 años, 3 mes, 0 sem, 1 día |
| Pensión Mensual Inicial | $2,575.55 |
| Pensión Mensual Actual | $2,575.55 |

Esta certificación se expide hoy, **27 de febrero de 2020** en **San Juan, Puerto Rico**.

*Cynthia Sanjurjo Santos*
**Cynthia Sanjurjo Santos**
**Supervisora**
**Centro de Contacto**

sba

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879



☎ 787.777.1414    📠 787.764.6910    www.srm.pr.gov

# The Pontifical Catholic University of Puerto Rico

Upon recommendation of the Faculty and
by authority of the Board of Trustees
hereby confers on

## Nidza Cecilia Henriquez Velázquez

the degree of

## Doctor of Education
### Curriculum and Teaching

together with all the rights and privileges pertaining to that degree
In Witness Whereof the seal of the University
and the signatures of the Grand Chancellor and President
are hereby affixed at Ponce, Puerto Rico, May 28, 2011.



_____  _____
Grand Chancellor                                      President