Sra. Nidza C. Henríquez Velázquez
Urb. Villa del Carmen Ave. Constancia
4308 Ponce, Puerto Rico 00716

CERTIFIED MAIL

7019 2970 0002 2160 8383

U.S. POSTAGE PAID
FCM LG ENV
PONCE, PR
00730
FEB 28, 20
AMOUNT
$7.80
R2305K133237-11

RECEIVED & FILED
2020 MAR -3 PM 5:42
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

To: Secretaría Clerk's Office
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico
00918-1767