Guayanilla, P.R.
28 de febrero de 2020.

Estado Libre Asociado de P.R.
Secretaría del Tribunal de Distrito
de E.U. Room 150
Federal Building, San Juan, P.R.
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.

Réplica no. 2:
Reclamación: Promesa 97-708
Número de caso. 17 BK 03283 L.T.S.
Causa por reclamación tardía:
Temblores y Terremoto.

Yo, Myriam Touset Rodriguez, no estoy de acuerdo con la objeción, ya que trabajé para el Dpto. de Educación Elemental de P.R. por 30 años; desde los años 1975 con Título I; el resto de años desde el 1978 al 2009. En los años 1980 al 1989 el gobernador para esos años ofrecieron unos aumentos en mi sueldo; los cuales nunca los recibí.

Queda de usted,
Myriam Touset Rodriguez

* Ver al dorso: dirección
cantidad q. determino: $75,000

Myriam Imset Rodriguez,
Urb. Paseos Guaynía No. 15
Bo. Macaná, Carr. 132 - ramal 382
Guayanilla, P.R.