## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| MYRIAM TOUSET RODRIGUEZ | | 31 1087 | 040926 | 614158412 |

**DEDUCCIONES**

| ESPECIFICAS | | | | | MISCELANEAS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS AHORROS / SEGURO | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | | | | | | | |
| 51704 | | 62790 | | | 06 | 7427 | | | | |
| MES CORRIENTE | | | | | | | | | | |
| 5414 | | 6384 1150 | | | | | | | | |

| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ª QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |
|---|---|---|---|---|---|---|
| 897000 | 000 | 000 | 91200 | 29400 | 30435 | 31165 |

ACUMULADO DURANTE EL AÑO NATURAL | MES CORRIENTE

VEASE CLAVES AL DORSO

*Myriam Touset Rodriguez* *Myriam Touset Rodriguez*

### INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| MYRIAM TOUSET RODRIGUEZ | | 30 1188 | 044578 | 644764374 |

**DEDUCCIONES**

| ESPECIFICAS | | | | | MISCELANEAS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS AHORROS / SEGURO | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | | | | | | | |
| 18939 | | 73917 | | | 06 | 7827 | | | | |
| MES CORRIENTE | | | | | | | | | | |
| 2068 | | 6909 10350 | | | | | | | | |

| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ª QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |
|---|---|---|---|---|---|---|
| 1055950 | 000 | 000 | 98700 | 35700 | 27154 | 35846 |

VEASE CLAVES AL DORSO

*Myriam Touset Rodriguez* *Myriam Touset Rodriguez*

### INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| MYRIAM TOUSET RODRIGUEZ | | 31 0788 | 030446 | 635252679 |

**DEDUCCIONES**

| ESPECIFICAS | | | | | MISCELANEAS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS AHORROS / SEGURO | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | | | | | | | |
| 10667 | | 46281 | | | 06 | 7827 | | | | |
| MES CORRIENTE | | | | | | | | | | |
| 2068 | | 6909 10350 | | | | | | | | |

| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ª QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |
|---|---|---|---|---|---|---|
| 661150 | 000 | 000 | 98700 | 34300 | 27154 | 37246 |

VEASE CLAVES AL DORSO

*Myriam Touset Rodriguez* *Myriam Touset Rodriguez*

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

**NOMBRE:** MYRIAM TOUSET RODRIGUEZ
**IDENTIFICACION:**
**PERIODO QUE TERMINA EN:** 28 02 87
**NUMERO DE COMPROBANTE:** 053025
**NUMERO DE CHEQUE:** 596309481

#### DEDUCCIONES — ESPECIFICAS / MISCELANEAS

| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS AHORROS / SEGURO | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
|---|---|---|---|---|---|---|---|---|---|---|
| ACUMULADO DURANTE EL AÑO NATURAL ||||||||||
| 10016 | | 12418 | | | | | | | | |
| MES CORRIENTE ||||||||||
| 5008 | | 6209 | 9750 | | | | | | | |

| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ª QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |
|---|---|---|---|---|---|---|
| ACUMULADO DURANTE EL AÑO NATURAL |||| MES CORRIENTE |||
| 177400 | 000 | 000 | 88700 | 33800 | 20967 | 33933 |

VEASE CLAVES AL DORSO

---

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

**NOMBRE:** MYRIAM TOUSET RODRIGUEZ
**PERIODO QUE TERMINA EN:** 31 05 86
**NUMERO DE COMPROBANTE:** 062998
**NUMERO DE CHEQUE:** 576717867

| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS AHORROS / SEGURO | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
|---|---|---|---|---|---|---|---|---|---|---|
| ACUMULADO DURANTE EL AÑO NATURAL ||||||||||
| 22320 | | 27545 | | | | | | | | |
| MES CORRIENTE ||||||||||
| 4464 | | 5509 | 9150 | | | | | | | |

| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ª QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |
|---|---|---|---|---|---|---|
| 393500 | 000 | 000 | 78700 | 29700 | 19123 | 29877 |

VEASE CLAVES AL DORSO

---

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

**NOMBRE:** MYRIAM TOUSET RODRIGUEZ
**PERIODO QUE TERMINA EN:** 31 07 86
**NUMERO DE COMPROBANTE:** 030446
**NUMERO DE CHEQUE:** 581152662

| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS AHORROS / SEGURO | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
|---|---|---|---|---|---|---|---|---|---|---|
| ACUMULADO DURANTE EL AÑO NATURAL ||||||||||
| 31654 | | 38738 | | | | | | | | |
| MES CORRIENTE ||||||||||
| 4870 | | 5684 | 9750 | | | | | | | |

| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ª QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |
|---|---|---|---|---|---|---|
| 553400 | 000 | 000 | 81200 | 30700 | 20304 | 30196 |

