Myriam Tousee Rodriguez
Bo. Macaná Urb. Paseos Guaynia -15
HC-01 Box 9371
Guayanilla, P.R. 00656




U.S. POSTAGE PAID
FCM LG ENV
GUAYANILLA, PR
00656
FEB 28, 20
AMOUNT
**$7.60**
R2305K134660-04

1000          00918



CERTIFIED MAIL

7019 1120 0000 2358 9886

RECEIVED & FILED
2020 MAR -3 PM 5:43
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN PR

Clerk's office
United States District Court
Room 150 Federal BLDB.
San Juan P.R. 00918-1767.

RETURN RECEIPT
REQUESTED