TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

En el asunto de:

JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,
como representante de
ESTADO LIBRE ASOCIADO DE PUERTO RICO y otros, Deudores.

PROMESA,
Título III
Núm. 17 BK 3283-LTS
(Administrada conjuntamente)

**La presente radicación guarda Relación con el ELA, la ACT y el SRE.**

**Réplica:**

I. Datos de contacto: Doris Ivette Santiago Zayas con el números de reclamos: **111724** y **127717** respectivamente, dirección: Urbanización Llanos de Providencia, Calle 3, D-4, Salinas, P.R. 00751.
(Dirección Postal: Po Box 766, Salinas P.R. 00751), teléfono (787) 432-9360, (787) 813-6425 (Correo electrónico Dorilyn39@hotmail.com)

II. Epígrafe: NOTIFICACIÓN DE LA CENTÉSIMA CUADRAGÉSIMA SEGUNDA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE UNAS LEYES PUERTORRIQUEÑAS NO ESPECIFICADAS.

III. Motivos: Yo Doris Ivette Santiago Zayas, Pre-Retirada del Departamento de Salud de Puerto Rico desde el día 30 de agosto de 2019. Ingresé al Servicio Público cotizando desde el día 1 de julio de 1989.

- Que estoy reclamando la Ley Núm. 89, del 12 de julio de 1979, según enmendada y conocida como "Ley de Retribución Uniforme", entre otros. **$16,000.00 (Gobernante Carlos Romero Barceló).**

- Ley Núm. 96, del 1 de julio de 2002, consistente en conceder un aumento de sueldo de cien (100) dólares a los empleados públicos del Gobierno Central del Estado Libre Asociado de Puerto Rico. **$21,600.00 (Gobernante Sila María Calderón).**

- Que estoy reclamando un retiro digno, meritorio y justo conforme a nuestro juramento 75% de pensión. **(Adjunto: CERTIFICACION DE BALANCES DE APORTACIONES INDIVIDUALES ESTIMADAS Y INFORMACION GENERAL,** DE LA ADMINISTRACION DE LOS SISTEMAS DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO Y LA JUDICATURA al 15 de mayo de 2018. **$40,864.35**

Atentamente,
Doris Ivette Santiago Zayas
18 de febrero de 2020