Doris Ivette Santiago Zayas
P.O. Box 766
Salinas, P.R. 00751







Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

RECEIVED & FILED
2020 MAR -3 PM 5:43
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR