Maria Isabel Silva Ortiz
Villa Caribe 22
Couayama, P.R. 00784

**CERTIFIED MAIL**
7013 2250 0000 6662 7371

U.S. POSTAGE PAID
FCM LG ENV
ARROYO, PR
00714
FEB 28, 20
AMOUNT
$7.60
R2305K131158-12

RETURN RECEIPT REQUESTED

RECEIVED & FILED
2020 MAR -3 PM 5: 44
CLERK'S OFFICE
U.S. DISTRICT
SAN JUAN

To: Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, P.R. 00918-1767