RECEIVED & FILED
2020 MAR -3  PM 5: 44
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

María Isabel Silva Ortíz
S.S.2079
Villa Caribe 22
Guayama, P.R. 00784
Tel. (787) 864-1463

**Clerk Office**
**United States District Court**
**Room 150 – Federal Building**
**San Juan, P.R. 00918-1767**

**Claim: 140897**
**Debtor – Commonwealth of Puerto Rico**
     **(Department of Education)**

**Motive of the Claim:**

I worked as a teacher since January 1963 to September 9, 2009. When Hon. Sila María Calderon was governing she granted by the Law 96 of July 1, 2002 an amount of $100.00 per month to the employee. He the next months and years I did not receive these $100.00 in my check. Denoting that my income did not increase according by this law. The amount that the Department of Education did not send me is approximately $8,000.00.
The nature of this claim is based in that I didn't receive that income in my check.

Thank You,

_/s/ María Isabel Silva Ortíz_
María Isabel Silva Ortíz