Milagritos Peña Gomez
S.S.3972
Urb. La Hacienda Calle – 51 Ak – 24
Guayama, P.R. 00784
Tel. (787) 864-0891



Clerk Office
United States District Court
Room 150 – Federal Building
San Juan, P.R. 00918-1767

Claim – 80309

Debtor – Commonwealth of Puerto Rico
(Department of Education)

**Motive of the Claim:**

I worked as a teacher since August 1979 to September 9, 2009. When Hon. Carlos Romero Barceló was governing he granted the benefits if the Law 89 – July 2, 1979. In this law the employee will receive an amount of $50.00 dollar or $70.00 dollars. I did not receive in my check that income that indicated the Department of Education paid me that amount. Based in this law, I am claiming that the debtors are in the obligation to pay me the amount of $14,800.00. This amount is based in the year I did not see the increase in my checks.
The nature of this claim is based in incomes that I didn't receive in my paycheck.

Thank You

_____
Milagritos Peña Gomez