RECEIVED & FILED

Milagritos Peña Gomez
S.S. 3972
Urb. La Hacienda Calle – 51 Ak – 24
Guayama, P.R. 00784
Tel. (787) 864-0891

Clerk Office
United States District Court
Room 150 – Federal Building
San Juan, P.R. 00918-1767

Claim: 156734
Debtor – Commonwealth of Puerto Rico
(Department of Education)

**Motive of the Claim:**

I worked as a teacher since August 1979 to September 9, 2009. When Hon. Sila María Calderon was governing she granted by the Law 96 of July 1, 2002 an amount of $100.00 per month to the employee. He the next months and years I did not receive these $100.00 in my check. Denoting that my income did not increase according by this law. The amount that the Department of Education did not send me is approximately $8,000.00.
The nature of this claim is based in that I didn't receive that income in my check.

Thank You,

*[signature]*
Milagritos Peña Gomez