Carmen M. Yera Ortiz
#S.S-5924
Urb. Valles de Guayama
Y-5 calle 18
Guayama, P.R. 00784
Ph-(787) 864-9294

RECEIVED & FILED
2020 MAR -3 PM 5:44
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, P.R. 00918-1767

Claims = 139714
Debtor = Commonwealth of Puerto Rico
(Department of Education)

Motive of this claims =

I worked in Puerto Rico, Department of Education since September 1990 to July 31, 2014 when Hon. Sila M. Calderon, was governing, she obeyed by the Law 94, an amount of $100.00 to the employees. In that moments and in the following years, I do not receive this amounts in my checks. Denoting that my incomes, do not increase according to this law. For this reason, I know that Department of Education have my debtor, in the amount of $12,700 aproximately.

I am writing this claims in this moment because I was not in Puerto Rico, when the pay flet was received. (Family's problem in Boston)

The nature of this claims, is based in the nature of the income that I do not received when I was working in that time.

Thanks you;  Carmen M. Yera Ortiz

Claims - 139714