RECEIVED & FILED
2020 MAR -3 PM 5: 44
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN P.R.

Elsa María Rivera Bracety
S.S. 3935
Villa Rosa 3 Calle 2 F-4
Guayama, P.R. 00784
Tel. (787) 864-6794

Clerk Office
United States District Court
Room 150 – Federal Building
San Juan, P.R. 00918-1767

Claim: Case 17 BK 03283 LTS

Debtor – Commonwealth of Puerto Rico
(Department of Education)

**Motive of the Claim:**

I worked as a teacher since August 1979 to July, 2012. When Hon. Sila María Calderon was governing she granted by the Law 96 of July 1, 2002 an amount of $100.00 per month to the employee. He the next months and years I did not receive these $100.00 in my check. Denoting that my income did not increase according by this law. The amount that the Department of Education did not send me is approximately $11,500.00.
The nature of this claim is based in that I didn't receive that income in my check.

Thank You,

*Elsa María Rivera Bracety*

Elsa María Rivera Bracety

Elsa María Rivera Bracety
S.S.3935
Villa Rosa 3 Calle-2 F-4
Guayama, P.R. 00784
Tel. (787) 864-6794

RECEIVED & FILED
2020 MAR -3 PM 5: 44
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R.

Clerk Office
United States District Court
Room 150 – Federal Building
San Juan, P.R. 00918-1767

Claim – Case- 17 Bk 03283 LTS
Debtor – Commonwealth of Puerto Rico
 (Department of Education)

**Motive of the Claim:**

I worked as a teacher since August 1, 1979 to July 31, 2012. When Hon. Carlos Romero Barceló was governing he granted the benefits if the Law 89 – July 2, 1979. In this law the employee will receive an amount of $50.00 dollar or $70.00 dollars. I did not receive in my check that income that indicated the Department of Education paid me that amount. Based in this law, I am claiming that the debtors are in the obligation to pay me the amount of $14,800.00. This amount is based in the year I did not see the increase in my checks.
The nature of this claim is based in incomes that I didn't receive in my paycheck.

Thank You

_Elsa María Rivera Bracety_
Elsa María Rivera Bracety