Maria Isabel Silva 03/172
Villa Caribe 22
Coyayam, P.R. 00784

**CERTIFIED MAIL™**

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7013 2250 0000 6662 7371

U.S. POSTAGE PAID
FCM LG ENV
ARROYO, PR
00714
FEB 28, 20
AMOUNT
**$7.60**
R2305K131158-12

1000    00918

**RETURN RECEIPT REQUESTED**

RECEIVED & FILED
2020 MAR -3 PM 5:44
CLERK'S OFFICE
U.S. DISTRICT
SAN JUAN

To: Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, P.R 00918-1767