```
Court Name: District Court
Division: 1
Receipt Number: PRX100070117
Cashier ID: arodrigu
Transaction Date: 03/05/2020
Payer Name: MCCONNELL VALDES LLC
--------------------------------
PRO HOC VICE
 For: MCCONNELL VALDES LLC
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:        $300.00
--------------------------------
PAPER CHECK CONVERSION
 Remitter: MCCONNELL VALDES LLC
 Check/Money Order Num: 124049
 Amt Tendered:  $300.00
--------------------------------
Total Due:       $300.00
Total Tendered:  $300.00
Change Amt:        $0.00

17-3283(LTS) PRO HAC VICE OF ELISA
M.C. KLEIN

THRU: ROBERTO C. QUINONES-RIVERA
```