```
Court Name: District Court
Division: 1
Receipt Number: PRX100070116
Cashier ID: arodrigu
Transaction Date: 03/05/2020
Payer Name: MCCONNELL VALDES LLC
------------------------------------
PRO HOC VICE
 For: MCCONNELL VALDES LLC
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:       $300.00
------------------------------------
PAPER CHECK CONVERSION
 Remitter: MCCONNELL VALDES LLC
 Check/Money Order Num: 124048
 Amt Tendered:  $300.00
------------------------------------
Total Due:       $300.00
Total Tendered: $300.00
Change Amt:      $0.00

17-3283(LTS) PRO HAC VICE OF NICOLE
A. DISALVO

THRU: ROBERTO C. QUINONES-RIVERA
```