Réplica de objeción Global

Secretaria (Clerk's Office
Tribunal de distrito E.U.
Room 150 Federal building
San Juan, Puerto Rico 00919-1767

25 febrero 2020

RECEIVED & FILED
2020 MAR -3 PM 5: 44
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN, P.R.

Re: Reclamación de la objeción global, establecida por el tribunal el 12 diciembre 2019. Referente a la solicitud de dinero, no pagado por el Estado Libre Asociado de Puerto Rico.

Caso: 17BK03283LTS
Deudor: Commonwealth of Puerto Rico.
Número de Reclamaciónes:
90485 - monto reclamado
  10,750
82719 monto reclamado
  11,000
108855 monto reclamado
  8,700
97746 monto reclamado
  9,500
y los intereses, del dinero dejados de devengar

Así como otras leyes aprobadas, que no se me otorgó el dinero que me correspondía.

Continuación:

Nombre: María M. Cabrera
Número seguro social xxx xx 8103
e.mail: chedacabrera@gmail.com
Número celular - 787 400 3204

Secretaria (Clerk's Office)

El tribunal, no puede declarar a lugar La objeción global, en relación a mis reclamos en base al derecho y hechos de dinero no pagado, por el Estado Libre Asociado de Puerto Rico, siendo empleado del Departamento de Educación, durante los años que se firmaron dichas leyes.

Me opongo, a dicha objeción de la Ley Promesa. Evidencia del derecho, son los años trabajados durante los años que fueron efectivas dichas leyes; y que me cobijaron por ley.

Debido, a la situación, existente en Puerto Rico por los sismos ocurridos y mi propia emocional por lo arriba expuesto, fueron la causa de no enviar la evidencia a tiempo, para probar mis reclamos y/o derechos. Comencé a trabajar con el Depto. de Educación de Puerto Rico en diciembre de 1973, hasta mi jubilación en enero del 2008.

Se incluyen documentos que evidencian esta reclamación. Estos son:

Certificación de años de retiro y edad. de la Junta de Retiro
Certificación de años de servicios y pensión
Copia evidencia de reclamo emitido por sus oficinas. Favor enmendar mis reclamaciones con la evidencia, aquí presentada.

Gracias anticipadas,
María M. Cabrera
xxx xx 8103
787 400 3204