Maria M. Cabrera
Calle Hostos #10
Juana Diaz, P.R. 00???



U.S. POSTAGE PAID
FCM LETTER
JUANA DIAZ, PR
00795
FEB 28, 20
AMOUNT
$7.10
1000    00918    R2305K135197-01



Secretario (clerk's office)
Tribunal de Distrito de
Room 150 Federal Building
San Juan, ( Puerto Rico
00918-1767

RETURN RECEIPT REQUESTED

RETURN RECEIPT REQUESTED