Tribunal de Distrito de Los Estados Unidos para el distrito de Puerto Rico

In re Commonwealth of Puerto Rico, case No. 17BK 03283

Carmen J. Negrón Rivera

Urb. Vista Alegre

Calle Orquídeas 318

Villalba, Puerto Rico

787-484-8087

negróncarmen16@gmail.com

PROESA:

Título 111

Núm. 17BK 03283- LTS

No. De Reclamación 104693  6/26/2018

Réplica a la centésima cuarta objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico como empleado público del gobierno del Estado Libre Asociado en reclamo del aumento salarial de la ley 89 de 1979 (Romerazo) a partir del 1980 hasta el 2006. A la cuál nunca me pagaron y estoy reclamando por derecho, ya que fui empleada pública del gobierno del Estado Libre Asociado de Puerto Rico desde agosto 1976 hasta mayo 2008 fecha de mi última cotización recibida.

En junio 2018, se sometió el formulario oficial 410 modificado reclamados salarios impagos en mi empleo como empleada pública del gobierno del Estado Libre Asociado de Puerto Rico y no fueron pagados.

Nota: No tengo evidencia de talonarios de los años 1976-2007 ya que los deseché por los años que llevo retirada.

Carmen J. Negrón Rivera

Firma: *Carmen J. Negrón Rivera*