**Estado Libre Asociado de Puerto Rico**
**Sistema de Retiro para Maestros**

2 de junio de 2008

Profesor(a): **CARMEN J NEGRON RIVERA**    XXX-XX-2475

Estimado(a) profesor(a): Negrón
Para su conocimiento y de acuerdo con la información disponible al presente en nuestros archivos, usted tiene **cotizado al Sistema aproximadamente:**

| AÑOS | MESES | SEMANAS | DIAS |
|---|---|---|---|
| 31 | 7 | 2 | 0 |

Al 30 de mayo de 2008.

Usted completaría -- **años** de servicios durante el mes de ----------.
Usted recibiría una pensión aproximada de **$1,893.00 a julio 2008**

Usted tendría un descuento de **aportación individual (9%)** de aproximadamente **$----** **hasta completar el requisito de** treinta años (30) de servicio y/o **cincuenta y cinco (55) años de edad.**

Tiene un descuento de **préstamo personal** de **$----**. Un préstamo cultural de **$----** Un préstamo hipotecario de **$------**. **Que será descontado de su pensión hasta la fecha de vencimiento.**

Estos cálculos son preliminares y están sujetos a verificación final y oficial a la fecha de su retiro. **Esto no es una Certificación Oficial de Retiro.**
Estos cómputos **no reflejan** el tiempo de cualquier pago total que haya hecho por concepto de Reconocimiento de Tiempo, Transferencia, Reembolso de Aportaciones, o cualquier Retiro de aportaciones al Sistema hasta el momento. Tampoco contemplan el retiro de aportaciones que usted haya efectuado.

Cordialmente,

*Arlene Hoyos Escalera*
Oficial
Sala de Servicios

ahe

**Estado Libre Asociado de Puerto Rico**
592 - Sistema de Retiro Maestro-Pens

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 10/01/2008 |
| Hasta: | 10/15/2008 |

# Cheque: 03090291

CARMEN J NEGRON RIVERA
URB VISTA ALEGRE
318 CALLE ORQUIDEAS
VILLALBA PR 00766-2405
SS:

| | |
|---|---|
| # Empleado: | |
| Dept: | 592160-ANOS SERVICIO LEY91 2004 |
| Oficina: | A/OS SERVICIO LEY 91 |
| Titulo: | Pensionado |
| Sueldo: | $1,895.16 Monthly |

| | Federal | PR |
|---|---|---|
| DATA IMP: | | |
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

Fecha: 10/15/2008

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 947.58 | 82.50 | 947.58 |
| Total: | | | 947.58 | 82.50 | 947.58 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Seguro por Muerte Asoc ELA | 3.75 | 3.75 |
| Total: | 3.75 | 3.75 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|

* Tributable

## TOTAL BRUTO

| | |
|---|---|
| Corriente: | 947.58 |
| Acumulado: | 947.58 |

## TOTAL IMPUESTOS

| | |
|---|---|
| | 0.00 |
| | 0.00 |

## DEDUCCIONES TOTALES

| | |
|---|---|
| | 3.75 |
| | 3.75 |

## PAGA NETA

| | |
|---|---|
| | 943.83 |
| | 943.83 |

### TO HORAS / ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| - Acumulado: | |
| Utilizado: | |
| Donada: | |
| Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Cheque #03090291 | 943.83 |
| Total: | 943.83 |

MENSAJE:

---

Modelo SC 784.2
1-ENERO-2006

**DEPARTAMENTO DE HACIENDA**
Edificio Intendente Ramirez
San Juan PR 00902-4140

**Estado Libre Asociado de Puerto Rico**
592 - Sistema de Retiro Maestro-Pens

Cheque No. 03090291

Fecha: 10/15/2008      Importe: $943.83 *******

Páguese a la orden De

**** NOVECIENTOS CUARENTA Y TRES CON 83/100 DOLARES****

CARMEN J NEGRON RIVERA
URB VISTA ALEGRE
318 CALLE ORQUIDEAS
VILLALBA PR 00766-2405
Localizacion: A/OS SERVICIO LEY 91

Secretario de Hacienda

No es valido seis meses despues de su emision

BGF

⑈03090291⑈ ⑈021502118⑈ 325010116⑈

| Estado Libre Asociado de Puerto Rico | | | Grupo de Pago: | SM -Quincenal | Business Unit: PUERT | |
|---|---|---|---|---|---|---|
| 592 - SISTEMA DE RETIRO MAESTRO-PENS | | | Desde: | 05/16/2009 | Aviso #: | 4698648 |
| | | | Hasta: | 05/31/2009 | Fecha Aviso: | 05/29/2009 |

| CARMEN J NEGRON RIVERA | # Empleado: | | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| URB VISTA ALEGRE | Dept: | 592160-ANOS SERVICIO LEY91 2004 | Estado Civil: | Married | Married |
| 318 CALLE ORQUIDEAS | Lugar: | A/OS SERVICIO LEY 91 | Concesiones: | 0 | 39 +99 |
| VILLALBA. PR 00766-2405 | Titulo: | Pensionado | Pct. Adcl.: | | |
| SS: | Sueldo: | $1,895.16 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | | IMPUESTOS | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | | 947.58 | 802.50 | 9,475.80 | | | |
| Total: | | | 947.58 | 802.50 | 9,475.80 | Total: | 0.00 | 0.00 |

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| | | | SM-First Medical Health Plan | 13.00 | 130.00 | SM-First Medical Health Plan | 100.00 | 500.00 |
| | | | AE-Seguro por Muerte Asoc ELA | 3.75 | 37.50 | | | |
| Total: | 0.00 | 0.00 | Total: | 16.75 | 167.50 | * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | | | | |
|---|---|---|---|---|
| Corriente: | 947.58 | 0.00 | 16.75 | 930.83 |
| Acumulado: | 9,475.80 | 0.00 | 167.50 | 9,508.30 |

### BIO HORAS ACUM / DISTRIBUCION PAGA NETA

| Balance Inicial: | 0.0 | | Aviso #4698648 | 930.83 |
|---|---|---|---|---|
| + Acumulado: | | | | |
| - Utilizado: | | | Total: | 930.83 |
| - Donada: | | | | |
| + Ajustes: | | | | |
| Balance Final: | 0.0 | | | |

MENSAJE:

---

Estado Libre Asociado de Puerto Rico                Fecha                        Aviso No.
592 - SISTEMA DE RETIRO MAESTRO-PENS                 05/29/2009                   4698648

Cant. Desposito:    $930.83

A la
Cuenta(s) De

CARMEN J NEGRON RIVERA
URB VISTA ALEGRE
318 CALLE ORQUIDEAS
VILLALBA, PR  00766-2405

Location: A/OS SERVICIO LEY 91

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | 106414 | $930.83 |
| Total: | | $930.83 |

## NO-NEGOCIABLE