Carmen J. Negrón Rivera
Urb. Vista Alegre
Calle Orquideas 318
Villalba, Puerto Rico 00766



U.S. POSTAGE PAID
FCM LG ENV
VILLALBA, PR
00766
MAR 03, 20
AMOUNT
**$1.20**
R2303S101580-02

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

RECEIVED & FILED
2020 MAR -4 PM 2:23
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.