15 de febrero de 2020.

Replica a la Objeción Global

Nombre: Jorge L. Malavé Berio

Firma: *[firma]*

Dirección: HC 01 Box 2284

Las Marías, PR 00670

Correo Electrónico: malavejorge1@yahoo.com

Epígrafe:

Deudores:

    Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico en el asunto de:

    Junta de Supervisión y Administración Financiera para Puerto Rico, como representante Estado Libre Asociado de Puerto Rico y otros.

Promesa Titulo III

Num. 17 BK 3282-LTS

(Administrada Conjuntamente

La Presente radicación guarda relación con el ELA, la ACT y el SRE.

(Anexo A según Prime Clark)

1. Num. de Reclamación: 167345

   Fecha de presentación: 7/6/2018

2. Num. de Reclamación: 167345

   Fecha de presentación: 7/6/2018

Monto de la reclamación adeudada

El monto total de la reclamación adeudada desde julio de 1982 hasta la actualidad es de aproximadamente $45,200.

Yo Jorge L. Malavé Berio, he estado laborando en el Departamento de Educación de Puerto Rico desde el año 1981 hasta el presente, cumpliendo con mis responsabilidades de Diseñador Grafico satisfactoriamente hasta el presente. Desde la fecha de julio de 1982 cuando fue autorizado el aumento conocido como "El Romeraso" y nunca he recibido el aumento referente a dicha ley.

Nunca recibí notificación escrita de este proceso. Me entero por las noticias en TV de que los empleados públicos estaban reclamando en el Tribunal Federal. Luego extendieron la fecha para reclamar, pero el tiempo no fue suficiente. No se sabia que documentos enviar para sustentar la reclamacion. Poe ello la objeción de mis reclamos. Fui al Departamento de Educación el 7 de febrero 2020 para buscar el documento necesario y el personal en muchas oficinas alegan que no han recibido instrucciones. Lo único que me informaron que me podían facilitar era una certificación y un informe de nombramiento y cambios. Espero reconsideren mis reclamos nuevamente y puedan revisar mi caso.

RECEIVED & FILED
2020 MAR -4 PM 2: 53
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.