

**GOBIERNO DE PUERTO RICO**

DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos
Archivo No Docente

# CERTIFICACIÓN

Certifico que **Jorge L. Malavé Berio** con número social **XXX-XX-0723**, es empleado **Regular** que ocupa el puesto de **Ilustrador Gráfico** del Distrito **de Mayaguez**. Comenzó a prestar servicios en esta Agencia el **3 de agosto de 1981** y **devenga** un salario de **$2,039.00 mensuales.**

Dada en San Juan, Puerto Rico, el **7 de febrero de 2020**, según solicitada por el / la empleada(a).

*Marieliz Arroyo Figueroa*
Supervisora
Archivo Clasificado

P.O. Box 190759, San Juan, PR 00919-0759 · Tel.: (787)773-3025

El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.



ESTADO LIBRE ASOCIADO DE
PUERTO RICO
DEPARTAMENTO DE EDUCACIÓN

Secretaría Auxiliar de Recursos Humanos
Division de Personal No Docente

# INFORME DE NOMBRAMIENTOS Y CAMBIOS

Expediente 33123      Número del Cambio: 6157

| Número del Cambio | Antes del Cambio | Después del Cambio |
|---|---|---|
| 1. Nombre del Empleado | JORGE L MALAVE BERIO | |
| 2. Seguro Social | | |
| 3. Número de Puesto | | |
| 4. Cifra de Cuenta | | |
| 5. Cifra de Cuenta SIFDE | | |
| 6. Estatus | REGULAR | |
| 7. Escala de Retribución | 05 | |
| 8. Clasificación y Número de Clase | ILUSTRADOR GRAFICO 51101 (7.30) | |
| 9. Sueldo | $2,039.00 | |
| 10. Diferencial | | |
| 11. División o Escuela | OFICINA DEL SUPERINTENDENTE | S. U. LAURO GONZALEZ 41814 |
| 12. Programa | ESCUELAS DE LA COMUNIDAD | SCHOOLWIDE ESCUELAS PUBLICAS |
| 13. Ubicación | MAYAGUEZ 133 | |
| 14. Acción y Duración | | TRASLADO |
| 15. Aportación a Retiro | 8.5% | |
| 16. Último Día de Trabajo | | |
| 17. Último Día de Pago | | |
| 18. Fecha de Efectividad | | 25/JUNIO/2018 |

19. Comentarios y Explicaciones
REUBICACION POR NECESIDAD DE SERVICIO Y CAMBIO EN FUENTE DE FINANCIAMIENTO

20. Firma del Jefe de Agencia o Representante Autorizado

*Pablo G. Muñiz Reyes, CPA*

Fecha de Preparado: 12/JULIO/2018      Preparado Por: EMFR

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2219, 2223, 2227, 2229, 2224, 3461 FAX (787)759-
El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.