Jorge L. Malavé Berrio
HC 61 Box 2284
Las Marias, P.R. 00670





7013 2630 0000 3801 6365

U.S. POSTAGE PAID
FCM LG ENV
LAS MARIAS, PR
00670
MAR 03, 20
AMOUNT
$7.60
R2305K132906-12



RECEIVED & FILED
2020 MAR -4 PM 2: 53
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

CLERK'S OFFICE
United States District Court
Room 150 Federal BLDG
San Juan, P.R. 00918-1767