29 de enero de 2020

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    As representative of

THE COMMONWEALTH OF PUERTO RICO, et al.,

    Debtors.

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

**This filing relates to the Commonwealth, HTA, and ERS**

El motivo para unirme a la Objeción Global es, que el gobierno de Puerto Rico utilizo mis aportaciones al Sistema de Retiro sin mediar una autorización o solicitud formal. Ese dinero fue utilizado para el pago a Acreedores del Gobierno de Puerto Rico. Mi Número Reclamación (**28502**) "EMPLOYEES RETIREMENT SYSTEM OF THE GOVERMENT OF THE PUERTO RICO".

La otra Objeción es la actualización de los salarios básicos del Plan Retribución con el Salario Mínimo Federal que no se actualizaron. Mi Número Reclamación (**29406**) "COMMONWEALTH OF PUERTO RICO".

Solicito muy respetuosamente a este Tribunal que este dinero sea devuelto.

*[firma]*
Geyla G. Thillet
Urb. Teresita
AR 6 Calle 37
Bayamón, Puerto Rico 00961
Teléfono: 787-466-7769
Correo Electrónico: glinpr@yahoo.com

Número de Evidencia de Reclamación: _____
Reclamante: _____

INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación. Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

Cuestionario

1. ¿Cuál es el fundamento de su reclamación?

   ☐ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

   ☐ Empleo actual o anterior en el gobierno de Puerto Rico

   ☒ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

   *El gobierno de Puerto Rico, dispuso de nuestras aportaciones del sistema de Retiro*

2. ¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):

   *$180,000.00 (Commonwealth of Puerto Rico)*

*Número de Evidencia de Reclamación:*
*Reclamante*:

3. <u>Empleo.</u> ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐ No. *Pase a la Pregunta 4.*
   - ☒ Sí. Responda preguntas 3(a)-(d).

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó: *Departamento de La Familia*

3(b). Identifique las fechas de su empleo con relación a su reclamación: *01-01-2007 / 30-06-2017*

3(c). Últimos cuatro dígitos de su número de seguro social: *XXX-XX-4247*

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☐ Jubilación
   - ☐ Salarios impagos
   - ☐ Días por enfermedad
   - ☐ Queja con el sindicato
   - ☐ Vacaciones
   - ☒ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario). *Descuento de Aportación Mensual del Sistema de Retiro  01-01-2007 / 30-06-2017*

4. <u>Acción legal.</u> ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ☒ No.
   - ☐ Sí. Responda Preguntas 4(a)-(f).

4(a). Identifique el departamento o agencia que es parte de esta acción. *Departamento de La Familia*

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución: *Adm. Sistema de Retiro*

4(c). Número de caso: *17 BK 3283-LTS*

4(d). Título, epígrafe, o nombre del caso: *PROMESA Título III*

*Número de Evidencia de Reclamación:*
*Reclamante:*

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):
_Pendiente resolución_

4(f). ¿Tiene usted una sentencia impaga? Sí / <u>No</u>  (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?
_No_

## Forty-Sixth Omnibus Objection
### Exhibit A - Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 332 | SOTO MEDINA, GLORIA<br>HC 02 BUZON 8252<br>ADJUNTAS, PR 00601 | 06/27/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 47639 | Undetermined* | SOTO MEDINA, GLORIA<br>HC 02 BUZON 8252<br>ADJUNTAS, PR 00601 | 06/28/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 64012 | Undetermined* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 333 | STUBBLEFIELD, FRANK W.<br>16 LIVINGSTON ROAD<br>BELLPORT, NY 11713-2712 | 06/29/18 | Puerto Rico Highways and Transportation Authority<br>17 BK 03567-LTS | 85171 | $ 10,000.00 | STUBBLEFIELD, FRANK W.<br>16 LIVINGSTON ROAD<br>BELLPORT, NY 11713-2712 | 06/29/18 | Puerto Rico Highways and Transportation Authority<br>17 BK 03567-LTS | 90032 | $ 10,000.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 334 | SUAREZ, CINDY<br>URB. COLINAS DE PARKVILLE<br>CALLE A-9 ROBERTO ARANAS<br>GUAYNABO, PR 00969 | 05/25/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 21328 | $ 47,012.46* | SUAREZ, CINDY<br>URB. COLINAS DE PARKVILLE<br>CALLE A-9 ROBERTO ARANAS<br>GUAYNABO, PR 00969 | 05/25/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 22176 | $ 47,012.46 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 335 | TAMRIO INC<br>C/O JOSE F CARDONA JIMENEZ ESQ<br>PO BOX 9023593<br>SAN JUAN, PR 00902-3593 | 05/17/18 | Puerto Rico Highways and Transportation Authority<br>17 BK 03567-LTS | 13485 | $ 3,880,710.26 | TAMRIO, INC.<br>C/O JOSE F.CARDONA JIMENEZ,ESQ.<br>.P.O.BOX 9023593<br>SAN JUAN, PR 00902-3593 | 06/27/18 | Puerto Rico Highways and Transportation Authority<br>17 BK 03567-LTS | 82891 | $ 4,147,635.93 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 336 | THILLET DE LA CRUZ, GEYLA G<br>URB TERESITA<br>AR6 CALLE 37<br>BAYAMON, PR 00961 | 05/24/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 28502 | $ 54,967.53 | THILLET DE LA CRUZ, GEYLA G.<br>CALLE 37 AR-06<br>URB.TERESITA<br>BAYAMON, PR 00961 | 05/24/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 29406 | $ 180,000.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

