From:
Lydia E. Maldonado Torres
Urb Las Alondras
calle 7 B 58
Villalba, P.R. 00766



U.S. POSTAGE PAID
FCM LG ENV
VILLALBA, PR
00766
MAR 03, 20
AMOUNT
**$0.10**
R2305H127764-06

1000        00918

To:
Secretaria (Clerk Office)
Tribunal de Distrito de los E U
Room 150 Federal Building
San Juan (P.R.) 00918-1967

RECEIVED & FILED
2020 MAR -4  PM 2: 28
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.