Proof of Claim: 62229
Claimant: Jacqueline A. Negrón Angulo

# INFORMATION REQUESTED TO PROCESS YOUR CLAIM

## Instructions

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. **Your answers should provide more information than the initial proof of claim.** For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate now on what specific laws you are purporting to rely on, the year the law at issue was passed, and how and why you believe this particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as a Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any and all documentation you believe supports your claim.

Please send the completed form and any supporting documents via **email** to PRClaimsInfo@primeclerk.com, or by **mail or hand delivery** to the following addresseses:

| First Class Mail | Hand Delivery |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

## Questionnaire

1. What is the basis of your claim?
   - ✓ A pending or closed legal action with or against the Puerto Rican government
   - ☐ Current or former employment with the Government of Puerto Rico
   - ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)

Ley 89

2. What is the amount of your claim (how much money do you claim to be owed):
   Ley 89                                    Total 19,200.

3. **Employment.** Does your claim relate to current or former employment with the Government of Puerto Rico?
   - ☐ No. *Please continue to Question 4.*
   - ✓ Yes. *Answer Questions 3(a)-(d).*

3(a). Identify the specific agency or department where you were or are employed:
Dpto Educación
Trabajé de 1980 al 1981. Luego dejé el magisterio y regresé en el 1989 y trabajé hasta el 2014 que me jubilé.

Batch 4

Proof of Claim: 62229
Claimant: Jacqueline A. Wegron Angulo

3(b). Identify the dates of your employment related to your claim: Ley 89 1980 al 2004

3(c). Last four digits of your social security number: 4263

3(d). What is the nature of your employment claims (select all applicable):

- ☐ Pension
- ☑ Unpaid Wages
- ☐ Sick Days
- ☐ Union Grievance
- ☐ Vacation
- ☐ Other (Provide as much detail as possible. Attach additional pages if necessary).

4. **Legal Action.** Does your claim relate to a pending or closed legal action?

- ☐ No.
- ☑ Yes. Answer Questions 4(a)-(f).

4(a). Identify the department or agency that is a party to the action. Dpto Educación

4(b). Identify the name and address of the court or agency where the action is pending: Tribunal Distrito de los EU para el Distrito de PR

4(c). Case number: 17o 3283

4(d). Title, Caption, or Name of Case: Ley Promesa (caso Titulo III)

4(e). Status of the case (pending, on appeal, or concluded): Pendiente Resolución

4(f). Do you have an unpaid judgment? Yes / (No) (Circle one)

If yes, what is the date and amount of the judgment? _____

Proof of Claim: 62229
Claimant: Jacqueline A Negrón Angulo

# INFORMATION REQUESTED TO PROCESS YOUR CLAIM

## Instructions

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. **Your answers should provide more information than the initial proof of claim.** For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate now on what specific laws you are purporting to rely on, the year the law at issue was passed, and how and why you believe this particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as a Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any and all documentation you believe supports your claim.

Please send the completed form and any supporting documents via **email** to PRClaimsInfo@primeclerk.com, or by **mail or hand delivery** to the following addresseses:

| First Class Mail | Hand Delivery |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

## Questionnaire

1. **What is the basis of your claim?**
   - ✓ A pending or closed legal action with or against the Puerto Rican government
   - ☐ Current or former employment with the Government of Puerto Rico
   - ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)

   _Ley 96_

2. **What is the amount of your claim (how much money do you claim to be owed):**
   Ley 96    13,200.00

3. **Employment.** Does your claim relate to current or former employment with the Government of Puerto Rico?
   - ☐ No. *Please continue to Question 4.*
   - ✓ Yes. Answer Questions 3(a)-(d).

   3(a). Identify the specific agency or department where you were or are employed:
   Dpto. Educación

Batch 4

Proof of Claim: 62229
Claimant: Jacqueline A. Wegrén Angulo

3(b). Identify the dates of your employment related to your claim: ley 96 2004 hasta 2014

3(c). Last four digits of your social security number: 4263

3(d). What is the nature of your employment claims (select all applicable):
- ☐ Pension
- ☑ Unpaid Wages
- ☐ Sick Days
- ☐ Union Grievance
- ☐ Vacation
- ☐ Other (Provide as much detail as possible. Attach additional pages if necessary).

4. **Legal Action.** Does your claim relate to a pending or closed legal action?
- ☐ No.
- ☑ Yes. Answer Questions 4(a)-(f).

4(a). Identify the department or agency that is a party to the action. Dpto Educación

4(b). Identify the name and address of the court or agency where the action is pending: Tribunal Distrito de los EU para el Distrito de P.R.

