From: Jacqueline Negrón Araulo
P.O. Box 132
Villalba P.R. 00766

U.S. POSTAGE PAID
FCM LG ENV
VILLALBA, PR
00766
MAR 03, 20
AMOUNT
$0.65
R2305H127764-06

To: Secretaria
(Clerk office)
Room 150, Federal Building
Tribunal de Distrito de los E.U.
San Juan (P.R.) 00918-1967