Certifico la siguiente información personal:

Nombre: Sandra E. Vargas Rodríguez

Dirección Residencial: Urb. San Pedro Calle Abraham H- 10, Toa Baja, Puerto Rico 00949

Dirección Postal: Urb. San Pedro Calle Abraham H- 10, Toa Baja, Puerto Rico 00949

Tel Residencial: 787-251-4723    Tel Celular: 939-475-3050

E-mail: vsandra_i@yahoo.com

*[signature: Sandra E. Vargas Rodríguez]*



RECEIVED & FILED
2020 MAR -4 PM 2:49
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

Por este medio deseo informar y confirmar que trabaje como maestra de matemática secundaria del Departamento de Educación de Puerto Rico hasta julio 27 del 2001 para un total de 26 anos 6 meses y 4 días. Por lo tanto, me aplica la Ley 89 de empleados públicos.

Doy fe de lo antes expuesto.

Nombre: Sandra E. Vargas Rodríguez

*[signature: Sandra E. Vargas Rodríguez]*

RECEIVED & FILED
2020 FEB 18 PM 4:32
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

RECEIVED & FILED
2020 MAR -4 PM 2:50
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.