

ESTADO LIBRE ASOCIADO DE PUERTO RICO
Junta de Retiro para Maestros
P O Box 191879
San Juan, P. R. 00919-1879
Teléfono (787) 754-8611

10 de agosto del 2001

PROF: SANDRA E. VARGAS RODRIGUEZ
SAN PEDRO
H 10 CALLE 9
TOA BAJA P R 00949

CASO: 169

Estimada profesora Vargas:

Nos referimos a su solicitud de **Retiro Temprano Ley 44** la cual ha sido aprobada. Su retiro será efectivo el **28 de julio de 2001** y recibirá una renta mensual de **$1,535.82**.

Le informamos que usted puede autorizar a la Junta de Retiro para Maestros a descontar de su pensión, determinada cantidad para pagar compromisos contraídos, tales como, el seguro médico de su preferencia u otras deducciones permitidas por Ley.

Se incluye información de interés para los maestros pensionados.

**CERTIFICO CORRECTO**

Gloria E. Navas Pérez
Directora
Area Servicios de Retiro

Cordialmente,

Irma A. Giménez López
Secretaria Ejecutiva

Anexo
lp

"Sirviéndole a la Clase Magisterial Puertorriqueña"

Modelo SC-1515 (I.R.M)
14-mayo-71
Manual de Contabilidad

ESTADO LIBRE ASOCIADO DE PUERTO RICO
JUNTA DE RETIRO PARA MAESTROS

## INFORME RENTA ANUAL VITALICIA

Nombre: Sandra E. Vargas Rodríguez
Núm. Reclamación: 35690
Sexo: F

Tipo de Renta:
a— Años de Servicio y Edad
 Opcional ( )
 Obligatorio ( )
b— Edad ( )
c— Incapacidad
 Ocupacional ( )
 No Ocupacional ( )
d— Diferida ( )*

Fecha de Nacimiento: Año ___ Mes ___ Día ___

Fecha de Retiro: 2001 julio 27

Edad al Retirarse: 51 Años 4 Meses 4 Días
Servicios Acreditados: 26 Años 6 Meses — Sem. 4 Días
Costo Anualidad: $ 35,108.97
Fecha de Efectividad: 2001 julio 28

Retiro Ley Núm. 44 de 2000

Oficina de Finanzas
Documentos Preintervenidos
Fecha: 10/8/01
Iniciales: ___

Cómputo de la Renta Anual: tres
a— Sueldo promedio mensual más alto durante cinco años consecutivos a $ 2,047.77
X .018 % X 26 años, 6 meses y 4 días
(Por ciento) (Tiempo Acreditado)

977.13
menos ajuste 5 %
48.85
928.28

* En caso de renta anual diferida, ésta comenzará al cumplir la edad de _____

( ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años de edad.

( ) o a opción en fecha posterior si al retirarse tiene 10 y menos de 25 años de servicios y menos de 60 años de edad.

b— Ajuste para llegar al Mínimo Establecido por Ley 44

Años de Servicio $____  Edad $____  Incapacidad Física $____  Diferido $____

607.54

Diferencia Mínimo o Renta Sistema Retiro
Renta Mensual Vitalicia  1,535.82
Renta Anual Vitalicia  18,429.84

Computado: Carlos J. Serrano   Fecha 9/8/01
Cotejado: Hugo E. Aponte   Fecha 9/8/01   ago 01
Recomendado: Gloria E. Navas Pérez   Fecha 9/8/01
Directora Area Servicios de Retiro
Aprobado: 8-14-01   Irma A. Giménez López
Secretaria Ejecutiva

lp HA/agb

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re: Financial Oversight & Management Board for Puerto Rico | 3:17-BK-3283 (LTS) |
| | PROMESA Title III |
| *as representative of* | |
| | (Jointly Administrated) |
| The Commonwealth of Puerto Rico, *et al.* | |
| Debtors | |

## NOTICE OF DEFECTIVE PLEADING
*(Notificación de Documento Defectuoso)*

The Clerk of Court has received your pleading on February 18, 2020. However, the deficiencies listed below have prevented us from filing the same in the case docket. You must submit a corrected pleading if you want it to form part of the record.

La Secretaría del Tribunal recibió su escrito el 18 de febrero de 2020. No obstante, las deficiencias que abajo se señalan nos impiden aceptarlo y entrarlo en el sumario del caso. Debe usted someter un escrito debidamente corregido si quiere que el mismo forme parte del expediente.

Page **1** of **2**

NOTICE OF DEFECTIVE PLEADING
*(Notificación de Documento Defectuoso)*
3:17-BK-3283 (LTS)

| 1 |  | Pleading is illegible. L.Civ.R. 10<br>*(El escrito radicado es ilegible o no cumple con la R.L.Civ. 10)* |
|---|---|---|
| 2 | X | Lacks proper signature. Documents presented to the court in paper require a handwritten signature. L.Civ.R. 11<br>*(Documento no está firmado adecuadamente. Los documentos sometidos en papel tienen que estar firmados a mano. R.L.Civ. 11)* |
| 3 |  | PROMESA Cover Sheet for Adversary Proceedings (DPR Modified PROMESA B1040) was not included. L.Bkcy.R. 7003-1<br>http://www.prd.uscourts.gov/promesa/forms-attorneys<br>*(No se incluyó la Hoja de Trámite para Casos Adversarios (DPR Modified PROMESA B1040).* |
| 4 |  | Failure to pay the filing fee in the amount of $400.00. See, L.Cv.R. 3.1(a). Payment shall be made within 24 hours in person at the Clerk's Office U.S. District Court with copy of the complaint /notice of removal.<br>*(Incumplimiento con el pago de la cuota de radicación por la cantidad de $400.00. El pago debe hacerse personalmente dentro de 24 horas en la Secretaría del Tribunal Federal de Distrito adjuntando una copia de la demanda / notificación de remoción.)* |
| 5 | X | Other: Please blackout or omit from your documents any personal information such as: medical records, Social Security number, financial account numbers, date of birth, driver's license or any other personal identifying numbers as per Local Civil Rule 5.2<br>*(Otro:) Favor de **eliminar u omitir** de sus documentos cualquier información personal como: documentos médicos, número de Seguro Social, números de cuentas financieras, fecha de nacimiento, licencia de conducir o cualquier otro número de identificación de acuerdo con la Regla Local Civil 5.2.* |

Date: February 25, 2020

MARIA ANTONGIORGI-JORDAN, ESQ.
Clerk of Court

By: s/ Marian B. Ramirez Rivera
Marian B. Ramirez Rivera
Deputy Clerk

sc: to filer with original filing attached