Sandra E. Vargas Rodriguez
Urb. San Pedro
Calle Abraham H-10
Toa Baja, P.R. 00949

**CERTIFIED MAIL**

7018 3090 0000 4655 0080




U.S. POSTAGE PAID
FCM LG ENV
BAYAMON, PR
00959
MAR 03, 20
AMOUNT
**$7.60**
R2305M149066-1

Clerk's Office
United States District Court
Room 150 Federal Bldg.
San Juan P.R. 00918-1767

RECEIVED & FILED
2020 MAR -4 PM 2 50
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR