Luis M Ocasio Aponte
Urb. Vista Bella
Calle 5 D-7
Villalba, PR 00766




U.S. POSTAGE PAID
FCM LG ENV
VILLALBA, PR
00766
MAR 03, 20
AMOUNT
1000
00918
$1.00
R2305H127764-06

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, PR. 00918-1767

RECEIVED & FILED
2020 MAR -4 PM 2:32