From: Rebeca Rivera Negrón
P.O. Box 132
Villalba, P.R. 00766





To: Secretaria (Clerk office)
Tribunal de Distrito de los E.U.
Room 150 Federal Building
San Juan (P.R.) 00918-1967