# 12 de Febrero de 2020

Secretaria (Clerks Office)

Tribunal de Distrito de los Estados Unidos

Room 150 Federal Building

San Juan (Puerto Rico) 00918-1767


Abogado de la Junta de Supervisión (Counsel for the Oversight Board)

Proskauer Rose LLP

Eleven Time Square

Nueva York, Nueva York 10036-8299

A/A: Martin J. BienenStock

Brian S. Rosen


Abogado del Comité de Acreedores (Counsel for the Creditors Committee)

Paul Hastings LLP

200 Park Avenue

Nueva York, Nueva York 10166

A/A: Luc A. Despins

James Bliss

James Worthington

G. Alexandre Bongartz

Radicación de réplica (Objection)

PROMESA TÍTULO III Núm 17-BK03283-LTS

Número de Reclamación:

Nombre: Rosabel Avenaut Levante

Dirección Postal P O Box 8894 Ponce PR 00732-8894

Dirección Residencial F 19 calle Amaranta Urb. Jardines Fagot Ponce PR 00716-4024

Número de Teléfono (787) 202-8642 y (787) 659-3835

Correo Electrónico ravenaut0829@gmail.com- vcaquias@yahoo.com

Epígrafe: Re: The Financial Oversight and Management Board of Puerto Rico

Razón para la objeción:

Ver anejo

Radicación de réplica (Objection)

PROMESA TÍTULO III Núm 17-BK03283-LTS

Número de Reclamación:96050

Nombre: Rosabel Avenaut Levante

Dirección Postal P O Box 8894 Ponce PR 00732-8894

Dirección Residencial F 19 calle Amaranta Urb. Jardines Fagot Ponce PR 00716-4024

Número de Teléfono (787) 202-8642 y (787) 659-3835

Correo Electrónico ravenaut0829@gmail.com-vcaquias@yahoo.com

Epígrafe: Re: The Financial Oversight and Management Board of Puerto Rico

Razón para la objeción:

Reclamo por este medio mi continuidad en la demanda.




# MOTIVOS

El Honorable Tribunal no debe declarar a lugar la Objeción Global a mi reclamo:

- Tengo derecho a reclamar mi reclamación **96050**

- Trabajé para el Departamento de Salud (PROGRAMA WIC) desde 01-07-1989 hastt 2019

- Esta agencia garantizaba un aumento de sueldo anual que nunca se concretó porque los fondos fueron congelados y/o tranferidos a otras agencias

- Suministré la información requerida por este Honarable Tribunal

Respetuosamente

*[signature]*
ROSABEL AVENAUT LEVANTE
P O BOX 8894 PONCE PR 00732-8894