**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Avenaut Levante, Rosabel | 96050 | 6/26/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $65,000.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors ||||

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Avenaut Levante, Rosabel | 96050 | 6/26/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $65,000.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. ||||

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

| | NOMBRE | FECHA PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.° RECLAMACIÓN | ALEGADA |
|---|---|---|---|---|---|---|
| 591 | AVARGAS, JOEL JO<br>HC03 BOX 16587<br>QUEBRADILLAS, PR 00678 | 5/25/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 31985 | $ 60,000.00* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| 592 | AVELLANET, IVETTEF<br>156 LINDEN ST.<br>APT. 1L<br>HOLYOKE, MA 01040 | 6/28/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 64872 | Indeterminado* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| 593 | AVENAUT LEVANTE, ROSABEL<br>F19 CALLE AMATANTA JARDINES LAGOT<br>PONCE, PR 00716 | 6/26/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 96050 | |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| 594 | AVILA CARBUCIA, DIOSA<br>URB RINCON ESPANOL<br>B10 CALLE 1<br>TRUJILLO ALTO, PR 00976-5708 | 6/4/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 45992 | Indeterminado* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| 595 | AVILA FEREIRA, FANY M<br>947 CALLE GUARIONEX URB.BARAMAYA<br>PONCE, PR 00728-2526 | 6/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 100311 | $ 11,600.00* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| 596 | AVILA GONZALEZ, JAVIER<br>P.O BOX 1007<br>MOCA, PR 00676 | 6/26/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 84394 | $ 10,000.00* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

Página 105 de 179

* Indica que la reclamación contiene montos por liquidar o indeterminados

Romerau Promesa Copia

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

**Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).**

| | | |
|---|---|---|
| ☒ Commonwealth of Puerto Rico / El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date: May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA) / La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date: May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority / La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date: May 21, 2017 |
| ☐ Employees Retirement System of the Government of the Commonwealth of Puerto Rico / El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date: May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority / La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date: July 2, 2017 |

2018 JUN 25 P 4:10 RECEIVED

Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

## Part 1 / Parte 1 — Identify the Claim / Identificar la reclamación

1. **Who is the current creditor? / ¿Quién es el acreedor actual?**

   AVENauT Levante, Rosabel

   Name of the current creditor (the person or entity to be paid for this claim)
   Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

   Other names the creditor used with the debtor
   Otros nombres que el acreedor usó con el deudor _____

Modified Official Form 410                Proof of Claim



Portal de Servicios en Línea de la Administración de los Sistemas de Retiro de los Empleados de Gobierno y la Judicatura

## Información General

**ROSABEL AVENAUT LEVANTE (476239)**

| | |
|---|---|
| Agencia: | **DEPARTAMENTO DE SALUD** |
| Sistema de Retiro: | **PENSIONADO** |
| Fecha de Ingreso: | **01-JUL-1989** |
| Años en Servicio: | **No Disponible** |
| Sueldo Bruto: | **$1,154.42** |
| Sueldo Neto: | **$1,108.98** |
| Balance Aportaciones*: | **No Disponible** |
| Aportaciones Ley 106 **: | **$0.00** |

\* El balance de la Aportación Individual reflejado es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de aportaciones individuales y el tiempo acreditado están sujetos a revisión. Esta información no es una certificación oficial de la Administración de los Sistemas de Retiro. Puede descargar aquí su última certificación de balance de aportaciones

\*\* El balance de la Aportación Ley 106 está reflejado a la fecha de la última nómina procesada enviada por su patrono. Dicho balance por concepto de aportación individual aquí reflejado están sujetos a revisión. Esta información no es una certificación oficial de la Administración de los Sistemas de Retiro. Puede pedir una certificación del balance al 787-777-1500 o al correo cesresanjuan@retiro.pr.gov

### Mas Servicios

Aquí podrás solicitar y visualizar tus certificaciones, como:

- ✓ Certificados de Deuda de préstamos
- ✓ Certificados de Préstamo Hipotecario
- ✓ Certificado de deuda para Ética Gubernamental
- ✓ Certificado de Balance de Cancelación de préstamo.

