**Rosabel Avenaut Levante**
PO Box 8894
Ponce, PR 00716-4024



RECEIVED & FILED
2020 MAR -4 PM 2:09
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaria (Clerk Office)

Tribunal de Distrito de los Estados Unidos

Room 150 Federal Building

San Juan (Puerto Rico) 00918-1767

ROSABEL AVENAUT LEVANTE

P O BOX 8894

PONCE PR 00716-4024





U.S. POSTAGE PAID
PM 1-Day
PONCE, PR
00717
FEB 13, 20
AMOUNT
**$7.50**
R2303S102801-20



Secretaría (Clerk's Office)

Tribunal de Distrito de los Estados Unidos

Room 150 Federal Building

San Juan (Puerto Rico) 00918-1767



EXPECTED DELIVERY DAY: 02/14/20

USPS TRACKING ® NUMBER

9505 5127 1786 0044 4397 78

**FROM:** Rosobel Avenaut
PO Box 8894
Ponce PR 00732-8894

**TO:**
Secretarial (Clerk office)
Tribunal de Distrito de
los Estados Unidos
Room 150 Federal Building
San Juan P.R. 00918-1767

USPS Priority Mail Retail
US POSTAGE PAID $7.75
Origin: 00717
03/03/20
4269300731-06

PRIORITY MAIL 1-DAY ®
0 Lb 5.60 Oz
1005

EXPECTED DELIVERY DAY: 03/04/20

SHIP TO:
SAN JUAN PR 00918

USPS TRACKING® NUMBER
9505 5127 1788 0063 4965 07

PRIORITY MAIL
FLAT RATE
POSTAGE REQUIRED

- Date of delivery
- USPS TRACKING international
- Limited international insurance.
- Pick up available.*
- Order supplies online.*
- When used internationally, a customs declaration label may be required.

* Domestic only

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP



PS00001000014
EP14F Oct 2018
OD: 12 1/2 x 9 1/2