24 de enero de 2020

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| As representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, et al., Debtors. | This filing relates to the Commonwealth, HTA, and ERS |

El motivo para unirme a la Objeción Global es, que el gobierno de Puerto Rico utilizó mis aportaciones al Sistema de Retiro sin mediar una autorización o solicitud formal. Ese dinero fue utilizado para el pago a Acreedores del Gobierno de Puerto Rico.

Solicitamos muy respetuosamente a este Tribunal que este dinero sea devuelto.

Inés M. Rivera Rosado
R.R. #1 Box 33 ccc
Carolina P.R. 00983

165179
152339

28 de febrero de 2020.

A qién pueda interesar:

Promesa 3

Agradezco que me tomen en consideración por haber enviado mis documentos en este momento.

Se presentó una situación la cual me imposibilitó enviar mis documentos a tiempo.

Gracias,

*Inés M. Rivera Rosario* (firma)
Inés M. Rivera Rosario

RR#1 Bq 33 cec
Carolina, P.R. 00983
165 179
152 339