PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL



U.S. POSTAGE PAID
PM 1-Day
CAROLINA, PR
00983
MAR 02, 20
AMOUNT
**$7.75**
R2304M113277-09

# UNITED STATES POSTAL SERVICE®

# PRIORITY MAIL

# PRIORITY ★ MAIL ★

UNITED STATES POSTAL SERVICE®
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

**FROM:**
Inés M. Rivera Rosario
R.R.#1 Boy 33 ccc
Carolina, P.R. 00983



- Date of delivery specified*
- USPS TRACKING™ included to many major international destina...
- Limited internation...
- Pick up available.*
- Order supplies onlin...
- When used internati... declaration label ma...
- * Domestic only

EXPECTED DELIVERY DAY: 03/03/20

USPS TRACKING® NUMBER



9505 5128 7254 0062 1894 30

**TO:**
Hon. Laura Taylor Swain
Secretaria de Distrito de
los E.U. (Clerk's Office)
Para distrito P.R.
150 Carlos Chardon Street
Federal Building. S.J P.R
**00918**



PS00001000014
EP14F Oct 2018
OD: 12 1/2 x 9 1/2


USPS.COM/PICKUP

Label 228, March 2016   FOR DOMESTIC AND INTERNATIONAL USE