Marizonchi Rivera Negrón
P.O. Box 132
Villalba, P.R. 00766



U.S. POSTAGE PAID
FCM LG ENV
VILLALBA, PR
00766
MAR 03, 20
AMOUNT
$0.45
R2305H127764-06

To: Secretaria (Clerk Office)
Tribunal de Distrito de los EU
Room 150 Federal Building
San Juan (P.R.) 00918-1967