3 de marzo de 2020

Promesa Título III

Por este medio estoy sometiendo mi información personal solicitada para fines de la Ley Promesa en la cual incluye mis datos personales como nombre, dirección, teléfono y correo electrónico. Información que a continuación se incluye:

Thamar Rodríguez Velázquez
PO Box 1256
Guayama, Puerto Rico  00785
email:  thamar.rodzv@gmail.com

La razón por la demora responde a que me encontraba muy enferma y se me hizo imposible someter los mismos a tiempo.

La fecha de la presentación de mi reclamación fue el 6/28/2018. El número de caso es: 17BK-03283LTS. El número de reclamación es: 126759. Las leyes que comprenden a mi reclamación son las siguientes: Ley 89, Ley 34 y Ley 164. La cantidad reclamada es $50,000.00.

Solicito se tome los datos provistos de mi parte a los efectos de dar por cumplido lo solicitado de parte de ustedes. En espera de su respuesta quedo de ustedes.

Cordialmente,

THAMAR RODRÍGUEZ VELÁZQUEZ