**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión del **Prof. Thamar Rodriguez Velazquez**, con número de seguro social que termina en **8241**.

| | |
|---|---|
| Fecha de Efectividad de la Pensión | 29 de julio de 2011 |
| Tiempo Cotizado para Pensión | 30 años, 4 meses, 2 sem, 3.5 días |
| Pensión mensual Inicial | $ 2,302.50 |
| Pensión Mensual Actual | $ 2,302.50 |

Esta certificación se expide hoy, **4 de marzo de 2020** en **San Juan, Puerto Rico**.

Edgardo Negron Ramirez
Supervisor
Área de Servicios de Retiro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879



SRM
Sistema de Retiro para Maestros
Gobierno de Puerto Rico
*Protegemos la Aportación al Futuro*

787.777.1414    787.764.6910    www.srm.pr.gov