3 de marzo de 2020

Promesa Título III

    Por este medio estoy sometiendo mi información personal solicitada para fines de la Ley Promesa en la cual incluye mis datos personales como nombre, dirección, teléfono y correo electrónico. Información que a continuación se incluye:

Martha Rodríguez Velázquez
PO Box 1273
Guayama, Puerto Rico 00785
Tel. 787-216-1359

    La razón por la demora responde a que me encontraba delicada de mis condiciones de salud y no logré comunicarme a tiempo con ustedes.

    La fecha de la presentación de mi reclamación fue el 6/26/2018. El número de caso es: 17BK-03283LTS. El número de reclamación es: 112396. Las leyes que comprenden a mi reclamación son las siguientes: Ley 89, Ley 34 y Ley 164. La cantidad reclamada es $30,000.00.

    Solicito se tome los datos provistos de mi parte a los efectos de dar por cumplido lo solicitado de parte de ustedes. En espera de su respuesta quedo de ustedes.

Cordialmente,

MARTHA RODRÍGUEZ VELÁZQUEZ

U.S. DISTRICT COURT
2020 MAR -4 AM 11:58
RECEIVED & FILED
INTAKE DROP BOX