Marta E. Ríos Rivera
Urb. Las Alondras D-12 Calle 3
Villalba, P.R. 00766
(787) 847-3442

RECEIVED & FILED
2020 MAR -4 PM 2: 36
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

Tribunal de Distrito de los Estados Unidos
San Juan, Puerto Rico
Commonwealth of Puerto Rico
Número de procedimiento: 17 BK 3283-LTS
Centésima Décima Quinta Objeción Global
Número de evidencia: 96200, 99805, 106400

Motivo para oponerse a la objeción global:
a. Ley #89 Reclamación Laboral - Romerazo
   1. Reclamación #106400 - Retribución uniforme
      Aumento $100.00 a empleados de ELA
b. Ley de escala salarial
   1. Reclamación # 99805

c. Ley #164
   1. Reclamación # 96200
      Aumento $100.00 mensuales a empleados públicos.
      Firmada 22-julio-2003 y aplicada el 1-enero-2004

Mi reclamación corresponde a que dichos aumentos no me fueron adjudicados. Se me adeuda aproximadamente $45,300.

Siempre a sus órdenes,

Marta E. Ríos Rivera
Fecha de jubilación: 31-julio 2013