Marta E. Ríos Rivera
Urb. Las Alondras Calle 3 D-12
Villalba, P.R. 00766



Secretaría (Clerk's office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767