# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Rosa E. Velazquez Suren**, con número de seguro social que termina en **3038**.

| | |
|---|---:|
| Fecha de Efectividad de la Pensión | 8 de junio de 2019 |
| Tiempo Cotizado para la Pensión | 30 años, 1 meses, 0 semanas, 0 días |
| Pensión Mensual Inicial | $2,496.67 |
| Pensión Mensual Actual | $2,496.67 |

Esta certificación se expide hoy, **4 de marzo de 2020** en **San Juan, Puerto Rico**.

Edgardo J. Negrón Ramírez
Supervisor
Área de Servicios de Retiro



235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

787.777.1414    787.764.6910    www.srm.pr.gov