# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. JUAN RODRIGUEZ VELAZQUEZ**, con número de seguro social que termina en **7806**.

| | |
|---|---|
| Fecha de Elegibilidad de la Pensión | 27 de julio de 2013 |
| Tiempo Cotizado para la Pensión | 30 años, 4 meses, 2 semana y 0 días |
| Fecha de Efectividad de la Renuncia | 26 de julio de 2013 |
| Fecha de Efectividad de la Pensión | 27 de julio de 2013 |
| Pensión Mensual Actual | $2,047.50 |

Esta certificación se expide hoy, **4 de marzo de 2020** en **San Juan, Puerto Rico**.

Edgardo Negron Ramirez
Supervisor
Área de Servicios de Retiro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879



Sistema de Retiro para Maestros
Gobierno de Puerto Rico
*Protegemos la Aportación al Futuro*

📞 787.777.1414    📠 787.764.6910    www.srm.pr.gov