Marta E. Ríos Rivera
Urb. Las Alondras Calle 3 D-12
Villalba, P.R. 00766
(787) 847-3442

RECEIVED & FILED
2020 MAR -4 PM 2: 38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Tribunal de Distrito de los Estados Unidos
San Juan, P.R.
Commonwealth of Puerto Rico
Número de procedimiento: 17 BK 3283-LTS
Centésima Cuadragésima Cuarta Objeción Global
Número de evidencia: 162720

Motivo para oponerse a la objeción global
A. Ley #96
1. Aumento de $100.00 mensuales a empleados de ELA.
Ley #96 aprobada el 10 julio de 2002
Reclamo el pago de esta ley, pues no me fue adjudicada. La deuda aproximada es de $13,000.00; ya que desde la fecha de aplicación de la ley hasta la fecha de mi jubilación (31-julio 2013) totaliza dicha cantidad.

Siempre a sus órdenes,
Marta E. Ríos Rivera