Marta E. Ríos Rivera
Urb. Las Alondras Calle 3 D-12
Villalba, P.R. 00766



Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

RECEIVED & FILED
2020 MAR -4 PM 2:39
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.