3 de marzo de 2010
Villalba, Puerto Rico

Saludos cordiales:

Por este medio les estoy expresando mi sentir con relación a lo que entiendo por ley tengo derecho. Bajo la administración del Gobernador Carlos Romero Barceló se concedieron aumento de sueldo de $100.00 dólares a los Maestros Permanentes en el sistema. En aquel tiempo yo trabajaba por contrato y se discriminó conmigo y con los demás maestro del sistema que también trabajaban por contrato.

Bajo las demás administraciones de Gobierno hasta el presente se nos han violado derechos concedidos bajo distintas leyes. Hasta el extremo de colapsar nuestro Sistema de Retiro, Ocasionando daños económicos por la pérdida de ingresos.

En espera de que se me retribuya lo que por Ley me corresponda, quedo.

Miriam González Negrón
P.O Box 917
Villalba, Puerto Rico
00766

Cordialmente,

[signature]