Miriam Gonzalez Neron
P.O. Box 917
Villalba P.R. 00766

RETURN RECEIPT REQUESTED

U.S. POSTAGE PAID
FCM LETTER
VILLALBA, PR
00766
MAR 03, 20
AMOUNT
$6.40
1000    00918    R2303S101580-02

CERTIFIED MAIL

7018 2290 0000 2774 5727

Secretaria (clerk's office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan P.R. 00918-1767

03 MAR 2020 PM 1 1
SAN JUAN PR 009

MAR 03 2020
VILLALBA PR
USPS

RETURN RECEIPT REQUESTED

© USPS 2016

RECEIVED & FILED
2020 MAR -4 PM 2:12
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.R.

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

RETURN RECEIPT REQUESTED