

2 de junio de 2008

**Profesor(a): CARMEN J NEGRON RIVERA**　　　　XXX-XX-2475

Estimado(a) profesor(a): Negrón
Para su conocimiento y de acuerdo con la información disponible al presente en nuestros archivos, usted tiene **cotizado al Sistema aproximadamente:**

| AÑOS | MESES | SEMANAS | DIAS |
|---|---|---|---|
| 31 | 7 | 2 | 0 |

Al 30 de mayo de 2008.

Usted completaría -- **años** de servicios durante el mes de ----------.
Usted recibiría una pensión aproximada de **$1,893.00 a julio 2008**

Usted tendría un descuento de **aportación individual (9%)** de aproximadamente **$----  hasta completar el requisito de** treinta años (30) *de* servicio y/o **cincuenta y cinco (55) años de edad.**

Tiene un descuento de **préstamo personal** de **$----**. Un préstamo cultural de **$----** Un préstamo hipotecario **de $------. Que será descontado de su pensión hasta la fecha de vencimiento.**

Estos cálculos son preliminares y están sujetos a verificación final y oficial a la fecha de su retiro. **Esto no es una Certificación Oficial de Retiro.**
Estos cómputos **no reflejan** el tiempo de cualquier pago total que haya hecho por concepto de Reconocimiento de Tiempo, Transferencia, Reembolso de Aportaciones, o cualquier Retiro de aportaciones al Sistema hasta el momento. Tampoco contemplan el retiro de aportaciones que usted haya efectuado.

Cordialmente,

*Arlene Hoyos Escalera*
Oficial
Sala de Servicios

ahe

**Sucursal de Ponce**
Sta. María Shopping Center – 441 Calle Ferrocarril Ste. 271 – Ponce PR 00717-1102
Tel. (787) 840-0800 Fax (787) 841-1130

Estado Libre Asociado de Puerto Rico
592 - Sistema de Retiro Maestro-Pens

| | | |
|---|---|---|
| CARMEN J NEGRON RIVERA | # Empleado: | |
| URB VISTA ALEGRE | Dept: 5921... SERVICIO LEY91 2004 | |
| 318 CALLE ORQUIDEAS | Oficina: A/OS SERVICIO LEY 91 | |
| VILLALBA PR 00766-2405 | Titulo: Pensionado | |
| SS: | Sueldo: $1,895.16 Monthly | |

| | | |
|---|---|---|
| Grupo de Pago: SM -Quincenal | | # Cheque: 03090291 |
| Desde: 10/01/2008 | | |
| Hasta: 10/15/2008 | | Fecha: 10/15/2008 |
| DATA IMP: | Federal | PR |
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 947.58 | 82.50 | 947.58 |
| **Total:** | | | 947.58 | 82.50 | 947.58 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Seguro por Muerte Asoc ELA | 3.75 | 3.75 |
| **Total:** | 3.75 | 3.75 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|

* Tributable

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|
| Corriente: | 947.58 | 0.00 | 3.75 | 943.83 |
| Acumulado: | 947.58 | 0.00 | 3.75 | 943.83 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Cheque #03090291 | 943.83 |
| Total: | 943.83 |

MENSAJE:

---

Ver al dorso para detalles de los mecanismos de seguridad / See reverse side for complete security features.

Modelo SC 784.2
31-ENERO-2006

**DEPARTAMENTO DE HACIENDA**
Edificio Intendente Ramirez
San Juan PR 00902-4140

Estado Libre Asociado de Puerto Rico
592 - Sistema de Retiro Maestro-Pens

Cheque No. 03090291

Fecha: 10/15/2008          Importe: $943.83 *******

Paguese A la Orden De

**** NOVECIENTOS CUARENTA Y TRES CON 83/100 DOLARES ****

CARMEN J NEGRON RIVERA
URB VISTA ALEGRE
318 CALLE ORQUIDEAS
VILLALBA PR 00766-2405
Localizacion: A/OS SERVICIO LEY 91

Angel A. ...
Secretario de Hacienda

BGF          No es valido seis meses despues de su emision

⑃030902913⑃ ⑃021502118⑃ 3250 1016⑃

**Estado Libre Asociado de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 05/16/2009 |
| Hasta: | 05/31/2009 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | 4698648 |
| Fecha Aviso: | 05/29/2009 |

CARMEN J NEGRON RIVERA
URB VISTA ALEGRE
318 CALLE ORQUIDEAS
VILLALBA, PR 00766-2405
SS:

| | |
|---|---|
| # Empleado: | |
| Dept: | 592160-ANOS SERVICIO LEY91 2004 |
| Lugar: | A/OS SERVICIO LEY 91 |
| Titulo: | Pensionado |
| Sueldo: | $1,895.16 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| | | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 947.58 | 802.50 | 9,475.80 |
| **Total:** | | | 947.58 | 802.50 | 9,475.80 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 13.00 | 130.00 |
| AE-Seguro por Muerte Asoc ELA | 3.75 | 37.50 |
| **Total:** | 16.75 | 167.50 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 100.00 | 500.00 |
| * Tributable | | |

## TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Corriente | Acumulado |
|---|---|---|
| Total Bruto Corriente: | 947.58 | |
| Total Bruto Acumulado: | 9,475.80 | |
| Total Impuestos Corriente: | 0.00 | |
| Total Impuestos Acumulado: | 0.00 | |
| Deducciones Totales Corriente: | 16.75 | |
| Deducciones Totales Acumulado: | 167.50 | |
| Paga Neta Corriente: | 930.83 | |
| Paga Neta Acumulado: | 9,508.30 | |

## DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #4698648 | 930.83 |
| Total: | 930.83 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

MENSAJE:

---

**Estado Libre Asociado de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
05/29/2009

Aviso No.
4698648

Cant. Desposito: $930.83

A la
Cuenta(s) De

CARMEN J NEGRON RIVERA
URB VISTA ALEGRE
318 CALLE ORQUIDEAS
VILLALBA, PR 00766-2405

Location: A/OS SERVICIO LEY 91

## DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | | $930.83 |
| Total: | | $930.83 |

**NO-NEGOCIABLE**