Carmen J. Negrón Rivera
Urb. Vista Alegre
Calle Orquídeas 318
Villalba, Puerto Rico 00766



Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

RECEIVED & FILED
2020 MAR -4 PM 2:40
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR