771292

Departamento de Salud
San Juan, Puerto Rico

CONTRATO DE <u>Servicios Profesionales y Consultivos</u>

<u>C O M P A R E C E N</u>

DE LA PRIMERA PARTE:  El Departamento de Salud, representado por el

<u>**Dr. José A. Alvarez de Choudens**</u>, Secretario de Salud del Estado

Libre Asociado de Puerto Rico.

1. <u>**María C. Figueroa Torres**</u>, se compromete a prestar al Departamento de Salud los siguientes servicios:

   <u>**Servicios como Enfermera I. Trabajará 40 horas semanales dejando constancia**</u>

   <u>**de su asistencia al trabajo. Acumulara 2 1/2 días por licencia regular y 1 1/2 por**</u>

   <u>**enfermedad por mes trabajado a disfrutarse antes de expiar el contrato.**</u>

   "En la prestación de los servicios que aquí se contratan, se comprometen además a no establecer discrimen alguno por motivo de raza, color, sexo, nacimiento, origen o condición social, ni ideas políticas o religiosas."

2. Estos servicios se prestarán <u>**en el Hospital Distrito de Ponce**</u>.

3. La Primera Parte vendrá obligada a pagar a la Segunda Parte por concepto de estos servicios la suma de <u>**cuatro cientos ochenta dolares ($480.00)**</u> por <u>**mes**</u> del fondo y asignación: Servicios Profesionales y Consultivos Pres. 407- Cifra de Cuenta: <u>77- 210-04-33- 81</u>.

4. La Primera Parte deducirá de la suma a ser pagada a la Segunda Parte las cantidades prescritas por ley en caso aplicable, para contribución estatal sobre ingresos y para seguro social.

5. La Segunda Parte hace constar que no trabaja actualmente a base de jornada completa con ningún departamento, agencia o instrumentalidad del Estado Libre Asociado de Puerto Rico ni con el Gobierno Municipal y/o Gobierno de la Capital. Hace constar, además, que durante el término de este contrato, se compromete a no aceptar trabajo de jornada completa con ningún departamento, agencia o instrumentalidad del Estado Libre Asociado ni con el Gobierno Municipal y/o Gobierno de la Capital.

6. Este contrato estará en vigor desde el día en que el Secretario de Salud lo firme y hasta el día <u>30</u> DE <u>Junio</u> de 19<u>77</u>, entendiéndose que quedará renovado por años fiscales a partir de su vencimiento.

siempre y cuando el Secretario de Salud, o su representante autorizado, notifique por escrito al **María C. Figueroa Torres** autorizando la extensión de vigencia del contrato. Este contrato podrá rescindirse por una o ambas partes en cualquier momento, siempre que se avise con 30 días de antelación.

"CONFORME A DERECHO Y A LAS NORMAS QUE RIGEN LA CONTRATACION DE SERVICIOS, LOS COMPARECIENTES EN ESTE CONTRATO, TOMAN CONOCIMIENTO DE QUE DICHAS NORMAS IMPIDEN EL QUE SE PRESTE SERVICIO ALGUNO BAJO ESTE CONTRATO HASTA TANTO SEA FIRMADO POR AMBAS PARTES, LO CUAL NUNCA SERA ANTES DE LA FECHA EN QUE EL MISMO SEA FIRMADO POR AMBAS PARTES. DE LA MISMA FORMA, NO SE CONTINUARA PRESTANDO SERVICIOS BAJO ESTE CONTRATO A PARTIR DE SU FECHA DE EXPIRACION, EXCEPTO QUE A LA FECHA DE EXPIRACION EXISTA YA UNA ENMIENDA FIRMADA POR AMBAS PARTES. NO SE PAGARAN SERVICIOS PRESTADOS EN VIOLACION A ESTA CLAUSULA YA QUE CUALQUIER FUNCIONARIO QUE SOLICITE Y ACEPTE SERVICIOS DE OTRA PARTE EN VIOLACION A ESTA DISPOSICION LO ESTARA HACIENDO SIN AUTORIDAD LEGAL ALGUNA (ULTRAVIRES)."

Ambas partes aceptan este contrato por estar ajustado a lo convenido y se obligan al cumplimiento de todas sus cláusulas.

San Juan, Puerto Rico a  2  de  _agosto_  de _1976_.

_María Consuelo Figueroa Torres_
SEGUNDA PARTE

_____
SECRETARIO DE SALUD

Licencia # ~~provisional enfermera graduada verificada.~~