ESTADO LIBRE ASOCIADO DE PUERTO RICO
ADMINISTRACION FACILIDADES Y SERVICIOS DE SALUD
OFICINA DE RECURSOS HUMANOS
HOSPITAL REGIONAL JOSE N. GANDARA DE PONCE

## CERTIFICACION

Según obra en el expediente personal del empleado se certifica los siguientes datos de __María C. Figueroa Torres__ Seguro Social __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__.

A continuación las posiciones que ocupó o ha ocupado en el Hospital Regional de Ponce.

| Titulo Ofical del Puesto | Comenzó | Terminó | Status |
|---|---|---|---|
| Enfermera I | 16 de mayo de 1977 | 15 de septiembre de 1977 | Provisional definido |
| Enfermera I | 16 de septiembre 1977 | 15 de marzo de 1978 | De carrera-Probatorio |
| Enfermera I | 16 de marzo de 1978 | 15 de marzo de 1980 | De carrera-Regular |
| Enfermera II | 16 de marzo de 1980 | 31 de agosto de 1981 | De carrera-Regular |
| Enfermera III | 1 de septiembre 1981 | 30 de junio de 2000 | De carrera-Regular |

RNA/wvr

CERTIFICO CORRECTO
Magda M. Rodríguez Muñoz
Funcionario Ejecutivo I
Hospital Regional de Ponce

Dado en Ponce, Puerto Rico
Hoy 26 de junio de 2000