OCAP-1
Rev. 11/78

Llénese a máquina o en letra de molde. Asegúrese de llenar debidamente TODOS los apartados.

Estado Libre Asociado de Puerto Rico
**OFICINA CENTRAL DE ADMINISTRACION DE PERSONAL**
Apartado Postal 8476, Estación Fernández Juncos, Santurce, P. R. 00910

# HISTORIAL PERSONAL

Número de Seguro Social: 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

1. Nombre: Figueroa Torres María C.
   (Apellido Paterno) (Apellido Materno) (Nombre)
   Si se trata de una mujer casada, siga este orden:
   (1) Apellido paterno, seguido de la preposición "DE";
   (2) Apellido del esposo y (3) Nombre

2. Dirección: Caracoles #1 casa 260 (Calle y Número)
   Buzón 864 — Peñuelas, P.R. 00(Pueblo)
   (Apartado de Correo)
   Número de Teléfono: ____

3. Sexo: Varón ☐  Mujer ☑
4. Estatura: 5' 3" pulgadas
5. Peso: 154 libras
6. ¿Tiene usted algún impedimento físico? Sí ☐  No ☑
   Incluya detalles en pliego aparte.

7. Fecha y lugar de nacimiento: 25 Mayo 1955 — Adjuntas, P.R.
   (Día) (Mes) (Año) (Ciudad) (Estado o País)

8. Nombre de los padres: Marcos Figueroa Torres (Padre)
   Consuelo Torres Vera (Madre)

9. Estado civil: Soltero ☐  Viudo ☐  Casado ☑  Divorciado ☐

10. Fecha del último matrimonio: 22 Julio 1973

11. Nombre del cónyuge: Pablo Tellado Vera

12. ¿Cuántas personas dependen de usted? 3

13. Nombre de hijos menores de 18 años:

| Nombre | Día | Mes | Año |
|---|---|---|---|
| Yanitza Tellado | 28 | Marzo | 1982 |
| Yanilka Tellado | 7 | Nov. | 1991 |

14. ¿Es usted ciudadano de los Estados Unidos? Sí ☑  No ☐

15. ¿Cuánto tiempo lleva residiendo en Puerto Rico? 41 años

16. Servicio Militar: Veterano ☐  No Veterano ☑  Veterano Incapacitado ☐

17. ¿Cuál es su clasificación en el Servicio Selectivo? N/A
    ¿A qué cuerpo de la reserva pertenece? ____

18. Indique el número de años de servicios prestados al Gobierno anteriormente: ____

19. Conteste "Sí o No":
    - ¿Ha sido destituido de algún puesto público? NO
    - ¿Ha sido convicto de algún delito? NO
    - ¿Ha sido indultado? NO
    - ¿Ha sido habilitado para ocupar algún puesto? NO

## 20. PREPARACION ACADEMICA

| ESCUELA ELEMENTAL, INTERMEDIA Y SUPERIOR | | FECHAS (Mes y Año) | | ¿Se graduó usted? | Clase de Curso | Indique el Grado más Alto Cursado |
|---|---|---|---|---|---|---|
| Nombre | Sitio | DE | A | | | |
| Escuela Elemental | Bo. Jaguas | Agosto 63 | Mayo 71 | sí | Elemental | 1 2 3 4 5 6 |
| Escuela Webster | | | | | e Intermedia | |
| Escuela Adolfo Grana Rivera | Peñuelas | Agosto 71 | Mayo 74 | sí | General | 8 9 10 11 (12) |

| COLEGIO, UNIVERSIDAD | | FECHAS (Mes y Año) | | Créditos por Horas Semestrales | Grado Conferido | Asignaturas Principal y Secundarias |
|---|---|---|---|---|---|---|
| Nombre | Sitio | DE | A | | | |
| Universidad Católica | Ponce | Agosto 74 | Mayo 76 | 70 | Grado | Asociado en Enfermería |

| OTROS CURSOS (Comercial y por Correspondencia) | | FECHAS (Mes y Año) | | Diploma o Certificado | Núm. de Horas Regulares | Asignaturas Cursadas |
|---|---|---|---|---|---|---|
| Nombre | Sitio | DE | A | | | |

Detalle todas las licencias que posea, expresando clase, número y fecha de vencimiento.
Licencia de Enfermera Profesional  10-1635   31-5-96

De cualquier instrucción adicional que posea, no mencionada arriba.
____