PO BOX 70184 • SAN JUAN • PUERTO RICO, 00936 • TEL. (787) 766-1616

**DEPARTAMENTO DE SALUD**
GOBIERNO DE PUERTO RICO

*Dando SALUD a tu Vida*

26 de mayo de 2000

31/5/00
1:45 p—

Sr. (a) Maria C. Figueroa Torres
Hospital Regional de Ponce

Estimado (a) señor(a) Figueroa :

El 1ro de julio de 2000 se hará efectiva la venta y/o el contrato de arrendamiento, administración y operación del Hospital Regional de Ponce a la Corporación de Servicios de Salud Episcopales, Inc. según dispone la Ley número 190 del 5 de septiembre de 1996, enmendada por la Ley número 31 del 6 de julio de 1997. Dicho Hospital pasará a ser propiedad o estará bajo la administración y operación de la mencionada Corporación.

De acuerdo a lo dispuesto en la Ley número 5 del 24 de octubre de 1975, inciso 6, subinciso (a) y a la Sección 9.3, inciso 1 del Reglamento de Personal Areas Esenciales al Principio de Mérito y al Artículo 8, Sección 8.4, Inciso 1 del Reglamento de Personal para los empleados de carrera de la Administración de Facilidades y Servicios de Salud, según enmendada, y a la Ley Orgánica de la Oficina de Gerencia y Presupuesto número 147 del 18 de junio de 1980, según enmendada, se le cesa del puesto número D-0485 que ocupa de la clase de Enfermera III efectivo el 30 de junio de 2000, debido a que el Departamento de Salud no prestará servicios directos a esta población por no poseer un Hospital y/o Centro de Diagnóstico y Tratamiento, y se eliminaron los puestos.

Usted tiene derecho de apelar esta determinación ante la Junta de Apelaciones del Sistema de Administración de Personal, dentro de los treinta (30) días siguientes a la fecha en que se le notifique esta comunicación.

La dirección física de la Junta de Apelaciones del Sistema de la Administración de Personal es Calle San Justo Núm. 153, Viejo San Juan, la postal es Apartado 4840, Old San Juan Station, San Juan, Puerto Rico 00902-4840.

Deseo aprovechar la oportunidad para expresarle mi agradecimiento por los servicios prestados al Departamento de Salud.

Cordialmente,

Carmen Feliciano de Melecio, M.D.
Secretaria de Salud



NUESTROS NIÑOS
Primero