## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| MARIA C FIGUEROA TORRES | 584668352 | 31 01 86 | 051692 | 568476729 |

DEDUCCIONES

| ESPECIFICAS | | | | | | MISCELANEAS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS | | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
| | | | | AHORROS | SEGURO | | | | | | |

ACUMULADO DURANTE EL AÑO NATURAL

| 5983 | 5820 | 4323 | | | | 81 | 625 | | | | |

MES CORRIENTE

| 5983 | 5820 | 4323 | | 2442 | | | | | | | |

| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ª QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |
|---|---|---|---|---|---|---|
| 81400 | 81400 | 81400 | 81400 | 31100 | 19193 | 31107 |

ACUMULADO DURANTE EL AÑO NATURAL / MES CORRIENTE

VEASE CLAVES AL DORSO

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| MARIA C FIGUEROA TORRES | 584668352 | 28 02 86 | 055035 | 570752127 |

DEDUCCIONES

| ESPECIFICAS | | | | | | MISCELANEAS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS | | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
| | | | | AHORROS | SEGURO | | | | | | |

ACUMULADO DURANTE EL AÑO NATURAL

| 11966 | 11640 | 8646 | | | | 81 | 625 | | | | |

MES CORRIENTE

| 5983 | 5820 | 4323 | | 2442 | | | | | | | |

| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ª QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |
|---|---|---|---|---|---|---|
| 162800 | 162800 | 81400 | 81400 | 31100 | 19193 | 31107 |

ACUMULADO DURANTE EL AÑO NATURAL / MES CORRIENTE

VEASE CLAVES AL DORSO

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| MARIA C FIGUEROA TORRES | 584668352 | 31 03 86 | 058300 | 573058935 |

DEDUCCIONES

| ESPECIFICAS | | | | | | MISCELANEAS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS | | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
| | | | | AHORROS | SEGURO | | | | | | |

ACUMULADO DURANTE EL AÑO NATURAL

| 17949 | 17460 | 12969 | | | | 81 | 625 | | | | |

MES CORRIENTE

| 5983 | 5820 | 4323 | | 2442 | | | | | | | |

| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ª QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |
|---|---|---|---|---|---|---|
| 244200 | 244200 | 81400 | 81400 | 31100 | 19193 | 31107 |

ACUMULADO DURANTE EL AÑO NATURAL / MES CORRIENTE

VEASE CLAVES AL DORSO

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| MARIA C FIGUEROA TORRES | 584668352 | 30 04 86 | 061565 | 575385903 |

**DEDUCCIONES**

| ESPECIFICAS | | | | | | MISCELANEAS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS | | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
| | | | | AHORROS | SEGURO | | | | | | |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | | | 81 | 625 | | | | |
| 23932 | 23280 | 17292 | | | | | | | | | |

**MES CORRIENTE**

| 5983 | 5820 | 4323 | | 2442 | |
|---|---|---|---|---|---|

| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ª QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |
|---|---|---|---|---|---|---|
| 325600 | 325600 | 81400 | 81400 | 31100 | 19193 | 31107 |

ACUMULADO DURANTE EL AÑO NATURAL · MES CORRIENTE

**VEASE CLAVES AL DORSO**

---

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| MARIA C FIGUEROA TORRES | 584668352 | 31 05 86 | 064800 | 577580751 |

**DEDUCCIONES**

| ESPECIFICAS | | | | | | MISCELANEAS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS | | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
| | | | | AHORROS | SEGURO | | | | | | |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | | | 81 | 625 | | | | |
| 29915 | 29100 | 21615 | | | | | | | | | |

**MES CORRIENTE**

| 5983 | 5820 | 4323 | | 2442 | |
|---|---|---|---|---|---|

| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ª QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |
|---|---|---|---|---|---|---|
| 407000 | 407000 | 81400 | 81400 | 31100 | 19193 | 31107 |

ACUMULADO DURANTE EL AÑO NATURAL · MES CORRIENTE

**VEASE CLAVES AL DORSO**

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

| | NOMBRE | | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|---|---|
| MARIA C FIGUEROA TORRES | | | 584668352 | 30 06 86 | 066875 | 578895903 |

| ESPECIFICAS | | | | | DEDUCCIONES | | | | | MISCELANEAS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS AHORROS | SEGURO | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ACUMULADO DURANTE EL AÑO NATURAL | | | | | | 81 | 625 | | | | |
| 35898 | 34920 | 25938 | | | | | | | | | |

| MES CORRIENTE | | | | | |
|---|---|---|---|---|---|
| 5983 | 5820 | 4323 | | 2442 | |

| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ª QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |
|---|---|---|---|---|---|---|
| ACUMULADO DURANTE EL AÑO NATURAL | | MES CORRIENTE | | | | |
| 488400 | 488400 | 81400 | 81400 | 31100 | 19193 | 31107 |

**VEASE CLAVES AL DORSO**

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

| | NOMBRE | | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|---|---|
| MARIA C FIGUEROA TORRES | | | 584668352 | 31 07 86 | 032260 | 582017499 |

| ESPECIFICAS | | | | | DEDUCCIONES | | | | | MISCELANEAS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS AHORROS | SEGURO | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ACUMULADO DURANTE EL AÑO NATURAL | | | | | | 81 | 625 | | | | |
| 41881 | 40740 | 30261 | | | | | | | | | |

| MES CORRIENTE | | | | | |
|---|---|---|---|---|---|
| 5983 | 5820 | 4323 | | 2442 | |

| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ª QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |
|---|---|---|---|---|---|---|
| ACUMULADO DURANTE EL AÑO NATURAL | | MES CORRIENTE | | | | |
| 569800 | 569800 | 81400 | 81400 | 31100 | 19193 | 31107 |

**VEASE CLAVES AL DORSO**