| PERIODO | TASA DE INTERÉS APLICABLE A OBLIGACIONES PÚBLICAS |
|---|---|
| 1 JULIO - 31 DICIEMBRE 2019 | 2.50% |
| 1 ENERO - JUNIO 30, 2019 | 2.50% |
| JULIO 1, 2018 - DICIEMBRE 31, 2018 | 2.00% |
| 1 ENERO, 2018 - 30 JUNIO 2018 | 1.50% |
| 1 JULIO, 2017 - 31 DICIEMBRE 2017 | 1.00% |
| 1 ENERO, 2017 - 30 JUNIO 2017 | 0.50% |
| 1 JULIO, 2016 - 31 DICIEMBRE 2016 | 0.50% |
| 1 ENERO, 2016 - 30 JUNIO 2016 | 0.50% |
| 1 JULIO, 2015 - 31 DICIEMBRE 2015 | 0.50% |
| 1 ENERO, 2015 - 30 JUNIO 2015 | 0.50% |
| 1 JULIO - 31 DICIEMBRE 2014 | 0.50% |
| 1 ENERO - 30 JUNIO 2014 | 0.50% |
| 1 JULIO - 31 DICIEMBRE 2013 | 0.50% |
| 1 ENERO - 30 JUNIO 2013 | 0.50% |
| 1 JULIO - 31 DICIEMBRE 2012 | 0.50% |
| 1 ENERO - 30 JUNIO 2012 | 0.50% |
| 1 JULIO - 31 DICIEMBRE 2011 | 0.50% |
| 1 ENERO - 30 JUNIO 2011 | 0.50% |
| 1 JULIO - 31 DICIEMBRE 2010 | 0.50% |
| 1 ENERO - 30 JUNIO 2010 | 0.50% |
| 1 JULIO - 31 DICIEMBRE 2009 | 0.50% |
| 1 ENERO - 30 JUNIO 2009 | 0.50% |
| 1 JULIO - 31 DICIEMBRE 2008 | 2.00% |
| 1 ENERO - 30 JUNIO 2008 | 3.00% |
| 1 JULIO - 31 DICIEMBRE 2007 | 5.00% |
| 1 ENERO - 30 JUNIO 2007 | 5.00% |
| 1 JULIO - 31 DICIEMBRE 2006 | 5.00% |
| 1 ENERO - 30 JUNIO 2006 | 4.00% |
| 1 JULIO - 31 DICIEMBRE 2005 | 3.00% |
| 1 ENERO - 30 JUNIO 2005 | 2.50% |
| 1 JULIO - 31 DICIEMBRE 2004 | 1.50% |

| | |
|---|---|
| **1 ENERO - 30 JUNIO 2004** | 1.00% |
| **1 JULIO - 31 DICIEMBRE 2003** | 1.00% |
| **1 ENERO - 30 JUNIO 2003** | 1.50% |
| **1 JULIO - 31 DICIEMBRE 2002** | 1.50% |
| **1 ENERO - 30 JUNIO 2002** | 2.00% |
| **1 JULIO - 31 DICIEMBRE 2001** | 3.50% |
| **1 ENERO - 30 JUNIO 2001** | 6.00% |
| **1 JULIO - 31 DICIEMBRE 2000** | 6.00% |
| **1 ENERO - 30 JUNIO 2000** | 5.50% |
| **1 JULIO - 31 DICIEMBRE 1999** | 5.00% |
| **1 ENERO - 30 JUNIO 1999** | 4.50% |
| **1 JULIO - 31 DICIEMBRE 1998** | 5.50% |
| **1 ENERO - 30 JUNIO 1998** | 5.50% |
| **1 JULIO - 31 DICIEMBRE 1997** | 5.50% |
| **1 ENERO - 30 JUNIO 1997** | 5.00% |
| **1 JULIO - 31 DICIEMBRE 1996** | 5.50% |
| **1 ENERO - 30 JUNIO 1996** | 5.50% |
| **1 JULIO - 31 DICIEMBRE 1995** | 5.50% |
| **1 ENERO - 30 JUNIO 1995** | 6.00% |
| **1 JULIO - 31 DICIEMBRE 1994** | 5.00% |
| **1 ENERO - 30 JUNIO 1994** | 3.50% |
| **1 JULIO - 31 DICIEMBRE 1993** | 3.00% |
| **1 ENERO - 30 JUNIO 1993** | 3.50% |
| **1 JULIO - 31 DICIEMBRE 1992** | 4.00% |
| **1 ENERO - 30 JUNIO 1992** | 4.50% |
| **1 JULIO - 31 DICIEMBRE 1991** | 5.50% |
| **1 ENERO - 30 JUNIO 1991** | 7.00% |
| **1 JULIO - 31 DICIEMBRE 1990** | 7.50% |
| **1 ENERO - 30 JUNIO 1990** | 8.00% |
| **1 JULIO - 31 DICIEMBRE 1989** | 8.50% |
| **1 ENERO - 30 JUNIO 1989** | 8.50% |
| **6 JULIO 1985 - 31 DICIEMBRE 1988** | 12.00% |
| **HASTA EL 5 JULIO 1985** | 6.00% |

| TASA DE INTERÉS APLICABLE A OBLIGACIONES PRIVADAS |
| --- |
| **6.50%** |
| **6.25%** |
| **5.75%** |
| **5.25%** |
| **5.00%** |
| **4.50%** |
| **4.50%** |
| **4.25%** |
| **4.25%** |
| **4.25%** |
| 4.25% |
| 4.25% |
| 4.25% |
| 4.25% |
| 4.25% |
| 4.25% |
| 4.25% |
| 4.25% |
| 4.25% |
| 4.25% |
| 4.25% |
| 5.00% |
| 6.00% |
| 8.50% |
| 9.25% |
| 9.25% |
| 9.00% |
| 8.00% |
| 7.00% |
| 6.00% |
| 5.00% |

| |
|---|
| 5.00% |
| 5.25% |
| 5.25% |
| 5.75% |
| 6.00% |
| 8.00% |
| 10.50% |
| 10.50% |
| 9.50% |
| 8.75% |
| 8.75% |
| 9.50% |
| 9.50% |
| 9.50% |
| 9.25% |
| 9.25% |
| 9.75% |
| 10.00% |
| 9.50% |
| 8.25% |
| 7.00% |
| 7.00% |
| 7.00% |
| 7.50% |
| 8.50% |
| 9.50% |
| 11.00% |
| 11.00% |
| 11.50% |
| 12.50% |
| 11.50% |
| 12.00% |
| 6.00% |