*Proof of Claim:* Mirna L. Rodriguez Colin
*Claimant:* 152806

# INFORMATION REQUESTED TO PROCESS YOUR CLAIM

## Instructions

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. Your answers should provide **more** information than the initial proof of claim. For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate now on what specific laws you are purporting to rely on, the year the law at issue was passed, and how and why you believe this particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as a Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any and all documentation you believe supports your claim.

Please send the completed form and any supporting documents via email to PRClaimsInfo@primeclerk.com, or by mail or hand delivery to the following addresseses:

| First Class Mail | Hand Delivery |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

## Questionnaire

1. **What is the basis of your claim?**

   ☑ A pending or closed legal action with or against the Puerto Rican government

   ☐ Current or former employment with the Government of Puerto Rico

   ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)

   _____

2. **What is the amount of your claim (how much money do you claim to be owed):**
   $ 36,500.00 Ley 89 12/julio/1979

3. **Employment.** Does your claim relate to current or former employment with the Government of Puerto Rico?

   ☐ No. *Please continue to Question 4.*

   ☑ Yes. Answer Questions 3(a)-(d).

   3(a). Identify the specific agency or department where you were or are employed:
   Departamento de la Familia

Batch 4

*Proof of Claim:*
*Claimant:*

3(b). Identify the dates of your employment related to your claim: Ley 89 Sept 1, 1980 to January 31, 2011

3(c). Last four digits of your social security number: 2269

3(d). What is the nature of your employment claims (select all applicable):
- ☐ Pension
- ☑ Unpaid Wages
- ☐ Sick Days
- ☐ Union Grievance
- ☐ Vacation
- ☐ Other (Provide as much detail as possible. Attach additional pages if necessary).

_____
_____

4. **Legal Action.** Does your claim relate to a pending or closed legal action?
   - ☐ No.
   - ☑ Yes. Answer Questions 4(a)-(f).

4(a). Identify the department or agency that is a party to the action. Departamento de la Familia

4(b). Identify the name and address of the court or agency where the action is pending: Tribunal de Distrito de los EU para el Distrito de PR (SJ)

4(c). Case number: 17 BK 3283 -LTS

4(d). Title, Caption, or Name of Case: Ley Promesa (Casos Titulo III)

4(e). Status of the case (pending, on appeal, or concluded): pending

4(f). Do you have an unpaid judgment? Yes / No (Circle one)
   If yes, what is the date and amount of the judgment? _____

Proof of Claim: Mirna L. Rodriguez Colón
Claimant: 152-806

2020 MAR -4 PM 2:41

# INFORMATION REQUESTED TO PROCESS YOUR CLAIM

**Instructions**

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. **Your answers should provide more information than the initial proof of claim.** For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate now on what specific laws you are purporting to rely on, the year the law at issue was passed, and how and why you believe this particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as a Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any and all documentation you believe supports your claim.

Please send the completed form and any supporting documents via **email** to PRClaimsInfo@primeclerk.com. or by **mail or hand delivery** to the following addresseses:

| First Class Mail | Hand Delivery |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

**Questionnaire**

1. **What is the basis of your claim?**
   - ☑ A pending or closed legal action with or against the Puerto Rican government
   - ☐ Current or former employment with the Government of Puerto Rico
   - ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)

2. **What is the amount of your claim (how much money do you claim to be owed):**
   $10,300.00   Ley 96   1 julio 2002

3. **Employment. Does your claim relate to current or former employment with the Government of Puerto Rico?**
   - ☐ No. *Please continue to Question 4.*
   - ☑ Yes. *Answer Questions 3(a)-(d).*

3(a). Identify the specific agency or department where you were or are employed:
   Departamento de la Familia

Batch 4

*Proof of Claim:* Mirna L Rodriguez Colon
*Claimant:* 152 806

3(b). Identify the dates of your employment related to your claim:
Ley 96 - julio 2006 hasta enero 2011

3(c). Last four digits of your social security number: 2269

3(d). What is the nature of your employment claims (select all applicable):
- ☐ Pension
- ☑ Unpaid Wages
- ☐ Sick Days
- ☐ Union Grievance
- ☐ Vacation
- ☐ Other (Provide as much detail as possible. Attach additional pages if necessary).

