

# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Maria I. Montes Monsegur**, con número de seguro social que termina en **3215**.

| | |
|---|---|
| Fecha de Efectividad de la Pensión | 1 de junio de 2001 |
| Tiempo Cotizado para la Pensión | 36 años, 2 mes, 0 sem., 4.5 días |
| Pensión Mensual Inicial | $1,682.92 |
| Pensión Mensual Actual | $1,682.92 |

Esta certificación se expide hoy, **10 de febrero de 2020** en **San Juan, Puerto Rico**.

Edgardo J. Negrón Ramírez
Supervisor
Área de Servicios de Retiro





235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

📞 787.777.1414   📠 787.764.6910   www.srm.pr.gov

Modelo SC-1515 (IRM
14-mayo-71
Manual de Contabilidad

ESTADO LIBRE ASOCIADO DE PUERTO RICO
JUNTA DE RETIRO PARA MAESTROS
INFORME RENTA ANUAL VITALICIA

**MARIA I MONTES MONSEGUR**

Núm. Reclamación: 40259
Sexo: F
Fecha de Nacimiento: 1940 / 2 / 12

Tipo de Renta:
a- Años de Servicio y edad
　Opcional ( X )
　Obligatorio ( )
b. Edad ( )
c- Incapacidad
　Ocupacional ( )
　No Ocupacional ( )
d- Diferida ( )

Edad al Retirarse: 65 Años, 3 Meses, 19 Días
Servicios Acreditados: 36 Años, 2 Meses, - Sem., 4½ Días
Costo Anualidad: $48,318.08
Fecha de Retiro: 2005 / 5 / 31
Fecha de Efectividad: 2005 / 6 / 1

Retiro Ley Núm. 91 DEL 2004

Cómputo de la Renta Anual:
a- Sueldo promedio mensual más alto durante TRES años consecutivos a $2,243.89

$1,682.92

.75% X 30 años
(Por ciento)　(Tiempo Acreditado)

*En caso de renta anual diferida, ésta comenzará al cumplir la edad de _____

( ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años de edad

( ) o a opción en fecha posterior si al retirarse tiene 10 y menos de 25 años de servicios y menos de 60 años de edad

b. Ajuste para llegar al Mínimo Establecido por ley 89

Años de Servicio　Edad　Incapacidad Física　Diferido
$_____　$_____　$_____　$_____

Diferencia Mínimo o Renta Sistema de Retiro

Renta Mensual Vitalicia: 1,682.92
Renta Anual Vitalicia: 20,195.04

Computado: Annie Rivera　19/7/05 Fecha
Cotejado: María A. Torres Morales　19/July/05 Fecha
Recomendado: [signature] García Hernández, Directora Area Servicios de Retiro　21/7/05 Fecha
Aprobado: [signature]　1 agosto 05 Fecha
José D. Reyes [illegible]
Dinelia Oyola Morales
Subdirectora Ejecutiva

agb
Fecha: 19 de julio de 2005

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re: Financial Oversight & Management Board for Puerto Rico | 3:17-BK-3283 (LTS) |
| | PROMESA Title III |
| *as representative of* | |
| | (Jointly Administrated) |
| The Commonwealth of Puerto Rico, *et al.* | |
| Debtors | |

## NOTICE OF DEFECTIVE PLEADING
*(Notificación de Documento Defectuoso)*

The Clerk of Court has received your pleading on February 14, 2020. However, the deficiencies listed below have prevented us from filing the same in the case docket. You must submit a corrected pleading if you want it to form part of the record.

La Secretaría del Tribunal recibió su escrito el 14 de febrero de 2020. No obstante, las deficiencias que abajo se señalan nos impiden aceptarlo y entrarlo en el sumario del caso. Debe usted someter un escrito debidamente corregido si quiere que el mismo forme parte del expediente.

NOTICE OF DEFECTIVE PLEADING
*(Notificación de Documento Defectuoso)*
3:17-BK-3283 (LTS)

| 1 |   | Pleading is illegible. L.Civ.R. 10<br>*(El escrito radicado es ilegible o no cumple con la R.L.Civ. 10)* |
|---|---|---|
| 2 | X | Lacks proper signature. Documents presented to the court in paper require a handwritten signature. L.Civ.R. 11<br>*(Documento no está firmado adecuadamente. Los documentos sometidos en papel tienen que estar firmados a mano. R.L.Civ. 11)* |
| 3 |   | PROMESA Cover Sheet for Adversary Proceedings (DPR Modified PROMESA B1040) was not included. L.Bkcy.R. 7003-1<br>http://www.prd.uscourts.gov/promesa/forms-attorneys<br>*(No se incluyó la Hoja de Trámite para Casos Adversarios (DPR Modified PROMESA B1040).)* |
| 4 |   | Failure to pay the filing fee in the amount of $400.00. See, L.Cv.R. 3.1(a). Payment shall be made within 24 hours in person at the Clerk's Office U.S. District Court with copy of the complaint /notice of removal.<br>*(Incumplimiento con el pago de la cuota de radicación por la cantidad de $400.00. El pago debe hacerse personalmente dentro de 24 horas en la Secretaría del Tribunal Federal de Distrito adjuntando una copia de la demanda / notificación de remoción.)* |
| 5 | X | Other: Please blackout or omit from your documents any personal information such as: medical records, Social Security number, financial account numbers, date of birth, driver's license or any other personal identifying numbers as per Local Civil Rule 5.2<br>*(Otro:) Favor de **eliminar u omitir** de sus documentos cualquier información personal como: documentos médicos, número de Seguro Social, números de cuentas financieras, fecha de nacimiento, licencia de conducir o cualquier otro número de identificación de acuerdo con la Regla Local Civil 5.2* |

Date: February 25, 2020

MARIA ANTONGIORGI-JORDAN, ESQ.
Clerk of Court

By: s/ Marian B. Ramirez-Rivera
Marian B. Ramirez Rivera
Deputy Clerk

sc: to filer with original filing attached