U.S. POSTAGE PAID
FCM LETTER
ANASCO, PR
00610
MAR 03, 20
AMOUNT

**$7.10**

R2305K136205-01

1000    00918

7014 2870 0000 2955 4420

De: Maria L. Montes M
P.O. Box 486
Anasco, P.R. 00610

Secretaria (Clerk's Office)
United States District Court
Room 150 Federal Building
San Juan, P.R. 00918-1767

RECEIVED & FILED
2020 MAR -4  PM 2:19
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN

