José E. Báez Casasnovas
Urb. Villa Cristina
Calle 3 B-12
Coamo P.R. 00769

Tribunal de Distrito de los Estados Unidos

Nombre de los deudores (Estado Libre Asociado de Puerto Rico)

Numero de Procedimiento 17BK3283-LTS

Título de Obligación Global
Centécima Trigésima Novena objeción Global

Número de Evidencia o Reclamo #137541

Ley #96 del 1 de Julio del 2002 de la Gobernadora Sila M. Calderón
Reclamación Laboral el Romerazo
Quinquenos, Horas Extras y Tiempo Contabilizado
Ley de Obama 2008-2016 Sistema de Retiro.

José E. Báez Casasnovas
Urb. Villa Cristina Calle-3
B-12 Coamo P.R. 00769

Llevo Trabajando en el Gobierno de Puerto Rico desde el año 2004, como Agente de la Policia de Puerto Rico y No he recibido Ninguna reclasificación ó remuneración, durante todos estos años de servicio el cual tengo derecho Según lo indican las leyes laborales firmadas por distintos Gobernantes.

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2020 MAR -4 PM 2: 42

RECEIVED & FILED