**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Baez Casasnovas, Jose E. | 137541 | 6/28/2018 | Commonwealth of Puerto Rico | $8,400.00 |
| Reason: | | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Baez Casasnovas, Jose E. | 137541 | 6/28/2018 | Commonwealth of Puerto Rico | $8,400.00 |
| Base para: | | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

001031

***CUST PR 1845 SRF 38939 PackID: 1031 MMLID: 2001695 SVC: 135th Omni
Baez Casasnovas, Jose E.
Urb. Villa Cristina
Calle 3 B-12
Coamo, PR 00769

0011

Estado Libre Asociado de Puerto Rico
**Policía de Puerto Rico**

SASG-NRH-DE-3-709
27 de noviembre de 2006

Agente José E. Báez Casasnovas
Placa Número 33407
Precinto 366 Calle Loíza
Área de San Juan
P/C Superintendente Auxiliar en
Operaciones de Campo

Estimado agente Báez Casasnova:

Me refiero al nombramiento que se le extendió como Cadete, el día 21 de mayo 2004, de acuerdo a las disposiciones del Artículo 9 (a) de la Ley Número 53 del 10 de junio de 1996, conocida como Ley de la Policía, que dispone que usted estará sujeto a un período probatorio de dos (2) años.

De acuerdo con la facultad que me confiere la mencionada Ley y a los informes satisfactorios de sus supervisores, le informo que aprobó su período probatorio. Efectivo el 21 de mayo de 2006, pasó a ser miembro regular de la Policía de Puerto Rico.

Le felicito por este logro y le exhorto a continuar con la misma dedicación y profesionalismo demostrado hasta el presente.

Cordialmente,

Lcdo. Pedro A. Toledo Dávila
Superintendente