José E. Báez Casanovas
urb. Villa Cristina
Calle 3-B-12
Coamo P.R. 00769

Case:17-03283-LTS Doc#:12106-3 Filed:03/04/20 Entered:03/05/20 16:55:40 Desc: Envelope Page 1 of 1

U.S. POSTAGE PAID
FCM LG ENV
COAMO, PR
00769
MAR 03, 20
AMOUNT
$1.20
R2305H126384-04

Secretaria (clerks office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan P.R. 00918-1767

RECEIVED & FILED
2020 MAR -4 PM 2:41
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.