Añasco, P.R.

2 de marzo de 2020

Secretaria ( clerk's office)
Tribunal de Distrito de E.U.

Mediante este escrito solicito no ser excluída de la reclamación ya que entiendo que tengo derecho a la misma.

Someto evidencia de mi certificación de Retiro para Maestros de los servicios Acreditados.

Carmen M. Méndez Hernández
P.O. Box 1496
Añasco, P.R. 00610
(787) 689-6713
(787) 826-3282

RECEIVED & FILED
2020 MAR -4 PM 2:20

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re: Financial Oversight & Management Board for Puerto Rico | 3:17-BK-3283 (LTS) |
| | PROMESA Title III |
| *as representative of* | |
| | (Jointly Administrated) |
| The Commonwealth of Puerto Rico, *et al.* | |
| Debtors | |

## NOTICE OF DEFECTIVE PLEADING
*(Notificación de Documento Defectuoso)*

The Clerk of Court has received your pleading on February 14, 2020. However, the deficiencies listed below have prevented us from filing the same in the case docket. You must submit a corrected pleading if you want it to form part of the record.

La Secretaría del Tribunal recibió su escrito el 14 de febrero de 2020. No obstante, las deficiencias que abajo se señalan nos impiden aceptarlo y entrarlo en el sumario del caso. Debe usted someter un escrito debidamente corregido si quiere que el mismo forme parte del expediente.

NOTICE OF DEFECTIVE PLEADING
*(Notificación de Documento Defectuoso)*
3:17-BK-3283 (LTS)

| | | |
|---|---|---|
| 1 | | Pleading is illegible. L.Civ.R. 10 <br> *(El escrito radicado es ilegible o no cumple con la R.L.Civ. 10)* |
| 2 | X | Lacks proper signature. Documents presented to the court in paper require a handwritten signature. L.Civ.R. 11 <br> *(Documento no está firmado adecuadamente. Los documentos sometidos en papel tienen que estar firmados a mano. R.L.Civ. 11)* |
| 3 | | PROMESA Cover Sheet for Adversary Proceedings (DPR Modified PROMESA B1040) was not included. L.Bkcy.R. 7003-1 <br> http://www.prd.uscourts.gov/promesa/forms-attorneys <br> *(No se incluyó la Hoja de Trámite para Casos Adversarios (DPR Modified PROMESA B1040).* |
| 4 | | Failure to pay the filing fee in the amount of $400.00. See, L.Cv.R. 3.1(a). Payment shall be made within 24 hours in person at the Clerk's Office U.S. District Court with copy of the complaint /notice of removal. <br> *(Incumplimiento con el pago de la cuota de radicación por la cantidad de $400.00. El pago debe hacerse personalmente dentro de 24 horas en la Secretaría del Tribunal Federal de Distrito adjuntando una copia de la demanda / notificación de remoción.)* |
| 5 | X | Other: Please blackout or omit from your documents any personal information such as: medical records, Social Security number, financial account numbers, date of birth, driver's license or any other personal identifying numbers as per Local Civil Rule 5.2 <br> *(Otro:) Favor de eliminar u omitir de sus documentos cualquier información personal como: documentos médicos, número de Seguro Social, números de cuentas financieras, fecha de nacimiento, licencia de conducir o cualquier otro número de identificación de acuerdo con la Regla Local Civil 5.2.* |

Date:  February 25, 2020

MARIA ANTONGIORGI-JORDAN, ESQ.
Clerk of Court

By: s/ Marian B. Ramirez-Rivera
Marian B. Ramirez Rivera
Deputy Clerk

sc: to filer with original filing attached

Modelo SC-1515 (IRM)
14-mayo-71
Manual de Contabilidad

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**JUNTA DE RETIRO PARA MAESTROS**
**INFORME RENTA ANUAL VITALICIA**

.9%=$159.01

| CARMEN M MENDEZ HERNANDEZ | Núm. Reclamación 38206 | Sexo F |
|---|---|---|

**Tipo de Renta:**

| a- Años de Servicio y edad | c- Incapacidad | **Fecha de Nacimiento** |
|---|---|---|
| Opcional (X) | Ocupacional ( ) | |
| Obligatorio ( ) | No Ocupacional ( ) | 1951  9  20 |
| b. Edad ( ) | d- Diferida ( ) | Año  Mes  Día |

| Edad al Retirarse | Servicios Acreditados | Costo Anualidad | Fecha de Retiro |
|---|---|---|---|
| 51  1  11 | 30  1  1  2 | $ 33,341.77 | 2002  10  31 |
| Años  Meses  Días | Años  Meses  Sem.  Días | | Año  Mes  Día |
| | | | **Fecha de Efectividad** |
| | | | 2002  11  1 |
| | | | Año  Mes  Día |

