**In re: The Financial Oversight and Management Board for Puerto Rico, as representative of The Commonwealth of Puerto Rico, et al. Case No. 17 BK 3283-LTS at UNITED STATED DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO**

1 de marzo de 2020

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

**RE: Reclamación número 96454**

A quien pueda interesar:

Sirva la presente como una objeción a la "CENTÉSIMA DÉCIMA TERCERA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE UNAS LEYES PUERTORRIQUEÑAS NO ESPECIFICADAS".

No estoy de acuerdo con la Objeción del Estado Libre Asociado de Puerto Rico debido a que mi reclamo está basado en la Ley número 89 del 12 de Julio de 1979, que indica que se tiene un derecho a compensación.

El Gobierno de Puerto Rico, sabiendo que le debe la compensación a los retirados, pretende liberarse de pagar un dinero que nos pertenece y no quieren pagar alegando que los reclamos están defectuosos. El reclamo es válido por los años de servicio brindados al Gobierno de Puerto Rico. Comencé mi carrera como Maestra en el año 1969 hasta que me retiré en el año 2001. La ley 89 me aplica y es un derecho que nunca obtuve. No considero justo que después de todos estos años no pueda obtener mi derecho y a la vez tener justicia salarial en el retiro.

El Gobierno de Puerto Rico debe tener conocimiento de las leyes aprobadas para que ahora pretenda liberarse de sus obligaciones.

Atentamente,

**Carmen Montes Monsegur**

**PO Box 1885**

**Añasco, Puerto Rico 00610**

**Nota: Junto con esta carta se acompañan como petición de la Secretaría del Tribunal de Distrito de los Estados Unidos según solicitado todos los documentos enviados por esta.**