

**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Carmen Montes Monsegur**, con número de seguro social que termina en **2818**.

| | |
|---|---|
| Fecha de Efectividad de la Pensión | 28 de julio de 2001 |
| Tiempo Cotizado para la Pensión | 32 años, 4 mes, 0 sem., 3.5 días |
| Pensión Mensual Inicial | $1,415.82 |
| Pensión Mensual Actual | $1,458.29 |

Esta certificación se expide hoy, **10 de febrero de 2020** en **San Juan, Puerto Rico**.

Edgardo J. Negrón Ramírez
Supervisor
Área de Servicios de Retiro





Sistema de Retiro para Maestros
Gobierno de Puerto Rico
Protegemos la Aportación al Futuro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

☏ 787.777.1414   📠 787.764.6910   www.srm.pr.gov

Modelo SC-1515 (JRM)
14-mayo-71
Manual de Contabilidad

ESTADO LIBRE ASOCIADO DE PUERTO RICO

## JUNTA DE RETIRO PARA MAESTROS

## INFORME RENTA ANUAL VITALICIA

| Nombre | Núm. Reclamación | Sexo |
|---|---|---|
| Carmen D. Montes Monsegur | 35636 | F |

**Tipo de Renta:**
- a- Años de Servicio y Edad
  - Opcional ( )
  - Obligatorio ( )
- b- Edad ( )
- c- Incapacidad
  - Ocupacional ( )
  - No Ocupacional ( )
- d- Diferida ( )

**Fecha de Nacimiento**
___ Año ___ Mes ___ Día

**Fecha de Retiro**
2001 julio 27
Año Mes Día

| Edad al Retirarse | | | Servicios Acreditados | | | | Costo Anualidad | Fecha de Efectividad | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 54 | 3 | 6 | 32 | 4 | — | 3½ | $ 37,847.41 | 2001 | julio | 28 |
| Años | Meses | Días | Años | Meses | Sem. | Días | | Año | Mes | Día |

**Retiro Ley Núm.** 44 **de** 2000

Oficina de Finanzas
Documentos Recibidos
Fecha 14/12/01
Iniciales ___

**Cómputo de la Renta Anual:**

a- Sueldo promedio mensual más alto durante cinco años consecutivos a $ 1,887.77     1,227.05

X  65%  X  30 años

(Por ciento)       (Tiempo Acreditado)

* En caso de renta anual diferida, ésta comenzará al cumplir la edad de _____

( ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años de edad.

( ) o a opción en fecha posterior si al retirarse tiene 10 y menos de años de servicios y menos de 60 años de edad.

b- Ajuste para llegar al Mínimo Establecido por Ley 44

| Años de Servicio | Edad | Incapacidad Física | Diferido | |
|---|---|---|---|---|
| $ 188.77 | | $ | $ | 188.77 |

Diferencia Mínimo o Renta Sistema Retiro

**Renta Mensual Vitalicia**     1,415.82
**Renta Anual Vitalicia**     16,989.84

| Computado: | | Cotejado: | |
|---|---|---|---|
| Celia Rodríguez Rivera | 11 Dic 2001 Fecha | Hugo E. Aponte | 11 dic 01 Fecha |
| **Recomendado:** | | **Aprobado:** | |
| Gloria E. Navas Pérez | 14/12/01 Fecha | Irma A. Giménez López | 18/12/01 Fecha |
| Directora Area Servicios de Retiro | | Secretaria Ejecutiva | |