Carmen Montes Monsegur
PO Box 1885
Añasco, P.R. 00610



7015 0640 0003 8950 9159

U.S. POSTAGE PAID
FCM LG ENV
AÑASCO, PR
00610
MAR 03, 20
AMOUNT
$7.60
R2305K131934-03

Secretaria Clerk's Office
Tribunal de Distrito de los Estados Unidos
#150 Chardon Avenue
Federal Building
San Juan, Puerto Rico 00918

RECEIVED & FILED
2020 MAR -4 PM 2:44
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR