To: Clerk's Office / Maria Antongiorgi
United States District Court
Room 150 Federal Bldg
San Juan, P.R. 00918-1767

RECEIVED & FILED
CLERK'S OFFICE
MAR 0 4 2020
US DISTRICT COURT
SAN JUAN, PR

From: Doris H. Borrero Siberón
P.O. Box 9318, Bayamón,
Puerto Rico, 00960-9318

Por este medio, yo Doris H. Borrero Siberón
no estoy de acuerdo con la objeción asumida
por ustedes relacionado con la Ley Promesa
firmada por el Gobernador, Hon. Carlos Romero
Barceló donde el mandatario había firmado
la ley donde se nos otorgaba un aumento
de $25.00 mensuales en nuestro salario.
Por tal motivo estoy reclamando que se
cumpla dicha Ley.

Hoy 4 de marzo de 2020 en San Juan, P.R.
Le doy las gracias por la atención
recibida al respecto.

Att.
Doris H. Borrero Siberón

P.D. Adjunto estoy enviando
los documentos firmados
y corregidos

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re: Financial Oversight & Management Board for Puerto Rico | 3:17-BK-3283 (LTS) <br><br> PROMESA Title III |
| *as representative of* | (Jointly Administrated) |
| The Commonwealth of Puerto Rico, *et al.* <br><br> Debtors | |

## NOTICE OF DEFECTIVE PLEADING
*(Notificación de Documento Defectuoso)*

The Clerk of Court has received your pleading on February 24, 2020. However, the deficiencies listed below have prevented us from filing the same in the case docket. You must submit a corrected pleading if you want it to form part of the record.

La Secretaría del Tribunal recibió su escrito el 24 de febrero de 2020. No obstante, las deficiencias que abajo se señalan nos impiden aceptarlo y entrarlo en el sumario del caso. Debe usted someter un escrito debidamente corregido si quiere que el mismo forme parte del expediente.

*Doris H. Barreis Siberón*

NOTICE OF DEFECTIVE PLEADING
*(Notificación de Documento Defectuoso)*
3:17-BK-3283 (LTS)

| 1 | | Pleading is illegible. L.Civ.R. 10<br>*(El escrito radicado es ilegible o no cumple con la R.L.Civ. 10)* |
|---|---|---|
| 2 | X | Lacks proper signature. Documents presented to the court in paper require a handwritten signature. L.Civ.R. 11<br>*(Documento no está firmado adecuadamente. Los documentos sometidos en papel tienen que estar firmados a mano. R.L.Civ. 11)* |
| 3 | | PROMESA Cover Sheet for Adversary Proceedings (DPR Modified PROMESA B1040) was not included. L.Bkcy.R. 7003-1<br>http://www.prd.uscourts.gov/promesa/forms-attorneys<br>*(No se incluyó la Hoja de Trámite para Casos Adversarios (DPR Modified PROMESA B1040).)* |
| 4 | | Failure to pay the filing fee in the amount of $400.00. See, L.Cv.R. 3.1(a). Payment shall be made within 24 hours in person at the Clerk's Office U.S. District Court with copy of the complaint /notice of removal.<br>*(Incumplimiento con el pago de la cuota de radicación por la cantidad de $400.00. El pago debe hacerse personalmente dentro de 24 horas en la Secretaría del Tribunal Federal de Distrito adjuntando una copia de la demanda / notificación de remoción.)* |
| 5 | X | Other: Please blackout or omit from your documents any personal information such as: medical records, Social Security number, financial account numbers, date of birth, driver's license or any other personal identifying numbers as per Local Civil Rule 5.2<br>*(Otro:) Favor de **eliminar u omitir** de sus documentos cualquier información personal como: documentos médicos, número de Seguro Social, números de cuentas financieras, fecha de nacimiento, licencia de conducir o cualquier otro número de identificación de acuerdo con la Regla Local Civil 5.2.* |

Date:  February 26, 2020

MARIA ANTONGIORGI-JORDAN, ESQ.
Clerk of Court

By: s/ Marian B. Ramirez-Rivera
Marian B. Ramirez Rivera
Deputy Clerk

sc: to filer with original filing attached

*Doris H. Barreo Siberón*



# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

**ATT: LEY PROMESA**

20 de febrero de 2020

# C E R T I F I C A C I O N

| | | |
|---|---|---|
| Certifico que | : | DORIS H. BORRERO SIBERON |
| Seguro Social | : | |
| Categoría | : | MAESTRO ELEMENTAL |
| Distrito Escolar | : | BAYAMON |
| Sueldo Mensual | : | $1,910.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 31 de mayo de 2000 |
| Otros | : | Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de  (28) años,  (9) meses y (3) semanas. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.



# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

RECEIVED AND FILED

2020 FEB 24   AM 9: 55

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Doris Borrero Siberon**, con número de seguro social que termina en           .

| | |
|---|---:|
| **Fecha de Efectividad de la Pensión** | **29 de julio de 2000** |
| **Tiempo Cotizado para la Pensión** | **28 años, 3 mes, 1 sem., 3 días** |
| **Pensión Mensual Inicial** | **$1,371.85** |
| **Pensión Mensual Actual** | **$1,455.40** |

Esta certificación se expide hoy, **20 de febrero de 2020** en **San Juan**, **Puerto Rico**.

**Edgardo J. Negrón Ramírez**
**Supervisor**
**Área de Servicios de Retiro**

Doris H. Borrero Siberon



235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

**Sistema de Retiro para Maestros**
Gobierno de Puerto Rico
Protegemos la Aportación al Futuro

📞 787.777.1414        📠 787.764.6910        www.srm.pr.gov

Modelo SC-1515 (IRM)
14-mayo-71
Manual de Contabilidad

ESTADO LIBRE ASOCIADO DE PUERTO RICO

## JUNTA DE RETIRO PARA MAESTROS

## INFORME RENTA ANUAL VITALICIA

| Nombre | Núm. Reclamación | |
|---|---|---|
| Doris H. Borrero Siberón | 32467 | Sexo  F |

| Tipo de Renta: | Fecha de Nacimiento | | |
|---|---|---|---|
| a— Años de Servicio y Edad  c— Incapacidad | Año | Mes | Día |

Tipo de Renta:
a— Años de Servicio y Edad
   Opcional    (  )
   Obligatorio (  )
b— Edad (  )

c— Incapacidad
   Ocupacional    (  )
   No Ocupacional (  )
d— Diferida (  )*

Fecha de Nacimiento

| Año | Mes | Día |
|---|---|---|

Fecha de Retiro

| 2000 | julio | 28 |
|---|---|---|
| Año | Mes | Día |

| Edad al Retirarse | | | Servicios Acreditados | | | | Costo Anualidad |
|---|---|---|---|---|---|---|---|
| 56 | 4 | – | 28 | 3 | 1 | 3 | $ 27,721.18 |
| Años | Meses | Días | Años | Meses | Sem. | Días | |

Fecha de Efectividad

| 2000 | julio | 29 |
|---|---|---|
| Año | Mes | Día |

Retiro Ley Núm. 44 de 2000

Oficina de Finanzas
Documentos Preintervenidos
Fecha  10/8/00
Iniciales  auc

---

Cómputo de la Renta Anual:
a— Sueldo promedio mensual más alto durante ~~cinco~~ **tres** años consecutivos a $ 1,829.14     **931.08**

X   .018%   X   28 años, 3 meses, 1 semana, 3 días
(Por ciento)              (Tiempo Acreditado)

* En caso de renta anual diferida, ésta comenzará al cumplir la edad de _____

   (  ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55
      años de edad.

   (  ) o a opción en fecha posterior si al retirarse tiene 10 y menos de 25 años de servicios y
      menos de 60 años de edad.

b— Ajuste para llegar al Mínimo Establecido por Ley #44

| Años de Servicio | Edad | Incapacidad Física | Diferido | |
|---|---|---|---|---|
| $ 440.77 | $ _____ | $ _____ | $ _____ | **440.77** |

| Diferencia Mínimo o Renta Sistema Retiro | |
|---|---|
| Renta Mensual Vitalicia | **1,371.85** |
| Renta Anual Vitalicia | **16,462.20** |

| Computado | | Cotejado | |
|---|---|---|---|
| Celia Rodríguez | 8/8/2000 Fecha | Hugo E. Aponte Morán | 8-8-2000 Fecha |
| Recomendado: | | Aprobado: | |
| Gloria E. Navas Pérez Directora Area Servicios de Retiro | 9-8-00 Fecha | 11/8/2000 Fecha | Jaime García Vallés Secretario Ejecutivo, Int. |

agb

Doris H. Borrero Siberón

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 02/01/2020 |
| Hasta: | 02/15/2020 |

Business Unit: PUERT

Fecha Aviso: 02/14/2020

**DORIS H BORRERO SIBERON**
PO BOX 9318
+BAYAMON, PR  00960-9318

| | | |
|---|---|---|
| Dept: | 592110-Por Merito Ley 44 | |
| Lugar: | PENSIONADO LEY 44  02700 | |
| Titulo: | Pensionado | |
| Sueldo: | $1,455.40 Monthly | |

| | | |
|---|---|---|
| DATA IMP: | Federal | PR |
| Estado Civil: | Single | Single |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | 8.956308 | 81.25 | 727.70 | 243.75 | 2,183.10 |
| Total: | | 81.25 | 727.70 | 243.75 | 2,183.10 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 53.48 | 160.44 |
| Total: | 53.48 | 160.44 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| * Tributable | | |

