To: Clerk's office / maria Antongiorgi - Jordan, ESQ
United states District court
Room 150 federal BLOG
San Juan, P.R. 00918-1767

From: José A. Muñoz Irizarry
calle 13 - K8 u.b El Cortijo
Bayamon P.R. 00956

RECEIVED & FILED
CLERK'S OFFICE
MAR 0 4 2020
US DISTRICT COURT
SAN JUAN, PR

Por este medio, yo José A. Muñoz Irizarry no estoy
de Acuerdo con la objeccion Asumida por ustedes
Pelacionado con la ley Promesa Firmada por el
Gobernador, Han. carlos Romero Barcelo, donde el
mandatario habia Firmado la ley donde se nos
otorgaba un Aumento de 125.00 mensuales en
nuestro salario. Por tal motivo estoy reclamando
que se cumpla dicha ley.

Adjunto estoy enviando los documentos Firmados
y correjidos.

Hoy 4 de marzo de 2020 en san Juan, P.R.

Le doy las gracias por la Atencion recibida
al Respecto.

Att

RECEIVED AND FILED
MAR -4 PM 11: 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re: Financial Oversight & Management Board for Puerto Rico | 3:17-BK-3283 (LTS) PROMESA Title III |
| *as representative of* | (Jointly Administrated) |
| The Commonwealth of Puerto Rico, *et al.* Debtors | |

## NOTICE OF DEFECTIVE PLEADING
*(Notificación de Documento Defectuoso)*

The Clerk of Court has received your pleading on February 24, 2020. However, the deficiencies listed below have prevented us from filing the same in the case docket. You must submit a corrected pleading if you want it to form part of the record.

La Secretaría del Tribunal recibió su escrito el 24 de febrero de 2020. No obstante, las deficiencias que abajo se señalan nos impiden aceptarlo y entrarlo en el sumario del caso. Debe usted someter un escrito debidamente corregido si quiere que el mismo forme parte del expediente.

NOTICE OF DEFECTIVE PLEADING
*(Notificación de Documento Defectuoso)*
3:17-BK-3283 (LTS)

| | | |
|---|---|---|
| 1 | | Pleading is illegible. L.Civ.R. 10<br>*(El escrito radicado es ilegible o no cumple con la R.L.Civ. 10)* |
| 2 | X | Lacks proper signature. Documents presented to the court in paper require a handwritten signature. L.Civ.R. 11<br>*(Documento no está firmado adecuadamente. Los documentos sometidos en papel tienen que estar firmados a mano. R.L.Civ. 11)* |
| 3 | | PROMESA Cover Sheet for Adversary Proceedings (DPR Modified PROMESA B1040) was not included. L.Bkcy.R. 7003-1<br>http://www.prd.uscourts.gov/promesa/forms-attorneys<br>*(No se incluyó la Hoja de Trámite para Casos Adversarios (DPR Modified PROMESA B1040).* |
| 4 | | Failure to pay the filing fee in the amount of $400.00. See, L.Cv.R. 3.1(a). Payment shall be made within 24 hours in person at the Clerk's Office U.S. District Court with copy of the complaint /notice of removal.<br>*(Incumplimiento con el pago de la cuota de radicación por la cantidad de $400.00. El pago debe hacerse personalmente dentro de 24 horas en la Secretaría del Tribunal Federal de Distrito adjuntando una copia de la demanda / notificación de remoción.)* |
| 5 | X | Other: Please blackout or omit from your documents any personal information such as: medical records, Social Security number, financial account numbers, date of birth, driver's license or any other personal identifying numbers as per Local Civil Rule 5.2<br>*(Otro:) Favor de **eliminar u omitir** de sus documentos cualquier información personal como: documentos médicos, número de Seguro Social, números de cuentas financieras, fecha de nacimiento, licencia de conducir o cualquier otro número de identificación de acuerdo con la Regla Local Civil 5.2.* |

