1ro marzo de 2020

A quién pueda interesar:

Asunto: Objeción Global

Número de reclamación 108528

No estoy de acuerdo con la objeción por que fui parte del gobierno del Estado Libre Asociado de Puerto Rico durante 36 años laborando para el Departamento de Educación. Por tal motivo solicito se me incluya en el sumario del caso. Incluyo Evidencia.

Réplica:

1. Datos de contacto:
   Miriam Anaya de León
   Calle Norse #188
   Arroyo, Puerto Rico
   00714
   Teléfono: 787-839-3931
   787-225-4028

2. Epígrafe
   Secretaria (clerk's office)
   Tribunal de Distrito de Estados Unidos
   Room 150 Federal Building
   San Juan, Puerto Rico
   00918-1767

Abogado de la Junta de Supervisión
Counsel for Oversight Board
Pros Kauver Rose, LLP
Eleven Times Square
Nueva York, Nueva York 10036-8299
A/A Martin J. Bienesnstock
Brian S. Rosen

Abogado del comité de Acredores
(Counsel for the Creditor Committee)
Paul Hastings, LLP
200 Park Avenue
Nueva York, Nueva York 10166
A/A Luc A. Despins
James Bliss
James Worthington
G. Alexander Bongartz

Atentamente,

Miriam Anaya de León

Número de reclamación: 108528

12 de febrero de 2020

A quien pueda interesar:

Asunto: Objeción Global – Número de reclamación 108528

Adjunto les envío evidencia que yo fui empelada del Estado Libre Asociado de Puerto Rico siendo parte del Departamento de Educación donde laboré por treinta y seis (36) años, desde agosto de 1970 hasta julio de 2007 donde me retiré. Por lo tanto, mi reclamación es válida contra el Estado Libre Asociado de Puerto Rico. Cuando se llenó la reclamación desconocía el monto de la reclamación alegada. Ahora el mismo es aproximadamente $9,475.

Réplica:

1- Datos de contacto:
    Miriam Anaya de León
    Calle Morse 188,
    Arroyo, P.R. 00714
    Teléfono: 787-839-3931
             787-225-4028

2- Epígrafe
    Secretaria (clerk's office)
    Tribunal de Distrito de Estados Unidos
    Room 150 Federal Building,
    San Juan, Puerto Rico 00918-1767

    Abogado de la Junta de Supervisión (Counsel for Oversight Board)
    Pros Kaurer Rose, LLP

    Eleven Times Square
    Nueva York, Nueva York 10036-8299
    A/A: Martin J. Bienenstock
    Brian S. Rosen

    Abogado del Comité de Acreedores (Counsel for the Creditors Committee)
    Paul Hastings, LLP
    200 Park Avenue,
    Nueva York, Nueva York 10166
    A/A: Luc A. Despins

James Bliss
James Worthington
G. Alexander Bongartz

Atentamente,

*[firma]*

Miriam Anaya de León
Número de reclamación: 108528