ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACION
DIVISION DE PERSONAL - HATO REY, PUERTO RICO

DEJO DE ACUMULAR   O DIAS 0.00 HRS          PAGAR   40 DIAS 0.00 HRS
VACACIONES REGULARES                         VACACIONES REGULARES - JULIO
POR AUSENCIAS DESCONTABLES

INFORME DE CAMBIO - PERSONAL DOCENTE

CLAVE ALFA: ANA
                                                       ---

ANAYA DE LEON, MIRIAM
---------------------------------------         -----------------
NOMBRE                                          SEGURO SOCIAL

ARROYO -008/DOLORES GONZALEZ                    15 - 6A
---------------------------------------         -----------------
DISTRITO/ESCUELA                                PREPARACION

REGULAR (01) -                                           34-0-0-0.0
---------------------------------------         -----------------
STATUS                                          ANTES      DESPUES
                                                EXPERIENCIA (A-M-S-D)

MA, EDUC. NINEZ TEMP. NIVEL ELEM.(K-3) -9
---------------------------------------         -----------------
CATEGORIA - CLASE                               NUMERO DE PUESTO

                                                01/JUNIO/2005
---------------------------------------         -----------------
SUELDO ANTES DEL CAMBIO                          PAGO DE VACACIONES

ESTATAL (111)
----------------
FONDO                                           CAUSA DEL CESE

---------------------------------------         -----------------
ULTIMO DIA DE TRABAJO                           ULTIMO DIA DE PAGO

E1110-11100-0810000-1005-00100-2005-
---------------------------------------------------------
CIFRA DE CUENTA

OBSERVACIONES:   AUMENTO EN SUELDO SEGUN CONVENIO COLECTIVO EFECTIVO AL
                 1 DE JULIO DE 2005 A $2305.00

APROBADO POR EL SECRETARIO DE EDUCACION.

                 FIRMA                          FECHA
-------------------------------------------------------------------
                     PARA USO DE LA DIVISION DE NOMINAS
TIPO 5                          (CESE)
(RECORD D) _____      PROXIMO MES _____

IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| ANAYA DE LEON, MIRIAM | 108528 | 7/2/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| ANAYA DE LEON, MIRIAM | 108528 | 7/2/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.  If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m.  (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.  Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).



**Departamento de Educación**
**SUBSECRETARÍA PARA ASUNTOS ACADÉMICOS**

**FORMULARIO PARA MAESTROS QUE AÚN DEBEN EVIDENCIAR EL REQUISITO DE ESTAR
"ALTAMENTE CUALIFICADOS"**
MAYO DE 2006

Código de la escuela_ _ . _ _ _            Escuela _Dolores Gonzáles_

Nombre del maestro(a)_ _Miriam Anaya de León_ _

Seguro Social del Maestro(a)      __ . __ __ ___

La siguiente información debe ser completada por el maestro(a) para cada una de las materias que enseña actualmente. La información será endosada por el director de escuela.

| Número de la categoría de la(s) materias y nivel que enseña* | Total de grupos a los que enseñó esta materia el semestre en curso (2006) | ¿Maestro de Educación Especial? (marque sólo una respuesta) | ¿Tiene al menos 18 créditos a nivel graduado en esta materia y nivel? | ¿Acumuló al menos 100 puntos en el formulario PR HOUSSE?** |
|---|---|---|---|---|
| __ __ __ __ | _1_ | __ salón contenido<br>__ salón recurso<br>__ no aplica | ✓ SÍ    __ NO | ✓ SÍ    __ NO |
| __ __ __ __ | __ | __ salón contenido<br>__ salón recurso<br>__ no aplica | __ SÍ    __ NO | __ SÍ    __ NO |
| __ __ __ __ | __ | __ salón contenido<br>__ salón recurso<br>__ no aplica | __ SÍ    __ NO | __ SÍ    __ NO |
| __ __ __ __ | __ | __ salón contenido<br>__ salón recurso<br>__ no aplica | __ SÍ    __ NO | __ SÍ    __ NO |
| __ __ __ __ | __ | __ salón contenido<br>__ salón recurso<br>__ no aplica | __ SÍ    __ NO | __ SÍ    __ NO |

Firma del maestro(a) _Miriam Anaya de León_        Nombre del director(a) _Carmen D. Cora Ca._

Fecha _15 jun. 2006_                Firma _Carmen M. Cora Cru_

                        Fecha _Junio 15-06_

                        _Miriam Anaya de León_

* Utilice el código de 4 dígitos que corresponde a la materia y nivel, según aparece en la lista que se adjunta. Se completará una fila de la tabla para cada materia y/o nivel que el maestro(a) enseñó durante el semestre en curso (2006).

** SI contestó afirmativamente la pregunta de la columna anterior (tiene al menos 18 créditos a nivel graduado) entonces **NO** tiene que completar PR HOUSSE. Sólo en este caso, puede dejar esta columna en blanco.

ESTADO LIBRE ASOCIADO DE PUERTO RICO
**DEPARTAMENTO DE EDUCACIÓN**
Escuela de la Comunidad
**DOLORES GONZÁLEZ**
Arroyo, Puerto Rico

*25 de mayo de 2007*

Srta. Miriam Anaya de León
Maestra
Escuela Dolores González
Distrito Escolar de Arroyo

Distinguida señorita Anaya:

Que Dios derrame sobre usted y su familia ricas bendiciones.

He recibido su carta indicándome su renuncia al cargo de maestra para ser efectiva el día, 27 de julio de 2007. Le acepto la misma, debido a que se acogerá a los beneficios del retiro.

Agradezco la excelente labor que ha realizado en pro de la niñez en la comunidad escolar de Arroyo.

Que Dios le recompense.

Cordialmente,

Dennis D. Ortiz Texidor
Director