Miriam [illegible] de León
Calle Morse #188
Arroyo, Puerto Rico 00714

2020 FEB 18 PM 5:14
CLERK'S OFFICE
U.S. DISTRICT COURT

CERTIFIED MAIL

7013 2250 0000 6662 6862

Secretaria ( Clerk's Office
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan ( Puerto Rico)
00918-1767

RETURN RECEIPT REQUESTED





Miriam Anaya
Calle Morse 188
Arroyo, Puerto Rico
00714

CERTIFIED MAIL

7013 2250 0000 6662 5636

U.S. POSTAGE PAID
FCM LG ENV
ARROYO, PR
00714
MAR 03, 20
AMOUNT
$7.80
R2304M114202-3

RETURN RECEIPT REQUESTED

Clerk's Office
United States District Court
Room 150 Federal BLDG
San Juan, Puerto Rico
00918-1767

