To: Clerk's Office/Maria Antongiorgi-Jordan, ESQ
       United States District Court
       Room 150 Federal BLDG
       San Juan, P.R. 00918-1767

From: Elena Borrero Sibenón
       Calle 13 K-8 El Cortijo
       Bayamón, P.R. 00956

RECEIVED & FILED
CLERK'S OFFICE

MAR 0 4 2020

US DISTRICT COURT
SAN JUAN, PR

Por este medio, Yo Elena Borrero Sibenón no estoy de
acuerdo con la objeción asumida por ustedes relacionado
con la ley promesa firmada por el gobernador, Hon. Carlos
Romero Barceló, donde el mandatario había firmado la
Ley donde se nos otorgaba un aumento de $25.00 mensuales
en nuestro salario. Por tal motivo estoy reclamando
que se cumpla dicha Ley.

Adjunto estoy enviando los documentos firmados y
Corregidos.

Hoy 4 de marzo de 2020 en San Juan, P.R.

Le doy las gracias por la atención recibida al respecto.

Att
Elena Borrero Sibenón

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re: Financial Oversight & Management Board for Puerto Rico | 3:17-BK-3283 (LTS) <br><br> PROMESA Title III |
| *as representative of* | (Jointly Administrated) |
| The Commonwealth of Puerto Rico, *et al.* <br><br> Debtors | |

## NOTICE OF DEFECTIVE PLEADING
*(Notificación de Documento Defectuoso)*

The Clerk of Court has received your pleading on February 24, 2020. However, the deficiencies listed below have prevented us from filing the same in the case docket. You must submit a corrected pleading if you want it to form part of the record.

La Secretaría del Tribunal recibió su escrito el 24 de febrero de 2020. No obstante, las deficiencias que abajo se señalan nos impiden aceptarlo y entrarlo en el sumario del caso. Debe usted someter un escrito debidamente corregido si quiere que el mismo forme parte del expediente.

*Elena Bonuso Sibrián*

NOTICE OF DEFECTIVE PLEADING
*(Notificación de Documento Defectuoso)*
3:17-BK-3283 (LTS)

| 1 | | Pleading is illegible. L.Civ.R. 10<br>*(El escrito radicado es ilegible o no cumple con la R.L.Civ. 10)* |
|---|---|---|
| 2 | X | Lacks proper signature. Documents presented to the court in paper require a handwritten signature. L.Civ.R. 11<br>*(Documento no está firmado adecuadamente. Los documentos sometidos en papel tienen que estar firmados a mano. R.L.Civ. 11)* |
| 3 | | PROMESA Cover Sheet for Adversary Proceedings (DPR Modified PROMESA B1040) was not included. L.Bkcy.R. 7003-1<br>http://www.prd.uscourts.gov/promesa/forms-attorneys<br>*(No se incluyó la Hoja de Trámite para Casos Adversarios (DPR Modified PROMESA B1040).* |
| 4 | | Failure to pay the filing fee in the amount of $400.00. See, L.Cv.R. 3.1(a). Payment shall be made within 24 hours in person at the Clerk's Office U.S. District Court with copy of the complaint /notice of removal.<br>*(Incumplimiento con el pago de la cuota de radicación por la cantidad de $400.00. El pago debe hacerse personalmente dentro de 24 horas en la Secretaría del Tribunal Federal de Distrito adjuntando una copia de la demanda / notificación de remoción.)* |
| 5 | X | Other: Please blackout or omit from your documents any personal information such as: medical records, Social Security number, financial account numbers, date of birth, driver's license or any other personal identifying numbers as per Local Civil Rule 5.2<br>*(Otro:) Favor de **eliminar u omitir** de sus documentos cualquier información personal como: documentos médicos, número de Seguro Social, números de cuentas financieras, fecha de nacimiento, licencia de conducir o cualquier otro número de identificación de acuerdo con la Regla Local Civil 5.2.* |

