CLERK'S OFFICE
United States District Court
Room 150 Federal Bldg
San Juan, P.R. 00918-1767

2 de marzo de 2020

María Antongiorgi - Jordan, Esq.
    Clerk of Court

Marian B. Ramírez - Rivera
    Deputy Clerk

Honorables funcionarios:

A través de esta carta les explico por qué no estoy de acuerdo con la objeción para ser aceptada y entrar en el Sumario del Caso No. 17 BK 3283-LTS, Ley Promesa Title III. Quiero destacar y enfatizar que No Estoy De Acuerdo con la objeción por las siguientes razones expresadas con mucho respeto:

1. Trabajé con mucho esfuerzo y dedicación con excelencia como Maestra de Biología y Ciencias Ambientales en el nivel Secundario con el Departamento de Educación del Gobierno de Puerto Rico por un período de (35) años, (5) meses y (4) días. (Att. Certificación DE).

2. Renuncié al Departamento de Educación del Gobierno de Puerto Rico para acogerme al retiro de maestra efectivo el 28 de julio de 2005. (Att. Certificación DE).

3. El Sistema de Retiro Para Maestros aceptó mi retiro efectivo el 29 de julio de 2005 y cotizó el tiempo para la pensión, o sea, la Renta, basada en servicios acreditados de (31) años, (3) meses, (3) semanas y (4) días con una Renta Mensual Vitalicia de $1,935.83 (Att. Certificación Sistema de Retiro Para Maestros — Informe Renta Mensual Vitalicia
— Comprobantes de Pago Renta Mensual correspondientes al 15 y 30 de enero 2020 y 14 de febrero 2020.)

Someto esta Carta y las Certificaciones debidamente corregidas según sus recomendaciones y firmadas de acuerdo a la Notificación de Documento Defectuoso (3:17-BK-3283 LTS) Case: 17-03283-LTS Doc#: 11754 Filed: 02/26/20)
Solicito por este medio con mucho respeto que formen parte de mi expediente para ser aceptada y entrar en el Sumario del caso No. 17 BK 3283-LTS. Ley Promess, Title III

Cordialmente,

*Nilda Santiago Serrano*
(Nilda Santiago Serrano)