# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

*2020 MAR -3 AM 10: 49 — CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.*

*RECEIVED AND FILED 2020 FEB 25 AM 11: 19 — CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.*

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Nilda Santiago Serrano**, con número de seguro social que termina en **7941**.

| | |
|---|---:|
| Fecha de Efectividad de la Pensión | 29 de julio de 2005 |
| Tiempo Cotizado para la Pensión | 31 años, 3 mes, 3 sem., 4 días |
| Pensión Mensual Inicial | $1,935.83 |
| Pensión Mensual Actual | $1,935.83 |

Esta certificación se expide hoy, **24 de febrero de 2020** en **San Juan**, Puerto Rico.

Edgardo J. Negrón Ramírez
Supervisor
Área de Servicios de Retiro

*Ley Promesa - Title III
No. 17 BK 3283- LTS
Nilda Santiago Serrano*



235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

787.777.1414   787.764.6910   www.srm.pr.gov

Modelo SC-1515 (IRM)
14-mayo-71
Manual de Contabilidad

NO. 17 BR 3283-LTS
Nilda Santiago Serrano

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**SISTEMA DE RETIRO PARA MAESTROS**
**INFORME RENTA ANUAL VITALICIA**

RECEIVED AND FILED
2020 FEB 25 AM 11: 14
2020 MAR -3 AM 10: 49
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**NILDA SANTIAGO SERRANO**

Núm. Reclamación: 39910

Sexo: F

Tipo de Renta:
a- Años de Servicio y edad
   Opcional       (X)
   Obligatorio    ( )
b. Edad          ( )
c- Incapacidad
   Ocupacional      ( )
   No Ocupacional   ( )
d- Diferida          ( )

Fecha de Nacimiento
Año ___ Mes ___ Día ___

| Edad al Retirarse | | | Servicios Acreditados | | | | Costo Anualidad | Fecha de Retiro | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 58 | --- | 14 | 31 | 3 | 3 | 4 | $47,627.77 | 2005 | 7 | 28 |
| Años | Meses | Días | Años | Meses | Sem. | Días | | Año | Mes | Día |

Fecha de Efectividad
| 2005 | 7 | 29 |
| Año | Mes | Día |

Retiro Ley Núm. **91 del 2004.**

Cómputo de la Renta Anual:
a- Sueldo promedio mensual más alto durante TRES años consecutivos a $2,581.11       $1,935.83

   .75% X 30 años
   (Por ciento)      (Tiempo Acreditado)

*En caso de renta anual diferida, ésta comenzará al cumplir la edad de _____

( ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años de edad

( ) o a opción en fecha posterior si al retirarse tiene 10 y menos de 25 años de servicios y menos de 60 años de edad

b. Ajuste para llegar al Mínimo Establecido por ley 89

| Años de Servicio | Edad | Incapacidad Física | Diferido |
|---|---|---|---|
| $ _____ | $ _____ | $ _____ | $ _____ |

Diferencia Mínimo o Renta Sistema de Retiro

Renta Mensual Vitalicia         $1,935.83

Renta Anual Vitalicia           $23,229.96

OFICINA DE FINANZAS
DOCUMENTOS PREINTERVENIDOS
14 SEP 2005
JOSÉ REYES DÁVILA

Computado: B Ledoux / Brendally Ledoux   Fecha: 9-9-05
Cotejado: [signature] / María A. Torres Morales   Fecha: 12/sept/05
Recomendado: [signature] / Irma García Hernández, Directora Área Servicios de Retiro   Fecha: 12/9/05
Aprobado: [signature] / Dinelia Ovola Morales, Subdirectora Ejecutiva   Fecha: 14 sept/05

igd
Fecha 9 de septiembre de 2005

# DEPARTAMENTO DE EDUCACION
## Estado Libre Asociado de Puerto Rico
### Secretaría Auxiliar de Recursos Humanos

**ATT: LEY PROMESA**

24 de febrero de 2020

# C E R T I F I C A C I O N

| | | |
|---|---|---|
| Certifico que | : | NILDA SANTIAGO SERRANO |
| Seguro Social | : | |
| Categoría | : | MA. EDUC. SEC (CIENCIAS AMBIENTALES) |
| Distrito Escolar | : | BAYAMON |
| Sueldo Mensual | : | $2,820.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 28 de julio de 2005 |
| Otros | : | Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de (35) años, (5) meses y (4) días |

