Margarita Nieves Rivas
Reclamación 97766

Date Filed: June 27, 2018

Case Number: 17-03283-LTS

Debators: Commonwealth of Puerto Rico

Asserted Claim: Undetermined

Asunto:

    Envió de réplica a la objeción global a la Secretaria del Tribunal de distrito de los Estados Unidos para el Distrito de Puerto Rico

Numero de Reclamación

    97766

Nombre: Margarita Nieves Rivas

Dirección Postal

    Po Box 515

    Patillas, Puerto Rico 00723-0515

Dirección Física

    Carretera 757 Km. 9.1

    Barrio Mamey

    Patillas, Puerto Rico 00723

Teléfono

    (787) 312 8269

Correo Electrónico

    margaritanievesrivas65@gmail.com

Epígrafe

    Tribual de Distrito de los Estados Unidos para el distrito de Puerto Rico.

RECEIVED
2020 MAR -3 PM 5:45
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

Nombre de los deudores:

Estado Libre Asociado de Puerto Rico

Numero de Procedimiento

17-03283-LTS

Título de la Objeción

Notificación de la centésima decima Primera Objeción Global

Numero de la reclamación

97766

Nota:

En cada libro enviado, aparece un número de " Proof of Claim" diferente, por tal razón aparece un duplicado. A continuación los "Proof of Claim":

129713

110907

90048

88214

106406

89669

Motivos:

Los motivos por la que el Tribunal no debe declarar no a lugar la Objeción Global en la relación a mi reclamación

1- Tengo derecho a reclamar en mi número de reclamo 97766
2- Esta agencia me garantizaba un aumento de sueldo anual que nunca se efectuó ya que procedían a congelarlos.
3- Trabaje para el Departamento de Educación de Puerto Rico desde 1982 – 2014.
4- Soy maestra jubilada que trabajo por 30 años y 3 meses.
5- Estuve activa en la Carrera Magisterial para ser una maestra: "High Qualify Teacher "
6- Completé la información que se me requirió.
7- El monto de mi reclamación es de $ 66,500.00 más a la que tenga derecho.

Margarita Nieves Rivas
Reclamación 97766

(Ley 96) 1 de julio de 2002

Concede un aumento de sueldo de cien dólares a los empleados públicos del Gobierno Central del Estado Libre Asociado de Puerto Rico, efectivo el 1ro de julio de 2002. Los maestros activos en el gobierno al 30 de junio de 2002, se les violento la sección 7 y 16 de nuestra constitución, "Igual paga por igual trabajo e Igual protección de las Leyes.

( Ley Carrera Magisterial)

Aumento de $500 a los maestros que completen maestría. Fue cancelado por 4 años debido a la Ley 7. Me gradué en junio del 2007, no cobre hasta el 2011. Violaron mis derechos y me quede con un préstamo de estudiante

(Ley numero 164 [2003])

El 22 de julio de 2003, conceden un aumento de $100 a los empleados Públicos del Gobierno de Puerto Rico, efectivo el 1ro de enero de 2004.

Documentación Justificativa

A continuación le envió copia de la justificación y original del documento en relación a mi reclamación 97766.

Margarita Nieves Rivas
Reclamación 97766

1- Clerks Office

   United States District Court

   Room 150 Federal Building

   San Juan Puerto Rico, 00918-1767

2- Counsel for the Oversight Board

   Proskaver Rose LLP

   Evelyn Times Square

   New York, New York 10036-8299

   Attn: Martin J. Bienenstock

   Paul V. Possinger

   Ehud Barak

   Maja Zerjal

3- Counsel for the Creditors Committee
   Paul Hasting LLP
   200 Park Avenue
   New York, New York 10166
   Attn: Luc A. Despins
   James Bliss
   James Worthington
   G. Alexander Bongartz

RECEIVED & FILED
2020 MAR -3 PM 5: 45
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

### Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación.

Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### Cuestionario

1. **¿Cuál es el fundamento de su reclamación?**

    - ☒ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este
    - ☐ Empleo actual o anterior en el gobierno de Puerto Rico
    - ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**

    $66,500.00 más a la que tenga derecho

Batch 12


99012340075827

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):

_____Pendiente_____

4(f). ¿Tiene usted una sentencia impaga? Sí / No (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?

___1982 - 2014___ $66,500.00 más lo que tenga derecho

**Batch 12**

3



Margarita Nieves Rivas
PO Box 515
Patillas, Puerto Rico
00723-0515





RECEIVED & FILED
2020 MAR -3 PM 5:45
CLERK'S OFFICE
U.S. DISTRICT COURT
S.J.A.N. P.R.

RETURN RECEIPT REQUESTED
RETURN RECEIPT REQUESTED
RETURN RECEIPT REQUESTED

Clerks Office
United States District Court
Room 150 Federal Building
San Juan Puerto Rico
00918-1767