4 Marzo 2020

Para: United States District Court
For The District of Puerto Rico
Claim # 142130
Date Filed: 7-6-2018
Asserted Claim Amount: $9,600.00

De: Haydee Montañez Rodriguez
Claim # 142130
P.O. Box 395
Maricao, P.R. 00606-0395

Asunto: Objeción de Rechazo de Reclamo de Reclamo Deficiente

- Entendido de acuerdo a leyes 410 aumento en Gobierno de Pedro Rosello, de $100.00 el cual su sucedor Rafael Hernandez NO PAGO. Caso revocado por el Tribunal referido al Apelativo, quien no ha contestado.
- Ley 89 = famoso Romerazo que desconozco si fue pagado Promesa III Ley que establece donde P.R. está Ley Quiebras que Gobierno P.R. nos debe.
- Gobierno por medio del Congreso EU debe determinar que Gobierno P.R. debe o no pagar
- En espera de las determinaciones oficiales que P.R. esté en quiebra por tal razón debo esperar donde desconozco
- Solicito respetuosamente me mantengan en las decisiones hasta tanto se resuelva el caso. Osea continuar siendo parte de el Reclamo: No. Reclamación 142130

4 marzo 2020

Clerk's Office
United States District Court
Room 150 Federal Bldg
San Juan, P.R. 00918-1767
c/o Maria Antongiorgi-Jordan, ESQ.