| | |
|---|---|
| **IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.** | |

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Montanez Rodriguez, Haydee | 142130 | 7/6/2018 | Commonwealth of Puerto Rico | $9,600.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Montanez Rodriguez, Haydee | 142130 | 7/6/2018 | Commonwealth of Puerto Rico | $9,600.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

20

NOTICE OF DEFECTIVE PLEADING
*(Notificación de Documento Defectuoso)*
3:17-BK-3283 (LTS)

| # | | |
|---|---|---|
| 1 | | Pleading is illegible. L.Civ.R. 10<br>*(El escrito radicado es ilegible o no cumple con la R.L.Civ. 10)* |
| 2 | X | Lacks proper signature. Documents presented to the court in paper require a handwritten signature. L.Civ.R. 11<br>*(Documento no está firmado adecuadamente. Los documentos sometidos en papel tienen que estar firmados a mano. R.L.Civ. 11)* |
| 3 | | PROMESA Cover Sheet for Adversary Proceedings (DPR Modified PROMESA B1040) was not included. L.Bkcy.R. 7003-1<br>http://www.prd.uscourts.gov/promesa/forms-attorneys<br>*(No se incluyó la Hoja de Trámite para Casos Adversarios (DPR Modified PROMESA B1040).)* |
| 4 | | Failure to pay the filing fee in the amount of $400.00. See, L.Cv.R. 3.1(a). Payment shall be made within 24 hours in person at the Clerk's Office U.S. District Court with copy of the complaint /notice of removal.<br>*(Incumplimiento con el pago de la cuota de radicación por la cantidad de $400.00. El pago debe hacerse personalmente dentro de 24 horas en la Secretaría del Tribunal Federal de Distrito adjuntando una copia de la demanda / notificación de remoción.)* |
| 5 | X | Other: Please blackout or omit from your documents any personal information such as: medical records, Social Security number, financial account numbers, date of birth, driver's license or any other personal identifying numbers as per Local Civil Rule 5.2<br>*(Otro:) Favor de **eliminar u omitir** de sus documentos cualquier información personal como: documentos médicos, número de Seguro Social, números de cuentas financieras, fecha de nacimiento, licencia de conducir o cualquier otro número de identificación de acuerdo con la Regla Local Civil 5.2* |

Date: February 25, 2020 = fecha determinacion

MARIA ANTONGIORGI-JORDAN, ESQ.
Clerk of Court

By: s/ Marian B. Ramirez Rivera
Marian B. Ramirez Rivera
Deputy Clerk

sc: to filer with original filing attached

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re: Financial Oversight & Management Board for Puerto Rico<br><br>*as representative of*<br><br>The Commonwealth of Puerto Rico, *et al.*<br><br>Debtors | 3:17-BK-3283 (LTS)<br><br>PROMESA Title III<br><br><br>(Jointly Administrated) |

## NOTICE OF DEFECTIVE PLEADING
*(Notificación de Documento Defectuoso)*

The Clerk of Court has received your pleading on February 13, 2020. However, the deficiencies listed below have prevented us from filing the same in the case docket. You must submit a corrected pleading if you want it to form part of the record.

La Secretaría del Tribunal recibió su escrito el 13 de febrero de 2020. No obstante, las deficiencias que abajo se señalan nos impiden aceptarlo y entrarlo en el sumario del caso. Debe usted someter un escrito debidamente corregido si quiere que el mismo forme parte del expediente.



**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Haydee Montañez Rodriguez**, con número de seguro social que termina en **6251**.

| | |
|---|---|
| Fecha de Efectividad de la Pensión | 28 de julio de 2012 |
| Tiempo Cotizado para la Pensión | 36 años, 6 mes, 0 sem., 2.5 días |
| Pensión Mensual Inicial | $2,351.25 |
| Pensión Mensual Actual | $2,351.25 |

Esta certificación se expide hoy, **10 de febrero de 2020** en San Juan, Puerto Rico.

