CERTIFIED MAIL
7008 2810 0002 1236 8299

U.S. POSTAGE PAID
FCM LG ENV
MARICAO, PR
00606
MAR 04, 20
AMOUNT
**$7.80**
R2305K132730-03

1000 00918

**FROM:**

Haydee Montañez Rodriguez
P O Box 395
Maricao, P.R. 00606-0395

RECEIVED & FILED
2020 MAR -5 PM 5:39
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

**TO:**

Clerk's Office
United States District Court
Room 150 Federal Bldg
San Juan, P.R. 00918-1767

**Utility Mailer**
**10 1/2" x 16"**