## TRIBUNAL DE DISTRITO DE LOS ESCTADOS UNIDOS PARAEL DISTRITO DE PUERTO RICO

In re Commonwealth of Puerto Rico Caso 17 BK 3283 – LTS

| | |
|---|---|
| Carmen M. Maldonado Blanco | PROMESA |
| HC 01 Box 7204 | Titulo 111 |
| Villalba, Puerto Rico 00766 | Núm. 17 BK 03283 - LTS |
| (787) 223 – 8869 | No. De Reclamación |
| carmen_22maldonado@yahoo.com | 63000 |

REPLICA A LA OCTAGESIMA SEPTIMA OBJECION GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO COMO EMPLEADO DEL DEPARTAMENTO DE EDUCACION DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO EN RECLAMO DEL AUMENTO SALARIAL POR AÑOS DE EXPERIENCIA (Caso #: 2012- 05-2084). A PARTIR DEL 1995 HASTA EL 2019.

En junio de 2018, se sometió el Formulario Oficial 410 Modificado reclamando salario impagos en mi empleo como maestra en el Departamento de Educación de Puerto Rico por servicios prestados y que no fueron pagados.

Durante la gobernación, del gobernador Dr. Pedro Rosello González se aprobó una ley ( Caso#: 2012 – 05 - 2084) que concedía un aumento salarial a los maestros del Departamento de Educación (DE) del gobierno de Puerto Rico de $25.00 por años de experiencias.

Este aumento nunca se pagó.

Durante el término de esa ley (Caso#: 2012 – 05 -2084) ya empleada del DE. De acuerdo con mis cálculos, el periodo comprende de 24 años a $ 25.00 por año, lo que representa $ 600.00 a los que tengo derecho.

Se estima la siguiente cantidad adeudada.

25.00 del año escolar 1995 - 1996

25.00 del año escolar 1996 - 1997

25.00 del año escolar 1997 - 1998

25.00 del año escolar 1998 – 1999

25.00 del año escolar 1999 – 2000

25.00 del año escolar 2000 – 2001

25.00 del año escolar 2001 – 2002

25.00 del año escolar 2002 – 2003

25.00 del año escolar 2003 – 2004

25.00 del año escolar 2004 – 2005

25.00 del año escolar 2005 – 2006

25.00 del año escolar 2006 – 2007

25.00 del año escolar 2007 – 2008

25.00 del año escolar 2008 – 2009

25.00 del año escolar 2009 – 2010

25.00 del año escolar 2010 – 2011

25.00 del año escolar 2011 – 2012

25.00 del año escolar 2012 – 2013

25.00 del año escolar 2013 – 2014

25.00 del año escolar 2014 – 2015

25.00 del año escolar 2015 – 2016

25.00 del año escolar 2016- 2017

25.00 del año escolar 2017 – 2018

25.00 del año escolar 2018 - 2019

Cantidad adeudada estimada: $ 600.00

*Carmen M. Maldonado Blanco* (signature)
Carmen M. Maldonado Blanco