**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Maldonado Blanco, Carmen M. | 63000 | 6/28/18 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Maldonado Blanco, Carmen M. | 63000 | 6/28/18 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

Form. 409 Rev.

Estado Libre Asociado de Puerto Rico
**DEPARTAMENTO DE INSTRUCCION PUBLICA**
División de Personal - Hato Rey, Puerto Rico

**INFORME DE CAMBIO - PERSONAL DOCENTE**

Pagarle _____ días por vacaciones regulares en julio
Descontarle _____ días por ausencias

Mck. Jones

| | ANTES DEL CAMBIO | DESPUES DEL CAMBIO |
|---|---|---|
| 1 Nombre del Empleado | Carmen N. Maldonado Blanco | |
| 2 Núm. Seg. Social | | |
| 3 Sexo | F | |
| 4 Estado Civil | C | |
| 5 Prep. Académica | BA 15 | |
| 6 Experiencia | 0 | |
| 7 Status Empleado (Contrato) | Transitorio Elegible 05 | |
| 8 Sueldo Bruto | $1,375.00 | |
| 9 Núm. de la Plaza | | |
| 10 Categoría de la Plaza | Elemental 991 | |
| 11 Clasificación Puestos Dir | | |
| 12 Fondo | Estatal | |
| 13 Cifra Cuenta | | |
| 14 Fecha de Efectividad | 18-septiembre-95 | |
| 15 Acción y Duración | Nombramiento Hasta Ap | |
| 16 Causa del Cese | | |
| 17 Ultimo Día Trabajo | | |
| 18 Ultimo Día de Pago | | |
| 19 Programa Escolar | Esc. Walter Mck Jones | |
| 20 Turno en Registro | P.E. | |
| 21 Distrito Escolar | Villalba 05 | |

**LICENCIA POR VACACIONES y/o ENFERMEDAD CONCEDIDA**

| 22 Desde | 23 Hasta |
|---|---|
| 24 Observaciones (Antes del Cambio) Renva. Experiencia Privada. Ocupó plaza de Angel León que pasó a ocupar plaza de Mbolea. | 25 Observaciones (Después del Cambio) |

26 _____ Fecha _____
Firma Empleado en caso de cambio de contrato a probatorio, traslado, reasignación permanente o descenso

27 Deseo:
☐ Acogerme    ☐ No acogerme

Al descuento del 3% de mi sueldo mensual para el Fondo de Ahorro y Préstamo de la Asociación de Empleados del ELA de P.R. en caso de cambio de contrato de sustituto a probatorio o de sustituto a permanente.

_____ _____
Firma del Empleado    Fecha

[Stamp: RECIBIDO OCT 18 1995 PERSONAL DOCENTE]

28 Recomendado _____ 18-sept-95
Superintendente de Escuelas    Fecha

Director Escuela de la Comunidad.

29 Recomendado _____
Superintendente de Escuelas    Fecha

30 APROBADO: POR EL SECRETARIO DE INSTRUCCION PUBLICA
_____ [signature]
FIRMA    FECHA



# DEPARTAMENTO DE EDUCACIÓN
Department of Education

ESTADO LIBRE ASOCIADO DE PUERTO RICO
Commonwealth of Puerto Rico

## Certificado Vitalicio
Life Certificate

El Secretario de Educación por la presente confiere a
The Secretary of Education hereby issues to

CARMEN M. MALDONADO BLANCO

el presente Certificado de Maestro que lo faculta para ejercer como
this Certificate that entitles the holder to perform as

MAESTRA DE ESCUELA ELEMENTAL
ELEMENTARY SCHOOL TEACHER

en las escuelas públicas o privadas de Puerto Rico.
in the School System of Puerto Rico.

Expedido el         7 de septiembre        de 20 00
Issued    on         September 7,            20 00

Dado en San Juan de Puerto Rico, el    4 de diciembre    de 20 00
Given  at  San  Juan,  Puerto  Rico  on    December 4,       20 00

Víctor R. Fajardo Vélez
Secretario de Educación
Secretary of Education

Número 387                                                    Number 387