**TRIBUNAL DE DISTRITO DE LOS ESCTADOS UNIDOS PARA EL
DISTRITO DE PUERTO RICO**

**In re Commonwealth of Puerto Rico Caso 17 BK 3283 – LTS**

| | |
|---|---|
| Carmen M. Maldonado Blanco | PROMESA |
| HC 01 Box 7204 | Titulo 111 |
| Villalba, Puerto Rico 00766 | Núm. 17 BK 3283 - LTS |
| (787) 223 – 8869 | No. De Reclamación |
| carmen_22maldonado@yahoo.com | 62712 |

REPLICA A LA OCTAGESIMA SEPTIMA OBJECION GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO COMO EMPLEADO DEL DEPARTAMENTO DE EDUCACION DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO EN RECLAMO DEL AUMENTO SALARIAL LEY 96 1 DE JULIO DE 2002 (Caso #: 3013- 04-1542). A PARTIR DEL 2002 HASTA EL 2019.

En junio de 2018, se sometió el Formulario Oficial 410 Modificado reclamando salario impagos en mi empleo como maestra en el Departamento de Educación de Puerto Rico por servicios prestados y que no fueron pagados.

Durante la gobernación, de la gobernadora Sila M. Calderón se aprobó una ley (Ley 96 del 1 de julio de 2002) que concedía un aumento salarial a los maestros del Departamento de Educación (DE) del gobierno de Puerto Rico de $100 mensuales.

Este aumento nunca se pagó.

Durante el término de esa ley (2002 – 2019) ya empleada del DE. De acuerdo con mis cálculos, el periodo comprende de 17 años a $1,200.00 por año, lo que representa $ 20,400 a los que tengo derecho.

Se estima la siguiente cantidad adeudada.

1,200.00 del año escolar 2002 - 2003

1,200.00 del año escolar 2003 - 2004

1,200.00 del año escolar 2004 - 2005

1,200.00 del año escolar 2005 – 2006

1,200.00 del año escolar 2006 – 2007

1,200.00 del año escolar 2007 – 2008

1,200.00 del año escolar 2008 – 2009

1,200.00 del año escolar 2009 – 2010

1,200.00 del año escolar 2010 – 2011

1,200.00 del año escolar 2011 – 2012

1,200.00 del año escolar 2012 – 2013

1,200.00 del año escolar 2013 – 2014

1,200.00 del año escolar 2014 – 2015

1,200.00 del año escolar 2015 – 2016

1,200.00 del año escolar 2016 – 2017

1,200.00 del año escolar 2017 – 2018

1,200.00 del año escolar 2018 – 2019


Cantidad adeudada estimada: $ 20,400.00


*Carmen M. Maldonado Blanco*
Carmen M. Maldonado Blanco