| 080 Dept. de Educacion – Maestros<br>Avenida Teniente Cesar Gonzalez<br>Esquina Calaf<br>HATO REY, PR  00919 | | Grupo de Pago:<br>Desde:<br>Hasta: | SM -Quincenal<br>12/09/2019<br>12/20/2019 | | Aviso #:<br>Fecha Aviso: | 5357200<br>12/30/2019 |
|---|---|---|---|---|---|---|
| CARMEN M MALDONADO BLANCO<br>URB LA VEGA<br>125 CALLE B<br>VILLALBA, PR  00766<br>¿ | # Empleado:<br>Dept:<br>Lugar:<br>Titulo:<br>Sueldo: | 8005137-SANTA ISABEL-PONCE<br>NORMA I. TORRES COLON<br>DEPARTAMENTO DE EDUCACION<br>$2,721.67 Monthly | DATA IMP:<br>Estado Civil:<br>Concesiones:<br>Pct. Adcl.:<br>Cant. Adcl.: | Federal<br>Married<br>0 | PR<br>Claiming no personal exem<br>2 |

### HORAS E INGRESOS

| Descripcion | Sueldo | Horas (Corriente) | Ingresos (Corriente) | Horas (Acumulado) | Ingresos (Acumulado) |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,360.84 | 1,494.00 | 32,264.20 |
| Bono de Navidad | | | 0.00 | | 600.00 |
| Pago Retroactivo Regular | | | 0.00 | | 104.17 |
| **Total:** | | | **1,360.84** | **1,494.00** | **32,968.37** |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 19.73 | 478.04 |
| PR Withholding | 40.77 | 952.06 |
| **Total:** | **60.50** | **1,430.10** |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 122.48 | 2,913.17 |
| **Total:** | **122.48** | **2,913.17** |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 277.50 | 6,600.60 |
| SM-First Medical Health Plan | 49.00 | 1,150.20 |
| DM-FONDOS UNIDOS | 0.50 | 12.00 |
| SC-AMER FAM LIFE ASS CO | 74.60 | 1,790.40 |
| AE-Seguro por Muerte Asoc ELA | 27.01 | 648.24 |
| OS-AMPR LOCAL SIND AFIL | 8.50 | 204.00 |
| Ahorros-AEELA | 40.83 | 971.07 |
| RM-Prest Pers De Cuota-Ret Mae | 0.00 | 4,918.39 |
| **Total:** | **477.94** | **16,294.90** |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 120.00 | 1,440.00 |
| FSED Disability Plan | 23.13 | 550.25 |

* Tributable

### TOTAL BRUTO / BRUTO TRIBUT. FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,360.84 | 0.00 | 60.50 | 600.42 | 699.92 |
| Acumulado: | 32,968.37 | 0.00 | 1,430.10 | 19,208.07 | 12,330.20 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5357200 | 699.92 |
| **Total:** | **699.92** |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Dept. de Educacion - Maestros<br>Avenida Teniente Cesar Gonzalez<br>Esquina Calaf<br>HATO REY, PR  00919

Fecha<br>12/30/2019

Aviso No.<br>5357200

Cant. Deposito:   $699.92

A la<br>Cuenta(s) De

CARMEN M MALDONADO BLANCO<br>URB LA VEGA<br>125 CALLE B<br>VILLALBA, PR  00766<br>Localizacion: NORMA I. TORRES COLON

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | XXXXXXXXXXXXXXXX | 699.92 |
| **Total:** | | **699.92** |

## NO-NEGOCIABLE

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Maldonado Blanco, Carmen M. | 62712 | 6/28/18 | Commonwealth of Puerto Rico | $0.00 |
| **Reason:** | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Maldonado Blanco, Carmen M. | 62712 | 6/28/18 | Commonwealth of Puerto Rico | $0.00 |
| **Base para:** | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.  **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m.  (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.  **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**