Carmen M. Maldonado Blanco
HC 01 Box 7204
Villalba, P.R 00766

RECEIVED & FILED
2020 MAR -5 PM 5:39
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR




U.S. POSTAGE PAID
FCM LG ENV
VILLALBA, PR
00766
MAR 04, 20
AMOUNT
$1.40
1000   00918   R2303S101580-02

Secretaria (Clerk's Office)
Tribunal de Distrito de los
Estados Unidos
Room 150 Federal Building
San Juan, P.R 00918-1767