## TRIBUNAL DE DISTRITO DE LOS ESCTADOS UNIDOS PARAEL DISTRITO DE PUERTO RICO

In re Commonwealth of Puerto Rico Caso 17 BK 3283 – LTS

| | |
|---|---|
| Carmen M. Maldonado Blanco | PROMESA |
| HC 01 Box 7204 | Titulo 111 |
| Villalba, Puerto Rico 00766 | Núm. 17 BK 03283 - LTS |
| (787) 223 – 8869 | No. De Reclamación |
| carmen_22maldonado@yahoo.com | 81443 |

REPLICA A LA CENTESIMA VIGESIMA PRIMERA OBJECION GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO COMO EMPLEADO DEL DEPARTAMENTO DE EDUCACION DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO EN RECLAMO DEL AUMENTO SALARIAL DE LA LEY 109 DE 2008 ( Caso#: OASE 2013 – 11- 0224). A PARTIR DEL 2008 HASTA EL 2019.

En junio de 2018, se sometió el Formulario Oficial 410 Modificado reclamando salario impagos en mi empleo como maestra en el Departamento de Educación de Puerto Rico por servicios prestados y que no fueron pagados.

Durante la gobernación, el gobernador Aníbal Acevedo Vilá aprobó una ley (Ley 109 del 1 de julio 2008) que concedía un aumento salarial a los maestros del Departamento de Educación (DE) del gobierno de Puerto Rico de $150 por año.

Este aumento nunca se pagó.

Durante el término de esa ley (2008 – 2019) ya que soy empleada del DE. De acuerdo con mis cálculos, el periodo comprende de 11 años a $150.00 por año, lo que representa $19,800.00 a los que tengo derecho.

Se estima la siguiente cantidad adeudada.

150.00 del año escolar 2008 - 2009

150.00 del año escolar 2009 – 2010

1,50.00 del año escolar 2010 – 2011

150.00 del año escolar 2011 – 2012

150.00 del año escolar 2012 – 2013

150.00 del año escolar 2013 - 2014

150.00 del año escolar 2014 – 2015

150.00 del año escolar 2015 – 2016

150.00 del año escolar 2016 – 2017

150.00 del año escolar 2017 – 2018

150.00 del año escolar 2018 – 2019

Cantidad adeudada estimada: $19,800.00.

*[signature]*