**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Maldonado Blanco, Carmen M. | 81443 | 6/29/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Maldonado Blanco, Carmen M. | 81443 | 6/29/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).



# DEPARTAMENTO DE EDUCACIÓN
### Department of Education
ESTADO LIBRE ASOCIADO DE PUERTO RICO
Commonwealth of Puerto Rico

## Certificado Vitalicio
### Life Certificate

El Secretario de Educación por la presente confiere a
*The Secretary of Education hereby issues to*

CARMEN M. MALDONADO BLANCO

el presente Certificado de Maestro que lo faculta para ejercer como
*this Certificate that entitles the holder to perform as*

MAESTRA DE ESCUELA ELEMENTAL
ELEMENTARY SCHOOL TEACHER

en las escuelas públicas o privadas de Puerto Rico.
*in the School System of Puerto Rico.*

Expedido el 7 de septiembre de 20 00
*Issued on* September 7, 20 00

Dado en San Juan de Puerto Rico, el 4 de diciembre de 20 00
*Given at San Juan, Puerto Rico on* December 4, 20 00

Víctor R. Fajardo Vélez
Secretario de Educación
*Secretary of Education*

Número 387 — Number 387

| | | |
|---|---|---|
| 080 Dept. de Educacion - Maestros<br>Avenida Teniente Cesar Gonzalez<br>Esquina Calaf<br>HATO REY, PR 00919 | Grupo de Pago: SM -Quincenal<br>Desde: 12/09/2019<br>Hasta: 12/20/2019 | Aviso #: 5357200<br>Fecha Aviso: 12/30/2019 |
| CARMEN M MALDONADO BLANCO<br>URB LA VEGA<br>125 CALLE B<br>VILLALBA, PR 00766 | # Emple:<br>Dept: 8005137-SANTA ISABEL-PONCE<br>Lugar: NORMA I. TORRES COLON<br>Titulo: DEPARTAMENTO DE EDUCACION<br>Sueldo: $2,721.67 Monthly | DATA IMP: Federal PR<br>Estado Civil: Married Claiming no personal exem<br>Concesiones: 0<br>Pct. Adcl.: 2<br>Cant. Adcl.: |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,360.84 | 1,494.00 | 32,264.20 |
| Bono de Navidad | | | 0.00 | | 600.00 |
| Pago Retroactivo Regular | | | 0.00 | | 104.17 |
| Total: | | | 1,360.84 | 1,494.00 | 32,968.37 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 19.73 | 478.04 |
| PR Withholding | 40.77 | 952.06 |
| Total: | 60.50 | 1,430.10 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 122.48 | 2,913.17 |
| Total: | 122.48 | 2,913.17 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 277.50 | 6,600.60 |
| SM-First Medical Health Plan | 49.00 | 1,150.20 |
| DM-FONDOS UNIDOS | 0.50 | 12.00 |
| SC-AMER FAM LIFE ASS CO | 74.60 | 1,790.40 |
| AE-Seguro por Muerte Asoc ELA | 27.01 | 648.24 |
| OS-AMPR LOCAL SIND AFIL | 8.50 | 204.00 |
| Ahorros-AEELA | 40.83 | 971.07 |
| RM-Prest Pers De Cuota-Ret Mae | 0.00 | 4,918.39 |
| Total: | 477.94 | 16,294.90 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 120.00 | 1,440.00 |
| FSED Disability Plan | 23.13 | 550.25 |

\* Tributable

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,360.84 | 0.00 | 60.50 | 600.42 | 699.92 |
| Acumulado: | 32,968.37 | 0.00 | 1,430.10 | 19,208.07 | 12,330.20 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| Aviso #5357200 | 699.92 |
|---|---|
| Total: | 699.92 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Dept. de Educacion - Maestros
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha 12/30/2019

Aviso No. 5357200

Cant. Deposito: $699.92

A la
Cuenta(s) De

CARMEN M MALDONADO BLANCO
URB LA VEGA
125 CALLE B
VILLALBA, PR 00766
Localizacion: NORMA I. TORRES COLON

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | XXXXXXXXXXXXXX | 699.92 |
| Total: | | 699.92 |

**NO-NEGOCIABLE**

Form. 40

Estado Libre Asociado de Puerto Rico
**DEPARTAMENTO DE INSTRUCCION PUBLICA**
División de Personal - Hato Rey, Puerto Rico

**INFORME DE CAMBIO - PERSONAL DOCENTE**

Pagarle _____ días por vacaciones regulares en julio
Descontarle _____ días por ausencias

