## TRIBUNAL DE DISTRITO DE LOS ESCTADOS UNIDOS PARAEL DISTRITO DE PUERTO RICO

In re Commonwealth of Puerto Rico Caso 17 BK 3283 – LTS

| | |
|---|---|
| Carmen M. Maldonado Blanco | PROMESA |
| HC 01 Box 7204 | Titulo 111 |
| Villalba, Puerto Rico 00766 | Núm. 17 BK 03283 - LTS |
| (787) 223 – 8869 | No. De Reclamación |
| carmen_22maldonado@yahoo.com | 85123 |

REPLICA A LA CENTESIMA DECIMA TERCERA OBJECION GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO COMO EMPLEADO DEL DEPARTAMENTO DE EDUCACION DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO EN RECLAMO DEL AUMENTO SALARIAL DE LA LEY 89 DE 1979 (ROMERAZO) A PARTIR DEL 1979 HASTA EL 2006.

En junio de 2018, se sometió el Formulario Oficial 410 Modificado reclamando salario impagos en mi empleo como maestra en el Departamento de Educación de Puerto Rico por servicios prestados y que no fueron pagados.

Durante la gobernación, el gobernador Carlos Romero Barceló aprobó una ley (Ley 89 del 12 de julio DE1979) que concedía un aumento salarial a los maestros del Departamento de Educación (DE) del gobierno de Puerto Rico de $100 mensuales.

Este aumento nunca se pagó.

Durante el término de esa ley (1995 – 2006) ya empleada del DE. De acuerdo con mis cálculos, el periodo comprende de 11 años a $1,200.00 por año, lo que representa $13,200.00 a los que tengo derecho.

Se estima la siguiente cantidad adeudada.

1,200.00 del año escolar 1995 - 1996

1,200.00 del año escolar 1996 -1997

1,200.00 del año escolar 1997 - 1998

1,200.00 del año escolar 1998 – 1999

1,200.00 del año escolar 1999 – 2000

1,200.00 del año escolar 2000 - 2001

1,200.00 del año escolar 2001 – 2002

1,200.00 del año escolar 2002 – 2003

1,200.00 del año escolar 2003 – 2004

1,200.00 del año escolar 2004 – 2005

1,200.00 del año escolar 2005 – 2006

Cantidad adeudada estimada: $13,200.00.

*Carmen M. H[...]* (signature)