De. Harry Rodriguez Colón

H.C. 03 Box 11302
Juana Diaz, Puerto Rico
00795

Secretaría (Clerk Office)
Tribunal de Distrito de los Estados Unidos
# 150 Chardon Avenue
Federal Building
San Juan, Puerto Rico 00918

Gobierno de Puerto Rico
Departamento de Salud
Administración Facilidades y Servicios de Salud
(AFASS)

# 17 BK 3283- LTS

Centésima Cuadragésima Quinta Objeción Global

Numero de la Reclamación
#120288

Debtor
Commonwealth of Puerto Rico

Contestación a Objeción Global – Harry Rodríguez Colon # 120288

Yo Harry Rodriguez Colon, me opongo a que se rechace mi reclamo. Comencé a trabajar para el Gobierno de Puerto Rico y su Administración de Facilidades y Servicios de Salud (AFASS) el 24 de agosto de 1981 en el Hospital Regional en Ponce. El 24 de diciembre de 1981 me fue otorgada la permanencia como Trabajador de Servicios de Alimento. Estuve trabajando para esa agencia hasta que las facilidades del Hospital Regional en Ponce fueron vendidas por el Honorable Gobernador Pedro Rosello González en el año 2000.

Durante todos estos años (1981-2000) diferentes gobernadores otorgaron aumentos de sueldo para los empleados públicos y entiendo que los mismos no fueron aplicados a mi sueldo correctamente.

Los aumentos fueron los siguientes,
- Ley # 89 de 12 de julio de 1979 (Contiene enmiendas incorporadas por las siguientes leyes).
  Retribución Uniforme – Honorable Carlos Romero Barceló

  Ley Núm. 147 de 18 de Junio de 1980, Ley Núm. .23 de 29 de Abril de 1980, Ley Núm. 84 de 4 de Junio de 1983, Ley Núm. 149 de 18 de Julio de 1986, Ley Núm. 43 de 13 de Febrero de 1998, Ley Núm. 80 de 10 de Marzo de 2003).

- Ley #180 de 27 de Julio de 1998 (Ley de Salario Mínimo)
- Aumentos concedidos bajo la Administración de Honorable Rafael Hernández Colón (1985-1993).

Respetuosamente y agradeciéndole,

*[signature]*
Harry Rodríguez Colón

Secretaria (Clerk Office)
Tribunal de Distrito de los Estados Unidos
# 150 Chardon Avenue
Federal Building
San Juan, Puerto Rico 00918

Gobierno de Puerto Rico
Departamento de Salud
Administración Facilidades y Servicios de Salud (AFASS)

# 17 BK 3283- LTS

Centésima Cuadragésima Quinta Objeción Global

Numero de la Reclamación
#120288

Debtor
Commonwealth of Puerto Rico

Contestación a Objeción Global – Harry Rodríguez Colon # 120288

  Yo Harry Rodriguez Colon, me opongo a que se rechace mi reclamo. Comencé a trabajar para el Gobierno de Puerto Rico y su Administración de Facilidades y Servicios de Salud (AFASS) el 24 de agosto de 1981en el Hospital Regional en Ponce. El 24 de diciembre de 1981 me fue otorgada la permanencia como Trabajador de Servicios de Alimento. Estuve trabajando para esa agencia hasta que las facilidades del Hospital Regional en Ponce fueron vendidas por el Honorable Gobernador Pedro Rosello González en el año 2000.

 Durante todos estos años (1981-2000) diferentes gobernadores otorgaron aumentos de sueldo para los empleados públicos y entiendo que los mismos no fueron aplicados a mi sueldo correctamente.

Los aumentos fueron los siguientes,
- Ley # 89 de 12 de julio de 1979 (Contiene enmiendas incorporadas por las siguientes leyes).
  Retribución Uniforme – Honorable Carlos Romero Barceló

  Ley Núm. 147 de 18 de Junio de 1980, Ley Núm. .23 de 29 de Abril de 1980, Ley Núm. 84 de 4 de Junio de 1983, Ley Núm. 149 de 18 de Julio de 1986, Ley Núm. 43 de 13 de Febrero de 1998, Ley Núm. 80 de 10 de Marzo de 2003).

- Ley #180 de 27 de Julio de 1998 (Ley de Salario Mínimo)
- Aumentos concedidos bajo la Administración de Honorable Rafael Hernández Colón (1985-1993).