De:
HC. 03 Box 11302
Juana Diaz, P. Rico
00795



To: Secretaria (Clerks Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico
00918-1767