RECEIVED & FILED
2020 MAR -5 PM 5:38
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN PR

Anexo C

Notiificacion

Denisse I. Rivera Alvarado

(Claim # 148804)

1005 Calle 30SE Reparto Metropolitano

San Juan, Puerto Rico 00921

(787) 608-9845

denisserivera1@gmail.com

TRIBUNAL DE DISTRITO DE LSO ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

Asunto: JUNTA DE SUPERVICION Y ADMINSTRACION

FINANCIERA PARA PUERTO RICO

Como representante del Estado Libre Asociado de Puerto Rico y otros, deudores

PROMESA

Titulo III

Num. 17BK 3283- LTS

(Administrada conjuntamente)

La presente radicación guarda relación con el ELA, la ACT y SER

    Recibí el documento solicitado de que mi reclamo ha sido rechazado por falta de evidencias. Solicito que consideren mi reclamo puesto que los documentos que proporciono en esta misiva han sido validados por el Departamento de Educación de Puerto Rico y con ello avalan mi reclamo. La certificación incluye los años trabajados para este DEPR donde he laborado como maestra desde agosto de 1986 hasta el presente devengando en la actualidad un salario de $2896.67.

Quedo de ustedes,

Denisse I. Rivera Alvarado (Claim # 148804)

Envío copia fiel y exacta:

**Secretaria (Clerk office)**

Tribunal de Distrito de los Estados Unidos

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767

**Abogado de la Junta de Supervision** (Councel for the Oversight Board)

Proskauer Rose LLP

Eleven Times Square

New York, NY 10036-8299

A/A: Martin J. Bienenstock

Brian S. Rosen

**Abogado del Comite de Acreedores** (Counsel for the Creditor's Committee)

Paul Hastings LLP

200 Park Avenue

New York, NY 10166

A/A Luc A. Despins

James Bliss

James Worthington

G. Alexander Bongartz

Envío copia fiel y exacta:

**Secretaria (Clerk office)**

Tribunal de Distrito de los Estados Unidos

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767

**Abogado de la Junta de Supervision**

(Councel for the Oversight Board)

Proskauer Rose LLP

Eleven Times Square

New York, NY 10036-8299

**Abogado del Comite de Acreedores**

(Counsel for the Creditor's Committee)

Paul Hastings LLP

200 Park Avenue

New York, NY 10166