

# DEPARTAMENTO DE EDUCACION
## Estado Libre Asociado de Puerto Rico
### Secretaría Auxiliar de Recursos Humanos

ATT: LEY PROMESA

18 de febrero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | DENISSE I. RIVERA ALVARADO |
| Seguro Social | : | |
| Categoría | : | MA. BELLAS ARTES (TEATRO) |
| Distrito Escolar | : | SAN JUAN II_ |
| Sueldo Mensual | : | |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | Desde el 8 de septiembre de 1986 hasta el presente. |
| Cesó | : | N/A |
| Renunció | : | N/A |
| Otros | : | Nuestro Sistema de Recursos Humanos refleja que ha trabajado para ésta Agencia por un periodo de 33 años, 8 meses y 1 día. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

FORM 409 REV./79

Estado Libre Asociado de Puerto Rico
**DEPARTAMENTO DE INSTRUCCION PUBLICA**
División de Personal - Hato Rey, Puerto Rico

## INFORME DE CAMBIO - PERSONAL DOCENTE

| | ANTES DEL CAMBIO | CLAVE | DESPUES DEL CAMBIO | CLAVE |
|---|---|---|---|---|
| 1. Nombre del Empleado | RIVERA ALVARADO, DENISSE I. | | | |
| 2. Núm. Seg. Social | | | | |
| 3. Sexo | F | | | |
| 4. Prep. Académica | BA | | | |
| 5. Experiencia | 0= | | | |
| 6. Status Empleado | TRans. Elegible | | | |
| 7. Sueldo Bruto | $ | | | |
| 8. Bonificación | | | | |
| 9. Núm. de la Plaza | 0168 | | | |
| 10. Categoría de la Plaza | Teatro | 9813 | | |
| 11. Clasificación Puestos Dir. | | | | |
| 12. Fondo | E | | | |
| 13. Cifra Cuenta | 87-111-80-05-01 | | | |
| 14. Fecha de Efectividad | 8 de septiembre de 1986 | | | |
| 15. Acción y Duración | Nombramiento REsto Año | | | |
| 16. Causa del Cese | | | | |
| 17. Ultimo Día Trabajo | | | | |
| 18. Ultimo Día de Pago | | | | |
| 19. Programa Escolar | | | | |
| 20. Turno en Registro | Teatro E-3A | | | |
| 21. Distrito Escolar | Juana Díaz | | | |

LICENCIA POR VACACIONES y/o ENFERMEDAD CONCEDIDA

22. Desde  MAESTRA NUEVA.     23. Hasta

24. Observaciones (Antes del Cambio)

Se envía Juramento, Examen Médico, Tarjetas de Retención, Copia Tarjeta SEguro Social, Carta de Buena Conducta, Notificación a Empleados Transitorios y Formularios de Reasignación de Plaza. de Sec. a Teatro por el Resto año.

25 Observaciones (Después del Cambio)

26. Firma Empleado en caso de cambio de status probatorio, traslado, resignación permanente o descenso.    Fecha

27 Deseo:  ☐ Acogerme   ☐ No acogerme

Al descuento del 3% de mi sueldo mensual para el Fondo de Ahorro y Préstamo de la Asociación de Empleados del ELA de P.R. en caso de cambio de status de transitorio elegible a probatorio o a permanente.

Firma del Empleado    Fecha

28. Recomendado [signature]   8, SEpt., 1986
Superintendente de Escuelas    Fecha

Superintendente de Escuelas    Fecha

APROBADO POR EL SECRETARIO DE INSTRUCCION PUBLICA

FIRMA    FECHA

Si el nombramiento es transitorio provisional el mismo constituye un certificado provisional por su dura...

FORM 409 REV./79

Estado Libre Asociado de Puerto Rico
**DEPARTAMENTO DE INSTRUCCION PUBLICA**
División de Personal - Hato Rey, Puerto Rico

## INFORME DE CAMBIO - PERSONAL DOCENTE

| | ANTES DEL CAMBIO | CLAVE | DESPUES DEL CAMBIO | CLAVE |
|---|---|---|---|---|
| 1. Nombre del Empleado | RIVERA ALVARADO, DENISSE I. | | | |
| 2. Núm. Seg. Social | | | | |
| 3. Sexo | F | | | |
| 4. Prep. Académica | BA | | | |
| 5. Experiencia | 0 | | | |
| 6. Status Empleado | TRans. Elegible | | | |
| 7. Sueldo Bruto | $ 685. | | | |
| 8. Bonificación | | | | |
| 9. Núm. de la Plaza | 0168 | | | |
| 10. Categoría de la Plaza | Teatro | 9813 | | |
| 11. Clasificación Puestos Dir. | | | | |
| 12. Fondo | E | | | |
| 13. Cifra Cuenta | 87-111-80-05-01 | | | |
| 14. Fecha de Efectividad | 8 de septiembre de 1986 | | | |
| 15. Acción y Duración | Nombramiento REsto Año | | | |
| 16. Causa del Cese | | | | |
| 17. Ultimo Día Trabajo | | | | |
| 18. Ultimo Día de Pago | | | | |
| 19. Programa Escolar | | | | |
| 20. Turno en Registro | Teatro E-3A | | | |
| 21. Distrito Escolar | Juana Díaz | | | |

