Denisse Rivera Alvarado
1005 Calle 30SE
Reparto Metropolitano
San Juan PR 00921



U.S. POSTAGE PAID
FCM LG ENV
SAN JUAN, PR
00936
MAR 04, 20
AMOUNT
$1.20
R2304E105350-95

1000   00918

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
ROOM 150  FEDERAL BLDG
SAN JUAN PR 00918-1767

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

RECEIVED & FILED
2020 MAR -5  PM 5: 38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.