6 de febrero de 2020

## Sonia I. Rivera González

Lo que hay que radicar con la réplica

### I. Datos de Contacto

Sonia I Rivera González

**Dirección Residencial**

Barrio Cacao, Kilómetro 5.0

Carretera 853, Carolina, Puerto Rico

00987

**Dirección Postal**

HC – 02 Box 15426

Carolina, Puerto Rico

00987

**Teléfono** – 939-254-5456

**Email**: ainosseni@gmail.com



### II. Epígrafe

**Nombre del Tribunal**: El Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico.

**Deudores** : Junta de Supervisión y Administración Financiera para Puerto Rico, como representante del Estado Libre Asociado de Puerto Rico y otros.

*Sonia I. Rivera González*

**Número de Procedimiento**: Número 17BK83-LTS

**Título de la Objeción Global**: Nonagésima quinta objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación y del Sistema de Retiro de los Empleados del gobierno del Estado Libre Asociado de Puerto Rico, a reclamos deficientes.

III. Motivo para oponerse a la objeción global

- Pasos por años de servicio, los que apliquen a mi caso.
- Reclamaciones judiciales o administrativas.
- Ley 9 del 8 de julio de 2003
- Ley 161 del 29 de diciembre del 2013
- Ley 104 del 22 de julio del 2003

IV. Documentación Justificativa

Se adjunta certificación de la Junta de Retiro para Maestros.

*[signature]*