

**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

SRM-SB-022
Rev. marzo 2017

Estimado(a) participante SONIA I. RIVERA GONZALEZ

De acuerdo a nuestros registros, el balance de aportaciones acumuladas en el SRM es de aproximadamente $58,994.19 al 5 de febrero de 2020. Las aportaciones han devengado intereses por $15,071.89 para un total de cuotas e intereses de $74,066.08.

El tiempo acreditado es de aproximadamente 25 año(s), 9 mes(es), 2 semana(s), 1.74 día(s).

Los pagos realizados por planes de pago, recaudaciones o pagos pendientes pueden no estar considerados en estos balances. Además, esta información puede variar, de encontrarse diferencias en el Informe de Cambio enviado por el patrono y de existir anulaciones futuras entre cuentas que afecten las Aportaciones del Sistema.

Estos cálculos son preliminares, están sujetos a verificación y ajustes cuando radique su Solicitud de Retiro. Deberá permanecer cotizando en el SRM hasta la fecha que proyecta retirarse.

Atentamente,

Área de Servicios de Retiro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918
P.O. Box 191879 · San Juan PR 00919-1879

( 787.777.1414      787.759.2883      www.srm.pr.gov

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re: Financial Oversight & Management Board for Puerto Rico | 3:17-BK-3283 (LTS) |
| | PROMESA Title III |
| *as representative of* | |
| | (Jointly Administrated) |
| The Commonwealth of Puerto Rico, *et al.* | |
| Debtors | |

## NOTICE OF DEFECTIVE PLEADING
*(Notificación de Documento Defectuoso)*

The Clerk of Court has received your pleading on February 11, 2020. However, the deficiencies listed below have prevented us from filing the same in the case docket. You must submit a corrected pleading if you want it to form part of the record.

La Secretaría del Tribunal recibió su escrito el 11 de febrero de 2020. No obstante, las deficiencias que abajo se señalan nos impiden aceptarlo y entrarlo en el sumario del caso. Debe usted someter un escrito debidamente corregido si quiere que el mismo forme parte del expediente.

NOTICE OF DEFECTIVE PLEADING
*(Notificación de Documento Defectuoso)*
3:17-BK-3283 (LTS)

| | | |
|---|---|---|
| 1 | | Pleading is illegible. L.Civ.R. 10<br><br>*(El escrito radicado es ilegible o no cumple con la R.L.Civ. 10)* |
| 2 | X | Lacks proper signature. Documents presented to the court in paper require a handwritten signature. L.Civ.R. 11<br><br>*(Documento no está firmado adecuadamente. Los documentos sometidos en papel tienen que estar firmados a mano. R.L.Civ. 11)* |
| 3 | | PROMESA Cover Sheet for Adversary Proceedings (DPR Modified PROMESA B1040) was not included. L.Bkcy.R. 7003-1<br>http://www.prd.uscourts.gov/promesa/forms-attorneys<br><br>*(No se incluyó la Hoja de Trámite para Casos Adversarios (DPR Modified PROMESA B1040).* |
| 4 | | Failure to pay the filing fee in the amount of $400.00. See, L.Cv.R. 3.1(a). Payment shall be made within 24 hours in person at the Clerk's Office U.S. District Court with copy of the complaint /notice of removal.<br><br>*(Incumplimiento con el pago de la cuota de radicación por la cantidad de $400.00. El pago debe hacerse personalmente dentro de 24 horas en la Secretaría del Tribunal Federal de Distrito adjuntando una copia de la demanda / notificación de remoción.)* |
| 5 | | Other: |

Date:  February 19, 2020

MARIA ANTONGIORGI-JORDAN, ESQ.
Clerk of Court

By: s/ Rebeca N. Isaac-Matos
Rebeca N. Isaac-Matos
Deputy Clerk

sc: to filer with original filing attached