Sonia I. Rivera Gonzalez
HC 02 Box 15424
Carolina P.R 00987

Secretaria (Clerks Office)
Tribunal de Distrito de los
#150 Chardon Avenue
(Federal Building)
San Juan
San Juan P.R 00901

RECEIVED & FILED
2020 MAR -5 PM 5:38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

FSC MIX Envelope FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2016