3 de marzo de 2020



RECEIVED & FILED
2020 MAR -5  PM 5: 07
S OFFICE
ICT COURT
JAN, P R

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

Caso No. 17 BK 3283-LTS REPLICA A LA CENTESIMA VIGESIMA TERCERA OBJECION GLOBAL (NO
SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO COMO EMPLEADO
DELDEPARTAMENTO DE EDUCACION DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO
RICO EN RECLAMO DEL AUMENTO SALARIAL DE LA LEY 96 DE 2002 (Sila M. Calderón), A PARTIR
DEL 2002.

Honorable Tribunal:

Mediante esta carta hago constar que no estoy de acuerdo con la objeción presentada en el
Caso No. 17 BK3283-LTS. En junio de 2018, se sometió el Formulario Oficial 410 Modificado
reclamando salarios impagos en mi empleo  como maestro en el Departamento de Educación
de Puerto Rico por servicios prestados y que no fueron pagados. Durante su gobernación, la
gobernadora Sila M. Calderón aprobó una ley(Ley 96 del 1 de julio de 2002) que concedía un
aumento salarial a los maestros del Departamento de Educación (DE) del Gobierno de Puerto
Rico de $100.00 mensuales. Este aumento nunca se pagó.

 Entiendo que como empleada por el Departamento de Educación debió ser pagado el
aumento. La cantidad estimada es de $21,600.00.

Adjunto documentos que certifican que soy empleada del Departamento de Educación como
maestra desde el 1 de septiembre de 1993 y poseo un Certificado Vitalicio  para ejercer como
tal.

Queda de usted,

Zulma E. Pérez León
No. de Reclamación 137523
H.C. 06 Box 4420
Coto Laurel, P.R. 00780

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE**

**PUERTO RICO**

In re Commonwealth of Puerto Rico, Case No.17 BK 3283-LTS

| | |
|---|---|
| ZULMA ESTHER PEREZ LEON | PROMESA |
| HC 06 BOX 4420 | Título III |
| Coto Laurel, Puerto Rico 00780 | Núm. 17 BK 3283-LTS |
| (787)512-5933 | No. de Reclamación: |
| zepfsant@hotmail.es | 137523 |

REPLICA A LA CENTESIMA VIGESIMA TERCERA OBJECION GLOBAL (NO SUSTANTIVA)
DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO COMO EMPLEADO DEL
DEPARTAMENTO DE EDUCACION DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE
PUERTO RICO EN RECLAMO DEL AUMENTO SALARIAL DE LA LEY 96 DE 2002 (Sila M. Calderón),
A PARTIR DEL 2002.

En junio de 2018, se sometió el Formulario Oficial 410 Modificado reclamando salarios
impagos en mi empleo  como maestro en el Departamento de Educación de
Puerto Rico por servicios prestados y que no fueron pagados.
Durante su gobernación, la gobernadora Sila M. Calderón aprobó una ley
(Ley 96 del 1 de julio de 2002) que concedía un aumento salarial a los maestros del
Departamento de Educación (DE) del Gobierno de Puerto Rico de $100.00 mensuales.

Este aumento nunca se pagó.

Se estima la siguiente cantidad adeudada:

$1,200.00 del año escolar 2002-2003

$1,200.00 del año escolar 2003-2004

$1,200.00 del año escolar 2004-2005

$1,200.00 del año escolar 2005-2006

$1,200.00 del año escolar 2006-2007

$1,200.00 del año escolar 2007-2008

$1,200.00 del año escolar 2008-2009

$1,200.00 del año escolar 2009-2010

$1,200.00 del año escolar 2010-2011

$1,200.00 del año escolar 2011-2012

$1,200.00 del año escolar 2012-2013

$1,200.00 del año escolar 2013-2014

$1,200.00 del año escolar 2014-2015

$1,200.00 del año escolar 2015-2016

$1,200.00 del año escolar 2016-2017

$1,200.00 del año escolar 2017-2018

$1,200.00 del año escolar 2018-2019

$1,200.00 del año escolar 2019-2020


Cantidad adeudada estimada: $21,600.00

Zulma E. Pérez León