Sra. Luz [illegible]
H.C. 06 Box 4420
Coto Laurel, P.R. 00780



7019 0700 0002 2551 7765

2020 MAR -5 PM 5:38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767