TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE

PUERTO RICO

In re Commonwealth of Puerto Rico, Case No.17 BK 3283-LTS

| | |
|---|---|
| ZULMA ESTHER PEREZ LEON | PROMESA |
| HC 06 BOX 4420 | Título III |
| Coto Laurel, Puerto Rico 00780 | Núm. 17 BK 3283-LTS |
| (787)512-5933 | No. de Reclamación: |
| zepfsant@hotmail.es | 140481 |

REPLICA A LA CENTESIMA VIGESIMA TERCERA OBJECION GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO COMO EMPLEADO DEL DEPARTAMENTO DE EDUCACION DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO EN RECLAMO DEL AUMENTO SALARIAL DE LA LEY 89 DE 1979 (ROMERAZO), A PARTIR DEL 1980 HASTA EL 2006.

En junio de 2018, se sometió el Formulario Oficial 410 Modificado reclamando salarios impagos en mi empleo como maestro en el Departamento de Educación de Puerto Rico por servicios prestados y que no fueron pagados.
Durante su gobernación, el gobernador Carlos Romero Barceló aprobó una ley (Ley 89 del 12 de julio de 1979) que concedía un aumento salarial a los maestros del Departamento de Educación (DE) del Gobierno de Puerto Rico de $100.00 mensuales.

Este aumento nunca se pagó.

Se estima la siguiente cantidad adeudada:

$1,200.00 del año escolar 1993-1994

$1,200.00 del año escolar 1994-1995

$1,200.00 del año escolar 1995-1996

$1,200.00 del año escolar1996-1997

$1,200.00 del año escolar 1997-1998

$1,200.00 del año escolar 1998-1999

$1,200.00 del año escolar 1999-2000

$1,200.00 del año escolar 2000-2001

$1,200.00 del año escolar 2001-2002

$1,200.00 del año escolar 2002-2003

$1,200.00 del año escolar 2004-2005

$1,200.00 del año escolar 2005-2006

Cantidad adeudada estimada: $14,400.00

Zulma E. Pérez León

RECEIVED
2020 MAR -5
CLERK'S
S DISTRIC
SAN JU

3 de marzo de 2020

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

Caso No. 17 BK 3283-LTS REPLICA A LA CENTESIMA VIGESIMA TERCERA OBJECION GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO COMO EMPLEADO DEL DEPARTAMENTO DE EDUCACION DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO EN RECLAMO DEL AUMENTO SALARIAL DE LA LEY 89 DE 1979 (ROMERAZO), A PARTIR DEL 1980 HASTA EL 2006.

Honorable Tribunal:

Mediante esta carta hago constar que no estoy de acuerdo con la objeción presentada en el Caso No. 17 BK3283-LTS. En junio de 2018, se sometió el Formulario Oficial 410 Modificado reclamando salarios impagos en mi empleo como maestro en el Departamento de Educación de Puerto Rico por servicios prestados y que no fueron pagados.

Durante su gobernación, el gobernador Carlos Romero Barceló aprobó una ley (Ley 89 del 12 de julio de 1979) que concedía un aumento salarial a los maestros del Departamento de Educación (DE) del Gobierno de Puerto Rico de $100.00 mensuales. Este aumento nunca se pagó. Entiendo que como empleada por el Departamento de Educación debió ser pagado el aumento. La cantidad estimada es de $14,400.00.

Adjunto documentos que certifican que soy empleada del Departamento de Educación como maestra desde el 1 de septiembre de 1993 y poseo un Certificado Vitalicio para ejercer como tal.

Queda de usted,

*[firma]*

Zulma E. Pérez León
No. de Reclamación: 140481
H.C. 06 Box 4420
Coto Laurel, P.R. 00780