

# DEPARTAMENTO DE EDUCACIÓN

Department of Education

ESTADO LIBRE ASOCIADO DE PUERTO RICO

Commonwealth of Puerto Rico

# Certificado Vitalicio

Life Certificate

**El Secretario de Educación por la presente confiere a**

*The Secretary of Education hereby issues to*

ZULMA ESTHER PEREZ LEON

***el presente Certificado de Maestro que lo faculta para ejercer como***

*this Certificate that entitles the holder to perform as*

MAESTRA DE ARTES VISUALES
TEACHER OF VISUAL ARTS

***en las escuelas públicas o privadas de Puerto Rico.***

*in the School System of Puerto Rico.*

**Expedido el** 22 de agosto **de 19** 98
*Issued on* August 22, *19* 98

**Dado en San Juan de Puerto Rico, el** 17 de marzo **de 19** 99
*Given at San Juan, Puerto Rico on* March 17, *19* 99

COMISION DEL CENTENARIO PUERTO RICO 100 ESTADOS UNIDOS 1898 • 1998 PUERTO RICO - U.S.A. CENTENNIAL COMMISSION Conmemorando 100 años de Unión a los Estados Unidos

Número 896

Víctor R. Fajardo Vélez
Secretario de Educación
*Secretary of Education*

Number 896

NUESTROS NIÑOS
Primero

No. de Reclamación: 14041
137523

Form 409 Rev./79

Pagarle ________ días por vacaciones regulares en julio

Descontarle ________ días por ausencias

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE INSTRUCCION PUBLICA
División de Personal - Hato Rey, Puerto Rico

# INFORME DE CAMBIO - PERSONAL DOCENTE

| ANTES DEL CAMBIO | 9976 | DESPUES DEL CAMBIO |
|---|---|---|
| 1 Nombre del Empleado | ZULMA ESTHER PEREZ LEON | |
| 2 Núm. Seg. Social | [redacted] | |
| 3 Sexo | F | |
| 4 Estado Civil | C | |
| 5 Prep. Académica | BA 15 | |
| 6 Experiencia | 0-8-2-4 | |
| 7 Status Empleado (Contrato) | PROBATORIO 02 | |
| 8 Sueldo Bruto | $1000. | |
| 9 Núm. de la Plaza | F07104 | |
| 10 Categoría de la Plaza | ARTES VISUALES (ARTE) | |
| 11 Clasificación Puestos Dir | | |
| 12 Fondo | ESTATAL | |
| 13 Cifra Cuenta | 08-222-081-27-520-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-01-00075-0000 | |
| 14 Fecha de Efectividad | 1 SEPTIEMBRE 1993 | |
| 15 Acción y Duración | NOMBRAMIENTO | |
| 16 Causa del Cese | | |
| 17 Ultimo Día Trabajo | | |
| 18 Ultimo Día de Pago | | |
| 19 Programa Escolar | | |
| 20 Turno en Registro | 4 | |
| 21 Distrito Escolar | VILLALBA | |

## LICENCIA POR VACACIONES y/o ENFERMEDAD CONCEDIDA

22 Desde

23 Hasta

24 Observaciones (Antes del Cambio)

25 Observaciones (Después del Cambio)

Aum ley 28 efect 1-oct-93 $1125.

26 ________________________
Firma Empleado en caso de cambio de contrato a probatorio, traslado, reasignación permanente o descenso

Fecha

27 Deseo:
☒ Acogerme ☐ No acogerme

Al descuento del 3% de mi sueldo mensual para el Fondo de Ahorro y Préstamo de la Asociación de Empleados del ELA de P.R. en caso de cambio de contrato de sustituto a probatorio o de sustituto a permanente.

