Sra. [illegible]
H-C. 06 Box 4420
Coto Laurel P.R. 00780

7019 0700 0002 2551 7765



U.S. POSTAGE PAID
FCM LG ENV
COTO LAUREL, PR
00780
MAR 04, 20
AMOUNT
$8.00
R2305K134134-03

1000   00918

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

2020 MAR -5 PM 5: 38

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767