TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| En el asunto de:<br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO<br><br>Como representante de<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO Y OTROS,<br><br>Deudores | PROMESA,<br>TITULO III<br><br>Núm. 17BK, 03283-LTS<br><br>DEUDOR<br>(ESTADO LIBRE ASOCIADO DE PUERTO RICO)<br>(THE COMMMONWEALTH OF PUERTO RICO)<br><br>La presente radicación guarda relación con el ELA, la ACT y el SRE |

Re: **OBJECIÓN GLOBAL** A LA CENTÉSIMA TRIGÉSIMA PRIMERA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE: SISTEMA DE RETIRO DE LOS EMPLEADOS PÚBLICOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMO DEFICIENTES EN LO QUE SE ALEGA INTERESES SOBRE LA BASE DE LAS REIVINDICACIONES SALARIALES, LABORALES O SERVICIOS PRESTADOS.

RESUME DE JUSTIFICACIÓN Y EVIDENCIA:

RESUME DE JUSTIFICACIÓN Y EVIDENCIA PARA LA RECLAMACIÓN AL ESTADO LIBRE ASOCIADO DE PUERTO RICO (THE COMMMONWEALTH OF PUERTO RICO):

<u>NÚM. RECLAMACIÓN 138179</u>

- QUE PARA EL 12 DE JULIO DE 1979, EL GOBERNADOR LIC. CARLOS ROMERO BARCELO FIRMO UNA LEY, LA LEY 89, QUE SE CONOCE COMO EL "ROMERAZO", PARA AUMENTAR EL SUELDO AL PERSONAL DOCENTE DE $100.00 MENSUALES Y ADEMÁS $50.00 EN EL 1985 AL 1993 LOS CUALES NO SE DIO O ADJUDICO A DICHO PERSONAL. TAMPOCO FUE REFLEJADO EN SUELDO. ES POR ESO ES QUE RECLAMO ESTE AUMENTO. LO CUAL ESTIMO SON $21,600.00 DE LOS $100.00 POR 18 AÑOS QUE NO ME PAGARON EN MI SUELDO MENSUAL, MAS EL $18,000.00 DESDE EL 1985 AL 1993 QUE EMPEZARON A PAGAR DICHOS AUMENTOS.

-QUE PARA EL 2 DE SEPTIEMBRE DE 1997, EL DR. PEDRO ROSELLO GONZÁLEZ, INCUMBENTE COMO GOBERNADOR, FIRMÓ LA LEY 109, PARA AUMENTAR EL SUELDO AL PERSONAL DOCENTE DE $125.00 MENSUALES, LOS CUALES NO SE DIO O ADJUDICO A MI SUELDO COMO EMPLEADO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO. ES POR ESO QUE SOLICITO ESTE AUMENTO. LO CUAL ESTIMO SON $28,500.00

-QUE PARA EL AÑO 2013, BAJO LA ADMINISTRACIÓN DEL HON. GARCÍA PADILLA HUBÓ UNA REFORMA SOBRE EL AUMENTO DE LA PENSIÓN DE RETIROS. ESTA LEY SE LLAMÓ "LEY DE REFORMA DEL SISTEMA DE RETIRO", BAJO LA LEY 447. LA APORTACION PATRONAL ERA DE EL 12.275% POR EL PATRONO. MI RCLAMACIONES SON EL 3% DE MI RETIRO ACTUALMENTE DESDE 2017 A 2020 EN SUELDO DE RETIRO. ES POR QUE HAY DEFICIT DE $639.00 EN MI SUELDO DE RETIRO.

DATOS DE CONTACTO:
NOMBRE: JOSFINA HERNÁNDEZ VEGA – NÚM. <u>RECLAMACIÓN 138179</u>
DIRECCIÓN: HCI BUZÓN 5336, ARROYO, PUERTO RICO 00714

NÚM. DE TELÉFONO: (787) 612-8490
CORREO ELECTRÓNICO: <u>fhk@gmail.com</u>

CON COPIA A:

SECRETARIA DE LA JUNTA:

- TRIBUNAL DEL DISTRITO DE LOS ESTADOS UNIDOS
  ROOM 150 CHARDON AVE.
  FEDERAL BUILDING
  SAN JUAN, PUERTO RICO 00918-1767

ABOGADO DE LA JUNTA:

- COUNSEL FOR THE OVERSIGHT BOARD
  PROSKAUER ROSE LLP
  ELEVEN TIMES SQUARE
  NEW YORK, 10036-8299

  A/A: MARTINBIENENSTOCK
- BRIAN S. ROSEN

ABOGADO DEL COMITE DE ACREEDORES

- POUL HASTINGS LLP
  200 PARK AVENUE
  NEW YORK 10166

  A/A: LUC A. DESPINS
  JAMES BLISS
  JAMES WORTHINGTON
  G. ALEXANDER BONGARTZ