

# DEPARTAMENTO DE EDUCACION
Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

6 de febrero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | JOSEFINA HERNANDEZ VEGA |
| Seguro Social | : | |
| Categoría | : | TRABAJADOR SOCIAL ESCOLAR |
| Distrito Escolar | : | GUAYAMA |
| Sueldo Mensual | : | $2,840.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 28 de julio de 2017 |
| Otros | : | Nuestro Sistema de Recursos Humanos refleja que trabajó para 31 años, 8 meses y 3 días. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión del **Prof. Josefina Hernandez vega**, con número de seguro social que termina en

| | |
|---|---|
| Fecha de Efectividad de la Pensión | 29 de julio de 2017 |
| Tiempo Cotizado para Pensión | 30 años, 8 meses, 0 sem, 0 días |
| Pensión mensual Inicial | $2,130.00 |
| Pensión Mensual Actual | $2,130.00 |

Esta certificación se expide hoy, **6 de febrero de 2020** en San Juan, Puerto Rico.

**Edgardo Negron Ramirez**
Supervisor
Área de Servicios de Retiro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

☎ 787.777.1414   📠 787.764.6910   www.srm.pr.gov



Sistema de Retiro para Maestros
Gobierno de Puerto Rico
Protegemos la Aportación al Futuro

## Departamento de Educación
### ESTADO LIBRE ASOCIADO DE PUERTO RICO
#### Secretaría Auxiliar de Recursos Humanos
#### Informe de Cambios

| | Antes del Cambio | Después del Cambio |
|---|---|---|
| 1. Nombre del Empleado | JOSEFINA HERNANDEZ VEGA | |
| 2. Número de Seguro Social | | |
| 3. Lugar de Nacimiento | PATILLAS, P.R. | |
| 4. Fecha de Nacimiento | 26 de enero de 1957 | |
| 5. Sexo | F | |
| 6. Estado Civil | | |
| 7. Preparación Académica | BA + 30 PG 20 | |
| 8. Experiencia | 29.8.0.3.0 | |
| 9. Status del Empleado | PERMANENTE | |
| 10. Sueldo Bruto | $2,840.00 | |
| 11. Número de Puesto | | |
| 12. Categoría del Puesto | TRABAJADOR SOCIAL ESCOLAR | |
| 13. Fondo | ESTATAL | |
| 14. Cifra de cuenta | E1110-221-0810000-0000-08100-2017-SCHOOLWIDE17 | |
| 15. Fecha de efectividad | 28 de julio de 2017 03:00 pm | |
| 16. Acción | RENUNCIA | |
| 17. Duración | | |
| 18. Causa del Cese | JUBILACIÓN | |
| 19. Ultimo día de Trabajo | 31 de mayo de 2017 03:00 pm | |
| 20. Ultimo día de Pago | 28 de julio de 2017 10:22 am | |
| 21. Prog Esc, Nivel/Grado | | |
| 24. Distrito Escolar | GUAYAMA | |
| 25. Escuela | JOSE DE CHOUDENS | |

26. Dirección Postal: HC-01 BZN 5310 ARROYO PUERTO RICO 00714

26. Teléfono: (787)612-8450

27. Observaciones: SRM Y AEELA. SE ACOGE A LOS BENEFICIOS DE LA LEY NUM 160 DEL 24 DE DICIEMBRE DE 2013. COBRO VAC. REG. 39.2.22 EN JUNIO Y JULIO. AUTORIZADA SIN PAGA 0.3.38 DESDE 28/JULIO/2017 10:23AM HASTA 03:00PM. P/ GLOBAL VAC. REG 0.0.00 ( PAGO DE ENFERMEDAD ELIMINADO SEGUN LEY NUM. 26.)  EDAD

| | | |
|---|---|---|
| 28. Preparado por: Luz A. Caraballo Rivero Docente | | FECHA: 25 de agosto de 2017 |
| 29. Verificado por: Luz A. Caraballo Rivero Docente | | FECHA: 25 de agosto de 2017 |
| 30. Aprobado por: MARÍA LIZARDI VALDÉS | | FECHA: 25 de agosto de 2017 |

Secretario de Educación o su representante

Ley Romeraso

Notas "Romerazo"

Caso Tribunal Supremo Puerto Rico = Sistema Retiro para Maestros v. Dpto. De Educación CC-12-05

Ley 96-2002 (Sila Calderón) > Estableció el dinero en presupuesto para pagarlo. Al igual que con las anteriores, tampoco se implementó.

