From: Josefina Hernandez
HC I B2 5336
Arroyo P.R 00714



U.S. POSTAGE PAID
FCM LG ENV
ARROYO, PR
00714
MAR 04, 20
AMOUNT
$7.60
R2304M114202-3

To: Tribunal de distrito de los E.U
Room 150 Chardon Ave
Federal Building
San Juan P.R 00918-1767

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
2020 MAR -5 PM 5: 37
RECEIVED & FILED