31 de enero de 2020

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| As representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, et al.,<br>Debtors. | This filing relates to the Commonwealth, HTA, and ERS |

El motivo para unirme a la Objeción Global es, que el gobierno de Puerto Rico utilizo mis aportaciones al Sistema de Retiro sin mediar una autorización o solicitud formal. Ese dinero fue utilizado para el pago a Acreedores del Gobierno de Puerto Rico. Mi Número de Reclamación (**25592**) "EMPLOYEES RETIREMENT SYSTEM OF THE GOVERMENT OF THE PUERTO RICO".

La otra Objeción es la actualización de los salarios básicos del Plan Retribución con el Salario Mínimo Federal que no se actualizaron. Mi Número de Reclamación **(29511)** "COMMONWEALTH OF PUERTO RICO".

Solicito muy respetuosamente a este Tribunal que este dinero sea devuelto.

Barbara Rivera Cruz
Calle Leila U20 4ta Sección
Levittown, Puerto Rico 00949
Teléfono: 787-348-1377
Correo Electrónico: brivera.25@hotmail.com

## Commonwealth of Puerto Rico
Case No. 17-03283

case info / claims

+ Case Navigation

+ Quick Links

Rivera Cruz, Barbara     advanced

« ‹ Page 1 of 1 » ›

| | |
|---|---|
| Schedule | |
| Claim # | 29511 |
| Filed Date | 05/24/2018 |
| Creditor Name | RIVERA CRUZ, BARBARA |
| Debtor Name | Commonwealth of Puerto Rico |
| Claim Value | $475,200.00 |
| Schedule | 1224426 |
| Claim # | 25592 |
| Filed Date | 05/24/2018 |
| Creditor Name | RIVERA CRUZ, BARBARA J |
| Debtor Name | Employees Retirement System of the Government of the Commonwealth of Puerto Rico |
| Claim Value | $77,269.20 |

« ‹ Page 1 of 1 » ›

terms of use    privacy notice    team    © 2019 Prime Clerk. All rights reserved.

Número de Evidencia de Reclamación: 25592 / 29511
Reclamante: _____

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

### Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación. Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### Cuestionario

1. ¿Cuál es el fundamento de su reclamación?

   ☐ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

   ☐ Empleo actual o anterior en el gobierno de Puerto Rico

   ☒ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

   El gobierno de Puerto Rico, dispuso de nuestras aportaciones del Sistema de Retiro

2. ¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):

   Núm. Reclamación # 25592 EMPLOYEES RETIREMENT / #29511 Commonwelth of P.R

*Número de Evidencia de Reclamación:*
*Reclamante:*

3. <u>Empleo.</u> ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐ No. *Pase a la Pregunta 4.*
   - ☒ Sí. Responda preguntas 3(a)-(d).

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó:
   *Departamento de La Familia*

3(b). Identifique las fechas de su empleo con relación a su reclamación:
   01-01-2007 / 30-06-2017

3(c). Últimos cuatro dígitos de su número de seguro social: XXX-XX- 7970

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☐ Jubilación
   - ☐ Salarios impagos
   - ☐ Días por enfermedad
   - ☐ Queja con el sindicato
   - ☐ Vacaciones
   - ☒ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).
   *Descuento de Aportación Mensual del Sistema de Retiro 01-01-2007 / 30-06-2017*

4. <u>Acción legal.</u> ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ☒ No.
   - ☐ Sí. Responda Preguntas 4(a)-(f).

4(a). Identifique el departamento o agencia que es parte de esta acción.
   *Departamento de La Familia*

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución:
   *Adm. Sistema de Retiro*

4(c). Número de caso: 17 BK 3283-LTS

4(d). Título, epígrafe, o nombre del caso:
   PROMESA Título III

*Número de Evidencia de Reclamación:*
*Reclamante:*

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):
_Pendiente resolución_

4(f). ¿Tiene usted una sentencia impaga? Sí / <u>No</u>  (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?
_ . No _

**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# ESTADO DE CUENTA ESTIMADO

14 de enero de 2020

**Agencia: 407 - ADMINISTRACION DE FAMILIAS Y NIÑOS**

BARBARA J RIVERA CRUZ
URB. LEVITOWN
U-20 CALLE LEILA
TOA BAJA, PR 00949

Seguro Social: XXX-XX-7970

A base de la información en nuestros registros, al 14 de enero de 2020 usted posee:

Género: Femenino

Fecha de Nacimiento: 25 de febrero de 1975
Fecha de Ingreso al Servicio Público: 31 de agosto de 1996
Fecha de Comienzo de Cotización: 31 de agosto de 1996

| Ley 1 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | | Ley 106 | |
|---|---|---|---|---|---|
| Años Acreditados: | 17 | Tiempo Trabajado: | 4.01 | Tiempo Trabajado: | 2.42 |
| | | Aportaciones: | 9,677.86 | Aportaciones: | 5,113.17 |
| | | Intereses: | 782.70 | Intereses: | 0.00 |
| | | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| **Servicio No Cotizado** | | | | | |
| Pagado: | 0.00 | | | | |
| Tiempo: | 0.00 | | | | |
| **Balance Acumulado:** | 30,073.64 | **Total Aportaciones:** | 10,460.56 | **Total Aportaciones:** | 5,113.17 |
| **Beneficio:** | 491.13 | **Beneficio:** | 45.98 | **Beneficio:** | 0.00 |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov



# CERTIFICACIÓN

Certifico que la Sra. Barbara J. Rivera Cruz, con seguro social número ⁄70, es empleada de la Administración de Familias y Niños, desde el 8 de septiembre de 2016. Ocupa un puesto de Regular de Pagadora adscrito a la oficina de Finanzas en Nivel Central. Devenga un salario mensual de $2,883.00.

Esta certificación se expide hoy 20 de febrero de 2020, conforme a información de Sistema Mecanizado de Recursos Humanos a petición de la Sra. Rivera.

Carmín Rodríguez Negrón
Administrador Auxiliar

/mpm

Edif. Roosevelt Plaza 185 • PO Box 11398, San Juan, PR 00910-1398 • 787.294-4900 ext.1666
Administración de Familias y Niños • Oficina de Recursos Humanos •