**Barbara Rivera Cruz**
Calle Leila U20 4ta Sección
Levittown, Puerto Rico 00949




U.S. POSTAGE PAID
FCM LG ENV
SAN JUAN, PR
00918
MAR 04, 20
AMOUNT
$1.20
R2305H128892-2

1000    00918

HON. LAURA TAYLOR SWAN
SECRETARIA
TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA DISTRITO DE PUERTO RICO
150 CARLOS CHARDON STREET
FEDERAL BUILDING
SAN JUAN PR 00918-1767

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
2020 MAR -5 PM 5: 36
RECEIVED & FILED