

**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

14 de enero de 2020

**Agencia: 407 - ADMINISTRACION DE FAMILIAS Y NIÑOS**

ABRAHAM LIMERY DONES
URB LEVITTOWN
U-20 CALLE LEILA
TOA BAJA, PR 00949

Seguro Social: XXX-XX-1250

A base de la información en nuestros registros, al 14 de enero de 2020 usted posee:

Género: Femenino

Fecha de Nacimiento: 17 de septiembre de 1971
Fecha de Ingreso al Servicio Público: 31 de julio de 1996
Fecha de Comienzo de Cotización: 31 de julio de 1996

| Ley 1 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | | Ley 106 | |
|---|---|---|---|---|---|
| Años Acreditados: | 12.5 | Tiempo Trabajado: | 4 | Tiempo Trabajado: | 2.42 |
| | | Aportaciones: | 10,227.40 | Aportaciones: | 5,414.78 |
| | | Intereses: | 825.48 | Intereses: | 0.00 |
| | | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| **Servicio No Cotizado** | | | | | |
| Pagado: | 458.85 | | | | |
| Tiempo: | 0.00 | | | | |
| **Balance Acumulado:** | 24,800.79 | Total Aportaciones: | 11,052.88 | Total Aportaciones: | 5,414.78 |
| **Beneficio:** | 327.41 | Beneficio: | 50.93 | Beneficio: | 0.00 |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov

# Prime Clerk

Creditor Data Details - Claim # 28721

**Creditor**
ABRAHAM LIMERY DONES

**Debtor Name**
Commonwealth of Puerto Rico

**Date Filed**
05/24/2018

**Claim Number**
28721

**Schedule Number**
210230

## Claim Amounts

| | |
|---|---|
| Claim Nature | General Unsecured |
| Schedule Amount | Undetermined |
| C* | C |
| U* | U |
| D* | |
| Asserted Claim Amount | |
| C* | |
| U* | |
| F* | |
| Current Claim Value | |
| Claim Status | |
| Claim Nature | Priority |
| Schedule Amount | |
| C* | |
| U* | |
| D* | |
| Asserted Claim Amount | Total |
| C* | |
| Schedule Amount | $0.00 |
| U* | |
| Asserted Claim Amount | $316,800.00 |
| F* | |
| Current Claim Value | $316,800.00 |
| Claim Status | |
| Claim Nature | Secured |
| Schedule Amount | |
| C* | |
| U* | |
| D* | |
| Asserted Claim Amount | $158,400.00 |
| C* | C |
| U* | U |
| F* | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

# Commonwealth of Puerto Rico
Case No. 17-03283

case info / claims

+ Case Navigation

+ Quick Links

Limery Dones, Abraham     advanced

« ‹ Page 1 of 1 » ›

| | | |
|---|---|---|
| Schedule | 824026 | |
| Claim # | | 25267 |
| Filed Date | | 05/24/2018 |
| Creditor Name | | LIMERY DONES, ABRAHAM |
| Debtor Name | | Employees Retirement System of the Government of the Commonwealth of Puerto Rico |
| Claim Value | | $81,546.48 |
| Schedule | 431385 | |
| Claim # | | 82733 |
| Filed Date | | 06/07/2018 |
| Creditor Name | | LIMERY DONES, ABRAHAM |
| Debtor Name | | Commonwealth of Puerto Rico |
| Claim Value | | $0.06 |

*Reclamo contingente* (handwritten)

« ‹ Page 1 of 1 » ›

Número de Evidencia de Reclamación: 25267/82733/28721
Reclamante: _____

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

### Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación. Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### Cuestionario

1. **¿Cuál es el fundamento de su reclamación?**
   - ☐ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este
   - ☐ Empleo actual o anterior en el gobierno de Puerto Rico
   - ☒ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

   *El gobierno de Puerto Rico, dispuso de nuestras aportaciones del Sistema de Retiro*

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**

   *Employees Retirement (25267), Reclamo Contingente (82733), Commonwealth of Puerto Rico (28721)*

*Número de Evidencia de Reclamación:*
*Reclamante:*

3. <u>Empleo.</u> ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐ No. *Pase a la Pregunta 4.*
   - ☒ Sí. *Responda preguntas 3(a)-(d).*

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó: *Departamento de La Familia*

3(b). Identifique las fechas de su empleo con relación a su reclamación: *01-01-2007 / 30-06-2017*

3(c). Últimos cuatro dígitos de su número de seguro social: *XXX-XX-1250*

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☐ Jubilación
   - ☐ Salarios impagos
   - ☐ Días por enfermedad
   - ☐ Queja con el sindicato
   - ☐ Vacaciones
   - ☒ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario). *Descuento de Aportación Mensual del Sistema de Retiro  01-01-2007 / 30-06-2017*

4. <u>Acción legal.</u> ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ☒ No.
   - ☐ Sí. *Responda Preguntas 4(a)-(f).*

4(a). Identifique el departamento o agencia que es parte de esta acción. *Departamento de La Familia*

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución: *Adm. Sistema de Retiro*

4(c). Número de caso: *17BK 3283-LTS*

4(d). Título, epígrafe, o nombre del caso: *PROMESA Título III*

*Número de Evidencia de Reclamación:*
*Reclamante:*

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):
_Pendiente resolución_

4(f). ¿Tiene usted una sentencia impaga? Sí / <u>No</u> (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?
_No_



## CERTIFICACIÓN

Certifico que el Sr. Abraham Limery Dones, con seguro social número 250, es empleado de la Administración de Familias y Niños, desde el 20 de septiembre de 1995. Ocupa un puesto de Regular de Auxiliar Fiscal II adscrito a la oficina de Finanzas en Nivel Central. Devenga un salario mensual de $3,045.00.

Esta certificación se expide hoy 20 de febrero de 2020, conforme a información de Sistema Mecanizado de Recursos Humanos a petición del Sr. Limery.

Carmín Rodríguez Negrón
Administrador Auxiliar

/mpm