**Abraham Limery Dones**
Calle Leila U20 4ta Sección
Levittown, Puerto Rico 00949




U.S. POSTAGE PAID
FCM LG ENV
SAN JUAN, PR
00918
MAR 04 20
AMOUNT
**$1.20**
R2305H128892-2

1000          00918

HON. LAURA TAYLOR SWAN
SECRETARIA
TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA DISTRITO DE PUERTO RICO
150  CARLOS CHARDON STREET
FEDERAL BUILDING
SAN JUAN PR 00918-1767

RECEIVED & FILED

2020 MAR -5  PM 5: 36

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.