Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767

Señores:

Saludos.

Sirva la presente para notificarles que debido a que viaje a Estados Unidos por varias semanas, no me fue posible contestar mi réplica a tiempo. Espero puedan justificar la tardanza.

Respetuosamente

*[signature]*

María Rivera Delgado

Junta de supervisión y administración Financiera para Puerto Rico

como representante de

Estado Libre Asociado de Puerto Rico y otros

Deudores

Promesa, Título III

Núm. 17 BK-3283 - LTS

(Administrado conjuntamente)

La presente radicación guarda relación con el ELA, la ACT y SRE.

Datos Contacto:

Nombre: María Rivera Delgado

Dirección: Postal y Residencial

HC-1 3034
Sector Concordia
Arroyo, P.R.
00787

Celular: 939-290-5877
787-380-7523

Correo Electrónico: mariamilo5@yahoo.com

## Mis reclamaciones:

① 80220 - Salario impago
   Ley 96 - Costo de Vida
   Ley 10 del 27 agosto de 1982
   Aumento de Sila Calderón

   Cantidad Reclamada aproximadamente $50,000.

② 103079 - Pensión pagaré mensual.

   Cantidad Reclamada aproximadamente -$18,000.

④

## Mi réplica:

Mi réplica se basa en los años que trabajé como maestra y directora desde el 26 de enero 1988 al 31 de julio 2014, con el Departamento de Educación de Puerto Rico.

Según mi reclamación 80220, no me dieron los aumentos concedidos a otros empleados públicos, como el de la Ley 96 de Costo de la vida, el aumento que otorgó la gobernadora Sila Calderón y la Ley del 27 de agosto 1982.

Mi reclamación 103079, ley 3% pensión retiro aumento anual, el Romerazo.

Por tal razón, creo merecer estos aumentos que no recibí.

Adjunto evidencia de Certificación de pensión y tiempo cotizado de la Pensión del Sistema de Retiro para Maestros. Además de la Certificación de Empleo otorgada por el Departamento de Educación.

Respetuosamente,

*María Rivera Delgado*
María Rivera Delgado