

# DEPARTAMENTO DE EDUCACIÓN
ESTADO LIBRE ASOCIADO DE PUERTO RICO

# Certificado de Maestro
## El Secretario de Educación

Por la presente confiere a

MARIA RIVERA DELGADO

El presente Certificado de Maestro que lo faculta para ejercer como

MAESTRA DE INGLES ELEMENTAL

en las escuelas públicas o privadas del Estado Libre Asociado de Puerto Rico.

Expedido desde __1 de febrero__ de 19_3_ hasta_ de febrero_ de 19_99_.

Dado en San Juan de Puerto Rico, el __20 de mayo__ de 19_94_.

_____
Secretario de Educación

Número 5829

DE-16
Aprobado 28/8/2001

**Departamento de Educación**
P.O. Box 190759 San Juan, Puerto Rico 00919-0759

**DESCRIPCIÓN DEL PUESTO (DE-16)**

NO ESCRIBA EN ESTE ESPACIO

| | |
|---|---|
| 1. DEPARTAMENTO **EDUCACION** | 4. APELLIDO PATERNO,    MATERNO O DEL ESPOSO,    NOMBRE |
| 2. PROGRAMA | 5. NUMERO DE SEGURO SOCIAL    5a. NUMERO DE PUESTO |
| 3. ESCUELA **CAYETANO SANCHEZ** | 6. TITULO DE CLASIFICACION DEL PUESTO **MAESTRO DE LA SALA DE CLASES** |
| 3a. DISTRITO ESCOLAR **ARROYO** | 7. TITULO FUNCIONAL DEL PUESTO **MAESTRA DE SALA CLASE** |

**TAREAS DEL PUESTO**
**EL EMPLEADO ARRIBA INDICADO REALIZA LAS SIGUIENTES FUNCIONES:**

1. Planificar el proceso de enseñanza y aprendizaje en la sala de clases partiendo de la idea de que cada estudiante es una persona con necesidades, aspiraciones y aptitudes singulares.
   a. Conocer al estudiante y la comunidad para entender sus necesidades e intereses particulares y determinar sus necesidades educativas
   b. Analizar y enriquecer las variables que influyen sobre las necesidades educativas identificadas en los estudiantes.
   c. Planificar su labor de enseñanza tomando en consideración las necesidades socio cultural y geográficas de sus estudiantes.
   d. Adaptar el currículo de acuerdo a las necesidades e intereses de los estudiantes con el fin de desarrollar una noción dinámica del tiempo histórico y el espacio geográfico en que viven
   e. Proveer para el desarrollo de las destrezas básicas y complejas del pensamiento crítico y de comunicación de los estudiantes con el propósito de mejorar su entendimiento, análisis y reflexión y la expresión de ideas con precisión y corrección.
   f. Utilizar los materiales, equipo y otros recursos que sean apropiados para desarrollar su labor diaria en forma eficiente de acuerdo a la disponibilidad.
   g. Relacionar sus clases con el contenido de otras asignaturas y la experiencia de vida de la comunidad de los estudiantes.
   h. Aplicar las nuevas tendencias y prácticas educativas pertinentes a las asignaturas que enseña.
   i. Proveer a los estudiantes con rezago académico ayuda individualizada.
   j. Proveer alternativas curriculares para estudiantes de alto rendimiento académico o con habilidades especiales.
   k. Fomentar y adiestrar a los estudiantes en la búsqueda y utilización de información a través de medios tradicionales y electrónicos.
   l. Integrar al currículo actividades para el desarrollo actitudes positivas hacia la vida.
   m. Desarrollar estudios y proyectos especiales de iniciativa propia del maestro o los estudiantes relacionados con el curso, que promuevan que los estudiantes descubran sus capacidades, aviven su imaginación y despierten su curiosidad.

