María Rivera Delgado
HC1-3034
Sector Concordia
Arroyo, P.R. 00714



Secretaria (Cleks Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918

RECEIVED & FILED
2020 MAR -5 PM 5:36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.