1 de marzo, 2020

Secretaria (Clerk Office)

Las evidencias y mis reclamos y derechos a Ley Promesa Title III demandadas a los acreedores no pueden sustentarse en el momento requerido debido a la situación por la cual está pasando Puerto Rico, una crisis por sismos y mi propia situación emocional por los mismos.

Incluyo información personal. Comencé a trabajar como maestra de nivel intermedio en 4 de agosto de 1974 hasta el 28 de julio de 2001.

Espero está información sirva al comité de acreedores y la Junta de Supervisión a que tengo derecho por ley al monto de reclamación que radiqué en junio 29 2018 por Título III Ley Promesa.

Reclamaciones
Ley 49762 - Ley 89 - 1 julio 96.
Ley 94057 - Ley Escala Salarial - 6 junio 2008
Ley 96621 - 2002

Respetuosamente,
María de los A. Renta Rodríguez
787-388-6893

1 de marzo, 2020

Abogado del Comité de Acreedores:

En relación a mis reclamos el Tribunal no debe declarar a lugar la objeción global a base de Derechos y Hechos por lo cual me opongo a dicha objeción global de la Ley Promesa.

Esperando su pronta atención al respecto.

Queda de usted,
María de los A. Fuentes Rodríguez

1 de marzo, 2020

Abogado de la Junta de Supervision

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde hasta 31 de julio de 2001 como maestra de nivel Intermedio del Departamento de Educación del Estado Libre Asociado de Puerto Rico.

Cantidad a la que por ley tenga derecho.

Atentamente,
María de los A. Renta Rodríguez

Número de Caso 17 BK 03283 LTS
Fecha de presentación - Junio 29- 2018

RECEIVED & FILED
2020 MAR -5 PM 5:36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR