

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. María De los A. Renta Rodríguez**, con número de seguro social que termina en **9544.**

| | |
|---|---:|
| Fecha de Efectividad de la Pensión | 28 de julio de 2001 |
| Tiempo Cotizado para la Pensión | 27 años, 5 mes, 3 sem, 3 día |
| Pensión Mensual Inicial | $1,000.00 |
| Pensión Mensual Actual | $1,458.29 |

Esta certificación se expide hoy, **3 de marzo de 2020** en **San Juan, Puerto Rico.**

*Cynthia Sanjurjo Santos*
**Cynthia Sanjurjo Santos**
Supervisora
Centro de Contacto

sba

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879



📞 787.777.1414   📠 787.764.6910   www.srm.pr.gov

1 de marzo, 2020

Secretaria de Prime Clerk Office

Reclamar objecion global establecida por el Tribunal el 12 de diciembre de 2019

Número de caso - 17BK 03283 LTS
Fecha de Presentación - Junio 29. 2018

Deudor Commonwealth of Puerto Rico
Monto de la reclamación: Lo que tenga derecho por ley.

Agradecida por su pronta atención al respecto.

María de los A. Renta Rodríguez

Número de Evidencia de Reclamación:
Reclamante:

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

**Instrucciones**

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. Sus respuestas deben proporcionar <u>más</u> información de la que se incluye en la evidencia de reclamación inicial. A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación. Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

**Cuestionario**

1. ¿Cuál es el fundamento de su reclamación?

   ☒ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

   ☐ Empleo actual o anterior en el gobierno de Puerto Rico

   ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

2. ¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda): *Aproximadamente 10,000 o lo que tenga derecho por ley*

Número de Evidencia de Reclamación:
Reclamante:

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐ No. *Pase a la Pregunta 4.*
   - ☒ Sí. Responda preguntas 3(a)-(d).

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó: _____

3(b). Identifique las fechas de su empleo con relación a su reclamación: _____

3(c). Últimos cuatro dígitos de su número de seguro social _____

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☐ Jubilación
   - ☒ Salarios impagos
   - ☐ Días por enfermedad
   - ☐ Queja con el sindicato
   - ☐ Vacaciones
   - ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

_____
_____

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ☐ No.
   - ☒ Sí. Responda Preguntas 4(a)-(f).

4(a). Identifique el departamento o agencia que es parte de esta acción.
*Departamento de Educación*

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución:
*Prime Clerk Commonwealth Processing Center of Puerto Rico c/o Prime Clerk 850 Third Avenue Suite 412 Brooklyn NY 21232*

4(c). Número de caso: *17 BK 3283 LTS*

4(d). Título, epígrafe, o nombre del caso:
*Ley Promesa Título III*



Número de Evidencia de Reclamación:
Reclamante:

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):
___Pendiente a Resolucion___

4(f). ¿Tiene usted una sentencia impaga? Sí  (No) (Marque una)
De ser así, ¿cuál es la fecha y el monto de la sentencia?
_____

Prime Clerk
830 Third Ave, 9th Floor
New York, NY 10022

In re Commonwealth of Puerto Rico
Case No. 17-03283
United States Bankruptcy Court for the District of Puerto Rico (San Juan)

**PRIME CLERK RECEIVED YOUR PROOF OF CLAIM.**

Date Filed: 6/29/2018
Proof of Claim No.: 131221

For additional information, please visit **http://cases.primeclerk.com/puertorico**, or call us at **844.822.9231**.

---

U.S. POSTAGE PITNEY BOWES
ZIP 11232 $ 000.35
02 4W
0000349804 SEP. 12 2018

MARIA DE LOS A. RENTA RODRIGUEZ
H-46 CALLE 5 URB. LAS FLORES
JUANA DIAZ, PR 00720

---

Prime Clerk
830 Third Ave, 9th Floor
New York, NY 10022

08 SEP '18
PM 13 L

In re Commonwealth of Puerto Rico
Case No. 17-03283
United States Bankruptcy Court for the District

**PRIME CLERK RECEIVED YOUR PROOF OF CLAIM.**

Date Filed: 6/29/2018
Proof of Claim No.: 148712

For additional information, please visit **http://cases.primeclerk.com/puertorico**, or call us at **844.822.9231**.

---

Prime Clerk
830 Third Ave, 9th Floor
New York, NY 10022

In re Commonwealth of Puerto Rico
Case No. 17-03283
United States Bankruptcy Court for the District of Puerto Rico (San Juan)

**PRIME CLERK RECEIVED YOUR PROOF OF CLAIM.**

Date Filed: 6/29/2018
Proof of Claim No.: 150035

For additional information, please visit **http://cases.primeclerk.com/puertorico**, or call us at **844.822.9231**.

---

U.S. POSTAGE PITNEY BOWES
ZIP 11232 $ 000.35
02 4W
0000349804 SEP. 11 2018

Maria de los A. Renta Rodriguez
H-46 Calle - 5
Urb. Las Flores
Juana Diaz, PR 00960

---

Prime Clerk
830 Third Ave, 9th Floor
New York, NY 10022

11 SEP '18
PM 4 L

In re Commonwealth of Puerto Rico
Case No. 17-03283
United States Bankruptcy Court for the District

**PRIME CLERK RECEIVED YOUR PROOF OF CLAIM.**

Date Filed: 6/29/2018
Proof of Claim No.: 145227

For additional information, please visit **http://cases.primeclerk.com/puertorico**, or call us at **844.822.9231**.