Maria de los P. Renta Rodriguez
Urbanizacion Las Flores
Calle 5 H-46
Juana Diaz, P.R. 00795-2219



Clerks Office
United States District Court
Room 150 Federal Building
San Juan Puerto Rico 00918-1767

RECEIVED & FILED
2020 MAR -5 PM 5:36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.