## RÉPLICA

**Datos de Contacto:**

*Colón Rodríguez, Normí*
*B-16 Calle Magnolia*
*Urb. El Dorado*
*Guayama, PR 00784*
*nomi1029@gmail.com*

RECEIVED & FILED
2020 MAR -5 PM 5: 35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Epígrafe:**

Tribunal de Distrito de los Estados Unidos

San Juan, PR 00918

**Nombre de los Deudores:**

Commonwealth of Puerto Rico

Numero de Procedimiento: 17 BK 3283 LTS (3481)

Título de los Objetivo Global:

Centésima Quincuagésima Sexta Objeción Global

Numero de la Evidencia de Reclamo: *102818*

**Motivo para oponerse a la Objeción Global**

Aumento Mensual de la Escala Salarial

Años de 1977 – 2001 ($7,800.00)