Noemi Colón
3-16 c/ Magnolia
Urb. El Dorado
Guayama, PR 00784

RECEIVED & FILED
2020 MAR -5 PM 5: 35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

Secretario (Clerk's Office)
Tribunal de Distrito de Estados Unidos
Room 150 Federal Building
San Juan, PR 00918-1767