**(i)** **Datos de contacto:**

Nombre: Dolores R. Francis Rosario

Dirección: Urb. Meléndez C-33 Calle B
Fajardo, P.R. 00738

Número de teléfono: (787) 568-1242

Dirección correo electrónico: myrna.casillas@gmail.com

RECEIVED & FILED

2020 MAR -5 PM 5: 35

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

**(ii)** **Epígrafe:**

Nombre del Tribunal: **Tribunal de Distrito de Estados Unidos Para el Distrito de
Puerto Rico**

Nombre de deudores: **Junta Supervisión y Administración Financiera Para Puerto
Rico, como representante de Estado Libre Asociado de
Puerto Rico**

Número de procedimiento: 17- BK3283-LTS

Título de la objeción global: - Notificación de la Centésima Trigésima Sexta
Objeción global del ELA de P.R....

Números de evidencia de reclamos relacionado de Prime Clerk: 163628

**(iii)** Motivo para oponerse:
Trabajé en el Dept. de Educación de Puerto Rico
durante los años 1972 hasta el 2010. En esos tiempo se
aprobaron las leyes #89 (Promesa) y la ley Sila Calderón
de 2002 y no me otorgaron los beneficios que me
correspondían por motivo de esas leyes.

**(iv)** **Documentación justificada:**
Adjunto comprobante, evidenciando años
de servicios en el Dept. de Educación de Puerto Rico.