LTS Doc#:12136-2 Filed:03/05/20 Entered:03/06/20
Envelope Page 1 of 2

Dolores R. Francis Rosario
Sub. McCinley C-33 celda B
Yauco, P.R. 00738

RECEIVED & FILED
2020 MAR -5 PM 5:35
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN, P.R.

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

SAN JUAN PR 009
04 MAR 2020 PM 1

