De: Sra. Lydia H. Figueroa Correa
Num de procedimiento 17 BK 3283 LTS

Mi dirección postal:
Urb: San Martín, Calle 2 D6
Juana Díaz, P.R. 00795
Tel: 787-302-8708

RECEIVED
2020 MAR -5 PM 3:35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

Saludos cordiales:

Yo, Sra. Lydia H. Figueroa Correa recibí una llamada de la Sra. Ivette Morales donde me notifico que tengo que presentarme al Tribunal Federal en Hato Rey, P.R. el martes 22 de Abril del presente año, relacionado con unas reclamaciones que yo realicé por un dinero que considero me adeudan. Realmente son tantos años que han pasado que no recuerdo exactamente muy bien si me pagaron o no cada reclamación es por eso que anteriormente yo les envié evidencia de mi talonario para que vieran mi pensión que recibo luego de mi retiro y mi fecha cuando culminé mis labores. Le deseo notificar que no puedo comparecer a la vista no porque no desee asistir sino más bien excusarme ya que vivo en Juana Díaz no tengo quien me pueda llevar ya que no poseo carro y estoy algo delicada de salud. Le agradeceré si son tan amables que me notifiquen lo que acuerden en dicha vista. Esperando la desicion sea una justa. Me despido con mucho respeto y dándole las gracias anticipadas por su ayuda. Cordialmente. Sra. Lydia H. Figueroa Correa

P.D:
Les envio la carta que me enviaron por si es de su utilidad ya que aparece la lista donde aparece mi nombre