Lydia H. Figueroa Correa
Urb. San Martin Calle 286
Juana Díaz, P.R. 00795

RECEIVED & FILED
2020 MAR -5  PM 5: 3
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

To: Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767

00918-39999

SAN JUAN PR 009
03 MAR 2020 PM 1 L

FOREVER / USA

