## ANEXO A

**Relación de reclamos objeto de la Centésima septuagésima cuarta objeción global**

## Centésima septuagésima cuarta Objeción Global
### Anexo A: Reclamaciones Duplicadas Exactas

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 1 BONET QUILES, CARLOS D. DAVID O. CORDERO HERNÁNDEZ PO BOX 1234 MOCA, PR 00676 | 05/25/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 26529 | $ 100,000.00* | BONET QUILES, CARLOS D. LCDO. DAVID O. CORDERO HERNÁNDEZ PO BOX 1234 MOCA, PR 00676 | 05/25/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 26532 | $ 100,000.00* |
| Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada. | | | | | | | | | |
| 2 CARDINAL HEALTH PR 120, INC. WILLIAM M. VIDAL CARVAJAL MCS PLAZA, 255 PONCE DE LEON AVE. SUITE 801 SAN JUAN, PR 00917 | 04/30/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 9748 | $ 397.10 | CARDINAL HEALTH PR 120, INC. WILLIAM M. VIDAL CARVAJAL MCS PLAZA, 255 PONCE DE LEON AVE. SUITE 801 SAN JUAN, PR 00917 | 04/27/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 7349 | $ 397.10 |
| Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada. | | | | | | | | | |
| 3 CARRASGUILLO SANTOS, YARITZA HC-66 BOX 10200 FAJADO, PR 00738 | 06/06/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 162319 | Indeterminado* | CARRASGUILLO SANTOS, YARITZA HC-66 BOX 10200 FAJARDO, PR 00738 | 06/06/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 165850 | Indeterminado* |
| Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada. | | | | | | | | | |
| 4 CHRISTIAN GERENA, SANDRA PO BOX 81 LAS PIEDRAS, PR 00771 | 05/25/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 17296 | Indeterminado* | CHRISTIAN GERENA, SANDRA LEE PO BOX 81 LAS PIEDRAS, PR 00771 | 05/25/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 20714 | Indeterminado* |
| Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada. | | | | | | | | | |
| 5 COLON DE NAVAS, EVA L. MILAGROS ACEVEDO COLON COND COLINA REAL 2000 AVE F RINCON BOX 1405 SAN JUAN, PR 00926 | 06/27/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 60010 | $ 182.99 | COLON DE NAVAS, EVA L. MILAGROS ACEVEDO COLON COND COLINA REAL 2000 AVE F RINCON BOX 1405 SAN JUAN, PR 00926 | 05/23/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 17759 | $ 182.99 |
| Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada. | | | | | | | | | |

# Centésima septuagésima cuarta Objeción Global
## Anexo A: Reclamaciones Duplicadas Exactas

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 6  CRUZ VELAZQUEZ, HECTOR J PO BOX 9613 CAGUAS, PR 00726 | 04/30/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 13018 | $ 145,514.07 | CRUZ VELAZQUEZ, HECTOR J PO BOX 9613 CAGUAS, PR 00726 | 04/30/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 10854 | $ 145,514.07 |
| Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada. | | | | | | | | | |
| 7  CUADRADO ROSARIO, GISELLE PO BOX 8802 BOTEJAS HUMACAO, PR 00792 | 05/23/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 19290 | Indeterminado* | CUADRADO ROSARIO, GISELLE PO BOX 8802 BO.TEJAS HUMACAO, PR 00792 | 05/23/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 16603 | Indeterminado* |
| Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada. | | | | | | | | | |
| 8  DIAZ MEDINA, LOURDES T. 38-9 CALLE 34 URB VILLA CAROLINA CAROLINA, PR 00985 | 05/21/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 30877 | Indeterminado* | DIAZ MEDINA, LOURDES  T. 38-9 CALLE 34 URB. VILLA CAROLINA CAROLINA, PR 00985 | 05/21/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 27801 | Indeterminado* |
| Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada. | | | | | | | | | |
| 9  DIAZ RODRIGUEZ, CYNTHIA ANN FRANCIS VARGAS LEYRO 64 RIERA PALMER MAYAGUEZ, PR 00680 | 02/13/19 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 168165 | $ 18,000.00* | DIAZ RODRIGUEZ, CYNTHIA ANN FRANCIS VARGAS LEYRO 64 RIERA PALMER MAYAGUEZ, PR 00680 | 02/13/19 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 168133 | $ 18,000.00* |
| Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada. | | | | | | | | | |
| 10  FELIX RODRIGUEZ RODRIGUEZ C/O CITY OFFICE SUPPLIES P.O. BOX 1669 BAYAMON, PR 00960 | 07/03/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 153823 | $ 10,702.93 | RODRIGUEZ RODRIGUEZ, FELIX CITY OFFICE SUPPLIES PO BOX 1669 BAYAMON, PR 00960 | 06/28/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 66708 | $ 10,702.93 |
| Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada. | | | | | | | | | |

