**ANEXO A**
**Relación de reclamos objeto de la Centésima septuagésima quinta objeción global**

## Centésima septuagésima quinta Objeción Global
### Anexo A: Reclamaciones resueltas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | ANTILLES OFFICE SUPPLY<br>PO BOX 3474<br>MANATÍ, PR 00674 | 6/8/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 49946 | $ 3,827.71 |

Base para: En la Evidencia de Reclamo, se formula la obligación sobre la base de la Factura n.º 35264. Los registros del Cuerpo de Bomberos muestran que dicha factura se abonó en su totalidad. La Factura n.º 35264 se abonó por medio del Cheque n.º 03306736, número de comprobante 16300256, con fecha 01/09/2015.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | C E & L FIRE EXTINGUISHER DISTRIBUTORS Y/O CARLOS M. FLORES LABAULT<br>PO BOX 3092<br>BAYAMON, PR 00960 | 5/7/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 12468 | $ 2,878.00 |

Base para: En la Evidencia de Reclamo, se formula la obligación sobre la base de las Facturas n.º IN00512132 e IN00512169. Los registros del Departamento de Estado muestran que dichas facturas se abonaron en su totalidad por medio del Cheque n.º 234171 con fecha 10/09/2018.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | COMMUNICATIONS LEASING LEASING CORP<br>ANA ALBERTORIO<br>PO BOX 362526<br>SAN JUAN, PR 00936 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 29378 | $ 1,125.00 |

Base para: En la Evidencia de Reclamo, se formula la obligación sobre la base de la Factura n.º 79939. Los registros del Departamento de Estado muestran que dicha factura se abonó en su totalidad por medio de la Transferencia Electrónica de Fondos n.º 98084 con fecha 31/08/2018.

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | COMPAÑIA DE FOMENTO INDUSTRIAL DE PUERTO RICO<br>PUERTO RICO INDUSTRIAL DEVELOPMENT<br>PO BOX 362350<br>SAN JUAN, PR 00936-2350 | 5/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 20497 | $ 1,000.00 |

Base para: En la Evidencia de Reclamo, se formula la obligación sobre la base de la Factura n.º 180500128. Los registros del Cuerpo de Bomberos muestran que dicha factura se abonó en su totalidad. La Factura n.º 180500128 se abonó por medio del Cheque n.º 00211044 con fecha 21/05/2018.

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | DAT@ACCESS COMMUNICATIONS, INC<br>HECTOR FIGUEROA-VINCENTY ESQ.<br>310 CALLE SAN FRANCISCO<br>SUITE 32<br>SAN JUAN, PR 00901 | 5/4/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 8652 | $ 2,227.27 |

Base para: En la Evidencia de Reclamo, se formula la obligación sobre la base de la Factura n.º 105994. Los registros de la Oficina del Comisionado de Seguros muestran que dicha factura se abonó en su totalidad. La Factura n.º 105994 se abonó por medio de la Transferencia Electrónica de Fondos n.º 00016347 con fecha 04/05/2018.

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | DOUBLE STATIONARY INC<br>D/B/A XEROGRAPHIC SUPPLIES<br>PO BOX 195497<br>SAN JUAN, PR 00919-5497 | 4/2/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 152785 | $ 790.00 |

Base para: En la Evidencia de Reclamo, se formula la obligación sobre la base de las Facturas n.º 673431-0 y 685148-0. Los registros del Departamento de Salud muestran que dichas facturas se abonaron en su totalidad. La Factura n.º 673431-0 se abonó por medio del Cheque n.º 00085916 con fecha 14/06/2018. La Factura n.º 685148-0 se abonó por medio del Cheque n.º 00070076 con fecha 08/02/2018.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Centésima septuagésima quinta Objeción Global
Anexo A: Reclamaciones resueltas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 7 | DUENAS TRAILER RENTAL, INC<br>PO BOX 194859<br>SAN JUAN, PR 00919 | 5/30/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 44521 | $ 3,408.00 |

Base para: En la Evidencia de Reclamo, se formula la obligación sobre la base de las Facturas n.º 177442, 177443, 177444, 178412, 179310, 186829 y 187810. Los registros de la Comisión de Servicio Público muestran que dichas facturas se abonaron en su totalidad. Las Facturas n.º 177442, 177443, 177444, 178412 y 179310 se abonaron por medio de la Transferencia Electrónica de Fondos n.º 00090568 con fecha 16/07/2018. Las Facturas n.º 186829 y 187810 se abonaron por medio de la Transferencia Electrónica de Fondos n.º 00122672 con fecha 27/02/2019.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | EBSCO INDUSTRIES, INC.<br>PO BOX 1801<br>BIRMINGHAM, AL 35201 | 4/19/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 6350 | $ 33,000.00 |

