**EXHIBIT D**
**Proposed Order**

Case:17-03283-LTS Doc#:12141-5 Filed:03/06/20 Entered:03/06/20 13:52:51 Desc:
Exhibit D Page 1 of 7

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br>   as representative of<br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br>   Debtors.[1] | PROMESA<br>Title III<br>No. 17 BK 3283-LTS<br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth.** |

**ORDER GRANTING ONE HUNDRED SEVENTY-FIFTH OMNIBUS OBJECTION
(NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO
TO SATISFIED CLAIMS**

Upon the *One Hundred Seventy-Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Satisfied Claims* (the "One Hundred Seventy-Fifth Omnibus Objection"),[2] filed by the Commonwealth of Puerto Rico ("Commonwealth"), dated March 6, 2020, for entry of an order disallowing in their entirety certain claims filed against the Commonwealth, as more fully set forth in the One Hundred Seventy-Fifth Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the One Hundred

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the One Hundred Seventy-Fifth Omnibus Objection.

Seventy-Fifth Omnibus Objection and to grant the relief requested therein pursuant to PROMESA section 306(a); and venue being proper pursuant to PROMESA section 307(a); and due and proper notice of the One Hundred Seventy-Fifth Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and each of the claims identified in Exhibit A to the One Hundred Seventy-Fifth Omnibus Objection (collectively, the "Satisfied Claims") having been found to be fully satisfied; and the Court having determined that the relief sought in the One Hundred Seventy-Fifth Omnibus Objection is in the best interests of the Commonwealth, its creditors, and all parties in interest; and the Court having determined that the legal and factual bases set forth in the One Hundred Seventy-Fifth Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the One Hundred Seventy-Fifth Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that the Satisfied Claims are hereby disallowed in their entirety; and it is further

ORDERED that Prime Clerk, LLC, is authorized and directed to delete the Satisfied Claims from the official claims registry in the Title III Cases; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.

Dated: _____

                                                Honorable Judge Laura Taylor Swain
                                                United States District Judge

## __ANEXO D__
**Orden propuesta**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| *In re*:<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>    como representante de<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO, *et al.*,<br><br>                                    Deudores.[1] | PROMESA<br>Título III<br>Núm. 17 BK 3283-LTS<br>(Administrada Conjuntamente)<br><br>**La presente radicación guarda relación con el ELA.** |

**ORDEN POR LA QUE SE CONCEDE LA CENTÉSIMA SEPTUAGÉSIMA QUINTA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO
A RECLAMOS SATISFECHOS**

Vista la *Centésima septuagésima quinta objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico a Reclamos satisfechos* (la "Centésima septuagésima quinta

---

[1] Los Deudores en el marco de las presentes Causas radicadas conforme al Título III, junto con el respectivo número de causa radicada conforme al Título III y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (el "ELA") (Causa de Quiebra Núm. 17 BK 3283-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Causa de Quiebra Núm. 17 BK 3284-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (Causa de Quiebra Núm. 17 BK 3567-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (Causa de Quiebra Núm. 17 BK 3566-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (Causa de Quiebra Núm. 17 BK 4780-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP", y denominados conjuntamente con el ELA, COFINA, la ACT, el SRE y la AEE, los "Deudores") (Causa de Quiebra Núm. 19-BK-5523-LTS) (Últimos cuatro dígitos del número federal de contribuyente: 3801) (Los números de las causas radicadas conforme al Título III están enumerados como números de causas de quiebra debido a ciertas limitaciones en el programa informático).

objeción global"),[2] radicada por el Estado Libre Asociado de Puerto Rico ("ELA"), de fecha 6 de marzo de 2020, en la que se solicitaba que se dictase una orden que rechazara en su totalidad determinados reclamos radicados contra el ELA, según se expone con más detalle en la propia Centésima septuagésima quinta objeción global y los anexos justificativos de la misma; y al tener el Tribunal jurisdicción para atender la Centésima septuagésima quinta objeción global y para conceder el remedio en ella solicitado conforme a PROMESA, artículo 306(a); y siendo la sede judicial competente conforme a PROMESA, artículo 307(a); y habiéndose efectuado, en tiempo y forma, la notificación de la Centésima septuagésima quinta objeción global a aquellas partes que en ella se identifican, sin ser necesario efectuar ninguna otra notificación; y habiéndose concluido que los reclamos identificados en el Anexo A de la Centésima septuagésima quinta objeción global (conjuntamente, los "Reclamos satisfechos") se han satisfecho en su totalidad; y habiendo determinado el Tribunal que el remedio solicitado en la Centésima septuagésima quinta objeción global redunda en el mejor interés del ELA, de y sus acreedores, así como de la totalidad de las partes interesadas; y habiendo determinado el Tribunal que las bases de hecho y de derecho establecidas en la Centésima septuagésima quinta objeción global establecen una causa justificada para el remedio aquí concedido; y tras la debida deliberación y concurriendo suficientes motivos para ello, por medio de la presente,

SE ORDENA que SE DECLARE HA LUGAR a la Centésima septuagésima quinta objeción global, según se establece en el presente documento; además

SE ORDENA que se rechacen en su totalidad los Reclamos satisfechos; asimismo

---

[2] Los términos con mayúscula que no estén definidos en el presente documento tendrán el significado que les haya sido atribuido en la Centésima septuagésima quinta objeción global.

SE ORDENA que Prime Clerk, LLC quede autorizada, y reciba instrucciones, para eliminar los Reclamos satisfechos del registro oficial de reclamos en el marco de las Causas radicadas conforme al Título III; y por último

SE ORDENA que este Tribunal conserve jurisdicción para atender y resolver la totalidad de las materias que surjan de, o en relación con, la implementación, interpretación o ejecución de la presente Orden.

ASÍ SE ESTABLECE.

Fecha: _____

                                        Su señoría, la juez Laura Taylor Swain
                                        Juez de Distrito de los Estados Unidos