

**CUTE**
COORDINADORA UNITARIA DE TRABAJADORES DE ESTADO
AFILIADA A LA CENTRAL PUERTORRIQUEÑA DE TRABAJADORES
CALLE CADIZ # 1214, PUERTO NUEVO, P.R. 00920



CERTIFIED MAIL

7017 1000 0001 1088 3261



UNITED STATES POSTAL SERVICE
1000



00918

U.S. POSTAGE
FCM LETTER
SAN JUAN, PR
00936
MAR 04
AMOUNT
$7
R2305K1

Clerk's Office
US District Court
Room 150 Federal Building
San Juan PR 00918-1767

2020 MAR -5 PM 5: 35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
RECEIVED & FILED