# ANEXO A
**Relación de reclamos objeto de la Centésima septuagésima sexta objeción global**

Centésima septuagésima sexta Objeción Global
Anexo A: Sin responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | ANTILLAS SHOE CORPORATION<br>#2007 AVENIDA A ESQUINA CALLE 5<br>BARRIO OBRERO<br>SANTURCE, PR 00915 | 1/3/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 168049 | $ 39,358.86 |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y Distribuidora Lequar Inc., la cual no es parte de los procesos en virtud del Título III. | | | | | |
| 2 | BANKRUPTCY ESTATE OF FIDDLER GONZALEZ & RODRIGUEZ, PSC BANK CASE NO. 17-03403<br>C/O NOREEN WISCOVITCH, TRUSTEE<br>PMB 136 / 400 CALLE JUAN CALAF<br>SAN JUAN, PR 00918-1314 | 6/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 79439 | $ 20,380.21 |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y la Universidad de Puerto Rico, la cual no es parte de los procesos en virtud del Título III. | | | | | |
| 3 | C E & L FIRE EXTINGUISHERS<br>PO BOX 3092<br>BAYAMON, PR 00960 | 5/7/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 11847 | Indeterminado* |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y la Administración de Servicios Médicos de Puerto Rico, que no es parte de los procesos en virtud del Título III. | | | | | |
| 4 | CINCINNATI SUB-ZERO PRODUCTS<br>12011 MOSTELLER ROAD<br>CINCINNATI, OH 45241 | 7/2/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 169482 | $ 61,127.50 |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y Puerto Rico Hospital Supply, Inc., la cual no es parte de los procesos en virtud del Título III. | | | | | |
| 5 | COMMUNICATION LEASING LEASING CORPORATION<br>ANA ALBERTORIO<br>PO BOX 362526<br>SAN JUAN, PR 00936-2565 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 27519 | $ 2,835.00 |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y la Universidad de Puerto Rico, la cual no es parte de los procesos en virtud del Título III. | | | | | |
| 6 | CONCEJO VECINAL URB. FRONTERAS DE BAYAMON<br>PO BOX 1718<br>TRUJILLO ALTO, PR 00977 | 8/13/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 163624 | $ 780.00 |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y Jose L. Martinez, el cual no es parte de los procesos en virtud del Título III. | | | | | |

## Centésima septuagésima sexta Objeción Global
### Anexo A: Sin responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 7 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 5/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 23654 | $ 416.57 |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y la Universidad de Puerto Rico Humacao, que no es parte de los procesos en virtud del Título III. | | | | | |
| 8 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 5/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 23662 | $ 170.80 |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y la Universidad de Puerto Rico, Anatomía y Neurología, Recinto de Ciencias Médicas, que no es parte de los procesos en virtud del Título III. | | | | | |
| 9 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 5/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 23665 | $ 13,157.68 |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y la Universidad de Puerto Rico Arecibo, que no es parte de los procesos en virtud del Título III. | | | | | |
| 10 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 5/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 23667 | $ 1,320.00 |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y la Universidad de Puerto Rico, Recinto de Río Piedras, que no es parte de los procesos en virtud del Título III. | | | | | |
| 11 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 5/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 23130 | $ 63,769.18 |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y la Autoridad de Acueductos y Alcantarillados, Región Oeste, que no es parte de los procesos en virtud del Título III. | | | | | |
| 12 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 5/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 23671 | $ 5,047.51 |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y la Universidad de Puerto Rico, Administración Central Contabilidad, la cual no es parte de los procesos en virtud del Título III. | | | | | |

Centésima septuagésima sexta Objeción Global
Anexo A: Sin responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 13 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 5/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 21133 | $ 14,100.18 |

Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y el Recinto de Ciencias Médicas de la Universidad de Puerto Rico/Centro Médico Dental, que no es parte de los procesos en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 14 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 5/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 22881 | $ 2,186.00 |

Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y el Fideicomiso Institucional de la Guardia Nacional, que no es parte de los procesos en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 15 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 5/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 24326 | $ 33,745.79 |

Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y la Universidad de Puerto Rico, Recinto de Ciencias Médicas, la cual no es parte de los procesos en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 5/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 24334 | $ 5,710.99 |

Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y el Consejo de Salud de Puerto Rico, el cual no es parte de los procesos en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 17 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 5/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 24348 | $ 455.00 |

Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y la Autoridad de Acueductos y Alcantarillados, la cual no es parte de los procesos en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 5/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 24263 | $ 4,987.78 |

Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y la Autoridad de los Puertos, la cual no es parte de los procesos en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 19 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 5/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 28145 | $ 608.88 |

Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y la Universidad de Puerto Rico Ponce, la cual no es parte de los procesos en virtud del Título III.

## Centésima septuagésima sexta Objeción Global
### Anexo A: Sin responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 20 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 5/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 28040 | $ 251.32 |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y CDT Maricao Medical Center, la cual no es parte de los procesos en virtud del Título III. | | | | | |
| 21 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 5/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 27826 | $ 6,075.00 |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y la Autoridad de Acueductos y Alcantarillados, la cual no es parte de los procesos en virtud del Título III. | | | | | |
| 22 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 5/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 28156 | $ 22,078.99 |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y Comercio y Exportación de Puerto Rico, la cual no es parte de los procesos en virtud del Título III. | | | | | |
| 23 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 5/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 26646 | $ 14,441.93 |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y la Autoridad de Acueductos y Alcantarillados, la cual no es parte de los procesos en virtud del Título III. | | | | | |
| 24 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 5/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 28056 | $ 596.14 |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y la Universidad de Puerto Rico Bayamón, la cual no es parte de los procesos en virtud del Título III. | | | | | |
| 25 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 5/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 28174 | $ 11,953.78 |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y la Autoridad de Acueductos y Alcantarillados, la cual no es parte de los procesos en virtud del Título III. | | | | | |
| 26 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 5/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 28182 | $ 1,335.96 |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y los laboratorios de la Autoridad de Acueductos y Alcantarillados, la cual no es parte de los procesos en virtud del Título III. | | | | | |

## Centésima septuagésima sexta Objeción Global
### Anexo A: Sin responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 27 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 5/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 28082 | $ 1,238.14 |

Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y la Compañía de Fomento Industrial de Puerto Rico, la cual no es parte de los procesos en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 28 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 5/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 28110 | $ 11,105.83 |

Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y la Universidad de Puerto Rico, Administración Central, la cual no es parte de los procesos en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 29 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 5/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 28112 | $ 22,090.35 |

Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y la Compañía de Turismo de Puerto Rico, la cual no es parte de los procesos en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 30 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 5/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 35800 | $ 27,284.68 |

Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y el Hospital Universidad de Puerto Rico Dr. Federico Trilla, el cual no es parte de los procesos en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 31 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 5/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 28131 | $ 2,363.08 |

Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y el Instituto de Cultura Puertorriqueña, el cual no es parte de los procesos en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 32 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 5/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 28135 | $ 14,369.96 |

Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y el Hospital Universidad de Puerto Rico Dr. Federico Trilla, el cual no es parte de los procesos en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 33 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 5/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 28141 | $ 949.90 |

Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y la Universidad de Puerto Rico Mayagüez, la cual no es parte de los procesos en virtud del Título III.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Centésima septuagésima sexta Objeción Global
### Anexo A: Sin responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 34 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 5/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 35855 | $ 11,823.09 |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, la cual no es parte de los procesos en virtud del Título III. | | | | | |
| 35 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 35996 | $ 28,485.27 |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y la Autoridad de Acueductos y Alcantarillados, Región Este, la cual no es parte de los procesos en virtud del Título III. | | | | | |
| 36 | COQUI BLOOD SALVAGE, INC<br>URB. BOSQUE VERDE<br>112 CALLE AGUILA<br>CAGUAS, PR 00727 | 5/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 18572 | $ 17,750.00 |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y la Corporación del Fondo del Seguro del Estado y la Administración de Servicios Médicos de Puerto Rico, que no es parte de los procesos en virtud del Título III. | | | | | |
| 37 | COTTO GONZALEZ, EDGAR<br>HC 02 BOX 37772<br>ARECIBO, PR 00612 | 6/19/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 73167 | $ 75.00 |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y la Autoridad de Acueductos y Alcantarillados, la cual no es parte de los procesos en virtud del Título III. | | | | | |
| 38 | DOUBLE S STATIONERY INC<br>PO BOX 195497<br>SAN JUAN, PR 00919-5497 | 7/2/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 143811 | Indeterminado* |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y el Fondo del Seguro del Estado, el cual no es parte de los procesos en virtud del Título III. | | | | | |
| 39 | DOUBLE S STATIONERY INC<br>PO BOX 195497<br>SAN JUAN, PR 00919-5497 | 7/2/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 138025 | $ 14.12 |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y Consorcio del Noreste, el cual no es parte de los procesos en virtud del Título III. | | | | | |

Centésima septuagésima sexta Objeción Global
Anexo A: Sin responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 40 | DOUBLE S STATIONERY INC<br>PO BOX 195497<br>SAN JUAN, PR 00919-5497 | 7/2/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 152753 | $ 8.39 |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y la Corporación Centro de Bellas Artes, la cual no es parte de los procesos en virtud del Título III. | | | | | |
| 41 | DOUBLE S STATIONERY INC<br>PO BOX 195497<br>SAN JUAN, PR 00919-5497 | 7/2/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 152810 | $ 61.50 |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y el Banco de Desarrollo Económico para Puerto Rico, el cual no es parte de los procesos en virtud del Título III. | | | | | |
| 42 | DOUBLE STATIONARY INC<br>D/B/A THE OFFICE SHOP<br>PO BOX 195497<br>SAN JUAN, PR 00919-5497 | 7/2/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 152771 | Indeterminado* |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante e Individual Management and Consultant, Inc., la cual no es parte de los procesos en virtud del Título III. | | | | | |
| 43 | DOUBLE STATIONERY INC<br>D/B/A THE OFFICE SHOP<br>PO BOX 195497<br>SAN JUAN, PR 00919-5497 | 7/2/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 109326 | Indeterminado* |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante e Inn Capital Housing Division, la cual no es parte de los procesos en virtud del Título III. | | | | | |
| 44 | DOUBLE STATIONERY INC<br>D/B/A THE OFFICE SHOP<br>PO BOX 195497<br>SAN JUAN, PR 00919-5497 | 7/2/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 154748 | Indeterminado* |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y el Municipio Autónomo de Carolina, el cual no es parte de los procesos en virtud del Título III. | | | | | |
| 45 | DOUBLE STATIONERY INC<br>D/B/A THE OFFICE SHOP<br>P O BOX 195497<br>SAN JUAN, PR 00919-5497 | 7/2/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 152711 | Indeterminado* |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y Mora Housing Management, Inc., la cual no es parte de los procesos en virtud del Título III. | | | | | |

