## ANEXO A

**Relación de reclamos objeto de la Centésima septuagésima séptima objeción global**

## Centésima septuagésima séptima Objeción Global
### Anexo A: Reclamaciones De Bonos Duplicadas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | BATEMAN, JOHN R.<br>5045 CASSANDRA WAY<br>RENO, NV 89523-1876 | 4/20/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 7950 | Indeterminado* |
| | Base para: El reclamante invoca la responsabilidad asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación («ACT») que son duplicados de una o más Evidencias Maestras de Reclamos presentadas en el Caso de la ACT al amparo del Título III por el agente fiscal o el fideicomisario de estos bonos. | | | | | |
| 2 | BUSQUETS LLORENS, ANTONIO<br>SANTA MARIA<br>FERROCARRIL 611<br>PONCE, PR 00717 | 3/26/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 3973 | $ 320,000.00 |
| | Base para: El reclamante invoca, en parte, la responsabilidad asociada a uno o más bonos emitidos por el Sistema de Retiro de los Empleados (Employee Retirement System, ERS), que son duplicados de la evidencia maestra de reclamo presentada por el fideicomisario de esos bonos en el caso del Estado Libre Asociado. El reclamante invoca, en parte, la responsabilidad asociada a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que es un duplicado de la evidencia maestra de reclamo presentada por el fideicomisario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 3 | COOPERATIVA A/C CAMUY<br>300 AVE BALTAZAR JIMENEZ MENDEZ<br>CAMUY, PR 00627 | 5/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 24531 | $ 109,052.00 |
| | Base para: El reclamante invoca la responsabilidad asociada a los bonos emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, que es un duplicado de una o más evidencias maestras de reclamos presentadas por el fideicomisario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 4 | DOS SANTOS, MANUEL<br>PO BOX 3206<br>MAYAGUEZ, PR 00681 | 5/2/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 8234 | $ 20,000.00 |
| | Base para: El reclamante invoca la responsabilidad asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación («ACT») que son duplicados de una o más Evidencias Maestras de Reclamos presentadas en el Caso de la ACT al amparo del Título III por el agente fiscal o el fideicomisario de estos bonos. | | | | | |
| 5 | ESTATE OF, ENRIQUE DIAZ AQUINO AND BELIA ROLON MELENDEZ<br>CALLE 128 BY6<br>VALLE ARRIBA HEIGHTS<br>CAROLINA, PR 00983-3328 | 6/27/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 103703 | $ 4,303.65* |
| | Base para: El reclamante invoca la responsabilidad asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación («ACT») que son duplicados de una o más Evidencias Maestras de Reclamos presentadas en el Caso de la ACT al amparo del Título III por el agente fiscal o el fideicomisario de estos bonos. | | | | | |
| 6 | GARCIA NAVARRETO, MARIBEL<br>1248 AVE. LUIS VIGOREAUX<br>APT. 504<br>GUAYNABO, PR 00966-2320 | 6/26/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 51373 | $ 50,000.00 |
| | Base para: El reclamante invoca la responsabilidad asociada a los bonos emitidos por el Sistema de Retiro de los Empleados (Employee Retirement System, ERS), que es un duplicado de la evidencia maestra de reclamo presentada por el fideicomisario de esos bonos en el caso del Estado Libre Asociado. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados    Página 1 de 4

Centésima septuagésima séptima Objeción Global
Anexo A: Reclamaciones De Bonos Duplicadas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 7 | GITLOW JR, BENJIMAN<br>140 COMPASS HILL ROAD<br>SOUTH WELLFLEET, MA 02663 | 3/26/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 2516 | $ 10,000.00 |
| | Base para: El reclamante invoca la responsabilidad asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación («ACT») que son duplicados de una o más Evidencias Maestras de Reclamos presentadas en el Caso de la ACT al amparo del Título III por el agente fiscal o el fideicomisario de estos bonos. | | | | | |
| 8 | GOLDSCHMIDT, WILLIAM<br>755 HOLLIS RD<br>HOLLIS, ME 04042 | 3/13/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 2247 | $ 185,000.00 |
| | Base para: El reclamante invoca la responsabilidad asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación («ACT») que son duplicados de una o más Evidencias Maestras de Reclamos presentadas en el Caso de la ACT al amparo del Título III por el agente fiscal o el fideicomisario de estos bonos. | | | | | |
| 9 | LUIS A. VASQUEZ, INC.<br>PO BOX 50<br>MAYAGUEZ, PR 00681-0050 | 5/22/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 21906 | $ 360,000.00 |
| | Base para: El reclamante invoca la responsabilidad asociada a los bonos emitidos por el Sistema de Retiro de los Empleados (Employee Retirement System, ERS), que es un duplicado de la evidencia maestra de reclamo presentada por el fideicomisario de esos bonos en el caso del Estado Libre Asociado. | | | | | |
| 10 | MARQUEZ-RIVERA, JOSE R<br>URB PARK GARDENS<br>W27 CALLE YOSEMITE<br>SAN JUAN, PR 00926 | 3/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 5088 | $ 325,284.00 |
| | Base para: El reclamante invoca la responsabilidad asociada a los bonos emitidos por el Sistema de Retiro de los Empleados (Employee Retirement System, ERS), que es un duplicado de la evidencia maestra de reclamo presentada por el fideicomisario de esos bonos en el caso del Estado Libre Asociado. | | | | | |
| 11 | MARTINEZ - SANCHEZ, AWILDA D.<br>URB. SAGRADO CORAZON<br>1628 SAN JULAIN ST.<br>SAN JUAN, PR 00926 | 6/20/2017 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 130 | $ 140,180.00 |
| | Base para: El reclamante invoca la responsabilidad asociada a los bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que es un duplicado de la evidencia maestra de reclamo presentada por el fideicomisario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 12 | MCDERMOTT, BRIAN R<br>2795 TULIP AVE.<br>BALDWIN, NY 11510 | 3/12/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 2105 | $ 80,049.44 |
| | Base para: El reclamante invoca la responsabilidad asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación («ACT») que son duplicados de una o más Evidencias de Maestras de Reclamos presentadas en el Caso de ACT al amparo del Título III por el agente fiscal o el fideicomisario de estos bonos. | | | | | |
| 13 | MONTANER, PABLO H<br>PO BOX 9021725<br>SAN JUAN, PR 00902 | 5/5/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 9547 | $ 25,000.00 |
| | Base para: El reclamante invoca la responsabilidad asociada con uno o más bonos emitidos por la Compañía de Fomento Industrial de Puerto Rico, que es un duplicado de una o más evidencias maestras de reclamos presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |

