

CERTIFIED MAIL®



7017 1000 0001 1088 3261



UNITED STATES
POSTAL SERVICE®

1000

00918

U.S. PO
FCM LET
SAN JUA
00936
MAR 04
AMOUNT

$7
R2305K1

COORDINADORA UNITARIA DE TRABAJADORES DE ESTADO
AFILIADA A LA CENTRAL PUERTORRIQUEÑA DE TRABAJADORES
CALLE CADIZ # 1214, PUERTO NUEVO, P.R.00920

Clerk's Office
US District Court
Room 150 Federal Building
San Juan PR 00918-1767

2020 MAR -5  PM 5: 35

RECEIVED & FILED
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN PR