# **ANEXO A**

**Relación de reclamos objeto de la Centésima septuagésima octava objeción global**

Centésima septuagésima octava Objeción Global
Anexo A: Titulares de bonos sin responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | CASTRO MARTINEZ, CARLOS I<br>URB SULTANA<br>57 CALLE MALLORCA<br>MAYAGUEZ, PR 00680 | 5/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 99844 | $ 872,312.75 |
| | Base para: El reclamante invoca inversiones en uno o más fondos comunes que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, el reclamo busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el reclamante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular este reclamo derivativo. | | | | | |
| 2 | DIB TOMAS CAMPOS ROS /DBA/ CAMPOS RENTAL<br>URB VILLA BLANCA<br>16 CALLE JASPA<br>CAGUAS, PR 00725 | 5/10/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 14142 | $ 48,680.25 |
| | Base para: El reclamante invoca inversiones en uno o más fondos comunes que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, el reclamo busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el reclamante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular este reclamo derivativo. | | | | | |
| 3 | HANDSCHUH, JEANNE<br>O'NEIL & GILMORE LAW OFFICE, LLC<br>PATRICK D. O'NEILL<br>252 PONCE DE LEON AVE. SUITE 1701<br>SAN JUAN, PR 00918 | 5/21/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 17384 | $ 4,900.00 |
| | Base para: El reclamante invoca inversiones en uno o más fondos comunes que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, el reclamo busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el reclamante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular este reclamo derivativo. | | | | | |
| 4 | MUBARAK RIZEK, JOSE<br>PO BOX 478<br>GUAYAMA, PR 00785-0478 | 5/4/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 10711 | $ 48,700.00 |
| | Base para: El reclamante invoca inversiones en uno o más fondos comunes que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, el reclamo busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el reclamante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular este reclamo derivativo. | | | | | |
| 5 | REICHARD SILVA, SARAH E.<br>DIAMANTE A24 GOLDEN GATE<br>GUAYNABO, PR 00968 | 3/20/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 3846 | $ 280,000.00 |
| | Base para: El reclamante invoca inversiones en uno o más fondos comunes que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, el reclamo busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el reclamante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular este reclamo derivativo. | | | | | |
| | | | | | TOTAL | $ 1,254,593.00 |