## <u>ANEXO A</u>

**Relación de reclamos objeto de la Centésima septuagésima novena objeción global**

Centésima septuagésima novena Objeción Global
Anexo A: Titulares de bonos sin responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | ANA LÓPEZ & JUAN M. LÓPEZ, TENANTS IN COMMON 26 CALLE CYCA, URB PALMA REAL GUAYNABO, PR 00969-5803 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 80350 | $ 172,035.00 |

Base para: El reclamante invoca, en parte, inversiones en uno o más fondos comunes que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, el reclamo busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el reclamante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular este reclamo derivativo. El reclamante invoca, en parte, la responsabilidad sobre la base de la supuesta titularidad de los Bonos de COFINA (Corporación del Fondo de Interés Apremiante) y, por lo tanto, busca recuperar montos de los cuales el Estado Libre Asociado no es responsable porque los reclamos (1) se acordaron y resolvieron de acuerdo con la Orden de Resolución y (2) se relevaron y descargaron de acuerdo con el Plan y la Orden Enmendada de Confirmación.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 2 | BERTRAN-BARRERAS, ANA M. PO BOX 11998 CAPARRA HEIGHTS STATION SAN JUAN, PR 00922 | 5/14/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 13527 | $ 103,584.00 |

Base para: El reclamante invoca, en parte, la responsabilidad sobre la base de la supuesta titularidad de los Bonos del Banco Gubernamental de Fomento («BGF») sujetos a la Modificación de Calificación que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y le extinción de la garantía del Estado Libre Asociado para determinados Bonos del BGF y, por lo tanto, el Estado Libre Asociado ya no es responsable de esos reclamos. El reclamante invoca, en parte, la responsabilidad asociada a uno o más bonos emitidos por la Corporación de Finanzas Públicas de Puerto Rico, que es un duplicado de una o más evidencias maestras de reclamos presentadas por el fideicomisario de estos bonos en el caso del Estado Libre Asociado. El reclamante invoca en parte, la responsabilidad asociada a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que es un duplicado de la evidencia maestra de reclamo presentada por el fideicomisario de estos bonos en el caso del Estado Libre Asociado.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 3 | GOMEZ VALLECILLO, HIRAM BOX 12244 SAN JUAN, PR 00914 | 1/30/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 419 | $ 2,668,712.64 |

Base para: El reclamante invoca, en parte, la responsabilidad asociada a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que es un duplicado de la evidencia maestra de reclamo presentada por el fideicomisario de estos bonos en el caso del Estado Libre Asociado. El reclamante invoca, en parte, la responsabilidad sobre la base de la supuesta titularidad de los Bonos del Banco Gubernamental de Fomento («BGF») sujetos a la Modificación de Calificación que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado para determinados Bonos del BGF y, por lo tanto, el Estado Libre Asociado ya no es responsable de estos reclamos. El reclamante invoca, en parte, la responsabilidad asociada a uno o más bonos emitidos por la Corporación de Finanzas Públicas de Puerto Rico, que es un duplicado de una o más evidencias maestras de reclamos presentadas por el fideicomisario de estos bonos en el caso del Estado Libre Asociado. El reclamante invoca, en parte, la responsabilidad asociada a uno o más bonos emitidos por el Sistema de Retiro de los Empleados (Employee Retirement System, ERS), que son duplicados de la evidencia maestra de reclamo presentada por el fideicomisario de esos bonos en el caso del Estado Libre Asociado. El reclamante invoca en parte, la responsabilidad asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de la evidencia maestra de reclamo presentada por el fideicomisario de estos bonos en el caso del Estado Libre Asociado. El reclamante invoca, en parte, la responsabilidad sobre la base de la supuesta titularidad de los Bonos de COFINA (Corporación del Fondo de Interés Apremiante) y, por lo tanto, busca recuperar montos de los cuales el Estado Libre Asociado no es responsable porque los reclamos (1) se acordaron y resolvieron de acuerdo con la Orden de Resolución y (2) se relevaron y descargaron de acuerdo con el Plan y la Orden Enmendada de Confirmación.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 4 | ROMAN SERRANO, MARCOS JOSE T-22 13 ST EXT VILLA RICA BAYAMON, PR 00959 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 42125 | $ 38,870.00 |

Base para: El reclamante invoca, en parte, inversiones en uno o más fondos comunes que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, el reclamo busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el reclamante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular este reclamo derivativo. El reclamante invoca, en parte, la responsabilidad sobre la base de la supuesta titularidad de los Bonos del Banco Gubernamental de Fomento («BGF») sujetos a la Modificación de Calificación que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado para determinados Bonos del BGF y, por lo tanto, el Estado Libre Asociado ya no es responsable de estos reclamos.

Centésima septuagésima novena Objeción Global
Anexo A: Titulares de bonos sin responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 5 | ZAIDSPINER, ISRAEL ANGEL EFRAIN GONZALEZ ORTIZ BANCO COOPERATIVO PLAZA 623 AVE. PONCE DE LEON OFICINA 605-B SAN JUAN, PR 00917-4820 | 5/16/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 13972 | $ 257,473.08 |

Base para: El reclamante invoca, en parte, inversiones en uno o más fondos comunes que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, el reclamo busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el reclamante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular este reclamo derivativo. El reclamante invoca, en parte, la responsabilidad sobre la base de la supuesta titularidad de los Bonos del Banco Gubernamental de Fomento («BGF») sujetos a la Modificación de Calificación que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado para determinados Bonos del BGF y, por lo tanto, el Estado Libre Asociado ya no es responsable de estos reclamos.

| | | | | | TOTAL | $ 3,240,674.72 |
|---|---|---|---|---|---|---|