Coordinadora Unitaria de Trabajadores del Estado
Calle Cádiz 1214
Puerto Nuevo, Puerto Rico 00920
787.793.0872
cuteinformacion@gmail.com

## United States District Court
### For the District of Puerto Rico

| In re: | PROMESA |
| --- | --- |
| Financial Oversight and Management Board for Puerto Rico as representative of | Title III |
|  | No. 17 BK 3283-LTS (Jointly Administered) |
| The Commonwealth of Puerto Rico, et al., Debtors | This filing relates to the Commonwealth, HTA and ERS |

It is further requested that claim number 110962 related to María Rivera Alonso be considered valid based, among other things, to attached documents. The legal basis for the claim is an arbitration request (case number AQ-09-511) resulting from the employment relations between claimant (María Rivera Alonso) and the Commonwealth of Puerto Rico. There is no legal basis nor reason for a denial or objection to this claim nor the claim can be considered as deficient because it was timely filed as a proof of claim.

A true and exact copy of this document will be mailed to the following parties:

1. Clerk's Office
   US. District Court
   Room 150 Federal Building
   San Juan, Puerto Rico 00918-1767
2. Counsel for the Oversight Board
   Proskauer Rose LLP
   Eleven Times Square
   New York, New York 10036-8299
   A/A: Martin J. Bienenstock
   Brian Rosen
3. Abogado del Comité de Acreedores (Counsel for the Creditors' Committee)
   Paul Hastings, LLP
   200 Park Avenue
   New York, New York 10166
   A/A: Luc A. Despins
   James Bliss
   James Worthington
   G. Alexander Bongartz

Sincerely,

*[signature]*

Caleb Morales de León
Services and Organization Administrator

*[Stamp: RECEIVED & FILED CLERK'S OFFICE MAR 05 2020 US DISTRICT COURT SAN JUAN, PR]*