CRTSP-GS-009-R

ESTADO LIBRE ASOCIADO DE PUERTO RICO
COMISIÓN DE RELACIONES DEL TRABAJO DEL SERVICIO PÚBLICO

# SOLICITUD DE ARBITRAJE DE QUEJAS Y AGRAVIOS

No escriba en estos apartados. Para uso oficial solamente.

Caso Número: AQ-09-551
Fecha: 4-Sep-09

**INSTRUCCIONES:** Someta el original y tres copias de esta Solicitud a la Comisión de Relaciones del Trabajo del Servicio Público. Notifique copia a la otra Parte. De requerir más espacio en algún apartado, favor de continuar en un anejo haciendo referencia al número del apartado.

| | | |
|---|---|---|
| 1. (a) Nombre de la Agencia: Consejo de Desarrollo Ocupacional y Recursos Humanos | Dirección postal: PO ox 192159 Hato Rey, PR 00918 | Teléfono: (787) 754-5510 Fax: (787) 763-0195 Dirección electrónica: |
| (b) Nombre del abogado o representante: Aurelio González Curvelo | Dirección postal: La misma | Teléfono: ( ) Fax: ( ) Dirección electrónica: |
| 2. (a) Nombre de la Unión: Coordinadora Unitaria de Trabajadores del Estado | Dirección postal Calle Cádiz 1214 San Juan PR 00920 | Teléfono: (787) 781-6649 Fax: (787) 277-9290 Dirección electrónica: cuteorg@gmail.com |
| (b) Nombre del abogado o representante: Federico Torres Montalvo | Dirección postal: La misma | Teléfono: ( ) Fax: ( ) Dirección electrónica: |
| 3. Nombre del empleado: (Si la Solicitud es presentada por un empleado en su carácter individual) UNION | Dirección postal: | Teléfono: ( ) Fax: ( ) Dirección electrónica: |

4. ¿Se cumplió con el procedimiento establecido en el convenio colectivo antes de solicitar arbitraje? SÍ [X] NO [ ]

5. Cantidad de Empleados afectados por esta controversia: 9

6. Período de vigencia del convenio: fecha de efectividad: 11 oct 2006  fecha de vencimiento: 11 oct 2009

7. Disposiciones aplicables del convenio: XIII-Traslados y otros Artículos

8. ¿Esta solicitud es sometida por acuerdo de las partes? SÍ [X] NO [ ]

9. Esta solicitud es radicada por: Unión [X]  Agencia [ ]  Empleado [ ]

10. ¿Se radicó cargo de práctica ilícita? NO [X] SÍ [ ], Caso Núm. _____, radicado el _____

11. ¿Se difirió el caso al procedimiento de quejas, agravios y arbitraje? NO [X] SÍ [ ] Fecha:

12. ¿Se ha sometido esta controversia a algún otro foro? SÍ [ ] NO [X]  Si contestó que sí, indique a cuál foro y cuándo se radicó.

(Continúa en la próxima página)

13. Breve descripción de los hechos y controversia: (Continúe en hoja aparte, de ser necesario)

El CDORH violó el Convenio Colectivo al trasladar a los empleados Tanya Caraballo, Ivonne Santiago, Edgardo Bigay, Edgardo Arlequín, María Rivera, Joana Ruiz, Roberto Soto, Yanira López, Yamaris Vázquez del Centro de Apoyo de Ponce, de forma arbitraria y caprichosa. Este traslado resulta altamente oneroso para los empleados unionados de dicho centro. Estas acciones atentan contra la integridad de la Unidad Apropiada.

14. Remedio solicitado:

El CDORH cese y desista de violar el Convenio Colectivo y que cumpla con lo dispuesto en dicho Convenio sobre los traslados, que le pague a la CUTE y a la querellante por los gastos que estos tengan que incurrir como resultado de esta acción.

15. Nombre y título de la persona que firma este documento
Federico Torres Montalvo, Secretario General

16. Firma

Aquella persona que intencionalmente someta información falsa en este formulario puede estar sujeta a las multas que imponga la Comisión y a cualquier otra sanción o pena de Ley aplicable.
(Modificada en septiembre de 2008)