

**CUTE**
COORDINADORA UNITARIA DE TRABAJADORES DE ESTADO
AFILIADA A LA CENTRAL PUERTORRIQUEÑA DE TRABAJADORES
CALLE CADIZ # 1214, PUERTO NUEVO, P.R. 00920



CERTIFIED MAIL

7017 1000 0001 1088 3261



UNITED STATES POSTAL SERVICE

1000    00918

U.S. POSTAGE
FCM LET
SAN JUAN
00936
MAR 04
AMOUNT
$7
R2305K1

Clerk's Office
US District Court
Room 150 Federal Building
San Juan PR 00918-1767

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

2020 MAR -5  PM 5: 35

RECEIVED & FILED