2 de marzo de 2020

RECEIVED & FILED
2020 MAR -5 PM 5: 34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

Secretaria _Clerks office
Tribunal Distrito de los Estados Unidos
Buzón 150 Federal Building
San Juan, Puerto Rico 00918-1767

*Norma I. Montero Morales* (firma)
Norma I. Montero Morales
Urb. Morel Campos
Calle Ausencia 16
Ponce, Puerto Rico 00730-2795

Telefono-787-601-0573
Correo electrónico: NormaiMontero850@gmail.com

A. 1.Deudores: Commonwealth of Puerto Rico
   2. Procedimiento reclamación: No17 BK 3283   Claim #96980
   3. Titulo Retribución global

   4.Deuda Pago Retribución Ley 89 12 julio 1979

   5.Evidencia: Carta De Reclamación ley 89 17 marzo 1998

B. Motivo para oponerse a objeción global

Que a partir de marzo 2004 comencé mi jubilación. Aporte por 30 años al servicio publica con el Departamento de Salud (AFASS)

Por cual solicito al Honorable Tribunal que no declare a lugar a la objeción global. Y que hagan los ajustes de acuerdo a la ley.

PD- Debido al terremoto que afectó el sur de Puerto Rico el 7 de enero de 2020 y posteriores temblores no pude enviar a tiempo la reclamación y su justificación.