**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|------|---------|------------|--------|----------------------|
| MONTERO MORALES, NORMA | 96980 | 6/25/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|--------|-------------------|----------------------|--------|--------------------------------|
| MONTERO MORALES, NORMA | 96980 | 6/25/2018 | Commonwealth of Puerto Rico | $0.00 *ajuste de acuerdo a Ley (30 años servicio)* |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

(CIVILES)

## LIC. WILLIAM J. RIEFKOHL
SUITE 204
EDIFICIO UNION PLAZA
AVE. PONCE DE LEON 416
HATO REY, PUERTO RICO 00918
TELEFONO: (787) 763-4736

### CONTRATO DE SERVICIOS PROFESIONALES

NOMBRE: NORMA MONTERO MORALES

NUMERO DE EMPLEADO: 01119

FECHA DE INGRESO AL SERVICIO PUBLICO: FEBRERO 1978

SEGURO SOCIAL # 8981

FECHA DE ESTE CONTRATO: 17 DE MARZO DE 1998

AGENCIA GUBERNAMENTAL PARA LA CUAL TRABAJA: DEPTO. DE SALUD AFASS – PONCE

1. Mediante este contrato nombro al Lcdo. William J. Riefkohl y al Lcdo. Alberto Aresti como mis representantes legales en la reclamación de cualquier aumento, compensación, estipendio o pasos a que yo tenga o pueda tener derecho por razón de mis servicios prestados al Gobierno del Estado Libre Asociado de Puerto Rico.

2. Esta reclamación se basa en la Ley Núm. 89 del 12 de julio de 1979, en la ley Núm. 12 de 1982 y/o cualquier otra ley que conceda aumentos de pago de sueldo y que sea aplicable.

3. Convengo en pagar a mi representación legal la cantidad de $20.00 para gastos iniciales al aceptar mi caso y un 20% de la cantidad total que recobre para mi beneficio. Autorizo al Tribunal Sentenciador y/o al funcionario de la agencia adjudicativa correspondiente que del total de la cantidad que se me adjudique pague directamente a mi representación legal dicho 20%.

4. Entiendo que este caso se tramitará a mi nombre como demandante o peticionario y que ninguna unión o asociación privada o de empleados públicos actuará en mi nombre, siendo mi única y exclusiva representante legal la ya designada.

5. Estoy de acuerdo que a discreción de mi abogado mi caso sea tramitado conjuntamente con el de otros demandantes o peticionarios.

FIRMA: _Norma Montero Morales_

DIRECCION: 16 AUSENCIA

URB. JUAN MOREL CAMPOS

PONCE, PUERTO RICO 00731

TEL.RES. ---------    TEL TRAB. 840-6250 787-601-0573

Al presente estoy:

a. Activo en el Servicio Público y ocupo la plaza de OFICINISTA DACTILOGRAFO I

b. Pensionado desde (fecha) _____

c. Inactivo-retirado desde (fecha) _____

NOMBRE, DIRECCION Y TELEFONO DE UN FAMILIAR O ALLEGADO CERCANO:

TELEFONO: 844-5435 787-638-6031

MARTA MONTERO

JARDINES DEL CARIBE CALLE 33 GG-20 3ra. EXT.

PONCE, PUERTO RICO 00731