Norma Montero Morales
Urb. Morel Campo 16 Ausencia
Ponce, Puerto Rico 00730-2795

7019 2970 0002 2161 6401

$7.40

Secretaria (Clerk Office)
Tribunal Distrito
Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico
00918-1767

RECEIVED & FILED
2020 MAR -5 PM 5:34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.