Secretaría ( Clerk's Office )

Tribunal de Distrito de los Estados Unidos

San Juan, Puerto Rico.00918-1767

RECEIVED & FILED
2020 MAR -5 PM 5: 34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Juana Díaz, Puerto Rico

3 de marzo de 2020

Re: Reclamar Objeción Global

establecida por el Tribunal

el 12 de diciembre de 2019

No. de caso : 17 BK 3283-LTS

No.Reclamaciones: 104067

109772

92640

Fecha de presentación: 6/18/2018

6/27/2020

Deudores: Commonwealth of

Puerto Rico

Monto Reclamados: $7.000.00

Reclamación Ley 89

No. Seguro Social: **REDACTED**

Secretaría ( Clerk;s Officce)

Me pongo en contacto con usted(es) en relación con mi reclamación de dinero adeudado de las leyes apropiadas que me corresponden por mis años de servicios desde el año 1972 hasta julio de 2000. Fui maestra de escuela elemental de Departamento de Educación del Estado Libre Asociado de Puerto Rico. Me preocupa la decisión tomada por el Tribunal de declarar a lugar la Objeción global el 12 de diciembre de 2019. No pude comunicarme nuevamente por la situación que pasa Puerto Rico con los sismos y por mi estado emocional que a pesar he mejorado algo pero me preocupa estar fuera del hogar para realizar diligencias y ocurra algo peor. Por tal razón no pude ponerme al día con mi reclamación.

Agradeceré tomen en consideración mi reclamación , la atención y ayuda me puedan ofrecer. Tengo 70 años y muchas cosas se me pasan.

Adjunto una certificación del Sistema de Retiro.

Gracias por la atención brindada ,

Respetuosamente,

Nilda E. Sastre Burgos