U.S. POSTAGE PAID
FCM LETTER
JUANA DIAZ, PR
00795
MAR 03, 20
AMOUNT
$7.10
R2305K135197-01

00918

1000

Nilda E. Sastre Burgos
Urb. San Martin IE
Calle 3 B-11
Juana Diaz, P.R. 00795

RECEIVED & FILED
2020 MAR -5 PM 5:34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

CERTIFIED MAIL
7019 1120 0001 1734 5732

Secretario (Clerk's Office)
Tribunal de Distrito de los E.U.
Room 150 Federal Building
San Juan, P.R. 00918-1767

0091831767 0000