2 de marzo de 2020

Secretaria (Clerk's Office)

Tribunal de Distrito de los Estados Unidos

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767

*Marta I. Montero Morales* (firma)

Marta I. Montero Morales

Street 33 GG-20

Urb. Jardines del Caribe

Ponce, (Puerto Rico) 00728-2610

martaimntr@hotmail.com

787-638-6031

A. Deudores

    1. Commonwealth of Puerto Rico

    2. Numero de Procedimiento Reclamación(es): <u>85113</u>(No.17 BK3283); <u>87914</u>; <u>85188</u>; <u>87918</u>

    3. Título de Objeción Global: Aportación a Administración de los Sistemas de Retiro, Retribución Uniforme, Carrera Magisterial.

    4. Evidencia de Reclamación: Certificación de balances de aportaciones, Certificación Retirada y Talonarios disponibles.

B. Motivo para oponerse a la Reducción Global: Que desde agosto de 1980 ingrese al servicio público como maestra del Sistema de Instrucción Pública (Departamento de Educación de Puerto Rico) cotizando para dicho sistema hasta mi retiro efectivo el 31 de julio de 2013 (33.8 años). Que llevo seis años y 9 meses recibiendo la pensión como dispone la ley de retiro de maestro como dispone la ley. Que estudie mi Bachillerato en Educación en Ciencias en Universidad de Puerto Rico (Recinto de Cayey junio 1979) Complete mi grado de Master en Educación (agosto 1980.) y entiendo se me adeuda.

Que mi balance de aportación fue de 74,269.02. (ver documentación justificada)

Por cual solicito al Honorable Tribunal que no declare a lugar a la objeción global. Y que hagan los ajustes si la ley así lo dispone de acuerdo a la ley.

PD- Debido al terremoto que afectó el sur de Puerto Rico el 7 de enero de 2020 y posteriores temblores no pude enviar a tiempo la reclamación y su justificación.