

# CERTIFICACIÓN

Certifico que el (la) señor(a) **Marta I Montero Morales,** ss xxx-xx-2549, es pensionado (a) del Sistema de Retiro para Maestros.

De la pensión se le efectuaron los siguientes descuentos:

| | |
|---|---|
| **PENSION MENSUAL** | $ 2,302.50 |
| **PENSION NETA** | $ 2.067.22 |
| **Préstamo de Retiro para Maestros** | $ 235.28 |

*mayo 2018*
*6,000*

*julio 2013*

*Esta certificación se expide el 1 de agosto de 2013, en Ponce, Puerto Rico.*

Atentamente,

**Sra. Arlene Hoyos Escalera**
**Gerente**
**Sucursal de Ponce**

Santa María Shopping Center – 441 Calle Ferrocarril
Ste.101 – Ponce PR  00717-1102
Tel. (787) 777-1414          Fax 787-709-4885

[Type text]

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| MONTERO MORALES, MARTA I | 85188 | 6/22/2018 | Commonwealth of Puerto Rico | $0.00 *2002 9 2013* *15,500. estimad.* *segun mis calculos.* |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| MONTERO MORALES, MARTA I | 85188 | 6/22/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.  **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m.  (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.  **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|------|---------|------------|--------|----------------------|
| Montero Morales, Marta I. | 87914 | 6/22/2018 | Commonwealth of Puerto Rico | $0.00 |
| **Reason:** | | | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | |

*(handwritten annotation): lo que aplique la ley por 33 antes de servicios ininterrumpidos*

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|--------|--------------------|-----------------------|--------|--------------------------------|
| Montero Morales, Marta I. | 87914 | 6/22/2018 | Commonwealth of Puerto Rico | $0.00 |
| **Base para:** | | | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.  **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m.  (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.  **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING
TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR
CLAIM IS DEFICIENT.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|------|---------|-----------|--------|----------------------|
| Montero Morales, Marta I | 85113 | 6/22/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN
QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU
RECLAMO ES DEFICIENTE.

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|--------|--------------------|-----------------------|--------|--------------------------------|
| Montero Morales, Marta I | 85113 | 6/22/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online
at https://cases.primeclerk.com/puertorico.  **If you have questions, please contact Prime Clerk
LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international
callers), available 10:00 a.m. to 7:00 p.m.  (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al
Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.  **Si
tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número
gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero),
disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Montero Morales, Marta I. | 87918 | 6/22/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

*[handwritten annotation: Lo que aplique la ley por-33- antes de servicios ininterrumpidos]*

SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Montero Morales, Marta I. | 87918 | 6/22/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.  **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m.  (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.  **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

Formulario 480.7C
Form
Rev 10.16

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
**Departamento de Hacienda** - Department of the Treasury
**DECLARACION INFORMATIVA - PLANES DE RETIRO Y ANUALIDADES**
INFORMATIVE RETURN - RETIREMENT PLANS AND ANNUTIES
**AÑO CONTRIBUTIVO** - TAXABLE YEAR : **2016**

S160005

**Número Confirmación de Radicación Electrónica**
Electronic Filling Confirmation Number

☐ **Enmendado** - Amended      ( DD / MM / YYYY )

| INFORMACIÓN DEL PAGADOR - PAYER'S INFORMATION | INFORMACIÓN DE QUIEN RECIBE EL PAGO - PAYEE'S INFORMATION | INFORMACIÓN DEL PLAN - PLAN'S INFORMATION |
|---|---|---|
| Núm. de Identificación Patronal - Employer Identification Number **66-0433481** | Núm. de Seguro Social - Social Security No. **2549** | Núm. de Identificación Patronal - Employer Identification Number **66-0433481** |
| Nombre - Name **Sistema de Retiro para Maestros** | Nombre - Name **MARTA MONTERO MORALES** | Nombre del Plan - Name of Plan **Sistema de Retiro para Maestros** |
| Dirección - Address **PO Box 191879** **San Juan     PR** Código Postal - Zip Code **00919-1879** | Dirección - Address **JARD DEL CARIBE** **GG20 CALLE 33** **PONCE PR** Código Postal - Zip code **00728-2610** | Nombre de quién auspicia el Plan - Plan Sponsor's Name **Sistema de Retiro para Maestros** |

| Marque el encasillado correspondiente: - Check the corresponding box: | Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension |
|---|---|

Forma de Distribución: Form of Distribution:     Tipo de Plan o Anualidad: - Plan or Annuity Type:

☐ Total / Lump Sum  ☐ Parcial / Partial  ☒ Pagos Periódicos / Periodic Payments     ☒ Gubernamental / Governmental  ☐ Privado Calificado / Qualified Private  ☐ No Calificado / Non Qualified  ☐ Anualidad / Annuity

