MARTA I
Jard: del Caribe
JM-20 Calle 33
Ponce, P.R. 00728-2610



RETURN RECEIPT REQUESTED

Secretaria (Clerk's Office)
Tribunal Distrito Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767

RECEIVED & FILED
2020 MAR -5 PM 5:34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.



CERTIFIED MAIL
7019 2970 0002 2161 6463