From:

Nylma González Montalvo
Urb. Vista Bella, Calle 5, D-4
Villalba P.R. 00766





RECEIVED & FILED
2020 MAR -5  PM 5: 33
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

To:
  Secretaria (Clerk office)
  Tribunal de Distrito de los EU
  Room 150 Federal Building
    San Juan (P.R. 00918-1967