# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Morning session:
Set: 9:30 AM (AST)
Started: 9:37 AM (AST)
Ended: 11:15 AM (AST)

**MINUTES OF PROCEEDINGS**

**BEFORE JUDGE LAURA TAYLOR SWAIN**   DATE: March 5, 2020

**U.S. MAGISTRATE JUDGE JUDITH G. DEIN**

COURTROOM DEPUTY: Carmen Tacoronte

COURT REPORTER: Amy Walker

| | |
|---|---|
| In Re:<br><br>The Financial Oversight and Management Board for Puerto Rico<br><br>*as representative of*<br><br>The Commonwealth of Puerto Rico, *et al.*<br>Debtors | 3:17-BK-3283 (LTS)<br><br>PROMESA Title III<br><br>(Jointly Administered) |

| | |
|---|---|
| In Re:<br><br>The Financial Oversight and Management Board for Puerto Rico<br><br>*as representative of*<br><br>COFINA,<br><br>Debtor | 3:17-BK-3284 (LTS)<br><br>PROMESA Title III<br>(Jointly Administered) |

3:17-BK-3283 (LTS)

2nd day of Omnibus Hearing – March 5, 2020

| In Re: | 3:17-BK-3566 (LTS) |
|---|---|
| The Financial Oversight and Management Board for Puerto Rico | PROMESA Title III |
| *as representative of* | (Jointly Administered) |
| Employees Retirement System of the Government of the Commonwealth of Puerto Rico, | |
| Debtor | |

| In Re: | 3:17-BK-3567 (LTS) |
|---|---|
| The Financial Oversight and Management Board for Puerto Rico | PROMESA Title III |
| *as representative of* | (Jointly Administered) |
| Puerto Rico Highways and Transportation Authority, | |
| Debtor | |

3:17-BK-3283 (LTS)
2nd day of Omnibus Hearing – March 5, 2020

| | |
|---|---|
| In Re:<br><br>The Financial Oversight and Management Board for Puerto Rico<br><br>*as representative of*<br><br>Puerto Rico Electric Power Authority,<br><br>Debtor | 3:17-BK-4780 (LTS)<br><br>PROMESA Title III<br>(Jointly Administered) |
| In Re:<br><br>The Financial Oversight and Management Board for Puerto Rico<br><br>*as representative of*<br><br>Puerto Rico Public Buildings Authority,<br><br>Debtor | 3:19-BK-5523 (LTS)<br><br>PROMESA Title III<br>(Jointly Administered) |

| | |
|---|---|
| Financial Oversight and Management Board for Puerto Rico<br>*as representative of the Employee Retirement System of the Government of the Commonwealth of Puerto Rico Puerto Rico*<br><br>Plaintiff<br><br>v.<br><br>Wanda Vazquez Garced, *et al.*<br><br>Defendants | 3:19-AP-00393 (LTS)<br><br>in 3:17-BK-3283 (LTS) |

3:17-BK-3283 (LTS)

2nd day of Omnibus Hearing – March 5, 2020

| Autoridad de Energia Electrica de Puerto Rico | 3:19-AP-00453 (LTS) |
|---|---|
| Plaintiff | in 3:17-BK-4780 (LTS) |
| v. | |
| Vitol S.A., <u>et al.</u> | |
| Defendants | |

**2nd day of Omnibus Hearing held.**

IV. **UNCONTESTED MATTERS**

1. AMPR's Motion for Relief from Stay. [Case No. 17-3283, ECF No. 3914]

    a. Adjourned. See ECF No. 11965 in Case No. 17-3283.

2. PBA's Motion to Set Bar Date. [Case No. 19-5523, ECF No. 36]

    a. Granted with modifications. Revised proposed order to be submitted.

