# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor.[1] | PROMESA<br>Title III<br><br>No. 17-BK-3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17-BK-4780-LTS |
| SCIEMUS LIMITED, et al.<br><br>Plaintiffs,<br><br>-v-<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Adv. Pro. No. 19-AP-369 LTS |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations.

as representative of

PUERTO RICO ELECTRIC POWER AUTHORITY,

Defendant.

## ORDER

This matter is before the Court on the *Plaintiffs' Motion for Leave to File Second Amended Complaint* (Dkt. No. 47 in 19-AP-369; DKt. No. 11784 in 17-BK-3283) (the "Motion"). The Court has also received and reviewed the *Joint Status Report Regarding Plaintiffs' Motion for Leave to File Second Amended Complaint* (Dkt. No. 49) (the "Joint Status Report").

In the Joint Status Report, the parties represent that the Defendants do not object to the Motion, but "PREPA specifically reserves all of its rights as to the allegations in the proposed Second Amended Complaint and does not waive any defense or claim against Insurers by consenting to the proposed Second Amended Complaint, except for PREPA's previous stipulation that no interest, penalties or other remedies based on the passage of time will accrue from July 24, 2019 (PREPA's original response date) to the time PREPA ultimately files its responsive pleading." (Joint Status Report ¶ 1).

The parties further represent that the "Defendants' Unopposed Urgent Motion for a Fourth Extension of Time to Respond to Plaintiffs' Complaint, as well as the Order granting same, shall apply to the Second Amended Complaint to the same extent as the First Amended Complaint." (Joint Status Report ¶ 2). Accordingly, PREPA's responsive pleading to the Second Amended Complaint would be due on or before April 30, 2020.

Taking notice of PREPA's reservation of rights and the lack of objection, and finding good cause for the requested relief, the Court hereby ALLOWS the Motion. Plaintiffs shall re-file their Second Amended Complaint on the docket. The deadline for PREPA to file a responsive pleading to the Second Amended Complaint will be **April 30, 2020**.

SO ORDERED.

This Order resolves Dkt. No. 47 in 19-AP-369 and Dkt. No. 11784 in 17-BK-3283.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: March 6, 2020