In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Fourth - Seventh Fee Period Applications Recommended for Approval:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|
| | *Fourth Interim Fee Period (June 1 - September 30, 2018)* | | | | | | | |
| | *Financial Advisor and Investment Banker to AAFAF* | | | | | | | |
| 1 | **Rothschild & Co US Inc. [Dkt. No. 8512]** | 10/01/2018 - 2/28/2019 | $ 2,540,000.00 | $ - | $ - | $ - | $ 2,540,000.00 | $ - |
| | *Fifth Interim Fee Period (October 1, 2018 - January 31, 2019)* | | | | | | | |
| | *Independent Forensic Analysis Team to FOMB* | | | | | | | |
| 2 | **Duff & Phelps LLC [Dkt. No. 5800; amended Dkt. No. 8450]** | 11/1/2018 - 1/31/2019 | $ 1,914,104.50 | $ 104,690.47 | $ 71,798.08 | $ 20,518.25 | $ 1,809,414.03 | $ 51,279.83 |
| | *Counsel for PREPA* | | | | | | | |
| 3 | **Greenberg Traurig [Dkt. No. 5716 and 17-4780 Dkt. No. 1129]** | 10/1/2018 - 1/31/2019 | $ 1,040,868.60 | $ 133,713.32 | $ 18,115.44 | $ 2,678.99 | $ 907,155.28 | $ 15,436.45 |
| | *Sixth Interim Fee Period (February 1 - May 31, 2019)* | | | | | | | |
| | *Independent Forensic Analysis Team to FOMB* | | | | | | | |
| 4 | **Duff & Phelps LLC [Dkt. No. 7997]** | 2/1 - 5/31/2019 | $ 350,401.50 | $ 37,337.00 | $ 8,574.81 | $ 2,454.28 | $ 313,064.50 | $ 6,120.53 |
| | *Financial Advisor to FOMB* | | | | | | | |
| 5 | **Ernst & Young LLP [Dkt. No. 8786]** | 2/1 - 5/31/2019 | $ 4,505,960.45 | $ 27,173.43 | $ 196,914.62 | $ 27,555.52 | $ 4,478,787.02 | $ 169,359.10 |
| | *Macroeconomic Consultant to the FOMB* | | | | | | | |
| 6 | **Wolfe, Andrew [Dkt. No. 9333]** | 2/1 - 5/31/2019 | $ 100,000.00 | $ - | $ 858.88 | $ - | $ 100,000.00 | $ 858.88 |
| | *Seventh Interim Fee Period (June 1 - September 30, 2019)* | | | | | | | |
| | *Advisor to the FOMB - Commonwealth* | | | | | | | |
| 7-a | **Alvarez & Marsal North America, LLC [Dkt. No. 9197]** | 6/1 - 9/30/2019 | $ 1,288,205.37 | $ 4,757.00 | $ 14,315.32 | $ - | $ 1,283,448.37 | $ 14,315.32 |
| | *Advisor to the FOMB - ERS* | | | | | | | |
| 7-b | **Alvarez & Marsal North America, LLC [Dkt. No. 9209 and 17-3566 Dkt. No. 699]** | 6/1 - 9/30/2019 | $ 533,796.03 | $ 1,971.17 | $ - | $ - | $ 531,824.86 | $ - |
| | *Advisor to the FOMB - HTA* | | | | | | | |
| 7-c | **Alvarez & Marsal North America, LLC [Dkt. No. 9221 and 17-3567 Dkt. No. 651]** | 6/1 - 9/30/2019 | $ 111,158.73 | $ 410.48 | $ - | $ - | $ 110,748.25 | $ - |
| | *Members of the Official Committee of Unsecured Creditors* | | | | | | | |
| 8 | **American Federation of Teachers [Dkt. No. 9217]** | January 2019 | $ - | $ - | $ 869.86 | $ - | $ - | $ 869.86 |
| | *Puerto Rico Conflicts Counsel to the FOMB Special Claims Committee* | | | | | | | |
| 9-a | **Cardona Fernandez, Ileana C. [Dkt. No. 9312]** | 6/1 - 9/30/2019 | $ 13,950.00 | $ - | $ 400.00 | $ - | $ 13,950.00 | $ 400.00 |
| | *Puerto Rico Conflicts Counsel to the FOMB Special Claims Committee - PREPA* | | | | | | | |
| 9-b | **Cardona Fernandez, Ileana C. [17-4780 Dkt. No. 1774]** | 6/1 - 9/30/2019 | $ 5,130.00 | $ - | $ - | $ - | $ 5,130.00 | $ - |
| | *Puerto Rico Counsel to the Official Committee of Unsecured Creditors* | | | | | | | |
| 10 | **Casillas, Santiago & Torres, LLC [Dkt. No. 9220]** | 6/1 - 9/30/2019 | $ 669,949.50 | $ 699.50 | $ 12,929.59 | $ - | $ 669,250.00 | $ 12,929.59 |
| | *Chief Financial Advisor to PREPA* | | | | | | | |
| 11 | **Filsinger Energy Partners, Inc. [Dkt. No. 9204 and 17-4780 Dkt. No. 1746]** | 6/1 - 6/30/2019 and 7/16 - 9/30/2019 | $ 2,495,469.81 | $ - | $ 129,941.45 | $ - | $ 2,495,469.81 | $ 129,941.45 |
| | *Communications Advisor to the Official Committee of Unsecured Creditors* | | | | | | | |
| 12 | **Kroma Advertising [Dkt. No. 9216]** | 5/16 - 9/15/2019 | $ 95,000.00 | $ - | $ - | $ - | $ 95,000.00 | $ - |
| | *Special Counsel to the FOMB* | | | | | | | |
| 13 | **Luskin, Stern & Eisler LLP [Dkt. No. 9199]** | 6/1 - 9/30/2019 | $ 54,602.00 | $ - | $ - | $ - | $ 54,602.00 | $ - |
| | *Information Agent for the Official Committee of Retired Employees* | | | | | | | |
| 14 | **Marchand ICS Group [Dkt. No. 9178]** | 6/1 - 9/30/2019 | $ 121,183.00 | $ - | $ 8,497.95 | $ - | $ 121,183.00 | $ 8,497.95 |
| | *Counsel to FOMB* | | | | | | | |
| 15 | **Munger, Tolles & Olson [Dkt. No. 9164]** | 6/1 - 9/30/2019 | $ 1,038,798.35 | $ 54,749.01 | $ 3,481.40 | $ 134.95 | $ 984,049.34 | $ 3,346.45 |

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Fourth - Seventh Fee Period Applications Recommended for Approval:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|
| | *Members of the Official Committee of Retired Employees* | | | | | | | |
| 16 | **Official Committee of Retired Employees [Dkt. No. 9183]** | 6/1 - 9/30/2019 | $ - | $ - | $ 1,504.57 | $ - | $ - | $ 1,504.57 |
| | *Financial Advisor to the Mediation Team* | | | | | | | |
| 17 | **Phoenix Management Services, LLC [Dkt. No. 9167]** | 6/3 - 9/29/2019 | $ 193,489.00 | $ - | $ 4,890.80 | $ - | $ 193,489.00 | $ 4,890.80 |