# **EXHIBIT B**

**Declaration of Mark Shankweiler**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>  as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>  Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to PREPA.** |

### DECLARATION OF MARK SHANKWEILER IN SUPPORT OF ONE HUNDRED EIGHTY-SECOND OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE PUERTO RICO ELECTRIC POWER AUTHORITY TO CLAIMS ASSERTED AGAINST THE INCORRECT DEBTOR

I, Mark Shankweiler, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information and belief:

1. I am a Managing Director of Berkeley Research Group, LLC ("BRG"). The Financial Oversight and Management Board (the "Oversight Board") retained BRG to assist with, inter alia, the claims reconciliation process for the Puerto Rico Electric Power Authority's ("PREPA") case filed pursuant to the Puerto Rico Oversight, Management, and Economic Stability

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations)

Act ("PROMESA"). Unless otherwise stated in this declaration, I have personal knowledge of the facts set forth herein.

2. In my capacity as a Managing Director of BRG, I am one of the persons responsible for overseeing the claims reconciliation and objection process in the PREPA case filed pursuant to PROMESA. PREPA's ongoing claims reconciliation process involves the collective effort of a team of BRG employees, as well as Proskauer Rose LLP and O'Neill & Borges LLC, counsel for the Oversight Board, the legal representative for PREPA.

3. I submit this declaration in support of the *One Hundred Eighty-Second Omnibus Objection (Non-Substantive) to Claims Asserted Against the Incorrect Debtor* (the "<u>One Hundred Eighty-Second Omnibus Objection</u>"). I have personally reviewed the One Hundred Eighty-Second Omnibus Objection and exhibits thereto and am, accordingly, familiar with the information contained therein.

4. In preparation for filing the One Hundred Eighty-Second Omnibus Objection, and under my direction and/or supervision, each of the claims at issue in the One Hundred Eighty-Second Omnibus Objection was carefully reviewed and analyzed in good faith using due diligence by the appropriate personnel. These efforts resulted in the identification of the claims to be reclassified, as identified in <u>Exhibit A</u> to the One Hundred Eighty-Second Omnibus Objection.

5. To the best of my knowledge, information, and belief, the claims identified in the column titled "Asserted" in <u>Exhibit A</u> to the One Hundred Eighty-Second Omnibus Objection (collectively, the "<u>Incorrect Debtor Claims</u>") identify as obligor PREPA, when such claims are properly asserted, if at all, against another debtor, either in whole or in part. Each Incorrect Debtor Claim asserts, either in whole or in part, (*i*) municipal bond(s) and/or money loaned, (*ii*) salary or other compensation owed in connection with salary demands, employment, pensions, or services

2

provided, (*iii*) allegedly unpaid tax refunds, (*iv*) unspecified violations of Puerto Rico law, and/or (*v*) other alleged obligations of other municipal entities or agencies within the Commonwealth, such as the Municipio San Juan, the Department of Education, or the Department of the Family, but provided no valid legal justification for asserting a claim against PREPA. Further, the proof of claim or supporting documentation demonstrate that the asserted liability appropriately lies, if at all, with the Title III debtor(s) identified in the column titled "Corrected" in Exhibit A to the One Hundred Eighty-Second Omnibus Objection.

6. Based on the foregoing, and to the best of my knowledge, information, and belief, the information contained in the One Hundred Eighty-Second Omnibus Objection and exhibits thereto is true and correct, and the relief requested therein is in the best interests of PREPA and its creditors.

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Dated: March 6, 2020

By: /s/ Mark Shankweiler
Mark Shankweiler

3

## ANEXO B

**Declaración de Mark Shankweiler**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| *In re*:<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>   como representante de<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO, *et al.*,<br><br>                              Deudores.[1] | PROMESA<br>Título III<br><br>Núm. 17 BK 3283-LTS<br><br>(Administrada Conjuntamente)<br><br>**La presente radicación guarda relación con la AEE.** |

**DECLARACIÓN DE MARK SHANKWEILER EN APOYO DE LA CENTÉSIMA OCTOGÉSIMA SEGUNDA OBJECIÓN GLOBAL (NO SUSTANTIVA) DE LA AUTORIDAD DE ENERGÍA ELÉCTRICA DE PUERTO RICO A RECLAMOS ALEGADOS CONTRA EL DEUDOR INCORRECTO**

Yo, Mark Shankweiler, conforme al Título 28 U.S.C. § 1746, por medio de la presente declaro, so pena de incurrir en falso testimonio, que lo que sigue es veraz y correcto a mi fiel saber y entender:

