UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.,*<br><br>　　　　Debtor.[1] | PROMESA Title III<br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　as representative of<br><br>THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY.<br><br>　　　　Debtor. | PROMESA Title III<br><br>Case No. 19 BK 5523-LTS<br><br>(Jointly Administered)<br><br>**Re: ECF No. 36** |

**NOTICE OF SUBMISSION OF REVISED PROPOSED ORDER
(A) ESTABLISHING DEADLINES AND PROCEDURES FOR FILING PROOFS
OF CLAIM AND (B) APPROVING FORM AND MANNER OF NOTICE THEREOF**

**PLEASE TAKE NOTICE** that, on February 11, 2020, the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") filed the *Motion for Order (A)*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Establishing Deadlines and Procedures for Filing Proofs of Claim and (B) Approving Form and Manner of Notice Thereof* **[Case No. 19-5523, ECF No. 36]** (the "Motion").[2]

**PLEASE TAKE FURTHER NOTICE** that, on February 27, 2020, the Oversight Board filed a revised proposed order [Case No. 19-5523, ECF No. 38] (the "Proposed Order") modifying information regarding collection sites for receiving hand-delivered proofs of claim.

**PLEASE TAKE FURTHER NOTICE** that, the Oversight Board has incorporated additional revisions to the Proposed Order in response to the Court's comments, and consistent with the Oversight Board's proposal, provided at the March 4-5, 2020 omnibus hearing, all of which are included in the revised proposed order, attached hereto as **Exhibit A** (the "Revised Proposed Order").[3]

**PLEASE TAKE FURTHER NOTICE** that, attached hereto as **Exhibit B** is a redline comparison between the Revised Proposed Order and the Proposed Order.

**WHEREFORE** the Debtor respectfully requests the Court (a) enter the Revised Proposed Order granting the relief requested in the Motion, and (b) grant the Debtor such other relief as is just and proper.

---

[2] Capitalized terms used herein but not otherwise defined shall have the meanings given to them in the Motion.

[3] The Oversight Board is expeditiously seeking to finalize an additional location in Ponce and intends to list such location in the forms of Bar Date Notice and Reminder Notice.

| | |
|---|---|
| Dated: March 6, 2020<br>San Juan, Puerto Rico | Respectfully submitted,<br><br>*/s/ Brian S. Rosen*<br><br>Martin J. Bienenstock (*pro hac vice*)<br>Brian S. Rosen (*pro hac vice*)<br>**PROSKAUER ROSE LLP**<br>Eleven Times Square<br>New York, NY 10036<br>Tel: (212) 969-3000<br>Fax: (212) 969-2900<br><br>*Attorneys for the Financial Oversight and Management Board as representative for the Debtor*<br><br>*/s/ Hermann D. Bauer*<br><br>Hermann D. Bauer<br>USDC No. 215205<br>**O'NEILL & BORGES LLC**<br>205 Muñoz Rivera Ave., Suite 800<br>San Juan, PR 00918-1813<br>Tel: (787) 764-1813<br>Fax: (787) 753-8944<br><br>*Co-Attorney for the Financial Oversight and Management Board as representative for the Debtor* |