# ANEXO A

**Relación de reclamos objeto de la Centésima octogésima tercera objeción global**

# CIENTO OCHENTA TERCERA OBJECIÓN COLECTIVA

Anexo A – Inversores de Fondos Mutuos Sin Responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|
| 1 | ADAN TROCHE TORO AND LUCILA RIVERA BAEZ<br>P.O. BOX 776<br>BOQUERON, PR 00622-0776 | 5/22/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 28966 | $431,607.74 |
| | Base Para: El reclamante es un presunto inversor de uno o mas fondos comunes que, a su vez, puede haber invertido en bonos emitidos por el Autoridad de Energía Electrica de Puerto Rico (AEE). Por la reclamación ser sometida en base del estatus del reclamador como un alegado acreedor de la AEE, la reclamación no fue sometida por un actual acreedor de la AEE. La reclamación es derivativa de reclamaciones que deben ser aseguradas por el fondo de inversión directamente para reclamar alguna recuperación. | | | | | |
| 2 | COLON RODRIGUEZ, ELFREN<br>LA CUMBRE GDNS<br>200 CALLE SANTA ROSA APT 103<br>SAN JUAN, PR 00926-5634 | 5/24/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 30333 | $117,870.05 |
| | Base Para: El reclamante es un presunto inversor de uno o mas fondos comunes que, a su vez, puede haber invertido en bonos emitidos por el Autoridad de Energía Electrica de Puerto Rico (AEE). Por la reclamación ser sometida en base del estatus del reclamador como un alegado acreedor de la AEE, la reclamación no fue sometida por un actual acreedor de la AEE. La reclamación es derivativa de reclamaciones que deben ser aseguradas por el fondo de inversión directamente para reclamar alguna recuperación. | | | | | |
| 3 | CRUZ-YBARRA, HELVIA<br>182 CAMINO DEL MONTE<br>URB SABANERA<br>CIDRA, PR 00739 | 6/7/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 49168 | $96,478.00* |
| | Base Para: El reclamante es un presunto inversor de uno o mas fondos comunes que, a su vez, puede haber invertido en bonos emitidos por el Autoridad de Energía Electrica de Puerto Rico (AEE). Por la reclamación ser sometida en base del estatus del reclamador como un alegado acreedor de la AEE, la reclamación no fue sometida por un actual acreedor de la AEE. La reclamación es derivativa de reclamaciones que deben ser aseguradas por el fondo de inversión directamente para reclamar alguna recuperación. | | | | | |
| 4 | FERNANDEZ, MANUEL MENDEZ<br>P.O. BOX 367<br>HUMACAO, PR 00792 | 3/23/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 3724 | $1,160.08 |
| | Base Para: El reclamante es un presunto inversor de uno o mas fondos comunes que, a su vez, puede haber invertido en bonos emitidos por el Autoridad de Energía Electrica de Puerto Rico (AEE). Por la reclamación ser sometida en base del estatus del reclamador como un alegado acreedor de la AEE, la reclamación no fue sometida por un actual acreedor de la AEE. La reclamación es derivativa de reclamaciones que deben ser aseguradas por el fondo de inversión directamente para reclamar alguna recuperación. | | | | | |
| 5 | GUZMAN WEBB, DIANA<br>31 LAMBOURNE RD<br>TOWSAN, MD 21204 | 5/25/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 22757 | $196,135.94 |
| | Base Para: El reclamante es un presunto inversor de uno o mas fondos comunes que, a su vez, puede haber invertido en bonos emitidos por el Autoridad de Energía Electrica de Puerto Rico (AEE). Por la reclamación ser sometida en base del estatus del reclamador como un alegado acreedor de la AEE, la reclamación no fue sometida por un actual acreedor de la AEE. La reclamación es derivativa de reclamaciones que deben ser aseguradas por el fondo de inversión directamente para reclamar alguna recuperación. | | | | | |

