IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 17 BK 03283-LTS |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO | PROMESA TITLE III |
| As representative of THE COMMONWEALTH OF PUERTO RICO, et al., | CLAIMS 75859 |
| Debtors | |

CERTIFICATE OF SERVICE

TO THE HONORABLE COURT:

Comes now, Maria C. Figueroa Torres, (creditor) through its undersigned counsel and very respectfully alleges and prays:

The Maria C. Figueroa Torres, (creditor) through its undersigned counsel filed electronically on March 5, 2020 MOTION SHOW CAUSE AND RESPONSE TO ONE HUNDRED ELEVENTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS ASSERTING INTERESTS BASED UPON UNSPECIFIED PUERTO RICO STATUTES.[1] Document number 12103.

---

[1] Maria Consuelo Figueroa Torres is a creditor under CLAIMS 75859. Response under ELEVENTH AMENDED NOTICE, CASE MANAGEMENT AND ADMINISTRATIVE PROCEDURES.

The Creditor has provided notice of this motion in accordance with the Eleventh Amended Case Management Procedures to the following parties; electronically mailed to:

Counsel for the Creditors' Committee:
Paul Hastings LLP
200 Park Avenue
New York, New York 10166
Attn: Luc. A. Despins
ALEXANDER BONGARTZ
alexbongartz@paulhastings.com,
michaelcomerford@paulhastings.com;douglassbarron@paulhastings.com;nicholasbassett@paulhastings.com;andrewhennigan@paulhastings.com;derekcash@paulhastings.com;mariyanaulo@paulhastings.com

Counsel for the Oversight Board:
Proskauer Rose LLP
Eleven Times Square
New York, New York 10036-8299
Brian S. Rosen
brosen@proskauer.com

Electronically on March 7, 2020 to:

Puerto Rico Fiscal Agency and Financial Advisory Authority (AAFAF):
Puerto Rico Fiscal Agency and Financial Advisory Authority
Roberto Sánchez Vilella (Minillas) Government Center
De Diego Ave. Stop 22
San Juan, Puerto Rico 00907
Attn: Carlos Saavedra, Esq.
Rocío Valentin, Esq.
E-Mail: Carlos.Saavedra@aafaf.pr.gov
Rocio.Valentin@aafaf.pr.gov

Counsel for AAFAF:
O'Melveny & Myers LLP
7 Times Square
New York, New York 10036

mitchelln@omm.com

Luis C. Marini-Biaggi, Esq.
Carolina Velaz-Rivero, Esq.
Iván Garau-González, Esq.
igarau@mpmlawpr.com

Mail on March 7, 2020 to:

    Marini Pietrantoni Muñiz LLC
    250 Ponce de Leon Ave.
    Suite 900
    San Juan, PR 00918

In addition, other electronically on March 5, 2020 to:

Office of the United States Trustee for Region 21
MONSITA LECAROZ ARRIBAS on behalf of U.S. Trustee US TRUSTEE-REGION 21
Monsita.Lecaroz@usdoj.gov, Monsita.Lecaroz@usdoj.gov

MONSITA LECAROZ ARRIBAS
ustpregion21.hr.ecf@usdoj.gov

Counsel for AAFAF:
O'Melveny & Myers LLP
7 Times Square
New York, New York 10036
Attn: John J. Rapisardi, Esq.
Suzzanne Uhland, Esq.
Peter Friedman, Esq.
Nancy A. Mitchell, Esq.
Maria J. DiConza, Esq.
E-Mail: jrapisardi@omm.com
    suhland@omm.com
    pfriedman@omm.com
    mitchelln@omm.com
    mdiconza@omm.com


    Attn: Luis C. Marini-Biaggi, Esq.
    Carolina Velaz-Rivero, Esq.
    Iván Garau-González, Esq.
    E-Mail: lmarini@mpmlawpr.com
    cvelaz@mpmlawpr.com
    igarau@mpmlawpr.com


    James Worthington

    G. Alexander Bongartz

E-Mail: lucdespins@paulhastings.com
jamesbliss@paulhastings.com
jamesworthington@paulhastings.com
alexbongartz@paulhastings.com

Alberto J. E. Añeses Negrón
Ericka C. Montull-Novoa
E-Mail: jcasillas@cstlawpr.com
dbatlle@cstlawpr.com
aaneses@cstlawpr.com
emontull@cstlawpr.com

Counsel for the Retiree Committee:
Jenner & Block LLP
919 Third Avenue
New York, New York 10022
Attn: Robert Gordon
Richard Levin
Catherine Steege
E-Mail: rgordon@jenner.com
rlevin@jenner.com
csteege@jenner.com
Bennazar, García & Milián, C.S.P.
Edificio Union Plaza PH-A piso 18
Avenida Ponce de León #416
Hato Rey, San Juan, Puerto Rico 00918
Attn: A.J. Bennazar-Zequeira
E-Mail: ajb@bennazar.org

And other part with interest, electronically on record.

RESPECTFULLY SUBMITTED.

In Ponce for San Juan, Puerto Rico this March 7, 2020.

/S/Vanessa Hernández Rodríguez, Esq.
Attorney for Debtor
USDC-PR 306703
Street Aurora 4140, Suite 1
Ponce, Puerto Rico 00717-1203
Telephone number: (787) 840-0804
Cell phone:     (787) 548-6208
Fax number: (787) 840-0804
E-mail: hernandezrodriguez.v@gmail.com