Ayda C. Rodriguez Maldonado
HC-04 Box 5432
Humacao, PR 00791

RECEIVED & FILED
2020 MAR -9 AM 8:17
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

SAN JUAN PR 009
04 MAR 2020 PM 1 L

Secretaria
Tribunal de Districto de EU
Room 150 Federal Building
San Juan, PR 00918-1767

0091839999