Marzo/4/2020

A quien pueda Int:

Por no saber a quien mandar los documentos se los envie de regreso a la officina de donde los recibí. Los llame para ver si habían llegado pero me dejeron q. los mandaran a la oficina correspondiente que eran tres. Y hoy 4 de marzo los estoy enviando. Espero que lleguen a tiempo.

Esa carta en foto las envie a otro citio

Gracias. Esta evidencia o documento los entregue Yo misma. Y se la estoy enviando

Carmen Figueroa Santiago

Yo mande los papeles a esta dirección
Primer Clerk's LLC
P.O. Box 4850
New York. N.Y 10163-4850
#8 de febrero 2020