18 de feb. 2020

A quien pueda int:

Yo Carmen Figueroa le estoy enviando le la reclamación, el número es 148546 Ley 410 de la Ley Promesa. Esa evidencia yo misma la lleve a/ Dep. Educación de P. Rico. Poveza tengo la lista de las personas a que se le debe el dinero. Este documento ljo lo entregue en Diciembre 2007 y tiene el poncho de recibido.

Ello nos iban a pagar una cantidad de dinero que era la suma de $8000.00 dolares ello querían pagar muy poco pero lo tivamos aceptar pero no lo pagaron. Pues la razón fue que que gana otro gobernante y paraliza el pago hasta el día de hoy que nos pagan el dinero.

Espero contestación pronto.

Yo estoy en el Documento en la pag. 137-152 La Ley 410-1980 Titulo II de la Ley Promesa

La dir: Carmen Figueroa Santiago
P.O. Box 3961
Bayamon, P.R.rd. 00958

Cuarto Piso

**HOJA DE TRAMITE**

Fecha: dic 20, 2007

A: Depto. Educ.

Lugar: Personal Clasificado

De: *Elsie Trinidad* maestra pec
Elsie Trinidad
Directora

"Vive con alegría y entusiasmo, y consagra todas tus energías en la siembra del bien."

Asunto: ENTREGA DE DOCUMENTOS:

Solicitud Pago de la ley 410 del Personal Clasificado.

| | |
|---|---|
| Carmen de Jesús | Gloria Melero Mateo |
| Norma I. Negrón | Jacqueline Vallejo |
| Aida L. Ojeda | Carmen L. Figueroa (XX) |
| Ernestina Rodríguez | Maria V. Santiago |
| Crucita Rivera | Miriam Aponte |
| Jannette Colón | Aida M. Colón |
| Lourdes M. Ríos | Alberto Torres |
| Nelly Belén Serrano | Margarita Camacho |
| Nereida Paneto Vélez | Iris J. García |

Recibe: _____

Fecha: _____

DEC 2 0 2007

Departamento de Educación
Escuela De la Comunidad
María E. Bas de Vázquez
Teléfonos: 787/786-5586, 269-8399   Fax: 787/787-9290