RECEIVED & FILED

2020 MAR -9  AM 8: 1

CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN P.R.

Carmen Figueroa Santiago
P.O. Box 3962
Bayamón, P.R. 00958

Secretaria/Clerks Office
Tribunal de Distrito de los
Estados Unidos
Room 150 Federal Building
San Juan, P. Rico

SAN JUAN PR 009

04 MAR 2020 PM 1.L

FOREVER
USA

Barn Swallow