18 de febrero de 2020

A quien pueda interesar:

RE: Claim Num. 99270

La presente es para informar que se somete evidencia solicitada del caso **17 BK 03283-LTS**, debido a falta de evidencia.

Se solicita se considere los mismo fuera del término indicado.

Gracias anticipadas, quedo.

Cordialmente,

*[firma]*
Olga I. Alvarado Alvarado



**Oficina local Salinas**
Edif. Gubernamental
PO Box 606, Salinas PR, 00751



**DEPARTAMENTO DE LA FAMILIA**
GOBIERNO DE PUERTO RICO

A QUIEN PUEDA INTERESAR

CERTIFICO que, **Olga I Alvarado Alvarado , Numero de Seguro Social,** *[illegible]* **, trabaja para el Departamento de la Familia en la Administración de Desarrollo Socio Económico (ADSEF) en la Local de Salinas.**

La señora **Alvarado**, ofrece servicios como **Oficial Administrativo**. Comenzó en la agencia el **01 de junio de 1977**. La empleada devenga un salario bruto de **$2,331.00** mensual.

Certifico hoy, **18 de febrero de 2020**, para los fines que crea pertinentes.

*[signature]*

**Nelson Rodríguez Rivera**
Oficial Administrativo II
Oficina Regional Guayama