RECEIVED &
2020 FEB 19 PM 4: 45
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, PR

To whom it may concern:

I hereby wish to inform you, that I worked as a secondary Physical Education Teacher, for of 31 years, 11 months, 1 week and 4.5 days. I retired on July 29, 2000. During the administration of Governor Carlos Romero Barceló, a salary increase of $100.00 per month was approved. I was active when the law 89 of July 12 of 1979 was passed, that is a LEPRA 760 of Uniform Compensation and Law 96 of Public Employees for the amount of $100.00 per month. This increase was not made.

Sincerely,

Víctor L. Cintrón Hernández

RECEIVED & FILED
CLERK'S OFFICE
MAR 09 2020
US DISTRICT COURT
SAN JUAN, PR

I certify the following information:

Name: Víctor L. Cintrón Hernández

Residential Address: Urb. Villa Rica

AE 7 Bayamón, PR 00959

Residential Phone: Cell - 787- 909-0801

E mail: victorcintron@yahoo.com

Cordially,

Víctor L. Cintrón Hernández