# caso - 2013 - 4 - 1542

Tribunal de distrito de los Estados Unidos para el distrito de Puerto Rico

In re Commonwealth of Puerto Rico
Case # 17 BK 3283-LTS

Alba E. Ramos Ontolaza
Estancias Vista Alegre
#12868 - Villalba P.R. 00766
787-944-0727
albaelenaramos@gmail.com

Promesa
Titulo III
Núm 17. BK 3283-LTS
No Reclamación 105850#
# Reclamación 105956

Réplica a la Centésima cuarta objeción global (No sustantiva) del Estado Libre Asociado de Puerto Rico, como empleado del Departamento de Educación del gobierno del Estado Libre Asociado de Puerto Rico en reclamo del aumento salarial de la Ley 89 de 1979 (Romerazo), a partir de 1980 hasta el 2006

En junio de 2018, se sometió el Formulario Oficial 410 Modificado reclamando salarios impagos en mi empleo anterior como maestra en el Departamento de Educación de Puerto Rico por servicios prestados y que no fueron pagados.

Durante su gobernación, el gobernador Carlos Romero Barceló aprobó una ley (Ley 89 del 12 de julio de 1979) que concedía un aumento salarial a los maestros del Departamento de Educación (DE) del gobierno de Puerto Rico de $100.00 mensuales.

Este aumento nunca se pagó.

Durante el término de esa ley (1980-2002), yo era empleada del D.E. de acuerdo a mis cálculos, el periodo comprende 21 años de servicio a 1,200.00 por año, lo que representa 25,200.00 a los que tengo derecho.

Se estima la siguiente cantidad adeudada:

$1,200.00 año escolar 1980-1981
$1,200.00 año escolar 1981-1982
$1,200.00 año escolar 1982-1983
$1,200.00 año escolar 1983-1984
$1,200.00 año escolar 1984-1985
$1,200.00 año escolar 1985-1986
$1,200.00 año escolar 1986-1987
$1,200.00 año escolar 1987-1988
$1,200.00 año escolar 1988-1989
$1,200.00 año escolar 1989-1990
$1,200.00 año escolar 1990-1991
$1,200.00 año escolar —

1,200.00 año escolar 1991-1992
1,200.00 año escolar 1992-1993
1,200.00 año escolar 1993-1994
1,200.00 año escolar 1994-1995
1,200.00 año escolar 1995-1996
1,200.00 año escolar 1996-1997
1,200.00 año escolar 1997-1998
1,200.00 año escolar 1998-1999
1,200.00 año escolar 1999-2000
1,200.00 año escolar 2000-2001

Cantidad adeudada estimada 25,200.00

*[signature]*
Alba E. Ramos Ortolaza

Anejos incluidos
- fecha comienzo en el empleo (agosto 1973)
- fecha retiro 31 julio 2001.
  (Ver anejo Dpto. Educación #2
- talonarios cheques.

Nota:
Ya había enviado reclamación de esta Ley 89 pero los cálculos estaban incorrectos. Ahora los estoy enviando correctamente.

Alba E. Ramon Ortolaza
Ley 180 - Cost Living del 27 de julio 1998
#1,444.00 - Salario por pensión vitalicia

La ley 180 establece un aumento al salario al 3% mensual cada tres años por el aumento en el costo de vida.

Cómputo

1)  1444.00          1444.00
    × .03           + 43.32
    ------          --------
    43.32           1487.32

2)  1,487.32         1,487.32
    × .03           + 44.62
    ------          --------
    44.62           1,531.94

3)  1531.94          1531.94
    × .03           + 45.96
    ------          --------
    45.94           1,577.90

4)  1,577.90         1,577.90
      .03           + 47.34
    ------          --------
    47.34           1,625.24

