## TRIBUNAL DE DISTRITO DE LOS ESCTADOS UNIDOS PARAEL DISTRITO DE PUERTO RICO

In re Commonwealth of Puerto Rico Caso 17 BK 3283 – LTS

| | |
|---|---|
| Keyla Torres Santos | PROMESA |
| Urb. Tierra Santa calle B3 | Titulo 111 |
| Villalba, Puerto Rico 00766 | Núm. 17 BK 03283 - LTS |
| (787) 415 - 0859 | No. De Reclamación |
| kets2776@gmail.com | 134818 |



REPLICA A LA CENTESIMA TRIGESIMA CUARTA OBJECION GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO COMO EMPLEADO DEL DEPARTAMENTO DE EDUCACION DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO EN RECLAMO DEL AUMENTO SALARIAL DE LA LEY 89 DE 1979 (ROMERAZO) A PARTIR DEL 1979 HASTA EL 2006.

En junio de 2018, se sometió el Formulario Oficial 410 Modificado reclamando salario impagos en mi empleo como maestra en el Departamento de Educación de Puerto Rico por servicios prestados y que no fueron pagados.

Durante la gobernación, del gobernador Carlos Romero Barceló se aprobó una ley (Ley 89 del 12 de julio DE1979) que concedía un aumento salarial a los maestros del Departamento de Educación (DE) del gobierno de Puerto Rico de $100 mensuales.

Este aumento nunca se pagó.

Durante el término de esa ley (2001 – 2006) ya empleada del DE. De acuerdo con mis cálculos, el periodo comprende de 4 años a $1,200.00 por año, lo que representa $ 4,800.00 a los que tengo derecho. Hago constar que el ano 2002 al 2003 no trabaje en el Departamento de Educación.

Se estima la siguiente cantidad adeudada.

1,200.00 del año escolar 2001 - 2002

1,200.00 del año escolar 2003 - 2004

1,200.00 del año escolar 2004 - 2005

1,200.00 del año escolar 2005 – 2006

Cantidad adeuda estimada: $ 4,800.00

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| TORRES SANTOS, KEYLA | 134818 | 6/28/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| TORRES SANTOS, KEYLA | 134818 | 6/28/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).



# DEPARTAMENTO DE EDUCACIÓN
### Department of Education

ESTADO LIBRE ASOCIADO DE PUERTO RICO
Commonwealth of Puerto Rico

## Certificado Vitalicio
### Life Certificate

El Secretario de Educación por la presente confiere a
*The Secretary of Education hereby issues to*

**KEYLA E. TORRES SANTOS**

el presente Certificado que lo faculta para ejercer como
*this Certificate that entitles the holder to perform as*

MAESTRO(A) DE EDUCACION FÍSICA- NIVEL ELEMENTAL
TEACHER OF PHYSICAL EDUCATION AT ELEMENTARY LEVEL

en las escuelas públicas o privadas de Puerto Rico.
*in the School System of Puerto Rico.*

Expedido el   08 de septiembre   de 2016
*Issued on    September 08       20 16*

Dado en San Juan de Puerto Rico, el   08 de septiembre   de 2016
*Given at San Juan, Puerto Rico on    September 08       2016*

Rafael Román Meléndez
*Secretario de Educación*
*Secretary of Education*

Número de Certificado: 1035470
Certificate Number: 1035470

Estado Libre Asociado de Puerto Rico
080 - DEPT DE EDUCACION-MAESTROS

KEYLA E TORRES SANTOS
B29 CALLE 5
URB. LAS ALONDRAS
VILLALBA PR 00756

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 11/07/01 |
| Hasta: | 11/20/01 |

# Cheque: 01196776

| | |
|---|---|
| # Empleado: | |
| Dept: | 8005075-Ponce Villalba |
| Oficina: | Walter Mejones |
| Titulo: | M.Educ.Fisica Adaptada |
| Sueldo: | $1,500.00 Monthly |

| | | |
|---|---|---|
| DATA IMP: | Federal | Fecha: 11/30/01 |
| Estado Civil: | Married | PR |
| Concesiones: | 0 | Married |
| Pct. Adcl.: | | 0 |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 750.00 | 120.00 | 1,500.00 |
| Pago Retroactivo Regular | | | 0.00 | | 3,150.00 |
| Total: | | | 750.00 | 120.00 | 4,650.00 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA - MHI | 10.88 | 67.43 |
| PR Withholdng | 41.25 | 311.00 |
| Total: | 52.13 | 378.43 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 67.50 | 418.50 |
| Total: | 67.50 | 418.50 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AS-ASOC MAESTROS DE P.R. | 8.50 | 17.00 |
| Total: | 8.50 | 17.00 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 63.75 | 395.25 |
| FSED Disability Plan | 12.75 | 79.05 |
| * Tributable | | |

## TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Corriente | Acumulado |
|---|---|---|
| Total Bruto | 750.00 | 4,650.00 |
| Total Impuestos | 52.13 | 378.43 |
| Deducciones Totales | 76.00 | 435.50 |
| Paga Neta | 621.87 | 3,836.07 |

## TO HORAS

| | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA

| | |
|---|---|
| Cheque #01196776 | 621.87 |
| Total: | 621.87 |

MENSAJE: SALTE DE LA FILA, ACOGETE AL DEPOSITO DIRECTO Y ECONOMIZA TIEMPO. APROVECHA LOS BENEFICIOS

---

THIS DOCUMENT HAS A BROWN BACKGROUND ON THE FACE AND A WATERMARK ON THE PAPER - HOLD TO THE LIGHT TO VERIFY WATERMARK

Estado Libre Asociado de Puerto Rico
080 - DEPT DE EDUCACION-MAESTROS



90-0211/0215   BANCO GUBERNAMENTAL DE FOMENTO
P.O. Box 42001
San Juan PR 00940-2001

Cheque No. 01196776

Fecha: 11/30/01   Importe: $621.87*******

Paguese A la Orden De ****SEISCIENTOS VEINTIUNO CON 87/100 DOLARES****

KEYLA E TORRES SANTOS
B29 CALLE 5
URB. LAS ALONDRAS

**080 Dept. de Educacion - Maestros**
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR  00919

| | |
|---|---|
| Grupo de Pago: | SM-Quincenal |
| Desde: | 12/09/2019 |
| Hasta: | 12/20/2019 |

Aviso #: 5357205
Fecha Aviso: 12/30/2019

**KEYLA E TORRES SANTOS**
B29 CALLE 5
URB. LAS ALONDRAS
VILLALBA, PR  00766
SS:

| | |
|---|---|
| # Empleado: | |
| Dept: | 800537-SANTA ISABEL-PONCE |
| Lugar: | NORMA I. TORRES COLON |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $2,441.67 Monthly |

| | Federal | PR |
|---|---|---|
| DATA IMP: | | |
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,220.84 | 1,494.00 | 28,904.20 |
| Bono de Navidad | | | 0.00 | | 600.00 |
| Pago Retroactivo Regular | | | 0.00 | | 104.17 |
| **Total:** | | | **1,220.84** | **1,494.00** | **29,608.37** |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 17.70 | 429.32 |
| PR Withholding | 23.23 | 530.91 |
| **Total:** | **40.93** | **960.23** |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 109.88 | 2,610.77 |
| **Total:** | **109.88** | **2,610.77** |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Garnishments | 80.00 | 1,920.00 |
| RM-Prest Pers De Cuota-Ret Mae | 213.89 | 5,133.36 |
| SM-First Medical Health Plan | 186.50 | 4,422.00 |
| CO-COOP MAESTRO PR | 128.70 | 3,266.42 |
| SC-AMER FAM LIFE ASS CO | 33.40 | 801.60 |
| SC-TRIPLE-S VIDA INC | 18.62 | 446.88 |
| AS-ASOC MAESTROS DE P.R. | 1.50 | 36.00 |
| OS-AMPR LOCAL SIND AFIL | 8.50 | 204.00 |
| **Total:** | **671.11** | **16,230.26** |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 120.00 | 1,440.00 |
| FSED Disability Plan | 20.75 | 493.13 |

* Tributable

### TOTALES

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,220.84 | 0.00 | 40.93 | 780.99 | 398.92 |
| Acumulado: | 29,608.37 | 0.00 | 960.23 | 18,841.03 | 9,807.11 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5357205 | 398.92 |
| **Total:** | **398.92** |

Los balances de licencias corresponden al periodo de:

MENSAJE:

---

**Dept. de Educacion - Maestros**
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR  00919

Fecha
12/30/2019

Aviso No.
5357205

Cant. Deposito:   $398.92

A la
Cuenta(s) De

KEYLA E TORRES SANTOS
B29 CALLE 5
URB. LAS ALONDRAS
VILLALBA, PR  00766
Localizacion: NORMA I. TORRES COLON

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | XXXXXXXXXXXXXX | 398.92 |
| **Total:** | | **398.92** |

Keyla E. Torres Santos
Urb. Tierra Santa
Calle B #3
Villalba, PR 00766



Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, PR 00918-1767

