PRIME CLERK
GRAND CENTRAL STATION, PO BOX 4850
NEW YORK NY 10163-4850



**LEGAL NOTICE ENCLOSED.**
**DIRECT TO ATTENTION OF ADDRESSEE**
**OR PRESIDENT/GENERAL COUNSEL.**

***CUST PR 1845 SRF 36961 PackID: 430 MMLID: 1606811 SVC: 88th Omni
Morales Pabon, Mónica
Bo. Corazón calle Perpetuo Socorro
#83-9
Guayama, PR 00784

**Zone 8**

2

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Morales Pabon, Mónica | 77291 | 6/29/18 | Commonwealth of Puerto Rico | $0.00 |
| **Reason:** | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Morales Pabon, Mónica | 77291 | 6/29/18 | Commonwealth of Puerto Rico | $0.00 |
| **Base para:** | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.  **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m.  (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.  **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

**Responda a esta carta el 25 de septiembre de 2019 o antes, devolviendo el cuestionario adjunto con la información y documentación solicitada.**

Envíe el formulario completado y la documentación de apoyo por correo electrónico a PRClaimsInfo@primeclerk.com, o por correo, entrega en mano, o servicio de correo postal de 24 horas a la siguiente direcciónes:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

Si usted no responde a esta solicitud y no proporciona la información y documentación solicitadas para fundamentar su reclamación, los Deudores podrán verse en la obligación de objetar a su reclamación.

**Si tiene alguna pregunta acerca de esta carta o su reclamación, llame al Prime Clerk LLC al (844) 822-9231 (llamadas sin cargo desde Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas internacionales), disponible de 10:00 a.m. a 7:00 p.m. (Hora Estándar del Atlántico) (español disponible), o dirección de correo electrónico PRClaimsInfo@primeclerk.com.**

NOTA: Prime Clerk, LLC es el agente de reclamaciones y notificaciones en los Casos al amparo del Título III y no puede proporcionar asesoramiento legal o financiero.

Atentamente,

Prime Clerk, LLC



*Número de Evidencia de Reclamante*:

# INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

**Instrucciones**

Responda las cuatro (4) preguntas y sub-preguntas aplicables.  Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial**.  A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación.

Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| **Por Correo** | **Entrega en Mano o Service de Correo Postal de 24 Horas** |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

**Cuestionario**

1. **¿Cuál es el fundamento de su reclamación?**

   ☑ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

   ☐ Empleo actual o anterior en el gobierno de Puerto Rico

   ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

   _____

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**

   *Lo que por derecho me corresponda*

3. <u>**Empleo.**</u>  **¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?**

   ☐   No. *Pase a la Pregunta 4.*

   ☑   Sí.  **Responda preguntas 3(a)-(d).**

3(a).  Identifique el organismo o departamento específico en el que trabaja o trabajó:

   <u>Departamento de la Familia ( ADSEF)</u>

3(b).  Identifique las fechas de su empleo con relación a su reclamación:

   <u>Agosto , 2003</u>

3(c).  Últimos cuatro dígitos de su número de seguro social:   <u>1052</u>

3(d).  Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):

   ☑   Jubilación

   ☑   Salarios impagos

   ☑   Días por enfermedad

   ☑   Queja con el sindicato

   ☑   Vacaciones

   ☐   Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

   _____

   _____

4. <u>**Acción legal.**</u>  **¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?**

   ☐   No.

   ☑   Sí.  **Responda Preguntas 4(a)-(f).**

4(a).  Identifique el departamento o agencia que es parte de esta acción.

   <u>The Common Wealth of Puerto Rico.</u>

4(b).  Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución:

   <u>Tribunal de Distrito de los Estados Unidos, SJ P.R .00918</u>

4(c).  Número de caso: <u>17 BK 03500 - LTS</u>      <u>17 BK 03283-LTS</u>

4(d).  Título, epígrafe, o nombre del caso:

   <u>Promesa Title III</u>

2

*Número de Evidencia de Reclamante*:

4(e).  Estado del caso (pendiente de resolución, en apelación, o cerrado):

*Pendiente de resolución*

4(f).  ¿Tiene usted una sentencia impaga? Sí / <u>No</u> (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?

