# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtor.[1] | PROMESA Title III<br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**Re: ECF No. 10839** |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO.<br><br>    Debtor. | PROMESA Title III<br><br>Case No. 17 BK 3566-LTS<br><br>(Jointly Administered)<br><br>**Re: ECF No. 810** |

**NOTICE OF SUBMISSION OF THIRD REVISED PROPOSED ORDER (A) ESTABLISHING PRE-SOLICITATION PROCEDURES FOR CERTAIN HOLDERS OF RETIREMENT BENEFIT CLAIMS, (B) ESTABLISHING PROCEDURES AND DEADLINES FOR SUBMISSION OF INFORMATION NECESSARY FOR SOLICITATION OF ACCEPTANCE OR REJECTION OF PLAN OF ADJUSTMENT, AND (C) APPROVING FORM AND MANNER OF NOTICE THEREOF**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**PLEASE TAKE NOTICE** that, on February 11, 2020, the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") filed the *Motion of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico for an Order (A) Establishing Pre-Solicitation Procedures for Certain Holders of Retirement Benefit Claims, (B) Establishing Procedures and Deadlines for Submission of Information Necessary for Solicitation of Acceptance or Rejection of Plan of Adjustment by Such Claimants, and (C) Approving Form and Manner of Notice Thereof* **[Case No. 17-3283, ECF No. 10839, Case No. 17-3566, ECF No. 810]** (the "Motion").[2]

**PLEASE TAKE FURTHER NOTICE** that, on February 26, 2020, the Oversight Board filed a revised proposed order [ECF No. 11777] (the "Revised Proposed Order") incorporating certain changes in response to informal requests to amend the proposed order attached to the Motion.

**PLEASE TAKE FURTHER NOTICE** that, on March 6, 2020, the Oversight Board filed a second revised proposed order [ECF No. 12162] (the "Second Revised Proposed Order"), incorporating additional revisions to the Revised Proposed Order in response to the Court's comments, and consistent with the Oversight Board's proposal, provided at the March 4–5, 2020 omnibus hearing.

**PLEASE TAKE FURTHER NOTICE** that the Oversight Board is filing a third revised proposed order, which (i) adds a location in Ponce for hand-delivery of Information Forms, and (ii) incorporates comments received from the Court regarding the Spanish translations of the Return Date Notice and the Reminder Notice, all of which are included in the third revised proposed order attached hereto as **Exhibit A** (the "Third Revised Proposed Order").

---

[2]  Capitalized terms used herein but not otherwise defined shall have the meanings given to them in the Motion.

**PLEASE TAKE FURTHER NOTICE** that, attached hereto as **Exhibit B** is a redline comparison between the Second Revised Proposed Order and the Third Revised Proposed Order.

**WHEREFORE** the Debtors respectfully request the Court (a) enter the Third Revised Proposed Order granting the relief requested in the Motion, and (b) grant the Debtors such other relief as is just and proper.

| | |
|---|---|
| Dated: March 9, 2020<br>San Juan, Puerto Rico | Respectfully submitted,<br><br>*/s/ Brian S. Rosen*<br><br>Martin J. Bienenstock (*pro hac vice*)<br>Brian S. Rosen (*pro hac vice*)<br>**PROSKAUER ROSE LLP**<br>Eleven Times Square<br>New York, NY 10036<br>Tel: (212) 969-3000<br>Fax: (212) 969-2900<br><br>*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*<br><br>*/s/ Hermann D. Bauer*<br><br>Hermann D. Bauer<br>USDC No. 215205<br>**O'NEILL & BORGES LLC**<br>205 Muñoz Rivera Ave., Suite 800<br>San Juan, PR 00918-1813<br>Tel: (787) 764-1813<br>Fax: (787) 753-8944<br><br>*Co-Attorney for the Financial Oversight and Management Board as representative for the Debtors* |