# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Case No. 17 BK 3283-LTS |
| as representative of | |
| THE COMMONWEALTH OF PUERTO RICO, *et al.,* | (Jointly Administered) |
| Debtor.[1] | |
| In re: | PROMESA Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Case No. 17 BK 3566-LTS |
| as representative of | (Jointly Administered) |
| THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO. | |
| Debtor. | |

## ORDER (A) ESTABLISHING PRE-SOLICITATION PROCEDURES FOR CERTAIN HOLDERS OF RETIREMENT BENEFIT CLAIMS, (B) ESTABLISHING PROCEDURES AND DEADLINES FOR SUBMISSION OF INFORMATION NECESSARY FOR SOLICITATION OF ACCEPTANCE OR REJECTION OF PLAN OF ADJUSTMENT, AND (C) APPROVING FORM AND MANNER OF NOTICE THEREOF

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Upon the Debtors' *Motion for (A) Establishing Pre-Solicitation Procedures for Certain Retirement Beneficiaries of the Commonwealth of Puerto Rico, (B) Establishing Procedures and Deadlines By Which Such Beneficiaries Can Submit Information Necessary for Solicitation of Acceptance or Rejection of Plan of Adjustment, and (C) Approving Form and Manner of Notice Thereof*, dated February 11, 2020 (the "<u>Motion</u>");[2] and the Court having found it has subject matter jurisdiction over this matter pursuant to PROMESA section 306(a); and it appearing that venue in this district is proper pursuant to PROMESA section 307(a); and the Court having found that the relief requested in the Motion is in the best interests of the Debtors, their creditors, and other parties in interest; and the Court having found that the Debtors provided adequate and appropriate notice of the Motion and the relief requested therein under the circumstances and that no other or further notice is required; and the Court having reviewed the Motion and having heard the statements of counsel in support of the Motion at a hearing held before the Court (the "<u>Hearing</u>"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and any objections to the relief requested herein having been resolved as set forth herein, or withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is **GRANTED** as set forth herein.

2.      The Return Date Notice, substantially in the form annexed hereto as **<u>Exhibit 1-A</u>**, the Reminder Notice, substantially in the form annexed hereto as **<u>Exhibit 1-B</u>**, and the Information Form, substantially in the form annexed hereto as **<u>Exhibit 2</u>**, are approved.

---

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

3.      The Return Date by which Employee Claimants must submit the Information Form with the Requested Information to Prime Clerk is **May 14, 2020**.

4.      All Information Forms must:  (i) be written in English or Spanish; (ii) include an original or electronic signature of the Employee Claimant or an authorized agent of the Employee Claimant; and (iii) substantially conform to the Information Form.  The Debtors will endeavor to process Information Forms received after the Return Date, but are not obligated to do so, and failure to do so shall not constitute failure to provide adequate notice with respect to the Debtors' solicitation of votes to accept or reject the Plan.

5.      **All Information Forms shall be delivered to and received by Prime Clerk no later than 4:00 p.m. (Atlantic Standard Time) on the Return Date**.  Information Forms delivered (i) by first class mail should be sent to:  Puerto Rico Retirement Benefit Information Processing Center, c/o Prime Clerk LLC, Grand Central Station, PO Box 4708, New York, NY 10163-4708; (ii) by overnight courier should be sent to:  Puerto Rico Retirement Benefit Information Processing Center, c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232; or (iii) by hand delivery should be delivered to any of the following:  (a) Puerto Rico Retirement Benefit Information Processing Center, c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232; (b) Bianca Convention Center, Carr 2 KM 143, 1st Floor, Añasco, PR 00610; (c) Oceana HUB Center, 2 Calle Acerina, Caguas, PR 00725; (d) Citi Towers, 250 Ponce de León Ave., Suite 503, Hato Rey, San Juan, PR 00918; (e) 151 Calle de San Francisco, 2nd Floor, San Juan, PR 00901; (f) Joe's Blue, MCS Building, 880 Tito Castro Avenue, 1st Floor, Ponce, PR 00716-4732, or (g) such other locations in the Commonwealth the Debtor establishes, which shall be listed in the Return Date Notice.  Alternatively, Information Forms may be submitted electronically through the Debtor's case management site at the following address:

https://cases.primeclerk.com/PRRetirementBenefit/EPOC-Index/. Prime Clerk **shall not** accept Information Forms by facsimile, telecopy, or email; provided, however, they may be submitted through Prime Clerk's website (listed in the preceding sentence).

6. The Debtors' proposed procedures for serving and publishing the Bar Date Notice and the Reminder Notice comply with the requirements of PROMESA, the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and the Local Bankruptcy Rules, made applicable in this Title III Case pursuant to the *Eleventh Amended Notice, Case Management and Administrative Procedures* Case No. 17-3283, Docket No. 11885, and are hereby approved.

7. The pre-solicitation procedures described herein provide adequate notice with respect to the submission of information by holders of retirement benefit claims to the Debtors for the purpose of the Debtors' solicitation of votes to accept or reject the Plan for Employee Claimants.

8. In accordance with Bankruptcy Rule 2002, the Debtors, through Prime Clerk, are authorized and directed to cause a copy of the Return Date Notice along with an Information Form, to be sent by United States Postal Service first-class mail, postage prepaid, to each Employee Claimant for whom the Debtors have a mailing address and require additional information to assist in calculating such Employee Claimant's claim amount, on or before March 12, 2020.

9. In accordance with Bankruptcy Rule 2002, the Debtors, through Prime Clerk, are authorized and directed to cause a copy of a notice, substantially in the form of the Reminder Date Notice, to be published, on or before March 12, 2020 (or as soon as practicable thereafter), in (a) *El Nuevo Día* in Spanish (primary circulation is in Puerto Rico), (b) *Caribbean Business* in English (primary circulation is in Puerto Rico), (c) *El Diario* and *El Nuevo Herald*, both in Spanish (primary circulation is in New York and Miami, respectively), (d) *El Vocero* in Spanish (primary

circulation is in Puerto Rico), and (e) *Primera Hora* in Spanish (primary circulation is in Puerto Rico).

10.    In accordance with Bankruptcy Rule 2002, the Debtors, through Prime Clerk, are authorized and directed to cause a copy of another publication notice, substantially in the form of the Reminder Notice, to be published, on a date that is no fewer than fourteen (14) days prior to the Return Date.

11.    The Return Date Notice, the Reminder Notice, and the Information Form shall be posted and available for download, free-of-charge on the Debtors' case website, https://cases.primeclerk.com/puertorico/.

12.    This Order is without prejudice to the rights, claims, objections, counterclaims, offsets, recoupments, and defenses of the Debtor with respect to any claim or duplicate claim submitted in connection with these procedures, and nothing herein shall be deemed to allow or compel payment of any claim.

13.    Notwithstanding any applicability of any Bankruptcy Rule, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

14.    The Debtors and the Oversight Board, as the Debtors' representative, are authorized to take all actions, and to execute all documents, necessary or appropriate, to effectuate the relief granted in this Order in accordance with the Motion.

15.     The Court retains exclusive jurisdiction to hear and determine any and all disputes related to or arising from the implementation, interpretation and enforcement of this Order.


