5 de marzo de 2020

Marian B. Ramirez Rivera
Deputy Clerk
United States District Court
Room 150 Federal BLDG
San Juan, P.R. 00918-1767



Estimada Sra. Ramirez

Solicito no ser excluida del caso 3:17-BK-3283 (LTS) Promesa Title III ya que entiendo que tengo derecho a ser parte de la misma como empleada retirada del Departamento de Educación de P.R.
Acompaño evidencia solicitada. La misma es del Sistema de Retiro de Maestros (Certificación) y el Informe Renta Anual Vitalicia de la Junta de Retiro para Maestros.
Esperando atención a mi solicitud.

Queda
Gudelia Hernandez Estéves
Gudelia Hernández Estéves
787-826-3282

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re: Financial Oversight & Management Board for Puerto Rico | 3:17-BK-3283 (LTS) <br><br> PROMESA Title III |
| *as representative of* | (Jointly Administered) |
| The Commonwealth of Puerto Rico, *et al.* <br><br> Debtors | |

## NOTICE OF DEFECTIVE PLEADING
*(Notificación de Documento Defectuoso)*

The Clerk of Court has received your pleading on February 18, 2020. However, the deficiencies listed below have prevented us from filing the same in the case docket. You must submit a corrected pleading if you want it to form part of the record.

La Secretaría del Tribunal recibió su escrito el 18 de febrero de 2020. No obstante, las deficiencias que abajo se señalan nos impiden aceptarlo y entrarlo en el sumario del caso. Debe usted someter un escrito debidamente corregido si quiere que el mismo forme parte del expediente.

Page 1 of 2

NOTICE OF DEFECTIVE PLEADING
*(Notificación de Documento Defectuoso)*
3:17-BK-3283 (LTS)

| | | |
|---|---|---|
| 1 | | Pleading is illegible. L.Civ.R. 10<br>*(El escrito radicado es ilegible o no cumple con la R.L.Civ. 10)* |
| 2 | X | Lacks proper signature. Documents presented to the court in paper require a handwritten signature. L.Civ.R. 11<br>*(Documento no está firmado adecuadamente. Los documentos sometidos en papel tienen que estar firmados a mano. R.L.Civ. 11)* |
| 3 | | PROMESA Cover Sheet for Adversary Proceedings (DPR Modified PROMESA B1040) was not included. L.Bkcy.R. 7003-1<br>http://www.prd.uscourts.gov/promesa/forms-attorneys<br>*(No se incluyó la Hoja de Trámite para Casos Adversarios (DPR Modified PROMESA B1040).* |
| 4 | | Failure to pay the filing fee in the amount of $400.00. See, L.Cv.R. 3.1(a). Payment shall be made within 24 hours in person at the Clerk's Office U.S. District Court with copy of the complaint /notice of removal.<br>*(Incumplimiento con el pago de la cuota de radicación por la cantidad de $400.00. El pago debe hacerse personalmente dentro de 24 horas en la Secretaría del Tribunal Federal de Distrito adjuntando una copia de la demanda / notificación de remoción.)* |
| 5 | X | Other: Please blackout or omit from your documents any personal information such as: medical records, Social Security number, financial account numbers, date of birth, driver's license or any other personal identifying numbers as per Local Civil Rule 5.2<br>*(Otro:) Favor de eliminar u omitir de sus documentos cualquier información personal como: documentos médicos, número de Seguro Social, números de cuentas financieras, fecha de nacimiento, licencia de conducir o cualquier otro número de identificación de acuerdo con la Regla Local Civil 5.2.* |

Date: February 25, 2020

MARIA ANTONGIORGI-JORDAN, ESQ.
Clerk of Court

By: s/ Marian B. Ramirez Rivera
     Marian B. Ramirez Rivera
     Deputy Clerk

sc: to filer with original filing attached

**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Gudelia Hernández Esteves**, con número de seguro social que termina en 2552.

| Fecha de Efectividad de la Pensión | 31 de mayo de 1984 |
|---|---|
| Tiempo Cotizado para la Pensión | 33 años, 11 mes, 2 sem., 3 días |
| Pensión mensual Inicial | $710.54 |
| Pensión Mensual Actual | $935.36 |

Esta certificación se expide hoy, 3 **de marzo de 2020** en **San Juan, Puerto Rico**.

Edgardo J. Negrón Ramírez
Supervisor
Área de Servicios de Retiro



235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918 P.O. Box 191879 · San Juan PR 00919-1879

787.777.1414    787.764.6910    www.srm.pr.gov

Modelo SC-1515 (IRM)
14-mayo-71
Manual de Contabilidad

ESTADO LIBRE ASOCIADO DE PUERTO RICO

## JUNTA DE RETIRO PARA MAESTROS

## INFORME RENTA ANUAL VITALICIA

S.S..

| Nombre | Núm. Reclamación | Sexo |
|---|---|---|
| Gudelia Hernández Esteves | 1-9509 | F |

**Tipo de Renta:**
- a— Años de Servicio y Edad
  - Opcional (xx)
  - Obligatorio ( )
- b— Edad ( )
- c— Incapacidad
  - Ocupacional ( )
  - No Ocupacional ( )
- d— Diferida ( )*

| Fecha de Nacimiento | | |
|---|---|---|
| Año | Mes | Día |

| Fecha de Retiro | | |
|---|---|---|
| 1984 | mayo | 25 |
| Año | Mes | Día |

| Edad al Retirarse | | | Servicios Acreditados | | | | Costo Anualidad | Fecha de Efectividad | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 55 | -- | 1 | 33 | 11 | 2 | 3 | $16,887.37 | 1984 | mayo | 31 |
| Años | Meses | Días | Años | Meses | Sem. | Días | | Año | Mes | Día |

Retiro Ley Núm. 218 de 1951

---

**Cómputo de la Renta Anual:**
a— Sueldo promedio mensual más alto durante ~~cinco~~ tres años consecutivos a $ 947.38     710.54

X .75%  X 30 años
(Por ciento)    (Tiempo Acreditado)

* En caso de renta anual diferida, ésta comenzará al cumplir la edad de _____

( ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años de edad.

( ) o a opción en fecha posterior si al retirarse tiene 10 y menos de 25 años de servicios y menos de 60 años de edad.

b— Ajuste para llegar al Mínimo Establecido por Ley

| Años de Servicio | Edad | Incapacidad Física | Diferido |
|---|---|---|---|
| $ | $ | $ | $ |

Diferencia Mínimo o Renta Sistema Retiro

Renta Mensual Vitalicia     710.54

Renta Anual Vitalicia     8,526.48

| Computado | Cotejado | |
|---|---|---|
| Hugo Aponte | JUL. 11 1984 | Pedro A. Arroyo Pérez | JUL. 11 1984 |
| | Fecha | | Fecha |
| Recomendado: | Aprobado: | |
| Cedric Zayas Rodríguez | AGO. 20 1984 Manuel Vargas Cardona | |
| Jefe, Div. de Reclamaciones | Fecha | Fecha | Secretario Ejecutivo |

De: Gudelia Hernández
P.O. Box 402
Añasco, P.R. 00610

Marian B. Ramirez Rivera
Clerk's District Office
Room, 150 Federal Blolg.
San Juan, P.R. 00 918-1767

RECEIVED AND FILED
2020 MAR -9 AM 8:31
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R

