**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Ortiz Santos, Marizabel | 78783 | 6/29/18 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Ortiz Santos, Marizabel | 78783 | 6/29/18 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si **tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

PRIME CLERK
GRAND CENTRAL STATION, PO BOX 4850
NEW YORK NY 10163-4850



US POSTAGE PAID

TOPPAN MERRILL

**USPS PRIORITY MAIL®**

**LEGAL NOTICE ENCLOSED.
DIRECT TO ATTENTION OF ADDRESSEE
OR PRESIDENT/GENERAL COUNSEL.**

\*\*\*CUST PR 1845 SRF 36961 PackID: 109 MMLID: 1757359 SVC: 89th Omni
Ortiz Santos, Marizabel
Jardines De Monte Olivo
F4 Calle Hera
Guayama , PR 00784

Zone 8

*Número de Evidencia de Reclamación:*
*Reclamante:*

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

### Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación. Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### Cuestionario

1. **¿Cuál es el fundamento de su reclamación?**

    - ☒ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este
    - ☐ Empleo actual o anterior en el gobierno de Puerto Rico
    - ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

    _____

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**
    _Lo que me corresponda por derecho._

*Número de Evidencia de Reclamación:*
*Reclamante:*

3. <u>Empleo.</u> ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐ No. *Pase a la Pregunta 4.*
   - ☒ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó:
_Departamento de la Familia (ADSEF)_

3(b). Identifique las fechas de su empleo con relación a su reclamación:
_24/julio/2008_

3(c). Últimos cuatro dígitos de su número de seguro social: _6158_

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☒ Jubilación
   - ☒ Salarios impagos
   - ☒ Días por enfermedad
   - ☐ Queja con el sindicato
   - ☒ Vacaciones
   - ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

4. <u>Acción legal.</u> ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ☐ No.
   - ☒ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción.
_The Commonwealth of Puerto Rico_

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución:
_Tribunal de Distrito de los Estados Unidos San Juan, P.R. 00918_

4(c). Número de caso: _17 BK 3283-LTS Reclamo 78783_

4(d). Título, epígrafe, o nombre del caso:
_Promesa II_

2

*Número de Evidencia de Reclamación:*
*Reclamante*:

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):
_Pendiente de Resolución_

4(f). ¿Tiene usted una sentencia impaga? Sí X No (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?
_No_

3

Manzabel Ortiz Justa
Urb. Jardines de Monte Olivo
F4 Calle Hero
Grayama, P.R. 00784

Clerk's Office
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767