UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, et al., | (Jointly Administered) |
| Debtors.¹ | |

---------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3566-LTS |
| THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, | (Jointly Administered) |
| Debtor. | |

---------------------------------------------------------------x

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 19 BK 5523-LTS |
| PUERTO RICO PUBLIC BUILDINGS<br>AUTHORITY, | (Jointly Administered) |
| Debtor. | |

-------------------------------------------------------x

ORDER (I) SCHEDULING A HEARING TO CONSIDER THE ADEQUACY OF INFORMATION CONTAINED IN THE DISCLOSURE STATEMENT, (II) ESTABLISHING THE DEADLINE FOR FILING SPANISH TRANSLATION OF THE DISCLOSURE STATEMENT, (III) ESTABLISHING THE DEADLINE FOR FILING OBJECTIONS TO THE DISCLOSURE STATEMENT AND REPLIES THERETO, AND (IV) GRANTING RELATED RELIEF

Upon the motion (Docket Entry No. 10808 in Case No. 17-3283, the "Motion"),[2] dated February 11, 2020, of the Commonwealth of Puerto Rico (the "Commonwealth"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), and the Puerto Rico Public Buildings Authority ("PBA"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board" and in its capacity as representative of the Commonwealth, ERS, and PBA, the "Debtors"), as representative of the debtor under PROMESA section 315(b), requesting an order: (i) scheduling a Disclosure Statement Hearing to consider the adequacy of the information contained in the Amended Disclosure Statement, (ii) establishing the deadline by which to file a Spanish translation of the Amended Disclosure Statement, (iii) establishing a deadline by which objections to the adequacy of the information contained in the Amended Disclosure Statement and replies thereto must be filed, and (iv) granting

---

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Motion.

related relief, all as more fully set forth in the Motion; and the Court having subject matter jurisdiction to consider the Motion and the relief requested therein pursuant to PROMESA section 306(a); and it appearing that venue in this district is proper pursuant to PROMESA section 307(a); and due and proper notice of the Motion having been provided and it appearing that no other or further notice need be provided; and the Court having determined the relief sought in the Motion is in the best interests of the Debtors, its creditors, and all parties in interest; and the Court having determined the legal and factual bases set forth in the Motion establish just cause for the relief granted herein, it is hereby ORDERED AS FOLLOWS:

1. The Motion is granted as modified herein.

2. The Disclosure Statement Schedule is:

- **Deadline to File Spanish Translation of Amended Disclosure Statement**: March 20, 2020, at 5:00 p.m. (Atlantic Standard Time) as the deadline for the Debtors to file a Spanish Translation of the Amended Disclosure Statement (including all exhibits);

- **Disclosure Statement Objection Deadline**: April 24, 2020, at 5:00 p.m. (Atlantic Standard Time) as the deadline to file final (and not preliminary) objections to the adequacy of the Disclosure Statement and the relief requested in the Disclosure Statement Motion;

- **Disclosure Statement Reply Deadline**: May 20, 2020, at 5:00 p.m. (Atlantic Standard Time) as the deadline for the Debtors or other parties in interest to file replies or responses to the Objections; and

- **Disclosure Statement Hearing**: June 3 and June 4, 2020, at 9:30 a.m. (Atlantic Standard Time) as the date and time for the hearing to consider the adequacy of the Amended Disclosure Statement and the relief requested in the Disclosure Statement Motion, as such date may be adjourned by the Court or the Debtors pursuant to a notice filed on the docket maintained in these Title III cases.

3. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4. The Court shall retain jurisdiction with respect to all matters arising from or relating to the interpretation or implementation of this Order.

5. This Order resolves Docket Entry No. 10808 in Case No. 17-3283.

Dated: March 10, 2020

/s/ Laura Taylor Swain
Hon. Laura Taylor Swain
United States District Court Judge