UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

                  Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER SCHEDULING BRIEFING IN CONNECTION WITH PFZ
PROPERTIES, INC.'S LIMITED OBJECTION TO AMENDED NOTICE OF PRESENTMENT
OF REVISED PROPOSED ORDER (A) AUTHORIZING ADMINISTRATIVE RECONCILIATION OF
CLAIMS, (B) APPROVING ADDITIONAL FORM OF NOTICE, AND (C) GRANTING RELATED RELIEF

        The Court has received and reviewed (i) the *Amended Notice of Presentment of Revised Proposed Order (a) Authorizing Administrative Reconciliation of Claims, (b) Approving Additional Form of Notice, and (c) Granting Related Relief* (Docket Entry No. 11968 in Case No. 17-3283, the "Amended Notice of Presentment") filed by the Debtors, as well as (ii) the *Limited Objection to Amended Notice of Presentment of Revised Proposed Order (a) Authorizing Administrative Reconciliation of Claims, (b) Approving Additional Form of Notice, and (c) Granting Related Relief* (Docket Entry No. 12177 in Case No. 17-3283, the "Limited Objection") filed by PFZ Properties, Inc.[2] Any responses to the Limited Objection shall be filed

---

[1]     The Debtors in these Title III cases, along with each Debtor's respective bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17- BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]     The Court has also reviewed the *Reservation of Rights of Official Committee of Unsecured Creditors with Respect to Debtors' Amended Notice of Presentment of Revised Proposed Order (a) Authorizing Administrative Reconciliation of Claims, (b)*

by **March 11, 2020, at 5:00 p.m. (Atlantic Standard Time)**. The Court will thereafter take the Amended Notice of Presentment on submission.

SO ORDERED.

Dated: March 10, 2020

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

---

*Approving Additional Form of Notice, and (c) Granting Related Relief* (Docket Entry No. 12178 in Case No. 17-3283).