NTAKE DROP BOX
RECEIVED & FILED

2020 MAR 10 PM 12: 06

U.S. DISTRICT COURT
SAN JUAN, PR.

6 de marzo de 2020

Milagros rodgz 5@ g mail.com

Milagros  Rodriguez  Ramos

P.O Box  1005

Coamo, P.R. 00769


En  el asunto de  Junta de Suprvisión  y  Administración

Financiera  para  Puerto Rico,

Como  representante  de Estado  Libre  Asociado de Puerto  Rico y  otros

Promesas

Titulo  111, número:17 BK .3283-LTS

La  presente  radicación  guarda  relación con  el  ELA, la ACT y  SRE


=Epígrafe=

Notificación  de  la  centésima  cuadragésima  quinta  objeción  global (no sustantiva)

del  Estado  Libre  Asociado  de  Puerto  Rico, de  la Autoridad de Carreteras y

Transportación  de  Puerto  Rico  y  del  Sistema  de  Retiro  de los  Empleados

 Del  gobierno  del  Estado  Libre  Asociado  de  Puerto  Rico a  reclamos  deficientes

En el  que se alegan  intereses  sobre  la base de  unas  leyes  puertorriqueñas no

Especificadas.

Número  de  reclamación:  141520

Mediante  esta  misiva  solicito  al  Tribunal  de  Distrito  de  los  Estados  Unidos  para el  Distrito  de  Puerto  Rico,
que  declare  a  lugar  la  objeción  global en relación  al  reclamo

Por  el  pago  de la  ley  núm. 96 ya  que  al  mismo  no  fue adjudicado ni  pagado por la  ley  de Quiebras  de  Puerto
Rico.  Trabaje  para  el  gobierno  de  Puerto  Rico,  en  la Agencia

Del  Departamento  de  Salud,  División  de  Administración  de  Servicios  de  Salud  Mental

Y Contra la  Adicción.(ASSMCA)  por  espacio  de  treinta  años  (marzo 1979-septiembre 2008)

Durante  el  periodo  de  vigencia  de esta  ley  no  recibí  la  adjudicación  del  pago

 Al incentivo   correspondiente a los años 2004-2008. Estimo  que  durante  este  tiempo

Se  me  adeuda  $ 6,500.Tambien  deseo  solicitor  al  Tribunal  que sea  diligente  y  acepte

Mi objeción por esrar fuera de la fecha indicada. El haber excedido la fecha límite

Se debe a lal consecuencias de los temblores y sismos que han ocurrido en Puerto

Rico, los cuales privaron a la ciudadania de diversos servicios. Esto ocacionó que no se pudiera enviar la documentación antes del 18 de febrero del 2020. Se envia la documentación justificativa para evidenciar la objeción,consistente la misma con mis comprobantes de retención(w-2) del Departamento de Hacienda .La documentación

Señalada me identifica como empleada del gobierno de Puerto Rico durante los años

reclamados.el cual no me fue otorgado el aumento.

Cordialmente,

Milagros Rodriguez Ramos