6 de marzo de 2020

Milagros rodgz 5@ g mail.com

Milagros Rodriguez Ramos

P.O Box 1005

Coamo, P.R. 00769

En el asunto de Junta de Suprvisión y Administración

Financiera para Puerto Rico,

Como representante de Estado Libre Asociado de Puerto Rico y otros

Promesas

Titulo 111, número:17 BK .3283-LTS

La presente radicación guarda relación con el ELA, la ACT y SRE

=Epígrafe=

Notificación de la centésima cuadragésima quinta objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados Del gobierno del Estado Libre Asociado de Puerto Rico a reclamos deficientes En el que se alegan intereses sobre la base de unas leyes puertorriqueñas no Especificadas.

Número de reclamación: 135581

Mediante esta misiva solicito al Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico, que declare a lugar la objeción global en relación al reclamo

Por el pago de la ley núm.89, ya que al mismo no fue adjudicado ni pagado por la ley de Quiebras de Puerto Rico. Trabaje para el gobierno de Puerto Rico, en la Agencia

Del Departamento de Salud, División de Administración de Servicios de Salud Mental

Y Contra la Adicción.(ASSMCA) por espacio de treinta años (marzo 1979-septiembre 2008)

Durante el periodo de vigencia de esta ley no recibí la adjudicación del pago

Al incentivo correspondiente a los años 2004-2008. Estimo que durante este tiempo

Se me adeuda $ 6,500. Tambien deseo solicitor al Tribunal que sea diligente y acepte

Mi objeción por esrar fuera de la fecha indicada. El haber excedido la fecha límite

Se debe a lal consecuencias de los temblores y sismos que han ocurrido en Puerto Rico, los cuales privaron a la ciudadania de diversos servicios. Esto ocacionó que no se pudiera enviar la documentación antes del 18 de febrero del 2020. Se envia la documentación justificativa para evidenciar la objeción,consistente la misma con mis comprobantes de retención(w-2) del Departamento de Hacienda .La documentación

Señalada me identifica como empleada del gobierno de Puerto Rico durante los años reclamados.el cual no me fue otorgado el aumento.

Cordialmente,

*Milagros Rodriguez Ramos* (signature)

Milagros Rodriguez Ramos