TRIBUNAL DEL DISTRITO DE LOS ESTADOS UNIDOS

PARA EL DISTRITO DE PUERTORICO

Réplica

9 de marzo de 2020

marta.mr305@gmail.comA

Angel S. Espada Ortiz

Urbanización Villa Madrid C-14

Coamo, Puerto Rico, 00769

Teléfono (787) 218-4102

2020 MAR 10 PM 12:05

En el asunto de:
JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO.
Como representante de:
ESTADO LIBRE ASOCIADO DE PUERTO RICO y Otros

PROMESA, Título III
Número 17 BK 3283-LTS
La presente radicación guarda relación con el ELA

Epígrafe

NOTIFICACION DE LA OCTAGESIMA QUINTA OBJECION GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACION DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE LAS LEYES PUERTORRIQUEÑAS NO ESPECIFICADAS.

Número de reclamación: 143997

Mediante esta misiva solicito al **Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico**, que declare a lugar la objeción global en relación al reclamo por el pago de la **Ley Núm. 62**, ya que el mismo no fue adjudicado ni pagado por la Ley de Quiebras de Puerto Rico.

Trabajé para el Gobierno de Puerto Rico, en el Tribunal General de Justicia de Coamo, Puerto Rico durante 29 años y en el Departamento del Trabajo de Coamo, Puerto Rico durante 18 meses, siendo una totalidad de 30.5 años de labor gubernamental. Durante mis años en el servivio publico no recibí el pago por el aumento o incentive del gobiernocorrespondiente a esta ley durante los años señalados (**2004 -2006**). Estimo que se me adeuda la cantidad de **$ 4,500** dólares.

También deseo solicitar al tribunal que sea diligente y acepte mi objeción por estar fuera de la fecha indicada. El haber excedido la fecha límite se debe a las consecuencias de los temblores y sismos que han ocurrido en Puerto Rico, los cuales privaron a la ciudadanía de diversos servicios. Esto ocasionó que no se pudiera enviar la documentación antes del 18 de febrero de 2020. Se envía la documentación justificativa para evidenciar la objeción; consistente la misma en mis comprobantes de retención ( W-2) del Departamento de Hacienda del Estado Libre Asociado de Puerto Rico. Dicha documentación me identifica como empleado del Gobierno de Puerto Rico durante los años reclamados; en los que se supone devengara el aumento correspondiente a esta ley el cual no me fue otorgado.

Cordialmente,

Angel S. Espada Ortiz