Evidencia de mi replica

Emilio Melia Rodriguez

Replica catorce de Enero de 2020.

*Emilio Melia Rodriguez*