

# GOBIERNO DE PUERTO RICO

Autoridad de Acueductos y Alcantarillados

## CERTIFICACION

El Sr. Emilio Meliá Rodríguez, con número de Seguro Social XXX-XX- trabajó en la Autoridad de Acueductos y Alcantarillados **desde el 18 de marzo de 1968 hasta el 15 de diciembre de 1999 para acogerse a una Pensión por Edad y Años de Servicios.**

Al momento de su renuncia ocupaba un puesto **regular de Ayudante Tubero II, Oficina Comercial San Patricio.**

Se expide esta certificación a petición del señor Meliá Rodriguez, **hoy 9 de marzo de 2020.**

Certifico Correcto:

Yomar Camacho Rivas
Oficial de Recursos Humanos
Región Metro



Puerto Rico Aqueduct
and Sewer Authority

Recursos Humanos METRO: #604 Avenida Barbosa, Hato Rey - PO Box 7066, San Juan, PR 00916-7066

787.620.2277 Exts. 2888 / 2852 / 2855 / 2863 / 787.620.3727  www.acueductospr.com