

**Gobierno de Puerto Rico**
**Sistema de Retiro para Maestros**

CERTIFICACIÓN AÑOS DE SERVICIO Y EDAD

6 de octubre de 2011

SRA MATILDE PEDRAZA
SECCION NOMBRAMIENTOS Y CAMBIOS
DEPARTAMENTO DE EDUCACIÓN

RE: Isabel Hernández Valentín

El profesor de referencia ha radicado una Solicitud de Retiro por la Ley 91 de 29 de marzo de 2004 (Ley del Sistema de Retiro para Maestros del Estado Libre Asociado de Puerto Rico).

[ X ] Años de Servicio   [ ] Edad        [ ] Diferida        [ ] Suplementaria

Al 12 de septiembre de 2011 fecha de su última aportación recibida

[ X ] cualifica   [ ] no cualifica   para acogerse a la jubilación y tiene el siguiente tiempo:

| AÑOS | MESES | SEMANAS | DÍAS | | EDAD |
|------|-------|---------|------|---|------|
| 30   | -     | 1       | 4½   | | 57   |

Los pagos pendientes no están considerados en esta certificación. Los mismos son:

[ ] Reconocimiento de Tiempo
[ ] Diferencia en por ciento por transferencia recibida
[ ] Reembolso de Cuotas
[ X ] No aplica

Cualifica para una pensión al 75% del promedio de los 36 salarios más altos, de haber cotizado 30 años de servicios. De tener menos de 30 años de servicio cualificaría para una pensión al 1.8 % del promedio de los 36 salarios más altos, multiplicados por el tiempo cotizado.

El tiempo certificado puede variar, de encontrarse diferencias en el Informe de Cambio, enviado por el Departamento de Educación u otras instituciones Gubernamentales y de existir anulaciones futuras entre cuentas que afecten las aportaciones del Sistema. Deberá permanecer cotizando en nuestro Sistema hasta la fecha que proyecta retirarse.

El plan médico y planes suplementarios deben ser pagados directamente a las aseguradoras hasta tanto envíen las autorizaciones de descuentos para tramitar su pensión.

Cordialmente,

Ivonne L Ortiz Valladares
Directora, Área Servicios de Retiro

Raymond Rodríguez Hernández
Oficial de Servicios de Retiro Auxiliar

PROF ISABEL HERNANDEZ VALENTIN
BO PITAHAYA
HC 1 BOX 5224
ARROYO PR 00714