

INTAKE DROP BOX
RECEIVED & FILED

2020 MAR 10 PM 1:42

9 de marzo de 2020

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS

SAN JUAN PUERTO RICO

COMMONWEALTH Of PUERTO RICO

MAYDA ANAYA ORTIZ

URB. LA MILAGROSA C-8

ARROYO, PR 00714

#De RECLAMACION: 92441

Distinguidos Señores:

    Solicito los pagos dela ley 96 del 2002 bajo la administración de Sila Calderón, y si cualifico para la ley 164. Para la fecha del 1ro de junio del 2012 radiqué mi retiro y según mis cálculos el dinero que me adeudan tiene un monto de $12,000.00 hasta el año 2012.

    Solicito una evaluación de este caso y espero una pronta respuesta. Cualquier información al respecto pueden comunicarse al 787-594-5521 o al 787-367-9720.

Att;

_____

Sra. Mayda Anaya Ortiz

10 de marzo de 2020

La razón por la cual completo esta réplica después de la fecha límite es porque no tenía el conocimiento específico del procedimiento hasta que pude verificar la manera correcta de proceder, ya que económicamente no podía consultar y pagarle a un abogado por sus servicios.

Espero tomen en consideración mi situación por la cual estoy entregando esta réplica luego de la fecha límite y la incluyan esta objeción.

Mayola Anaya