**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

En el asunto de:

JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,

como representante de

ESTADO LIBRE ASOCIADO DE PUERTO RICO y otros,

Deudores.

PROMESA,
Título III

Núm. 17 BK 3283-LTS

(Administrada conjuntamente)

La presente radicación guarda relación con el ELA, la ACT y el SRE.

**NOTIFICACIÓN DE LA CENTÉSIMA CUADRAGÉSIMA QUINTA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE UNAS LEYES PUERTORRIQUEÑAS NO ESPECIFICADAS**

SI SU RECLAMO ESTÁ INCLUIDO EN EL ANEXO A DE LA OBJECIÓN GLOBAL, EL ELA, LA ACT Y/O EL SRE SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.

SI SU RECLAMO ES MENCIONADO EN EL ANEXO A, DEBERÁ LEER DETENIDAMENTE ESTA NOTIFICACIÓN Y LA OBJECIÓN GLOBAL, Y COMENTARLAS CON SU ABOGADO. SI NO TIENE ABOGADO, ES POSIBLE QUE DESEE ACUDIR A UNO.

**OBSÉRVESE QUE** el 14 de enero de 2020, el Estado Libre Asociado de Puerto Rico (el "ELA"), la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") y el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE"), a través de la Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión"), como representante del ELA, de la ACT y del SRE conforme al artículo 315(b) de la *Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA"),[1] radicaron la *Centésima cuadragésima quinta objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Reclamos deficientes en los que se alegan intereses sobre la base de unas leyes*

---

[1] PROMESA ha sido codificada en el Título 48 U.S.C., §§ 2101-2241.

*puertorriqueñas no especificadas* (la "Objeción global") ante el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "Tribunal").[2]

---

**SÍNTESIS**

- **COMPRUEBE SI SU(S) RECLAMO(S) SE MENCIONA(N) EN EL ANEXO A DE LA OBJECIÓN GLOBAL.**

- Si su(s) reclamo(s) NO se menciona(n) en el Anexo A, la Objeción global no afectará a su reclamo, por lo que NO tendrá que realizar ninguna acción.

- Si su(s) reclamo(s) se menciona(n) en el Anexo A de la Objeción global, el ELA, la ACT y/o el SRE solicitan que su(s) reclamo(s) que se mencione(n) en el Anexo A sea(n) rechazado(s) porque, como se explicó en la Objeción global que acompaña este documento, los datos de los Deudores indican que su reclamo es deficiente. La Objeción global y el Anexo A de la Objeción global proporcionan detalles adicionales sobre los reclamos deficientes en cuestión.

- Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.

- Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

---

SI NO CONTESTA CONFORME A LA PRESENTE NOTIFICACIÓN, EL TRIBUNAL PODRÁ CONCEDER EL REMEDIO SOLICITADO EN LA OBJECIÓN GLOBAL SIN OTRA NOTIFICACIÓN NI VISTA.

---

**NOTIFICACIÓN IMPORTANTE CONFORME A LA REGLA LOCAL 3007-1**

Cualquiera de las partes a la que se haya notificado la presente Objeción global, o cualquier parte de la acción que objete al remedio aquí solicitado, deberá radicar y enviar una réplica a la Objeción global a la secretaría del Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico antes de las 04:00 p.m. (AST) del 18 de febrero de 2020, salvo extensión por escrito por parte del ELA, la ACT o el SRE. Si no se radica ninguna réplica en el plazo mencionado, se considerará que no se ha opuesto a la Objeción global, por lo que esta podrá ser declarada ha lugar, salvo que: 1) el remedio solicitado esté legalmente prohibido; 2) el remedio solicitado sea contrario al orden público; o 3) a criterio del Tribunal, el interés de la justicia exija otra cosa. Si radica una réplica en tiempo, el Tribunal podrá convocar una vista.

---

[2] Los términos en mayúscula utilizados que no estén definidos en el presente documento tendrán el significado que les haya sido atribuido en la Objeción global.

