TRIBUNAL DEL DISTRITO DE LOS ESTADOS UNIDOS

PARA EL DISTRITO DE PUERTO RICO

**Réplica**

4 de marzo de 2020

marta.mr305@gmail.com

Marta M. Espada Ortiz

Urbanización Villa Madrid W-17 Calle #17

Coamo, Puerto Rico, 00769

Teléfono (787) 372-9496

En el asunto de:
JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO.
  Como representante de:
ESTADO LIBRE ASOCIADO DE PUERTO RICO y Otros

PROMESA, Título III
Número 17 BK 3283-LTS
La presente radicación guarda relación con el ELA, ELA ACT y el SRE

**Epígrafe**

**NOTIFICACION DE LA CENTESIMA OCTAVA OBJECION GLOBAL ( NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANPORTACION DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE PUERTO RICO, DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LAS BASES DE UNAS LEYES PUERTORRIQUEÑAS NO ESPECIFICADAS.**

Número de reclamación: 129306

Mediante esta misiva solicito al **Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico**, que declare a lugar la objeción global en relación al reclamo por el pago de la **Ley # 89 Romerazo**, ya que el mismo no fue adjudicado ni pagado por la Ley de Quiebras de Puerto Rico.

Trabajé para el Gobierno de Puerto Rico, Rico en la Agencia del Departamento de Salud; División de Administración de Servicios de Salud Mental y Contra la Adicción (**ASSMCA**) durante 32 años ( diciembre 1979 – enero 2011), sin recibir el pago por el aumento o incentivo del gobierno correspondiente a los años **2004 al 2011**. Estimo que durante se me adeuda la cantidad aproximada de **$ 10,500.**

También deseo solicitar al tribunal que sea diligente y acepte mi objeción por estar fuera de la fecha indicada. El haber excedido la fecha límite se debe a las consecuencias de los temblores y sismos que han ocurrido en Puerto Rico, los cuales privaron a la ciudadanía de diversos servicios. Esto ocasionó que no se pudiera la documentación antes del 18 de febrero de 2020. Se envía la documentación justificativa para evidenciar la objeción; Consistente la misms en mis comprobantes de retención ( W-2) del Departamento de Hacienda del Estado Libre Asociado de Puerto Rico y/o planillas de Contribucción Sobre Ingresos. Dicha documentación me identifica como empleada del Gobierno de Puerto Rico durante los años reclamados; años en los que se supone devengara el aumento correspondiente a esta ley el cual no me fue otorgado.

Cordialmente,

*Marta M. Espada Ortiz*
Marta M. Espada Ortiz

## CERTIFICADO DE NOTIFICACIÓN PARA RÉPLICAS

2020 MAR 10 PM 12:08

4 de marzo de 2020

A: Tribunal de Distrito de los Estados Unidos

   Para el Distrito de Puerto Rico

De: Marta M. Espada Ortiz

marta.mr305@gmail.com

(787) 372-9496

Asunto: Adjunto Réplica sobre Reclamación # 129306

   Talonario de Cheques

   Planillas de Contribución Sobre Ingresos

   Formulario W-2

Recibido por:_____      Fecha:_____