TRIBUNAL DEL DISTRITO DE LOS ESTADOS UNIDOS

PARA EL DISTRITO DE PUERTO RICO

Réplica

4 de marzo de 2020

soniaespada.24@gmail.com

Sonia I. Espada Ortiz

Urbanización Villa Madrid W-17 Calle #17

Coamo, Puerto Rico, 00769

Teléfono (787) 390-8426

INTAKE DROP BOX
RECEIVED & FILED

2020 MAR 10 PM 12: 09

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

En el asunto de:
JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO.
Como representante de:
ESTADO LIBRE ASOCIADO DE PUERTO RICO y Otros

PROMESA, Título III
Número 17 BK 3283-LTS
La presente radicación guarda relación con el ELA, ACT y el SRE

Epígrafe

**NOTIFICACION DE LA CENTESIMA TRIGESIMA OCTAVA OBJECION GLOBAL ( NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACION DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DE GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGA INTERESES SOBRE LA BASE DE UNAS LEYES PUERTORRIQUEÑAS NO ESPECIFICADAS.**

Número de reclamación: 121627

Mediante esta misiva solicito al **Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico**, que declare a lugar la objeción global en relación al reclamo por el pago de la *Ley # 180 Pago de Exceso de Enfermedad*, ya que el mismo no fue adjudicado ni pagado por la Ley de Quiebras de Puerto Rico.

Trabajé para el Gobierno de Puerto Rico, Rico en la Agencia del Departamento de Educación como maestra durante 30 años, sin recibir el pago por el aumento o incentivo del gobierno correspondiente a los años **2004 al 2019**. Estimo que durante se me adeuda la cantidad aproximada de **$ 18,000.**

También deseo solicitar al tribunal que sea diligente y acepte mi objeción por estar fuera de la fecha indicada. El haber excedido la fecha límite se debe a las consecuencias de los temblores y sismos que han ocurrido en Puerto Rico, los cuales privaron a la ciudadanía de diversos servicios. Esto ocasionó que no se pudiera la documentación antes del 18 de febrero de 2020. Se envía la documentación justificativa para evidenciar la objeción; Consistente la misms en mis comprobantes de retención ( W-2) del Departamento de Hacienda del Estado Libre Asociado de Puerto Rico y/o planillas de Contribucción Sobre Ingresos y talonarios de cheques. Dicha documentación me identifica como empleada del Gobierno de Puerto Rico durante los años reclamados; años en los que se supone devengara el aumento correspondiente a esta ley el cual no me fue otorgado.

Cordialmente,

*Sonia I Espada Ortiz*

Sonia I. Espada Ortiz

# CERTIFICADO DE NOTIFICACIÓN PARA RÉPLICAS

RECEIVED & FILED
2020 MAR 10 PM 12:09
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

4 de marzo de 2020

A: Tribunal de Distrito de los Estados Unidos

Para el Distrito de Puerto Rico

*[firma: Sonia I. Espada Ortiz]*

De: Sonia I. Espada Ortiz

soniaespada.24@gmail.com

(787) 390-8426

Asunto: Adjunto Réplica sobre Reclamación # 121627

Talonario de Cheques

Planillas de Contribución Sobre Ingresos

Formulario W-2

Recibido por:_____    Fecha:_____

N 4323570

**Estado Libre Asociado de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 04/01/2004 |
| Hasta: | 04/16/2004 |

# Cheque:

SONIA I ESPADA ORTIZ
URB VILLA MADRID
U10 CALLE 19
COAMO PR 00769-0000
SS:

| | |
|---|---|
| # Empleado: | |
| Dept: | 8005021-Ponce Coamo |
| Oficina: | Susana Rivera |
| Titulo: | M.Elemental |
| Sueldo: | $2,205.00 Monthly |

Fecha: 04/14/200

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Single |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Corriente | | | Acumulado | | IMPUESTOS | | |
|---|---|---|---|---|---|---|---|---|
| | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumula |
| Pago de Salarios Regulares | | | 1,102.50 | 432.00 | 7,717.50 | Fed MED/EE | 15.98 | 111.9 |
| | | | | | | PR Withholdng | 82.60 | 578.2 |

| Total: | | | 1,102.50 | 432.00 | 7,717.50 | Total: | 98.58 | 690.10 |

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| GPR Plan de Retiro de Maestro | 99.23 | 694.61 | RM-Prest Pers De Cuota-Ret Mae | 108.55 | 759.85 | GPR Plan de Retiro de Maestro | 93.71 | 655.97 |
| | | | AS FED MAESTROS AFT | 8.00 | 56.00 | FSED Disability Plan | 18.74 | 131.18 |
| | | | GPR Plan de Ahorros | 33.08 | 231.56 | | | |

| Total: | 99.23 | 694.61 | Total: | 149.63 | 1,047.41 | * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | | | |
|---|---|---|---|
| Corriente: 1,102.50 | 98.58 | 248.86 | 755.06 |
| Acumulado: 7,717.50 | 690.10 | 1,742.02 | 5,285.38 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Cheque | 755.06 |
| Total: | 755.06 |

MENSAJE:

N002800104

**Estado Libre Asociado de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

SONIA I ESPADA ORTIZ
URB VILLA MADRID
U10 CALLE 19
COAMO PR 00769-0000
SS:

| | |
|---|---|
| # Empleado: | |
| Dept: | 8005021-Ponce Coamo |
| Oficina: | Susana Rivera |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $2,455.00 Monthly |

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 11/07/2005 |
| Hasta: | 11/18/2005 |

# Cheque:
Fecha: 11/30/2005

| | Federal | PR |
|---|---|---|
| DATA IMP: | | |
| Estado Civil: | Single | Single |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,227.50 | 1,326.00 | 26,405.00 |
| Licencia Enfermedad en Exceso | | | 0.00 | | 2,355.00 |
| Total: | | | 1,227.50 | 1,326.00 | 28,760.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed MED/EE | 17.80 | 417.02 |
| PR Withholdng | 100.10 | 2,310.84 |
| Total: | 117.90 | 2,727.86 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 110.48 | 2,376.56 |
| Total: | 110.48 | 2,376.56 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 106.95 | 2,372.22 |
| AS FED MAESTROS AFT | 8.00 | 176.00 |
| GPR Plan de Ahorros | 36.83 | 792.26 |
| Total: | 151.78 | 3,340.48 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 104.34 | 2,244.48 |
| FSED Disability Plan | 20.87 | 488.97 |

