PARA EL DISTRITO DE PUERTO RICO

## Réplica

24 de febrero de 2020

rafa.lucha@hotmail.com

José R. Santiago Meléndez

Urbanización Villa Madrid B-9  Calle #2

Coamo, Puerto Rico, 00769

Teléfono (787) 453-7056

En el asunto de:
JUNTA DE SUPERVISION Y ADMINISTRACION
FINANCIERA PARA PUERTO RICO.
       Como representante de:
ESTADO LIBRE ASOCIADO DE PUERTO RICO y Otros

PROMESA, Título III
Número 17 BK 3283-LTS
**La presente radicación guarda relación con el ELA y el SRE**

### Epígrafe

**NOTIFICACION DE LA NONAGESIMA PRIERA OBJECION GLOBAL ( NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE LAS LEYES PUERTORRIQUEÑAS NO ESPECIFICADAS.**

**Número de reclamación: 157796**

Mediante esta misiva solicito al **Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico**, que declare a lugar la objeción global en relación al reclamo por el pago  de la *Ley #180  Pago de Exceso de dias por Enfermedad*,  ya que el mismo no fue adjudicado ni pagado por la Ley de Quiebras de Puerto Rico.

Trabajo para el Gobierno de Puerto Rico, Rico en la Agencia del  Departamento de Educación desde el año 2000 hasta el presente, sin recibir el pago por el aumento o incentivo del gobierno para ese entonces.  Estimo que durante esos años se me adeuda la cantidad aproximada de **$ 19,200.**

También deseo solicitar al tribunal que sea diligente y acepte mi objeción por estar fuera de la fecha indicada.  El haber excedido la fecha límite se debe a las consecuencias de los temblores y sismos que han ocurrido en PuertoRico; por tanto no se pudo enviar en o antes del 18 de febrero de 2020.  Por consiguiente no estaba la información completa en su totalidad en la réplica.  Se adjunta documentación justificativa para evidenciar la objeción.  Tal documentación son mis planillas desde el año 2004 hasta el año 2019 o talonarios lo que aplique, donde se demuestra que laboré  para el Gobierno de Puerto Rico el cual nunca me otorgó el aumento que por ley me correspondía.

Cordialmente,

José R. Santiago Meléndez

## TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
## PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| En el asunto de:<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>como representante de<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO y otros,<br><br>Deudores. | PROMESA,<br>Título III<br><br>Núm. 17 BK 3283-LTS<br><br>(Administrada conjuntamente)<br><br>**La presente radicación guarda relación con el ELA y el SRE.** |

### NOTIFICACIÓN DE LA NONAGÉSIMA PRIMERA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE LAS LEYES PUERTORRIQUEÑAS NO ESPECIFICADAS

**SI SU RECLAMO ESTÁ INCLUIDO EN EL <u>ANEXO A</u> DE LA OBJECIÓN GLOBAL, EL ELA Y EL SRE SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

**SI SU RECLAMO ES MENCIONADO EN EL <u>ANEXO A</u>, DEBERÁ LEER DETENIDAMENTE ESTA NOTIFICACIÓN Y LA OBJECIÓN GLOBAL Y COMENTARLAS CON SU ABOGADO. SI NO TIENE ABOGADO, ES POSIBLE QUE DESEE ACUDIR A UNO.**

**OBSÉRVESE QUE** el 24 de octubre de 2019, el Estado Libre Asociado de Puerto (el "<u>ELA</u>") y el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("<u>SRE</u>"), a través de la Junta de Supervisión y Administración Financiera para Puerto Rico (la "<u>Junta de Supervisión</u>"), como representante del ELA y del SRE conforme al artículo 315(b) de la Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico ("<u>PROMESA</u>"),[1] radicaron la *Nonagésima objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto a los Reclamos deficientes en los que se alegan intereses sobre la base de las*

---

[1] PROMESA ha sido codificada en el Título 48 U.S.C., §§ 2101-2241.

*leyes puertorriqueñas no especificadas* (la "<u>Objeción global</u>") ante el Tribunal de Distrito de los Estados para el Distrito de Puerto Rico (el "<u>Tribunal</u>"). [2]

---

### SÍNTESIS

- **COMPRUEBE SI SU(S) RECLAMO(S) SE MENCIONA(N) EN EL <u>ANEXO A</u> DE LA OBJECIÓN GLOBAL.**

- **Si su(s) reclamo(s) <u>NO</u> se menciona(n) en el <u>Anexo A</u>, la Objeción global no afectará a su reclamo, por lo que NO tendrá que realizar ninguna acción.**

- **Si su(s) reclamo(s) se menciona(n) en el <u>Anexo A</u> de la Objeción global, el ELA y el SRE solicitan que su(s) reclamo(s) que se mencione(n) en el <u>Anexo A</u> sea(n) rechazado(s) porque, como se explicó en la Objeción global que acompaña este documento, el expediente de los Deudores indican que su reclamo es deficiente. La Objeción global y el <u>Anexo A</u> de la objeción global proporcionan detalles adicionales sobre los reclamos deficientes en cuestión.**

- **Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.**

- **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

---

**SI NO CONTESTA CONFORME A LA PRESENTE NOTIFICACIÓN, EL TRIBUNAL PODRÁ CONCEDER EL REMEDIO SOLICITADO EN LA OBJECIÓN GLOBAL SIN OTRA NOTIFICACIÓN NI VISTA.**

---

### <u>NOTIFICACIÓN IMPORTANTE CONFORME A LA REGLA LOCAL 3007-1</u>

Cualquiera de las partes a la que se haya notificado la presente Objeción global, o cualquier otra parte de la acción que objete al remedio aquí solicitado, deberá radicar y enviar una réplica a la Objeción global a la secretaría del Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico antes de las **04:00 p.m. (AST) del 26 de noviembre de 2019**, salvo extensión por escrito por parte del ELA o el SRE. Si no se radica ninguna réplica en el plazo mencionado, se considerará que no se ha opuesto a la Objeción global, por lo que esta podrá ser declarada ha lugar, salvo que: 1) el remedio solicitado esté legalmente prohibido; 2) el remedio solicitado sea contrario al orden público; o 3) a criterio del Tribunal, el interés de la justicia exija otra cosa. Si radica una réplica en tiempo, el Tribunal podrá convocar una vista.

---

[2] Los términos en mayúscula utilizados que no estén definidos en el presente documento tendrán el significado que les haya sido atribuido en la Objeción global.

**<u>Información muy importante relativa a la elección, por parte de las Demandantes, para radicar una réplica</u>**

**<u>Quién tiene la obligación de radicar una réplica</u>**. Cualquiera de las partes que impugne la Objeción global tiene la obligación de radicar una respuesta de conformidad con los procedimientos aquí establecidos. Si la parte cuyo reclamo quede sujeto a la Objeción global no radica ni notifica una réplica de conformidad con los procedimientos aquí establecidos, el Tribunal podrá declarar ha lugar a la Objeción global en relación con tal reclamo sin más notificaciones a la demandante.

**<u>Quién NO tiene la obligación de radicar una réplica</u>**. Si usted no se opone al remedio solicitado en la Objeción global, no tendrá que radicar ninguna réplica por escrito a la Objeción global ni tendrá que comparecer en la vista sobre la Objeción global (según se explica abajo). Además, la Objeción global solo se aplica a los reclamos mencionados en el <u>Anexo A</u> relativo a la Objeción global, cuya copia está disponible en línea, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si su reclamo <u>no</u> se menciona en el <u>Anexo A</u> de la Objeción global, no será necesario radicar ninguna réplica.

**<u>Fecha límite para radicar una réplica</u>**. Su réplica se considerará radicada dentro de los plazos establecidos **solo si** la radica ante el Tribunal **y** la notifica antes de las **04:00 p.m. (AST) del 26 de noviembre de 2019**, salvo extensión por escrito por parte del ELA o el SRE, o previa solicitud por escrito dirigida al Tribunal y una orden del Tribunal que extienda la fecha límite.

---

**La fecha límite para radicar y notificar una réplica se cumple a las 04:00 p.m. (AST) del 26 de noviembre de 2019.**

---

**<u>Vista sobre la Objeción global.</u>** Si se radica y notifica una réplica de manera adecuada conforme a la presente notificación, se celebrará una vista sobre la Objeción global y la réplica a las **09:30 a.m. (AST) del 11 de diciembre de 2019** ante su señoría, Laura Taylor Swain, en el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767. Si radica una réplica a la Objeción global, deberá hacer planes para comparecer en la vista sobre la Objeción global. Sin embargo, el ELA y el SRE se reservan el derecho, previa notificación con tres (3) días hábiles de antelación, a paralizar la vista sobre la Objeción global y la réplica.

Los Deudores podrán radicar una contestación a su réplica o contestación en un alegato oral durante la vista. Los Deudores podrán radicar su contestación en un plazo máximo de siete (7) días naturales antes de la celebración de la vista sobre la Objeción global y la réplica.

---

**EL TRIBUNAL SOLO TENDRÁ EN CONSIDERACIÓN SU RÉPLICA SI ESTA SE RADICA <u>Y</u> NOTIFICA ANTES DE LA FECHA LÍMITE PARA RESPONDER DE CONFORMIDAD CON LAS INSTRUCCIONES ESTABLECIDAS EN LA PRESENTE NOTIFICACIÓN.**

---

**Lo que hay que radicar con la réplica**. Su réplica a la Objeción global deberá contener la siguiente información:

(i)    **Datos de contacto**. La réplica deberá contener el **nombre**, la **dirección**, el **número de teléfono** y la **dirección de correo electrónico** 1) de la demandante que responda; 2) del abogado o representante designado de la demandante al que los abogados del ELA del SRE deban notificar una respuesta a la réplica, en su caso; o 3) de la parte con potestad para reconciliar, llegar a un acuerdo o de otro modo resolver la Objeción global en nombre de la demandante.

(ii)    **Epígrafe.** La réplica deberá contener un epígrafe que incluya el nombre del Tribunal, los nombres de los Deudores, el número de procedimiento, el Título de la Objeción global con la que guarde relación la réplica, y el/los número(s) de las evidencias de reclamos relacionados de Prime Clerk (que se enumeran en el Anexo A de la Objeción global y están disponibles en línea, de manera gratuita, en https://cases.primeclerk.com/puertorico).

(iii)    **Motivo(s) para oponerse a la Objeción global**. La réplica deberá explicar con concisión los motivos por los que el Tribunal no debe declarar ha lugar a la Objeción global a su reclamo, incluidos los fundamentos de hecho y de derecho que la demandante vaya a invocar al oponerse a la Objeción global.

(iv)    **Documentación justificativa**. Si ya no está incluida en la evidencia de reclamo, la contestación deberá contener una copia de cualquier otra documentación u otras evidencias relativas al reclamo que la demandante vaya a invocar al oponerse a la Objeción global; con la salvedad de que la demandante no tendrá que revelar en la contestación ninguna información confidencial o reservada o que esté protegida de cualquier otra forma; y también con la salvedad de que la demandante revelará al ELA y al SRE toda la información y proporcionará copias de la totalidad de los documentos que considere que son confidenciales o reservados o que estén protegidos de cualquier otra forma y que tenga la intención de invocar en apoyo de su reclamo, con sujeción a las restricciones de confidencialidad pertinentes.

**Dónde y cómo radicar y notificar una réplica**. Todas las réplicas deberán radicarse de forma electrónica ante el Tribunal con el nombre de expediente *En el asunto de: Estado Libre Asociado de Puerto Rico*, núm. de procedimiento 17 BK 3283-LTS. Hay dos métodos que puede utilizar para radicar su réplica:

1. **En línea**. Los usuarios inscritos en el sistema del Tribunal de radicación de causas deberán radicar su réplica de forma electrónica en un formato de documento que permita hacer búsquedas.

2. **Por correo postal**. Si usted no es un abogado que sea usuario inscrito en el sistema del Tribunal de radicación de causas, podrá radicar y notificar una réplica por correo postal dirigida a la Secretaría del Tribunal, a la Junta de Supervisión y al Comité de Acreedores a las siguientes direcciones:

Case:17-03283-LTS Doc#:8980-4 Filed:10/24/19 Entered:10/24/19 18:54:01 Desc:
Exhibit C Page 12 of 13

Secretaría (*Clerk's Office*)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

Abogado de la Junta de Supervisión (*Counsel for the Oversight Board*)
Proskauer Rose LLP
Eleven Times Square
Nueva York, Nueva York 10036-8299
A/A: Martin J. Bienenstock
Brian S. Rosen

Abogado del Comité de Acreedores (*Counsel for the Creditors'
Committee*)
Paul Hastings LLP
200 Park Avenue
Nueva York, Nueva York 10166
A/A: Luc A. Despins
James Bliss
James Worthington
G. Alexander Bongartz

SU RÉPLICA deberá enviarse para que se reciba por la Secretaría, la Junta de Supervisión y el Comité de Acreedores a más tardar a las **04:00 p.m. (AST)** del **26 de noviembre de 2019**, salvo extensión por escrito por parte del ELA o el SRE o previa solicitud por escrito dirigida al Tribunal y una orden del Tribunal que extienda la fecha límite.

Si no puede radicar y notificar una réplica en línea o por correo postal, según se especificó anteriormente, podrá radicar una réplica en persona en la siguiente dirección a más tardar a las **04:00 p.m. (AST)** del **26 de noviembre de 2019**, salvo extensión por escrito por parte del ELA o el SRE o previa solicitud por escrito dirigida al Tribunal y una orden del Tribunal que extienda la fecha límite:

Secretaría (*Clerk's Office*)
Tribunal de Distrito de los Estados Unidos
#150 Chardon Avenue
Federal Building
San Juan (Puerto Rico) 00918

Su réplica deberá incluir un certificado de notificación que indique la forma en la que se ha efectuado la notificación.

Si tiene alguna pregunta sobre cómo radicar y notificar una réplica, incluidas preguntas sobre el sistema del tribunal de radicación de causas, comuníquese con **Prime Clerk** llamando al **número directo (844) 822-9231**.

**Reserva de derechos**. NINGUNA DISPOSICIÓN CONTENIDA EN LA OBJECIÓN GLOBAL O EN LA PRESENTE NOTIFICACIÓN SE CONSIDERA NI CONSIDERARÁ QUE

5



..., ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... RE,
O .. ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ...
CONFORME AL TÍTULO III, A IMPUGNAR CUALESQUIERA RECLAMOS, A HACER
VALER CONTRARECLAMOS, DERECHOS A COMPENSACIÓN O RECUPERACIÓN, O
... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... CAUSAS
RADICADAS DE UNA DEMANDANTE) ADUCIENDO CUALQUIER MOTIVO QUE NO SE
HAYA ALEGADO PREVIAMENTE EN UNA OBJECIÓN, SALVO QUE EL TRIBUNAL
HAYA DECLARADO HA LUGAR A UN RECLAMO U ORDENADO OTRA COSA, O A
SOLICITAR QUE SE DECLARE HA LUGAR CUALQUIER RECLAMO EN EL FUTURO, A
SU DEBIDO TIEMPO, LAS PARTES AFECTADAS RECIBIRÁN LA NOTIFICACIÓN
PERTINENTE DE TODO ELLO.

---

### Recursos adicionales y con quién comunicarse en el caso de que tenga que formular preguntas

Todos los documentos enviados en el marco de las causas radicadas conforme al Título III, incluidas copias de los reclamos radicados utilizando CM/ECF, se encuentran disponibles en línea, de manera gratuita, en https://cases.primeclerk.com/puertorico. El mantenimiento de dicho sitio web lo realiza Prime Clerk; el sitio web incluye una base de datos que permite efectuar búsquedas y que ayuda a localizar documentos.

Para obtener información adicional sobre la Objeción global, el estado de su réplica, su reclamo o la presente notificación, comuníquese con Prime Clerk llamando a su número directo **(844) 822-9231** (número gratuito para Estados Unidos y Puerto Rico) o al **(646) 486-7944** (para llamadas desde el extranjero), disponibles entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español). También podrá enviar consultas a la siguiente dirección de correo electrónico: puertoricoinfo@primeclerk.com.



**GOBIERNO DE PUERTO RICO**

DEPARTAMENTO DE EDUCACIÓN

### Escuela Purificación Rodríguez Torres
Distrito Escolar de Santa Isabel – Municipio de Coamo

*Oficina del Director*
*Dr. Ángel Santiago Rivera*

4 de marzo de 2020

A Quien Pueda Interesar:

Por la presente certifico, que el <u>Sr. José R. Santiago Meléndez</u> trabaja en la <u>Escuela Purificación Rodríguez Torres</u>, Distrito Escolar de Coamo en calidad de Maestro. Dicho empleado comenzó a trabajar en nuestra escuela en septiembre de 2000 hasta el presente año.

Cualquier duda al respecto, favor comunicarse al teléfono 787-825-1684.

Cordialmente,

Ángel L. Santiago Rivera, Ed.D
Director Escolar

SELLO ESCOLAR

*El éxito comienza con la voluntad, y la voluntad se alcanza con la perseverancia.* Voluntad, Perseverancia, Éxito
El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico; ni por ser víctima de violencia doméstica, agresión o acecho.



Formulario 482  Rev. 23 oct 18

| Liquidador | Revisor | **2018** | GOBIERNO DE PUERTO RICO DEPARTAMENTO DE HACIENDA | **2018** |
|---|---|---|---|---|

**Número de Serie** 1985767

**PLANILLA DE CONTRIBUCIÓN SOBRE INGRESOS DE INDIVIDUOS AÑO CONTRIBUTIVO 2018 O AÑO COMENZADO EL**

| R | G | RO | V1 | V2 | P1 | P2 | N | D1 | D2 | E | A | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

1 de enero de 2018 Y TERMINADO EL 31 de diciembre de 2018

- ◯ PLANILLA ENMENDADA
- ◯ FALLECIÓ DURANTE EL AÑO:  Día Mes Año
- ◯ CONTRIBUYENTE  ◯ CÓNYUGE
- ◯ CÓNYUGE SUPÉRSTITE RINDE OTRA PLANILLA PARA EL AÑO CONTRIBUTIVO (Indique seguro social y fecha de defunción del cónyuge fallecido:

**Nombre del Contribuyente** JOSE  **Inicial** R  **Apellido Paterno** SANTIAGO  **Apellido Materno** MELENDEZ

Número de Seguro Social Contribuyente

**Dirección Postal** Urb VILLA MADRID

Z18 Calle 4

Coamo          PR     **Código Postal** 00769-0000

Fecha de Nacimiento   Sexo ◯ M ◯ F

Número de Seguro Social Cónyuge 500-_____

Fecha de Nacimiento del Cónyuge   Seguro ◯ M ◯ F

**Nombre e Inicial del Cónyuge** MARTA  **I**  **Apellido Paterno** RIVERA  **Apellido Materno** ESPADA

Teléfono Residencia 7874537056

**Dirección Residencial Completa** (Barrio o Urbanización, Número, Calle) Urb VILLA MADRID

Z18 Calle 4

Coamo          PR     **Código Postal** 00769-0000

Teléfono del Trabajo

Sello de Recibido

Gobierno de Puerto Rico  Área de Rentas Internas  RADICADO ELECTRÓNICAMENTE  02-04-2019 08:05:25 AM  Francisco Parés III  Secretario de Hacienda Interino  DEPARTAMENTO DE HACIENDA

CAMBIO DE DIRECCIÓN: ◯ Sí ◯ No

SOLICITÓ PRÓRROGA: ◯ Sí ◯ No

CONTRATO GOBIERNO: ◯ Contribuyente ◯ Cónyuge

**Correo Electrónico (E-Mail)** rafa.lucha@hotmail.com

**Cuestionario**

| | Sí | NO | |
|---|---|---|---|
| A. | ◯ | ◯ | ¿Ciudadano de Estados Unidos? (Véanse instrucciones) |
| B. | ◯ | ◯ | ¿Residente de Puerto Rico durante todo el año? |

Si contestó "No", indique una de las siguientes:
1. ◯ Fecha de mudanza a P.R. (Día )
2. ◯ Fecha de mudanza fuera de P.R. (Día )
3. ◯ No residente durante todo el año

C. ◯ ◯ ¿Generó ingresos durante el período de residencia en P.R. que no se incluyen en esta planilla? (Si contestó "SÍ", indique la cantidad):
1. ◯ Atribuible al contribuyente $ 0
2. ◯ Atribuible al cónyuge $ 0

D. ◯ ◯ ¿Otros ingresos excluidos o exentos de contribución? (Someta Anejo IE Individuo)

E. ◯ ◯ ¿Individuo residente inversionista? (Someta Anejo F1 Individuo)

F. ◯ ◯ ¿Socio de una sociedad sujeta a tributación bajo el Código de Rentas Internas Federal?

G. ◯ ◯ ¿Militar activo en zona de combate durante el año contributivo? (Fecha en que cesó en el servicio: Día )

H. ◯ ◯ ¿Médico cualificado bajo la Ley 14-2017?
1. ◯ Contribuyente (Núm. decreto )
2. ◯ Cónyuge (Núm. decreto )

**I. FUENTE DE MAYOR INGRESO:**
1. ◯ Empleado del Gobierno, Municipios o Corporaciones Públicas
2. ◯ Empleado del Gobierno Federal
3. ◯ Empleado de Empresa Privada
4. ◯ Retirado/Pensionado
5. ◯ Trabajo Cuenta Propia (Indique la industria o negocio principal)
6. ◯ Otro _____

**J. ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:**
1. ◯ Casado  (Enngerezca aquí ◯ si se acoge al cómputo opcional y pase al Anejo CO Individuo)
2. ◯ Contribuyente individual  (Enngerezca e indique nombre y seguro social del cónyuge si es:
  ◯ Casado con capitulaciones de total separación de bienes
  ◯ Casado que no vivía con su cónyuge)
  ◯ Casado que rinde por separado  (Indique nombre y seguro social del cónyuge arriba)

| Ocupación del contribuyente | Maestro de Escuela | 6110 |
|---|---|---|
| Ocupación del cónyuge | Otros Oficios o Profesiones | 8110 |

**PASE A LA PÁGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO**  **01** (01) | 819 | 00

**Reintegro**

1. CONTRIBUCIÓN PAGADA EN EXCESO (Encasillado 3, línea 29. Indique distribución en las líneas A, B, C y D) ... (02) | 0 | 00
   A) Acreditar a la contribución estimada 2019 ... (03) | 0 | 00
   B) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan ... (04) | 0 | 00
   C) Aportación al Fondo Especial para la Universidad de Puerto Rico ... (05) | 819 | 00
   D) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado de Depósito) ... (06) | 0 | 00

**Pago**

2. TOTAL NO PAGADO DE LA CONTRIBUCIÓN (Encasillado 3, línea 29) ... (07) | 0 | 00
3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado ... (08) | 0 | 00
   (b) Intereses ... (09) | 0 | 00
   (c) Recargos 0 y Penalidades 0 ... (10) | 0 | 00
4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a) más líneas 3(b) y 3(c))

**Depósito**

**AUTORIZACIÓN PARA DEPÓSITO DIRECTO DE REINTEGRO**

| Tipo de cuenta | Número de ruta/tránsito | Número de su cuenta |
|---|---|---|
| ◯ Cheques  ◯ Ahorros | 021502011 | 072134828 |

Cuenta a nombre de: JOSE SANTIAGO MELENDEZ  y  MARTA RIVERA ESPADA
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge.)

Declaro bajo penalidad de perjurio que he examinado la información provista en esta planilla, anejos y documentos que se acompañan, y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

| Firma del Contribuyente | Fecha | Firma del Cónyuge | Fecha |
|---|---|---|---|
| Firmada Electrónicamente | 02-04-2019 | Firmada Electrónicamente | 02-04-2019 |

Nombre del Especialista (Letra de Molde)  Luis A Torres

Nombre de la Firma o Negocio  Luis A Torres

**04**

Formulario
Form 499R-2/W-2PR
Rev. 07.18

**222**

GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
**COMPROBANTE DE RETENCIÓN - WITHHOLDING STATEMENT**

1. Nombre - First Name

JOSE R

Apellido(s) - Last Name(s)

SANTIAGO MELENDEZ

Dirección Postal del Empleado - Employee's Mailing Address

Urb VILLA MADRID Z18 Calle 4 Coamo PR 00769-0000

Fecha de Nacimiento:
Date of Birth:

2. Nombre y Dirección Postal del Patrono
Employer's Name and Mailing Address

DEPT EDUCACION
ESQUINA CALAF San Juan PR 00919

Número de Teléfono del Patrono
Employer's Telephone Number

Fecha Cese de Operaciones:
Cease of Operations Date:

Número Confirmación de Radicación Electrónica
Electronic Filing Confirmation Number

F0717193216

Número Control - Control Number

180048817

Fecha de radicación: 31 de enero - Filing date: January 31

3. Núm. Seguro Social
Social Security No.

4. Núm. de Ident. Patronal
Employer Ident. No. (EIN)

5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage
0

6. Donativos
Charitable Contributions
0

**Patrono: - Employer:**
Indique si la remuneración incluye pagos al empleado por:
Indicate if the remuneration includes payments to the employee for:

A- ☐ Servicios prestados por un médico cualificado bajo la Ley 14-2017
Services rendered by a qualified physician under Act 14-2017

B- ☐ Servicios domésticos
Domestic services

C- ☐ Otros / Others:

Año:
Year: **2018**

**INFORMACIÓN PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION**

7. Sueldos - Wages
27,467

8. Comisiones - Commissions
0

9. Concesiones - Allowances
0

10. Propinas - Tips
0

11. Total = 7 + 8 + 9 + 10
27,467

12. Gastos Reemb. y Beneficios Marginales
Reimb. Expenses and Fringe Benefits
0

13. Cont. Retenida - Tax Withheld
835

14. Fondo de Retiro Gubernamental
Governmental Retirement Fund
2,397

15. Aportaciones a Planes Calificados
Contributions to CODA PLANS
0

Salarios Exentos (Ver instrucciones)
Exempt Salaries (See instructions)

16. Código/Code
16A. Código/Code
16B. Código/Code
0

16C. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program
0

**INFORMACIÓN PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION**

17. Total Sueldos Seguro Social
Social Security Wages
0

18. Seguro Social Retenido
Social Security Tax Withheld
0

19. Total Sueldos y Pro. Medicare
Medicare Wages and Tips
27,467

20. Contrib. Medicare Retenida
Medicare Tax Withheld
398

21. Propinas Seguro Social
Social Security Tips
0

22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips
0

23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips
0

Planilla Radicada Electrónicamente

☒ W2
☐ W2C

Formulario 482  Rev.  4 dic 17

**FORMA ÚNICA**  **2017**   GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA   **2017**

Liquidador      Revisor

Número de Serie

| R | G | RO | V1 | V2 | P1 | P2 | N | D1 | D2 | E | A | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

PLANILLA DE CONTRIBUCIÓN SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2017 O AÑO COMENZADO EL

1_ de _ enero_ de 2017 Y TERMINADO EL _31_ de _ diciembre_ de 2017

○ PLANILLA ENMENDADA
○ FALLECIDO DURANTE EL AÑO:   Día  Mes  Año
  ○ CONTRIBUYENTE  ○ CÓNYUGE

Nombre del Contribuyente   Inicial  Apellido Paterno  Apellido Materno
JOSE   R   SANTIAGO   MELENDEZ

Número de Seguro Social Contribuyente

○ CÓNYUGE SUPÉRSTITE RINDE OTRA PLANILLA PARA EL AÑO CONTRIBUTIVO (Indique seguro social y fecha de defunción del cónyuge fallecido):
  Día  Mes  Año

Dirección Postal
Urb VILLA MADRID

Fecha de Nacimiento   Sexo
Día  Mes  Año

Sello de Recibido

Z18 Calle 4

Número de Seguro Social Cónyuge

Coamo PR    00769

Fecha de Nacimiento del Cónyuge   Sexo
Día  Mes  Año   ○ M  ○ F

05/04/2018

Código Postal

03:50:02 M

Nombre e Inicial del Cónyuge   Apellido Paterno  Apellido Materno
MARTA   I   RIVERA   ESPADA

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)
Urb VILLA MADRID

Teléfono Residencia
(787) 453-7056

Z18 Calle 4

Teléfono del Trabajo

Coamo PR     Código Postal 00769

CAMBIO DE DIRECCIÓN: ○ SÍ ○ No

Correo Electrónico (E-Mail) rafa.lucha@hotmail.com

SOLICITÓ PRÓRROGA: ○ SÍ ○ No   CONTRATO GOBIERNO: ○ Contribuyente ○ Cónyuge

**Cuestionario**

SÍ  NO
A. ○ ○ ¿Ciudadano de Estados Unidos? (Véanse instrucciones)
B. ○ ○ ¿Residente de Puerto Rico durante todo el año?
  Si contestó "No", indique una de las siguientes:
  1. ○ Fecha de mudanza a P.R. (Día___ Mes___ Año___ )
  2. ○ Fecha de mudanza fuera de P.R. (Día___ Mes___ Año___ )
  3. ○ No residente durante todo el año
C. ○ ○ ¿Generó ingresos fuera del período de residencia en P.R. que no se incluyen en esta planilla? (Si contestó "Sí", indique la cantidad):
  1. ○ Atribuible al contribuyente $_____
  2. ○ Atribuible al cónyuge $_____
D. ○ ○ ¿Otros ingresos excluidos o exentos de contribución? (Someta Anejo IE Individuo)
E. ○ ○ ¿Individuo residente inversionista? (Someta Anejo F1 Individuo)
F. ○ ○ ¿Socio de una sociedad sujeta a tributación bajo el Código de Rentas Internas Federal?
G. ○ ○ ¿Militar activo en zona de combate durante el año contributivo? (Fecha en que cesó en el servicio: Día___ Mes___ Año___ )
H. ○ ○ ¿Médico cualificado bajo la Ley 14-2017?
  1. ○ Contribuyente (Núm. decreto _____)
  2. ○ Cónyuge (Núm. decreto _____)

**FUENTE DE MAYOR INGRESO:**
1. ○ Empleado del Gobierno, Municipios o Corporaciones Públicas
2. ○ Empleado del Gobierno Federal
3. ○ Empleado de Empresa Privada
4. ○ Retirado/Pensionado
5. ○ Trabajo Cuenta Propia (Indique la industria o negocio principal)
6. ○ Otro

**ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:**
○ Casado
  (Ennegrezca aquí ○ si se acoge al cómputo opcional y pase al Anejo CO Individuo)
○ Contribuyente individual
  (Ennegrezca e indique nombre y seguro social del cónyuge si es:
  ○ Casado con capitulaciones de total separación de bienes
  ○ Casado que no vivía con su cónyuge
○ Casado que rinde por separado
  (Indique nombre y seguro social del cónyuge arriba)

Ocupación del contribuyente  Maestro de Escuela   6110
Ocupación del cónyuge   AMA DE CASA   8110

**PASE A LA PÁGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.**   01

**Reintegro**

1. CONTRIBUCIÓN PAGADA EN EXCESO (Encasillado 3, línea 29. Indique distribución en las líneas A, B, C y D) .......... (01) | 704 | 00
  A) Acreditar a la contribución estimada 2018 .......... (02) | | 00
  B) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan .......... (03) | | 00
  C) Aportación al Fondo Especial para la Universidad de Puerto Rico .......... (04) | | 00
  D) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado de Depósito) .......... (05) | 704 | 00

**Pago**

2. TOTAL NO PAGADO DE LA CONTRIBUCIÓN (Encasillado 3, línea 29) .......... (07) | | 00
3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado .......... (07) | | 00
  (b)  Intereses .......... (08) | | 00
  (c)  Recargos _____ y Penalidades _____ .......... (09) | | 00
4. BALANCE PENDIENTE DE PAGO (Línea 2 menos 3(a) más líneas 3(b) y 3(c)) .......... (10) | | 00

**Depósito**

**AUTORIZACIÓN PARA DEPÓSITO DIRECTO DE REINTEGRO**

Tipo de cuenta
○ Cheques ○ Ahorros

Número de ruta/tránsito  0 2 1 5 0 2 0 1 1

Número de su cuenta  0 7 2 1 3 4 8 2 8

Cuenta a nombre de:  JOSE SANTIAGO MELENDEZ   y  MARTA RIVERA ESPADA
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que he examinado la información incluida en este planilla, tomando conocimiento de que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

Firma del Contribuyente  Fecha
✓ FIRMADA ELECTRONICAMENTE   05/04/2018

Firma del Cónyuge  Fecha
FIRMADA ELECTRONICAMENTE   05/04/2018

LUIS A TORRES   TORRES ASSOCIATES

Form 499R-2/W-2PR
Rev. 07.17

**222**

GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
**COMPROBANTE DE RETENCIÓN - WITHHOLDING STATEMENT**

INFORMACIÓN PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION

INFORMACIÓN PARA EL SEGURO SOCIAL
SOCIAL SECURITY INFORMATION

| | |
|---|---|
| 1. Nombre - First Name   JOSE | 3. Núm. Seguro Social  Social Security No. |
| Apellido(s) - Last Name(s)   R SANTIAGO MELENDEZ | 4. Núm. de Ident. Patronal  Employer Ident. No. (EIN) |
| Dirección Postal del Empleado - Employee's Mailing Address   URB. VILLA MADRID C 4  COAMO PR 00769 | 5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage   0.00 |
| Fecha de Nacimiento:  Día  Mes  Año  Date of Birth:  Day  Month  Year | 6. Donativos  Charitable Contributions   0.00 |

| | |
|---|---|
| 7. Sueldos - Wages | 26,320.87 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total = 7 + 8 + 9 + 10 | 26,320.87 |
| 12. Gastos Reemb. y Beneficios Marginales  Reimb. Expenses and Fringe Benefits | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 749.90 |
| 14. Fondo de Retiro Gubernamental  Governmental Retirement Fund | 2,309.51 |
| 15. Aportaciones a Planes Cualific.  Contributions to CODA PLANS | 0.00 |

| | |
|---|---|
| 17. Total Sueldos Seguro Social  Social Security Wages | 0.00 |
| 18. Seguro Social Retenido  Social Security Tax Withheld | 0.00 |
| 19. Total Sueldos y Pro. Medicare  Medicare Wages and Tips | 26,320.87 |
| 20. Contrib. Medicare Retenida  Medicare Tax Withheld | 381.65 |
| 21. Propinas Seguro Social  Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido  en Propinas - Uncollected  Social Security Tax on Tips | 0.00 |
| 23. Contrib. Medicare no Retenida  en Propinas - Uncollected  Medicare Tax on Tips | 0.00 |

2. Nombre y Dirección Postal del Patrono
   Employer's Name and Mailing Address
DEPT DE EDUCACION MAESTROS
AVENIDA TENIENTE CESAR
ESQUINA CALAF
HATO REY PR 00919

Número de Teléfono del Patrono
Employer's Telephone Number   (787) 773-3508

Fecha Cese de Operaciones:  Día  Mes  Año
Cease of Operations Date:  Day  Month  Year

Número Confirmación de Radicación Electrónica
Electronic Filing Confirmation Number
S170008

Número Control - Control Number
006975289

**Patrono - Employer:**
• Envíe a: - Send to:
Social Security Administration
Data Operations Center
Wilkes-Barre, PA 18769-0001
Con la
With the   W-3PR
• Envíe al Departamento de Hacienda
electrónicamente
Send to  Department of the Treasury
electronically
(www.hacienda.pr.gov)
• Entregue dos copias al empleado
Deliver two copies to employee
• Conserve copia para sus records
Keep copy for your records

Salarios Exentos (Ver instrucciones)
Exempt Salaries (See instructions)
Código/Code

16.   0.00
Código/Code

16A.   0.00

16B. Aportaciones al Programa Ahorra y
Duplica tu Dinero - Contributions to the
Save and Double your Money Program

Año:
Year:  **2017**

Fecha de radicación: 31 de enero - Filing date: January 31

---

**INSTRUCCIONES PARA EL EMPLEADO**
DEBERÁ SOMETER COPIA AL RENDIR SU PLANILLA

De acuerdo al Código de Rentas Internas de Puerto Rico de 2011, según enmendado (Código), viene obligado a rendir planilla de contribución sobre ingresos todo individuo residente que:

• sea contribuyente individual o casado, si durante el año contributivo tuviere un ingreso bruto reducido por las exenciones de la Sección 1031.02 mayor de $5,000;
• sea casado que vivía con su cónyuge y opte por rendir planilla separada, si durante el año contributivo tuviere un ingreso bruto reducido por las exenciones de la Sección 1031.02 del Código de $2,500 o más; o
• tenga ingreso neto sujeto a contribución básica alterna de $150,000 o más.

**PENALIDAD** – El Código dispone lo siguiente: Toda persona obligada bajo cualquier Subtítulo del Código a rendir una planilla, declaración, certificación o informe, que voluntariamente dejare de rendir dicha planilla, declaración, certificación o informe dentro del término o términos fijados por el Subtítulo correspondiente o por reglamentos, además de otras penalidades establecidas por el Código, incurrirá en delito menos grave, y en caso de convicción, será castigada con pena de multa no mayor de $5,000, o con pena de reclusión por un término máximo de 90 días, o ambas penas, a discreción del tribunal, más las costas del proceso. En aquellos casos en que cualquier persona voluntariamente dejare de rendir dicha planilla, declaración, certificación o informe (dentro de los términos fijados por el Subtítulo correspondiente o por reglamentos), con la intención de evadir o derrotar cualquier contribución impuesta por el Código, además de otras penalidades establecidas por el Código, incurrirá en un delito grave de tercer grado, y en caso de convicción, será sancionada con pena de reclusión la cual fluctuará entre tres años un día y ocho años. El Tribunal a su discreción podrá imponer la pena fija de reclusión establecida o pena de multa que no excederá de $20,000, o ambas penas, más las costas del proceso.

Retenga copia de este formulario para sus records. Puede usarla para establecer su derecho a los beneficios de seguro social. Si su nombre, dirección o número de seguro social están incorrectos, informe el error a su patrono para que le complete un Formulario 499R-2c/W-2cPR.

**INSTRUCTIONS FOR THE EMPLOYEE**
A COPY MUST BE SUBMITTED WITH YOUR RETURN

Pursuant to the Puerto Rico Internal Revenue Code of 2011, as amended (Code), an income tax return must be filed by any resident individual who:

• is an individual or married taxpayer, who during the taxable year had gross income, reduced by the exemptions established in Code Section 1031.02, greater than $5,000;
• is a married individual who lived with his/her spouse, and elects to file separate returns, that during the taxable year had gross income, reduced by the exemptions established in Code Section 1031.02, of $2,500 or more; or
• has net income subject to alternate basic tax of $150,000 or more.

**PENALTY** – The Code provides the following: Every person required under any Subtitle of the Code to file a return, statement, certification or report, who willfully fails to file such return, statement, certification or report within the term or terms established by the corresponding Subtitle or by regulations, in addition to other penalties provided by the Code, shall be guilty of a misdemeanor, and upon conviction thereof, punished by a fine of not more than $5,000, or imprisonment for a term of not more than 90 days, or both penalties, at the discretion of the Court, plus the costs of prosecution. In the case of any person who willfully fails to file such return, statement, certification or report (within the terms established by the corresponding Subtitle or by regulations), with the intention to evade or defeat any tax imposed by the Code, in addition to other penalties provided by the Code, shall be guilty of a third degree felony, and upon conviction thereof, punished by imprisonment for a term ranging from three years and one day to eight years. The Court may impose, at its discretion, the fixed penalty of imprisonment provided or a fine of not more than $20,000, or both penalties, plus the costs of prosecution.

Keep copy of this form for your records. You can use it to prove your right to social security benefits. If your name, address or social security number are...

Formulario
Form 499R-2/W-2PR
Rev. 00.16

**222**

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

**COMPROBANTE DE RETENCIÓN - WITHHOLDING STATEMENT**

| INFORMACIÓN PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION | INFORMACIÓN PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |

1. Nombre - First Name

JOSE R

3. Núm. Seguro Social
Social Security No.
58▮▮▮▮▮07

7. Sueldos - Wages
26,325

17. Total Sueldos Seguro Social
Social Security Wages
0

Apellido(s) - Surname(s)

SANTIAGO MELENDEZ

4. Núm. de Ident. Patronal
Employer Ident. No. (EIN)
660▮▮▮▮▮▮

8. Comisiones - Commissions
0

9. Concesiones - Allowances
0

18. Seguro Social Retenido
Social Security Tax Withheld
0

Dirección Postal del Empleado - Employee's Mailing Address

Urb VILLA MADRID Z18 Calle 4 Coamo PR 00769-0000

5. Costo de cubierta de salud auspiciada
por el patrono - Cost of employer-
sponsored health coverage
0

10. Propinas - Tips
0

11. Total = 7 + 8 + 9 + 10
26,325

19. Total Sueldos y Pro. Medicare
Medicare Wages and Tips
26,325

Fecha de Nacimiento:
Date of Birth:     28-01-1973

6. Donativos
Charitable Contributions
0

12. Gastos Reemb. y Beneficios Marginales
Reimb. Expenses and Fringe Benefits
0

20. Contrib. Medicare Retenida
Medicare Tax Withheld
381

2. Nombre y Dirección Postal del Patrono
Employer's Name and Mailing Address

DEPT EDUCACION
ESQUINA CALAF San Juan PR 00919

**Patrono: - Employer:**
• Envíe a: - Send to:
Social Security Administration
Data Operations Center
Wilkes-Barre, PA 18769-0001
Con la       With the   W-3PR
• Envíe al Departamento de Hacienda
electrónicamente
Send to  Department of the Treasury
electronically
(www.hacienda.pr.gov)
• Entregue dos copias al empleado
Deliver two copies to employee
• Conserve copia para sus récords
Keep copy for your records

13. Cont. Retenida - Tax Withheld
749

21. Propinas Seguro Social
Social Security Tips
0

14. Fondo de Retiro Gubernamental
Governmental Retirement Fund
2,315

15. Aportaciones a Planes Cualific.
Contributions to CODA PLANS
0

Salarios Exentos (Ver instrucciones)
Exempt Salaries (See instructions)
Código/Code   16.
0

16A.      0

22. Seguro Social no Retenido
en Propinas - Uncollected
Social Security Tax on Tips
0

Número de Teléfono del Patrono
Employer's Telephone Number

Fecha Cese de Operaciones:
Cease of Operations Date:

Número Confirmación de Radicación Electrónica
Electronic Filing Confirmation Number
S160021

Código/Code
0

23. Contrib. Medicare no Retenida
en Propinas - Uncollected
Medicare Tax on Tips
0

Número Control - Control Number
006251806

Año:
Year:   **2016**

16B. Aportaciones al Programa Ahorra y
Duplica tu Dinero - Contributions to the
Save and Double your Money Program
0

Fecha de radicación:  31 de enero - Filing date: January 31

---

[X] W2
[ ] W2C

*Planilla Radicada Electrónicamente*

Formulario 482  Rev. 20 oct 15

**FORMA ÚNICA**  **2015**

Liquidador   Revisor

Número de Serie

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA

**PLANILLA DE CONTRIBUCIÓN SOBRE INGRESOS DE INDIVIDUOS**
**AÑO CONTRIBUTIVO 2015** O AÑO COMENZADO EL

**2015**

| R | G | RO | VI | V1 | I2 | N | D1 | D2 | E | A | M |
|---|---|----|----|----|----|----|----|----|----|----|----|

1 de enero de 2015 Y TERMINADO EL 31 de diciembre de 2015

○ PLANILLA ENMENDADA
○ FALLECIÓ DURANTE EL AÑO   Día   Mes   Año
○ CONTRIBUYENTE   ○ CÓNYUGE

Nombre del Contribuyente   Inicial   Apellido Paterno   Apellido Materno
JOSE   R   SANTIAGO   MELENDEZ

Número de Seguro Social Contribuyente

○ CÓNYUGE SUPERSTITE DE OTRA PLANILLA PARA EL AÑO CONTRIBUTIVO (Indique seguro social y fecha de defunción del cónyuge fallecido)
Núm. Seg. Social   Día   Mes   Año

Dirección Postal
Urb VILLA MADRID

Z18 Calle 4

Coamo PR        00769

Fecha de Nacimiento   Sexo
Día   Mes   Año

Número de Seguro Social Cónyuge

Sello de Recibido

09/04/2016

11:13:36 AM

Código Postal

Nombre e Inicial del Cónyuge   Apellido Paterno   Apellido Materno

Fecha de Nacimiento del Cónyuge   Sexo
Día   Mes   Año   ○ M   ○ F

Teléfono Residencia
(787) 453-7056
Teléfono del Trabajo

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)
BO. LOS LLANOS

SECTOR CARIBE 596

Coamo PR        Código Postal 00769

CAMBIO DE DIRECCIÓN: ○ Sí ○ No

Correo Electrónico (Email) rafa.lucha@hotmail.com

PRÓRROGA: ○ Sí ○ No

**Cuestionario**

SÍ NO
A. ○ ○ Ciudadano de Estados Unidos?
B. ○ ○ Residente de Puerto Rico durante todo el año?
Si contestó "No", indique una de las siguientes:
○ Fecha de mudanza a P.R.
○ Fecha de mudanza fuera de P.R.
○ No residente durante todo el año
C. ○ ○ Generó ingresos fuera del período de residencia en P.R. que no se incluyen en esta planilla? (Si contestó "SÍ", indique la cantidad)
○ Atribuible al contribuyente $_____
○ Atribuible al cónyuge $_____
D. ○ ○ Otros ingresos excluidos o exentos de contribución? (Someta Anejo IE Individuo)
E. ○ ○ Individuo residente inversionista? (Someta Anejo F1 Individuo)
F. ○ ○ Socio de una sociedad sujeta a tributación bajo el Código de Rentas Internas Federal?
G. ○ ○ Militar activo en zona de combate? (Fecha en que cesó en el servicio)

FUENTE DE MAYOR INGRESO:
1. ○ Empleado del Gobierno, Municipios o Corporaciones Públicas
2. ○ Empleado del Gobierno Federal
3. ○ Empleado de Empresa Privada
4. ○ Retirado/Pensionado
5. ○ Trabajo Cuenta Propia (Indique la industria o negocio principal)
6. ○ Otro

ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:
○ Casado
(Enmarca aquí ○ si se acoge al cómputo opcional y llene el Anejo CO Individuo)
○ Contribuyente individual
(Enmarca e indique nombre y seguro social del cónyuge si es:
○ Casado con capitulaciones de total separación de bienes
○ Casado que no vivía con su cónyuge)
○ Casado que rinde planilla por separado
(Indique nombre y seguro social del cónyuge arriba)

CONTRATO CON GOBIERNO:
○ Contribuyente   ○ Cónyuge

Su ocupación Maestro de Escuela   6110   Ocupación cónyuge

**PASE A LA PÁGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.**

**Reintegro**

1. CONTRIBUCIÓN PAGADA EN EXCESO (Encasillado 3, línea 27. Indique distribución en las líneas A, B, C y D) ..... **01** | 1,383 | 00
A) Acreditar a la contribución estimada 2016 ..... | | 00
B) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan ..... | | 00
C) Aportación al Fondo Especial para la Universidad de Puerto Rico ..... | 1,383 | 00
D) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado de Depósito) ..... | | 00

**Pago**

2. TOTAL NO PAGADO DE LA CONTRIBUCIÓN (Encasillado 3, línea 27) ..... | | 00
3. Menos: Cantidad pagada (a)  Con Planilla o Electrónicamente a través de un Programa Certificado ..... (a) | |
(b) Intereses ..... (b) | |
(c) Recargos _____ y Penalidades _____ ..... (c) | |
4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a)) ..... | | 00

**Depósito**

AUTORIZACIÓN PARA DEPÓSITO DIRECTO DE REINTEGRO

Tipo de cuenta   Número de ruta/tránsito   Número de su cuenta
○ Cheques ○ Ahorros   | 0 | 2 | 1 | 5 | 0 | 2 | 0 | 1 | 1 |   | 0 | 7 | 2 | 1 | 3 | 4 | 8 | 2 | 8 |

Cuenta a nombre de: **JOSE SANTIAGO MELENDEZ**
(Nombre completo en letra de molde según aparece en su cuenta. Si está casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que he examinado la información incluida en esta planilla, anejos y documentos que se acompañan, y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

Firma del Contribuyente   Fecha   Firma del Cónyuge   Fecha
✓ FIRMADA ELECTRONICAMENTE   09/04/2016   ✓

Nombre de la Firma o Negocio
**TORRES ASSOCIATES**

**04** Nombre del Especialista (Letra de Molde)
**LUIS TORRES**

Firma del Especialista   Fecha   Especialista por cuenta   Número de Registro
(Nombre y número/empresa/especialista)

Formulario
rm 499R-2/W-2 PR
V. 08.15

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

| INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
|---|---|

Nombre-First Name
JOSE

Ellido(s) - Surname(s)
SANTIAGO MELENDEZ

Dirección Postal del Empleado-Employee's Mailing Address
URB. VILLA MADRID C-4 Z-18
COAMO, PR 00769

Nombre y Dirección Postal del Patrono
Employer's Name and Mailing Address
DEPT DE EDUCACION-MAESTROS
AVENIDA TENIENTE CESAR GONZALE
ESQUINA CALAF
HATO REY, PR 00919

Número de Teléfono del Patrono
Employer's Telephone Number

Fecha Cese de Operaciones:
Cease of Operations Date:   Dia / Day   Mes / Month   Año / Year

Número Confirmación de Radicación Electrónica
Electronic Filing Confirmation Number
S150008

Número Control - Control Number
**004903672**

Fecha de radicación: 31 de enero - Filing date: January 31

3. Núm. Seguro Social
Social Security No.

4. Núm. de Ident. Patronal
Employer Ident. No. (EIN)

5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage
0.00

6. Donativos
Charitable Contributions

**Patrono: - Employer:**
* Envíe a: - Send to:
Social Security Administration
Data Operations Center Wilkes-Barre, PA 18769-0001
Con la
With the   W-3PR
* Envíe al Departamento de Hacienda electrónicamente
Send to Department of the Treasury electronically
(www.hacienda.pr.gov)
* Entregue dos copias al empleado
Deliver two copies to employee
* Conserve copia para sus récords
Keep copy for your records

Año:
Year:   **2015**

| 7. Sueldos - Wages | 26371.03 |
|---|---|
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total=7+8+9+10 | 26371.03 |
| 12. Gastos Reemb. y Beneficios Marginales Reimb. Expenses and Fringe Benefits | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 752.72 |
| 14. Fondo de Retiro Gubernamental Governmental Retirement Fund | 2319.39 |
| 15. Aportaciones a Planes Cualific. Contributions to CODA PLANS | 0.00 |
| 16. Salarios Exentos (Ver instrucciones) Exempt Salaries (See instructions) | 0.00 |
| 16A. Código de Salarios Exentos Exempt Salaries Code | |
| 16B. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program | 0.00 |

| 17. Total Sueldos Seguro Social Social Security Wages | 0.00 |
|---|---|
| 18. Seguro Social Retenido Social Security Tax Withheld | 0.00 |
| 19. Total Sueldos y Pro. Medicare Medicare Wages and Tips | 26371.03 |
| 20. Contrib. Medicare Retenida Medicare Tax Withheld | 382.38 |
| 21. Propinas Seguro Social Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0.00 |
| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

Reproducido por: Departamento de Hacienda

Formulario 482 Rev. 31 oct 14

# FORMA ÚNICA 2014

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**DEPARTAMENTO DE HACIENDA**

**2014**

Liquidador   Revisor

**PLANILLA DE CONTRIBUCIÓN SOBRE INGRESOS DE INDIVIDUOS**
AÑO CONTRIBUTIVO 2014 O AÑO COMENZADO EL

| R | G | RO | V1 | V2 | P1 | P2 | N | D1 | D2 | E | A | M |
|---|---|----|----|----|----|----|---|----|----|---|---|---|

1 de enero de 2014 Y TERMINADO EL 31 de diciembre de 2014

Número de Serie

○ PLANILLA ENMENDADA

○ FALLECIDO DURANTE EL AÑO: ___ Mes ___ Año

| Nombre del Contribuyente | Inicial | Apellido Paterno | Apellido Materno |
|---|---|---|---|
| JOSE | R | SANTIAGO | MELENDEZ |

Número de Seguro Social Contribuyente

○ CONTRIBUYENTE   ○ CÓNYUGE

**Dirección Postal**
Urb VILLA MADRID
Z18 Calle 4
Coamo PR

Fecha de Nacimiento   Sexo ○ M ○ F
Número de Seguro Social Cónyuge

○ CONYUGE SUPÉRSTITE RINDE OTRA PLANILLA PARA EL AÑO CONTRIBUTIVO (indique seguro social del cónyuge fallecido)

Sello de Recibo

Código Postal 00769

Fecha de Nacimiento del Cónyuge   Sexo ○ M ○ F

| Nombre e Inicial del Cónyuge | Apellido Paterno | Apellido Materno |
|---|---|---|

Teléfono Residencia

**Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)**
BO. LOS LLANOS
SECTOR CARIBE 596
Coamo PR

(787) 453-7056
Teléfono del Trabajo

Código Postal 00769

Correo Electrónico (E-Mail) afa.lucha@hotmail.com

CAMBIO DE DIRECCIÓN: ○ SI ○ No

¿UTILIZÓ PROGRAMA PRIVADO PARA LLENAR LA PLANILLA? ○ Si ○ No

PLANILLA 2015: ○ ESPAÑOL ○ INGLÉS

## Cuestionario

**SI   NO**

A. ○ ○ ¿Ciudadano de Estados Unidos?
B. ○ ○ ¿Residente de Puerto Rico al finalizar el año?
C. ○ ○ ¿Otros ingresos excluidos o exentos de contribución? (Someta Anejo IE Individuo)
D. ○ ○ ¿Individuo residente inversionista? (Someta Anejo F1 Individuo)

**E. FUENTE DE MAYOR INGRESO:**
1. ○ Empleado del Gobierno, Municipios o Corporaciones Públicas
2. ○ Empleado del Gobierno Federal
3. ○ Empleado de Empresa Privada
4. ○ Retirado/Pensionado
5. ○ Trabajo Cuenta Propia (Indique la industria o negocio principal)
6. ○ Otro

**F. ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:**

1. ○ Casado (Enmegrezca aquí ○ si se acoge al cómputo opcional y pase al Anejo CO Individuo)

2. ○ Contribuyente individual (Enmegrezca e indique nombre y seguro social del cónyuge si es: ○ Casado con total separación de bienes ○ Casado que no viva con su cónyuge)

3. ○ Casado que rinde por separado (indique nombre y seguro social del cónyuge arriba)

Su ocupación Maestro de Escuela   6110   Ocupación cónyuge

**CONTRATO GOBIERNO:**
○ Contribuyente   ○ Cónyuge

PASE A LA PÁGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.

## Reintegro

| | | |
|---|---|---|
| 1. CONTRIBUCIÓN PAGADA EN EXCESO (Encasillado 3, línea 28. Indique distribución en las líneas A, B, C y D) ...... (01) | (01) | 819 00 |
| A) Acreditar a la contribución estimada 2015 ......... | (02) | 00 |
| B) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan .... | (03) | 00 |
| C) Aportación al Fondo Especial a la Universidad de Puerto Rico ......... | (04) | 00 |
| D) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado de Depósito) .... | (05) | 819 00 |

## Pago

| | | |
|---|---|---|
| 2. TOTAL NO PAGADO DE LA CONTRIBUCIÓN (Encasillado 3, línea 28) ...... | (06) | 00 |
| 3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado ...... | (07) | 00 |
| (b) Intereses _____ | (08) | 00 |
| (c) Recargos _____ y Penalidades _____ | (09) | 00 |
| 4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a)) ...... | (10) | 00 |

## Depósito

**AUTORIZACIÓN PARA DEPÓSITO DIRECTO DE REINTEGRO**

Tipo de cuenta   ○ Cheques ○ Ahorros

Número de ruta/tránsito
| 0 | 2 | 1 | 5 | 0 | 2 | 0 | 1 | 1 |
|---|---|---|---|---|---|---|---|---|

Número de su cuenta
| 0 | 7 | 2 | 1 | 3 | 4 | 8 | 2 | 8 |
|---|---|---|---|---|---|---|---|---|

Cuenta a nombre de: JOSE SANTIAGO MELENDEZ   y
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que he examinado la información incluida en esta planilla, anejos y documentos que se acompañan, y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con relación a la información disponible y dicha información ha sido verificada.

| Firma del Contribuyente | Fecha | Firma del Cónyuge | |
|---|---|---|---|
| FIRMADA ELECTRONICAMENTE | 30/03/2015 | | |

Nombre del Especialista (Letra de Molde)
Luis A Torres   (04)

Nombre de la Firma o Negocio
Torres Associates

| Firma del Especialista | Fecha | Especialista por cuenta propia (enmegrezca aquí) | Número de Registro |
|---|---|---|---|
| FIRMADA ELECTRONICAMENTE | 30/03/2015 | | 19571 |

Formulario
Form 499R-2/W-2 PR
Rev. 09.14

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

| | INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
|---|---|---|
| **1. Nombre - First Name** JOSE | **3. Núm. Seguro Social** Social Security No. | **7. Sueldos - Wages** 26130.36 | **17. Total Sueldos Seguro Social** Social Security Wages 0.00 |
| **Apellido(s) - Surname(s)** SANTIAGO MELENDEZ | **4. Núm. de Ident. Patronal** Employer Ident. No. (EIN) | **8. Comisiones - Commissions** 0.00 | **18. Seguro Social Retenido** Social Security Tax Withheld 0.00 |
| **Dirección Postal del Empleado-Employee's Mailing Address** URB. VILLA MADRID C-4 Z-18 COAMO, PR 00769 | **5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage** 0.00 | **9. Concesiones - Allowances** 0.00 | **19. Total Sueldos y Pro. Medicare** Medicare Wages and Tips 26130.36 |
| | | **10. Propinas - Tips** 0.00 | |
| | **6. Donativos** Charitable Contributions 0.00 | **11. Total=7+8+9+10** 26130.36 | |
| **2. Nombre y Dirección Postal del Patrono** Employer's Name and Mailing Address DEPT DE EDUCACION-MAESTROS AVENIDA TENIENTE CESAR GONZALE ESQUINA CALAF HATO REY, PR 00919 | | **12. Gastos Reemb. y Beneficios Marginales** Reimb. Expenses and Fringe Benefits 0.00 | **20. Contrib. Medicare Retenida** Medicare Tax Withheld 378.89 |
| | **Patrono: - Employer:** * Envíe a: - Send to: Social Security Administration Data Operations Center Wilkes-Barre, PA 18769-0001 Con la With the W-3PR | **13. Cont. Retenida - Tax Withheld** 737.39 | |
| | | **14. Fondo de Retiro Gubernamental** Governmental Retirement Fund 2297.73 | |
| **Número de Teléfono del Patrono** Employer's Telephone Number | * Envíe al Departamento de Hacienda electrónicamente Send to Department of the Treasury electronically (www.hacienda.gobierno.pr) | **15. Aportaciones a Planes Cualific.** Contributions to CODA PLANS 0.00 | **21. Propinas Seguro Social** Social Security Tips 0.00 |
| **Fecha Cese de Operaciones:** Día Mes Año Cease of Operations Date: Day Month Year | * Entregue dos copias al empleado Deliver two copies to employee * Conserve copia para sus récords Keep copy for your records | **16. Salarios Exentos (Ver instrucciones)** Exempt Salaries (See instructions) 0.00 | **22. Seguro Social no Retenido en Propinas - Uncollected** Social Security Tax on Tips 0.00 |
| **Número Confirmación de Radicación Electrónica** Electronic Filing Confirmation Number S140003 | | **16A. Código de Salarios Exentos** Exempt Salaries Code | |
| **Número Control - Control Number** 004382947 | **Año:** **2014** Year: | **16B. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program** 0.00 | **23. Contrib. Medicare no Retenida en Propinas - Uncollected** Medicare Tax on Tips 0.00 |
| **Fecha de radicación: 31 de enero - Filing date: January 31** | | | Reproducido por: Departamento de Hacienda |

Formulario 482   Rev. 31 oct 13

| Liquidador | Revisor |
|---|---|

| R | G | RO | V1 | V2 | P2 | N | D2 | E | A | M |
|---|---|---|---|---|---|---|---|---|---|---|

**2013**   ESTADO LIBRE ASOCIADO DE PUERTO RICO   **2013**
DEPARTAMENTO DE HACIENDA
PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2013 O AÑO COMENZADO EL

1 de enero de 2013 Y TERMINADO EL 31 de diciembre de 2013

Número de Serie

○ PLANILLA ENMENDADA
○ FALLECIDO DURANTE EL AÑO:   Día Mes Año
   ○ CONTRIBUYENTE   ○ CONYUGE
○ CONYUGE SUPERSTITE RINDE OTRA PLANILLA
   PARA EL AÑO CONTRIBUTIVO

| Nombre del Contribuyente | Inicial | Apellido Paterno | Apellido Materno |
|---|---|---|---|
| JOSE | R | SANTIAGO | MELENDEZ |

Número de Seguro Social Contribuyente

Dirección Postal
VILLA MADRID
CALLE 4 Z 18
Coamo PR   Código Postal 00769

"Coloque la etiqueta engomada (Label) aquí".

| Nombre e Inicial del Cónyuge | Apellido Paterno | Apellido Materno |
|---|---|---|

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)
BO. LOS LLANOS
SECTOR CARIBE 596
Coamo PR   Código Postal 00769

Fecha de Nacimiento   Sexo
Día Mes Año   ○ M ○ F
Número de Seguro Social Cónyuge

Fecha de Nacimiento del Cónyuge   Sexo
Día Mes Año   ○ M ○ F

Teléfono Residencia   (787) 453-7056
Teléfono del Trabajo

Sello de Recibido
07/04/2014
08:48:12 AM

Correo Electrónico (E-Mail)   rafa.lucha@hotmail.com

CAMBIO DE DIRECCION: ○ Si ⊗ No   PLANILLA 2014: ⊗ ESPAÑOL ○ INGLES

**Cuestionario**
PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE EN ESTE LUGAR)

A. ⊗ Sí ○ No ¿Ciudadano de Estados Unidos?
B. ⊗ Sí ○ No ¿Residente de Puerto Rico al finalizar el año?
C. ○ Sí ⊗ No ¿Otros ingresos excluidos o exentos de contribución?
   **(Someta Anejo IE Individuo)**
D. ○ Sí ⊗ No ¿Individuo residente inversionista?
   **(Someta Anejo F1 Individuo)**

E. FUENTE DE MAYOR INGRESO:
1. Empleado del Gobierno, Municipios o Corporaciones Públicas
2. Empleado del Gobierno Federal
3. Empleado de Empresa Privada
4. Retirado/Pensionado
5. Trabajo Cuenta Propia (Indique la industria o negocio principal)
6. Otro

Su ocupación Maestro de Escuela   6110   Ocupación cónyuge

F. ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:
○ Casado
   (Ennegrezca aquí ○ si se acoge al cómputo opcional y pase al Anejo CO Individuo)
⊗ Contribuyente individual
   (Ennegrezca e indique nombre y seguro social del cónyuge si es:
   ○ Casado con capitulaciones de total separación de bienes
   ○ Casado que no vivía con su cónyuge)
○ Casado que rinde separado
   (Indique nombre y seguro social del cónyuge arriba)

CONTRATO GOBIERNO:
○ Contribuyente   ○ Cónyuge

**PASE A LA PÁGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO**

**Reintegro**

| | | |
|---|---|---|
| 1. CONTRIBUCION PAGADA EN EXCESO (Encasillado 3, línea 28. Indique distribución en las líneas A, B, C y D) ... (01) | | 847 00 |
| A) Acreditada a la contribución estimada 2014 ............................................................................ (02) | | 00 |
| B) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan ........................... (03) | | 00 |
| C) Aportación al Fondo Especial para la Universidad de Puerto Rico ...................................... (04) | | 00 |
| D) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado de Depósito ... (05) | | 847 00 |

**Pago**

| | | |
|---|---|---|
| 2. TOTAL NO PAGADO DE LA CONTRIBUCION (Encasillado 3, línea 28) ...................................... (06) | | 00 |
| 3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado ... (07) | | 00 |
| (b) Intereses ...................................... (08) | | 00 |
| (c) Recargos _____ y Penalidades _____ (09) | | 00 |
| 4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a)) ...................................... | | 00 |

**AUTORIZACION PARA DEPOSITO DIRECTO DE REINTEGRO**

**Depósito**

Tipo de cuenta
⊗ Cheque ○ Ahorros

Número de ruta/tránsito
0 2 1 5 0 2 0 1 1

Número de su cuenta
0 7 2 1 3 4 8 2 8

Cuenta a nombre de: JOSE SANTIAGO MELENDEZ
(Número completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que he examinado la información incluida en esta planilla, anejos y documentos que se acompañan, y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

| Firma del Contribuyente | Fecha | Firma del Cónyuge | Fecha |
|---|---|---|---|
| ✓ FIRMADA ELECTRONICAMENTE | 07/04/2014 | | |

Nombre del Especialista (Letra de Molde)
Luis Torres

Nombre de la Firma o Negocio
Torres Associates

Número de Registro
19571

| Firma del Especialista | Fecha | Especialista por cuenta propia (ennegrezca aquí) ⊗ |
|---|---|---|
| FIRMADA ELECTRONICAMENTE | 07/04/2014 | |

Formulario
Form 499R-2/W-2 PR
Rev. 06.13

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

| INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
|---|---|

1. Nombre-First Name
JOSE

3. Núm. Seguro Social
Social Security No.

7. Sueldos - Wages
36206.09

17. Total Sueldos Seguro Social
Social Security Wages
0.00

Apellido(s) - Surname(s)
SANTIAGO MELENDEZ

4. Núm. de Ident. Patronal
Employer Ident. No. (EIN)

8. Comisiones - Commissions
0.00

18. Seguro Social Retenido
Social Security Tax Withheld
0.00

Dirección Postal del Empleado-Employee's Mailing Address
URB. VILLA MADRID C-4 Z-18
COAMO, PR 00769

5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension
Día    Mes    Año
Day    Month    Year

9. Concesiones - Allowances
0.00

10. Propinas - Tips
0.00

11. Total=7+8+9+10
36206.09

19. Total Sueldos y Pro. Medicare
Medicare Wages and Tips
36206.09

2. Nombre y Dirección Postal del Patrono
Employer's Name and Mailing Address
DEPT DE EDUCACION-MAESTROS
AVENIDA TENIENTE CESAR GONZALE
ESQUINA CALAF
HATO REY, PR 00919

6. Costo de Pensión o Anualidad
Cost of Pension or Annuity
0.00

6A. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage
0.00

12. Gastos Reemb. y Beneficios Marginales
Reimb. Expenses and Fringe Benefits
0.00

13. Cont. Retenida - Tax Withheld
1483.14

20. Contrib. Medicare Retenida
Medicare Tax Withheld
524.99

Número de Teléfono del Patrono
Employer's Telephone Number

6B. Donativos
Charitable Contributions
0.00

14. Fondo de Retiro Gubernamental
Governmental Retirement Fund
2804.55

21. Propinas Seguro Social
Social Security Tips
0.00

Fecha Cese de Operaciones:
Cease of Operations Date:
Día    Mes    Año
Day    Month    Year

15. Aportaciones a Planes Cualific.
Contributions to CODA PLANS
0.00

22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips
0.00

Número Confirmación de Radicación Electrónica
Electronic Filing Confirmation Number
C400001

Copia C para Récord del Empleado
Copy C for Employee's Records

16. Salarios bajo Ley 324-2004
Salaries under Act 324-2004
0.00

Número Control - Control Number
004469046

Año:
Year:   2013

16A. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program
0.00

23. Contrib. Medicare no Retenid en Propinas - Uncollected Medicare Tax on Tips
0.00

Reproducido por: Departamento de Hacienda

Formulario 482  Rev. 27 nov 12

# FORMA LARGA

| Liquidador | Revisor |
|---|---|

| R | G | RO | V1 | V2 | P1 | P2 | N | D1 | D2 | E | AI | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

○ PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE EN ESTE LUGAR)

**2012**  **2012**

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA
PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2012 O AÑO COMENZADO EL

1 de enero de 2012 Y TERMINADO EL 31 de diciembre de 2012

**Número de Serie**

○ PLANILLA ENMENDADA

○ FALLECIDO DURANTE EL AÑO:  Día  Mes  Año

○ CONTRIBUYENTE  ○ CONYUGE

Sello de Recibido

10/04/2013

01:19:39 PM

| Nombre del Contribuyente | Inicial | Apellido Paterno | Apellido Materno |
|---|---|---|---|
| JOSE | R | SANTIAGO | MELENDEZ |

Dirección Postal

VILLA MADRID

B9 Calle 2

Coamo PR          Código Postal  00769

"Coloque la etiqueta engomada (Label) aquí."

Número de Seguro Social Contribuyente

Fecha de Nacimiento del Contribuyente
Día  Mes  Año    Sexo ○ M ○ F

Número de Seguro Social Cónyuge

Fecha de Nacimiento del Cónyuge
Día  Mes  Año    Sexo ○ M ○ F

| Nombre e Inicial del Cónyuge | Apellido Paterno | Apellido Materno |
|---|---|---|

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)

BO. LOS LLANOS
SECTOR CARIBE 596

Coamo PR          Código Postal  00769

Teléfono Residencia
(787) 453-7056

Teléfono del Trabajo

CAMBIO DE DIRECCION:  ○ Si ○ No

PLANILLA 2013: ○ ESPAÑOL  ○ INGLES

Correo Electrónico (E-Mail)  rafa.lucha@hotmail.com

## Cuestionario

SI  NO

A. ○ ○ ¿Ciudadano de Estados Unidos?

B. ○ ○ ¿Residente de Puerto Rico al finalizar el año?

C. ○ ○ ¿Otros ingresos excluidos o exentos de contribución?
(Someta Anejo IE Individuo)

D. ○ ○ ¿Individuo inversionista residente?
(Someta Anejo F1 Individuo)

## E. FUENTE DE MAYOR INGRESO:

1. ○ Empleado del Gobierno, Municipios o Corporaciones Públicas
2. ○ Empleado del Gobierno Federal
3. ○ Empleado de Empresa Privada
4. ○ Retirado/Pensionado
5. ○ Trabajo Cuenta Propia (Indique la industria o negocio principal)
6. ○ Otro

## F. ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:

○ Casado
(Ennegrezca aquí ○ si se acoge al cómputo opcional y pase al Anejo CO Individuo)

○ Contribuyente individual
(Ennegrezca e indique nombre y seguro social del cónyuge si es:
○ Casado con capitulaciones de total separación de bienes
○ Casado que no vivía con su cónyuge)

○ Casado que rinde separado
(Indique nombre y seguro social del cónyuge arriba)

CONTRATO GOBIERNO:
○ Contribuyente  ○ Cónyuge

Su ocupación Maestro de Escuela    6110    Ocupación cónyuge

PASE A LA PAGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.

| | | (01) | 835 |
|---|---|---|---|

## Reintegro

1. CONTRIBUCION PAGADA EN EXCESO (Encasillado 3, línea 27. Indique distribución en las líneas A, B, C y D) ......... (02)

A) Acreditar a la contribución estimada 2013 .......... (03)

B) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan .......... (04)

C) Aportación al Fondo Especial para la Universidad de Puerto Rico .......... (05)

D) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado de Depósito) ......... (06) | 835

## Pago

2. TOTAL NO PAGADO DE LA CONTRIBUCION (Encasillado 3, línea 27) .......... (07)

3. Menos: Cantidad pagada  (a) Con Planilla o Electrónicamente a través de un Programa Certificado .......... (08)

(b) Intereses .......... (09)

(c) Recargos  y Penalidades .......... (10)

4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a)) ..........

## Depósito

AUTORIZACION PARA DEPOSITO DIRECTO DE REINTEGRO

Tipo de cuenta          Número de ruta/tránsito          Número de su cuenta

○ Cheques ○ Ahorros    | 0 | 2 | 1 | 5 | 0 | 2 | 0 | 1 | 1 |    | 0 | 7 | 2 | 1 | 3 | 4 | 8 | 2 | 8 |

Cuenta a nombre de:  JOSE SANTIAGO MELENDEZ
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que he examinado la información incluida en esta planilla, anejos y documentos que se acompañan, y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

| Firma del Contribuyente | Fecha | Firma del Cónyuge | Fecha |
|---|---|---|---|
| ✓ FIRMADA ELECTRONICAMENTE | 10/04/2013 | | |

| 04 | Nombre del Especialista (Letra de Molde) | | Nombre de la Firma o Negocio | |
|---|---|---|---|---|
| | Luis A. Torres | | Torres Associates | Número de Registro |
| | | | Especialista con cuenta propia (ennegrezca aquí) ○ | 19571 |

| Firma del Especialista | Fecha | |
|---|---|---|
| ✓ FIRMADA ELECTRONICAMENTE | 10/04/2013 | |

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

Formulario / Form 499R-2/W-2 PR / Rev. 09.12

Nombre-First Name
JOSE

Apellido(s) - Surname(s)
SANTIAGO MELENDEZ

Dirección Postal del Empleado-Employee's Mailing Address
URB. VILLA MADRID C-4 Z-18
COAMO, PR 00769

Nombre y Dirección Postal del Patrono
Employer's Name and Mailing Address
L8013750542 PURIFICACI
DEPT DE EDUCACION-MAESTROS
AVENIDA TENIENTE CESAR GONZALE
ESQUINA CALAF
HATO REY, PR 00919

Número de Teléfono del Patrono
Employer's Telephone Number

Fecha Cese de Operaciones: Día/Day Mes/Month Año/Year
Cease of Operations Date:

Número Control - Control Number
125527664

3. Núm. Seguro Social / Social Security No.

4. Núm. de Ident. Patronal / Employer Ident. No. (EIN)

5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension
Día/Day Mes/Month Año/Year

6. Costo de Pensión o Anualidad / Cost of Pension or Annuity  0.00

6A. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage  0.00

6B. Donativos / Charitable Contributions  0.00

Copia C para Récord del Empleado
Copy C for Employee's Records
Año: / Year: **2012**

| INFORMACION PARA EL DEPARTAMENTO DE HACIENDA | |
|---|---|
| 7. Sueldos - Wages | 25919.20 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total=7+8+9+10 | 25919.20 |
| 12. Gastos Reemb. y Beneficios Marginales | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 798.81 |
| 14. Fondo de Retiro Gubernamental | 2242.73 |
| 15. Aportaciones a Planes Cualific. CODA | 0.00 |
| 16. Salarios bajo Ley 324-2004 | 0.00 |
| 16A. Aportaciones al Programa Ahorra y Duplica tu Dinero | 0.00 |

| INFORMACION PARA EL SEGURO SOCIAL | |
|---|---|
| 17. Total Sueldos Seguro Social | 0.00 |
| 18. Seguro Social Retenido | 0.00 |
| 19. Total Sueldos y Pro. Medicare | 25919.20 |
| 20. Contrib. Medicare Retenida | 375.83 |
| 21. Propinas Seguro Social | 0.00 |
| 22. Seguro Social no Retenido en Propinas | 0.00 |
| 23. Contrib. Medicare no Retenida en Propinas | 0.00 |

Reproducido por: Departamento de Hacienda

Formulario 481  Rev. 27 oct 11

# FORMA CORTA

○ PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE EN ESTE LUGAR)

| Liquidador | Revisor |
|---|---|

2011

GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA
PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2011 O AÑO COMENZADO EL

1 de enero de 2011 Y TERMINADO EL 31 de diciembre de 2011

2011

Número de Serie
**1854461**

○ PLANILLA ENMENDADA

○ FALLECIDO DURANTE EL AÑO:   Día  Mes  Año

○ CONTRIBUYENTE    ○ CONYUGE

| R | G | RO | V1 | V2 | P1 | P2 | N | D1 | D2 | E | A | M |
|---|---|----|----|----|----|----|---|----|----|---|---|---|

Número de Seguro Social Contribuyente

**Nombre del Contribuyente** JOSE  **Inicial** R  **Apellido Paterno** SANTIAGO  **Apellido Materno** MELENDEZ

Dirección Postal
VILLA MADRID
B9 Calle 2
Coamo        PR        Código Postal 00769-0000

"Coloque la etiqueta engomada (Label) aquí".

Nombre e Inicial del Cónyuge      Apellido Paterno      Apellido Materno

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)
BO. LOS LLANOS
SECTOR CARIBE 596
Coamo        PR        Código Postal 00769-0000

Correo Electrónico (E-Mail) rafa.lucha@hotmail.com

Fecha de Nacimiento   Sexo ○ M ○ F
Día  Mes  Año
Número de Seguro Social Cónyuge

Fecha de Nacimiento del Cónyuge   Sexo ○ M ○ F
Día  Mes  Año

Teléfono Residencia
7874537056

Teléfono del Trabajo

Sello de Recibido

14-03-2012 12:09:37 PM

CAMBIO DE DIRECCION: ○ Si ○ No      PLANILLA 2012: ○ ESPAÑOL  ○ INGLES

## Cuestionario

SI  NO
A. ○ ○ ¿Ciudadano de Estados Unidos?
B. ○ ○ ¿Residente de Puerto Rico al finalizar el año?
C. ○ ○ ¿Otros ingresos excluidos o exentos de contribución?
(Someta Anejo IE Individuo)

D. FUENTE DE MAYOR INGRESO:
1. ○ Empleado del Gobierno, Municipios o Corporaciones Públicas
2. ○ Empleado del Gobierno Federal
3. ○ Empleado de Empresa Privada
4. ○ Retirado/Pensionado

Su ocupación Maestro de Escuela  6110   Ocupación cónyuge

E. ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:
1. ○ Casado
(Ennegrezca aquí ○ si se acoge al cómputo opcional y pase al Anejo CO Individuo)
2. ○ Contribuyente individual
(Ennegrezca aquí ○ si es casado con capitulaciones de total separación de bienes e indique nombre y seguro social del cónyuge arriba)
3. ○ Casado que rinde separado
(Indique nombre y seguro social del cónyuge arriba)

PASE A LA PAGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.

## Reintegro

| | | |
|---|---|---|
| 1. CONTRIBUCION PAGADA EN EXCESO (Encasillado 1, línea 14. Indique distribución en las líneas A, B y C) | (01) | 900 00 |
| A) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan | (02) | 0 00 |
| B) Aportación al Fondo Especial para la Universidad de Puerto Rico | (03) | 0 00 |
| C) REINTEGRAR (Si desea que se le deposite el reintegro directamente en su cuenta, complete el Encasillado de Depósito) | (04) | 900 00 |

## Pago

| | | |
|---|---|---|
| 2. TOTAL NO PAGADO DE LA CONTRIBUCION (Encasillado 1, línea 14) | (05) | 0 00 |
| 3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado | (06) | 0 00 |
| (b) Intereses | (07) 0 00 | |
| (c) Recargos 0 y Penalidades 0 | (08) 0 00 | |
| 4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a)) | (10) | 0 00 |

## Depósito

AUTORIZACION PARA DEPOSITO DIRECTO DE REINTEGRO

Tipo de cuenta       Número de ruta/tránsito        Número de su cuenta
○ Cheques ○ Ahorros      021502011            072134828

Cuenta a nombre de: JOSE SANTIAGO MELENDEZ         y
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que la información incluida en esta planilla, anejos y documentos que se acompañan, ha sido examinada por mí y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

| Firma del Contribuyente | Fecha | Firma del Cónyuge | Fecha |
|---|---|---|---|
| ✓ Firmada Electrónicamente | 14-03-2012 | ✓ | |
| Nombre del Especialista (Letra de Molde) | | Nombre de la Firma o Negocio | |
| Luis A. Torres | | Luis A. Torres | |

| Número de Registro | Número de Identificación Patronal | Especialista por cuenta propia (ennegrezca aquí) ○ | Firma del Especialista | Fecha |
|---|---|---|---|---|
| 19571 | 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 | | Firmada Electrónicamente | 14-03-2012 |

NOTA AL CONTRIBUYENTE: Indique si hizo pagos por la preparación de su planilla: ○ Sí ○ No. Si contestó "Sí", exija la firma y el número de registro del Especialista

Formulario
Form 499R-2/W-2PR
Rev. 10.11

GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

09300

INFORMACION PARA EL DEPARTAMENTO DE
INFORMATION FOR THE TREASURY INFORMATION

**1. Nombre - First Name**
JOSE R

**4. Apellidos - Surname(s)**
SANTIAGO MELENDEZ

**Dirección - Casa del Empleado - Employee's Mailing Address**
VILLA MADRID B9 Calle 2 Cosamo PR 00789-0000

**2. Nombre y Dirección Postal del Patrono**
**Employer's Name and Mailing Address**

DEPT EDUCACION
CAESAR GONZALEZ San Juan PR 00919-0000

**Número de Teléfono del Patrono**
**Employer's Telephone Number**

**Fecha Cese de Operaciones**
**Cease of Operations Date**

**Número Control - Control Number**
116459114

Instrucciones al dorso - Instructions on back

Conservar por diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas.
Retener por diez (10) years from the filing date in the Returns Processing Bureau.

**3. Núm. Seguro Social**
**Social Security No.**

**5. Fecha en que comenzó a recibir la
pensión / Date in which you started
to receive your pension**

**6A. Costo de Pensión o Anualidad
Cost of Pension or Annuity**
0

**6B. Costo de Plan de salud auspiciado
por el patrono / Cost of employer-
sponsored health coverage**
0

**6B. Donativos
Charitable Contributions**
0

Copia B para Planillas
del Empleado

Copy B for Employee's
Tax Return

Año:
Year: 2011

**7. Núm. de Identificación Patronal
Employer's Ident. No. (EIN)**

SOCIAL SECURITY INFORMATION

**7. Sueldos - Wages**
28,510

**8. Comisiones - Commissions**
0

**9. Concesiones - Allowances**
0

**10. Propinas - Tips**
0

**11. Total = 7 + 8 + 9 + 10**
28,510

**12. Gastos Reembolsados
Reimbursed Expenses**
0

**13. Cont. Retenida - Tax Withheld**
897

**14. Fondo de Retiro Gubernamental
Governmental Retirement Fund**
0

**15. Aportaciones a Planes Cualific.
Contributions to CODA PLANS**
0

**16. Salarios bajo Ley Núm. 324 de 2004
Salaries under Act No. 324 of 2004**
0

**16A. Aportaciones al Programa Ahorra y
Duplica tu Dinero - Contributions to the
Save and Double your Money Program**
0

**17. Total Sueldos Seguro Social
Social Security Wages**

**18. Seguro Social Retenido
Social Security Tax Withheld**

**19. Total Sueldos y Prop. Medicare
Medicare Wages and Tips**
28,510

**20. Contrib. Medicare Retenida
Medicare Tax Withheld**
369

**21. Propinas Seguro Social
Social Security Tips**
0

**22. Seguro Social en Propinas Retenido
Social Security Tax on Tips**
0

**23. Contrib. Medicare en Propinas Retenida
Medicare Tax on Tips**
0

Pensión: [ ]      Federal: [ ]

Planilla Radicada Electrónica
Planilla Radicada Electrónica

Formulario
Form 499R-2/W-2PR
Rev. 10.11

GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

**09.b.00**

INFORMACION PARA EL DEPARTAMENTO DE HACIENDA
DEPARTMENT OF THE TREASURY INFORMATION

INFORMACION PARA EL SEGURO SOCIAL
SOCIAL SECURITY INFORMATION

1. Nombre - First Name

JOSE R

Apellido(s) - Surname(s)

SANTIAGO MELENDEZ

Dirección Postal del Empleado - Employee's Mailing Address

VILLA MADRID B9 Calle 2 Cosmo PR 00769-0000

2. Nombre y Dirección Postal del Patrono
Employer's Name and Mailing Address

CESAR GONZALEZ San Juan PR 00919-0000

DEPT EDUCACION

Número de teléfono del Patrono
Employer's Telephone Number:

Fecha Cese de Operaciones:
Cease Day Cessation Date:

Número Control - Control Number:

116503329

3. Núm. Seg. Social
Social Security No.

4. Núm. de Identificación Patronal
Employer's Identification No. (EIN)

5. Fecha en que comenzó a recibir la pensión - Date in which you started to receive the pension

6. Costo de Pensión o Anualidad
Cost of Pension or Annuity | 0

6A. Costo del plan de salud auspiciado por el patrono - Cost of employer-sponsored health coverage | 0

6B. Donativos - Charitable Contributions | 0

Copia B para Planillas
del Empleado
Copy B for Employee's
Tax Return

Año:
Year: **2011**

| | |
|---|---|
| 7. Sueldos - Wages | 3,599 |
| 8. Comisiones - Commissions | 0 |
| 9. Concesiones - Allowances | 0 |
| 10. Propinas - Tips | 0 |
| 11. Total = 7 + 8 + 9 + 10 | 3,599 |
| 12. Gastos Reembolsados Reimbursed Expenses | 0 |
| 13. Cont. Retenida - Tax Withheld | 287 |
| 14. Fondo de Retiro Gubernamental Governmental Retirement Fund | 323 |
| 15. Aportaciones a Planes Cualific. Contributions to CODA PLANS | 0 |
| 16. Salarios bajo Ley Núm. 324 de 2004 Salaries under Act No. 324 of 2004 | 0 |
| 16A. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program | 0 |

| | |
|---|---|
| 17. Total Sueldos - Seguro Social Social Security Wages | 3,599 |
| 18. Seguro Social Retenido Social Security Tax Withheld | 0 |
| 19. Total Sueldos y Prop. Medicare Medicare Wages and Tips | 0 |
| 20. Contrib. Medicare Retenida Medicare Tax Withheld | 0 |
| 21. Propinas Seguro Social Social Security Tips | 0 |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0 |
| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0 |

Instrucciones al dorso - Instructions on back

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas.
Retention: Ten (10) years from the filing date in the Returns Processing Bureau.

Pensión: ☐

Federal: ☐

Formulario 482 Rev. 12.10

## FORMA LARGA

○ PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE EN ESTE LUGAR)

| Liquidador | Revisor |
|---|---|

| R | G | RO | V1 | V2 | P1 | P2 | N | D1 | D2 | E | A | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**2010**     GOBIERNO DE PUERTO RICO     **2010**
DEPARTAMENTO DE HACIENDA
PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2010 O AÑO COMENZADO EL
1 de enero de 2010 Y TERMINADO EL 31 de diciembre de 2010

Número de Serie

○ PLANILLA ENMENDADA

○ FALLECIDO DURANTE EL AÑO: ___ Día Mes Año

Sello de Pago

| Nombre del Contribuyente | Inicial | Apellido Paterno | Apellido Materno |
|---|---|---|---|
| JOSE | R | SANTIAGO | MELENDEZ |

Número de Seguro Social Contribuyente

Fecha de Nacimiento    Sexo
Día mes Año    ○ M   ○ F

Dirección Postal
URB. VILLA MADRID
CALLE 4 Z-18
COAMO    PR    Código Postal 00769-0000

Número de Seguro Social Cónyuge

"Coloque la etiqueta engomada (Label) aquí".

| Nombre e Inicial del Cónyuge | Apellido Paterno | Apellido Materno |
|---|---|---|

Fecha de Nacimiento del Cónyuge

Incapacitado:
○ Contribuyente ○ Cónyuge

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)
URB. VILLA MADRID
CALLE 4 Z-18
COAMO    PR    Código Postal 00769-0000

Teléfono Residencia
7874537056
Teléfono del Trabajo

Correo Electrónico (E-Mail) rafa.lucha@yahoo.com

CAMBIO DE DIRECCION: ○ Si ○ No

Número de Recibo: ___
Importe: ___

### Encasillado 1

SI NO
A. ○ ○ ¿Ciudadano de Estados Unidos?
B. ○ ○ ¿Residente de Puerto Rico al finalizar el año?
C. ○ ○ ¿Obligación de hacer pagos a ASUME?
D. ○ ○ ¿Otros ingresos exentos de contribución? (Someta Anejo)
Indique total $_____ 0

**ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:**
1. ○ Casado que vivía con su cónyuge y rinde planilla conjunta
2. ○ Casado que no vivía con su cónyuge (No jefe de familia)
(Indique nombre y seguro social del cónyuge, arriba)
3. ○ Jefe de familia (No para casados)
4. ○ Soltero
5. ○ Casado que rinde por separado (Indique nombre y seguro social del cónyuge)

**FUENTE DE MAYOR INGRESO:**
E. ○ Empleado del Gobierno, Municipios o Corporaciones Públicas
F. ○ Empleado del Gobierno Federal
G. ○ Empleado de Empresa Privada
Su ocupación Maestro de Escuela 6110 Ocupación cónyuge ___

H. ○ Retirado/Pensionado
I. ○ Trabajo Cuenta Propia (Indique la industria o negocio principal)

**CONTRATO GOBIERNO**
○ Contribuyente ○ Cónyuge

**PLANILLA 2011**
○ ESPAÑOL ○ INGLES

○ Ennegrezca aquí si se acoge al cómputo opcional de la contribución en el caso de personas casadas que viven juntas, rinden planilla conjunta y que ambos trabajan. No complete los Encasillados 2 y 3 ni las líneas 15 a la 25 del Encasillado 4, y pase al Anejo CO Individuo.

Sello de Recibido

24-03-2011 11:44:19 AM

| | A-Contribución Retenida | B-Sueldos,Comisiones, Concesiones y Propinas |
|---|---|---|
| 1. Sueldos, Comisiones, Concesiones y Propinas | | 23,566 00 |
| 00 SUMINISTRE LOS COMPROBANTES DE RETENCION (Formularios 499R-2/W-2PR, 499R-2c/W-2cPRo W-2, según aplique). | 1,138 00 | |
| | 0 00 | 0 00 |
| | 0 00 | 0 00 |
| | 0 00 | 0 00 |
| 01 Total de comprobantes con esta planilla .. [ 1 ] | 1,138 00 | 23,566 00 |

| | Contribución Retenida | Salarios Federales |
|---|---|---|
| C- Salarios del Gobierno Federal (Véanse instrucciones)(01) | 0 00 | (02) 0 00 |

### Encasillado 2

2. Otros Ingresos (o Pérdidas):
| | | |
|---|---|---|
| A) Ingreso de intereses (Anejo F Individual, Parte I, línea 10) ........ | (03) | 0 00 |
| B) Participación distribuible en beneficios de sociedades especiales (Someta Anejo F Individuo y Anejo R) ...... | (04) | 0 00 |
| C) Participación distribuible en pérdidas de sociedades especiales (Someta Anejo R) ........ | (05) | 0 00 |
| D) Dividendos de corporaciones y distribuciones de sociedades sujetos a retención (Anejo F Individuo, Parte II, línea 1A) ...... | (06) | 0 00 |
| E) Dividendos de corporaciones y distribuciones de sociedades no sujetos a retención (Anejo F Individuo, Parte II, línea 3B) ..... | (07) | 0 00 |
| F) Participación distribuible en beneficios de corporaciones de individuos (Someta Anejo F Individuo) ..... | (08) | 0 00 |
| G) Distribuciones de Planes Gubernamentales (Someta Anejo F Individuo, Parte V, líneas 1C y 1D) ...... | (09) | 0 00 |
| H) Ingresos misceláneos (Someta Anejo F Individuo) ...... | (10) | 0 00 |
| I) Distribuciones de Cuentas de Retiro Individual y Cuentas de Aportación Educativa (Someta Anejo F Individuo) ...... | (11) | 0 00 |
| J) Dividendos de Fondo de Capital de Inversión o de Turismo (Someta Anejo Q1) ...... | (12) | 0 00 |
| K) Ingresos de anualidades y pensiones (Anejo H Individuo, Parte II, línea 12) ....... | (13) | 0 00 |
| L) Pensión recibida por divorcio o separación (Núm. seguro social del que paga: _____ ) (14)........ | (15) | 0 00 |
| M) Ganancia (o pérdida) atribuible a industria o negocio (Someta Anejo K Individuo) ...... | (16) | 0 00 |
| N) Ganancia (o pérdida) atribuible a la agricultura (Someta Anejo L Individuo) ...... | (17) | 0 00 |
| O) Ganancia (o pérdida) atribuible a profesiones y comisiones (Someta Anejo M Individuo) ...... | (18) | 894 00 |
| P) Ganancia (o pérdida) atribuible a alquiler (Someta Anejo N Individuo) ...... | (19) | 0 00 |

Radicada Electrónicamente

Formulario
Form 499R-2/W-2PR
Rev. 5.11

GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

INFORMACION PARA EL DEPARTAMENTO DE
RETENCION:

INFORMACION PARA EL SEGURO SOCIAL

1. Nombre - First Name

JOSE R

Apellido(s) - Surname(s)

SANTIAGO MELENDEZ

Direccion Postal del Empleado - Employee's Mailing Address

URB. VILLA MADRID CALLE 4 Z-18 COAMO PR 00769

2. Nombre y Direccion Postal del Patrono
Employer's Name and Mailing Address

DEPARTAMENTO DE EDUCACION

HA O RENAPR

Numero de Telefono del Patrono
Employer's Telephone Number:

Fecha Cese de Operaciones:
Cease of Operations Date:

Numero Control - Control Number

107609294

Fecha de radicacion: 31 de enero - Filing date: January 31
Instrucciones al dorso de Copia D - Instructions on back of Copy D

Pensión: ☐        Federal: ☐

3. Núm. Seguro Social
Social Security No.

4. Número Ident. Patronal
Employer Ident. No. (EIN)

5. Fecha en que comenzó a recibir
la pensión - Date on which you
started to receive the pension

6. Costo de Pensión o Anualidad
Cost of Pension of Annuity
0

Año:
Year: 2010

Copia B para Planillas
del Empleado

Copy B for Employee's
Tax Return

7. Sueldos - Wages
23,566

8. Comisiones - Commissions
0

9. Concesiones - Allowances
0

10. Propinas - Tips
0

11. Total = 7 + 8 + 9 + 10
23,566

12. Gastos Reembolsados
Reimbursed Expenses
0

13. Con ... etenida Tax Withheld

14. Fondo de Retiro - Retirement Fund
1,138

15. Aportaciones a Planes Cualific.
Contributions to CODA PLANS
2,030

16. Salarios bajo Ley Núm. 324 de 2004
Salaries under Act No. 324 of 2004
0

17. Total Sueldos Seguro Social
Social Security Wages
23,566

18. Seguro Social Retenido
Social Security Tax Withheld
0

19. Total Sueldos y Prop. Medicare
Medicare Wages and Tips
23,566

20. Contrib. Medicare Retenida
Medicare Tax Withheld
341

21. Propinas Seguro Social
Social Security Tips
0

22. Seguro Social Propinas Retenido
en Propinas - Uncollected
Social Security Tax on Tips
0

23. Contrib. Medicare no Retenida
en Propinas - Uncollected
Medicare Tax on Tips
0

24. Sueldos y Propinas bajo Ley
HIRE de 2010 - Wages and Tips
under HIRE Act of 2010
0

| | | |
|---|---|---|
| | Tipo de Pago: SM -Quincenal | Aviso #: 3239821 |
| | Desde: 02/05/2009 | Fecha Aviso: 02/13/2009 |
| | 02/18/2009 | |

**JOSE R. SANTIAGO MELENDEZ**
URB. VILLA MADRID C-4 Z-18
COAMO, PR 00769

SS.

| # Empleado: | |
|---|---|
| Dept: | 61005021-Ponce Coamo |
| Lugar: | Purificacion Rodriguez |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $1,850.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Claiming no personal exem |
| Concesiones: | 0 | |
| Pct. Adcl.: | | 0 |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| | ------ Corriente ------ | | | ------ Acumulado ------ | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | 925.00 | | 180.00 | 2,775.00 |
| **Total:** | | 925.00 | 180.00 | 2,775.00 | |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 13.41 | 40.24 |
| PR Withholding | 50.75 | 152.25 |
| **Total:** | 64.16 | 192.49 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 83.25 | 249.75 |
| **Total:** | 83.25 | 249.75 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-Preferred Health | 130.00 | 390.00 |
| **Total:** | 130.00 | 390.00 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 78.63 | 235.89 |
| FSED Disability Plan | 15.73 | 47.19 |
| SM-Preferred Health | 0.00 | 120.00 |

* Tributable

### TOTAL BRUTO / BRUTO TRIBUT FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | BRUTO TRIBUT FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 925.00 | 0.00 | 64.16 | 213.25 | 647.59 |
| Acumulado: | 2,775.00 | 0.00 | 192.49 | 639.75 | 1,942.76 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #3239821 | 647.59 |
| **Total:** | 647.59 |

### PTO HORAS

| | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

**MENSAJE:**

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

**Fecha**
02/13/2009

**Aviso No.**
3239821

**Cant. Deposito:** $647.59

A la
Cuenta(s) De

**JOSE R. SANTIAGO MELENDEZ**
URB. VILLA MADRID C-4 Z-18
COAMO, PR 00769

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | 072134828 | $647.59 |

Formulario 482   Rev. 11.08

**FORMA LARGA**

◯ PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE EN ESTE LUGAR)

Número de Serie

| Liquidador | Revisor |
|---|---|

**2008**   ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA
PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2008 O AÑO COMENZADO EL   **2008**

1  de  enero  de 2008  Y TERMINADO EL  31  de  diciembre  de 2008

◯ PLANILLA ENMENDADA

◯ FALLECIDO DURANTE EL AÑO: ___ Dia ___ Mes ___ Año

| R | G | RO | V1 | V2 | P1 | P2 | N | D1 | D2 | E | A | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Sello de Pago

Nombre del Contribuyente   Inicial   Apellido Paterno   Apellido Materno
**JOSE**   **R**   **SANTIAGO MELENDEZ**

Número de Seguro Social Contribuyente

Dirección Postal
**URB. VILLA MADRID**

**CALLE 4 Z-18**

Fecha de Nacimiento   Sexo
Dia  Mes  Año   ◯ M  ◯ F

Número de Seguro Social Cónyuge

**COAMO PR**   Código Postal   **00769**

"Coloque la etiqueta engomada (Label) aquí".

Nombre e Inicial del Cónyuge   Apellido Paterno   Apellido Materno

Fecha de Nacimiento del Cónyuge
Dia  Mes  Año

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)
**URB. VILLA MADRID CALLE 4 Z-18**

Teléfono Residencia
**(787) 453-7056**

Teléfono del Trabajo

**COAMO PR**   Código Postal   **00769**

Correo Electrónico (E-Mail)

CAMBIO DE DIRECCION
◯ Si  ◯ No

Número de Recibo: _____
Importe: _____

**Encasillado 1**

|  | SI | NO |  |
|---|---|---|---|
| A. | ◯ | ◯ | ¿Ciudadano de Estados Unidos? |
| B. | ◯ | ◯ | ¿Residente de Puerto Rico al finalizar el año? |
| C. | ◯ | ◯ | ¿Ingresos exentos de Lotería de Puerto Rico? |
| D. | ◯ | ◯ | ¿Ingresos de premios de jugadas en Hipódromo? |
| E. | ◯ | ◯ | ¿Otros ingresos exentos de contribución? (Someta Anejo) |
| F. | ◯ | ◯ | ¿Obligación de hacer pagos a ASUME? |

FUENTE DE MAYOR INGRESO:
G. ◯ Empleado del Gobierno, Municipios o Corporaciones Públicas
H. ◯ Empleado del Gobierno Federal
I. ◯ Empleado de Empresa Privada
Su ocupación   **Maestro de Escuela**   **6110**   Ocupación cónyuge

ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:
1. ◯ Casado que vivía con su cónyuge y rinde planilla conjunta
2. ◯ Casado que no vivía con su cónyuge (No jefe de familia)
   (Indique nombre y seguro social del cónyuge arriba)
3. ◯ Jefe de familia (No para casados)
4. ◯ Soltero
5. ◯ Casado que rinde por separado (Indique nombre y seguro social del cónyuge)

J. ◯ Retirado/Pensionado
K. ◯ Trabajo Cuenta Propia (Indique la industria o negocio principal)

CONTRATO GOBIERNO
◯ CONTRIBUYENTE  ◯ CONYUGE

PLANILLA 2009
◯ ESPAÑOL  ◯ INGLES

◯ Ennegrezca aquí si se acoge al cómputo opcional de la contribución en el caso de personas casadas que viven juntas, rinden planilla conjunta y que ambos trabajen. No complete los Encasillados 2 y 3, ni las líneas 15 a la 25 del Encasillado 4, y pase al Anejo CO Individuo.

**Encasillado 2**

Sello de Recibido
Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Negociado Oficina Coamo
RECIBIDO
APR 07 2009
SIN PAGO
SECRETARIO DE HACIENDA

| 1. Sueldos, Comisiones, Concesiones y Propinas | A-Contribución Retenida | B-Sueldos, Comisiones, Concesiones y Propinas |
|---|---|---|
| 00 SUMINISTRE LOS COMPROBANTES DE RETENCION (Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique). | 1,445 | 00 | 25,110 | 00 |
|  |  | 00 |  | 00 |
|  |  | 00 |  | 00 |
|  |  | 00 |  | 00 |
| 01 Total de comprobantes con esta planilla .. | 1 | 1,445 | 00 | 25,110 | 00 |

Contribución Retenida   Salarios Federales

C- Salarios del Gobierno Federal (Véanse instrucciones)(01) ___ 00   (02) ___ 00

2. Otros ingresos (o Pérdidas)

| A) | Ingreso de intereses (Anejo F Individuo, Parte I, línea 10) | (03) | 00 |
| B) | Participación distribuible en beneficios de sociedades especiales (Someta Anejo F Individuo y Anejo R) | (04) | 00 |
| C) | Participación distribuible en pérdidas de sociedades especiales (Someta Anejo R) | (05) | 00 |
| D) | Dividendos de corporaciones y distribuciones de sociedades sujetas a retención (Anejo F Individuo, Parte II, línea 1A) | (06) | 00 |
| E) | Dividendos de corporaciones y distribuciones de sociedades no sujetos a retención (Anejo F Individuo, Parte II, línea 3B) | (07) | 00 |
| F) | Participación distribuible en beneficios de corporaciones de individuos (Someta Anejo F Individuo) | (08) | 00 |
| G) | Distribuciones de Planes Gubernamentales (Anejo F Individuo, Parte V, líneas 1C y 1D) | (09) | 00 |
| H) | Ingresos misceláneos (Someta Anejo F Individuo) | (10) | 00 |
| I) | Distribuciones de Cuentas de Retiro Individual y Cuentas de Aportación Educativa (Someta Anejo F Individuo) | (11) | 00 |
| J) | Dividendos de Fondo de Capital de Inversión o de Turismo (Someta Anejo Q1) | (12) | 00 |
| K) | Ingresos de anualidades y pensiones (Anejo H Individuo, Parte II, línea 12) | (13) | 00 |
| L) | Pensión recibida por divorcio o separación (Núm. seguro social del que paga: _____ ) | (14) | 00 |
| M) | Ganancia (o pérdida) atribuible a industria o negocio (Someta Anejo K Individuo) | (16) | 00 |
| N) | Ganancia (o pérdida) atribuible a la agricultura (Someta Anejo L Individuo) | (17) | 00 |
| O) | Ganancia (o pérdida) atribuible a profesiones y comisiones (Someta Anejo M Individuo) | (18) | 2,900 | 00 |
| P) | Ganancia (o pérdida) atribuible a alquiler (Someta Anejo N Individuo) | (19) | 00 |
| Q) | Ganancia (o pérdida) en la venta o permuta de activos de capital (Someta Anejo D Individuo) | (20) | 00 |
| R) | Planes cualificados y Contratos de Anualidad Variable (Someta Anejo D Individuo) | (21) | 00 |

COPY

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

| INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |

**1. Nombre-First Name**
JOSE

**Apellido(s) - Surname(s):**
SANTIAGO MELENDEZ

**Dirección Postal del Empleado-Employee's Mailing Address**
URB. VILLA MADRID C-4 Z-18

**2. Nombre y Dirección Postal del Patrono**
**Employer's Name and Mailing Address**
L8002150542 P RODRIGUE
DEPT DE EDUCACION-MAESTROS
AVENIDA TENIENTE CESAR GONZALE
ESQUINA CALAF
HATO REY, PR 00919

**Número de Teléfono del Patrono**
**Employer's Telephone Number**

**Fecha de Cese de Operaciones:** Día Day  Mes Month  Año Year
**Cease of Operations Date:**

**Número de Control - Control Number**
017555278

**3. Núm. Seguro Social**
**Social Security No.**

**4. Núm. de Ident. Patronal**
**Employer's Ident. No. (EIN.)**

**5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension**
Día Day   Mes Month   Año Year

**6. Costo de Pensión o Anualidad**
**Cost of Pension or Annuity**
0.00

Copia C para Récord
del Empleado
Copy C for Employee's
Records

Año:
Year: **2008**

**7. Sueldos - Wages**
25110.26

**8. Comisiones - Commissions**
0.00

**9. Concesiones - Allowances**
0.00

**10. Propinas - Tips**
0.00

**11. Total=7+8+9+10**
25110.26

**12. Gastos Reembolsados**
**Reimbursed Expenses**
0.00

**13. Cont. Retenida - Tax Withheld**
1445.02

**14. Fondo de Retiro**
**Retirement Fund**
1980.98

**15. Aportaciones a Planes Cualific.**
**Contributions to CODA PLANS**
0.00

**16. Salarios bajo Ley Núm. 324 de 2004**
**Salaries under Act No. 324 of 2004**
0.00

**17. Total Sueldos Seguro Social**
**Social Security Wages**
0.00

**18. Seguro Social Retenido**
**Social Security Tax Withheld**
0.00

**19. Total Sueldos y Pro. Medicare**
**Medicare Wages and Tips**
25110.26

**20. Contrib. Medicare Retenida**
**Medicare Tax Withheld**
364.10

**21. Propinas Seguro Social**
**Social Security Tips**
0.00

**22. Seguro Social no Retenido**
**en Propinas - Uncollected**
**Social Security on Tips**
0.00

**23. Contrib. Medicare no Retenida**
**en Propinas - Uncollected**
**Medicare Tax on Tips**
0.00

Reproducido por: Departamento de Hacienda

Formulario 482  Rev. 10.07

## FORMA LARGA

| Liquidador | Revisor |
|---|---|

| R | G | RO | V1 | V2 | P1 | P2 | N | D1 | D2 | E | A | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

○ PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE EN ESTE LUGAR)

**2007**  ESTADO LIBRE ASOCIADO DE PUERTO RICO  **2007**
DEPARTAMENTO DE HACIENDA
PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2007 O AÑO COMENZADO EL
1 de *enero* de 07 Y TERMINADO EL 31 de *dic* de 07

Número de Serie

○ PLANILLA ENMENDADA

○ FALLECIDO DURANTE EL AÑO:  /  /
Dia   Mes   Año

Sello de Pago

Nombre del Contribuyente   Inicial   Apellido Paterno   Apellido Materno
*José*   *Santiago Melendez*

Dirección Postal
*Villa Madrid Z-18 Calle 4*
*Coamo P.R.*   Código Postal *00769*

Número de Seguro Social Contribuyente

Fecha de Nacimiento        Sexo
Dia  mes  Año        ○ M  ○ F

Número de Seguro Social Cónyuge

Fecha de Nacimiento del Cónyuge
Dia   Mes   Año

"Coloque la etiqueta engomada (Label) aquí".

Nombre e Inicial del Cónyuge   Apellido Paterno   Apellido Materno

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)

Código Postal

Teléfono Residencia
(  )

Teléfono del Trabajo
(  )

CAMBIO DE DIRECCION
○ Si  ○ No

Correo Electrónico (E-Mail)

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
1166 - Colecturia Coamo
PAGADO
APR 14 2008
SECRETARIO DE HACIENDA

Número de Recibo: 07084
Importe: 78.00

### Encasillado 1

| SI | NO | |
|---|---|---|
| A. ○ | ● | ¿Ciudadano de Estados Unidos? |
| B. ● | ○ | ¿Residente de Puerto Rico al finalizar el año? |
| C. ○ | ● | ¿Ingresos exentos de Lotería de Puerto Rico? |
| D. ○ | ● | ¿Ingresos de premios de jugadas en Hipódromo? |
| E. ○ | ● | ¿Otros ingresos exentos de contribución? (Someta Anejo) |
| F. ○ | ● | ¿Obligación de hacer pagos a ASUME? |

ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:
1. ○ Casado que vivía con su cónyuge y rinde planilla conjunta
2. ○ Casado que no vivía con su cónyuge (No jefe de familia) (Indique nombre y seguro social del cónyuge arriba)
3. ○ Jefe de familia (No para casados)
4. ○ Soltero
5. ○ Casado que rinde por separado (Indique nombre y seguro social del cónyuge)

FUENTE DE MAYOR INGRESO:
G. ○ Empleado del Gobierno, Municipios o Corporaciones Públicas
H. ○ Empleado del Gobierno Federal
I. ○ Empleado de Empresa Privada

Su ocupación

J. ○ Retirado/Pensionado
K. ○ Trabajo Cuenta Propia (Indique la industria o negocio principal)

Ocupación cónyuge

CONTRATO GOBIERNO
○ CONTRIBUYENTE   ○ CONYUGE

PLANILLA 2008
● ESPAÑOL  ○ INGLES

### Encasillado 2

Sello de Recibido
Estado Libre Asociado de Puerto Rico
Colecturia
1166-Coamo
RECIBIDO
APR 14 2008
CON PAGO
DEPARTAMENTO DE HACIENDA

1. Sueldos, Comisiones, Concesiones y Propinas

|  | A-Contribución Retenida | | B-Sueldos, Comisiones, Concesiones y Propinas | |
|---|---|---|---|---|
| (00) SUMINISTRE LOS COMPROBANTES DE RETENCION (Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique). | 1,181 | 00 | 21,738 | 00 |
| | 308 | | 2,500 | |
| | | 00 | | 00 |
| | | 00 | | 00 |
| (01) Total de comprobantes con esta planilla .. [ 2 ] | 1,489 | 00 | 24,238 | 00 |
| | Contribución Retenida | | Salarios Federales | |

C- Salarios del Gobierno Federal (Véanse instrucciones) .......... (01) | | 00 | (02) | | 00

2. Otros Ingresos (o Pérdidas):

| | | | |
|---|---|---|---|
| A) Ingreso de intereses (Anejo F Individuo, Parte I, línea 10) ..................................................... | (03) | | 00 |
| B) Participación distribuible en beneficios de sociedades especiales (Someta Anejo F Individuo y Anejo R) ....... | (04) | | 00 |
| C) Participación distribuible en pérdidas de sociedades especiales (Someta Anejo R) ................................ | (05) | | 00 |
| D) Dividendos de corporaciones y distribuciones de sociedades sujetos a retención (Anejo F Individuo, Parte II, línea 1A) ... | (06) | | 00 |
| E) Dividendos de corporaciones y distribuciones de sociedades no sujetos a retención (Anejo F Individuo, Parte II, línea 3B) ... | (07) | | 00 |
| F) Participación distribuible en beneficios de corporaciones de individuos (Someta Anejo F Individuo) ............. | (08) | | 00 |
| G) Distribuciones de Planes Gubernamentales (Anejo F Individuo, Parte V, líneas 1C y 1D) ........................... | (09) | | 00 |
| H) Ingresos misceláneos (Someta Anejo F Individuo) ..................................................................... | (10) | | 00 |
| I) Distribuciones de Retiro Individual y Cuentas de Aportación Educativa (Someta Anejo F Individuo) ............... | (11) | | 00 |
| J) Dividendos de Fondo de Capital de Inversión o de Turismo (Someta Anejo Q1) ....................................... | (12) | | 00 |
| K) Ingresos de anualidades y pensiones (Anejo H Individuo, Parte II, línea 12) ....................................... | (13) | | 00 |
| L) Pensión recibida por divorcio o separación (Núm. seguro social del que paga: _____ ) ........................ } (14) | (15) | | 00 |
| M) Ganancia (o pérdida) atribuible a industria o negocio (Someta Anejo K Individuo) ................................. | (16) | | 00 |
| N) Ganancia (o pérdida) atribuible a la agricultura (Someta Anejo L Individuo) ....................................... | (17) | | 00 |
| O) Ganancia (o pérdida) atribuible a profesiones y comisiones (Someta Anejo M Individuo) ............................ | (18) | 5,570 | 00 |
| P) Ganancia (o pérdida) atribuible a alquiler (Someta Anejo N Individuo) .............................................. | (19) | | 00 |
| Q) Ganancia (o pérdida) en la venta o permuta de activos de capital y Planes cualificados (Someta Anejo D Individuo) ... | (20) | | 00 |

nulario
n 499R-2/W-2 PR
. 06.07

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**

**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

| INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
|---|---|

| 1. Nombre-First Name JOSE | 3. Núm. Seguro Social Social Security No. | 7. Sueldos - Wages 21737.50 | 17. Total Sueldos Seguro Social Social Security Wages 0.00 |
|---|---|---|---|
| Apellido(s) - Surname(s) SANTIAGO MELENDEZ | 4. Núm. de Ident. Patronal Employer's Ident. No. (EIN.) | 8. Comisiones - Commissions 0.00 | 18. Seguro Social Retenido Social Security Tax Withheld 0.00 |
| Dirección Postal del Empleado-Employee's Mailing Address URB. VILLA MADRID C-4 Z-18 | | 9. Concesiones - Allowances 0.00 | 19. Total Sueldos y Pro. Medicare Medicare Wages and Tips 21737.50 |
| COAMO, PR 00769 | 5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension | 10. Propinas - Tips 0.00 | 20. Contrib. Medicare Retenida Medicare Tax Withheld 315.19 |
| 2. Nombre y Dirección Postal del Patrono Employer's Name and Mailing Address L8002150526 S RIVERA DEPT DE EDUCACION-MAESTROS AVENIDA TENIENTE CESAR GONZALE ESQUINA CALAF HATO REY, PR 00919 | Día Day   Mes Month   Año Year | 11. Total=7+8+9+10 21737.50 | 21. Propinas Seguro Social Social Security Tips 0.00 |
| | 6. Costo de Pensión o Anualidad Cost of Pension or Annuity 0.00 | 12. Gastos Reembolsados Reimbursed Expenses 0.00 | 22. Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips 0.00 |
| | **Copia C para Récord del Empleado** **Copy C for Employee's Records** | 13. Cont. Retenida - Tax Withheld 1181.60 | |
| | | 14. Fondo de Retiro Retirement Fund 1866.48 | 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips 0.00 |
| Número de Teléfono del Patrono Employer's Telephone Number | | 15. Aportaciones a Planes Cualific. Contributions to CODA PLANS 0.00 | |
| Fecha de Cese de Operaciones:   Día Day   Mes Month   Año Year Cease of Operations Date: | **Año: 2007** **Year:** | 16. Salarios bajo Ley Núm. 324 de 2004 Salaries under Act No. 324 of 2004 0.00 | |
| Número de Control - Control Number 45472726 | | | |

Reproducido por: Departamento de Hacienda

Formulario 482-1  Rev. 09.06

Copia

## FORMA LARGA

| Liquidador | Revisor |
|---|---|

| R | G | RO | V1 | V2 | P1 | P2 | N | D | E | A | M |
|---|---|---|---|---|---|---|---|---|---|---|---|

○ PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE EN ESTE LUGAR)

**ESTADO LIBRE ASOCIADO DE PUERTO RICO** **2006**
DEPARTAMENTO DE HACIENDA
**PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS**
AÑO CONTRIBUTIVO 2006 O AÑO COMENZADO EL
_1_ de _enero_ de _06_ Y TERMINADO EL _31_ de _diciembre_ de _06_

**2006**

Número de Serie

○ PLANILLA ENMENDADA

○ FALLECIDO DURANTE EL AÑO: _/_ _/_
                                Día  Mes  Año

Sello de Pago

**Nombre del Contribuyente**   Inicial   Apellido Paterno   Apellido Materno

Jose R.    Santiago Melendez

**Número de Seguro Social Contribuyente**

Sexo  ○ M  ● F

Número de Seguro Social Cónyuge

**Dirección Postal**
Villa Madrid Z-18 Calle # 4
Coamo, P.R.    **Código Postal** 00769

Fecha de Nacimiento del Cónyuge
Día  Mes  Año

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
1165 - Colecturia Coamo
**PAGADO**
13 ABR. 2007
ADJ
SECRETARIO DE HACIENDA

*Coloque la etiqueta engomada (Label) aquí*.

Nombre e Inicial del Cónyuge   Apellido Paterno   Apellido Materno

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)

**Código Postal**

Teléfono Residencia
(   )
Teléfono del Trabajo
(   )

CAMBIO DE DIRECCION
○ Sí  ● No

Número de Recibo: 09011
Importe: 83.00

Correo Electrónico (E-Mail)

### Encasillado 1

| | SI | NO | |
|---|---|---|---|
| A. | ● | ○ | ¿Ciudadano de Estados Unidos? |
| B. | ● | ○ | ¿Residente de Puerto Rico al finalizar el año? |
| C. | ○ | ● | ¿Ingresos excentos de Lotería de Puerto Rico? |
| D. | ○ | ● | ¿Ingresos de premios de jugadas en Hipódromo? |
| E. | ○ | ● | ¿Otros ingresos exentos de contribución? (Someta Anejo) |
| F. | ○ | ● | ¿Obligación de hacer pagos a ASUME? |

**ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:**
1. ○ Casado que vivía con su cónyuge y rinde planilla conjunta
2. ○ Casado que no vivía con su cónyuge (No jefe de familia)
   (Indique nombre y seguro social del cónyuge arriba)
3. ○ Jefe de familia (No para casados)
4. ● Soltero
5. ○ Casado que rinde por separado (Indique nombre y seguro social del cónyuge)

**FUENTE DE MAYOR INGRESO:**
G. ○ Empleado del Gobierno, Municipios o Corporaciones Públicas
H. ○ Empleado del Gobierno Federal
I. ○ Empleado de Empresa Privada

J. ○ Retirado/Pensionado
K. ○ Trabajo Cuenta Propia (Indique la industria o negocio principal)

**CONTRATO GOBIERNO**
○ CONTRIBUYENTE  ○ CONYUGE

**PLANILLA 2007**
● ESPAÑOL  ○ INGLES

Su ocupación _Maestro_  6110  Ocupación cónyuge

### Encasillado 2

Sello de Recibido

HACIENDA 1166 - COAMO
RECIBIDO
13 ABR 2007
CON PAGO
Secretario de Hacienda

**1. Sueldos, Comisiones, Concesiones y Propinas**

| | A-Contribución Retenida | | B-Sueldos,Comisiones, Concesiones y Propinas | |
|---|---|---|---|---|
| (00) SUMINISTRE LOS COMPROBANTES DE RETENCION (Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique). | 1,444 | 00 | 21,550 | 00 |
| | | 00 | | 00 |
| | | 00 | | 00 |
| | | 00 | | 00 |
| (01) Total de comprobantes con esta planilla .. [2] | 1,444 | 00 | 21,550 | 00 |

| | Contribución Retenida | | Salarios Federales | |
|---|---|---|---|---|

C- Salarios del Gobierno Federal (Véanse instrucciones) ......... (01) | | 00 | (02) | |

**2. Otros Ingresos (o Pérdidas):**

| | | |
|---|---|---|
| A) Ingreso de intereses (Anejo F Individuo, Parte I, línea 10) .................... (03) | | |
| B) Participación distribuible en beneficios de sociedades especiales (Someta Anejo F Individuo y Anejo R) ......... (04) | | |
| C) Participación distribuible en pérdidas de sociedades especiales (Someta Anejo R) ......... (05) | | |
| D) Dividendos de corporaciones y distribuciones de sociedades sujetos a retención (Anejo F Individuo, Parte II, líneas 1 A a la 1C, según aplique) (06) | | |
| E) Dividendos de corporaciones y distribuciones de sociedades no sujetos a retención (Anejo F Individuo, Parte II, línea 3D) ......... (07) | | |
| F) Participación distribuible en beneficios de corporaciones de individuos (Someta Anejo F Individuo) ......... (08) | | |
| G) Distribuciones de Planes Gubernamentales (Anejo F Individuo, Parte V, líneas 1C y 1E) ......... (09) | | |
| H) Ingresos misceláneos (Someta Anejo F Individuo) ......... (10) | | |
| I) Distribuciones de Cuentas de Retiro Individual y Cuentas de Aportación Educativa (Someta Anejo F Individuo) ......... (11) | | |
| J) Dividendos de Fondo de Capital de Inversión o de Turismo (Someta Anejo Q1) ......... (12) | | |
| K) Ingresos de anualidades y pensiones (Anejo H Individuo, Parte II, línea 12) ......... (13) | | |
| L) Pensión recibida por divorcio o separación (Núm. seguro social del que paga: _____ ) (14) | | |
| M) Ganancia (o pérdida) atribuible a industria o negocio (Someta Anejo K Individuo) ......... (16) | | |
| N) Ganancia (o pérdida) atribuible a la agricultura (Someta Anejo L Individuo) ......... (17) | | |
| O) Ganancia (o pérdida) atribuible a profesiones y comisiones (Someta Anejo M Individuo) ......... (18) | 4,390 | |
| P) Ganancia (o pérdida) atribuible a alquiler (Someta Anejo N Individuo) ......... (19) | | |
| Q) Ganancia (o pérdida) en la venta o permuta de activos de capital y Planes cualificados (Someta Anejo D Individuo) ......... (20) | | |
| R) Ganancia neta de capital a largo plazo en Fondos de Inversión (Someta Anejo Q1) | | |

**Estado Libre Asociado de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

| | | |
|---|---|---|
| Grupo de Pago: | SM -Quincenal | # Cheque: |
| Desde: | 12/01/2005 | |
| Hasta: | 12/01/2005 | Fecha:  11/28/2005 |

JOSE R. SANTIAGO MELENDEZ
URB. VILLA MADRID C-4 Z-18
COAMO PR 00769

SS:

| # Empleado: | |
|---|---|
| Dept: | 80005021-Ponce Coamo |
| Oficina: | Rio Jueyes |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $1,700.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Claiming no personal exem |
| Concesiones: | 0 | |
| Pct. Adel.: | | 0 |
| Cant. Adel.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Bono de Navidad | | | 1,000.00 | | 1,000.00 |
| Pago de Salarios Regulares | | 0.00 | | 1,206.00 | 16,825.00 |
| Pago Retroactivo Regular | | 0.00 | | | 1,215.00 |
| **Total:** | | | **1,000.00** | **1,206.00** | **19,040.00** |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed MED/EE | 14.50 | 276.08 |
| PR Withholding | 80.00 | 1,258.24 |
| **Total:** | **94.50** | **1,534.32** |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 0.00 | 1,623.67 |
| **Total:** | **0.00** | **1,623.67** |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | **0.00** | **0.00** |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| FSED Disability Plan | 17.00 | 323.72 |
| GPR Plan de Retiro de Maestro | 0.00 | 1,533.44 |
| SM-Plan Hospital Menonita | 0.00 | 700.00 |

* Tributable

### TOTAL BRUTO

| | |
|---|---|
| Corriente: | 1,000.00 |
| Acumulado: | 19,040.00 |

### TOTAL IMPUESTOS

| | |
|---|---|
| 94.50 | |
| 1,534.32 | |

### DEDUCCIONES TOTALES

| | |
|---|---|
| 0.00 | |
| 1,623.67 | |

### PAGA NETA

| | |
|---|---|
| 905.50 | |
| 15,882.01 | |

### BCO HORAS

| | ACUM. |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Cheque #02116181 | 905.50 |
| **Total:** | **905.50** |

**MENSAJE:** " QUE EL PROXIMO A&O TE COLME DE PAZ,  PROSPERIDAD Y VERDADERO PROGRESO A  TI  Y A TU FAMILIA . '

Formulario 481 H.V. 05.04

## FORMA CORTA

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA
PLANILLA DE CONTRIBUCION SOBRE INGRESOS

| Liquidador | R | M | V1 | V2 | P1 |
|---|---|---|---|---|---|
| Revisor | P2 | N | D | E | A | G |

AÑO CONTRIBUTIVO 2004 O AÑO COMENZADO EL
1 de enero de 2004 y terminado el 31 de dic de 04

PLANILLA ENMENDADA
FALLECIDO DURANTE EL AÑO

Número de Seguro Social          Número de Seguro Social Cónyuge          Sello de Pago

138025 S2323 P1 ***********5-DIGIT 00769
SANTIAGO MELENDEZ,JOSE R    C  E
VILLA MADRID
Z18 CALLE 4
COAMO, PR 00769-2758

Sexo: M
Fecha de Nacimiento

PAGADO
COLECTURIA
11066 COAMO 11066
DEPOSITANTE No. 1166

Fecha de Nacimiento Cónyuge
Dia   Mes   Año

APR 15 2005

SELLO # 331

Nombre e inicial del Cónyuge    Apellido Paterno    Apellido Materno

Planilla 2005.

Cambio de Direccion: SI  No

Direccion Residencial Completa (Barrio o Urbanización, Numero, Calle)
Urb. Villa Madrid
Calle # 4  Z-18
Coamo, P.R.
Código Postal 00769

Telefono Residencia
7 8 7 8 2 5 3 8 4 8

Telefono Oficina

Número de Recibo    06233
Importe    202.00

### Encasillado 1

| | SI | NO | |
|---|---|---|---|
| a. | | | ¿Ciudadano de Estados Unidos? |
| b. | | | ¿Residente de Puerto Rico al finalizar el año? |
| c. | | | ¿Ingresos exentos de Loteria de Puerto Rico? |
| d. | | | ¿Ingresos de premios de jugadas en Hipodromo? |
| e. | | | ¿Otros ingresos exentos de contribución? |
| f. | | | ¿Obligación de hacer pagos a ASUME? |

**FUENTE DE MAYOR INGRESO:**
g. Empleado del Gobierno, Municipios y Corporaciones Públicas
h. Empleado del Gobierno Federal
i. Empleado de Empresa Privada
j. Retirado/Pensionado

**OCUPACION (Anote el Código):**
Contribuyente  Maestro  6110
Cónyuge

Sello de Recibido

COLECTURIA
1166 Coamo
RECIBIDO
15 ABR 2005
CON PAGO

**ESTADO PERSONAL AL FINALIZAR SU AÑO CONTRIBUTIVO:**

1. Casado que vivia con su conyuge y rinde planilla conjunta
2. Casado que no vivia con su cónyuge (No jefe de familia) (indique nombre y seguro social del cónyuge)
3. Jefe de familia (No para casados)
4. Soltero

### Encasillado 2

| | | A-Contribución Retenida | B-Sueldos, Comisiones, Concesiones y Propinas |
|---|---|---|---|
| 1. **Sueldos, Comisiones, Concesiones y Propinas** SUMINISTRE LOS COMPROBANTES DE RETENCION (Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique). 00 | | 1,249. ,212 | 19,380. 3,520 |
| Total (Núm. de comprobantes con esta planilla) 01 ...... 2 | | 1,461 | 22900 |
| 2. Salarios del Gobierno Federal (Véanse instrucciones) ........... | | | |
| 3. Ingresos de Anualidades y Pensiones (Anejo H Individuo, Parte II, línea 12) ........... | | | |
| 4. Ingreso Bruto Ajustado (Suma de las lineas 1B, 2B y 3) ........... | | | 22900 |

Período de Conservación: Diez (10) años

Formulario
Form 499R-2/W-2 PR
Rev. 05.04

ESTADO LIBRE ASOCIADO DE PUERTO RICO · COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA · DEPARTMENT OF THE TREASURY

INFORMACIÓN PARA EL DEPARTAMENTO DE HACIENDA
DEPARTMENT OF THE TREASURY INFORMATION

SOCIAL SECURITY INFORMATION

COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

| | | |
|---|---|---|
| **1. Nombre-First Name** JOSE | **3. Núm. Seguro Social** Social Security No. | **8. Sueldos - Wages** 19,380.45 |
| **Apellido(s) - Surname(s)** SANTIAGO MELENDEZ | **4. Estado Civil - Civil Status** Soltero Single ☐ Casado Married ☐ | **9. Comisiones - Commissions** 0.00 |
| **Dirección Postal del Empleado-Employee's Mailing Address** URB. VILLA MADRID C-4 Z-18 COAMO, PR 00769 | **5. Núm. Seguro Social Cónyuge** Spouse's Social Security No. | **10. Concesiones - Allowances** 0.00 |

**17. Total Sueldos Seguro Social** Social Security Wages
0.00

**18. Seguro Social Retenido** Social Security Tax Withheld
0.00

**19. Total Sueldos y Pro. Medicare** Medicare Wages and Tips
19,380.45

**2. Nombre y Dirección Postal del Patrono** Employer's Name and Mailing Address

L8002158131 ESC URB NU
DEPT DE EDUCACION-MAESTROS
AVENIDA TENIENTE CESAR GONZALE
ESQUINA CALAF
HATO REY, PR 00919

**6. Núm. de Ident. Patronal** Employer's Ident. No. (EIN)

**7. Costo de Pensión o Anualidad** Cost of Pension or Annuity

**11. Propinas - Tips**
0.00

**12. Total=8+9+10+11**
19,380.45

**13. Gastos Reembolsados** Reimbursed Expenses
0.00

**20. Contrib. Medicare Retenida** Medicare Tax Withheld
281.02

**21. Propinas Seguro Social** Social Security Tips
0.00

Copia C para Récord del Empleado
Copy C for Employee's Records

**14. Cont. Retenida - Tax Withheld**
1,249.03

**22. Seguro Social no Retenido en Propinas - Uncollected** Social Security on Tips
0.00

**Número de Teléfono del Patrono** Employer's Telephone Number

**Fecha de Cese de Operaciones** Cease of Operations Date

**Año:**
**Year: 2004**

**15. Fondo de Retiro** Retirement Fund
1,654.31

**Número de Control - Control Number**
39190603

**16. Aportaciones a Planes Cualific.** Contributions to CODA PLANS
0.00

**23. Contrib. Medicare no Retenida en Propinas - Uncollected** Medicare Tax on Tips
0.00

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas
Conservation: Ten (10) years from the filing date in the Return Processing Bureau

**08578486**

Reproducido por: Departamento de Hacienda

COMPUTER EXPERT GROU.

VEA INSTRUCCIONES AL DORSO - SEE INSTRUCTIONS ON BACK
CUADRUPLICADO PARA QUIEN RECIBE EL PAGO - QUADRUPLICATE FOR THE PAYEE'S RECORD

---

**INSTRUCCIONES**

Viene obligado a rendir planilla de contribución sobre ingresos:
* todo individuo soltero (o casado, pero que no vivía con su cónyuge), que durante el año contributivo tuviere un ingreso bruto de más de $3,300;
* todo individuo casado que vivía con su cónyuge, que durante el año contributivo tuviere individual o conjuntamente con éste un ingreso bruto de más de $6,000.

**PENALIDAD -** El Código de Rentas Internas de Puerto Rico de 1994, según enmendado (Código), dispone lo siguiente: Cualquier persona obligada bajo cualquier Subtítulo del Código a rendir una planilla o declaración, que voluntariamente dejare de rendir dicha planilla o declaración dentro del término o términos fijados por el Subtítulo correspondiente o por reglamentos, en adición a otras penalidades provistas por el Código, será culpable de un delito menos grave y castigada con multa no mayor de $500 ó reclusión por un término no mayor de seis meses, o ambas penas, más las costas del proceso. En aquellos casos en que cualquier persona voluntariamente dejare de rendir dicha planilla o declaración (dentro de los términos fijados por el Subtítulo correspondiente o por reglamentos) con la intención de evadir o derrotar cualquier contribución impuesta por el Código, en adición a otras penalidades provistas por el Código, será culpable de un delito grave y castigada con multa no mayor de $20,000 ó reclusión por un término fijo de tres años. De mediar circunstancias agravantes, la pena establecida podrá ser aumentada hasta un máximo de cinco años. De mediar circunstancias atenuantes, podrá ser reducida hasta un máximo de dos años, o ambas penas, a discreción del Tribunal, más las costas del proceso.

**Todo individuo que reciba esta declaración, debe rendir la Planilla de Contribución sobre Ingresos de Individuos - Forma Larga.**
**Además, le recordamos que la cantidad retenida puede reclamarse como crédito contra la contribución a pagar.**

**INSTRUCTIONS**

The income tax returns must be filed by:
* every individual single (or married, one who does not live with his/her spouse), who during the taxable year had a gross income of more than $3,300;
* every married individual who lives with his/her spouse, who during the taxable year had individually or jointly, a gross income of more than $6,000.

**PENALTY -** The Puerto Rico Internal Revenue Code of 1994, as amended (Code), provides the following: Any person liable under any Subtitle of the Code to file a return or statement, who willfully fails to file such return or statement within the term or terms established by the corresponding Subtitle or by regulations, in addition to other penalties provided by the Code, shall be guilty of a misdemeanor and upon conviction thereof, punished by a fine of not more than $500 or by imprisonment for a term of not more than six months, or both penalties plus the costs of prosecution. In the case of any person who willfully fails to file such return or statement (within the terms established by the corresponding Subtitle or by regulations) with the intention to evade or defeat any tax imposed by the Code, in addition to other penalties provided by the Code, shall be guilty of a felony and upon conviction thereof, punished by a fine of not more than $20,000 or imprisonment for a fixed term of three years. If there were aggravating circumstances, the established penalty may be increased to a maximum of five years. If there were extenuating circumstances, it may be reduced to a maximum of two years, or both penalties, at the discretion of the Court, plus the costs of prosecution.

**Every individual who receives this return, must file the Individual Income Tax Return - Long Form. Also, remember that the amount withheld can be claimed as a credit against the income tax to be paid.**

TRIBUNAL DEL DISTRITO DE LOS ESTADOS UNIDOS

PARA EL DISTRITO DE PUERTO RICO

## Réplica

INTAKE DROP BOX
RECEIVED & FILED

2020 MAR 10 PM 12:20

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

24 de febrero de 2020

rafa.lucha@hotmail.com

José R. Santiago Meléndez

Urbanización Villa Madrid B-9  Calle #2

Coamo, Puerto Rico, 00769

Teléfono (787) 453-7056

En el asunto de:
JUNTA DE SUPERVISION Y ADMINISTRACION
FINANCIERA PARA PUERTO RICO.
          Como representante de:
ESTADO LIBRE ASOCIADO DE PUERTO RICO y Otros

PROMESA, Título III
Número 17 BK 3283-LTS
**La presente radicación guarda relación con
el ELA y el SRE**

**Epígrafe**

**NOTIFICACION DE LA NONAGESIMA PRIERA OBJECION GLOBAL ( NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO
RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A
RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE LAS LEYES PUERTORRIQUEÑAS NO
ESPECIFICADAS.**

**Número de reclamación: 157796**

Mediante esta misiva solicito al **Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico**, que
declare a lugar la objeción global en relación al reclamo por el pago  de la  *Ley de Escala Salarial*,  ya que el mismo
no fue adjudicado ni pagado por la Ley de Quiebras de Puerto Rico.

Trabajo para el Gobierno de Puerto Rico, Rico en la Agencia del  Departamento de Educación durante el año 2000
hasta el presente , sin recibir el pago por el aumento o incentivo del gobierno para ese entonces.  Estimo que
durante esos años se me adeuda la cantidad aproximada de **$ 10,000.**

También deseo solicitar al tribunal que sea diligente y acepte mi objeción por estar fuera de la fecha indicada.  El
haber excedido la fecha límite se debe a las consecuencias de los temblores y sismos que han ocurrido en Puerto
Rico; por tanto no se pudo enviar en o antes del 18 de febrero de 2020.  Por consiguiente no estaba la información
completa en su totalidad en la réplica.  Se adjunta documentación justificativa para evidenciar la objeción.  Tal
documentación son mis planillas desde el año 2004 hasta el año 2019 o talonarios lo que así aplique, donde se
demuestra que laboré  para el Gobierno de Puerto Rico el cual nunca me otorgó el aumento que por ley me
correspondía.

Cordialmente,

José R. Santiago Meléndez

## TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| En el asunto de:<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>como representante de<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO y otros,<br><br>Deudores. | PROMESA,<br>Título III<br><br>Núm. 17 BK 3283-LTS<br><br>(Administrada conjuntamente)<br><br>**La presente radicación guarda relación con el ELA y el SRE.** |

## NOTIFICACIÓN DE LA NONAGÉSIMA PRIMERA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE LAS LEYES PUERTORRIQUEÑAS NO ESPECIFICADAS

---

**SI SU RECLAMO ESTÁ INCLUIDO EN EL _ANEXO A_ DE LA OBJECIÓN GLOBAL, EL ELA Y EL SRE SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

**SI SU RECLAMO ES MENCIONADO EN EL _ANEXO A_, DEBERÁ LEER DETENIDAMENTE ESTA NOTIFICACIÓN Y LA OBJECIÓN GLOBAL Y COMENTARLAS CON SU ABOGADO. SI NO TIENE ABOGADO, ES POSIBLE QUE DESEE ACUDIR A UNO.**

---

**OBSÉRVESE QUE** el 24 de octubre de 2019, el Estado Libre Asociado de Puerto (el "ELA") y el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE"), a través de la Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión"), como representante del ELA y del SRE conforme al artículo 315(b) de la Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico ("PROMESA"),[1] radicaron la _Nonagésima objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto a los Reclamos deficientes en los que se alegan intereses sobre la base de las_

---

[1] PROMESA ha sido codificada en el Título 48 U.S.C., §§ 2101-2241.

*leyes puertorriqueñas no especificadas* (la "Objeción global") ante el Tribunal de Distrito de los Estados para el Distrito de Puerto Rico (el "Tribunal"). [2]

---

### SÍNTESIS

- **COMPRUEBE SI SU(S) RECLAMO(S) SE MENCIONA(N) EN EL ANEXO A DE LA OBJECIÓN GLOBAL.**

- **Si su(s) reclamo(s) NO se menciona(n) en el Anexo A, la Objeción global no afectará a su reclamo, por lo que NO tendrá que realizar ninguna acción.**

- **Si su(s) reclamo(s) se menciona(n) en el Anexo A de la Objeción global, el ELA y el SRE solicitan que su(s) reclamo(s) que se mencione(n) en el Anexo A sea(n) rechazado(s) porque, como se explicó en la Objeción global que acompaña este documento, el expediente de los Deudores indican que su reclamo es deficiente. La Objeción global y el Anexo A de la objeción global proporcionan detalles adicionales sobre los reclamos deficientes en cuestión.**

- **Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.**

- **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

---

**SI NO CONTESTA CONFORME A LA PRESENTE NOTIFICACIÓN, EL TRIBUNAL PODRÁ CONCEDER EL REMEDIO SOLICITADO EN LA OBJECIÓN GLOBAL SIN OTRA NOTIFICACIÓN NI VISTA.**

---

### NOTIFICACIÓN IMPORTANTE CONFORME A LA REGLA LOCAL 3007-1

Cualquiera de las partes a la que se haya notificado la presente Objeción global, o cualquier otra parte de la acción que objete al remedio aquí solicitado, deberá radicar y enviar una réplica a la Objeción global a la secretaría del Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico antes de las **04:00 p.m. (AST) del 26 de noviembre de 2019**, salvo extensión por escrito por parte del ELA o el SRE. Si no se radica ninguna réplica en el plazo mencionado, se considerará que no se ha opuesto a la Objeción global, por lo que esta podrá ser declarada ha lugar, salvo que: 1) el remedio solicitado esté legalmente prohibido; 2) el remedio solicitado sea contrario al orden público; o 3) a criterio del Tribunal, el interés de la justicia exija otra cosa. Si radica una réplica en tiempo, el Tribunal podrá convocar una vista.

---

[2] Los términos en mayúscula utilizados que no estén definidos en el presente documento tendrán el significado que les haya sido atribuido en la Objeción global.

2

### Información muy importante relativa a la elección, por parte de las Demandantes, para radicar una réplica

**Quién tiene la obligación de radicar una réplica**. Cualquiera de las partes que impugne la Objeción global tiene la obligación de radicar una respuesta de conformidad con los procedimientos aquí establecidos. Si la parte cuyo reclamo quede sujeto a la Objeción global no radica ni notifica una réplica de conformidad con los procedimientos aquí establecidos, el Tribunal podrá declarar ha lugar a la Objeción global en relación con tal reclamo sin más notificaciones a la demandante.

**Quién NO tiene la obligación de radicar una réplica**. Si usted no se opone al remedio solicitado en la Objeción global, no tendrá que radicar ninguna réplica por escrito a la Objeción global ni tendrá que comparecer en la vista sobre la Objeción global (según se explica abajo). Además, la Objeción global solo se aplica a los reclamos mencionados en el Anexo A relativo a la Objeción global, cuya copia está disponible en línea, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si su reclamo no se menciona en el Anexo A de la Objeción global, no será necesario radicar ninguna réplica.

**Fecha límite para radicar una réplica**. Su réplica se considerará radicada dentro de los plazos establecidos solo si la radica ante el Tribunal y la notifica antes de las **04:00 p.m. (AST)** del **26 de noviembre de 2019**, salvo extensión por escrito por parte del ELA o el SRE, o previa solicitud por escrito dirigida al Tribunal y una orden del Tribunal que extienda la fecha límite.

---

**La fecha límite para radicar y notificar una réplica se cumple a las 04:00 p.m. (AST) del 26 de noviembre de 2019.**

---

**Vista sobre la Objeción global**. Si se radica y notifica una réplica de manera adecuada conforme a la presente notificación, se celebrará una vista sobre la Objeción global y la réplica a las **09:30 a.m. (AST) del 11 de diciembre de 2019** ante su señoría, Laura Taylor Swain, en el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767. Si radica una réplica a la Objeción global, deberá hacer planes para comparecer en la vista sobre la Objeción global. Sin embargo, el ELA y el SRE se reservan el derecho, previa notificación con tres (3) días hábiles de antelación, a paralizar la vista sobre la Objeción global y la réplica.

Los Deudores podrán radicar una contestación a su réplica o contestación en un alegato oral durante la vista. Los Deudores podrán radicar su contestación en un plazo máximo de siete (7) días naturales antes de la celebración de la vista sobre la Objeción global y la réplica.

---

**EL TRIBUNAL SOLO TENDRÁ EN CONSIDERACIÓN SU RÉPLICA SI ESTA SE RADICA Y NOTIFICA ANTES DE LA FECHA LÍMITE PARA RESPONDER DE CONFORMIDAD CON LAS INSTRUCCIONES ESTABLECIDAS EN LA PRESENTE NOTIFICACIÓN.**

---

**Lo que hay que radicar con la réplica**. Su réplica a la Objeción global <u>deberá</u> contener la siguiente información:

(i)   **Datos de contacto**. La réplica deberá contener el **nombre**, la **dirección**, el **número de teléfono** y la **dirección de correo electrónico** 1) de la demandante que responda; 2) del abogado o representante designado de la demandante al que los abogados del ELA del SRE deban notificar una respuesta a la réplica, en su caso; o 3) de la parte con potestad para reconciliar, llegar a un acuerdo o de otro modo resolver la Objeción global en nombre de la demandante.

(ii)  **Epígrafe.** La réplica deberá contener un epígrafe que incluya el nombre del Tribunal, los nombres de los Deudores, el número de procedimiento, el Título de la Objeción global con la que guarde relación la réplica, y el/los número(s) de las evidencias de reclamos relacionados de Prime Clerk (que se enumeran en el <u>Anexo A</u> de la Objeción global y están disponibles en línea, de manera gratuita, en <u>https://cases.primeclerk.com/puertorico</u>).

(iii) **Motivo(s) para oponerse a la Objeción global**. La réplica deberá explicar con concisión los motivos por los que el Tribunal no debe declarar ha lugar a la Objeción global a su reclamo, incluidos los fundamentos de hecho y de derecho que la demandante vaya a invocar al oponerse a la Objeción global.

(iv)  **Documentación justificativa**. Si ya no está incluida en la evidencia de reclamo, la contestación deberá contener una copia de cualquier otra documentación u otras evidencias relativas al reclamo que la demandante vaya a invocar al oponerse a la Objeción global; <u>con la salvedad</u> de que la demandante no tendrá que revelar en la contestación ninguna información confidencial o reservada o que esté protegida de cualquier otra forma; y también <u>con la salvedad</u> de que la demandante revelará al ELA y al SRE toda la información y proporcionará copias de la totalidad de los documentos que considere que son confidenciales o reservados o que estén protegidos de cualquier otra forma y que tenga la intención de invocar en apoyo de su reclamo, con sujeción a las restricciones de confidencialidad pertinentes.

**Dónde y cómo radicar y notificar una réplica**. Todas las réplicas deberán radicarse de forma electrónica ante el Tribunal con el nombre de expediente *En el asunto de: Estado Libre Asociado de Puerto Rico*, núm. de procedimiento 17 BK 3283-LTS. Hay dos métodos que puede utilizar para radicar su réplica:

1. **En línea**. Los usuarios inscritos en el sistema del Tribunal de radicación de causas deberán radicar su réplica de forma electrónica en un formato de documento que permita hacer búsquedas.

2. **Por correo postal**. Si usted no es un abogado que sea usuario inscrito en el sistema del Tribunal de radicación de causas, podrá radicar y notificar una réplica por correo postal dirigida a la Secretaría del Tribunal, a la Junta de Supervisión y al Comité de Acreedores a las siguientes direcciones:

4

Secretaría (*Clerk's Office*)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

Abogado de la Junta de Supervisión (*Counsel for the Oversight Board*)
Proskauer Rose LLP
Eleven Times Square
Nueva York, Nueva York 10036-8299
A/A: Martin J. Bienenstock
Brian S. Rosen

Abogado del Comité de Acreedores (*Counsel for the Creditors' Committee*)
Paul Hastings LLP
200 Park Avenue
Nueva York, Nueva York 10166
A/A: Luc A. Despins
James Bliss
James Worthington
G. Alexander Bongartz

SU RÉPLICA deberá enviarse para que se reciba por la Secretaría, la Junta de Supervisión y el Comité de Acreedores a más tardar a las **04:00 p.m. (AST)** del **26 de noviembre de 2019**, salvo extensión por escrito por parte del ELA o el SRE o previa solicitud por escrito dirigida al Tribunal y una orden del Tribunal que extienda la fecha límite.

Si no puede radicar y notificar una réplica en línea o por correo postal, según se especificó anteriormente, podrá radicar una réplica en persona en la siguiente dirección a más tardar a las **04:00 p.m. (AST)** del **26 de noviembre de 2019**, salvo extensión por escrito por parte del ELA o el SRE o previa solicitud por escrito dirigida al Tribunal y una orden del Tribunal que extienda la fecha límite:

Secretaría (*Clerk's Office*)
Tribunal de Distrito de los Estados Unidos
#150 Chardon Avenue
Federal Building
San Juan (Puerto Rico) 00918

Su réplica deberá incluir un certificado de notificación que indique la forma en la que se ha efectuado la notificación.

Si tiene alguna pregunta sobre cómo radicar y notificar una réplica, incluidas preguntas sobre el sistema del tribunal de radicación de causas, comuníquese con **Prime Clerk** llamando al **número directo (844) 822-9231**.

**Reserva de derechos**. NINGUNA DISPOSICIÓN CONTENIDA EN LA OBJECIÓN GLOBAL O EN LA PRESENTE NOTIFICACIÓN SE CONSIDERA NI CONSIDERARÁ QUE

CONSTITUYE UNA RENUNCIA A CUALESQUIERA DERECHOS DEL ELA O DEL SRE, O DE CUALQUIER OTRA PARTE INTERESADA EN LAS CAUSAS RADICADAS CONFORME AL TÍTULO III, A IMPUGNAR CUALESQUIERA RECLAMOS; A HACER VALER CONTRARECLAMOS, DERECHOS A COMPENSACIÓN O RECUPERACIÓN, O CONTESTACIONES; A OBJETAR A RECLAMOS (O A OTROS RECLAMOS O CAUSAS RADICADAS DE UNA DEMANDANTE) ADUCIENDO CUALQUIER MOTIVO QUE NO SE HAYA ALEGADO PREVIAMENTE EN UNA OBJECIÓN, SALVO QUE EL TRIBUNAL HAYA DECLARADO HA LUGAR A UN RECLAMO U ORDENADO OTRA COSA; O A SOLICITAR QUE SE DECLARE HA LUGAR CUALQUIER RECLAMO EN EL FUTURO. A SU DEBIDO TIEMPO, LAS PARTES AFECTADAS RECIBIRÁN LA NOTIFICACIÓN PERTINENTE DE TODO ELLO.

---

**Recursos adicionales y con quién comunicarse en el caso de que tenga que formular preguntas**

Todos los documentos enviados en el marco de las causas radicadas conforme al Título III, incluidas copias de los reclamos radicados utilizando CM/ECF, se encuentran disponibles en línea, de manera gratuita, en https://cases.primeclerk.com/puertorico. El mantenimiento de dicho sitio web lo realiza Prime Clerk; el sitio web incluye una base de datos que permite efectuar búsquedas y que ayuda a localizar documentos.

Para obtener información adicional sobre la Objeción global, el estado de su réplica, su reclamo o la presente notificación, comuníquese con Prime Clerk llamando a su número directo **(844) 822-9231** (número gratuito para Estados Unidos y Puerto Rico) o al **(646) 486-7944** (para llamadas desde el extranjero), disponibles entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español). También podrá enviar consultas a la siguiente dirección de correo electrónico: puertoricoinfo@primeclerk.com.

---

## GOBIERNO DE PUERTO RICO

### DEPARTAMENTO DE EDUCACIÓN

## Escuela Purificación Rodríguez Torres

### Distrito Escolar de Santa Isabel – Municipio de Coamo

*Oficina del Director*
*Dr. Ángel Santiago Rivera*

4 de marzo de 2020

A Quien Pueda Interesar:

Por la presente certifico, que el **Sr. José R. Santiago Meléndez** trabaja en la **Escuela Purificación Rodríguez Torres**, Distrito Escolar de Coamo en calidad de Maestro. Dicho empleado comenzó a trabajar en nuestra escuela en septiembre de 2000 hasta el presente año.

Cualquier duda al respecto, favor comunicarse al teléfono 787-825-1684.

Cordialmente,

Ángel L. Santiago Rivera, Ed.D
Director Escolar

**SELLO ESCOLAR**

---

P.O. Box 2438 - Coamo, Puerto Rico 00769 - Tel. 787-825-1684 - d50542@de.pr.gov

*El éxito comienza con la voluntad, y la voluntad se alcanza con la perseverancia.* Voluntad, Perseverancia, Éxito
El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico; ni por ser víctima de violencia doméstica, agresión o acecho.



080 Dept. de Educacion - Maestros
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR  00919

| | | Quincenal | Aviso #: | 6408032 |
| Desde: | 02/21/2020 | | Fecha Aviso: | 02/28/2020 |
| Hasta: | 03/06/2020 | | | |

| JOSE R. SANTIAGO MELENDEZ | # Empleado: | | DATA IMP: | Federal | PR |
| URB. VILLA MADRID C-4 Z-18 | Dept: | 8005137-SANTA ISABEL-PONCE | Estado Civil: | Single | Claiming no personal exem |
| COAMO, PR  00769 | Lugar: | PURIFICACION RODRIGUEZ | Concesiones: | 0 | |
| | Titulo: | DEPARTAMENTO DE EDUCACION | Pct. Adel.: | | 0 |
| SS: | Sueldo: | $2,316.67 Monthly | Cant. Adel.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Horas (Corriente) | Ingresos (Corriente) | Horas (Acumulado) | Ingresos (Acumulado) |
| --- | --- | --- | --- | --- | --- |
| Pago de Salarios Regulares | | | 1,158.34 | 258.00 | 4,633.36 |
| **Total:** | | | 1,158.34 | 258.00 | 4,633.36 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
| --- | --- | --- |
| Fed FICA Med Hospital Ins / EE | 16.79 | 67.18 |
| PR Withholding | 38.42 | 153.68 |
| **Total:** | 55.21 | 220.86 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
| --- | --- | --- |
| GPR Plan de Retiro de Maestro | 104.25 | 417.00 |
| **Total:** | 104.25 | 417.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
| --- | --- | --- |
| SM-First Medical Health Plan | 174.50 | 698.00 |
| SC-OCCIDENTAL LIFE INSS | 25.00 | 100.00 |
| OS-AMPR LOCAL SIND AFIL | 8.50 | 34.00 |
| **Total:** | 208.00 | 832.00 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
| --- | --- | --- |
| SM-First Medical Health Plan | 120.00 | 240.00 |
| FSED Disability Plan | 19.69 | 78.76 |

* Tributable

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
| --- | --- | --- | --- | --- | --- |
| Corriente: | 1,158.34 | 0.00 | 55.21 | 312.25 | 790.88 |
| Acumulado: | 4,633.36 | 0.00 | 220.86 | 1,249.00 | 3,163.50 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
| --- | --- | --- | --- | --- | --- |
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| | | |
| --- | --- | --- |
| Aviso 6408032 | | 790.88 |
| **Total:** | | 790.88 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Dept. de Educacion - Maestros
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR  00919

Fecha
02/28/2020

Aviso No.
6408032

Cant. Deposito:   $790.88

A la
Cuenta(s) De

JOSE R. SANTIAGO MELENDEZ
URB. VILLA MADRID C-4 Z-18
COAMO, PR  00769

Localizacion: PURIFICACION RODRIGUEZ

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| --- | --- | --- |
| Checking | XXXXXXXXXXXXXX | 790.88 |
| **Total:** | | 790.88 |

# NO-NEGOCIABLE

080 Dept. de Educacion - Maestros
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Quincenal

Desde: 11/11/2019
Hasta: 11/22/2019

Aviso #: 4641689
Fecha Aviso: 11/29/2019

| JOSE R. SANTIAGO MELENDEZ | | |
|---|---|---|
| URB. VILLA MADRID C-4 Z-18 | | |
| COAMO, PR 00769 | | |
| SS: | | |

| # Empleado: | |
|---|---|
| Dept: | 8005137-SANTA ISABEL-PONCE |
| Lugar: | PURIFICACION RODRIGUEZ |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $2,316.67 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Claiming no personal exem |
| Concesiones: | 0 | |
| Pct. Adcl.: | | 0 |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,158.34 | 1,374.00 | 25,087.52 |
| Bono de Navidad | | | 0.00 | | 600.00 |
| Pago Retroactivo Regular | | | 0.00 | | 104.17 |
| Total: | | | 1,158.34 | 1,374.00 | 25,791.69 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 16.80 | 373.98 |
| PR Withholding | 38.42 | 818.63 |
| Total: | 55.22 | 1,192.61 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 104.25 | 2,267.35 |
| Total: | 104.25 | 2,267.35 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 174.50 | 3,803.00 |
| SC-OCCIDENTAL LIFE INSS | 25.00 | 550.00 |
| OS-AMPR LOCAL SIND AFIL | 8.50 | 187.00 |
| Total: | 208.00 | 4,540.00 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 120.00 | 1,320.00 |
| FSED Disability Plan | 19.69 | 428.30 |

* Tributable

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,158.34 | 0.00 | 55.22 | 312.25 | 790.87 |
| Acumulado: | 25,791.69 | 0.00 | 1,192.61 | 6,807.35 | 17,791.73 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #4641689 | 790.87 |
| Total: | 790.87 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

**Dept. de Educacion - Maestros**
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

**Fecha**
**11/29/2019**

**Aviso No.**
**4641689**

Cant. Deposito: **$790.87**

A la
Cuenta(s) De
**JOSE R. SANTIAGO MELENDEZ**
URB. VILLA MADRID C-4 Z-18
COAMO, PR 00769

Localizacion: PURIFICACION RODRIGUEZ

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXXX | 790.87 |
| Total: | | 790.87 |

## NO-NEGOCIABLE

Formulario 482 Rev. 23 oct 18

| Liquidador | Revisor |
|---|---|

**2018**   **2018**

GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA

Número de Serie
**1985767**

PLANILLA DE CONTRIBUCIÓN SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2018 O AÑO COMENZADO EL

| R | G | RO | V1 | V2 | P1 | P2 | N | D1 | D2 | E | A | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

1 de enero de 2018 Y TERMINADO EL 31 de diciembre de 2018

- ○ PLANILLA ENMENDADA
- ○ FALLECIÓ DURANTE EL AÑO:   Día   Mes   Año
  ○ CONTRIBUYENTE   ○ CÓNYUGE
- CÓNYUGE SUPÉRSTITE RINDE OTRA PLANILLA PARA EL AÑO CONTRIBUTIVO (Indique seguro social y fecha de defunción del cónyuge fallecido: Día

| Nombre del Contribuyente | Inicial | Apellido Paterno | Apellido Materno |
|---|---|---|---|
| JOSE | R | SANTIAGO | MELENDEZ |

Número de Seguro Social Contribuyente

Dirección Postal
Urb VILLA MADRID

Z18 Calle 4

Coamo                    PR          Código Postal 00769-0000

Fecha de Nacimiento
Sexo ○ M ○ F

Número de Seguro Social Cónyuge
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

Fecha de Nacimiento del Cónyuge
30-12-1972
Sexo ○ M ○ F

Sello de Recibido

RADICADO ELECTRÓNICAMENTE
02-04-2019 08:05:25 AM
Francisco Parés III
Secretario de Hacienda Interino

| Nombre e Inicial del Cónyuge | | Apellido Paterno | Apellido Materno |
|---|---|---|---|
| MARTA | I | RIVERA | ESPADA |

Teléfono Residencia
7874537056

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)
Urb VILLA MADRID

Z18 Calle 4

Teléfono del Trabajo

Coamo                  PR          Código Postal 00769-0000

CAMBIO DE DIRECCIÓN: ○ Sí ○ No

SOLICITÓ PRÓRROGA: ○ Sí ○ No

CONTRATO GOBIERNO: ○ Contribuyente ○ Cónyuge

Correo Electrónico (E-Mail)   rafa.lucha@hotmail.com

**Cuestionario**

SÍ  NO
A. ○ ○ ¿Ciudadano de Estados Unidos? (Véanse instrucciones)
B. ○ ○ ¿Residente de Puerto Rico durante todo el año?
Si contestó "No", indique una de las siguientes:
1. ○ Fecha de mudanza a P.R. (Día                )
2. ○ Fecha de mudanza fuera de P.R. (Día                )
3. ○ No residente durante todo el año
C. ○ ○ ¿Generó ingresos fuera del período de residencia en P.R. que no se incluyen en esta planilla? (Si contestó "SÍ", indique la cantidad):
1. ○ Atribuible al contribuyente $_____ 0
2. ○ Atribuible al cónyuge $_____
D. ○ ○ ¿Otros ingresos excluidos o exentos de contribución? (Someta Anejo IE Individuo)
E. ○ ○ ¿Individuo residente inversionista? (Someta Anejo F1 Individuo)
F. ○ ○ ¿Socio de una sociedad sujeta a tributación bajo el Código de Rentas Internas Federal?
G. ○ ○ ¿Militar activo en zona de combate durante el año contributivo? (Fecha en que cesó en el servicio: Día
H. ○ ○ ¿Médico cualificado bajo la Ley 14-2017?
1. ○ Contribuyente (Núm. decreto
2. ○ Cónyuge (Núm. decreto

I. FUENTE DE MAYOR INGRESO:
1. ○ Empleado del Gobierno, Municipios o Corporaciones Públicas
2. ○ Empleado del Gobierno Federal
3. ○ Empleado de Empresa Privada
4. ○ Retirado/Pensionado
5. ○ Trabajo Cuenta Propia (Indique la industria o negocio principal)
6. ○ Otro _____

J. ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:
1. ○ Casado (Ennegrezca aquí ○ si se acoge al cómputo opcional y pase al Anejo CO Individuo)
2. ○ Contribuyente individual
(Enegrezca e indique nombre y seguro social del cónyuge si es:
○ Casado con capitulaciones de total separación de bienes
○ Casado que no vivía con su cónyuge)
○ Casado que rinde por separado
(Indique nombre y seguro social del cónyuge arriba)

| Ocupación del contribuyente | Maestro de Escuela | 8110 |
|---|---|---|
| Ocupación del cónyuge | Otros Oficios o Profesiones | 8110 |

PASE A LA PÁGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.   ● 01   (01) | 819 | 00

**Reintegro**

1. CONTRIBUCIÓN PAGADA EN EXCESO (Encasillado 3, línea 29. Indique distribución en las líneas A, B, C y D) .......... (02) | 0 | 00
A) Acreditar a la contribución estimada 2019 .......... (03) | 0 | 00
B) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan .......... (04) | 0 | 00
C) Aportación al Fondo Especial para la Universidad de Puerto Rico .......... (05) | 819 | 00
D) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado de Depósito) .......... (06) | 0 | 00

**Pago**

2. TOTAL NO PAGADO DE LA CONTRIBUCIÓN (Encasillado 3, línea 29) .......... (07) | 0 | 00
3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado .......... (08) | 0 | 00
(b) Intereses .......... (09) | 0 | 00
(c) Recargos 0 y Penalidades 0
4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a) más línea 3(b) y 3(c)) .......... (10) | 0 | 00

**Depósito**

AUTORIZACIÓN PARA DEPÓSITO DIRECTO DE REINTEGRO

| Tipo de cuenta | Número de ruta/tránsito | Número de su cuenta |
|---|---|---|
| ○ Cheques ○ Ahorros | 021502011 | 072134828 |

Cuenta a nombre de: JOSE SANTIAGO MELENDEZ   y   MARTA RIVERA ESPADA
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que he examinado la información incluida en esta planilla, anejos y documentos que se acompañan, y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

| Firma del Contribuyente | Fecha | Firma del Cónyuge | Fecha |
|---|---|---|---|
| ✓ Firmada Electrónicamente | 02-04-2019 | Firmada Electrónicamente | 02-04-2019 |
| Nombre del Especialista (Letra de Molde) | | Nombre de la Firma o Negocio | |
| 04   Luis A Torres | | Luis A Torres | |

Formulario
Form 499R-2/W-2PR
Rev. 07.18

**GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCIÓN - WITHHOLDING STATEMENT**

222

| | INFORMACIÓN PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION | INFORMACIÓN PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
|---|---|---|
| **1. Nombre - First Name**<br><br>JOSE R | **7. Sueldos - Wages**<br>27,467 | **17. Total Sueldos Seguro Social** Social Security Wages<br>0 |
| **3. Núm. Seguro Social** Social Security No. | **8. Comisiones - Commissions**<br>0 | |
| **Apellido(s) - Last Name(s)**<br><br>SANTIAGO MELENDEZ | **9. Concesiones - Allowances**<br>0 | **18. Seguro Social Retenido** Social Security Tax Withheld<br>0 |
| **4. Núm. de Ident. Patronal** Employer Ident. No. (EIN) | **10. Propinas - Tips**<br>0 | |
| **Dirección Postal del Empleado - Employee's Mailing Address**<br>Urb VILLA MADRID Z18 Calle 4 Coamo PR 00769-0000 | **5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage**<br>0 | |
| | **11. Total = 7 + 8 + 9 + 10**<br>27,467 | **19. Total Sueldos y Pro. Medicare** Medicare Wages and Tips<br>27,467 |
| | **12. Gastos Reemb. y Beneficios Marginales** Reimb. Expenses and Fringe Benefits<br>0 | |
| **Fecha de Nacimiento:** Date of Birth:  28-01-1973 | **6. Donativos** Charitable Contributions<br>0 | |
| **2. Nombre y Dirección Postal del Patrono** Employer's Name and Mailing Address<br><br>DEPT EDUCACION<br>ESQUINA CALAF San Juan PR 00919 | **13. Cont. Retenida - Tax Withheld**<br>835 | **20. Contrib. Medicare Retenida** Medicare Tax Withheld<br>398 |
| | **Patrono: - Employer:**<br>Indique si la remuneración incluye pagos al empleado por:<br>Indicate if the remuneration includes payments to the employee for: | |
| | **14. Fondo de Retiro Gubernamental** Governmental Retirement Fund<br>2,397 | |
| | **15. Aportaciones a Planes Calificados** Contributions to CODA PLANS<br>0 | **21. Propinas Seguro Social** Social Security Tips<br>0 |
| **Número de Teléfono del Patrono** Employer's Telephone Number | A- ☐ Servicios prestados por un médico cualificado bajo la Ley 14-2017 Services rendered by a qualified physician under Act 14-2017 | |
| | Salarios Exentos (Ver instrucciones)<br>Exempt Salaries (See instructions)<br>Código/Code | **22. Seguro Social no Retenido en Propinas - Uncollected** Social Security Tax on Tips<br>0 |
| **Fecha Cese de Operaciones:** Cease of Operations Date: | 16. | |
| **Número Confirmación de Radicación Electrónica** Electronic Filing Confirmation Number<br>F0717193216 | B- ☐ Servicios domésticos Domestic services | Código/Code |
| | 16A. 0 | |
| **Número Control - Control Number**<br>180048817 | C- ☐ Otros / Others: | Código/Code<br>16B. 0 | **23. Contrib. Medicare no Retenida en Propinas - Uncollected** Medicare Tax on Tips<br>0 |
| | **Año:** **2018**<br>**Year:** | 16C. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program<br>0 | |
| **Fecha de radicación:   31 de enero - Filing date: January 31** | | |

*Planilla Radicada Electrónicamente*

☒ W2

☐ W2C

Formulario 482  Rev. 4 dic 17

## FORMA ÚNICA

**2017** 2017

| Liquidador | Revisor |
|---|---|

GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA

PLANILLA DE CONTRIBUCIÓN SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2017 O AÑO COMENZADO EL

| R | G | RO | V1 | V2 | P1 | P2 | N | D1 | D2 | E | A | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

_1_ de _enero_ de _2017_ Y TERMINADO EL _31_ de _diciembre_ de _2017_

Número de Serie

○ PLANILLA ENMENDADA

○ FALLECIDO DURANTE EL AÑO:   Día   Mes   Año
  ○ CONTRIBUYENTE   ○ CÓNYUGE

○ CÓNYUGE SUPÉRSTITE RINDE OTRA PLANILLA PARA EL AÑO CONTRIBUTIVO (Indique seguro social y fecha de defunción del cónyuge fallecido)  Mes   Año

Sello de Recibido

| Nombre del Contribuyente | Inicial | Apellido Paterno | Apellido Materno |
|---|---|---|---|
| JOSE | R | SANTIAGO | MELENDEZ |

Dirección Postal
Urb VILLA MADRID
Z18 Calle 4
Coamo PR
00769
Código Postal

Número de Seguro Social Contribuyente
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

Fecha de Nacimiento   Sexo
Día   Mes   Año   ○ M  ○ F

Número de Seguro Social Cónyuge
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

Fecha de Nacimiento del Cónyuge   Sexo
30  12  1972   ○ M  ○ F
Día   Mes   Año

Teléfono Residencia
(787) 453-7056

Teléfono del Trabajo

05/04/2018

03:50:02 PM

| Nombre e Inicial del Cónyuge | | Apellido Paterno | Apellido Materno |
|---|---|---|---|
| MARTA | | RIVERA | ESPADA |

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)
Urb VILLA MADRID
Z18 Calle 4
Coamo PR                    Código Postal 00769

Correo Electrónico (E-Mail) raia.lucha@hotmail.com

CAMBIO DE DIRECCIÓN: ○ Sí ○ No

SOLICITÓ PRÓRROGA: ○ Sí ○ No

CONTRATO GOBIERNO: ○ Contribuyente ○ Cónyuge

### Cuestionario

SI   NO
A. ○○ ¿Ciudadano de Estados Unidos? (Véanse instrucciones)
B. ○○ ¿Residente de Puerto Rico durante todo el año?
  Si contestó "No", indique una de las siguientes:
  1.○ Fecha de mudanza a P.R. (Día___ Mes___ Año___ )
  2.○ Fecha de mudanza fuera de P.R. (Día___ Mes___ Año___ )
  3.○ No residente durante todo el año
C. ○○ ¿Generó ingresos fuera del período de residencia en P.R. que no se incluyen en esta planilla? (Si contestó "Sí", indique la cantidad):
  1.○ Atribuible al contribuyente $_____
  2.○ Atribuible al cónyuge $_____
D. ○○ ¿Otros ingresos excluidos o exentos de contribución?
  (Someta Anejo IE Individuo)
E. ○○ ¿Individuo residente inversionista?
F. ○○ ¿Socio de una sociedad sujeta a tributación bajo el Código de Rentas Internas Federal?
G. ○○ ¿Militar activo en zona de combate durante el año contributivo?
  (Fecha en que cesó en el servicio: Día___ Mes___ Año___ )
H. ○○ ¿Médico cualificado bajo la Ley 14-2017?
  1.○ Contribuyente (Núm. decreto _____)
  2.○ Cónyuge (Núm. decreto _____)

FUENTE DE MAYOR INGRESO:
1. ○○ Empleado del Gobierno, Municipios o Corporaciones Públicas
2. ○ Empleado del Gobierno Federal
3. ○ Empleado de Empresa Privada
4. ○ Retirado/Pensionado
5. ○ Trabajo Cuenta Propia (Indique la industria o negocio principal)
6. ○ Otro

ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:
○ Casado
  (Ennegrezca aquí ○ si se acoge al cómputo opcional y pase al Anejo CO Individual)
○ Contribuyente individual
  (Ennegrezca e indique nombre y seguro social del cónyuge si es:
  ○ Casado con capitulaciones de total separación de bienes
  ○ Casado que no vivía con su cónyuge
○ Casado que rinde por separado
  (Indique nombre y seguro social del cónyuge arriba)

| Ocupación del contribuyente | Maestro de Escuela | 6110 |
|---|---|---|
| Ocupación del cónyuge | AMA DE CASA | 8110 |

**PASE A LA PÁGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.**

01   (01)   704  00

### Reintegro

1. CONTRIBUCIÓN PAGADA EN EXCESO (Encasillado 3, línea 29). Indique distribución en las líneas A, B, C y D ... (02)   00
A) Acreditar a la contribución estimada 2018 ... (03)   00
B) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan ... (04)   00
C) Aportación al Fondo Especial para la Universidad de Puerto Rico ... (05)   00
D) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado de Depósito) ... (05)   704  00

### Pago

2. TOTAL NO PAGADO DE LA CONTRIBUCIÓN (Encasillado 3, línea 29) ... (06)   00
3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado ... (07)   00
  (b) Intereses ... (08)   00
  (c) Recargos _____ y Penalidades ... (09)   00
4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a) más líneas 3(b) y 3(c)) ... (10)   00

### Depósito

AUTORIZACIÓN PARA DEPÓSITO DIRECTO DE REINTEGRO

Tipo de cuenta
○○ Cheques   ○ Ahorros

Número de ruta/tránsito
0 2 1 5 0 2 0 1 1

Número de su cuenta
0 7 2 1 3 4 8 2 8

Cuenta a nombre de:   JOSE SANTIAGO MELENDEZ   y   MARTA RIVERA ESPADA
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que he examinado la información incluida en esta planilla y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

| Firma del Contribuyente | Fecha | Firma del Cónyuge | Fecha |
|---|---|---|---|
| FIRMADA ELECTRONICAMENTE | 05/04/2018 | FIRMADA ELECTRONICAMENTE | 05/04/2018 |

LUIS A TORRES

TORRES ASSOCIATES

Form 499R-2/W-2PR
Rev. 07.17

GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

**COMPROBANTE DE RETENCIÓN - WITHHOLDING STATEMENT**

222

| INFORMACIÓN PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION | INFORMACIÓN PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |

1. Nombre - First Name

JOSE

Apellido(s) - Last Name(s)

R SANTIAGO MELENDEZ

Dirección Postal del Empleado - Employee's Mailing Address

URB. VILLA MADRID C 4

COAMO PR 00769

Fecha de Nacimiento: Día Day 28 Mes Month 1 Año Year 1973

2. Nombre y Dirección Postal del Patrono
Employer's Name and Mailing Address

DEPT DE EDUCACION MAESTROS
AVENIDA TENIENTE CESAR
ESQUINA CALAF
HATO REY PR 00919

Número de Teléfono del Patrono
Employer's Telephone Number  (787) 773-3508

Fecha Cese de Operaciones: Día Day ___ Mes Month ___ Año Year ___
Cease of Operations Date:

Número Confirmación de Radicación Electrónica
Electronic Filing Confirmation Number
S170008

Número Control - Control Number
006975289

3. Núm. Seguro Social
Social Security No.

4. Núm. de Ident. Patronal
Employer Ident. No. (EIN)

5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage
0.00

6. Donativos
Charitable Contributions
0.00

**Patrono: - Employer:**
• Envíe a: - Send to:
Social Security Administration
Data Operations Center
Wilkes-Barre, PA 18769-0001
Con la
With the  W-3PR
• Envíe al Departamento de Hacienda electrónicamente
Send to  Department of the Treasury electronically
(www.hacienda.pr.gov)
• Entregue dos copias al empleado
Deliver two copies to employee
• Conserve copia para sus récords
Keep copy for your records

Año:
Year: **2017**

**Fecha de radicación: 31 de enero - Filing date: January 31**

7. Sueldos - Wages
26,320.87

8. Comisiones - Commissions
0.00

9. Concesiones - Allowances
0.00

10. Propinas - Tips
0.00

11. Total = 7 + 8 + 9 + 10
26,320.87

12. Gastos Reemb. y Beneficios Marginales
Reimb. Expenses and Fringe Benefits
0.00

13. Cont. Retenida - Tax Withheld
749.90

14. Fondo de Retiro Gubernamental
Governmental Retirement Fund
2,309.51

15. Aportaciones a Planes Cualific.
Contributions to CODA PLANS
0.00

Salarios Exentos (Ver instrucciones)
Exempt Salaries (See instructions)
16. Código/Code
0.00
16A. Código/Code
0.00

16B. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program
0.00

17. Total Sueldos Seguro Social
Social Security Wages
0.00

18. Seguro Social Retenido
Social Security Tax Withheld
0.00

19. Total Sueldos y Pro. Medicare
Medicare Wages and Tips
26,320.87

20. Contrib. Medicare Retenida
Medicare Tax Withheld
381.65

21. Propinas Seguro Social
Social Security Tips
0.00

22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips
0.00

23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips
0.00

---

**INSTRUCCIONES PARA EL EMPLEADO**
**DEBERÁ SOMETER COPIA AL RENDIR SU PLANILLA**

De acuerdo al Código de Rentas Internas de Puerto Rico de 2011, según enmendado (Código), viene obligado a rendir planilla de contribución sobre ingresos todo individuo residente que:

• sea contribuyente individual o casado, si durante el año contributivo tuviere un ingreso bruto reducido por las exenciones de la Sección 1031.02 del Código mayor de $5,000;
• sea casado que vivía con su cónyuge y opte por rendir planilla separada, si durante el año contributivo tuviere un ingreso bruto reducido por las exenciones de la Sección 1031.02 del Código de $2,500 o más; o
• tenga ingreso neto sujeto a contribución básica alterna de $150,000 o más.

**PENALIDAD** – El Código dispone lo siguiente: Toda persona obligada bajo cualquier Subtítulo del Código a rendir una planilla, declaración, certificación o informe, que voluntariamente dejare de rendir dicha planilla, declaración, certificación o informe dentro del término o términos fijados por el Subtítulo correspondiente o por reglamentos, además de otras penalidades establecidas por el Código, incurrirá en delito menos grave, y en caso de convicción, será castigada con pena de multa no mayor de $5,000, o con pena de reclusión por un término máximo de 90 días, o ambas penas, a discreción del Tribunal, más las costas del proceso. En aquellos casos en que cualquier persona voluntariamente dejare de rendir dicha planilla, declaración, certificación o informe (dentro de los términos fijados por el Subtítulo correspondiente o por reglamentos), con la intención de evadir o derrotar cualquier contribución impuesta por el Código, además de otras penalidades establecidas por el Código, incurrirá en un delito grave de tercer grado, y en caso de convicción, será sancionada con pena de reclusión la cual fluctuará entre tres años un día y ocho años. El Tribunal a su discreción podrá imponer la pena fija de reclusión establecida o pena de multa que no excederá de $20,000, o ambas penas, más las costas del proceso.

Retenga copia de este formulario para sus récords. Puede usarla para establecer su derecho a los beneficios de seguro social. Si su nombre, dirección o número de seguro social están incorrectos, informe el error a su patrono para que le complete un Formulario 499R-2c/W-2cPR.

**INSTRUCTIONS FOR THE EMPLOYEE**
**A COPY MUST BE SUBMITTED WITH YOUR RETURN**

Pursuant to the Puerto Rico Internal Revenue Code of 2011, as amended (Code), an income tax return must be filed by any resident individual who:

• is an individual or married taxpayer, who during the taxable year had gross income, reduced by the exemptions established in Code Section 1031.02, greater than $5,000;
• is a married individual who lived with his/her spouse, and elects to file separate returns, that during the taxable year had gross income, reduced by the exemptions established in Code Section 1031.02, of $2,500 or more; or
• has net income subject to alternate basic tax of $150,000 or more.

**PENALTY** – The Code provides the following: Every person required under any Subtitle of the Code to file a return, statement, certification or report who willfully fails to file such return, statement, certification or report within the term or terms established by the corresponding Subtitle or by regulations, in addition to other penalties provided by the Code, shall be guilty of a misdemeanor, and upon conviction thereof, punished by a fine of not more than $5,000, or imprisonment for a term of not more than 90 days, or both penalties, at the discretion of the Court, plus the costs of prosecution. In the case of any person who willfully fails to file such return, statement, certification or report (within the terms established by the corresponding Subtitle or by regulations), with the intention to evade or defeat any tax imposed by the Code, in addition to other penalties provided by the Code, shall be guilty of a third degree felony, and upon conviction thereof, punished by imprisonment for a term ranging from three years and one day to eight years. The Court may impose, at its discretion, the fixed penalty of imprisonment provided or a fine of not more than $20,000, or both penalties, plus the costs of prosecution.

Keep copy of this form for your records. You can use it to prove your right to social security benefits.

Formulario 482  Rev. 16 nov 16

# FORMA ÚNICA

Liquidador          Revisor

**2016**

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA

PLANILLA DE CONTRIBUCIÓN SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2016 O AÑO COMENZADO EL

**2016**

Número de Serie

| R | G | RO | V1 | V2 | P1 | P2 | N | D1 | D2 | E | A | M |
|---|---|----|----|----|----|----|----|----|----|----|----|----|

1 de enero de 2016 Y TERMINADO EL 31 de diciembre de 2016

○ PLANILLA ENMENDADA

○ FALLECIDO DURANTE EL AÑO: Día Mes Año

○ CONTRIBUYENTE   ○ CÓNYUGE

○ CÓNYUGE SUPÉRSTITE RINDE OTRA PLANILLA PARA EL AÑO CONTRIBUTIVO (Indique seguro social y fecha de defunción del cónyuge fallecido: DÍA Mes Q AñoQ )

**Nombre del Contribuyente** JOSE   **Inicial** R   **Apellido Paterno** SANTIAGO   **Apellido Materno** MELENDEZ

**Número de Seguro Social Contribuyente**

**Dirección Postal**
Urb VILLA MADRID

Z18 Calle 4

Coamo PR                    00769

Código Postal

Fecha de Nacimiento    Sexo ○ M ○ F
Día  Mes  Año

Número de Seguro Social Cónyuge

Fecha de Nacimiento del Cónyuge    Sexo ○ M ○ F
Día  Mes  Año

Sello de Recibido

08/04/2017
09:00:11 AM

**Nombre e Inicial del Cónyuge** MARTA   **Apellido Paterno** RIVERA   **Apellido Materno** ESPADA

**Dirección Residencial Completa** (Barrio o Urbanización, Número, Calle)
Urb VILLA MADRID

Z18 Calle 4

Coamo PR                    Código Postal 00769

Correo Electrónico (E-Mail) rafa.lucha@hotmail.com

Teléfono Residencia
(787) 453-7056

Teléfono del Trabajo

CAMBIO DE DIRECCIÓN: ○ Sí ○ No

SOLICITÓ PRÓRROGA: ○ Sí ○ No

## Cuestionario

**SI  NO**
A. ○○ ¿Ciudadano de Estados Unidos? (Véanse instrucciones)
B. ○○ ¿Residente de Puerto Rico durante todo el año?
Si contestó "No", indique una de las siguientes:
1. ○ Fecha de mudanza a P.R. (_____)
2. ○ Fecha de mudanza fuera de P.R. (_____)
3. ○ No residente durante todo el año
C. ○○ ¿Generó ingresos fuera del período de residencia en P.R. que no se incluyen en esta planilla? (Si contestó "Sí", indique la cantidad):
1. ○ Atribuible al contribuyente $ _____
2. ○ Atribuible al cónyuge $ _____
D. ○○ ¿Otros ingresos excluidos o exentos de contribución?
(Someta Anejo IE Individuo)
E. ○○ ¿Individuo residente inversionista? (Someta Anejo F1 Individuo)
F. ○○ ¿Socio de una sociedad sujeta a tributación bajo el Código de Rentas Internas Federal?
G. ○○ ¿Militar activo en zona de combate durante el año contributivo?
Fecha en que cesó en el servicio: _____

Su ocupación Maestro de Escuela  6110   Ocupación cónyuge AMA DE CASA  8110

## H FUENTE DE MAYOR INGRESO:
1. ○ Empleado del Gobierno, Municipios o Corporaciones Públicas
2. ○ Empleado del Gobierno Federal
3. ○ Empleado de Empresa Privada
4. ○ Retirado/Pensionado
5. ○ Trabajo Cuenta Propia (Indique la industria o negocio principal)
6. ○ Otro

## ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:
○ Casado
(Ennegrezca aquí ○ si se acoge al cómputo opcional y pase al Anejo CO Individuo)
○ Contribuyente individual
(Ennegrezca e indique nombre y seguro social del cónyuge si es:
○ Casado con capitulaciones de total separación de bienes
○ Casado que no vivía con su cónyuge)
○ Casado que rinde por separado
(Indique nombre y seguro social del cónyuge arriba)

## CONTRATO GOBIERNO:
○ Contribuyente   ○ Cónyuge

**PASE A LA PÁGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.**   ● 01

| | | (01) | 1,294 | 00 |
|---|---|---|---|---|

## Reintegro

1. CONTRIBUCIÓN PAGADA EN EXCESO (Encasillado 3, línea 29). Indique distribución en las líneas A, B, C y D ...... (01)

A) Acreditar a la contribución estimada 2017 .......................................................................... (02) | | 00

B) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan ................................ (03) | | 00

C) Aportación al Fondo Especial para la Universidad de Puerto Rico .......................................... (04) | 1,294 | 00

D) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado de Depósito) ...... (05) | | 00

## Pago

2. TOTAL NO PAGADO DE LA CONTRIBUCIÓN (Encasillado 3, línea 29) ........................................ (06) | | 00

3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado ...... (07) | | 00

(b) Intereses ........................ (08)

(c) Recargos y Penalidades ........................ (09)

4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a) más líneas 3(b) y 3(c)) ................ (10) | | 00

## Depósito

**AUTORIZACIÓN PARA DEPÓSITO DIRECTO DE REINTEGRO**

Tipo de cuenta: ○ Cheque  ○ Ahorros

Número de ruta/tránsito: 0 2 1 5 0 2 0 1 1

Número de su cuenta: 0 7 2 1 3 4 8 2 8

Cuenta a nombre de: JOSE SANTIAGO MELENDEZ   y   MARTA RIVERA ESPADA
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que he examinado la información incluida en esta planilla, anejos y documentos que se acompañan, y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

**Firma del Contribuyente**
FIRMADA ELECTRÓNICAMENTE

**Fecha** 08/04/2017

**Firma del Especialista** (Letra de Molde) 04
Luis Torres

**Firma del Especialista**
FIRMADA ELECTRÓNICAMENTE

**Nombre de la Firma o Negocio**
Torres Associates

**Fecha**
08/04/2017

Formulario
Form 499R-2/W-2PR
Rev. 08.16

**222**

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

**COMPROBANTE DE RETENCIÓN - WITHHOLDING STATEMENT**

| | INFORMACIÓN PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION | INFORMACIÓN PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
|---|---|---|
| 1. Nombre - First Name<br><br>JOSE R | 3. Núm. Seguro Social<br>Social Security No.<br><br>7. Sueldos - Wages<br>26,325 | 17. Total Sueldos Seguro Social<br>Social Security Wages<br><br>0 |
| | 8. Comisiones - Commissions<br>0 | |
| Apellido(s) - Surname(s)<br><br>SANTIAGO MELENDEZ | 4. Núm. de Ident. Patronal<br>Employer Ident. No. (EIN)<br><br>9. Concesiones - Allowances<br>0 | 18. Seguro Social Retenido<br>Social Security Tax Withheld<br><br>0 |
| Dirección Postal del Empleado - Employee's Mailing Address<br><br>Urb VILLA MADRID Z18 Calle 4 Coamo PR 00769-0000 | 5. Costo de cubierta de salud auspiciada<br>por el patrono - Cost of employer-<br>sponsored health coverage<br>0 | 10. Propinas - Tips<br>0 | 19. Total Sueldos y Pro. Medicare<br>Medicare Wages and Tips |
| | 11. Total = 7 + 8 + 9 + 10<br>26,325 | |
| | 6. Donativos<br>Charitable Contributions<br>0 | 12. Gastos Reemb. y Beneficios Marginales<br>Reimb. Expenses and Fringe Benefits<br>0 | 26,325 |
| Fecha de Nacimiento:<br>Date of Birth:      28-01-1973 | **Patrono: - Employer:** | 13. Cont. Retenida - Tax Withheld<br>749 | 20. Contrib. Medicare Retenida<br>Medicare Tax Withheld |
| 2. Nombre y Dirección Postal del Patrono<br>Employer's Name and Mailing Address<br><br>DEPT EDUCACION<br>ESQUINA CALAF San Juan PR 00919 | • Envíe a: - Send to:<br>Social Security Administration<br>Data Operations Center<br>Wilkes-Barre, PA 18769-0001<br>Con la<br>With the    W-3PR | 14. Fondo de Retiro Gubernamental<br>Governmental Retirement Fund<br>381 | 381 |
| | 15. Aportaciones a Planes Cualific.<br>Contributions to CODA PLANS<br>2,315 | 21. Propinas Seguro Social<br>Social Security Tips<br>0 |
| Número de Teléfono del Patrono<br>Employer's Telephone Number | • Envíe al Departamento de Hacienda<br>electrónicamente<br>Send to   Department of the Treasury<br>electronically<br>(www.hacienda.pr.gov) | Salarios Exentos (Ver Instrucciones)<br>Exempt Salaries (See Instructions)<br>Código/Code | 22. Seguro Social no Retenido<br>en Propinas - Uncollected<br>Social Security Tax on Tips |
| Fecha Cese de Operaciones:<br>Cease of Operations Date: | | 16. | |
| Número Confirmación de Radicación Electrónica<br>Electronic Filing Confirmation Number<br>S160021 | • Entregue dos copias al empleado<br>Deliver two copies to employee<br>• Conserve copia para sus récords<br>Keep copy for your records | Código/Code<br>16A.                            0 | 0 |
| Número Control - Control Number<br><br>006251806 | Año:<br>Year:    **2016** | 16B. Aportaciones al Programa Ahorra y<br>Duplica tu Dinero - Contributions to the<br>Save and Double your Money Program<br>0 | 23. Contrib. Medicare no Retenida<br>en Propinas - Uncollected<br>Medicare Tax on Tips<br>0 |
| Fecha de radicación:  31 de enero - Filing date: January 31 | | | |

| X | W2 |
|---|---|
| | W2C |

Planilla Radicada Electronicamente

Formulario 482   Rev. 20 oct 15

**FORMA UNICA**   2015

Liquidador   Revisor

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA

2015

Número de Serie

PLANILLA DE CONTRIBUCIÓN SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2015 O AÑO COMENZADO EL

○ PLANILLA ENMENDADA
○ FALLECIÓ DURANTE EL AÑO

| R | G | RO | V1 | | P2 | DI | ED | E | AM |
|---|---|----|----|--|----|----|----|---|----|

1 de enero de 2015 Y TERMINADO EL 31 de diciembre de 2015

Día   Mes   Año
○ CONTRIBUYENTE          ○ CÓNYUGE
○ CÓNYUGE SUPÉRSTITE RINDE OTRA PLANILLA PARA EL AÑO CONTRIBUTIVO (Indique seguro social y fecha de defunción del cónyuge fallecido:
Día ___ Mes ___ Año ___

Nombre del Contribuyente   Inicial   Apellido Paterno   Apellido Materno
JOSE   R   SANTIAGO   MELENDEZ

Número de Seguro Social Contribuyente
Fecha de Nacimiento   Sexo ○ M ○ F
Día   Mes   Año

Dirección Postal
Urb VILLA MADRID
Z18 Calle 4
Coamo PR                     00769
Código Postal

Número de Seguro Social Cónyuge
Fecha de Nacimiento del Cónyuge   Sexo ○ M ○ F
Día   Mes   Año

Sello de Recibido

09/04/2016
11:13:06 AM

Nombre e Inicial del Cónyuge   Apellido Paterno   Apellido Materno

Teléfono Residencia
(787) 453-7056
Teléfono del Trabajo

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)
BO.LOS LLANOS
SECTOR CARIBE 596
Coamo PR                 Código Postal 00769

CAMBIO DE DIRECCIÓN: ○ Sí ○ No
SOLICITÓ PRÓRROGA: ○ Sí ○ No

Correo Electrónico (E-mail) rafa.lucha@hotmail.com

**Cuestionario**

SÍ   NO
A. ○ ○ ¿Ciudadano de Estados Unidos?
B. ○ ○ ¿Residente de Puerto Rico durante todo el año?
Si contestó "No", indique una de las siguientes:
○ Fecha de mudanza a P.R. ___
○ Fecha de mudanza fuera de P.R. ___
○ No residente durante todo el año
C. ○ ○ ¿Generó ingresos fuera del periodo de residencia en P.R. que no se incluyen en esta planilla? (Si contestó "SÍ", indique la cantidad):
○ Atribuible al contribuyente $___
○ Atribuible al cónyuge $___
D. ○ ○ ¿Otros ingresos excluidos o exentos de contribución? (Someta Anejo IE Individuo)
E. ○ ○ ¿Individuo residente inversionista? (Someta Anejo F1 Individuo)
F. ○ ○ ¿Socio de una sociedad sujeta a tributación bajo el Código de Rentas Internas Federal?
G. ○ ○ ¿Militar activo en zona de combate? (Fecha en que cesó en el servicio: ___

Su Ocupación Maestro de Escuela   6110   Ocupación cónyuge

**FUENTE DE MAYOR INGRESO:**
1. ○ Empleado del Gobierno, Municipios o Corporaciones Públicas
2. ○ Empleado del Gobierno Federal
3. ○ Empleado de Empresa Privada
4. ○ Retirado/Pensionado
5. ○ Trabajo Cuenta Propia (Indique la industria o negocio principal)
6. ○ Otro

**ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO**
○ Casado
(Enmarque aquí ○ si se acoge al cómputo opcional y pase al Anejo CO Individuo)
○ Contribuyente individual
(Enmarque e indique nombre y seguro social del cónyuge si es:
○ Casado con capitulaciones de total separación de bienes
○ Casado que no vivía con su cónyuge)
○ Casado que rinde por separado
(Indique nombre y seguro social del cónyuge arriba)

CONTRATO GOBIERNO:
○ Contribuyente          ○ Cónyuge

**PASE A LA PÁGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.**

**Reintegro**

1. CONTRIBUCIÓN PAGADA EN EXCESO (Encasillado 3, línea 27. Indique distribución en las líneas A, B, C y D) ..... (01) ............ 1,383 | 00
A) Acreditar a la contribución estimada 2016 ............ | 00
B) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan ............ | 00
C) Aportación al Fondo Especial para la Universidad de Puerto Rico ............ | 00
D) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado de Depósito) ............ 1,383 | 00

**Pago**

2. TOTAL NO PAGADO DE LA CONTRIBUCIÓN (Encasillado 3, línea 27) ............ | 00
3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado ............ | 00
(b)   Intereses ............ (03) | 
(c)   Recargos ___ y Penalidades ___ ............ | 
4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a)) ............ | 00

**Depósito**

AUTORIZACIÓN PARA DEPÓSITO DIRECTO DE REINTEGRO

Tipo de cuenta
○ Cheques   ○ Ahorros

Número de ruta/tránsito
| 0 | 2 | 1 | 5 | 0 | 2 | 0 | 1 | 1 |

Número de su cuenta
| 0 | 7 | 2 | 1 | 3 | 4 | 8 | 2 | 8 | | | | | | | |

Cuenta a nombre de: JOSE SANTIAGO MELENDEZ
(Complete en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)   y ___

Declaro bajo penalidad de perjurio que he examinado la información incluida en esta planilla, anejos y documentos que se acompañan, y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

| Firma del Contribuyente | Fecha | Firma del Cónyuge | Fecha |
|---|---|---|---|
| ✓ FIRMADA ELECTRONICAMENTE | 09/04/2016 | ✓ | |

Nombre del Especialista (Letra de Molde)
(04) LUIS TORRES

Nombre de la Firma o Negocio
TORRES ASSOCIATES

Firma del Especialista          Fecha
Especialista por cuenta          Número de Registro   40574

Formulario
rm 499R-2/W-2 PR
v. 08.15

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

| | | | INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
|---|---|---|---|---|
| Nombre-First Name<br>JOSE | 3. Núm. Seguro Social Social Security No. | | 7. Sueldos - Wages<br>26371.03 | 17. Total Sueldos Seguro Social Social Security Wages<br>0.00 |
| ellido(s) - Surname(s)<br>SANTIAGO MELENDEZ | 4. Núm. de Ident. Patronal Employer Ident. No. (EIN) | | 8. Comisiones - Commissions<br>0.00 | |
| rección Postal del Empleado-Employee's Mailing Address<br>URB. VILLA MADRID C-4 Z-18<br>COAMO, PR 00769 | 5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage<br>0.00 | | 9. Concesiones - Allowances<br>0.00 | 18. Seguro Social Retenido Social Security Tax Withheld<br>0.00 |
| | | | 10. Propinas - Tips<br>0.00 | |
| | | | 11. Total=7+8+9+10<br>26371.03 | |
| ombre y Dirección Postal del Patrono mployer's Name and Mailing Address<br>DEPT DE EDUCACION-MAESTROS<br>AVENIDA TENIENTE CESAR GONZALE<br>ESQUINA CALAF<br>HATO REY, PR 00919 | 6. Donativos Charitable Contributions<br>0.00 | | 12. Gastos Reemb. y Beneficios Marginales Reimb. Expenses and Fringe Benefits<br>0.00 | 19. Total Sueldos y Pro. Medicare Medicare Wages and Tips<br>26371.03 |
| | Patrono: - Employer:<br>* Envíe a: - Send to:<br>Social Security Administration<br>Data Operations Center Wilkes-Barre, PA 18769-0001<br>Con la<br>With the   W-3PR<br>* Envíe al Departamento de Hacienda electrónicamente<br>Send to Department of the Treasury electronically<br>(www.hacienda.pr.gov)<br>* Entregue dos copias al empleado<br>Deliver two copies to employee<br>* Conserve copia para sus récords<br>Keep copy for your records | | 13. Cont. Retenida - Tax Withheld<br>752.72 | 20. Contrib. Medicare Retenida Medicare Tax Withheld<br>382.38 |
| | | | 14. Fondo de Retiro Gubernamental Governmental Retirement Fund<br>2319.39 | |
| ero de Teléfono del Patrono ployer's Telephone Number | | | 15. Aportaciones a Planes Cualific. Contributions to CODA PLANS<br>0.00 | 21. Propinas Seguro Social Social Security Tips<br>0.00 |
| a Cese de Operaciones: ase of Operations Date:   Día Day   Mes Month   Año Year | | | 16. Salarios Exentos (Ver instrucciones) Exempt Salaries (See instructions)<br>0.00 | 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips<br>0.00 |
| ero Confirmación de Radicación Electrónica ctronic Filing Confirmation Number<br>S150008 | | | 16A. Código de Salarios Exentos Exempt Salaries Code | |
| ero Control - Control Number<br>004903672 | Año:<br>Year:   **2015** | | 16B. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program<br>0.00 | 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips<br>0.00 |
| **Fecha de radicación: 31 de enero - Filing date: January 31** | | | | |

Reproducido por el Departamento de Hacienda

Formulario 482  Rev. 31 oct 14

# FORMA ÚNICA 2014

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**DEPARTAMENTO DE HACIENDA**

2014

Número de Serie

| Liquidador | Revisor |
|---|---|

PLANILLA DE CONTRIBUCIÓN SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2014 O AÑO COMENZADO EL

| R | G | R0 | V1 | V2 | P1 | P2 | N | D1 | D2 | E | A | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

1 de enero de 2014 Y TERMINADO EL 31 de diciembre de 2014

○ PLANILLA ENMENDADA

○ FALLECIDO DURANTE EL AÑO: Mes / Año

○ CONTRIBUYENTE  ○ CÓNYUGE

Nombre del Contribuyente: Inicial R   Apellido Paterno SANTIAGO   Apellido Materno MELENDEZ
JOSE

Dirección Postal
Urb VILLA MADRID
Z18 Calle 4
Coamo PR

Código Postal 00769

Número de Seguro Social Contribuyente

Fecha de Nacimiento   Sexo ○ M ○ F
Mes / Año

Número de Seguro Social Cónyuge

Fecha de Nacimiento del Cónyuge   Sexo ○ M ○ F
Mes / Año

CÓNYUGE SUPÉRSTITE RINDE OTRA PLANILLA PARA EL AÑO CONTRIBUTIVO (Indique seguro social del cónyuge fallecido)

Sello de Recibido

Nombre e Inicial del Cónyuge   Apellido Paterno   Apellido Materno

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)
BO. LOS LLANOS
SECTOR CARIBE 596
Coamo PR   Código Postal 00769

Correo Electrónico (E-Mail) rafa.lucha@hotmail.com

¿UTILIZÓ PROGRAMA PRIVADO PARA LLENAR LA PLANILLA? ○ SÍ ○ No

Teléfono Residencia
(787) 453-7056
Teléfono del Trabajo

CAMBIO DE DIRECCIÓN: ○ SÍ ○ No

SOLICITÓ PRÓRROGA: ○ SÍ ○ No

PLANILLA 2015: ○ ESPAÑOL ○ INGLÉS

## Cuestionario

**SI NO**
A. ○ ○ ¿Ciudadano de Estados Unidos?
B. ○ ○ ¿Residente de Puerto Rico al finalizar el año?
C. ○ ○ ¿Otros ingresos excluidos o exentos de contribución? (Someta Anejo IE Individuo)
D. ○ ○ ¿Individuo residente inversionista? (Someta Anejo F1 Individuo)

**E. FUENTE DE MAYOR INGRESO:**
1. ○ Empleado del Gobierno, Municipios o Corporaciones Públicas
2. ○ Empleado del Gobierno Federal
3. ○ Empleado de Empresa Privada
4. ○ Retirado/Pensionado
5. ○ Trabajo Cuenta Propia (Indique la industria o negocio principal)
6. ○ Otro

Su ocupación Maestro de Escuela   6110   Ocupación cónyuge

**F. ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:**
1. ○ Casado (Enmegrezca aquí ○ si se acoge al cómputo opcional y pase al Anejo CO Individuo)
2. ○ Contribuyente individual (Enmegrezca e indique nombre y seguro social del cónyuge si es) ○ Casado con capitulaciones de total separación de bienes ○ Casado que no vivía con su cónyuge
3. ○ Casado que rinde por separado (Indique nombre y seguro social del cónyuge arriba)

CONTRATO GOBIERNO:
○ Contribuyente  ○ Cónyuge

PASE A LA PÁGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.

## Reintegro

| | | |
|---|---|---|
| 1. CONTRIBUCIÓN PAGADA EN EXCESO (Encasillado 3, línea 28. Indique distribución en las líneas A, B, C y D) (01) | (01) | 819 00 |
| A) Acreditar a la contribución estimada 2015 | (02) | 00 |
| B) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan | (03) | 00 |
| C) Aportación al Fondo Especial para la Universidad de Puerto Rico | (04) | 00 |
| D) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado de Depósito) | (05) | 819 00 |

## Pago

| | | |
|---|---|---|
| 2. TOTAL NO PAGADO DE LA CONTRIBUCIÓN (Encasillado 3, línea 28) | (06) | 00 |
| 3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado | (07) | 00 |
| (b) Intereses | (08) 00 | |
| (c) Recargos ___ y Penalidades ___ | (09) 00 | |
| 4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a)) | (10) | 00 |

## Depósito

AUTORIZACIÓN PARA DEPÓSITO DIRECTO DE REINTEGRO

Tipo de cuenta   ○ Cheques ○ Ahorros

Número de ruta/tránsito: 0 2 1 5 0 2 0 1 1

Número de su cuenta: 0 7 2 1 3 4 8 2 8

Cuenta a nombre de: JOSE SANTIAGO MELENDEZ   y   (Nombre completo en letra de molde aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que he examinado la información incluida en esta planilla, anejos y documentos que se acompañan, y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

| Firma del Contribuyente | Fecha | Firma del Cónyuge | Fecha |
|---|---|---|---|
| ✓ FIRMADA ELECTRONICAMENTE | 30/03/2015 | | |

Nombre del Especialista (Letra de Molde)
Luis A Torres

Nombre de la Firma o Negocio
**Torres Associates**

| Firma del Especialista | Fecha | Especialista por cuenta propia (enmegrezca aquí) | Número de Registro |
|---|---|---|---|
| FIRMADA ELECTRONICAMENTE | 30/03/2015 | | 19571 |

Formulario
Form 499R-2/W-2 PR
Rev. 09.14

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

| | INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
|---|---|---|

**1. Nombre – First Name**
JOSE

**3. Núm. Seguro Social**
Social Security No.

**7. Sueldos – Wages**
26130.36

**17. Total Sueldos Seguro Social**
Total Social Security Wages
0.00

**Apellido(s) – Surname(s)**
SANTIAGO MELENDEZ

**4. Núm. de Ident. Patronal**
Employer Ident. No. (EIN)

**8. Comisiones – Commissions**
0.00

**9. Concesiones – Allowances**
0.00

**18. Seguro Social Retenido**
Social Security Tax Withheld
0.00

**Dirección Postal del Empleado-Employee's Mailing Address**
URB. VILLA MADRID C-4 Z-18
COAMO, PR 00769

**5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage**
0.00

**10. Propinas – Tips**
0.00

**11. Total=7+8+9+10**
26130.36

**19. Total Sueldos y Pro. Medicare**
Medicare Wages and Tips
26130.36

**6. Donativos**
Charitable Contributions
0.00

**12. Gastos Reemb. y Beneficios Marginales**
Reimb. Expenses and Fringe Benefits
0.00

**20. Contrib. Medicare Retenida**
Medicare Tax Withheld
378.89

**2. Nombre y Dirección Postal del Patrono**
Employer's Name and Mailing Address

DEPT DE EDUCACION-MAESTROS
AVENIDA TENIENTE CESAR GONZALE
ESQUINA CALAF
HATO REY, PR 00919

**Patrono: - Employer:**

* Envíe a: - Send to:
Social Security Administration
Data Operations Center Wilkes-
Barre, PA 18769-0001
Con la
With the   W-3PR
* Envíe al Departamento de Hacienda electrónicamente
Send to Department of the Treasury electronically
(www.hacienda.gobierno.pr)
* Entregue dos copias al empleado
Deliver two copies to employee
* Conserve copia para sus records
Keep copy for your records

**13. Cont. Retenida - Tax Withheld**
737.39

**14. Fondo de Retiro Gubernamental**
Governmental Retirement Fund
2297.73

**15. Aportaciones a Planes Cualific.**
Contributions to CODA PLANS
0.00

**21. Propinas Seguro Social**
Social Security Tips
0.00

**22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips**
0.00

**Número de Teléfono del Patrono**
Employer's Telephone Number

**Fecha Cese de Operaciones:**
Cease of Operations Date:
Día / Day    Mes / Month    Año / Year

**16. Salarios Exentos (Ver instrucciones)**
Exempt Salaries (See instructions)
0.00

**16A. Código de Salarios Exentos**
Exempt Salaries Code

**Número Confirmación de Radicación Electrónica**
Electronic Filing Confirmation Number
S140003

**23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips**
0.00

**Número Control - Control Number**
004382947

**Año:**
**Year:**   2014

**16B. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program**
0.00

**Fecha de radicación: 31 de enero - Filing date: January 31**

Reproducido por: Departamento de Hacienda

Formulario 482   Rev. 31 oct 13

| Liquidador | Revisor |
|---|---|

**2013**   **2013**
ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA
**PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS**
AÑO CONTRIBUTIVO 2013 O AÑO COMENZADO EL

Número de Serie

| R | G | RO | V1 | V2 | P1 | P2 | N | D1 | D2 | E | A | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

1 de enero de 2013 Y TERMINADO EL 31 de diciembre de 2013

○ PLANILLA ENMENDADA
○ FALLECIDO DURANTE EL AÑO: __/__/__   Día Mes Año
○ CONTRIBUYENTE   ○ CONYUGE
○ CONYUGE SUPERSTITE RINDE OTRA PLANILLA PARA EL AÑO CONTRIBUTIVO

Nombre del Contribuyente: **JOSE**   Inicial: **R**   Apellido Paterno: **SANTIAGO**   Apellido Materno: **MELENDEZ**

Número de Seguro Social Contribuyente: 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

Dirección Postal
**VILLA MADRI**
**CALLE 4 Z 18**
**Coamo PR**   Código Postal **00769**

Fecha de Nacimiento   Sexo ○ M ○ F
Día Mes Año

Número de Seguro Social Cónyuge

Sello de Recibido
07/04/2014
08:48:12 AM

"Coloque la etiqueta engomada (Label) aquí".

Nombre e Inicial del Cónyuge   Apellido Paterno   Apellido Materno

Fecha de Nacimiento del Cónyuge   Sexo ○ M ○ F
Día Mes Año

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)
**BO. LOS LLANOS**
**SECTOR CARIBE 596**
**Coamo PR**   Código Postal **00769**

Teléfono Residencia **(787) 453-7056**
Teléfono del Trabajo

Correo Electrónico (E-Mail) **rafa.lucha@hotmail.com**

CAMBIO DE DIRECCION: ○ SI ⊗ No   PLANILLA 2014: ⊗ ESPAÑOL ○ INGLES

**Cuestionario**

☐ PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE EN ESTE LUGAR)

SI NO
A. ☐ ¿Ciudadano de Estados Unidos?
B. ☐ ¿Residente de Puerto Rico al finalizar el año?
C. ☐ ¿Otros ingresos excluidos o exentos de contribución?
   **(Someta Anejo IE Individuo)**
D. ☐ ¿Individuo residente inversionista?
   **(Someta Anejo F1 Individuo)**

E. **FUENTE DE MAYOR INGRESO:**
1. ☐ Empleado del Gobierno, Municipios o Corporaciones Públicas
2. ☐ Empleado del Gobierno Federal
3. ☐ Empleado de Empresa Privada
4. ☐ Retirado/Pensionado
5. ☐ Trabajo Cuenta Propia (Indique la industria o negocio principal)
6. ☐ Otro _____

Su ocupación **Maestro de Escuela**   6110   Ocupación cónyuge _____

**F. ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:**

○ Casado
(Ennegrezca aquí ○ si se acoge al cómputo opcional y pase al Anejo CO Individuo)

○ Contribuyente individual
(Enegrezca e indique nombre y seguro social del cónyuge si es:
 ○ Casado con capitulaciones de total separación de bienes
 ○ Casado que no vivía con su cónyuge)

○ Casado que rinde separado
(Indique nombre y seguro social del cónyuge arriba)

CONTRATO GOBIERNO:
○ Contribuyente   ○ Cónyuge

**PASE A LA PÁGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.**

**Reintegro**

| | | | |
|---|---|---|---|
| 1. **CONTRIBUCION PAGADA EN EXCESO** (Encasillado 3, línea 28. Indique distribución en las líneas A, B, C y D) | (01) | 847 | 00 |
| A) Acreditar a la contribución estimada 2014 | (02) | | 00 |
| B) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan | (03) | | 00 |
| C) Aportación al Fondo Especial para la Universidad de Puerto Rico | (04) | | 00 |
| D) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado de Depósito) | (05) | 847 | 00 |

**Pago**

| | | | |
|---|---|---|---|
| 2. **TOTAL NO PAGADO DE LA CONTRIBUCION** (Encasillado 3, línea 28) | (06) | | 00 |
| 3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado | (07) | | 00 |
| (b) Intereses | (08) | | |
| (c) Recargos _____ y Penalidades _____ | (09) | | |
| 4. **BALANCE PENDIENTE DE PAGO** (Línea 2 menos línea 3(a)) | | | 00 |

**AUTORIZACION PARA DEPOSITO DIRECTO DE REINTEGRO**

**Depósito**

Tipo de cuenta:
○ Cheque  ○ Ahorros

Número de ruta/tránsito
| 0 | 2 | 1 | 5 | 0 | 2 | 0 | 1 | 1 |

Número de su cuenta
| 0 | 7 | 2 | 1 | 3 | 4 | 8 | 2 | 8 | | | | | | | | |

Cuenta a nombre de: **JOSE SANTIAGO MELENDEZ** y _____
(Nombre completo en letra de molde según aparece en su cuenta. Si está casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que he examinado la información incluida en esta planilla, anejos y documentos que se acompañan, y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

| Firma del Contribuyente | Fecha | Firma del Cónyuge | Fecha |
|---|---|---|---|
| ✓ FIRMADA ELECTRONICAMENTE | 07/04/2014 | | |

Nombre del Especialista (Letra de Molde)
**Luis Torres**

Nombre de la Firma o Negocio
**Torres Associates**

| Firma del Especialista | Fecha | Especialista por cuenta propia (enegrezca aquí) ○ | Número de Registro |
|---|---|---|---|
| ✓ FIRMADA ELECTRONICAMENTE | 07/04/2014 | | **19571** |

NOTA: AL CONTRIBUYENTE: Indique si hizo pagos por la preparación de su planilla: ⊗ SI ○ NO. Si contestó "Sí", exija la firma y el número de registro del Especialista.

Formulario
Form 499R-2/W-2 PR
Rev. 08.13

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION

INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION

| | | |
|---|---|---|
| 1. Nombre-First Name **JOSE** | 3. Núm. Seguro Social Social Security No. | 7. Sueldos - Wages **36206.09** |
| | | 17. Total Sueldos Seguro Social Social Security Wages **0.00** |
| Apellido(s) - Surname(s) **SANTIAGO MELENDEZ** | 4. Núm. de Ident. Patronal Employer Ident. No. (EIN) | 8. Comisiones - Commissions **0.00** |
| Dirección Postal del Empleado-Employee's Mailing Address **URB. VILLA MADRID C-4 Z-18 COAMO, PR 00769** | 5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension | 9. Concesiones - Allowances **0.00** |
| | Día - Day  Mes - Month  Año - Year | 18. Seguro Social Retenido Social Security Tax Withheld **0.00** |
| | | 10. Propinas - Tips **0.00** |
| 2. Nombre y Dirección Postal del Patrono Employer's Name and Mailing Address **DEPT DE EDUCACION-MAESTROS AVENIDA TENIENTE CESAR GONZALE ESQUINA CALAF HATO REY, PR 00919** | 6. Costo de Pensión o Anualidad Cost of Pension or Annuity **0.00** | 11. Total=7+8+9+10 **36206.09** |
| | | 19. Total Sueldos y Pro. Medicare Medicare Wages and Tips **36206.09** |
| | 6A. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage **0.00** | 12. Gastos Reemb. y Beneficios Marginales Reimb. Expenses and Fringe Benefits **0.00** |
| | | 13. Cont. Retenida - Tax Withheld **1483.14** |
| Número de Teléfono del Patrono Employer's Telephone Number | | 14. Fondo de Retiro Gubernamental Governmental Retirement Fund **2804.55** |
| | | 20. Contrib. Medicare Retenida Medicare Tax Withheld **524.99** |
| Fecha Cese de Operaciones: Cease of Operations Date: Día - Day  Mes - Month  Año - Year | 6B. Donativos Charitable Contributions **0.00** | 15. Aportaciones a Planes Cualific. Contributions to CODA PLANS **0.00** |
| | | 21. Propinas Seguro Social Social Security Tips **0.00** |
| Número Confirmación de Radicación Electrónica Electronic Filing Confirmation Number **C400001** | Copia C para Récord del Empleado Copy C for Employee's Records | 16. Salarios bajo Ley 324-2004 Salaries under Act 324-2004 **0.00** |
| | | 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips **0.00** |
| Número Control - Control Number **004469046** | Año: Year: **2013** | 16A. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program **0.00** |
| | | 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips **0.00** |

Reproducido por: Departamento de Hacienda

Formulario 482  Rev. 27 nov 12

**FORMA LARGA**

| Liquidador | Revisor |

PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE EN ESTE LUGAR)

Número de Serie

**2012** ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA **2012**
PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2012 O AÑO COMENZADO EL
1 de enero de 2012 Y TERMINADO EL 31 de diciembre de 2012.

| R | G | RO | V1 | V2 | P1 | P2 | N | D1 | D2 | E | A | M |

PLANILLA ENMENDADA

FALLECIDO DURANTE EL AÑO: Día Mes Año

CONTRIBUYENTE    CONYUGE

Número de Seguro Social Contribuyente  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

| Nombre del Contribuyente | Inicial | Apellido Paterno | Apellido Materno |
| JOSE | R | SANTIAGO | MELENDEZ |

Dirección Postal
VILLA MADRID
B9 Calle 2
Coamo PR     Código Postal 00769

Fecha de Nacimiento   Sexo M/F
Número de Seguro Social Cónyuge

Fecha de Nacimiento del Cónyuge   Sexo M/F

Sello de Recibido
10/04/2013
01:19:39 PM

"Coloque la etiqueta engomada (Label) aquí".

| Nombre e Inicial del Cónyuge | Apellido Paterno | Apellido Materno |

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)
BO. LOS LLANOS
SECTOR CARIBE 596
Coamo PR     Código Postal 00769

Teléfono Residencia (787) 453-7056
Teléfono del Trabajo

CAMBIO DE DIRECCION:  Sí  No     PLANILLA 2013:  ESPAÑOL  INGLES

Correo Electrónico (E-Mail)  rafa.lucha@hotmail.com

**Cuestionario**

|  | SI | NO | |
| A. |  |  | ¿Ciudadano de Estados Unidos? |
| B. |  |  | ¿Residente de Puerto Rico al finalizar el año? |
| C. |  |  | ¿Otros ingresos excluidos o exentos de contribución? (Someta Anejo IE Individuo) |
| D. |  |  | ¿Individuo inversionista residente? (Someta Anejo F1 Individuo) |

**E. FUENTE DE MAYOR INGRESO:**
1. Empleado del Gobierno, Municipios o Corporaciones Públicas
2. Empleado del Gobierno Federal
3. Empleado de Empresa Privada
4. Retirado/Pensionado
5. Trabajo Cuenta Propia (Indique la industria o negocio principal)
6. Otro

Su ocupación Maestro de Escuela   6110   Ocupación cónyuge

**F. ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:**

Casado
(Ennegrezca aquí)  si se acoge al cómputo opcional y pase al Anejo CO Individuo)

Contribuyente individual
(Ennegrezca e indique nombre y seguro social del cónyuge si es:
Casado con capitulaciones de total separación de bienes
Casado que no vivía con su cónyuge.)

Casado que rinde separado
(Indique nombre y seguro social del cónyuge arriba)

CONTRATO GOBIERNO:
Contribuyente    Cónyuge

**PASE A LA PAGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.**

**Reintegro**

| | | | (01) | 836 | 00 |
| 1. CONTRIBUCION PAGADA EN EXCESO (Encasillado 3, línea 27. Indique distribución en las líneas A, B, C y D) | | (02) | | |
| A) Acreditar a la contribución estimada 2013 | | | | |
| B) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan | | | | |
| C) Aportación al Fondo Especial para la Universidad de Puerto Rico | | (05) | | 836 |
| D) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado de Depósito) | | (06) | | |

**Pago**

| 2. TOTAL NO PAGADO DE LA CONTRIBUCION (Encasillado 3, línea 27) | (07) | | |
| 3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado | (08) | | 00 |
| (b) Intereses | (09) | | 00 |
| (c) Recargos y Penalidades | (10) | | 00 |
| 4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a)) | | | 00 |

**AUTORIZACION PARA DEPOSITO DIRECTO DE REINTEGRO**

**Depósito**

Tipo de cuenta   Número de ruta/tránsito  0 2 1 5 0 2 0 1 1     Número de su cuenta  0 7 2 1 3 4 8 2 8
Cheques   Ahorros

Cuenta a nombre de:  JOSE SANTIAGO MELENDEZ    y
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que he examinado la información incluida en esta planilla, anejos y documentos que se acompañan, y que la misma es cierta, correcta y completa. La declaración de la persona que preparó la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

| Firma del Contribuyente | Fecha | | Firma del Cónyuge | Fecha |
| ✓ FIRMADA ELECTRONICAMENTE | 10/04/2013 | | | |

| 04 | Nombre del Especialista (Letra de Molde) | | Nombre de la Firma o Negocio | |
| | Luis A. Torres | | Torres Associates | |
| | Firma del Especialista | Fecha | Especialista por cuenta propia (ennegrezca aquí) | Número de Registro |
| | ✓ FIRMADA ELECTRONICAMENTE | 10/04/2013 | | 19571 |

Especialista registrado: indique aquí la firma y el número de registro del Especialista
¿...separación de su planilla?  Sí  No. Si contestó "Sí", exija la firma y el número de registro del Especialista

Formulario
Form 499R-2/W-2 PR
Rev. 09.12

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

| | INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
|---|---|---|

Nombre-First Name
JOSE

3. Núm. Seguro Social
Social Security No.

7. Sueldos - Wages
25919.20

17. Total Sueldos Seguro Social
Social Security Wages

Apellido(s) - Surname(s)
SANTIAGO MELENDEZ

4. Núm. de Ident. Patronal
Employer Ident. No. (EIN)

8. Comisiones - Commissions
0.00

0.00

18. Seguro Social Retenido
Social Security Tax Withheld

Dirección Postal del Empleado-Employee's Mailing Address
URB. VILLA MADRID C-4 Z-18
COAMO, PR 00769

5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension

| Dia | Mes | Año |
|---|---|---|
| Day | Month | Year |

9. Concesiones - Allowances
0.00

10. Propinas - Tips
0.00

11. Total=7+8+9+10
25919.20

0.00

19. Total Sueldos y Pro. Medicare
Medicare Wages and Tips
25919.20

6. Costo de Pensión o Anualidad
Cost of Pension or Annuity
0.00

12. Gastos Reemb. y Beneficios Marginales
Reimb. Expenses and Fringe Benefits
0.00

20. Contrib. Medicare Retenida
Medicare Tax Withheld
375.83

Nombre y Dirección Postal del Patrono
Employer's Name and Mailing Address
L8013750542 PURIFICACI
DEPT DE EDUCACION-MAESTROS
AVENIDA TENIENTE CESAR GONZALE
ESQUINA CALAF
HATO REY, PR 00919

6A. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage
0.00

13. Cont. Retenida - Tax Withheld
798.81

21. Propinas Seguro Social
Social Security Tips
0.00

14. Fondo de Retiro Gubernamental
Governmental Retirement Fund
2242.73

6B. Donativos
Charitable Contributions
0.00

22. Seguro Social no Retenido
en Propinas - Uncollected
Social Security Tax on Tips
0.00

Número de Teléfono del Patrono
Employer's Telephone Number

15. Aportaciones a Planes Cualific.
Contributions to CODA PLANS
0.00

Copia C para Récord
del Empleado
Copy C for Employee's
Records

16. Salarios bajo Ley 324-2004
Salaries under Act 324-2004
0.00

Fecha Cese de Operaciones:
Cease of Operations Date:

| Dia | Mes | Año |
|---|---|---|
| Day | Month | Year |

23. Contrib. Medicare no Retenida
en Propinas - Uncollected
Medicare Tax on Tips
0.00

16A. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program
0.00

Número Control - Control Number
125527664

Año:
Year: **2012**

Reproducido por: Departamento de Hacienda

Formulario 481   Rev. 27 oct 11

# FORMA CORTA

PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE EN ESTE LUGAR)

Número de Serie
**1854461**

| Liquidador | Revisor |
|---|---|

| R | G | RO | V1 | V2 | P1 | P2 | N | D1 | D2 | E | A | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**2011**    GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA    **2011**
PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2011 O AÑO COMENZADO EL
1 de enero de 2011 Y TERMINADO EL 31 de diciembre de 2011

⊂ PLANILLA ENMENDADA

⊂ FALLECIDO DURANTE EL AÑO:    Día   Mes   Año

⊂ CONTRIBUYENTE    ⊂ CONYUGE

Sello de Recibido

Nombre del Contribuyente: **JOSE**   Inicial: **R**   Apellido Paterno: **SANTIAGO**   Apellido Materno: **MELENDEZ**

Número de Seguro Social Contribuyente

Fecha de Nacimiento    Sexo ⊂ M ⊂ F
Día  Mes  Año
Número de Seguro Social Cónyuge

14-03-2012 12:09:37 PM

Dirección Postal
**VILLA MADRID**
**B9 Calle 2**
**Coamo**   **PR**   Código Postal **00769-0000**

Fecha de Nacimiento del Cónyuge   Sexo ⊂ M ⊂ F
Día  Mes  Año

"Coloque la etiqueta engomada (Label) aquí".
Nombre e Inicial del Cónyuge   Apellido Paterno   Apellido Materno

Teléfono Residencia
**7874537056**

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)
**BO. LOS LLANOS**
**SECTOR CARIBE 596**
**Coamo**   **PR**   Código Postal **00769-0000**

Teléfono del Trabajo

Correo Electrónico (E-Mail) **rafa.lucha@hotmail.com**

CAMBIO DE DIRECCION: ⊂ Sí ⊂× No   PLANILLA 2012: ⊂× ESPAÑOL   ⊂ INGLES

## Cuestionario

SI   NO
A. ⊂× ⊂ ¿Ciudadano de Estados Unidos?
B. ⊂× ⊂ ¿Residente de Puerto Rico al finalizar el año?
C. ⊂ ⊂× ¿Otros ingresos excluidos o exentos de contribución?
(Someta Anejo IE Individuo)

D. FUENTE DE MAYOR INGRESO:
1. ⊂ Empleado del Gobierno, Municipios o Corporaciones Públicas
2. ⊂ Empleado del Gobierno Federal
3. ⊂ Empleado de Empresa Privada
4. ⊂ Retirado/Pensionado

Su ocupación **Maestro de Escuela**   **6110**   Ocupación cónyuge

E. ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:
1. ⊂ Casado
(Ennegrezca aquí ⊂ si se acoge al cómputo opcional y pase al Anejo CO Individuo)
2. ⊂× Contribuyente individual
(Ennegrezca aquí ⊂ si es casado con capitulaciones de total separación de bienes e indique nombre y seguro social del cónyuge arriba)
3. ⊂ Casado que rinde separado
(Indique nombre y seguro social del cónyuge arriba)

### PASE A LA PAGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.

## Reintegro

| | | (01) | 900 | 00 |
|---|---|---|---|---|
| 1. CONTRIBUCION PAGADA EN EXCESO (Encasillado 1, línea 14. Indique distribución en las líneas A, B y C) ......... **01** | (01) | | 900 | 00 |
| A) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan ......... | (02) | | 0 | 00 |
| B) Aportación al Fondo Especial para la Universidad de Puerto Rico ......... | (03) | | 0 | 00 |
| C) REINTEGRAR (Si desea que se le deposite el reintegro directamente en su cuenta, complete el Encasillado de Depósito) | (04) | | 900 | 00 |

## Pago

| | | | | |
|---|---|---|---|---|
| 2. TOTAL NO PAGADO DE LA CONTRIBUCION (Línea 1, línea 14) ......... | (05) | | 0 | 00 |
| 3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado ......... | (06) | | 0 | 00 |
| (b) Intereses ......... | (07) | 0 | 00 | |
| (c) Recargos  0  y Penalidades  0 ......... | (08) | 0 | 00 | |
| 4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a)) ......... | (10) | | 0 | 00 |

## Depósito

AUTORIZACION PARA DEPOSITO DIRECTO DE REINTEGRO

Tipo de cuenta   Número de ruta/tránsito   Número de su cuenta
⊂× Cheques   ⊂ Ahorros   **021502011**   **072134828**

Cuenta a nombre de: **JOSE SANTIAGO MELENDEZ**    y
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que la información incluida en esta planilla, anejos y documentos que se acompañan, ha sido examinada por mí y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

| Firma del Contribuyente   ✓ Firmada Electrónicamente | Fecha   14-03-2012 | Firma del Cónyuge  ✓ | Fecha |
|---|---|---|---|

**04** Nombre del Especialista (Letra de Molde)   **Luis A. Torres**   |   Nombre de la Firma o Negocio   **Luis A. Torres**

| Número de Registro   **19571** | Número de Identificación Patronal   **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** | Especialista por cuenta propia (ennegrezca aquí) ⊂ | Firma del Especialista   **Firmada Electrónicamente** | Fecha   **14-03-2012** |
|---|---|---|---|---|

NOTA AL CONTRIBUYENTE: Indique si hizo pagos por la preparación de su planilla: ⊂× Sí   ⊂ No. Si contestó "Sí", exija la firma y el número de registro del Especialista

GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

Formulario
Form 499R-2/W-2PR
Rev. 10.11

INFORMACION PARA EL DEPARTAMENTO DE HACIENDA
INFORMATION FOR THE TREASURY DEPARTMENT

INFORMACION PARA EL SEGURO SOCIAL
SOCIAL SECURITY INFORMATION

| | | |
|---|---|---|
| 09XL00 | | |

1. Nombre - First Name

JOSE R

Apellido(s) - Surname(s)

SANTIAGO MELENDEZ

Dirección - Postal del Empleado - Employee's Mailing Address

VILLA MADRID B8 Calle 2 Carro PR 00769-0000

2. Nombre y Dirección Postal del Patrono
Employer's Name and Mailing Address

DEPT EDUCACION
CAESAR GONZALEZ San Diego PR 00919-0000

Número de Teléfono del Patrono
Employer's Telephone Number

Fecha de Expiración Employees:
Case Expiration Date:

Número Control - Control Number

116459114

Instrucciones al dorso - Instructions on back

Conforme con Disp. (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas.
Retain by ten (10) years from the filing date in the Returns Processing Bureau.

3. Núm. Seguro Social
Social Security No.

4. Núm. de Identificación Patronal
Employer's Identification No. (EIN)

5. Fecha que comenzó a recibir la pensión - Date in which you started to receive pension

6. Costo de Pensión o Anualidad
Cost of Pension or Annuity

6A. Costo de Plan de salud auspiciado por el patrono - Cost of employer-sponsored health coverage

0

8B. Donativos - Charitable Contributions

0

Año:
Year: 2011

Tax Return

Copia B para Planillas del Empleado
Copy B for Employee's

7. Sueldos - Wages

25,510

8. Comisiones - Commissions

0

9. Concesiones - Allowances

0

10. Propinas - Tips

0

11. Total = 7 + 8 + 9 + 10

25,510

12. Gastos Reembolsados
Reimbursed Expenses

0

13. Cont. Retenida - Tax Withheld

867

14. Fondo de Retiro Gubernamental
Governmental Retirement Fund

2,205

15. Aportaciones a Planes Cualific.
Contributions to CODA PLANS

0

16. Salarios bajo Ley Núm. 324 de 2004
Salaries under Act No. 324 of 2004

0

16A. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program

0

17. Total Sueldos - Seguro Social
Social Security Wages

0

18. Seguro Social Retenido
Social Security Tax Withheld

0

19. Total Sueldos y Prop. Medicare
Medicare Wages and Tips

25,510

20. Contrib. Medicare Retenida
Medicare Tax Withheld

369

21. Propinas Seguro Social
Social Security Tips

0

22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips

0

23. Contrib. Medicare Retenida en Propinas - Uncollected Medicare Tax on Tips

0

Pensión: [ ]

Federal: [ ]

Formulario
Form 499R-2/W-2PR
Rev. 10.11

GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

INFORMACION PARA EL DEPARTAMENTO DE HACIENDA
INFORMATION FOR THE DEPARTMENT OF THE TREASURY

INFORMACION PARA EL SEGURO SOCIAL
SOCIAL SECURITY INFORMATION

**04.1.100**

1. Nombre - First Name
JOSE R

Apellido(s) - Surname(s)
SANTIAGO MELENDEZ

Dirección Postal del Empleado - Employee's Mailing Address
VILLA MADRID B9 Calle 2 Cosmo PR 00789-0000

2. Nombre y Dirección Postal del Patrono
Employer's Name and Mailing Address
CESAR GONZALEZ San Juan PR 00918-0000
DEPT EDUCACION

Número de teléfono del Patrono
Employer's Telephone No.

Fecha Cese de Operaciones:
Cease of Operations Date:

Número Control - Control Number
116003329

Instrucciones al dorso - Instructions on back

Copia B para Planillas
del Empleado
Copy B for Employee's
Tax Return

Año:
Year: **2011**

| No. | Campo | Valor |
|---|---|---|
| 3. Núm. Seguro Social - Social Security No. | | |
| 4. Núm. de Identificación Patronal - Employer Identification No. (EIN) | | |
| 5. Fecha en que comenzó a recibir la anualidad - Date in which you started to receive the pension | | |
| 6. Costo de Pensión o Anualidad - Cost of Pension or Annuity | | |
| 6A. Costo del Plan de salud asegurada por el Patrono - Cost of employer-sponsored health coverage | | |
| 6B. Donativos - Charitable Contributions | | 0 |
| 7. Sueldos - Wages | 3,599 |
| 8. Comisiones - Commissions | 0 |
| 9. Concesiones - Allowances | 0 |
| 10. Propinas - Tips | 0 |
| 11. Total = 7 + 8 + 9 + 10 | 3,599 |
| 12. Gastos Reembolsados - Reimbursed Expenses | 0 |
| 13. Cont. Retenida - Tax Withheld | 287 |
| 14. Fondo de Retiro Gubernamental - Governmental Retirement Fund | 323 |
| 15. Aportaciones a Planes CODA/Itc. Contributions to CODA PLANS | 0 |
| 16. Salarios bajo Ley Núm. 324 de 2004 - Salaries under Act No. 324 of 2004 | 0 |
| 16A. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program | 0 |
| 17. Total Sueldos, Seguro Social - Total Social Security Wages | 0 |
| 18. Seguro Social Retenido - Social Security Tax Withheld | 0 |
| 19. Total Sueldos y Prop. Medicare - Total Medicare Wages and Tips | 0 |
| 20. Contrib. Medicare Retenida - Medicare Tax Withheld | 0 |
| 21. Propinas Seguro Social - Social Security Tips | 0 |
| 22. Seguro Social Retenido en Propinas - Uncollected Social Security Tax on Tips | 0 |
| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0 |

Pensión: ☐

Federal: ☐

Consérvese: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas.
Retention: Ten (10) years from the filing date in the Returns Processing Bureau.

Formulario 482   Rev.  12.10

# FORMA LARGA

○ PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE EN ESTE LUGAR)

Número de Serie

| Liquidador | Revisor |
|---|---|

**2010** **2010**
GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA
PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2010 O AÑO COMENZADO EL
1 de enero de 2010 Y TERMINADO EL 31 de diciembre de 2010

| R | G | RO | V1 | V2 | P1 | P2 | N | D1 | D2 | E | A | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

○ PLANILLA ENMENDADA

○ FALLECIDO DURANTE EL AÑO: ___
Día Mes Año

Sello de Pago

Nombre del Contribuyente: JOSE
Inicial: R
Apellido Paterno: SANTIAGO
Apellido Materno: MELENDEZ

Número de Seguro Social Contribuyente: ~~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~~

Dirección Postal
URB. VILLA MADRID
CALLE 4 Z-18
COAMO     PR     Código Postal 00769-0000

Fecha de Nacimiento ~~28-04-1973~~
Día Mes Año
Sexo: ⊗ M  ○ F

Número de Seguro Social Cónyuge

"Coloque la etiqueta engomada (Label) aquí".

Nombre e Inicial del Cónyuge     Apellido Paterno     Apellido Materno

Fecha de Nacimiento del Cónyuge

Incapacitado:
○ Contribuyente   ○ Cónyuge

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)
URB. VILLA MADRID
CALLE 4 Z-18
COAMO     PR     Código Postal 00769-0000

Teléfono Residencia
7874537056
Teléfono del Trabajo

Número de Recibo: ___
Importe: ___

Correo Electrónico (E-Mail)  rafa.lucha@yahoo.com

CAMBIO DE DIRECCION: ○ Sí ⊗ No

**Encasillado 1**

SI   NO
A. ⊗ ○ ¿Ciudadano de Estados Unidos?
B. ⊗ ○ ¿Residente de Puerto Rico al finalizar el año?
C. ○ ⊗ ¿Obligación de hacer pagos a ASUME?
D. ○ ⊗ ¿Otros ingresos exentos de contribución? (Someta Anejo)
Indique total $_____ 0

ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:
1. ○ Casado que vivía con su cónyuge y rinde planilla conjunta
2. ○ Casado que no vivía con su cónyuge (No jefe de familia) (Indique nombre y seguro social del cónyuge, arriba)
3. ○ Jefe de familia (No para casados)
4. ⊗ Soltero
5. ○ Casado que rinde por separado (Indique nombre y seguro social del cónyuge)

FUENTE DE MAYOR INGRESO:
E. ⊗ Empleado del Gobierno, Municipios o Corporaciones Públicas
F. ○ Empleado del Gobierno Federal
G. ○ Empleado de Empresa Privada
Su ocupación  Maestro de Escuela  6110   Ocupación cónyuge ___

H. ○ Retirado/Pensionado
I. ○ Trabajo Cuenta Propia (Indique la industria o negocio principal)

CONTRATO GOBIERNO
○ Contribuyente   ○ Cónyuge

PLANILLA 2011
⊗ ESPAÑOL   ○ INGLES

○ Ennegrezca aquí si se acoge al cómputo opcional de la contribución en el caso de personas casadas que viven juntas, rinden planilla conjunta y que ambos trabajen. No complete los Encasillados 2 y 3, ni las líneas 15 a la 23 del Encasillado 4, y pase al Anejo CO Individuo.

**Encasillado 2**

Sello de Recibido

24-03-2011 11:44:19 AM

| | | A-Contribución Retenida | | B-Sueldos, Comisiones, Concesiones y Propinas | |
|---|---|---|---|---|---|
| 1. Sueldos, Comisiones, Concesiones y Propinas | | 1,138 | 00 | 23,566 | 00 |
| (00) SUMINISTRE LOS COMPROBANTES DE RETENCION (Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique). | | 0 | 00 | 0 | 00 |
| | | 0 | 00 | 0 | 00 |
| | | 0 | 00 | 0 | 00 |
| (01) Total de comprobantes con esta planilla .. | 1 | 1,138 | 00 | 23,566 | 00 |
| | | Contribución Retenida | | Salarios Federales | |
| C- Salarios del Gobierno Federal (Véanse instrucciones)(01) | | 0 | 00 | (02) 0 | 00 |

2. Otros Ingresos (o Pérdidas):

| | | | |
|---|---|---|---|
| A) Ingreso de intereses (Anejo F Individuo, Parte I, línea 10) | (03) | 0 | 00 |
| B) Participación distribuible en beneficios de sociedades especiales (Someta Anejo F Individuo y Anejo R) | (04) | 0 | 00 |
| C) Participación distribuible en pérdidas de sociedades especiales (Someta Anejo R) | (05) | 0 | 00 |
| D) Dividendos de corporaciones y distribuciones de sociedades sujetos a retención (Anejo F Individuo, Parte II, línea 1A) | (06) | 0 | 00 |
| E) Dividendos de corporaciones y distribuciones de sociedades no sujetos a retención (Anejo F Individuo, Parte II, línea 3B) | (07) | 0 | 00 |
| F) Participación distribuible en beneficios de corporaciones de individuos (Someta Anejo F Individuo) | (08) | 0 | 00 |
| G) Distribuciones de Planes Gubernamentales (Anejo F Individuo, Parte V, líneas 1C y 1D) | (09) | 0 | 00 |
| H) Ingresos misceláneos (Someta Anejo F Individuo) | (10) | 0 | 00 |
| I) Distribuciones de Cuentas de Retiro Individual y Cuentas de Aportación Educativa (Someta Anejo F Individuo) | (11) | 0 | 00 |
| J) Dividendos de Fondo de Capital de Inversión o de Turismo (Someta Anejo Q1) | (12) | 0 | 00 |
| K) Ingresos de anualidades y pensiones (Anejo H Individuo, Parte II, línea 12) | (13) | 0 | 00 |
| L) Pensión recibida por divorcio o separación (Núm. seguro social del que paga: _____) (14) | (15) | 0 | 00 |
| M) Ganancia (o pérdida) atribuible a industria o negocio (Someta Anejo K Individuo) | (16) | 0 | 00 |
| N) Ganancia (o pérdida) atribuible a la agricultura (Someta Anejo L Individuo) | (17) | 0 | 00 |
| O) Ganancia (o pérdida) atribuible a profesiones y comisiones (Someta Anejo M Individuo) | (18) | 894 | 00 |
| P) Ganancia (o pérdida) atribuible a alquiler (Someta Anejo N Individuo) | (19) | | |

Formulario Form 499R-2/W-2PR
Rev. 5.1

GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

INFORMACION PARA EL DEPARTAMENTO DEL SEGURO SOCIAL
INFORMATION FOR THE SOCIAL SECURITY ADMINISTRATION

**1. Nombre – First Name**
JOSE R

**Apellido(s) – Surname(s)**
SANTIAGO MELENDEZ

**Direccion Postal del Empleado – Employee's Mailing Address**
URB. VILLA MADRID CALLE 4 Z-18 COAMO PR 00769

Numero Control - Control Number
107609294

**2. Nombre y Direccion Postal del Patrono**
Employer's Name and Mailing Address
DEPARTAMENTO DE EDUCACION
HATO REY PR

Numero de Telefono del Patrono
Employer's Telephone Number

Fecha Cese de Operaciones:
Cease of Operations Date:

**3. Num. Seguro Social**
Social Security No.

**4. Numero Ident. Patronal**
Employer Ident. No. (EIN)

**5. Fecha en que comenzó a recibir la pensión – Date on which you started to receive the pension**

**6. Costo de Pensión o Anualidad**
Cost of Pension or Annuity   0

Copia B para Planillas del Empleado
Copy B for Employee's Tax Return

Año/Year: **2010**

| | |
|---|---|
| **7. Sueldos - Wages** 23,566 | **17. Total Sueldos Seguro Social** Social Security Wages 0 |
| **8. Comisiones - Commissions** 0 | **18. Seguro Social Retenido** Social Security Tax Withheld 0 |
| **9. Concesiones - Allowances** 0 | **19. Total Sueldos y Pro. Medicare** Medicare Wages and Tips 23,566 |
| **10. Propinas - Tips** 0 | **20. Contrib. Medicare Retenida** Medicare Tax Withheld 341 |
| **11. Total = 7 + 8 + 9 + 10** 23,566 | **21. Propinas Seguro Social** Social Security Tips 0 |
| **12. Gastos Reembolsados** Reimbursed Expenses 0 | **22. Seguro Social o Medicare en Propinas - Uncollected Social Security Tax on Tips** 0 |
| **13. Contribucion Retenida** Tax Withheld 0 | **23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips** 0 |
| **14. Fondo de Retiro - Retirement Fund** 1,138 | **24. Sueldos y Propinas bajo Ley HIRE de 2010 - Wages and Tips under HIRE Act of 2010** 0 |
| **15. Aportaciones a Planes Cualific.** Contributions to CODA PLANS 2,030 | |
| **16. Salarios bajo Ley Num. 324 de 2004** Salaries under Act No. 324 of 2004 0 | |

Fecha de radicación: 31 de enero – Filing date: January 31
Instrucciones al dorso de Copia D – Instructions on back of Copy D

Pensión: ☐     Federal: ☐

Planilla Radicada Electrónicamente

| | | | Aviso #: | |
|---|---|---|---|---|
| | Pago: SM -Quincenal | | | |
| Desde: | 02/05/2009 | | Fecha Aviso: | 02/13/2009 |
| | 02/18/2009 | | | |

| | | | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| JOSE R. SANTIAGO MELENDEZ | | # Empleado: | 581372097 | Estado Civil: | Single | Claiming no personal exem |
| URB. VILLA MADRID C-4 Z-18 | | Dept: | 8005021-Ponce Coamo | Concesiones: | 0 | |
| COAMO, PR 00769 | | Lugar: | Purificacion Rodriguez | Pct. Adcl.: | | 0 |
| | | Titulo: | DEPARTAMENTO DE EDUCACION | Cant. Adcl.: | | |
| SS: | | Sueldo: | $1,850.00 Monthly | | | |

| HORAS E INGRESOS | | | | | | | IMPUESTOS | | |
|---|---|---|---|---|---|---|---|---|---|
| | | --- Corriente --- | | | ----- Acumulado ----- | | | | |
| Descripcion | | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | | 925.00 | 180.00 | 2,775.00 | | Fed FICA Med Hospital Ins / EE | 13.41 | 40.24 |
| | | | | | | | PR Withholding | 50.75 | 152.25 |
| Total: | | | 925.00 | 180.00 | 2,775.00 | | Total: | 64.16 | 192.49 |

| DEDUCCIONES | | | DEDUCCIONES GENERALES | | | BENEFICIOS PATRONALES PAGADOS | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
| GPR Plan de Retiro de Maestro | 83.25 | 249.75 | SM-Preferred Health | 130.00 | 390.00 | GPR Plan de Retiro de Maestro | 78.63 | 235.89 |
| | | | | | | FSED Disability Plan | 15.73 | 47.19 |
| | | | | | | SM-Preferred Health | 0.00 | 120.00 |
| Total: | 83.25 | 249.75 | Total: | 130.00 | 390.00 | * Tributable | | |

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 925.00 | 0.00 | 64.16 | 213.25 | 647.59 |
| Acumulado: | 2,775.00 | 0.00 | 192.49 | 639.75 | 1,942.76 |

| PTO HORAS | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

| DISTRIBUCION PAGA NETA | |
|---|---|
| Aviso #3239821 | 647.59 |
| Total: | 647.59 |

MENSAJE:

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR  00919

Fecha
02/13/2009

Aviso No.
3239821

Cant. Deposito:   **$647.59**

A la
Cuenta(s) De

**JOSE R. SANTIAGO MELENDEZ**
URB. VILLA MADRID C-4 Z-18

| DISTRIBUCION DE DEPOSITO DIRECTO | | |
|---|---|---|
| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| Checking | 072134828 | $647.59 |

Formulario 482   Rev. 11.08

| FORMA LARGA | | | ○ PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE EN ESTE LUGAR) | Número de Serie |
|---|---|---|---|---|

| Liquidador | Revisor |
|---|---|

**2008**    ESTADO LIBRE ASOCIADO DE PUERTO RICO    **2008**
DEPARTAMENTO DE HACIENDA
PLANILLA DE CONTRIBUCION SOBRE LOS INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2008 O AÑO COMENZADO EL

| R | G | RO | V1 | V2 | P1 | P2 | N | D1 | D2 | E | A | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

1 de enero de 2008 Y TERMINADO EL 31 de diciembre de 2008

○ PLANILLA ENMENDADA
○ FALLECIDO DURANTE EL AÑO: ___ Día Mes Año
Sello de Pago

**Nombre del Contribuyente**   Inicial   Apellido Paterno   Apellido Materno
JOSE   R   SANTIAGO MELENDEZ

**Número de Seguro Social Contribuyente**

**Dirección Postal**
URB. VILLA MADRID
CALLE 4 Z-18
COAMO PR   Código Postal   00769

Fecha de Nacimiento   Sexo ○ M ○ F
Día Mes Año
Número de Seguro Social Cónyuge

"Coloque la etiqueta engomada (Label) aquí".

**Nombre e Inicial del Cónyuge**   Apellido Paterno   Apellido Materno

Fecha de Nacimiento del Cónyuge
Día   Mes   Año
Teléfono Residencia

**Dirección Residencial Completa** (Barrio o Urbanización, Número, Calle)
URB. VILLA MADRID CALLE 4 Z-18
COAMO PR   Código Postal   00769

(787) 453-7056
Teléfono del Trabajo

**Correo Electrónico (E-Mail)**

CAMBIO DE DIRECCION
○ Sí ○ No

Número de Recibo:

### Encasillado 1

| | SI | NO | |
|---|---|---|---|
| A. | ○ | ○ | ¿Ciudadano de Estados Unidos? |
| B. | ○ | ○ | ¿Residente de Puerto Rico al finalizar el año? |
| C. | ○ | ○ | ¿Ingresos exentos de Lotería de Puerto Rico? |
| D. | ○ | ○ | ¿Ingresos de premios de jugadas en Hipódromo? |
| E. | ○ | ○ | ¿Otros ingresos exentos de contribución? (Someta Anejo) |
| F. | ○ | ○ | ¿Obligación de hacer pagos a ASUME? |

**ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:**
1. ○ Casado que vivía con su cónyuge y rinde planilla conjunta
2. ○ Casado que no vivía con su cónyuge (No jefe de familia)
(Indique nombre y seguro social del cónyuge arriba)
3. ○ Jefe de familia (No para casados)
4. ○ Soltero
5. ○ Casado que rinde por separado (Indique nombre y seguro social del cónyuge)

**FUENTE DE MAYOR INGRESO:**
G. ○ Empleado del Gobierno, Municipios o Corporaciones Públicas
H. ○ Empleado del Gobierno Federal
I. ○ Empleado de Empresa Privada
Su ocupación   Maestro de Escuela   6110   Ocupación cónyuge

J. ○ Retirado/Pensionado
K. ○ Trabajo Cuenta Propia (Indique la industria o negocio principal)

CONTRATO GOBIERNO
○ CONTRIBUYENTE   ○ CONYUGE

PLANILLA 2009
○ ESPAÑOL   ○ INGLES

○ Ennegrezca aquí si se acoge al cómputo opcional de la contribución en el caso de personas casadas que viven juntas, rinden planilla conjunta y que ambos trabajan. No complete los Encasillados 2 y 3, ni las líneas 15 a la 25 del Encasillado 4, y pase al Anejo CO Individuo.

### Encasillado 2

**Sello de Recibido**
Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
1186-Colector Coamo
RECIBIDO
APR 07 2009
SIN PAGO

SECRETARIO DE HACIENDA

| | | A-Contribución Retenida | | B-Sueldos, Comisiones, Concesiones y Propinas |
|---|---|---|---|---|
| 1. Sueldos, Comisiones, Concesiones y Propinas | | | | 25,110 00 |
| SUMINISTRE LOS COMPROBANTES DE RETENCION (Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique). | | 1,445 00 | | |
| | | 00 | | |
| | | 00 | | |
| 01 Total de comprobantes con esta planilla .. | 1 | 1,445 00 | | 25,110 00 |

| | Contribución Retenida | | Salarios Federales |
|---|---|---|---|
| C- Salarios del Gobierno Federal (Véanse instrucciones) (01) | 00 | (02) | 00 |

**2. Otros ingresos (o pérdidas)**

| | | | |
|---|---|---|---|
| A) | Ingreso de intereses (Anejo F Individuo, Parte I, línea 10) | (03) | 00 |
| B) | Participación distribuible en beneficios de sociedades especiales (Someta Anejo F Individuo y Anejo R) | (04) | 00 |
| C) | Participación distribuible en pérdidas de sociedades especiales (Someta Anejo R) | (05) | 00 |
| D) | Dividendos de corporaciones y distribuciones de sociedades sujetos a retención (Anejo F Individuo, Parte II, línea 1A) | (06) | 00 |
| E) | Dividendos de corporaciones y distribuciones de sociedades no sujetos a retención (Anejo F Individuo, Parte II, línea 3B) | (07) | 00 |
| F) | Participación distribuible en beneficios de corporaciones de individuos (Someta Anejo F Individuo) | (08) | 00 |
| G) | Distribuciones de Planes Gubernamentales (Anejo F Individuo, Parte IV, líneas 1C y 1D) | (09) | 00 |
| H) | Ingresos misceláneos (Someta Anejo F Individuo) | (10) | 00 |
| I) | Distribuciones de Cuentas de Retiro Individual y Cuentas de Aportación Educativa (Someta Anejo F Individuo) | (11) | 00 |
| J) | Dividendos de Fondo de Capital de Inversión o de Turismo (Someta Anejo Q1) | (12) | 00 |
| K) | Ingresos de anualidades y pensiones (Anejo H Individuo, Parte II, línea 12) | (13) | 00 |
| L) | Pensión recibida por divorcio o separación (Núm. seguro social del que paga: _____ ) | (14) | 00 |
| M) | Ganancia (o pérdida) atribuible a industria o negocio (Someta Anejo K Individuo) | (16) | 00 |
| N) | Ganancia (o pérdida) atribuible a la agricultura (Someta Anejo L Individuo) | (17) | 00 |
| O) | Ganancia (o pérdida) atribuible a profesiones y comisiones (Someta Anejo M Individuo) | (18) | 2,900 00 |
| P) | Ganancia (o pérdida) atribuible a alquiler (Someta Anejo N Individuo) | (19) | 00 |
| Q) | Ganancia (o pérdida) en la venta o permuta de activos de capital (Someta Anejo D Individuo) | (20) | 00 |
| R) | Ingresos cualificados y Contratos de Anualidad Variable (Someta Anejo D Individuo) | (21) | 00 |

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

| | INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
|---|---|---|
| **1. Nombre-First Name** JOSE | **7. Sueldos - Wages** 25110.26 | **17. Total Sueldos Seguro Social** Social Security Wages 0.00 |
| **Apellido(s) - Surname(s)** SANTIAGO MELENDEZ | **8. Comisiones - Commissions** 0.00 | **18. Seguro Social Retenido** Social Security Tax Withheld 0.00 |
| **Dirección Postal del Empleado-Employee's Mailing Address** URB. VILLA MADRID C-4 Z-18 | **9. Concesiones - Allowances** 0.00 | **19. Total Sueldos y Pro. Medicare** Medicare Wages and Tips 25110.26 |
| | **10. Propinas - Tips** 0.00 | **20. Contrib. Medicare Retenida** Medicare Tax Withheld 364.10 |
| **2. Nombre y Dirección Postal del Patrono** Employer's Name and Mailing Address L8002150542 P RODRIGUE DEPT DE EDUCACION-MAESTROS AVENIDA TENIENTE CESAR GONZALE ESQUINA CALAF HATO REY, PR 00919 | **11. Total=7+8+9+10** 25110.26 | **21. Propinas Seguro Social** Social Security Tips 0.00 |
| | **12. Gastos Reembolsados** Reimbursed Expenses 0.00 | **22. Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips** 0.00 |
| | **13. Cont. Retenida - Tax Withheld** 1445.02 | |
| | **14. Fondo de Retiro** Retirement Fund 1980.98 | **23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips** 0.00 |
| **Número de Teléfono del Patrono** Employer's Telephone Number | **15. Aportaciones a Planes Cualific.** Contributions to CODA PLANS 0.00 | |
| **Fecha de Cese de Operaciones:** Cese of Operations Date: Día Day Mes Month Año Year | **16. Salarios bajo Ley Núm. 324 de 2004** Salaries under Act No. 324 of 2004 0.00 | |
| **Número de Control - Control Number** 017555278 | | |

**3. Núm. Seguro Social** Social Security No.

**4. Núm. de Ident. Patronal** Employer's Ident. No. (EIN.)

**5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension**

| Día Day | Mes Month | Año Year |
|---|---|---|
| | | |

**6. Costo de Pensión o Anualidad** Cost of Pension or Annuity 0.00

Copia C para Récord del Empleado

Copy C for Employee's Records

Año: **2008**
Year:

Reproducido por: Departamento de Hacienda

Formulario 482   Rev.  10.07

# FORMA LARGA

| | Liquidador | Revisor |
|---|---|---|
| R | G | RO | V1 | V2 | P1 | P2 | N | D1 | D2 | E | A | M |

☐ PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE EN ESTE LUGAR)

**2007** ESTADO LIBRE ASOCIADO DE PUERTO RICO **2007**
DEPARTAMENTO DE HACIENDA
PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2007 O AÑO COMENZADO EL
1 de enero de 07 Y TERMINADO EL 31 de dic de 07

Número de Serie

☐ PLANILLA ENMENDADA

☐ FALLECIDO DURANTE EL AÑO: __/__/__
Día  Mes  Año

Sello de Pago

**Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
1166 - Colecturía Coamo
PAGADO
APR 14 2008
SECRETARIO DE HACIENDA**

Nombre del Contribuyente  Inicial  Apellido Paterno  Apellido Materno
Jose   Santiago Melendez

Dirección
Villa Madrid Z-18 Calle 4

Coamo P.R.   Código Postal  00769

"Coloque la etiqueta engomada (Label) aquí".

Nombre e Inicial del Cónyuge  Apellido Paterno  Apellido Materno

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)

Código Postal

Correo Electrónico (E-Mail)

Número de Seguro Social Contribuyente

Fecha de Nacimiento       Sexo
Día  Mes  Año             ☐ M  ☐ F
Número de Seguro Social Cónyuge

Fecha de Nacimiento del Cónyuge
Día  Mes  Año

Teléfono Residencia
(   )

Teléfono del Trabajo
(   )

CAMBIO DE DIRECCION
☐ Si  ☒ No

Número de Recibo: 07084
Importe:  7800

## Encasillado 1

**SI   NO**
A. ☐ ☒ ¿Ciudadano de Estados Unidos?
B. ☒ ☐ ¿Residente de Puerto Rico al finalizar el año?
C. ☐ ☒ ¿Ingresos exentos de Lotería de Puerto Rico?
D. ☐ ☒ ¿Ingresos de premios de jugadas en Hipódromo?
E. ☐ ☒ ¿Otros ingresos exentos de contribución? (Someta Anejo)
F. ☐ ☒ ¿Obligación de hacer pagos a ASUME?

**ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO**
1. ☐ Casado que vivía con su cónyuge y rinde planilla conjunta
2. ☐ Casado que no vivía con su cónyuge (No jefe de familia) (Indique nombre y seguro social del cónyuge arriba)
3. ☐ Jefe de familia (No para casados)
4. ☐ Soltero
5. ☐ Casado que rinde por separado (Indique nombre y seguro social del cónyuge)

**FUENTE DE MAYOR INGRESO:**
G. ☒ Empleado del Gobierno, Municipios o Corporaciones Públicas
H. ☐ Empleado del Gobierno Federal
I. ☐ Empleado de Empresa Privada

Su ocupación _____   Ocupación cónyuge _____

J. ☐ Retirado/Pensionado
K. ☐ Trabajo Cuenta Propia (Indique la industria o negocio principal)

**CONTRATO GOBIERNO**
☐ CONTRIBUYENTE  ☐ CONYUGE

**PLANILLA 2008**
☒ ESPAÑOL  ☐ INGLES

## Encasillado 2

Sello de Recibido
**Estado Libre Asociado de Puerto Rico
Colecturía
1164-Coamo
RECIBIDO
APR 14 2008
CON PAGO
DEPARTAMENTO DE HACIENDA**

1. Sueldos, Comisiones, Concesiones y Propinas
☐ SUMINISTRE LOS COMPROBANTES DE RETENCION (Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique).

| | A-Contribución Retenida | | B-Sueldos, Comisiones, Concesiones y Propinas | |
|---|---|---|---|---|
| | 1,181 | 00 | 21,738 | 00 |
| | 308 | 00 | 2,500 | 00 |
| | | 00 | | 00 |
| ☐ Total de comprobantes con esta planilla .. 2 | 1,489 | 00 | 24,238 | 00 |
| | Contribución Retenida | | Salarios Federales | |

C- Salarios del Gobierno Federal (Véanse instrucciones) .............................................. (01) ☐ | 00 | (02) | | 00

2. Otros Ingresos (o Pérdidas):
A) Ingreso de intereses (Anejo F Individuo, Parte I, línea 10) ................................................ (03) | 00
B) Participación distribuible en beneficios de sociedades especiales (Someta Anejo F Individuo y Anejo R) ...... (04) | 00
C) Participación distribuible en pérdidas de sociedades especiales (Someta Anejo R) ................. (05) | 00
D) Dividendos de corporaciones y distribuciones de sociedades sujetas a retención (Anejo F Individuo, Parte II, línea 1A) ...... (06) | 00
E) Dividendos de corporaciones y distribuciones de sociedades no sujetas a retención (Anejo F Individuo, Parte II, línea 3B) ...... (07) | 00
F) Participación distribuible en beneficios de corporaciones de individuos (Someta Anejo F Individuo) ...... (08) | 00
G) Distribuciones de Planes Gubernamentales (Anejo F Individuo, Parte V, líneas 1C y 1D) ............. (09) | 00
H) Ingresos misceláneos (Someta Anejo F Individuo) .................................................... (10) | 00
I) Distribuciones de Cuentas de Retiro Individual y Cuentas de Aportación Educativa (Someta Anejo F Individuo) ...... (11) | 00
J) Dividendos de Fondo de Capital de Inversión o de Turismo (Someta Anejo Q1) ..................... (12) | 00
K) Ingresos de anualidades y pensiones (Anejo H Individuo, Parte II, línea 12) ...................... (13) | 00
L) Pensión recibida por divorcio o separación (Núm. seguro social del que paga: _____ ) (14) (15) | 00
M) Ganancia (o pérdida) atribuible a industria o negocio (Someta Anejo K Individuo) ................. (16) | 00
N) Ganancia (o pérdida) atribuible a la agricultura (Someta Anejo L Individuo) ....................... (17) | 00
O) Ganancia (o pérdida) atribuible a profesiones y comisiones (Someta Anejo M Individuo) ............ (18) | 5,570 | 00
P) Ganancia (o pérdida) atribuible a alquiler (Someta Anejo N Individuo) ............................. (19) | 00
Q) Ganancia (o pérdida) en la venta o permuta de activos de capital y Planes cualificados (Someta Anejo D Individuo) ...... (20) | 00

nulario
n 499R-2/W-2 PR
. 06.07

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**

**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

| | |
|---|---|
| **INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION** | **INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION** |

1. Nombre-First Name
JOSE

Apellido(s) - Surname(s)
SANTIAGO MELENDEZ

Dirección Postal del Empleado-Employee's Mailing Address
URB. VILLA MADRID C-4 Z-18

COAMO, PR 00769

2. Nombre y Dirección Postal del Patrono
Employer's Name and Mailing Address
L8002150526 S RIVERA
DEPT DE EDUCACION-MAESTROS
AVENIDA TENIENTE CESAR GONZALE
ESQUINA CALAF
HATO REY, PR 00919

Número de Teléfono del Patrono
Employer's Telephone Number

Fecha de Cese de Operaciones: Dia Mes Año
Cease of Operations Date: Day Month Year

Número de Control - Control Number
**45472726**

3. Núm. Seguro Social
Social Security No.

4. Núm. de Ident. Patronal
Employer's Ident. No. (EIN.)

5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension

Dia / Day    Mes / Month    Año / Year

6. Costo de Pensión o Anualidad
Cost of Pension or Annuity
0.00

**Copia C para Récord del Empleado**
**Copy C for Employee's Records**

Año:
Year: **2007**

7. Sueldos - Wages
21737.50

8. Comisiones - Commissions
0.00

9. Concesiones - Allowances
0.00

10. Propinas - Tips
0.00

11. Total=7+8+9+10
21737.50

12. Gastos Reembolsados
Reimbursed Expenses
0.00

13. Cont. Retenida - Tax Withheld
1181.60

14. Fondo de Retiro
Retirement Fund
1866.48

15. Aportaciones a Planes Cualific.
Contributions to CODA PLANS
0.00

16. Salarios bajo Ley Núm. 324 de 2004
Salaries under Act No. 324 of 2004
0.00

17. Total Sueldos Seguro Social
Social Security Wages
0.00

18. Seguro Social Retenido
Social Security Tax Withheld
0.00

19. Total Sueldos y Pro. Medicare
Medicare Wages and Tips
21737.50

20. Contrib. Medicare Retenida
Medicare Tax Withheld
315.19

21. Propinas Seguro Social
Social Security Tips
0.00

22. Seguro Social no Retenido
en Propinas - Uncollected
Social Security on Tips
0.00

23. Contrib. Medicare no Retenida
en Propinas - Uncollected
Medicare Tax on Tips
0.00

Reproducido por: Departamento de Hacienda

Formulario 482.1 Rev. 09.06

# FORMA LARGA

| Liquidador | Revisor |
|---|---|

⬭ PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE EN ESTE LUGAR)

**2006**
ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA
PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2006 O AÑO COMENZADO EL
**2006**

1 de enero de 06 Y TERMINADO EL 31 de diciembre de 06

| R | G | RO | V1 | V2 | P1 | P2 | N | D | E | A | M |
|---|---|----|----|----|----|----|---|---|---|---|---|

**Número de Serie**

⬭ PLANILLA ENMENDADA

⬭ FALLECIDO DURANTE EL AÑO: __/__/__
Día Mes Año

**Sello de Pago**

Nombre del Contribuyente  Inicial   Apellido Paterno   Apellido Materno
José R.   Santiago Melendez

Dirección Postal
Villa Madrid Z-18 Calle #4
Coamo, P.R.
Código Postal  00769

"Coloque la etiqueta engomada (Label) aquí"

Nombre e Inicial del Cónyuge   Apellido Paterno   Apellido Materno

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)

Código Postal

Correo Electrónico (E-Mail)

**Número de Seguro Social Contribuyente**
▢▢▢ - ▢▢ - ▢▢▢▢

Fecha de Nacimiento    Sexo
Día  Mes  Año         ⬭ M  ⬭ F

**Número de Seguro Social Cónyuge**

Fecha de Nacimiento del Cónyuge
Día   Mes   Año

Teléfono Residencia
(   )

Teléfono del Trabajo
(   )

CAMBIO DE DIRECCION
⬭ Sí   ⬤ No

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
1165 - Colecturía Coamo
**PAGADO**
13 ABR. 2007
AGSL
SECRETARIO DE HACIENDA

Número de Recibo: 09011
Importe: 03-00

## Encasillado 1

|  | SI | NO |  |
|---|---|---|---|
| A. | ⬭ | ⬤ | ¿Ciudadano de Estados Unidos? |
| B. | ⬭ | ⬤ | ¿Residente de Puerto Rico al finalizar el año? |
| C. | ⬭ | ⬤ | ¿Ingresos exentos de Lotería de Puerto Rico? |
| D. | ⬭ | ⬤ | ¿Ingresos de premios de jugadas en Hipódromo? |
| E. | ⬭ | ⬤ | ¿Otros ingresos exentos de contribución? (Someta Anejo) |
| F. | ⬭ | ⬤ | ¿Obligación de hacer pagos a ASUME? |

**FUENTE DE MAYOR INGRESO:**
G. ⬭ Empleado del Gobierno, Municipios o Corporaciones Públicas
H. ⬭ Empleado del Gobierno Federal
I. ⬭ Empleado de Empresa Privada

Su ocupación  Maestro   6110   Ocupación cónyuge

**ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:**
1. ⬭ Casado que vivía con su cónyuge y rinde planilla conjunta
2. ⬭ Casado que no vivía con su cónyuge (No jefe de familia)
   (Indique nombre y seguro social del cónyuge arriba)
3. ⬭ Jefe de familia (No para casados)
4. ⬤ Soltero
5. ⬭ Casado que rinde por separado (Indique nombre y seguro social del cónyuge)

J. ⬭ Retirado/Pensionado
K. ⬭ Trabajo Cuenta Propia (Indique la industria o negocio principal)

**CONTRATO GOBIERNO**
⬭ CONTRIBUYENTE   ⬭ CONYUGE

**PLANILLA 2007**
⬤ ESPAÑOL   ⬭ INGLES

## Encasillado 2

Sello de Recibido
AGSL
13 ABR
CON PAGO
Depto. de Hacienda

| | A-Contribución Retenida | | B-Sueldos, Comisiones, Concesiones y Propinas | |
|---|---|---|---|---|
| 1. Sueldos, Comisiones, Concesiones y Propinas | 1,444 | 00 | 21,550 | 00 |
| ⬤⬤ SUMINISTRE LOS COMPROBANTES DE RETENCION (Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique). | | 00 | | 00 |
| | | 00 | | 00 |
| | | 00 | | 00 |
| ⬤⬤ Total de comprobantes con esta planilla .. [2] | 1,444 | 00 | 21,550 | 00 |
| | Contribución Retenida | | Salarios Federales | |

| | | | |  |
|---|---|---|---|---|
| C- Salarios del Gobierno Federal (Véanse instrucciones) ...................... (01) | | 00 | (02) | |
| 2. Otros Ingresos (o Pérdidas): | | | | |
| A) Ingreso de intereses (Anejo F Individuo, Parte I, línea 10) ..................................................................... (03) | | | | |
| B) Participación distribuible en beneficios de sociedades especiales (Someta Anejo F Individuo y Anejo R) .......... (04) | | | | |
| C) Participación distribuible en pérdidas de sociedades especiales (Someta Anejo R) ....................................... (05) | | | | |
| D) Dividendos de corporaciones y distribuciones de sociedades sujetos a retención (Anejo F Individuo, Parte II, línea 1A a la 1C, según aplique) (06) | | | | |
| E) Dividendos de corporaciones y distribuciones de sociedades no sujetos a retención (Anejo F Individuo, Parte II, línea 3D) ...... (07) | | | | |
| F) Participación distribuible en beneficios de corporaciones de individuos (Someta Anejo F Individuo) .................. (08) | | | | |
| G) Distribuciones de Planes Gubernamentales (Anejo F Individuo, Parte V, líneas 1C y 1E) ............................... (09) | | | | |
| H) Ingresos misceláneos (Someta Anejo F Individuo) ................................................................................... (10) | | | | |
| I) Distribuciones de Cuentas de Retiro Individual y Cuentas de Aportación Educativa (Someta Anejo F Individuo) ...... (11) | | | | |
| J) Dividendos de Fondo de Capital de Inversión o de Turismo (Anejo Q1) ...................................................... (12) | | | | |
| K) Ingresos de anualidades y pensiones (Anejo H Individuo, Parte II, línea 12) ............................................... (13) | | | | |
| L) Pensión recibida por divorcio o separación (Núm. seguro social del que paga: _____) (14) ......... (15) | | | | |
| M) Ganancia (o pérdida) atribuible a industria o negocio (Someta Anejo K Individuo) ...................................... (16) | | | | |
| N) Ganancia (o pérdida) atribuible a la agricultura (Someta Anejo L Individuo) .............................................. (17) | | | | |
| O) Ganancia (o pérdida) atribuible a profesiones y comisiones (Someta Anejo M Individuo) .............................. (18) | 4,390 | | | |
| P) Ganancia (o pérdida) atribuible a alquiler (Someta Anejo N Individuo) ...................................................... (19) | | | | |
| Q) Ganancia (o pérdida) en la venta o permuta de activos de capital y Planes cualificados (Someta Anejo D Individuo) ...... (20) | | | | |
| R) Ganancia neta de capital a largo plazo en Fondos de Inversión (Someta Anejo Q1) .................................... (21) | | | | |

**Estado Libre Asociado de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

| Grupo de Pago: | SM -Quincenal | # Cheque: | |
|---|---|---|---|
| Desde: | 12/01/2005 | | |
| Hasta: | 12/01/2005 | Fecha: | 11/28/2005 |

JOSE R. SANTIAGO MELENDEZ
URB. VILLA MADRID C-4 Z-18
COAMO PR 00769

SS:

| | |
|---|---|
| # Empleado: | |
| Dept: | 8005021-Ponce Coamo |
| Oficina: | Rio Jueyes |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $1,700.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Claiming no personal exem |
| Concesiones: | 0 | |
| Pct. Adcl.: | | 0 |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Bono de Navidad | | | 1,000.00 | | 1,000.00 |
| Pago de Salarios Regulares | | | 0.00 | 1,206.00 | 16,825.00 |
| Pago Retroactivo Regular | | | 0.00 | | 1,215.00 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed MED/EE | 14.50 | 276.08 |
| PR Withholding | 80.00 | 1,258.24 |

| Total: | | | 1,000.00 | 1,206.00 | 19,040.00 |
|---|---|---|---|---|---|

| Total: | 94.50 | 1,534.32 |
|---|---|---|

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 0.00 | 1,623.67 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| FSED Disability Plan | 17.00 | 323.72 |
| GPR Plan de Retiro de Maestro | 0.00 | 1,533.44 |
| SM-Plan Hospital Menonita | 0.00 | 700.00 |

| Total: | 0.00 | 1,623.67 |
|---|---|---|

| Total: | 0.00 | 0.00 | * Tributable |
|---|---|---|---|

## TOTAL BRUTO

| | | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 1,000.00 | 94.50 | 0.00 | 905.50 |
| Acumulado: | 19,040.00 | 1,534.32 | 1,623.67 | 15,882.01 |

## BTO HORAS          ACUM

| Balance Inicial: | 0.0 |
|---|---|
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA

| Cheque #02116181 | 905.50 |
|---|---|
| Total: | 905.50 |

**MENSAJE:** " QUE EL PROXIMO A&O TE COLME DE PAZ, PROSPERIDAD Y VERDADERO PROGRESO A TI Y A TU FAMILIA . "

U.S. Pat no. 6,065,407

(1P-5083261

UNITED FORMS & GRAPHICS (787) 276-9403

Formulario 481 Rev. 05.04

**FORMA CORTA**

| Liquidador | R | M | V1 | V2 | P1 |
|---|---|---|---|---|---|
| Revisor | P2 | N | D | E | A | G |

Empieza Completando los Óvalos. Ejempl
PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE E

**ESTADO LIBRE ASOCIADO DE PUERTO**
**DEPARTAMENTO DE HACIENDA**
**PLANILLA DE CONTRIBUCION SOBRE INGRESO**

AÑO CONTRIBUTIVO 2004 O AÑO COMENZADO EL
1 de enero de 2004 y terminado el 31 de dic de 04

PLANILLA ___ ENMENDADA
FALLECIDO DURANTE EL AÑ

Número de Seguro Social

Número de Seguro Social Cónyuge

Sello de Pago

138025 S2323 P1 \*\*\*\*\*\*\*\*\*\*\*\*5-DIGIT 00769
SANTIAGO MELENDEZ,JOSE R     C  E
VILLA MADRID
Z18 CALLE 4
COAMO, PR 00769-2758

Sexo: M F
Fecha de Nacimiento Contribuyente
Día   Mes   Año
Fecha de Nacimiento Cónyuge
Día   Mes   Año
Cambio de Dirección: SI No

P A G A D O
APR 1 8 20
SELLO # 937

Número e Inicial del Cónyuge      Apellido Paterno      Apellido Materno

Planilla 2005. Español Inglés

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)
Urb. Villa Madrid
Calle #4 Z-18
Coamo, P.R.

Teléfono Residencia
7 8 7 8 2 5 3 8 4 8

Número de Recibo: 06233
Importe: 202.00

Teléfono Oficina

Código Postal 00769

Costo Especial de Mora

**Encasillado 1**

|  | SI | NO |  |
|---|---|---|---|
| a. | ● | ○ | ¿Ciudadano de Estados Unidos? |
| b. | ● | ○ | ¿Residente de Puerto Rico al finalizar el año? |
| c. | ○ | ● | ¿Ingresos exentos de Lotería de Puerto Rico? |
| d. | ○ | ● | ¿Ingresos de premios de jugadas en Hipódromo? |
| e. | ○ | ● | ¿Otros ingresos exentos de contribución? |
| f. | ○ | ● | ¿Obligación de hacer pagos a ASUME? |

**FUENTE DE MAYOR INGRESO:**

g. ● Empleado del Gobierno, Municipios y Corporaciones Públicas

h. ○ Empleado del Gobierno Federal

i. ○ Empleado de Empresa Privada

j. ○ Retirado o Pensionado

**OCUPACION (Anote el Código):**
Contrib. Iguala
Maestro    6 1 1 0
Cónyuge

Sello de Recibido

**ESTADO PERSONAL AL FINALIZAR SU AÑO CONTRIBUTIVO:**

1. ○ Casado que vivía con su cónyuge y rinde planilla conjunta
2. ○ Casado que no vivía con su cónyuge (No jefe de familia) (Indique nombre y seguro social del cónyuge)
3. ○ Jefe de familia (No para casados)
4. ● Soltero

**Encasillado 2**

| | A-Contribución Retenida | B-Sueldos, Comisiones, Concesiones y Propinas |
|---|---|---|
| 1. **Sueldos, Comisiones, Concesiones y Propinas** SUMINISTRE LOS COMPROBANTES DE RETENCION (Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique). **00** | 1,249. ,212. | 19,380. 3,520 |
| Total (Núm. de comprobantes con esta planilla) ..... **01** | 2   1,461 | 22900 |
| | Contribución Retenida | Sueldos Federales |
| 2. Salarios del Gobierno Federal (Véanse instrucciones) ........................ **02** | | |
| 3. Ingresos de Anualidades y Pensiones (Anejo H Individuo, Parte II, línea 12) ........ | | |

Formulario
Form 499R-2/W-2 PR
Rev. 05.04

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

INFORMACION PARA EL DEPARTAMENTO DE HACIENDA
DEPARTMENT OF THE TREASURY INFORMATION

SOCIAL SECURITY INFORMATION

| | | |
|---|---|---|
| **1. Nombre-First Name** JOSE | **3. Núm. Seguro Social** Social Security No. | **8. Sueldos - Wages** 19,380.45 |
| | | **17. Total Sueldos Seguro Social** Social Security Wages 0.00 |
| **Apellido(s) - Surname(s)** SANTIAGO MELENDEZ | **4. Estado Civil - Civil Status** Soltero Single ☐  Casado Married ☐ | **9. Comisiones - Commissions** 0.00 |
| | | **18. Seguro Social Retenido** Social Security Tax Withheld 0.00 |
| **Dirección Postal del Empleado-Employee's Mailing Address** URB. VILLA MADRID C-4 Z-18 COAMO, PR 00769 | **5. Núm. Seguro Social Cónyuge** Spouse's Social Security No. | **10. Concesiones - Allowances** 0.00 |
| | | **19. Total Sueldos y Pro. Medicare** Medicare Wages and Tips 19,380.45 |
| | **6. Núm. de Ident. Patronal** Employer's Ident. No. (EIN) | **11. Propinas - Tips** 0.00 |
| **2. Nombre y Dirección Postal del Patrono** Employer's Name and Mailing Address L8002158131 ESC URB NU DEPT DE EDUCACION-MAESTROS AVENIDA TENIENTE CESAR GONZALE ESQUINA CALAF HATO REY, PR 00919 | **7. Costo de Pensión o Anualidad** Cost of Pension or Annuity | **12. Total=8+9+10+11** 19,380.45 |
| | | **20. Contrib. Medicare Retenida** Medicare Tax Withheld 281.02 |
| | Copia C para Récord del Empleado Copy C for Employee's Records | **13. Gastos Reembolsados Reimbursed Expenses** 0.00 |
| | | **21. Propinas Seguro Social** Social Security Tips 0.00 |
| **Número de Teléfono del Patrono** Employer's Telephone Number | | **14. Cont. Retenida - Tax Withheld** 1,249.03 |
| **Fecha de Cese de Operaciones** Cease of Operations Date | | **22. Seguro Social no Retenido en Propinas – Uncollected** Social Security on Tips 0.00 |
| **Número de Control - Control Number** 39190603 | **Año:** **2004** **Year:** | **15. Fondo de Retiro Retirement Fund** 1,654.31 |
| | | **23. Contrib. Medicare no Retenida en Propinas – Uncollected** Medicare Tax on Tips 0.00 |
| **Conservación:** Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas Conservation: Ten (10) years from the filing date in the Return Processing Bureau | | **16. Aportaciones a Planes Cualific. Contributions to CODA PLANS** 0.00 |

08578486

Reproducido por: Departamento de Hacienda

VEA INSTRUCCIONES AL DORSO - SEE INSTRUCTIONS ON BACK
CUADRUPLICADO PARA QUIEN RECIBE EL PAGO - QUADRUPLICATE FOR THE PAYEE'S RECORD

COMPUTER EXPERT GROUP

---

## INSTRUCCIONES

Viene obligado a rendir planilla de contribución sobre ingresos:
* todo individuo soltero (o casado, pero que no vivía con su cónyuge), que durante el año contributivo tuviere un ingreso bruto de más de $3,300;
* todo individuo casado que vivía con su cónyuge, que durante el año contributivo tuviere individual o conjuntamente con éste un ingreso bruto de más de $6,000.

**PENALIDAD -** El Código de Rentas Internas de Puerto Rico de 1994, según enmendado (Código), dispone lo siguiente: Cualquier persona obligada bajo cualquier Subtítulo del Código a rendir una planilla o declaración, que voluntariamente dejare de rendir dicha planilla o declaración dentro del término o términos fijados por el Subtítulo correspondiente o por reglamentos, en adición a otras penalidades provistas por el Código, será culpable de un delito menos grave y castigada con multa no mayor de $500 ó reclusión por un término no mayor de seis meses, o ambas penas, más las costas del proceso. En aquellos casos en que cualquier persona voluntariamente dejare de rendir dicha planilla o declaración (dentro de los términos fijados por el Subtítulo correspondiente o por reglamentos) con la intención de evadir o derrotar cualquier contribución impuesta por el Código, en adición a otra penalidades provistas por el Código, será culpable de un delito grave y castigada con multa no mayor de $20,000 ó reclusión por un término fijo de tres años. De mediar circunstancia agravantes, la pena establecida podrá ser aumentada hasta un máximo de cinco años. De mediar circunstancias atenuantes, podrá ser reducida hasta un máximo de dos años, o ambas penas, a discreción del Tribunal, más las costas del proceso.

**Todo individuo que reciba esta declaración, debe rendir la Planilla de Contribución sobre Ingresos de Individuos - Forma Larga.**
Además, le recordamos que la cantidad retenida puede reclamarse como crédito contra la contribución a pagar.

## INSTRUCTIONS

The income tax returns must be filed by:
* every individual single (or married, one who does not live with his/her spouse), who during the taxable year had a gross income of more than $3,300;
* every married individual who lives with his/her spouse, who during the taxable year had individually or jointly, a gross income of more than $6,000.

**PENALTY -** The Puerto Rico Internal Revenue Code of 1994, as amended (Code), provides the following: Any person liable under any Subtitle of the Code to file a return or statement, who willfully fails to file such return or statement within the term or terms established by the corresponding Subtitle or by regulations, in addition to other penalties provided by the Code, shall be guilty of a misdemeanor and upon conviction thereof, punished by a fine of not more than $500 or by imprisonment for a term of not more than six months, or both penalties plus the costs of prosecution. In the case of any person who willfully fails to file such return or statement (within the terms established by the corresponding Subtitle or by regulations) with the intention to evade or defeat any tax imposed by the Code, in addition to other penalties provided by the Code, shall be guilty of a felony and upon conviction thereof, punished by a fine of not more than $20,000 or imprisonment for a fixed term of three years. If there were aggravating circumstances, the established penalty may be increased to a maximum of five years. If there were extenuating circumstances, it may be reduced to a maximum of two years, or both penalties, at the discretion of the Court, plus the costs of prosecution.

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS

PARA EL DISTRITO DE PUERTO RICO

# Réplica

24 de febrero de 2020

rafa.lucha@hotmail.com

José R. Santiago Meléndez

Urbanización Villa Madrid B-9  Calle #2

Coamo, Puerto Rico, 00769

Teléfono (787) 453-7056

En el asunto de:
JUNTA DE SUPERVISION Y ADMINISTRACION
FINANCIERA PARA PUERTO RICO.
            Como representante de:
ESTADO LIBRE ASOCIADO DE PUERTO RICO y Otros

PROMESA, Título III
Número 17 BK 3283-LTS
**La presente radicación guarda relación con el ELA y el SRE**

**Epígrafe**

NOTIFICACION DE LA NONAGESIMA PRIERA OBJECION GLOBAL ( NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE LAS LEYES PUERTORRIQUEÑAS NO ESPECIFICADAS.

**Número de reclamación: 157796**

Mediante esta misiva solicito al **Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico**, que declare a lugar la objeción global en relación al reclamo por el pago  de la *Ley #96 Sila M. Calderón*,   ya que el mismo no fue adjudicado ni pagado por la Ley de Quiebras de Puerto Rico.

Trabajo para el Gobierno de Puerto Rico, Rico en la Agencia del  Departamento de Educación desde el 2000 hasta el presente, sin recibir el pago por el aumento o incentivo del gobierno para ese entonces.  Estimo que durante esos años se me adeuda la cantidad aproximada de **$ 19,200.**

También deseo solicitar al tribunal que sea diligente y acepte mi objeción por estar fuera de la fecha indicada.  El haber excedido la fecha límite se debe a las consecuencias de los temblores y sismos que han ocurrido en PuertoRico; por tanto no se pudo enviar en o antes del 18 de febrero de 2020.  Por consiguiente no estaba la información completa en su totalidad en la réplica.  Se adjunta documentación justificativa para evidenciar la objeción.  Tal documentación son mis planillas desde el año 2004 hasta el año 2019 o talonarios lo que asi aplique, donde se demuestra que laboré  para el Gobierno de Puerto Rico el cual nunca me otorgó el aumento que por ley me correspondía.

Cordialmente,

José R. Santiago Meléndez

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

En el asunto de:

JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN
FINANCIERA PARA PUERTO RICO,

  como representante de

ESTADO LIBRE ASOCIADO DE PUERTO RICO y
otros,

  Deudores.

PROMESA,
Título III

Núm. 17 BK 3283-LTS

(Administrada conjuntamente)

**La presente radicación guarda
relación con el ELA y el SRE.**

**NOTIFICACIÓN DE LA NONAGÉSIMA PRIMERA OBJECIÓN GLOBAL (NO
SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y DEL
SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE
ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE
ALEGAN INTERESES SOBRE LA BASE DE LAS LEYES PUERTORRIQUEÑAS NO
ESPECIFICADAS**

**SI SU RECLAMO ESTÁ INCLUIDO EN EL <u>ANEXO A</u> DE LA OBJECIÓN GLOBAL, EL
ELA Y EL SRE SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE
LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

**SI SU RECLAMO ES MENCIONADO EN EL <u>ANEXO A</u>, DEBERÁ LEER
DETENIDAMENTE ESTA NOTIFICACIÓN Y LA OBJECIÓN GLOBAL Y
COMENTARLAS CON SU ABOGADO. SI NO TIENE ABOGADO, ES POSIBLE QUE
DESEE ACUDIR A UNO.**

  **OBSÉRVESE QUE** el 24 de octubre de 2019, el Estado Libre Asociado de Puerto (el
"<u>ELA</u>") y el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto
Rico ("<u>SRE</u>"), a través de la Junta de Supervisión y Administración Financiera para Puerto Rico
(la "<u>Junta de Supervisión</u>"), como representante del ELA y del SRE conforme al artículo 315(b)
de la Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico
("<u>PROMESA</u>"),[1] radicaron la *Nonagésima objeción global (no sustantiva) del Estado Libre
Asociado de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre
Asociado de Puerto a los Reclamos deficientes en los que se alegan intereses sobre la base de las*

---

[1] PROMESA ha sido codificada en el Título 48 U.S.C., §§ 2101-2241.

*leyes puertorriqueñas no especificadas* (la "<u>Objeción global</u>") ante el Tribunal de Distrito de los Estados para el Distrito de Puerto Rico (el "<u>Tribunal</u>"). [2]

---

<div style="border:1px solid black; padding:10px;">

### SÍNTESIS

- **COMPRUEBE SI SU(S) RECLAMO(S) SE MENCIONA(N) EN EL <u>ANEXO A</u> DE LA OBJECIÓN GLOBAL.**

- **Si su(s) reclamo(s) <u>NO</u> se menciona(n) en el <u>Anexo A</u>, la Objeción global no afectará a su reclamo, por lo que NO tendrá que realizar ninguna acción.**

- **Si su(s) reclamo(s) se menciona(n) en el <u>Anexo A</u> de la Objeción global, el ELA y el SRE solicitan que su(s) reclamo(s) que se mencione(n) en el <u>Anexo A</u> sea(n) rechazado(s) porque, como se explicó en la Objeción global que acompaña este documento, el expediente de los Deudores indican que su reclamo es deficiente. La Objeción global y el <u>Anexo A</u> de la objeción global proporcionan detalles adicionales sobre los reclamos deficientes en cuestión.**

- Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.

- Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

</div>

     **SI NO CONTESTA CONFORME A LA PRESENTE NOTIFICACIÓN, EL TRIBUNAL PODRÁ CONCEDER EL REMEDIO SOLICITADO EN LA OBJECIÓN GLOBAL SIN OTRA NOTIFICACIÓN NI VISTA.**

<div style="border:1px solid black; padding:10px;">

### NOTIFICACIÓN IMPORTANTE CONFORME A LA REGLA LOCAL 3007-1

Cualquiera de las partes a la que se haya notificado la presente Objeción global, o cualquier otra parte de la acción que objete al remedio aquí solicitado, deberá radicar y enviar una réplica a la Objeción global a la secretaría del Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico antes de las **04:00 p.m. (AST)** del **26 de noviembre de 2019**, salvo extensión por escrito por parte del ELA o el SRE. Si no se radica ninguna réplica en el plazo mencionado, se considerará que no se ha opuesto a la Objeción global, por lo que esta podrá ser declarada ha lugar, salvo que: 1) el remedio solicitado esté legalmente prohibido; 2) el remedio solicitado sea contrario al orden público; o 3) a criterio del Tribunal, el interés de la justicia exija otra cosa. Si radica una réplica en tiempo, el Tribunal podrá convocar una vista.

</div>

---

[2] Los términos en mayúscula utilizados que no estén definidos en el presente documento tendrán el significado que les haya sido atribuido en la Objeción global.

**Información muy importante relativa a la elección, por parte de las Demandantes, para radicar una réplica**

**Quién tiene la obligación de radicar una réplica**. Cualquiera de las partes que impugne la Objeción global tiene la obligación de radicar una respuesta de conformidad con los procedimientos aquí establecidos. Si la parte cuyo reclamo quede sujeto a la Objeción global no radica ni notifica una réplica de conformidad con los procedimientos aquí establecidos, el Tribunal podrá declarar ha lugar a la Objeción global en relación con tal reclamo sin más notificaciones a la demandante.

**Quién NO tiene la obligación de radicar una réplica**. Si usted no se opone al remedio solicitado en la Objeción global, no tendrá que radicar ninguna réplica por escrito a la Objeción global ni tendrá que comparecer en la vista sobre la Objeción global (según se explica abajo). Además, la Objeción global solo se aplica a los reclamos mencionados en el Anexo A relativo a la Objeción global, cuya copia está disponible en línea, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si su reclamo no se menciona en el Anexo A de la Objeción global, no será necesario radicar ninguna réplica.

**Fecha límite para radicar una réplica**. Su réplica se considerará radicada dentro de los plazos establecidos solo si la radica ante el Tribunal y la notifica antes de las **04:00 p.m. (AST)** del **26 de noviembre de 2019**, salvo extensión por escrito por parte del ELA o el SRE, o previa solicitud por escrito dirigida al Tribunal y una orden del Tribunal que extienda la fecha límite.

---

**La fecha límite para radicar y notificar una réplica se cumple a las
04:00 p.m. (AST) del 26 de noviembre de 2019**.

---

**Vista sobre la Objeción global.** Si se radica y notifica una réplica de manera adecuada conforme a la presente notificación, se celebrará una vista sobre la Objeción global y la réplica a las **09:30 a.m. (AST) del 11 de diciembre de 2019** ante su señoría, Laura Taylor Swain, en el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767. Si radica una réplica a la Objeción global, deberá hacer planes para comparecer en la vista sobre la Objeción global. Sin embargo, el ELA y el SRE se reservan el derecho, previa notificación con tres (3) días hábiles de antelación, a paralizar la vista sobre la Objeción global y la réplica.

Los Deudores podrán radicar una contestación a su réplica o contestación en un alegato oral durante la vista. Los Deudores podrán radicar su contestación en un plazo máximo de siete (7) días naturales antes de la celebración de la vista sobre la Objeción global y la réplica.

---

**EL TRIBUNAL SOLO TENDRÁ EN CONSIDERACIÓN SU RÉPLICA SI ESTA SE RADICA Y NOTIFICA ANTES DE LA FECHA LÍMITE PARA RESPONDER DE CONFORMIDAD CON LAS INSTRUCCIONES ESTABLECIDAS EN LA PRESENTE NOTIFICACIÓN.**

---

3

**Lo que hay que radicar con la réplica**. Su réplica a la Objeción global <u>deberá</u> contener la siguiente información:

(i)     **Datos de contacto**. La réplica deberá contener el **nombre**, la **dirección**, el **número de teléfono** y la **dirección de correo electrónico** 1) de la demandante que responda; 2) del abogado o representante designado de la demandante al que los abogados del ELA del SRE deban notificar una respuesta a la réplica, en su caso; o 3) de la parte con potestad para reconciliar, llegar a un acuerdo o de otro modo resolver la Objeción global en nombre de la demandante.

(ii)     **Epígrafe.** La réplica deberá contener un epígrafe que incluya el nombre del Tribunal, los nombres de los Deudores, el número de procedimiento, el Título de la Objeción global con la que guarde relación la réplica, y el/los número(s) de las evidencias de reclamos relacionados de Prime Clerk (que se enumeran en el <u>Anexo A</u> de la Objeción global y están disponibles en línea, de manera gratuita, en <span style="color:blue">https://cases.primeclerk.com/puertorico</span>).

(iii)     **Motivo(s) para oponerse a la Objeción global**. La réplica deberá explicar con concisión los motivos por los que el Tribunal no debe declarar ha lugar a la Objeción global a su reclamo, incluidos los fundamentos de hecho y de derecho que la demandante vaya a invocar al oponerse a la Objeción global.

(iv)     **Documentación justificativa**. Si ya no está incluida en la evidencia de reclamo, la contestación deberá contener una copia de cualquier otra documentación u otras evidencias relativas al reclamo que la demandante vaya a invocar al oponerse a la Objeción global; <u>con la salvedad</u> de que la demandante no tendrá que revelar en la contestación ninguna información confidencial o reservada o que esté protegida de cualquier otra forma; y también <u>con la salvedad</u> de que la demandante revelará al ELA y al SRE toda la información y proporcionará copias de la totalidad de los documentos que considere que son confidenciales o reservados o que estén protegidos de cualquier otra forma y que tenga la intención de invocar en apoyo de su reclamo, con sujeción a las restricciones de confidencialidad pertinentes.

**Dónde y cómo radicar y notificar una réplica**. Todas las réplicas deberán radicarse de forma electrónica ante el Tribunal con el nombre de expediente *En el asunto de: Estado Libre Asociado de Puerto Rico*, núm. de procedimiento 17 BK 3283-LTS. Hay dos métodos que puede utilizar para radicar su réplica:

1. **En línea**. Los usuarios inscritos en el sistema del Tribunal de radicación de causas deberán radicar su réplica de forma electrónica en un formato de documento que permita hacer búsquedas.

2. **Por correo postal**. Si usted no es un abogado que sea usuario inscrito en el sistema del Tribunal de radicación de causas, podrá radicar y notificar una réplica por correo postal dirigida a la Secretaría del Tribunal, a la Junta de Supervisión y al Comité de Acreedores a las siguientes direcciones:

Secretaría (*Clerk's Office*)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

Abogado de la Junta de Supervisión (*Counsel for the Oversight Board*)
Proskauer Rose LLP
Eleven Times Square
Nueva York, Nueva York 10036-8299
A/A: Martin J. Bienenstock
Brian S. Rosen

Abogado del Comité de Acreedores (*Counsel for the Creditors' Committee*)
Paul Hastings LLP
200 Park Avenue
Nueva York, Nueva York 10166
A/A: Luc A. Despins
James Bliss
James Worthington
G. Alexander Bongartz

SU RÉPLICA deberá enviarse para que se reciba por la Secretaría, la Junta de Supervisión y el Comité de Acreedores a más tardar a las **04:00 p.m. (AST)** del **26 de noviembre de 2019**, salvo extensión por escrito por parte del ELA o el SRE o previa solicitud por escrito dirigida al Tribunal y una orden del Tribunal que extienda la fecha límite.

Si no puede radicar y notificar una réplica en línea o por correo postal, según se especificó anteriormente, podrá radicar una réplica en persona en la siguiente dirección a más tardar a las **04:00 p.m. (AST)** del **26 de noviembre de 2019**, salvo extensión por escrito por parte del ELA o el SRE o previa solicitud por escrito dirigida al Tribunal y una orden del Tribunal que extienda la fecha límite:

Secretaría (*Clerk's Office*)
Tribunal de Distrito de los Estados Unidos
#150 Chardon Avenue
Federal Building
San Juan (Puerto Rico) 00918

Su réplica deberá incluir un certificado de notificación que indique la forma en la que se ha efectuado la notificación.

Si tiene alguna pregunta sobre cómo radicar y notificar una réplica, incluidas preguntas sobre el sistema del tribunal de radicación de causas, comuníquese con **Prime Clerk** llamando al **número directo (844) 822-9231**.

**Reserva de derechos**. NINGUNA DISPOSICIÓN CONTENIDA EN LA OBJECIÓN GLOBAL O EN LA PRESENTE NOTIFICACIÓN SE CONSIDERA NI CONSIDERARÁ QUE

5

CONSTITUYE UNA RENUNCIA A CUALESQUIERA DERECHOS DEL ELA O DEL SRE, O DE CUALQUIER OTRA PARTE INTERESADA EN LAS CAUSAS RADICADAS CONFORME AL TÍTULO III, A IMPUGNAR CUALESQUIERA RECLAMOS; A HACER VALER CONTRARECLAMOS, DERECHOS A COMPENSACIÓN O RECUPERACIÓN, O CONTESTACIONES; A OBJETAR A RECLAMOS (O A OTROS RECLAMOS O CAUSAS RADICADAS DE UNA DEMANDANTE) ADUCIENDO CUALQUIER MOTIVO QUE NO SE HAYA ALEGADO PREVIAMENTE EN UNA OBJECIÓN, SALVO QUE EL TRIBUNAL HAYA DECLARADO HA LUGAR A UN RECLAMO U ORDENADO OTRA COSA; O A SOLICITAR QUE SE DECLARE HA LUGAR CUALQUIER RECLAMO EN EL FUTURO. A SU DEBIDO TIEMPO, LAS PARTES AFECTADAS RECIBIRÁN LA NOTIFICACIÓN PERTINENTE DE TODO ELLO.

---

**Recursos adicionales y con quién comunicarse en el caso de que tenga que formular preguntas**

Todos los documentos enviados en el marco de las causas radicadas conforme al Título III, incluidas copias de los reclamos radicados utilizando CM/ECF, se encuentran disponibles en línea, de manera gratuita, en https://cases.primeclerk.com/puertorico. El mantenimiento de dicho sitio web lo realiza Prime Clerk; el sitio web incluye una base de datos que permite efectuar búsquedas y que ayuda a localizar documentos.

Para obtener información adicional sobre la Objeción global, el estado de su réplica, su reclamo o la presente notificación, comuníquese con Prime Clerk llamando a su número directo **(844) 822-9231** (número gratuito para Estados Unidos y Puerto Rico) o al **(646) 486-7944** (para llamadas desde el extranjero), disponibles entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español). También podrá enviar consultas a la siguiente dirección de correo electrónico: puertoricoinfo@primeclerk.com.

---



**GOBIERNO DE PUERTO RICO**

DEPARTAMENTO DE EDUCACIÓN

### Escuela Purificación Rodríguez Torres
Distrito Escolar de Santa Isabel – Municipio de Coamo

*Oficina del Director*
*Dr. Ángel Santiago Rivera*

4 de marzo de 2020

A Quien Pueda Interesar:

Por la presente certifico, que el **Sr. José R. Santiago Meléndez** trabaja en la **Escuela Purificación Rodríguez Torres**, Distrito Escolar de Coamo en calidad de Maestro. Dicho empleado comenzó a trabajar en nuestra escuela en septiembre de 2000 hasta el presente año.

Cualquier duda al respecto, favor comunicarse al teléfono 787-825-1684.

Cordialmente,

Ángel L. Santiago Rivera, Ed.D
Director Escolar

SELLO ESCOLAR



P.O. Box 2438 - Coamo, Puerto Rico 00769 - Tel. 787-825-1684 - d50542@de.pr.gov

*El éxito comienza con la voluntad, y la voluntad se alcanza con la perseverancia.* Voluntad, Perseverancia, Éxito

El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico; ni por ser víctima de violencia doméstica, agresión o acecho.

Formulario 482   Rev. 23 oct 18

**GOBIERNO DE PUERTO RICO**
**DEPARTAMENTO DE HACIENDA**

Liquidador    Revisor

**2018**

**PLANILLA DE CONTRIBUCIÓN SOBRE INGRESOS DE INDIVIDUOS**
AÑO CONTRIBUTIVO 2018 O AÑO COMENZADO EL

**2018**

Número de Control
1985767

R G RO V1 V2 P1 P2 N D1 D2 E A M

1 de enero de 2018 Y TERMINADO EL 31 de diciembre de 2018

- PLANILLA ENMENDADA
- FALLECIDO DURANTE EL AÑO: Día Mes Año
- CONTRIBUYENTE / CÓNYUGE
- CÓNYUGE SUPÉRSTITE RINDE OTRA PLANILLA PARA EL AÑO CONTRIBUTIVO (Indique seguro social y fecha de defunción del cónyuge fallecido): Día

| Nombre del Contribuyente | Inicial | Apellido Paterno | Apellido Materno | Número de Seguro Social Contribuyente |
|---|---|---|---|---|
| JOSE | R | SANTIAGO | MELENDEZ | |

Dirección Postal
Urb VILLA MADRID

Z18 Calle 4

Coamo                    PR    Código Postal 00769-0000

Fecha de Nacimiento    Sexo F / M
Número de Seguro Social Cónyuge 596-
Fecha de Nacimiento del Cónyuge    Sexo F / M
Teléfono Residencia 7874537056
Teléfono del Trabajo

Sello de Recibido

**Gobierno de Puerto Rico**
**Área de Rentas Internas**
**RADICADO ELECTRÓNICAMENTE**
02-04-2019 08:05:25 AM
19-900
*Francisco Pares III*
Secretario de Hacienda Interino
DEPARTAMENTO DE HACIENDA

| Nombre e Inicial del Cónyuge | Apellido Paterno | Apellido Materno |
|---|---|---|
| MARTA   I | RIVERA | ESPADA |

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)
Urb VILLA MADRID

Z18 Calle 4

Coamo                    PR    Código Postal 00769-0000

CAMBIO DE DIRECCIÓN: Sí / No

Correo Electrónico (E-Mail) rafa.lucha@hotmail.com

SOLICITÓ PRÓRROGA: Sí / No    CONTRATO GOBIERNO: Contribuyente / Cónyuge

**Cuestionario**

A. Sí / No ¿Ciudadano de Estados Unidos? (Véanse instrucciones)
B. Sí / No ¿Residente de Puerto Rico durante todo el año?
Si contestó "No", indique una de las siguientes:
1. Fecha de mudanza a P.R. (Día              )
2. Fecha de mudanza fuera de P.R. (Día              )
3. No residente durante todo el año
C. Sí / No ¿Generó ingresos fuera del período de residencia en P.R. que no se incluyen en esta planilla? (Si contestó "Sí", indique la cantidad):
1. Atribuible al contribuyente $    0
2. Atribuible al cónyuge $    0
(Someta Anejo IE Individuo)
D. Sí / No ¿Otros ingresos excluidos o exentos de contribución?
(Someta Anejo F1 Individuo)
E. Sí / No ¿Individuo residente inversionista? (Someta Anejo F1 Individuo)
F. Sí / No ¿Socio de una sociedad sujeta a tributación bajo el Código de Rentas Internas Federal?
G. Sí / No ¿Militar activo en zona de combate durante el año contributivo? (Fecha en que cesó en el servicio: Día              )
H. Sí / No ¿Médico cualificado bajo la Ley 14-2017?
1. Contribuyente (Núm. decreto              )
2. Cónyuge (Núm. decreto              )

I. FUENTE DE MAYOR INGRESO:
1. Empleado del Gobierno, Municipios o Corporaciones Públicas
2. Empleado del Gobierno Federal
3. Empleado de Empresa Privada
4. Retirado/Pensionado
5. Trabajo Cuenta Propia (Indique la industria o negocio principal)
6. Otro _____

J. ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:
1. Casado. (Ennegrezca aquí si se acoge al cómputo opcional y pase al Anejo CO Individuo)
2. Contribuyente individual (Enengrezca e indique nombre y seguro social del cónyuge si es:
Casado con capitulaciones de total separación de bienes
Casado que no vivía con su cónyuge)
Casado que rinde por separado
(Indique nombre y seguro social del cónyuge arriba)

Ocupación del contribuyente Maestro de Escuela    6110
Ocupación del cónyuge Otros Oficios o Profesiones    8110

**PASE A LA PÁGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.**

**Reintegro**

| | | |
|---|---|---|
| 1. CONTRIBUCIÓN PAGADA EN EXCESO (Encasillado 3, línea 29. Indique distribución en las líneas A, B, C y D) | (01) | 819 00 |
| A) Acreditar a la contribución estimada 2019 | (02) | 0 00 |
| B) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan | (03) | 0 00 |
| C) Aportación al Fondo Especial para la Universidad de Puerto Rico | (04) | 0 00 |
| D) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado de Depósito) | (05) | 819 00 |

**Pago**

| | | |
|---|---|---|
| 2. TOTAL NO PAGADO DE LA CONTRIBUCIÓN (Encasillado 3, línea 29) | (06) | 0 00 |
| 3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado | (07) | 0 00 |
| (b) Intereses | (08) 0 00 | |
| (c) Recargos 0 y Penalidades 0 | (09) | 0 00 |
| 4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a) más líneas 3(b) y 3(c)) | (10) | 0 00 |

**Depósito**

**AUTORIZACIÓN PARA DEPÓSITO DIRECTO DE REINTEGRO**

Tipo de cuenta: Cheques / Ahorros
Número de ruta/tránsito 021502011
Número de su cuenta 072134828

Cuenta a nombre de: JOSE SANTIAGO MELENDEZ y MARTA RIVERA ESPADA
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que he examinado la información incluida en esta planilla, anejos y documentos que se acompañan, y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

| Firma del Contribuyente | Fecha | Firma del Cónyuge | Fecha |
|---|---|---|---|
| ✓ Firmada Electrónicamente | 02-04-2019 | ✓ Firmada Electrónicamente | 02-04-2019 |

| Nombre del Especialista (Letra de Molde) | | Nombre de la Firma o Negocio | |
|---|---|---|---|
| Luis A Torres | | Luis A Torres | |

| Firma del Especialista | Fecha | Especialista por cuenta propia (enegrezca aquí) | Número de Registro |
|---|---|---|---|
| ✓ Firmada Electrónicamente | 02-04-2019 | | 19571 |

NOTA AL CONTRIBUYENTE: Indique si hizo pagos por la preparación de su planilla: Sí / No. Si contestó "Sí", exija la firma y el número de registro del Especialista.

Número Confirmación:    0402201909248E4D0B1985767    Período de Conservación: Diez (10) años

**Formulario**
**Form 499R-2/W-2PR**
**Rev. 07.18**

**222**

GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

**COMPROBANTE DE RETENCIÓN - WITHHOLDING STATEMENT**

| | |
|---|---|
| **1. Nombre - First Name**<br>JOSE R | **3. Núm. Seguro Social**<br>Social Security No.<br>~~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~~ |
| **Apellido(s) - Last Name(s)**<br>SANTIAGO MELENDEZ | **4. Núm. de Ident. Patronal**<br>Employer Ident. No. (EIN)<br>~~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~~ |
| **Dirección Postal del Empleado - Employee's Mailing Address**<br>Urb VILLA MADRID Z18 Calle 4 Coamo PR 00769-0000 | **5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage**<br>0 |
| **Fecha de Nacimiento:**<br>Date of Birth:     28-01-1973 | **6. Donativos**<br>Charitable Contributions<br>0 |

**2. Nombre y Dirección Postal del Patrono**
Employer's Name and Mailing Address

DEPT EDUCACION
ESQUINA CALAF San Juan PR 00919

**Número de Teléfono del Patrono**
Employer's Telephone Number

**Fecha Cese de Operaciones:**
Cease of Operations Date:

**Número Confirmación de Radicación Electrónica**
Electronic Filing Confirmation Number
F0717193216

**Número Control - Control Number**
180048817

**Fecha de radicación: 31 de enero - Filing date: January 31**

**Patrono: - Employer:**

Indique si la remuneración incluye pagos al empleado por:
Indicate if the remuneration includes payments to the employee for:

**A-** ☐ Servicios prestados por un médico cualificado bajo la Ley 14-2017
Services rendered by a qualified physician under Act 14-2017

**B-** ☐ Servicios domésticos
Domestic services

**C-** ☐ Otros / Others:

**Año:**
**Year: 2018**

| INFORMACIÓN PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION | INFORMACIÓN PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
|---|---|
| **7. Sueldos - Wages**<br>27,467 | **17. Total Sueldos Seguro Social**<br>Social Security Wages<br>0 |
| **8. Comisiones - Commissions**<br>0 | |
| **9. Concesiones - Allowances**<br>0 | **18. Seguro Social Retenido**<br>Social Security Tax Withheld<br>0 |
| **10. Propinas - Tips**<br>0 | |
| **11. Total = 7 + 8 + 9 + 10**<br>27,467 | **19. Total Sueldos y Pro, Medicare**<br>Medicare Wages and Tips<br>27,467 |
| **12. Gastos Reemb. y Beneficios Marginales**<br>Reimb. Expenses and Fringe Benefits | |
| **13. Cont. Retenida - Tax Withheld**<br>835 | **20. Contrib. Medicare Retenida**<br>Medicare Tax Withheld<br>398 |
| **14. Fondo de Retiro Gubernamental**<br>Governmental Retirement Fund<br>2,397 | |
| **15. Aportaciones a Planes Calificados**<br>Contributions to CODA PLANS<br>0 | **21. Propinas Seguro Social**<br>Social Security Tips<br>0 |
| **Salarios Exentos (Ver instrucciones)**<br>Exempt Salaries (See instructions) | |
| **16.** Código/Code ☐ 0 | **22. Seguro Social no Retenido en Propinas - Uncollected**<br>Social Security Tax on Tips<br>0 |
| **16A.** Código/Code ☐ 0 | |
| **16B.** 0 | **23. Contrib. Medicare no Retenida en Propinas - Uncollected**<br>Medicare Tax on Tips<br>0 |
| **16C.** Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program<br>0 | |

☒ W2

☐ W2C

Planilla Radicada Electrónicamente

Formulario 482 Rev. 4 de 17

# FORMA ÚNICA 2017

Liquidador | Revisor

GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA

**2017**

PLANILLA DE CONTRIBUCIÓN SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2017 O AÑO COMENZADO EL

| R | G | RO | V1 | V2 | P1 | P2 | N | D1 | D2 | E | A | M |
|---|---|----|----|----|----|----|----|----|----|----|----|----|

1 de enero de 2017 Y TERMINADO EL 31 de diciembre de 2017

**Número de Serie**

○ PLANILLA ENMENDADA
○ FALLECIDO DURANTE EL AÑO:

Nombre del Contribuyente: **JOSE** Inicial: **R** Apellido Paterno: **SANTIAGO** Apellido Materno: **MELENDEZ**

Número de Seguro Social Contribuyente

Dirección Postal: **Urb VILLA MADRID**
**Z18 Calle 4**
**Coamo PR** Código Postal **00769**

Fecha de Nacimiento

Número de Seguro Social Cónyuge: 583-02-

Fecha de Nacimiento del Cónyuge

Sexo: ○ M ○ F

Nombre e Inicial del Cónyuge: **MARTA** I Apellido Paterno: **RIVERA** Apellido Materno: **ESPADA**

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle): **Urb VILLA MADRID**
**Z18 Calle 4**
**Coamo PR** Código Postal **00769**

Teléfono Residencia: **(787) 453-7056**
Teléfono del Trabajo

○ CONTRIBUYENTE ○ CÓNYUGE
○ CÓNYUGE SUPÉRSTITE RINDE OTRA PLANILLA PARA EL AÑO CONTRIBUTIVO (Indique seguro social y fecha de defunción del cónyuge fallecido):

Sello de Recibido

**05/04/2018**

**03:50:02 M**

Correo Electrónico (E-Mail): **...ria.lucha@hotmail.com**

CAMBIO DE DIRECCIÓN: ○ Sí ○ No
SOLICITÓ PRÓRROGA: ○ Sí ○ No
CONTRATO GOBIERNO: ○ Contribuyente ○ Cónyuge

## Cuestionario

SÍ | NO
A. ○ ○ ¿Ciudadano de Estados Unidos? (Véanse instrucciones)
B. ○ ○ ¿Residente de Puerto Rico durante todo el año?
Si contestó "No", indique una de las siguientes:
1. Fecha de mudanza a P.R. (Día___ Mes___ Año___ )
2. Fecha de mudanza fuera de P.R. (Día___ Mes___ Año___ )
3. No residente durante todo el año
C. ○ ○ ¿Generó ingresos fuera del período de residencia en P.R. que no se incluyen en esta planilla? (Si contestó "Sí", indique la cantidad):
1. Atribuible al contribuyente $_____
2. Atribuible al cónyuge $_____
D. ○ ○ ¿Otros ingresos excluidos o exentos de contribución? (Someta Anejo IE Individuo)
E. ○ ○ ¿Individuo residente inversionista? (Someta Anejo F1 Individuo)
F. ○ ○ ¿Socio de una sociedad sujeta a tributación bajo el Código de Rentas Internas Federal?
G. ○ ○ ¿Militar activo en zona de combate durante el año contributivo? (Fecha en que cesó en el servicio: Día___ Mes___ Año___ )
H. ○ ○ ¿Médico cualificado bajo la Ley 14-2017?
1. ○ Contribuyente (Núm. decreto _____
2. ○ Cónyuge (Núm. decreto _____

**FUENTE DE MAYOR INGRESO:**
1. ○ Empleado del Gobierno, Municipios o Corporaciones Públicas
2. ○ Empleado del Gobierno Federal
3. ○ Empleado de Empresa Privada
4. ○ Retirado/Pensionado
5. ○ Trabajo Cuenta Propia (Indique la industria o negocio principal)
6. ○ Otro

**ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:**
○ Casado (Ennegrezca aquí ○ si se acoge al cómputo opcional y rase al Anejo CO Individuo)
○ Contribuyente Individual
(Ennegrezca e indique nombre y seguro social del cónyuge si es:
○ Casado con capitulaciones de total separación de bienes
○ Casado que no vivía con su cónyuge)
○ Casado que rinde por Separado (Indique nombre y seguro social del cónyuge arriba)

Ocupación del contribuyente: **Maestro de Escuela** | **6110**
Ocupación del cónyuge: **AMA DE CASA** | **8110**

**PASE A LA PÁGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.**

## Reintegro

| | | |
|---|---|---|
| 1. CONTRIBUCIÓN PAGADA EN EXCESO (Encasillado 3, línea 29. Indique distribución en las líneas A, B, C y D) **01** | (01) | 704 00 |
| A) Acreditar a la contribución estimada 2018 | (02) | 00 |
| B) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan | (03) | 00 |
| C) Aportación al Fondo Especial para la Universidad de Puerto Rico | (04) | 00 |
| D) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado de Depósito) | (05) | 704 00 |

## Pago

| | | | |
|---|---|---|---|
| 2. TOTAL NO PAGADO DE LA CONTRIBUCIÓN (Encasillado 3, línea 29) | | (06) | 00 |
| 3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado | | (07) | 00 |
| (b) Intereses | (08) | | 00 |
| (c) Recargos y Penalidades | (09) | | 00 |
| 4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a) más líneas 3(b) y 3(c)) | | (10) | 00 |

## Depósito

**AUTORIZACIÓN PARA DEPÓSITO DIRECTO DE REINTEGRO**

Tipo de cuenta: ○ Cheques ○ Ahorros

Número de ruta/tránsito: `0 2 1 1 5 0 2 0 1 1`
Número de cuenta: `0 7 2 1 3 4 8 2 8`

Cuenta a nombre de: **JOSE SANTIAGO MELENDEZ** y **MARTA RIVERA ESPADA**
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que he examinado la información incluida en esta planilla, incluso los anejos y documentos que la acompañan y que a mi mejor saber y entender es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

| Firma del Contribuyente | Fecha | Firma del Cónyuge | Fecha |
|---|---|---|---|
| FIRMADA ELECTRONICAMENTE | 05/04/2018 | FIRMADA ELECTRONICAMENTE | 05/04/2018 |
| **LUIS A TORRES** | | **TORRES ASSOCIATES** | |

| Firma del Especialista | Fecha | Especialista por cuenta propia (ennegrezca aquí) ○ | Número de Registro |
|---|---|---|---|
| FIRMADA ELECTRONICAMENTE | 05/04/2018 | | 19571 |

NOTA AL CONTRIBUYENTE: Indique si hizo pagos por la preparación de esta planilla. ○ Sí ○ No. Si contestó "Sí", exija la firma y el número de registro del especialista.

Conf. 04052018095B2489D91232101 | Período de Conservación: Diez (10) años | PRSoft, Inc. (www.prsoft.com)

Form 499R-2/W-2PR
Rev. 07.17

222

GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

COMPROBANTE DE RETENCIÓN - WITHHOLDING STATEMENT

| INFORMACIÓN PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
|---|

**1. Nombre - First Name**

JOSE

**Apellido(s) - Last Name(s)**

R SANTIAGO MELENDEZ

**Dirección Postal del Empleado - Employee's Mailing Address**

URB. VILLA MADRID C 4

COAMO PR 00769

**Fecha de Nacimiento:** Día ___ Mes ___ Año ___
Date of Birth: Day ___ Month ___ Year ___

**2. Nombre y Dirección Postal del Patrono**
Employer's Name and Mailing Address

DEPT DE EDUCACION MAESTROS
AVENIDA TENIENTE CESAR
ESQUINA CALAF
HATO REY PR 00919

**Número de Teléfono del Patrono**
Employer's Telephone Number (787) 773-3508

**Fecha Cese de Operaciones:** Día ___ Mes ___ Año ___
Cease of Operations Date: Day ___ Month ___ Year ___

**Número Confirmación de Radicación Electrónica**
Electronic Filing Confirmation Number
S170008

**Número Control - Control Number**

006975289

**Fecha de radicación: 31 de enero - Filing date: January 31**

**3. Núm. Seguro Social**
Social Security No.

**4. Núm. de Ident. Patronal**
Employer Ident. No. (EIN)

**5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage**
0.00

**6. Donativos**
Charitable Contributions

**Patrono: - Employer:**
• Envíe a - Send to:
  Social Security Administration
  Data Operations Center
  Wilkes-Barre, PA 18769-0001
  Con la
  With the W-3PR
• Envíe al Departamento de Hacienda electrónicamente
  Send to Department of the Treasury electronically
  (www.hacienda.pr.gov)
• Entregue dos copias al empleado
  Deliver two copies to employee
• Conserve copia para sus récords
  Keep copy for your records

**Año:**
**Year:** **2017**

| | |
|---|---|
| **7. Sueldos - Wages** | 26,320.87 |
| **8. Comisiones - Commissions** | 0.00 |
| **9. Concesiones - Allowances** | 0.00 |
| **10. Propinas - Tips** | 0.00 |
| **11. Total = 7 + 8 + 9 + 10** | 26,320.87 |
| **12. Gastos Reemb. y Beneficios Marginales** Reimb. Expenses and Fringe Benefits | |
| **13. Cont. Retenida - Tax Withheld** | 749.90 |
| **14. Fondo de Retiro Gubernamental** Governmental Retirement Fund | 2,309.51 |
| **15. Aportaciones a Planes Cualific.** Contributions to CODA PLANS | 0.00 |
| Salarios Exentos (Ver instrucciones) Exempt Salaries (See instructions) Código/Code | |
| **16.** Código/Code | 0.00 |
| **16A.** | 0.00 |
| **16B. Aportaciones al Programa Ahorra y** Duplica tu Dinero - Contributions to the Save and Double your Money Program | 0.00 |

| | |
|---|---|
| **17. Total Sueldos Seguro Social** Social Security Wages | 0.00 |
| **18. Seguro Social Retenido** Social Security Tax Withheld | 0.00 |
| **19. Total Sueldos y Pro. Medicare** Medicare Wages and Tips | 26,320.87 |
| **20. Contrib. Medicare Retenida** Medicare Tax Withheld | 381.65 |
| **21. Propinas Seguro Social** Social Security Tips | 0.00 |
| **22. Seguro Social no Retenido** en Propinas - Uncollected Social Security Tax on Tips | 0.00 |
| **23. Contrib. Medicare no Retenida** en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

---

### INSTRUCCIONES PARA EL EMPLEADO
### DEBERÁ SOMETER COPIA AL RENDIR SU PLANILLA

De acuerdo al Código de Rentas Internas de Puerto Rico de 2011, según enmendado (Código), viene obligada a rendir planilla de contribución sobre ingresos todo individuo residente que:

* sea contribuyente individual o casado, si durante el año contributivo tuvieren un ingreso bruto reducido por las exenciones de la Sección 1031.02 del Código mayor de $5,000;
* sea casado que vivía con su cónyuge y opte por rendir planilla separada, si durante el año contributivo tuvieren un ingreso bruto reducido por las exenciones de la Sección 1031.02 del Código de $2,500 o más; o
* tenga ingreso neto sujeto a contribución básica alterna de $150,000 o más.

**PENALIDAD** – El Código dispone lo siguiente: Toda persona obligada bajo cualquier Subtítulo del Código a rendir una planilla, declaración, certificación o informe, que voluntariamente dejare de rendir dicha planilla, declaración, certificación o informe dentro del término o términos fijados por el Subtítulo correspondiente o por reglamentos, además de otras penalidades establecidas por el Código, incurrirá en delito menos grave, y en caso de convicción, será castigada con pena de multa no mayor de $5,000, o con pena de reclusión por un término máximo de 90 días, o ambas penas, a discreción del tribunal, más las costas del proceso. En aquellos casos en que cualquier persona voluntariamente dejare de rendir dicha planilla, declaración, certificación o informe (dentro de los términos fijados por el Subtítulo correspondiente o por reglamentos), con la intención de evadir o derrotar cualquier contribución impuesta por el Código, además de otras penalidades establecidas por el Código, incurrirá en un delito grave de tercer grado, y en caso de convicción, será sancionada con pena de reclusión la cual fluctuará entre tres años un día y ocho años. El Tribunal a su discreción podrá imponer una fija de reclusión establecida o pena de multa que no excederá de $20,000, o ambas penas, más las costas del proceso.

Retenga copia de este formulario para sus récords. Puede usarla para establecer su derecho a los beneficios de seguro social. Si su nombre, dirección o número de seguro social están incorrectos, informe el error a su patrono para que le complete un Formulario 499R-2c/W-2cPR.

### INSTRUCTIONS FOR THE EMPLOYEE
### A COPY MUST BE SUBMITTED WITH YOUR RETURN

Pursuant to the Puerto Rico Internal Revenue Code of 2011, as amended (Code), an income tax return must be filed by any resident individual who:

* is an individual or married taxpayer, who during the taxable year had gross income, reduced by the exemptions established in Code Section 1031.02, greater than $5,000;
* is a married individual who lived with his/her spouse, and elects to file separate returns, that during the taxable year had gross income, reduced by the exemptions established in Code Section 1031.02, of $2,500 or more; or
* has net income subject to alternate basic tax of $150,000 or more.

**PENALTY** – The Code provides the following: Every person required under any Subtitle of the Code to file a return, statement, certification or report, who willfully fails to file such return, statement, certification or report within the term or terms established by the corresponding Subtitle or by regulations, in addition to other penalties provided by the Code, shall be guilty of a misdemeanor, and upon conviction thereof, punished by a fine of not more than $5,000, or imprisonment for a term of not more than 90 days, or both penalties, at the discretion of the Court, plus the costs of prosecution. In the case of any person who willfully fails to file such return, statement, certification or report (within the terms established by the corresponding Subtitle or by regulations), with the intention to evade or defeat any tax imposed by the Code, in addition to other penalties provided by the Code, shall be guilty of a third degree felony, and upon conviction thereof, punished by imprisonment for a term ranging from three years and one day to eight years. The Court may impose, at its discretion, the fixed penalty of imprisonment provided or a fine of not more than $20,000, or both penalties, plus the costs of prosecution.

Keep copy of this form for your records. You can use it to prove your right to social security benefits. If your name, address or social security number is incorrect, inform this to your employer and request a Form 499R-2c/W-2cPR.

# FORMA ÚNICA

Formulario 482 Rev. 16 nov 16

**2016**  DEPARTAMENTO DE HACIENDA  **2016**

Liquidador ___ Revisor ___

PLANILLA DE CONTRIBUCIÓN SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2016 O AÑO COMENZADO EL

| R | G | RO | V1 | V2 | P1 | P2 | N | D1 | D2 | E | A | M |
|---|---|----|----|----|----|----|---|----|----|----|----|---|

1 de enero de 2016 Y TERMINADO EL 31 de diciembre de 2016

Número de Serie

○ PLANILLA ENMENDADA
○ FALLECIÓ DURANTE EL AÑO:  Día Mes Año
○ CONTRIBUYENTE
○ CÓNYUGE SUPÉRSTITE RINDE OTRA PLANILLA PARA EL AÑO CONTRIBUTIVO (Indique seguro social y fecha de defunción del cónyuge fallecido: ___ )

**Nombre del Contribuyente** Inicial Apellido Paterno Apellido Materno
JOSE   R   SANTIAGO   MELENDEZ

Dirección Postal
Urb VILLA MADRID
Z18 Calle 4
Coamo PR         00769
Código Postal

Número de Seguro Social Contribuyente: ___
Fecha de Nacimiento   Sexo ○ M ○ F
Día Mes Año
Número de Seguro Social Cónyuge
Fecha de nacimiento del Cónyuge  Sexo
30 12 1972  ○ M ○ F
Día Mes Año

Sello de Recibido

08/04/2017
09:00:11 AM

**Nombre e Inicial del Cónyuge** Apellido Paterno Apellido Materno
MARTA   I   RIVERA   ESPADA

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)
Urb VILLA MADRID
Z18 Calle 4
Coamo PR       Código Postal 00769

Teléfono Residencia (787) 453-7056
Teléfono del Trabajo

Correo Electrónico (E-Mail) rafa.lucha@hotmail.com

CAMBIO DE DIRECCIÓN: ○ Sí ○ No
SOLICITÓ PRÓRROGA: ○ Sí ○ No

## Cuestionario

SÍ NO
A. ○○ ¿Ciudadano de Estados Unidos? (Véanse instrucciones)
B. ○○ ¿Residente de Puerto Rico durante todo el año?
Si contestó "No", indique una de las siguientes:
1. ___ Fecha de mudanza a P.R. ( )
2. ___ Fecha de mudanza fuera de P.R. ( )
3. ___ No residente durante todo el año
C. ○○ ¿Generó ingresos fuera del periodo de residencia en P.R. que no se incluyen en esta planilla? (Si contestó "Sí", indique la cantidad):
___ Atribuible al contribuyente $___
___ Atribuible al cónyuge $___
D. ○○ ¿Otros ingresos excluidos o exentos de contribución? (Someta Anejo IE Individuo)
E. ○○ ¿Individuo sujeto inversionista? (Someta Anejo F1 Individuo)
F. ○○ ¿Socio de una sociedad sujeta a tributación bajo el Código de Rentas Internas Federal?
G. ○○ ¿Militar activo en zona de combate durante el año contributivo? (Fecha en que cesó en el servicio:

Su ocupación Maestro de Escuela 6110  Ocupación cónyuge AMA DE CASA 8110

**H) FUENTE DE MAYOR INGRESO:**
1. ○ Empleado del Gobierno, Municipios o Corporaciones Públicas
2. ○ Empleado del Gobierno Federal
3. ○ Empleado de Empresa Privada
4. ○ Retirado/Pensionado
5. ○ Trabajo Cuenta Propia (Indique la industria o negocio principal)
6. ○ Otro

**I) ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:**
A. ○ Casado (Enngregeza aquí ○ si se acoge al cómputo opcional y pase al Anejo CO Individuo)
○ Contribuyente individual (Enngregeza e indique nombre y seguro social del cónyuge si es:
○ Casado con capitulaciones de total separación de bienes
○ Casado que no vivía con su cónyuge)
○ Casado que rinde por separado (Indique nombre y seguro social del cónyuge arriba)

CONTRATO GOBIERNO:
○ Contribuyente ○ Cónyuge

**PASE A LA PÁGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.**

### Reintegro

1. CONTRIBUCIÓN PAGADA EN EXCESO (Encasillado 3, línea 29. Indique distribución en las líneas A, B, C y D) ... **01** (01) 1,294 00
A) Acreditar a la contribución estimada 2017 ...... (02) 00
B) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan ... (03) 00
C) Aportación al Fondo Especial para la Universidad de Puerto Rico ... (04) 00
D) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado de Depósito) ... (05) 1,294 00

### Pago

2. TOTAL NO PAGADO DE LA CONTRIBUCIÓN (Encasillado 3, línea 29) ... (06) 00
3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado ... (07) 00
(b) Intereses ... (08) 00
(c) Recargos ___ y Penalidades ___ ... (09) 00
4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a) más líneas 3(b) y 3(c)) ... (10) 00

### Depósito

AUTORIZACIÓN PARA DEPÓSITO DIRECTO DE REINTEGRO
Tipo de cuenta ○ Cheque ○ Ahorros
Número de ruta/tránsito: 0 2 1 5 0 2 0 1 1
Número de su cuenta: 0 7 2 1 3 4 8 2 8
Cuenta a nombre de: JOSE SANTIAGO MELENDEZ y MARTA RIVERA ESPADA
(Nombre completo en letra de molde según aparece en su cuenta. Si casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que he examinado la información incluida en esta planilla, anejos y documentos que se acompañan, y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

| Firma del Contribuyente | Fecha | Firma del Cónyuge | Fecha |
|---|---|---|---|
| ✓ FIRMADA ELECTRONICAMENTE | 08/04/2017 | FIRMADA ELECTRONICAMENTE | 08/04/2017 |

**04** Nombre del Especialista (Letra de Molde) Luis Torres   Nombre de la Firma o Negocio Torres Associates

| Firma del Especialista | Fecha | Especialista por cuenta propia (enngregeza aquí) ○ | Número de Registro 19571 |
|---|---|---|---|
| ✓ FIRMADA ELECTRONICAMENTE | 08/04/2017 | | |

NOTA AL CONTRIBUYENTE: Indique si hizo pagos por la preparación de su planilla: ○ Sí ○ No. Si contestó "Sí", exija la firma y el número de registro del Especialista.

Conf. 040820170989DCF9711365983   Período de Conservación: Diez (10) años   PRSoft, Inc. (www.prsoft.com)

Formulario
Form 499R-2/W-2PR
Rev. 08.16

222

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
**COMPROBANTE DE RETENCIÓN - WITHHOLDING STATEMENT**

INFORMACIÓN PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION

INFORMACIÓN PARA EL SEGURO SOCIAL - SOCIAL SECURITY INFORMATION

| Field | Value |
|---|---|
| 1. Nombre - First Name | JOSE R |
| Apellido(s) - Surname(s) | SANTIAGO MELENDEZ |
| Dirección Postal del Empleado - Employee's Mailing Address | Urb VILLA MADRID Z18 Calle 4 Coamo PR 00769-0000 |
| Fecha de Nacimiento: Date of Birth: | |
| 2. Nombre y Dirección Postal del Patrono Employer's Name and Mailing Address | DEPT EDUCACION ESQUINA CALAF San Juan PR 00919 |
| Número de Teléfono del Patrono Employer's Telephone Number | |
| Fecha Cese de Operaciones: Cease of Operations Date: | |
| Número Confirmación de Radicación Electrónica Electronic Filing Confirmation Number | S160021 |
| Número Control - Control Number | 006251806 |

3. Núm. Seguro Social Social Security No.

4. Núm. de Ident. Patronal Employer Ident. No. (EIN)

5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage — 0

6. Donativos Charitable Contributions — 0

Patrono: - Employer:
• Envíe a: - Send to:
Social Security Administration
Data Operations Center
Wilkes-Barre, PA 18769-0001
Con la With the W-3PR
• Envíe al Departamento de Hacienda electrónicamente
Send to Department of the Treasury electronically
(www.hacienda.pr.gov)
• Entregue dos copias al empleado Deliver two copies to employee
• Conserve copia para sus records Keep copy for your records

Año: Year: **2016**

| # | Concepto | Amount |
|---|---|---|
| 7. | Sueldos - Wages | 26,325 |
| 8. | Comisiones - Commissions | 0 |
| 9. | Concesiones - Allowances | 0 |
| 10. | Propinas - Tips | 0 |
| 11. | Total = 7 + 8 + 9 + 10 | 26,325 |
| 12. | Gastos Reemb. y Beneficios Marginales Reimb. Expenses and Fringe Benefits | 0 |
| 13. | Cont. Retenida - Tax Withheld | 749 |
| 14. | Fondo de Retiro Gubernamental Governmental Retirement Fund | 2,315 |
| 15. | Aportaciones a Planes Cualific. Contributions to CODA PLANS | |
| | Salarios Exentos (Ver instrucciones) Exempt Salaries (See instructions) Código/Code | |
| 16. | Código/Code | 0 |
| 16A. | | 0 |
| 16B. | Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program | 0 |

| # | Concepto | Amount |
|---|---|---|
| 17. | Total Sueldos Seguro Social Social Security Wages | 0 |
| 18. | Seguro Social Retenido Social Security Tax Withheld | 0 |
| 19. | Total Sueldos y Pro. Medicare Medicare Wages and Tips | 26,325 |
| 20. | Contrib. Medicare Retenida Medicare Tax Withheld | 381 |
| 21. | Propinas Seguro Social Social Security Tips | 0 |
| 22. | Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0 |
| 23. | Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0 |

**Fecha de radicación: 31 de enero - Filing date: January 31**

---

[X] W2

[ ] W2C

Planilla Radicada Electrónicamente

Formulario 482 Rev. 20 oct 15

# FORMA ÚNICA 2015 2015
ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA

PLANILLA DE CONTRIBUCIÓN SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2015 O AÑO COMENZADO EL

Número de Serie

| R | G | RO | VI | IN | P2 | N | DI | D | E | A | M |
|---|---|---|---|---|---|---|---|---|---|---|---|

Liquidador / Revisor

○ PLANILLA ENMENDADA
○ FALLECIDO DURANTE EL AÑO

1 de enero de 2015 Y TERMINADO EL 31 de diciembre de 2015

**Nombre del Contribuyente:** JOSE **Inicial:** R **Apellido Paterno:** SANTIAGO **Apellido Materno:** MELENDEZ

Número de Seguro Social Contribuyente

**Dirección Postal**
Urb VILLA MADRID
Z18 Calle 4
Coamo PR    00769
Código Postal

Fecha de Nacimiento  Sexo ○M ○F

Número de Seguro Social Cónyuge

Sello de Recibido
09/04/2016
11:13:06 AM

**Nombre e Inicial del Cónyuge** Apellido Paterno Apellido Materno

Fecha de Nacimiento del Cónyuge  Sexo ○M ○F

**Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)**
BO. LOS LLANOS
SECTOR CARIBE 596
Coamo PR    Código Postal 00769

Teléfono de Residencia (787) 453-7056
Teléfono del Trabajo

**Correo Electrónico (E-mail):** rafa.lucha@hotmail.com

CAMBIO DE DIRECCIÓN: ○ Sí ○ No
SOLICITÓ PRÓRROGA: ○ Sí ○ No

## Cuestionario

A. Ciudadano de Estados Unidos?
B. Residente de Puerto Rico durante todo el año?
Si contestó "No", indique una de las siguientes:
Fecha de mudanza a P.R.
Fecha de mudanza fuera de P.R.
No residente durante todo el año
C. Generó ingresos fuera del período de residencia en P.R. que no se incluyen en esta planilla? (Si contestó "Sí", indique la cantidad):
Atribuible al contribuyente $
Atribuible al cónyuge $
D. Otros ingresos relacionados o exentos de contribución? (Someta Anejo IE Individuo)
E. Individuo residente inversionista? (Someta Anejo F1 Individuo)
F. Socio de una sociedad sujeta a tributación bajo el Código de Rentas Internas Federal?
G. Militar activo en zona de combate? (Fecha en que cesó en el servicio:

Su ocupación Maestro de Escuela 6110 Ocupación cónyuge

**FUENTE DE MAYOR INGRESO:**
1. Empleado del Gobierno, Municipios o Corporaciones Públicas
2. Empleado del Gobierno Federal
3. Empleado de Empresa Privada
4. Retirado/Pensionado
5. Trabajo Cuenta Propia (Indique la industria o negocio principal)
6. Otro

**ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO**
1. Casado (Enmérezca aquí ○ si se acoge al cómputo opcional y pase al Anejo CO Individuo)
2. Contribuyente individual (Enmérezca e indique nombre y seguro social del cónyuge si es:
Casado con capitulaciones de total separación de bienes
Casado que no vivía con su cónyuge)
3. Casado que rinde por separado (Indique nombre y seguro social del cónyuge aquí)

CONTRATO GOBIERNO: ○ Contribuyente ○ Cónyuge

**PASE A LA PÁGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO**

## Reintegro
1. CONTRIBUCIÓN PAGADA EN EXCESO (Encasillado 3, línea 27. Indique distribución en las líneas A, B, C y D) ... 01 (07) **1,383** 00
A) Acreditar a la contribución estimada 2016
B) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan
C) Aportación al Fondo Especial para la Universidad de Puerto Rico
D) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado de Depósito) (0?) **1,383** 00

## Pago
2. TOTAL NO PAGADO DE LA CONTRIBUCIÓN (Encasillado 3, línea 27) 00
3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado 00
(b) Intereses (08) 00
(c) Recargos y Penalidades (09) 00
4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a)) (10) 00

## Depósito
**AUTORIZACIÓN PARA DEPÓSITO DIRECTO DE REINTEGRO**
Tipo de cuenta: ○ Cheques ○ Ahorros
Número de ruta/tránsito: 0 2 1 5 0 2 0 1 1
Número de su cuenta: 0 7 2 1 3 4 8 2 8
Cuenta a nombre de: **JOSE SANTIAGO MELENDEZ**
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que he examinado la información incluida en esta planilla, anejos y documentos que se acompañan, y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con relación a la información disponible y dicha información ha sido verificada.

**Firma del Contribuyente:** ✓ FIRMADA ELECTRONICAMENTE **Fecha:** 09/04/2016
**Firma del Cónyuge:** ✓ **Fecha:**

**Nombre del Especialista (Letra de Molde):** LUIS TORRES
**Nombre de la Firma o Negocio:** TORRES ASSOCIATES

**Firma del Especialista:** ✓ FIRMADA ELECTRONICAMENTE **Fecha:** 09/04/2016 Especialista por cuenta propia (enmérezca aquí) ○ **Número de Registro:** 19571

NOTA AL CONTRIBUYENTE: Indique si hizo pagos por la preparación de su planilla: ○ Sí ○ No. Si contestó "Sí", exija la firma y el número de registro del Especialista.

Conf. 0409201610065OE31E1852658    Periodo de Conservación: Diez (10) años    PRSoft, Inc. (www.prsoft.com)

Formulario
Form 499R-2/W-2 PR
Rev. 08.15

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

| | | |
|---|---|---|
| **1. Nombre-First Name** JOSE | **3. Núm. Seguro Social** Social Security No. 581-31-269X | **INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION** |
| **Apellido(s) - Surname(s)** SANTIAGO MELENDEZ | **4. Núm. de Ident. Patronal** Employer Ident. No. (EIN) 660-xxxxxx | **7. Sueldos - Wages** 26371.03 |
| | | **8. Comisiones - Commissions** 0.00 |
| **Dirección Postal del Empleado-Employee's Mailing Address** URB. VILLA MADRID C-4 Z-18 COAMO, PR 00769 | | **9. Concesiones - Allowances** 0.00 |
| | **5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage** 0.00 | **10. Propinas - Tips** 0.00 |
| | | **11. Total=7+8+9+10** 26371.03 |
| **2. Nombre y Dirección Postal del Patrono** Employer's Name and Mailing Address DEPT DE EDUCACION-MAESTROS AVENIDA TENIENTE CESAR GONZALE ESQUINA CALAF HATO REY, PR 00919 | **6. Donativos** Charitable Contributions 0.00 | **12. Gastos Reemb. y Beneficios Marginales** Reimb. Expenses and Fringe Benefits 0.00 |
| | **Patrono - Employer:** | **13. Cont. Retenida - Tax Withheld** 752.72 |
| | * Envíe a: - Send to: Social Security Administration Data Operations Center Wilkes-Barre, PA 18769-0001 Con la With the W-3PR | **14. Fondo de Retiro Gubernamental** Governmental Retirement Fund 2319.39 |
| **Número de Teléfono del Patrono** Employer's Telephone Number | * Envíe al Departamento de Hacienda electrónicamente Send to Department of the Treasury electronically (www.hacienda.pr.gov) | **15. Aportaciones a Planes Cualific.** Contributions to CODA PLANS 0.00 |
| **Fecha Cese de Operaciones:** Cease of Operations Date: Día Day   Mes Month   Año Year | * Entregue dos copias al empleado Deliver two copies to employee * Conserve copia para sus récords Keep copy for your records | **16. Salarios Exentos (Ver instrucciones)** Exempt Salaries (See instructions) 0.00 |
| **Número Confirmación de Radicación Electrónica** Electronic Filing Confirmation Number S150008 | | **16A. Código de Salarios Exentos** Exempt Salaries Code |
| **Número Control - Control Number** 004903672 | **Año:** **Year:** **2015** | **16B. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program** 0.00 |
| **Fecha de radicación: 31 de enero - Filing date: January 31** | | |

| **INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION** |
|---|
| **17. Total Sueldos Seguro Social** Social Security Wages |
| **18. Seguro Social Retenido** Social Security Tax Withheld 0.00 |
| **19. Total Sueldos y Pro. Medicare** Medicare Wages and Tips 26371.03 |
| **20. Contrib. Medicare Retenida** Medicare Tax Withheld 382.38 |
| **21. Propinas Seguro Social** Social Security Tips 0.00 |
| **22. Seguro Social no Retenido en Propinas - Uncollected** Social Security Tax on Tips 0.00 |
| **23. Contrib. Medicare no Retenida en Propinas - Uncollected** Medicare Tax on Tips 0.00 |

Reproducido por: Departamento de Hacienda

Formulario 482  Rev. 31 oct 14

# FORMA ÚNICA 2014

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**DEPARTAMENTO DE HACIENDA**

2014

Liquidador          Revisor

| R | G | R0 | V1 | V2 | P1 | | P2 | N | D1 | D2 | E | A | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**PLANILLA DE CONTRIBUCIÓN SOBRE INGRESOS DE INDIVIDUOS**
AÑO CONTRIBUTIVO 2014 O AÑO COMENZADO EL

1 de enero de 2014 Y TERMINADO EL 31 de diciembre de 2014

Número de Serie

○ PLANILLA ENMENDADA

○ FALLECIÓ DURANTE EL AÑO:   Día  Mes  Año

○ CONTRIBUYENTE   ○ CÓNYUGE

CÓNYUGE SUPÉRSTITE RINDE OTRA PLANILLA PARA EL AÑO CONTRIBUTIVO (Indique seguro social del cónyuge fallecido)

Sello de Recibido

**Nombre del Contribuyente** JOSE  **Inicial** R  **Apellido Paterno** SANTIAGO  **Apellido Materno** MELENDEZ

Número de Seguro Social Contribuyente

Fecha de Nacimiento   Sexo ○ M ○ F

**Dirección Postal**
Urb VILLA MADRID
Z18 Calle 4
Coamo PR                 00769
Código Postal

Número de Seguro Social Cónyuge

Fecha de Nacimiento del Cónyuge   Sexo ○ M ○ F
Mes  Año

**Nombre e Inicial del Cónyuge**   Apellido Paterno   Apellido Materno

Teléfono Residencia
(787) 453-7056
Teléfono del Trabajo

**Dirección Residencial Completa** (Barrio o Urbanización, Número, Calle)
BO. LOS LLANOS
SECTOR CARIBE 596
Coamo PR          Código Postal 00769

CAMBIO DE DIRECCIÓN: ○ Sí ○ No

**Correo Electrónico (E-Mail)** afa.lucha@hotmail.com

SOLICITÓ PRÓRROGA: ○ Sí ○ No   PLANILLA 2015: ○ ESPAÑOL ○ INGLÉS

¿UTILIZÓ PROGRAMA PRIVADO PARA LLENAR LA PLANILLA? ○ Sí ○ No

## Cuestionario

**SI  NO**
A. ○ ○ ¿Ciudadano de Estados Unidos?
B. ○ ○ ¿Residente de Puerto Rico al finalizar el año?
C. ○ ○ ¿Otros ingresos excluidos o exentos de contribución?
      (Someta Anejo IE Individuo)
D. ○ ○ ¿Individuo residente inversionista?
      (Someta Anejo F1 Individuo)

**E. FUENTE DE MAYOR INGRESO:**
1. ○ Empleado del Gobierno, Municipios o Corporaciones Públicas
2. ○ Empleado del Gobierno Federal
3. ○ Empleado de Empresa Privada
4. ○ Retirado/Pensionado
5. ○ Trabajo Cuenta Propia (Indique la industria o negocio principal)
6. ○ Otro

Su ocupación Maestro de Escuela  6110  Ocupación cónyuge

**F. ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:**

1. ○ Casado
   (Ennegrezca aquí ○ si se acoge al cómputo opcional y pase al Anejo CO Individuo)

2. ○ Contribuyente individual
   (Ennegrezca e indique nombre y seguro social del cónyuge si es:
   ○ Casado con capitulaciones de total separación de bienes
   ○ Casado que no vivía con su cónyuge)

3. ○ Casado que rinde por separado
   (Indique nombre y seguro social del cónyuge arriba)

CONTRATO GOBIERNO:
○ Contribuyente   ○ Cónyuge

**PASE A LA PÁGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.**

## Reintegro

| | | | |
|---|---|---|---|
| 1. CONTRIBUCIÓN PAGADA EN EXCESO (Encasillado 3, línea 28. Indique distribución en las líneas A, B, C y D) **01** | (01) | 819 | 00 |
| A) Acreditar a la contribución estimada 2015 | (02) | | 00 |
| B) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan | (03) | | 00 |
| C) Aportación al Fondo Especial para la Universidad de Puerto Rico | (04) | | 00 |
| D) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado de Depósito) | (05) | 819 | 00 |

## Pago

| | | | |
|---|---|---|---|
| 2. TOTAL NO PAGADO DE LA CONTRIBUCIÓN (Encasillado 3, línea 28) | (06) | | 00 |
| 3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado | (07) | | 00 |
| (b) Intereses | (08) | | 00 |
| (c) Recargos y Penalidades | (09) | | 00 |
| 4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a)) | (10) | | 00 |

## Depósito

**AUTORIZACIÓN PARA DEPÓSITO DIRECTO DE REINTEGRO**

Tipo de cuenta   ○ Cheque ○ Ahorros

Número de ruta/tránsito: 0 2 1 5 0 2 0 1 1

Número de su cuenta: 0 7 2 1 3 4 8 2 8

Cuenta a nombre de: JOSE SANTIAGO MELENDEZ   y
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que he examinado la información incluida en esta planilla y anejos y documentos que se acompañan, y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

**Firma del Contribuyente** ✓ FIRMADA ELECTRÓNICAMENTE  **Fecha** 30/03/2015   **Firma del Cónyuge**  **Fecha**

**04 Nombre del Especialista** (Letra de Molde) Luis A Torres   **Nombre de la Firma o Negocio** Torres Associates

**Firma del Especialista** ✓ FIRMADA ELECTRÓNICAMENTE  **Fecha** 30/03/2015   Especialista por cuenta propia (ennegrezca aquí) ○   **Número de Registro** 19571

**NOTA AL CONTRIBUYENTE:** Indique si hizo pagos por la preparación de su planilla: ○ Sí ○ No. Si contestó "Sí", exija la firma y el número de registro del Especialista.

Conf. 033020150890599D3F2056064    Periodo de Conservación: Diez (10) años    PRSoft, Inc. (www.prsoft.com)

Formulario 482 Rev. 31 oct 13

**2013** **2013**

DEPARTAMENTO DE HACIENDA
**PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS**
AÑO CONTRIBUTIVO 2013 O AÑO COMENZADO EL

| Liquidador | Revisor |
|---|---|

1 de enero de 2013 Y TERMINADO EL 31 de diciembre de 2013

Número de Serie

| R | G | RO | V1 | V2 | I1 | I2 | P2 | N | D1 | D2 | E | A | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

○ PLANILLA ENMENDADA

○ FALLECIDO DURANTE EL AÑO:      Día   Mes   Año

| Nombre del Contribuyente | Inicial | Apellido Paterno | Apellido Materno |
|---|---|---|---|
| JOSE | R | SANTIAGO | MELENDEZ |

Número de Seguro Social Contribuyente

○ CONTRIBUYENTE    ○ CONYUGE
○ CONYUGE SUPERSTITE RINDE OTRA PLANILLA
PARA EL AÑO CONTRIBUTIVO

Dirección Postal
VILLA MADRID
CALLE 4 Z 18
Coamo PR

Código Postal  00769

Fecha de Nacimiento
Día   Mes   Año

Sexo
○ M
○ F

Sello de Recibido

07/04/2014

08:48:12 AM

"Coloque la etiqueta engomada (Label) aquí."

Número de Seguro Social Cónyuge

Fecha de Nacimiento del Cónyuge
Día   Mes   Año

Sexo
○ M
○ F

| Nombre e Inicial del Cónyuge | Apellido Paterno | Apellido Materno |
|---|---|---|

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)
BO. LOS LLANOS
SECTOR CARIBE 596
Coamo PR

Código Postal  00769

Teléfono Residencia
(787) 453-7056

Teléfono del Trabajo

Correo Electrónico (E-Mail)  rafa.lucha@hotmail.com

CAMBIO DE DIRECCION: ○ Sí ○ No    PLANILLA 2014: ○ ESPAÑOL ○ INGLES

**Cuestionario**

SI NO
A. ○ ○ ¿Ciudadano de Estados Unidos?
B. ○ ○ ¿Residente de Puerto Rico al finalizar el año?
C. ○ ○ ¿Otros ingresos excluidos o exentos de contribución?
(Someta Anejo IE Individuo)
D. ○ ○ ¿Individuo residente inversionista?
(Someta Anejo F1 Individuo)

E. FUENTE DE MAYOR INGRESO
1. ○ Empleado del Gobierno, Municipios o Corporaciones Públicas
2. ○ Empleado del Gobierno Federal
3. ○ Empleado de Empresa Privada
4. ○ Retirado/Pensionado
5. ○ Trabajo Cuenta Propia (Indique la industria o negocio principal)
6. ○ Otro

Su ocupación  Maestro de Escuela  6110    Ocupación cónyuge

**F. ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:**
○ Casado
(Ennegrezca aquí ○ si se acoge al cómputo opcional y pase al Anejo CO Individuo)
○ Contribuyente individual
(Ennegrezca e indique nombre y seguro social del cónyuge si es:
○ Casado con capitalizaciones de total separación de bienes
○ Casado que no vivía con su cónyuge)
○ Casado que rinde separado
(Indique nombre y seguro social del cónyuge arriba)

**CONTRATO GOBIERNO:**
○ Contribuyente    ○ Cónyuge

○ PLANILLA CON CHEQUE
(FAVOR DE FIJAR CHEQUE EN ESTE LUGAR)

**PASE A LA PAGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.**

**Reintegro**

| | | | |
|---|---|---|---|
| 1. CONTRIBUCION PAGADA EN EXCESO (Encasillado 3, línea 28. Indique distribución en las líneas A, B, C y D) (01) | (01) | 847 | 00 |
| A) Acreditar a la contribución estimada 2014 | (02) | | 00 |
| B) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan | (03) | | 00 |
| C) Aportación al Fondo Especial para la Universidad de Puerto Rico | (04) | | 00 |
| D) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado de Depósito) | (05) | 847 | 00 |

**Pago**

| | | | |
|---|---|---|---|
| 2. TOTAL NO PAGADO DE LA CONTRIBUCION (Encasillado 3, línea 28) | (06) | | 00 |
| 3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado | (07) | | 00 |
| (b) Intereses | (08) | | 00 |
| (c) Recargos y Penalidades | (09) | | 00 |
| 4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a)) | (10) | | 00 |

**Depósito**

AUTORIZACION PARA DEPOSITO DIRECTO DE REINTEGRO

Tipo de cuenta
○ Cheques ○ Ahorros

Número de ruta/tránsito
| 0 | 2 | 1 | 5 | 0 | 2 | 0 | 1 | 1 |

Número de su cuenta
| 0 | 7 | 2 | 1 | 3 | 4 | 8 | 2 | 8 |

Cuenta a nombre de:  JOSE SANTIAGO MELENDEZ    y
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que he examinado la información incluida en esta planilla, anejos y documentos que se acompañan, y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

| Firma del Contribuyente | Fecha | Firma del Cónyuge | Fecha |
|---|---|---|---|
| ✓ FIRMADA ELECTRONICAMENTE | 07/04/2014 | | |

Nombre del Especialista (Letra de Molde)
Luis Torres

Nombre de la Firma o Negocio
Torres Associates

| Firma del Especialista | Fecha | Especialista por cuenta propia (ennegrezca aquí) ○ | Número de Registro |
|---|---|---|---|
| ✓ FIRMADA ELECTRONICAMENTE | 07/04/2014 | | 19571 |

NOTA AL CONTRIBUYENTE: Indique si hizo pagos por la preparación de su planilla: ○ Sí ○ No. Si contestó "Sí", exija la firma y el número de registro del Especialista.

Período de Conservación: Diez (10) años

Conf. 040720140971D27DB92356118

PRSoft, Inc. (www.prsoft.com)

Formulario
Form 499R-2/W-2 PR
Rev. 08/13

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

| | INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
|---|---|---|

**1. Nombre-First Name**
JOSE

**3. Núm. Seguro Social** Social Security No.

**7. Sueldos - Wages**
36206.09

**17. Total Sueldos Seguro Social** Social Security Wages
0.00

**Apellido(s) - Surname(s)**
SANTIAGO MELENDEZ

**4. Núm. de Ident. Patronal** Employer Ident. No. (EIN)

**8. Comisiones - Commissions**
0.00

**18. Seguro Social Retenido** Social Security Tax Withheld
0.00

**Dirección Postal del Empleado-Employee's Mailing Address**
URB. VILLA MADRID C-4 Z-18
COAMO, PR 00769

**5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension**

| Día | Mes | Año |
|---|---|---|
| Day | Month | Year |

**9. Concesiones - Allowances**
0.00

**10. Propinas - Tips**
0.00

**11. Total=7+8+9+10**
36206.09

**19. Total Sueldos y Pro. Medicare** Medicare Wages and Tips
36206.09

**2. Nombre y Dirección Postal del Patrono** Employer's Name and Mailing Address
DEPT DE EDUCACION-MAESTROS
AVENIDA TENIENTE CESAR GONZALE
ESQUINA CALAF
HATO REY, PR 00919

**6. Costo de Pensión o Anualidad** Cost of Pension or Annuity
0.00

**12. Gastos Reemb. y Beneficios Marginales** Reimb. Expenses and Fringe Benefits
0.00

**20. Contrib. Medicare Retenida** Medicare Tax Withheld
524.99

**6A. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage**
0.00

**13. Cont. Retenida - Tax Withheld**
1483.14

**Número de Teléfono del Patrono** Employer's Telephone Number

**6B. Donativos** Charitable Contributions
0.00

**14. Fondo de Retiro Gubernamental** Governmental Retirement Fund
2804.55

**21. Propinas Seguro Social** Social Security Tips
0.00

**Fecha Cese de Operaciones:** Cease of Operations Date:

| Día | Mes | Año |
|---|---|---|
| Day | Month | Year |

**15. Aportaciones a Planes Cualific.** Contributions to CODA PLANS
0.00

**22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips**
0.00

**Número Confirmación de Radicación Electrónica** Electronic Filing Confirmation Number
C400001

**Copia C para Récord del Empleado**
**Copy C for Employee's Records**

**16. Salarios bajo Ley 324-2004** Salaries under Act 324-2004
0.00

**16A. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program**

**23. Contrib. Medicare no Retenid-en Propinas - Uncollected Medicare Tax on Tips**
0.00

**Número Control - Control Number**
004469046

**Año:**
**Year:** **2013**

Reproducido por: Departamento de Hacienda

# FORMA LARGA

| Liquidador | | | | | Revisor | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| R | G | RO | V1 | V2 | P1 | P2 | N | D1 | D2 | E | A | IN | |

**2012** **2012**

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA
PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2012 O AÑO COMENZADO EL
1 de enero de 2012 Y TERMINADO EL 31 de diciembre de 2012

- ○ PLANILLA ENMENDADA
- ○ FALLECIO DURANTE EL AÑO: Día Mes Año
- ○ CONTRIBUYENTE   ○ CONYUGE

Sello de Recibido

**10/04/2013**

**01:19:39 PM**

Nombre del Contribuyente: **JOSE** Inicial: **R** Apellido Paterno: **SANTIAGO** Apellido Materno: **MELENDEZ**

Número de Seguro Social Contribuyente: ███-███████

Dirección Postal
VILLA MADRID
B9 Calle 2
Coamo PR     Código Postal  00769

Fecha de Nacimiento: 20 ██ ██   Sexo: ○ M ○ F

Número de Seguro Social Cónyuge

"Coloque la etiqueta engomada (Label) aquí".

Nombre e Inicial del Cónyuge   Apellido Paterno   Apellido Materno

Fecha de Nacimiento del Cónyuge: Día Mes Año   Sexo: ○ M ○ F

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)
BO. LOS LLANOS
SECTOR CARIBE 596
Coamo PR     Código Postal  00769

Teléfono Residencia (787) 453-7056
Teléfono del Trabajo

Correo Electrónico (E-Mail)   rafa.lucha@hotmail.com

CAMBIO DE DIRECCION: ○ Si ○ No     PLANILLA 2013: ○ ESPAÑOL  ○ INGLES

## Cuestionario

SI   NO
- A. ○ ○ ¿Ciudadano de Estados Unidos?
- B. ○ ○ ¿Residente de Puerto Rico al finalizar el año?
- C. ○ ○ ¿Otros ingresos excluidos o exentos de contribución? (Someta Anejo IE Individuo)
- D. ○ ○ ¿Individuo inversionista residente? (Someta Anejo F1 Individuo)

### E. FUENTE DE MAYOR INGRESO:
1. ○ Empleado del Gobierno, Municipios o Corporaciones Públicas
2. ○ Empleado del Gobierno Federal
3. ○ Empleado de Empresa Privada
4. ○ Retirado/Pensionado
5. ○ Trabajo Cuenta Propia (Indique la industria o negocio principal)
6. ○ Otro

Su ocupación  Maestro de Escuela   6110   Ocupación cónyuge

### F. ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:
1. ○ Casado
   (Ennegrezca aquí ○ si se acoge al cómputo opcional y pase al Anejo CO Individuo)
2. ○ Contribuyente individual
   (Ennegrezca e indique nombre y seguro social del cónyuge si es:
   ○ Casado con capitulaciones de total separación de bienes
   ○ Casado que no vivía con su cónyuge)
3. ○ Casado que rinde separado
   (Indique nombre y seguro social del cónyuge arriba)

CONTRATO GOBIERNO: ○ Contribuyente  ○ Cónyuge

PASE A LA PAGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.

## Reintegro

1. CONTRIBUCION PAGADA EN EXCESO (Encasillado 3, línea 27). Indique distribución en las líneas A, B, C y D ...... (01) | 836 | 00
   A) Acreditar a la contribución estimada 2013 ............ (02)
   B) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan ............ (03)
   C) Aportación al Fondo Especial para la Universidad de Puerto Rico ............ (04)
   D) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado de Depósito) ............ (05) | 836 | 00

## Pago

2. TOTAL NO PAGADO DE LA CONTRIBUCION (Encasillado 3, línea 27) ............ (06)
3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado ............ (07)
   (b) Intereses ............ (08)
   (c) Recargos   y Penalidades ............ (09)
4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a)) ............ (10)

## Depósito

AUTORIZACION PARA DEPOSITO DIRECTO DE REINTEGRO

Tipo de cuenta: ○ Cheques ○ Ahorros
Número de ruta/tránsito: 0 2 1 5 0 2 0 1 1
Número de su cuenta: 0 7 2 1 3 4 8 2 8

Cuenta a nombre de:  **JOSE SANTIAGO MELENDEZ**   y
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que he examinado la información incluida en esta planilla, anejos y documentos que se acompañan, y que la misma es cierta, correcta y completa. La declaración de la persona que preparó la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

Firma del Contribuyente: **FIRMADA ELECTRONICAMENTE**   Fecha: 10/04/2013
Firma del Cónyuge: ___   Fecha: ___

04 Nombre del Especialista (Letra de Molde): **Luis A. Torres**
Nombre de la Firma o Negocio: **Torres Associates**

Firma del Especialista: **FIRMADA ELECTRONICAMENTE**   Fecha: **10/04/2013**
Especialista por cuenta propia (ennegrezca aquí) ○   Número de Registro: **19571**

NOTA AL CONTRIBUYENTE: Indique si hizo pagos por la preparación de su planilla. ○ Si ○ No. Si contestó "Si", exija la firma y el número de registro del Especialista.

Período de Conservación: Diez (10) años     PRSoft, Inc. (www.prsoft.com)

Conf. 0410201310079741A82035477

| Formulario<br>Form 499R-2/W-2 PR<br>Rev. 09.12 | ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO<br>DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY<br>COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT | INFORMACION PARA EL<br>DEPARTAMENTO DE HACIENDA<br>DEPARTMENT OF THE TREASURY<br>INFORMATION | INFORMACION PARA EL<br>SEGURO SOCIAL<br>SOCIAL SECURITY<br>INFORMATION |
|---|---|---|---|

**1. Nombre-First Name**

JOSE

**3. Núm. Seguro Social**
**Social Security No.**

**4. Núm. de Ident. Patronal**
**Employer Ident. No. (EIN)**

**7. Sueldos - Wages**
25919.20

**8. Comisiones - Commissions**
0.00

**17. Total Sueldos Seguro Social**
**Social Security Wages**
0.00

**Apellido(s) - Surname(s)**

SANTIAGO MELENDEZ

**5. Fecha en que comenzó a recibir la**
**pensión - Date on which you started to**
**receive the pension**

| Dia | Mes | Año |
| Day | Month | Year |

**9. Concesiones - Allowances**
0.00

**18. Seguro Social Retenido**
**Social Security Tax Withheld**

**Dirección Postal del Empleado-Employee's Mailing Address**

URB. VILLA MADRID C-4 Z-18
COAMO, PR 00769

**10. Propinas - Tips**
0.00

**11. Total=7+8+9+10**
25919.20

**19. Total Sueldos y Pro. Medicare**
**Medicare Wages and Tips**
25919.20

**6. Costo de Pensión o Anualidad**
**Cost of Pension or Annuity**
0.00

**12. Gastos Reemb. y Beneficios Marginales**
**Reimb. Expenses and Fringe Benefits**
0.00

**2. Nombre y Dirección Postal del Patrono**
**Employer's Name and Mailing Address**

L8013750542 PURIFICACI
DEPT DE EDUCACION-MAESTROS
AVENIDA TENIENTE CESAR GONZALE
ESQUINA CALAF
HATO REY, PR 00919

**6A. Costo de cubierta de salud auspiciada**
**por el patrono - Cost of employer-sponsored**
**health coverage**
0.00

**13. Cont. Retenida - Tax Withheld**
798.81

**20. Contrib. Medicare Retenida**
**Medicare Tax Withheld**
375.83

**14. Fondo de Retiro Gubernamental**
**Governmental Retirement Fund**
2242.73

**21. Propinas Seguro Social**
**Social Security Tips**
0.00

**6B. Donativos**
**Charitable Contributions**
0.00

**15. Aportaciones a Planes Cualific.**
**Contributions to CODA PLANS**
0.00

**22. Seguro Social no Retenido**
**en Propinas - Uncollected**
**Social Security Tax on Tips**
0.00

**Número de Teléfono del Patrono**
**Employer's Telephone Number**

**Copia C para Récord**
**del Empleado**

**Copy C for Employee's**

**16. Salarios bajo Ley 324-2004**
**Salaries under Act 324-2004**
0.00

**Fecha Cese de Operaciones:**
**Cease of Operations Date:**

| Dia | Mes | Año |
| Day | Month | Year |

**Records**

**16A. Contrib. al Programa Ahorra y**
**Duplica tu Dinero - Contributions to the**
**Save and Double your Money Program**
0.00

**23. Contrib. Medicare no Retenid**
**en Propinas - Uncollected**
**Medicare Tax on Tips**
0.00

**Número Control - Control Number**

125527664

**Año:**
**Year:** **2012**

Reproducido por: Departamento de Hacienda

Formulario 481   Rev. 27 oct 11

## FORMA CORTA

○ PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE EN ESTE LUGAR)

| Liquidador | Revisor |
|---|---|

| R | G | R0 | V1 | V2 | P1 | P2 | N | D1 | D2 | E | A | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**2011**

GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA
PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2011 O AÑO COMENZADO EL
1 de enero de 2011 Y TERMINADO EL 31 de diciembre de 2011

**2011**

Número de Serie
**1854461**

○ PLANILLA ENMENDADA

○ FALLECIDO DURANTE EL AÑO: Día Mes Año

| Nombre del Contribuyente | Inicial | Apellido Paterno | Apellido Materno |
|---|---|---|---|
| JOSE | R | SANTIAGO | MELENDEZ |

Dirección Postal
VILLA MADRID
B9 Calle 2

Coamo          PR          Código Postal 00769-0000

"Coloque la etiqueta engomada (Label) aquí."

Número de Seguro Social Contribuyente
~~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~~

Fecha de Nacimiento          Sexo
~~28-51-1979~~          ○ M
Día   Mes   Año          ○ F
Número de Seguro Social Cónyuge

○ CONTRIBUYENTE   ○ CONYUGE
Sello de Recibido

14-03-2012 12:09:37 PM

Fecha de Nacimiento del Cónyuge          Sexo
                                        ○ M
Día   Mes   Año                          ○ F

Teléfono Residencia
7874537056

| Nombre e Inicial del Cónyuge | Apellido Paterno | Apellido Materno |
|---|---|---|

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)
BO. LOS LLANOS
SECTOR CARIBE 596

Coamo          PR          Código Postal 00769-0000

Teléfono del Trabajo

Correo Electrónico (E-Mail) rafa.lucha@hotmail.com

CAMBIO DE DIRECCION: ○ Sí ⊗ No   PLANILLA 2012: ⊗ ESPAÑOL   ○ INGLES

### Cuestionario

SI   NO
A. ⊗ ○ ¿Ciudadano de Estados Unidos?
B. ⊗ ○ ¿Residente de Puerto Rico al finalizar el año?
C. ○ ⊗ ¿Otros ingresos excluidos o exentos de contribución?
(Someta Anejo IE Individuo)

D. FUENTE DE MAYOR INGRESO:
1. ⊗ Empleado del Gobierno, Municipios o Corporaciones Públicas
2. ○ Empleado del Gobierno Federal
3. ○ Empleado de Empresa Privada
4. ○ Retirado/Pensionado

Su ocupación Maestro de Escuela   6110   Ocupación cónyuge

E. ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:
1. ○ Casado
(Ennegrezca aquí ○ si se acoge al cómputo opcional y pase al Anejo CO Individuo)
2. ⊗ Contribuyente individual
(Ennegrezca aquí ○ si es casado con capitulaciones de total separación de bienes e indique nombre y seguro social del cónyuge arriba)
3. ○ Casado que rinde separado
(Indique nombre y seguro social del cónyuge arriba)

### PASE A LA PAGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.

#### Reintegro

| | | | |
|---|---|---|---|
| 1. CONTRIBUCION PAGADA EN EXCESO (Encasillado 1, línea 14. Indique distribución en las líneas A, B y C) | **01** | (01) | 900 00 |
| A) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan | | (02) | 0 00 |
| B) Aportación al Fondo Especial para la Universidad de Puerto Rico | | (03) | 0 00 |
| C) REINTEGRAR (Si desea que se le deposite el reintegro directamente en su cuenta, complete el Encasillado de Depósito) | | (04) | 900 00 |

#### Pago

| | | |
|---|---|---|
| 2. TOTAL NO PAGADO DE LA CONTRIBUCION (Encasillado 1, línea 14) | (05) | 0 00 |
| 3. Menos: Cantidad pagada (a) ○ Con Planilla o Electrónicamente a través de un Programa Certificado | (06) | 0 00 |
| (b) Intereses | (07) | 0 00 |
| (c) Recargos 0    y Penalidades 0 | (08) | 0 00 |
| 4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a)) | (10) | 0 00 |

#### Depósito

AUTORIZACION PARA DEPOSITO DIRECTO DE REINTEGRO

Tipo de cuenta
⊗ Cheques   ○ Ahorros

Número de ruta/tránsito
021502011

Número de su cuenta
072134828

Cuenta a nombre de: JOSE SANTIAGO MELENDEZ                 y
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que la información incluida en esta planilla, anejos y documentos que se acompañan, ha sido examinada por mí y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

| Firma del Contribuyente | Fecha | Firma del Cónyuge | Fecha |
|---|---|---|---|
| ✓ Firmada Electrónicamente | 14-03-2012 | ✓ | |

| **04** Nombre del Especialista (Letra de Molde) | | Nombre de la Firma o Negocio | |
|---|---|---|---|
| Luis A. Torres | | Luis A. Torres | |

| Número de Registro | Número de Identificación Patronal | Especialista por cuenta propia (ennegrezca aquí) ⊗ | Firma del Especialista | Fecha |
|---|---|---|---|---|
| 19571 | 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 | | Firmada Electrónicamente | 14-03-2012 |

NOTA AL CONTRIBUYENTE: Indique si hizo pagos por la preparación de su planilla: ⊗ Sí   ○ No. Si contestó "Sí", exija la firma y el número de registro del Especialista

Número confirmación:   031420120745A6D8611854461          Período de Conservación: Diez (10) años





Formulario 499R-2/W-2PR
Rev. 10.11

GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

091100

INFORMACION PARA EL DEPARTAMENTO DE LA TREASURY INFORMATION

1. Nombre - First Name
JOSE R

Apellido(s) - Surname(s)
SANTIAGO MELENDEZ

Dirección Postal del Empleado - Employee's Mailing Address
VILLA MADRID B9 Calle 2 Coamo PR 00769-0000

2. Nombre y Dirección Postal del Patrono
Employer's Name and Mailing Address

DEPT EDUCACION
CESAR GONZALEZ San Juan, PR 00919-0000

Número de Control - Control Number
116503329

3. Núm. Seguro Social
Social Security No.

4. Núm. de Identificación Patronal
Employer's Identification No. (EIN)

Año: 2011
Year:

Tax Return

Copia B para Planillas
del Empleado

Copy B for Employee's

Instrucciones al dorso - Instructions on back

| | SOCIAL SECURITY Y NO INFORMACION / SOCIAL SECURITY INFORMATION |
|---|---|
| 7. Sueldos - Wages | 3,599 | 17. Total Sueldos Seguro Social Social Security Wages |
| 8. Comisiones - Commissions | 0 | 18. Seguro Social Retenido Social Security Tax Withheld |
| 9. Concesiones - Allowances | 0 | 19. Total Sueldos y Pro. Medicare Medicare Wages and Tips |
| 10. Propinas - Tips | 0 | 20. Contrib. Medicare Retenida Medicare Tax Withheld |
| 11. Total = 7 + 8 + 9 + 10 | 3,599 | 21. Propinas Seguro Social Social Security Tips |
| 12. Gastos Reembolsados Reimbursed Expenses | 0 | 22. Seguro Social No Retenido en Propinas--Uncollected Social Security Tax on Tips |
| 13. Cont. Retenida - Tax Withheld | 287 | 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips |
| 14. Fondo de Retiro Gubernamental Governmental Retirement Fund | 323 | |
| 15. Aportaciones a Planes Cualific. Contributions to CODA PLANS | 0 | |
| 16. Salarios bajo Ley Núm. 324 de 2004 Salaries under Act No. 324 of 2004 | 0 | |
| 16A. Aportaciones al Programa Ahorra y Duplica tu Dinero--Contributions to the Save and Double your Money Program | 0 | |

6. Costo de Pensión o Anualidad
Cost of Pension or Annuity
0

6A. Costo del cubierto de salud auspiciada por el patrono - Cost of employer-sponsored health coverage
0

6B. Donativos
Charitable Contributions
0

5. Fecha en que comenzó a recibir la pensión - Date on which you started receiving pension

Pensión: [ ]   Federal: [ ]

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas.
Retention: Ten (10) years from the filing date in the Returns Processing Bureau.

Formulario 482 Rev. 12.10

# FORMA LARGA

⬭ PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE EN ESTE LUGAR)

| Liquidador | Revisor |
|---|---|

**2010**

GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA
PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2010 O AÑO COMENZADO EL

**2010**

Número de Serie

| R | G | RO | V1 | V2 | P1 | P2 | N | D1 | D2 | E | A | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

1 de enero de 2010 Y TERMINADO EL 31 de diciembre de 2010

⬭ PLANILLA ENMENDADA

⬭ FALLECIDO DURANTE EL AÑO: Día Mes Año

| Nombre del Contribuyente | Inicial | Apellido Paterno | Apellido Materno |
|---|---|---|---|
| JOSE | R | SANTIAGO | MELENDEZ |

Número de Seguro Social Contribuyente

Dirección Postal
URB. VILLA MADRID
CALLE 4 Z-18
COAMO     PR     Código Postal 00769-0000

Fecha de Nacimiento     Sexo ⬭ M  ⬭ F
Día Mes Año

Número de Seguro Social Cónyuge

Sello de Pago

"Coloque la etiqueta engomada (Label) aquí".

| Nombre e Inicial del Cónyuge | Apellido Paterno | Apellido Materno |
|---|---|---|

Fecha de Nacimiento del Cónyuge

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)
URB. VILLA MADRID
CALLE 4 Z-18
COAMO     PR     Código Postal 00769-0000

Incapacitado:
⬭ Contribuyente ⬭ Cónyuge

Teléfono Residencia
7874537056

Número de Recibo:

Correo Electrónico (E-Mail)  rafa.lucha@yahoo.com

Teléfono del Trabajo

CAMBIO DE DIRECCION: ⬭ Sí ⬭ No

Importe:

## Encasillado 1

|  | SI | NO |  |
|---|---|---|---|
| A. | ⊗ | ⬭ | ¿Ciudadano de Estados Unidos? |
| B. | ⊗ | ⬭ | ¿Residente de Puerto Rico al finalizar el año? |
| C. | ⬭ | ⊗ | ¿Obligación de hacer pagos a ASUME? |
| D. | ⬭ | ⊗ | ¿Otros ingresos exentos de contribución? (Someta Anejo) |

Indique total $ _____ 0

**ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:**
1. ⬭ Casado que vivía con su cónyuge y rinde planilla conjunta
2. ⬭ Casado que no vivía con su cónyuge (No jefe de familia) (Indique nombre y seguro social del cónyuge, arriba)
3. ⬭ Jefe de familia (No para casados)
4. ⊗ Soltero
5. ⬭ Casado que rinde por separado (Indique nombre y seguro social del cónyuge)

**FUENTE DE MAYOR INGRESO:**
E. ⊗ Empleado del Gobierno, Municipios o Corporaciones Públicas
F. ⬭ Empleado del Gobierno Federal
G. ⬭ Empleado de Empresa Privada
Su ocupación  Maestro de Escuela    6110     Ocupación cónyuge

H. ⬭ Retirado/Pensionado
I. ⬭ Trabajo Cuenta Propia (Indique la industria o negocio principal)

**CONTRATO GOBIERNO**
⬭ Contribuyente ⬭ Cónyuge

**PLANILLA 2011**
⊗ ESPAÑOL ⬭ INGLES

⬭ Ennegrezca aquí si se acoge al cómputo opcional de la contribución en el caso de personas casadas que viven juntas, rinden planilla conjunta y que ambos trabajan. No complete los Encasillados 2 y 3, ni las líneas 15 a la 25 del Encasillado 4, y pase al Anejo CO Individuo.

Sello de Recibido

24-03-2011 11:44:19 AM

1. Sueldos, Comisiones, Concesiones y Propinas

⬭⬭ SUMINISTRE LOS COMPROBANTES DE RETENCION (Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique).

⬭1⬭ Total de comprobantes con esta planilla .. [1]

| | A-Contribución Retenida | B-Sueldos, Comisiones, Concesiones y Propinas |
|---|---|---|
| | 1,138 00 | 23,566 00 |
| | 0 00 | 0 00 |
| | 0 00 | 0 00 |
| | 0 00 | 0 00 |
| | 1,138 00 | 23,566 00 |

| | Contribución Retenida | Salarios Federales |
|---|---|---|
| C- Salarios del Gobierno Federal (Véanse instrucciones)(01) | 0 00 | (02) 0 00 |

## Encasillado 2

2. Otros Ingresos (o Pérdidas):

| | | |
|---|---|---|
| A) | Ingreso de intereses (Anejo F Individuo, Parte I, línea 10) ............................................................ (03) | 0 00 |
| B) | Participación distribuible en beneficios de sociedades especiales (Someta Anejo F Individuo y Anejo R) ............ (04) | 0 00 |
| C) | Participación distribuible en pérdidas de sociedades especiales (Someta Anejo R) ................................ (05) | 0 00 |
| D) | Dividendos de corporaciones y distribuciones de sociedades sujetos a retención (Anejo F Individuo, Parte II, línea 1A) ... (06) | 0 00 |
| E) | Dividendos de corporaciones y distribuciones de sociedades no sujetos a retención (Anejo F Individuo, Parte II, línea 3B) ... (07) | 0 00 |
| F) | Participación distribuible en beneficios de corporaciones de individuos (Someta Anejo F Individuo) ................ (09) | 0 00 |
| G) | Distribuciones de Planes Gubernamentales (Anejo F Individuo, Parte V, líneas 1C y 1D) ............................ (10) | 0 00 |
| H) | Ingresos misceláneos (Someta Anejo F Individuo) .................................................................. (11) | 0 00 |
| I) | Distribuciones de Cuentas de Retiro Individual y Cuentas de Aportación Educativa (Someta Anejo F Individuo) ....... (12) | 0 00 |
| J) | Dividendos de Fondo de Capital de Inversión o de Turismo (Someta Anejo Q1) ....................................... (13) | 0 00 |
| K) | Ingresos de anualidades y pensiones (Anejo H Individuo, Parte II, línea 12) ...................................... (15) | 0 00 |
| L) | Pensión recibida por divorcio o separación (Núm. seguro social del que paga: _____ ) (14) ............ (17) | 0 00 |
| M) | Ganancia (o pérdida) atribuible a industria o negocio (Someta Anejo K Individuo) ................................. (18) | 0 00 |
| N) | Ganancia (o pérdida) atribuible a la agricultura (Someta Anejo L Individuo) ...................................... (19) | 0 00 |
| O) | Ganancia (o pérdida) atribuible a profesiones y comisiones (Someta Anejo M Individuo) ............................ (20) | 894 00 |
| P) | Ganancia (o pérdida) atribuible a alquiler (Someta Anejo N Individuo) ............................................ (21) | 0 00 |
| Q) | Ganancia (o pérdida) en la venta o permuta de activos de capital (Someta Anejo D Individuo) ...................... (22) | 0 00 |
| R) | Planes cualificados y Contratos de Anualidad Variable (Someta Anejo D Individuo) ................................. (22) | 0 00 |
| S) | Ganancia neta de capital a largo plazo en Fondos de Inversión (Someta Anejo Q1) .................................. (22) | 0 00 |
| 3. | **Total Ingreso Bruto** (Sume líneas 1B, 1C y 2A a la 2S) .......................................................... (30) | 24,460 00 |
| 4. | Pensión Pagada por Divorcio o Separación (seg. soc. del que la recibe:_____)(24)(Núm. sentencia _____)(25) (26) | 0 00 |
| 5. | **Ingreso Bruto Ajustado** (Línea 3 menos línea 4) ................................................................. (30) | 24,460 00 |

Número confirmación:   03242011083277BC161669016        Período de Conservación: Diez (10) años

Planilla Radicada Electrónicamente



GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

Formulario
Form 499R-2/W-2PR
Rev. 5.1

COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

INFORMACION PARA EL DEPARTAMENTO DE
INFORMATION FOR THE TREASURY DEPARTMENT

INFORMACION PARA EL SEGURO SOCIAL
INFORMATION FOR SOCIAL SECURITY

1. Nombre - First Name

JOSE R

Apellido(s) - Surname(s)

SANTIAGO MELENDEZ

Dirección Postal del Empleado - Employee's Mailing Address

URB. VILLA MADRID CALLE 4 Z-18 COAMO PR 00769

2. Nombre y Dirección Postal del Patrono
Employer's Name and Mailing Address

DEPARTAMENTO DE EDUCACION
HATO REY PR

Número de Teléfono del Patrono
Employer's Telephone Number

Fecha Cese de Operaciones:
Cease of Operations Date:

Número Control - Control Number

107609294

3. Núm. Seguro Social
Social Security No.

4. Núm. Ident. Patrono
Employer Ident. No. (EIN)

5. Fecha en que comenzó a recibir
la pensión - Date on which you
started to receive the pension

6. Costo de Pensión o Anualidad
Cost of Pension or Annuity

0

Copia B para Planillas
del Empleado

Copy B for Employee's
Tax Return

Año:
Year: 2010

7. Sueldos - Wages
23,566

8. Comisiones - Commissions
0

9. Concesiones - Allowances
0

10. Propinas - Tips
0

11. Total = 7 + 8 + 9 + 10
23,566

12. Gastos Reembolsados
Reimbursed Expenses
0

13. Contribución Retenida - Tax Withheld
1,138

14. Fondo de Retiro - Retirement Fund
2,030

15. Aportaciones a Planes Cualific.
Contributions to CODA PLANS
0

16. Salarios bajo Ley Núm. 324 de 2004
Salaries under Act No. 324 of 2004
0

17. Total Sueldos Seguro Social
Social Security Wages
0

18. Seguro Social Retenido
Social Security Tax Withheld
0

19. Total Sueldos y Pro. Medicare
Medicare Wages and Tips
23,566

20. Contrib. Medicare Retenida
Medicare Tax Withheld
341

21. Propinas Seguro Social
Social Security Tips
0

22. Contrib. Seguro Social en Propinas - Uncollected
Social Security Tax on Tips
0

23. Contrib. Medicare no Retenida
en Propinas - Uncollected
Medicare Tax on Tips
0

24. Sueldos y Propinas bajo Ley
HIRE de 2010 - Wages and Tips
under HIRE Act of 2010
0

Fecha de radicación: 31 de enero - Filing date: January 31
Instrucciones al dorso de Copia D - Instructions on back of Copy D

Pensión: ☐                Federal: ☐

Fecha Aviso: 02/13/2009

| JOSE R. SANTIAGO MELENDEZ | # Empleado: | | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| URB. VILLA MADRID C-4 Z-18 | Dept: | 8005021-Ponce Coamo | Estado Civil: | Single | Claiming no personal exem |
| COAMO, PR 00769 | Lugar: | Purificacion Rodriguez | Concesiones: | 0 | |
| | Titulo: | DEPARTAMENTO DE EDUCACION | Pct. Adcl.: | | 0 |
| SS: | Sueldo: | $1,850.00 Monthly | Cant. Adcl.: | | |

## HORAS E INGRESOS

| | ---- Corriente ---- | | | ---- Acumulado ---- | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 925.00 | 180.00 | 2,775.00 |
| Total: | | 925.00 | 180.00 | 2,775.00 | |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 13.41 | 40.24 |
| PR Withholding | 50.75 | 152.25 |
| Total: | 64.16 | 192.49 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 83.25 | 249.75 |
| Total: | 83.25 | 249.75 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-Preferred Health | 130.00 | 390.00 |
| Total: | 130.00 | 390.00 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 78.63 | 235.89 |
| FSED Disability Plan | 15.73 | 47.19 |
| SM-Preferred Health | 0.00 | 120.00 |

* Tributable

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 925.00 | 0.00 | 64.16 | 213.25 | 647.59 |
| Acumulado: | 2,775.00 | 0.00 | 192.49 | 639.75 | 1,942.76 |

## PTO HORAS ACUM

| Balance Inicial: | 0.0 |
|---|---|
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA

| Aviso #3239821 | 647.59 |
|---|---|
| Total: | 647.59 |

MENSAJE:

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

**Fecha**
02/13/2009

**Aviso No.**
3239821

Cant. Deposito: **$647.59**

A la
Cuenta(s) De

**JOSE R. SANTIAGO MELENDEZ**
URB. VILLA MADRID C-4 Z-18
COAMO, PR 00769

Localizacion: Purificacion Rodriguez

## DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | 072134828 | $647.59 |
| Total: | | $647.59 |

# NO-NEGOCIABLE

Formulario 482 Rev. 11.08

# FORMA LARGA

☐ PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE EN ESTE LUGAR)

| Liquidador | Revisor |
|---|---|

**2008** ESTADO LIBRE ASOCIADO DE PUERTO RICO **2008**
DEPARTAMENTO DE HACIENDA
PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2008 O AÑO COMENZADO EL
1 de enero de 2008 Y TERMINADO EL 31 de diciembre de 2008

| R | G | RO | V1 | V2 | P1 | P2 | N | D1 | D2 | E | A | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Número de Serie

☐ PLANILLA ENMENDADA

☐ FALLECIDO DURANTE EL AÑO: Día Mes Año

Sello de Pago

**Nombre del Contribuyente** JOSE  **Inicial** R  **Apellido Paterno** SANTIAGO  **Apellido Materno** MELENDEZ

Número de Seguro Social Contribuyente

**Dirección Postal**
URB. VILLA MADRID
CALLE 4 Z-18
COAMO PR  Código Postal 00769

Fecha de Nacimiento
Día Mes Año  Sexo ☐F ☐M
Número de Seguro Social Cónyuge

"Coloque la etiqueta engomada (Label) aquí".

Fecha de Nacimiento del Cónyuge
Día Mes Año

**Nombre e Inicial del Cónyuge** Apellido Paterno Apellido Materno

Teléfono Residencia
(787) 453-7056
Teléfono del Trabajo

**Direccion Residencial Completa** (Barrio o Urbanización, Número, Calle)
URB. VILLA MADRID CALLE 4 Z-18
COAMO PR  Código Postal 00769

CAMBIO DE DIRECCION
☐ Si  ☑ No

Correo Electrónico (E-Mail)

Número de Recibo:
Importe:

## Encasillado 1

**SI  NO**
A. ☐☐ ¿Ciudadano de Estados Unidos?
B. ☐☐ ¿Residente de Puerto Rico al finalizar el año?
C. ☐☐ ¿Ingresos exentos de Lotería de Puerto Rico?
D. ☐☐ ¿Ingresos de premios de jugadas en Hipódromo?
E. ☐☐ ¿Otros ingresos exentos de contribución? (Someta Anejo)
F. ☐☐ ¿Obligación de hacer pagos a ASUME?

**ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:**
1. ☐ Casado que vivía con su cónyuge y rinde planilla conjunta
2. ☐ Casado que no vivía con su cónyuge (No jefe de familia) (Indique nombre y seguro social del cónyuge arriba)
3. ☐ Jefe de familia (No para casados)
4. ☑ Soltero
5. ☐ Casado que rinde por separado (Indique nombre y seguro social del cónyuge)

**FUENTE DE MAYOR INGRESO:**
G. ☐ Empleado del Gobierno, Municipios o Corporaciones Públicas
H. ☐ Empleado del Gobierno Federal
I. ☐ Empleado de Empresa Privada
Su empleo Maestro de Escuela 6110  Ocupación cónyuge

J. ☐ Retirado/Pensionado
K. ☐ Trabajo Cuenta Propia (Indique la industria o negocio principal)

CONTRATO GOBIERNO
☐ CONTRIBUYENTE ☐ CONYUGE
PLANILLA 2009
☐ ESPAÑOL ☐ INGLES

☐ Ennegrezca aquí si se acoge al cómputo opcional de la contribución en el caso de personas casadas que viven juntas, rinden planilla conjunta y que ambos trabajen. No complete los Encasillados 2 y 3, ni las líneas 15 a la 25 del Encasillado 4, y pase al Anejo CO Individuo.

**Sello de Recibido**
Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
1106 Colecturia Coamo
RECIBIDO
APR 07 2009
SIN PAGO

## Encasillado 2

| 1. Sueldos, Comisiones, Concesiones y Propinas | | A-Contribución Retenida | | B-Sueldos, Comisiones, Concesiones y Propinas | |
|---|---|---|---|---|---|
| 00 SUMINISTRE LOS COMPROBANTES DE RETENCION (Formularios 499R-2/W-2PR, 499R-2c/W-2cPRo W-2, según aplique). | | 1,445 | 00 | 25,110 | 00 |
| | | | 00 | | 00 |
| | | | 00 | | 00 |
| | | | 00 | | 00 |
| 01 Total de comprobantes con esta planilla .. | 1 | 1,445 | 00 | 25,110 | 00 |
| | | Contribución Retenida | | Salarios Federales | |
| C- Salarios del Gobierno Federal (Véanse instrucciones)(01) | | | 00 | (02) | 00 |

2. Otros Ingresos (o Pérdidas):
A) Ingreso de intereses (Anejo F Individuo, Parte I, línea 10) ..................................................(03) ____|00
B) Participación distribuible en beneficios de sociedades especiales (Someta Anejo F Individuo y Anejo R) ..(04) ____|00
C) Participación distribuible en pérdidas de sociedades especiales (Someta Anejo R) ..............(05) ____|00
D) Dividendos de corporaciones y distribuciones de sociedades sujetos a retención (Anejo F Individuo, Parte II, línea 1A) ..(06) ____|00
E) Dividendos de corporaciones y distribuciones de sociedades no sujetos a retención (Anejo F Individuo, Parte II, línea 3B) ..(07) ____|00
F) Participación distribuible en beneficios de corporaciones de individuos (Someta Anejo F Individuo) ....(08) ____|00
G) Distribuciones de Planes Gubernamentales (Anejo F Individuo, Parte V, líneas 1C y 1D) ........(09) ____|00
H) Ingresos misceláneos (Someta Anejo F Individuo) ..................................................(10) ____|00
I) Distribuciones de Cuentas de Retiro Individual y Cuentas de Aportación Educativa (Someta Anejo F Individuo) ..(11) ____|00
J) Dividendos de Fondo de Capital de Inversión o de Turismo (Someta Anejo Q) ....................(12) ____|00
K) Ingresos de anualidades y pensiones (Anejo H Individuo, Parte II, línea 12) ........................(13) ____|00
L) Pensión recibida por divorcio o separación (Núm. seguro social del que paga: _____ ) (14)....(15) ____|00
M) Ganancia (o pérdida) atribuible a industria o negocio (Someta Anejo K Individuo) ..............(16) ____|00
N) Ganancia (o pérdida) atribuible a la agricultura (Someta Anejo L Individuo) ....................(17) ____|00
O) Ganancia (o pérdida) atribuible a profesiones y comisiones (Someta Anejo M Individuo) ........(18) 2,900|00
P) Ganancia (o pérdida) atribuible a alquiler (Someta Anejo N Individuo) ..........................(19) ____|00
Q) Ganancia (o pérdida) en la venta o permuta de activos de capital (Someta Anejo D Individuo) ..(21) ____|00
R) Planes cualificados y Contratos de Anualidad Variable (Someta Anejo D Individuo) ............(21) ____|00
S) Ganancia neta de capital a largo plazo en Fondos de Inversión (Someta Anejo Q1) ..............(22) ____|00
3. Total Ingreso Bruto (Sume líneas 1B, 1C y 2A a la 2S) ......................................................(23) 28,010|00
4. Pensión Pagada por Divorcio o Separación (seg. soc. del que la recibe: _____ )(24)(Núm. sentencia _____ ) (25)(26) ____|00
5. Ingreso Bruto Ajustado (Línea 3 menos línea 4) ............................................................(30) 28,010|00

Período de Conservación: Diez (10) años  PRSoft, Inc. (www.prsoft.com)

COPY

ESTADO LIBRE ASOCIADO DE PUERTO RICO — COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

| INFORMACIÓN PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION | INFORMACIÓN PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |

COMPROBANTE DE RETENCIÓN - WITHHOLDING STATEMENT

| 1. Nombre-First Name | JOSE |
| --- | --- |

**3. Núm. Seguro Social** Social Security No.

**4. Núm. de Ident. Patronal** Employer's Ident. No. (EIN.)

| 7. Sueldos - Wages | 25110.26 |
| --- | --- |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total=7+8+9+10 | 25110.26 |
| 12. Gastos Reembolsados Reimbursed Expenses | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 1445.02 |
| 14. Fondo de Retiro Retirement Fund | 1980.98 |
| 15. Aportaciones a Planes Cualific. Contributions to CODA PLANS | 0.00 |
| 16. Salarios bajo Ley Núm. 324 de 2004 Salaries under Act No. 324 of 2004 | 0.00 |

| 17. Total Sueldos Seguro Social Social Security Wages | 0.00 |
| --- | --- |
| 18. Seguro Social Retenido Social Security Tax Withheld | 0.00 |
| 19. Total Sueldos y Pro. Medicare Medicare Wages and Tips | 25110.26 |
| 20. Contrib. Medicare Medicare Tax Withheld | 364.10 |
| 21. Propinas Seguro Social Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips | 0.00 |
| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

**Apellido(s) - Surname(s)**
SANTIAGO MELENDEZ

**Dirección Postal del Empleado-Employee's Mailing Address**
URB. VILLA MADRID C-4 Z-18

**5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension**

| Día Day | Mes Month | Año Year |
| --- | --- | --- |

**6. Costo de Pensión o Anualidad** Cost of Pension or Annuity
0.00

**2. Nombre y Dirección Postal del Patrono** Employer's Name and Mailing Address

L8002150542 P RODRIGUE
DEPT DE EDUCACION-MAESTROS
AVENIDA TENIENTE CESAR GONZALE
ESQUINA CALAF
HATO REY, PR 00919

**Copia C para Récord del Empleado**
**Copy C for Employee's Records**

**Año:**
**Year:** 2008

**Número de Teléfono del Patrono** Employer's Telephone Number

| Fecha de Cese de Operaciones: Cease of Operations Date: | Día Day | Mes Month | Año Year |

**Número de Control - Control Number**
017555278

Reproducido por: Departamento de Hacienda

Formulario 482  Rev. 10.07

# FORMA ARGA

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA
PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2007 O AÑO COMENZADO EL

| Liquidador | Revisor | 2007 | 2007 |
|---|---|---|---|

1 de **enero** de 07 Y TERMINADO EL 31 de **dic** de 07

| R | G | RO | V1 | V2 | P1 | P2 | N | D1 | D2 | E | A | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

○ PLANILLA ENMENDADA
○ FALLECIDO DURANTE EL AÑO: Día Mes Año

**Nombre del Contribuyente** Inicial   **Apellido Paterno**   **Apellido Materno**

Jose   Santiago Melendez

**Número de Seguro Social Contribuyente**

**Dirección Postal**

Villa Madrid Z-18 Calle 4

Coamo P.R.   **Código Postal** 00769

**Fecha de Nacimiento**   **Sexo** ○ F ○ M
Día Mes Año

**Número de Seguro Social Cónyuge**

"Coloque la etiqueta engomada (Label) aquí".

**Nombre e Inicial del Cónyuge**   **Apellido Paterno**   **Apellido Materno**

**Fecha de Nacimiento del Cónyuge**
Día Mes Año

**Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)**

Teléfono Residencia ( )
Teléfono del Trabajo ( )

○ Código Postal

CAMBIO DE DIRECCION ○ Si ○ No

**Correo Electrónico (E-Mail)**

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
1166 - Colecturía Coamo
**PAGADO**
APR 14 2008
pese
SECRETARIO DE HACIENDA

Número de Recibo: 07084
Importe: 73.00

## Encasillado 1

| | SI | NO | |
|---|---|---|---|
| A. | ● | ○ | ¿Ciudadano de Estados Unidos? |
| B. | ● | ○ | ¿Residente de Puerto Rico al finalizar el año? |
| C. | ○ | ● | ¿Ingresos exentos de Lotería de Puerto Rico? |
| D. | ○ | ● | ¿Ingresos de premios de jugadas en Hipódromo? |
| E. | ○ | ● | ¿Otros ingresos exentos de contribución? (Someta Anejo) |
| F. | ○ | ● | ¿Obligación de hacer pagos a ASUME? |

**ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:**
1. ○ Casado que vivía con su cónyuge y rinde planilla conjunta
2. ○ Casado que no vivía con su cónyuge (No jefe de familia) (Indique nombre y seguro social del cónyuge arriba)
3. ○ Jefe de familia (No para casados)
4. ○ Soltero
5. ○ Casado que rinde por separado (Indique nombre y seguro social del cónyuge)

**FUENTE DE MAYOR INGRESO:**
G. ○ Empleado del Gobierno, Municipios o Corporaciones Públicas
H. ○ Empleado del Gobierno Federal
I. ○ Empleado de Empresa Privada

J. ○ Retirado/Pensionado
K. ○ Trabajo Cuenta Propia (Indique la industria o negocio principal)

Su ocupación ___ Ocupación cónyuge ___

**CONTRATO GOBIERNO**
○ CONTRIBUYENTE ○ CONYUGE

**PLANILLA 2008**
● ESPAÑOL ○ INGLES

## Encasillado 2

Sello de Recibido
Estado Libre Asociado de Puerto Rico
Colecturía 1166-Coamo
**RECIBIDO**
APR 14 2008
CON PAGO

1. **Sueldos, Comisiones, Concesiones y Propinas**

○○ SUMINISTRE LOS COMPROBANTES DE RETENCION (Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique).

○1 Total de comprobantes con esta planilla .. 2

| | A-Contribución Retenida | | B-Sueldos, Comisiones, Concesiones y Propinas | |
|---|---|---|---|---|
| | 1,181 | 00 | 21,738 | 00 |
| | 308 | 00 | 2,500 | 00 |
| | | 00 | | 00 |
| | 1,489 | 00 | 24,238 | 00 |
| | Contribución Retenida | | Salarios Federales | |

C- **Salarios del Gobierno Federal** (Véanse instrucciones) .......... (01) ___ 00 (02) ___ 00

2. Otros Ingresos (o Pérdidas):

| | | | |
|---|---|---|---|
| A) | Ingreso de intereses (Anejo F Individuo, Parte I, línea 10) .......... | (03) | 00 |
| B) | Participación distribuible en beneficios de sociedades especiales (Someta Anejo F Individuo y Anejo R) .......... | (04) | 00 |
| C) | Participación distribuible en pérdidas de sociedades especiales (Someta Anejo R) .......... | (05) | 00 |
| D) | Dividendos de corporaciones y distribuciones de sociedades sujetos a retención (Anejo F Individuo, Parte II, línea 1A) .......... | (06) | 00 |
| E) | Dividendos de corporaciones y distribuciones de sociedades no sujetos a retención (Anejo F Individuo, Parte II, línea 3B) .......... | (07) | 00 |
| F) | Participación distribuible en beneficios de corporaciones de individuos (Someta Anejo F Individuo) .......... | (08) | 00 |
| G) | Distribuciones de Planes Gubernamentales (Anejo F Individuo, Parte V, líneas 1C y 1D) .......... | (09) | 00 |
| H) | Ingresos misceláneos (Someta Anejo F Individuo) .......... | (10) | 00 |
| I) | Distribuciones de Cuentas de Retiro Individual y Cuentas de Aportación Educativa (Someta Anejo F Individuo) .......... | (11) | 00 |
| J) | Dividendos de Fondo de Capital de Inversión o de Turismo (Someta Anejo Q1) .......... | (12) | 00 |
| K) | Ingresos de anualidades y pensiones (Anejo H Individuo, Parte II, línea 12) .......... | (13) | 00 |
| L) | Pensión recibida por divorcio o separación (Núm. seguro social del que paga:___) (14) | (15) | 00 |
| M) | Ganancia (o pérdida) atribuible a industria o negocio (Someta Anejo K Individuo) .......... | (16) | 00 |
| N) | Ganancia (o pérdida) atribuible a la agricultura (Someta Anejo L Individuo) .......... | (17) | 00 |
| O) | Ganancia (o pérdida) atribuible a profesiones y comisiones (Someta Anejo M Individuo) .......... | (18) | 5,570 00 |
| P) | Ganancia (o pérdida) atribuible a alquiler (Someta Anejo N Individuo) .......... | (19) | 00 |
| Q) | Ganancia (o pérdida) en la venta o permuta de activos de capital y Planes cualificados (Someta Anejo D Individuo) .......... | (20) | 00 |
| R) | Ganancia neta de capital a largo plazo en Fondos de Inversión (Someta Anejo Q1) .......... | (21) | 00 |

3. **Total Ingreso Bruto** (Sume líneas 1B, 1C y 2A a la 2R) .......... (22) ___

4. Pensión Pagada por Divorcio o Separación (seg. soc. del que la recibe:___) (23) (Núm. sentencia ___) (24) (25) ___

5. **Ingreso Bruto Ajustado** (Línea 3 menos línea 4) .......... (30) 29,808

Período de Conservación: Diez (10) años

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**

Formulario
Form 499R-2/W-2 PR
Rev. 06.07

**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

**INFORMACION PARA EL DEPARTAMENTO DE HACIENDA — DEPARTMENT OF THE TREASURY INFORMATION**

**INFORMACION PARA EL SEGURO SOCIAL — SOCIAL SECURITY INFORMATION**

1. Nombre-First Name: JOSE

Apellido(s) - Surname(s): SANTIAGO MELENDEZ

Dirección Postal del Empleado-Employee's Mailing Address:
URB. VILLA MADRID C-4 Z-18
COAMO, PR 00769

3. Núm. Seguro Social - Social Security No.
4. Núm. de Ident. Patronal - Employer's Ident. No. (EIN)
5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension

2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address:
L8002150526 S RIVERA
DEPT DE EDUCACION-MAESTROS
AVENIDA TENIENTE CESAR GONZALE
ESQUINA CALAF
HATO REY, PR 00919

6. Costo de Pensión o Anualidad / Cost of Pension or Annuity: 0.00

**Copia C para Récord del Empleado / Copy C for Employee's Records**

Año: Year: **2007**

Número de Teléfono del Patrono - Employer's Telephone Number
Fecha de Cese de Operaciones / Cease of Operations Date:
Número de Control - Control Number: 45472726

| Campo | Valor |
|---|---|
| 7. Sueldos - Wages | 21737.50 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total=7+8+9+10 | 21737.50 |
| 12. Gastos Reembolsados - Reimbursed Expenses | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 1181.60 |
| 14. Fondo de Retiro - Retirement Fund | 1866.48 |
| 15. Aportaciones a Planes Cualific. - Contributions to CODA PLANS | 0.00 |
| 16. Salarios bajo Ley Núm. 324 de 2004 - Salaries under Act No. 324 of 2004 | 0.00 |
| 17. Total Sueldos Seguro Social - Social Security Wages | 0.00 |
| 18. Seguro Social Retenido - Social Security Tax Withheld | 0.00 |
| 19. Total Sueldos y Pro. Medicare - Medicare Wages and Tips | 21737.50 |
| 20. Contrib. Medicare Retenida - Medicare Tax Withheld | 315.19 |
| 21. Propinas Seguro Social - Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips | 0.00 |
| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

Reproducido por: Departamento de Hacienda

## FORMA LARGA

| Liquidador | | | Revisor | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| R | G | RO | V1 | V2 | P1 | P2 | N | D | E | A | M |

**2006** **2006**
ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA
PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2006 O AÑO COMENZADO EL
1 de enero de 06 Y TERMINADO EL 31 de diciembre de 06

○ PLANILLA CON CHEQUE ○ PLANILLA CON CHEQUE QUE FAVOR DE MARQUE QUE EN ESTE LUGAR

Número de Serie

○ PLANILLA ENMENDADA
○ FALLECIDO DURANTE EL AÑO: ___/___/___
                              Día  Mes  Año

Sello de Pago

**Nombre del Contribuyente** José R. **Inicial** **Apellido Paterno** Santiago **Apellido Materno** Meléndez

**Dirección Postal** Villa Madrid 2-18 Calle #4

Coamo, P.R. **Código Postal** 00769

"*Coloque la etiqueta engomada (Label) aquí*".

**Nombre e Inicial del Cónyuge** **Apellido Paterno** **Apellido Materno**

**Dirección Residencial Completa** (Barrio o Urbanización, Número, Calle)

**Código Postal**

**Correo Electrónico (E-Mail)**

**Número de Seguro Social Contribuyente**

**Fecha de Nacimiento** Día Mes Año **Sexo** ○M ○F

**Número de Seguro Social Cónyuge**

**Fecha de Nacimiento del Cónyuge** Día Mes Año

**Teléfono Residencia** ( )

**Teléfono del Trabajo** ( )

**CAMBIO DE DIRECCION** ○ Si ● No

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
166 - Colecturía Coamo
PAGADO
13 ABR. 2007
ACSL
SECRETARIO DE HACIENDA

**Número de Recibo** 09011
**Importe** 83-00

### Encasillado 1

**ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:**

| | SI | NO | |
|---|---|---|---|
| A. | ● | ○ | ¿Ciudadano de Estados Unidos? |
| B. | ● | ○ | ¿Residente de Puerto Rico al finalizar el año? |
| C. | ○ | ● | ¿Ingresos exentos de Lotería de Puerto Rico? |
| D. | ○ | ● | ¿Ingresos de premios de jugadas en Hipódromo? |
| E. | ○ | ● | ¿Otros ingresos exentos de contribución? (Someta Anejo) |
| F. | ○ | ● | ¿Obligación de hacer pagos a ASUME? |

1. ○ Casado que vivía con su cónyuge y rinde planilla conjunta
2. ○ Casado que no vivía con su cónyuge (No jefe de familia) (Indique nombre y seguro social del cónyuge arriba)
3. ○ Jefe de familia (No para casados)
4. ● Soltero
5. ○ Casado que rinde por separado (Indique nombre y seguro social del cónyuge)

**FUENTE DE MAYOR INGRESO:**
G. ○ Empleado del Gobierno, Municipios o Corporaciones Públicas
H. ○ Empleado del Gobierno Federal
I. ○ Empleado de Empresa Privada
J. ○ Retirado/Pensionado
K. ○ Trabajo Cuenta Propia (Indique la industria o negocio principal)

**CONTRATO GOBIERNO**
○ CONTRIBUYENTE  ○ CONYUGE

**PLANILLA 2007**
● ESPAÑOL  ○ INGLES

Su ocupación Maestro  6110 Ocupación cónyuge

### Encasillado 2

Sello de Recibido
ACSL
166 - Coamo
RECIBIDO
13 ABR. 2007
CON PAGO

| | | **A-Contribución Retenida** | | **B-Sueldos, Comisiones, Concesiones y Propinas** | |
|---|---|---|---|---|---|
| 1. Sueldos, Comisiones, Concesiones y Propinas | | | | | |
| 00 SUMINISTRE LOS COMPROBANTES DE RETENCION (Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique). | | 1,444 00 | | 21,550 00 |  |
| | | 00 | | 00 |  |
| | | 00 | | 00 |  |
| | | 00 | | 00 |  |
| 01 Total de comprobantes con esta planilla .. 2 | | 1,444 00 | | 21,550 00 |  |

| | | **Contribución Retenida** | | **Salarios Federales** | |
|---|---|---|---|---|---|
| C- Salarios del Gobierno Federal (Véanse instrucciones) ...... (01) | | 00 (02) | | 00 |  |
| 2. Otros Ingresos (o Pérdidas): | | | | | |
| A) Ingreso de intereses (Anejo F Individuo, Parte I, línea 10) ... (03) | | | | 00 |  |
| B) Participación distribuible en beneficios de sociedades especiales (Someta Anejo F Individuo y Anejo R) ... (04) | | | | 00 |  |
| C) Participación distribuible en pérdidas de sociedades especiales (Someta Anejo R) ... (05) | | | | 00 |  |
| D) Dividendos de corporaciones y distribuciones de sociedades sujetas a retención (Anejo F Individuo, Parte II, líneas 1A a 1C, según aplique) ... (06) | | | | 00 |  |
| E) Dividendos de corporaciones y distribuciones de sociedades no sujetas a retención (Anejo F Individuo, Parte II, línea 3D) ... (07) | | | | 00 |  |
| F) Participación distribuible en beneficios de corporaciones de individuos (Someta Anejo F Individuo) ... (08) | | | | 00 |  |
| G) Distribuciones de Planes Gubernamentales (Anejo F Individuo, Parte V, líneas 1C y 1E) ... (09) | | | | 00 |  |
| H) Ingresos misceláneos (Someta Anejo F Individuo) ... (10) | | | | 00 |  |
| I) Distribuciones de Cuentas de Retiro Individual y Cuentas de Aportación Educativa (Someta Anejo F Individuo) ... (11) | | | | 00 |  |
| J) Dividendos de Fondo de Capital de Inversión o de Turismo (Someta Anejo Q1) ... (13) | | | | 00 |  |
| K) Ingresos de anualidades y pensiones (Anejo H Individuo, Parte II, línea 12) ... (13) | | | | 00 |  |
| L) Pensión recibida por divorcio o separación (Núm. seguro social del que paga: _____ ) (14) ... (16) | | | | 00 |  |
| M) Ganancia (o pérdida) atribuible a industria o negocio (Someta Anejo K Individuo) ... (17) | | | | 00 |  |
| N) Ganancia (o pérdida) atribuible a la agricultura (Someta Anejo L Individuo) ... (17) | | | | 4,390 00 |  |
| O) Ganancia (o pérdida) atribuible a profesiones y comisiones (Someta Anejo M Individuo) ... (18) | | | | 00 |  |
| P) Ganancia (o pérdida) atribuible a alquiler (Someta Anejo N Individuo) ... (19) | | | | 00 |  |
| Q) Ganancia (o pérdida) en la venta o permuta de activos de capital y Planes cualificados (Someta Anejo D Individuo) ... (21) | | | | 00 |  |
| R) Ganancia neta de capital a largo plazo en Fondos de Inversión (Someta Anejo Q1) ... (22) | | | | 25,940 00 |  |
| 3. Total Ingreso Bruto (Sume líneas 1B, 1C y 2A a la 2R) ... (23) | | | | 25,940 00 |  |
| 4. Pensión Pagada por Divorcio o Separación (seg. soc. del que la recibe: _____ ) (23) (Núm. sentencia _____ ) (24) (25) | | | | 00 |  |
| 5. Ingreso Bruto Ajustado (Línea 3 menos línea 4) ... (30) | | | | 25,940 00 |  |

Periodo de Conservación: Diez (10) años

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
499R-2/W-2
Rev. 06.06

Case:1-04388-LTS Doc#:13228 Filed:03/10/20 Entered:03/10/20 15:49:25 Desc: Main
Document Page 106 of 180

**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

| INFORMACION PARA EL DEPARTAMENTO DE HACIENDA | INFORMACION PARA EL SEGURO SOCIAL |
| --- | --- |
| INFORMATION FOR THE TREASURY INFORMATION | SOCIAL SECURITY INFORMATION |

**1. Nombre-First Name**
JOSE

**Apellido(s) - Surname(s)**
SANTIAGO MELENDEZ

**Dirección Postal del Empleado-Employee's Mailing Address**
URB. VILLA MADRID C-4 Z-18

COAMO, PR 00769

**2. Nombre y Dirección Postal del Patrono**
**Employer's Name and Mailing Address**
L8002150609 RIO JUEYES
DEPT DE EDUCACION-MAESTROS
AVENIDA TENIENTE CESAR GONZALE
ESQUINA CALAF
HATO REY, PR 00919

**Número de Teléfono del Patrono**
**Employer's Telephone Number**

**Fecha de Cese de Operaciones:** Día Mes Año
**Cease of Operations Date:** Day Month Year

**Número de Control - Control Number**
**22987629**

**3. Núm. Seguro Social**
**Social Security No.**

**4. Núm. de Ident. Patronal**
**Employer's Ident. No. (EIN)**

**5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension**
Día / Day — Mes / Month — Año / Year

**6. Costo de Pensión o Anualidad**
**Cost of Pension or Annuity**
0.00

Copia C para Récord del Empleado

Copy C for Employee's Records

**Año:**
**Year:** 2006

| | |
| --- | --- |
| **7. Sueldos - Wages** | 21550.00 |
| **8. Comisiones - Commissions** | 0.00 |
| **9. Concesiones - Allowances** | 0.00 |
| **10. Propinas - Tips** | 0.00 |
| **11. Total=7+8+9+10** | 21550.00 |
| **12. Gastos Reembolsados Reimbursed Expenses** | 0.00 |
| **13. Cont. Retenida - Tax Withheld** | 1444.78 |
| **14. Fondo de Retiro Retirement Fund** | 1849.53 |
| **15. Aportaciones a Planes Cualific. Contributions to CODA PLANS** | 0.00 |
| **16. Salarios bajo Ley Núm. 324 de 2004 Salaries under Act No. 324 of 2004** | 0.00 |

| | |
| --- | --- |
| **17. Total Sueldos Seguro Social Social Security Wages** | 0.00 |
| **18. Seguro Social Retenido Social Security Tax Withheld** | 0.00 |
| **19. Total Sueldos y Pro. Medicare Medicare Wages and Tips** | 21550.00 |
| **20. Contrib. Medicare Retenida Medicare Tax Withheld** | 312.48 |
| **21. Propinas Seguro Social Social Security Tips** | 0.00 |
| **22. Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips** | 0.00 |
| **23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips** | 0.00 |

Reproducido por: Departamento de Hacienda

| 000000113 | 14. Otros Pagos - Other Payments | 0.00 | 0.00 |
| --- | --- | --- | --- |

**VEA INSTRUCCIONES AL DORSO - SEE INSTRUCTIONS ON BACK**
**CUADRUPLICADO PARA QUIEN RECIBE EL PAGO - QUADRUPLICATE FOR THE PAYEE'S RECORD**
Reproducido por CEG

---

**INSTRUCCIONES**

Viene obligado a rendir planilla de contribución sobre ingresos:
* todo individuo soltero (o casado, pero que no vivía con su cónyuge), que durante el año contributivo tuviere un ingreso bruto de más de $3,300;
* todo individuo casado que vivía con su cónyuge, que durante el año contributivo tuviere individual o conjuntamente con éste un ingreso bruto de más de $6,000.

**PENALIDAD** - El Código de Rentas Internas de Puerto Rico de 1994, según enmendado (Código), dispone lo siguiente: Cualquier persona obligada bajo cualquier Subtítulo del Código a rendir una planilla o declaración, que voluntariamente dejare de rendir dicha planilla o declaración dentro del término o términos fijados por el Subtítulo correspondiente o por reglamentos, en adición a otras penalidades provistas por el Código, será culpable de un delito menos grave y castigada con multa no mayor de $500 o reclusión por un término no mayor de seis meses, o ambas penas, más las costas del proceso. En aquellos casos en que cualquier persona voluntariamente dejare de rendir dicha planilla o declaración (dentro de los términos fijados por el Subtítulo correspondiente o por reglamentos) con la intención de evadir o derrotar cualquier contribución impuesta por el Código, en adición a otras penalidades provistas por el Código, será culpable de un delito grave y castigada con multa no mayor de $20,000 o reclusión por un término fijo de tres años. De mediar circunstancias agravantes, la pena establecida podrá ser aumentada hasta un máximo de cinco años. De mediar circunstancias atenuantes, podrá ser reducida hasta un máximo de dos años, o ambas penas, a discreción del Tribunal, más las costas del proceso.

Todo individuo que reciba esta declaración, debe rendir la Planilla de Contribución sobre Ingresos de Individuos - Forma Larga.
Además, le recordamos que la cantidad retenida puede reclamarse como crédito contra la contribución a pagar.

**INSTRUCTIONS**

Income tax return must be filed by:
* every individual single (or married, one who does not live with his/her spouse), who during the taxable year had a gross income of more than $3,300;
* every married individual who lives with his/her spouse, who during the taxable year had individually or jointly, a gross income of more than $6,000.

**PENALTY** - The Puerto Rico Internal Revenue Code of 1994, as amended (Code), provides the following: Any person liable under any Subtitle of the Code to file a return or statement, who willfully fails to file such return or statement within the term or terms established by the corresponding Subtitle or by regulations, in addition to other penalties provided by the Code, shall be guilty of a misdemeanor and upon conviction thereof, punished by a fine of not more than $500 or by imprisonment for a term of not more than six months, or both penalties, plus the costs of prosecution. In the case of any person who willfully fails to file such return or statement (within the terms established by the corresponding Subtitle or by regulations) with the intention to evade or defeat any tax imposed by the Code, in addition to other penalties provided by the Code, shall be guilty of a felony and upon conviction thereof, punished by a fine of more than $20,000 or imprisonment for a fixed term of three years. If there were aggravating circumstances, the established penalty may be increased to a maximum of five years. If there were extenuating circumstances, it may be reduced to a maximum of two years, or both penalties, at the discretion of the Court, plus the costs of prosecution.

...ual who receives this return, must file the Individual Income Tax Return - Long Form. Also, remember that the ...ld can be claimed as a credit against the income tax to be paid.

**Estado Libre Asociado de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

| Grupo de Pago: | SM -Quincenal | | # Cheque: | |
|---|---|---|---|---|
| Desde: | 12/01/2005 | | | |
| Hasta: | 12/01/2005 | | Fecha: | 11/28/2005 |

JOSE R. SANTIAGO MELENDEZ
URB. VILLA MADRID C-4 Z-18
COAMO PR 00769

SS:

| # Empleado: | | |
|---|---|---|
| Dept: | 8005021-Ponce Coamo | |
| Oficina: | Rio Jueyes | |
| Titulo: | DEPARTAMENTO DE EDUCACION | |
| Sueldo: | $1,700.00 Monthly | |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Claiming no personal excm |
| Concesiones: | 0 | |
| Pct. Adcl.: | | 0 |
| Cant. Adcl.: | | |

## HORAS E INGRESO

| Descripcion | Corriente | | Acumulado | | | IMPUESTOS | | |
|---|---|---|---|---|---|---|---|---|
| | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Bono de Navidad | | | 1,000.00 | | 1,000.00 | Fed MED/EE | 14.50 | 276.08 |
| Pago de Salarios Regulares | | | 0.00 | 1,206.00 | 16,825.00 | PR Withholding | 80.00 | 1,258.24 |
| Pago Retroactivo Regular | | | 0.00 | | 1,215.00 | | | |
| Total: | | | 1,000.00 | 1,206.00 | 19,040.00 | Total: | 94.50 | 1,534.32 |

## DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| GPR Plan de Retiro de Maestro | 0.00 | 1,623.67 | | | | FSED Disability Plan | 17.00 | 323.72 |
| | | | | | | GPR Plan de Retiro de Maestro | 0.00 | 1,533.44 |
| | | | | | | SM-Plan Hospital Menonita | 0.00 | 700.00 |
| Total: | 0.00 | 1,623.67 | Total: | 0.00 | 0.00 | * Tributable | | |

## TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 1,000.00 | 94.50 | 0.00 | 905.50 |
| Acumulado: | 19,040.00 | 1,534.32 | 1,623.67 | 15,882.01 |

| PTO HORAS | ACTM | | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|
| Balance Inicial: | 0.0 | | Cheque #02116181 | 905.50 |
| + Acumulado: | | | | |
| - Utilizado: | | | Total: | 905.50 |
| - Donada: | | | | |
| + Ajustes: | | | | |
| Balance Final: | 0.0 | | | |

MENSAJE: " QUE EL PROXIMO A&O TE COLME DE PAZ,  PROSPERIDAD Y VERDADERO PROGRESO A  TI  Y A TU FAMILIA . "

Formulario 481   Rev. 05.04

**FORMA CORTA**

| Liquidador | R | M | V1 | V2 | P1 |
|---|---|---|---|---|---|
| Revisor | P2 | N | D | E | A | G |

Empieza Completamente los Ovalos. Ejempl
PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE)
ESTADO LIBRE ASOCIADO DE PUERTO
DEPARTAMENTO DE HACIENDA
**PLANILLA DE CONTRIBUCION SOBRE INGRESOS**

AÑO CONTRIBUTIVO 2004 O AÑO COMENZADO EL
1 de enero de 2004 y terminado el 31 de dic de 04

PLANILLA ENMENDADA
FALLECIDO DURANTE EL AÑO

Número de Seguro Social   5 8 1 3 7 2 6 9 7

Número de Seguro Social Cónyuge

Sello de Pago

138025 S2323  P1 ***********5-DIGIT 00769
SANTIAGO MELENDEZ, JOSE R   C E
VILLA MADRID
Z18 CALLE 4
COAMO, PR 00769-2758

Sexo: M F
Fecha de Nacimiento Contribuyente
Día   Mes   Año
Fecha de Nacimiento Cónyuge
Día   Mes   Año
Cambio de Dirección: Si No
Planilla 2005:

APR 19 2005
SELLO DE PAGO

Nombre e Inicial del Cónyuge   Apellido Paterno   Apellido Materno

Direccion Residencial Completa (Barrio o Urbanizacion, Número, Calle)
Urb. Villa Madrid
Calle #4, Z-18
Coamo, P.R.

Teléfono Residencia   7 8 7 8 2 5 3 8 4 8

Teléfono Oficina

Código Postal 00769

Número de Recibo   06233
Importe   202.00

Correo Electrónico (E-Mail)

**Encasillado 1**

SI   NO
a. ¿Ciudadano de Estados Unidos?
b. ¿Residente de Puerto Rico al finalizar el año?
c. ¿Ingresos exentos de Lotería de Puerto Rico?
d. ¿Ingresos de premios de jugadas en Hipódromo?
e. ¿Otros ingresos exentos de contribución?
f. ¿Obligación de hacer pagos a ASUME?

**FUENTE DE MAYOR INGRESO:**
g. Empleado del Gobierno, Municipios y Corporaciones Públicas
h. Empleado del Gobierno Federal
i. Empleado de Empresa Privada
j. Retirado/Pensionado

**OCUPACION (Anote el Código):**
Contribuyente   Maestro   6 1 1 0
Cónyuge

Sello de Recibido

**ESTADO PERSONAL AL FINALIZAR SU AÑO CONTRIBUTIVO:**
1. Casado que vivía con su cónyuge y rinde planilla conjunta
2. Casado que no vivía con su cónyuge (No jefe de familia) (Indique nombre y seguro social del cónyuge)
3. Jefe de familia (No para casados)
4. Soltero

**Encasillado 2**

| | A-Contribución Retenida | B-Sueldos, Comisiones, Concesiones y Propinas |
|---|---|---|
| 1. Sueldos, Comisiones, Concesiones y Propinas SUMINISTRE LOS COMPROBANTES DE RETENCION (Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique). 00 | 1,249. ,212. | 19,380. 3,520 |
| Total (Núm. de comprobantes con esta planilla) 01 | 2    1,461 | 22,900 |
| | Contribución Retenida | Salarios Federales |

2. Salarios del Gobierno Federal (Véanse instrucciones) .....................

3. Ingresos de Anualidades y Pensiones (Anejo H Individuo, Parte II, línea 12) .....................

Formulario
Form 499R-2/W-2 PR
Rev. 05.04

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

INFORMACION PARA EL DEPARTAMENTO DE HACIENDA
DEPARTMENT OF THE TREASURY INFORMATION

SOCIAL SECURITY INFORMATION

1. Nombre-First Name
JOSE

Apellido(s) - Surname(s)
SANTIAGO MELENDEZ

Dirección Postal del Empleado-Employee's Mailing Address
URB. VILLA MADRID C-4 Z-18
COAMO, PR 00769

2. Nombre y Dirección Postal del Patrono
Employer's Name and Mailing Address
L8002158131 ESC URB NU
DEPT DE EDUCACION-MAESTROS
AVENIDA TENIENTE CESAR GONZALE
ESQUINA CALAF
HATO REY, PR 00919

Número de Teléfono del Patrono
Employer's Telephone Number

Fecha de Cese de Operaciones
Cease of Operations Date

Número de Control - Control Number
39190603

| Field | Amount |
|---|---|
| 3. Núm. Seguro Social - Social Security No. | |
| 4. Estado Civil - Civil Status | Soltero Single ☐  Casado Married ☐ |
| 5. Núm. Seguro Social Cónyuge Spouse's Social Security No. | |
| 6. Núm. de Ident. Patronal Employer's Ident. No. (EIN) | |
| 7. Costo de Pensión o Anualidad Cost of Pension or Annuity | |
| 8. Sueldos - Wages | 19,380.45 |
| 9. Comisiones - Commissions | 0.00 |
| 10. Concesiones - Allowances | 0.00 |
| 11. Propinas - Tips | 0.00 |
| 12. Total=8+9+10+11 | 19,380.45 |
| 13. Gastos Reembolsados Reimbursed Expenses | 0.00 |
| 14. Cont. Retenida - Tax Withheld | 1,249.03 |
| 15. Fondo de Retiro Retirement Fund | 1,654.31 |
| 16. Aportaciones a Planes Cualific. Contributions to CODA PLANS | 0.00 |
| 17. Total Sueldos Seguro Social Social Security Wages | 0.00 |
| 18. Seguro Social Retenido Social Security Tax Withheld | 0.00 |
| 19. Total Sueldos y Pro. Medicare Medicare Wages and Tips | 19,380.45 |
| 20. Contrib. Medicare Retenida Medicare Tax Withheld | 281.02 |
| 21. Propinas Seguro Social Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips | 0.00 |
| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

Copia C para Récord del Empleado
Copy C for Employee's Records

Año:
Year: **2004**

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas
Conservation: Ten (10) years from the filing date in the Return Processing Bureau

08578486

Reproducido por: Departamento de Hacienda

VEA INSTRUCCIONES AL DORSO - SEE INSTRUCTIONS ON BACK
CUADRUPLICADO PARA QUIEN RECIBE EL PAGO - QUADRUPLICATE FOR THE PAYEE'S RECORD

COMPUTER EXPERT GROUP

---

## INSTRUCCIONES

Viene obligado a rendir planilla de contribución sobre ingresos:
* todo individuo soltero (o casado, pero que no vivía con su cónyuge), que durante el año contributivo tuviere un ingreso bruto de más de $3,300;
* todo individuo casado que vivía con su cónyuge, que durante el año contributivo tuviere individual o conjuntamente con éste un ingreso bruto de más de $6,000.

PENALIDAD - El Código de Rentas Internas de Puerto Rico de 1994, según enmendado (Código), dispone lo siguiente: Cualquier persona obligada bajo cualquier Subtítulo del Código a rendir una planilla o declaración, que voluntariamente dejare de rendir dicha planilla o declaración dentro del término o términos fijados por el Subtítulo correspondiente o por reglamentos, en adición a otras penalidades provistas por el Código, será culpable de un delito menos grave y castigada con multa no mayor de $500 ó reclusión por un término no mayor de seis meses, o ambas penas, más las costas del proceso. En aquellos casos en que cualquier persona voluntariamente dejare de rendir dicha planilla o declaración (dentro de los términos fijados por el Subtítulo correspondiente o por reglamentos) con la intención de evadir o derrotar cualquier contribución impuesta por el Código, en adición a otra penalidades provistas por el Código, será culpable de un delito grave y castigada con multa no mayor de $20,000 ó reclusión por un término fijo de tres años. De mediar circunstancia agravantes, la pena establecida podrá ser aumentada hasta un máximo de cinco años. De mediar circunstancias atenuantes, podrá ser reducida hasta un máximo de dos años, o ambas penas, a discreción del Tribunal, más las costas del proceso.

**Todo individuo que reciba esta declaración, debe rendir la Planilla de Contribución sobre Ingresos de Individuos - Forma Larga.**
Además, le recordamos que la cantidad retenida puede reclamarse como crédito contra la contribución a pagar.

## INSTRUCTIONS

The income tax returns must be filed by:
* every individual single (or married, one who does not live with his/her spouse), who during the taxable year had a gross income of more than $3,300;
* every married individual who lives with his/her spouse, who during the taxable year had individually or jointly, a gross income of more than $6,000.

PENALTY - The Puerto Rico Internal Revenue Code of 1994, as amended (Code), provides the following: Any person liable under any Subtitle of the Code to file a return or statement, who willfully fails to file such return or statement within the term or terms established by the corresponding Subtitle or by regulations, in addition to other penalties provided by the Code, shall be guilty of a misdemeanor and upon conviction thereof, punished by a fine of not more than $500 or by imprisonment for a term of not more than six months, or both penalties plus the costs of prosecution. In the case of any person who willfully fails to file such return or statement (within the terms established by the corresponding Subtitle or by regulations) with the intention to evade or defeat any tax imposed by the Code, in addition to other penalties provided by the Code, shall be guilty of a felony and upon conviction thereof, punished by a fine of not more than $20,000 or imprisonment for a fixed term of three years. If there were aggravating circumstances, the established penalty may be increased to a maximum of five years. If there were extenuating circumstances, it may be reduced to a maximum of two years, or both penalties, at the discretion of the Court, plus the costs of prosecution.

TRIBUNAL DEL DISTRITO DE LOS ESTADOS UNIDOS

PARA EL DISTRITO DE PUERTO RICO

# Réplica

24 de febrero de 2020

rafa.lucha@hotmail.com

José R. Santiago Meléndez

Urbanización Villa Madrid B-9  Calle #2

Coamo, Puerto Rico, 00769

Teléfono (787) 453-7056

En el asunto de:
JUNTA DE SUPERVISION Y ADMINISTRACION
FINANCIERA PARA PUERTO RICO.
          Como representante de:
ESTADO LIBRE ASOCIADO DE PUERTO RICO y Otros

PROMESA, Título III
Número 17 BK 3283-LTS
**La presente radicación guarda relación con el ELA y el SRE**

**Epígrafe**

NOTIFICACION DE LA NONAGESIMA PRIERA OBJECION GLOBAL ( NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE LAS LEYES PUERTORRIQUEÑAS NO ESPECIFICADAS.

**Número de reclamación: 157796**

Mediante esta misiva solicito al **Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico**, que declare a lugar la objeción global en relación al reclamo por el pago de la **Ley #62**,  ya que el mismo no fue adjudicado ni pagado por la Ley de Quiebras de Puerto Rico.

Trabajo para el Gobierno de Puerto Rico, Rico en la Agencia del  Departamento de Educación desde el año 2000 hasta el presente, sin recibir el pago por el aumento o incentivo del gobierno para ese entonces.  Estimo que durante esos años se me adeuda la cantidad aproximada de **$ 19,200.**

También deseo solicitar al tribunal que sea diligente y acepte mi objeción por estar fuera de la fecha indicada.  El haber excedido la fecha límite se debe a las consecuencias de los temblores y sismos que han ocurrido en PuertoRico; por tanto no se pudo enviar en o antes del 18 de febrero de 2020.  Por consiguiente no estaba la información completa en su totalidad en la réplica.  Se adjunta documentación justificativa para evidenciar la objeción.  Tal documentación son mis planillas desde el año 2004 hasta el año 2019 o talonarios lo que aplique, donde se demuestra que laboré  para el Gobierno de Puerto Rico el cual nunca me otorgó el aumento que por ley me correspondía.

Cordialmente,

José R. Santiago Meléndez

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el asunto de: | PROMESA, |
| JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, | Título III |
| como representante de | Núm. 17 BK 3283-LTS |
| ESTADO LIBRE ASOCIADO DE PUERTO RICO y otros, | (Administrada conjuntamente) |
| Deudores. | **La presente radicación guarda relación con el ELA y el SRE.** |

**NOTIFICACIÓN DE LA NONAGÉSIMA PRIMERA OBJECIÓN GLOBAL (NO
SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y DEL
SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE
ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE
ALEGAN INTERESES SOBRE LA BASE DE LAS LEYES PUERTORRIQUEÑAS NO
ESPECIFICADAS**

**SI SU RECLAMO ESTÁ INCLUIDO EN EL ANEXO A DE LA OBJECIÓN GLOBAL, EL
ELA Y EL SRE SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE
LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

**SI SU RECLAMO ES MENCIONADO EN EL ANEXO A, DEBERÁ LEER
DETENIDAMENTE ESTA NOTIFICACIÓN Y LA OBJECIÓN GLOBAL Y
COMENTARLAS CON SU ABOGADO. SI NO TIENE ABOGADO, ES POSIBLE QUE
DESEE ACUDIR A UNO.**

**OBSÉRVESE QUE** el 24 de octubre de 2019, el Estado Libre Asociado de Puerto (el "ELA") y el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE"), a través de la Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión"), como representante del ELA y del SRE conforme al artículo 315(b) de la Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico ("PROMESA"),[1] radicaron la *Nonagésima objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto a los Reclamos deficientes en los que se alegan intereses sobre la base de las*

---

[1] PROMESA ha sido codificada en el Título 48 U.S.C., §§ 2101-2241.

*leyes puertorriqueñas no especificadas* (la "Objeción global") ante el Tribunal de Distrito de los Estados para el Distrito de Puerto Rico (el "Tribunal"). [2]

---

### SÍNTESIS

- **COMPRUEBE SI SU(S) RECLAMO(S) SE MENCIONA(N) EN EL <u>ANEXO A</u> DE LA OBJECIÓN GLOBAL.**

- **Si su(s) reclamo(s) <u>NO</u> se menciona(n) en el <u>Anexo A</u>, la Objeción global no afectará a su reclamo, por lo que NO tendrá que realizar ninguna acción.**

- **Si su(s) reclamo(s) se menciona(n) en el <u>Anexo A</u> de la Objeción global, el ELA y el SRE solicitan que su(s) reclamo(s) que se mencione(n) en el <u>Anexo A</u> sea(n) rechazado(s) porque, como se explicó en la Objeción global que acompaña este documento, el expediente de los Deudores indican que su reclamo es deficiente. La Objeción global y el <u>Anexo A</u> de la objeción global proporcionan detalles adicionales sobre los reclamos deficientes en cuestión.**

- Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.

- **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

---

**SI NO CONTESTA CONFORME A LA PRESENTE NOTIFICACIÓN, EL TRIBUNAL PODRÁ CONCEDER EL REMEDIO SOLICITADO EN LA OBJECIÓN GLOBAL SIN OTRA NOTIFICACIÓN NI VISTA.**

---

### NOTIFICACIÓN IMPORTANTE CONFORME A LA REGLA LOCAL 3007-1

Cualquiera de las partes a la que se haya notificado la presente Objeción global, o cualquier otra parte de la acción que objete al remedio aquí solicitado, deberá radicar y enviar una réplica a la Objeción global a la secretaría del Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico antes de las **04:00 p.m. (AST)** del **26 de noviembre de 2019**, salvo extensión por escrito por parte del ELA o el SRE. Si no se radica ninguna réplica en el plazo mencionado, se considerará que no se ha opuesto a la Objeción global, por lo que esta podrá ser declarada ha lugar, salvo que: 1) el remedio solicitado esté legalmente prohibido; 2) el remedio solicitado sea contrario al orden público; o 3) a criterio del Tribunal, el interés de la justicia exija otra cosa. Si radica una réplica en tiempo, el Tribunal podrá convocar una vista.

---

[2] Los términos en mayúscula utilizados que no estén definidos en el presente documento tendrán el significado que les haya sido atribuido en la Objeción global.

### Información muy importante relativa a la elección, por parte de las Demandantes, para radicar una réplica

**Quién tiene la obligación de radicar una réplica**. Cualquiera de las partes que impugne la Objeción global tiene la obligación de radicar una respuesta de conformidad con los procedimientos aquí establecidos. Si la parte cuyo reclamo quede sujeto a la Objeción global no radica ni notifica una réplica de conformidad con los procedimientos aquí establecidos, el Tribunal podrá declarar ha lugar a la Objeción global en relación con tal reclamo sin más notificaciones a la demandante.

**Quién NO tiene la obligación de radicar una réplica**. Si usted no se opone al remedio solicitado en la Objeción global, no tendrá que radicar ninguna réplica por escrito a la Objeción global ni tendrá que comparecer en la vista sobre la Objeción global (según se explica abajo). Además, la Objeción global solo se aplica a los reclamos mencionados en el Anexo A relativo a la Objeción global, cuya copia está disponible en línea, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si su reclamo no se menciona en el Anexo A de la Objeción global, no será necesario radicar ninguna réplica.

**Fecha límite para radicar una réplica**. Su réplica se considerará radicada dentro de los plazos establecidos **solo si** la radica ante el Tribunal **y** la notifica antes de las **04:00 p.m. (AST)** del **26 de noviembre de 2019**, salvo extensión por escrito por parte del ELA o el SRE, o previa solicitud por escrito dirigida al Tribunal y una orden del Tribunal que extienda la fecha límite.

---

**La fecha límite para radicar y notificar una réplica se cumple a las 04:00 p.m. (AST) del 26 de noviembre de 2019.**

---

**Vista sobre la Objeción global.** Si se radica y notifica una réplica de manera adecuada conforme a la presente notificación, se celebrará una vista sobre la Objeción global y la réplica a las **09:30 a.m. (AST) del 11 de diciembre de 2019** ante su señoría, Laura Taylor Swain, en el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767. Si radica una réplica a la Objeción global, deberá hacer planes para comparecer en la vista sobre la Objeción global. Sin embargo, el ELA y el SRE se reservan el derecho, previa notificación con tres (3) días hábiles de antelación, a paralizar la vista sobre la Objeción global y la réplica.

Los Deudores podrán radicar una contestación a su réplica o contestación en un alegato oral durante la vista. Los Deudores podrán radicar su contestación en un plazo máximo de siete (7) días naturales antes de la celebración de la vista sobre la Objeción global y la réplica.

---

**EL TRIBUNAL SOLO TENDRÁ EN CONSIDERACIÓN SU RÉPLICA SI ESTA SE RADICA Y NOTIFICA ANTES DE LA FECHA LÍMITE PARA RESPONDER DE CONFORMIDAD CON LAS INSTRUCCIONES ESTABLECIDAS EN LA PRESENTE NOTIFICACIÓN.**

---

**Lo que hay que radicar con la réplica**. Su réplica a la Objeción global <u>deberá</u> contener la siguiente información:

(i)   **Datos de contacto**. La réplica deberá contener el **nombre**, la **dirección**, el **número de teléfono** y la **dirección de correo electrónico** 1) de la demandante que responda; 2) del abogado o representante designado de la demandante al que los abogados del ELA del SRE deban notificar una respuesta a la réplica, en su caso; o 3) de la parte con potestad para reconciliar, llegar a un acuerdo o de otro modo resolver la Objeción global en nombre de la demandante.

(ii)  **Epígrafe.** La réplica deberá contener un epígrafe que incluya el nombre del Tribunal, los nombres de los Deudores, el número de procedimiento, el Título de la Objeción global con la que guarde relación la réplica, y el/los número(s) de las evidencias de reclamos relacionados de Prime Clerk (que se enumeran en el <u>Anexo A</u> de la Objeción global y están disponibles en línea, de manera gratuita, en <u>https://cases.primeclerk.com/puertorico</u>).

(iii) **Motivo(s) para oponerse a la Objeción global**. La réplica deberá explicar con concisión los motivos por los que el Tribunal no debe declarar ha lugar a la Objeción global a su reclamo, incluidos los fundamentos de hecho y de derecho que la demandante vaya a invocar al oponerse a la Objeción global.

(iv)  **Documentación justificativa**. Si ya no está incluida en la evidencia de reclamo, la contestación deberá contener una copia de cualquier otra documentación u otras evidencias relativas al reclamo que la demandante vaya a invocar al oponerse a la Objeción global; <u>con la salvedad</u> de que la demandante no tendrá que revelar en la contestación ninguna información confidencial o reservada o que esté protegida de cualquier otra forma; y también <u>con la salvedad</u> de que la demandante revelará al ELA y al SRE toda la información y proporcionará copias de la totalidad de los documentos que considere que son confidenciales o reservados o que estén protegidos de cualquier otra forma y que tenga la intención de invocar en apoyo de su reclamo, con sujeción a las restricciones de confidencialidad pertinentes.

<u>**Dónde y cómo radicar y notificar una réplica**</u>. Todas las réplicas deberán radicarse de forma electrónica ante el Tribunal con el nombre de expediente *En el asunto de: Estado Libre Asociado de Puerto Rico*, núm. de procedimiento 17 BK 3283-LTS. Hay dos métodos que puede utilizar para radicar su réplica:

1.   **En línea**. Los usuarios inscritos en el sistema del Tribunal de radicación de causas deberán radicar su réplica de forma electrónica en un formato de documento que permita hacer búsquedas.

2.   **Por correo postal**. Si usted no es un abogado que sea usuario inscrito en el sistema del Tribunal de radicación de causas, podrá radicar y notificar una réplica por correo postal dirigida a la Secretaría del Tribunal, a la Junta de Supervisión y al Comité de Acreedores a las siguientes direcciones:

Case:17-03283-LTS Doc#:8980-4 Filed:10/24/19 Entered:10/24/19 18:54:01 Desc: Exhibit C Page 12 of 13

Secretaría (*Clerk's Office*)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

Abogado de la Junta de Supervisión (*Counsel for the Oversight Board*)
Proskauer Rose LLP
Eleven Times Square
Nueva York, Nueva York 10036-8299
A/A: Martin J. Bienenstock
Brian S. Rosen

Abogado del Comité de Acreedores (*Counsel for the Creditors' Committee*)
Paul Hastings LLP
200 Park Avenue
Nueva York, Nueva York 10166
A/A: Luc A. Despins
James Bliss
James Worthington
G. Alexander Bongartz

SU RÉPLICA deberá enviarse para que se reciba por la Secretaría, la Junta de Supervisión y el Comité de Acreedores a más tardar a las **04:00 p.m. (AST)** del **26 de noviembre de 2019**, salvo extensión por escrito por parte del ELA o el SRE o previa solicitud por escrito dirigida al Tribunal y una orden del Tribunal que extienda la fecha límite.

Si no puede radicar y notificar una réplica en línea o por correo postal, según se especificó anteriormente, podrá radicar una réplica en persona en la siguiente dirección a más tardar a las **04:00 p.m. (AST)** del **26 de noviembre de 2019**, salvo extensión por escrito por parte del ELA o el SRE o previa solicitud por escrito dirigida al Tribunal y una orden del Tribunal que extienda la fecha límite:

Secretaría (*Clerk's Office*)
Tribunal de Distrito de los Estados Unidos
#150 Chardon Avenue
Federal Building
San Juan (Puerto Rico) 00918

Su réplica deberá incluir un certificado de notificación que indique la forma en la que se ha efectuado la notificación.

Si tiene alguna pregunta sobre cómo radicar y notificar una réplica, incluidas preguntas sobre el sistema del tribunal de radicación de causas, comuníquese con **Prime Clerk** llamando al **número directo (844) 822-9231**.

**Reserva de derechos.** NINGUNA DISPOSICIÓN CONTENIDA EN LA OBJECIÓN GLOBAL O EN LA PRESENTE NOTIFICACIÓN SE CONSIDERA NI CONSIDERARÁ QUE

CONSTITUYE UNA RENUNCIA A CUALESQUIERA DERECHOS DEL ELA O DEL SRE,
O DE CUALQUIER OTRA PARTE INTERESADA EN LAS CAUSAS RADICADAS
CONFORME AL TÍTULO III, A IMPUGNAR CUALESQUIERA RECLAMOS; A HACER
VALER CONTRARECLAMOS, DERECHOS A COMPENSACIÓN O RECUPERACIÓN, O
CONTESTACIONES; A OBJETAR A RECLAMOS (O A OTROS RECLAMOS O CAUSAS
RADICADAS DE UNA DEMANDANTE) ADUCIENDO CUALQUIER MOTIVO QUE NO SE
HAYA ALEGADO PREVIAMENTE EN UNA OBJECIÓN, SALVO QUE EL TRIBUNAL
HAYA DECLARADO HA LUGAR A UN RECLAMO U ORDENADO OTRA COSA; O A
SOLICITAR QUE SE DECLARE HA LUGAR CUALQUIER RECLAMO EN EL FUTURO. A
SU DEBIDO TIEMPO, LAS PARTES AFECTADAS RECIBIRÁN LA NOTIFICACIÓN
PERTINENTE DE TODO ELLO.

---

### Recursos adicionales y con quién comunicarse en el caso de que tenga que formular preguntas

Todos los documentos enviados en el marco de las causas radicadas conforme al Título III,
incluidas copias de los reclamos radicados utilizando CM/ECF, se encuentran disponibles en línea,
de manera gratuita, en https://cases.primeclerk.com/puertorico. El mantenimiento de dicho sitio
web lo realiza Prime Clerk; el sitio web incluye una base de datos que permite efectuar búsquedas
y que ayuda a localizar documentos.

Para obtener información adicional sobre la Objeción global, el estado de su réplica, su reclamo o
la presente notificación, comuníquese con Prime Clerk llamando a su número directo **(844) 822-
9231** (número gratuito para Estados Unidos y Puerto Rico) o al **(646) 486-7944** (para llamadas
desde el extranjero), disponibles entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).
También podrá enviar consultas a la siguiente dirección de correo electrónico:
puertoricoinfo@primeclerk.com.

**GOBIERNO DE PUERTO RICO**

DEPARTAMENTO DE EDUCACIÓN

## Escuela Purificación Rodríguez Torres
### Distrito Escolar de Santa Isabel – Municipio de Coamo

*Oficina del Director*
*Dr. Ángel Santiago Rivera*

4 de marzo de 2020

A Quien Pueda Interesar:

Por la presente certifico, que el **Sr. José R. Santiago Meléndez** trabaja en la **Escuela Purificación Rodríguez Torres**, Distrito Escolar de Coamo en calidad de Maestro. Dicho empleado comenzó a trabajar en nuestra escuela en septiembre de 2000 hasta el presente año.

Cualquier duda al respecto, favor comunicarse al teléfono 787-825-1684.

Cordialmente,

Ángel L. Santiago Rivera, Ed.D
Director Escolar

SELLO ESCOLAR

P.O. Box 2438 - Coamo, Puerto Rico 00769 - Tel. 787-825-1684  -  d50542@de.pr.gov
*El éxito comienza con la voluntad. Y la voluntad se alcanza con la perseverancia.*  Voluntad, Perseverancia, Éxito
El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento,
condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de
género, discapacidad o impedimento físico; ni por ser víctima de violencia doméstica, agresión o acecho.



Formulario 482 Rev. 23 oct 18

**2018** — **2018**

GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA

**PLANILLA DE CONTRIBUCIÓN SOBRE INGRESOS DE INDIVIDUOS**
AÑO CONTRIBUTIVO 2018 O AÑO COMENZADO EL

Número de Serie: **1985767**

| Liquidador | Revisor |
|---|---|

| R | G | R0 | V1 | V2 | P1 | P2 | N | D1 | D2 | E | A | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

1 de enero de 2018 Y TERMINADO EL 31 de diciembre de 2018

- ◯ PLANILLA ENMENDADA
- ◯ FALLECIÓ DURANTE EL AÑO: Día Mes Año
  - ◯ CONTRIBUYENTE ◯ CÓNYUGE
- ◯ CÓNYUGE SUPÉRSTITE RINDE OTRA PLANILLA PARA EL AÑO CONTRIBUTIVO (Indique seguro social y fecha de defunción del cónyuge fallecido: Día)

Nombre del Contribuyente: **JOSE** Inicial: **R** Apellido Paterno: **SANTIAGO** Apellido Materno: **MELENDEZ**

Dirección Postal
Urb VILLA MADRID
Z18 Calle 4
Coamo PR Código Postal 00769-0000

Número de Seguro Social Contribuyente

Fecha de Nacimiento — Sexo ◯ M ◯ F

Número de Seguro Social Cónyuge: **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**
Fecha de Nacimiento del Cónyuge: **30-12-1972** Sexo ◯ M ◯ F
Teléfono Residencia: **7874537056**

Sello de Recibido

Gobierno de Puerto Rico
Área de Rentas Internas
**RADICADO ELECTRÓNICAMENTE**
02-04-2019 08:05:25 AM
Francisco Parés III
Secretario de Hacienda Interino
DEPARTAMENTO DE HACIENDA
19-900 19-900

Nombre e Inicial del Cónyuge: **MARTA** I Apellido Paterno: **RIVERA** Apellido Materno: **ESPADA**

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)
Urb VILLA MADRID
Z18 Calle 4
Coamo PR Código Postal 00769-0000

Teléfono del Trabajo

CAMBIO DE DIRECCIÓN: ◯ Sí ◯ No
SOLICITÓ PRÓRROGA: ◯ Sí ◯ No
CONTRATO GOBIERNO: ◯ Contribuyente ◯ Cónyuge

Correo Electrónico (E-Mail) **rafa.lucha@hotmail.com**

**Cuestionario**

A. ◯ Sí ◯ No ¿Ciudadano de Estados Unidos? (Véanse instrucciones)
B. ◯ Sí ◯ No ¿Residente de Puerto Rico durante todo el año?
Si contestó "No", indique una de las siguientes:
  1. ◯ Fecha de mudanza a P.R. (Día )
  2. ◯ Fecha de mudanza fuera de P.R. (Día )
  3. ◯ No residente durante todo el año
C. ◯ Sí ◯ No ¿Generó ingresos durante el período de residencia en P.R. que no se incluyen en esta planilla? (Si contestó "Sí", indique la cantidad):
  1. ◯ Atribuible al contribuyente $ 0
  2. ◯ Atribuible al cónyuge $ 0
D. ◯ Sí ◯ No ¿Otros ingresos excluidos o exentos de contribución? (Someta Anejo IE Individuo)
E. ◯ Sí ◯ No ¿Individuo residente inversionista? (Someta Anejo F1 Individuo)
F. ◯ Sí ◯ No ¿Socio de una sociedad sujeta a tributación bajo el Código de Rentas Internas Federal?
G. ◯ Sí ◯ No ¿Militar activo en zona de combate durante el año contributivo? (Fecha en que cesó en el servicio: Día )
H. ◯ Sí ◯ No ¿Médico cualificado bajo la Ley 14-2017?
  1. ◯ Contribuyente (Núm. decreto )
  2. ◯ Cónyuge (Núm. decreto )

**I. FUENTE DE MAYOR INGRESO:**
1. ◯ Empleado del Gobierno, Municipios o Corporaciones Públicas
2. ◯ Empleado del Gobierno Federal
3. ◯ Empleado de Empresa Privada
4. ◯ Retirado/Pensionado
5. ◯ Trabajo Cuenta Propia (Indique la industria o negocio principal)
6. ◯ Otro

**J. ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:**
1. ◯ Casado. (Ennegrezca aquí ◯ si se acoge al cómputo opcional y pase al Anejo CO Individuo)
2. ◯ Contribuyente individual (Ennegrezca e indique nombre y seguro social del cónyuge si es:
  ◯ Casado con capitulaciones de total separación de bienes
  ◯ Casado que no vivía con su cónyuge)
◯ Casado que rinde por separado (Indique nombre y seguro social del cónyuge arriba)

Ocupación del contribuyente: Maestro de Escuela — 6110
Ocupación del cónyuge: Otros Oficios o Profesiones — 8110

**PASE A LA PÁGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.**

| | | 01 | (01) | 819 | 00 |
|---|---|---|---|---|---|

**Reintegro**

1. CONTRIBUCIÓN PAGADA EN EXCESO (Encasillado 3, línea 28) Indique distribución en las líneas A, B, C y D ...... (02) | 0 | 00
   A) Acreditar a la contribución estimada 2019 ...... (03) | 0 | 00
   B) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan ...... (04) | 0 | 00
   C) Aportación al Fondo Especial para la Universidad de Puerto Rico ...... (05) | 819 | 00
   D) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado de Depósito) ...... (06) | 0 | 00

**Pago**

2. TOTAL NO PAGADO DE LA CONTRIBUCIÓN (Encasillado 3, línea 29) ...... (07) | 0 | 00
3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado ...... (08) | 0 | 00
   (b) Intereses ...... (09) | 0 | 00
   (c) Recargos 0 y Penalidades 0 ...... (10)
4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a) más líneas 3(b) y 3(c)) | 0 | 00

**Depósito**

**AUTORIZACIÓN PARA DEPÓSITO DIRECTO DE REINTEGRO**
Tipo de cuenta ◯ Cheques ◯ Ahorros
Número de ruta/tránsito **021502011**
Número de su cuenta **072134828**
Cuenta a nombre de: **JOSE SANTIAGO MELENDEZ** y **MARTA RIVERA ESPADA**
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que he examinado la información incluida en esta planilla, anejos y documentos que se acompañan, y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

Firma del Contribuyente: **Firmada Electrónicamente** Fecha **02-04-2019**
Firma del Cónyuge: **Firmada Electrónicamente** Fecha **02-04-2019**

04 Nombre del Especialista (Letra de Molde): Luis A Torres
Nombre de la Firma o Negocio: **Luis A Torres**



Formulario
Form 499R-2/W-2PR
Rev. 07.18

222

GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
COMPROBANTE DE RETENCIÓN - WITHHOLDING STATEMENT

**INFORMACIÓN PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION**

| | |
|---|---|
| 1. Nombre - First Name | JOSE R |
| Apellido(s) - Last Name(s) | SANTIAGO MELENDEZ |
| Dirección Postal del Empleado - Employee's Mailing Address | Urb VILLA MADRID Z18 Calle 4 Coamo PR 00769-0000 |
| Fecha de Nacimiento: Date of Birth: | 28-01-1973 |
| 2. Nombre y Dirección Postal del Patrono Employer's Name and Mailing Address | DEPT EDUCACION ESQUINA CALAF San Juan PR 00919 |

3. Núm. Seguro Social
Social Security No.

4. Núm. de Ident. Patronal
Employer Ident. No. (EIN)

5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage — 0

6. Donativos
Charitable Contributions — 0

**Patrono: - Employer:**
Indique si la remuneración incluye pagos al empleado por:
Indicate if the remuneration includes payments to the employee for:

A- ☐ Servicios prestados por un médico cualificado bajo la Ley 14-2017
Services rendered by a qualified physician under Act 14-2017

B- ☐ Servicios domésticos
Domestic services

C- ☐ Otros / Others:

| | |
|---|---|
| 7. Sueldos - Wages | 27,467 |
| 8. Comisiones - Commissions | 0 |
| 9. Concesiones - Allowances | 0 |
| 10. Propinas - Tips | 0 |
| 11. Total = 7 + 8 + 9 + 10 | 27,467 |
| 12. Gastos Reemb. y Beneficios Marginales Reimb. Expenses and Fringe Benefits | 0 |
| 13. Cont. Retenida - Tax Withheld | 835 |
| 14. Fondo de Retiro Gubernamental Governmental Retirement Fund | 2,397 |
| 15. Aportaciones a Planes Calificados Contributions to CODA PLANS | 0 |
| Salarios Exentos (Ver instrucciones) Exempt Salaries (See instructions) | |
| 16. Código/Code | 0 |
| 16A. Código/Code | 0 |
| 16B. Código/Code | 0 |
| 16C. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program | 0 |

**INFORMACIÓN PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION**

| | |
|---|---|
| 17. Total Sueldos Seguro Social Social Security Wages | 0 |
| 18. Seguro Social Retenido Social Security Tax Withheld | 0 |
| 19. Total Sueldos y Pro. Medicare Medicare Wages and Tips | 27,467 |
| 20. Contrib. Medicare Retenida Medicare Tax Withheld | 398 |
| 21. Propinas Seguro Social Social Security Tips | 0 |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0 |
| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0 |

Número de Teléfono del Patrono
Employer's Telephone Number

Fecha Cese de Operaciones:
Cease of Operations Date:

Número Confirmación de Radicación Electrónica
Electronic Filing Confirmation Number — F0717193216

Número Control - Control Number — 180048817

Fecha de radicación: 31 de enero - Filing date: January 31

Año:
Year: **2018**

☒ W2
☐ W2C

*Planilla Radicada Electrónicamente*

Formulario 482  Rev. 4 dic 17

**FORMA ÚNICA** **2017**

Liquidador        Revisor

| R | G | RO | V1 | V2 | P1 | P2 | N | D1 | D2 | E | A | M |

GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA    **2017**

PLANILLA DE CONTRIBUCIÓN SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2017 O AÑO COMENZADO EL

1 de enero de 2017 Y TERMINADO EL 31 de diciembre de 2017

Número de Serie

○ PLANILLA ENMENDADA
○ FALLECIDO DURANTE EL AÑO:   Día  Mes  Año
○ CONTRIBUYENTE   ○ CÓNYUGE
○ CÓNYUGE SUPÉRSTITE RINDE OTRA PLANILLA PARA EL AÑO CONTRIBUTIVO (Indique seguro social y fecha de defunción del cónyuge fallecido:   Día  Mes  Año

Sello de Recibido

05/04/2018

03:50:02 PM

**Nombre del Contribuyente**  Inicial  Apellido Paterno  Apellido Materno
JOSE    R    SANTIAGO    MELENDEZ

**Dirección Postal**
Urb VILLA MADRID

Z18 Calle 4

Coamo PR          00769

Código Postal

Número de Seguro Social Contribuyente

Fecha de Nacimiento    Sexo  ○ M  ○ F
Día  Mes  Año

Número de Seguro Social Cónyuge

Fecha de Nacimiento del Cónyuge   Sexo  ○ M  ○ F
Día  Mes  Año

**Nombre e Inicial del Cónyuge**   Apellido Paterno   Apellido Materno
MARTA    I    RIVERA    ESPADA

**Dirección Residencial Completa** (Barrio o Urbanización, Número, Calle)
Urb VILLA MADRID

Z18 Calle 4

Coamo PR       Código Postal 00769

Teléfono Residencia
(787) 453-7056
Teléfono del Trabajo

CAMBIO DE DIRECCIÓN: ○ SI ○ No

SOLICITÓ PRÓRROGA: ○ SI ○ No

CONTRATO GOBIERNO: ○ Contribuyente  ○ Cónyuge

**Correo Electrónico** (E-Mail) rafa.lucha@hotmail.com

**Cuestionario**

SI  NO
A. ○ ○ ¿Ciudadano de Estados Unidos? (Véanse instrucciones)
B. ○ ○ ¿Residente de Puerto Rico durante todo el año?
Si contestó "No", indique una de las siguientes:
1. ○ Fecha de mudanza a P.R. (Día___ Mes___ Año ___ )
2. ○ Fecha de mudanza fuera de P.R. (Día___ Mes___ Año ___ )
3. ○ No residente durante todo el año
C. ○ ○ ¿Generó ingresos fuera del período de residencia en P.R. que no se incluyen en esta planilla? (Si contestó "SI", indique la cantidad):
1. ○ Atribuible al contribuyente $_____
2. ○ Atribuible al cónyuge $_____
D. ○ ○ ¿Otros ingresos excluidos o exentos de contribución? (Someta Anejo IE Individuo)
E. ○ ○ ¿Individuo residente inversionista? (Someta Anejo F1 Individuo)
F. ○ ○ ¿Socio de una sociedad sujeta a tributación bajo el Código de Rentas Internas Federal?
G. ○ ○ ¿Militar activo en zona de combate durante el año contributivo? (Fecha en que cesó en el servicio: Día___ Mes___ Año ___ )
H. ○ ○ ¿Médico cualificado bajo la Ley 14-2017?
1. ○ Contribuyente (Núm. decreto _____ )
2. ○ Cónyuge (Núm. decreto _____ )

**FUENTE DE MAYOR INGRESO:**
1. ○ ○ Empleado del Gobierno, Municipios o Corporaciones Públicas
2. ○ Empleado del Gobierno Federal
3. ○ Empleado de Empresa Privada
4. ○ Retirado/Pensionado
5. ○ Trabajo Cuenta Propia (Indique la industria o negocio principal)
6. ○ Otro

**ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:**
1. ○ Casado
   (Ennegrezca aquí ○ si se acoge al cómputo opcional y pase al Anejo CO Individuo)
2. ○ Contribuyente individual
   (Ennegrezca e indique nombre y seguro social del cónyuge si es:
   ○ Casado con rendimiento o total separación de bienes
   ○ Casado que no vivía con su cónyuge)
3. ○ Casado que rinde por separado
   (Indique nombre y seguro social del cónyuge arriba)

| | |
|---|---|
| Ocupación del contribuyente Maestro de Escuela | 6110 |
| Ocupación del cónyuge AMA DE CASA | 8110 |

**PASE A LA PÁGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.**

**Reintegro**

| | | |
|---|---|---|
| 1. CONTRIBUCIÓN PAGADA EN EXCESO (Encasillado 3, línea 29. Indique distribución en las líneas A, B, C y D) ...... (01) | (01) | 704 00 |
| A) Acreditar a su contribución estimada 2018 ...... | (02) | 00 |
| B) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan ...... | (03) | 00 |
| C) Aportación al Fondo Especial para la Universidad de Puerto Rico ...... | (04) | 00 |
| D) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado de Depósito) ...... | (05) | 704 00 |

**Pago**

| | | |
|---|---|---|
| 2. TOTAL NO PAGADO DE LA CONTRIBUCIÓN (Encasillado 3, línea 29) ...... | (06) | 00 |
| 3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado ...... | (07) | 00 |
| (b)  Intereses ...... | (08) | 00 |
| (c)  Recargos _____ y Penalidades _____ ...... | (09) | 00 |
| 4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a) más líneas 3(b) y 3(c)) ...... | (10) | 00 |

**Depósito**

**AUTORIZACIÓN PARA DEPÓSITO DIRECTO DE REINTEGRO**

Tipo de cuenta:
○ Cheques ○ Ahorros

Número de ruta/tránsito
0 2 1 5 0 2 0 1 1

Número de su cuenta
0 7 2 1 3 4 8 2 8

Cuenta a nombre de: JOSE SANTIAGO MELENDEZ y MARTA RIVERA ESPADA
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que he examinado la información incluida en esta planilla, incluso los anejos que la acompañan y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

| Firma del Contribuyente | Fecha |
|---|---|
| FIRMADA ELECTRONICAMENTE | 05/04/2018 |

| Firma del Cónyuge | Fecha |
|---|---|
| FIRMADA ELECTRONICAMENTE | 05/04/2018 |

LUIS A TORRES

TORRES ASSOCIATES

Número de Registro

Form **499R-2/W-2PR**
Rev. 07.17

**222**

GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
**COMPROBANTE DE RETENCIÓN - WITHHOLDING STATEMENT**

| | INFORMACIÓN PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION | INFORMACIÓN PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
|---|---|---|

1. Nombre - First Name

JOSE

Apellido(s) - Last Name(s)

R SANTIAGO MELENDEZ

Dirección Postal del Empleado - Employee's Mailing Address

URB. VILLA MADRID C 4

COAMO PR 00769

Fecha de Nacimiento:   Día   Mes   Año
Date of Birth:   Day   Month   Year

2. Nombre y Dirección Postal del Patrono
   Employer's Name and Mailing Address

DEPT DE EDUCACION MAESTROS
AVENIDA TENIENTE CESAR
ESQUINA CALAF
HATO REY PR 00919

Número de Teléfono del Patrono
Employer's Telephone Number   **(787) 773-3508**

Fecha Cese de Operaciones:   Día   Mes   Año
Cease of Operations Date:   Day   Month   Year

Número Confirmación de Radicación Electrónica
Electronic Filing Confirmation Number
S170008

Número Control - Control Number

006975289

3. Núm. Seguro Social
Social Security No.

4. Núm. de Ident. Patronal
Employer Ident. No. (EIN)

5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage
0.00

6. Donativos
Charitable Contributions
0.00

**Patrono: - Employer:**
• Envíe a: - Send to:
Social Security Administration
Data Operations Center
Wilkes-Barre, PA 18769-0001
Con la   With the   W-3PR
• Envíe al Departamento de Hacienda electrónicamente
Send to  Department of the Treasury electronically
(www.hacienda.pr.gov)
• Entregue dos copias al empleado
Deliver two copies to employee
• Conserve copia para sus récords
Keep copy for your records

**Año:**
**Year:** **2017**

**Fecha de radicación: 31 de enero - Filing date: January 31**

| | |
|---|---|
| 7. Sueldos - Wages | 26,320.87 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total = 7 + 8 + 9 + 10 | 26,320.87 |
| 12. Gastos Reemb. y Beneficios Marginales Reimb. Expenses and Fringe Benefits | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 749.90 |
| 14. Fondo de Retiro Gubernamental Governmental Retirement Fund | 2,309.51 |
| 15. Aportaciones a Planes Cualific. Contributions to CODA PLANS | |
| Salarios Exentos (Ver instrucciones) Exempt Salaries (See instructions) Código/Code | |
| 16.  Código/Code | 0.00 |
| 16A.  | 0.00 |
| 16B. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program | 0.00 |

| | |
|---|---|
| 17. Total Sueldos Seguro Social Social Security Wages | 0.00 |
| 18. Seguro Social Retenido Social Security Tax Withheld | 0.00 |
| 19. Total Sueldos y Pro. Medicare Medicare Wages and Tips | 26,320.87 |
| 20. Contrib. Medicare Retenida Medicare Tax Withheld | 381.65 |
| 21. Propinas Seguro Social Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0.00 |
| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**INSTRUCCIONES PARA EL EMPLEADO**
**DEBERÁ SOMETER COPIA AL RENDIR SU PLANILLA**

De acuerdo al Código de Rentas Internas de Puerto Rico de 2011, según enmendado (Código), viene obligado a rendir planilla de contribución sobre ingresos todo individuo residente que:

* sea contribuyente individual o casado, si durante el año contributivo tuviere un ingreso bruto reducido por las exenciones de la Sección 1031.02 del Código mayor de $5,000;
* sea casado que vivía con su cónyuge y opte por rendir planilla separada, si durante el año contributivo tuviere un ingreso bruto reducido por las exenciones de la Sección 1031.02 del Código de $2,500 o más; o
* tenga ingreso neto sujeto a contribución básica alterna de $150,000 o más.

**PENALIDAD** – El Código dispone lo siguiente: Toda persona obligada bajo cualquier Subtítulo del Código a rendir una planilla, declaración, certificación o informe, que voluntariamente dejare de rendir dicha planilla, declaración, certificación o informe dentro del término o términos fijados por el Subtítulo correspondiente o por reglamentos, además de otras penalidades establecidas por el Código, incurrirá en delito menos grave, y en caso de convicción, será castigada con pena de multa no mayor de $5,000, o con pena de reclusión por un término máximo de 90 días, o ambas penas, a discreción del tribunal, más las costas del proceso. En aquellos casos en que cualquier persona voluntariamente dejare de rendir dicha planilla, declaración, certificación o informe (dentro de los términos fijados por el Subtítulo correspondiente o por reglamentos), con la intención de evadir o derrotar cualquier contribución impuesta por el Código, además de otras penalidades establecidas por el Código, incurrirá en un delito grave de tercer grado, y en caso de convicción, será sancionada con pena de reclusión la cual fluctuará entre tres años un día y ocho años. El Tribunal a su discreción podrá imponer la pena fija de reclusión establecida o pena de multa que no excederá de $20,000, o ambas penas, más las costas del proceso.

Retenga copia de este formulario para sus récords. Puede usarla para establecer su derecho a los beneficios de seguro social. Si su nombre, dirección o número de seguro social están incorrectos, informe el error a su patrono para que le complete un Formulario 499R-2c/W-2cPR.

**INSTRUCTIONS FOR THE EMPLOYEE**
**A COPY MUST BE SUBMITTED WITH YOUR RETURN**

Pursuant to the Puerto Rico Internal Revenue Code of 2011, as amended (Code), an income tax return must be filed by any resident individual who:

* is an individual or married taxpayer, who during the taxable year had gross income, reduced by the exemptions established in Code Section 1031.02, greater than $5,000;
* is a married individual who lived with his/her spouse, and elects to file separate returns, that during the taxable year had gross income, reduced by the exemptions established in Code Section 1031.02, of $2,500 or more; or
* has net income subject to alternate basic tax of $150,000 or more.

**PENALTY** – The Code provides the following: Every person required under any Subtitle of the Code to file a return, statement, certification or report, who willfully fails to file such return, statement, certification or report within the term or terms established by the corresponding Subtitle or by regulations, in addition to other penalties provided by the Code, shall be guilty of a misdemeanor, and upon conviction thereof, punished by a fine of not more than $5,000, or imprisonment for a term of not more than 90 days, or both penalties, at the discretion of the Court, plus the costs of prosecution. In the case of any person who willfully fails to file such return, statement, certification or report (within the terms established by the corresponding Subtitle or by regulations), with the intention to evade or defeat any tax imposed by the Code, in addition to other penalties provided by the Code, shall be guilty of a third degree felony, and upon conviction thereof, punished by imprisonment for a term ranging from three years and one day to eight years. The Court may impose, at its discretion, the fixed penalty of imprisonment provided or a fine of not more than $20,000, or both penalties, plus the costs of prosecution.

Keep copy of this form for your records. You can use it to prove your right to social security benefits. If your name, address or social security number are

Formulario 482 Rev. 16 nov 16

**FORMA ÚNICA** 2016

Liquidador _____ Revisor

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA

**PLANILLA DE CONTRIBUCIÓN SOBRE INGRESOS DE INDIVIDUOS**
AÑO CONTRIBUTIVO 2016 O AÑO COMENZADO EL

2016

Número de Serie

| R | G | RO | V1 | V2 | P1 | P2 | N | D1 | D2 | E | A | M |
|---|---|----|----|----|----|----|----|----|----|----|----|----|

1 de enero de 2016 Y TERMINADO EL 31 de diciembre de 2016

○ PLANILLA ENMENDADA

○ FALLECIDO DURANTE EL AÑO:
Día Mes Año
○ CONTRIBUYENTE ○ CÓNYUGE

○ CÓNYUGE SUPÉRSTITE RINDE OTRA PLANILLA PARA EL AÑO CONTRIBUTIVO (Indique seguro social y fecha de defunción del cónyuge fallecido:
Día Mes Año

Nombre del Contribuyente: **JOSE** Inicial: **R** Apellido Paterno: **SANTIAGO** Apellido Materno: **MELENDEZ**

Dirección Postal: **Urb VILLA MADRID**
**Z18 Calle 4**
**Coamo PR** 00769
Código Postal

Número de Seguro Social Contribuyente

Fecha de Nacimiento: Día Mes Año — Sexo ○ M ○ F

Número de Seguro Social Cónyuge

Fecha de Nacimiento del Cónyuge: Día Mes Año — Sexo ○ M ○ F

Sello de Recibido

08/04/2017

09:00:11 AM

Nombre e Inicial del Cónyuge: **MARTA** Apellido Paterno: **RIVERA** Apellido Materno: **ESPADA**

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)
**Urb VILLA MADRID**
**Z18 Calle 4**
**Coamo PR** Código Postal **00769**

Teléfono Residencia
**(787) 453-7056**
Teléfono del Trabajo

¿CAMBIO DE DIRECCIÓN: ○ Sí ○ No
¿SOLICITÓ PRÓRROGA: ○ Sí ○ No

Correo Electrónico (E-Mail): **rafa.lucha@hotmail.com**

**Cuestionario**

SÍ NO
A. ○○ ¿Ciudadano de Estados Unidos? (Véanse instrucciones)
B. ○○ ¿Residente de Puerto Rico durante todo el año?
Si contestó "No", indique una de las siguientes:
1. ○○ Fecha de mudanza a P.R. (_____)
2. ○○ Fecha de mudanza fuera de P.R. (_____)
3. ○○ No residente durante todo el año
C. ○○ ¿Generó ingresos fuera del periodo de residencia en P.R. que no se incluyen en esta planilla? (Si contestó "Sí", indique la cantidad):
○○ Atribuible al contribuyente $_____
○○ Atribuible al cónyuge $_____
D. ○○ ¿Otros ingresos excluidos o exentos de contribución? (Someta Anejo IE Individuo)
E. ○○ ¿Individuo residente inversionista? (Someta Anejo F1 Individuo)
F. ○○ ¿Socio de una sociedad sujeta a tributación bajo el Código de Rentas Internas Federal?
G. ○○ ¿Militar activo en zona de combate durante el año contributivo? (Fecha en que cesó en el servicio:_____)

**HI FUENTE DE MAYOR INGRESO:**
○ 1. Empleado del Gobierno, Municipios o Corporaciones Públicas
○ 2. Empleado del Gobierno Federal
○ 3. Empleado de Empresa Privada
○ 4. Retirado/Pensionado
○ 5. Trabajo Cuenta Propia (Indique la industria o negocio principal)
○ 6. Otro

**ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:**
○ Casado
(Enmegrezca aquí ○ si se acoge al cómputo opcional y pase al Anejo CO Individuo)
○ Contribuyente individual
(Enmegrezca e indique nombre y seguro social del cónyuge si es:
○ Casado con capitulaciones de total separación de bienes
○ Casado que no vivía con su cónyuge)
○ Casado que rinde por separado
(Indique nombre y seguro social del cónyuge arriba)

**CONTRATO GOBIERNO:**
○ Contribuyente ○ Cónyuge

Su ocupación **Maestro de Escuela** 6110 Ocupación cónyuge **AMA DE CASA** 8110

**PASE A LA PÁGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.**

**Reintegro**

1. CONTRIBUCIÓN PAGADA EN EXCESO (Encasillado 3, línea 29). Indique distribución en las líneas A, B, C y D ...... (01) 1,294 00
   A) Acreditar a la contribución estimada 2017 ...... (02) 00
   B) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan ...... (03) 00
   C) Aportación al Fondo Especial para la Universidad de Puerto Rico ...... (04) 00
   D) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado de Depósito) ...... (05) 1,294 00

**Pago**

2. TOTAL NO PAGADO DE LA CONTRIBUCIÓN (Encasillado 3, línea 29) ...... (06) 00
3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado ...... (07) 00
   (b) Intereses ...... (08) 00
   (c) Recargos _____ y Penalidades _____ ...... (09) 00
4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a) más líneas 3(b) y 3(c)) ...... (10) 00

**AUTORIZACIÓN PARA EL DEPÓSITO DIRECTO DE REINTEGRO**

**Depósito**

Tipo de cuenta ○ Cheque ○ Ahorros
Número de ruta/tránsito: 0 2 1 5 0 2 0 1 1
Número de su cuenta: 0 7 2 1 3 4 8 2 8

Cuenta a nombre de: **JOSE SANTIAGO MELENDEZ** y **MARTA RIVERA ESPADA**
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que he examinado la información incluida en esta planilla, anejos y documentos que se acompañan, y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

Firma del Contribuyente
✓ **FIRMADA ELECTRÓNICAMENTE** Fecha **08/04/2017**

Firma del Especialista (Letra de Molde)
**Luis Torres**

Firma del Cónyuge
**FIRMADA ELECTRONICAMENTE** Fecha **08/04/2017**

Nombre de la Firma o Negocio
**Torres Associates**

Formulario
Form 499R-2/W-2PR
Rev. 08.16

**222**

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

COMPROBANTE DE RETENCIÓN - WITHHOLDING STATEMENT

INFORMACIÓN PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION

INFORMACIÓN PARA EL SEGURO SOCIAL
SOCIAL SECURITY INFORMATION

| | | |
|---|---|---|
| 1. Nombre - First Name<br><br>JOSE R | 3. Núm. Seguro Social<br>Social Security No.<br>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 | 7. Sueldos - Wages<br>26,325 |
| | 4. Núm. de Ident. Patronal<br>Employer Ident. No. (EIN)<br>660431616 | 8. Comisiones - Commissions<br>0 |
| Apellido(s) - Surname(s)<br><br>SANTIAGO MELENDEZ | | 9. Concesiones - Allowances<br>0 |

| | |
|---|---|
| 17. Total Sueldos Seguro Social<br>Social Security Wages<br>0 |

| | | |
|---|---|---|
| Dirección Postal del Empleado - Employee's Mailing Address<br><br>Urb VILLA MADRID Z18 Calle 4 Coamo PR 00769-0000 | 5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage<br>0 | 10. Propinas - Tips<br>0 |
| | | 11. Total = 7 + 8 + 9 + 10<br>26,325 |
| | 6. Donativos<br>Charitable Contributions<br>0 | 12. Gastos Reemb. y Beneficios Marginales<br>Reimb. Expenses and Fringe Benefits<br>0 |

18. Seguro Social Retenido
Social Security Tax Withheld
0

19. Total Sueldos y Pro. Medicare
Medicare Wages and Tips
26,325

| | | |
|---|---|---|
| Fecha de Nacimiento:<br>Date of Birth: 28-01-1973 | | |
| 2. Nombre y Dirección Postal del Patrono<br>Employer's Name and Mailing Address<br><br>DEPT EDUCACION<br>ESQUINA CALAF San Juan PR 00919 | Patrono: - Employer:<br>• Envíe a: - Send to:<br>Social Security Administration<br>Data Operations Center<br>Wilkes-Barre, PA 18769-0001<br>Con la<br>With the    W-3PR | 13. Cont. Retenida - Tax Withheld<br>749 |
| | | 14. Fondo de Retiro Gubernamental<br>Governmental Retirement Fund<br>2,315 |

20. Contrib. Medicare Retenida
Medicare Tax Withheld
381

| | | |
|---|---|---|
| Número de Teléfono del Patrono<br>Employer's Telephone Number | • Envíe al Departamento de Hacienda<br>electrónicamente<br>Send to  Department of the Treasury<br>electronically<br>(www.hacienda.pr.gov) | 15. Aportaciones a Planes Cualific.<br>Contributions to CODA PLANS<br>0 |
| Fecha Cese de Operaciones:<br>Cease of Operations Date: | | Salarios Exentos (Ver instrucciones)<br>Exempt Salaries (See Instructions) |

21. Propinas Seguro Social
Social Security Tips
0

| | | |
|---|---|---|
| Número Confirmación de Radicación Electrónica<br>Electronic Filing Confirmation Number<br>S160021 | • Entregue dos copias al empleado<br>Deliver two copies to employee<br>• Conserve copia para sus récords<br>Keep copy for your records | Código/Code<br>16.    0 |
| | | Código/Code<br>16A.    0 |

22. Seguro Social no Retenido
en Propinas - Uncollected
Social Security Tax on Tips
0

| | | |
|---|---|---|
| Número Control - Control Number<br><br>006251806 | Año:<br>Year: **2016** | 16B. Aportaciones al Programa Ahorra y<br>Duplica tu Dinero - Contributions to the<br>Save and Double your Money Program<br>0 |

23. Contrib. Medicare no Retenida
en Propinas - Uncollected
Medicare Tax on Tips
0

Fecha de radicación:  31 de enero - Filing date: January 31

Planilla Radicada Electrónicamente

| | |
|---|---|
| X | W2 |
| | W2C |

Formulario 482  Rev. 20 oct 15

**FORMA UNICA** **2015**

Liquidador    Revisor

R G RO V1 V0 P1 P2 N1 D1 D2 E A M

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA

**2015**

PLANILLA DE CONTRIBUCIÓN SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2015 O AÑO COMENZADO EL

1  de  enero  de 2015  Y TERMINADO EL  31  de  diciembre  de  2015

Número de Serie

⚪ PLANILLA ENMENDADA
⚪ FALLECIDO DURANTE EL AÑO

⚪ CONTRIBUYENTE          ⚪ CÓNYUGE      Día  Mes  Año

⚪ CÓNYUGE SUPÉRSTITE DE OTRA PLANILLA PARA
EL AÑO CONTRIBUTIVO (Indique seguro social y
fecha de defunción del cónyuge fallecido:
Día 0 Mes 0 Año 0

| Nombre del Contribuyente | Inicial | Apellido Paterno | Apellido Materno |
|---|---|---|---|
| JOSE | R | SANTIAGO | MELENDEZ |

Número de Seguro Social Contribuyente

Dirección Postal

Urb VILLA MADRID

Z18 Calle 4

Coamo PR          00769

Código Postal

Fecha de Nacimiento    Sexo
Día  Mes  Año        ⚪ M
                      ⚪ F

Número de Seguro Social Cónyuge

Fecha de Nacimiento del    Sexo
Día  Mes  Año             ⚪ M
                           ⚪ F

Nombre e Inicial del Cónyuge   Apellido Paterno   Apellido Materno

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)

BO.LOS LLANOS

SECTOR CARIBE 596

Coamo PR          Código Postal 00769

Correo Electrónico (E-mail) rafa.lucha@hotmail.com

Teléfono Residencia
(787) 453-7056

Teléfono del Trabajo

CAMBIO DE DIRECCIÓN: ⚪ Sí ⚪ No

SOLICITÓ PRÓRROGA: ⚪ Sí ⚪ No

Sello de Recibido

09/04/2016

11:13:00 AM

**Cuestionario**

SI  NO
A. ⚪ ⚪ ¿Ciudadano de Estados Unidos?
B. ⚪ ⚪ ¿Residente de Puerto Rico durante todo el año?
Si contestó "No", indique una de las siguientes:
⚪ Fecha de mudanza a P.R. _____
⚪ Fecha de mudanza fuera de P.R. _____
⚪ No residente durante todo el año
C. ⚪ ⚪ ¿Generó ingresos fuera del período de residencia en P.R. que no se incluyen en esta planilla? (Si contestó "SI", indique la cantidad):
⚪ Atribuible al contribuyente $_____
⚪ Atribuible al cónyuge $_____
D. ⚪ ⚪ ¿Otros ingresos excluidos o exentos de contribución? (Someta Anejo IE Individuo)
E. ⚪ ⚪ ¿Individuo residente inversionista? (Someta Anejo F1 Individuo)
F. ⚪ ⚪ ¿Socio de una sociedad sujeta a tributación bajo el Código de Rentas Internas Federal?
G. ⚪ ⚪ ¿Militar activo en zona de combate? (Fecha en que cesó en el servicio: _____)

Su ocupación Maestro de Escuela    6110    Ocupación cónyuge _____

**FUENTE DE MAYOR INGRESO:**
⚪ Empleado del Gobierno, Municipios o Corporaciones Públicas
⚪ Empleado del Gobierno Federal
⚪ Empleado de Empresa Privada

4. ⚪ Retirado/Pensionado
5. ⚪ Trabajo Cuenta Propia (Indique la industria o negocio principal)
6. ⚪ Otro _____

**ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO**
1. ⚪ Casado
(Entregreza aquí ⚪ si se acoge al cómputo opcional y pase al Anejo CO Individuo)
2. ⚪ Contribuyente individual
(Entregreza e indique nombre y seguro social del cónyuge si es:
⚪ Casado con capitulaciones de total separación de bienes
⚪ Casado que no vivía con su cónyuge
3. ⚪ Casado que rinde por separado
(Indique nombre y seguro social del cónyuge aquí)

CONTRATO GOBIERNO:
⚪ Contribuyente    ⚪ Cónyuge

**PASE A LA PÁGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.**

**Reintegro**

| | | | |
|---|---|---|---|
| 1. CONTRIBUCIÓN PAGADA EN EXCESO (Encasillado 3, línea 27). Indique distribución en las líneas A, B, C y D ......... 01 | | (0) | 1,383 00 |
| A) Acreditar a la contribución estimada 2016 ............................................................. | | | 00 |
| B) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan ............................. | | | 00 |
| C) Aportación al Fondo Especial para la Universidad de Puerto Rico .................................... | | | 00 |
| D) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado de Depósito) ....... | | | 1,383 00 |

**Pago**

| | | | |
|---|---|---|---|
| 2. TOTAL NO PAGADO DE LA CONTRIBUCIÓN (Encasillado 3, línea 27) ........................................ | | (0) | 00 |
| 3. Menos: Cantidad pagada (a)  Con Planilla o Electrónicamente a través de un Programa Certificado ......... | | (0) | 00 |
| (b)  Intereses _____ | | (03) | 00 |
| (c)  Recargos _____  y Penalidades _____ | | (03) | 00 |
| 4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a)) ........................................... | | | 00 |

**Depósito**

AUTORIZACIÓN PARA DEPÓSITO DIRECTO DE REINTEGRO

Tipo de cuenta      Número de ruta/tránsito
⚪ Cheques  ⚪ Ahorros    0 2 1 5 0 2 0 1 1

Número de su cuenta
0 7 2 1 3 4 8 2 8

Cuenta a nombre de: JOSE SANTIAGO MELENDEZ
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)   y _____

Declaro bajo penalidad de perjurio que he examinado la información incluida en esta planilla, anejos y documentos que se acompañan, y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

| Firma del Contribuyente | Fecha |
|---|---|
| ✓ FIRMADA ELECTRONICAMENTE | 09/04/2016 |

Nombre del Especialista (Letra de Molde)
04 LUIS TORRES

Firma del Especialista          Fecha

Firma del Cónyuge          Fecha
✓
Nombre de la Firma o Negocio
TORRES ASSOCIATES

Especialista por cuenta
propia (entregreza aquí) ⚪

Número de Registro
19571

Formulario
rm 499R-2/W-2 PR
v. 08.15

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

| | | | |
|---|---|---|---|
| Nombre-First Name **JOSE** | 3. Núm. Seguro Social Social Security No. | **INFORMACION PARA EL DEPARTAMENTO DE HACIENDA** DEPARTMENT OF THE TREASURY INFORMATION | **INFORMACION PARA EL SEGURO SOCIAL** SOCIAL SECURITY INFORMATION |

| INFORMACION PARA EL DEPARTAMENTO DE HACIENDA | INFORMACION PARA EL SEGURO SOCIAL |
|---|---|
| 7. Sueldos - Wages **26371.03** | 17. Total Sueldos Seguro Social Social Security Wages **0.00** |
| 8. Comisiones - Commissions **0.00** | |
| 9. Concesiones - Allowances **0.00** | 18. Seguro Social Retenido Social Security Tax Withheld **0.00** |
| 10. Propinas - Tips **0.00** | |
| 11. Total=7+8+9+10 **26371.03** | 19. Total Sueldos y Pro. Medicare Medicare Wages and Tips **26371.03** |
| 12. Gastos Reemb. y Beneficios Marginales Reimb. Expenses and Fringe Benefits **0.00** | |
| 13. Cont. Retenida - Tax Withheld **752.72** | 20. Contrib. Medicare Retenida Medicare Tax Withheld **382.38** |
| 14. Fondo de Retiro Gubernamental Governmental Retirement Fund **2319.39** | |
| 15. Aportaciones a Planes Cualific. Contributions to CODA PLANS **0.00** | 21. Propinas Seguro Social Social Security Tips **0.00** |
| 16. Salarios Exentos (Ver instrucciones) Exempt Salaries (See instructions) **0.00** | 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips **0.00** |
| 16A. Código de Salarios Exentos Exempt Salaries Code | |
| 16B. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program **0.00** | 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips **0.00** |

Nombre-First Name
**JOSE**

3. Núm. Seguro Social
Social Security No.

ellido(s) - Surname(s)
**SANTIAGO MELENDEZ**

4. Núm. de Ident. Patronal
Employer Ident. No. (EIN)

rección Postal del Empleado-Employee's Mailing Address
**URB. VILLA MADRID C-4 Z-18**
**COAMO, PR 00769**

5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage
**0.00**

6. Donativos
Charitable Contributions
**0.00**

Nombre y Dirección Postal del Patrono
Employer's Name and Mailing Address
**DEPT DE EDUCACION-MAESTROS**
**AVENIDA TENIENTE CESAR GONZALE**
**ESQUINA CALAF**
**HATO REY, PR 00919**

Patrono: - Employer:
* Envíe a: - Send to:
Social Security Administration
Data Operations Center Wilkes-Barre, PA 18769-0001
Con la
With the   W-3PR
* Envíe al Departamento de Hacienda electrónicamente
Send to Department of the Treasury electronically
(www.hacienda.pr.gov)
* Entregue dos copias al empleado
Deliver two copies to employee
* Conserve copia para sus récords
Keep copy for your records

nero de Teléfono del Patrono
Employer's Telephone Number

na Cese de Operaciones:
ase of Operations Date:
Día Mes Año
Day Month Year

nero Confirmación de Radicación Electrónica
tronic Filing Confirmation Number
**S150008**

nero Control - Control Number
**004903672**

**Año:
Year:   2015**

Fecha de radicación: 31 de enero - Filing date: January 31

Reproducido por: Departamento de Hacienda

Formulario 482   Rev. 31 oct 14

# FORMA ÚNICA   2014

**Liquidador     Revisor**

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA     **2014**

Número de Serie

PLANILLA DE CONTRIBUCIÓN SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2014 O AÑO COMENZADO EL

| R | G | R0 | V1 | V2 | P1 | P2 | N | D1 | D2 | E | A | M |
|---|---|----|----|----|----|----|---|----|----|----|----|----|

○ PLANILLA ENMENDADA

○ FALLECIDO DURANTE EL AÑO:  __ Mes  __ Año

1 de enero de 2014 Y TERMINADO EL 31 de diciembre de 2014

○ CONTRIBUYENTE   ○ CÓNYUGE

| Nombre del Contribuyente | Inicial | Apellido Paterno | Apellido Materno |
|---|---|---|---|
| JOSE | R | SANTIAGO | MELENDEZ |

Número de Seguro Social Contribuyente

Dirección Postal
Urb VILLA MADRID
Z18 Calle 4
Coamo PR

Fecha de Nacimiento   Sexo ○ M ○ F
__ Mes __ Año

Número de Seguro Social Cónyuge

Fecha de Nacimiento del Cónyuge   Sexo ○ M ○ F
__ Mes __ Año

Código Postal   00769

○ CÓNYUGE SUPÉRSTITE RINDE OTRA PLANILLA PARA EL AÑO CONTRIBUTIVO (indique seguro social del cónyuge fallecido)

Sello de Recibido

| Nombre e Inicial del Cónyuge | Apellido Paterno | Apellido Materno |
|---|---|---|

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)
BO. LOS LLANOS
SECTOR CARIBE 596
Coamo PR          Código Postal  00769

Teléfono Residencia
(787) 453-7056
Teléfono del Trabajo

Correo Electrónico (E-Mail)  rafa.lucha@hotmail.com

○ CAMBIO DE DIRECCIÓN: ○ Sí ○ No

PLANILLA 2015: ○ ESPAÑOL ○ INGLÉS

○ SOLICITÓ PRÓRROGA: ○ Sí ○ No

¿UTILIZÓ PROGRAMA PRIVADO PARA LLENAR LA PLANILLA? ○ Sí ○ No

**Cuestionario**

SI   NO
A. ○ ○ ¿Ciudadano de Estados Unidos?
B. ○ ○ ¿Residente de Puerto Rico al finalizar el año?
C. ○ ○ ¿Otros ingresos excluidos o exentos de contribución? (Someta Anejo IE Individuo)
D. ○ ○ ¿Individuo residente inversionista? (Someta Anejo F1 Individuo)

E. FUENTE DE MAYOR INGRESO:
1. ○ Empleado del Gobierno, Municipios o Corporaciones Públicas
2. ○ Empleado del Gobierno Federal
3. ○ Empleado de Empresa Privada
4. ○ Retirado/Pensionado
5. ○ Trabajo Cuenta Propia (Indique la industria o negocio principal)
6. ○ Otro

Su ocupación  Maestro de Escuela   6110   Ocupación cónyuge

F. ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:
1. ○ Casado
   (Enmegrezca aquí ○ si se acoge al cómputo opcional y pase al Anejo CO Individuo)
2. ○ Contribuyente individual
   (Enmegrezca e indique nombre y seguro social del cónyuge si es)
   ○ Casado con capitulaciones de total separación de bienes
   ○ Casado que no vivía con su cónyuge)
3. ○ Casado que rinde por separado
   (Indique nombre y seguro social del cónyuge arriba)

CONTRATO GOBIERNO:
○ Contribuyente   ○ Cónyuge

PASE A LA PÁGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.

**Reintegro**

| | | | | |
|---|---|---|---|---|
| 1. CONTRIBUCIÓN PAGADA EN EXCESO (Encasillado 3, línea 28. Indique distribución en las líneas A, B, C y D) | | (01) | 819 | 00 |
| A) Acreditar a la contribución estimada 2015 | | (02) | | 00 |
| B) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan | | (03) | | 00 |
| C) Aportación al Fondo Especial para la Universidad de Puerto Rico | | (04) | | 00 |
| D) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado de Depósito) | | (05) | 819 | 00 |

**Pago**

| | | | |
|---|---|---|---|
| 2. TOTAL NO PAGADO DE LA CONTRIBUCIÓN (Encasillado 3, línea 28) | | (06) | 00 |
| 3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado | | (07) | 00 |
| (b) Intereses | (08) 00 | | |
| (c) Recargos y Penalidades | (09) 00 | | |
| 4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a)) | | (10) | 00 |

AUTORIZACIÓN PARA DEPÓSITO DIRECTO DE REINTEGRO

**Depósito**

Tipo de cuenta
○ Cheque ○ Ahorros

Número de ruta/tránsito
| 0 | 2 | 1 | 5 | 0 | 2 | 0 | 1 | 1 |

Número de su cuenta
| 0 | 7 | 2 | 1 | 3 | 4 | 8 | 2 | 8 |

Cuenta a nombre de: **JOSE SANTIAGO MELENDEZ**
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que he examinado la información incluida en esta planilla, anejos y documentos que se acompañan, y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con relación a la información disponible y dicha información ha sido verificada.

| Firma del Contribuyente | Fecha | Firma del Cónyuge | Fecha |
|---|---|---|---|
| FIRMADA ELECTRONICAMENTE | 30/03/2015 | | |

(04) Nombre del Especialista (Letra de Molde)
**Luis A Torres**

Nombre de la Firma o Negocio
**Torres Associates**

| Firma del Especialista | Fecha | Especialista por cuenta propia (enmegrezca aquí) ○ | Número de Registro |
|---|---|---|---|
| FIRMADA ELECTRONICAMENTE | 30/03/2015 | | 19571 |

Formulario
Form 499R-2/W-2 PR
Rev. 09.14

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

| | |
|---|---|
| **INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION** | **INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION** |

**1. Nombre - First Name**
JOSE

**3. Núm. Seguro Social**
Social Security No.
XXX-XX-XXXX

**7. Sueldos - Wages**
26130.36

**17. Total Sueldos Seguro Social**
Social Security Wages
0.00

**Apellido(s) - Surname(s)**
SANTIAGO MELENDEZ

**4. Núm. de Ident. Patronal**
Employer Ident. No. (EIN)

**8. Comisiones - Commissions**
0.00

**9. Concesiones - Allowances**
0.00

**18. Seguro Social Retenido**
Social Security Tax Withheld
0.00

**Dirección Postal del Empleado-Employee's Mailing Address**
URB. VILLA MADRID C-4 Z-18
COAMO, PR 00769

**5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage**
0.00

**10. Propinas - Tips**
0.00

**11. Total=7+8+9+10**
26130.36

**19. Total Sueldos y Pro. Medicare**
Medicare Wages and Tips
26130.36

**6. Donativos**
Charitable Contributions
0.00

**12. Gastos Reemb. y Beneficios Marginales**
Reimb. Expenses and Fringe Benefits
0.00

**2. Nombre y Dirección Postal del Patrono**
Employer's Name and Mailing Address
DEPT DE EDUCACION-MAESTROS
AVENIDA TENIENTE CESAR GONZALE
ESQUINA CALAF
HATO REY, PR 00919

**Patrono: - Employer:**
• Envíe a: - Send to:
Social Security Administration
Data Operations Center Wilkes-
Barre, PA 18769-0001
Con la
With the   W-3PR
• Envíe al Departamento de Hacienda electrónicamente
Send to Department of the Treasury electronically
(www.hacienda.gobierno.pr)
• Entregue dos copias al empleado
Deliver two copies to employee
• Conserve copia para sus récords
Keep copy for your records

**13. Cont. Retenida - Tax Withheld**
737.39

**20. Contrib. Medicare Retenida**
Medicare Tax Withheld
378.89

**14. Fondo de Retiro Gubernamental**
Governmental Retirement Fund
2297.73

**15. Aportaciones a Planes Cualific.**
Contributions to CODA PLANS
0.00

**21. Propinas Seguro Social**
Social Security Tips
0.00

**Número de Teléfono del Patrono**
Employer's Telephone Number

**Fecha Cese de Operaciones:**
Cease of Operations Date:
Día - Day   Mes - Month   Año - Year

**16. Salarios Exentos (Ver instrucciones)**
Exempt Salaries (See instructions)
0.00

**22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips**
0.00

**Número Confirmación de Radicación Electrónica**
Electronic Filing Confirmation Number
S140003

**16A. Código de Salarios Exentos**
Exempt Salaries Code

**Número Control - Control Number**
004382947

**Año:**
**Year:** 2014

**16B. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program**
0.00

**23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips**
0.00

**Fecha de radicación: 31 de enero - Filing date: January 31**

Reproducido por: Departamento de Hacienda

Formulario 482  Rev. 31 oct 13

| Liquidador | Revisor | | | | |
|---|---|---|---|---|---|

**2013**   **2013**

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA
PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2013 O AÑO COMENZADO EL

Número de Serie

R G RO V1 V2 P1 P2 N D1 D2 E A M

1 de enero de 2013 Y TERMINADO EL 31 de diciembre de 2013

- PLANILLA ENMENDADA
- FALLECIDO DURANTE EL AÑO:    /    /    Día  Mes  Año
- CONTRIBUYENTE   CONYUGE
- CONYUGE SUPERSTITE RINDE OTRA PLANILLA PARA EL AÑO CONTRIBUTIVO

Nombre del Contribuyente  Inicial  Apellido Paterno  Apellido Materno

JOSE  R  SANTIAGO  MELENDEZ

Número de Seguro Social Contribuyente

Dirección Postal

VILLA MADRID
CALLE 4 Z 18
Coamo PR    Código Postal  00769

"Coloque la etiqueta engomada (Label) aquí".

Fecha de Nacimiento  Sexo  M  F
Número de Seguro Social Cónyuge

Sello de Recibido
07/04/2014
08:48:12 AM

Nombre e Inicial del Cónyuge  Apellido Paterno  Apellido Materno

Fecha de Nacimiento del Cónyuge   Día  Mes  Año   Sexo  M  F

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)

BO. LOS LLANOS
SECTOR CARIBE 596
Coamo PR    Código Postal  00769

Teléfono Residencia
(787) 453-7056
Teléfono del Trabajo

Correo Electrónico (E-Mail)  rafa.lucha@hotmail.com

CAMBIO DE DIRECCION:  Si  No   PLANILLA 2014:  ESPAÑOL  INGLES

**Cuestionario**

PLANILLA CON CHEQUE (FAVOR DE DEJAR CHEQUE EN ESTE LUGAR)

SI NO
- A. ¿Ciudadano de Estados Unidos?
- B. ¿Residente de Puerto Rico al finalizar el año?
- C. ¿Otros ingresos excluidos o exentos de contribución?  (Someta Anejo IE Individuo)
- D. ¿Individuo residente inversionista?  (Someta Anejo F1 Individuo)

E. FUENTE DE MAYOR INGRESO:
1. Empleado del Gobierno, Municipios o Corporaciones Públicas
2. Empleado del Gobierno Federal
3. Empleado de Empresa Privada
4. Retirado/Pensionado
5. Trabajo Cuenta Propia (Indique la industria o negocio principal)
6. Otro

Su ocupación  Maestro de Escuela  6110   Ocupación cónyuge

**F. ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:**

- Casado  (Ennegrezca aquí  si se acoge al cómputo opcional y pase al Anejo CO Individuo)
- Contribuyente individual  (Ennegrezca e indique nombre y seguro social del cónyuge si es:
  - Casado con capitulaciones de total separación de bienes
  - Casado que no vivía con su cónyuge)
- Casado que rinde separado  (Indique nombre y seguro social del cónyuge arriba)

CONTRATO GOBIERNO:  Contribuyente  Cónyuge

PASE A LA PAGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.

**Reintegro**

| | | | |
|---|---|---|---|
| 1. CONTRIBUCION PAGADA EN EXCESO (Encasillado 3, línea 28. Indique distribución en las líneas A, B, C y D) | (01) | (01) | 847 00 |
| A) Acreditar a la contribución estimada 2014 | | (02) | 00 |
| B) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan | | (03) | 00 |
| C) Aportación al Fondo Especial para la Universidad de Puerto Rico | | (04) | 00 |
| D) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado de Depósito) | | (05) | 847 00 |

**Pago**

| | | | |
|---|---|---|---|
| 2. TOTAL NO PAGADO DE LA CONTRIBUCION (Encasillado 3, línea 28) | | (06) | 00 |
| 3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado | | (07) | 00 |
| (b) Intereses | (08) | | |
| (c) Recargos _____ y Penalidades _____ | (09) | | |
| 4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a)) | | | 00 |

AUTORIZACION PARA DEPOSITO DIRECTO DE REINTEGRO

**Depósito**

Tipo de cuenta:  Cheque  Ahorros

Número de ruta/tránsito  0 2 1 5 0 2 0 1 1   Número de su cuenta  0 7 2 1 3 4 8 2 8

Cuenta a nombre de:  JOSE SANTIAGO MELENDEZ   y
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que he examinado la información incluida en esta planilla, anejos y documentos que se acompañan, y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha declaración ha sido verificada.

Firma del Contribuyente
✓ FIRMADA ELECTRONICAMENTE

Fecha  07/04/2014

Firma del Cónyuge  Fecha

Nombre del Firma (Letra de Molde)
04  Luis Torres

Nombre de la Firma o Negocio
Torres Associates

Firma del Especialista
✓ FIRMADA ELECTRONICAMENTE

Fecha  07/04/2014

Especialista por cuenta propia (ennegrezca aquí)

Número de Registro
19571

NOTA AL CONTRIBUYENTE: Indique si hizo pago por la preparación de su planilla.  Si  No. Si contestó "Si", exija la firma y el número de registro del Especialista.

Formulario 482   Rev. 27 nov 12

**FORMA LARGA**

| Liquidador | Revisor |
|---|---|

| R | G | RO | V1 | V2 | P1 | P2 | N | D1 | D2 | E | A | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

○ PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE EN ESTE LUGAR)

**2012**   ESTADO LIBRE ASOCIADO DE PUERTO RICO   **2012**
DEPARTAMENTO DE HACIENDA
AÑO CONTRIBUTIVO 2012 O AÑO COMENZADO EL
**PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS**
1 __ de __ enero __ de _2012_ Y TERMINADO EL __ 31 __ de __ diciembre __ de _2012_

Número de Serie

○ PLANILLA ENMENDADA

○ FALLECIDO DURANTE EL AÑO: Día __ Mes __ Año __

○ CONTRIBUYENTE   ○ CONYUGE

Número de Seguro Social Contribuyente

Sello de Recibido

10/04/2013

01:19:39 PM

| Nombre del Contribuyente | Inicial | Apellido Paterno | Apellido Materno |
|---|---|---|---|
| JOSE | R | SANTIAGO | MELENDEZ |

Dirección Postal
VILLA MADRID
B9 Calle 2
Coamo PR          Código Postal  00769

"Coloque la etiqueta engomada (Label) aquí".

Fecha de Nacimiento   Sexo ○ M ○ F
Día __ Mes __ Año __
Número de Seguro Social Cónyuge

Fecha de Nacimiento del Cónyuge   Sexo ○ M ○ F
Día __ Mes __ Año __
Teléfono Residencia (787) 453-7056
Teléfono del Trabajo

| Nombre e Inicial del Cónyuge | Apellido Paterno | Apellido Materno |
|---|---|---|

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)
BO. LOS LLANOS
SECTOR CARIBE 596
Coamo PR          Código Postal  00769

CAMBIO DE DIRECCION: ○ Sí ○ No   PLANILLA 2013: ○ ESPAÑOL ○ INGLES

Correo Electrónico (E-Mail)   rafa.lucha@hotmail.com

**Cuestionario**

SI   NO
A. ○ ○ ¿Ciudadano de Estados Unidos?
B. ○ ○ ¿Residente de Puerto Rico al finalizar el año?
C. ○ ○ ¿Otros ingresos excluidos o exentos de contribución?
          (Someta Anejo IE Individuo)
D. ○ ○ ¿Individuo inversionista residente?
          (Someta Anejo F1 Individuo)

E. FUENTE DE MAYOR INGRESO:
1. ○ Empleado del Gobierno, Municipios o Corporaciones Públicas
2. ○ Empleado del Gobierno Federal
3. ○ Empleado de Empresa Privada
4. ○ Retirado/Pensionado
5. ○ Trabajo Cuenta Propia (Indique la industria o negocio principal)
6. ○ Otro __

Su ocupación  Maestro de Escuela   6110   Ocupación cónyuge __

F. ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:
1. ○ Casado
     (Ennegrezca aquí ○ si se acoge al cómputo opcional y pase al Anejo CO Individuo)
2. ○ Contribuyente individual
     (Ennegrezca e indique nombre y seguro social del cónyuge si es:
     ○ Casado con capitulaciones de total separación de bienes
     ○ Casado que no vivía con su cónyuge)
3. ○ Casado que rinde separado
     (Indique nombre y seguro social del cónyuge arriba)

CONTRATO GOBIERNO:
○ Contribuyente   ○ Cónyuge

PASE A LA PAGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.

**Reintegro**

1. CONTRIBUCION PAGADA EN EXCESO (Encasillado 3, línea 27. Indique distribución en las líneas A, B, C y D) ............ (01) | 836 | 00
   A) Acreditar a la contribución estimada 2013 ................................................................................. (02) |  | 00
   B) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan ........................................ (03) |  | 00
   C) Aportación al Fondo Especial para la Universidad de Puerto Rico .................................................. (04) |  | 00
   D) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado de Depósito) ............ (05) | 836 | 00

**Pago**

2. TOTAL NO PAGADO DE LA CONTRIBUCION (Encasillado 3, línea 27) .................................................. (06) |  | 00
3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado .......... (07) |  | 00
   (b) Intereses ............................................................ (08) |  | 00
   (c) Recargos ____ y Penalidades ____ .......... (09) |  | 00
4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a)) ............................................................ (10) |  | 00

**Depósito**

AUTORIZACION PARA DEPOSITO DIRECTO DE REINTEGRO

Tipo de cuenta   ○ Cheques ○ Ahorros

Número de ruta/tránsito: 0 2 1 5 0 2 0 1 1

Número de su cuenta: 0 7 2 1 3 4 8 2 8

Cuenta a nombre de:   JOSE SANTIAGO MELENDEZ   y __
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que he examinado la información incluida en esta planilla, anejos y documentos que se acompañan, y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

| Firma del Contribuyente | Fecha |
|---|---|
| FIRMADA ELECTRONICAMENTE | 10/04/2013 |

| Firma del Cónyuge | Fecha |
|---|---|

Nombre de la Firma o Negocio
**Torres Associates**

(04) Nombre del Especialista (Letra de Molde)
**Luis A. Torres**

Especialista por cuenta propia (ennegrezca aquí) ○

Número de Registro
**19571**

| Firma del Especialista | Fecha |
|---|---|
| FIRMADA ELECTRONICAMENTE | 10/04/2013 |

○ SI ○ No. Si contestó "Sí", exija la firma y el número de registro del Especialista.

Formulario
Form 499R-2/W-2 PR
Rev. 09.12

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

1. Nombre-First Name
JOSE

Apellido(s) - Surname(s)
SANTIAGO MELENDEZ

2. Dirección Postal del Empleado-Employee's Mailing Address
URB. VILLA MADRID C-4 Z-18
COAMO, PR 00769

Nombre y Dirección Postal del Patrono
Employer's Name and Mailing Address
L8013750542 PURIFICACI
DEPT DE EDUCACION-MAESTROS
AVENIDA TENIENTE CESAR GONZALE
ESQUINA CALAF
HATO REY, PR 00919

Número de Teléfono del Patrono
Employer's Telephone Number

Fecha Cese de Operaciones:   Dia   Mes   Año
Cease of Operations Date:    Day   Month  Year

Número Control - Control Number
125527664

3. Núm. Seguro Social
Social Security No.

4. Núm. de Ident. Patronal
Employer Ident. No. (EIN)

5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension
Dia   Mes   Año
Day   Month  Year

6. Costo de Pensión o Anualidad
Cost of Pension or Annuity          0.00

6A. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage          0.00

6B. Donativos
Charitable Contributions          0.00

Copia C para Récord del Empleado
Copy C for Employee's Records

Año:
Year:   **2012**

**INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION**

| | |
|---|---|
| 7. Sueldos - Wages | 25919.20 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total=7+8+9+10 | 25919.20 |
| 12. Gastos Reemb. y Beneficios Marginales Reimb. Expenses and Fringe Benefits | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 798.81 |
| 14. Fondo de Retiro Gubernamental Governmental Retirement Fund | 2242.73 |
| 15. Aportaciones a Planes Cualific. Contributions to CODA PLANS | 0.00 |
| 16. Salarios bajo Ley 324-2004 Salaries under Act 324-2004 | 0.00 |
| 16A. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program | 0.00 |

**INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION**

| | |
|---|---|
| 17. Total Sueldos Seguro Social Social Security Wages | 0.00 |
| 18. Seguro Social Retenido Social Security Tax Withheld | 0.00 |
| 19. Total Sueldos y Pro. Medicare Medicare Wages and Tips | 25919.20 |
| 20. Contrib. Medicare Retenida Medicare Tax Withheld | 375.83 |
| 21. Propinas Seguro Social Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0.00 |
| 23. Contrib. Medicare no Retenido en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

Reproducido por: Departamento de Hacienda

Formulario 481  Rev. 27 oct 11

# FORMA CORTA

| Liquidador | Revisor |
|---|---|

⭕ PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE EN ESTE LUGAR)

**Número de Serie**
1854461

| R | G | RO | V1 | V2 | P1 | P2 | N | D1 | D2 | E | A | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**2011**              **2011**
GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA
PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2011 O AÑO COMENZADO EL
1 de enero de 2011 Y TERMINADO EL 31 de diciembre de 2011

⭕ PLANILLA ENMENDADA

⭕ FALLECIO DURANTE EL AÑO: Día  Mes  Año

⭕ CONTRIBUYENTE ⭕ CONYUGE

Sello de Recibido

| Nombre del Contribuyente | Inicial | Apellido Paterno | Apellido Materno |
|---|---|---|---|
| JOSE | R | SANTIAGO | MELENDEZ |

Número de Seguro Social Contribuyente

Dirección Postal
VILLA MADRID
B9 Calle 2

Coamo        PR        Código Postal 00769-0000

"Coloque la etiqueta engomada (Label) aquí".

| Nombre e Inicial del Cónyuge | Apellido Paterno | Apellido Materno |
|---|---|---|

Fecha de Nacimiento   Sexo ⭕M ⊗F
Día  Mes  Año
Número de Seguro Social Cónyuge

14-03-2012 12:09:37 PM

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)
BO. LOS LLANOS
SECTOR CARIBE 596
Coamo        PR        Código Postal 00769-0000

Fecha de Nacimiento del Cónyuge   Sexo ⭕M ⭕F
Día  Mes  Año
Teléfono Residencia
7874537056
Teléfono del Trabajo

Correo Electrónico (E-Mail)  rafa.lucha@hotmail.com

CAMBIO DE DIRECCION: ⭕ Si ⊗ No   PLANILLA 2012: ⊗ESPAÑOL ⭕INGLES

### Cuestionario

SI  NO

A. ⊗ ⭕ ¿Ciudadano de Estados Unidos?
B. ⊗ ⭕ ¿Residente de Puerto Rico al finalizar el año?
C. ⭕ ⊗ ¿Otros ingresos excluidos o exentos de contribución?
(Someta Anejo IE Individuo)

D. FUENTE DE MAYOR INGRESO:
1. ⊗ Empleado del Gobierno, Municipios o Corporaciones Públicas
2. ⭕ Empleado del Gobierno Federal
3. ⭕ Empleado de Empresa Privada
4. ⭕ Retirado/Pensionado

Su ocupación  Maestro de Escuela   6110   Ocupación cónyuge

E. ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:
1. ⭕ Casado
(Ennegrezca aquí ⭕ si se acoge al cómputo opcional y pase al Anejo CO Individuo)
2. ⊗ Contribuyente individual
(Ennegrezca aquí ⭕ si es casado con capitulaciones de total separación de bienes e indique nombre y seguro social del cónyuge arriba)
3. ⭕ Casado que rinde separado
(Indique nombre y seguro social del cónyuge arriba)

PASE A LA PAGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.

### Reintegro

| | | | |
|---|---|---|---|
| 1. CONTRIBUCION PAGADA EN EXCESO (Encasillado 1, línea 14. Indique distribución en las líneas A, B y C) .... **01** | (01) | 900 | 00 |
| A) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan .... | (02) | 0 | 00 |
| B) Aportación al Fondo Especial para la Universidad de Puerto Rico .... | (03) | 0 | 00 |
| C) REINTEGRAR (Si desea que se le deposite el reintegro directamente en su cuenta, complete el Encasillado de Depósito) .... | (04) | 900 | 00 |

### Pago

| | | | |
|---|---|---|---|
| 2. TOTAL NO PAGADO DE LA CONTRIBUCION (Encasillado 1, línea 14) .... | (05) | 0 | 00 |
| 3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado .... | (06) | 0 | 00 |
| (b) Intereses .... | (07) | 0 | 00 |
| (c) Recargos 0 y Penalidades 0 .... | (08) | 0 | 00 |
| 4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a)) .... | (10) | 0 | 00 |

### Depósito

AUTORIZACION PARA DEPOSITO DIRECTO DE REINTEGRO

| Tipo de cuenta | Número de ruta/tránsito | Número de su cuenta |
|---|---|---|
| ⊗ Cheques ⭕ Ahorros | 021502011 | 072134828 |

Cuenta a nombre de:  JOSE SANTIAGO MELENDEZ                y
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que la información incluida en esta planilla, anejos y documentos que se acompañan, ha sido examinada por mi y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

| Firma del Contribuyente | Fecha | Firma del Cónyuge | Fecha |
|---|---|---|---|
| ✓ Firmada Electrónicamente | 14-03-2012 | ✓ | |

| **04** Nombre del Especialista (Letra de Molde) | Nombre de la Firma o Negocio | | |
|---|---|---|---|
| Luis A. Torres | Luis A. Torres | | |

| Número de Registro | Número de Identificación Patronal | Especialista por cuenta propia (ennegrezca aquí) ⊗ | Firma del Especialista | Fecha |
|---|---|---|---|---|
| 19571 | 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 | | Firmada Electrónicamente | 14-03-2012 |

NOTA AL CONTRIBUYENTE: Indique si hizo pagos por la preparación de su planilla: ⊗ Si ⭕ No. Si contestó "Si", exija la firma y el número de registro del Especialista

Formulario
Form 499R-2/W-2PR
Rev. 10.11

**09-1-00**

GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

INFORMACION PARA EL DEPARTAMENTO DE HACIENDA
INFORMATION FOR THE TREASURY / SOCIAL SECURITY INFORMATION
SOCIAL SECURITY Y INFORMACION

| | |
|---|---|
| 1. Nombre - First Name | JOSE R |
| Apellido(s) - Surname(s) | SANTIAGO MELENDEZ |
| Dirección Postal del Empleado - Employee's Mailing Address | VILLA MADRID B9 Calle 2 Cosmo PR 00789-0000 |
| 2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address | DEPT EDUCACION CAESAR GONZALEZ San Juan PR 00919-0000 |
| Número de teléfono del Patrono - Employer's Telephone Number | |
| Fecha Cese de Operaciones - Cease of Operations Date: | |
| Número Control - Control Number | 116459114 |

| | | |
|---|---|---|
| 3. Núm. Seguro Social - Social Security No. | | 7. Sueldos - Wages **25,510** | 17. Total Sueldos Seguro Social - Social Security Wages 0 |
| 4. Núm. de Identificación Patronal - Employer's Ident. No. (EIN) | | 8. Comisiones - Commissions 0 | |
| 5. Fecha en que comenzó a recibir la pensión - Date in which you started to receive your pension | | 9. Concesiones - Allowances 0 | 18. Seguro Social Retenido - Social Security Tax Withheld 0 |
| 6. Costo de Pensión o Anualidad - Cost of Pension or Annuity 0 | 6A. Costo de la cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage 0 | 10. Propinas - Tips 0 | 19. Total Sueldos y Prop. Medicare - Medicare Wages and Tips 0 |
| 6B. Donativos - Charitable Contributions 0 | | 11. Total = 7 + 8 + 9 + 10 **25,510** | 20. Contrib. Medicare Retenida - Medicare Tax Withheld 0 |
| | | 12. Gastos Reembolsados - Reimbursed Expenses 0 | 21. Propinas Seguro Social - Social Security Tips 0 |
| | | 13. Cont. Retenida - Tax Withheld **867** | 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips 0 |
| | | 14. Fondo de Retiro Gubernamental - Governmental Retirement Fund **2,205** | 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips 0 |
| | | 15. Aportaciones a Planes Cualific. Contributions to CODA PLANS 0 | |
| | | 16. Salarios bajo Ley Núm. 324 de 2004 - Salaries under Act No. 324 of 2004 0 | |
| | | 16A. Aportaciones al Programa "Ahorra y Duplica tu Dinero" - Contributions to the Save and Double your Money Program 0 | |

Instrucciones al dorso - Instructions on back

Copia B para Planillas
del Empleado

Copy B for Employee's
Tax Return

Año:
Year: **2011**

Número Retiro - Control Number

Pensión: ☐    Federal: ☐

Conservalan diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas.
Retention: Ten (10) years from the filing date in the Returns Processing Bureau.

Formulario
Form 499R-2/W-2PR
Rev. 10.11

GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

INFORMACION PARA EL DEPARTAMENTO DE HACIENDA
DEPARTMENT OF THE TREASURY INFORMATION

INFORMACION PARA EL SEGURO SOCIAL
SOCIAL SECURITY INFORMATION

09**.00

1. Nombre - First Name
JOSE R

Apellido(s) - Surname(s)
SANTIAGO MELENDEZ

Dirección Postal del Empleado - Employee's Mailing Address
VILLA MADRID B9 Calle 2 Caimo PR 00769-0000

2. Nombre y Dirección Postal del Patrono
Employer's Name and Mailing Address
CESAR GONZALEZ San Juan PR 00919-0000

DEPT EDUCACION

Número de Teléfono del Patrono
Employer's Telephone Number

Fecha Cese de Operaciones:
Cease of Operations Date:

Número Control - Control Number
116503829

3. Núm. Seg. Social - Social Security No.

4. Núm. de Identificación Patronal
Employer's Id. No. (EIN)

5. Fecha en que comenzó a recibir la pensión - Date in which you started to receive the pension

6. Costo de Pensión o Anualidad
Cost of Pension or Annuity

6A. Costo de un plan de salud auspiciada por el patrono - Cost of employer-sponsored health coverage
0

6B. Donativos - Charitable Contributions
0

Instrucciones al dorso - Instructions on back

Conservar diez (10) Años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas
Retener diez (10) years from this filing date in the Returns Processing Bureau.

Copia B para Planillas
del Empleado
Copy B for Employee's
Tax Return

Año:
Year: 2011

7. Sueldos - Wages
3,599

8. Comisiones - Commissions
0

9. Concesiones - Allowances
0

10. Propinas - Tips
0

11. Total = 7 + 8 + 9 + 10
3,599

12. Gastos Reembolsados
Reimbursed Expenses
0

13. Cont. Retenida - Tax Withheld
287

14. Fondo de Retiro Gubernamental
Governmental Retirement Fund
323

15. Aportaciones a Planes Cualific.
Contributions to CODA PLANS
0

16. Salarios bajo Ley Núm. 324 de 2004
Salaries under Act No. 324 of 2004
0

16A. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program
0

17. Total Sueldos Seguro Social
Social Security Wages
0

18. Seguro Social Retenido
Social Security Tax Withheld
0

19. Total Sueldos y Pro. Medicare
Medicare Wages and Tips
0

20. Contrib. Medicare Retenida
Medicare Tax Withheld
0

21. Propinas Seguro Social
Social Security Tips
0

22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips
0

23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips
0

Pensión: ☐

Federal: ☐

Formulario 482   Rev.  12.10

| FORMA LARGA | PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE EN ESTE LUGAR) | | | Número de Serie |
|---|---|---|---|---|

| Liquidador | Revisor | **2010** | GOBIERNO DE PUERTO RICO<br>DEPARTAMENTO DE HACIENDA | **2010** | PLANILLA ENMENDADA |
|---|---|---|---|---|---|

PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2010 O AÑO COMENZADO EL

| R | G | RO | V1 | V2 | P1 | P2 | N | D1 | D2 | E | A | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

1  de   enero   de  2010  Y TERMINADO EL   31  de  diciembre  de 2010

FALLECIDO DURANTE EL AÑO: _____ Día Mes Año
Sello de Pago

**Nombre del Contribuyente**   Inicial   Apellido Paterno   Apellido Materno
JOSE          R     SANTIAGO      MELENDEZ

Número de Seguro Social Contribuyente

Fecha de Nacimiento    Sexo  ○ M  ⊗ F
Día  Mes  Año

**Dirección Postal**
URB. VILLA MADRID

CALLE 4 Z-18

COAMO          PR      Código Postal   00769-0000

Número de Seguro Social Cónyuge

Fecha de Nacimiento del Cónyuge

"Coloque la etiqueta engomada (Label) aquí".

**Nombre e Inicial del Cónyuge**   Apellido Paterno   Apellido Materno

Incapacitado:
○ Contribuyente  ○ Cónyuge

**Dirección Residencial Completa** (Barrio o Urbanización, Número, Calle)
URB. VILLA MADRID
CALLE 4 Z-18

Teléfono Residencia
7874537056

COAMO          PR  _____   Código Postal   00769-0000

Teléfono del Trabajo

Número de Recibo: _____

**Correo Electrónico (E-Mail)**   rafa.lucha@yahoo.com

CAMBIO DE DIRECCION: ○ Si ⊗ No

Importe: _____

---

**Encasillado 1**

|  | SI | NO |  |
|---|---|---|---|
| A. | ⊗ | ○ | ¿Ciudadano de Estados Unidos? |
| B. | ⊗ | ○ | ¿Residente de Puerto Rico al finalizar el año? |
| C. | ○ | ⊗ | ¿Obligación de hacer pagos a ASUME? |
| D. | ○ | ⊗ | ¿Otros ingresos exentos de contribución? (Someta Anejo)<br>Indique total $_____ 0 |

**ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:**
1. ○ Casado que vivía con su cónyuge y rinde planilla conjunta
2. ○ Casado que no vivía con su cónyuge (No jefe de familia)
   (Indique nombre y seguro social del cónyuge arriba)
3. ○ Jefe de familia (No para casados)
4. ⊗ Soltero
5. ○ Casado que rinde por separado (Indique nombre y seguro social del cónyuge)

**FUENTE DE MAYOR INGRESO:**
E. ⊗ Empleado del Gobierno, Municipios o Corporaciones Públicas
F. ○ Empleado del Gobierno Federal
G. ○ Empleado de Empresa Privada
Su ocupación   Maestro de Escuela   6110   Ocupación cónyuge _____

H. ○ Retirado/Pensionado
I. ○ Trabajo Cuenta Propia (Indique la industria o negocio principal)

**CONTRATO GOBIERNO**
○ Contribuyente  ○ Cónyuge

**PLANILLA 2011**
⊗ ESPAÑOL  ○ INGLES

---

○ Ennegrezca aquí si se acoge al cómputo opcional de la contribución en el caso de personas casadas que viven juntas, rinden planilla conjunta y que ambos trabajen. No complete los Encasillados 2 y 3, ni las líneas 15 a la 25 Encasillado 4, y pase al Anejo CO Individuo.

---

**Encasillado 2**

| | Sello de Recibido | 1. Sueldos, Comisiones, Concesiones y Propinas | A-Contribución Retenida | B-Sueldos, Comisiones, Concesiones y Propinas |
|---|---|---|---|---|
| | | | 1,138 \|00 | 23,566 \|00 |
| | | (00) SUMINISTRE LOS COMPROBANTES DE RETENCION<br>(Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique). | 0 \|00 | 0 \|00 |
| | 24-03-2011 11:44:19 AM | | 0 \|00 | 0 \|00 |
| | | | 0 \|00 | 0 \|00 |
| | | (01) Total de comprobantes con esta planilla .. [1] | 1,138 \|00 | 23,566 \|00 |
| | | | Contribución Retenida | Salarios Federales |
| | | C- Salarios del Gobierno Federal (Véanse instrucciones)(01) | 0 \|00 | (02)  0 \|00 |

2.  Otros Ingresos (o Pérdidas):

| | | |
|---|---|---|
| A) | Ingreso de intereses (Anejo F Individuo, Parte I, línea 10) .............................................. | (03)  0 \|00 |
| B) | Participación distribuible en beneficios de sociedades especiales (Someta Anejo F Individuo y Anejo R) ... | (04)  0 \|00 |
| C) | Participación distribuible en pérdidas de sociedades especiales (Someta Anejo R) ........................ | (05)  0 \|00 |
| D) | Dividendos de corporaciones y distribuciones de sociedades sujetos a retención (Anejo F Individuo, Parte II, línea 1A) ... | (06)  0 \|00 |
| E) | Dividendos de corporaciones y distribuciones de sociedades no sujetos a retención (Anejo F Individuo, Parte II, línea 3B) ... | (07)  0 \|00 |
| F) | Participación distribuible en beneficios de corporaciones de individuos (Someta Anejo F Individuo) .......... | (08)  0 \|00 |
| G) | Distribuciones de Planes Gubernamentales (Anejo F Individuo, Parte V, líneas 1C y 1D) .................... | (09)  0 \|00 |
| H) | Ingresos misceláneos (Someta Anejo F Individuo) ..................................................... | (10)  0 \|00 |
| I) | Distribuciones de Cuentas de Retiro Individual y Cuentas de Aportación Educativa (Someta Anejo F Individuo) | (11)  0 \|00 |
| J) | Dividendos de Fondo de Capital de Inversión o Turismo (Someta Anejo Q1) ............................... | (12)  0 \|00 |
| K) | Ingresos de anualidades y pensiones (Anejo H Individuo, Parte II, línea 12) ............................. | (13)  0 \|00 |
| L) | Pensión recibida por divorcio o separación (Núm. seguro social del que paga: _____) (14)............. | (15)  0 \|00 |
| M) | Ganancia (o pérdida) atribuible a industria o negocio (Someta Anejo K Individuo) ....................... | (16)  0 \|00 |
| N) | Ganancia (o pérdida) atribuible a la agricultura (Someta Anejo L Individuo) ............................. | (17)  0 \|00 |
| O) | Ganancia (o pérdida) atribuible a profesiones y comisiones (Someta Anejo M Individuo) ................... | (18)  894 \|00 |
| P) | Ganancia (o pérdida) atribuible a alquiler (Someta Anejo N Individuo) ................................. | (19)  0 \|00 |

*Planilla Radicada Electrónicamente*

Formulario
Form 499R-2 / W-2PR
Rev. 5.11

GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

INFORMACION PARA EL DEPARTAMENTO DE HACIENDA - INFORMATION FOR THE DEPARTMENT OF THE TREASURY

INFORMACION PARA EL SEGURO SOCIAL - INFORMATION FOR SOCIAL SECURITY

| Field | Value |
|---|---|
| 1. Nombre - First Name | JOSE R |
| Apellido(s) - Surname(s) | SANTIAGO MELENDEZ |
| Direccion Postal del Empleado - Employee's Mailing Address | URB. VILLA MADRID CALLE 4 Z-18 COAMO PR 00769 |
| 2. Nombre y Direccion Postal del Patrono - Employer's Name and Mailing Address | DEPARTAMENTO DE EDUCACION |
| | HA 'O REY PR |
| Numero de Telefono del Patrono - Employer's Telephone Number | |
| Fecha Cese de Operaciones: Cease of Operations Date: | |
| Numero Control - Control Number | 107609294 |

| 3. Num. Seguro Social - Social Security No. | |
| 4. Num. Identif. Patronal - Employer Ident. No. (EIN) | |
| 5. Fecha en que comenzo a recibir la pension - Date on which you started to receive the pension | |
| 6. Costo de Pension o Anualidad - Cost of Pension or Annuity | 0 |

Año - Year: **2010**
Tax Return
Copia B para Planillas
Copy B for Employee's
del Empleado
Copia B para Planillas

Pensión: ☐    Federal: ☐

Fecha de radicacion: 31 de enero - Filing date: January 31
Instrucciones al dorso de Copia D - Instructions on back of Copy D

| No. | Description | Amount |
|---|---|---|
| 7. Sueldos - Wages | 23,566 |
| 8. Comisiones - Commissions | 0 |
| 9. Concesiones - Allowances | 0 |
| 10. Propinas - Tips | 0 |
| 11. Total = 7 + 8 + 9 + 10 | 23,566 |
| 12. Gastos Reembolsados Reimbursed Expenses | 0 |
| 13. Contrib. Retenida - Tax Withheld | |
| 14. Fondo de Retiro - Retirement Fund | 2,030 |
| 15. Aportaciones a Planes Cualific. Contributions to CODA PLANS | 0 |
| 16. Salarios bajo Ley Num. 324 de 2004 Salaries under Act No. 324 of 2004 | 0 |

| No. | Description | Amount |
|---|---|---|
| 17. Total Sueldos Seguro Social Social Security Wages | 0 |
| 18. Seguro Social Retenido Social Security Tax Withheld | 0 |
| 19. Total Sueldos y Pro. Medicare Medicare Wages and Tips | 23,566 |
| 20. Contrib. Medicare Retenida Medicare Tax Withheld | 341 |
| 21. Propinas Seguro Social Social Security Tips | 0 |
| 22. Propinas No Retenidas loc al fin. Retinc. en Propinas - Uncollected Social Security Tax on Tips | 1,138 |
| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0 |
| 24. Sueldos y Propinas bajo Ley HIRE de 2010 - Wages and Tips under HIRE Act of 2010 | 0 |

Planilla Radicada Electrónicamente

| | | | SM -Quincenal | | Aviso #: | |
|---|---|---|---|---|---|---|
| | | | Desde: 02/05/2009 | | Fecha Aviso: 02/13/2009 | |
| | | | 02/18/2009 | | | |

| JOSE R. SANTIAGO MELENDEZ | # Empleado: | | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| URB. VILLA MADRID C-4 Z-18 | Dept: | 8005021-Ponce Coamo | Estado Civil: | Single | Claiming no personal exem |
| COAMO, PR 00769 | Lugar: | Purificacion Rodriguez | Concesiones: | 0 | |
| | Titulo: | DEPARTAMENTO DE EDUCACION | Pct. Adcl.: | | 0 |
| SS: | Sueldo: | $1,850.00 Monthly | Cant. Adcl.: | | |

| HORAS E INGRESOS | | | | | | | IMPUESTOS | | |
|---|---|---|---|---|---|---|---|---|---|
| | | --- Corriente --- | | --- Acumulado --- | | | | | |
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | 925.00 | 180.00 | 2,775.00 | | | Fed FICA Med Hospital Ins / EE | 13.41 | 40.24 |
| | | | | | | | PR Withholding | 50.75 | 152.25 |
| Total: | | 925.00 | 180.00 | 2,775.00 | | | Total: | 64.16 | 192.49 |

| DEDUCCIONES | | | DEDUCCIONES GENERALES | | | BENEFICIOS PATRONALES PAGADOS | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
| GPR Plan de Retiro de Maestro | 83.25 | 249.75 | SM-Preferred Health | 130.00 | 390.00 | GPR Plan de Retiro de Maestro | 78.63 | 235.89 |
| | | | | | | FSED Disability Plan | 15.73 | 47.19 |
| | | | | | | SM-Preferred Health | 0.00 | 120.00 |
| Total: | 83.25 | 249.75 | Total: | 130.00 | 390.00 | * Tributable | | |

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 925.00 | 0.00 | 64.16 | 213.25 | 647.59 |
| Acumulado: | 2,775.00 | 0.00 | 192.49 | 639.75 | 1,942.76 |

| PTO HORAS | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

| DISTRIBUCION PAGA NETA | |
|---|---|
| Aviso #3239821 | 647.59 |
| Total: | 647.59 |

MENSAJE:

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

**Fecha**
**02/13/2009**

**Aviso No.**
**3239821**

**Cant. Deposito:**   $647.59

A la
Cuenta(s) De

**JOSE R. SANTIAGO MELENDEZ**
URB. VILLA MADRID C-4 Z-18
COAMO, PR 00769

| DISTRIBUCION DE DEPOSITO DIRECTO | | |
|---|---|---|
| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| Checking | 072134828 | $647.59 |

Formulario 482  Rev.  11.08

## FORMA LARGA

| Liquidador | Revisor |
|---|---|

○ PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE EN ESTE LUGAR)

**2008** ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA **2008**
PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2008 O AÑO COMENZADO EL
1 de enero de 2008 Y TERMINADO EL 31 de diciembre de 2008

Número de Serie

○ PLANILLA ENMENDADA

○ FALLECIDO DURANTE EL AÑO: Día Mes Año

Sello de Pago

| R | G | RO | V1 | V2 | P1 | P2 | N | D1 | D2 | E | A | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Nombre del Contribuyente | Inicial | Apellido Paterno | Apellido Materno |
|---|---|---|---|
| JOSE | R | SANTIAGO MELENDEZ | |

Dirección Postal
URB. VILLA MADRID
CALLE 4 Z-18
COAMO PR   Código Postal 00769

"Coloque la etiqueta engomada (Label) aquí".

Nombre e Inicial del Cónyuge   Apellido Paterno   Apellido Materno

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)
URB. VILLA MADRID CALLE 4 Z-18
COAMO PR   Código Postal 00769

Correo Electrónico (E-Mail)

Número de Seguro Social Contribuyente

Fecha de Nacimiento   Sexo
Día   Mes   Año   ○ M   ○ F
Número de Seguro Social Cónyuge

Fecha de Nacimiento del Cónyuge
Día   Mes   Año

Teléfono Residencia
(787) 453-7056
Teléfono del Trabajo

CAMBIO DE DIRECCION
○ Sí   ○ No

Número de Recibo: _____
Importe: _____

### Encasillado 1

SI   NO
A. ○ ○ ¿Ciudadano de Estados Unidos?
B. ○ ○ ¿Residente de Puerto Rico al finalizar el año?
C. ○ ○ ¿Ingresos exentos de Lotería de Puerto Rico?
D. ○ ○ ¿Ingresos de premios de jugadas en Hipódromo?
E. ○ ○ ¿Otros ingresos exentos de contribución? (Someta Anejo)
F. ○ ○ ¿Obligación de hacer pagos a ASUME?

FUENTE DE MAYOR INGRESO:
G. ● Empleado del Gobierno, Municipios o Corporaciones Públicas
H. ○ Empleado del Gobierno Federal
I. ○ Empleado de Empresa Privada
Su ocupación   Maestro de Escuela   6110   Ocupación cónyuge

ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:
1. ○ Casado que vivía con su cónyuge y rinde planilla conjunta
2. ○ Casado que no vivía con su cónyuge (No jefe de familia)
   (Indique nombre y seguro social del cónyuge arriba)
3. ○ Jefe de familia (No para casados)
4. ● Soltero
5. ○ Casado que rinde por separado (Indique nombre y seguro social del cónyuge)

J. ○ Retirado/Pensionado
K. ○ Trabajo Cuenta Propia (Indique la industria o negocio principal)

CONTRATO GOBIERNO
○ CONTRIBUYENTE   ○ CONYUGE
PLANILLA 2009
○ ESPAÑOL   ○ INGLES

○ Ennegrezca aquí si se acoge al cómputo opcional de la contribución en el caso de personas casadas que viven juntas, rinden planilla conjunta y que ambos trabajan. No complete los Encasillados 2 y 3, ni las líneas 15 a 25 del Encasillado 4, y pase al Anejo CO Individuo.

### Encasillado 2

Sello de Recibido
Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
1160 Guayama Coamo
RECIBIDO
APR 07 2009
SIN PAGO
SECRETARIO DE HACIENDA
08-2783

1. Sueldos, Comisiones, Concesiones y Propinas

○ SUMINISTRE LOS COMPROBANTES DE RETENCION (Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique).

01 Total de comprobantes con esta planilla ..   1

| | A-Contribución Retenida | | B-Sueldos, Comisiones, Concesiones y Propinas | |
|---|---|---|---|---|
| | 1,445 | 00 | 25,110 | 00 |
| | | 00 | | 00 |
| | | 00 | | 00 |
| | | 00 | | 00 |
| | 1,445 | 00 | 25,110 | 00 |

Contribución Retenida   Salarios Federales

C- Salarios del Gobierno Federal (Véanse instrucciones) (01) _____ (02) _____ 00

2. Otros Ingresos (o Pérdidas)

| | | | |
|---|---|---|---|
| A) | Ingreso de intereses (Anejo F Individuo, línea 10) | (03) | 00 |
| B) | Participación distribuible en beneficios de sociedades especiales (Someta Anejo F Individuo y Anejo R) | (04) | 00 |
| C) | Participación distribuible en pérdidas de sociedades especiales (Someta Anejo R) | (05) | 00 |
| D) | Dividendos de corporaciones y distribuciones de sociedades sujetos a retención (Anejo F Individuo, Parte II, línea 1A) | (06) | 00 |
| E) | Dividendos de corporaciones y distribuciones de sociedades no sujetos a retención (Anejo F Individuo, Parte II, línea 3B) | (07) | 00 |
| F) | Participación distribuible en beneficios de corporaciones de individuos (Someta Anejo F Individuo) | (08) | 00 |
| G) | Distribuciones de Planes Gubernamentales (Anejo F Individuo, Parte V, líneas 1C y 1D) | (09) | 00 |
| H) | Ingresos misceláneos (Someta Anejo F Individuo) | (10) | 00 |
| I) | Distribuciones de Cuentas de Retiro Individual y Cuentas de Aportación Educativa (Someta Anejo F Individuo) | (11) | 00 |
| J) | Dividendos de Fondo de Capital de Inversión o de Turismo (Someta Anejo Q1) | (12) | 00 |
| K) | Ingresos de anualidades y pensiones (Anejo H Individuo, Parte II, línea 12) | (13) | 00 |
| L) | Pensión recibida por divorcio o separación (Núm. seguro social del que paga: _____ ) (14) | (15) | 00 |
| M) | Ganancia (o pérdida) atribuible a industria o negocio (Someta Anejo K Individuo) | (16) | 00 |
| N) | Ganancia (o pérdida) atribuible a la agricultura (Someta Anejo L Individuo) | (17) | 00 |
| O) | Ganancia (o pérdida) atribuible a profesiones y comisiones (Someta Anejo M Individuo) | (18) | 2,900 00 |
| P) | Ganancia (o pérdida) atribuible a alquiler (Someta Anejo N Individuo) | (19) | 00 |
| Q) | Ganancia (o pérdida) en la venta o permuta de activos de capital (Someta Anejo D Individuo) | (20) | 00 |
| R) | Planes calificados y Contratos de Anualidad Variable (Someta Anejo D Individuo) | (21) | 00 |

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

| | | INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
|---|---|---|---|
| **1. Nombre-First Name** JOSE | **3. Núm. Seguro Social** Social Security No. | **7. Sueldos - Wages** 25110.26 | **17. Total Sueldos Seguro Social** Social Security Wages 0.00 |
| **Apellido(s) - Surname(s)** SANTIAGO MELENDEZ | **4. Núm. de Ident. Patronal** Employer's Ident. No. (EIN) | **8. Comisiones - Commissions** 0.00 | **18. Seguro Social Retenido** Social Security Tax Withheld 0.00 |
| **Dirección Postal del Empleado-Employee's Mailing Address** URB. VILLA MADRID C-4 Z-18 | | **9. Concesiones - Allowances** 0.00 | **19. Total Sueldos y Pro. Medicare** Medicare Wages and Tips 25110.26 |
| | **5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension** | **10. Propinas - Tips** 0.00 | **20. Contrib. Medicare Retenida** Medicare Tax Withheld 364.10 |
| | Día Day   Mes Month   Año Year | **11. Total=7+8+9+10** 25110.26 | |
| **2. Nombre y Dirección Postal del Patrono** Employer's Name and Mailing Address L8002150542 P RODRIGUE DEPT DE EDUCACION-MAESTROS AVENIDA TENIENTE CESAR GONZALE ESQUINA CALAF HATO REY, PR 00919 | **6. Costo de Pensión o Anualidad** Cost of Pension or Annuity 0.00 | **12. Gastos Reembolsados** Reimbursed Expenses 0.00 | **21. Propinas Seguro Social** Social Security Tips 0.00 |
| | | **13. Cont. Retenida - Tax Withheld** 1445.02 | **22. Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips** 0.00 |
| | **Copia C para Récord del Empleado** **Copy C for Employee's Records** | **14. Fondo de Retiro** Retirement Fund 1980.98 | |
| **Número de Teléfono del Patrono** Employer's Telephone Number | | **15. Aportaciones a Planes Cualific.** Contributions to CODA PLANS 0.00 | **23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips** 0.00 |
| **Fecha de Cese de Operaciones:** Día Day Mes Month Año Year Cease of Operations Date: | **Año:** **2008** **Year:** | **16. Salarios bajo Ley Núm. 324 de 2004** Salaries under Act No. 324 of 2004 0.00 | 0.00 |
| **Número de Control - Control Number** 017555278 | | | |

Reproducido por: Departamento de Hacienda

Formulario 482   Rev.  10.07

| FORMA LARGA | ○ PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE EN ESTE LUGAR) | | Número de Serie |
|---|---|---|---|

| Liquidador | Revisor |
|---|---|

R  G  R0  V1  V2  P1  P2  N  D1  D2  E  A  M

**2007**   ESTADO LIBRE ASOCIADO DE PUERTO RICO   **2007**
DEPARTAMENTO DE HACIENDA
PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2007 O AÑO COMENZADO EL

1 de *enero* de 07 Y TERMINADO EL *31* de *dic* de *07*

○ PLANILLA ENMENDADA
○ FALLECIDO DURANTE EL AÑO: ___ Día ___ Mes ___ Año

Sello de Pago

Nombre del Contribuyente  Inicial  Apellido Paterno  Apellido Materno

JOSE  Santiago Melendez

Dirección Postal

Villa Madrid Z-18 Calle 4

Coamo P.R.   Código Postal  00769

"Coloque la etiqueta engomada (Label) aquí".

Número de Seguro Social Contribuyente

Fecha de Nacimiento   Sexo
Día  Mes  Año       ○ M  ○ F

Número de Seguro Social Cónyuge

Fecha de Nacimiento del Cónyuge
Día  Mes  Año

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
1166 - Colecturía Coamo
**PAGADO**
APR 1 4 2008
SECRETARIO DE HACIENDA

Nombre e Inicial del Cónyuge  Apellido Paterno  Apellido Materno

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)

Código Postal

Correo Electrónico (E-Mail)

Teléfono Residencia ( )

Teléfono del Trabajo ( )

CAMBIO DE DIRECCION  ○ Sí  ○ No

Número de Recibo  07084
Importe  7800

## Encasillado 1

**SI   NO**

A. ○ ○ ¿Ciudadano de Estados Unidos?
B. ○ ○ ¿Residente de Puerto Rico al finalizar el año?
C. ○ ○ ¿Ingresos exentos de Lotería de Puerto Rico?
D. ○ ○ ¿Ingresos de premios de jugadas en Hipódromo?
E. ○ ○ ¿Otros ingresos exentos de contribución? (Someta Anejo)
F. ○ ○ ¿Obligación de hacer pagos a ASUME?

**ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:**
1. ○ Casado que vivía con su cónyuge y rinde planilla conjunta
2. ○ Casado que no vivía con su cónyuge (No jefe de familia)
   (Indique nombre y seguro social del cónyuge arriba)
3. ○ Jefe de familia (No para casados)
4. ○ Soltero
5. ○ Casado que rinde por separado (Indique nombre y seguro social del cónyuge)

**FUENTE DE MAYOR INGRESO:**
G. ○ Empleado del Gobierno, Municipios o Corporaciones Públicas
H. ○ Empleado del Gobierno Federal
I. ○ Empleado de Empresa Privada

Su ocupación _____  Ocupación cónyuge _____

J. ○ Retirado/Pensionado
K. ○ Trabajo Cuenta Propia (Indique la industria o negocio principal)

**CONTRATO GOBIERNO**
○ CONTRIBUYENTE  ○ CONYUGE

**PLANILLA 2008**
○ ESPAÑOL  ○ INGLES

## Encasillado 2

Sello de Recibido
Estado Libre Asociado de Puerto Rico
Colecturía
1166-Coamo
**RECIBIDO**
APR 1 4 2008
CON PAGO

| | A-Contribución Retenida | | B-Sueldos, Comisiones, Concesiones y Propinas |
|---|---|---|---|
| 1. Sueldos, Comisiones, Concesiones y Propinas | | | |
| ○ SUMINISTRE LOS COMPROBANTES DE RETENCION (Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique). | 1,181 00 | 21,738 00 |
| | 308 00 | 2,500 00 |
| | 00 | 00 |
| | 00 | 00 |
| ○ Total de comprobantes con esta planilla .. [2] | 1,489 00 | 24,238 00 |
| | Contribución Retenida | | Salarios Federales |

C- Salarios del Gobierno Federal (Véanse instrucciones) ........................................ (01) | 00 | (02) | 00

2. Otros Ingresos (o Pérdidas):

| | | |
|---|---|---|
| A) Ingreso de intereses (Anejo F Individuo, Parte I, línea 10) | (03) | 00 |
| B) Participación distribuible en beneficios de sociedades especiales (Someta Anejo F Individuo y Anejo R) | (04) | 00 |
| C) Participación distribuible en pérdidas de sociedades especiales (Someta Anejo R) | (05) | 00 |
| D) Dividendos de corporaciones y distribuciones de sociedades sujetos a retención (Anejo F Individuo, Parte II, línea 1A) | (06) | 00 |
| E) Dividendos de corporaciones y distribuciones de sociedades no sujetas a retención (Anejo F Individuo, Parte II, línea 3B) | (07) | 00 |
| F) Participación distribuible en beneficios de corporaciones de individuos (Someta Anejo F Individuo) | (08) | 00 |
| G) Distribuciones de Planes Gubernamentales (Anejo F Individuo, Parte V, líneas 1C y 1D) | (09) | 00 |
| H) Ingresos misceláneos (Someta Anejo F Individuo) | (10) | 00 |
| I) Distribuciones de Planes de Retiro Individual y Cuentas de Aportación Educativa (Someta Anejo F Individuo) | (11) | 00 |
| J) Dividendos de Fondo de Capital de Inversión o de Turismo (Someta Anejo Q1) | (12) | 00 |
| K) Ingresos de anualidades y pensiones (Anejo H Individuo, Parte II, línea 12) | (13) | 00 |
| L) Pensión recibida por divorcio o separación (Núm. seguro social del que paga: _____ ) (14) | (15) | 00 |
| M) Ganancia (o pérdida) atribuible a industria o negocio (Someta Anejo K Individuo) | (16) | 00 |
| N) Ganancia (o pérdida) atribuible a la agricultura (Someta Anejo L Individuo) | (17) | 00 |
| O) Ganancia (o pérdida) atribuible a profesiones y comisiones (Someta Anejo M Individuo) | (18) | 5,570 |
| P) Ganancia (o pérdida) atribuible a alquiler (Someta Anejo N Individuo) | (19) | 00 |
| Q) Ganancia (o pérdida) en la venta o permuta de activos de capital y Planes cualificados (Someta Anejo D Individuo) | (20) | 00 |

nulario
n 499R-2/W-2 PR
. 06.07

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**

COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

| | |
|---|---|
| 1. Nombre-First Name<br>JOSE | 3. Núm. Seguro Social<br>Social Security No. |
| Apellido(s) - Surname(s)<br>SANTIAGO MELENDEZ | 4. Núm. de Ident. Patronal<br>Employer's Ident. No. (EIN.) |
| Dirección Postal del Empleado-Employee's Mailing Address<br>URB. VILLA MADRID C-4 Z-18 | 5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension |
| COAMO, PR 00769 | Dia / Day — Mes / Month — Año / Year |
| 2. Nombre y Dirección Postal del Patrono<br>Employer's Name and Mailing Address<br>L8002150526 S RIVERA<br>DEPT DE EDUCACION-MAESTROS<br>AVENIDA TENIENTE CESAR GONZALE<br>ESQUINA CALAF<br>HATO REY, PR 00919 | 6. Costo de Pensión o Anualidad<br>Cost of Pension or Annuity<br>0.00 |

Copia C para Récord
del Empleado

Copy C for Employee's
Records

Año: **2007**
Year:

Número de Teléfono del Patrono
Employer's Telephone Number

Fecha de Cese de Operaciones: Dia / Day — Mes / Month — Año / Year
Cease of Operations Date:

Número de Control - Control Number
**45472726**

**INFORMACION PARA EL DEPARTAMENTO DE HACIENDA**
DEPARTMENT OF THE TREASURY INFORMATION

| | |
|---|---|
| 7. Sueldos - Wages | 21737.50 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total=7+8+9+10 | 21737.50 |
| 12. Gastos Reembolsados<br>Reimbursed Expenses | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 1181.60 |
| 14. Fondo de Retiro<br>Retirement Fund | 1866.48 |
| 15. Aportaciones a Planes Cualific.<br>Contributions to CODA PLANS | 0.00 |
| 16. Salarios bajo Ley Núm. 324 de 2004<br>Salaries under Act No. 324 of 2004 | 0.00 |

**INFORMACION PARA EL SEGURO SOCIAL**
SOCIAL SECURITY INFORMATION

| | |
|---|---|
| 17. Total Sueldos Seguro Social<br>Social Security Wages | 0.00 |
| 18. Seguro Social Retenido<br>Social Security Tax Withheld | 0.00 |
| 19. Total Sueldos y Pro. Medicare<br>Medicare Wages and Tips | 21737.50 |
| 20. Contrib. Medicare Retenida<br>Medicare Tax Withheld | 315.19 |
| 21. Propinas Seguro Social<br>Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido<br>en Propinas - Uncollected<br>Social Security on Tips | 0.00 |
| 23. Contrib. Medicare no Retenida<br>en Propinas - Uncollected<br>Medicare Tax on Tips | 0.00 |

Reproducido por: Departamento de Hacienda

Formulario 482.1 Rev. 09.06

## FORMA LARGA

| Liquidador | Revisor |
|---|---|

R G RO V1 V2 P1 P2 N D E A M

○ PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE EN ESTE LUGAR)

**2006** ESTADO LIBRE ASOCIADO DE PUERTO RICO **2006**
DEPARTAMENTO DE HACIENDA
PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2006 O AÑO COMENZADO EL
1 de enero de 06 Y TERMINADO EL 31 de diciembre de 06

Número de Serie

○ PLANILLA ENMENDADA

○ FALLECIDO DURANTE EL AÑO: __/__/__ Día Mes Año

Sello de Pago

**Nombre del Contribuyente** | Inicial | **Apellido Paterno** | **Apellido Materno**
José R. | | Santiago Meléndez

**Dirección Postal**
Villa Madrid Z-18 Calle #4
Coamo, P.R. Código Postal 00769

Número de Seguro Social Contribuyente

Fecha de Nacimiento | Sexo
Día Mes Año | ○M ○F

Número de Seguro Social Cónyuge

"Coloque la etiqueta engomada (Label) aquí".

**Nombre e Inicial del Cónyuge** | **Apellido Paterno** | **Apellido Materno**

Fecha de Nacimiento Cónyuge
Día Mes Año

**Dirección Residencial Completa** (Barrio o Urbanización, Número, Calle)

Teléfono Residencia ( )

Teléfono del Trabajo ( )

Código Postal

**Correo Electrónico (E-Mail)**

CAMBIO DE DIRECCION
○ Sí ○ No

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
1166 - Colecturia - Coamo
PAGADO
13 ABR. 2007
AGL
SECRETARIO DE HACIENDA

Número de Recibo: 09011
Importe: 23.00

**ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:**

| | SI | NO | |
|---|---|---|---|
| A. | ○ | ○ | ¿Ciudadano de Estados Unidos? |
| B. | ○ | ○ | ¿Residente de Puerto Rico al finalizar el año? |
| C. | ○ | ○ | ¿Ingresos exentos de Lotería de Puerto Rico? |
| D. | ○ | ○ | ¿Ingresos de premios de jugadas en Hipódromo? |
| E. | ○ | ○ | ¿Otros ingresos exentos de contribución? **(Someta Anejo)** |
| F. | ○ | ○ | ¿Obligación de hacer pagos a ASUME? |

1. ○ Casado que vivía con su cónyuge y rinde planilla conjunta
2. ○ Casado que no vivía con su cónyuge (No jefe de familia)
(Indique nombre y seguro social del cónyuge arriba)
3. ○ Jefe de familia (No para casados)
4. ○ Soltero
5. ○ Casado que rinde por separado (Indique nombre y seguro social del cónyuge)

**FUENTE DE MAYOR INGRESO:**
G. ○ Empleado del Gobierno, Municipios o Corporaciones Públicas
H. ○ Empleado del Gobierno Federal
I. ○ Empleado de Empresa Privada

J. ○ Retirado/Pensionado
K. ○ Trabajo Cuenta Propia (Indique la industria o negocio principal)

**CONTRATO GOBIERNO**
○ CONTRIBUYENTE   ○ CONYUGE

**PLANILLA 2007**
○ ESPAÑOL ○ INGLES

Su ocupación Maestro | 6110 | Ocupación cónyuge

**Encasillado 2**

Sello de Recibido

1. Sueldos, Comisiones, Concesiones y Propinas

(00) SUMINISTRE LOS COMPROBANTES DE RETENCION
(Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique).

(01) Total de comprobantes con esta planilla .. 2

| | A-Contribución Retenida | | B-Sueldos, Comisiones, Concesiones y Propinas | |
|---|---|---|---|---|
| | 1,444 | 00 | 21,550 | 00 |
| | | 00 | | 00 |
| | | 00 | | 00 |
| | | 00 | | 00 |
| | 1,444 | 00 | 21,550 | 00 |

| | Contribución Retenida | | Salarios Federales | |
|---|---|---|---|---|

C- Salarios del Gobierno Federal (Véanse instrucciones) .................................... (01) | | 00 | (02) | |

2. Otros Ingresos (o Pérdidas):

| | | | | | | |
|---|---|---|---|---|---|---|
| A) | Ingreso de intereses (Anejo F Individuo, Parte I, línea 10) ................................................................ | (03) | | | | |
| B) | Participación distribuible en beneficios de sociedades especiales (Someta Anejo F Individuo y Anejo R) .... | (04) | | | | |
| C) | Participación distribuible en pérdidas de sociedades especiales (Someta Anejo R) ................................ | (05) | | | | |
| D) | Dividendos de corporaciones y distribuciones de sociedades sujetos a retención (Anejo F Individuo, Parte II, líneas 1A a la 1C, según aplique) | (06) | | | | |
| E) | Dividendos de corporaciones y distribuciones de sociedades no sujetos a retención (Anejo F Individuo, Parte II, línea 3D) .... | (07) | | | | |
| F) | Participación distribuible en beneficios de corporaciones de individuos (Someta Anejo F Individuo) ............ | (08) | | | | |
| G) | Distribuciones de Planes Gubernamentales (Anejo F Individuo, Parte V, líneas 1C y 1E) ........................ | (09) | | | | |
| H) | Ingresos misceláneos (Someta Anejo F Individuo) ........................................................................ | (10) | | | | |
| I) | Distribuciones de Cuentas de Retiro Individual y Cuentas de Aportación Educativa (Someta Anejo F Individuo) .... | (11) | | | | |
| J) | Dividendos de Fondo de Capital de Inversión o de Turismo (Someta Anejo Q1) ...................................... | (12) | | | | |
| K) | Ingresos de anualidades y pensiones (Anejo H Individuo, Parte II, línea 12) ........................................ | (13) | | | | |
| L) | Pensión recibida por divorcio o separación (Núm. seguro social del que paga: _____ ) | (14) | | | | |
| M) | Ganancia (o pérdida) atribuible a industria o negocio (Someta Anejo K Individuo) ................................ | (16) | | | | |
| N) | Ganancia (o pérdida) atribuible a la agricultura (Someta Anejo L Individuo) ........................................ | (17) | | | | |
| O) | Ganancia (o pérdida) atribuible a profesiones y comisiones (Someta Anejo M Individuo) ........................ | (18) | | 4,390 | | |
| P) | Ganancia (o pérdida) atribuible a alquiler (Someta Anejo N Individuo) ................................................ | (19) | | | | |
| Q) | Ganancia (o pérdida) en la venta o permuta de activos de capital y Planes cualificados (Someta Anejo D Individuo) .... | (20) | | | | |
| R) | Ganancia neta de capital a largo plazo en Fondos de Inversión (Someta Anejo Q1) ................................ | (21) | | | | |

**Estado Libre Asociado de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 12/01/2005 |
| Hasta: | 12/01/2005 |

# Cheque: 02116181

Fecha: 11/28/2005

**JOSE R. SANTIAGO MELENDEZ**
URB. VILLA MADRID C-4 Z-18
COAMO PR  00769

SS:

| | |
|---|---|
| # Empleado: | |
| Dept: | 8005021-Ponce Coamo |
| Oficina: | Rio Jueyes |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $1,700.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Claiming no personal exem |
| Concesiones: | 0 | |
| Pct. Adcl.: | | 0 |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| Descripcion | Corriente Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Bono de Navidad | | | 1,000.00 | | 1,000.00 |
| Pago de Salarios Regulares | | | 0.00 | 1,206.00 | 16,825.00 |
| Pago Retroactivo Regular | | | 0.00 | | 1,215.00 |
| **Total:** | | | **1,000.00** | **1,206.00** | **19,040.00** |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed MED/EE | 14.50 | 276.08 |
| PR Withholding | 80.00 | 1,258.24 |
| **Total:** | **94.50** | **1,534.32** |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 0.00 | 1,623.67 |
| **Total:** | **0.00** | **1,623.67** |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | **0.00** | **0.00** |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| FSED Disability Plan | 17.00 | 323.72 |
| GPR Plan de Retiro de Maestro | 0.00 | 1,533.44 |
| SM-Plan Hospital Menonita | 0.00 | 700.00 |

* Tributable

## TOTAL BRUTO

| | |
|---|---|
| Corriente: | 1,000.00 |
| Acumulado: | 19,040.00 |

## TOTAL IMPUESTOS

| | |
|---|---|
| | 94.50 |
| | 1,534.32 |

## DEDUCCIONES TOTALES

| | |
|---|---|
| | 0.00 |
| | 1,623.67 |

## PAGA NETA

| | |
|---|---|
| | 905.50 |
| | 15,882.01 |

## PTO HORAS / ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA

| | |
|---|---|
| Cheque #02116181 | 905.50 |
| **Total:** | **905.50** |

**MENSAJE:** " QUE EL PROXIMO A&O TE COLME DE PAZ,  PROSPERIDAD Y VERDADERO PROGRESO A  TI  Y A TU FAMILIA . "

Formulario 481   Rev. 05.04

**FORMA CORTA**

| Liquidador | R | M | V1 | V2 | P1 |
| --- | --- | --- | --- | --- | --- |
| Revisor | P2 | N | D | E | A | G |

Empieza Completamente los Ovalos. Ejempl
PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE E

ESTADO LIBRE ASOCIADO DE PUERTO
DEPARTAMENTO DE HACIENDA
**PLANILLA DE CONTRIBUCION SOBRE INGRESO**

AÑO CONTRIBUTIVO 2004 O AÑO COMENZADO EL

1 de enero de 2004 y terminado el 31 de dic de 04

PLANILLA    ENMENDADA
FALLECIDO DURANTE EL AÑ

Número de Seguro Social    Número de Seguro Social Cónyuge

Sello de Pago

138025 S2323 P1 ************5-DIGIT 00769
SANTIAGO MELENDEZ,JOSE R    C  E
VILLA MADRID
Z18 CALLE 4
COAMO, PR 00769-2758

Sexo: M F
Fecha de Nacimiento Contribuyente
Dia  Mes  Año
Fecha de Nacimiento Cónyuge
Dia  Mes  Año
Cambio de Direccion: Si No
Planilla 2005.

APR 15 200
SELLO # 331

Nombre e inicial del Cónyuge    Apellido Paterno    Apellido Materno

Direccion Residencial Completa (Barrio o Urbanizacion, Numero, Calle)
Urb. Villa Madrid
Calle # 4 Z-18
Coamo, P.R.

Telefono Residencia
7 8 7 8 2 5 3 8 4 8

Telefono Oficina

Código Postal 00769

Número de Recibo    06233
Importe    202.00

**Encasillado 1**

| | SI | NO | |
| --- | --- | --- | --- |
| a. | | | ¿Ciudadano de Estados Unidos? |
| b. | | | ¿Residente de Puerto Rico al finalizar el año? |
| c. | | | ¿Ingresos exentos de Loteria de Puerto Rico? |
| d. | | | ¿Ingresos de premios de jugadas en Hipodromo? |
| e. | | | ¿Otros ingresos exentos de contribución? |
| f. | | | ¿Obligación de hacer pagos a ASUME? |

**FUENTE DE MAYOR INGRESO:**

g. Empleado del Gobierno, Municipios y Corporaciones Públicas
h. Empleado de Gobierno Federal
i. Empleado de Empresa Privada
j. Retirado/Pensionado

**OCUPACION (Anote el Código):**
Contrib ayudta
Maestro    6 1 1 0
Conyuge

Sello de Recibido

**ESTADO PERSONAL AL FINALIZAR SU AÑO CONTRIBUTIVO:**

1. Casado que vivia con su conyuge y rinde planilla conjunta
2. Casado que no vivia con su conyuge (No jefe de familia) (Indique nombre y seguro social del cónyuge)
3. Jefe de familia (No para casados)
4. Soltero

**Encasillado 2**

| | | A-Contribución Retenida | B-Sueldos, Comisiones, Concesiones y Propinas |
| --- | --- | --- | --- |
| 1. | Sueldos, Comisiones, Concesiones y Propinas **SUMINISTRE LOS COMPROBANTES DE RETENCION** (Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique). 00 | 1,249. ,212. | 19,380. 3,520 |
| | Total (Núm. de comprobantes con esta planilla) 01    2 | 1,461 | 22,900 |
| 2. | Salarios del Gobierno Federal (Véanse instrucciones) | | |
| 3. | Ingresos de Anualidades y Pensiones (Anejo H Individuo, Parte II, línea 12) | | |

Formulario
Form 499R-2/W-2 PR
Rev. 05.04

**ESTADO LIBRE ASOCIADO DE PUERTO ~~~~ - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**

COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

INFORMACI... ARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION

SEC... SOCIAL SECURITY INFORMATION

| | | |
|---|---|---|
| 1. Nombre-First Name<br>JOSE | 3. Núm. Seguro Social<br>Social Security No. | 8. Sueldos - Wages<br>19,380.45 | 17. Total Sueldos Seguro Social<br>Social Security Wages<br>0.00 |
| Apellido(s) - Surname(s)<br>SANTIAGO MELENDEZ | 4. Estado Civil - Civil Status<br>Soltero ☐ Casado ☐<br>Single    Married | 9. Comisiones - Commissions<br>0.00 | 18. Seguro Social Retenido<br>Social Security Tax Withheld<br>0.00 |
| Dirección Postal del Empleado-Employee's Mailing Address<br>URB. VILLA MADRID C-4 Z-18<br>COAMO, PR 00769 | 5. Núm. Seguro Social Cónyuge<br>Spouse's Social Security No. | 10. Concesiones - Allowances<br>0.00 | 19. Total Sueldos y Pro. Medicare<br>Medicare Wages and Tips<br>19,380.45 |
| 2. Nombre y Dirección Postal del Patrono<br>Employer's Name and Mailing Address<br>L8002158131 ESC URB NU<br>DEPT DE EDUCACION-MAESTROS<br>AVENIDA TENIENTE CESAR GONZALE<br>ESQUINA CALAF<br>HATO REY, PR 00919 | 6. Núm. de Ident. Patronal<br>Employer's Ident. No. (EIN) | 11. Propinas - Tips<br>0.00 | 20. Contrib. Medicare Retenida<br>Medicare Tax Withheld<br>281.02 |
| | 7. Costo de Pensión o Anualidad<br>Cost of Pension or Annuity | 12. Total=8+9+10+11<br>19,380.45 | 21. Propinas Seguro Social<br>Social Security Tips<br>0.00 |
| Número de Teléfono del Patrono<br>Employer's Telephone Number | **Copia C para Récord del Empleado**<br>**Copy C for Employee's Records** | 13. Gastos Reembolsados<br>Reimbursed Expenses<br>0.00 | 22. Seguro Social no Retenido<br>en Propinas - Uncollected<br>Social Security on Tips<br>0.00 |
| Fecha de Cese de Operaciones<br>Cease of Operations Date | | 14. Cont. Retenida - Tax Withheld<br>1,249.03 | |
| Número de Control - Control Number<br>39190603 | **Año:**<br>**Year:** **2004** | 15. Fondo de Retiro<br>Retirement Fund<br>1,654.31 | 23. Contrib. Medicare no Retenida<br>en Propinas - Uncollected<br>Medicare Tax on Tips<br>0.00 |
| Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas<br>Conservation: Ten (10) years from the filing date in the Return Processing Bureau | | 16. Aportaciones a Planes Cualific.<br>Contributions to CODA PLANS<br>0.00 | |

08578486

Reproducido por: Departamento de Hacienda

VEA INSTRUCCIONES AL DORSO - SEE INSTRUCTIONS ON BACK
CUADRUPLICADO PARA QUIEN RECIBE EL PAGO - QUADRUPLICATE FOR THE PAYEE'S RECORD

COMPUTER EXPERT GROU...

---

**INSTRUCCIONES**

Viene obligado a rendir planilla de contribución sobre ingresos:
* todo individuo soltero (o casado, pero que no vivía con su cónyuge), que durante el año contributivo tuviere un ingreso bruto de más de $3,300;
* todo individuo casado que vivía con su cónyuge, que durante el año contributivo tuviere individual o conjuntamente con éste un ingreso bruto de más de $6,000.

**PENALIDAD -** El Código de Rentas Internas de Puerto Rico de 1994, según enmendado (Código), dispone lo siguiente: Cualquier persona obligada bajo cualquier Subtítulo del Código a rendir una planilla o declaración, que voluntariamente dejare de rendir dicha planilla o declaración dentro del término o términos fijados por el Subtítulo correspondiente o por reglamentos, en adición a otras penalidades provistas por el Código, será culpable de un delito menos grave y castigada con multa no mayor de $500 ó reclusión por un término n mayor de seis meses, o ambas penas, más las costas del proceso. En aquellos casos en que cualquier persona voluntariamente dejare de rendir dicha planilla o declaración (dentro de los términos fijados por el Subtítulo correspondiente o por reglamentos) con la intención de evadir o derrotar cualquier contribución impuesta por el Código, en adición a otra penalidades provistas por el Código, será culpable de un delito grave y castigada con multa no mayor de $20,000 ó reclusión por un término fijo de tres años. De mediar circunstancia agravantes, la pena establecida podrá ser aumentada hasta un máximo de cinco años. De mediar circunstancias atenuantes, podrá ser reducida hasta un máximo de dos años, o ambas penas, a discreción del Tribunal, más las costas del proceso.

**Todo individuo que reciba esta declaración, debe rendir la Planilla de Contribución sobre Ingresos de Individuos - Forma Larga.**
**Además, le recordamos que la cantidad retenida puede reclamarse como crédito contra la contribución a pagar.**

**INSTRUCTIONS**

The income tax returns must be filed by:
* every individual single (or married, one who does not live with his/her spouse), who during the taxable year had a gross income of more than $3,300;
* every married individual who lives with his/her spouse, who during the taxable year had individually or jointly, a gross income of more than $6,000.

**PENALTY -** The Puerto Rico Internal Revenue Code of 1994, as amended (Code), provides the following: Any person liable under any Subtitle of the Code to file a return or statement, who willfully fails to file such return or statement within the term or terms established by the corresponding Subtitle or by regulations, in addition to other penalties provided by the Code, shall be guilty of a misdemeanor and upon conviction thereof, punished by a fine of not more than $500 or by imprisonment for a term of not more than six months, or both penalties plus the costs of prosecution. In the case of any person who willfully fails to file such return or statement (within the terms established by the corresponding Subtitle or by regulations) with the intention to evade or defeat any tax imposed by the Code, in addition to other penalties provided by the Code, shall be guilty of a felony and upon conviction thereof, punished by a fine of not more than $20,000 or imprisonment for a fixed term of three years. If there were aggravating circumstances, the established penalty may be increased to a maximum of five years. If there were extenuating circumstances, it may be reduced to a maximum of two years, or both penalties, at the discretion of the Court, plus the costs of prosecution.

PARA EL DISTRITO DE PUERTO RICO

**Réplica**

24 de febrero de 2020

rafa.lucha@hotmail.com

José R. Santiago Meléndez

Urbanización Villa Madrid B-9  Calle #2

Coamo, Puerto Rico, 00769

Teléfono (787) 453-7056

En el asunto de:
JUNTA DE SUPERVISION Y ADMINISTRACION
FINANCIERA PARA PUERTO RICO.
                   Como representante de:
ESTADO LIBRE ASOCIADO DE PUERTO RICO y Otros

PROMESA, Título III
Número 17 BK 3283-LTS
**La presente radicación guarda relación con el ELA
y el SRE**

**Epígrafe**

**NOTIFICACION DE LA NONAGESIMA PRIERA OBJECION GLOBAL ( NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE LAS LEYES PUERTORRIQUEÑAS NO ESPECIFICADAS.**

**Número de reclamación: 157796**

Mediante esta misiva solicito al **Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico**, que declare a lugar la objeción global en relación al reclamo por el pago  de la *Ley #89 Romerazo*,  ya que el mismo no fue adjudicado ni pagado por la Ley de Quiebras de Puerto Rico.

Trabajo para el Gobierno de Puerto Rico, Rico en la Agencia del  Departamento de Educación durante desde el año 2000 hasta el presente, sin recibir el pago por el aumento o incentivo del gobierno para ese entonces.  Estimo que durante esos años se me adeuda la cantidad aproximada de **$ 19,200.**

También deseo solicitar al tribunal que sea diligente y acepte mi objeción por estar fuera de la fecha indicada.  El haber excedido la fecha límite se debe a las consecuencias de los temblores y sismos que han ocurrido en PuertoRico; por tanto no se pudo enviar en o antes del 18 de febrero de 2020.  Por consiguiente no estaba la información completa en su totalidad en la réplica.  Se adjunta documentación justificativa para evidenciar la objeción.  Tal documentación son mis planillas desde el año 2004 hasta el año 2019 o talonarios lo que aplique, donde se demuestra que laboré  para el Gobierno de Puerto Rico el cual nunca me otorgó el aumento que por ley me correspondía.

Cordialmente,

José R. Santiago Meléndez

## TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
## PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| En el asunto de:<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>como representante de<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO y otros,<br><br><div align="right">Deudores.</div> | PROMESA,<br>Título III<br><br>Núm. 17 BK 3283-LTS<br><br>(Administrada conjuntamente)<br><br>**La presente radicación guarda relación con el ELA y el SRE.** |

### NOTIFICACIÓN DE LA NONAGÉSIMA PRIMERA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE LAS LEYES PUERTORRIQUEÑAS NO ESPECIFICADAS

**SI SU RECLAMO ESTÁ INCLUIDO EN EL <u>ANEXO A</u> DE LA OBJECIÓN GLOBAL, EL ELA Y EL SRE SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

**SI SU RECLAMO ES MENCIONADO EN EL <u>ANEXO A</u>, DEBERÁ LEER DETENIDAMENTE ESTA NOTIFICACIÓN Y LA OBJECIÓN GLOBAL Y COMENTARLAS CON SU ABOGADO. SI NO TIENE ABOGADO, ES POSIBLE QUE DESEE ACUDIR A UNO.**

**OBSÉRVESE QUE** el 24 de octubre de 2019, el Estado Libre Asociado de Puerto (el "<u>ELA</u>") y el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("<u>SRE</u>"), a través de la Junta de Supervisión y Administración Financiera para Puerto Rico (la "<u>Junta de Supervisión</u>"), como representante del ELA y del SRE conforme al artículo 315(b) de la Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico ("<u>PROMESA</u>"),[1] radicaron la *Nonagésima objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto a los Reclamos deficientes en los que se alegan intereses sobre la base de las*

---

[1] PROMESA ha sido codificada en el Título 48 U.S.C., §§ 2101-2241.

*leyes puertorriqueñas no especificadas* (la "Objeción global") ante el Tribunal de Distrito de los Estados para el Distrito de Puerto Rico (el "Tribunal"). [2]

---

### SÍNTESIS

- **COMPRUEBE SI SU(S) RECLAMO(S) SE MENCIONA(N) EN EL ANEXO A DE LA OBJECIÓN GLOBAL.**

- **Si su(s) reclamo(s) NO se menciona(n) en el Anexo A, la Objeción global no afectará a su reclamo, por lo que NO tendrá que realizar ninguna acción.**

- **Si su(s) reclamo(s) se menciona(n) en el Anexo A de la Objeción global, el ELA y el SRE solicitan que su(s) reclamo(s) que se mencione(n) en el Anexo A sea(n) rechazado(s) porque, como se explicó en la Objeción global que acompaña este documento, el expediente de los Deudores indican que su reclamo es deficiente. La Objeción global y el Anexo A de la objeción global proporcionan detalles adicionales sobre los reclamos deficientes en cuestión.**

- **Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.**

- **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

---

**SI NO CONTESTA CONFORME A LA PRESENTE NOTIFICACIÓN, EL TRIBUNAL PODRÁ CONCEDER EL REMEDIO SOLICITADO EN LA OBJECIÓN GLOBAL SIN OTRA NOTIFICACIÓN NI VISTA.**

---

### NOTIFICACIÓN IMPORTANTE CONFORME A LA REGLA LOCAL 3007-1

Cualquiera de las partes a la que se haya notificado la presente Objeción global, o cualquier otra parte de la acción que objete al remedio aquí solicitado, deberá radicar y enviar una réplica a la Objeción global a la secretaría del Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico antes de las **04:00 p.m. (AST)** del **26 de noviembre de 2019**, salvo extensión por escrito por parte del ELA o el SRE. Si no se radica ninguna réplica en el plazo mencionado, se considerará que no se ha opuesto a la Objeción global, por lo que esta podrá ser declarada ha lugar, salvo que: 1) el remedio solicitado esté legalmente prohibido; 2) el remedio solicitado sea contrario al orden público; o 3) a criterio del Tribunal, el interés de la justicia exija otra cosa. Si radica una réplica en tiempo, el Tribunal podrá convocar una vista.

---

[2] Los términos en mayúscula utilizados que no estén definidos en el presente documento tendrán el significado que les haya sido atribuido en la Objeción global.

**Información muy importante relativa a la elección, por parte de las Demandantes, para radicar una réplica**

**Quién tiene la obligación de radicar una réplica.** Cualquiera de las partes que impugne la Objeción global tiene la obligación de radicar una respuesta de conformidad con los procedimientos aquí establecidos. Si la parte cuyo reclamo quede sujeto a la Objeción global no radica ni notifica una réplica de conformidad con los procedimientos aquí establecidos, el Tribunal podrá declarar ha lugar a la Objeción global en relación con tal reclamo sin más notificaciones a la demandante.

**Quién NO tiene la obligación de radicar una réplica.** Si usted no se opone al remedio solicitado en la Objeción global, no tendrá que radicar ninguna réplica por escrito a la Objeción global ni tendrá que comparecer en la vista sobre la Objeción global (según se explica abajo). Además, la Objeción global solo se aplica a los reclamos mencionados en el Anexo A relativo a la Objeción global, cuya copia está disponible en línea, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si su reclamo no se menciona en el Anexo A de la Objeción global, no será necesario radicar ninguna réplica.

**Fecha límite para radicar una réplica.** Su réplica se considerará radicada dentro de los plazos establecidos solo si la radica ante el Tribunal y la notifica antes de las **04:00 p.m. (AST) del 26 de noviembre de 2019**, salvo extensión por escrito por parte del ELA o el SRE, o previa solicitud por escrito dirigida al Tribunal y una orden del Tribunal que extienda la fecha límite.

---

**La fecha límite para radicar y notificar una réplica se cumple a las 04:00 p.m. (AST) del 26 de noviembre de 2019.**

---

**Vista sobre la Objeción global.** Si se radica y notifica una réplica de manera adecuada conforme a la presente notificación, se celebrará una vista sobre la Objeción global y la réplica a las **09:30 a.m. (AST) del 11 de diciembre de 2019** ante su señoría, Laura Taylor Swain, en el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767. Si radica una réplica a la Objeción global, deberá hacer planes para comparecer en la vista sobre la Objeción global. Sin embargo, el ELA y el SRE se reservan el derecho, previa notificación con tres (3) días hábiles de antelación, a paralizar la vista sobre la Objeción global y la réplica.

Los Deudores podrán radicar una contestación a su réplica o contestación en un alegato oral durante la vista. Los Deudores podrán radicar su contestación en un plazo máximo de siete (7) días naturales antes de la celebración de la vista sobre la Objeción global y la réplica.

---

**EL TRIBUNAL SOLO TENDRÁ EN CONSIDERACIÓN SU RÉPLICA SI ESTA SE RADICA Y NOTIFICA ANTES DE LA FECHA LÍMITE PARA RESPONDER DE CONFORMIDAD CON LAS INSTRUCCIONES ESTABLECIDAS EN LA PRESENTE NOTIFICACIÓN.**

---

**Lo que hay que radicar con la réplica**. Su réplica a la Objeción global <u>deberá</u> contener la siguiente información:

(i) <u>Datos de contacto</u>. La réplica deberá contener el **nombre**, la **dirección**, el **número de teléfono** y la **dirección de correo electrónico** 1) de la demandante que responda; 2) del abogado o representante designado de la demandante al que los abogados del ELA del SRE deban notificar una respuesta a la réplica, en su caso; o 3) de la parte con potestad para reconciliar, llegar a un acuerdo o de otro modo resolver la Objeción global en nombre de la demandante.

(ii) <u>Epígrafe.</u> La réplica deberá contener un epígrafe que incluya el nombre del Tribunal, los nombres de los Deudores, el número de procedimiento, el Título de la Objeción global con la que guarde relación la réplica, y el/los número(s) de las evidencias de reclamos relacionados de Prime Clerk (que se enumeran en el <u>Anexo A</u> de la Objeción global y están disponibles en línea, de manera gratuita, en https://cases.primeclerk.com/puertorico).

(iii) <u>Motivo(s) para oponerse a la Objeción global</u>. La réplica deberá explicar con concisión los motivos por los que el Tribunal no debe declarar ha lugar a la Objeción global a su reclamo, incluidos los fundamentos de hecho y de derecho que la demandante vaya a invocar al oponerse a la Objeción global.

(iv) <u>Documentación justificativa</u>. Si ya no está incluida en la evidencia de reclamo, la contestación deberá contener una copia de cualquier otra documentación u otras evidencias relativas al reclamo que la demandante vaya a invocar al oponerse a la Objeción global; <u>con la salvedad</u> de que la demandante no tendrá que revelar en la contestación ninguna información confidencial o reservada o que esté protegida de cualquier otra forma; y también <u>con la salvedad</u> de que la demandante revelará al ELA y al SRE toda la información y proporcionará copias de la totalidad de los documentos que considere que son confidenciales o reservados o que estén protegidos de cualquier otra forma y que tenga la intención de invocar en apoyo de su reclamo, con sujeción a las restricciones de confidencialidad pertinentes.

**Dónde y cómo radicar y notificar una réplica**. Todas las réplicas deberán radicarse de forma electrónica ante el Tribunal con el nombre de expediente *En el asunto de: Estado Libre Asociado de Puerto Rico*, núm. de procedimiento 17 BK 3283-LTS. Hay dos métodos que puede utilizar para radicar su réplica:

1. **En línea**. Los usuarios inscritos en el sistema del Tribunal de radicación de causas deberán radicar su réplica de forma electrónica en un formato de documento que permita hacer búsquedas.

2. **Por correo postal**. Si usted no es un abogado que sea usuario inscrito en el sistema del Tribunal de radicación de causas, podrá radicar y notificar una réplica por correo postal dirigida a la Secretaría del Tribunal, a la Junta de Supervisión y al Comité de Acreedores a las siguientes direcciones:

Secretaría (*Clerk's Office*)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

Abogado de la Junta de Supervisión (*Counsel for the Oversight Board*)
Proskauer Rose LLP
Eleven Times Square
Nueva York, Nueva York 10036-8299
A/A: Martin J. Bienenstock
Brian S. Rosen

Abogado del Comité de Acreedores (*Counsel for the Creditors' Committee*)
Paul Hastings LLP
200 Park Avenue
Nueva York, Nueva York 10166
A/A: Luc A. Despins
James Bliss
James Worthington
G. Alexander Bongartz

SU RÉPLICA deberá enviarse para que se reciba por la Secretaría, la Junta de Supervisión y el Comité de Acreedores a más tardar a las **04:00 p.m. (AST)** del **26 de noviembre de 2019**, salvo extensión por escrito por parte del ELA o el SRE o previa solicitud por escrito dirigida al Tribunal y una orden del Tribunal que extienda la fecha límite.

Si no puede radicar y notificar una réplica en línea o por correo postal, según se especificó anteriormente, podrá radicar una réplica en persona en la siguiente dirección a más tardar a las **04:00 p.m. (AST)** del **26 de noviembre de 2019**, salvo extensión por escrito por parte del ELA o el SRE o previa solicitud por escrito dirigida al Tribunal y una orden del Tribunal que extienda la fecha límite:

Secretaría (*Clerk's Office*)
Tribunal de Distrito de los Estados Unidos
#150 Chardon Avenue
Federal Building
San Juan (Puerto Rico) 00918

Su réplica deberá incluir un certificado de notificación que indique la forma en la que se ha efectuado la notificación.

Si tiene alguna pregunta sobre cómo radicar y notificar una réplica, incluidas preguntas sobre el sistema del tribunal de radicación de causas, comuníquese con **Prime Clerk** llamando al **número directo (844) 822-9231**.

**Reserva de derechos**. NINGUNA DISPOSICIÓN CONTENIDA EN LA OBJECIÓN GLOBAL O EN LA PRESENTE NOTIFICACIÓN SE CONSIDERA NI CONSIDERARÁ QUE

CONSTITUYE UNA RENUNCIA A CUALESQUIERA DERECHOS DEL ELA O DEL CRE, O DE CUALQUIER OTRA PARTE INTERESADA EN LAS CAUSAS RADICADAS CONFORME AL TÍTULO III, A IMPUGNAR CUALESQUIERA RECLAMOS; A HACER VALER CONTRARECLAMOS, DERECHOS A COMPENSACIÓN O RECUPERACIÓN, O CONTESTACIONES, A OBJETAR A RECLAMOS (O A OTROS RECLAMOS O CAUSAS RADICADAS DE UNA DEMANDANTE) ADUCIENDO CUALQUIER MOTIVO QUE NO SE HAYA ALEGADO PREVIAMENTE EN UNA OBJECIÓN, SALVO QUE EL TRIBUNAL HAYA DECLARADO HA LUGAR A UN RECLAMO U ORDENADO OTRA COSA; O A SOLICITAR QUE SE DECLARE HA LUGAR CUALQUIER RECLAMO EN EL FUTURO. A SU DEBIDO TIEMPO, LAS PARTES AFECTADAS RECIBIRÁN LA NOTIFICACIÓN PERTINENTE DE TODO ELLO.

---

### Recursos adicionales y con quién comunicarse en el caso de que tenga que formular preguntas

Todos los documentos enviados en el marco de las causas radicadas conforme al Título III, incluidas copias de los reclamos radicados utilizando CM/ECF, se encuentran disponibles en línea, de manera gratuita, en https://cases.primeclerk.com/puertorico. El mantenimiento de dicho sitio web lo realiza Prime Clerk; el sitio web incluye una base de datos que permite efectuar búsquedas y que ayuda a localizar documentos.

Para obtener información adicional sobre la Objeción global, el estado de su réplica, su reclamo o la presente notificación, comuníquese con Prime Clerk llamando a su número directo **(844) 822-9231** (número gratuito para Estados Unidos y Puerto Rico) o al **(646) 486-7944** (para llamadas desde el extranjero), disponibles entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español). También podrá enviar consultas a la siguiente dirección de correo electrónico: puertoricoinfo@primeclerk.com.

---



**GOBIERNO DE PUERTO RICO**

DEPARTAMENTO DE EDUCACIÓN

## Escuela Purificación Rodríguez Torres
### Distrito Escolar de Santa Isabel – Municipio de Coamo

*Oficina del Director*
*Dr. Ángel Santiago Rivera*

4 de marzo de 2020

A Quien Pueda Interesar:

Por la presente certifico, que el **Sr. José R. Santiago Meléndez** trabaja en la **Escuela Purificación Rodríguez Torres**, Distrito Escolar de Coamo en calidad de Maestro. Dicho empleado comenzó a trabajar en nuestra escuela en septiembre de 2000 hasta el presente año.

Cualquier duda al respecto, favor comunicarse al teléfono 787-825-1684.

Cordialmente,

Ángel L. Santiago Rivera, Ed.D
Director Escolar

SELLO ESCOLAR

**P.O. Box 2438 - Coamo, Puerto Rico 00769 - Tel. 787-825-1684 - d50542@de.pr.gov**

*El éxito comienza con la voluntad, y la voluntad se alcanza con la perseverancia.* Voluntad, Perseverancia, Éxito
El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico; ni por ser víctima de violencia doméstica, agresión o acecho.



Formulario 482   Rev.  23 oct 18

| Liquidador | Revisor | **2018** | GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA | **2018** |
|---|---|---|---|---|

Número de Serie

**1985767**

PLANILLA DE CONTRIBUCIÓN SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2018 O AÑO COMENZADO EL

| R | G | RO | V1 | V2 | P1 | P2 | N | D1 | D2 | E | A | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

☐ PLANILLA ENMENDADA

☐ FALLECIDO DURANTE EL AÑO:   Día   Mes   Año

1  de  enero  de 2018 Y TERMINADO EL  31  de  diciembre  de 2018

☐ CONTRIBUYENTE   ☐ CÓNYUGE

| Nombre del Contribuyente | Inicial | Apellido Paterno | Apellido Materno |
|---|---|---|---|
| JOSE | R | SANTIAGO | MELENDEZ |

Número de Seguro Social Contribuyente

☐ CÓNYUGE SUPÉRSTITE RINDE OTRA PLANILLA PARA
EL AÑO CONTRIBUTIVO (Indique seguro social y
fecha de defunción del cónyuge fallecido:      Día

Dirección Postal

Urb VILLA MADRID

Z18 Calle 4

Fecha de Nacimiento    Sexo
☐ M
☐ F

Sello de Recibido

| Coamo | | PR | Código Postal 00769-0000 |
|---|---|---|---|

Número de Seguro Social Cónyuge

Gobierno de Puerto Rico
Área de
Rentas Internas
RADICADO
ELECTRÓNICAMENTE
02-04-2019 08:05:25 AM
Francisco Tavárez
Secretario de Hacienda
DEPARTAMENTO DE HACIENDA

| Nombre e Inicial del Cónyuge | Apellido Paterno | Apellido Materno |
|---|---|---|
| MARTA   I | RIVERA | ESPADA |

Fecha de Nacimiento del
Cónyuge    Sexo
☐ M
☐ F

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)

Urb VILLA MADRID

Z18 Calle 4

Teléfono Residencia

**7874537056**

| Coamo | | PR | Código Postal   00769-0000 |
|---|---|---|---|

Teléfono del Trabajo

CAMBIO DE DIRECCIÓN: ☐ Sí ☒ No

Correo Electrónico (E-Mail)   rafa.lucha@hotmail.com

SOLICITÓ PRÓRROGA: ☐ Sí ☒ No    CONTRATO GOBIERNO: ☐ Contribuyente ☐ Cónyuge

**Cuestionario**

|  | SÍ | NO |  |
|---|---|---|---|
| A. | ☐ | ☒ | ¿Ciudadano de Estados Unidos? (Véanse instrucciones) |
| B. | ☒ | ☐ | ¿Residente de Puerto Rico durante todo el año? |

Si contestó "No", indique una de las siguientes:
1. Fecha de mudanza a P.R. (Día           )
2. Fecha de mudanza fuera de P.R. (Día           )
3. No residente durante todo el año

C. ☐ ☐ ¿Generó ingresos fuera del período de residencia en P.R. que no se
incluyen en esta planilla? (Si contestó "Sí", indique la cantidad):
1. Atribuible al contribuyente $      0
2. Atribuible al cónyuge $      0

D. ☐ ☐ ¿Otros ingresos excluidos o exentos de contribución?
(Someta Anejo IE Individuo)

E. ☐ ☐ ¿Individuo residente inversionista? (Someta Anejo F1 Individuo)

F. ☐ ☐ ¿Socio de una sociedad sujeta a tributación bajo el Código de Rentas
Internas Federal?

G. ☐ ☐ ¿Militar activo en zona de combate durante el año contributivo?
(Fecha en que cesó en el servicio: Día           )

H. ☐ ¿Médico cualificado bajo la Ley 14-2017?
1. ☐ Contribuyente (Núm. decreto           )
2. ☐ Cónyuge (Núm. decreto           )

**I. FUENTE DE MAYOR INGRESO:**
1. ☐ Empleado del Gobierno, Municipios o
Corporaciones Públicas
2. ☐ Empleado del Gobierno Federal
3. ☐ Empleado de Empresa Privada
4. ☐ Retirado/Pensionado
5. ☐ Trabajo Cuenta Propia (Indique la
industria o negocio principal)
6. ☐ Otro _____

**J. ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:**
1. ☒ Casado. ☐ (Enregrezca aquí   ☐ si se acoge al cómputo opcional y pase al Anejo CO Individuo)
2. ☐ Contribuyente individual
(Enregrezca e indique nombre y seguro social del cónyuge si es:
☐ Casado con capitulaciones de total separación de bienes
☐ Casado que no vivía con su cónyuge)
☐ Casado que rinde por separado
(Indique nombre y seguro social del cónyuge arriba)

| Ocupación del contribuyente | Maestro de Escuela | 6110 |
|---|---|---|
| Ocupación del cónyuge | Otros Oficios o Profesiones | 8110 |

**PASE A LA PÁGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.**    ⬤ 01

| | | (01) | 819 | 00 |
|---|---|---|---|---|

**Reintegro**

1. CONTRIBUCIÓN PAGADA EN EXCESO (Encasillado 3, línea 29). Indique distribución en las líneas A, B, C y D ... (02) | 0 | 00
A) Acreditar a la contribución estimada 2019 ................................................................ (03) | 0 | 00
B) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan ................................ (04) | 0 | 00
C) Aportación al Fondo Especial para la Universidad de Puerto Rico .................................... (05) | 819 | 00
D) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado de Depósito) (06) | 0 | 00

**Pago**

2. TOTAL NO PAGADO DE LA CONTRIBUCIÓN (Encasillado 3, línea 29) ...................................... (07) | 0 | 00
3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado .... (08) | 0 | 00
(b) Intereses ................................................. (09) | 0 | 00
(c) Recargos    0    y Penalidades    0
4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a) más líneas 3(b) y 3(c)) ................... (10) | 0 | 00

**Depósito**

AUTORIZACIÓN PARA DEPÓSITO DIRECTO DE REINTEGRO

| Tipo de cuenta | Número de ruta/tránsito | Número de su cuenta |
|---|---|---|
| ☐ Cheques ☐ Ahorros | 021502011 | 072134828 |

Cuenta a nombre de:   JOSE SANTIAGO MELENDEZ   y   MARTA RIVERA ESPADA
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que he examinado la información incluida en esta planilla, anejos y documentos que se acompañan, y que la misma es cierta, correcta y completa.
La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

| Firma del Contribuyente | Fecha | Firma del Cónyuge | Fecha |
|---|---|---|---|
| ✓ Firmada Electrónicamente | 02-04-2019 | ✓ Firmada Electrónicamente | 02-04-2019 |

Nombre del Especialista (Letra de Molde)    ⬤ 04    Nombre de la Firma o Negocio
Luis A Torres    Luis A Torres    Número de Registro

Formulario
Form 499R-2/W-2PR
Rev. 07.18

GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

**COMPROBANTE DE RETENCIÓN - WITHHOLDING STATEMENT**

222

| INFORMACIÓN PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION | INFORMACIÓN PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
|---|---|

1. Nombre - First Name

JOSE R

3. Núm. Seguro Social
Social Security No.

7. Sueldos - Wages
27,467

17. Total Sueldos Seguro Social
Social Security Wages
0

Apellido(s) - Last Name(s)

SANTIAGO MELENDEZ

8. Comisiones - Commissions
0

18. Seguro Social Retenido
Social Security Tax Withheld
0

4. Núm. de Ident. Patronal
Employer Ident. No. (EIN)

9. Concesiones - Allowances
0

Dirección Postal del Empleado - Employee's Mailing Address

Urb VILLA MADRID Z18 Calle 4 Coamo PR 00769-0000

5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage
0

10. Propinas - Tips
0

11. Total = 7 + 8 + 9 + 10
27,467

19. Total Sueldos y Pro. Medicare
Medicare Wages and Tips
27,467

Fecha de Nacimiento:
Date of Birth:      28-01-1973

6. Donativos
Charitable Contributions
0

12. Gastos Reemb. y Beneficios Marginales
Reimb. Expenses and Fringe Benefits
0

13. Cont. Retenida - Tax Withheld
835

20. Contrib. Medicare Retenida
Medicare Tax Withheld
398

2. Nombre y Dirección Postal del Patrono
Employer's Name and Mailing Address

DEPT EDUCACION
ESQUINA CALAF San Juan PR 00919

**Patrono: - Employer:**
Indique si la remuneración incluye pagos al empleado por:
Indicate if the remuneration includes payments to the employee for:

A- ☐ Servicios prestados por un médico cualificado bajo la Ley 14-2017
Services rendered by a qualified physician under Act 14-2017

B- ☐ Servicios domésticos
Domestic services

C- ☐ Otros / Others:

14. Fondo de Retiro Gubernamental
Governmental Retirement Fund
2,397

15. Aportaciones a Planes Calificados
Contributions to CODA PLANS
0

21. Propinas Seguro Social
Social Security Tips
0

Número de Teléfono del Patrono
Employer's Telephone Number

Salarios Exentos (Ver instrucciones)
Exempt Salaries (See instructions)

16. Código/Code       0

16A. Código/Code      0

16B.                  0

22. Seguro Social no Retenido
en Propinas - Uncollected
Social Security Tax on Tips
0

Fecha Cese de Operaciones:
Cease of Operations Date:

Número Confirmación de Radicación Electrónica
Electronic Filing Confirmation Number

F0717193216

16C. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program
0

23. Contrib. Medicare no Retenida
en Propinas - Uncollected
Medicare Tax on Tips
0

Número Control - Control Number

180048817

Año:
Year:   **2018**

Fecha de radicación: 31 de enero - Filing date: January 31

Planilla Radicada Electrónicamente

x ☐ W2
☐ W2C

Formulario 482 Rev. 4 dic 17

## FORMA ÚNICA 2017

Liquidador | Revisor

GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA

**PLANILLA DE CONTRIBUCIÓN SOBRE INGRESOS DE INDIVIDUOS**
AÑO CONTRIBUTIVO 2017 O AÑO COMENZADO EL

**2017**

| R | G | RO | V1 | V2 | P1 | P2 | N | D1 | D2 | E | A | M |
|---|---|----|----|----|----|----|---|----|----|---|---|---|

1 de enero de 2017 Y TERMINADO EL 31 de diciembre de 2017

Número de Serie

○ PLANILLA ENMENDADA
○ FALLECIDO DURANTE EL AÑO:   Día  Mes  Año
   ○ CONTRIBUYENTE   ○ CÓNYUGE
○ CÓNYUGE SUPÉRSTITE RINDE OTRA PLANILLA PARA EL AÑO CONTRIBUTIVO (Indique seguro social y fecha de defunción del cónyuge fallecido:
   Día  Mes  Año

**Nombre del Contribuyente** | Inicial | Apellido Paterno | Apellido Materno
JOSE | R | SANTIAGO | MELENDEZ

**Dirección Postal**
Urb VILLA MADRID
Z18 Calle 4
Coamo PR
00769
Código Postal

Número de Seguro Social Contribuyente

Fecha de Nacimiento  Sexo  ○ M  ○ F
Día  Mes  Año

Número de Seguro Social Cónyuge

Fecha de Nacimiento del Cónyuge  Sexo
Día  Mes  Año

Teléfono Residencia
(787) 453-7056
Teléfono del Trabajo

Sello de Recibo
05/04/2018
03:50:02 PM

**Nombre e Inicial del Cónyuge** | Apellido Paterno | Apellido Materno
MARTA | RIVERA | ESPADA

**Dirección Residencial Completa** (Barrio o Urbanización, Número, Calle)
Urb VILLA MADRID
Z18 Calle 4
Coamo PR
Código Postal 00769

Correo Electrónico (E-Mail) cara.lucha@hotmail.com

CAMBIO DE DIRECCIÓN: ○ Sí ○ No
SOLICITÓ PRÓRROGA: ○ Sí ○ No
CONTRATO GOBIERNO: ○ Contribuyente ○ Cónyuge

### Cuestionario

SÍ NO
A. ○○ ¿Ciudadano de Estados Unidos? (Véanse instrucciones)
B. ○○ ¿Residente de Puerto Rico durante todo el año?
   Si contestó "No", indique una de las siguientes:
   1. ○ Fecha de mudanza a P.R. (Día___ Mes___ Año___)
   2. ○ Fecha de mudanza fuera de P.R. (Día___ Mes___ Año___)
   3. ○ No residente durante todo el año
C. ○○ ¿Generó ingresos fuera del período de residencia en P.R. que no se incluyen en esta planilla? (Si contestó "SÍ", indique la cantidad):
   1. ○ Atribuible al contribuyente $_____
   2. ○ Atribuible al cónyuge $_____
D. ○○ ¿Otros ingresos excluidos o exentos de contribución? (Someta Anejo IE Individuo)
E. ○○ ¿Individuo residente inversionista? (Someta Anejo F1 Individuo)
F. ○○ ¿Socio de una sociedad sujeta a tributación bajo el Código de Rentas Internas Federal?
G. ○○ ¿Militar activo en zona de combate durante el año contributivo? (Fecha en que cesó en el servicio: Día___ Mes___ Año___)
H. ○○ ¿Médico cualificado bajo la Ley 14-2017?
   1. ○ Contribuyente (Núm. decreto _____)
   2. ○ Cónyuge (Núm. decreto _____)

### FUENTE DE MAYOR INGRESO:

1. ○ Empleado del Gobierno, Municipios o Corporaciones Públicas
2. ○ Empleado del Gobierno Federal
3. ○ Empleado de Empresa Privada
4. ○ Retirado/Pensionado
5. ○ Trabajo Cuenta Propia (Indique la industria o negocio principal)
6. ○ Otro

### ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:

1. ○ Casado
   (Ennegrezca aquí ○ si se acoge al cómputo opcional y pase al Anejo CO Individual)
2. ○ Contribuyente individual
   (Ennegrezca e indique nombre y seguro social del cónyuge si es:
   ○ Casado con capitulaciones de total separación de bienes
   ○ Casado que no vivía con su cónyuge)
3. ○ Casado que rinde por separado
   (Indique nombre y seguro social del cónyuge arriba)

Ocupación del contribuyente   Maestro de Escuela   6110
Ocupación del cónyuge   AMA DE CASA   8110

**PASE A LA PÁGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.**

### Reintegro

| | | |
|---|---|---|
| 1. CONTRIBUCIÓN PAGADA EN EXCESO (Encasillado 3, línea 29. Indique distribución en las líneas A, B, C y D) (01) | (01) | 704 00 |
| A) Acreditar a la contribución estimada 2018 | (02) | 00 |
| B) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan | (03) | 00 |
| C) Aportación al Fondo Especial para la Universidad de Puerto Rico | (04) | 00 |
| D) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado de Depósito) | (05) | 704 00 |

### Pago

| | | |
|---|---|---|
| 2. TOTAL NO PAGADO DE LA CONTRIBUCIÓN (Encasillado 3, línea 29) | (06) | 00 |
| 3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado | (07) | 00 |
| (b) Intereses _____ | (08) | 00 |
| (c) Recargos _____ y Penalidades _____ | (09) | 00 |
| 4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a) más líneas 3(b) y 3(c)) | (10) | 00 |

### Depósito

**AUTORIZACIÓN PARA DEPÓSITO DIRECTO DE REINTEGRO**

Tipo de cuenta
○ Cheques ○ Ahorros

Número de ruta/tránsito
0 2 1 5 0 2 0 1 1

Número de su cuenta
0 7 2 1 3 4 8 2 8

Cuenta a nombre de:   JOSE SANTIAGO MELENDEZ   y   MARTA RIVERA ESPADA
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que he examinado la información incluida en esta planilla, juntas y documentos que la acompañan, y que a mi mejor conocimiento y creencia es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

Firma del Contribuyente
FIRMADA ELECTRONICAMENTE
Fecha 05/04/2018

Firma del Cónyuge
FIRMADA ELECTRONICAMENTE
Fecha 05/04/2018

LUIS A TORRES

TORRES ASSOCIATES

Form 499R-2/W-2PR
Rev. 07.17

GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

**222**
**COMPROBANTE DE RETENCIÓN - WITHHOLDING STATEMENT**

| INFORMACIÓN PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION | | INFORMACIÓN PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION | |

1. Nombre - First Name

JOSE

Apellido(s) - Last Name(s)

R SANTIAGO MELENDEZ

Dirección Postal del Empleado - Employee's Mailing Address

URB. VILLA MADRID C 4

COAMO PR 00769

Fecha de Nacimiento:     Día     Mes     Año
Date of Birth:           Day     Month   Year

2. Nombre y Dirección Postal del Patrono
Employer's Name and Mailing Address

DEPT DE EDUCACION MAESTROS
AVENIDA TENIENTE CESAR
ESQUINA CALAF
HATO REY PR 00919

Número de Teléfono del Patrono
Employer's Telephone Number  (787) 773-3508

Fecha Cese de Operaciones:   Día     Mes     Año
Cease of Operations Date:    Day     Month   Year

Número Confirmación de Radicación Electrónica
Electronic Filing Confirmation Number
S170008

Número Control - Control Number

006975289

3. Núm. Seguro Social
Social Security No.

4. Núm. de Ident. Patronal
Employer Ident. No. (EIN)

5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage
0.00

6. Donativos
Charitable Contributions
0.00

Patrono: - Employer:
• Envíe a: - Send to:
Social Security Administration
Data Operations Center
Wilkes-Barre, PA 18769-0001
Con la
With the  W-3PR
• Envíe al Departamento de Hacienda electrónicamente
Send to  Department of the Treasury electronically
(www.hacienda.pr.gov)
• Entregue dos copias al empleado
Deliver two copies to employee
• Conserve copia para sus récords
Keep copy for your records

Año:
Year: **2017**

Fecha de radicación: 31 de enero - Filing date: January 31

7. Sueldos - Wages
26,320.87

8. Comisiones - Commissions
0.00

9. Concesiones - Allowances
0.00

10. Propinas - Tips
0.00

11. Total = 7 + 8 + 9 + 10
26,320.87

12. Gastos Reemb. y Beneficios Marginales Reimb. Expenses and Fringe Benefits
0.00

13. Cont. Retenida - Tax Withheld
749.90

14. Fondo de Retiro Gubernamental Governmental Retirement Fund
2,309.51

15. Aportaciones a Planes Cualific. Contributions to CODA PLANS

Salarios Exentos (Ver instrucciones) Exempt Salaries (See instructions)
16. Código/Code
0.00

16. Código/Code
0.00

16B. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program
0.00

17. Total Sueldos Seguro Social Social Security Wages

18. Seguro Social Retenido Social Security Tax Withheld
0.00

19. Total Sueldos y Pro. Medicare Medicare Wages and Tips
26,320.87

20. Contrib. Medicare Retenida Medicare Tax Withheld
381.65

21. Propinas Seguro Social Social Security Tips
0.00

22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips
0.00

23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips
0.00

---

**INSTRUCCIONES PARA EL EMPLEADO
DEBERÁ SOMETER COPIA AL RENDIR SU PLANILLA**

De acuerdo al Código de Rentas Internas de Puerto Rico de 2011, según enmendado (Código), viene obligado a rendir planilla de contribución sobre ingresos todo individuo residente que:

• sea contribuyente individual o casado, si durante el año contributivo tuviere un ingreso bruto reducido por las exenciones de la Sección 1031.02 del Código mayor de $5,000;
• sea casado que vivía con su cónyuge y opte por rendir planilla separada, si durante el año contributivo tuviere un ingreso bruto reducido por las exenciones de la Sección 1031.02 del Código de $2,500 o más; o
• tenga ingreso neto sujeto a contribución básica alterna de $150,000 o más.

**PENALIDAD** – El Código dispone lo siguiente: Toda persona obligada bajo cualquier Subtítulo del Código a rendir una planilla, declaración, certificación o informe, que voluntariamente dejare de rendir dicha planilla, declaración, certificación o informe dentro del término o términos fijados por el Subtítulo correspondiente o por reglamentos, además de otras penalidades establecidas por el Código, incurrirá en delito menos grave y, en caso de convicción, será castigada con pena de multa no mayor de $5,000, o con pena de reclusión por un término máximo de 90 días, o ambas penas, a discreción del tribunal, más las costas del proceso. En aquellos casos en que cualquier persona voluntariamente dejare de rendir dicha planilla, declaración, certificación o informe (dentro de los términos fijados por el Subtítulo correspondiente o por reglamentos), con la intención de evadir o derrotar cualquier contribución impuesta por el Código, además de otras penalidades establecidas por el Código, incurrirá en un delito grave de tercer grado, y en caso de convicción, será sancionada con pena de reclusión la cual fluctuará entre tres años un día y ocho años. El Tribunal a su discreción podrá imponer la pena fija de reclusión establecida o pena de multa que no excederá de $20,000, o ambas penas, más las costas del proceso.

Retenga copia de este formulario para sus récords. Puede usarla para establecer su derecho a los beneficios de seguro social. Si su nombre, dirección o número de seguro social están incorrectos, informe el error a su patrono para que le complete un Formulario 499R-2c/W-2cPR.

**INSTRUCTIONS FOR THE EMPLOYEE
A COPY MUST BE SUBMITTED WITH YOUR RETURN**

Pursuant to the Puerto Rico Internal Revenue Code of 2011, as amended (Code), an income tax return must be filed by any resident individual who:

• is an individual or married taxpayer, who during the taxable year had gross income, reduced by the exemptions established in Code Section 1031.02, greater than $5,000;
• is a married individual who lived with his/her spouse, and elects to file separate returns, that during the taxable year had gross income, reduced by the exemptions established in Code Section 1031.02, of $2,500 or more; or
• has net income subject to alternate basic tax of $150,000 or more.

**PENALTY** – The Code provides the following: Every person required under any Subtitle of the Code to file a return, statement, certification or report, who willfully fails to file such return, statement, certification or report within the term or terms established by the corresponding Subtitle or by regulations, in addition to other penalties provided by the Code, shall be guilty of a misdemeanor, and upon conviction thereof, punished by a fine of not more than $5,000, or imprisonment for a term of not more than 90 days, or both penalties, at the discretion of the Court, plus the costs of prosecution. In the case of any person who willfully fails to file such return, statement, certification or report (within the terms established by the corresponding Subtitle or by regulations), with the intention to evade or defeat any tax imposed by the Code, in addition to other penalties provided by the Code, shall be guilty of a third degree felony, and upon conviction thereof, punished by imprisonment for a term ranging from three years and one day to eight years. The Court may impose, at its discretion, the fixed penalty of imprisonment provided or a fine of not more than $20,000, or both penalties, plus the costs of prosecution.

Keep copy of this form for your records. You can use it to prove your right to social security benefits. If your name, address or social security number

Formulario 482  Rev.  16 nov 16

**FORMA ÚNICA**
Liquidador    Revisor

**2016**                    **2016**

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA

PLANILLA DE CONTRIBUCIÓN SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2016 O AÑO COMENZADO EL

Número de Serie

| R | G | RO | V1 | V2 | P1 | P2 | N1 | D1 | D2 | E | A | M |
|---|---|----|----|----|----|----|----|----|----|---|---|---|

○ PLANILLA ENMENDADA

○ FALLECIDO DURANTE EL AÑO:  Día  Mes  Año

○ CONTRIBUYENTE  ○ CÓNYUGE

1 de enero de 2016 Y TERMINADO EL 31 de diciembre de 2016

Nombre del Contribuyente | Inicial | Apellido Paterno | Apellido Materno
JOSE | R | SANTIAGO | MELENDEZ

Dirección Postal
Urb VILLA MADRID
Z18 Calle 4
Coamo PR                    00769

Código Postal

Número de Seguro Social Contribuyente

Fecha de Nacimiento

Número de Seguro Social Cónyuge

Fecha de Nacimiento del Cónyuge

○ CÓNYUGE SUPÉRSTITE RINDE OTRA PLANILLA PARA EL AÑO CONTRIBUTIVO (Indique seguro social y fecha de defunción del cónyuge fallecido: __Día __ Mes __ Año __ )

Sello de Recibo

08/04/2017
09:00:11 AM

Nombre e Inicial del Cónyuge | Apellido Paterno | Apellido Materno
MARTA | I | RIVERA | ESPADA

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)
Urb VILLA MADRID
Z18 Calle 4
Coamo PR        Código Postal 00769

Correo Electrónico (E-Mail) rafa.lucha@hotmail.com

Teléfono Residencia
(787) 453-7056

Teléfono del Trabajo

CAMBIO DE DIRECCIÓN: ○ Sí ○ No

SOLICITÓ PRÓRROGA: ○ Sí ○ No

**Cuestionario**

SÍ  NO
A. ○○ ¿Ciudadano de Estados Unidos? (Véanse instrucciones)
B. ○○ ¿Residente de Puerto Rico durante todo el año?
   Si contestó "No", indique una de las siguientes:
   1. ○ Fecha de mudanza a P.R. (____)
   2. ○ Fecha de mudanza fuera de P.R. (____)
   3. ○ No residente durante todo el año
C. ○○ ¿Generó ingresos fuera del período de residencia en P.R. que no se incluyen en esta planilla? (Si contestó "Sí", indique la cantidad):
   a. ○ Atribuible al contribuyente $_____
   b. ○ Atribuible al cónyuge $_____
D. ○○ ¿Otros ingresos excluidos o exentos de contribución?
   (Someta Anejo IE Individuo)
E. ○○ ¿Individuo residente inversionista? (Someta Anejo F1 Individuo)
F. ○○ ¿Socio de una sociedad sujeta a tributación bajo el Código de Rentas Internas Federal?
G. ○○ ¿Militar activo en zona de combate durante el año contributivo? Fecha en que cesó en el servicio: _____

Su ocupación Maestro de Escuela      6110    Ocupación cónyuge AMA DE CASA    8110

**H) FUENTE DE MAYOR INGRESO:**
1. ○ Empleado del Gobierno, Municipios o Corporaciones Públicas
2. ○ Empleado del Gobierno Federal
3. ○ Empleado de Empresa Privada
4. ○ Retirado/Pensionado
5. ○ Trabajo Cuenta Propia (indique la industria o negocio principal)
6. ○ Otro _____

**ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:**
A. ○ Casado
   (Ennegrezca aquí ○ si se acoge al cómputo opcional y pase al Anejo CO Individuo)
B. ○ Contribuyente individual
   (Ennegrezca e indique nombre y seguro social del cónyuge si es:
   ○ Casado con capitulaciones de total separación de bienes
   ○ Casado que no vivía con su cónyuge)
C. ○ Casado que rinde por separado
   (Indique nombre y seguro social del cónyuge arriba)

CONTRATO GOBIERNO:
○ Contribuyente  ○ Cónyuge

**PASE A LA PÁGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.**    **01** | (01) | 1,294 | 00

**Reintegro**

1. CONTRIBUCIÓN PAGADA EN EXCESO (Encasillado 3, línea 29). Indique distribución en las líneas A, B, C y D ........ | (02) | | 00
   A) Acreditar a la contribución estimada 2017 ........ | (03) | | 00
   B) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan ........ | (04) | | 00
   C) Aportación al Fondo Especial para la Universidad de Puerto Rico ........ | (05) | | 00
   D) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado de Depósito) ........ | (06) | 1,294 | 00

**Pago**

2. TOTAL NO PAGADO DE LA CONTRIBUCIÓN (Encasillado 3, línea 29) ........ | (07) | | 00
3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado | (07) | | 00
   (b) Intereses | (08) | | 00
   (c) Recargos  y Penalidades | (09) | | 00
4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a) más líneas 3(b) y 3(c)) ........ | (10) | | 00

**AUTORIZACIÓN PARA DEPÓSITO DIRECTO DE REINTEGRO**

**Depósito**

Tipo de cuenta:  ○ Cheque  ○ Ahorros

Número de ruta/tránsito: 0 2 1 5 0 2 0 1 1

Número de su cuenta: 0 7 2 1 3 4 8 2 8

Cuenta a nombre de:  JOSE SANTIAGO MELENDEZ  y  MARTA RIVERA ESPADA
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que he examinado la información incluida en esta planilla, anejos y documentos que se acompañan, y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

Firma del Contribuyente
FIRMADA ELECTRONICAMENTE

Fecha
08/04/2017

Firma del Cónyuge
FIRMADA ELECTRONICAMENTE

Fecha
08/04/2017

**04** Nombre del Especialista (Letra de Molde)
Luis Torres

Nombre de la Firma o Negocio
Torres Associates

Formulario
Form 499R-2/W-2PR
Rev. 08.16

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**

**222**    **COMPROBANTE DE RETENCIÓN - WITHHOLDING STATEMENT**

| | |
|---|---|
| **INFORMACIÓN PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION** | **INFORMACIÓN PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION** |

1. Nombre - First Name

JOSE R

Apellido(s) - Surname(s)

SANTIAGO MELENDEZ

Dirección Postal del Empleado - Employee's Mailing Address

Urb VILLA MADRID Z18 Calle 4 Coamo PR 00769-0000

Fecha de Nacimiento:
Date of Birth:  28-01-1973

2. Nombre y Dirección Postal del Patrono
Employer's Name and Mailing Address

DEPT EDUCACION
ESQUINA CALAF San Juan PR 00919

Número de Teléfono del Patrono
Employer's Telephone Number

Fecha Cese de Operaciones:
Cease of Operations Date:

Número Confirmación de Radicación Electrónica
Electronic Filing Confirmation Number

S160021

Número Control - Control Number

006251806

3. Núm. Seguro Social
Social Security No.

4. Núm. de Ident. Patronal
Employer Ident. No. (EIN)

5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage
0

6. Donativos
Charitable Contributions
0

**Patrono: - Employer:**
• Envíe a: - Send to:
Social Security Administration
Data Operations Center
Wilkes-Barre, PA 18769-0001
Con la
With the   W-3PR
• Envíe al Departamento de Hacienda electrónicamente
Send to Department of the Treasury electronically
(www.hacienda.pr.gov)
• Entregue dos copias al empleado
Deliver two copies to employee
• Conserve copia para sus récords
Keep copy for your records

Año:
Year:  **2016**

Fecha de radicación: 31 de enero - Filing date: January 31

7. Sueldos - Wages
26,325

8. Comisiones - Commissions
0

9. Concesiones - Allowances
0

10. Propinas - Tips
0

11. Total = 7 + 8 + 9 + 10
26,325

12. Gastos Reemb. y Beneficios Marginales
Reimb. Expenses and Fringe Benefits
0

13. Cont. Retenida - Tax Withheld
749

14. Fondo de Retiro Gubernamental
Governmental Retirement Fund
2,315

15. Aportaciones a Planes Cualific.
Contributions to CODA PLANS
0

Salarios Exentos (Ver instrucciones)
Exempt Salaries (See instructions)
16. Código/Code [  ] 0

16A. Código/Code [  ] 0

16B. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program
0

17. Total Sueldos Seguro Social
Social Security Wages
0

18. Seguro Social Retenido
Social Security Tax Withheld
0

19. Total Sueldos y Pro. Medicare
Medicare Wages and Tips
26,325

20. Contrib. Medicare Retenida
Medicare Tax Withheld
381

21. Propinas Seguro Social
Social Security Tips
0

22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips
0

23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips
0

[X] W2
[ ] W2C

Planilla Radicada Electrónicamente

Formulario 482  Rev. 20 oct 15

# FORMA ÚNICA   2015

**ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA**

**PLANILLA DE CONTRIBUCIÓN SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2015 O AÑO COMENZADO EL**

2015

Número de Serie

| Liquidador | | Revisor | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| R | G | RO | VI | | P2 | N | D | D | E | A | M | |

1 de enero de 2015 Y TERMINADO EL 31 de diciembre de 2015

- ◯ PLANILLA ENMENDADA
- ◯ FALLECIDO DURANTE EL AÑO

| | Día | Mes | Año |

- ◯ CONTRIBUYENTE   ◯ CÓNYUGE

Nombre del Contribuyente: **JOSE**   Inicial: **R**   Apellido Paterno: **SANTIAGO**   Apellido Materno: **MELENDEZ**

Número de Seguro Social Contribuyente

Fecha de Nacimiento   Sexo ◯ M ◯ F

Dirección Postal
**Urb VILLA MADRID**
**Z18 Calle 4**
**Coamo PR**   Código Postal **00769**

Número de Seguro Social Cónyuge

Fecha de Nacimiento del Cónyuge   Sexo ◯ M ◯ F

CÓNYUGE SUPÉRSTITE RINDE OTRA PLANILLA PARA EL AÑO CONTRIBUTIVO (Incluye seguro social y fecha de defunción del cónyuge fallecido)

| | Día | Mes | Año 0 |

Sello de Recibido

**09/04/2016**

**11:13:06 AM**

Nombre e Inicial del Cónyuge   Apellido Paterno   Apellido Materno

Teléfono Residencia
**(787) 453-7056**

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)
**BO. LOS LLANOS**
**SECTOR CARIBE 596**
**Coamo PR**   Código Postal **00769**

Teléfono del Trabajo

CAMBIO DE DIRECCIÓN: ◯ Sí ◯ No
SOLICITÓ PRÓRROGA: ◯ Sí ◯ No

Correo Electrónico (Email) **rafa.lucha@hotmail.com**

**Cuestionario**

|  | SI | NO | |
|---|---|---|---|
| A. | ◯ | ◯ | ¿Ciudadano de Estados Unidos? |
| B. | ◯ | ◯ | ¿Residente de Puerto Rico durante todo el año? |

Si contestó "No", indique una de las siguientes:
- Fecha de mudanza a P.R. _____
- Fecha de mudanza fuera de P.R. _____
- ◯ No residente durante todo el año

C. ◯ ◯ ¿Generó ingresos fuera del período de residencia en P.R. que no se incluyen en esta planilla? (Si contestó "SÍ", indique la cantidad):
- 1. ◯ Atribuible al contribuyente $_____
- 2. ◯ Atribuible al cónyuge $_____

D. ◯ ◯ ¿Otros ingresos excluidos o exentos de contribución? (Someta Anejo IE Individuo)

E. ◯ ◯ ¿Individuo residente inversionista? (Someta Anejo F1 Individuo)

F. ◯ ◯ ¿Socio de una sociedad sujeta a tributación bajo el Código de Rentas Internas Federal?

G. ◯ ◯ ¿Militar activo en zona de combate? (Fecha en que cesó en el servicio: _____

Su ocupación **Maestro de Escuela**   **6110**   Ocupación cónyuge _____

**FUENTE DE MAYOR INGRESO:**
- ◯ Empleado del Gobierno, Municipios o Corporaciones Públicas
- ◯ Empleado del Gobierno Federal
- ◯ Empleado de Empresa Privada
- 4. ◯ Retirado/Pensionado
- 5. ◯ Trabajo Cuenta Propia (Indique la industria o negocio principal)
- 6. ◯ Otro

**ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO**
- ◯ Casado
  (Enmegreza aquí ◯ si se acoge al cómputo opcional y rinde el Anejo CO Individual)
- ◯ Contribuyente individual
  (Enmegreza e indique nombre y seguro social de cónyuge si es:
  - ◯ Casado con capitulaciones de total separación de bienes
  - ◯ Casado que no vivía con su cónyuge
- ◯ Casado que rinde por separado
  (Indique nombre y seguro social del cónyuge arriba)

**CONTRATO GOBIERNO:**
◯ Contribuyente   ◯ Cónyuge

**PASE A LA PÁGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.**

**Reintegro**

| | | |
|---|---|---|
| 1. CONTRIBUCIÓN PAGADA EN EXCESO (Encasillado 3, línea 27). Indique distribución en las líneas A, B, C y D | (01) | 1,383 00 |
| A) Acreditar a la contribución estimada 2016 | | 00 |
| B) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan | | 00 |
| C) Aportación al Fondo Especial para la Universidad de Puerto Rico | | 00 |
| D) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado de Depósito) | | 1,383 00 |

**Pago**

| | | |
|---|---|---|
| 2. TOTAL NO PAGADO DE LA CONTRIBUCIÓN (Encasillado 3, línea 27) | | |
| 3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado | (03) | |
| (b) Intereses | (03) | |
| (c) Recargos _____ y Penalidades _____ | (03) | |
| 4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a)) | | 00 |

**AUTORIZACIÓN PARA DEPÓSITO DIRECTO DE REINTEGRO**

**Depósito**

Tipo de cuenta: ◯ Cheques ◯ Ahorros

Número de ruta/tránsito: `0 2 1 5 0 2 0 1 1`

Número de su cuenta: `0 7 2 1 3 4 8 2 8`

Cuenta a nombre de: **JOSE SANTIAGO MELENDEZ**
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

y _____

Declaro bajo penalidad de perjurio que he examinado la información incluida en esta planilla, anejos y documentos que se acompañan, y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

| Firma del Contribuyente | Fecha | Firma del Cónyuge | Fecha |
|---|---|---|---|
| ✓ FIRMADA ELECTRONICAMENTE | 09/04/2016 | | |

Nombre del Especialista (Letra de Molde)
(04) **LUIS TORRES**

Nombre de la Firma o Negocio
**TORRES ASSOCIATES**

Firma del Especialista   Fecha

Especialista por cuenta   Número de Registro

Formulario
Form 499R-2/W-2 PR
Rev. 08.15

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

| | INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
|---|---|---|

Nombre-First Name

JOSE

Apellido(s) - Surname(s)

SANTIAGO MELENDEZ

Dirección Postal del Empleado-Employee's Mailing Address

URB. VILLA MADRID C-4 Z-18
COAMO, PR 00769

Nombre y Dirección Postal del Patrono
Employer's Name and Mailing Address

DEPT DE EDUCACION-MAESTROS
AVENIDA TENIENTE CESAR GONZALE
ESQUINA CALAF
HATO REY, PR 00919

Número de Teléfono del Patrono
Employer's Telephone Number

Fecha Cese de Operaciones:
Cease of Operations Date:  Día/Day  Mes/Month  Año/Year

Número Confirmación de Radicación Electrónica
Electronic Filing Confirmation Number

S150008

Número Control - Control Number
**004903672**

Año: **2015**
Year:

Fecha de radicación: 31 de enero - Filing date: January 31

3. Núm. Seguro Social
Social Security No.

4. Núm. de Ident. Patronal
Employer Ident. No. (EIN)

5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage     0.00

6. Donativos
Charitable Contributions     0.00

Patrono: - Employer:
* Envíe al - Send to:
  Social Security Administration
  Data Operations Center Wilkes-Barre, PA 18769-0001
  Con la    With the   W-3PR
* Envíe al Departamento de Hacienda electrónicamente
  Send to Department of the Treasury electronically
  (www.hacienda.pr.gov)
* Entregue dos copias al empleado
  Deliver two copies to employee
* Conserve copia para sus récords
  Keep copy for your records

| | |
|---|---|
| 7. Sueldos - Wages | 26371.03 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total=7+8+9+10 | 26371.03 |
| 12. Gastos Reemb. y Beneficios Marginales Reimb. Expenses and Fringe Benefits | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 752.72 |
| 14. Fondo de Retiro Gubernamental Governmental Retirement Fund | 2319.39 |
| 15. Aportaciones a Planes Cualific. Contributions to CODA PLANS | 0.00 |
| 16. Salarios Exentos (Ver instrucciones) Exempt Salaries (See instructions) | 0.00 |
| 16A. Código de Salarios Exentos Exempt Salaries Code | |
| 16B. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program | 0.00 |

| | |
|---|---|
| 17. Total Sueldos Seguro Social Social Security Wages | 0.00 |
| 18. Seguro Social Retenido Social Security Tax Withheld | 0.00 |
| 19. Total Sueldos y Pro. Medicare Medicare Wages and Tips | 26371.03 |
| 20. Contrib. Medicare Retenida Medicare Tax Withheld | 382.38 |
| 21. Propinas Seguro Social Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0.00 |
| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

Reproducido por: Departamento de Hacienda

Formulario 482  Rev. 31 oct 14

# FORMA ÚNICA 2014

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**DEPARTAMENTO DE HACIENDA**

2014

Número de Serie

| Liquidador | | Revisor | |
|---|---|---|---|

PLANILLA DE CONTRIBUCIÓN SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2014 O AÑO COMENZADO EL

| R | G | RO | V1 | V2 | P1 | N | D1 | D2 | E | A | M |
|---|---|---|---|---|---|---|---|---|---|---|---|

○ PLANILLA ENMENDADA

○ FALLECIDO DURANTE EL AÑO: Día Mes Año

1 de enero de 2014 Y TERMINADO EL 31 de diciembre de 2014

○ CONTRIBUYENTE   ○ CÓNYUGE

**Nombre del Contribuyente** | Inicial | **Apellido Paterno** | **Apellido Materno**
JOSE | R | SANTIAGO | MELENDEZ

**Número de Seguro Social Contribuyente**

○ CÓNYUGE SUPÉRSTITE RINDE OTRA PLANILLA PARA EL AÑO CONTRIBUTIVO (indique seguro social del cónyuge fallecido)

**Dirección Postal**
Urb VILLA MADRID
Z18 Calle 4
Coamo PR

Fecha de Nacimiento   Sexo ○ M ○ F
Día Mes Año

Número de Seguro Social Cónyuge

Sello de Recibido

**Código Postal** 00769

**Nombre e Inicial del Cónyuge** | **Apellido Paterno** | **Apellido Materno**

Fecha de Nacimiento del Cónyuge   Sexo ○ M ○ F
Día Mes Año

**Dirección Residencial Completa** (Barrio o Urbanización, Número, Calle)
BO. LOS LLANOS
SECTOR CARIBE 596
Coamo PR

Teléfono Residencia
(787) 453-7056
Teléfono del Trabajo

**Correo Electrónico (E-Mail)** afa.lucha@hotmail.com   **Código Postal** 00769

**CAMBIO DE DIRECCIÓN:** ○ Sí ○ No

**¿UTILIZÓ PROGRAMA PRIVADO PARA LLENAR LA PLANILLA?** ○ Sí ○ No   **SOLICITÓ PRÓRROGA:** ○ Sí ○ No   **PLANILLA 2015:** ○ ESPAÑOL ○ INGLÉS

## Cuestionario

SI NO
A. ○ ○ ¿Ciudadano de Estados Unidos?
B. ○ ○ ¿Residente de Puerto Rico al finalizar el año?
C. ○ ○ ¿Otros ingresos excluidos o exentos de contribución? (Someta Anejo IE Individuo)
D. ○ ○ ¿Individuo residente inversionista? (Someta Anejo F1 Individuo)

E. FUENTE DE MAYOR INGRESO:
1. ○ Empleado del Gobierno, Municipios o Corporaciones Públicas
2. ○ Empleado del Gobierno Federal
3. ○ Empleado de Empresa Privada
4. ○ Retirado/Pensionado
5. ○ Trabajo Cuenta Propia (Indique la industria o negocio principal)
6. ○ Otro

Su ocupación Maestro de Escuela 6110   Ocupación cónyuge

**F. ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:**
1. ○ Casado
(Entregrezca aquí ○ si se acoge al cómputo opcional y pase al Anejo CO Individuo)

2. ○ Contribuyente individual
(entregrezca e indique nombre y seguro social del cónyuge si ea
○ Casado con capitulaciones de total separación de bienes
○ Casado que no vivía con su cónyuge)

3. ○ Casado que rinde por separado
(Indique nombre y seguro social del cónyuge arriba)

**CONTRATO GOBIERNO:**
○ Contribuyente ○ Cónyuge

PASE A LA PÁGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.

## Reintegro

| | | |
|---|---|---|
| 1. CONTRIBUCIÓN PAGADA EN EXCESO (Encasillado 3, línea 28. Indique distribución en las líneas A, B, C y D) ...... (01) | (01) | 819 00 |
| A) Acreditar a la contribución estimada 2015 .................... | (02) | 00 |
| B) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan ...... | (03) | 00 |
| C) Aportación al Fondo Especial para la Universidad de Puerto Rico ......... | (04) | 00 |
| D) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado de Depósito) ...... | (05) | 819 00 |

## Pago

| | | |
|---|---|---|
| 2. TOTAL NO PAGADO DE LA CONTRIBUCIÓN (Encasillado 3, línea 28) ...... | (06) | 00 |
| 3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado | (07) | 00 |
| (b) Intereses _____ | (08) | |
| (c) Recargos _____ y Penalidades _____ | (09) | |
| 4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a)) ...... | (10) | 00 |

## Depósito

AUTORIZACIÓN PARA DEPÓSITO O DIRECTO DE REINTEGRO

**Tipo de cuenta**
○ Cheques ○ Ahorros

**Número de ruta/tránsito** 0 2 1 5 0 2 0 1 1

**Número de su cuenta** 0 7 2 1 3 4 8 2 8

Cuenta a nombre de: JOSE SANTIAGO MELENDEZ y
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que he examinado la información incluida en esta planilla, anejos y documentos que se acompañan, y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificado.

**Firma del Contribuyente** ✓ FIRMADA ELECTRÓNICAMENTE   **Fecha** 30/03/2015

**Firma del Cónyuge**   **Fecha**

**Nombre del Especialista (Letra de Molde)** Luis A Torres   **Nombre de la Firma o Negocio** Torres Associates

**Firma del Especialista** FIRMADA ELECTRÓNICAMENTE   **Fecha** 30/03/2015   ○ Propia (entregrezca aquí)   **Número de Registro** 19571

Formulario
Form 499R-2/W-2 PR
Rev. 09.14

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

| | INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
|---|---|---|
| **1. Nombre - First Name** JOSE | **7. Sueldos - Wages** 26130.36 | **17. Total Sueldos Seguro Social Social Security Wages** 0.00 |
| | **8. Comisiones - Commissions** 0.00 | |
| **Apellido(s) - Surname(s)** SANTIAGO MELENDEZ | **9. Concesiones - Allowances** 0.00 | **18. Seguro Social Retenido Social Security Tax Withheld** 0.00 |
| **3. Núm. Seguro Social Social Security No.** | **10. Propinas - Tips** 0.00 | |
| **Dirección Postal del Empleado-Employee's Mailing Address** URB. VILLA MADRID C-4 Z-18 COAMO, PR 00769 | **11. Total=7+8+9+10** 26130.36 | **19. Total Sueldos y Pro. Medicare Medicare Wages and Tips** 26130.36 |
| **4. Núm. de Ident. Patronal Employer Ident. No. (EIN)** | | |
| **5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage** 0.00 | **12. Gastos Reemb. y Beneficios Marginales Reimb. Expenses and Fringe Benefits** 0.00 | |
| **6. Donativos Charitable Contributions** 0.00 | **13. Cont. Retenida - Tax Withheld** 737.39 | **20. Contrib. Medicare Retenida Medicare Tax Withheld** 378.89 |
| **2. Nombre y Dirección Postal del Patrono Employer's Name and Mailing Address** DEPT DE EDUCACION-MAESTROS AVENIDA TENIENTE CESAR GONZALE ESQUINA CALAF HATO REY, PR 00919 | **Patrono: - Employer:** * Envíe a: - Send to: Social Security Administration Data Operations Center Wilkes-Barre, PA 18769-0001 Con la With the  W-3PR | |
| | **14. Fondo de Retiro Gubernamental Governmental Retirement Fund** 2297.73 | |
| | **15. Aportaciones a Planes Cualific. Contributions to CODA PLANS** 0.00 | **21. Propinas Seguro Social Social Security Tips** 0.00 |
| **Número de Teléfono del Patrono Employer's Telephone Number** | * Envíe al Departamento de Hacienda electrónicamente Send to Department of the Treasury electronically (www.hacienda.gobierno.pr) | |
| | **16. Salarios Exentos (Ver instrucciones) Exempt Salaries (See instructions)** 0.00 | **22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips** 0.00 |
| **Fecha Cese de Operaciones:** Dia/Day  Mes/Month  Año/Year | | |
| | **16A. Código de Salarios Exentos Exempt Salaries Code** | |
| **Número Confirmación de Radicación Electrónica Electronic Filing Confirmation Number** S140003 | * Entregue dos copias al empleado Deliver two copies to employee * Conserve copia para sus records Keep copy for your records | **23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips** 0.00 |
| **Número Control - Control Number** 004382947 | **Año: Year: 2014** | **16B. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program** 0.00 |
| **Fecha de radicación: 31 de enero - Filing date: January 31** | | |

Reproducido por: Departamento de Hacienda

Formulario 482  Rev. 31 oct 13

| Liquidador | Revisor |
|---|---|

**2013**  
ESTADO LIBRE ASOCIADO DE PUERTO RICO  
DEPARTAMENTO DE HACIENDA  
PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS  
AÑO CONTRIBUTIVO 2013 O AÑO COMENZADO EL  
**2013**

Número de Serie

R G RO V1 V2 P2 N D1 D2 E A M

1 de enero de 2013 Y TERMINADO EL 31 de diciembre de 2013

○ PLANILLA ENMENDADA  
○ FALLECIDO DURANTE EL AÑO: Día Mes Año  
○ CONTRIBUYENTE  ○ CONYUGE  
○ CONYUGE SUPÉRSTITE RINDE OTRA PLANILLA PARA EL AÑO CONTRIBUTIVO

Nombre del Contribuyente: JOSE  Inicial: R  Apellido Paterno: SANTIAGO  Apellido Materno: MELENDEZ

Número de Seguro Social Contribuyente

Dirección Postal  
VILLA MADRID  
CALLE 4 Z 18  
Coamo PR  
Código Postal 00769

"Coloque la etiqueta engomada (Label) aquí".

Fecha de Nacimiento  Sexo ○M ○F  
Número de Seguro Social Cónyuge  
Fecha de Nacimiento del Cónyuge  Sexo ○M ○F  
Teléfono Residencia (787) 453-7056  
Teléfono del Trabajo

Sello de Recibido  
07/04/2014  
08:48:12 AM

Nombre e Inicial del Cónyuge  Apellido Paterno  Apellido Materno

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)  
BO. LOS LLANOS  
SECTOR CARIBE 596  
Coamo PR  Código Postal 00769

Correo Electrónico (E-Mail) rafa.lucha@hotmail.com

CAMBIO DE DIRECCION: ○ Sí ○ No   PLANILLA 2014: ○ ESPAÑOL ○ INGLES

**Cuestionario** — PLANILLA CON CHEQUE (FAVOR DE DEJAR CHEQUE EN ESTE LUGAR)

A. ○ ¿Ciudadano de Estados Unidos?  
B. ○ ¿Residente de Puerto Rico al finalizar el año?  
C. ○ ¿Otros ingresos excluidos o exentos de contribución? (Someta Anejo IE Individuo)  
D. ○ ¿Individuo residente inversionista? (Someta Anejo F1 Individuo)

E. FUENTE DE MAYOR INGRESO:  
1. ○ Empleado del Gobierno, Municipios o Corporaciones Públicas  
2. ○ Empleado del Gobierno Federal  
3. ○ Empleado de Empresa Privada  
4. ○ Retirado/Pensionado  
5. ○ Trabaja Cuenta Propia (Indique la industria o negocio principal)  
6. ○ Otro

Su ocupación Maestro de Escuela  6110  Ocupación cónyuge

F. ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:  
○ Casado (Ennegrezca aquí ○ si se acoge al cómputo opcional y pase al Anejo CO Individuo)  
○ Contribuyente individual (Ennegrezca e indique nombre y seguro social del cónyuge si es:  
○ Casado con capitulaciones de total separación de bienes  
○ Casado que no vivía con su cónyuge)  
○ Casado que rinde separado (Indique nombre y seguro social del cónyuge arriba)

CONTRATO GOBIERNO: ○ Contribuyente ○ Cónyuge

**PASE A LA PÁGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.**

**Reintegro**  
1. CONTRIBUCION PAGADA EN EXCESO (Encasillado 3, línea 28. Indique distribución en las líneas A, B, C y D) ...... (01) | 847 00  
A) Acreditar a la contribución estimada 2014 (02)  
B) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan (03)  
C) Aportación al Fondo Especial para la Universidad de Puerto Rico (04)  
D) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado de Depósito) (05) | 847 00

**Pago**  
2. TOTAL NO PAGADO DE LA CONTRIBUCION (Encasillado 3, línea 28) (06)  
3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado (07)  
(b) Intereses (08)  
(c) Recargos _____ y Penalidades _____ (09)  
4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a))

AUTORIZACION PARA DEPOSITO DIRECTO DE REINTEGRO

**Depósito**  
Tipo de cuenta: ○ Cheque ○ Ahorros  
Número de ruta/tránsito: 0 2 1 5 0 2 0 1 1  
Número de su cuenta: 0 7 2 1 3 4 8 2 8  
Cuenta a nombre de: JOSE SANTIAGO MELENDEZ  
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que he examinado la información incluida en esta planilla, anejos y documentos que se acompañan, y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

Firma del Contribuyente: FIRMADA ELECTRONICAMENTE  Fecha 07/04/2014  
Firma del Cónyuge:  Fecha  
Nombre del Especialista (Letra de Molde) Luis Torres  Nombre de la Firma o Negocio Torres Associates  
Firma del Especialista: FIRMADA ELECTRONICAMENTE  Fecha 07/04/2014  Especialista por cuenta propia (ennegrezca aquí) ○  Número de Registro 19571

NOTA AL CONTRIBUYENTE: Indique si hizo pagos por la preparación de su planilla ○ Sí ○ No. Si contestó "Sí", exija la firma y el número de registro del Especialista.

Formulario
Form 499R-2/W-2 PR
Rev. 06,13

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

| | | INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
|---|---|---|---|
| **1. Nombre-First Name**<br>JOSE | **3. Núm. Seguro Social**<br>Social Security No. | **7. Sueldos - Wages**<br>36206.09 | **17. Total Sueldos Seguro Social**<br>Social Security Wages<br>0.00 |
| **Apellido(s) - Surname(s)**<br>SANTIAGO MELENDEZ | **4. Núm. de Ident. Patronal**<br>Employer Ident. No. (EIN) | **8. Comisiones - Commissions**<br>0.00 | |
| **Dirección Postal del Empleado-Employee's Mailing Address**<br>URB. VILLA MADRID C-4 Z-18<br>COAMO, PR 00769 | **5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension**<br>Día    Mes    Año<br>Day    Month    Year | **9. Concesiones - Allowances**<br>0.00 | **18. Seguro Social Retenido**<br>Social Security Tax Withheld<br>0.00 |
| | | **10. Propinas - Tips**<br>0.00 | |
| **2. Nombre y Dirección Postal del Patrono**<br>Employer's Name and Mailing Address | **6. Costo de Pensión o Anualidad**<br>Cost of Pension or Annuity<br>0.00 | **11. Total=7+8+9+10**<br>36206.09 | **19. Total Sueldos y Pro. Medicare**<br>Medicare Wages and Tips<br>36206.09 |
| DEPT DE EDUCACION-MAESTROS<br>AVENIDA TENIENTE CESAR GONZALE<br>ESQUINA CALAF<br>HATO REY, PR 00919 | **6A. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage**<br>0.00 | **12. Gastos Reemb. y Beneficios Marginales**<br>Reimb. Expenses and Fringe Benefits<br>0.00 | |
| | | **13. Cont. Retenida - Tax Withheld**<br>1483.14 | **20. Contrib. Medicare Retenida**<br>Medicare Tax Withheld<br>524.99 |
| **Número de Teléfono del Patrono**<br>Employer's Telephone Number | **6B. Donativos**<br>Charitable Contributions<br>0.00 | **14. Fondo de Retiro Gubernamental**<br>Governmental Retirement Fund<br>2804.55 | **21. Propinas Seguro Social**<br>Social Security Tips<br>0.00 |
| **Fecha Cese de Operaciones:**<br>Cease of Operations Date:    Día Day    Mes Month    Año Year | | **15. Aportaciones a Planes Cualific.**<br>Contributions to CODA PLANS<br>0.00 | **22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips**<br>0.00 |
| **Número Confirmación de Radicación Electrónica**<br>Electronic Filing Confirmation Number<br>C400001 | **Copia C para Récord del Empleado**<br>**Copy C for Employee's Records** | **16. Salarios bajo Ley 324-2004**<br>Salaries under Act 324-2004<br>0.00 | |
| **Número Control - Control Number**<br>004469046 | **Año:**<br>**Year:** **2013** | **16A. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program**<br>0.00 | **23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips**<br>0.00 |

Reproducido por: Departamento de Hacienda

Formulario 482  Rev. 27 nov 12

# FORMA LARGA

○ PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE EN ESTE LUGAR)

Número de Serie

| Liquidador | Revisor |
|---|---|

**2012**     **2012**

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA
PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2012 O AÑO COMENZADO EL

| R | G | RO | V1 | V2 | P1 | P2 | N | D1 | D2 | E | A | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

1 de enero de 2012 Y TERMINADO EL 31 de diciembre de 2012

○ PLANILLA ENMENDADA
○ FALLECIDO DURANTE EL AÑO: ___/___/___
    ○ CONTRIBUYENTE  ○ CONYUGE

| Nombre del Contribuyente | Inicial | Apellido Paterno | Apellido Materno |
|---|---|---|---|
| JOSE | R | SANTIAGO | MELENDEZ |

Número de Seguro Social Contribuyente

Sello de Recibido

Dirección Postal

VILLA MADRID

B9 Calle 2

Coamo PR     Código Postal   00769

"Coloque la etiqueta engomada (Label) aquí."

| Nombre e Inicial del Cónyuge | Apellido Paterno | Apellido Materno |
|---|---|---|

Fecha de Nacimiento   Sexo
28 / __ / ___   ⊗ M   ○ F
Día  Mes  Año
Número de Seguro Social Cónyuge

10/04/2013

01:19:39 PM

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)

BO. LOS LLANOS
SECTOR CARIBE 596

Coamo PR     Código Postal   00769

Fecha de Nacimiento del Cónyuge   Sexo
__ / __ / ___   ○ M   ○ F
Día  Mes  Año
Teléfono Residencia
(787) 453-7056
Teléfono del Trabajo

Correo Electrónico (E-Mail)  rafa.lucha@hotmail.com

CAMBIO DE DIRECCION: ○ Si ⊗ No     PLANILLA 2013: ⊗ ESPAÑOL  ○ INGLES

## Cuestionario

**SI  NO**

A. ⊗○ ¿Ciudadano de Estados Unidos?

B. ⊗○ ¿Residente de Puerto Rico al finalizar el año?

C. ○⊗ ¿Otros ingresos excluidos o exentos de contribución?
(Someta Anejo IE Individuo)

D. ○⊗ ¿Individuo inversionista residente?
(Someta Anejo F1 Individuo)

**E. FUENTE DE MAYOR INGRESO:**

1. ⊗ Empleado del Gobierno, Municipios o Corporaciones Públicas

2. ○ Empleado del Gobierno Federal

3. ○ Empleado de Empresa Privada

4. ○ Retirado/Pensionado

5. ○ Trabajo Cuenta Propia (Indique la industria o negocio principal)

6. ○ Otro

Su ocupación  Maestro de Escuela  6110  Ocupación cónyuge _____

**F. ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:**

1. ○ Casado
(Ennegrezca aquí ○ si se acoge al cómputo opcional y pase al Anejo CO Individuo)

2. ⊗ Contribuyente individual
(Ennegrezca e indique nombre y seguro social del cónyuge si es:
○ Casado con capitulaciones de total separación de bienes
○ Casado que no vivía con su cónyuge.)

3. ○ Casado que rinde separado
(Indique nombre y seguro social del cónyuge arriba)

**CONTRATO GOBIERNO:**
○ Contribuyente  ○ Cónyuge

PASE A LA PAGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.

## Reintegro

| | | |
|---|---|---|
| | (01) | 836 00 |

1. CONTRIBUCION PAGADA EN EXCESO (Encasillado 3, línea 27. Indique distribución en las líneas A, B, C y D) ... (02)

A) Acreditar a la contribución estimada 2013 ... (03)

B) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan ... (04)

C) Aportación al Fondo Especial para la Universidad de Puerto Rico ... (05)   836

D) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado de Depósito) ... (06)

## Pago

2. TOTAL NO PAGADO DE LA CONTRIBUCION (Encasillado 3, línea 27) ... (07)

3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado ... (08)

(b) Intereses ... (09)

(c) Recargos _____ y Penalidades ... (10)

4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a)) ...

## AUTORIZACION PARA DEPOSITO DIRECTO DE REINTEGRO

## Depósito

Tipo de cuenta

○ Cheques  ⊗ Ahorros

Número de ruta/tránsito
`0 2 1 5 0 2 0 1 1`

Número de su cuenta
`0 7 2 1 3 4 8 2 8`

Cuenta a nombre de:  **JOSE SANTIAGO MELENDEZ**

(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que he examinado la información incluida en esta planilla, anejos y documentos que se acompañan, y que la misma es cierta, correcta y completa. La declaración de la persona que preparó la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

| Firma del Contribuyente | Fecha | Firma del Cónyuge | Fecha |
|---|---|---|---|
| FIRMADA ELECTRONICAMENTE | 10/04/2013 | | |

Nombre del Especialista (Letra de Molde)

**Luis A. Torres**

Nombre de la Firma o Negocio
**Torres Associates**

Firma del Especialista   Fecha  10/04/2013

FIRMADA ELECTRONICAMENTE

Especialista por cuenta propia (ennegrezca aquí) ○

Número de Registro
**19571**

04

ormulario
rm 499R-2/W-2 PR
v. 09.12

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

| INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
|---|---|

. Nombre-First Name

JOSE

pellido(s) - Surname(s)

SANTIAGO MELENDEZ

irección Postal del Empleado-Employee's Mailing Address

URB. VILLA MADRID C-4 Z-18
COAMO, PR 00769

Nombre y Dirección Postal del Patrono
Employer's Name and Mailing Address

L8013750542 PURIFICACI
DEPT DE EDUCACION-MAESTROS
AVENIDA TENIENTE CESAR GONZALE
ESQUINA CALAF
HATO REY, PR 00919

omero de Teléfono del Patrono
mployer's Telephone Number

cha Cese de Operaciones:  Dia   Mes   Año
Cease of Operations Date:  Day   Month  Year

omero Control - Control Number

**125527664**

3. Núm. Seguro Social
Social Security No.

4. Núm. de Ident. Patronal
Employer Ident. No. (EIN)

5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension
Dia   Mes   Año
Day   Month  Year

6. Costo de Pensión o Anualidad
Cost of Pension or Annuity
0.00

6A. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage
0.00

6B. Donativos
Charitable Contributions
0.00

Copia C para Récord
del Empleado
Copy C for Employee's
Records

Año:
Year: **2012**

| | |
|---|---|
| 7. Sueldos - Wages | 25919.20 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total=7+8+9+10 | 25919.20 |
| 12. Gastos Reemb. y Beneficios Marginales Reimb. Expenses and Fringe Benefits | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 798.81 |
| 14. Fondo de Retiro Gubernamental Governmental Retirement Fund | 2242.73 |
| 15. Aportaciones a Planes Cualific. Contributions to CODA PLANS | 0.00 |
| 16. Salarios bajo Ley 324-2004 Salaries under Act 324-2004 | 0.00 |
| 16A. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program | 0.00 |

| | |
|---|---|
| 17. Total Sueldos Seguro Social Social Security Wages | 0.00 |
| 18. Seguro Social Retenido Social Security Tax Withheld | 0.00 |
| 19. Total Sueldos y Pro. Medicare Medicare Wages and Tips | 25919.20 |
| 20. Contrib. Medicare Retenida Medicare Tax Withheld | 375.83 |
| 21. Propinas Seguro Social Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0.00 |
| 23. Contrib. Medicare no Retenido en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

Reproducido por: Departamento de Hacienda

Formulario 481   Rev. 27 oct 11

| **FORMA CORTA** | | | | | | | | | | | | | ○ PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE EN ESTE LUGAR) | Número de Serie |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Liquidador        Revisor

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| R | G | RO | V1 | V2 | P1 | P2 | N | D1 | D2 | E | A | M |

**2011**   GOBIERNO DE PUERTO RICO   **2011**
DEPARTAMENTO DE HACIENDA
PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2011 O AÑO COMENZADO EL
1 de enero de 2011 Y TERMINADO EL 31 de diciembre de 2011

Número de Serie
1854461

○ PLANILLA ENMENDADA

○ FALLECIDO DURANTE EL AÑO:   Día  Mes  Año

○ CONTRIBUYENTE   ○ CONYUGE

Nombre del Contribuyente   Inicial   Apellido Paterno   Apellido Materno
JOSE   R   SANTIAGO   MELENDEZ

Dirección Postal
VILLA MADRID
B9 Calle 2

Coamo   PR   Código Postal 00769-0000

"Coloque la etiqueta engomada (Label) aquí".
Nombre e Inicial del Cónyuge   Apellido Paterno   Apellido Materno

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)
BO. LOS LLANOS
SECTOR CARIBE 596
Coamo   PR   Código Postal 00769-0000

Correo Electrónico (E-Mail) rafa.lucha@hotmail.com

Número de Seguro Social Contribuyente

Fecha de Nacimiento   Sexo ○ M ○ F
Día  Mes  Año
Número de Seguro Social Cónyuge

Fecha de Nacimiento del Cónyuge   Sexo ○ M ○ F
Día  Mes  Año
Teléfono Residencia
7874537056
Teléfono del Trabajo

Sello de Recibido

14-03-2012 12:09:37 PM

CAMBIO DE DIRECCION: ○ SI ○× No   PLANILLA 2012: ○× ESPAÑOL   ○ INGLES

**Cuestionario**

SI  NO
A. ○× ○ ¿Ciudadano de Estados Unidos?
B. ○× ○ ¿Residente de Puerto Rico al finalizar el año?
C. ○ ○× ¿Otros ingresos excluidos o exentos de contribución?
(Someta Anejo IE Individuo)

D. FUENTE DE MAYOR INGRESO:
1. ○× Empleado del Gobierno, Municipios o Corporaciones Públicas
2. ○ Empleado del Gobierno Federal
3. ○ Empleado de Empresa Privada
4. ○ Retirado/Pensionado

Su ocupación Maestro de Escuela   6110   Ocupación cónyuge

E. ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:
1. ○ Casado
(Ennegrezca aquí ○ si se acoge al cómputo opcional y pase al Anejo CO Individuo)
2. ○× Contribuyente individual
(Ennegrezca aquí ○ si es casado con capitulaciones de total separación de bienes e indique nombre y seguro social del cónyuge arriba)
3. ○ Casado que rinde separado
(Indique nombre y seguro social del cónyuge arriba)

**PASE A LA PAGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.**

**Reintegro**

1. CONTRIBUCION PAGADA EN EXCESO (Encasillado 1, línea 14. Indique distribución en las líneas A, B y C) ....... **01**   (01) | 900 | 00
A) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan ............................................. (02) | 0 | 00
B) Aportación al Fondo Especial para la Universidad de Puerto Rico ...................................................... (03) | 0 | 00
C) REINTEGRAR (Si desea que se le deposite el reintegro directamente en su cuenta, complete el Encasillado de Depósito) ..... (04) | 900 | 00

**Pago**

2. TOTAL NO PAGADO DE LA CONTRIBUCION (Encasillado 1, línea 14) ................................................. (05) | 0 | 00
3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado ......... (06) | 0 | 00
(b) Intereses .......... (07) 0 00
(c) Recargos 0 y Penalidades 0 .......... (08) 0 00
4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a)) ............................................................ (10) | 0 | 00

**Depósito**

AUTORIZACION PARA DEPOSITO DIRECTO DE REINTEGRO
Tipo de cuenta   Número de ruta/tránsito   Número de su cuenta
○× Cheques ○ Ahorros   021502011   072134828

Cuenta a nombre de:   JOSE SANTIAGO MELENDEZ   y
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que la información incluida en esta planilla, anejos y documentos que se acompañan, ha sido examinada por mí y que la misma es cierta, correcta y completa. La declaración de la persona que preparó la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

| Firma del Contribuyente | Fecha | Firma del Cónyuge | Fecha |
|---|---|---|---|
| ✓ Firmada Electrónicamente | 14-03-2012 | ✓ | |

**04** Nombre del Especialista (Letra de Molde)
Luis A. Torres

Nombre de la Firma o Negocio
Luis A. Torres

| Número de Registro | Número de Identificación Patronal | Especialista por cuenta propia (ennegrezca aquí) ○ | Firma del Especialista | Fecha |
|---|---|---|---|---|
| 19571 | 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 | | Firmada Electrónicamente | 14-03-2012 |

NOTA AL CONTRIBUYENTE: Indique si hizo pagos por la preparación de su planilla: ○ Sí ○× No. Si contestó "Sí", exija la firma y el número de registro del Especialista

GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

Formulario 499R-2/W-2PR
Rev. 10.11

1. Nombre - First Name: JOSE R

Apellido(s) - Surname(s): SANTIAGO MELENDEZ

Dirección Postal del Empleado - Employee's Mailing Address:
VILLA MADRID B9 Calle 2 Coamo PR 00769-0000

2. Nombre y Dirección Postal del Patrono
Employer's Name and Mailing Address:
CAESAR GONZALEZ San Juan PR 00919-0000
DEPT EDUCACION

Número de teléfono del Patrono
Employer's Telephone Number:

Fecha (uso de aclaraciones)
Cease of Use aclaraciones:

Número Control - Control Number: 116459114

Año:
Year: 2011

Tax Return
Copia B para Planillas del Empleado
Copy B for Employee's

Instrucciones al dorso - Instructions on back

| Field | Amount |
|---|---|
| 3. Núm. Seguro Social - Social Security No. | |
| 4. Núm. de Identificación Patronal - Employer's Identification No., EIN | |
| 7. Sueldos - Wages | 25,510 |
| 8. Comisiones - Commissions | |
| 9. Concesiones - Allowances | |
| 10. Propinas - Tips | 0 |
| 11. Total = 7 + 8 + 9 + 10 | 25,510 |
| 12. Contr. Retenida - Tax Withheld | 887 |
| 13. Gastos Reembolsados - Reimbursed Expenses | |
| 14. Fondo de Retiro Gubernamental - Governmental Retirement Fund | |
| 15. Aportaciones a Planes Cualific. Contributions to CODA PLANS | 2,205 |
| 16. Salarios bajo Ley Núm. 324 de 2004 - Salaries under Act No. 324 of 2004 | |
| 17. Total Sueldos Seguro Social - Total Social Security Wages | 25,510 |
| 18. Seguro Social Retenido - Social Security Tax Withheld | |
| 19. Total Sueldos y Pro. Medicare - Medicare Wages and Tips | 25,510 |
| 20. Contrib. Medicare Retenida - Medicare Tax Withheld | 369 |
| 21. Propinas Seguro Social - Social Security Tips | |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0 |
| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0 |
| 6A. Costo de salud auspiciado por el patrono - Cost of employer-sponsored health coverage | 0 |
| 6B. Donativos - Charitable Contributions | 0 |
| 16A. Aportaciones al Programa Ahorra y Duplica Dinero - Contributions to the Save and Double your Money Program | 0 |

Retención: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas.
Retention: Ten (10) years from the filing date in the Returns Processing Bureau.

Pensión: 0
Federal: 0

Formulario
Form 499R-2/W-2PR
Rev. 10.11

GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

INFORMACION PARA EL DEPARTAMENTO DE HACIENDA
INFORMATION FOR THE TREASURY

INFORMACION PARA EL SEGURO SOCIAL
SOCIAL SECURITY INFORMATION

**09.100**

| | | |
|---|---|---|
| 1. Nombre - First Name | 3. Núm. Seguro Social Social Security No. | 7. Sueldos - Wages |
| JOSE R | | 3,599 |
| Apellido(s) - Surname(s) | 4. Núm. de Identificación Patronal Employer's Ident. No. (EIN) | 8. Comisiones - Commissions |
| SANTIAGO MELENDEZ | | 0 |
| 2. Dirección Postal del Empleado - Employee's Name and Mailing Address | 5. Fecha en que comenzó a recibir la pensión - Date in which you started to receive the pension | 9. Concesiones - Allowances |
| VILLA MADRID B9 Calle 2 Cosmo PR 00769-0000 | | 0 |
| | 6A. Costo de la Pensión o Anualidad Cost of Pension or Annuity | 10. Propinas - Tips |
| | 0 | 0 |
| 2. Dirección Postal del Patrono Employer's Name and Mailing Address | 6B. Costo o Pago del seguro de salud auspiciada por el patrono - Cost of employer-sponsored health coverage | 11. Total = 7 + 8 + 9 + 10 |
| CESAR GONZALEZ San Juan, PR 0919-0000 | 0 | 3,599 |
| DEPT EDUCACIÓN | 6C Donativo - Charitable Contributions | 13. Cont. Retenida - Tax Withheld |
| Número de teléfono del Patrono Employer's Telephone No. | | 287 |
| Fecha Cese de Funciones: Cease of Employment Date: | | 12. Gastos Reembolsados Reimbursed Expenses |
| | | 0 |
| Número Control - Control Number | | 14. Fondo de Retiro Gubernamental Governmental Retirement Fund |
| 116503329 | | 323 |
| | | 15. Aportaciones a Planes Cualific. Contributions to CODA PLANS |
| | | 0 |

| | | |
|---|---|---|
| Año: Year: **2011** | 17. Total Sueldos - Seguro Social Social Security Wages | |
| | 0 | |
| | 18. Seguro Social Retenido Social Security Tax Withheld | |
| Copia B para Planillas del Empleado | 0 | |
| Copy B for Employee's Tax Return | 19. Total Sueldos y Prop. Medicare Medicare Wages and Tips | |
| | 0 | |
| | 20. Contrib. Medicare Retenida Medicare Tax Withheld | |
| | 0 | |
| 16. Salarios bajo Ley Núm. 324 de 2004 Salaries under Act No. 324 of 2004 | 21. Propinas Sujetas a Seguro Social Social Security Tips | |
| 0 | 0 | |
| 16A. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program | 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | |
| 0 | 0 | |
| | 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | |
| | 0 | |

Instrucciones al dorso - Instructions on back

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas.
Retention: Ten (10) years from the filing date in the Returns Processing Bureau.

Pensión: ☐   Federal: ☐

Formulario 482  Rev. 12.10

## FORMA LARGA

○ PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE EN ESTE LUGAR)

Número de Serie

| Liquidador | Revisor |
|---|---|

**2010**
GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA
PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2010 O AÑO COMENZADO EL
1 de enero de 2010 Y TERMINADO EL 31 de diciembre de 2010
**2010**

| R | G | RO | V1 | V2 | P1 | P2 | N | D1 | D2 | E | A | M |
|---|---|----|----|----|----|----|---|----|----|---|---|---|

○ PLANILLA ENMENDADA

○ FALLECIDO DURANTE EL AÑO:
Dia  Mes  Año

Nombre del Contribuyente  Inicial  Apellido Paterno  Apellido Materno
JOSE  R  SANTIAGO  MELENDEZ

Número de Seguro Social Contribuyente

Dirección Postal
URB. VILLA MADRID
CALLE 4 Z-18
COAMO  PR  Código Postal  00769-0000

Fecha de Nacimiento
Dia  Mes  Año
Número de Seguro Social Cónyuge

Sello de Pago

"Coloque la etiqueta engomada (Label) aquí".
Nombre e Inicial del Cónyuge  Apellido Paterno  Apellido Materno

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)
URB. VILLA MADRID
CALLE 4 Z-18
COAMO  PR  Código Postal  00769-0000

Correo Electrónico (E-Mail)  rafa.lucha@yahoo.com

Fecha de Nacimiento del Cónyuge

Incapacitado:
○ Contribuyente  ○ Cónyuge
Teléfono Residencia  7874537056
Teléfono del Trabajo

Número de Recibo:
Importe:

CAMBIO DE DIRECCION: ○ Si ⊗ No

### Encasillado 1

SI  NO
A. ⊗ ○ ¿Ciudadano de Estados Unidos?
B. ⊗ ○ ¿Residente de Puerto Rico al finalizar el año?
C. ○ ⊗ ¿Obligación de hacer pagos a ASUME?
D. ○ ⊗ ¿Otros ingresos exentos de contribución? (Someta Anejo)
Indique total $  0

ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO
1. ○ Casado que vivía con su cónyuge y rinde planilla conjunta
2. ○ Casado que no vivía con su cónyuge (No jefe de familia) (Indique nombre y seguro social del cónyuge, arriba)
3. ○ Jefe de familia (No para casados)
4. ⊗ Soltero
5. ○ Casado que rinde por separado (Indique nombre y seguro social del cónyuge)

FUENTE DE MAYOR INGRESO:
E. ⊗ Empleado del Gobierno, Municipios o Corporaciones Públicas
F. ○ Empleado de Gobierno Federal
G. ○ Empleado de Empresa Privada
Su ocupación  Maestro de Escuela  6110  Ocupación cónyuge

H. ○ Retirado/Pensionado
I. ○ Trabajo Cuenta Propia (Indique la industria o negocio principal)

CONTRATO GOBIERNO
○ Contribuyente  ○ Cónyuge
PLANILLA 2011
⊗ ESPAÑOL  ○ INGLES

○ Ennegrezca aquí si se acoge al cómputo opcional de la contribución en el caso de personas casadas que viven juntas, rinden planilla conjunta y que ambos trabajen. No complete los Encasillados 2 y 3, ni las líneas 15 a la 25 del Encasillado 4, y pase al Anejo CO Individual.

### Encasillado 2

Sello de Recibido

24-03-2011 11:44:19 AM

| | A-Contribución Retenida | | B-Sueldos, Comisiones, Concesiones y Propinas | |
|---|---|---|---|---|
| 1. Sueldos, Comisiones, Concesiones y Propinas | 1,138 | 00 | 23,566 | 00 |
| ⓪⓪ SUMINISTRE LOS COMPROBANTES DE RETENCION (Formularios 499R-2/W-2PR, 499R-2c/W-2cPRoW-2, según aplique). | 0 | 00 | 0 | 00 |
| | 0 | 00 | 0 | 00 |
| | 0 | 00 | 0 | 00 |
| ⓪① Total de comprobantes con esta planilla .. [ 1 ] | 1,138 | 00 | 23,566 | 00 |

Contribución Retenida  Salarios Federales

C- Salarios del Gobierno Federal (Véanse instrucciones) (01)  0 00  (02)  0 00

2. Otros Ingresos (o Pérdidas):
A) Ingreso de intereses (Anejo F Individuo, Parte I, línea 10) ......... (03)  0 00
B) Participación distribuible en beneficios de sociedades especiales (Someta Anejo F Individuo y Anejo R) ....... (04)  0 00
C) Participación distribuible en pérdidas de sociedades especiales (Someta Anejo R) ....... (05)  0 00
D) Dividendos de corporaciones y distribuciones de sociedades sujetos a retención (Anejo F Individuo, Parte I, línea 1A) ...... (06)  0 00
E) Dividendos de corporaciones y distribuciones de sociedades no sujetos a retención (Anejo F Individuo, Parte II, línea 3B) ...... (07)  0 00
F) Participación distribuible en beneficios de corporaciones de individuos (Someta Anejo F Individuo) ...... (08)  0 00
G) Distribuciones de Planes Gubernamentales (Anejo F Individuo, Parte V, líneas 1C y 1D) ...... (09)  0 00
H) Ingresos misceláneos (Someta Anejo F Individuo) ...... (10)  0 00
I) Distribuciones de Cuentas de Retiro Individual y Cuentas de Aportación Educativa (Someta Anejo F Individuo) ...... (11)  0 00
J) Dividendos de Fondo de Capital de Inversión o de Turismo (Someta Anejo Q1) ...... (12)  0 00
K) Ingresos de anualidades y pensiones (Anejo H Individuo, Parte II, línea 12) ...... (13)  0 00
L) Pensión recibida por divorcio o separación (Núm. seguro social del que paga: _____ ) ...... (14)  (15)
M) Ganancia (o pérdida) atribuible a industria o negocio (Someta Anejo K Individuo) ...... (16)  0 00
N) Ganancia (o pérdida) atribuible a la agricultura (Someta Anejo L Individuo) ...... (17)  0 00
O) Ganancia (o pérdida) atribuible a profesiones y comisiones (Someta Anejo M Individuo) ...... (18)  894 00
P) Ganancia (o pérdida) atribuible a alquiler (Someta Anejo N Individuo) ...... (19)

Formulario 499R-IV, M. 2PR
1 av. 5.1

GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

**CCMPK-IE-AND E IE NE IE NCI2DI - V II HF L IIN STAL EMEN**

INFORMACION PARA EL SEGURO SOCIAL

1. Nombre - First Name: **JOSE R**

Apellido(s) - Surname(s): **SANTIAGO MELENDEZ**

Dirección Postal del Empleado - Employee's Mailing Address:
**URB. VILLA MADRID CALLE 4 Z-18 COAMO PR 00769**

2. Nombre y Dirección Postal del Patrono / Employer's Name and Mailing Address:
**DEPARTAMENTO DE EDUCACION**
**HA IO REN PR**

Número de Teléfono del Patrono / Employer's Telephone Number:

Fecha Cese de Operaciones / Cease of Operations Date:

Número Control - Control Number: **107609294**

Fecha de radicación: 31 de enero - Filing Date: January 31
Instrucciones al dorso de Copia D - Instructions on back of Copy D

Pensión: ☐    Federal: ☐

3. Núm. Seguro Social / Social Security No.

4. Núm. Ident. Patronal / Employer's Ident. No. (EIN)

5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension

6. Costo de Pensión o Anualidad / Cost of Pension or Annuity: 0

**Copia B para Planillas del Empleado**
**Copy B for Employee's Tax Return**

Año / Year: **2010**

| | |
|---|---|
| 7. Sueldos - Wages | 23,566 |
| 8. Comisiones - Commissions | 0 |
| 9. Concesiones - Allowances | 0 |
| 10. Propinas - Tips | 0 |
| 11. Total = 7 + 8 + 9 + 10 | 23,566 |
| 12. Gastos Reembolsados / Reimbursed Expenses | 0 |
| 14. Fondo de Retiro - Retirement Fund | 1,138 |
| 15. Aportaciones a Planes Cualific. / Contributions to CODA PLANS | 2,030 |
| 16. Salarios bajo Ley Núm. 324 de 2004 / Salaries under Act No. 324 of 2004 | 0 |
| 17. Total Sueldos Seguro Social / Social Security Wages | 0 |
| 18. Seguro Social Retenido / Social Security Tax Withheld | 0 |
| 19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips | 23,566 |
| 20. Contrib. Medicare Retenida / Medicare Tax Withheld | 0 |
| 21. Propinas Seguro Social / Social Security Tips | 341 |
| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0 |
| 24. Sueldos y Propinas bajo Ley HIRE de 2010 - Wages and Tips under HIRE Act of 2010 | 0 |

Panilla Radicada Electrónicamente - Planilla Radicada Electrónicamente

| | | | | | | | Aviso #: | |
|---|---|---|---|---|---|---|---|---|
| | | | SM -Quincenal | | | | Fecha Aviso: | 02/13/2009 |

Desde: 02/05/2009
02/18/2009

**JOSE R. SANTIAGO MELENDEZ**
URB. VILLA MADRID C-4 Z-18
COAMO, PR 00769

SS:

| | |
|---|---|
| # Empleado: | |
| Dept: | 8005021-Ponce Coamo |
| Lugar: | Purificacion Rodriguez |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $1,850.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Claiming no personal exem |
| Concesiones: | 0 | |
| Pct. Adcl.: | | 0 |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| | --------- Corriente --------- | | | ------ Acumulado ------ | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | 925.00 | 180.00 | 2,775.00 | |
| **Total:** | | 925.00 | 180.00 | 2,775.00 | |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 13.41 | 40.24 |
| PR Withholding | 50.75 | 152.25 |
| **Total:** | 64.16 | 192.49 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 83.25 | 249.75 |
| **Total:** | 83.25 | 249.75 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-Preferred Health | 130.00 | 390.00 |
| **Total:** | 130.00 | 390.00 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 78.63 | 235.89 |
| FSED Disability Plan | 15.73 | 47.19 |
| SM-Preferred Health | 0.00 | 120.00 |

* Tributable

### TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 925.00 | 0.00 | 64.16 | 213.25 | 647.59 |
| Acumulado: | 2,775.00 | 0.00 | 192.49 | 639.75 | 1,942.76 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #3239821 | 647.59 |
| **Total:** | 647.59 |

### PTO HORAS | ACUM

| Balance Inicial: | 0.0 |
|---|---|
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

MENSAJE:

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

**Fecha**
**02/13/2009**

**Aviso No.**
**3239821**

**Cant. Deposito:** **$647.59**

A la
Cuenta(s) De

**JOSE R. SANTIAGO MELENDEZ**
URB. VILLA MADRID C-4 Z-18
COAMO, PR 00769

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | 072134828 | $647.59 |

Formulario 482  Rev.  11.08

## FORMA LARGA

| Liquidador | Revisor |
|---|---|

◯ PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE EN ESTE LUGAR)

Número de Serie

**2008**  **2008**
ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA
PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2008 O AÑO COMENZADO EL

| R | G | RO | V1 | V2 | P1 | P2 | N | D1 | D2 | E | A | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

1 _de_ enero _de 2008 Y TERMINADO EL_ 31 _de_ diciembre _de_ 2008

◯ PLANILLA ENMENDADA

◯ FALLECIDO DURANTE EL AÑO:
Día  Mes  Año

Sello de Pago

| Nombre del Contribuyente | Inicial | Apellido Paterno | Apellido Materno |
|---|---|---|---|
| JOSE | R | SANTIAGO MELENDEZ | |

Número de Seguro Social Contribuyente

Dirección Postal

URB. VILLA MADRID

CALLE 4 Z-18

COAMO PR          Código Postal  00769

"Coloque la etiqueta engomada (Label) aquí".

Fecha de Nacimiento      Sexo
Día  Mes  Año           ◯ M  ◯ F
Número de Seguro Social Cónyuge

| Nombre e Inicial del Cónyuge | Apellido Paterno | Apellido Materno |
|---|---|---|

Fecha de Nacimiento del Cónyuge
Día  Mes  Año

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)

URB. VILLA MADRID CALLE 4 Z-18

COAMO PR          Código Postal  00769

Correo Electrónico (E-Mail)

Teléfono Residencia
(787) 453-7056
Teléfono del Trabajo

CAMBIO DE DIRECCION
◯ Sí    ◯ No

Número de Recibo: _____
Importe: _____

**Encasillado 1**

|  | SI | NO |  |
|---|---|---|---|
| A. | ◯ | ◯ | ¿Ciudadano de Estados Unidos? |
| B. | ◯ | ◯ | ¿Residente de Puerto Rico al finalizar el año? |
| C. | ◯ | ◯ | ¿Ingresos exentos de Lotería de Puerto Rico? |
| D. | ◯ | ◯ | ¿Ingresos de premios de jugadas en Hipódromo? |
| E. | ◯ | ◯ | ¿Otros ingresos exentos de contribución? (Someta Anejo) |
| F. | ◯ | ◯ | ¿Obligación de hacer pagos a ASUME? |

FUENTE DE MAYOR INGRESO:
G. ◯ Empleado del Gobierno, Municipios o Corporaciones Públicas
H. ◯ Empleado del Gobierno Federal
I. ◯ Empleado de Empresa Privada
Su ocupación  Maestro de Escuela  6110  Ocupación cónyuge

**ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:**
1. ◯ Casado que vivía con su cónyuge y rinde planilla conjunta.
2. ◯ Casado que no vivía con su cónyuge (No jefe de familia)
   (Indique nombre y seguro social del cónyuge arriba)
3. ◯ Jefe de familia (No para casados)
4. ◯ Soltero
5. ◯ Casado que rinde por separado (Indique nombre y seguro social del cónyuge)

J. ◯ Retirado/Pensionado
K. ◯ Trabajo Cuenta Propia (Indique la industria o negocio principal)

CONTRATO GOBIERNO
◯ CONTRIBUYENTE   ◯ CONYUGE
◯ ESPAÑOL   ◯ INGLES

☐ Ennegrezca aquí si se acoge al cómputo opcional de la contribución en el caso de personas casadas que viven juntas, rinden planilla conjunta y que ambos trabajan. No complete los Encasillados 2 y 3, ni las líneas 15 a la 25 del Encasillado 4, y pase al Anejo CO Individuo.

Sello de Recibido

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Negociado de Rentas Coamo
RECIBIDO
APR 07 2009
SIN PAGO
SECRETARIO DE HACIENDA

**Encasillado 2**

| | | A-Contribución Retenida | B-Sueldos, Comisiones, Concesiones y Propinas |
|---|---|---|---|
| 1. Sueldos, Comisiones, Concesiones y Propinas | | 1,445 00 | 25,110 00 |
| 00 SUMINISTRE LOS COMPROBANTES DE RETENCION (Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique). | | 00 | 00 |
| | | 00 | 00 |
| 01 Total de comprobantes con esta planilla .. | 1 | 1,445 00 | 25,110 00 |

|  | Contribución Retenida | Salarios Federales |
|---|---|---|
| C- Salarios del Gobierno Federal (Véanse instrucciones) (01) | 00 | (02) 00 |

PLANILLA 2009

2. Otros Ingresos (o Pérdidas)

| | | |
|---|---|---|
| A) Ingreso de intereses (Anejo F Individuo, Parte I, línea 10) | (03) | 00 |
| B) Participación distribuible en beneficios de sociedades especiales (Someta Anejo F Individuo y Anejo R) | (04) | 00 |
| C) Participación distribuible en pérdidas de sociedades especiales (Someta Anejo R) | (05) | 00 |
| D) Dividendos de corporaciones y distribuciones de sociedades sujetos a retención (Anejo F Individuo, Parte II, línea 1A) | (06) | 00 |
| E) Dividendos de corporaciones y distribuciones de sociedades no sujetos a retención (Anejo F Individuo, Parte II, línea 3B) | (07) | 00 |
| F) Participación distribuible en beneficios de corporaciones de individuos (Someta Anejo F Individuo) | (08) | 00 |
| G) Distribuciones de Planes Gubernamentales (Anejo F Individuo, Parte V, líneas 1C y 1D) | (09) | 00 |
| H) Ingresos misceláneos (Someta Anejo F Individuo) | (10) | 00 |
| I) Distribuciones de Cuentas de Retiro Individual y Cuentas de Aportación Educativa (Someta Anejo F Individuo) | (11) | 00 |
| J) Dividendos de Fondo de Capital de Inversión o de Turismo (Someta Anejo Q1) | (12) | 00 |
| K) Ingresos de anualidades y pensiones (Anejo H Individuo, Parte II, línea 12) | (13) | 00 |
| L) Pensión recibida por divorcio o separación (Núm. seguro social del que paga: _____ ) (14) | (15) | 00 |
| M) Ganancia (o pérdida) atribuible a industria o negocio (Someta Anejo K Individuo) | (16) | 00 |
| N) Ganancia (o pérdida) atribuible a la agricultura (Someta Anejo L Individuo) | (17) | 00 |
| O) Ganancia (o pérdida) atribuible a profesiones y comisiones (Someta Anejo M Individuo) | (18) | 2,900 00 |
| P) Ganancia (o pérdida) atribuible a alquiler (Someta Anejo N Individuo) | (19) | 00 |
| Q) Ganancia (o pérdida) en la venta o permuta de activos de capital (Someta Anejo D Individuo) | (20) | 00 |
| R) Planes cualificados y Contratos de Anualidad Variable (Someta Anejo D Individuo) | (21) | 00 |

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

| INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
|---|---|

1. Nombre-First Name
JOSE

Apellido(s) - Surname(s)
SANTIAGO MELENDEZ

Dirección Postal del Empleado-Employee's Mailing Address
URB. VILLA MADRID C-4 Z-18

2. Nombre y Dirección Postal del Patrono
   Employer's Name and Mailing Address
L8002150542 P RODRIGUE
DEPT DE EDUCACION-MAESTROS
AVENIDA TENIENTE CESAR GONZALE
ESQUINA CALAF
HATO REY, PR 00919

Número de Teléfono del Patrono
Employer's Telephone Number

Fecha de Cese de Operaciones: Dia/Day  Mes/Month  Año/Year
Cease of Operations Date:

Número de Control - Control Number
017555278

3. Núm. Seguro Social
Social Security No.

4. Núm. de Ident. Patronal
Employer's Ident. No. (EIN.)

5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension
Dia/Day  Mes/Month  Año/Year

6. Costo de Pensión o Anualidad
Cost of Pension or Annuity
0.00

Copia C para Récord
del Empleado
Copy C for Employee's
Records

Año:
Year: 2008

| # | Concepto | Monto |
|---|---|---|
| 7. Sueldos - Wages | | 25110.26 |
| 8. Comisiones - Commissions | | 0.00 |
| 9. Concesiones - Allowances | | 0.00 |
| 10. Propinas - Tips | | 0.00 |
| 11. Total=7+8+9+10 | | 25110.26 |
| 12. Gastos Reembolsados Reimbursed Expenses | | 0.00 |
| 13. Cont. Retenida - Tax Withheld | | 1445.02 |
| 14. Fondo de Retiro Retirement Fund | | 1980.98 |
| 15. Aportaciones a Planes Cualific. Contributions to CODA PLANS | | 0.00 |
| 16. Salarios bajo Ley Núm. 324 de 2004 Salaries under Act No. 324 of 2004 | | 0.00 |

| # | Concepto | Monto |
|---|---|---|
| 17. Total Sueldos Seguro Social Social Security Wages | | 0.00 |
| 18. Seguro Social Retenido Social Security Tax Withheld | | 0.00 |
| 19. Total Sueldos y Pro. Medicare Medicare Wages and Tips | | 25110.26 |
| 20. Contrib. Medicare Retenida Medicare Tax Withheld | | 364.10 |
| 21. Propinas Seguro Social Social Security Tips | | 0.00 |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips | | 0.00 |
| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | | 0.00 |

Reproducido por: Departamento de Hacienda

Formulario 482  Rev.  10.07

## FORMA LARGA

| Liquidador | Revisor |
|---|---|

R G RO V1 V2 P1 P2 N D1 D2 E A M

○ PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE EN ESTE LUGAR)

**2007**  ESTADO LIBRE ASOCIADO DE PUERTO RICO  **2007**
DEPARTAMENTO DE HACIENDA
PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2007 O AÑO COMENZADO EL
1 de enero de 07 Y TERMINADO EL 31 de dic de 07

Número de Serie

○ PLANILLA ENMENDADA
○ FALLECIDO DURANTE EL AÑO: ___/___/___ Día Mes Año

Sello de Pago

**Nombre del Contribuyente:** Jose   Inicial   **Apellido Paterno:** Santiago   **Apellido Materno:** Melendez

**Dirección Postal:** Villa Madrid Z-18 Calle 4

Coamo P.R.   **Código Postal:** 00769

"Coloque la etiqueta engomada (Label) aquí".

Número de Seguro Social Contribuyente

Fecha de Nacimiento   Sexo

Número de Seguro Social Cónyuge

Fecha de Nacimiento del Cónyuge

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
1166 - Colecturía Coamo
**PAGADO**
APR 14 2008
SECRETARIO DE HACIENDA

Nombre e Inicial del Cónyuge   Apellido Paterno   Apellido Materno

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)   Código Postal

Teléfono Residencia ( )
Teléfono del Trabajo ( )

CAMBIO DE DIRECCION  ○ Si  ● No

Número de Recibo: 07084   Importe: 7800

Correo Electrónico (E-Mail)

**SI NO**
A. ● ○ ¿Ciudadano de Estados Unidos?
B. ● ○ ¿Residente de Puerto Rico al finalizar el año?
C. ○ ● ¿Ingresos exentos de Lotería de Puerto Rico?
D. ○ ● ¿Ingresos de premios de jugadas en Hipódromo?
E. ○ ● ¿Otros ingresos exentos de contribución? (Someta Anejo)
F. ○ ● ¿Obligación de hacer pagos a ASUME?

**ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:**
1. ○ Casado que vivía con su cónyuge y rinde planilla conjunta
2. ○ Casado que no vivía con su cónyuge (No jefe de familia) (Indique nombre y seguro social del cónyuge arriba)
3. ○ Jefe de familia (No para casados)
4. ● Soltero
5. ○ Casado que rinde por separado (Indique nombre y seguro social del cónyuge)

**FUENTE DE MAYOR INGRESO:**
G. ○ Empleado del Gobierno, Municipios o Corporaciones Públicas
H. ○ Empleado del Gobierno Federal
I. ○ Empleado de Empresa Privada
J. ○ Retirado/Pensionado
K. ○ Trabajo Cuenta Propia (Indique la industria o negocio principal)

Su ocupación ___   Ocupación cónyuge ___

**CONTRATO GOBIERNO**
○ CONTRIBUYENTE  ○ CONYUGE

**PLANILLA 2008**
● ESPAÑOL  ○ INGLES

Sello de Recibido
Colecturía 1166-Coamo
RECIBIDO
APR 14 2008
CON PAGO

| | A-Contribución Retenida | | B-Sueldos, Comisiones y Propinas |
|---|---|---|---|
| 1. Sueldos, Comisiones, Concesiones y Propinas | 1,181 00 | | 21,738 00 |
| SUMINISTRE LOS COMPROBANTES DE RETENCION (Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique). | 308 00 | | 2,500 00 |
| | 00 | | 00 |
| | 00 | | 00 |
| Total de comprobantes con esta planilla .. 2 | 1,489 00 | | 24,238 00 |
| | Contribución Retenida | | Salarios Federales |

| | | (01) Contribución Retenida | (02) Salarios Federales |
|---|---|---|---|
| C- Salarios del Gobierno Federal (Véanse instrucciones) ............ | | 00 | 00 |

2. Otros Ingresos (o Pérdidas):
| | | |
|---|---|---|
| A) Ingreso de intereses (Anejo F Individuo, Parte I, línea 10) | (03) | 00 |
| B) Participación distribuible en beneficios de sociedades especiales (Someta Anejo F Individuo y Anejo R) | (04) | 00 |
| C) Participación distribuible en pérdidas de sociedades especiales (Someta Anejo R) | (05) | 00 |
| D) Dividendos de corporaciones y distribuciones de sociedades sujetos a retención (Anejo F Individuo, Parte II, línea 1A) | (06) | 00 |
| E) Dividendos de corporaciones y distribuciones de sociedades no sujetos a retención (Anejo F Individuo, Parte II, línea 3B) | (07) | 00 |
| F) Participación distribuible en beneficios de corporaciones de individuos (Someta Anejo F Individuo) | (08) | 00 |
| G) Distribuciones de Planes Gubernamentales (Anejo F Individuo, Parte V, líneas 1C y 1D) | (09) | 00 |
| H) Ingresos misceláneos (Someta Anejo F Individuo) | (10) | 00 |
| I) Distribuciones de Cuentas de Retiro Individual y Cuentas de Aportación Educativa (Someta Anejo F Individuo) | (11) | 00 |
| J) Dividendos de Fondo de Capital de Inversión o de Turismo (Anejo Q1) | (12) | 00 |
| K) Ingresos de anualidades y pensiones (Anejo H Individuo, Parte II, línea 12) | (13) | 00 |
| L) Pensión recibida por divorcio o separación (Núm. seguro social del que paga: ___) (14) | (15) | 00 |
| M) Ganancia (o pérdida) atribuible a industria o negocio (Someta Anejo K Individuo) | (16) | 00 |
| N) Ganancia (o pérdida) atribuible a la agricultura (Someta Anejo L Individuo) | (17) | 00 |
| O) Ganancia (o pérdida) atribuible a profesiones y comisiones (Someta Anejo M Individuo) | (18) | 5,570 00 |
| P) Ganancia (o pérdida) atribuible a alquiler (Someta Anejo N Individuo) | (19) | 00 |
| Q) Ganancia (o pérdida) en la venta o permuta de activos de capital y Planes cualificados (Someta Anejo D Individuo) | (20) | 00 |

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

nulario
n 499R-2/W-2 PR
06.07

COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

**INFORMACION PARA EL DEPARTAMENTO DE HACIENDA**
DEPARTMENT OF THE TREASURY INFORMATION

**INFORMACION PARA EL SEGURO SOCIAL**
SOCIAL SECURITY INFORMATION

1. Nombre-First Name
JOSE

3. Núm. Seguro Social
Social Security No.

Apellido(s) - Surname(s)
SANTIAGO MELENDEZ

4. Núm. de Ident. Patronal
Employer's Ident. No. (EIN.)

Dirección Postal del Empleado-Employee's Mailing Address
URB. VILLA MADRID C-4 Z-18

COAMO, PR 00769

5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension

| Día Day | Mes Month | Año Year |
|---------|-----------|----------|

2. Nombre y Dirección Postal del Patrono
Employer's Name and Mailing Address
L8002150526 S RIVERA
DEPT DE EDUCACION-MAESTROS
AVENIDA TENIENTE CESAR GONZALE
ESQUINA CALAF
HATO REY, PR 00919

6. Costo de Pensión o Anualidad
Cost of Pension or Annuity
0.00

Copia C para Récord
del Empleado
Copy C for Employee's
Records

Año:
Year: **2007**

| Campo | Valor |
|-------|-------|
| 7. Sueldos - Wages | 21737.50 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total=7+8+9+10 | 21737.50 |
| 12. Gastos Reembolsados Reimbursed Expenses | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 1181.60 |
| 14. Fondo de Retiro Retirement Fund | 1866.48 |
| 15. Aportaciones a Planes Cualific. Contributions to CODA PLANS | 0.00 |
| 16. Salarios bajo Ley Núm. 324 de 2004 Salaries under Act No. 324 of 2004 | 0.00 |

| Campo | Valor |
|-------|-------|
| 17. Total Sueldos Seguro Social Social Security Wages | 0.00 |
| 18. Seguro Social Retenido Social Security Tax Withheld | 0.00 |
| 19. Total Sueldos y Pro. Medicare Medicare Wages and Tips | 21737.50 |
| 20. Contrib. Medicare Retenida Medicare Tax Withheld | 315.19 |
| 21. Propinas Seguro Social Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips | 0.00 |
| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

Número de Teléfono del Patrono
Employer's Telephone Number

Fecha de Cese de Operaciones:
Cease of Operations Date:

| Día Day | Mes Month | Año Year |
|---------|-----------|----------|

Número de Control - Control Number
**45472726**

Reproducido por: Departamento de Hacienda

**Formulario 482.1 Rev. 09.06**

## FORMA LARGA

| Liquidador | Revisor |
|---|---|

| R | G | RO | V1 | V2 | P1 | P2 | N | D | E | A | M |
|---|---|---|---|---|---|---|---|---|---|---|---|

○ PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE EN ESTE LUGAR)

**2006**
ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA
PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2006 O AÑO COMENZADO EL
**2006**

1 de enero de 06 Y TERMINADO EL 31 de diciembre de 06

Número de Serie

○ PLANILLA ENMENDADA

○ FALLECIDO DURANTE EL AÑO:   Día  Mes  Año

Sello de Pago

| Nombre del Contribuyente | Inicial | Apellido Paterno | Apellido Materno |
|---|---|---|---|
| José R. | | Santiago | Meléndez |

Dirección Postal
Villa Madrid 2-18 Calle #4
Coamo, P.R.   Código Postal 00769

"Coloque la etiqueta engomada (Label) aquí".

Número de Seguro Social Contribuyente
○○ - ○○ - ○○○○

Fecha de Nacimiento   Sexo
Día  Mes  Año    M ●  F ○

Número de Seguro Social Cónyuge

Fecha de Nacimiento del Cónyuge
Día  Mes  Año

| Nombre e Inicial del Cónyuge | Apellido Paterno | Apellido Materno |
|---|---|---|

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)

Código Postal

Correo Electrónico (E-Mail)

Teléfono Residencia
(   )

Teléfono del Trabajo
(   )

CAMBIO DE DIRECCION
○ Sí  ● No

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA
1165 - Colecturía Coamo
PAGADO
13 ABR. 2007
SECRETARIO DE HACIENDA

Número de Recibo: 09011
Importe: 83.00

**Encasillado 1**

| | SI | NO | |
|---|---|---|---|
| A. | ○ | ● | ¿Ciudadano de Estados Unidos? |
| B. | ○ | ● | ¿Residente de Puerto Rico al finalizar el año? |
| C. | ○ | ● | ¿Ingresos exentos de Lotería de Puerto Rico? |
| D. | ○ | ● | ¿Ingresos de premios de jugadas en Hipódromo? |
| E. | ○ | ● | ¿Otros ingresos exentos de contribución? (Someta Anejo) |
| F. | ○ | ● | ¿Obligación de hacer pagos a ASUME? |

ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:
1. ○ Casado que vivía con su cónyuge y rinde planilla conjunta
2. ○ Casado que no vivía con su cónyuge (No jefe de familia) (Indique nombre y seguro social del cónyuge arriba)
3. ○ Jefe de familia (No para casados)
4. ● Soltero
5. ○ Casado que rinde por separado (Indique nombre y seguro social del cónyuge)

FUENTE DE MAYOR INGRESO:
G. ○ Empleado del Gobierno, Municipios o Corporaciones Públicas
H. ○ Empleado del Gobierno Federal
I. ○ Empleado de Empresa Privada

J. ○ Retirado/Pensionado
K. ○ Trabajo Cuenta Propia (Indique la Industria o negocio principal)

Su ocupación  Maestro  6110  Ocupación cónyuge

CONTRATO GOBIERNO
○ CONTRIBUYENTE  ○ CONYUGE

PLANILLA 2007
● ESPAÑOL ○ INGLES

**Encasillado 2**

Sello de Recibido

| | | A-Contribución Retenida | B-Sueldos, Comisiones, Concesiones y Propinas |
|---|---|---|---|
| **1.** Sueldos, Comisiones, Concesiones y Propinas | | | |
| **(00)** SUMINISTRE LOS COMPROBANTES DE RETENCION (Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique). | | 1,444 00 | 21,550 00 |
| | | 00 | 00 |
| | | 00 | 00 |
| | | 00 | 00 |
| **(01)** Total de comprobantes con esta planilla .. | 2 | 1,444 00 | 21,550 00 |
| | | Contribución Retenida | Salarios Federales |
| C- Salarios del Gobierno Federal (Véanse instrucciones) ............................................ (01) | | 00 | (02) 00 |

2. Otros Ingresos (o Pérdidas):

| | | |
|---|---|---|
| A) Ingreso de intereses (Anejo F Individuo, Parte I, línea 10) ......................................................................... (03) | | 00 |
| B) Participación distribuible en beneficios de sociedades especiales (Someta Anejo F Individuo y Anejo R) ......... (04) | | 00 |
| C) Participación distribuible en pérdidas de sociedades especiales (Someta Anejo R) ........................................ (05) | | 00 |
| D) Dividendos de corporaciones y distribuciones de sociedades sujetas a retención (Anejo F Individuo, Parte II, líneas 1A a 1C, según aplique) (06) | | 00 |
| E) Dividendos de corporaciones y distribuciones de sociedades no sujetos a retención (Anejo F Individuo, Parte II, línea 3D) .......... (07) | | 00 |
| F) Participación distribuible en beneficios de corporaciones de individuos (Someta Anejo F Individuo) ................. (08) | | 00 |
| G) Distribuciones de Planes Gubernamentales (Anejo F Individuo, Parte V, líneas 1C y 1E) .............................. (09) | | 00 |
| H) Ingresos misceláneos (Someta Anejo F Individuo) ..................................................................................... (10) | | 00 |
| I) Distribuciones de Cuentas de Retiro Individual y Cuentas de Aportación Educativa (Someta Anejo F Individuo) .... (11) | | 00 |
| J) Dividendos de Fondo de Capital de Inversión o de Turismo (Someta Anejo Q1) ......................................... (12) | | 00 |
| K) Ingresos de anualidades y pensiones (Anejo H Individuo, Parte II, línea 12) ............................................... (13) | | 00 |
| L) Pensión recibida por divorcio o separación (Núm. seguro social del que paga: _____ ) (14) ... (15) | | 00 |
| M) Ganancia (o pérdida) atribuible a industria o negocio (Someta Anejo K Individuo) ..................................... (16) | | 00 |
| N) Ganancia (o pérdida) atribuible a la agricultura (Someta Anejo L Individuo) ............................................... (17) | | 00 |
| O) Ganancia (o pérdida) atribuible a profesiones y comisiones (Someta Anejo M Individuo) ............................ (18) | 4,390 | 00 |
| P) Ganancia (o pérdida) atribuible a alquiler (Someta Anejo N Individuo) ....................................................... (19) | | 00 |
| Q) Ganancia (o pérdida) en la venta o permuta de activos de capital y Planes cualificados (Someta Anejo D Individuo) .... (20) | | 00 |
| R) Ganancia neta de capital a largo plazo en Fondos de Inversión (Someta Anejo Q1) | | |

**Estado Libre Asociado de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 12/01/2005 |
| Hasta: | 12/01/2005 |

# Cheque:

| | |
|---|---|
| JOSE R. SANTIAGO MELENDEZ | |
| URB. VILLA MADRID C-4 Z-18 | |
| COAMO PR 00769 | |
| SS: | |

| | |
|---|---|
| # Empleado: | |
| Dept: | 8005021-Ponce Coamo |
| Oficina: | Rio Jueyes |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $1,700.00 Monthly |

Fecha: 11/28/2005

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Claiming no personal exemt |
| Concesiones: | 0 | |
| Pct. Adcl.: | | 0 |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Bono de Navidad | | | 1,000.00 | | 1,000.00 |
| Pago de Salarios Regulares | | | 0.00 | 1,206.00 | 16,825.00 |
| Pago Retroactivo Regular | | | 0.00 | | 1,215.00 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed MED/EE | 14.50 | 276.08 |
| PR Withholding | 80.00 | 1,258.24 |

| Total: | | | 1,000.00 | 1,206.00 | 19,040.00 |
|---|---|---|---|---|---|

| Total: | 94.50 | 1,534.32 |
|---|---|---|

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 0.00 | 1,623.67 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| | | |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| FSED Disability Plan | 17.00 | 323.72 |
| GPR Plan de Retiro de Maestro | 0.00 | 1,533.44 |
| SM-Plan Hospital Menonita | 0.00 | 700.00 |

| Total: | 0.00 | 1,623.67 |
|---|---|---|

| Total: | 0.00 | 0.00 |
|---|---|---|

* Tributable

## TOTAL BRUTO

| Corriente: | 1,000.00 |
|---|---|
| Acumulado: | 19,040.00 |

## TOTAL IMPUESTOS

| | 94.50 |
|---|---|
| | 1,534.32 |

## DEDUCCIONES TOTALES

| | 0.00 |
|---|---|
| | 1,623.67 |

## PAGA NETA

| | 905.50 |
|---|---|
| | 15,882.01 |

## RIO HORAS        ACUM

| Balance Inicial: | 0.0 |
|---|---|
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA

| Cheque #02116181 | 905.50 |
|---|---|
| Total: | 905.50 |

**MENSAJE:** " QUE EL PROXIMO AÑO TE COLME DE PAZ,  PROSPERIDAD Y VERDADERO PROGRESO A  TI  Y A TU FAMILIA . "

Formulario 481   Rev. 05.04

**FORMA CORTA**

| Liquidador | R | M | V1 | V2 | P1 |
|---|---|---|---|---|---|
| Revisor | P2 | N | D | E | A | G |

PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE E...)

Entregue Completamente los Óvalos. Ejempl

**ESTADO LIBRE ASOCIADO DE PUERTO**
**DEPARTAMENTO DE HACIENDA**
**PLANILLA DE CONTRIBUCION SOBRE INGRESO**

AÑO CONTRIBUTIVO 2004 O AÑO COMENZADO EL

1 de _enero_ de _2004_ y terminado el _31_ de _dic_ de _04_

PLANILLA   ENMENDADA

FALLECIDO DURANTE EL AÑ

Número de Seguro Social
~~(redacted)~~

Número de Seguro Social Cónyuge

Sello de Pago

Sexo: M   F

Fecha de Nacimiento Contribuyente

138025 S2323  P1 ************5-DIGIT 00769
SANTIAGO MELENDEZ, JOSE R   C   E
VILLA MADRID
Z18 CALLE 4
COAMO, PR 00769-2758

Día   Mes   Año

Fecha de Nacimiento Cónyuge

Día   Mes   Año

Cambio de Dirección: SI   No

PAGADO

APR 10 200

SELLO #33

Nombre e Inicial del Cónyuge   Apellido Paterno   Apellido Materno

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)

Urb. Villa Madrid
Calle #4 Z-18
Coamo, P.R.

Teléfono Residencia

7 8 7 8 2 5 3 8 4 8

Número de Recibo   O6233

Importe   202.00

Teléfono Oficina

Código Postal 00769

**Encasillado 1**

| | SI | NO | |
|---|---|---|---|
| a. | | | ¿Ciudadano de Estados Unidos? |
| b. | | | ¿Residente de Puerto Rico al finalizar el año? |
| c. | | | ¿Ingresos exentos de Lotería de Puerto Rico? |
| d. | | | ¿Ingresos de premios de jugadas en Hipódromo? |
| e. | | | ¿Otros ingresos exentos de contribución? |
| f. | | | ¿Obligación de hacer pagos a ASUME? |

**FUENTE DE MAYOR INGRESO:**

g. Empleado del Gobierno, Municipios y Corporaciones Públicas

h. Empleado del Gobierno Federal

i. Empleado de Empresa Privada

j. Retirado/Pensionado

**OCUPACION (Anote el Código):**

Contrib. pación

Maestro   6 1 1 0

Cónyuge

Sello de Recibido

**ESTADO PERSONAL AL FINALIZAR SU AÑO CONTRIBUTIVO:**

1. Casado que vivía con su cónyuge y rinde planilla conjunta

2. Casado que no vivía con su cónyuge (No jefe de familia) (Indique nombre y seguro social del cónyuge)

3. Jefe de familia (No para casados)

4. Soltero

**Encasillado 2**

1. **Sueldos, Comisiones, Concesiones y Propinas**
   **SUMINISTRE LOS COMPROBANTES DE RETENCION**
   (Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique). **00**

| | A-Contribución Retenida | B-Sueldos, Comisiones, Concesiones y Propinas |
|---|---|---|
| | 1,249. | 19,380. |
| | .212 | 3,520 |
| **Total** (Núm. de comprobantes con esta planilla) **01**   2 | 1,461 | 22,900 |
| | Contribución Retenida | Salarios Federales |

2. Salarios del Gobierno Federal (Véanse instrucciones) ......... **02**

3. Ingresos de Anualidades y Pensiones (Anejo H Individuo, Parte II, línea 12) .........

Formulario
Form 499R-2/W-2 PR
Rev. 05.04

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

INFORMACION PARA EL DEPARTAMENTO DE HACIENDA
DEPARTMENT OF THE TREASURY INFORMATION

SOCIAL SECURITY INFORMATION

| Field | Value |
|---|---|
| 1. Nombre-First Name | JOSE |
| Apellido(s) - Surname(s) | SANTIAGO MELENDEZ |
| Dirección Postal del Empleado-Employee's Mailing Address | URB. VILLA MADRID C-4 Z-18 COAMO, PR 00769 |
| 3. Núm. Seguro Social / Social Security No. | |
| 4. Estado Civil - Civil Status | Soltero Single / Casado Married |
| 5. Núm. Seguro Social Cónyuge / Spouse's Social Security No. | |
| 6. Núm. de Ident. Patronal / Employer's Ident. No. (EIN) | |
| 2. Nombre y Dirección Postal del Patrono / Employer's Name and Mailing Address | L8002158131 ESC URB NU DEPT DE EDUCACION-MAESTROS AVENIDA TENIENTE CESAR GONZALE ESQUINA CALAF HATO REY, PR 00919 |
| 7. Costo de Pensión o Anualidad / Cost of Pension or Annuity | |

| # | Concepto | Amount |
|---|---|---|
| 8. | Sueldos - Wages | 19,380.45 |
| 9. | Comisiones - Commissions | 0.00 |
| 10. | Concesiones - Allowances | 0.00 |
| 11. | Propinas - Tips | 0.00 |
| 12. | Total=8+9+10+11 | 19,380.45 |
| 13. | Gastos Reembolsados / Reimbursed Expenses | 0.00 |
| 14. | Cont. Retenida - Tax Withheld | 1,249.03 |
| 15. | Fondo de Retiro / Retirement Fund | 1,654.31 |
| 16. | Aportaciones a Planes Cualific. / Contributions to CODA PLANS | 0.00 |

| # | Concepto | Amount |
|---|---|---|
| 17. | Total Sueldos Seguro Social / Social Security Wages | 0.00 |
| 18. | Seguro Social Retenido / Social Security Tax Withheld | 0.00 |
| 19. | Total Sueldos y Pro. Medicare / Medicare Wages and Tips | 19,380.45 |
| 20. | Contrib. Retenida Medicare / Medicare Tax Withheld | 281.02 |
| 21. | Propinas Seguro Social / Social Security Tips | 0.00 |
| 22. | Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips | 0.00 |
| 23. | Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

Copia C para Récord del Empleado
Copy C for Employee's Records

Año:
Year: **2004**

Número de Teléfono del Patrono / Employer's Telephone Number

Fecha de Cese de Operaciones / Cease of Operations Date

Número de Control - Control Number
**39190603**

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas
Conservation: Ten (10) years from the filing date in the Return Processing Bureau

**08578486**

Reproducido por: Departamento de Hacienda

VEA INSTRUCCIONES AL DORSO - SEE INSTRUCTIONS ON BACK
CUADRUPLICADO PARA QUIEN RECIBE EL PAGO - QUADRUPLICATE FOR THE PAYEE'S RECORD

COMPUTER EXPERT GROU...

## INSTRUCCIONES

Viene obligado a rendir planilla de contribución sobre ingresos:
* todo individuo soltero (o casado, pero que no vivía con su cónyuge), que durante el año contributivo tuviere un ingreso bruto de más de $3,300;
* todo individuo casado que vivía con su cónyuge, que durante el año contributivo tuviere individual o conjuntamente con éste un ingreso bruto de más de $6,000.

**PENALIDAD** - El Código de Rentas Internas de Puerto Rico de 1994, según enmendado (Código), dispone lo siguiente: Cualquier persona obligada bajo cualquier Subtítulo del Código a rendir una planilla o declaración, que voluntariamente dejare de rendir dicha planilla o declaración dentro del término o términos fijados por el Subtítulo correspondiente o por reglamentos, en adición a otras penalidades provistas por el Código, será culpable de un delito menos grave y castigada con multa no mayor de $500 ó reclusión por un término no mayor de seis meses, o ambas penas, más las costas del proceso. En aquellos casos en que cualquier persona voluntariamente dejare de rendir dicha planilla o declaración (dentro de los términos fijados por el Subtítulo correspondiente o por reglamentos) con la intención de evadir o derrotar cualquier contribución impuesta por el Código, en adición a otra penalidades provistas por el Código, será culpable de un delito grave y castigada con multa no mayor de $20,000 ó reclusión por un término fijo de tres años. De mediar circunstancia agravantes, la pena establecida podrá ser aumentada hasta un máximo de cinco años. De mediar circunstancias atenuantes, podrá ser reducida hasta un máximo de dos años, o ambas penas, a discreción del Tribunal, más las costas del proceso.

**Todo individuo que reciba esta declaración, debe rendir la Planilla de Contribución sobre Ingresos de Individuos - Forma Larga. Además, le recordamos que la cantidad retenida puede reclamarse como crédito contra la contribución a pagar.**

## INSTRUCTIONS

The income tax returns must be filed by:
* every individual single (or married, one who does not live with his/her spouse), who during the taxable year had a gross income of more than $3,300;
* every married individual who lives with his/her spouse, who during the taxable year had individually or jointly, a gross income of more than $6,000.

**PENALTY** - The Puerto Rico Internal Revenue Code of 1994, as amended (Code), provides the following: Any person liable under any Subtitle of the Code to file a return or statement, who willfully fails to file such return or statement within the term or terms established by the corresponding Subtitle or by regulations, in addition to other penalties provided by the Code, shall be guilty of a misdemeanor and upon conviction thereof, punished by a fine of not more than $500 or by imprisonment for a term of not more than six months, or both penalties plus the costs of prosecution. In the case of any person who willfully fails to file such return or statement (within the terms established by the corresponding Subtitle or by regulations) with the intention to evade or defeat any tax imposed by the Code, in addition to other penalties provided by the Code, shall be guilty of a felony and upon conviction thereof, punished by a fine of not more than $20,000 or imprisonment for a fixed term of three years. If there were aggravating circumstances, the established penalty may be increased to a maximum of five years. If there were extenuating circumstances, it may be reduced to a maximum of two years, or both penalties, at the discretion of the Court, plus the costs of prosecution.