VEASE CLAVES AL DORSO

(Printed upside down at top of page)

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| MYRIAM TOUSET RODRIGUEZ | | 30 0688 | 068840 | 632879379 |

| | CONTRIBUCION SOBRE INGRESOS | RETIRO | CLAVE | IMPORTE |
|---|---|---|---|---|
| ACUMULADO DURANTE EL AÑO NATURAL | 8599 | 39372 | 06 | 7827 |
| MES CORRIENTE | 1693 | 673411150 | | |

| SUELDO BRUTO DEVENGADO (ACUMULADO) | SUELDO TRIBUTABLE SEGURO SOCIAL (ACUMULADO) | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ª QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |
|---|---|---|---|---|---|---|
| 562450 | 000 | 000 | 96200 | 34300 | 27404 | 34496 |

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| MYRIAM TOUSET RODRIGUEZ | | 31 0388 | 058245 | 625795407 |

| | CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | AHORROS | SEGURO | CLAVE | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| ACUMULADO DURANTE EL AÑO NATURAL | 3498 | | 19152 | | | | 06 | 7487 |
| MES CORRIENTE | 1166 | | 638411150 | | | | | |

| SUELDO BRUTO DEVENGADO (ACUMULADO) | SUELDO TRIBUTABLE SEGURO SOCIAL (ACUMULADO) | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ª QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |
|---|---|---|---|---|---|---|
| 273600 | 000 | 000 | 91200 | 32500 | 26187 | 32513 |

VEASE CLAVES AL DORSO

Myriam Touset Rodriguez    Myriam Touset Rodriguez

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| MYRIAM TOUSET RODRIGUEZ | | 31 0588 | 065297 | 630511686 |

| | CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | AHORROS | SEGURO | CLAVE | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| ACUMULADO DURANTE EL AÑO NATURAL | 6906 | | 32638 | | | | 06 | 7487 |
| MES CORRIENTE | 1693 | | 673411150 | | | | | |

| SUELDO BRUTO DEVENGADO (ACUMULADO) | SUELDO TRIBUTABLE SEGURO SOCIAL (ACUMULADO) | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ª QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |
|---|---|---|---|---|---|---|
| 466250 | 000 | 000 | 96200 | 34500 | 27054 | 34636 |

VEASE CLAVES AL DORSO

Myriam Touset Rodriguez    Myriam Touset Rodriguez

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| MYRIAM TOUSET RODRIGUEZ | | 31 12 85 | 046399 | 565255008 |

**DEDUCCIONES**

| ESPECIFICAS ||||| MISCELANEAS ||||||
|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS AHORROS / SEGURO | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
| ACUMULADO DURANTE EL AÑO NATURAL |||||||||||
| 52247 | | 64974 | | | | | | | | |
| MES CORRIENTE |||||||||||
| 4464 | | 5509 | 9150 | | | | | | | |
| 952200 | 000 | 000 | 78700 | 29700 | | 19123 | | 29877 | | |
| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ª QUINCENA | TOTAL DEDUCCIONES || PAGA NETA ||||
| ACUMULADO DURANTE EL AÑO NATURAL |||| MES CORRIENTE |||||||

VEASE CLAVES AL DORSO

*Myriam Touset Rodriguez*     *Myriam Touset Rodriguez*

---

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| MYRIAM TOUSET RODRIGUEZ | | 31 10 85 | 039788 | 560792673 |

**DEDUCCIONES**

| ESPECIFICAS ||||| MISCELANEAS ||||||
|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS AHORROS / SEGURO | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
| ACUMULADO DURANTE EL AÑO NATURAL |||||||||||
| 42006 | | 53956 | | | | | | | | |
| MES CORRIENTE |||||||||||
| 4464 | | 5509 | 9150 | | | | | | | |
| 770800 | 000 | 000 | 78700 | 29700 | | 19123 | | 29877 | | |
| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ª QUINCENA | TOTAL DEDUCCIONES || PAGA NETA ||||