## Forty-Sixth Omnibus Objection
### Exhibit A - Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 337 | TIRADO GARCIA, ALEXIS<br>PO BOX 976<br>HATILLO, PR 00659 | 07/11/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 127321 | Undetermined* | TIRADO GARCIA, ALEXIS<br>PO BOX 976<br>HATILLO, PR 00659 | 02/21/19 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 168171 | Undetermined* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 338 | TOLEDO HERMINA, ERNESTO<br>URB. PUERTO NUEVO<br>CALLE ARDENAS # 530<br>SAN JUAN, PR 00920 | 05/29/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 27958 | $ 72,450.06 | TOLEDO HERMINA, ERNESTO B.<br>URB. PUERTO NUEVO<br>CALLE ARDENAS # 530<br>SAN JUAN, PR 00920 | 05/29/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 28463 | $ 72,450.06* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 339 | TOLLINCHI BEAUCHAMP, GRICELIDA<br>HC 9 BOX 4304<br>SABANA GRANDE, PR 00617 | 05/23/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 18766 | $ 32,508.73 | TOLLINCHI BEAUCHAMP, GRICELIDA<br>HC 9 BOX 4304<br>SABANA GRANDE, PR 00637 | 05/28/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 22952 | $ 32,508.73 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 340 | TORO CANDELARIO, ELKA A<br>PO BOX 399<br>HORMIGUEROS, PR 00660 | 05/15/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 13431 | $ 34,192.35 | TORO CANDELARIO, ELKA A<br>PO BOX 399<br>HORMIGUEROS, PR 00660 | 05/23/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 32619 | $ 34,192.35 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 341 | TORRES BAEZ, MAYRA<br>URB VISTAS DE SABANA GRANDE CALLE NOMA LINDA 324<br>SABANA GRANDE, PR 00637 | 06/01/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 45867 | Undetermined* | TORRES BAEZ, MAYRA<br>URB. VISTAS DE SABANA GRANDE CALLE NOMALINDA 324<br>SABANA GRANDE, PR 00637 | 06/01/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 50917 | $ 16,800.00* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts



## CERTIFICACION DE EMPLEO

Certifico que la **Sra. Geyla Thillet de la Cruz,** es empleada del Departamento de la Familia desde el 1 de julio de 1992.

Ocupa el puesto de Tecnico de Sistemas de Oficina III con estatus de Regular. Devenga un sueldo de $3,392.00 mensual.

Esta certificación se expide a petición de la señora Thillet, hoy 3 de febrero de 2020, conforme a Récord de Servicios de la empleada.

Carmín Rodríguez Negrón
Secretaria Auxiliar Interina

evc

**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

03 de febrero de 2020

**Agencia: 406 - DEPARTAMENTO DE LA FAMILIA**

GEYLA THILLET DE LA CRUZ
URB TERESITA
AR-6 CALLE 37
BAYAMON, PR 00961

Seguro Social: XXX-XX-4247

A base de la información en nuestros registros, al 03 de febrero de 2020 usted posee:

**Fecha de Nacimiento.**
**Género: Femenino**
**Fecha de Ingreso al Servicio Público: 07 de enero de 1992**
**Fecha de Comienzo de Cotización: 07 de enero de 1992**

| *Ley Anterior al 30 de junio de 2013* | | *Ley 3 al 30 de junio de 2017* | |
|---|---|---|---|
| Años Acreditados: | 20.75 | Tiempo Trabajado: | 4 |
| Aportaciones: | $32,525.70 | Aportaciones: | $13,300.00 |
| Intereses: | $8,073.59 | Intereses: | $1,068.24 |
| Gastos Teneduría: | $0.00 | Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $40,599.29 | Total Aportaciones: | $14,368.24 |
| SNC Pagado: | $0.00 | Beneficio: | $0.00 |
| SNC Tiempo: | 0.00 | | |
| Beneficio: | $0.00 | | |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov

# RESUMEN ACUERDO



**Bono de Firma:** $1,000 para cada miembro de la unidad apropiada como bonificación por la firma del acuerdo.

**Aportación Plan Médico Único -** Se acuerda una aportación patronal al plan médico de $170.00 mensuales para todos los afiliados. Con esta aportación 7 de nuestras locales afiliadas reciben un aumento. En los casos que esta aportación sea menor a la que recibe el unionado en este momento, SPU-AFSCME negoció un Fondo especial de 5 millones para completar la diferencia en costo entre la aportación actual y la de $170.00. De esta forma, SPU garantiza a sus afiliados cubiertos bajo Ley 158-2006 que no recibirán otro golpe a su bolsillo por este concepto durante los 5 años de vigencia de este contrato. Esto implica además mantener nuestro plan médico único según negociado y no nos obligarán a ser parte del plan de salud del Gobierno.