4(c). Case number: 17 03283

4(d). Title, Caption, or Name of Case: Ley Promesa

4(e). Status of the case (pending, on appeal, or concluded): Pendiente Resolución

4(f). Do you have an unpaid judgment? Yes / (No) (Circle one)

If yes, what is the date and amount of the judgment? _____

Batch 4

2

Proof of Claim: 62229
Claimant: Jacqueline A. Negrón Angulo

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

**Instructions**

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. **Your answers should provide <u>more</u> information than the initial proof of claim.** For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate now on what specific laws you are purporting to rely on, the year the law at issue was passed, and how and why you believe this particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as a Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any and all documentation you believe supports your claim.

Please send the completed form and any supporting documents via **email** to PRClaimsInfo@primeclerk.com, or by **mail or hand delivery** to the following addresseses:

| First Class Mail | Hand Delivery |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

**Questionnaire**

1. What is the basis of your claim?
   - ✓ A pending or closed legal action with or against the Puerto Rican government
   - ☐ Current or former employment with the Government of Puerto Rico
   - ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)

_____

Ley 180

2. What is the amount of your claim (how much money do you claim to be owed):
   Ley 180                                                  Total 223.93

3. **Employment.** Does your claim relate to current or former employment with the Government of Puerto Rico?
   - ☐ No. *Please continue to Question 4.*
   - ✓ Yes. *Answer Questions 3(a)-(d).*

3(a). Identify the specific agency or department where you were or are employed:
Dpto. Educación

Batch 4

Proof of Claim: 62229
Claimant: Jacqueline A Negrón Angulo

3(b). Identify the dates of your employment related to your claim: Ley 180
        2006 - 2014

3(c). Last four digits of your social security number: 4263

3(d). What is the nature of your employment claims (select all applicable):
  ☐ Pension
  ☑ Unpaid Wages
  ☐ Sick Days
  ☐ Union Grievance
  ☐ Vacation
  ☐ Other (Provide as much detail as possible. Attach additional pages if necessary).

4. **Legal Action.** Does your claim relate to a pending or closed legal action?
  ☐ No.
  ☑ Yes. Answer Questions 4(a)-(f).

4(a). Identify the department or agency that is a party to the action.
        Dpto Educación

4(b). Identify the name and address of the court or agency where the action is pending:
     Tribunal Distrito de los EU para el Distrito de P.R.

4(c). Case number: 17O 3283
4(d). Title, Caption, or Name of Case: Ley Promesa (caso Título III)
4(e). Status of the case (pending, on appeal, or concluded): Pendiente de resolución
4(f). Do you have an unpaid judgment? Yes / (No) (Circle one)
     If yes, what is the date and amount of the judgment? _____

Batch 4            2

Proof of Claim: 62229
Claimant: Jacqueline A. Wegron Angelo

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

### Instructions

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. **Your answers should provide more information than the initial proof of claim.** For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate now on what specific laws you are purporting to rely on, the year the law at issue was passed, and how and why you believe this particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as a Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any and all documentation you believe supports your claim.

Please send the completed form and any supporting documents via email to PRClaimsInfo@primeclerk.com, or by **mail or hand delivery** to the following addresseses:

| First Class Mail | Hand Delivery |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### Questionnaire

1. What is the basis of your claim?

    ✓ A pending or closed legal action with or against the Puerto Rican government

    ☐ Current or former employment with the Government of Puerto Rico

    ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)

    _____

Ley 164

2. What is the amount of your claim (how much money do you claim to be owed):
   Ley 164 del 2004                                            12,000.

3. **Employment.** Does your claim relate to current or former employment with the Government of Puerto Rico?

    ☐ No. *Please continue to Question 4.*

    ✓ Yes. Answer Questions 3(a)-(d).

3(a). Identify the specific agency or department where you were or are employed:
   Dpto. Educación

Batch 4

Proof of Claim: 62229
Claimant: Jacquelin A Negrón Angulo

3(b). Identify the dates of your employment related to your claim:
___2004 hasta 2014___

3(c). Last four digits of your social security number: ___4263___

3(d). What is the nature of your employment claims (select all applicable):
- ☐ Pension
- ☑ Unpaid Wages
- ☐ Sick Days
- ☐ Union Grievance
- ☐ Vacation
- ☐ Other (Provide as much detail as possible. Attach additional pages if necessary).

4. **Legal Action.** Does your claim relate to a pending or closed legal action?
- ☐ No.
- ☑ Yes. Answer Questions 4(a)-(f).

4(a). Identify the department or agency that is a party to the action.
___Dpto. Educación___

4(b). Identify the name and address of the court or agency where the action is pending:
___Tribunal Distrito de los E.U. para el Distrito de P.R.___

4(c). Case number: ___17 03283___

4(d). Title, Caption, or Name of Case: ___Ley Promesa (Caso Título III)___

4(e). Status of the case (pending, on appeal, or concluded): ___Pendiente resolución___

4(f). Do you have an unpaid judgment? Yes (No) (Circle one)
If yes, what is the date and amount of the judgment? _____

Batch 4                                    2