**Solicitudes en Línea**

### Ayuda para Servicios en Línea

Llene el siguiente formulario o llame a nuestro centro de contacto al (787) 777-1500

Centro Gubernamental Minillas,
Torre Norte Piso 7
San Juan PR 00940

pr.gov

## Direcciones

Postal: **PO BOX 8894,**
**PONCE, PR, 00732, 8894, USA**

Física: **URB JARD FAGOT, F 19 CALLE AMARANTA, ,**
**PONCE, PR, 00716, 4024, USA**

Centro Gubernamental Minillas,
Torre Norte Piso 7
San Juan PR 00940





DEPARTAMENTO DE HACIENDA
ESTADO LIBRE ASOCIADO DE PUERTO RICO



Portal de Servicios en Línea de la Administración de los Sistemas de Retiro de los Empleados de Gobierno y la Judicatura

## Perfil Persona

### ROSABEL AVENAUT LEVANTE (476239)

Seguro Social: 　　　　Fecha de Nacimiento: **29-AGO-1956**

*Última Actualización:*

En esta página puede modificar los datos registrados en el sistema.

**Cambiar Datos**

### Datos de Pensión

| | |
|---|---|
| Agencia: | **DEPARTAMENTO DE SALUD** |
| Sistema de Retiro: | **PENSIONADO** |
| Fecha de Ingreso: | **01-JUL-1989** |
| Años de Servicio: | **No Disponible** |
| Balance Aportaciones : | **No Disponible** |

### Ayuda para Servicios en Línea

Llene el siguiente formulario o llame a nuestro centro de contacto al (787) 777-1500

### Datos Personales

| | |
|---|---|
| Sexo: | **Femenino** |
| Estado Civil: | **CASADO** |
| Lugar de Nacimiento: | **PONCE PR** |

### Teléfonos de Contacto

| | |
|---|---|
| Residencial: | **(787) 659-3835** |
| Celular: | **(787) 202-8642** |
| Compañia: | **CLARO PUERTO RICO** |
| Trabajo: | **No Disponible** |



GOBIERNO DE PUERTO RICO
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## CERTIFICACIÓN DE PENSIÓN SIN BONO

Certificamos que ROSABEL AVENAUT LEVANTE con número de _____, disfruta beneficios de PENSION LEY 3 de este Sistema de Retiro. La misma fue efectiva el 01 de septiembre de 2018. En la actualidad recibe una anualidad ascendente a $13,853.04 pagadera en mensualidades de $1,154.42.

Esta certificación se expide hoy 07 de febrero de 2020, en San Juan, Puerto Rico.

Certifico correcto,

Marlisa Marrero Negron
Gerente Auxiliar
División de Asuntos de Pensionados

Número de Certificación: ASR2020020747009734

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico http://www.pr.gov o en nuestro portal http://www.retiro.pr.gov



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov

| Gobierno de Puerto Rico | | Grupo de Pago: | SM -Quincenal | Business Unit: PUERT | |
|---|---|---|---|---|---|
| 530 - RETIRO CENTRAL PENSIONADOS | | Desde: | 09/01/2019 | Aviso #: | 3326742 |
| | | Hasta: | 09/15/2019 | Fecha Aviso: | 09/13/2019 |
| ROSABEL AVENAUT LEVANTE | # Empleado: | | DATA IMP: | Federal | PR |
| PO BOX 8894 | Dept: | 530500-Anualidad Híbrida Ley 3 | Estado Civil: | Married | Married |
| PONCE, PR 00732 | Lugar: | LEY 3- 07-01-2013 | Concesiones: | 0 | 0  + |
| | Titulo: | Pensionado | Pct. Adcl.: | | |
| SS: | Sueldo: | $1,154.41 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 577.21 | 1,125.00 | 8,080.94 |
| Pago Retro Pensionados | | | 0.00 | | 6,349.26 |
| **Total:** | | | **577.21** | **1,125.00** | **14,430.20** |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | **0.00** | **0.00** |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | **0.00** | **0.00** |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Seguro por Muerte Asoc ELA | 5.40 | 70.20 |
| Ahorros-AEELA | 17.32 | 225.16 |
| AE-Asoc Emp ELA-Prest Regular | 0.00 | 321.60 |
| **Total:** | **22.72** | **616.96** |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|
| Corriente: | 577.21 | 0.00 | 22.72 | 554.49 |
| Acumulado: | 14,430.20 | 0.00 | 616.96 | 13,813.24 |