4. **Legal Action.** Does your claim relate to a pending or closed legal action?
- ☐ No.
- ☑ Yes. Answer Questions 4(a)-(f).

4(a). Identify the department or agency that is a party to the action.
Departamento de la Familia

4(b). Identify the name and address of the court or agency where the action is pending:
Tribunal de Distrito de los EU para el Distrito de PR (SJ)

4(c). Case number: 17 BK 3283 LTS

4(d). Title, Caption, or Name of Case: Ley Promesa (Casos Titulo III)

4(e). Status of the case (pending, on appeal, or concluded): Pending

4(f). Do you have an unpaid judgment? Yes / **No** (Circle one)
If yes, what is the date and amount of the judgment? _____

Proof of Claim: Mirna L. Rodriguez
Claimant: 152806

RECEIVED & FILED
2020 MAR -4 PM 2: 41

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

### Instructions

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. Your answers should provide **more** information than the initial proof of claim. For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate now on what specific laws you are purporting to rely on, the year the law at issue was passed, and how and why you believe this particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as a Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any and all documentation you believe supports your claim.

Please send the completed form and any supporting documents via email to PRClaimsInfo@primeclerk.com, or by mail or hand delivery to the following addresseses:

| First Class Mail | Hand Delivery |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### Questionnaire

1. What is the basis of your claim?

    ☑ A pending or closed legal action with or against the Puerto Rican government

    ☐ Current or former employment with the Government of Puerto Rico

    ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)

    $8,500.00   Ley 164  12/julio/2003

2. What is the amount of your claim (how much money do you claim to be owed):

3. **Employment.** Does your claim relate to current or former employment with the Government of Puerto Rico?

    ☐ No. Please continue to Question 4.

    ☑ Yes. Answer Questions 3(a)-(d).

3(a). Identify the specific agency or department where you were or are employed: Departamento de la Familia

Proof of Claim: Mirna L. Bulucy (?)
Claimant: 152806

3(b). Identify the dates of your employment related to your claim: _____

3(c). Last four digits of your social security number: _____

3(d). What is the nature of your employment claims (select all applicable):
- ☐ Pension
- ☒ Unpaid Wages
- ☐ Sick Days
- ☐ Union Grievance
- ☐ Vacation
- ☐ Other (Provide as much detail as possible. Attach additional pages if necessary).

_____

4. **Legal Action.** Does your claim relate to a pending or closed legal action?
- ☐ No.
- ☒ Yes. Answer Questions 4(a)-(f).

4(a). Identify the department or agency that is a party to the action. __Departamento de la Familia__

4(b). Identify the name and address of the court or agency where the action is pending: __Tribunal de Distrito de los EU para el Distrito de PR (SJ)__

4(c). Case number: __17 BK 3283 LTS__

4(d). Title, Caption, or Name of Case: __Ley Promesa (Casos Titulos III)__

4(e). Status of the case (pending, on appeal, or concluded): __pending__

4(f). Do you have an unpaid judgment? Yes / (No) (Circle one)
 If yes, what is the date and amount of the judgment? _____

Mirna L. Rodriguez Colon
Urb. Vista Bella
Calle 5 D-1
Villalba, PR 00766

U.S. POSTAGE PAID
FCM LG ENV
VILLALBA, PR
00766
MAR 03, 20
AMOUNT
$1.00
R2305H127764-06

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, PR. 00918-1767

RECEIVED & FILED
2020 MAR -4 PM 2:40
US DISTRICT OFFICE
DISTRICT COURT
SAN JUAN, PR