Retiro Ley Núm. __45__ de __2000__

**Cómputo de la Renta Anual:**

a- Sueldo promedio mensual más alto durante TRES años consecutivos a $ __1,766.84__           $    1,325.13

X     __.75%__     X     __30 años__

    (Por ciento)                                    (Tiempo Acreditado)

*En caso de renta anual diferida, ésta comenzará al cumplir la edad de _____

( ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años de edad

( ) o a opción en fecha osterior si al retirarse tiene 10 y menos de 25 años de servicios y menos de 60 años de edad

b. Ajuste para llegar al Mínimo Establecido por ley

| Años de Servicio | Edad | Incapacidad Física | Diferido |
|---|---|---|---|
| $ _____ | $ _____ | $ _____ | $ _____ |

Diferencia Mínimo o Renta Sistema de Retiro

| Renta Mensual Vitalicia | 1,325.13 |
|---|---|
| Renta Anual Vitalicia | 15,901.56 |

| Computado | | Cotejado | |
|---|---|---|---|
| _Brendally Ledoux_ | 12-12-02 | | 13-DIC-02 |
| Brendally Ledoux | Fecha | María A. Torres | Fecha |
| **Recomendado:** | | **Aprobado:** | |
| _Gloria E. Navas Pérez_ | 13 DIC 02 | 18/12/02 | _Irma A. Giménez López_ |
| Directora, Area Serv. de Retiro | Fecha | Fecha | Secretaria Ejecutiva |

AGB

Nombre   **CARMEN M MENDEZ HERNANDEZ**

## Servicios Acreditados

| Año Escolar | Servicios | | | | Sueldo Mensual | Año Escolar | Servicios | | | | Sueldo mensual |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Años | Meses | Sem. | Días | | | Años | Meses | Sem. | Días | |
| 1972-73 | | | | | 390.00 | | | | | | |
| | | | | | | | | | | | |
| HASTA | 26 | 9 | - | 1 | | | | | | | |
| | | | | | | | | | | | |
| 1998-99 | | | | | 1,580.00 | | | | | | |
| 1999-00 | 1 | | | | 1,580.00 | 6M | | | | | |
| - | | | | | 1,680.00 | 6M | | | | | |
| 2000-01 | 1 | | | | 1,680.00 | 1M | | | | | |
| - | | | | | 1,785.00 | 11M | | | | | |
| 2001-02 | 1 | | | | 1,785.00 | | | | | | |
| 2002-03 | | 2 | 3 | 4 | 1,885.00 | | | | | | |
| | 29 | 11 | 3 | 5 | | | | | | | |
| Sub-total | 30 | - | - | - | | | | | | | |
| 2002-03 | | 1 | 1 | 2 | 1,885.00 | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| TOTAL | 30 | 1 | 1 | 2 | | | | | | | |

Desglose primer pago:                                       $_____
   Renta Mensual
     Deducciones:
       Asociación de Maestros            $_____
       Préstamo_____            _____
       Otras                                        _____
         Total de Deduccines            _____
         Importe del Cheque                              $_____

Observaciones:

                Año Escolar
       Hasta 1917-18_____ 9 meses
       Desde 1918-19 hasta 1940-41_____ 10 meses
       En el 1941-42_____ 11 meses
       Desde 1942-43 en adelante_____ 12 meses

# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Carmen M. Mendez Hernandez**, con número de seguro social que termina en **6959**.

| | |
|---|---|
| Fecha de Efectividad de la Pensión | 1 de noviembre de 2002 |
| Tiempo Cotizado para la Pensión | 30 años, 1 mes, 1 sem., 2 días |
| Pensión Mensual Inicial | $1,325.13 |
| Pensión Mensual Actual | $1,364.88 |

Esta certificación se expide hoy, **7 de febrero de 2020** en **San Juan**, **Puerto Rico**.

**Edgardo J. Negrón Ramírez**
**Supervisor**
**Área de Servicios de Retiro**



235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

**SRM**
Sistema de Retiro para Maestros
Gobierno de Puerto Rico
Protegemos la Aportación al Futuro

☏ 787.777.1414     ✉ 787.764.6910     www.srm.pr.gov

Carmen M. Wenchez the
P.O. Box 1496
Añasco, P.R. 00

7015 0640 0003 8950 067

RECEIVED
2020 MAR -
CLERK'S
U.S. DISTRI
SAN JU

Clerk's Office
United States District Court
Room 150 Federal Bldg
San Juan, P.R. 00918-1767

UNITED STATES
POSTAL SERVICE

1000

00918

U.S. POSTAGE PAI
FCM LETTER
AÑASCO, PR
00610
MAR 02, 20
AMOUNT
$6.95
R2305K131934-06



CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

RECEIVED & FILED
2020 MAR -4 PM 2:20
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.