## TOTAL BRUTO

| | |
|---|---|
| Corriente: | 727.70 |
| Acumulado: | 2,183.10 |

## TOTAL IMPUESTOS

| | |
|---|---|
| 0.00 | |
| 0.00 | |

## DEDUCCIONES TOTALES

| | PAGA NETA |
|---|---|
| 53.48 | 674.22 |
| 160.44 | 2,022.66 |

## PTO HORAS          ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA

| | |
|---|---|
| Total: | 674.22 |

**MENSAJE:**

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

**Fecha**
**02/14/2020**

**Cant. Desposito:**      __$674.22__

**A la**
**Cuenta(s) De**

DORIS H BORRERO SIBERON
PO BOX 9318
BAYAMON, PR  00960-9318

## DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| | | $674.22 |
| Total: | | $674.22 |

*Doris H. Borrero Siberón*

NO-NEGOCIABLE

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 01/01/2020 |
| Hasta: | 01/15/2020 |

Business Unit: PUERT

Fecha Aviso:  01/15/2020

| **DORIS H BORRERO SIBERON** | | # Empleado: | |
|---|---|---|---|
| PO BOX 9318 | | Dept: | 592110-Por Merito Ley 44 |
| +BAYAMON, PR  00960-9318 | | Lugar: | PENSIONADOS LEY 44  02700 |
| | | Titulo: | Pensionado |
| | | Sueldo: | $1,455.40 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Single |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

| HORAS E INGRESOS | | | | | | | IMPUESTOS | | |
|---|---|---|---|---|---|---|---|---|---|
| | | --------- Corriente --------- | | ------ Acumulado ------ | | | | | |
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | 8.956308 | 81.25 | 727.70 | 81.25 | 727.70 | | | | |
| Total: | | 81.25 | 727.70 | 81.25 | 727.70 | | Total: | 0.00 | 0.00 |

| DEDUCCIONES | | | DEDUCCIONES GENERALES | | | BENEFICIOS PATRONALES PAGADOS | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
| | | | RM-Prest Pers De Cuota-Ret Mae | 53.48 | 53.48 | | | |
| Total: | 0.00 | 0.00 | Total: | 53.48 | 53.48 | * Tributable | | |

| TOTAL BRUTO | | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 727.70 | 0.00 | 53.48 | 674.22 |
| Acumulado: | 727.70 | 0.00 | 53.48 | 674.22 |

| PTO HORAS | ACUM | | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|
| Balance Inicial: | 0.0 | | | 674.22 |
| + Acumulado: | | | | |
| | | | Total: | 674.22 |
| - Utilizado: | | | | |
| - Donada: | | | | |
| + Ajustes: | | | | |
| Balance Final: | 0.0 | | | |

**MENSAJE:**

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

**Fecha**
**01/15/2020**

**Cant. Desposito:**        $674.22

**A la**
**Cuenta(s) De**

DORIS H BORRERO SIBERON
PO BOX 9318
BAYAMON, PR  00960-9318

| DISTRIBUCION DE DEPOSITO DIRECTO | | |
|---|---|---|
| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| Pay Card | | |
| Total: | | $674.22 |

*Doris H Borrero Siberón*

NO-NEGOCIABLE

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 01/16/2020 |
| Hasta: | 01/31/2020 |

Business Unit: PUERT

Fecha Aviso: 01/30/2020

**DORIS H BORRERO SIBERON**
PO BOX 9318
BAYAMON, PR  00960-9318

| | |
|---|---|
| Dept: | 592110-Por Merito Ley 44 |
| Lugar: | PENSIONADOS LEY 44  02700 |
| Titulo: | Pensionado |
| Sueldo: | $1,455.40 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Single |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | 8.956308 | 81.25 | 727.70 | 162.50 | 1,455.40 |
| Total: | | 81.25 | 727.70 | 162.50 | 1,455.40 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 53.48 | 106.96 |
| Total: | 53.48 | 106.96 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|

\* Tributable

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 727.70 | 0.00 | 53.48 | 674.22 |
| Acumulado: | 1,455.40 | 0.00 | 106.96 | 1,348.44 |

| PTO HORAS | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Total: | 674.22 |

**MENSAJE:**

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

**Fecha**
**01/30/2020**

**Aviso No.**
**5811814**

**Cant. Deposito:**     **$674.22**

**A la**
**Cuenta(s) De**

DORIS H BORRERO SIBERON
PO BOX 9318
BAYAMON, PR  00960-9318

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Total: | | $674.22 |

# NO-NEGOCIABLE