Date:  February 26, 2020

MARIA ANTONGIORGI-JORDAN, ESQ.
Clerk of Court

By: s/ Marian B. Ramirez-Rivera
Marian B. Ramirez Rivera
Deputy Clerk

sc: to filer with original filing attached

Page **2** of 2



## GOBIERNO DE PUERTO RICO

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

RECEIVED AND FILED
20 FEB 24  AM 9: 55

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Case No: 17-03283
May 3, 2017
Proof of claim: 113276

# CERTIFICACIÓN

Certificamos que JOSE MUNOZ IRIZARRY, disfruta beneficios de PENSION POR MERITO de este Sistema de Retiro. La misma fue efectiva el 01 de mayo de 2009.  En la actualidad, recibe una anualidad ascendente a $19,663.92 pagadera en mensualidades de $1,638.66.

Además, tiene derecho a un bono de medicamentos de $100.00, un aguinaldo de navidad de $200.00 y una aportación para plan médico de $100.00 mensuales.

Esta certificación se expide hoy 20 de febrero de 2020, en San Juan, Puerto Rico.

Certifico correcto,

Marlisa Marrero Negron
Gerente Auxiliar
División de Asuntos de Pensionados

OCRUZ01



**RETIRO**
GOBIERNO DE PUERTO RICO

GOBIERNO DE PUERTO RICO
Departamento de Corrección y Rehabilitación

# CERTIFICACIÓN

Certifico que, **José A. Muñoz Irizarry,** seguro social                laboró para el Departamento de Corrección y Rehabilitación en un puesto **Regular** como *Oficial Correccional* desde el 30 de agosto de 1978 hasta el 30 de abril de 2009, fecha que se acogió a los beneficios de la Administración de los Sistemas de Retiro por jubilación.

Se expide la presente certificación en San Juan, Puerto Rico, hoy **20 de febrero de 2020**.

Certifico correcto,

Nilsa J. Kuilan Collazo
Coordinadora en Asuntos de Retiro
Secretaría Auxiliar de Recursoso Humanos
y Relaciones Laborales
División Beneficios Marginales

/msm

Calle Juan Calaf, Urb. Industrial Tres Monjitas, Hato Rey, P.R., 00917 /   Apartado 71308, San Juan, P.R.  00936 Tel. (787) 273-6464 ext. 5206

**Gobierno de Puerto Rico**
530 - RETIRO CENTRAL PENSIONADOS

| | | |
|---|---|---|
| Grupo de Pago: | SM -Quincenal | Business Unit: PUERT |
| Desde: | 01/01/2020 | |
| Hasta: | 01/15/2020 | Fecha Aviso: 01/15/2020 |

| JOSE MUNOZ IRIZARRY | # Empleado: | | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| URB EL CORTIJO | Dept: | 530100-Merito-Edad-Svc-Opcional-001 | Estado Civil: | Married | Married |
| K8 CALLE 13 | Lugar: | Ley 447 de 15 de mayo de 1951 | Concesiones: | 0 | 0      + |
| BAYAMON, PR  00956 | Titulo: | Pensionado | Pct. Adcl.: | | |
| | Sueldo: | $1,638.66 Monthly | Cant. Adcl.: | | |

| HORAS E INGRESOS | | | | | | IMPUESTOS | | |
|---|---|---|---|---|---|---|---|---|
| | | --------------- Corriente --------------- | | ------ Acumulado ------ | | | | |
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | | 819.33 | 82.50 | 819.33 | | | |
| Total: | | 819.33 | 82.50 | | 819.33 | Total: | 0.00 | 0.00 |

| DEDUCCIONES | | | DEDUCCIONES GENERALES | | | BENEFICIOS PATRONALES PAGADOS | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
| | | | RC-Pres Cult Ret Cen-Em Clasif | 105.66 | 105.66 | | | |
| | | | RC-Pres Pers Ret Cen-E Clasif | 132.40 | 132.40 | | | |
| Total: | 0.00 | 0.00 | Total: | 238.06 | 238.06 | * Tributable | | |

| TOTAL BRUTO | | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 819.33 | 0.00 | 238.06 | 581.27 |
| Acumulado: | 819.33 | 0.00 | 238.06 | 581.27 |

| PTO HORAS | ACUM | | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|
| Balance Inicial: | 0.0 | | | |
| + Acumulado: | | | | |
| - Utilizado: | | | | |
| - Donada: | | | Total: | 581.27 |
| + Ajustes: | | | | |
| Balance Final: | 0.0 | | | |