Date:  February 26, 2020

MARIA ANTONGIORGI-JORDAN, ESQ.
Clerk of Court

By: s/ Marian B. Ramirez-Rivera
Marian B. Ramirez Rivera
Deputy Clerk

sc: to filer with original filing attached



## DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

**ATT:  LEY PROMESA**

20 de febrero de 2020

# C E R T I F I C A C I O N

| | | |
|---|---|---|
| Certifico que | : | ELENA BORRERO SIBERON |
| Seguro Social | : | |
| Categoría | : | MA. EDUC. SEC  (MATEMATICAS) |
| Distrito Escolar | : | BAYAMON I_ |
| Sueldo Mensual | : | $2,505.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 20 de diciembre de 2016 |
| Otros | : | Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de  (30) años,  (1) mese,  (2) semanas y  (1 1/2) días. |

Candida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

## GOBIERNO DE PUERTO RICO
### Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Elena Borrero Siberon**, con número de seguro social que termina en         .

| | |
|---|---:|
| **Fecha de Efectividad de la Pensión** | **21 de diciembre de 2006** |
| **Tiempo Cotizado para la Pensión** | **30 años, 5 mes, 1 sem., 3 días** |
| **Pensión Mensual Inicial** | **$1,822.50** |
| **Pensión Mensual Actual** | **$1,822.50** |

Esta certificación se expide hoy, **20 de febrero de 2020** en **San Juan**, **Puerto Rico**.

**Edgardo J. Negrón Ramírez**
**Supervisor**
**Área de Servicios de Retiro**



235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

( 787.777.1414      787.764.6910      www.srm.pr.gov

Modelo SC-1515 (IRM
14-mayo-71
Manual de Contabilidad

### ESTADO LIBRE ASOCIADO DE PUERTO RICO
### JUNTA DE RETIRO PARA MAESTROS
## INFORME RENTA ANUAL VITALICIA                9%=$218.70

| ELENA BORRERO SIBERON | Núm. Reclamación | |
|---|---|---|
| | | Sexo F |

**Tipo de Renta:**

| | | | |
|---|---|---|---|
| a- Años de Servicio y edad | | c- Incapacidad | Fecha de Nacimiento |
| Opcional          (X) | | Ocupacional          ( ) | |
| Obligatorio     ( ) | | No Ocupacional     ( ) | Año      Mes      Día |
| b. Edad         ( ) | | d- Diferida          ( ) | |

| Edad al Retirarse | Servicios Acreditados | Costo Anualidad | Fecha de Retiro |
|---|---|---|---|
| 53      4      28<br>Años   Meses   Días | 30   5   1   3<br>Años  Meses  Sem.  Días | $48,146.69 | 2006      12      20<br>Año      Mes      Día |
| | | | Fecha de Efectividad |
| | | | 2006      12      21<br>Año      Mes      Día |

Retiro Ley Núm. 91 DEL 2004

*18 22.50*

**Cómputo de la Renta Anual:**

a- Sueldo promedio mensual más alto durante TRES años consecutivos a $2,430.00          $1,822.50

.75% X  30 AÑOS

(Por ciento)                              (Tiempo Acreditado)

*En caso de renta anual diferida, ésta comenzará al cumplir la edad de_____

( ) o opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años
de edad

( ) o opción en fecha posterior si al retirarse tiene 10 y menos de 25 años de servicios y
menos de 60 años de edad

b.  Ajuste para llegar al Mínimo Establecido por ley 89

OFICINA DE FINANZAS
DOCUMENTOS PREINTERVENIDOS
2 3 ENE 2007
AWILDA VÁZQUEZ CARBALLO

| Años de Servicio | Edad | Incapacidad Física | Diferido |
|---|---|---|---|
| $_____ | $_____ | $_____ | $_____ |