*Ley Promesa - Title III*
*No. 17 BK 3283 - LTS*
*Nilda Santiago Serrano*

Candida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 01/01/2020 |
| Hasta: | 01/15/2020 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | 5569425 |
| Fecha Aviso: | 01/15/2020 |

NILDA SANTIAGO SERRANO
URB LEVITTOWN
JF 17 MONSERRATE DELIZ
TOA BAJA, PR  00949
SS:

| | |
|---|---|
| # Empleado: | |
| Dept: | 592160-ANOS SERVICIO LEY91 2004 |
| Lugar: | A/OS SERVICIO LEY 91 |
| Titulo: | Pensionado |
| Sueldo: | $1,935.83 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 + 99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

Stamp: 2020 MAR -3 AM 10:50 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 967.92 | 82.50 | 967.92 |
| Total: | | | 967.92 | 82.50 | 967.92 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 53.48 | 53.48 |
| SM-Asoc Maestros de PR | 70.00 | 70.00 |
| CO-COOP MAESTRO PR | 184.98 | 184.98 |
| AS-ASOC MAESTROS DE P.R. | 8.50 | 8.50 |
| Total: | 316.96 | 316.96 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|

* Tributable

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 967.92 | 0.00 | 316.96 | 650.96 |
| Acumulado: | 967.92 | 0.00 | 316.96 | 650.96 |

### PTO HORAS

| | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5569425 | 650.96 |
| Total: | 650.96 |

MENSAJE:

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
01/15/2020

Aviso No.
5569425

Cant. Desposito:  $650.96

A la
Cuenta(s) De

NILDA SANTIAGO SERRANO
URB LEVITTOWN
JF 17 MONSERRATE DELIZ
TOA BAJA, PR  00949

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | $650.96 |
| Total: | | $650.96 |

*Handwritten:* Ley Promesa - Title III No. 17 BK 3283-LTS

*Signature:* Nilda Santiago Serrano

**NO-NEGOCIABLE**

| Gobierno de Puerto Rico | | Grupo de Pago: | SM -Quincenal | Business Unit: PUERT | |
|---|---|---|---|---|---|
| 592 - SISTEMA DE RETIRO MAESTRO-PENS | | Desde: | 01/16/2020 | Aviso #: | 5826375 |
| | | Hasta: | 01/31/2020 | Fecha Aviso: | 01/30/2020 |

| NILDA SANTIAGO SERRANO | # Empleado: | | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| URB LEVITTOWN | Dept: | 592160-ANOS SERVICIO LEY91 2004 | Estado Civil: | Married | Married |
| +JF 17 MONSERRATE DELIZ | Lugar: | A/OS SERVICIO LEY 91 | Concesiones: | 0 | 39 + 99 |
| TOA BAJA, PR 00949 | Titulo: | Pensionado | Pct. Adcl.: | | |
| SS: | Sueldo: | $1,935.83 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS / IMPUESTOS

| | | ---- Corriente ---- | | ----- Acumulado ----- | | | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | 967.92 | 172.50 | | 1,935.84 | | | |
| Total: | | 967.92 | 172.50 | | 1,935.84 | Total: | 0.00 | 0.00 |

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| | | | RM-Prest Pers De Cuota-Ret Mae | 53.48 | 106.96 | SM-Asoc Maestros de PR | 100.00 | 100.00 |
| | | | SM-Asoc Maestros de PR | 70.00 | 140.00 | | | |
| | | | CO-COOP MAESTRO PR | 184.98 | 369.96 | | | |
| | | | AS-ASOC MAESTROS DE P.R. | 8.50 | 17.00 | | | |
| Total: | 0.00 | 0.00 | Total: | 316.96 | 633.92 | * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | | | | |
|---|---|---|---|---|
| Corriente: | 967.92 | 0.00 | 316.96 | 650.96 |
| Acumulado: | 1,935.84 | 0.00 | 633.92 | 1,301.92 |