Edgardo J. Negrón Ramírez
Supervisor
Área de Servicios de Retiro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

**SRM**
Sistema de Retiro para Maestros
Gobierno de Puerto Rico

787.777.1414   787.764.6910   www.srm.pr.gov

Rev.GIFT 10-OCT-08

**SRM** Estado Libre Asociado de Puerto Rico
Sistema de Retiro para Maestros **SRM**

Fecha Radicación: 31-ENE-12
Fecha Vencimiento: 27-sep-12

Núm de Caso: 0650

## INFORME RENTA ANUAL VITALICIA

**MONTAÑEZ RODRIGUEZ, HAYDEE**
Apellido Paterno, Materno, Nombre e Inicial

Seguro Social: _____

Sexo: ☑ Femenino ☐ Masculino

Fecha Nacimiento: 26-jun-1950
Categoría y Pueblo: CABO ROJO - TRABAJADOR SOCIAL
Retiro Ley Núm.: Ley 91 del 2004

Dirección Postal: PO BOX 395
MARICAO PR 00606

Tipo de Renta (Pensión):
☑ Años de Servicio y Edad   ☐ Edad   ☐ Diferida
☐ Incapacidad Ocupacional   ☐ Incapacidad No Ocupacional

| Edad al Retirarse | Servicios Acreditados | Costo Anualidad | Renta |
|---|---|---|---|
| 62 Años  1 Meses  2 Días | 36 Años  6 Meses  0 Sem  2½ Días | $ 67,514.59 | Mensual $ 2,351.25   Anual $ 28,215.00 |

Fecha de Renuncia: 27-jul-12
Último Día de Pago: 27-jul-12
Fecha Efectividad Pensión: 28-jul-12
Cierre de Nómina: 26-sep-12
Fecha Primer Pago Pensión: 15-Oct-12
Importe $ 2,351.25
Pago Global Retroactivo: Desde 28-jul-12  Hasta 30-sep-12  Importe Total $ 5,005.90

### DESGLOSE DE DESCUENTOS

|  | PAGO GLOBAL | PAGO MENSUAL |
|---|---|---|
| Importe Total (Bruto) | $ 5,005.90 | $ 2,351.25 |
| Menos Descuentos: Préstamos:   Clave | Descuento | Descuento |
| Personal (PP)   47-000 | 855.56 | 427.70 |
| Cultural (PC)   45-000 | - | - |
| Hipotecario (PH)   36-000 | - | - |
| Finanzas   67-059 | - | - |
| Aport. Individual 9% (Clave 26-001) | | |
| ASUME | | |
| Otros | | - |
| Importe Neto | $ 4,150.34 | $ 1,923.55 |

Bonos:
☐ Bono Verano (PBV) _____   ☐ Bono Medicamentos (PBM) _____
☐ Bono Navidad (BNP) _____

Certifico que la información aquí provista es cierta, correcta y completa.
Nombre del Empleado: ANNIE RIVERA CANALES   Firma: _____   Fecha: 20-sep-2012
Nombre Supervisor: NORMA I. PEÑA AGOSTO   Firma: _____   Fecha: 22/sep/12

### PREINTERVENCIÓN DE DOCUMENTOS

Verificación de:
☑ Exactitud
☑ Legalidad
☑ Firmas
☐ Otros

SEP 21 2012

### USO DIRECTOR(A) AREA RETIRO

Aprobado por:
Nombre Director(a) o Representante Autorizado: IVONNE L. ORTIZ VALLADARES
Firma: _____   Fecha: 24 SEP 2012

### USO ÁREA DE PENSIONADOS (Sección Nóminas)

Ingreso a Nómina  Mes: 10  ☑ 1ra ☐ 2da
Nombre Empleado: Wanda I. Rodriguez
Firma: _____   Fecha: 9/25/12

Nómina Pago Global  Mes: ___  ☐ 1ra ☑ 2da   ☐ Off Cycle ☑ Pay Line
Nombre Empleado: _____
Firma: _____   Fecha: 25/09/20

Nombre Supervisor: Jorge L. Serrano Cruz
Firma: _____   Fecha: _____

Hueike Montañez Rodriguez
P.O. Box 395
Maricao, P.R. 00606-0395



7019 1640 0001 4973 3964



U.S. POSTAGE PAID
FCM LETTER
MAYAGUEZ, PR
00680
FEB 11, 20
AMOUNT
$6.95
R2304E104763-06

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Un
Room 150 Federal Builling
San Juan, Puerto Rico 00918-176