McK. Jones

| # | ANTES DEL CAMBIO | | DESPUES DEL CAMBIO |
|---|---|---|---|
| 1 | Nombre del Empleado | Carmen M. Maldonado Blanco | |
| 2 | Núm. Seg. Social | | |
| 3 | Sexo | F | |
| 4 | Estado Civil | C | |
| 5 | Prep. Académica | BA 15 | |
| 6 | Experiencia | 0 | |
| 7 | Status Empleado (Contrato) | Transitorio Elegible 06 | |
| 8 | Sueldo Bruto | $1,375.00 | |
| 9 | Núm. de la Plaza | | |
| 10 | Categoría de la Plaza | Elemental 9971 | |
| 11 | Clasificación Puestos Dir | | |
| 12 | Fondo | Estatal | |
| 13 | Cifra Cuenta | | |
| 14 | Fecha de Efectividad | 18-septiembre-95 | |
| 15 | Acción y Duración | Nombramiento Hasta Ap | |
| 16 | Causa del Cese | | |
| 17 | Ultimo Día Trabajo | | |
| 18 | Ultimo Día de Pago | | |
| 19 | Programa Escolar | Esc. Walter Mck Jones | |
| 20 | Turno en Registro | P.E. | |
| 21 | Distrito Escolar | Villalba 075 | |

**LICENCIA POR VACACIONES y/o ENFERMEDAD CONCEDIDA**

22 Desde _____ 23 Hasta _____

24 Observaciones (Antes del Cambio) Nueva. Experiencia Privada. Ocupó plaza de Angel León que pasó a ocupar plaza de Música.

25 Observaciones (Después del Cambio)

26 _____ Firma Empleado en caso de cambio de contrato a probatorio, traslado, reasignación permanente o descenso    Fecha

27 Deseo: ☐ Acogerme  ☐ No acogerme

Al descuento del 3% de mi sueldo mensual para el Fondo de Ahorro y Préstamo de la Asociación de Empleados del ELA de P.R. en caso de cambio de contrato de sustituto a probatorio o de sustituto a permanente.

Firma del Empleado _____ Fecha _____

28 Recomendado _____ 18-sept.-95
Superintendente de Escuelas    Fecha
Director Escuela de la Comunidad.

29 Recomendado Carmen M. ____
Superintendente de Escuelas    Fecha

30 APROBADO: POR EL SECRETARIO DE INSTRUCCION PUBLICA
_____ FIRMA

[Stamp: RECIBIDO OCT 18 1995 PERSONAL DOCENTE]

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re: Financial Oversight & Management Board for Puerto Rico | 3:17-BK-3283 (LTS) |
| | PROMESA Title III |
| as representative of | |
| | (Jointly Administrated) |
| The Commonwealth of Puerto Rico, *et al.* | |
| Debtors | |

## NOTICE OF DEFECTIVE PLEADING
*(Notificación de Documento Defectuoso)*

The Clerk of Court has received your pleading on February 19, 2020. However, the deficiencies listed below have prevented us from filing the same in the case docket. You must submit a corrected pleading if you want it to form part of the record.

La Secretaría del Tribunal recibió su escrito el 19 de febrero de 2020. No obstante, las deficiencias que abajo se señalan nos impiden aceptarlo y entrarlo en el sumario del caso. Debe usted someter un escrito debidamente corregido si quiere que el mismo forme parte del expediente.

*[signature]*

Page **1** of **2**

NOTICE OF DEFECTIVE PLEADING
*(Notificación de Documento Defectuoso)*
3:17-BK-3283 (LTS)

| 1 |   | Pleading is illegible. L.Civ.R. 10<br>*(El escrito radicado es ilegible o no cumple con la R.L.Civ. 10)* |
|---|---|---|
| 2 | X | Lacks proper signature. Documents presented to the court in paper require a handwritten signature. L.Civ.R. 11<br>*(Documento no está firmado adecuadamente. Los documentos sometidos en papel tienen que estar firmados a mano. R.L.Civ. 11)* |
| 3 |   | PROMESA Cover Sheet for Adversary Proceedings (DPR Modified PROMESA B1040) was not included. L.Bkcy.R. 7003-1 http://www.prd.uscourts.gov/promesa/forms-attorneys<br>*(No se incluyó la Hoja de Trámite para Casos Adversarios (DPR Modified PROMESA B1040).* |
| 4 |   | Failure to pay the filing fee in the amount of $400.00. See, L.Cv.R. 3.1(a). Payment shall be made within 24 hours in person at the Clerk's Office U.S. District Court with copy of the complaint /notice of removal.<br>*(Incumplimiento con el pago de la cuota de radicación por la cantidad de $400.00. El pago debe hacerse personalmente dentro de 24 horas en la Secretaría del Tribunal Federal de Distrito adjuntando una copia de la demanda / notificación de remoción.)* |
| 5 | X | Other: Please blackout or omit from your documents any personal information such as: medical records, Social Security number, financial account numbers, date of birth, driver's license or any other personal identifying numbers as per Local Civil Rule 5.2<br>*(Otro:) Favor de **eliminar u omitir** de sus documentos cualquier información personal como: documentos médicos, número de Seguro Social, números de cuentas financieras, fecha de nacimiento, licencia de conducir o cualquier otro número de identificación de acuerdo con la Regla Local Civil 5.2.* |

Date: February 25, 2020

MARIA ANTONGIORGI-JORDAN, ESQ.
Clerk of Court

By: s/ Marian B. Ramirez Rivera
Marian B. Ramirez Rivera
Deputy Clerk

sc: to filer with original filing attached