**LICENCIA POR VACACIONES y/o ENFERMEDAD CONCEDIDA**

22. Desde  MAESTRA NUEVA.

23. Hasta

24. Observaciones (Antes del Cambio)
Se envía Juramento, Examen Médico, Tarjetas de Retención, Copia Tarjeta SEguro Social, Carta de Buena Conducta, Notificación a Empleados Transitorios y Formularios de Reasignación de Plaza. de Sec. a Teatro por el Resto año.

25 Observaciones (Después del Cambio)

26. Firma Empleado en caso de cambio de status probatorio, traslado, resignación permanente o descenso.      Fecha

27 Deseo:  ☐ Acogerme   ☐ No acogerme

Al descuento del 3% de mi sueldo mensual para el Fondo de Ahorro y Préstamo de la Asociación de Empleados del ELA de P.R. en caso de cambio de status de transitorio elegible a probatorio o a permanente.

Firma del Empleado      Fecha

28. Recomendado  [signature]  8, SEpt., 1986
Superintendente de Escuelas      Fecha

Superintendente de Escuelas      Fecha

APROBADO POR EL SECRETARIO DE INSTRUCCION PUBLICA

FIRMA      FECHA

Si el nombramiento es transitorio provisional el mismo constituye un certificado provisional por su dura...

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re: Financial Oversight & Management Board for Puerto Rico | 3:17-BK-3283 (LTS) <br><br> PROMESA Title III |
| *as representative of* | (Jointly Administrated) |
| The Commonwealth of Puerto Rico, *et al.* <br><br> Debtors | |

## NOTICE OF DEFECTIVE PLEADING
*(Notificación de Documento Defectuoso)*

The Clerk of Court has received your pleading on February 20, 2020. However, the deficiencies listed below have prevented us from filing the same in the case docket. You must submit a corrected pleading if you want it to form part of the record.

La Secretaría del Tribunal recibió su escrito el 20 de febrero de 2020. No obstante, las deficiencias que abajo se señalan nos impiden aceptarlo y entrarlo en el sumario del caso. Debe usted someter un escrito debidamente corregido si quiere que el mismo forme parte del expediente.

Page 1 of 2

NOTICE OF DEFECTIVE PLEADING
*(Notificación de Documento Defectuoso)*
3:17-BK-3283 (LTS)

| 1 | | Pleading is illegible. L.Civ.R. 10 *(El escrito radicado es ilegible o no cumple con la R.L.Civ. 10)* |
|---|---|---|
| 2 | X | Lacks proper signature. Documents presented to the court in paper require a handwritten signature. L.Civ.R. 11 *(Documento no está firmado adecuadamente. Los documentos sometidos en papel tienen que estar firmados a mano. R.L.Civ. 11)* |
| 3 | | PROMESA Cover Sheet for Adversary Proceedings (DPR Modified PROMESA B1040) was not included. L.Bkcy.R. 7003-1 http://www.prd.uscourts.gov/promesa/forms-attorneys *(No se incluyó la Hoja de Trámite para Casos Adversarios (DPR Modified PROMESA B1040).* |
| 4 | | Failure to pay the filing fee in the amount of $400.00. See, L.Cv.R. 3.1(a). Payment shall be made within 24 hours in person at the Clerk's Office U.S. District Court with copy of the complaint /notice of removal. *(Incumplimiento con el pago de la cuota de radicación por la cantidad de $400.00. El pago debe hacerse personalmente dentro de 24 horas en la Secretaría del Tribunal Federal de Distrito adjuntando una copia de la demanda / notificación de remoción.)* |
| 5 | X | Other: Please blackout or omit from your documents any personal information such as: medical records, Social Security number, financial account numbers, date of birth, driver's license or any other personal identifying numbers as per Local Civil Rule 5.2 *(Otro:) Favor de **eliminar u omitir** de sus documentos cualquier información personal como: documentos médicos, número de Seguro Social, números de cuentas financieras, fecha de nacimiento, licencia de conducir o cualquier otro número de identificación de acuerdo con la Regla Local Civil 5.2.* |

Date: February 25, 2020

MARIA ANTONGIORGI-JORDAN, ESQ.
Clerk of Court

By: s/ Marian B. Ramirez Rivera
Marian B. Ramirez Rivera
Deputy Clerk

sc: to filer with original filing attached