Firma del Empleado

Fecha

28 Recomendado

Superintendente de Escuelas

Fecha

29 Recomendado

Superintendente de Escuelas

Fecha

30 APROBADO: POR EL SECRETARIO DE INSTRUCCION PUBLICA

FIRMA

FORM. 409 ESPECIAL ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACION
DIVISION DE PERSONAL - HATO REY, PUERTO RICO

INFORME DE CAMBIO - PERSONAL DOCENTE

| | ANTES DEL CAMBIO | DESPUES DEL CAMBIO |
|---|---|---|
| 1. NOMBRE DEL EMPLEADO | PEREZ LEON, ZULMA E | |
| 2. NUM. SEGURO SOCIAL | | |
| 3. EXPERIENCIA | 02-08-02-4.0 | |
| 4. STATUS EMPLEADO | PROBATORIO 02 | PERMANENTE 01 |
| 5. NUM. DE PUESTO | F07104 | |
| 6. CATEGORIA DEL PUESTO | 9976-MAESTRO ARTE VISUALES | |
| 7. FONDO | 222 - FEDERAL | |
| 8. CIFRA DE CUENTA | 95-222-081-27-529-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-01-000075-0895 | |
| 9. FECHA EFECTIVIDAD | | 1-sept-95 |
| 10. ACCION Y DURACION | | CAMBIO DE STATUS |
| 11. DISTRITO ESCOLAR | 075 - VILLALBA | |

LICENCIA POR VACACIONES Y/O ENFERMEDAD CONCEDIDA

12. DESDE | 13. HASTA

14. OBSERVACIONES (ANTES DEL CAMBIO)

CONSIDERE SOLAMENTE PARA CAMBIO DE STATUS

15. OBSERVACIONES (DESPUES DEL CAMBIO)

CONTINUA RESTO AÑO EN EL PUESTO NUMERO EN EL DISTRITO

16. APROBADO POR EL SECRETARIO DE EDUCACION O SU REPRESENTANTE AUTORIZADO

FIRMA

FECHA

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re: Financial Oversight & Management Board for Puerto Rico<br><br>*as representative of*<br><br>The Commonwealth of Puerto Rico, *et al.*<br><br>Debtors | 3:17-BK-3283 (LTS)<br><br>PROMESA Title III<br><br>(Jointly Administrated) |

## NOTICE OF DEFECTIVE PLEADING

*(Notificación de Documento Defectuoso)*

The Clerk of Court has received your pleading on February 19, 2020. However, the deficiencies listed below have prevented us from filing the same in the case docket. You must submit a corrected pleading if you want it to form part of the record.

La Secretaría del Tribunal recibió su escrito el 19 de febrero de 2020. No obstante, las deficiencias que abajo se señalan nos impiden aceptarlo y entrarlo en el sumario del caso. Debe usted someter un escrito debidamente corregido si quiere que el mismo forme parte del expediente.

NOTICE OF DEFECTIVE PLEADING
*(Notificación de Documento Defectuoso)*
3:17-BK-3283 (LTS)

| | | |
|---|---|---|
| 1 | | Pleading is illegible. L.Civ.R. 10 *(El escrito radicado es ilegible o no cumple con la R.L.Civ. 10)* |
| 2 | X | Lacks proper signature. Documents presented to the court in paper require a handwritten signature. L.Civ.R. 11 *(Documento no está firmado adecuadamente. Los documentos sometidos en papel tienen que estar firmados a mano. R.L.Civ. 11)* |
| 3 | | PROMESA Cover Sheet for Adversary Proceedings (DPR Modified PROMESA B1040) was not included. L.Bkcy.R. 7003-1 http://www.prd.uscourts.gov/promesa/forms-attorneys *(No se incluyó la Hoja de Trámite para Casos Adversarios (DPR Modified PROMESA B1040).* |
| 4 | | Failure to pay the filing fee in the amount of $400.00. See, L.Cv.R. 3.1(a). Payment shall be made within 24 hours in person at the Clerk's Office U.S. District Court with copy of the complaint /notice of removal. *(Incumplimiento con el pago de la cuota de radicación por la cantidad de $400.00. El pago debe hacerse personalmente dentro de 24 horas en la Secretaría del Tribunal Federal de Distrito adjuntando una copia de la demanda / notificación de remoción.)* |
| 5 | | Other: |

Date: February 25, 2020

MARIA ANTONGIORGI-JORDAN, ESQ.
Clerk of Court

By: s/ Marian B. Ramirez-Rivera
Marian B. Ramirez Rivera
Deputy Clerk

sc: to filer with original filing attached