Fórmulas

- Ley 2007-2002 = **número de meses vinculados al servicio elegible (a partir de agosto de 2002) x 100**
    - La cantidad resultante es el derecho a compensación que se va a reclamar específicamente ante la JSF/FOMB

- Entre 1985 y 1993 = **número de meses vinculados al servicio elegible (a partir de agosto de 1985) x 50**
    - La cantidad resultante es el derecho a compensación que se va a reclamar específicamente ante la JSF/FOMB

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re: Financial Oversight & Management Board for Puerto Rico | 3:17-BK-3283 (LTS) |
| | PROMESA Title III |
| *as representative of* | |
| | (Jointly Administrated) |
| The Commonwealth of Puerto Rico, *et al.* | |
| Debtors | |

## NOTICE OF DEFECTIVE PLEADING
*(Notificación de Documento Defectuoso)*

The Clerk of Court has received your pleading on February 19, 2020. However, the deficiencies listed below have prevented us from filing the same in the case docket. You must submit a corrected pleading if you want it to form part of the record.

La Secretaría del Tribunal recibió su escrito el 19 de febrero de 2020. No obstante, las deficiencias que abajo se señalan nos impiden aceptarlo y entrarlo en el sumario del caso. Debe usted someter un escrito debidamente corregido si quiere que el mismo forme parte del expediente.

Page **1** of **2**

NOTICE OF DEFECTIVE PLEADING
*(Notificación de Documento Defectuoso)*
3:17-BK-3283 (LTS)

| 1 |  | Pleading is illegible. L.Civ.R. 10 *(El escrito radicado es ilegible o no cumple con la R.L.Civ. 10)* |
|---|---|---|
| 2 | X | Lacks proper signature. Documents presented to the court in paper require a handwritten signature. L.Civ.R. 11 *(Documento no está firmado adecuadamente. Los documentos sometidos en papel tienen que estar firmados a mano. R.L.Civ. 11)* |
| 3 |  | PROMESA Cover Sheet for Adversary Proceedings (DPR Modified PROMESA B1040) was not included. L.Bkcy.R. 7003-1 http://www.prd.uscourts.gov/promesa/forms-attorneys *(No se incluyó la Hoja de Trámite para Casos Adversarios (DPR Modified PROMESA B1040).* |
| 4 |  | Failure to pay the filing fee in the amount of $400.00. See, L.Cv.R. 3.1(a). Payment shall be made within 24 hours in person at the Clerk's Office U.S. District Court with copy of the complaint /notice of removal. *(Incumplimiento con el pago de la cuota de radicación por la cantidad de $400.00. El pago debe hacerse personalmente dentro de 24 horas en la Secretaría del Tribunal Federal de Distrito adjuntando una copia de la demanda / notificación de remoción.)* |
| 5 | X | Other: Please blackout or omit from your documents any personal information such as: medical records, Social Security number, financial account numbers, date of birth, driver's license or any other personal identifying numbers as per Local Civil Rule 5.2 *(Otro:) Favor de **eliminar u omitir** de sus documentos cualquier información personal como: documentos médicos, número de Seguro Social, números de cuentas financieras, fecha de nacimiento, licencia de conducir o cualquier otro número de identificación de acuerdo con la Regla Local Civil 5.2.* |

Date:  February 25, 2020

MARIA ANTONGIORGI-JORDAN, ESQ.
Clerk of Court

By: s/ Marian B. Ramirez Rivera
Marian B. Ramirez Rivera
Deputy Clerk

sc: to filer with original filing attached