2. Organizar y llevar a cabo todas las actividades diarias de su programa en la sala de clases.
   a. Cumplir con las normas y reglamentos que rigen el funcionamiento de la escuela
   b. Preparar y mantener al día el plan de trabajo.
   c. Preparar y mantener al día el registro de notas y asistencia de sus estudiantes de su salón hogar.
   d. Identificar y solicitar los materiales y equipo que necesita para la enseñanza en su sala de clases.
   e. Organizar los materiales, equipo y otros recursos de su labor diaria y seleccionar aquellos que responden a las actividades que se desarrollen
   f. Conocer y utilizar los servicios que se ofrecen en su escuela y hacer sugerencias para su mejoramiento.
   g. Custodiar y conservar los materiales, libros y equipo que le sean asignados para sus clases.
   h. Preparar los informes relacionados con el proceso de enseñanza y aprendizaje que le solicite el Director de Escuela.

3. Establecer y mantener un sistema objetivo para evaluar la labor del estudiante.
   a. Desarrollar un proceso para evaluar y calificar el trabajo de sus estudiantes:
      - Utilizando criterios objetivos y confiables
      - Usando diferentes técnicas para evaluación
      - Relacionando los logros con los objetivos del curso
      - Considerando la fase diagnóstica, formativa y sumativa
   b. Analizar con los estudiantes sus evaluaciones individuales y ayudarlos al progreso de su aprovechamiento escola.

8. ¿QUE MAQUINAS USA USTED REGULARMENTE EN SU TRABAJO?

Recibo Instrucciones Generales [ ]

Recibo Instrucciones Detalladas [ ]

Puedo Usar Mi Propio Criterio, Sujeto A Revisión [X]

**11. INDIQUE EN QUE FORMA ES REVISADO SU TRABAJO, MARCANDO EL ENCASILLADO CORRESPONDIENTE.**

La Revisión Es Superficial [ ]

La Revisión Es Minuciosa [ ]

La Revisión Se Limita A Unos Aspectos [X]    Indique Cuales __Logros obtenidos__

CERTIFICACIÓN: CERTIFICO QUE LAS CONTESTACIONES PRECEDENTES SON CIERTAS Y EXACTAS

_____         _____
FECHA                                                      FIRMA DEL EMPLEADO

**INFORMACION DEL SUPERVISOR INMEDIATO**

**12. LA INFORMACIÓN DEL EMPLEADO ES CIERTA Y EXACTA, CON LAS SIGUIENTES EXCEPCIONES O ADICIONES: (DÉLE ATENCIÓN ESPECIAL A LOS APARTADOS 10 Y 11)**

CIERTA Y EXACTA

**13. ¿CUALES CONSIDERA USTED LOS DEBERES MÁS IMPORTANTES DE ÉSTE PUESTO?**

TODOS

**14. INDIQUE LOS REQUISITOS PARA EL CERTIFICADO QUE DEBE POSEER LA PERSONA QUE OCUPE ESTE PUESTO.**

| | REQUISITOS PARA EL CERTIFICADO DE MAESTRO |
|---|---|
| REQUISITOS GENERALES | ESTABLECIDO EN EL ARTICULO 5 DEL REGLAMENTO DE CERTIFICACION DE MAESTROS DE PUERTO RICO DEL 1997 |
| REQUISITOS ESPECIFICOS | BACHILLERATO EN EDUCACION CON ESPECIALIDAD EN NIVEL PREESCOLAR, ELEMENTAL, O SECUNDARIA DE LA MATERIA ACADEMICA CORRESPONDIENTE CONFORME AL REGLAMENTO DE CERTIFICACIONES DE MAESTROS DE PUERTO RICO |

_____         _____
FECHA                                                      FIRMA DEL SUPERVISOR INMEDIATO

**INFORMACION DEL JEFE DE LA OFICINA**

**15. LA INFORMACIÓN DEL EMPLEADO Y DEL JEFE INMEDIATO ES CIERTA Y EXACTA, CON LAS SIGUIENTES EXCEPCIONES O ADICIONES.**

CERTIFICACIÓN: CERTIFICO QUE HE LEIDO LA INFORMACIÓN CONTENIDA EN ESTE IMPRESO Y QUE A MI MEJOR ENTENDER ES CIERTA Y EXACTA.