Centésima septuagésima cuarta Objeción Global
Anexo A: Reclamaciones Duplicadas Exactas

| | | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 11 | FIGUEROA CAY, OMAR IVAN GERARDO URB. VILLA UNIVERSITARIA CALLE 24 R-24 HUMACAO, PR 00791 | 05/23/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 18822 | Indeterminado* | FIGUEROA CAY, OMAR IVAN GERARDO URB. VILLA UNIVERSITARIA CALLE 24 R-24 HUMACAO, PR 00791 | 05/23/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 18038 | Indeterminado* |

Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada.

| 12 | GONZALEZ JIMENEZ, MARIA I FRANCISCO DÁVILA VARGAS PO BOX 1236 JAYUYA, PR 00664 | 06/07/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 115701 | $ 12,000.00 | GONZALEZ JIMENEZ, MARIA I. LCDO. FRANCISCO DÁVILA VARGAS PO BOX 1236 JAYUYA, PR 00664 | 06/07/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 78738 | $ 12,000.00 |

Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada.

| 13 | GONZALEZ RAMOS, MARIA  DE LOURDES LA PONDEROSA 453 CALLE CECILIANA RIO GRANDE, PR 00745 | 05/29/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 41758 | Indeterminado* | GONZALEZ RAMOS, MARIA DE LOURDES LA PONDEROSA 453 CALLE CECILIANA RIO GRANDE, PR 00745 | 05/29/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 39707 | Indeterminado* |

Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada.

| 14 | IRIZARRY AYALA, PABLO COND LOS ALMENDROS PLAZA 701 CALLE EIDER APT 811 SAN JUAN, PR 00924 | 04/16/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 7421 | Indeterminado* | IRIZARRY AYALA, PABLO COND LOS ALMENDROS PLAZA I APTO 811 SAN JUAN, PR 00924 | 04/16/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 7406 | Indeterminado* |

Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada.

| 15 | LEBRON DAVILA, JANNIRE HC 01 BOX 4529 ARROYO, PR 00714 | 05/25/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 33707 | Indeterminado* | LEBRON DAVILA, JANNIRE HC-01 BOX 4529 ARROYO, PR 00714 | 05/25/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 41729 | Indeterminado* |

Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada.