Base para: En la Evidencia de Reclamo, se formula la obligación sobre la base de la Factura n.º 4017957. Los registros del Departamento de Educación muestran que dicha factura se abonó en su totalidad. La Factura n.º 4017957 se abonó por medio del Cheque n.º 00176104 con fecha 05/06/2018 y el Cheque n.º 00144571 con fecha 13/07/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | EXPO GALLERY INC.<br>PMB 514<br>1353 AVE LUIS VIGOREACEX<br>GUAYNABO, PR 00966 | 3/14/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 2745 | $ 1,650.00 |

Base para: En la Evidencia de Reclamo, se formula la obligación sobre la base de la Factura n.º 4149. Los registros del Departamento de Estado muestran que dicha factura se abonó en su totalidad. La Factura n.º 4149 se abonó por medio del Cheque n.º 00199361 con fecha 23/03/2018.

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | FISA, S.E.<br>PO BOX 2286<br>GUAYAMA, PR 00785-2286 | 5/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 18412 | $ 12,764.08 |

Base para: En la Evidencia de Reclamo, se formula la obligación sobre la base de las Facturas n.º DTRH-0075 y DTRH-0076. Los registros del Departamento del Trabajo y Recursos Humanos establecen que dichas facturas se abonaron en su totalidad. La Factura n.º DTRH-0075 se abonó por medio de la Transferencia Electrónica de Fondos n.º 00078486 con fecha 16/05/2018. La Factura n.º DTRH-0076 se abonó por medio de la Transferencia Electrónica de Fondos n.º 00083992 con fecha 15/06/2018.

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | FLORES LABAULT DBA, CARLOS M<br>CE & L FIRE EXTINGUISHERS<br>PO BOX 3092<br>BAYAMON, PR 00960 | 5/8/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 12454 | Indeterminado* |

Base para: En la Evidencia de Reclamo, se formula la obligación sobre la base de la Factura n.º IN00512441. Los registros del Departamento de Policía de Puerto Rico muestran que dicha factura se abonó en su totalidad por medio del Cheque n.º 00171366 con fecha 25/08/2017.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Centésima septuagésima quinta Objeción Global
Anexo A: Reclamaciones resueltas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 12 | J&M DEPOT, INC<br>MAYRA NIEVES<br>P.O. BOX 29427<br>SAN JUAN, PR 00929 | 6/20/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 43700 | $ 638.88 |
| | Base para: En la Evidencia de Reclamo, se formula la obligación sobre la base de las Facturas n.º 102173 y 102361. Los registros del Departamento de Educación muestran que dichas facturas se abonaron en su totalidad. Las Facturas n.º 102173 y 102361 se abonaron por medio del Cheque n.º 00202871 con fecha 12/09/2018. | | | | | |
| 13 | NETWAVE EQUIPMENT CO.<br>HÉCTOR FIGUEROA-VINCENTY, ESQ.<br>310 CALLE SAN FRANCISCO<br>SUITE 32<br>SAN JUAN, PR 00901 | 5/1/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 8721 | $ 9,100.00 |
| | Base para: En la Evidencia de Reclamo, se formula la obligación sobre la base de la Factura n.º 6461. Los registros de la Administración de Desarrollo Socioeconómico de la Familia (ADSEF) muestran que dicha factura se abonó en su totalidad por medio de la Transferencia Electrónica de Fondos n.º 83254 con fecha 11/06/2018. | | | | | |
| 14 | NETWAVE EQUIPMENT CO.<br>HECTOR FIGUEROA-VICENTY, ESQ.<br>310 CALLE SAN FRANCISCO<br>SUITE 32<br>SAN JUAN, PR 00901 | 5/2/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 8921 | $ 7,110.00 |
| | Base para: En la Evidencia de Reclamo, se formula la obligación sobre la base de la Factura n.º 6813. Los registros de la Cámara de Representantes de Puerto Rico muestran que dicha factura se abonó en su totalidad por medio del Cheque n.º 044764 con fecha 26/04/2018. | | | | | |
| 15 | NETWAVE EQUIPMENT CO.<br>HÉCTOR FIGUEROA-VINCENTY, ESQ.<br>310 CALLE SAN FRANCISCO<br>SUITE 32<br>SAN JUAN, PR 00901 | 5/3/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 9033 | $ 4,090.00 |
| | Base para: En la Evidencia de Reclamo, se formula la obligación sobre la base de la Factura n.º 6829. Los registros de la Junta Reglamentadora de Telecomunicaciones muestran que dicha factura se abonó en su totalidad por medio del Pago n.º 00075084 con fecha 27/04/2018. | | | | | |
| 16 | NETWAVES EQUIPMENT CO.<br>HÉCTOR FIGUEROA-VINCENTY, ESQ.<br>310 CALLE SAN FRANCISCO<br>SUITE 32<br>SAN JUAN, PR 00901 | 5/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 17363 | $ 16,200.00 |
| | Base para: En la Evidencia de Reclamo, se formula la obligación sobre la base de las Facturas n.º 5938, 6107, 6148, 6214, 6529 y 6276. Los registros del Departamento de Servicios Generales muestran que dichas facturas se abonaron en su totalidad por medio de las Transferencias Electrónicas de Fondos n.º 10604, 44373, 44372, 44051, 44050 y 44777 con fecha 24/10/2016, 19/07/2017, 19/07/2017, 19/07/2017, 19/07/2017 y 21/07/2017, respectivamente. | | | | | |
| 17 | NUSTREAM COMMUNICATIONS INC<br>HECTOR FIGUEROA VINCENTY ESQ.<br>CALLE SAN FRANCISCO 310 STE. 32<br>SAN JUAN, PR 00901 | 4/30/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 8689 | $ 13,224.00 |