## Centésima septuagésima sexta Objeción Global
## Anexo A: Sin responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 46 | DOUBLE STATIONERY INC D/B/A THE OFFICE SHOP P O BOX 195497 SAN JUAN, PR 00919-5497 | 7/2/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 151383 | $ 65.88 |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y Martinal Property Corporation, la cual no es parte de los procesos en virtud del Título III. | | | | | |
| 47 | DOUBLE STATIONERY INC D/B/A THE OFFICE SHOP P O BOX 195497 SAN JUAN, PR 00919-5497 | 7/2/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 153089 | $ 787.50* |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y la Universidad de Puerto Rico, la cual no es parte de los procesos en virtud del Título III. | | | | | |
| 48 | DOUBLE STATIONERY INC. D/B/A THE OFFICE SHOP PO BOX 195497 SAN JUAN, PR 00919-5497 | 7/2/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 156012 | Indeterminado* |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y MJ Consulting and Development, Inc., la cual no es parte de los procesos en virtud del Título III. | | | | | |
| 49 | FERNANDO L MARTINEZ / MARTINEZ AMBULANCE H 1 A URB SAN CRISTOBAL BARRANQUITAS, PR 00794 | 4/30/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 9906 | $ 20,000.00 |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y Medicare First Coast Service Option Inc., que no es parte de los procesos en virtud del Título III. | | | | | |
| 50 | FIDDLER GONZALEZ & RODRIGUEZ, PSC BANK CASE NO. 17-03403 PMB 136 400 CALLE JUAN CALAF SAN JUAN, PR 00918-1314 | 6/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 93615 | $ 3,243.85* |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y el Recinto de Ciencias Médicas, el cual no es parte de los procesos en virtud del Título III. | | | | | |
| 51 | GOMEZ BUS LINE HC 06 BOX 2225 PONCE, PR 00731 | 5/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 34987 | $ 45,228.00 |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y el Municipio Autónomo de Ponce, el cual no es parte de los procesos en virtud del Título III. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Centésima septuagésima sexta Objeción Global
### Anexo A: Sin responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 52 | HERBARIUM SUPPLY<br>POB 10966<br>BOZEMAN, MT 59719 | 9/7/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 167076 | $ 213.75 |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y la Universidad de Puerto Rico, la cual no es parte de los procesos en virtud del Título III. | | | | | |
| 53 | HOSPITAL DAMAS INC<br>2213 PONCE BAY PASS<br>PONCE, PR 00717-1317 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 152167 | $ 77,986.79 |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y la Corporación del Fondo del Seguro del Estado, la cual no es parte de los procesos en virtud del Título III. | | | | | |
| 54 | HOSPITAL LAFAYETTE<br>PO BOX 207<br>ARROYO, PR 00714 | 6/7/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 49657 | $ 72,535.33 |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y la Corporación del Fondo del Seguro del Estado Póliza Patrono, Humana Health Plans of Puerto Rico, Inc., la Asociación de Seguros de Salud de Puerto Rico, la Asociación de Maestros de Puerto Rico, la Administración de Compensaciones por Accidentes de Automóviles y el Fondo del Seguro del Estado Póliza de Empleados Accidentados, los cuales no son parte de los procesos en virtud del Título III. | | | | | |
| 55 | INTEROC COM INTERNET SERVICES<br>33 FRENCH MEADOW LN<br>ROCHESTER, NY 14618-5219 | 5/23/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 15438 | $ 675.00 |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y el Comité de Campaña de 2004 de Eduardo Bhatia, que no es parte de los procesos en virtud del Título III. | | | | | |
| 56 | LANDFILL TECHNOLOGIES OF FAJARDO<br>PO BOX 1322<br>GURABO, PR 00778 | 5/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 27063 | $ 2,268.00 |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y la Autoridad de Acueductos y Alcantarillados, la cual no es parte de los procesos en virtud del Título III. | | | | | |
| 57 | ORIENTAL BANK AS ASIGNEE OF FIDDLER GONZALEZ & RODRIGUEZ, PSC<br>WILLIAM SANTIAGO SASTRE<br>PO BOX 79552<br>CAROLINA, PR 00984 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 69193 | $ 3,243.85 |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y el Recinto de Ciencias Médicas, el cual no es parte de los procesos en virtud del Título III. | | | | | |