Centésima septuagésima séptima Objeción Global
Anexo A: Reclamaciones De Bonos Duplicadas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 14 | OFICINA DENTAL DR. DAVID J. BUSQUETS<br>SUITE 810, LA TORRE DE PLAZA LAS AMERICAS<br>525 F.D. ROOSEVELT<br>SAN JUAN, PR 00918 | 5/9/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 16767 | $ 180,000.00* |
| | Base para: El reclamante invoca la responsabilidad asociada a los bonos emitidos por el Sistema de Retiro de los Empleados (Employee Retirement System, ERS), que es un duplicado de la evidencia maestra de reclamo presentada por el fideicomisario de esos bonos en el caso del Estado Libre Asociado. | | | | | |
| 15 | PEDRO LUIS CASASNOVAS & OLGA I. TRINIDAD NIEVES<br>CHARLES A. CUPRILL, ESQ<br>356 FORTALEZA STREET SECOND FLOOR<br>SAN JUAN, PR 00901 | 8/7/2017 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 177 | $ 95,000.00 |
| | Base para: El reclamante invoca la responsabilidad asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación («ACT») que son duplicados de una o más Evidencias Maestras de Reclamos presentadas en el Caso de la ACT al amparo del Título III por el agente fiscal o el fideicomisario de estos bonos. | | | | | |
| 16 | RAFAEL JIMENEZ BARRERAS AND ANABEL FIGUEROA<br>PO BOX 1793<br>LAS PIEDRAS, PR 00771-1793 | 5/1/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 11184 | $ 5,000.00 |
| | Base para: El reclamante invoca la responsabilidad asociada con uno o más bonos emitidos por la Compañía de Fomento Industrial de Puerto Rico, que es un duplicado de una o más evidencias maestras de reclamos presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 17 | SWINDERMAN MERKET, JAMES<br>HC-06 BOX 2076<br>PONCE, PR 00731 | 4/11/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 7135 | Indeterminado* |
| | Base para: El reclamante invoca la responsabilidad asociada a los bonos emitidos por el Sistema de Retiro de los Empleados (Employee Retirement System, ERS), que es un duplicado de la evidencia maestra de reclamo presentada por el fideicomisario de esos bonos en el caso del Estado Libre Asociado. | | | | | |
| 18 | TIRSO T. PENA CARDENAS RETIREMENT PLAN<br>JAVIER GONZALEZ<br>UBS TRUST COMPANY OF PUERTO RICO<br>250 MUNOZ RIVERA AVENUE<br>10TH FLOOR<br>SAN JUAN, PR 00918 | 6/8/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 26572 | Indeterminado* |
| | Base para: El reclamante invoca la responsabilidad asociada a los bonos emitidos por el Sistema de Retiro de los Empleados (Employee Retirement System, ERS), que es un duplicado de la evidencia maestra de reclamo presentada por el fideicomisario de esos bonos en el caso del Estado Libre Asociado. | | | | | |
| 19 | WALKER, BETTY S<br>PO BOX 624<br>APALACHICOLA, FL 32329-0624 | 5/10/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 10274 | $ 110,952.75 |
| | Base para: El reclamante invoca la responsabilidad asociada a los bonos emitidos por el Sistema de Retiro de los Empleados (Employee Retirement System, ERS), que es un duplicado de la evidencia maestra de reclamo presentada por el fideicomisario de esos bonos en el caso del Estado Libre Asociado. | | | | | |

## Centésima septuagésima séptima Objeción Global
### Anexo A: Reclamaciones De Bonos Duplicadas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 20 | ZINK, CHRISTOPHER R<br>15118 ROCK CREEK DRIVE<br>OMAHA, NE 68138 | 5/23/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 24411 | $ 170,000.00 |

Base para: El reclamante invoca la responsabilidad asociada a los bonos emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, que es un duplicado de una o más evidencias maestras de reclamos presentadas por el fideicomisario de estos bonos en el caso del Estado Libre Asociado.

| | | | | | TOTAL | $ 2,189,821.84* |