Día: 01  Mes: 06  Año: 2013
Day   Month   Year

| Descripción - Description | Cantidad - Amount | Distribuciones - Distributions | |
|---|---|---|---|
| **1. Aportación Vía Transferencia** Rollover Contribution | 0.00 | **16.Cantidad Distribuida** Amount Distributed | 27,930.00 |
| **2. Distribución Vía Transferencia** Rollover Distribution | 0.00 | **17.Cantidad Tributable** Taxable Amount | 27,630.00 |
| **3. Costo de la Pensión o Anualidad** Cost of Pension or Annuity | 74,269.02 | | |
| **4. Fondo de Retiro Gubernamental** Governmental Retirement Fund | 0.00 | **18.Cantidad sobre la cual se Pago por Adelantado bajo las Secciones 1081.01(b)(9) o 1012D(b)(5) -** Amount over which a Prepayment was made under Sections 1081.01(b)(9) or 1012D(b)(5) | 0.00 |
| **5. Contribución Retenida sobre Pagos Periódicos de Planes Calificados o Gubernamentales -** Tax Withheld from Periodic Payments of Qualified or Governmental Plans | 0.00 | | |
| **6. Contribución Retenida sobre una Distribución Total (20%)** Tax Withheld from Lump Sum Distribution (20%) | 0.00 | **19.Desglose de Cantidad Distribuida** Breakdown of Amount Distributed | |
| **7. Contribución Retenida sobre una Distribución Total (10%)** Tax Withheld from Lump Sum Distribution (10%) | 0.00 | **A. Aportaciones Diferidas** Deferred Contributions | 0.00 |
| **8. Contribución Retenida sobre Pagos Periódicos de Planes No Calificados -** Tax Withheld from Periodic Payments of Non Qualified Plans | 0.00 | | |
| **9. Contribución Retenida sobre Otras Distribuciones de Planes Clasificados (10%) -** Tax Withheld from Others Distributions of Qualified Plans (10%) | 0.00 | **B. Aportaciones Voluntarias** After-Tax Contributions | 0.00 |
| **10. Contribución Retenida sobre Anualidades** Tax Withheld from Annuities | 0.00 | **C. Ingreso Generado** Income Accretion | 0.00 |
| **11. Contribución Retenida sobre Transferencia de un Plan Calificado a una Cuenta de Retiro Individual No Deducible -** Tax Withheld from Rollover of a Qualified Plan to a Non Deductible Individual Retirement Account | 0.00 | **D. Otros** Others | 0.00 |
| **12. Contribución Retenida sobre Distribuciones del Programa de Cuentas de Ahorro para el Retiro (10%) -** Tax Withheld from Distributions from the Retirement Savings Account Program( 10%) | 0.00 | **E. Total (Sume líneas 15A a la 15D)** Total (Add lines 15A through 15D) | 0.00 |
| **13. Contribución Retenida sobre Transferencia del Programa de Cuentas de Ahorro para el Retiro a Cuenta de Retiro Individual No Deducible (10%) -** Tax Withheld from Rollover of the Retirement Savings Account Program to a Non Deductible Individual Retirement Account (10%) | 0.00 | **20.Código de Distribución** Distribution Code | A |
| **14.Contribución Retenida sobre Distribuciones a No Residentes -** Tax Withheld from Nonresident's Distributions | 0.00 | **Razones para el Cambio** Reassons for the Change | |
| **15.Contribución Retenida sobre Otras Distribuciones** Tax Withheld from Others Distributions | 0.00 | | |

| Número de Cuenta Account Number | Número de Control Control Number  002278674 | Número de Control de la Declaración Informativa Original Control Number of Original Information Return |
|---|---|---|

FECHA DE RADICACION: 28 DE FEBRERO O 30 DE AGOSTO, SEGUN APLIQUE. VEA INSTRUCCIONES - FILLING DATE: FEBRUARY 28 OR AUGUST 30, AS APPLICABLE. SEE INSTRUCCIONS.
ENVIE ELECTRONICAMENTE AL DEPARTAMENTO DE HACIENDA. ENTREGUE DOS COPIAS A QUIEN RECIBE EL PAGO. CONSERVE COPIA PARA SUS RECORDS
SEND TO DEPARTMENT OF THE TREASURY ELECTRONICALLY. DELIVER TWO COPIES TO PAYEE. KEEP COPY FOR YOUR RECORDS

Reproducido por:
Sistema de Retiro para Maestros

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACION
DIVISION DE PERSONAL - HATO REY, PUERTO RICO

INFORME DE CAMBIO - PERSONAL DOCENTE

CLAVE ALFA: MON
----

| | |
|---|---|
| MONTERO MORALES, MARTA I | ----- 2549 |
| NOMBRE | SEGURO SOCIAL |
| PONCE I | 21 - MA |
| DISTRITO | PREPARACION |
| 55871-ANTONIO PAOLI | R27142 |
| UBICACION/ESCUELA | NUMERO DE PUESTO |
| REGULAR | ESTATAL |
| STATUS | FONDO |
| MAESTRO CIENCIA GENERAL | 10 DE ENERO 2000 |
| CATEGORIA - CLASE | FECHA DE EFECTIVIDAD |
| E1110-11100-0810000-1008-00100-2000- | |
| CIFRA DE CUENTA | |
| $ 1,845.00 | $ 1,945.00 |
| ANTES DEL CAMBIO | DESPUES DEL CAMBIO |

OBSERVACIONES:

AUMENTO EN SUELDO CONFORME A LA LEY NUM. 169 DE 29 DE JULIO DE 1999.