3. One Hundred Twenty-Fourth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 9892]

4. One Hundred Twenty-Fifth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 9894]

5. One Hundred Twenty-Sixth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 9895]

6. One Hundred Twenty-Seventh Omnibus Objection to Claims [Case No. 17-3283, ECF No. 9897]

7. One Hundred Twenty-Eighth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 9900]

3:17-BK-3283 (LTS)
2nd day of Omnibus Hearing – March 5, 2020

8. One Hundred Twenty-Ninth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 9901]

9. One Hundred Thirtieth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 9903]

10. One Hundred Thirty-First Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 9905]

11. One Hundred Thirty-Second Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 9906]

12. One Hundred Thirty-Third Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 9907]

13. One Hundred Thirty-Fourth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 9908]

**Items 3 through 13 are sustained as to claims that have not elicited a response. Proposed orders to be submitted. The remaining claims are adjourned to the April Omnibus Hearing.**

14. One Hundred Thirty-Fifth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 9911]

15. One Hundred Thirty-Sixth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 9912]

16. One Hundred Thirty-Seventh Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 9915]

17. One Hundred Thirty-Eighth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 9917]

3:17-BK-3283 (LTS)
2nd day of Omnibus Hearing – March 5, 2020

18. One Hundred Thirty-Ninth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 9921]

19. One Hundred Fortieth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 9933]

20. One Hundred Forty-First Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 9934]

21. One Hundred Forty-Second Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 9935]

22. One Hundred Forty-Third Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 9936]

23. One Hundred Forty-Fourth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 9937]

24. One Hundred Forty-Fifth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 9938]

25. One Hundred Forty-Sixth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 9939]

26. One Hundred Forty-Seventh Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 9940]

27. One Hundred Forty-Eighth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 9941]

**Items 14 through 27 are sustained as to claims that have not elicited a response. Proposed orders to be submitted. The remaining claims are adjourned to the April Omnibus Hearing.**

3:17-BK-3283 (LTS)
2nd day of Omnibus Hearing – March 5, 2020

28. One Hundred Forty-Ninth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 9942]

29. One Hundred Fiftieth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 9943]

30. One Hundred Fifty-Fifth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 9944]

31. One Hundred Fifty-Sixth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 9945]

32. One Hundred Fifty-Seventh Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 9946]

**Items 28 through 32 are granted as to claims that have not elicited a response. Proposed orders to be submitted. The remaining claims are adjourned to the April Omnibus Hearing.**

V. **CONTESTED MATTERS:**

1. FOMB's Motion for Summary Judgment. [Adv. Case No. 19-393, ECF No. 77]

    a. Matter taken under advisement. Order to be issued.

2. PREPA'S Motion to Remand. [Adv. Case No. 19-453, ECF No. 8]

    a. Matter taken under advisement. Order to be issued.

3:17-BK-3283 (LTS)
2nd day of Omnibus Hearing – March 5, 2020

VII. **CONTESTED CLAIM OBJECTIONS**

1. Eighty-Seventh Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 8976]

2. One Hundred Eighth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 9558]

3. One Hundred Fourteenth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 9564]

4. One Hundred Nineteenth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 9569]

5. One Hundred Twenty-Third Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 9576]

**Application to be filed requesting the extension of the response deadlines and the adjournment of the related claims.**

VIII. **ADJOURNED MATTERS:**

1. AAFAF's Objection to Claim of the United States Department of the Treasury/Internal Revenue Service. [Case No. 17-3283, ECF No. 7419, Case No. 17-3284, ECF No. 643]

2. Gladys García-Rubiera et. al.'s Motion Requesting Relief of Stay under 362(d)(1) of the Bankruptcy Code. [Case No. 17-3283, ECF No. 2434]

3. Ambac's Motion to Compel Compliance with Orders Authorizing 2004 Examinations. [Case No. 17-3283, ECF No. 7505]

4. Ambac's Motion for Order Authorizing 2004 Discovery Concerning Pension Liabilities. [Case No. 17-3283, ECF No. 7507]

s/Carmen Tacoronte
Carmen Tacoronte
Courtroom Deputy