1. Soy director general de Berkeley Research Group, LLC ("BRG"). La Junta de Supervisión y Administración Financiera (la "Junta de Supervisión") contrató a BRG para que le ayudara, entre otras cosas, con el proceso de reconciliación de reclamos en relación con la causa

---

[1] Los Deudores en el marco de las presentes Causas radicadas conforme al Título III, junto con el respectivo número de causa radicada conforme al Título III y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (el "ELA") (Causa de Quiebra Núm. 17 BK 3283-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Causa de Quiebra Núm. 17 BK 3284-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (Causa de Quiebra Núm. 17 BK 3567-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (Causa de Quiebra Núm. 17 BK 3566-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (Causa de Quiebra Núm. 17 BK 4780-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP", y denominados conjuntamente con el ELA, COFINA, la ACT, el SRE y la AEE, los "Deudores") (Causa de Quiebra Núm. 19-BK-5523-LTS) (Últimos cuatro dígitos del número federal de contribuyente: 3801) (Los números de las causas radicadas conforme al Título III están enumerados como números de causas de quiebra debido a ciertas limitaciones en el programa informático).

de la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") radicada conforme a la Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico ("PROMESA"). Salvo disposición en contrario en la presente declaración, tengo conocimiento personal de los hechos aquí expuestos.

2. En mi capacidad de director general de BRG, soy una de las personas responsables de supervisar el proceso de reconciliación y objeciones relativo a los reclamos en el marco de la causa de la AEE radicada conforme a PROMESA. El proceso continuo de reconciliación de reclamos de la AEE implica un esfuerzo colectivo de un equipo de los empleados de BRG, así como de Proskauer Rose LLP y O'Neill & Borges LLC, abogados de la Junta de Supervisión, el representante legal de la AEE.

3. Realizo esta declaración en apoyo de la *Centésima octogésima segunda objeción global (no sustantiva) de la Autoridad de Energía Eléctrica de Puerto Rico a Reclamos alegados contra el deudor incorrecto* (la "Centésima octogésima segunda objeción global"). He revisado personalmente la Centésima octogésima segunda objeción global, y los anexos relativos a la misma, por lo que estoy familiarizado con la información que contienen.

4. Durante el proceso de preparación para radicar la Centésima octogésima segunda objeción global, bajo mi dirección y/o supervisión, cada uno de los reclamos controvertidos en la Centésima octogésima segunda objeción global fue examinado y analizado cuidadosamente de buena fe aplicando la debida diligencia por parte del personal pertinente. Dichos esfuerzos resultaron en la identificación de los reclamos que han de ser reclasificados, según se identifica en el Anexo A de la Centésima octogésima segunda objeción global.

5. A mi fiel saber y entender, los reclamos identificados en el Anexo A de la Centésima octogésima segunda objeción global en la columna titulada "Alegados (*Asserted*)"

2

(conjuntamente, los "Reclamos de deudores incorrectos") identifican como deudor a la AEE, cuando tales reclamos se alegan correctamente (en su caso) contra otro deudor, en su totalidad o en parte. Cada uno de los Reclamos de deudores incorrectos alega total o parcialmente *i*) bono(s) municipal(es) y/o dinero prestado, *ii*) salario u otra remuneración adeudados en relación con las reivindicaciones salariales, laborales, de pensiones o servicios prestados, *iii*) devoluciones fiscales presuntamente impagadas, *iv*) incumplimientos no especificados de la normativa legal puertorriqueña y/o *v*) otras presuntas obligaciones de otras entidades u organismos municipales del ELA; por ejemplo, el municipio San Juan, el Departamento de Educación o el Departamento de la Familia, si bien no ha proporcionado ninguna justificación jurídica válida para alegar reclamos contra la AEE. Además, la evidencia de reclamos o la documentación justificativa demuestran que la responsabilidad alegada reside de forma correcta (en su caso) en el/los deudor(es) constituidos conforme al Título III identificados en la columna titulada "Corregidos (*Corrected*)" en el Anexo A de la Centésima octogésima segunda objeción global.

6. Sobre la base de lo que antecede, y a mi fiel saber y entender, la información contenida en la Centésima octogésima segunda objeción global y en sus anexos es veraz y correcta, y el remedio allí solicitado redunda en el mejor interés de la AEE y de sus acreedores.

7. Declaro, so pena de incurrir en falso testimonio conforme a las leyes de los Estados Unidos de América, que lo que antecede es veraz y correcto a mi fiel saber y entender.

Fecha: 6 de marzo de 2020

Por: *[Firma en la versión en ingles]*
Mark Shankweiler

3