\* - Indica que la reclamación contiene montos por liquidar o indeterminados

# CIENTO OCHENTA TERCERA OBJECIÓN COLECTIVA

## Anexo A – Inversores de Fondos Mutuos Sin Responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|
| 6 | IFARRAGUERRI GOMEZ MD, CARLOS<br>URB. SABANERA<br>182 CAMINO DEL MONTE<br>CIDRA, PR 00739-9475 | 6/7/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 82765 | $96,478.00* |
| | Base Para: El reclamante es un presunto inversor de uno o mas fondos comunes que, a su vez, puede haber invertido en bonos emitidos por el Autoridad de Energía Electrica de Puerto Rico (AEE). Por la reclamación ser sometida en base del estatus del reclamador como un alegado acreedor de la AEE, la reclamación no fue sometida por un actual acreedor de la AEE. La reclamación es derivativa de reclamaciones que deben ser aseguradas por el fondo de inversión directamente para reclamar alguna recuperación. | | | | | |
| 7 | IRIZARRY COLLAZO, ELVIN JOSUE<br>ESTANCIAS DEL BOSQUE APT 142<br>TRUJILLO ALTO, PR 00976 | 5/3/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 11691 | $19,837.39 |
| | Base Para: El reclamante es un presunto inversor de uno o mas fondos comunes que, a su vez, puede haber invertido en bonos emitidos por el Autoridad de Energía Electrica de Puerto Rico (AEE). Por la reclamación ser sometida en base del estatus del reclamador como un alegado acreedor de la AEE, la reclamación no fue sometida por un actual acreedor de la AEE. La reclamación es derivativa de reclamaciones que deben ser aseguradas por el fondo de inversión directamente para reclamar alguna recuperación. | | | | | |
| 8 | JMMB CORPORATION<br>P.O. BOX 367<br>HUMACAO, PR 00792 | 3/23/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 2074 | $2,319.98 |
| | Base Para: El reclamante es un presunto inversor de uno o mas fondos comunes que, a su vez, puede haber invertido en bonos emitidos por el Autoridad de Energía Electrica de Puerto Rico (AEE). Por la reclamación ser sometida en base del estatus del reclamador como un alegado acreedor de la AEE, la reclamación no fue sometida por un actual acreedor de la AEE. La reclamación es derivativa de reclamaciones que deben ser aseguradas por el fondo de inversión directamente para reclamar alguna recuperación. | | | | | |
| 9 | LAWS, JOSEPH C<br>PO BOX 19143<br>SAN JUAN, PR 00908 | 5/28/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 18148 | $0.00* |
| | Base Para: El reclamante es un presunto inversor de uno o mas fondos comunes que, a su vez, puede haber invertido en bonos emitidos por el Autoridad de Energía Electrica de Puerto Rico (AEE). Por la reclamación ser sometida en base del estatus del reclamador como un alegado acreedor de la AEE, la reclamación no fue sometida por un actual acreedor de la AEE. La reclamación es derivativa de reclamaciones que deben ser aseguradas por el fondo de inversión directamente para reclamar alguna recuperación. | | | | | |
| 10 | LEBRON ROSARIO, AMARILYS<br>D 5 OASIS GARDENS ESPANA<br>GUAYNABO, PR 00969 | 5/24/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 23221 | $218.93 |
| | Base Para: El reclamante es un presunto inversor de uno o mas fondos comunes que, a su vez, puede haber invertido en bonos emitidos por el Autoridad de Energía Electrica de Puerto Rico (AEE). Por la reclamación ser sometida en base del estatus del reclamador como un alegado acreedor de la AEE, la reclamación no fue sometida por un actual acreedor de la AEE. La reclamación es derivativa de reclamaciones que deben ser aseguradas por el fondo de inversión directamente para reclamar alguna recuperación. | | | | | |