FORM. 409 Rev. 2000

**DEPARTAMENTO DE EDUCACIÓN**
Secretaría Auxiliar de Recursos Humanos

## Informe de Cambio - Personal Docente

Pagarle _____ días por vacaciones regulares

Descontarle _____ días por ausencias

| | ANTES DEL CAMBIO | DESPUÉS DEL CAMBIO |
|---|---|---|
| 1. Nombre del Empleado | ALBA E RAMOS OSTOLAZA | |
| 2. Número de Seguro Social | | |
| 3. Lugar y Fecha de Nacimiento | VILLALBA 19 dic. 1948 | |
| 4. Sexo | F | |
| 5. Estado Civil | DIVORCIADA | |
| 6. Preparación Académica | B.A | |
| 7. Experiencia | 28 | |
| 8. Status Empleado (Contrato) | PERMANENTE | |
| 9. Sueldo Bruto | $2,005.00 | |
| 10. Número del Puesto | R28621 | |
| 11. Categoría del Puesto | ELEMENTAL | |
| 12. Nivel del Puesto (Directivo) | | |
| 13. Fondo | ESTATAL | |
| 14. Cifra de Cuenta | E1110-11100-0810000-1008-00100-2001 | |
| 15. Fecha de Efectividad | 31 julio 2001 | |
| 16. Acción y Duración | CESE | |
| 17. Causa del Cese | JUBILACION POR AÑOS DE SERVICIOS | |
| 18. Último día de Trabajo | 31 julio 2001 | |
| 19. Último día de Pago | | |
| 20. Programa Escolar, nivel y grado | ELEMENTAL | |
| 21. Turno en Registro | | |
| 22. Distrito Escolar | VILLALBA | |
| 23. Escuela | ELADIO ROSEROMERO | |

| 24. Dirección Postal y Residencial | 25. Teléfono Residencial | 26. En caso de otorgación de status probatorio o permanente |
|---|---|---|
| BO. BORINQUEN #8<br>VILLALBA PUERTO RICO 00766 | 847-0988 | Deseo: ____ Afiliarme ____ No afiliarme a la organización sindical que representa a la unidad apropiada a la cual pertenece el puesto (Ley Número 45 de 25 de febrero de 199_)<br><br>_____  _____<br>Firma del empleado    Fecha |

27. Observaciones:

28. En caso de cambio de status a probatorio o permanente, traslado, reasignación permanente, reubicación o descenso.

_____  _____
Firma del empleado    Fecha

29. Deseo: ____ Acogerme ____ No Acogerme
Al descuento del 3% de mi sueldo mensual para el Fondo de Ahorro y Préstamo de la Asoc. de Empleados del ELA de Puerto Rico en caso de cambio de contrato a probatorio o permanente

_____  _____
Firma del empleado    Fecha

30. Recomendado

_____  _____
Director de Escuela    Fecha

31. Recomendado

_____  _____
Director de Escuela    Fecha

32. Aprobado: Por el Secretario de Educación o su Representante

_____  _____
Firma    Fecha

Si el nombramiento es con status transitorio provisional el mismo constituye un **CERTIFICADO PROVISIONAL DE MAESTRO**.



GOBIERNO DE PUERTO RICO
Junta de Retiro para Maestros
PO Box ...... San Juan PR .........
Teléfono ...........

13 de julio de 2000

Departamento de Educación
Sección: Nombramientos y Cambios
Atención: Sra. Matilde Pedraza

Re: Prof. Alba E. Ramos Ostolaza           SS:

La Profesora de referencia ha radicado una Solicitud de Retiro por la Ley 44 del 27 de enero del año 2000.

Al __31__ de __mayo__ de 2001 fecha en que piensa renunciar para acogerse a la jubilación tiene, __27__ años, __9__ meses, __1__ semanas y __2½__ días.

Edad: __52__

Pagos pendientes por:  N/A

_____ Reconocimiento de Tiempo

_____ Diferencia Tranferencia de Fondos

_____ Otros

Cordialmente,

Jaime García Vallés
Secretario Ejecutivo Interino
JGV/fem

cc: Prof.   ALBA E RAMOS OSTOLAZA
            BO BORINQUEN 8
            VILLALBA PR 00766

"Sirviéndole a la Clase Magisterial Puertorriqueña"

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| ALBA E RAMOS OSTOLAZA | | 31 0595 | 332704 | 55803677 |

**DEDUCCIONES**

| ESPECIFICAS | | | | | MISCELANEAS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS (AHORROS / SEGURO) | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | | | | | | | |
| 63175 | | 53375 | | | 07 | 11451 | | | | |
| MES CORRIENTE | | | | | | | | | | |
| 12635 | | 10675 | 11500 | 4575 | | | | | | |

| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ª QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |
|---|---|---|---|---|---|---|
| ACUMULADO DURANTE EL AÑO NATURAL | | | MES CORRIENTE | | | |
| 762500 | 000 | 000 | 152500 | 50800 | 50836 | 50864 |