_____

3

Mónica Morales Pabón
Bo. Corazón
Calle Perpetuo Socorro # 83-9
Guayama, P.R. 00784

RECEIVED & FILED

2020 MAR -5  PM 5: 33

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

03 MAR 2020 PM 1 L



Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

00918$9999

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|------|---------|------------|--------|------------------------|
| Montero Morales, Maria I | 87698 | 6/22/2018 | Commonwealth of Puerto Rico | $0.00 *Lo que aplica la Ley en el caso de 30 años por servicio.* |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|--------|---------------------|------------------------|--------|----------------------------------|
| Montero Morales, Maria I | 87698 | 6/22/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.  **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m.  (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.  **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero) disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

***CUST PR 1845 SRF 38154 PackID: 888 MMLID: 1828183 SVC: 113th Omni
Montero Morales, Maria I
PO Box 8708
Ponce, PR 00732-8708

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|------|---------|-----------|--------|----------------------|
| Montero Morales, Maria I | 77410 | 6/22/18 | Commonwealth of Puerto Rico | $0.00  *Estimo deuda de $13,500 en los año 1999-2000, 2001 o lo que entiende la ley* |
| **Reason:** | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|--------|--------------------|-----------------------|--------|--------------------------------|
| Montero Morales, Maria I | 77410 | 6/22/18 | Commonwealth of Puerto Rico | $0.00 |
| **Base para:** | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

PRIME CLERK
GRAND CENTRAL STATION, PO BOX 4850
NEW YORK NY 10163-4850



**P**

US POSTAGE PAID

TOPPAN MERRILL

# USPS PRIORITY MAIL®

**LEGAL NOTICE ENCLOSED.
DIRECT TO ATTENTION OF ADDRESSEE
OR PRESIDENT/GENERAL COUNSEL.**

***CUST PR 1845 SRF 36961 PackID: 333 MMLID: 1674903 SVC: 88th Omni
Montero Morales, Maria I
PO Box 8708
Ponce, PR 00732-8708

Zone 8

# CANCIO, NADAL, RIVERA, DIAZ & BERRIOS

ATTORNEYS AND COUNSELLORS AT LAW
P.O. BOX 364966
SAN JUAN, PUERTO RICO 00936-4966
(787) 767-9625
FAX (787) 764-4430

403 MUÑOZ RIVERA AVENUE
HATO REY, PUERTO RICO 00918-3345
E-MAIL: rnadal@cnrd.com
WEB SITE: http://www.cnrd.com

RAFAEL A. NADAL-ARCELAY
PARTNER

1 de octubre de 2001

**Correo Ordinario**

María Montero Morales
Urb. Morel Campos
#16 Calle Ausencia
Ponce, Puerto Rico  00731-2795

Re:  **N/E:  14239.022
Lidia M. Matías, et. als.
v. Hon. Víctor Fajardo, et. als.
(Maestros Orientadores)**

Estimada señora Montero:

El pasado 24 de septiembre de 2001, se celebró vista en el caso conocido como el *reclamo de los maestros orientadores*. En este caso se radicó y notificó la Demanda. El Estado Libre Asociado de Puerto Rico compareció, radicó Moción de Desestimación, solicitando en síntesis que no se le reconociera legitimación para radicar este tipo de caso a la Asociación de Maestros; y segundo, que la Ley de Carrera Magisterial era constitucional a pesar de que discriminaba al no incluir al maestro orientador o al trabajador social en los beneficios de dicha ley.

La Asociación de Maestros se opuso, se sometió la controversia y se discutió extensamente el 24 de septiembre de 2001.

En primer orden, se reconoció la legitimación, la capacidad de la Asociación de Maestros de llevar este tipo de casos. Obviamente, la de cada uno de ustedes también.

En lo que corresponde a la certificación de pleito de clases, el Tribunal entendió que dicho trámite como pleito de clase no es necesario, ya que bastaría que tan solo la Asociación de Maestros o uno de ustedes llevara el pleito y

CANCIO, NADAL, RIVERA, DIAZ & BERRIOS

**Carta - Maestros Orientadores**
**1 de octubre de 2001**
**Página 2 de 2**

prevaleciera en su alegación de que la Ley de Carrera Magisterial es inconstitucional, para que esta decisión tenga el efecto de cubrirlos a todos.

Se discutió también la realidad de que un proyecto de ley está contemplando la posibilidad de incluir a todos ustedes en la carrera magisterial.

Así las cosas, el Tribunal dispuso del calendario, la forma y manera que trabajaremos el caso. El Tribunal tomó conocimiento del caso radicado de los trabajadores sociales, en similar situación a la de los maestros orientadores, que se radicara el 1 de julio de 2001.

El Tribunal evaluará si consolidará ambos casos y para eso dio un período de tiempo.

**La Asociacion de Maestros continuará su gestión ante la Legislatura y el Ejecutivo para que se apruebe un proyecto que les haga justicia. Además, continuará el trámite ante el Tribunal como medida cautelar y para garantizar que los reclamos, tanto de Maestros Orientadores, como de Trabajadores Sociales sean escuchados. Esperamos que este caso quede sometido para determinación del Tribunal en los próximos 60 días.**

Los mantendremos informados.