Dated:  March ___, 2020                   _____
                                          Honorable Laura Taylor Swain
                                          United States District Judge

## **Exhibit 1-A**

**Return Date Notice**

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.,*<br><br>       Debtor.[1] | PROMESA Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO.<br><br>       Debtor. | PROMESA Title III<br><br>Case No. 17 BK 3566-LTS<br><br>(Jointly Administered) |

**NOTICE OF DEADLINE FOR SUBMITTING INFORMATION FORMS FOR RETIREMENT BENEFICIARIES OF THE COMMONWEALTH OF PUERTO RICO AND THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO**

**TO ALL PARTICIPANTS OF THE EMPLOYEES RETIREMENT SYSTEM FOR THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO ("ERS"), THE JUDICIARY RETIREMENT SYSTEM FOR THE COMMONWEALTH OF PUERTO**

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**RICO ("JRS"), AND THE PUERTO RICO TEACHER'S RETIREMENT SYSTEM ("TRS"), PLEASE TAKE NOTICE OF THE FOLLOWING:**

The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") has filed the *Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* [Case No. 17-bk-3283, ECF No. 11946] (as amended or modified from time to time and including all exhibits thereto, the "Plan") and a related disclosure statement [Case No. 17-bk-3283, ECF No. 11947] (as amended or modified from time to time and including all exhibits thereto, the "Disclosure Statement") pursuant to which the Commonwealth of Puerto Rico (the "Commonwealth") (together with ERS, the "Debtors") and the Puerto Rico Public Buildings Authority ("PBA") seek to adjust their debts under Title III of the *Puerto Rico Oversight, Management, and Economic Stability Act*.[2]

To solicit certain information from certain holders of retirement benefits claims ("Employee Claimants")[3] for which the Debtors have incomplete or outdated information, the Oversight Board is providing this notice (the "Notice"), as well as disseminating the Notice in publications of widespread circulation, to current and former residents of the Commonwealth.

**You may be a current or former participant of ERS, JRS, or TRS, and you may be required to submit a form with information the Debtors are currently missing (the "Information Form"), including:** (a) name; (b) mailing address; (c) email address; (d) date of birth; (e) gender; (f) social security number[4]; and (g) employment information (collectively, the "Requested Information"). The Debtors request that, if at all possible, you submit your Information Form electronically on the website hosted by the Debtors' claims and solicitation agent, Prime Clerk LLC (the "Claims Agent"), at https://cases.primeclerk.com/PRRetirementBenefit/EPOC-Index.

---

[2] PROMESA is codified at 48 U.S.C. §§ 2101–2241.
[3] In the Plan, Class 39 constitutes the claims of Employee Claimants.
[4] The Debtors seek to obtain the last four digits of claimants' social security numbers in order to match claimants with their employee records.

**OVERVIEW – KEY POINTS**

- This document is a legal notice concerning the Commonwealth and ERS's Title III cases.

- **The Overview on this page describes the key terms of this document.  Please read the entire document carefully for further details.**

- In a Title III case under PROMESA, certain retirement beneficiaries of the Commonwealth and ERS may be entitled to vote on any plan of adjustment filed by the Commonwealth and ERS.  In order for the Debtors to reduce the number of solicitation packages returned undeliverable, and ensure the claim amounts for such beneficiaries are accurately calculated, the Debtors are requesting that certain claimants submit an Information Form containing the Requested Information.  This document explains how to submit Information Forms.

- A plan of adjustment is a document that explains how the Debtors propose to pay the amounts it owes to its creditors.  This plan is available for creditors to review at https://cases.primeclerk.com/puertorico/.

- **If you are required to submit an Information Form**, you must do so by **May 14, 2020 at 4:00 p.m., Atlantic Standard Time**.  An Information Form is provided with this document.

- Information Forms may be submitted by (a) electronically submitting on the Claims Agent's website at https://cases.primeclerk.com/PRRetirementBenefit/EPOC-Index, or (b) mail or hand delivery to the addresses provided in Section 5 of this document.  **The Debtors request that, if at all possible, you submit your Information Form electronically on the Claims Agent's website.**

- After reading this document, if you require additional information regarding this Notice (including whether you are an individual who must submit an Information Form), you may contact the Claims Agent at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com. Please note that the people answering the phone number are not able to provide legal advice.  If you have questions about your legal rights, including whether you need to submit an Information Form, you should talk to an attorney.

## Section 1 – The Return Date

On March ___, 2020, the United States District Court for the District of Puerto Rico (the "District Court") entered an order (the "Pre-Solicitation Procedures Order") in the Debtors' Title III cases fixing the deadlines to submit Information Forms by **4:00 p.m. (Atlantic Standard Time) on May 14, 2020** (the "Return Date").

## Section 2 – Who MUST Submit an Information Form

If you are an Employee Claimant, you **MUST** submit an **Information Form**, or the Debtors may be unable to solicit your vote on the plan of adjustment filed by the Oversight Board on behalf of the Debtors.

**A holder of a possible claim against the Debtors should consult an attorney if such holder has any questions regarding this Notice, including whether the holder should submit an Information Form.**

## Section 3 – Consequences of Failure to Submit an Information Form by the Return Date

**ANY HOLDER OF A CLAIM WHO FAILS TO TIMELY SUBMIT AN INFORMATION FORM MIGHT NOT RECEIVE BALLOTING MATERIALS TO VOTE ON THE DEBTORS' PLAN, AND IN THAT EVENT SHALL BE BARRED FROM ASSERTING THE SOLICITATION PROCEDURES IN CONNECTION WITH THE PLAN IN CONNECTION WITH CLAIMS HELD BY RETIREMENT BENEFICIARIES WERE INADEQUATE.**

## Section 4 – What to Submit

Each Information Form, to be properly submitted pursuant to this Notice, shall: (i) be written in English or Spanish; (ii) include an original or electronic signature of the claimant or an authorized agent of the claimant; and (iii) substantially conform to the Information Form approved by the Pre-Solicitation Procedures Order.

The Information Form can be obtained, as well as submitted, on the website established and maintained by the Claims Agent at https://cases.primeclerk.com/puertorico/.

## Section 5 – Where and How to Submit

All Information Forms shall be submitted with the claims and noticing agent, Prime Clerk LLC (the "Claims Agent") pursuant to the procedures provided herein **so as to actually be received** on or before the Return Date.

Information Forms may be submitted through any of the following methods:

(i)     **electronically**, by completing the Information Form on the Claims Agent's website at https://cases.primeclerk.com/PRRetirementBenefit/EPOC-Index;

4

(ii)     if delivered **by first class mail**, at the following address:  Puerto Rico Retirement Benefit Information Processing Center, c/o Prime Clerk LLC, Grand Central Station, PO Box 4708, New York, NY 10163-4708;

(iii)    if **by overnight courier**, at the following address: Puerto Rico Retirement Benefit Information Processing Center, c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232; or

(iv)     if **by hand delivery**, at any of the following addresses:  (a) Puerto Rico Retirement Benefit Information Processing Center, c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232; or (b) the following locations in the Commonwealth, available during the listed dates and times:

| Locations in the Commonwealth Accepting Information Forms by Hand Delivery[5] All locations are available from March ___, 2020 to May 14, 2020 (except weekends and Court Holidays) | |
|---|---|
| Address | Hours (AST) |
| Citi Towers 250 Ponce de León Ave. Suite 503, Hato Rey, San Juan, PR 00918 | M-F 8:30 a. m. to 5:00 p. m. |
| 151 Calle de San Francisco, 2nd Floor, San Juan, PR 00901 | M-F 8:30 a. m. to 5:00 p. m. |
| Bianca Convention Center Carr 2 KM 143, Floor 1 Añasco, PR 00610 | M-F 8:30 a. m. to 5:00 p. m. |
| Oceana HUB Center 2 Calle Acerina Caguas, PR 00725 | M-F 8:30 a. m. to 5:00 p. m. |
| Joe's Blue MCS Building 880 Tito Castro Avenue, 1st Floor Ponce, PR 00716-4732 | M-F 8:30 a. m. to 5:00 p. m. |

---

[5] The Debtors reserve the right to amend the locations accepting proofs of claim by hand delivery.