2

**Información muy importante relativa a la elección, por parte de las Demandantes, para radicar una réplica**

**Quién tiene la obligación de radicar una réplica.** Cualquiera de las partes que impugne la Objeción global tiene la obligación de radicar una réplica de conformidad con los procedimientos aquí establecidos. Si la parte cuyo reclamo quede sujeto a la Objeción global no radica ni notifica una réplica de conformidad con los procedimientos aquí establecidos, el Tribunal podrá declarar ha lugar a la Objeción global en relación con tal reclamo sin más notificaciones a la demandante.

**Quién NO tiene la obligación de radicar una réplica.** Si usted no se opone al remedio solicitado en la Objeción global, no tendrá que radicar ninguna réplica por escrito a la Objeción global ni tendrá que comparecer en la vista sobre la Objeción global (según se explica abajo). Además, la Objeción global solo se aplica a los reclamos mencionados en el Anexo A relativo a la Objeción global, cuya copia está disponible en línea, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si su reclamo no se menciona en el Anexo A de la Objeción global, no será necesario radicar ninguna réplica.

**Fecha límite para radicar una réplica.** Su réplica se considerará radicada dentro de los plazos establecidos **solo** si la radica ante el Tribunal **y** la notifica antes de las **04:00 p.m. (AST)** del **18 de febrero de 2020**, salvo extensión por escrito por parte del ELA, la ACT o el SRE, o previa solicitud por escrito dirigida al Tribunal y una orden del Tribunal que extienda la fecha límite.

> La fecha límite para radicar y notificar una réplica se cumple a las
> **04:00 p.m. (AST)** del **18 de febrero de 2020**.

**Vista sobre la Objeción global.** Si se radica y notifica una réplica de manera adecuada conforme a la presente notificación, se celebrará una vista sobre la Objeción global y la réplica a las **09:30 a.m. (AST) del 4 de marzo de 2020** ante su señoría, Laura Taylor Swain, en el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767. Si radica una réplica a la Objeción global, deberá prever su comparecencia en la vista sobre la Objeción global. Sin embargo, el ELA, la ACT y el SRE se reservan el derecho, previa notificación con tres (3) días hábiles de antelación, a paralizar la vista en relación con la Objeción global y la réplica.

Los Deudores podrán radicar una contestación a su réplica o contestación en un alegato oral durante la vista. Los Deudores podrán radicar su contestación en un plazo máximo de siete (7) días naturales antes de la celebración de la vista sobre la Objeción global y la réplica.

> **EL TRIBUNAL SOLO TENDRÁ EN CONSIDERACIÓN SU RÉPLICA SI ESTA SE RADICA Y NOTIFICA ANTES DE LA FECHA LÍMITE PARA RESPONDER DE CONFORMIDAD CON LAS INSTRUCCIONES ESTABLECIDAS EN LA PRESENTE NOTIFICACIÓN.**

**Lo que hay que radicar con la réplica.** Su réplica a la Objeción global **deberá** contener la siguiente información:

(i) **Datos de contacto**. La réplica deberá contener el **nombre**, la **dirección**, el **número de teléfono** y la **dirección de correo electrónico** 1) de la demandante que responda; 2) del

3

abogado o representante designado de la demandante al que los abogados del ELA, de la ACT o del SRE deban notificar una respuesta a la réplica, en su caso; o 3) de la parte con potestad para reconciliar, llegar a un acuerdo o de otro modo resolver la Objeción global en nombre de la demandante.

(ii) **Epígrafe**. La réplica deberá contener un epígrafe que refleje el nombre del Tribunal, los nombres de los Deudores, el número de procedimiento, el Título de la Objeción global con la que guarde relación la réplica, y el/los número(s) de las evidencias de reclamos relacionados de Prime Clerk (que se mencionan en el Anexo A de la Objeción global y están disponibles en línea, de manera gratuita, en https://cases.primeclerk.com/puertorico).

(iii) **Motivo(s) para oponerse a la Objeción global**. La réplica deberá contener una declaración concisa que establezca los motivos por los que el Tribunal no deba declarar ha lugar a la Objeción global en relación con su reclamo, incluidas las bases de hecho y de derecho que la demandante vaya a invocar al oponerse a la Objeción global.