\* Tributable

### TOTAL BRUTO
Corriente: 1,227.50
Acumulado: 28,760.00

### TOTAL IMPUESTOS
117.90
2,727.86

### DEDUCCIONES TOTALES
262.26
5,717.04

### PAGA NETA
847.34
20,315.10

### PTO HORAS ACUM
| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA
| | |
|---|---|
| Cheque # | 847.34 |
| Total: | 847.34 |

MENSAJE: ! HA LLEGADO EL MOMENTO DE ACTUAR !"SI TIENES DIABETES, CUIDA TUS PIES Y ASI EVITARAS AMPUTACIONES"

N1472131

**Estado Libre Asociado de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 09/12/2006 |
| Hasta: | 09/25/2006 |

# Cheque:
Fecha: 09/29/2006

SONIA I ESPADA ORTIZ
URB VILLA MADRID
U10 CALLE 19
COAMO PR 00769-0000
SS:

| | |
|---|---|
| # Empleado: | |
| Dept: | 8005021-Ponce Coamo |
| Oficina: | Susana Rivera |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $2,455.00 Monthly |

| | | |
|---|---|---|
| DATA IMP: | Federal | PR |
| Estado Civil: | Single | Single |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,227.50 | 1,080.00 | 22,095.00 |
| Licencia Enfermedad en Exceso | | | 0.00 | | 2,455.00 |
| Pago Retroactivo Regular | | | 0.00 | | 250.00 |
| Total: | | | 1,227.50 | 1,080.00 | 24,800.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed MED/EE | 17.80 | 359.60 |
| PR Withholdng | 100.10 | 2,021.05 |
| Total: | 117.90 | 2,380.65 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 110.48 | 2,011.14 |
| Total: | 110.48 | 2,011.14 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 106.95 | 1,925.10 |
| OS-FEDERACION DE MAESTROS | 8.00 | 104.00 |
| GPR Plan de Ahorros | 36.83 | 670.44 |
| AS FED MAESTROS AFT | 0.00 | 40.00 |
| Total: | 151.78 | 2,739.54 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 104.34 | 1,899.37 |
| FSED Disability Plan | 20.87 | 421.64 |

* Tributable

### TOTAL BRUTO

| | |
|---|---|
| Corriente: | 1,227.50 |
| Acumulado: | 24,800.00 |

### TOTAL IMPUESTOS

| | |
|---|---|
| | 117.90 |
| | 2,380.65 |

### DEDUCCIONES TOTALES

| | |
|---|---|
| | 262.26 |
| | 4,750.68 |

### PAGA NETA

| | |
|---|---|
| | 847.34 |
| | 17,668.67 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Cheque | 847.34 |
| Total: | 847.34 |

MENSAJE:

Estado Libre Asociado de Puerto Rico
N0 - DEPT DE EDUCACION-MAESTROS

Grupo de Pago: SM -Quincenal
Desde: 04/03/2007
Hasta: 04/18/2007
# Cheque:
Fecha: 04/13/2007

NIA I ESPADA ORTIZ
B VILLA MADRID
CALLE 19
AMO PR 00769-0000

# Emplea
Dept: 8005021-Ponce Coamo
Oficina: Susana Rivera
Titulo: DEPARTAMENTO DE EDUCACION
Sueldo: $2,455.00 Monthly

DATA IMP: Federal / PR
Estado Civil: Single / Single
Concesiones: 0 / 0
Pct. Adcl.:
Cant. Adcl.:

### HORAS E INGRESOS

| Descripcion | Sueldo | Horas Corriente | Ingresos Corriente | Horas Acumulado | Ingresos Acumulado |
|---|---|---|---|---|---|
| go de Salarios Regulares | | | 1,227.50 | 432.00 | 8,592.50 |
| encia Enfermedad en Exceso | | | 0.00 | | 1,166.12 |
| Total: | | | 1,227.50 | 432.00 | 9,758.62 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed MED/EE | 17.80 | 141.50 |
| PR Withholdng | 85.52 | 691.93 |
| Total: | 103.32 | 833.43 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 110.48 | 773.36 |
| Total: | 110.48 | 773.36 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 106.95 | 748.65 |
| OS-FEDERACION DE MAESTROS | 8.00 | 56.00 |
| GPR Plan de Ahorros | 36.83 | 257.81 |
| Total: | 151.78 | 1,062.46 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 104.34 | 730.38 |
| FSED Disability Plan | 20.87 | 146.09 |

* Tributable

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|
| Corriente: | 1,227.50 | 103.32 | 262.26 | 861.92 |
| Acumulado: | 9,758.62 | 833.43 | 1,835.82 | 7,089.37 |

### PTO HORAS ACUM
Balance Inicial: 0.0
+ Acumulado:
- Utilizado:
- Donada:
+ Ajustes:
Balance Final: 0.0

### DISTRIBUCION PAGA NETA
861.92
Total: 861.92

MENSAJE: ' D E OFRECE COMIDAS GRATIS EN VERANO, EDADES DE 1-18 A&OS !PARTICIPA! 787-759-7221, 1-866-626-6432'