VEASE CLAVES AL DORSO

*Myriam Touset Rodriguez*     *Myriam Touset Rodriguez*

---

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| MYRIAM TOUSET RODRIGUEZ | | 28 02 85 | 053947 | 543248829 |

**DEDUCCIONES**

| ESPECIFICAS ||||| MISCELANEAS ||||||
|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS AHORROS / SEGURO | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
| ACUMULADO DURANTE EL AÑO NATURAL ||||| 81 | 1200 | | | | |
| 8050 | | 10640 | | | | | | | | |
| MES CORRIENTE |||||||||||
| 4025 | | 5320 | 6000 | | | | | | | |
| 152000 | 000 | 000 | 76000 | 29700 | | 16545 | | 29755 | | |
| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ª QUINCENA | TOTAL DEDUCCIONES || PAGA NETA ||||

VEASE CLAVES AL DORSO

*Myriam Touset Rodriguez*     *Myriam Touset Rodriguez*

## INFORME DE SUELDOS Y DEDUCCIONES

**NOMBRE:** MYRIAM TOUSET RODRIGUEZ
**PERIODO QUE TERMINA EN:** 31 01 83
**NUMERO DE COMPROBANTE:** 051440
**NUMERO DE CHEQUE:** 73548843

### DEDUCCIONES

| ESPECIFICAS | | | | | | MISCELANEAS | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS AHORRO | SEGURO | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | | | | | | | | | | |
| 4684 | | 3990 | | | | | | | | | | | |
| MES CORRIENTE | | | | | | | | | | | | | |
| 4684 | | 3990 | | | | | | | | | | | |

| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ra QUINCENA | TOTAL DEDUCCIONES | | PAGA NETA |
|---|---|---|---|---|---|---|---|
| ACUMULADO DURANTE EL AÑO NATURAL | | | | MES CORRIENTE | | | |
| 57000 | 000 | 000 | 57000 | 24100 | 8574 | | 24226 |

NO ES NEGOCIABLE

ESTADO LIBRE ASOCIADO DE PUERTO RICO
VEASE CLAVES AL DORSO

*Myriam Touset Rodriguez* (signature)

---

## INFORME DE SUELDOS Y DEDUCCIONES

**NOMBRE:** MYRIAM TOUSET RODRIGUEZ
**PERIODO QUE TERMINA EN:** 30 04 83
**NUMERO DE COMPROBANTE:** 058359
**NUMERO DE CHEQUE:** 79043736

### DEDUCCIONES

| ESPECIFICAS | | | | | | MISCELANEAS | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS AHORRO | SEGURO | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | | | | | | | | | | |
| 6979 | | 13664 | | | | BE | 4500 | | | | | | |
| MES CORRIENTE | | | | | | | | | | | | | |
| 2641 | | 4270 | | 6500 | | | | | | | | | |

| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ra QUINCENA | TOTAL DEDUCCIONES | | PAGA NETA |
|---|---|---|---|---|---|---|---|
| 204200 | 000 | 000 | 65500 | 27200 | 13411 | | 24889 |

NO ES NEGOCIABLE

ESTADO LIBRE ASOCIADO DE PUERTO RICO
VEASE CLAVES AL DORSO

*Myriam Touset Rodriguez* (signature)    *Myriam Touset Rodriguez* (signature)

---

## INFORME DE SUELDOS Y DEDUCCIONES

**NOMBRE:** MYRIAM TOUSET RODRIGUEZ
**PERIODO QUE TERMINA EN:** 31 03 83
**NUMERO DE COMPROBANTE:** 056928
**NUMERO DE CHEQUE:** 78913477

### DEDUCCIONES

| ESPECIFICAS | | | | | | MISCELANEAS | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS AHORRO | SEGURO | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | | | | | | | | | | |
| 4338 | | 9394 | | | | BE | 4500 | | | | | | |
| MES CORRIENTE | | | | | | | | | | | | | |
| 4338 | | 9394 | | | | | | | | | | | |

| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ra QUINCENA | TOTAL DEDUCCIONES | | PAGA NETA |
|---|---|---|---|---|---|---|---|
| 138700 | 000 | 000 | 138700 | 60200 | 13732 | | 64768 |

NO ES NEGOCIABLE

ESTADO LIBRE ASOCIADO DE PUERTO RICO
VEASE CLAVES AL DORSO

*Myriam Touset Rodriguez* (signature)    *Myriam Touset Rodriguez* (signature)