**Convenio Colectivo-** El Convenio Colectivo se mantiene vigente en sus áreas no económicas y se ajusta en las áreas económicas que establece el acuerdo. Este tendrá una vigencia de 5 años y no podrá ser suspendido o modificado por el Gobierno de Puerto Rico.

**Contribuciones Retiro Sistema 2000**



Las contribuciones de nuestros miembros al Sistema 2000 fueron rescatadas en este acuerdo. Actualmente ese dinero no existe en caja, se utilizó por el Gobierno. Con este acuerdo, logramos la asignación de 1,360 millones de dólares para que las cuentas sean segregadas en cuentas individuales y los dineros que se le deben a cada uno de ustedes sean depositados en sus cuentas personalizadas. De la deuda ser mayor a esta cantidad, los pagos se prorratearan.

**Bonificaciones-** Del Gobierno otorgar una bonificación a los empleados públicos, dicha bonificación nos aplicará a nosotros.

**Bonificación presupuestaria -** A partir de 2020, podríamos recibir un bono adicional si se cumplen las proyecciones presupuestarias en el plan fiscal. Si el exceso de superávit de caja es de $100 millones o más, el 25% de éste se asignará a la cuenta de bonificación.

**Cesantías -** Si el Gobierno tuviera que implantar un plan de cesantías de empleados, éstas serán por estricta antigüedad. 

**Feriados -** Si un feriado cae día sábado, el mismo será efectivo el día antes laborable. Si cae domingo, el feriado será concedido al día siguiente como es la práctica actual.

**Licencias-** se mantiene lo establecido en la Ley 26-2017, pero si legalmente los beneficios mejoran o aumentan, serán aplicables a nosotros.



**Licencia para padres con hijos con discapacidad física y mental y para atender personas de edad avanzada -** Se logra la autorización como tiempo oficial de 1 día al mes para llevar a los hijos a citas y tratamiento. De la misma manera, se autoriza que ese mismo día pueda ser utilizado para citas y tratamientos de personas de edad avanzada.

**Futuros Beneficios del Gobierno -** Si el Gobierno otorga o aprueba términos económicos más beneficiosos para otros empleados públicos, nosotros también recibiremos esos beneficios.

**Ratificación -** Para que este acuerdo pueda ser efectivo tiene que ser ratificado por la mayoría de los votantes miembros de la unidad apropiada en votación secreta. 

Servidores Públicos Unidos de Puerto Rico, Concilio 95 AFSCME Tel. 1-787-272-7222 www.spupr.com

# Commonwealth of Puerto Rico
Case No. 17-03283

case info / claims

+ Case Navigation

+ Quick Links

Thillet de la Cruz, Geyla　　　　　　　　　　　　　　　　　　　　　advanced

« ‹ Page 1 of 1 » ›

| | |
|---|---|
| Schedule | 1095028 |
| Claim # | 29406 |
| Filed Date | 05/24/2018 |
| Creditor Name | THILLET DE LA CRUZ, GEYLA G. |
| Debtor Name | Commonwealth of Puerto Rico |
| Claim Value | $180,000.00 |
| Schedule | 258347 |
| Claim # | 28502 |
| Filed Date | 05/24/2018 |
| Creditor Name | THILLET DE LA CRUZ, GEYLA G |
| Debtor Name | Employees Retirement System of the Government of the Commonwealth of Puerto Rico |
| Claim Value | $0.00 |

« ‹ Page 1 of 1 » ›

terms of use　privacy notice　team　　　© 2019 Prime Clerk. All rights reserved.

646-486-7944

https://cases.primeclerk.com/puertorico/Home-ClaimInfo　　　　　　　　　　　　　　　　　　　　　　1/1

Geyla G Huillet Beltran
Urb. Teresita
AR 6 Calle 37
Bayamon PR 00961



Hon. Laura Taylor Swain
Secretaria
Tribunal de distrito de los Estados Unidos
Para distrito de Puerto Rico
150 Carlos Chardon Street
Federal Building
San Juan, PR. 00918-1767

RECEIVED & FILED
2020 MAR -4 PM 2:26
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.