### PTO HORAS ACUM

| Balance Inicial: | 0.0 |
|---|---|
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| Aviso #3326742 | 554.49 |
|---|---|
| **Total:** | **554.49** |

**MENSAJE:**

---

**Gobierno de Puerto Rico**
**530 - RETIRO CENTRAL PENSIONADOS**

Fecha
09/13/2019

Aviso No.
3326742

Cant. Desposito:   $554.49

A la
Cuenta(s) De
ROSABEL AVENAUT LEVANTE
PO BOX 8894
PONCE, PR 00732

Location: LEY 3- 07-01-2013

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| | | $554.49 |
| **Total:** | | **$554.49** |

## NO-NEGOCIABLE

| Gobierno de Puerto Rico | | Grupo de Pago: | SM -Quincenal | Business Unit: | PUERT |
|---|---|---|---|---|---|
| 530 - RETIRO CENTRAL PENSIONADOS | | Desde: | 09/16/2019 | Aviso #: | 3576059 |
| | | Hasta: | 09/30/2019 | Fecha Aviso: | 09/27/2019 |

| ROSABEL AVENAUT LEVANTE | # Empleado: | | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| PO BOX 8894 | Dept: | 530500-Anualidad Híbrida Ley 3 | Estado Civil: | Married | Married |
| ▪▪▪▪E, PR 00732 | Lugar: | LEY 3- 07-01-2013 | Concesiones: | 0 | 0 + |
| | Título: | Pensionado | Pct. Adcl.: | | |
| | Sueldo: | $1,154.41 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS | IMPUESTOS

| | | Corriente | | Acumulado | | | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | | 577.21 | 1,207.50 | 8,658.15 | | | |
| Pago Retro Pensionados | | | 0.00 | | 6,349.26 | | | |
| Total: | | | 577.21 | 1,207.50 | 15,007.41 | Total: | 0.00 | 0.00 |

### DEDUCCIONES | DEDUCCIONES GENERALES | BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| | | | AE-Seguro por Muerte Asoc ELA | 5.40 | 75.60 | | | |
| | | | Ahorros-AEELA | 17.32 | 242.48 | | | |
| | | | AE-Asoc Emp ELA-Prest Regular | 0.00 | 321.60 | | | |
| Total: | 0.00 | 0.00 | Total: | 22.72 | 639.68 | * Tributable | | |

### TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA

| | | | | |
|---|---|---|---|---|
| Corriente: | 577.21 | 0.00 | 22.72 | 554.49 |
| Acumulado: | 15,007.41 | 0.00 | 639.68 | 14,367.73 |

### PTO HORAS ACUM | DISTRIBUCION PAGA NETA

| Balance Inicial: | 0.0 | | Aviso #3576059 | 554.49 |
|---|---|---|---|---|
| + Acumulado: | | | | |
| - Utilizado: | | | Total: | 554.49 |
| - Donada: | | | | |
| + Ajustes: | | | | |
| Balance Final: | 0.0 | | | |

MENSAJE:

Gobierno de Puerto Rico  Fecha  Aviso No.
530 - RETIRO CENTRAL PENSIONADOS  09/27/2019  3576059

Cant. Desposito:    $554.49

A la
Cuenta(s) De
        ROSABEL AVENAUT LEVANTE
        PO BOX 8894
        PONCE, PR  00732

Location: LEY 3- 07-01-2013

| DISTRIBUCION DE DEPOSITO DIRECTO | | |
|---|---|---|
| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| | | $554.49 |
| Total: | | $554.49 |

## NO-NEGOCIABLE

**Gobierno de Puerto Rico**
530 - RETIRO CENTRAL PENSIONADOS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 08/01/2019 |
| Hasta: | 08/15/2019 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | 2830896 |
| Fecha Aviso: | 08/15/2019 |