MENSAJE:


**Gobierno de Puerto Rico**
530 - RETIRO CENTRAL PENSIONADOS

**Fecha**
**01/15/2020**


**Cant. Desposito:** _____ **$581.27**

**A la**
**Cuenta(s) De**

JOSE MUNOZ IRIZARRY
URB EL CORTIJO
K8 CALLE 13
BAYAMON, PR  00956

Location: LEY 447 DE 15 DE MAYO DE 1951

| DISTRIBUCION DE DEPOSITO DIRECTO | | |
|---|---|---|
| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| | | |
| Total: | | $581.27 |

# NO-NEGOCIABLE

**Gobierno de Puerto Rico**
530 - RETIRO CENTRAL PENSIONADOS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 01/16/2020 |
| Hasta: | 01/31/2020 |

Business Unit: PUERT

Fecha Aviso: 01/30/2020

| JOSE MUNOZ IRIZARRY | # Empleado: | | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| URB EL CORTIJO | Dept: | 530100-Merito-Edad-Svc-Opcional-001 | Estado Civil: | Married | Married |
| K8 CALLE 13 | Lugar: | Ley 447 de 15 de mayo de 1951 | Concesiones: | 0 | 0 + |
| BAYAMON, PR 00956 | Titulo: | Pensionado | Pct. Adcl.: | | |
| | Sueldo: | $1,638.66 Monthly | Cant. Adcl.: | | |

## HORAS E INGRESOS

## IMPUESTOS

| | | --- Corriente --- | | --- Acumulado --- | | | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | 819.33 | 172.50 | 1,638.66 | | | | |
| Total: | | 819.33 | 172.50 | 1,638.66 | | Total: | 0.00 | 0.00 |

## DEDUCCIONES

## DEDUCCIONES GENERALES

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| | | | RC-Pres Cult Ret Cen-Em Clasif | 105.66 | 211.32 | SM-Asoc Maestros de PR | 100.00 | 100.00 |
| | | | RC-Pres Pers Ret Cen-E Clasif | 132.40 | 264.80 | | | |
| Total: | 0.00 | 0.00 | Total: | 238.06 | 476.12 | * Tributable | | |

## TOTAL BRUTO

## TOTAL IMPUESTOS

## DEDUCCIONES TOTALES

## PAGA NETA

| | | | | | |
|---|---|---|---|---|---|
| Corriente: | 819.33 | | 0.00 | 238.06 | 581.27 |
| Acumulado: | 1,638.66 | | 0.00 | 476.12 | 1,162.54 |

| PTO HORAS | ACUM | | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|
| Balance Inicial: | 0.0 | | Aviso #5734016 | 581.27 |
| + Acumulado: | | | | |
| - Utilizado: | | | Total: | 581.27 |
| - Donada: | | | | |
| + Ajustes: | | | | |
| Balance Final: | 0.0 | | | |

**MENSAJE:**

**Gobierno de Puerto Rico**
530 - RETIRO CENTRAL PENSIONADOS

**Fecha**
**01/30/2020**

**Cant. Desposito:**      **$581.27**

**A la**
**Cuenta(s) De**

JOSE MUNOZ IRIZARRY
URB EL CORTIJO
K8 CALLE 13
BAYAMON, PR 00956

Location: LEY 447 DE 15 DE MAYO DE 1951

| DISTRIBUCION DE DEPOSITO DIRECTO | | |
|---|---|---|
| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| | | |
| Total: | | $581.27 |