Diferencia Mínimo o Renta Sistema de Retiro

| Renta Mensual  Vitalicia | $1,822.50 |
|---|---|
| Renta Anual Vitalicia | $21,870.00 |

| Computado | | Cotejado | |
|---|---|---|---|
| *Annie Rivera* | 18/1/07 | *Ivonne Ortiz* | 1/19/07 |
| Annie Rivera | Fecha | Ivonne L. Ortiz Valladares | Fecha |
| Recomendado: | | Aprobado: | |
| *Irma García Hernández* | 22/1/2007 | 24/ENE/2007 | *Dinelia Oyola Morales* |
| Irma García Hernández<br>Directora Area Servicios de Retiro | Fecha | Fecha | Dinelia Oyola Morales<br>Subdirectora Ejecutiva |

Fecha: 1/18/2007

amf

*Elena Borrero Siberón*

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | | |
|---|---|---|
| Grupo de Pago: | SM -Quincenal | Business Unit: PUERT |
| Desde: | 01/16/2020 | |
| Hasta: | 01/31/2020 | Fecha Aviso: 01/30/2020 |

**ELENA BORRERO SIBERON**
EL CORTIJO
+K 8 CALLE 13
BAYAMON, PR  00956

| | |
|---|---|
| # Empleado: | |
| Dept: | 592160-ANOS SERVICIO LEY91 2004 |
| Lugar: | A/OS SERVICIO LEY 91 |
| Titulo: | Pensionado |
| Sueldo: | $1,822.50 Monthly |

| | | |
|---|---|---|
| DATA IMP: | Federal | PR |
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 + 99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 911.25 | 172.50 | 1,822.50 |
| Total: | | | 911.25 | 172.50 | 1,822.50 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 53.48 | 106.96 |
| SM-Asoc Maestros de PR | 105.00 | 210.00 |
| CO-COOP MAESTRO PR | 154.01 | 308.02 |
| AS-ASOC MAESTROS DE P.R. | 8.50 | 17.00 |
| Total: | 320.99 | 641.98 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|

* Tributable

| TOTAL BRUTO | | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 911.25 | 0.00 | 320.99 | 590.26 |
| Acumulado: | 1,822.50 | 0.00 | 641.98 | 1,180.52 |

### PTO HORAS / ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| | 590.26 |
| Total: | 590.26 |

**MENSAJE:**

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

**Fecha**
**01/30/2020**

**Cant. Desposito:**    $590.26

**A la**
**Cuenta(s) De**

ELENA BORRERO SIBERON
EL CORTIJO
K 8 CALLE 13
BAYAMON, PR  00956

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Total: | | $590.26 |

*Elena Borrero Siberón*

## NO-NEGOCIABLE

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| Grupo de Pago: | SM -Quincenal | Business Unit: PUERT |
| Desde: | 01/01/2020 | |
| Hasta: | 01/15/2020 | Fecha Aviso:  01/15/2020 |

| **ELENA BORRERO SIBERON** | # Empleado: | | DATA IMP: | Federal | PR |
| EL CORTIJO | Dept: | 592160-ANOS SERVICIO LEY91 2004 | Estado Civil: | Married | Married |
| K 8 CALLE 13 | Lugar: | A/OS SERVICIO LEY 91 | Concesiones: | 0 | 39 + 99 |
| BAYAMON, PR  00956 | Titulo: | Pensionado | Pct. Adcl.: | | |
| | Sueldo: | $1,822.50 Monthly | Cant. Adcl.: | | |

| HORAS E INGRESOS | | | | | | IMPUESTOS | | |
| | | ------- Corriente ------- | | ------ Acumulado ------ | | | | |
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | | 911.25 | 82.50 | 911.25 | | | |
| Total: | | | 911.25 | 82.50 | 911.25 | Total: | 0.00 | 0.00 |

| DEDUCCIONES | | | DEDUCCIONES GENERALES | | | BENEFICIOS PATRONALES PAGADOS | | |
| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
| | | | RM-Prest Pers De Cuota-Ret Mae | 53.48 | 53.48 | | | |
| | | | SM-Asoc Maestros de PR | 105.00 | 105.00 | | | |
| | | | CO-COOP MAESTRO PR | 154.01 | 154.01 | | | |
| | | | AS-ASOC MAESTROS DE P.R. | 8.50 | 8.50 | | | |
| Total: | 0.00 | 0.00 | Total: | 320.99 | 320.99 | * Tributable | | |