### PTO HORAS / DISTRIBUCION PAGA NETA

| | ACUM | | |
|---|---|---|---|
| Balance Inicial: | 0.0 | Aviso #5826375 | 650.96 |
| + Acumulado: | | | |
| - Utilizado: | | Total: | 650.96 |
| - Donada: | | | |
| + Ajustes: | | | |
| Balance Final: | 0.0 | | |

MENSAJE:

---

Gobierno de Puerto Rico  
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha  
01/30/2020

Aviso No.  
5826375

Cant. Desposito: _____ $650.96

A la  
Cuenta(s) De

NILDA SANTIAGO SERRANO  
URB LEVITTOWN  
JF 17 MONSERRATE DELIZ  
TOA BAJA, PR 00949

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | $650.96 |
| Total: | | $650.96 |

*[Handwritten]:* Ley Promesa - Title III  
No. 17 BK 3283-LTS

*[Signature]:* Nilda Santiago Serrano

**NO-NEGOCIABLE**

| Gobierno de Puerto Rico | | | | | Grupo de Pago: | SM -Quincenal | | Business Unit: | PUERT |
|---|---|---|---|---|---|---|---|---|---|
| 592 - SISTEMA DE RETIRO MAESTRO-PENS | | | | | Desde: | 02/01/2020 | | Aviso #: | 6076432 |
| | | | | | Hasta: | 02/15/2020 | | Fecha Aviso: | 02/14/2020 |

| | | | | | |
|---|---|---|---|---|---|
| NILDA SANTIAGO SERRANO | # Empleado: | | DATA IMP: | Federal | PR |
| URB LEVITTOWN | Dept: | 592160-ANOS SERVICIO LEY91 2004 | Estado Civil: | Married | Married |
| JF 17 MONSERRATE DELIZ | Lugar: | A/OS SERVICIO LEY 91 | Concesiones: | 0 | 39 + 99 |
| TOA BAJA, PR 00949 | Titulo: | Pensionado | Pct. Adcl.: | | |
| SS: | Sueldo: | $1,935.83 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS / IMPUESTOS

| | | Corriente | | Acumulado | | | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | | 967.92 | 247.50 | 2,903.76 | | | |
| Total: | | | 967.92 | 247.50 | 2,903.76 | Total: | 0.00 | 0.00 |

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| | | | RM-Prest Pers De Cuota-Ret Mae | 53.48 | 160.44 | SM-Asoc Maestros de PR | 0.00 | 100.00 |
| | | | SM-Asoc Maestros de PR | 70.00 | 210.00 | | | |
| | | | CO-COOP MAESTRO PR | 184.98 | 554.94 | | | |
| | | | AS-ASOC MAESTROS DE P.R. | 8.50 | 25.50 | | | |
| Total: | 0.00 | 0.00 | Total: | 316.96 | 950.88 | * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | | | | |
|---|---|---|---|---|
| Corriente: | 967.92 | 0.00 | 316.96 | 650.96 |
| Acumulado: | 2,903.76 | 0.00 | 950.88 | 1,952.88 |

| PTO HORAS | ACUM | | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|
| Balance Inicial: | 0.0 | | Aviso #6076432 | 650.96 |
| + Acumulado: | | | | |
| - Utilizado: | | | Total: | 650.96 |
| - Donada: | | | | |
| + Ajustes: | | | | |
| Balance Final: | 0.0 | | | |

MENSAJE:

---

Gobierno de Puerto Rico          Fecha                    Aviso No.
592 - SISTEMA DE RETIRO MAESTRO-PENS    02/14/2020         6076432

DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | $650.96 |
| | Total: | $650.96 |

Cant. Desposito:    $650.96

A la
Cuenta(s) De

NILDA SANTIAGO SERRANO
URB LEVITTOWN
JF 17 MONSERRATE DELIZ
TOA BAJA, PR  00949

*Ley Promesa - Title III*
*No. 17 BK 3283 - LTS*

*[signature: Nilda Santy. Sun]*

**NO-NEGOCIABLE**