LIZZETTE PILLICH OTERO, ED. D.
SECRETARIA AUXILIAR
AREA DE RECURSOS HUMANOS

_____         _____
FECHA                                                      FIRMA DEL JEFE DE LA AGENCIA

DE-16
Aprobada 28/8/2001

**Departamento de Educación**
P.O. Box 190759 San Juan, Puerto Rico 00919-0759

## DESCRIPCIÓN DEL PUESTO (DE-16)

| | |
|---|---|
| 1. DEPARTAMENTO **EDUCACION** | 4. APELLIDO PATERNO, MATERNO O DEL ESPOSO, NOMBRE |
| 2. PROGRAMA | 5. NUMERO DE SEGURO SOCIAL    5a. NUMERO DE PUESTO |
| 3. ESCUELA   CAYETANO SANCHEZ | 6. TITULO DE CLASIFICACION DEL PUESTO **MAESTRO DE LA SALA DE CLASES** |
| 3a. DISTRITO ESCOLAR   ARROYO | 7. TITULO FUNCIONAL DEL PUESTO **MAESTRA DE SALA CLASE** |

### TAREAS DEL PUESTO

   c. Mantener evidencia de las evaluaciones y progresos de los estudiantes y tenerlas disponibles para cuando se le requieran.
   d. Utilizar los resultados de los instrumentos evaluativos administrados como medio para la planificación de estrategias conducentes a mejorar el aprovechamiento de los estudiantes.

4. Establecer relaciones efectivas de trabajo.
   a. Establecer y mantener relaciones cordiales con todos los componentes de la comunidad escolar, con sus estudiantes, compañeros de trabajo, dirección de la escuela, padres y la comunidad en general.
   b. Participar en las reuniones convocadas y aportar ideas que redunden en beneficio de la educación.
   c. Mantener en su sala de clases un ambiente seguro, de orden y un clima de trabajo adecuado.
   d. Mantener comunicación con los padres en torno al progreso educativo de sus hijos y evidenciarla.
   e. Propiciar y participar en actividades de padres, maestros, estudiantes y de la comunidad

5. Realizar otras tareas a fines requeridas para el buen funcionamiento del Programa.

9. ¿QUE MAQUINAS USA USTED REGULARMENTE EN SU TRABAJO?

 

OFICINA REGIONAL EDUCATIVA DE CAGUAS
Oficina de la Superintendente Regional

27 de febrero de 2020

## CERTIFICACIÓN DE EMPLEO

Certifico que la Sra. María M. Rivera Delgado, fue empleada del Departamento de Educación, s.s. ___-__-____, fue empleada desde el 20 enero de 1988 hasta el 31 de julio de 2014.

Cualquier información adicional pueden comunicarse al 787-743-1234 ext. 4403/4421.

Atentamente,

**Wenddy L. Colón Martínez**
**Superintendente Regional**
**Oficina Regional ORE de Caguas**



El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.



**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

SRM-SB-024
Rev. marzo 2017

## CERTIFICACIÓN DE PENSIÓN

RIVERA DELGADO, MARIA
HC 1 BOX 3034

ARROYO PR 00714

Certifico que RIVERA DELGADO, MARIA recibe de una pensión vitalicia del Sistema de Retiro para Maestros. La pensión mensual es de $1,849.98 equivalente a $22,199.76 anual. Luego de las deducciones recibe la cantidad de $1,709.98 mensual, equivalente a $20,519.76 anual.

Esta certificación se expide hoy 25 de febrero de 2020.



Número de Certificación: SRM03P2001119

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Estado Libre Asociado de Puerto Rico: http://www.pr.gov o en nuestro Portal en http://www.srm.pr.gov

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918
P.O. Box 191879 · San Juan PR 00919-1879



☎ 787.777.1414    📠 787.759.2883    www.srm.pr.gov