* Indica que la reclamación contiene montos por liquidar o indeterminados

## Centésima septuagésima cuarta Objeción Global
### Anexo A: Reclamaciones Duplicadas Exactas

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN |
| 16 LOPEZ VELEZ, VIDAL HC01 BOX 4115 BOCALLEJONES LARES, PR 00669 | 07/02/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 134231 | Indeterminado* | LOPEZ VELEZ, VIDAL HC 01 BOX 4115 BO.CALLEJONES CARR.454 HM.3.8 LARES, PR 00669 | 07/02/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 124346 | Indeterminado* |
| Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada. | | | | | | | | | |
| 17 LOPEZ VELEZ, VIDAL HC 01 BOX 4115 BO.CALLEJONES CARR.454 HM.3.8 LARES, PR 00669 | 07/02/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 166252 | Indeterminado* | LOPEZ VELEZ, VIDAL HC 01 BOX 4115 BOCALLEJONES LARES, PR 00669 | 07/02/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 121978 | Indeterminado* |
| Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada. | | | | | | | | | |
| 18 LOZA RUIZ, SYLKIA PO BOX 315 YABUCOA, PR 00767 | 05/24/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 43990 | Indeterminado* | LOZA RUIZ, SYLKIA PO BOX 315 YABUCOA, PR 00767 | 05/24/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 30129 | Indeterminado* |
| Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada. | | | | | | | | | |
| 19 LUGO ORTIZ, WANDA I. VILLAS DEL LAUREL II 1412 BOULEVARD COTO LAUREL, PR 00780 | 06/05/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 47273 | Indeterminado* | LUGO ORTIZ, WANDA I. VILLAS DEL LAUREL II 1412 BOULEVARD COTO LAUREL, PR 00780 | 05/29/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 26526 | Indeterminado* |
| Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada. | | | | | | | | | |
| 20 LUIS MANUEL RAMIREZ PEREZ & JOSE LUIS RAMIREZ PEREZ C/O JOSE LUIS RAMIREZ COLL PO BOX 13128 SAN JUAN, PR 00908 | 06/29/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 103148 | $ 5,000.00 | LUIS MANUEL RAMIREZ PEREZ & JOSE LUIS RAMIREZ REPEZ JOSE LUIS RAMIREZ COLL PO BOX 13128 SAN JUAN, PR 00908 | 06/29/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 87279 | $ 5,000.00 |
| Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada. | | | | | | | | | |

* Indica que la reclamación contiene montos por liquidar o indeterminados

## Centésima septuagésima cuarta Objeción Global
### Anexo A: Reclamaciones Duplicadas Exactas

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 21 | MATEO, ANA TORRES URB PUERTO NUEVO 1176 CCANARIA SAN JUAN, PR 00920 | 04/20/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 7845 | Indeterminado* | MATEO TORRES, ANA URB PUERTO NUEVO 1176 CALLE CANARIA SAN JUAN, PR 00920 | 04/20/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 7849 | Indeterminado* |

Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 22 | MEDINA PORTALATIN, LIZANDRA HC 05 BOX 91838 ARECIBO, PR 00612 | 06/01/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 29881 | Indeterminado* | MEDINA PORTALATIN, LIZANDRA HC 05 BOX 91838 ARECIBO, PR 00612 | 05/29/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 28618 | Indeterminado* |

Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 23 | MEDINA PORTALATIN, LIZANDRA HC 05 BOX 91838 ARECIBO, PR 00612 | 06/01/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 30589 | Indeterminado* | MEDINA PORTALATIN, LIZANDRA HC 05 BOX 91838 ARECIBO, PR 00612 | 05/29/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 27418 | Indeterminado* |

Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 24 | MENDEZ MENDEZ, RUTH NESTOR GONZALEZ GONZ TUTOR URB. ISLAZUL 3196 ANDALUCIA ISABELA, PR 00662 | 04/04/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 6244 | Indeterminado* | MENDEZ MENDEZ, RUTH URB. ISLAZUL 3196 ANDALUCIA ISABELA, PR 00662 | 04/04/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 6060 | Indeterminado* |

Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 25 | MERCADO TORRES, ANGEL HC 06 BOX 9009 JUAN DIAZ, PR 00795 | 06/05/19 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 169166 | Indeterminado* | MERCADO TORRES, ANGEL HC06 BOX 9009 JUANA DIAZ, PR 00798 | 06/05/19 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 169118 | Indeterminado* |

Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada.