## Centésima septuagésima quinta Objeción Global
### Anexo A: Reclamaciones resueltas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| | Base para: En la Evidencia de Reclamo, se formula la obligación sobre la base de las Facturas n.º 8740, 8768, 8795, 8822 y 8849. Los registros de la Cámara de Representantes de Puerto Rico muestran que dichas facturas se abonaron en su totalidad. La Factura n.º 87040 se abonó por medio del Cheque n.º 041546 con fecha 30/06/2017. La Factura n.º 8768 se abonó por medio del Cheque n.º 041748 con fecha 14/07/2017. La Factura n.º 8795 se abonó por medio del Cheque n.º 042167 con fecha 28/08/2017. La Factura n.º 8822 se abonó por medio del Cheque n.º 042407 con fecha 27/09/2017. La Factura n.º 8849 se abonó por medio del Cheque n.º 042819 con fecha 09/11/2017. | | | | | |
| 18 | SPECIALTY OFFICE PRODUCTS<br>P O BOX 1914<br>GUAYNABO, PR 00970-1914 | 5/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 21394 | $ 737.40 |
| | Base para: En la Evidencia de Reclamo, se formula la obligación sobre la base de la Factura n.º 7012420-IN. Los registros del Departamento de Justicia muestran que dicha factura se abonó en su totalidad. La Factura n.º 7012420-IN se abonó por medio de la Transferencia Electrónica de Fondos n.º 00089199 con fecha 05/07/2018. | | | | | |
| 19 | TECHNICAL MAINTENANCE SERVICES<br>PO BOX 3826<br>GUAYNABO, PR 00970 | 5/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 35853 | $ 393.00 |
| | Base para: En la Evidencia de Reclamo, se formula la obligación sobre la base de la Factura n.º INV000008295. Los registros de la Oficina del Comisionado de Instituciones Financieras muestran que dicha factura se abonó en su totalidad. La Factura n.º INV000008295 se abonó por medio de la Transferencia Electrónica de Fondos n.º 00075095 con fecha 27/04/2018. | | | | | |
| 20 | WAL-SMART INC.<br>24 URB. VALLE SUR<br>MAYAGUEZ, PR 00680-7059 | 5/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 23316 | $ 1,320.00 |
| | Base para: En la Evidencia de Reclamo, se formula la obligación sobre la base de la Factura n.º 23305. Los registros de la Junta de Calidad Ambiental muestran que dicha factura se abonó en su totalidad. La Factura n.º 23305 se abonó por medio del Cheque n.º 00004726 con fecha 17/05/2018. | | | | | |
| | | | | | TOTAL | $ 115,483.34* |

\* Indica que la reclamación contiene montos por liquidar o indeterminados