## Centésima septuagésima sexta Objeción Global
### Anexo A: Sin responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 58 | ORIENTAL BANK AS ASIGNEE OF FIDDLER GONZALEZ AND RODRIGUEZ PSC<br>ATTN: WILLIAM SANTIAGO SASTRE<br>PO BOX 79552<br>CAROLINA, PR 00984 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 80613 | $ 49,322.34 |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y la Autoridad de Financiamiento de Vivienda de Puerto Rico, la cual no es parte de los procesos en virtud del Título III. | | | | | |
| 59 | PR STORAGE FORKLIFT DIVISION<br>PO BOX 250060<br>AGUADILLA, PR 00604 | 5/31/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 45496 | Indeterminado* |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y la Autoridad de Acueductos y Alcantarillados, Región Oeste, que no es parte de los procesos en virtud del Título III. | | | | | |
| 60 | REYES, HECTOR JIMENEZ<br>15 A, REPARTO CURIEL<br>MANATI, PR 00674-0224 | 5/21/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 19691 | $ 3,625.00 |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y el Banco Gubernamental de Fomento, que no es parte de los procesos en virtud del Título III. | | | | | |
| 61 | S.P. SURGICAL PRODUCTS, INC.<br>P.O. BOX 9265<br>CAGUAS, PR 00726 | 5/26/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 23634 | $ 594,978.60 |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y la Administración de Servicios Médicos de PR, First Medical Mi Salud y Corporación del Fondo del Seguro del Estado, que no es parte de los procesos en virtud del Título III. | | | | | |
| 62 | SPECIAL OCASIONS<br>CALLE HECTOR R. BURKER 34<br>CAGUAS, PR 00726 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 46378 | $ 8,298.60 |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y la Universidad de Puerto Rico, Administración Central, la cual no es parte de los procesos en virtud del Título III. | | | | | |
| 63 | TECHNICAL DISTIBUTORS, INC.<br>PO BOX 3826<br>GUAYNABO, PR 00970 | 5/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 26273 | $ 2,600.00 |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y la Universidad de Puerto Rico, Administración Central, la cual no es parte de los procesos en virtud del Título III. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Centésima septuagésima sexta Objeción Global
Anexo A: Sin responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 64 | TECHNICAL DISTRIBUTERS, INC.<br>PO BOX 3826<br>GUAYNABO, PR 00970 | 5/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 24478 | $ 22,231.22 |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y la Universidad de Puerto Rico, Administración Central Contabilidad, la cual no es parte de los procesos en virtud del Título III. | | | | | |
| 65 | TECHNICAL DISTRIBUTERS, INC.<br>PO BOX 3826<br>GUAYNABO, PR 00970 | 5/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 26661 | $ 21,440.00 |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y la Universidad de Puerto Rico, Recinto de Arecibo, la cual no es parte de los procesos en virtud del Título III. | | | | | |
| 66 | TECHNICAL DISTRIBUTORS INC<br>PO BOX 3826<br>GUAYNABO, PR 00970 | 5/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 25857 | $ 30,875.00 |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y la Administración de Servicios Médicos de Puerto Rico, que no es parte de los procesos en virtud del Título III. | | | | | |
| 67 | TECHNICAL DISTRIBUTORS,INC.<br>P.O.BOX 3826<br>GUAYNABO, PR 00970 | 5/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 23967 | $ 1,120.00 |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y la Universidad de Puerto Rico, Recinto de Mayagüez, la cual no es parte de los procesos en virtud del Título III. | | | | | |
| 68 | TECHNICAL MAINTENANCE SERVICES<br>PO BOX 3826<br>GUAYNABO, PR 00970 | 5/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 28818 | $ 525.00 |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y la Universidad de Puerto Rico, Recinto de Ciencias Médicas, la cual no es parte de los procesos en virtud del Título III. | | | | | |
| 69 | TECHNICAL MAINTENANCE SERVICES<br>PO BOX 3826<br>GUAYNABO, PR 00970 | 5/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 29572 | $ 6,304.17 |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y la Autoridad de los Puertos, la cual no es parte de los procesos en virtud del Título III. | | | | | |