APROBADO POR EL SECRETARIO DE EDUCACION.

----------------------------
FIRMA

S2010

**Estado Libre Asociado de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

| | | |
|---|---|---|
| Grupo de Pago: | SM -Quincenal | # Cheque: **06244886** |
| Desde: | 08/15/2013 | |
| Hasta: | 08/28/2013 | Fecha: 08/05/2013 |

MARTA I MONTERO MORALES
URB MORELL CAMPOS
16 CALLE AUSENCIA
PONCE PR 00731-0000
SS: XXX-XX-2549

| | |
|---|---|
| # Empleado: | XXXXX2549 |
| Dept: | 8005103-Ponce Ponce I |
| Oficina: | Antonio Paoli |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $3,070.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 2 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

**HORAS E INGRESOS**

| | | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Enfermedad Suma Global | | | 13,815.00 | | 13,815.00 |
| Licencia Enfermedad en Exceso | | | 0.00 | | 176.10 |
| Pago Vacaciones Suma Global | | | 0.00 | | 6,044.92 |
| Pago de Salarios Regulares | | | 0.00 | 744.00 | 18,420.00 |

**IMPUESTOS**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| PR Withholdng | 967.05 | 1,821.56 |

| Total: | | 13,815.00 | 744.00 | 38,456.02 |
|---|---|---|---|---|

| Total: | 967.05 | 1,821.56 |
|---|---|---|

**DEDUCCIONES** / **DEDUCCIONES GENERALES** / **BENEFICIOS PATRONALES PAGADOS**

921002250 ©2012. RR Donnelley. All rights reserved. - 0667

---

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| MARTA I MONTERO MORALES | 2549 | 30 1189 | 043853 | 6704430 |

**DEDUCCIONES**

| ESPECIFICAS | | | | | MISCELANEAS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
| ACUMULADO DURANTE EL AÑO NATURAL | | | AHORROS | SEGURO | 02 | 11538 | 06 | 6970 | 07 | 915 |
| 35161 | | 84252 | | | 42 | 6200 | 10 | 10798 | 16 | 2685 |
| | | | | | 81 | 200 | | | | |
| MES CORRIENTE | | | | | | | | | | |
| 4415 | | 8120 | | 3480 | 350 | | | | | |

| 1184810 | 000 | 000 | 116000 | 13900 | 88086 | 14014 |
|---|---|---|---|---|---|---|
| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ª QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | MES CORRIENTE | | |

VEASE CLAVES AL DORSO

---

### INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| MARTA I MONTERO MORALES | 549 | 31 07 81 | 038376 | 74790386 |

**DEDUCCIONES**

| ESPECIFICAS | | | | | MISCELANEAS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
| ACUMULADO DURANTE EL AÑO NATURAL | | | AHORRO | SEGURO | 42 | 2600 | 10 | 1000 | 60 | 325 |
| 11792 | | 28840 | | | | | | | | |
| MES CORRIENTE | | | | | | | | | | |
| 1940 | | 4270 | | 1830 | | | | | | |

NO ES NEGOCIABLE

| 412000 | 000 | 000 | 61000 | 24600 | 11965 | 24435 |
|---|---|---|---|---|---|---|
| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ra QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | MES CORRIENTE | | |

ESTADO LIBRE ASOCIADO DE PUERTO RICO
VEASE CLAVES AL DORSO

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACIÓN
SECRETARÍA AUXILIAR DE RECURSOS HUMANOS
RETIRO DOCENTE

## CERTIFICACIÓN RADICACIÓN SOLICITUD DE RETIRO

De conformidad con las disposiciones de la Ley Núm. 208 del 21 de diciembre de 2010, certifico que:

### INFORMACIÓN DEL EMPLEADO

Nombre y apellidos: *Marta I Montero Morales*

Seguro Social: *2549*            Puesto: *maestra*

Región Educativa: *Ponce*          Distrito: *Ponce 1*

Escuela: *Antonio E. Paoli*         Municipio: *Ponce*

Fecha radicación solicitud de retiro: *16 de octubre de 2012*

Fecha efectividad de renuncia: *31 de mayo de 2013*

☐ Solicitud Excepcional    Razón: *Años de Servicio y Edad*

Clasificación del Puesto: ☒ Maestro ☐ Director ☐ Trabajador Social ☐ Orientador

Categoría: *ciencia*            Número de Puesto: *R 27142*

Realizó la debida notificación de su intención de jubilarse hoy, *11* de *octubre* de 20*12*

*Fernando L. Ghigliotti*
Nombre en letra de molde del
Director de Escuela o Representante Autorizado

Firma del Director de Escuela
o Representante Autorizado

Observaciones: _____

_____

_____

*Este formulario debe contener en original el sello de la Escuela o Región Educativa, según corresponda para que se valide la autenticidad del mismo y sea sometido junto a la Solicitud de Retiro del Sistema de Retiro para Maestros (SRM3) para el trámite correspondiente.*

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. 773-2676, 2725 ó 6288  FAX (787) 759-7097
El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o