\* - Indica que la reclamación contiene montos por liquidar o indeterminados

# CIENTO OCHENTA TERCERA OBJECIÓN COLECTIVA
## Anexo A – Inversores de Fondos Mutuos Sin Responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|
| 11 | PEREZ PEREZ, LOMBARDO<br>URB. ALHAMBRA, 2009 CALLE SEVILLA<br>PONCE, PR 00716-3827 | 4/19/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 7321 | $29,524.00 |
| | Base Para: El reclamante es un presunto inversor de uno o mas fondos comunes que, a su vez, puede haber invertido en bonos emitidos por el Autoridad de Energía Electrica de Puerto Rico (AEE). Por la reclamación ser sometida en base del estatus del reclamador como un alegado acreedor de la AEE, la reclamación no fue sometida por un actual acreedor de la AEE. La reclamación es derivativa de reclamaciones que deben ser aseguradas por el fondo de inversión directamente para reclamar alguna recuperación. | | | | | |
| 12 | PEREZ RIVERA, ALICIA<br>RR* 1471<br>BAYAMON, PR 00956 | 6/28/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 59551 | $188,276.62* |
| | Base Para: El reclamante es un presunto inversor de uno o mas fondos comunes que, a su vez, puede haber invertido en bonos emitidos por el Autoridad de Energía Electrica de Puerto Rico (AEE). Por la reclamación ser sometida en base del estatus del reclamador como un alegado acreedor de la AEE, la reclamación no fue sometida por un actual acreedor de la AEE. La reclamación es derivativa de reclamaciones que deben ser aseguradas por el fondo de inversión directamente para reclamar alguna recuperación. | | | | | |
| 13 | QUINONES, JORGE I<br>VILLAS DEL ESTE<br>11 BENITO FEIJOO STREET<br>SAN JUAN, PR 00926 | 4/25/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 9531 | $170.47 |
| | Base Para: El reclamante es un presunto inversor de uno o mas fondos comunes que, a su vez, puede haber invertido en bonos emitidos por el Autoridad de Energía Electrica de Puerto Rico (AEE). Por la reclamación ser sometida en base del estatus del reclamador como un alegado acreedor de la AEE, la reclamación no fue sometida por un actual acreedor de la AEE. La reclamación es derivativa de reclamaciones que deben ser aseguradas por el fondo de inversión directamente para reclamar alguna recuperación. | | | | | |
| 14 | RODRIGUEZ , XENIA L.<br>CUPEY GARDENS<br>CALLE 8 L-9<br>SAN JUAN, PR 00926-7323 | 5/27/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 24094 | $1,569.85 |
| | Base Para: El reclamante es un presunto inversor de uno o mas fondos comunes que, a su vez, puede haber invertido en bonos emitidos por el Autoridad de Energía Electrica de Puerto Rico (AEE). Por la reclamación ser sometida en base del estatus del reclamador como un alegado acreedor de la AEE, la reclamación no fue sometida por un actual acreedor de la AEE. La reclamación es derivativa de reclamaciones que deben ser aseguradas por el fondo de inversión directamente para reclamar alguna recuperación. | | | | | |
| 15 | RODRIGUEZ RIVERA, CARLOS R.<br>L-9 8 CUPEY GARDENS<br>SAN JUAN, PR 00926-7323 | 5/29/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 40984 | $1,697.34 |
| | Base Para: El reclamante es un presunto inversor de uno o mas fondos comunes que, a su vez, puede haber invertido en bonos emitidos por el Autoridad de Energía Electrica de Puerto Rico (AEE). Por la reclamación ser sometida en base del estatus del reclamador como un alegado acreedor de la AEE, la reclamación no fue sometida por un actual acreedor de la AEE. La reclamación es derivativa de reclamaciones que deben ser aseguradas por el fondo de inversión directamente para reclamar alguna recuperación. | | | | | |

\* - Indica que la reclamación contiene montos por liquidar o indeterminados

CIENTO OCHENTA TERCERA OBJECIÓN COLECTIVA

Anexo A – Inversores de Fondos Mutuos Sin Responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|
| 16 | ROSARIO-FLORES, MARIA S<br>URB. OASIS GARDENS<br>D5 CALLE ESPANA<br>GUAYNABO, PR  00969 | 5/29/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 36755 | $218.46 |

Base Para: El reclamante es un presunto inversor de uno o mas fondos comunes que, a su vez, puede haber invertido en bonos emitidos por el Autoridad de Energía Electrica de Puerto Rico (AEE). Por la reclamación ser sometida en base del estatus del reclamador como un alegado acreedor de la AEE, la reclamación no fue sometida por un actual acreedor de la AEE. La reclamación es derivativa de reclamaciones que deben ser aseguradas por el fondo de inversión directamente para reclamar alguna recuperación.

\* - Indica que la reclamación contiene montos por liquidar o indeterminados