VEASE CLAVES AL DORSO

---

## GOBIERNO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| ALBA E RAMOS OSTOLAZA | | 30 1198 | 392031 | 621439794 |

**DEDUCCIONES**

| ESPECIFICAS | | | | | MISCELANEAS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS (AHORROS / SEGURO) | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | | | | | | | |
| 140140 | | 136675 | | | 07 | 23903 | 60 | 1525 | | |
| MES CORRIENTE | | | | | | | | | | |
| 12740 | | 12425 | 9800 | 5325 | | | | | | |

| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ª QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |
|---|---|---|---|---|---|---|
| 1952500 | 000 | 000 | 177500 | 55800 | 65718 | 55982 |

VEASE CLAVES AL DORSO

---

## GOBIERNO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| ALBA E RAMOS OSTOLAZA | | 31 0897 | 344149 | 601295013 |

**DEDUCCIONES**

| ESPECIFICAS | | | | | MISCELANEAS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS (AHORROS / SEGURO) | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | | | | | | | |
| 101920 | | 99400 | | | 07 | 23259 | 60 | 1525 | | |
| MES CORRIENTE | | | | | | | | | | |
| 12740 | | 12425 | 9900 | 5325 | | | | | | |

| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ª QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |
|---|---|---|---|---|---|---|
| 1420000 | 000 | 000 | 177500 | 56100 | 65174 | 56226 |

VEASE CLAVES AL DORSO

DEPARTAMENTO DE EDUCACION
ESCUELA ELADIO ROSA ROMERO
VILLALBA PUERTO RICO

31 de mayo de 2001

Yo, Carmen Rita Ortiz, Directora de la Escuela Eladio Rosa Romero del distrito escolar de Villalba acepto la Renuncia de la Sra. Alba E. Ramos Ostolaza, núm. seguro social _____ no. plaza R 28621, efectiva al día 31 de julio de 2001 Por Jubilación Temprana.

Atentamente,

*[signature]*

Carmen R. Ortiz Cancel
Directora Escuela Eladio Rosa Romero

Anejo 2

20 DE JUNIO DE 2000

Sra. Carmen R. Ortiz
Directora Escuela Eladio Rosa Romero
Villalba Puerto Rico

Estimada señora Ortiz:

Por la presente solicito acepte mi renuncia de la plaza de Maestra que ocupo en La escuela Eladio Rosa Romero del distrito escolar de Villalba para ser efectiva el día 31 de julio del 2001.

Motiva esta petición de renuncia las razones expuestas a continuación:

1. Retiro temprano

Atentamente,


Alba E. Ramos Ostolaza
Maestra Salud
Escuela Eladio Rosa Romero
Núm plaza R28621

FORM. 409 Rev. 2000

**DEPARTAMENTO DE EDUCACIÓN**
Secretaría Auxiliar de Recursos Humanos

## Informe de Cambio - Personal Docente

Pagarle _____ días por vacaciones regulares

Descontarle _____ días por ausencias

| | ANTES DEL CAMBIO | DESPUÉS DEL CAMBIO |
|---|---|---|
| 1. Nombre del Empleado | ALBA E RAMOS OSTOLAZA | |
| 2. Número de Seguro Social | | |
| 3. Lugar y Fecha de Nacimiento | VILLALBA    19 dic. 1948 | |
| 4. Sexo | F | |
| 5. Estado Civil | DIVORCIADA | |
| 6. Preparación Académica | B.A | |
| 7. Experiencia | 28 | |
| 8. Status Empleado (Contrato) | PERMANENTE | |
| 9. Sueldo Bruto | $2,005.00 | |
| 10. Número del Puesto | R28621 | |
| 11. Categoría del Puesto | ELEMENTAL | |
| 12. Nivel del Puesto (Directivo) | | |
| 13. Fondo | ESTATAL | |
| 14. Cifra de Cuenta | E1110-11100-0810000-1008-00100-2001 | |
| 15. Fecha de Efectividad | 31 julio 2001 | |
| 16. Acción y Duración | CESE | |
| 17. Causa del Cese | JUBILACION POR AÑOS DE SERVICIOS | |
| 18. Último día de Trabajo | 31 julio 2001 | |
| 19. Último día de Pago | | |
| 20. Programa Escolar, nivel y grado | ELEMENTAL | |
| 21. Turno en Registro | | |
| 22. Distrito Escolar | VILLALBA | |
| 23. Escuela | ELADIO ROSAROMERO | |