Atentamente,

**RAFAEL A. NADAL-ARCELAY**

mc(Pool)/1YG746!.WPD

# CANCIO, NADAL, RIVERA & DIAZ, P.S.C.

### ATTORNEYS AND COUNSELLORS AT LAW

P.O. BOX 364966
SAN JUAN, PUERTO RICO 90936-4966
(787) 767-9625 / 622-2222
FAX (787) 622-3461
403 MUÑOZ RIVERA AVENUE
HATO REY, PUERTO RICO 00918-3345
E-MAIL: rnadal@cnrd.com
WEB SITE: http://www.cnrd.com

RAFAEL A. NADAL-ARCELAY
PARTNER

27 de junio de 2008

SRA. MARÍA I. MONTERO MORALES
COND. PASEO DEL JOBO 2639
APT A-18
PONCE, PR 00717

Estimada señora Montero:

En el caso de Maestros Orientadores y Trabajadores Sociales, hemos solicitado al Tribunal atienda su caso de manera individual, a raíz de la decisión del Tribunal Supremo.

Su nombre está incluido específicamente en la Demanda. Hemos solicitado como primer remedio que el Tribunal determine si la Ley de Carrera Magisterial fue discriminatoria al excluir a los Maestros Orientadores y Trabajadores Sociales de los beneficios de dicha Ley.

Esperamos que dicha primer solicitud se atienda prontamente. Tan pronto como el Tribunal haga una determinación de esta conclusión, solicitaremos vista en su fondo, para lo cual nos comunicaremos con usted.

El compromiso de la Asociación de Maestros de Puerto Rico es tramitar este caso hasta sus últimas consecuencias.

Le mantendremos informada.

Atentamente,

MELISSA LÓPEZ-DÍAZ

#209777.1

CNR&D

CANCIO, NADAL, RIVERA & DÍAZ, P.S.C.
ATTORNEYS AND COUNSELLORS AT LAW

**CONFIDENCIAL
PRIVILEGIO ABOGADO-CLIENTE**

5 de febrero de 2014

MARÍA I. MONTERO MORALES
PO Box 8708,
Ponce, PR 00732-8708

Re:  Apelación pasos por mérito
Comisión Apelativa del Servicio Público

Estimado apelante:

Reciba un saludo cordial.

La Comisión Apelativa del Servicio Público (CASP) ha emitido Notificación Final de Deficiencia y Devolución de Apelación por Incumplimiento en cuanto a la Apelación que usted firmara por derecho propio.

Lo anterior es parte del trámite legal que hemos establecido en su caso, el cual continúa activo bajo el epígrafe <u>Abdiel Acevedo Pérez y otros v. Departamento de Educación</u>, 2012-05-2084. Es decir, que el único efecto que tiene la Notificación emitida por la CASP es que su caso ya no se tramitará de forma individual, sino en unión a los de más de quinientos maestros que tienen una reclamación similar a la suya.

Entendemos que este es el mejor curso de acción para tramitar su caso, el cual litigaremos activamente hasta sus últimas consecuencias.

Atentamente,

**RAFAEL A. NADAL ARCELAY**

403 MUÑOZ RIVERA AVENUE • HATO REY, PR 00918-3345
PO BOX 364966 • SAN JUAN, PR 00936-4966
TEL. (787) 767-9625 • FAX (787) 764-4430 • www.cnrd.com

**080 DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez          Esquina Calaf
HATO REY, PR  00919

| | | |
|---|---|---|
| Grupo de Pago: | SM -Quincenal | Aviso #:  5953380 |
| Desde: | 11/21/2013 | Fecha Aviso:   12/13/2013 |
| Hasta: | 12/06/2013 | |

| | MARIA I MONTERO MORALES | | # Empleado: | XXXXX9569 | | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|---|---|---|
| | MOREL CAMPOS | | Dept: | 8005104-Ponce Ponce II | | Estado Civil: | Married | Head of Household |
| | CALLE AUSENCIA 16 | | Lugar: | Ponce High | | Concesiones: | 0 | 1 |
| | PONCE, PR  00731 | | Titulo: | DEPARTAMENTO DE EDUCACION | | Pct. Adcl.: | | |
| | SS:   XXX-XX-9569 | | Sueldo: | $3,095.00 Monthly | | Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | 1,547.50 | 1,416.00 | 35,566.70 | |
| Bono de Navidad | | | 0.00 | 1,000.00 | |
| Licencia  Enfermedad en Exceso | | | 0.00 | 2,837.08 | |
| **Total:** | | 1,547.50 | 1,416.00 | 39,403.78 | |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| PR Withholding | 60.27 | 1,651.60 |
| **Total:** | 60.27 | 1,651.60 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 139.28 | 3,201.10 |
| **Total:** | 139.28 | 3,201.10 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 118.58 | 2,727.34 |
| AE-Asoc Emp ELA-Prest Regular | 99.00 | 1,287.00 |
| SM-Asoc Maestros de PR | 105.00 | 2,329.00 |
| CO-COOP MAESTRO PR | 76.41 | 1,757.43 |
| SC-TRANS OCEANIC LIFE | 34.16 | 785.68 |
| Ahorros-AEELA | 61.90 | 1,422.66 |
| **Total:** | 495.05 | 10,309.11 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 131.54 | 3,023.23 |
| FSED Disability Plan | 26.31 | 669.91 |
| SM-Asoc Maestros de PR | 0.00 | 1,320.00 |