Information Forms sent by facsimile, telecopy, or electronic mail transmission will **not** be accepted; provided, however, they may be submitted through Prime Clerk's website: https://cases.primeclerk.com/PRRetirementBenefit/EPOC-Index.

*The Debtors request that, if at all possible, you submit your Information Form electronically on the Claims Agent's website.*

**Section 6 – Additional Information**

The Pre-Solicitation Procedures Order may be downloaded and examined free of charge from the Claims Agent website, https://cases.primeclerk.com/puertorico/.

If you require additional information regarding this Notice, you may contact the Claims Agent at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.

Dated:  March __, 2020

## **Return Date Notice – Spanish Translation**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| *In re:* | PROMESA, Título III |
| JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO | |
| como representante del | Núm. 17 BK 3283-LTS |
| ESTADO LIBRE ASOCIADO DE PUERTO RICO *et al*, | (Administrada conjuntamente) |
| Deudor.[1] | |
| *In re:* | PROMESA, Título III |
| JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, | |
| como representante del | Caso Núm. 17 BK 3566-LTS |
| SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO. | (Administrada conjuntamente) |
| Deudor. | |

**NOTIFICACIÓN DE LA FECHA LÍMITE PARA RADICAR FORMULARIOS DE INFORMACIÓN RELATIVOS A LOS BENEFICIARIOS DE RETIRO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO**

**DIRIGIDA A TODOS LOS PARTICIPANTES DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO ("SRE"), EL SISTEMA DE RETIRO DE LA RAMA JUDICIAL DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO ("SRJ"), Y EL SISTEMA DE RETIRO PARA MAESTROS DE PUERTO RICO ("SRM"); TOME NOTA DE LO SIGUIENTE:**

---

[1] Los Deudores en las causas radicadas conforme al Título III, junto con las causas individuales de cada Deudor en virtud del mismo título, y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, según correspondan, son: (i) el Estado Libre Asociado de Puerto Rico (Causa de Quiebra Núm. 17-BK-3283-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Causa de Quiebra Núm. 17-BK-3284-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); (iii) la Autoridad de Carreteras y Transportación de Puerto Rico ("ACT") (Causa de Quiebra Núm. 17-BK-3567-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") (Causa de Quiebra Núm. 17-BK-3566-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); (v) la Autoridad de Energía Eléctrica de Puerto Rico ("AEE") (Causa de Quiebra Núm. 17-BK-4780-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); y (vi) la Autoridad de Edificios Públicos de Puerto Rico ("AEP") (Causa de Quiebra Núm. 19-BK-5523-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3801) (Los números de las causas radicadas conforme al Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).

La Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión") ha radicado el *Plan Enmendado de Ajuste Conjunto del Estado Libre Asociado de Puerto Rico, et al. elaborado conforme al Título III* [Caso núm. 17-BK-3283, ECF núm. 11946] (denominado, en su versión periódicamente modificada e incluidos todos sus anexos, el "Plan") y la correspondiente declaración de divulgación [Causa núm. 17-BK-3283, ECF núm. 11947] (denominada, en su versión periódicamente modificada e incluidos todos sus anexos, la "Declaración de Divulgación") de conformidad con la cual el Estado Libre Asociado de Puerto Rico (el "ELA") (junto con el SRE, los "Deudores") y la Autoridad de Edificios Públicos de Puerto Rico ("AEP") pretenden ajustar sus deudas conforme al Título III de la *Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico*.[2]

Con el fin de solicitar cierta información a determinados titulares de reclamos relativos a beneficios de retiro ("Empleados Demandantes")[3] para los cuales los Deudores cuentan con información incompleta u obsoleta, la Junta de Supervisión está remitiendo la presente notificación (la "Notificación"), y está divulgando dicha Notificación en publicaciones de amplia difusión dirigidas a las personas que residen o residieron alguna vez en el ELA.

**Usted podría ser un participante o exparticipante en el SRE, el SRJ o el SRM, y es posible que tenga la obligación de radicar un formulario que contenga la información que los Deudores necesitan en la actualidad (el "Formulario de Información"); la información incluye:** (a) nombre; (b) dirección postal; (c) dirección de correo electrónico; (d) fecha de nacimiento; (e) sexo; (f) número del seguro social[4]; y (g) información laboral (conjuntamente, la "Información Solicitada"). Los Deudores solicitan que, de ser posible, usted radique su Formulario de Información de forma electrónica en el sitio web auspiciado por el agente de reclamos y solicitudes de los Deudores, Prime Clerk LLC (el "Agente de Reclamos"): https://cases.primeclerk.com/PRRetirementBenefit/EPOC-Index.

---

[2] PROMESA ha sido codificada en el Título 48 U.S.C. §§ 2101 a 2241.

[3] En el Plan, la Clase 39 corresponde a los reclamos de los Empleados Demandantes.

[4] Los Deudores necesitan los últimos cuatro dígitos de los números del Seguro Social de los demandantes para determinar qué datos laborales corresponden a cada demandante.

**SÍNTESIS: PRINCIPALES CONSIDERACIONES**

- El presente documento constituye una notificación legal en lo relativo a las causas del ELA y del SRE radicadas conforme al Título III.

- **La Síntesis de esta página describe los principales términos del presente documento. Lea detenidamente todo el documento para obtener información más detallada.**

- En el marco de la Causa radicada conforme al Título III de PROMESA, es posible que determinados beneficiarios del ELA y del SRE tengan derecho a votar sobre un plan de ajuste radicado por el ELA y el SRE. Para que los Deudores puedan reducir el número de solicitudes devueltas por no haberse podidos entregar, y para asegurar que los montos de reclamos relativos a dichos beneficiarios se calculen correctamente, los Deudores solicitan que determinados demandantes radiquen un Formulario de Información que contenga la Información Solicitada. El presente documento explica cómo radicar Formularios de Información.

- El plan de ajuste es un documento que explica cómo los Deudores proponen pagar los montos que adeudan a sus acreedores. Los acreedores podrán consultar dicho plan visitando el siguiente enlace: https://cases.primeclerk.com/puertorico/.

- **Si tiene que radicar un Formulario de Información, deberá hacerlo antes del 14 de mayo de 2020, a las 04:00 p.m., (AST)**. El Formulario de Información se proporciona con el presente documento.

- Podrá radicar los Formularios de Información (a) de forma electrónica a través del sitio web del Agente de Reclamos en https://cases.primeclerk.com/PRRetirementBenefit/EPOC-Index, o (b) por correo o personalmente en la dirección que se indica en la sección 5 del presente documento. **Los Deudores solicitan que, de ser posible, radique su Formulario de Información de forma electrónica a través del sitio web del Agente de Reclamos**.