(iv) **Documentación justificativa**. En la medida en que ya no esté incluida en la evidencia de reclamo, la réplica deberá contener una copia de cualquier otra documentación u otras evidencias relativas al reclamo que la demandante vaya a invocar al oponerse a la Objeción global; con la salvedad de que la demandante no tendrá que revelar en la contestación información confidencial, reservada o protegida de cualquier otra forma; y también con la salvedad de que la demandante revelará al ELA, a la ACT y al SRE toda la información y proporcionará copias de la totalidad de los documentos que considere que son confidenciales, reservados o protegidos de cualquier otra forma y que tenga la intención de invocar en apoyo de su reclamo, con sujeción a las restricciones de confidencialidad pertinentes.

**Dónde y cómo radicar y notificar una réplica**. Todas las réplicas deberán radicarse de forma electrónica ante el Tribunal con el nombre de expediente *En el asunto de: Estado Libre Asociado de Puerto Rico*, núm. de procedimiento 17 BK 3283-LTS. Hay dos métodos que puede utilizar para radicar su réplica:

1. **En línea**. Los usuarios inscritos en el sistema del Tribunal de radicación de causas deberán radicar su réplica de forma electrónica en un formato de documento susceptible de búsqueda.

2. **Por correo postal**. Si usted no es un abogado que sea usuario inscrito en el sistema del Tribunal de radicación de causas, podrá radicar y notificar una réplica por correo postal dirigida a la Secretaría del Tribunal, a la Junta de Supervisión y al Comité de Acreedores a las siguientes direcciones:

   Secretaría (*Clerk's Office*)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan (Puerto Rico) 00918-1767

   Abogado de la Junta de Supervisión (*Counsel for the Oversight Board*)
   Proskauer Rose LLP
   Eleven Times Square
   Nueva York, Nueva York 10036-8299

4

A/A: Martin J. Bienenstock
Brian S. Rosen

Abogado del Comité de Acreedores (*Counsel for the Creditors' Committee*)
Paul Hastings LLP
200 Park Avenue
Nueva York, Nueva York 10166
A/A: Luc A. Despins
James Bliss
James Worthington
G. Alexander Bongartz

SU RÉPLICA deberá enviarse para que se reciba por la Secretaría, la Junta de Supervisión y el Comité de Acreedores a más tardar a las **04:00 p.m. (AST)** del **18 de febrero de 2020**, salvo extensión por escrito por parte del ELA, la ACT o el SRE o previa solicitud por escrito dirigida al Tribunal y una orden del Tribunal que extienda la fecha límite.

Si no puede radicar y notificar una réplica en línea o por correo postal, según se especificó anteriormente, podrá radicar una réplica en persona en la siguiente dirección a más tardar a las **04:00 p.m. (AST)** del **18 de febrero de 2020**, salvo extensión por escrito por parte del ELA, la ACT o el SRE o previa solicitud por escrito dirigida al Tribunal y una orden del Tribunal que extienda la fecha límite:

Secretaría (*Clerk's Office*)
Tribunal de Distrito de los Estados Unidos
#150 Chardon Avenue
Federal Building
San Juan (Puerto Rico) 00918

Su réplica deberá incluir un certificado de notificación que indique la forma en la que se ha efectuado la notificación.

Si tiene alguna pregunta sobre cómo radicar y notificar una réplica, incluidas preguntas sobre el sistema del tribunal de radicación de causas, comuníquese con **Prime Clerk** llamando al **número directo (844) 822-9231**.