Formulario Form 499R-2/W-2 PR
Rev. 07.08

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**

COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

| | INFORMACION PARA EL DEPARTAMENTO DE HACIENDA / DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL / SOCIAL SECURITY INFORMATION |
|---|---|---|
| 1. Nombre-First Name: SONIA | 7. Sueldos - Wages: 35112.33 | 17. Total Sueldos Seguro Social / Social Security Wages: 0.00 |
| Apellido(s) - Surname(s): ESPADA ORTIZ | 8. Comisiones - Commissions: 0.00 | 18. Seguro Social Retenido / Social Security Tax Withheld: 0.00 |
| 3. Núm. Seguro Social / Social Security No. | 9. Concesiones - Allowances: 0.00 | |
| 4. Núm. de Ident. Patronal / Employer's Ident. No. (EIN) | 10. Propinas - Tips: 0.00 | 19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips: 35112.33 |
| Dirección Postal del Empleado - Employee's Mailing Address: URB VILLA MADRID U10 CALLE 19 | 11. Total=7+8+9+10: 35112.33 | 20. Contrib. Medicare Retenida / Medicare Tax Withheld: 509.13 |
| 5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension | 12. Gastos Reembolsados / Reimbursed Expenses: 0.00 | 21. Propinas Seguro Social / Social Security Tips: 0.00 |
| 2. Nombre y Dirección Postal del Patrono / Employer's Name and Mailing Address: L8002150526 S RIVERA DEPT DE EDUCACION-MAESTROS AVENIDA TENIENTE CESAR GONZALE ESQUINA CALAF HATO REY, PR 00919 | 6. Costo de Pensión o Anualidad / Cost of Pension or Annuity: 0.00 | |
| | 13. Cont. Retenida - Tax Withheld: 2627.82 | 22. Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips: 0.00 |
| | 14. Fondo de Retiro / Retirement Fund: 2840.32 | |
| | 15. Aportaciones a Planes Cualific. / Contributions to CODA PLANS: 0.00 | 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips: 0.00 |
| Número de Teléfono del Patrono / Employer's Telephone Number | | |
| Fecha de Cese de Operaciones / Cease of Operations Date | Copia C para Récord del Empleado / Copy C for Employee's Records | |
| Número de Control - Control Number: 017555263 | Año/Year: 2008 | |
| | 16. Salarios bajo Ley Núm. 324 de 2004 / Salaries under Act No. 324 of 2004: 0.00 | |

Reproducido por: Departamento de Hacienda

**Estado Libre Asociado de Puerto Rico**
081 - DEPT DE EDUCACION-CLASIFICADOS

| | |
|---|---|
| Grupo de Pago: | IRR-Quincenal - (Por Hora) |
| Desde: | 07/16/2009 |
| Hasta: | 07/31/2009 |

# Cheque:

SONIA ESPADA ORTIZ
DEPARTAMENTO DE EDUCACION
HATO REY PR 00917
SS:

| | |
|---|---|
| # Empleado: | |
| Dept: | 8105021-Ponce Coamo |
| Oficina: | Susana Rivera |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $25.000000 Hourly |

Fecha: 07/30/200

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 3,787.50 | 240.00 | 4,237.50 |
| Total: | | | 3,787.50 | 240.00 | 4,237.50 |

## IMPUESTOS

| Descripcion | Corriente | Acumula |
|---|---|---|
| Fed MED/EE | 54.91 | 61.4 |
| Fed OASDI/EE | 234.83 | 262.7 |
| PR Withholdng | 813.63 | 825.0 |
| Total: | 1,103.37 | 1,149.1 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| FSED Disability Plan | 64.39 | 72.0 |

\* Tributable

## TOTAL BRUTO

| | | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NET |
|---|---|---|---|---|
| Corriente: | 3,787.50 | 1,103.37 | 0.00 | 2,684.13 |
| Acumulado: | 4,237.50 | 1,149.18 | 0.00 | 3,088.3 |

## PTO HORAS ACUM

| Balance Inicial: | 0.0 |
|---|---|
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA

| Cheque # | | 2,684.13 |
|---|---|---|
| Total: | | 2,684.13 |

**MENSAJE:**

Formulario Form 499R-2/W-2 PR Rev. 05.10

**GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

| Field | Value |
|---|---|
| 1. Nombre-First Name | SONIA |
| Apellido(s) - Surname(s) | ESPADA ORTIZ |
| Dirección Postal del Empleado - Employee's Mailing Address | URB VILLA MADRID U10 CALLE 19 COAMO, PR 00769-0000 |
| 2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address | L8013750526 SUSANA RIV DEPT DE EDUCACION-MAESTROS AVENIDA TENIENTE CESAR GONZALE ESQUINA CALAF HATO REY, PR 00919 |
| Número de Control - Control Number | 107609281 |
| 3. Núm. Seguro Social | |
| 4. Núm. de Ident. Patronal (EIN) | E |
| 5. Fecha en que comenzó a recibir la pensión | |
| 6. Costo de Pensión o Anualidad | 0.00 |

Copia C para Récord del Empleado
Copy C for Employee's Records

Año / Year: **2010**

**INFORMACION PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION**

| # | Concepto | Amount |
|---|---|---|
| 7 | Sueldos - Wages | 33892.69 |
| 8 | Comisiones - Commissions | 0.00 |
| 9 | Concesiones - Allowances | 0.00 |
| 10 | Propinas - Tips | 0.00 |
| 11 | Total = 7+8+9+10 | 33892.69 |
| 12 | Gastos Reembolsados - Reimbursed Expenses | 0.00 |
| 13 | Cont. Retenida - Tax Withheld | 2301.06 |
| 14 | Fondo de Retiro - Retirement Fund | 2921.52 |
| 15 | Aportaciones a Planes Cualific. Contributions to CODA PLANS | 0.00 |
| 16 | Salarios bajo Ley Núm. 324 de 2004 | 0.00 |

**INFORMACION PARA EL SEGURO SOCIAL - SOCIAL SECURITY INFORMATION**

| # | Concepto | Amount |
|---|---|---|
| 17 | Total Sueldos Seguro Social | 0.00 |
| 18 | Seguro Social Retenido | 0.00 |
| 19 | Total Sueldos y Pro. Medicare Wages and Tips | 33892.69 |
| 20 | Contrib. Medicare Retenida | 491.44 |
| 21 | Propinas Seguro Social | 0.00 |
| 22 | Seguro Social no Retenido en Propinas | 0.00 |
| 23 | Contrib. Medicare no Retenida en Propinas | 0.00 |
| 24 | Sueldos y Propinas bajo Ley HIRE de 2010 | 0.00 |