ROSABEL AVENAUT LEVANTE
PO BOX 8894
PONCE, PR 00732

| | |
|---|---|
| # Empleado: | |
| Dept: | ....-Anualidad Hibrida Ley 3 |
| Lugar: | LEY 3- 07-01-2013 |
| Titulo: | Pensionado |
| Sueldo: | $1,154.41 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 577.21 | 967.50 | 6,926.52 |
| Pago Retro Pensionados | | | 0.00 | | 6,349.26 |
| **Total:** | | | 577.21 | 967.50 | 13,275.78 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Seguro por Muerte Asoc ELA | 5.40 | 59.40 |
| Ahorros-AEELA | 17.32 | 190.52 |
| AE-Asoc Emp ELA-Prest Regular | 0.00 | 321.60 |
| **Total:** | 22.72 | 571.52 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|

* Tributable

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|
| Corriente: | 577.21 | 0.00 | 22.72 | 554.49 |
| Acumulado: | 13,275.78 | 0.00 | 571.52 | 12,704.26 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #2830896 | 554.49 |
| **Total:** | 554.49 |

MENSAJE:

---

**Gobierno de Puerto Rico**
530 - RETIRO CENTRAL PENSIONADOS

Fecha
08/15/2019

Aviso No.
2830896

Cant. Desposito: __$554.49__

A la
Cuenta(s) De

ROSABEL AVENAUT LEVANTE
PO BOX 8894
PONCE, PR 00732

Location: LEY 3- 07-01-2013

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| C... | ... | $554.49 |
| **Total:** | | $554.49 |

## NO-NEGOCIABLE

| Gobierno de Puerto Rico<br>530 - RETIRO CENTRAL PENSIONADOS | | | Grupo de Pago: SM -Quincenal<br>Desde: 08/16/2019<br>Hasta: 08/31/2019 | | | Business Unit: PUERT<br>Aviso #: 3122196<br>Fecha Aviso: 08/30/2019 | | |
|---|---|---|---|---|---|---|---|---|
| ROSABEL AVENAUT LEVANTE<br>PO BOX 8894<br>PONCE, PP 00732 | | | # Empleado:<br>Dept: 551500-Anualidad Hibrida Ley 3<br>Lugar: LEY 3- 07-01-2013<br>Titulo: Pensionado<br>Sueldo: $1,154.41 Monthly | | | DATA IMP: Federal PR<br>Estado Civil: Married Married<br>Concesiones: 0 0<br>Pct. Adcl.:<br>Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | | IMPUESTOS | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | 577.21 | 1,050.00 | | 7,503.73 | | | |
| Pago Retro Pensionados | | | 0.00 | | 6,349.26 | | | |
| Total: | | 577.21 | 1,050.00 | | 13,852.99 | Total: | 0.00 | 0.00 |

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| | | | AE-Seguro por Muerte Asoc ELA | 5.40 | 64.80 | | | |
| | | | Ahorros-AEELA | 17.32 | 207.84 | | | |
| | | | AE-Asoc Emp ELA-Prest Regular | 0.00 | 321.60 | | | |
| Total: | 0.00 | 0.00 | Total: | 22.72 | 594.24 | * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | | | | | |
|---|---|---|---|---|---|
| Corriente: | 577.21 | | 0.00 | 22.72 | 554.49 |
| Acumulado: | 13,852.99 | | 0.00 | 594.24 | 13,258.75 |

| PTO HORAS | ACUM | | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|
| Balance Inicial: | 0.0 | | Aviso #3122196 | 554.49 |
| + Acumulado: | | | Total: | 554.49 |
| - Utilizado: | | | | |
| - Donada: | | | | |
| + Ajustes: | | | | |
| Balance Final: | 0.0 | | | |

MENSAJE:

---

**Gobierno de Puerto Rico**
530 - RETIRO CENTRAL PENSIONADOS

Fecha
08/30/2019

Aviso No.
3122196

Cant. Desposito: $554.49

A la
Cuenta(s) De

ROSABEL AVENAUT LEVANTE
PO BOX 8894
PONCE, PR 00732

Location: LEY 3- 07-01-2013

| DISTRIBUCION DE DEPOSITO DIRECTO | | |
|---|---|---|
| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| C | 27... | $554.49 |
| Total: | | $554.49 |

## NO-NEGOCIABLE