# NO-NEGOCIABLE

**Gobierno de Puerto Rico**
530 - RETIRO CENTRAL PENSIONADOS

| Grupo de Pago: | SM -Quincenal | Business Unit: PUERT |
| Desde: | 12/16/2019 | |
| Hasta: | 12/31/2019 | Fecha Aviso: 12/30/2019 |

| JOSE MUNOZ IRIZARRY | # Empleado: | | DATA IMP: | Federal | PR |
| URB EL CORTIJO | Dept: | 530100-Merito-Edad-Svc-Opcional-001 | Estado Civil: | Married | Married |
| K8 CALLE 13 | Lugar: | Ley 447 de 15 de mayo de 1951 | Concesiones: | 0 | 0 + |
| BAYAMON, PR 00956 | Titulo: | Pensionado | Pct. Adcl.: | | |
| | Sueldo: | $1,638.66 Monthly | Cant. Adcl.: | | |

| HORAS E INGRESOS | | | | | | IMPUESTOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | Corriente | | Acumulado | | | |
| Descripcion | | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | | 819.33 | 1,957.50 | 19,663.92 | | | |
| Bono Navidad Pensionados | | | | 0.00 | 200.00 | | | |
| BONO MEDICINA- PENSIONADOS | | | | 0.00 | 100.00 | | | |
| Total: | | | 819.33 | 1,957.50 | 19,963.92 | Total: | 0.00 | 0.00 |

| DEDUCCIONES | | | DEDUCCIONES GENERALES | | | BENEFICIOS PATRONALES PAGADOS | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
| | | | RC-Pres Cult Ret Cen-Em Clasif | 105.66 | 2,535.84 | | | |
| | | | RC-Pres Pers Ret Cen-E Clasif | 132.40 | 3,177.60 | | | |
| Total: | 0.00 | 0.00 | Total: | 238.06 | 5,713.44 | * Tributable | | |

| TOTAL BRUTO | | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 819.33 | 0.00 | 238.06 | 581.27 |
| Acumulado: | 19,963.92 | 0.00 | 5,713.44 | 14,250.48 |

| PTO HORAS | ACUM | | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|
| Balance Inicial: | 0.0 | | | |
| + Acumulado: | | | | |
| - Utilizado: | | | | |
| - Donada: | | | | |
| + Ajustes: | | Total: | | 581.27 |
| Balance Final: | 0.0 | | | |

**MENSAJE:**

**Gobierno de Puerto Rico**
530 - RETIRO CENTRAL PENSIONADOS

**Fecha**
**12/30/2019**

**Cant. Desposito:**  __$581.27__

**A la**
**Cuenta(s) De**

JOSE MUNOZ IRIZARRY
URB EL CORTIJO
K8 CALLE 13
BAYAMON, PR 00956

Location: LEY 447 DE 15 DE MAYO DE 1951

| DISTRIBUCION DE DEPOSITO DIRECTO | | |
|---|---|---|
| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| | | |
| Total: | | $581.27 |

NO-NEGOCIABLE

**Gobierno de Puerto Rico**
530 - RETIRO CENTRAL PENSIONADOS

| | | |
|---|---|---|
| Grupo de Pago: | SM -Quincenal | Business Unit: PUERT |
| Desde: | 12/01/2019 | |
| Hasta: | 12/15/2019 | Fecha Aviso: 12/13/2019 |

| JOSE MUNOZ IRIZARRY | # Empleado: | | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| URB EL CORTIJO | Dept: | 530100-Merito-Edad-Svc-Opcional-001 | Estado Civil: | Married | Married |
| K8 CALLE 1? | Lugar: | Ley 447 de 15 de mayo de 1951 | Concesiones: | 0 | 0 + |
| BAYAMO..., ?. 0956 | Titulo: | Pensionado | Pct. Adcl.: | | |
| | Sueldo: | $1,638.66 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS / IMPUESTOS

| | | -------- Corriente -------- | | ----- Acumulado ----- | | IMPUESTOS | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | 819.33 | 1,867.50 | 18,844.59 | | | | |
| Bono Navidad Pensionados | | | 0.00 | 200.00 | | | | |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | 100.00 | | | | |
| Total: | | 819.33 | 1,867.50 | 19,144.59 | | Total: | 0.00 | 0.00 |