| TOTAL BRUTO | | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
| Corriente: | 911.25 | 0.00 | 320.99 | 590.26 |
| Acumulado: | 911.25 | 0.00 | 320.99 | 590.26 |

| PTO HORAS | ACUM | | | DISTRIBUCION PAGA NETA | |
| Balance Inicial: | 0.0 | | | | 590.26 |
| + Acumulado: | | | | Total: | 590.26 |
| - Utilizado: | | | | | |
| - Donada: | | | | | |
| + Ajustes: | | | | | |
| Balance Final: | 0.0 | | | | |

**MENSAJE:**

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

**Fecha**
**01/15/2020**

**Cant. Deposito:**    $590.26

**A la
Cuenta(s) De**

ELENA BORRERO SIBERON
EL CORTIJO
K 8 CALLE 13
BAYAMON, PR  00956

| DISTRIBUCION DE DEPOSITO DIRECTO | | |
| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| | | |
| Total: | | $590.26 |

*Elena Borrero Siberón*

# NO-NEGOCIABLE

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| Grupo de Pago: | SM -Quincenal | Business Unit: PUERT |
|---|---|---|
| Desde: | 02/01/2020 | |
| Hasta: | 02/15/2020 | Fecha Aviso: 02/14/2020 |

| **ELENA BORRERO SIBERON**<br>EL CORTIJO<br>+K 8 CALLE 13<br>BAYAMON, PR 00956 | # Empleado:<br>Dept:<br>Lugar:<br>Titulo:<br>Sueldo: | 592160-ANOS SERVICIO LEY91 2004<br>A/OS SERVICIO LEY 91<br>Pensionado<br>$1,822.50 Monthly | DATA IMP:<br>Estado Civil:<br>Concesiones:<br>Pct. Adcl.:<br>Cant. Adcl.: | Federal<br>Married<br>0 | PR<br>Married<br>39 + 99 |

| HORAS E INGRESOS | | | | | | IMPUESTOS | | |
|---|---|---|---|---|---|---|---|---|
| | | --- Corriente --- | | ----- Acumulado ----- | | | | |
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | | 911.25 | 247.50 | 2,733.75 | | | |
| Total: | | | 911.25 | 247.50 | 2,733.75 | Total: | 0.00 | 0.00 |

| DEDUCCIONES | | | DEDUCCIONES GENERALES | | | BENEFICIOS PATRONALES PAGADOS | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
| | | | RM-Prest Pers De Cuota-Ret Mae | 53.48 | 160.44 | | | |
| | | | SM-Asoc Maestros de PR | 105.00 | 315.00 | | | |
| | | | CO-COOP MAESTRO PR | 154.01 | 462.03 | | | |
| | | | AS-ASOC MAESTROS DE P.R. | 8.50 | 25.50 | | | |
| Total: | 0.00 | 0.00 | Total: | 320.99 | 962.97 | * Tributable | | |

| TOTAL BRUTO | | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 911.25 | 0.00 | 320.99 | 590.26 |
| Acumulado: | 2,733.75 | 0.00 | 962.97 | 1,770.78 |

| PTO HORAS | ACUM | | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|
| Balance Inicial: | 0.0 | | | |
| + Acumulado: | | | | |
| - Utilizado: | | | Total: | 590.26 |
| - Donada: | | | | |
| + Ajustes: | | | | |
| Balance Final: | 0.0 | | | |

**MENSAJE:**

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

**Fecha**
**02/14/2020**

**Cant. Desposito:**      **$590.26**

**A la**
**Cuenta(s) De**

ELENA BORRERO SIBERON
EL CORTIJO
K 8 CALLE 13
BAYAMON, PR 00956

| DISTRIBUCION DE DEPOSITO DIRECTO | | |
|---|---|---|
| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| | | |
| Total: | | $590.26 |

*Elena Berrero Siberón*

NO-NEGOCIABLE