* Indica que la reclamación contiene montos por liquidar o indeterminados

## Centésima septuagésima cuarta Objeción Global
### Anexo A: Reclamaciones Duplicadas Exactas

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 26 | MOYA MOYANO, LUZ J 315 CALLE SIMON MADERA VILLA ANGELICA MAYAGUEZ, PR 00680 | 06/06/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 60990 | Indeterminado* | MOYA MOYANO, LUZ J. VILLA ANGELICA 315 SIMON MADERA MAYAGUEZ, PR 00680 | 06/06/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 61012 | Indeterminado* |
| | Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada. | | | | | | | | | |
| 27 | MUNOZ REYES, JUDITH PO BOX 259 VILLALBA, PR 00766-0259 | 06/29/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 82881 | Indeterminado* | MUNOZ REYES, JUDITH PO BOX 259 VILLALBA, PR 00766-0259 | 05/25/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 27092 | Indeterminado* |
| | Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada. | | | | | | | | | |
| 28 | NAZARIO TORRES, HELGA PO BOX 815 CIDRA, PR 00739-0815 | 06/11/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 79532 | $ 410,400.00 | NAZARIO TORRES, HELGA PO BOX 815 CIDRA, PR 00739-0815 | 06/14/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 66344 | $ 410,400.00 |
| | Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada. | | | | | | | | | |
| 29 | PADILLA VELEZ, JESUS LDO LUIS A FERNANDEZ DOMENECH PO BOX 1768 CABO ROJO, PR 00623 | 05/25/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 48350 | $ 150,000.00* | PADILLA VELEZ, JESUS PO BOX 1768 CABO ROJO, PR 00623 | 05/29/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 46398 | $ 150,000.00* |
| | Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada. | | | | | | | | | |
| 30 | PAGAN RIVERA, CARMEN ANA URB. JARDINES DEL VALENCIANO CALLE ORQUIDEA B-6 JUNCOS, PR 00777 | 05/23/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 19355 | Indeterminado* | PAGAN RIVERA, CARMEN ANA URB. JARDINES DEL VALENCIANO CALLE ORQUIDEA B-6 JUNCOS, PR 07777 | 05/23/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 19467 | Indeterminado* |
| | Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada. | | | | | | | | | |

* Indica que la reclamación contiene montos por liquidar o indeterminados

Centésima septuagésima cuarta Objeción Global

Anexo A: Reclamaciones Duplicadas Exactas

| | | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN |
| 31 | PAGAN RIVERA, CARMEN ANA URB JADNS DEL VALENCIANO B 6 CALLE ORQUIDEA JUNCOS, PR 00777 | 05/23/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 19473 | Indeterminado* | PAGAN RIVERA, CARMEN ANA URB. JARDINES DEL VALENCIANO CALLE ORQUIDEA B-6 JUNCOS, PR 07777 | 05/23/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 19467 | Indeterminado* |

Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 32 | PELLOT PEREZ, JOSE J MARIBEL GARCIA AYALA ATTORNEY URB. CAMINO DE LA PRINCESA 77 CALLE AURORA GUAYAMA, PR 00784-7619 | 02/07/19 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 168141 | $ 90,000.00* | PELLOT PEREZ, JOSE J MARIBEL GARCIA AYALA URB. CAMINO DE LA PRINCESA 77 CALLE AURORA GUAYAMA, PR 00784-7619 | 02/07/19 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 168143 | $ 90,000.00* |

Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 33 | PELLOT PEREZ, JOSE J MARIBEL GARCIA AYALA URB. CAMINO DE LA PRINCESA 77 CALLE AURORA GUAYAMA, PR 00784-7619 | 02/07/19 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 168142 | $ 90,000.00* | PELLOT PEREZ, JOSE J MARIBEL GARCIA AYALA URB. CAMINO DE LA PRINCESA 77 CALLE AURORA GUAYAMA, PR 00784-7619 | 02/07/19 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 168143 | $ 90,000.00* |

Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 34 | PEREZ NIEVES, JOSE I. JANE A BECKER WHITAKER P.O. BOX 9023914 SAN JUAN, PR 00902 | 06/04/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 59930 | Indeterminado* | PEREZ NIEVES, JOSE I. JANE A. BECKER WHITAKER PO BOX 9023914 SAN JUAN, PR 00902 | 06/04/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 58925 | Indeterminado* |

Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada.

Centésima septuagésima cuarta Objeción Global

Anexo A: Reclamaciones Duplicadas Exactas

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | |
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| 35 | QUINONES UFRET, KAREN M. URB ALTURAS DE SAN JOSE MM 4 CALLE 20 SABANA GRANDE, PR 00637 | 07/06/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 151787 | Indeterminado* | QUINONES UFRET, KAREN M. URB ALTURAS DE SAN JOSE C/20 MM 4 SABANA GRANDE, PR 00667 | 07/06/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 148387 | Indeterminado* |

Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada.