## Centésima septuagésima sexta Objeción Global
### Anexo A: Sin responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 70 | TECHNICAL MAINTENANCE SERVICES<br>PO BOX 3826<br>GUAYNABO, PR 00970 | 5/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 28913 | $ 695.00 |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y la Universidad de Puerto Rico Arecibo, departamento de Contabilidad, la cual no es parte de los procesos en virtud del Título III. | | | | | |
| 71 | TECHNICAL MAINTENANCE SERVICES<br>PO BOX 3826<br>GUAYNABO, PR 00970 | 5/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 30841 | $ 3,912.35 |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y la Autoridad de Acueductos y Alcantarillados, la cual no es parte de los procesos en virtud del Título III. | | | | | |
| 72 | TECHNICAL MAINTENANCE SERVICES<br>P.O. BOX 3826<br>GUAYNABO, PR 00970 | 5/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 27955 | $ 2,037.72 |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y la Universidad de Puerto Rico, Recinto de Río Piedras, la cual no es parte de los procesos en virtud del Título III. | | | | | |
| 73 | TECHNICAL MAINTENANCE SERVICES<br>PO BOX 3826<br>GUAYNABO, PR 00970 | 5/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 31355 | $ 2,940.00 |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y la Universidad de Puerto Rico, Recinto de Río Piedras, la cual no es parte de los procesos en virtud del Título III. | | | | | |
| 74 | TECHNICAL MAINTENANCE SERVICES<br>PO BOX 3826<br>GUAYNABO, PR 00970 | 5/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 30035 | $ 3,480.00 |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y la Autoridad para el Financiamiento de la Vivienda, la cual no es parte de los procesos en virtud del Título III. | | | | | |
| 75 | TECHNICAL MAINTENANCE SERVICES<br>PO BOX 3826<br>GUAYNABO, PR 00970 | 5/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 26587 | $ 380.00 |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y la Universidad de Puerto Rico, Recinto de Río Piedras, la cual no es parte de los procesos en virtud del Título III. | | | | | |
| 76 | TECHNICAL MAINTENANCE SERVICES<br>PO BOX 3826<br>GUAYNABO, PR 00970 | 5/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 32851 | $ 2,781.30 |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y la Compañía de Comercio y Exportación de Puerto Rico, la cual no es parte de los procesos en virtud del Título III. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Centésima septuagésima sexta Objeción Global
### Anexo A: Sin responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 77 | TECHNICAL MAINTENANCE SERVICES<br>PO BOX 3826<br>GUAYNABO, PR 00970 | 5/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 32868 | $ 1,080.00 |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y la Universidad de Puerto Rico Mayagüez, la cual no es parte de los procesos en virtud del Título III. | | | | | |
| 78 | TECHNICAL MAINTENANCE SERVICES<br>PO BOX 3826<br>GUAYNABO, PR 00970 | 5/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 34378 | $ 460.00 |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y el Banco de Desarrollo Económico para Puerto Rico, el cual no es parte de los procesos en virtud del Título III. | | | | | |
| 79 | TECHNICAL MAINTENANCE SERVICES<br>PO BOX 3826<br>GUAYNABO, PR 00970 | 5/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 32820 | $ 2,803.17 |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y el Gobierno de la Ciudad Autónoma de Cayey, el cual no es parte de los procesos en virtud del Título III. | | | | | |
| 80 | TECHNICAL MAINTENANCE SERVICES<br>PO BOX 3826<br>GUAYNABO, PR 00970 | 5/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 32821 | $ 560.00 |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y la Autoridad de Transporte Marítimo, la cual no es parte de los procesos en virtud del Título III. | | | | | |
| 81 | TECHNICAL MAINTENANCE SERVICES CORP<br>PO BOX 3826<br>GUAYNABO, PR 00970 | 5/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 29461 | $ 3,333.72 |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y la Universidad de Puerto Rico, Administración Central, la cual no es parte de los procesos en virtud del Título III. | | | | | |
| 82 | TECHNICAL POWER SERVICES<br>PO BOX 3826<br>GUAYNABO, PR 00970 | 5/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 34374 | $ 3,000.00 |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y la Universidad de Puerto Rico, la cual no es parte de los procesos en virtud del Título III. | | | | | |
| 83 | TECHNICAL POWER SERVICES<br>PO BOX 3826<br>GUAYNABO, PR 00970 | 5/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 34376 | $ 11,350.00 |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y la Autoridad de los Puertos, la cual no es parte de los procesos en virtud del Título III. | | | | | |