| 24. Dirección Postal y Residencial | 25. Teléfono Residencial | 26. En caso de otorgación de *status* probatorio o permanente |
|---|---|---|
| BO. BORINQUEN #8<br>VILLALBA PUERTO RICO 00766 | 847-0986 | Deseo: ___ Afiliarme ___ No afiliarme a la organización sindical que represen a la unidad apropiada a la cual pertenece el puesto (Ley Número 45 de 25 de febrero de 199 <br><br> Firma del empleado _____  Fecha _____ |

27. Observaciones:

| 28. En caso de cambio de *status* a probatorio o permanente, traslado, reasignación permanente, reubicación o descenso. | 29. Deseo: ___ Acogerme ___ No Acogerme<br>Al descuento del 3% de mi sueldo mensual para el Fondo de Ahorro y Préstamo de la Asoci de Empleados del ELA de Puerto Rico en caso de cambio de contrato a probatorio o perma |
|---|---|
| Firma del empleado _____ Fecha _____ | Firma del empleado _____ Fecha _____ |
| 30. Recomendado<br><br>Director de Escuela _____ Fecha _____ | 31. Recomendado<br><br>Director de Escuela _____ Fecha _____ |

32. Aprobado: Por el Secretario de Educación o su Representante

Firma _____ Fecha _____

Si el nombramiento es con *status* transitorio provisional el mismo constituye un **CERTIFICADO PROVISIONAL DE MAESTRO.**

*Reclamante*: Schmidt Santiago, Rosa E.

# INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

RECEIVED
2020 MAR -9 AM 8:17
U.S. DISTRICT COURT
SAN JUAN

### Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial**. A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación. Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### Cuestionario

1. **¿Cuál es el fundamento de su reclamación?**

    - ☑ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este
    - ☐ Empleo actual o anterior en el gobierno de Puerto Rico
    - ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

    _____

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**

    Impago Ley 180 - Cost Living — 10,088.32
    Ley 89 del 12 julio 1989  ⎫
    Retribución uniforme      ⎬  25,200.00
                              ⎭

    Batch 2    Total Adeudado    35,288.32



99012340037044

*Número de Evidencia de Reclamación*:
*Reclamante*: **Ramos Ortolaza, Alba E.**

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐ No. *Pase a la Pregunta 4.*
   - ☑ Sí. **Responda preguntas 3(a)-(d).**

   3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó: _Departamento de Educacion de Puerto Rico_

   3(b). Identifique las fechas de su empleo con relación a su reclamación: _____

   3(c). Últimos cuatro dígitos de su número de seguro social: _5461_

   3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☑ Jubilación
   - ☐ Salarios impagos
   - ☐ Días por enfermedad
   - ☐ Queja con el sindicato
   - ☐ Vacaciones
   - ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

   _____

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ☐ No.
   - ☑ Sí. **Responda Preguntas 4(a)-(f).**

   4(a). Identifique el departamento o agencia que es parte de esta acción.
   _Departamento de Educacion_

   4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución:
   _Bankruptcy Court for the District of Puerto Rico, San Juan_

   4(c). Número de caso: _17-03283_

   4(d). Título, epígrafe, o nombre del caso:
   _Ley Promesa_

Batch 4

2



*Número de Evidencia de Reclamación:* 168604
*Reclamante:* **Ramos Ortolaza, Alba E.**

    4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):

        _____Cerrado_____

    4(f). ¿Tiene usted una sentencia impaga? Sí / No  (Marque una)

        De ser así, ¿cuál es la fecha y el monto de la sentencia?

        _____No_____

Batch 4

3



RECEIVED & FILED
2020 MAR -9 AM 8:17
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN PR

Alba E. Ramos Ortolaza
Estancias Vista Alegre 12868
(Villalba) PR. 00766

Secretaria (Clerk office)
Tribunal de Distrito de los E.U.
Room 150 Federal Building
San Juan (P.R.) 00918-1967