* Tributable

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,547.50 | 0.00 | 60.27 | 634.33 | 852.90 |
| Acumulado: | 39,403.78 | 0.00 | 1,651.60 | 13,510.21 | 24,241.97 |

| LIC HORAS | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5953380 | 852.90 |
| **Total:** | 852.90 |

**MENSAJE:**

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR  00919

**Fecha**
12/13/2013

**Aviso No.**
5953380

Cant. Deposito:   $852.90

A la
Cuenta(s) De

**MARIA I MONTERO MORALES**
MOREL CAMPOS
CALLE AUSENCIA 16
PONCE, PR  00731
Localizacion: Ponce High

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXXX | 852.90 |
| **Total:** | | 852.90 |

# NO-NEGOCIABLE

Case:17-03283-LTS Doc#:12174-1 Filed:03/09/20 Entered:03/09/20 10:55:28 Desc: Exhibit Page 18 of 121

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|---|
| MARIA I MONTERO MORALES | | 9569 | 30 0693 | 338994 | 519664941 |

#### DEDUCCIONES

| ESPECIFICAS | | | | | | MISCELANEAS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS | | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | AHORROS | SEGURO | | | | | | |
| 22578 | | 45150 | | | | | | | | | |
| MES CORRIENTE | | | | | | | | | | | |
| 3763 | | 7525 | 7900 | | | | | | | | |

| 645000 | 0.00 | 000 | 107500 | 44100 | 19188 | 44212 |
|---|---|---|---|---|---|---|
| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ª QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | MES CORRIENTE | | |

**VEASE CLAVES AL DORSO**

## GOBIERNO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|---|
| MARIA I MONTERO MORALES | | 9569 | 28 0299 | 401517 | 626664078 |

#### DEDUCCIONES

| ESPECIFICAS | | | | | | MISCELANEAS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS | | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | AHORROS | SEGURO | | | | | | |
| 21772 | | 23730 | | | | 02 | 21364 | 07 | 9834 | 10 | 1000 |
| | | | | | | 81 | 1200 | | | | |
| MES CORRIENTE | | | | | | | | | | | |
| 10886 | | 11865 | 11100 | 5085 | | | | | | | |

| 339000 | 0.00 | 000 | 169500 | 48500 | 72334 | 48665 |
|---|---|---|---|---|---|---|
| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ª QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | MES CORRIENTE | | |

**VEASE CLAVES AL DORSO**

María I. Montero Morales
P.O. Box 8708
Ponce, P.R.
00732-8708

RECEIVED & FILED

2020 MAR -5 PM 5:34

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R





U.S. POSTAGE PAID
PCM LG ENV
PONCE, PR
00717
MAR 04, 20
AMOUNT

$7.60

1000        00918        R2304M113036-07

RETURN RECEIPT
REQUESTED

Secretaria (Clerk's Office)
Tribunal de Distrito de los
Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico)
00918-1767



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL

7019 2970 0002 2161 6425

## REPLICA

Datos de Contacto:

TORRES RAMOS, MILDRED

35 CALLE HERA

URB. MONTE OLIVO

GUAYAMA, PR 00784-6621

profmtorres@gmail.com



Epígrafe:

Tribunal de Distrito de los Estados Unidos

San Juan, PR 00918

Nombre de los Deudores:

Commonwealth of Puerto Rico

Numero de Procedimiento: 17 BK 3283 LTS (3481)

Título de los Objetivo Global:

Centésima Quincuagésima Sexta Objeción Global

Numero de la Evidencia de Reclamo: 86305

Motivo para oponerse a la Objeción Global

Aumento Mensual de la Escala Salarial

Años de 1977 – 2001 ($7,800.00)

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Torres Ramos, Mildred | 86305 | 6/25/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Torres Ramos, Mildred | 86305 | 6/25/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.  If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m.  (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.  Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).



Mildred Torres
Jard De Monte Olivo
35 Calle Hera
Guayama, PR 00784

FOREVER USA

Illinois 1818

Secretario (Clerk's Office)
Tribunal de Distrito de Estados Unidos
Room 150 Federal Building
San Juan, PR. 00918-1767

U.S. DISTRICT COURT
SAN JUAN P.R.
CLERK'S OFFICE
2020 MAR -5  PM 5: 33
RECEIVED & FILED