- Si tras leer el presente documento necesita información adicional sobre esta Notificación (incluyendo si usted es un individuo que debe presentar un formulario de información), podrá ponerse en contacto con el Agente de Reclamos llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o al (646) 486-7944 (si llama desde el extranjero), entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español), o por correo electrónico escribiendo a puertoricoinfo@primeclerk.com. Tenga en cuenta que las personas que contestan a las llamas telefónicas no pueden brindar asesoramiento legal. Si tiene alguna pregunta sobre los derechos que le brinda la ley, por ejemplo, si tiene la obligación de radicar un Formulario de Información, consulte a un abogado.

**Sección 1: Fecha de Remisión**

El ___ de marzo de 2020, el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "Tribunal de Distrito") emitió una orden (la "Orden de Procedimientos Anteriores a la Solicitud") en el marco de las Causas de los Deudores radicadas conforme al Título III, en la que fijó **el 14 de mayo de 2020** a las **04:00 p.m. (AST)** como fecha límite para radicar los Formularios de Información (la "Fecha de Remisión").

**Sección 2: Quién TIENE que radicar un Formulario de Información**

Si es usted un Empleado Demandante, **TIENE que** radicar un **Formulario de Información**; de lo contrario es posible que los Deudores no puedan solicitar su voto sobre el plan de ajuste radicado por la Junta de Supervisión a nombre de los Deudores.

**Los que tengan posibles reclamos contra los Deudores deberían consultar con un abogado si tienen alguna pregunta sobre la presente Notificación, incluyendo si tienen que radicar un Formulario de Información.**

**Sección 3: Consecuencia de no radicar un Formulario de Información antes de la Fecha de Remisión**

**LOS TITULARES DE RECLAMOS QUE NO RADIQUEN UN FORMULARIO DE INFORMACIÓN DENTRO DE LOS PLAZOS ESTABLECIDOS PODRÍAN NO RECIBIR LAS PAPELETAS PARA VOTAR SOBRE EL PLAN DE LOS DEUDORES, EN CUYO CASO QUEDARÁN IMPEDIDOS DE ADUCIR QUE LOS PROCEDIMIENTOS DE SOLICITUD VINCULADOS AL PLAN EN CUANTO A LOS RECLAMOS QUE POSEAN LOS BENEFICIARIOS DE RETIRO FUERON INADECUADOS.**

**Sección 4: Lo que hay que radicar**

Para que cada Formulario de Información se considere correctamente radicado conforme a la presente Notificación deberá: (i) estar redactado en inglés o en español; (ii) incluir una firma original o electrónica del reclamante o de su agente autorizado; y (iii) ajustarse en sus aspectos esenciales al Formulario de Información aprobado por la Orden de Procedimientos Anteriores a la Solicitud.

Podrá obtener y radicar el Formulario de Información a través del siguiente sitio web creado y mantenido por el Agente de Reclamos: https://cases.primeclerk.com/puertorico/.

**Sección 5: Dónde y cómo radicarlo**

Todos los Formularios de Información se radicarán con el agente de reclamos y notificaciones, Prime Clerk LLC (el "Agente de Reclamos") conforme a los procedimientos que figuran en el presente documento, **de tal modo que se reciban efectivamente** en o antes de la Fecha de Remisión.

Los Formularios de Información podrán radicarse a través de cualquiera de los siguientes métodos:

(i)     **De forma electrónica**, cumplimentando el Formulario de Información en el sitio web del Agente de Reclamos: https://cases.primeclerk.com/PRRetirementBenefit/EPOC-Index;

4

(ii)     Si se entrega **por correo de primera clase (*first class mail*)**, en la siguiente dirección: Puerto Rico Retirement Benefit Information Processing Center, c/o Prime Clerk LLC, Grand Central Station, PO Box 4708, New York, NY 10163-4708;

(iii)    Si se entrega **por mensajería de 24 horas (*overnight courier*)**, en la siguiente dirección: Puerto Rico Retirement Benefit Information Processing Center, c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232; o

(iv)     Si se entrega **personalmente**, a cualquiera de las siguientes direcciones: (a) Puerto Rico Retirement Benefit Information Processing Center, c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232; o (b) las siguientes ubicaciones en el ELA, disponibles en los días y horarios que se indican a continuación:

| Ubicaciones en el ELA que aceptan formularios de información mediante entrega a la mano[5] Todas las ubicaciones están disponibles del ___ de marzo de 2020 a 14 de mayo de 2020 (excepto los fines de semana y los días feriados del Tribunal) | |
|---|---|
| Dirección | Horario (AST) |
| Citi Towers 250 Avenida Ponce de León Suite 503, Hato Rey, San Juan, PR 00918 | L a V 8:30 a. m. a 5:00 p. m. |
| 151 Calle de San Francisco, 2nd Floor, San Juan, PR 00901 | L a V 8:30 a. m. a 5:00 p. m. |
| Centro de Convenciones Bianca Carr 2 KM 143, Floor 1 Añasco, PR 00610 | L a V 8:30 a. m. a 5:00 p. m. |
| Centro Oceana HUB 2 Calle Acerina Caguas, PR 00725 | L a V 8:30 a. m. a 5:00 p. m. |
| Joe's Blue Edificio MCS 880 Avenida Tito Castro, 1st Floor Ponce, PR 00716-4732 | L a V 8:30 a. m. a 5:00 p. m. |

---

[5] Los deudores se reservan el derecho de cambiar las ubicaciones que aceptan evidencias de reclamos mediante entrega personal.

4

No se aceptarán Formularios de Información que se envíen por fax, telecopiadora o correo electrónico; <u>no obstante</u>, dichos formularios se podrán radicar a través del sitio web de Prime Clerk: https://cases.primeclerk.com/PRRetirementBenefit/EPOC-Index.

*Los Deudores solicitan que, de ser posible, radique su Formulario de Información de forma electrónica a través del sitio web del Agente de Reclamos.*

### Sección 6: Información adicional

Podrá descargar y consultar de manera gratuita la Orden de Procedimientos Anteriores a la Solicitud en el sitio web del Agente de Reclamos, https://cases.primeclerk.com/puertorico/.

Si necesita obtener información adicional sobre esta Notificación, podrá ponerse en contacto con el Agente de Reclamos llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o al (646) 486-7944 (si llama desde el extranjero), entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español), o por correo electrónico a puertoricoinfo@primeclerk.com.