**Reserva de derechos**. NINGUNA DISPOSICIÓN CONTENIDA EN LA OBJECIÓN GLOBAL O EN LA PRESENTE NOTIFICACIÓN SE CONSIDERA NI CONSIDERARÁ QUE CONSTITUYE UNA RENUNCIA A CUALESQUIERA DERECHOS DEL ELA, DE LA ACT O DEL SRE, O DE CUALQUIER OTRA PARTE INTERESADA EN RELACIÓN CON LAS CAUSAS RADICADAS CONFORME AL TÍTULO III, A IMPUGNAR CUALESQUIERA RECLAMOS; A HACER VALER CONTRARRECLAMOS, DERECHOS A COMPENSACIÓN O RECUPERACIÓN, O CONTESTACIONES; A OBJETAR A LOS RECLAMOS (O A OTROS RECLAMOS O CAUSAS RADICADAS DE UNA DEMANDANTE) O A CUALESQUIERA MOTIVOS QUE NO SE HAYAN ALEGADO PREVIAMENTE EN UNA OBJECIÓN, SALVO QUE EL TRIBUNAL HAYA DECLARADO HA LUGAR A UN RECLAMO O HAYA ORDENADO OTRA COSA; O A SOLICITAR QUE SE DECLARE HA LUGAR A CUALQUIER RECLAMO EN EL FUTURO. A SU DEBIDO TIEMPO, LAS PARTES AFECTADAS RECIBIRÁN LA NOTIFICACIÓN PERTINENTE DE TODO ELLO.

**Recursos adicionales y con quién comunicarse en el caso de que tenga que formular preguntas**

Todos los documentos enviados en el marco de las causas radicadas conforme al Título III, incluidas copias de los reclamos radicados utilizando CM/ECF, se encuentran disponibles en línea, de manera gratuita, en https://cases.primeclerk.com/puertorico. El mantenimiento de dicho sitio web lo realiza Prime Clerk; el sitio web incluye una base de datos que permite efectuar búsquedas y que ayuda a localizar documentos.

Para obtener información adicional sobre la Objeción global, el estado de su réplica, su reclamo o la presente notificación, comuníquese con Prime Clerk llamando a su número directo **(844) 822-9231** (número gratuito para Estados Unidos y Puerto Rico) o al **(646) 486-7944** (para llamadas desde el extranjero), disponibles entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español). También podrá enviar consultas a la siguiente dirección de correo electrónico: puertoricoinfo@primeclerk.com.

## Form 499R-2/W-2 PR (Rev. 05.04) — Year 2004

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

Copia C para Récord del Empleado / Copy C for Employee's Records

**Año / Year: 2004**

| Field | Value |
|---|---|
| 1. Nombre - First Name | MILAGROS |
| Apellido(s) - Surname(s) | RODRIGUEZ RAMOS |
| Dirección Postal del Empleado | BO. PALMAREJO ARRIBA, COAMO, PR 00000 |
| 2. Nombre y Dirección Postal del Patrono | L095000491 H PS F PON ASSMCA (ADM.SERV.SALUD MENTAL) 414 AVE. BARBOSA P.O. BOX 21414 SAN JUAN, PR 00918 |
| Número de Control - Control Number | 39144093 |

**Información para el Departamento de Hacienda:**

| # | Concepto | Monto |
|---|---|---|
| 8 | Sueldos - Wages | 24,738.94 |
| 9 | Comisiones - Commissions | 0.00 |
| 10 | Concesiones - Allowances | 0.00 |
| 11 | Propinas - Tips | 0.00 |
| 12 | Total = 8+9+10+11 | 24,738.94 |
| 13 | Gastos Reembolsados - Reimbursed Expenses | 0.00 |
| 14 | Cont. Retenida - Tax Withheld | 1,612.76 |
| 15 | Fondo de Retiro - Retirement Fund | 1,618.44 |
| 16 | Aportaciones a Planes Cualific. - Contributions to CODA PLANS | 0.00 |

**Información para el Seguro Social:**

| # | Concepto | Monto |
|---|---|---|
| 17 | Total Sueldos Seguro Social - Social Security Wages | 24,738.94 |
| 18 | Seguro Social Retenido - Social Security Tax Withheld | 1,533.81 |
| 19 | Total Sueldos y Pro. Medicare - Medicare Wages and Tips | 24,738.94 |
| 20 | Contrib. Medicare Retenida - Medicare Tax Withheld | 358.71 |
| 21 | Propinas Seguro Social - Social Security Tips | 0.00 |
| 22 | Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips | 0.00 |
| 23 | Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas
Conservation: Ten (10) years from the filing date in the Return Processing Bureau
Reproducido por: Departamento de Hacienda