Reproducido por: Departamento de Hacienda

Formulario 481 Rev. 27 oct 11

# FORMA CORTA

Liquidador | Revisor

R G RO V1 V2 P1 P2 N D1 D2 E A M

◯ PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE EN ESTE LUGAR)

**2011** GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA
PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2011 O AÑO COMENZADO EL
1 de enero de 2011 Y TERMINADO EL 31 de diciembre de 2011 **2011**

Número de Serie

◯ PLANILLA ENMENDADA
◯ FALLECIDO DURANTE EL AÑO: ___/___/___
   Día Mes Año
◯ CONTRIBUYENTE  ◯ CONYUGE
Sello de Recibido

Nombre del Contribuyente: **SONIA**  Inicial: **I**  Apellido Paterno: **ESPADA**  Apellido Materno: **ORTIZ**

Dirección Postal: **URB VIILLA MADRID**
**W-17 Calle 17**
**Coamo PR**  Código Postal **00769**

*Coloque la etiqueta engomada (Label) aquí*.
Nombre e Inicial del Cónyuge  Apellido Paterno  Apellido Materno

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)
**URB VIILLA MADRID W-17 Calle 17**
**Coamo PR**  Código Postal **00769**

Correo Electrónico (E-Mail) **PLANILLASGABBY@YAHOO.COM**

Número de Seguro Social Contribuyente
Fecha de Nacimiento  Sexo ◯M ⊗F
Día Mes Año
Número de Seguro Social Cónyuge
Fecha de Nacimiento del Cónyuge  Sexo ◯M ◯F
Día Mes Año
Teléfono Residencia **(787) 000-0000**
Teléfono del Trabajo

CAMBIO DE DIRECCION: ◯ Si ⊗ No    PLANILLA 2012:  ⊗ ESPAÑOL  ◯ INGLES

16/04/2012
10:58:46 AM

## Cuestionario

SI  NO
A. ⊗ ◯ ¿Ciudadano de Estados Unidos?
B. ⊗ ◯ ¿Residente de Puerto Rico al finalizar el año?
C. ◯ ⊗ ¿Otros ingresos excluidos o exentos de contribución?
   (Someta Anejo IE Individuo)
D. FUENTE DE MAYOR INGRESO:
   1. ⊗ Empleado del Gobierno, Municipios o Corporaciones Públicas
   2. ◯ Empleado del Gobierno Federal
   3. ◯ Empleado de Empresa Privada
   4. ◯ Retirado/Pensionado

Su Ocupación **Maestro de Escu** 6110  Ocupación cónyuge _____

E. ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:
1. ◯ Casado
   (Ennegrezca aquí ◯ si se acoge al cómputo opcional y pase al Anejo CO Individuo)
2. ⊗ Contribuyente individual
   (Ennegrezca aquí ◯ si es casado con capitulaciones de total separación de bienes e indique nombre y seguro social del cónyuge arriba)
3. ◯ Casado que rinde separado
   (Indique nombre y seguro social del cónyuge arriba)

## Reintegro / Pago

PASE A LA PAGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.

1. CONTRIBUCION PAGADA EN EXCESO (Encasillado 1, línea 14. Indique distribución en las líneas A, B y C) ........ (01) | 00
   A) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan ............................................. (02) | 00
   B) Aportación al Fondo Especial para la Universidad de Puerto Rico ................................................... (03) | 00
   C) REINTEGRAR (Si desea que se le deposite el reintegro directamente en su cuenta, complete el Encasillado de Depósito) .... (04) | 00
2. TOTAL NO PAGADO DE LA CONTRIBUCION (Encasillado 1, línea 14) ................................................. (05) | 1,033 | 00
3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado ........ (06) | 00
   (b) Intereses ............................................................ (07) | 00
   (c) Recargos _____ y Penalidades _____ ........................ (08) | 00
4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a)) ........................................................... (10) | 1,033 | 00

## Depósito

AUTORIZACION PARA DEPOSITO DIRECTO DE REINTEGRO
Tipo de cuenta  ◯ Cheques  ◯ Ahorros
Número de ruta/tránsito  Número de su cuenta

Cuenta a nombre de: _____
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge) y _____

Declaro bajo penalidad de perjurio que la información incluida en esta planilla, anejos y documentos que se acompañan, ha sido examinada por mí y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

Firma del Contribuyente: x **FIRMADA ELECTRONICAMENTE**  Fecha: **16/04/2012**
Firma del Cónyuge: x  Fecha:

Nombre del Especialista (Letra de Molde): **GABBY A ORTIZ HERNANDEZ**
Nombre de la Firma o Negocio: **GABBY A ORTIZ HERNANDEZ**

Número de Registro: **010480**  Número de Identificación Patronal: **66-0607056**  Especialista por cuenta propia (ennegrezca aquí) ⊗
Firma del Especialista: **FIRMADA ELECTRONICAMENTE**  Fecha: **16/04/2012**

NOTA AL CONTRIBUYENTE: Indique si hizo pagos por la preparación de su planilla: ⊗ Si ◯ No. Si contestó "Si", exija la firma y el número de registro del Especialista

Conf. 04162012107EB655992105603    Periodo de Conservación: Diez (10) años    PRSoft, Inc. (www.prsoft.com)