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| DEDUCCIONES | | | DEDUCCIONES GENERALES | | | BENEFICIOS PATRONALES PAGADOS | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
| | | | RC-Pres Cult Ret Cen-Em Clasif | 105.66 | 2,430.18 | SM-Asoc Maestros de PR | 0.00 | 1,100.00 |
| | | | RC-Pres Pers Ret Cen-E Clasif | 132.40 | 3,045.20 | | | |
| Total: | 0.00 | 0.00 | Total: | 238.06 | 5,475.38 | * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| TOTAL BRUTO | | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 819.33 | 0.00 | 238.06 | 581.27 |
| Acumulado: | 19,144.59 | 0.00 | 5,475.38 | 13,669.21 |

| PTO HORAS | ACUM | DISTRIBUCION PAGA NETA | |
|---|---|---|---|
| Balance Inicial: | 0.0 | | |
| + Acumulado: | | | |
| - Utilizado: | | | |
| - Donada: | | Total: | 581.27 |
| + Ajustes: | | | |
| Balance Final: | 0.0 | | |

**MENSAJE:**

**Gobierno de Puerto Rico**
530 - RETIRO CENTRAL PENSIONADOS

**Fecha**
**12/13/2019**

**Cant. Deposito:** _____ **$581.27**

**A la**
**Cuenta(s) De**

JOSE MUNOZ IRIZARRY
URB EL CORTIJO
K8 CALLE 13
BAYAMON, PR  00956

Location: LEY 447 DE 15 DE MAYO DE 1951

| DISTRIBUCION DE DEPOSITO DIRECTO | | |
|---|---|---|
| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| | | |
| Total: | | $581.27 |

## NO-NEGOCIABLE

**Gobierno de Puerto Rico**
530 - RETIRO CENTRAL PENSIONADOS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 12/02/2019 |
| Hasta: | 12/02/2019 |

Business Unit: PUERT

Fecha Aviso: 11/27/2019

| JOSE MUNOZ IRIZARRY | # Empleado: | |
|---|---|---|
| URB EL CORTIJO | Dept: | 530100-Merito-Edad-Svc-Opcional-001 |
| K8 CALLE 13 | Lugar: | Ley 447 de 15 de mayo de 1951 |
| BAYAMON, PR 00956 | Titulo: | Pensionado |
| | Sueldo: | $1,638.66 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 0 + |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | --------------- Corriente --------------- | | ------ Acumulado ------ | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Bono Navidad Pensionados | | 200.00 | | 200.00 | |
| Pago de Salarios Regulares | | 0.00 | 1,792.50 | 18,025.26 | |
| BONO MEDICINA- PENSIONADOS | | 0.00 | | 100.00 | |
| Total: | | 200.00 | 1,792.50 | 18,325.26 | |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| | | |
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| | | |
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RC-Pres Cult Ret Cen-Em Clasif | 0.00 | 2,324.52 |
| RC-Pres Pers Ret Cen-E Clasif | 0.00 | 2,912.80 |
| Total: | 0.00 | 5,237.32 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-Asoc Maestros de PR | 0.00 | 1,100.00 |
| | | |
| * Tributable | | |

### TOTAL BRUTO

| | |
|---|---|
| Corriente: | 200.00 |
| Acumulado: | 18,325.26 |

### TOTAL IMPUESTOS

| |
|---|
| 0.00 |
| 0.00 |

### DEDUCCIONES TOTALES

| |
|---|
| 0.00 |
| 5,237.32 |

### PAGA NETA

| |
|---|
| 200.00 |
| 13,087.94 |

| PTO HORAS | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| | 200.00 |
| Total: | 200.00 |

**MENSAJE:**

**Gobierno de Puerto Rico**
530 - RETIRO CENTRAL PENSIONADOS

**Fecha**
**11/27/2019**

**Cant. Desposito:** **$200.00**

**A la**
**Cuenta(s) De**
JOSE MUNOZ IRIZARRY
URB EL CORTIJO
K8 CALLE 13
BAYAMON, PR 00956

Location: LEY 447 DE 15 DE MAYO DE 1951

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| | | |
| Total: | | $200.00 |

# NO-NEGOCIABLE