| 36 | RAMIREZ TORRES, NELLY 836 CALLE SALICO EXT. DEL CARMEN PONCE, PR 00716-2146 | 06/27/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 107322 | Indeterminado* | RAMIREZ TORRES, NELLY 836 CALLE SALICO EXT DEL CARMEN PONCE, PR 00716-2146 | 06/27/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 109008 | Indeterminado* |

Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada.

| 37 | REYES ROSARIO, IVELISSE HC 4 BOX 8924 AGUAS BUENAS, PR 00703 | 05/22/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 25881 | $ 205,200.00 | REYES ROSARIO, IVELISSE HC 4 BOX 8924 AGUAS BUENAS, PR 00703 | 05/22/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 21890 | $ 205,200.00 |

Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada.

| 38 | RIOS FELICIANO, MIGUEL A PO BOX 22 MARICAO, PR 00606 | 04/20/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 7822 | Indeterminado* | RIOS FELICIANO, MIGUEL PO BOX 22 MARICAO, PR 00606 | 04/20/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 7863 | Indeterminado* |

Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada.

| 39 | RIVERA PERCY, VICTOR T VILLA GRILLASCA 937 CALLE VIRGILIO BIAGGI PONCE, PR 00717 | 05/07/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 17052 | $ 5,000,000.00* | RIVERA PERCY, VICTOR T JUAN R. RODRIGUEZ PO BOX 7693 PONCE, PR 00732 | 05/07/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 29003 | $ 5,000,000.00* |

Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada.

* Indica que la reclamación contiene montos por liquidar o indeterminados

Centésima septuagésima cuarta Objeción Global
Anexo A: Reclamaciones Duplicadas Exactas

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 40 RIVERA TROCHE, NILDA WILSON CRUZ RAMIREZ 120 A CALLE CARBONELL CABO ROJO, PR 00623 | 05/29/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 38997 | $ 500.00* | RIVERA TROCHE, NILDA LCDO. WILSON CRUZ RAMIREZ #120 A CALLE CARBONELL CABO ROJO, PR 00623 | 05/29/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 34430 | $ 500.00* |

Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada.

| 41 RIVERA VAZQUEZ, LUIS A HC02 BOX 10238 JUNCOS, PR 00777 | 05/25/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 18173 | Indeterminado* | RIVERA VAZQUEZ, LUIS A HC-02 BOX 10238 JUNCOS, PR 00754 | 05/25/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 14928 | Indeterminado* |

Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada.

| 42 RODRIGUEZ COLON, JEANETTE IVAN GARAU DIAZ CONDOMINIO EL CENTRO I SUITE 219 #500 AVE MUNOZ RIVERA SAN JUAN, PR 00918 | 04/26/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 8326 | $ 50,000.00* | RODRIGUEZ COLON, JEANETTE ATTN: IVAN GARAU DIAZ CONDOMINIO EL CENTRO I SUITE 219 #500 AVE MUNOZ RIVERA SAN JUAN, PR 00918 | 04/30/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 8558 | $ 50,000.00* |

Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada.

| 43 RODRIGUEZ COLON, JEANETTE IVAN GARAU DIAZ CONDOMINIO EL CENTRO I SUITE 219 #500 AVE MUNOZ RIVERA SAN JUAN, PR 00918 | 04/30/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 9699 | $ 50,000.00* | RODRIGUEZ COLON, JEANETTE IVAN GARAU DIAZ CONDOMINIO EL CENTRO I SUITE 219 #500 AVE MUNOZ RIVERA SAN JUAN, PR 00918 | 04/26/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 9527 | $ 50,000.00* |

Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada.

## Centésima septuagésima cuarta Objeción Global
### Anexo A: Reclamaciones Duplicadas Exactas

| | | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 44 | RODRIGUEZ COLON, JEANETTE IVAN GARAU DIAZ CONDOMINIO EL CENTRO I SUITE 219 AVE MUNOZ RIVERA #500 SAN JAUN, PR 00918 | 04/30/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 9706 | $ 50,000.00* | RODRIGUEZ COLON, JEANETTE IVAN GARAU DIAZ CONDOMINIO EL CENTRO I SUITE 219 AVE MUNOZ RIVERA #500 SAN JUAN, PR 00918 | 04/26/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 9034 | $ 50,000.00* |

Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada.

| 45 | RODRIGUEZ GARCIA, MALENIE D16 C/ MIGUEL A. GOMEZ URB. IDAMARIS GARDENS CAGUAS, PR 00725 | 05/30/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 21294 | Indeterminado* | RODRIGUEZ GARCIA, MALENIE D16 C/ MIGUEL A GOMEZ URB IDAMARIS GARDENS CAGUAS, PR 00725 | 05/29/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 32411 | Indeterminado* |

Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada.

| 46 | RODRIGUEZ GONZALEZ, TANYA P.O. BOX 13871 SAN JUAN, PR 00908 | 05/24/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 18547 | Indeterminado* | RODRIGUEZ GONZALEZ, TANYA PO BOX 13871 SAN JUAN, PR 00908-3871 | 05/24/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 18905 | Indeterminado* |

Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada.

| 47 | ROHENA BENITEZ, WILLIAM HC 01 BOX 5902 JUNCOS, PR 00777 | 05/16/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 11990 | $ 27,958.50* | BENITEZ, WILLIAM ROHENA HC 1 BOX 5902 JUNCOS, PR 00777 | 05/16/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 16378 | $ 27,958.50* |

Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada.

| 48 | RUIZ PAGÁN, KHAIRY  J. URB. JARDINES DEL VALENCIANO CALLE ORQUIDEA B-6 JUNCOS, PR 00777 | 05/23/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 19199 | Indeterminado* | RUIZ PAGÁN, KHAIRY J URB. JARDINES DEL VALENCIANO CALLE ORQUIDEA B-6 JUNOS, PR 00777 | 05/23/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 19125 | Indeterminado* |

Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada.

Centésima septuagésima cuarta Objeción Global

Anexo A: Reclamaciones Duplicadas Exactas

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |

| 49 | TEODORO RIVERA OLMEDA PO BOX 193 VILLALBA, PR 00766 | 04/30/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 9664 | Indeterminado* | RIVERA OLMEDA, TEODORO PO BOX 193 VILLALBA, PR 00766 | 05/25/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 34270 | Indeterminado* |

Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada.

| 50 | TORRES APONTE, IRIS N PO BOX 9989 SAN JUAN, PR 00908 | 05/25/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 21431 | Indeterminado* | TORRES APONTE , IRIS N. PO BOX 9989 SAN JUAN, PR 00908 | 05/25/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 21503 | Indeterminado* |

Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada.

| 51 | VARGAS VARGAS, LUIS A. PO BOX 2232 ANASCO, PR 00610 | 04/12/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 7239 | Indeterminado* | VARGAS VARGAS, LUIS A. PO BOX 2232 ANASCO, PR 00610 | 04/12/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 7242 | Indeterminado* |

Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada.

| 52 | WESTERN SURETY COMPANY AND CONTINENTAL CASUALTY COMPANY SALDANA, CARVAHAL & VELEZ-RIVE, PSC MELISSA HERNANDEZ - CARRASQUILLO, ESQ. 166 AVENIDA DE LA CONSTITUCION SAN JUAN, PR 00901 | 05/15/18 | Autoridad de Carreteras y Transportación de Puerto Rico 17 BK 03567-LTS | 15441 | $ 12,853,074.00* | WESTERN SURETY COMPANY AND CONTINENTAL CASUALTY COMPANY MELISSA HERNANDEZ-CARRASQUILLO, ESQ. 166 AVENIDA DE LA CONSTITUCION SAN JUAN, PR 00901 | 05/08/18 | Autoridad de Carreteras y Transportación de Puerto Rico 17 BK 03567-LTS | 12384 | $ 12,853,074.00* |

Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada.

| 53 | YABUCOA DEVELOPMENT, S.E. P.O.BOX 190858 SAN JUAN, PR 00919-0858 | 05/27/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 26041 | $ 74,097.42 | YABUCOA DEVELOPMENT, S.E PO BOX 190858 SAN JUAN, PR 00919-0858 | 05/27/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 25519 | $ 74,097.42 |

Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada.

* Indica que la reclamación contiene montos por liquidar o indeterminados