## Centésima septuagésima sexta Objeción Global
## Anexo A: Sin responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 84 | TECHNICAL POWER SERVICES<br>PO BOX 3826<br>GUAYNABO, PR 00970 | 5/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 34383 | $ 600.00 |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y la Administración de Servicios Médicos de Puerto Rico, que no es parte de los procesos en virtud del Título III. | | | | | |
| 85 | TECHNICAL POWER SERVICES INC.<br>PO BOX 3826<br>GUAYNABO, PR 00970 | 5/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 27598 | $ 6,300.00 |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y la Universidad de Puerto Rico, Recinto de Río Piedras, la cual no es parte de los procesos en virtud del Título III. | | | | | |
| 86 | TROPICAL MUSIC OF PUERTO RICO<br>MIGUEL A. NEGRON MATTA, LAW OFFICE<br>654 PLAZA<br>SUITE 1024<br>AVE. MUNOZ RIVERA<br>SAN JUAN, PR 00918 | 6/6/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 33709 | $ 12,886.47 |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y la Autoridad de Acueductos y Alcantarillados, la cual no es parte de los procesos en virtud del Título III. | | | | | |
| 87 | WDC PUERTO RICO, INC.<br>PO BOX 309<br>CAGUAS, PR 00726 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 32214 | $ 2,048.36* |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y la Universidad de Puerto Rico Mayagüez, la cual no es parte de los procesos en virtud del Título III. | | | | | |
| 88 | WDC PUERTO RICO, INC.<br>CAMIELLE ROMAN<br>PO BOX 309<br>CAGUAS, PR 00726 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 37997 | $ 21,301.40 |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y la Autoridad de Acueductos y Alcantarillados, Región Norte (Arecibo), la cual no es parte de los procesos en virtud del Título III. | | | | | |
| 89 | WDC PUERTO RICO, INC.<br>PO BOX 309<br>CAGUAS, PR 00726 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 43016 | $ 14,027.47 |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y la Autoridad de Acueductos y Alcantarillados, Región Sur, la cual no es parte de los procesos en virtud del Título III. | | | | | |

## Centésima septuagésima sexta Objeción Global
### Anexo A: Sin responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 90 | WDC PUERTO RICO, INC.<br>PO BOX 309<br>CAGUAS, PR 00726 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 42261 | $ 2,356.00 |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y la Universidad de Puerto Rico Carolina, la cual no es parte de los procesos en virtud del Título III. | | | | | |
| 91 | WDC PUERTO RICO, INC.<br>PO BOX 309<br>CAGUAS, PR 00726 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 42294 | $ 63,947.26 |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y la Autoridad de Acueductos y Alcantarillados, Región Metro, la cual no es parte de los procesos en virtud del Título III. | | | | | |
| 92 | WDC PUERTO RICO, INC.<br>PO BOX 309<br>CAGUAS, PR 00726 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 42314 | $ 738.94 |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y la Autoridad de Acueductos y Alcantarillados, Región Oeste (Mayagüez), la cual no es parte de los procesos en virtud del Título III. | | | | | |
| 93 | WDC PUERTO RICO,INC.<br>P.O.BOX 309<br>CAGUAS, PR 00726 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 38542 | $ 2,646.02 |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y la Autoridad de Acueductos y Alcantarillados, Región Este (Caguas), la cual no es parte de los procesos en virtud del Título III. | | | | | |
| | | | | | TOTAL | $ 1,597,743.42* |

\* Indica que la reclamación contiene montos por liquidar o indeterminados