Fecha: __ de marzo de 2020

**Exhibit 1-B**

**Reminder Notice**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>       Debtor.[1] | PROMESA Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF THE<br>GOVERNMENT OF THE COMMONWEALTH OF<br>PUERTO RICO.<br><br>       Debtor. | PROMESA Title III<br><br>Case No. 17 BK 3566-LTS<br><br>(Jointly Administered) |

### NOTICE OF DEADLINE FOR SUBMITTING INFORMATION FORMS FOR RETIREMENT BENEFICIARIES OF THE COMMONWEALTH OF PUERTO RICO AND THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO

# FINAL REMINDER

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**TO ALL PARTICIPANTS OF THE EMPLOYEES RETIREMENT SYSTEM FOR THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO ("ERS"), THE JUDICIARY RETIREMENT SYSTEM FOR THE COMMONWEALTH OF PUERTO RICO ("JRS"), AND THE PUERTO RICO TEACHER'S RETIREMENT SYSTEM ("TRS"), PLEASE TAKE NOTICE OF THE FOLLOWING:**

The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") has filed the *Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* [Case No. 17-bk-3283, ECF No. 11946] (as amended or modified from time to time and including all exhibits thereto, the "Plan") and a related disclosure statement [Case No. 17-bk-3283, ECF No. 11947] (as amended or modified from time to time and including all exhibits thereto, the "Disclosure Statement") pursuant to which the Commonwealth of Puerto Rico (the "Commonwealth") (together with ERS, the "Debtors") and the Puerto Rico Public Buildings Authority ("PBA") seek to adjust their debts under Title III of the *Puerto Rico Oversight, Management, and Economic Stability Act*.[2]

To solicit certain information from certain holders of retirement benefits claims ("Employee Claimants")[3] for which the Debtors have incomplete or outdated information, the Oversight Board is providing this notice (the "Notice"), as well as disseminating the Notice in publications of widespread circulation, to current and former residents of the Commonwealth.

**You may be a current or former participant of ERS, JRS, or TRS, and you may be required to submit a form with information the Debtors are currently missing (the "Information Form"), including:** (a) name; (b) mailing address; (c) email address; (d) date of birth; (e) gender; (f) social security number[4]; and (g) employment information (collectively, the "Requested Information"). The Debtors request that, if at all possible, you submit your Information Form electronically on the website hosted by the Debtors' claims and solicitation agent, Prime Clerk LLC (the "Claims Agent"), at https://cases.primeclerk.com/PRRetirementBenefit/EPOC-Index.

---

[2] PROMESA is codified at 48 U.S.C. §§ 2101–2241.
[3] In the Plan, Class 39 constitutes the claims of Employee Claimants.
[4] The Debtors seek to obtain the last four digits of claimants' social security numbers in order to match claimants with their employee records.

**OVERVIEW – KEY POINTS**

- This document is a legal notice concerning the Commonwealth and ERS's Title III cases.

- **The Overview on this page describes the key terms of this document.  Please read the entire document carefully for further details.**

- In a Title III case under PROMESA, certain retirement beneficiaries of the Commonwealth and ERS may be entitled to vote on any plan of adjustment filed by the Commonwealth and ERS.  In order for the Debtors to reduce the number of solicitation packages returned undeliverable, and ensure the claim amounts for such beneficiaries are accurately calculated, the Debtors are requesting that certain claimants submit an Information Form containing the Requested Information.  This document explains how to submit Information Forms.

- A plan of adjustment is a document that explains how the Debtors propose to pay the amounts it owes to its creditors.  This plan is available for creditors to review at https://cases.primeclerk.com/puertorico/.

- **If you are required to submit an Information Form**, you must do so by <u>**May 14, 2020 at 4:00 p.m., Atlantic Standard Time**</u>.  An Information Form is provided with this document.

- Information Forms may be submitted by (a) electronically submitting on the Claims Agent's website at <u>https://cases.primeclerk.com/PRRetirementBenefit/EPOC-Index</u>, or (b) mail or hand delivery to the addresses provided in Section 5 of this document.  <u>**The Debtors request that, if at all possible, you submit your Information Form electronically on the Claims Agent's website.**</u>

- After reading this document, if you require additional information regarding this Notice (including whether you are an individual who must submit an Information Form), you may contact the Claims Agent at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com. Please note that the people answering the phone number are not able to provide legal advice.  If you have questions about your legal rights, including whether you need to submit an Information Form, you should talk to an attorney.

4

## Section 1 – The Return Date

On March ____, 2020, the United States District Court for the District of Puerto Rico (the "District Court") entered an order (the "Pre-Solicitation Procedures Order") in the Debtors' Title III cases fixing the deadlines to submit Information Forms by **4:00 p.m. (Atlantic Standard Time) on May 14, 2020** (the "Return Date").

## Section 2 – Who MUST Submit an Information Form

If you are an Employee Claimant, you **MUST** submit an **Information Form**, or the Debtors may be unable to solicit your vote on the plan of adjustment filed by the Oversight Board on behalf of the Debtors.

**A holder of a possible claim against the Debtors should consult an attorney if such holder has any questions regarding this Notice, including whether the holder should submit an Information Form.**

## Section 3 – Consequences of Failure to Submit an Information Form by the Return Date

**ANY HOLDER OF A CLAIM WHO FAILS TO TIMELY SUBMIT AN INFORMATION FORM MIGHT NOT RECEIVE BALLOTING MATERIALS TO VOTE ON THE DEBTORS' PLAN, AND IN THAT EVENT SHALL BE BARRED FROM ASSERTING THE SOLICITATION PROCEDURES IN CONNECTION WITH THE PLAN IN CONNECTION WITH CLAIMS HELD BY RETIREMENT BENEFICIARIES WERE INADEQUATE.**

## Section 4 – What to Submit

Each Information Form, to be properly submitted pursuant to this Notice, shall: (i) be written in English or Spanish; (ii) include an original or electronic signature of the claimant or an authorized agent of the claimant; and (iii) substantially conform to the Information Form approved by the Pre-Solicitation Procedures Order.

The Information Form can be obtained, as well as submitted, on the website established and maintained by the Claims Agent at https://cases.primeclerk.com/puertorico/.

## Section 5 – Where and How to Submit

All Information Forms shall be submitted with the claims and noticing agent, Prime Clerk LLC (the "Claims Agent") pursuant to the procedures provided herein **so as to actually be received** on or before the Return Date.

Information Forms may be submitted through any of the following methods:

(i)     **electronically**, by completing the Information Form on the Claims Agent's website at https://cases.primeclerk.com/PRRetirementBenefit/EPOC-Index;

(ii)    if delivered **by first class mail**, at the following address:  Puerto Rico Retirement Benefit Information Processing Center, c/o Prime Clerk LLC, Grand Central Station, PO Box 4708, New York, NY 10163-4708;

(iii)    if **by overnight courier**, at the following address: Puerto Rico Retirement Benefit Information Processing Center, c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232; or

(iv)    if **by hand delivery**, at any of the following addresses:  (a) Puerto Rico Retirement Benefit Information Processing Center, c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232; or (b) the following locations in the Commonwealth, available during the listed dates and times:

| Locations in the Commonwealth Accepting Information Forms by Hand Delivery[5] All locations are available from March ___, 2020 to May 14, 2020 (except weekends and Court Holidays) | |
| --- | --- |
| Address | Hours (AST) |
| Citi Towers 250 Ponce de León Ave. Suite 503, Hato Rey, San Juan, PR 00918 | M-F 8:30 a. m. to 5:00 p. m. |
| 151 Calle de San Francisco, 2nd Floor, San Juan, PR 00901 | M-F 8:30 a. m. to 5:00 p. m. |
| Bianca Convention Center Carr 2 KM 143, Floor 1 Añasco, PR 00610 | M-F 8:30 a. m. to 5:00 p. m. |
| Oceana HUB Center 2 Calle Acerina Caguas, PR 00725 | M-F 8:30 a. m. to 5:00 p. m. |
| Joe's Blue MCS Building 880 Tito Castro Avenue, 1st Floor Ponce, PR 00716-4732 | M-F 8:30 a. m. to 5:00 p. m. |

---

[5] The Debtors reserve the right to amend the locations accepting proofs of claim by hand delivery.