---

## Form 499R-2/W-2 PR (Rev. 05.05) — Year 2005

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

Copia C para Récord del Empleado / Copy C for Employee's Records

**Año / Year: 2005**

| Field | Value |
|---|---|
| 1. Nombre - First Name | MILAGROS |
| Apellido(s) - Surname(s) | RODRIGUEZ RAMOS |
| Dirección Postal del Empleado | BO. PALMAREJO ARRIBA, COAMO, PR 00000 |
| 2. Nombre y Dirección Postal del Patrono | L095000491 H PS F PON ASSMCA (ADM.SERV.SALUD MENTAL) 414 AVE. BARBOSA P.O. BOX 21414 SAN JUAN, PR 00918 |
| Número de Control - Control Number | 50831984 |

**Información para el Departamento de Hacienda:**

| # | Concepto | Monto |
|---|---|---|
| 7 | Sueldos - Wages | 18712.00 |
| 8 | Comisiones - Commissions | 0.00 |
| 9 | Concesiones - Allowances | 0.00 |
| 10 | Propinas - Tips | 0.00 |
| 11 | Total = 7+8+9+10 | 18712.00 |
| 12 | Gastos Reembolsados - Reimbursed Expenses | 0.00 |
| 13 | Cont. Retenida - Tax Withheld | 1228.94 |
| 14 | Fondo de Retiro - Retirement Fund | 1269.72 |
| 15 | Aportaciones a Planes Cualific. - Contributions to CODA PLANS | 0.00 |
| 16 | Salarios bajo Ley Núm. 324 de 2004 | — |

**Información para el Seguro Social:**

| # | Concepto | Monto |
|---|---|---|
| 17 | Total Sueldos Seguro Social - Social Security Wages | 18712.00 |
| 18 | Seguro Social Retenido - Social Security Tax Withheld | 1160.14 |
| 19 | Total Sueldos y Pro. Medicare - Medicare Wages and Tips | 18712.00 |
| 20 | Contrib. Medicare Retenida - Medicare Tax Withheld | 271.32 |
| 21 | Propinas Seguro Social - Social Security Tips | 0.00 |
| 22 | Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips | 0.00 |
| 23 | Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | — |

## Form 499R-2/W-2 PR — Rev. 06.06 — Year 2006

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

Copia B para Planilla del Empleado — Copy B for Employee's Tax Return
**Año / Year: 2006**

1. Nombre - First Name: MILAGROS
Apellido(s) - Surname(s): RODRIGUEZ RAMOS
Dirección Postal del Empleado - Employee's Mailing Address:
BO. PALMAREJO ARRIBA
BOX 1005
COAMO, PR 00769

2. Nombre y Dirección Postal del Patrono — Employer's Name and Mailing Address:
L095000491 H PS F PON
AD.SERV.SALUD MENTAL CON.ADIC.
414 AVE. BARBOSA
P.O. BOX 21414
SAN JUAN, PR 00918

Número de Control - Control Number: 23099544

**Información para el Departamento de Hacienda / Department of the Treasury Information**
- 7. Sueldos - Wages: 25441.29
- 8. Comisiones - Commissions: 0.00
- 9. Concesiones - Allowances: 0.00
- 10. Propinas - Tips: 0.00
- 11. Total = 7+8+9+10: 25441.29
- 12. Gastos Reembolsados - Reimbursed Expenses: 0.00
- 13. Cont. Retenida - Tax Withheld: 1673.30
- 14. Fondo de Retiro - Retirement Fund: 1751.01
- 15. Aportaciones a Planes Cualific. - Contributions to CODA PLANS: 0.00
- 16. Salarios bajo Ley Núm. 324 de 2004 / Salaries under Act No. 324 of 2004: 0.00