Formulario 499R-2/W-2PR
Rev. 09.12

**ESTADO LIBRE ASOCIADO DE PUERTO RICO — COMMONWEALTH OF PUERTO RICO**
DEPARTAMENTO DE HACIENDA — DEPARTMENT OF THE TREASURY
COMPROBANTE DE RETENCIÓN - WITHHOLDING STATEMENT

| | DEPARTAMENTO DE HACIENDA / DEPARTMENT OF THE TREASURY INFORMATION | INFORMACIÓN PARA EL SEGURO SOCIAL / SOCIAL SECURITY INFORMATION |
|---|---|---|
| 1. Nombre-First Name: SONIA | 3. Núm. Seguro Social / Social Security No. | 7. Sueldos - Wages: 35941.87 | 17. Total Sueldos Seguro Social / Social Security Wages |
| Apellido(s) - Surname(s): ESPADA ORTIZ | 4. Núm. de Ident. Patronal / Employer Ident. No. (EIN) | 8. Comisiones - Commissions: 0.00 | 0.00 |
| Dirección Postal del Empleado-Employee's Mailing Address: URB VILLA MADRID U10 CALLE 19 COAMO, PR 00769-0000 | 5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension | 9. Concesiones - Allowances: 0.00 | 18. Seguro Social Retenido / Social Security Tax Withheld: 0.00 |
| | 6. Costo de Pensión o Anualidad / Cost of Pension or Annuity: 0.00 | 10. Propinas - Tips: 0.00 | |
| | | 11. Total=7+8+9+10: 35941.87 | 19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips: 35941.87 |
| 2. Nombre y Dirección Postal del Patrono / Employer's Name and Mailing Address: L8013750526 SUSANA RIV DEPT DE EDUCACION-MAESTROS AVENIDA TENIENTE CESAR GONZALE ESQUINA CALAF HATO REY, PR 00919 | 6A. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage: 0.00 | 12. Gastos Reemb. y Beneficios Marginales / Reimb. Expenses and Fringe Benefits: 0.00 | 20. Contrib. Medicare Retenida / Medicare Tax Withheld: 521.16 |
| | | 13. Cont. Retenida - Tax Withheld: 1462.33 | |
| | 6B. Donativos / Charitable Contributions: 0.00 | 14. Fondo de Retiro Gubernamental / Governmental Retirement Fund: 2919.38 | 21. Propinas Seguro Social / Social Security Tips: 0.00 |
| | | 15. Aportaciones a Planes Cualific. / Contributions to CODA PLANS: 0.00 | 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips: 0.00 |
| Número de Teléfono del Patrono / Employer's Telephone Number | Copia C para Récord del Empleado / Copy C for Employee's Records | 16. Salarios bajo Ley 324-2004 / Salaries under Act 324-2004: 0.00 | |
| Fecha Cese de Operaciones: / Cease of Operations Date: | | 16A. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program: 0.00 | 23. Contrib. Medicare no Retenid en Propinas - Uncollected Medicare Tax on Tips: 0.00 |
| Número Control - Control Number: 125527651 | Año: / Year: 2012 | | |

Reproducido por: Departamento de Hacienda

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

Form 499R-2/W-2 PR
Rev. 05.13

| | | | |
|---|---|---|---|
| 1. Nombre-First Name: SONIA | 3. Núm. Seguro Social / Social Security No. | 7. Sueldos - Wages: 35245.88 | 17. Total Sueldos Seguro Social / Social Security Wages |
| Apellido(s) - Surname(s): ESPADA ORTIZ | 4. Núm. de Ident. Patronal / Employer Ident. No. (EIN) | 8. Comisiones - Commissions: 0.00 | 0.00 |
| Dirección Postal del Empleado - Employee's Mailing Address: URB VILLA MADRID U10 CALLE 19 COAMO, PR 00769-0000 | 5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension | 9. Concesiones - Allowances: 0.00 | 18. Seguro Social Retenido / Social Security Tax Withheld: 0.00 |
| | | 10. Propinas - Tips: 0.00 | |
| | | 11. Total=7+8+9+10: 35245.88 | 19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips: 35245.88 |
| 2. Nombre y Dirección Postal del Patrono / Employer's Name and Mailing Address: DEPT DE EDUCACION-MAESTROS AVENIDA TENIENTE CESAR GONZALE ESQUINA CALAF HATO REY, PR 00919 | 6. Costo de Pensión o Anualidad / Cost of Pension or Annuity: 0.00 | 12. Gastos Reemb. y Beneficios Marginales / Reimb. Expenses and Fringe Benefits: 0.00 | 20. Contrib. Medicare Retenida / Medicare Tax Withheld: 511.07 |
| | 6A. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage: 0.00 | 13. Cont. Retenida - Tax Withheld: 1262.32 | |
| | 6B. Donativos / Charitable Contributions: 0.00 | 14. Fondo de Retiro Gubernamental / Governmental Retirement Fund: 2914.21 | 21. Propinas Seguro Social / Social Security Tips: 0.00 |
| Número de Teléfono del Patrono / Employer's Telephone Number | | 15. Aportaciones a Planes Cualific. Contributions to CODA PLANS: 0.00 | 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips: 0.00 |
| Fecha Cese de Operaciones / Cease of Operations Date | Copia C para Récord del Empleado / Copy C for Employee's Records | 16. Salarios bajo Ley 324-2004 / Salaries under Act 324-2004: 0.00 | |
| Número Confirmación de Radicación Electrónica / Electronic Filing Confirmation Number: C400001 | | 16A. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program: 0.00 | 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips: 0.00 |
| Número Control - Control Number: 004490826 | Año/Year: 2013 | | |

Reproducido por: Departamento de Hacienda

| | | | |
|---|---|---|---|
| Formulario F. 499R-2/W-2 PH Rev. 09.14 | ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT | INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |

| 1. Nombre - First Name SONIA | 3. Núm. Seguro Social Social Security No. | 7. Sueldos - Wages 33401.58 | 17. Total Sueldos Seguro Social Social Security Wages 0.00 |
|---|---|---|---|
| Apellido(s) - Surname(s) ESPADA ORTIZ | 4. Núm. de Ident. Patronal Employer Ident. No. (EIN) | 8. Comisiones - Commissions 0.00 | |
| | | 9. Concesiones - Allowances 0.00 | 18. Seguro Social Retenido Social Security Tax Withheld 0.00 |
| Dirección Postal del Empleado-Employee's Mailing Address URB VILLA MADRID U10 CALLE 19 COAMO, PR 00769-0000 | 5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage 0.00 | 10. Propinas - Tips 0.00 | |
| | | 11. Total=7+8+9+10 33401.58 | 19. Total Sueldos y Pro. Medicare Medicare Wages and Tips 33401.58 |
| 2. Nombre y Dirección Postal del Patrono Employer's Name and Mailing Address DEPT DE EDUCACION-MAESTROS AVENIDA TENIENTE CESAR GONZALE ESQUINA CALAF HATO REY, PR 00919 | 6. Donativos Charitable Contributions 0.00 | 12. Gastos Reemb. y Beneficios Marginales Reimb. Expenses and Fringe Benefits 0.00 | |
| | Patrono: - Employer: * Envíe a: - Send to: Social Security Administration Data Operations Center Wilkes-Barre, PA 18769-0001 Con la With the W-3PR * Envíe al Departamento de Hacienda electrónicamente Send to Department of the Treasury electronically (www.hacienda.gobierno.pr) * Entregue dos copias al empleado Deliver two copies to employee * Conserve copia para sus récords Keep copy for your records | 13. Cont. Retenida - Tax Withheld 1092.82 | 20. Contrib. Medicare Retenida Medicare Tax Withheld 484.32 |
| Número de Teléfono del Patrono Employer's Telephone Number | | 14. Fondo de Retiro Gubernamental Governmental Retirement Fund 2891.39 | |
| Fecha Cese de Operaciones: Día Mes Año Cease of Operations Date: Day Month Year | | 15. Aportaciones a Planes Cualific. Contributions to CODA PLANS 0.00 | 21. Propinas Seguro Social Social Security Tips 0.00 |
| Número Confirmación de Radicación Electrónica Electronic Filing Confirmation Number S140003 | | 16. Salarios Exentos (Ver instrucciones) Exempt Salaries (See instructions) 0.00 | 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips 0.00 |
| | | 16A. Código de Salarios Exentos Exempt Salaries Code | |
| Número Control - Control Number 004404316 | Año: Year: 2014 | 16B. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program 0.00 | 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips 0.00 |
| Fecha de radicación: 31 de enero - Filing date: January 31 | | | |

Reproducido por: Departamento de Hacienda

080 DEPT DE EDUCACION-MAESTROS
Avenida Teniente Cesar Gonzalez , Esquina Calaf
HATO REY, PR 00919

Case:17-03283-LTS Doc#:12207  Filed:03/10/20  Entered:03/10/20 15:48:55  Desc: Main
Document  Page 14 of 17

Grupo de Aviso: QUINCENAL
Desde: 01/08/2015
Hasta: 01/21/2015

Fecha Aviso: 01/15/2015

| | | |
|---|---|---|
| SONIA I ESPADA ORTIZ<br>URB VILLA MADRID<br>U10 CALLE 19<br>COAMO, PR 00769-0000<br>SS: XXX-XX- | # Empleado: XXX<br>Dept: 8005137-SANTA ISABEL-PONCE<br>Lugar: SUSANA RIVERA<br>Titulo: DEPARTAMENTO DE EDUCACION<br>Sueldo: $2,705.00 Monthly | DATA IMP: Federal PR<br>Estado Civil: Single Single<br>Concesiones: 0 0<br>Pct. Adcl.:<br>Cant. Adcl.: |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,352.50 | 60.00 | 1,352.50 |
| Total: | | | 1,352.50 | 60.00 | 1,352.50 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 19.61 | 19.61 |
| PR Withholding | 44.45 | 44.45 |
| Total: | 64.06 | 64.06 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 121.73 | 121.73 |
| Total: | 121.73 | 121.73 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 92.32 | 92.32 |
| SM-First Medical Health Plan | 24.50 | 24.50 |
| SC-TRIPLE-S VIDA INC | 9.00 | 9.00 |
| AS-ASOC MAESTROS DE P.R. | 8.50 | 8.50 |
| Ahorros-AEELA | 40.58 | 40.58 |
| Total: | 174.90 | 174.90 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 114.96 | 114.96 |
| FSED Disability Plan | 22.99 | 22.99 |

* Tributable

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,352.50 | 0.00 | 64.06 | 296.63 | 991.81 |
| Acumulado: | 1,352.50 | 0.00 | 64.06 | 296.63 | 991.81 |

### PTO HORAS

| | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso | 991.81 |
| Total: | 991.81 |

MENSAJE:

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
01/15/2015

Aviso No.
3913447

Cant. Deposito: $991.81

A la
Cuenta(s) De
    SONIA I ESPADA ORTIZ
    URB VILLA MADRID
    U10 CALLE 19
    COAMO, PR 00769-0000
    Localizacion: SUSANA RIVERA

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | XXXXXXXXXXXXXX | 991.81 |
| Total: | | 991.81 |

## NO-NEGOCIABLE

| | | |
|---|---|---|
| Formulario Form 499R-2/W-2 PR Rev. 08.16 | ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT | |

**1. Nombre - First Name:** SONIA
**Apellido(s) - Surname(s):** ESPADA ORTIZ
**Dirección Postal del Empleado - Employee's Mailing Address:**
URB VILLA MADRID
U10 CALLE 19
COAMO, PR 00769-0000

**Fecha de Nacimiento / Date of Birth:** Dia / Day

**2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address:**
DEPT. DE EDUCACION - MAESTROS
AVENIDA TENIENTE CESAR GONZALE
ESQUINA CALAF
HATO REY, PR 00919

**Número de Teléfono del Patrono - Employer's Telephone Number:**

**Fecha Cese de Operaciones / Cease of Operations Date:** Dia/Day __ Mes/Month __ Año/Year

**Número Confirmación de Radicación Electrónica / Electronic Filing Confirmation Number:** S160021

**Número Control - Control Number:** 006251795

**3. Núm. Seguro Social / Social Security No.:**
**4. Núm. de Ident. Patronal / Employer Ident. No. (EIN):**
**5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage:** 0.00
**6. Donativos / Charitable Contributions:** 0.00

Patrono: - Employer:
* Envíe a: - Send to:
Social Security Administration
Data Operations Center Wilkes-Barre, PA 18769-0001
Con la / With the W-3PR
* Envíe al Departamento de Hacienda electrónicamente
Send to Department of the Treasury electronically
(www.hacienda.pr.gov)
* Entregue dos copias al empleado
Deliver two copies to employee
* Conserve copia para sus récords
Keep copy for your records