Information Forms sent by facsimile, telecopy, or electronic mail transmission will **not** be accepted; <u>provided</u>, <u>however</u>, they may be submitted through Prime Clerk's website: https://cases.primeclerk.com/PRRetirementBenefit/EPOC-Index.

*The Debtors request that, if at all possible, you submit your Information Form electronically on the Claims Agent's website.*

### <u>Section 6 – Additional Information</u>

The Pre-Solicitation Procedures Order may be downloaded and examined free of charge from the Claims Agent website, https://cases.primeclerk.com/puertorico/.

If you require additional information regarding this Notice, you may contact the Claims Agent at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.

Dated:  March __, 2020

**<u>Reminder Notice – Spanish Translation</u>**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| *In re*: | PROMESA, Título III |
| JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO | |
| como representante del | Núm. 17 BK 3283-LTS |
| ESTADO LIBRE ASOCIADO DE PUERTO RICO *et al*., | |
| Deudor.[1] | (Administrada conjuntamente) |
| *In re*: | PROMESA, Título III |
| JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, | |
| como representante del | Caso Núm. 17 BK 3566-LTS |
| SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO. | |
| Deudor. | (Administrada conjuntamente) |

**NOTIFICACIÓN DE LA FECHA LÍMITE PARA RADICAR FORMULARIOS DE INFORMACIÓN RELATIVOS A LOS BENEFICIARIOS DE RETIRO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO**

# RECORDATORIO FINAL

---

[1] Los Deudores en las causas radicadas conforme al Título III, junto con las causas individuales de cada Deudor en virtud del mismo título, y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, según correspondan, son: (i) el Estado Libre Asociado de Puerto Rico (Causa de Quiebra Núm. 17-BK-3283-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Causa de Quiebra Núm. 17-BK-3284-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); (iii) la Autoridad de Carreteras y Transportación de Puerto Rico ("ACT") (Causa de Quiebra Núm. 17-BK-3567-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") (Causa de Quiebra Núm. 17-BK-3566-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); (v) la Autoridad de Energía Eléctrica de Puerto Rico ("AEE") (Causa de Quiebra Núm. 17-BK-4780-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); y (vi) la Autoridad de Edificios Públicos de Puerto Rico ("AEP") (Causa de Quiebra Núm. 19-BK-5523-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3801) (Los números de las causas radicadas conforme al Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).

**DIRIGIDA A TODOS LOS PARTICIPANTES EN EL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO ("SRE"), EL SISTEMA DE RETIRO DE LA RAMA JUDICIAL DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO ("SRJ"), Y EL SISTEMA DE RETIRO PARA MAESTROS DE PUERTO RICO ("SRM"); TOME NOTA DE LO SIGUIENTE:**

La Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión") ha radicado el *Plan Enmendado de Ajuste Conjunto del Estado Libre Asociado de Puerto Rico, et al. elaborado conforme al Título III* [Caso núm. 17-BK-3283, ECF núm. 11946] (denominado, en su versión periódicamente modificada e incluidos todos sus anexos, el "Plan") y la correspondiente declaración de divulgación [Causa núm. 17-BK-3283, ECF núm. 11947] (denominada, en su versión periódicamente modificada e incluidos todos sus anexos, la "Declaración de Divulgación") de conformidad con la cual el Estado Libre Asociado de Puerto Rico (el "ELA") (junto con el SRE, los "Deudores") y la Autoridad de Edificios Públicos de Puerto Rico ("AEP") pretenden ajustar sus deudas conforme al Título III de la *Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico*.[1]

Con el fin de solicitar cierta información a determinados titulares de reclamos relativos a beneficios de retiro ("Empleados Demandantes")[2] para los cuales los Deudores cuentan con información incompleta u obsoleta, la Junta de Supervisión está remitiendo la presente notificación (la "Notificación"), y está divulgando dicha Notificación en publicaciones de amplia difusión dirigidas a las personas que residen o residieron alguna vez en el ELA.

**Usted podría ser un participante o exparticipante en el SRE, el SRJ o el SRM, y es posible que tenga la obligación de radicar un formulario que contenga la información que los Deudores necesitan en la actualidad (el "Formulario de Información"); la información incluye:** (a) nombre; (b) dirección postal; (c) dirección de correo electrónico; (d) fecha de nacimiento; (e) sexo; (f) número del seguro social[3]; y (g) información laboral (conjuntamente, la "Información Solicitada"). Los Deudores solicitan que, de ser posible, usted radique su Formulario de Información de forma electrónica en el sitio web auspiciado por el agente de reclamos y solicitudes de los Deudores, Prime Clerk LLC (el "Agente de Reclamos"): https://cases.primeclerk.com/PRRetirementBenefit/EPOC-Index.

---

[1] PROMESA ha sido codificada en el Título 48 U.S.C. §§ 2101 a 2241.
[2] En el Plan, la Clase 39 corresponde a los reclamos de los Empleados Demandantes.
[3] Los Deudores necesitan los últimos cuatro dígitos de los números del Seguro Social de los demandantes para determinar qué datos laborales corresponden a cada demandante.

2

## SÍNTESIS: PRINCIPALES CONSIDERACIONES

- El presente documento constituye una notificación legal en lo relativo a las causas del ELA y del SRE radicadas conforme al Título III.

- **La Síntesis de esta página describe los principales términos del presente documento. Lea detenidamente todo el documento para obtener información más detallada.**

- En el marco de la Causa radicada conforme al Título III de PROMESA, es posible que determinados beneficiarios del ELA y del SRE tengan derecho a votar sobre un plan de ajuste radicado por el ELA y el SRE. Para que los Deudores puedan reducir el número de solicitudes devueltas por no haberse podido entregar, y para asegurar que los montos de reclamos relativos a dichos beneficiarios se calculen correctamente, los Deudores solicitan que determinados demandantes radiquen un Formulario de Información que contenga la Información Solicitada. El presente documento explica cómo radicar Formularios de Información.

- El plan de ajuste es un documento que explica cómo los Deudores proponen pagar los montos que adeudan a sus acreedores. Los acreedores podrán consultar dicho plan visitando el siguiente enlace: https://cases.primeclerk.com/puertorico/.

- **Si tiene que radicar un Formulario de Información, deberá hacerlo antes del 14 de mayo de 2020, a las 04:00 p.m. (AST)**. El Formulario de Información se proporciona con el presente documento.

- Podrá radicar los Formularios de Información (a) de forma electrónica a través del sitio web del Agente de Reclamos en https://cases.primeclerk.com/PRRetirementBenefit/EPOC-Index, o (b) por correo o personalmente en la dirección proporcionada en la sección 5 del presente documento. **Los Deudores solicitan que, de ser posible, radique su Formulario de Información de forma electrónica a través del sitio web del Agente de Reclamos**.

- Si tras leer el presente documento necesita información adicional sobre esta Notificación (incluyendo si usted es un individuo que debe presentar un formulario de información), podrá ponerse en contacto con el Agente de Reclamos llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o al (646) 486-7944 (si llama desde el extranjero), entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español), o por correo electrónico escribiendo a puertoricoinfo@primeclerk.com. Tenga en cuenta que las personas que contestan a las llamas telefónicas no pueden brindar asesoramiento jurídico. Si tiene alguna pregunta sobre los derechos que le brinda la ley, por ejemplo, si tiene la obligación de radicar un Formulario de Información, consulte a un abogado.