**Información para el Seguro Social / Social Security Information**
- 17. Total Sueldos Seguro Social / Social Security Wages: 25441.29
- 18. Seguro Social Retenido / Social Security Tax Withheld: 1577.36
- 19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips: 25441.29
- 20. Contrib. Medicare Retenida / Medicare Tax Withheld: 368.90
- 21. Propinas Seguro Social / Social Security Tips: 0.00
- 22. Seguro Social no Retenido en Propinas / Uncollected Social Security on Tips: 0.00
- 23. Contrib. Medicare no Retenida en Propinas / Uncollected Medicare Tax on Tips: 0.00

---

## Form 499R-2/W-2 PR — Rev. 06.07 — Year 2007

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

Copia B para Planilla del Empleado — Copy B for Employee's Tax Return
**Año / Year: 2007**

1. Nombre - First Name: MILAGROS
Apellido(s) - Surname(s): RODRIGUEZ RAMOS
Dirección Postal del Empleado:
BO. PALMAREJO ARRIBA
BOX 1005
COAMO, PR 00769

2. Nombre y Dirección Postal del Patrono:
L095000491 H PS F PON
AD.SERV.SALUD MENTAL CON.ADIC.
414 AVE. BARBOSA
P.O. BOX 21414
SAN JUAN, PR 00918

**Información para el Departamento de Hacienda**
- 7. Sueldos - Wages: 25553.90
- 8. Comisiones: 0.00
- 9. Concesiones: 0.00
- 10. Propinas: 0.00
- 11. Total = 7+8+9+10: 25553.90
- 12. Gastos Reembolsados: 0.00
- 13. Cont. Retenida - Tax Withheld: 1354.39
- 14. Fondo de Retiro - Retirement Fund: 1735.70
- 15. Contributions to CODA PLANS: 0.00
- 16. Salarios bajo Ley Núm. 324 de 2004: 0.00

**Información para el Seguro Social**
- 17. Total Sueldos Seguro Social: 25553.90
- 18. Seguro Social Retenido: 1584.34
- 19. Total Sueldos y Pro. Medicare: 25553.90
- 20. Contrib. Medicare Retenida: 370.53
- 21. Propinas Seguro Social: 0.00
- 22. Seguro Social no Retenido en Propinas: 0.00
- 23. Contrib. Medicare no Retenida en Propinas: 0.00

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**

499R-2/W-2 PR
07.08

COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

| Field | Value |
|---|---|
| 1. Nombre-First Name | MILAGROS |
| Apellido(s) - Surname(s) | RODRIGUEZ RAMOS |
| Dirección Postal del Empleado - Employee's Mailing Address | BO. PALMAREJO ARRIBA / BOX 1005 |
| 2. Nombre y Dirección Postal del Patrono / Employer's Name and Mailing Address | L095000491 H PS F PON / ASSMCA (ADM.SERV.SALUD MENTAL) / 414 AVE. BARBOSA / P.O. BOX 21414 / SAN JUAN, PR 00918 |
| Número de Control - Control Number | 017517377 |

Copia C para Récord del Empleado
Copy C for Employee's Records

Año / Year: **2008**

**INFORMACION PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION**

| Field | Value |
|---|---|
| 7. Sueldos - Wages | 25153.59 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total=7+8+9+10 | 25153.59 |
| 12. Gastos Reembolsados - Reimbursed Expenses | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 1289.76 |
| 14. Fondo de Retiro - Retirement Fund | 1694.54 |
| 15. Aportaciones a Planes Cualific. - Contributions to CODA PLANS | 0.00 |
| 16. Salarios bajo Ley Núm. 324 de 2004 - Salaries under Act No. 324 of 2004 | 0.00 |

**INFORMACION PARA EL SEGURO SOCIAL - SOCIAL SECURITY INFORMATION**

| Field | Value |
|---|---|
| 17. Total Sueldos Seguro Social - Social Security Wages | 25153.59 |
| 18. Seguro Social Retenido - Social Security Tax Withheld | 1559.52 |
| 19. Total Sueldos y Pro. Medicare - Medicare Wages and Tips | 25153.59 |
| 20. Contrib. Medicare Retenida - Medicare Tax Withheld | 364.73 |
| 21. Propinas Seguro Social - Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips | 0.00 |
| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

Reproducido por: Departamento de Hacienda