**Año: / Year:** 2016

**Fecha de radicación: 31 de enero - Filing date: January 31**

**INFORMACION PARA EL DEPARTAMENTO DE HACIENDA / DEPARTMENT OF THE TREASURY INFORMATION**

7. Sueldos - Wages: 33014.16
8. Comisiones - Commissions: 0.00
9. Concesiones - Allowances: 0.00
10. Propinas - Tips: 0.00
11. Total=7+8+9+10: 33014.16
12. Gastos Reemb. y Beneficios Marginales / Reimb. Expenses and Fringe Benefits: 0.00
13. Cont. Retenida - Tax Withheld: 1063.88
14. Fondo de Retiro Gubernamental / Governmental Retirement Fund: 2917.39
15. Aportaciones a Planes Cualific. / Contributions to CODA PLANS: 0.00
Salarios Exentos (Ver instrucciones) / Exempt Salaries (See instructions)
16. Código/Code: 0.00
16A. Código/Code: 0.00
16B. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program: 0.00

**INFORMACION PARA EL SEGURO SOCIAL / SOCIAL SECURITY INFORMATION**

17. Total Sueldos Seguro Social / Social Security Wages: 0.00
18. Seguro Social Retenido / Social Security Tax Withheld: 0.00
19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips: 33014.16
20. Contrib. Medicare Retenida / Medicare Tax Withheld: 478.71
21. Propinas Seguro Social / Social Security Tips: 0.00
22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips: 0.00
23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips: 0.00

Reproducido por: Departamento de Hacienda

| 222 | COMPROBANTE DE RETENCIÓN - WITHHOLDING STATEMENT | | |
|---|---|---|---|
| 1. Nombre - First Name<br>SONIA | 3. Núm. Seguro Social<br>Social Security No. | 7. Sueldos - Wages<br>33,059.62 | 17. Total Sueldos Seguro Social<br>Social Security Wages |
| Apellido(s) - Last Name(s)<br>I ESPADA ORTIZ | 4. Núm. de Ident. Patronal<br>Employer Ident. No. (EIN) | 8. Comisiones - Commissions<br>0.00 | 0.00 |
| | | 9. Concesiones - Allowances<br>0.00 | 18. Seguro Social Retenido<br>Social Security Tax Withheld |
| Dirección Postal del Empleado - Employee's Mailing Address<br>URB VILLA MADRID<br>U10 CALLE 19<br>COAMO PR 00769 | 5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage<br>0.00 | 10. Propinas - Tips<br>0.00 | 0.00 |
| | 6. Donativos<br>Charitable Contributions | 11. Total = 7 + 8 + 9 + 10<br>33,059.62 | 19. Total Sueldos y Pro. Medicare<br>Medicare Wages and Tips |
| Fecha de Nacimiento: Día Mes Año<br>Date of Birth: Day | | 12. Gastos Reemb. y Beneficios Marginales<br>Reimb. Expenses and Fringe Benefits<br>0.00 | 33,059.62 |
| 2. Nombre y Dirección Postal del Patrono<br>Employer's Name and Mailing Address<br>DEPT DE EDUCACION MAESTROS<br>AVENIDA TENIENTE CESAR<br>ESQUINA CALAF<br>HATO REY PR 00919 | Patrono: - Employer:<br>• Envíe a: - Send to:<br>Social Security Administration<br>Data Operations Center<br>Wilkes-Barre, PA 18769-0001<br>Con la<br>With the W-3PR | 13. Cont. Retenida - Tax Withheld<br>1,067.25 | 20. Contrib. Medicare Retenida<br>Medicare Tax Withheld |
| | | 14. Fondo de Retiro Gubernamental<br>Governmental Retirement Fund<br>2,914.71 | 479.36 |
| | | 15. Aportaciones a Planes Cualific.<br>Contributions to CODA PLANS<br>0.00 | 21. Propinas Seguro Social<br>Social Security Tips |
| Número de Teléfono del Patrono<br>Employer's Telephone Number (787) 773-3508 | • Envíe al Departamento de Hacienda electrónicamente<br>Send to Department of the Treasury electronically<br>(www.hacienda.pr.gov) | Salarios Exentos (Ver instrucciones)<br>Exempt Salaries (See instructions)<br>Código/Code | 0.00 |
| Fecha Cese de Operaciones: Día Mes Año<br>Cease of Operations Date: Day Month Year | | | 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips |
| Número Confirmación de Radicación Electrónica<br>Electronic Filing Confirmation Number<br>S170008 | • Entregue dos copias al empleado<br>Deliver two copies to employee<br>• Conserve copia para sus récords<br>Keep copy for your records | 16. 0.00<br>Código/Code<br>16A. 0.00 | 0.00 |
| Número Control - Control Number<br>006975278 | Año:<br>Year: 2017 | 16B. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program<br>0.00 | 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips<br>0.00 |
| Fecha de radicación: 31 de enero - Filing date: January 31 | | | |

INSTRUCCIONES PARA EL EMPLEADO
DEBERÁ SOMETER COPIA AL RENDIR SU PLANILLA

De acuerdo al Código de Rentas Internas de Puerto Rico de 2011, según enmendado (Código), viene obligado a rendir planilla de contribución sobre ingresos todo individuo residente que:

- sea contribuyente individual o casado, si durante el año contributivo tuviere un ingreso bruto reducido por las exenciones de la Sección 1031.02 del Código mayor de $5,000;
- sea casado que vivía con su cónyuge y opte por rendir planilla separada, si durante el año contributivo tuviere un ingreso bruto reducido por las exenciones de la Sección 1031.02 del Código de $2,500 o más; o
- tenga ingreso neto sujeto a contribución básica alterna de $150,000 o más.