**Sección 1: Fecha de Remisión**

El ___ de marzo de 2020, el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "Tribunal de Distrito") emitió una orden (la "Orden de Procedimientos Anteriores a la Solicitud ") en el marco de las Causas de los Deudores radicadas conforme al Título III, en la que fijó **el 14 de mayo de 2020** a las **04:00 p.m. (AST)** como fecha límite para radicar los Formularios de Información (la "Fecha de Remisión").

**Sección 2: Quién TIENE que radicar un Formulario de Información**

Si es usted un Empleado Demandante, **TIENE que** radicar un **Formulario de Información**; de lo contrario es posible que los Deudores no puedan solicitar su voto sobre el plan de ajuste radicado por la Junta de Supervisión en nombre de los Deudores.

**Los que tengan posibles reclamos contra los Deudores deberían consultar con un abogado si tienen alguna pregunta sobre la presente Notificación, por ejemplo, para saber si tienen que radicar un Formulario de Información.**

**Sección 3: Consecuencia de no radicar un Formulario de Información antes de la Fecha de Remisión**

**LOS TITULARES DE RECLAMOS QUE NO RADIQUEN DENTRO UN FORMULARIO DE INFORMACIÓN DE LOS PLAZOS ESTABLECIDOS PODRÍAN NO RECIBIR LAS PAPELETAS PARA VOTAR SOBRE EL PLAN DE LOS DEUDORES, EN CUYO CASO SE QUEDARÁN IMPEDIDOS DE ADUCIR QUE LOS PROCEDIMIENTOS DE SOLICITUD VINCULADOS AL PLAN EN CUANTO A LOS RECLAMOS QUE POSEAN LOS BENEFICIARIOS DE RETIRO FUERON INADECUADOS.**

**Sección 4: Lo que hay que radicar**

Para que cada Formulario de Información, se considere correctamente radicado correctamente conforme a la presente Notificación deberá: (i) estar redactado en inglés o en español; (ii) incluir una firma original o electrónica del demandante o de su agente autorizado; y (iii) ajustarse en sus aspectos esenciales al Formulario de Información aprobado por la Orden de Procedimientos Anteriores a la Solicitud.

Podrá obtener y radicar el Formulario de Información a través del siguiente sitio web creado y mantenido por el Agente de Reclamos: https://cases.primeclerk.com/puertorico/.

**Sección 5: Dónde y cómo radicarlo**

Todos los Formularios de Información se radicarán con el agente de reclamos y notificaciones, Prime Clerk LLC (el "Agente de Reclamos") conforme a los procedimientos que figuran en el presente documento, **de tal modo que se reciban efectivamente** en o antes de la Fecha de Remisión.

Los Formularios de Información podrán radicarse a través de cualquiera de los siguientes métodos:

(i) **De forma electrónica**, cumplimentando el Formulario de Información en el sitio web del Agente de Reclamos: https://cases.primeclerk.com/PRRetirementBenefit/EPOC-Index;

(ii) Si se entrega **por correo de primera clase (*first class mail*)**, en la siguiente dirección: Puerto Rico Retirement Benefit Information Processing Center, c/o Prime Clerk LLC, Grand Central Station, PO Box 4708, New York, NY 10163-4708;

(iii) Si se entrega **por mensajería de 24 horas (*overnight courier*)**, en la siguiente dirección:     Puerto Rico Retirement Benefit Information Processing Center, c/o Prime Clerk, LLC, 850        Third  Avenue,  Suite  412, Brooklyn, NY 11232; o

(iv) Si se entrega **personalmente**, a cualquiera de las siguientes direcciones: a) Puerto Rico        Retirement Benefit Information Processing Center, c/o Prime Clerk, LLC, 850 Third            Avenue, Suite 412,  Brooklyn, NY 11232; o b) las siguientes ubicaciones en el ELA,       disponibles en los días y horarios que se indican a continuación:

| Ubicaciones en el ELA que aceptan formularios de información mediante entrega a la mano[5]<br>Todas las ubicaciones están disponibles del ___ de marzo de 2020 a 14 de mayo de 2020<br>(excepto los fines de semana y los días feriados del Tribunal) | |
| --- | --- |
| Dirección | Horario (AST) |
| Citi Towers<br>250 Avenida Ponce de León<br>Suite 503, Hato Rey,<br>San Juan, PR 00918 | L a V<br>8:30 a. m.<br>a<br>5:00 p. m. |
| 151 Calle de San Francisco, 2nd Floor,<br>San Juan, PR 00901 | L a V<br>8:30 a. m.<br>a<br>5:00 p. m. |
| Centro de Convenciones Bianca<br>Carr 2 KM 143, Floor 1<br>Añasco, PR 00610 | L a V<br>8:30 a. m.<br>a<br>5:00 p. m. |
| Centro Oceana HUB<br>2 Calle Acerina<br>Caguas, PR 00725 | L a V<br>8:30 a. m.<br>a<br>5:00 p. m. |
| Joe's Blue<br>Edificio MCS<br>880 Avenida Tito Castro, 1st Floor<br>Ponce, PR 00716-4732 | L a V<br>8:30 a. m.<br>a<br>5:00 p. m. |

No se aceptarán Formularios de Información que se envíen por fax, telecopiadora o correo electrónico; no obstante, dichos formularios se podrán radicar a través del sitio web de Prime Clerk: https://cases.primeclerk.com/PRRetirementBenefit/EPOC-Index.

---

[5] Los deudores se reservan el derecho de cambiar las ubicaciones que aceptan evidencias de reclamos mediante entrega personal.

*Los Deudores solicitan que, de ser posible, radique su Formulario de Información de forma electrónica a través del sitio web del Agente de Reclamos.*

**Sección 6: Información adicional**

    Podrá descargar y consultar, de manera gratuita, la Orden de Procedimientos Anteriores a la Solicitud, desde el sitio web del Agente de Reclamos, https://cases.primeclerk.com/puertorico/.

    Si necesita obtener información adicional sobre esta Notificación, podrá ponerse en contacto con el Agente de Reclamos llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o al (646) 486-7944 (si llama desde el extranjero), entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español), o por correo electrónico escribiendo a puertoricoinfo@primeclerk.com.

Fecha: __ de marzo de 2020

## **Exhibit 2**

**Information Form**

## Commonwealth of Puerto Rico Employee Information Questionnaire
**Cuestionario de Información de los Empleados del Estado Libre Asociado de Puerto Rico**

NAME / Nombre:              &lt;MERGE FIELD&gt;

ADDRESS / Dirección:              &lt;MERGE FIELD&gt;

**Part 1:**   **Employee Contact Information:**  Is your name and address, listed above, correct?
**Información de Contacto del Empleado:** ¿Su nombre y dirección están correctos según aparecen en la sección anterior?