PENALIDAD – El Código dispone lo siguiente: Toda persona obligada bajo cualquier Subtítulo del Código a rendir una planilla, declaración, certificación o informe, que voluntariamente dejare de rendir dicha planilla, declaración, certificación o informe dentro del término o términos fijados por el Subtítulo correspondiente o por reglamentos, además de otras penalidades establecidas por el Código, incurrirá en delito menos grave, y en caso de convicción, será castigada con pena de multa no mayor de $5,000, o con pena de reclusión por un término máximo de 90 días, o ambas penas, a discreción del tribunal, más las costas del proceso. En aquellos casos en que cualquier persona voluntariamente dejare de rendir dicha planilla, declaración, certificación o informe (dentro de los términos fijados por el Subtítulo correspondiente o por reglamentos), con la intención de evadir o derrotar cualquier contribución impuesta por el Código, además de otras penalidades establecidas por el Código, incurrirá en un delito grave de tercer grado, y en caso de convicción, será sancionada con pena de reclusión la cual fluctuará entre tres años un día y ocho años. El Tribunal a su discreción podrá imponer la pena fija de reclusión establecida o pena de multa que no excederá de $20,000, o ambas penas, más las costas del proceso.

Retenga copia de este formulario para sus récords. Puede usarla para establecer su derecho a los beneficios de seguro social. Si su nombre, dirección o número de seguro social están incorrectos, informe el error a su patrono para que le complete un Formulario 499R-2c/W-2cPR.

INSTRUCTIONS FOR THE EMPLOYEE
A COPY MUST BE SUBMITTED WITH YOUR RETURN

Pursuant to the Puerto Rico Internal Revenue Code of 2011, as amended (Code), an income tax return must be filed by any resident individual who:

- is an individual or married taxpayer, who during the taxable year had gross income, reduced by the exemptions established in Code Section 1031.02, greater than $5,000;
- is a married individual who lived with his/her spouse, and elects to file separate returns, that during the taxable year had gross income, reduced by the exemptions established in Code Section 1031.02, of $2,500 or more; or
- has net income subject to alternate basic tax of $150,000 or more.

PENALTY – The Code provides the following: Every person required under any Subtitle of the Code to file a return, statement, certification or report, who willfully fails to file such return, statement, certification or report within the term or terms established by the corresponding Subtitle or by regulations, in addition to other penalties provided by the Code, shall be guilty of a misdemeanor, and upon conviction thereof, punished by a fine of not more than $5,000, or imprisonment for a term of not more than 90 days, or both penalties, at the discretion of the Court, plus the costs of prosecution. In the case of any person who willfully fails to file such return, statement, certification or report (within the terms established by the corresponding Subtitle or by regulations), with the intention to evade or defeat any tax imposed by the Code, in addition to other penalties provided by the Code, shall be guilty of a third degree felony, and upon conviction thereof, punished by imprisonment for a term ranging from three years and one day to eight years. The Court may impose, at its discretion, the fixed penalty of imprisonment provided or a fine of not more than $20,000, or both penalties, plus the costs of prosecution.

Keep copy of this form for your records. You can use it to prove your right to social security benefits. If your name, address or social security number is incorrect, inform this to your employer and request a Form 499R-2c/W-2cPR.

| Formulario Form 495R-2/W-2PR Rev. 07.18 | GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY | INFORMACIÓN PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION | INFORMACIÓN PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
|---|---|---|---|
| 222 | COMPROBANTE DE RETENCIÓN - WITHHOLDING STATEMENT | 7. Sueldos - Wages  35,546.90 | 17. Total Sueldos Seguro Social Social Security Wages |
| 1. Nombre - First Name  SONIA I | 3. Núm. Seguro Social Social Security No. | 8. Comisiones - Commissions  0.00 | 0.00 |
| Apellido(s) - Last Name(s)  ESPADA ORTIZ | 4. Núm. de Ident. Patronal Employer Ident. No. (EIN) | 9. Concesiones - Allowances  0.00 | 18. Seguro Social Retenido Social Security Tax Withheld |
| Dirección Postal del Empleado - Employee's Mailing Address  URB VILLA MADRID U10 CALLE 19 COAMO PR 00769 | 5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage  0.00 | 10. Propinas - Tips  0.00 | 0.00 |
| | | 11. Total = 7 + 8 + 9 + 10  35,546.90 | 19. Total Sueldos y Pro. Medicare Medicare Wages and Tips |
| | 6. Donativos Charitable Contributions  0.00 | 12. Gastos Reemb. y Beneficios Marginales  0.00 | 35,546.90 |
| Fecha de Nacimiento: Día Mes Año Date of Birth: Day | | 13. Cont. Retenida - Tax Withheld  1,301.00 | 20. Contrib. Medicare Retenida Medicare Tax Withheld |
| 2. Nombre y Dirección Postal del Patrono Employer's Name and Mailing Address  DEPT DE EDUCACION MAESTROS AVENIDA TENIENTE CESAR ESQUINA CALAF HATO REY, PR 00919-0000 | Patrono: - Employer:  Indique si la remuneración incluye pagos al empleado por: Indicate if the renumeration includes payments to the employee for: | 14. Fondo de Retiro Gubernamental Governmental Retirement Fund  3,021.55 | 515.43 |
| | A - ☐ Servicios prestados por un médico cualificado bajo la Ley 14-2017 Services rendered by a qualified physician under Act 14-2017 | 15. Aportaciones a Planes Calificados Contributions to CODA PLANS  0.00 | 21. Propinas Seguro Social Social Security Tips |
| Número de Teléfono del Patrono Employer's Telephone Number | | Salarios Exentos (Ver instrucciones) Exempt Salaries (See instructions) Código/Code | 0.00 |
| Fecha Cese de Operaciones: Día Mes Año Cease of Operations Date: Day Month Year | B - ☐ Servicios domésticos Domestic services | 16.  0.00  Código/Code | 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips |
| Número Confirmación de Radicación Electrónica Electronic Filing Confirmation Number  F0717193216 | C - ☐ Otros / Others: | 16A.  0.00  Código/Code | 0.00 |
| Número Control - Control Number  180048808 | | 16B.  0.00 | 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips |
| | Año: Year: 2018 | 16C. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program  0.00 | 0.00 |
| Fecha de radicación: 31 de enero - Filing date: January 31 | | | |





Sello

5120
02/20/2019
$1.00
Sello de Rentas Internas
00063-2019-0220-98593003