**If YES, please skip to Part 2.  Si contestó SÍ, pase a la pregunta 3.**

**If NO, please complete Part 1 (Items 1 and 2) below.  Si contestó NO, completar preguntas 1 y 2.**

| | |
|---|---|
| 1.  **Employee Name:**<br>**Nombre del Empleado:** | |
| 2.  **Employee Address:**<br>**Dirección del Empleado:** | |

**Part 2:**   **Email Address:  If you have an email address, please provide it below.**
**Correo Electrónico:** Si tiene una dirección de correo electrónico, por favor proveerla en esta sección.

| |
|---|
| 3.  Email Address:<br>Correo Electrónico: |

**Part 3:**   **Demographic Information:  Please complete the section below.**
**Información demográfica: Por favor completar la siguiente sección.**

| | | | |
|---|---|---|---|
| 4.  Birth Date and Year:<br>Fecha y Año de Nacimiento: | | 5. Gender:  Male / Female:<br>Género: Masculino / Femenino: | |

**Part 4:**   **Identification information:**  Please complete the section below.
**Información de Identidad:** Por favor completar la siguiente sección.

| |
|---|
| 6.  **Last Four Digits of Your Social Security Number:**<br>**Los últimos cuatro dígitos de su número de seguro social:**  ____ ____ ____ ____ |

**Part 5:**   **Employment Information:  If you were, or currently are, an employee of any Agency, Department, Public Corporation, Municipality, or other Public Employer of the Commonwealth of Puerto Rico, please provide the following** (attach additional pages if necessary)**:**

**Información de Empleo:  Si usted fue, o actualmente es, empleado de cualquier agencia, departamento, corporación pública, municipio u otro empleador público del Estado Libre Asociado de Puerto Rico, proporcione lo siguiente** (adjunte páginas adicionales si es necesario)**:**

| Employer / Empleador<br>(Identify the Agency, Department, Public Corporation, Municipality, or other Public Employer of the Commonwealth of Puerto Rico)<br>(Identifique la agencia, departamento, corporación pública, municipio u otro empleador público del Estado Libre Asociado de Puerto Rico) | Hire Date(s)<br><br>Fecha(s) de Contratación | Termination Date(s)<br>(if currently employed by such employer, write "Active")<br>**Fecha(s) de terminación**<br>(Si está empleado actualmente por ELA, escriba "Activo") |
|---|---|---|
| | | |
| | | |
| | | |

| Instructions | Instrucciones |
|---|---|

**Instructions**

The Financial Oversight and Management Board for Puerto Rico has filed voluntary petitions under the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"), initiating Title III cases under PROMESA for the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico (the "Debtors").

The Debtors are sending you this form to gather information to assist in providing proper notice in connection with the solicitation of a plan of adjustment and a tally of votes in connection with the same.  Failure to return this form by the Return Date **does not** mean that you will be barred (i) from receiving benefits, if ultimately entitled, or (ii) casting a ballot in connection with the Debtors' solicitation of votes in support of confirmation of a plan, if eligible.

Please complete and return this Information Form by **4:00 p.m. (AST) on May 14, 2020** through any of the following methods:

(i) **Electronically**: Complete the Information Questionnaire on Prime Clerk's website at https://cases.primeclerk.com/PRRetirementBenefit/EPOC-Index

(ii) **Mail**:  Send by first class mail, at the following address:

Puerto Rico Retirement Benefit Information Processing Center
c/o Prime Clerk LLC
Grand Central Station
PO Box 4708
New York, NY 10163-4708

(iii) **Overnight Courier / Hand Delivery**: Send by overnight courier or hand delivery to the address above in (ii), or the following locations in the Commonwealth:

| Locations in the Commonwealth Accepting Information Form by Hand Delivery All locations are available from March ___ , 2020 to May 14, 2020 (except weekends and Court Holidays) ||
|---|---|
| Address | Hours (AST) |
| Citi Towers 250 Ponce de León Ave. Suite 503, Hato Rey, San Juan, PR 00918 | M-F 8:30 a. m. to 5:00 p. m. |
| 151 Calle de San Francisco, 2nd Floor, San Juan, PR 00901 | 8:30 a.m. to 5:00 p.m. |
| Bianca Convention Center Carr 2 KM 143, Floor 1 Añasco, PR 00610 | 8:30 a.m. to 5:00 p.m. |
| Oceana HUB Center 2 Calle Acerina Caguas, PR 00725 | 8:30 a.m. to 5:00 p.m. |
| Joe's Blue MCS Building 880 Tito Castro Avenue, 1st Floor Ponce, PR 00716-4732 | 8:30 a. m. to 5:00 p. m. |

For a list of agencies or departments of the Commonwealth of Puerto Rico, please visit https://cases.primeclerk.com/PRRetirementBenefit/EPOC-Index.

**Instrucciones**

La Junta de Supervisión y Administración Financiera para Puerto Rico ha presentado peticiones voluntarias en virtud de la Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico (Puerto Rico Oversight, Management, and Economic Stability Act, "PROMESA") y ha iniciado casos en virtud del Título III de la ley PROMESA para el Estado Libre Asociado de Puerto Rico y el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, (los "Deudores").

Los Deudores le envían este formulario para recabar información a fin de ayudar a brindar una notificación adecuada en relación con la solicitud de un plan de ajuste y el recuento de votos relacionado. En caso de no devolver este formulario antes de la Fecha de devolución, **no se le impedirá** (i) recibir beneficios, si finalmente tiene derecho a estos, o (ii) si ustedes elegible, emitir un voto en relación con la solicitud de los Deudores de votos a favor de la confirmación de un plan, si cumple los requisitos para hacerlo.

Por favor complete y envíe este formulario antes del **14 de mayo de 2020, a las 04:00 p.m. (AST)** a través de cualquiera de los siguientes métodos:

(i) **Electrónicamente:** complete el formulario en el sitio web de Prime Clerk en https://cases.primeclerk.com/PRRetirementBenefit/EPOC-Index

(ii) **Correo:** envíe por correo regular de primera clase a la siguiente dirección:

Puerto Rico Retirement Benefit Information Processing Center
c/o Prime Clerk LLC
Grand Central Station
PO Box 4708
New York, NY 10163-4708

(iii) **Mensajería de 24 horas o entrega en persona:** envíe por mensajería de 24 horas o entrega personal a la dirección que aparece arriba en la sección (ii), o a los siguientes lugares en el Estado Libre Asociado:

| Lugares en el Estado Libre Asociado Aceptando Entrega Personal Todos los lugares están disponibles desde las ___ de marzo de 2020 hasta las 14 de mayo de 2020 (excepto fines de semana y días de fiesta por la Corte) ||
|---|---|
| Dirección | Horario (AST) |
| Citi Towers 250 Avenida Ponce de León Suite 503, Hato Rey, San Juan, PR 00918 | L a V 8:30 a. m. a 5:00 p. m. |
| 151 Calle de San Francisco, 2nd Floor, San Juan, PR 00901 | 8:30 a.m. to 5:00 p.m. |
| Centro de Convenciones Bianca Carr 2 KM 143, Floor 1 Añasco, PR 00610 | 8:30 a.m. a 5:00 p.m. |
| Centro Oceana HUB 2 Calle Acerina Caguas, PR 00725 | 8:30 a.m. a 5:00 p.m. |
| Joe's Blue Edificio MCS 880 Avenida Tito Castro, 1st Floor Ponce, PR 00716-4732 | 8:30 a. m. a 5:00 p. m. |

Para obtener una lista de agencias o departamentos del Estado Libre Asociado de Puerto Rico, favor visitar https://cases.primeclerk.com/PRRetirementBenefit/EPOC-Index.