# CERTIFICADO DE NOTIFICACIÓN PARA RÉPLICAS

INTAKE DROP BOX RECEIVED
2020 MAR 10 PM 12: 10
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

4 de marzo de 2020

A: Tribunal de Distrito de los Estados Unidos

   Para el Distrito de Puerto Rico

*[firma: Sonia I. Espada Ortiz]*

De: Sonia I. Espada Ortiz

soniaespada.24@gmail.com

(787) 390-8426

Asunto: Adjunto Réplica sobre Reclamación # 130656

      Talonario de Cheques

      Planillas de Contribución Sobre Ingresos

      Formulario W-2

Recibido por:_____  Fecha:_____

N 4323570

**Estado Libre Asociado de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

SONIA I ESPADA ORTIZ
URB VILLA MADRID
U10 CALLE 19
COAMO PR 00769-0000
SS: ***-**-****

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 04/01/2004 |
| Hasta: | 04/16/2004 |
| # Empleado: | |
| Dept: | 8005021-Ponce Coamo |
| Oficina: | Susana Rivera |
| Titulo: | M.Elemental |
| Sueldo: | $2,205.00 Monthly |

# Cheque:
Fecha: 04/14/200

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Single |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,102.50 | 432.00 | 7,717.50 |
| Total: | | | 1,102.50 | 432.00 | 7,717.50 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed MED/EE | 15.98 | 111.9 |
| PR Withholdng | 82.60 | 578.2 |
| Total: | 98.58 | 690.10 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 99.23 | 694.61 |
| Total: | 99.23 | 694.61 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 108.55 | 759.85 |
| AS FED MAESTROS AFT | 8.00 | 56.00 |
| GPR Plan de Ahorros | 33.08 | 231.56 |
| Total: | 149.63 | 1,047.41 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 93.71 | 655.97 |
| FSED Disability Plan | 18.74 | 131.18 |

* Tributable

## TOTAL BRUTO

| | | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NET |
|---|---|---|---|---|
| Corriente: | 1,102.50 | 98.58 | 248.86 | 755.06 |
| Acumulado: | 7,717.50 | 690.10 | 1,742.02 | 5,285.38 |

## PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA

| | |
|---|---|
| Cheque # | 755.06 |
| Total: | 755.06 |

MENSAJE:

N002800104

**Estado Libre Asociado de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 11/07/2005 |
| Hasta: | 11/18/2005 |

# Cheque:

Fecha: 11/30/2005

SONIA I ESPADA ORTIZ
URB VILLA MADRID
U10 CALLE 19
COAMO PR 00769-0000
SS:

| | |
|---|---|
| # Empleado: | |
| Dept: | 8005021-Ponce Coamo |
| Oficina: | Susana Rivera |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $2,455.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Single |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,227.50 | 1,326.00 | 26,405.00 |
| Licencia Enfermedad en Exceso | | | 0.00 | | 2,355.00 |
| Total: | | | 1,227.50 | 1,326.00 | 28,760.00 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed MED/EE | 17.80 | 417.02 |
| PR Withholdng | 100.10 | 2,310.84 |
| Total: | 117.90 | 2,727.86 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 110.48 | 2,376.56 |
| Total: | 110.48 | 2,376.56 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 106.95 | 2,372.22 |
| AS FED MAESTROS AFT | 8.00 | 176.00 |
| GPR Plan de Ahorros | 36.83 | 792.26 |
| Total: | 151.78 | 3,340.48 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 104.34 | 2,244.48 |
| FSED Disability Plan | 20.87 | 488.97 |

* Tributable

## TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Corriente: | Acumulado: |
|---|---|---|
| Total Bruto | 1,227.50 | 28,760.00 |
| Total Impuestos | 117.90 | 2,727.86 |
| Deducciones Totales | 262.26 | 5,717.04 |
| Paga Neta | 847.34 | 20,315.10 |

## DISTRIBUCION PAGA NETA

| | |
|---|---|
| Cheque | 847.34 |
| Total: | 847.34 |

## PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

MENSAJE: ! HA LLEGADO EL MOMENTO DE ACTUAR !"SI TIENES DIABETES,CUIDA TUS PIES Y ASI EVITARAS AMPUTACIONES"

N1472131

**Estado Libre Asociado de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 09/12/2006 |
| Hasta: | 09/25/2006 |

# Cheque:
Fecha: 09/29/2006

SONIA I ESPADA ORTIZ
URB VILLA MADRID
U10 CALLE 19
COAMO PR 00769-0000
SS:

| | |
|---|---|
| # Empleado: | |
| Dept: | 8005021-Ponce Coamo |
| Oficina: | Susana Rivera |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $2,455.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Single |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,227.50 | 1,080.00 | 22,095.00 |
| Licencia Enfermedad en Exceso | | | 0.00 | | 2,455.00 |
| Pago Retroactivo Regular | | | 0.00 | | 250.00 |
| **Total:** | | | **1,227.50** | **1,080.00** | **24,800.00** |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed MED/EE | 17.80 | 359.60 |
| PR Withholdng | 100.10 | 2,021.05 |
| **Total:** | **117.90** | **2,380.65** |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 110.48 | 2,011.14 |
| **Total:** | **110.48** | **2,011.14** |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 106.95 | 1,925.10 |
| OS-FEDERACION DE MAESTROS | 8.00 | 104.00 |
| GPR Plan de Ahorros | 36.83 | 670.44 |
| AS FED MAESTROS AFT | 0.00 | 40.00 |
| **Total:** | **151.78** | **2,739.54** |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 104.34 | 1,899.37 |
| FSED Disability Plan | 20.87 | 421.64 |

* Tributable

### TOTAL BRUTO
| | |
|---|---|
| Corriente: | 1,227.50 |
| Acumulado: | 24,800.00 |

### TOTAL IMPUESTOS
| | |
|---|---|
| | 117.90 |
| | 2,380.65 |

### DEDUCCIONES TOTALES
| | |
|---|---|
| | 262.26 |
| | 4,750.68 |

### PAGA NETA
| | |
|---|---|
| | 847.34 |
| | 17,668.67 |

### PTO HORAS ACUM
| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA
| | |
|---|---|
| Cheque | 847.34 |
| Total: | 847.34 |

MENSAJE:

Estado Libre Asociado de Puerto Rico
*0 - DEPT DE EDUCACION-MAESTROS

Grupo de Pago: SM -Quincenal
Desde: 04/03/2007
Hasta: 04/18/2007
# Cheque:
Fecha: 04/13/2007

'NIA I ESPADA ORTIZ
B VILLA MADRID
CALLE 19
AMO PR 00769-0000

# Empleado:
Dept: 8005021-Ponce Coamo
Oficina: Susana Rivera
Titulo: DEPARTAMENTO DE EDUCACION
Sueldo: $2,455.00 Monthly

DATA IMP: Federal PR
Estado Civil: Single Single
Concesiones: 0 0
Pct. Adcl.:
Cant. Adcl.:

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| go de Salarios Regulares | | | 1,227.50 | 432.00 | 8,592.50 |
| encia Enfermedad en Exceso | | | 0.00 | | 1,166.12 |
| Total: | | | 1,227.50 | 432.00 | 9,758.62 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed MED/EE | 17.80 | 141.50 |
| PR Withholdng | 85.52 | 691.93 |
| Total: | 103.32 | 833.43 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 110.48 | 773.36 |
| Total: | 110.48 | 773.36 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 106.95 | 748.65 |
| OS-FEDERACION DE MAESTROS | 8.00 | 56.00 |
| GPR Plan de Ahorros | 36.83 | 257.81 |
| Total: | 151.78 | 1,062.46 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 104.34 | 730.38 |
| FSED Disability Plan | 20.87 | 146.09 |

* Tributable

## TOTAL BRUTO

| | | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 1,227.50 | 103.32 | 262.26 | 861.92 |
| Acumulado: | 9,758.62 | 833.43 | 1,835.82 | 7,089.37 |

### PTO HORAS ACUM

| Balance Inicial: | 0.0 |
|---|---|
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| Cheque | 861.92 |
|---|---|
| Total: | 861.92 |

MENSAJE: ' D E OFRECE COMIDAS GRATIS EN VERANO, EDADES DE 1-18 A&OS !PARTICIPA! 787-759-7221, 1-866-626-6432'

| Formulario Form 499R-2/W-2 PR Rev. 07.08 | ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT | INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
|---|---|---|---|

| 1. Nombre-First Name: SONIA | 3. Núm. Seguro Social / Social Security No. | 7. Sueldos - Wages: 35112.33 | 17. Total Sueldos Seguro Social / Social Security Wages: 0.00 |
| Apellido(s) - Surname(s): ESPADA ORTIZ | 4. Núm. de Ident. Patronal / Employer's Ident. No. (EIN) | 8. Comisiones - Commissions: 0.00 | 18. Seguro Social Retenido / Social Security Tax Withheld: 0.00 |
| Dirección Postal del Empleado - Employee's Mailing Address: URB VILLA MADRID U10 CALLE 19 | 5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension   Dia / Day   Mes / Month   Año / Year | 9. Concesiones - Allowances: 0.00 10. Propinas - Tips: 0.00 | 19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips: 35112.33 |
| 2. Nombre y Dirección Postal del Patrono / Employer's Name and Mailing Address: L8002150526 S RIVERA DEPT DE EDUCACION-MAESTROS AVENIDA TENIENTE CESAR GONZALE ESQUINA CALAF HATO REY, PR 00919 | 6. Costo de Pensión o Anualidad / Cost of Pension or Annuity: 0.00   Copia C para Récord del Empleado Copy C for Employee's Records | 11. Total=7+8+9+10: 35112.33 12. Gastos Reembolsados / Reimbursed Expenses: 0.00 13. Cont. Retenida - Tax Withheld: 2627.82 14. Fondo de Retiro / Retirement Fund: 2840.32 | 20. Contrib. Medicare Retenida / Medicare Tax Withheld: 509.13 21. Propinas Seguro Social / Social Security Tips: 0.00 22. Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips: 0.00 |
| Número de Teléfono del Patrono / Employer's Telephone Number: Fecha de Cese de Operaciones / Cease of Operations Date: Dia/Day Mes/Month Año/Year Número de Control - Control Number: 017555263 | Año: / Year: 2008 | 15. Aportaciones a Planes Cualific. / Contributions to CODA PLANS: 0.00 16. Salarios bajo Ley Núm. 324 de 2004 / Salaries under Act No. 324 of 2004: 0.00 | 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips: 0.00 |

Reproducido por: Departamento de Hacienda

**Estado Libre Asociado de Puerto Rico**
081 - DEPT DE EDUCACION-CLASIFICADOS

SONIA ESPADA ORTIZ
DEPARTAMENTO DE EDUCACION
HATO REY PR 00917
SS:

| | |
|---|---|
| Grupo de Pago: | IRR-Quincenal - (Por Hora) |
| Desde: | 07/16/2009 |
| Hasta: | 07/31/2009 |
| # Empleado: | |
| Dept: | 810502?-Ponce Coamo |
| Oficina: | Susana Rivera |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $25.000000 Hourly |

# Cheque:
Fecha: 07/30/200

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 3,787.50 | 240.00 | 4,237.50 |
| **Total:** | | | 3,787.50 | 240.00 | 4,237.50 |

## IMPUESTOS

| Descripcion | Corriente | Acumula |
|---|---|---|
| Fed MED/EE | 54.91 | 61.4 |
| Fed OASDI/EE | 234.83 | 262.7 |
| PR Withholdng | 813.63 | 825.0 |
| **Total:** | 1,103.37 | 1,149.1 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulad |
|---|---|---|
| FSED Disability Plan | 64.39 | 72.0 |

* Tributable

## TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|
| Corriente: | 3,787.50 | 1,103.37 | 0.00 | 2,684.13 |
| Acumulado: | 4,237.50 | 1,149.18 | 0.00 | 3,088.3? |

## PTO HORAS

| | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA

| | |
|---|---|
| Cheque | 2,684.13 |
| Total: | 2,684.13 |

**MENSAJE:**

Formulario Form 499R-2/W-2 PR Rev. 05.10

**GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

Copia C para Récord del Empleado
Copy C for Employee's Records

Año / Year: **2010**

| Field | Value |
|---|---|
| 1. Nombre - First Name | SONIA |
| Apellido(s) - Surname(s) | ESPADA ORTIZ |
| Dirección Postal del Empleado - Employee's Mailing Address | URB VILLA MADRID U10 CALLE 19 COAMO, PR 00769-0000 |
| 2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address | L8013750526 SUSANA RIV DEPT DE EDUCACION-MAESTROS AVENIDA TENIENTE CESAR GONZALE ESQUINA CALAF HATO REY, PR 00919 |
| Número de Control - Control Number | 107609281 |
| 3. Núm. Seguro Social - Social Security No. | (signed) |
| 4. Núm. de Ident. Patronal - Employer Ident. No. (EIN) | (signed) |
| 5. Fecha en que comenzó a recibir la pensión | |
| 6. Costo de Pensión o Anualidad - Cost of Pension or Annuity | 0.00 |

**INFORMACION PARA EL DEPARTAMENTO DE HACIENDA / DEPARTMENT OF THE TREASURY INFORMATION**

| # | Concept | Amount |
|---|---|---|
| 7 | Sueldos - Wages | 33892.69 |
| 8 | Comisiones - Commissions | 0.00 |
| 9 | Concesiones - Allowances | 0.00 |
| 10 | Propinas - Tips | 0.00 |
| 11 | Total = 7+8+9+10 | 33892.69 |
| 12 | Gastos Reembolsados - Reimbursed Expenses | 0.00 |
| 13 | Cont. Retenida - Tax Withheld | 2301.06 |
| 14 | Fondo de Retiro - Retirement Fund | 2921.52 |
| 15 | Aportaciones a Planes Cualific. - Contributions to CODA PLANS | 0.00 |
| 16 | Salarios bajo Ley Núm. 324 de 2004 - Salaries under Act No. 324 of 2004 | 0.00 |

**INFORMACION PARA EL SEGURO SOCIAL / SOCIAL SECURITY INFORMATION**

| # | Concept | Amount |
|---|---|---|
| 17 | Total Sueldos Seguro Social - Social Security Wages | 0.00 |
| 18 | Seguro Social Retenido - Social Security Tax Withheld | 0.00 |
| 19 | Total Sueldos y Pro. Medicare - Medicare Wages and Tips | 33892.69 |
| 20 | Contrib. Medicare Retenida - Medicare Tax Withheld | 491.44 |
| 21 | Propinas Seguro Social - Social Security Tips | 0.00 |
| 22 | Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0.00 |
| 23 | Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |
| 24 | Sueldos y Propinas bajo Ley HIRE de 2010 - Wages and Tips under HIRE Act of 2010 | 0.00 |

Reproducido por: Departamento de Hacienda

Formulario 481 Rev. 27 oct 11

# FORMA CORTA

○ PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE EN ESTE LUGAR)

Liquidador | Revisor

R G RO V1 V2 P1 P2 N D1 D2 E A M

**2011** GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA
PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2011 O AÑO COMENZADO EL
1 de enero de 2011 Y TERMINADO EL 31 de diciembre de 2011 **2011**

Número de Serie

○ PLANILLA ENMENDADA
○ FALLECIDO DURANTE EL AÑO: __/__/__
    Día Mes Año
○ CONTRIBUYENTE  ○ CONYUGE

Sello de Recibido

| Nombre del Contribuyente | Inicial | Apellido Paterno | Apellido Materno |
|---|---|---|---|
| SONIA | I | ESPADA ORTIZ | |

Número de Seguro Social Contribuyente

Dirección Postal
URB VIILLA MADRID
W-17 Calle 17
Coamo PR   Código Postal 00769

Fecha de Nacimiento   Sexo ○ M ⊗ F
Día Mes Año
Número de Seguro Social Cónyuge

16/04/2012
10:58:46 AM

"Coloque la etiqueta engomada (Label) aquí".
Nombre e Inicial del Cónyuge   Apellido Paterno   Apellido Materno

Fecha de Nacimiento del Cónyuge   Sexo ○ M ○ F
Día Mes Año
Teléfono Residencia (787) 000-0000
Teléfono del Trabajo

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)
URB VIILLA MADRID W-17 Calle 17
Coamo PR   Código Postal 00769

Correo Electrónico (E-Mail) PLANILLASGABBY@YAHOO.COM

CAMBIO DE DIRECCION: ○ Si ⊗ No   PLANILLA 2012: ⊗ ESPAÑOL  ○ INGLES

**Cuestionario**

SI NO
A. ⊗ ○ ¿Ciudadano de Estados Unidos?
B. ⊗ ○ ¿Residente de Puerto Rico al finalizar el año?
C. ○ ⊗ ¿Otros ingresos excluidos o exentos de contribución?
   (Someta Anejo IE Individuo)
D. FUENTE DE MAYOR INGRESO:
   1. ⊗ Empleado del Gobierno, Municipios o Corporaciones Públicas
   2. ○ Empleado del Gobierno Federal
   3. ○ Empleado de Empresa Privada
   4. ○ Retirado/Pensionado

Su ocupación Maestro de Escu 6110   Ocupación cónyuge _____

E. ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:
1. ○ Casado
   (Ennegrezca aquí ○ si se acoge al cómputo opcional y pase al Anejo CO Individuo)
2. ⊗ Contribuyente individual
   (Ennegrezca aquí ○ si es casado con capitulaciones de total separación de bienes e indique nombre y seguro social del cónyuge arriba)
3. ○ Casado que rinde separado
   (Indique nombre y seguro social del cónyuge arriba)

PASE A LA PAGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.

**Reintegro**

1. CONTRIBUCION PAGADA EN EXCESO (Encasillado 1, línea 14. Indique distribución en las líneas A, B y C) ........ (01) _____ 00
   A) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan ........ (02) _____ 00
   B) Aportación al Fondo Especial para la Universidad de Puerto Rico ........ (03) _____ 00
   C) REINTEGRAR (Si desea que se le deposite el reintegro directamente en su cuenta, complete el Encasillado de Depósito) ........ (04) _____ 00

**Pago**

2. TOTAL NO PAGADO DE LA CONTRIBUCION (Encasillado 1, línea 14) ........ (05) 1,033 00
3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado ........ (06) _____ 00
   (b) Intereses ........ (07) _____ 00
   (c) Recargos _____ y Penalidades _____ ........ (08) _____ 00
4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a)) ........ (10) 1,033 00

**Depósito** AUTORIZACION PARA DEPOSITO DIRECTO DE REINTEGRO

Tipo de cuenta   Número de ruta/tránsito   Número de su cuenta
○ Cheques  ○ Ahorros

Cuenta a nombre de: _____ y _____
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que la información incluida en esta planilla, anejos y documentos que se acompañan, ha sido examinada por mí y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

| Firma del Contribuyente | Fecha | Firma del Cónyuge | Fecha |
|---|---|---|---|
| x FIRMADA ELECTRONICAMENTE | 16/04/2012 | x | |

| Nombre del Especialista (Letra de Molde) | | Nombre de la Firma o Negocio | |
|---|---|---|---|
| GABBY A ORTIZ HERNANDEZ | | GABBY A ORTIZ HERNANDEZ | |

| Número de Registro | Número de Identificación Patronal | Especialista por cuenta propia (ennegrezca aquí) ⊗ | Firma del Especialista | Fecha |
|---|---|---|---|---|
| 010480 | 66-0607056 | | FIRMADA ELECTRONICAMENTE | 16/04/2012 |

NOTA AL CONTRIBUYENTE: Indique si hizo pagos por la preparación de su planilla: ⊗ Sí  ○ No. Si contestó "Sí", exija la firma y el número de registro del Especialista

Conf. 04162012107EB655992105603   Período de Conservación: Diez (10) años   PRSoft, Inc. (www.prsoft.com)

Formulario 499R-2/W-2PR
Rev. 09.12

ESTADO LIBRE ASOCIADO DE PUERTO RICO — COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA — DEPARTMENT OF THE TREASURY
COMPROBANTE DE RETENCION — WITHHOLDING STATEMENT

| | |
|---|---|
| 1. Nombre-First Name | SONIA |
| Apellido(s) - Surname(s) | ESPADA ORTIZ |
| Dirección Postal del Empleado-Employee's Mailing Address | URB VILLA MADRID U10 CALLE 19 COAMO, PR 00769-0000 |
| 2. Nombre y Dirección Postal del Patrono — Employer's Name and Mailing Address | L8013750526 SUSANA RIV DEPT DE EDUCACION-MAESTROS AVENIDA TENIENTE CESAR GONZALE ESQUINA CALAF HATO REY, PR 00919 |
| Número de Teléfono del Patrono — Employer's Telephone Number | |
| Fecha Cese de Operaciones — Cease of Operations Date | |
| Número Control - Control Number | 125527651 |

| | |
|---|---|
| 3. Núm. Seguro Social - Social Security No. | |
| 4. Núm. de Ident. Patronal - Employer Ident. No. (EIN) | |
| 5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension | |
| 6. Costo de Pensión o Anualidad - Cost of Pension or Annuity | 0.00 |
| 6A. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage | 0.00 |
| 6B. Donativos Charitable Contributions | 0.00 |

Copia C para Récord del Empleado
Copy C for Employee's Records
Año / Year: **2012**

DEPARTAMENTO DE HACIENDA
DEPARTMENT OF THE TREASURY
INFORMATION

| | |
|---|---|
| 7. Sueldos - Wages | 35941.87 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total=7+8+9+10 | 35941.87 |
| 12. Gastos Reemb. y Beneficios Marginales Reimb. Expenses and Fringe Benefits | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 1462.33 |
| 14. Fondo de Retiro Gubernamental Governmental Retirement Fund | 2919.38 |
| 15. Aportaciones a Planes Cualific. Contributions to CODA PLANS | 0.00 |
| 16. Salarios bajo Ley 324-2004 Salaries under Act 324-2004 | 0.00 |
| 16A. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program | 0.00 |

INFORMACION PARA EL SEGURO SOCIAL
SOCIAL SECURITY INFORMATION

| | |
|---|---|
| 17. Total Sueldos Seguro Social Social Security Wages | 0.00 |
| 18. Seguro Social Retenido Social Security Tax Withheld | 0.00 |
| 19. Total Sueldos y Pro. Medicare Medicare Wages and Tips | 35941.87 |
| 20. Contrib. Medicare Retenida Medicare Tax Withheld | 521.16 |
| 21. Propinas Seguro Social Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0.00 |
| 23. Contrib. Medicare no Retenido en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

Reproducido por: Departamento de Hacienda

| | | |
|---|---|---|
| Formulario Form 499R-2/W-2 PR Rev. 0-13 | ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT | INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |

**1. Nombre-First Name**
SONIA

**Apellido(s) - Surname(s)**
ESPADA ORTIZ

**Dirección Postal del Empleado-Employee's Mailing Address**
URB VILLA MADRID
U10 CALLE 19
COAMO, PR 00769-0000

**2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address**
DEPT DE EDUCACION-MAESTROS
AVENIDA TENIENTE CESAR GONZALE
ESQUINA CALAF
HATO REY, PR 00919

**Número de Teléfono del Patrono - Employer's Telephone Number**

**Fecha Cese de Operaciones: Cease of Operations Date:** Dia/Day Mes/Month Año/Year

**Número Confirmación de Radicación Electrónica - Electronic Filing Confirmation Number**
C400001

**Número Control - Control Number**
004490826

**3. Núm. Seguro Social - Social Security No.**

**4. Núm. de Ident. Patronal - Employer Ident. No. (EIN)**

**5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension**
Dia/Day Mes/Month Año/Year

**6. Costo de Pensión o Anualidad - Cost of Pension or Annuity** 0.00

**6A. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage** 0.00

**6B. Donativos - Charitable Contributions** 0.00

Copia C para Récord del Empleado
Copy C for Employee's Records

**Año: Year: 2013**

**7. Sueldos - Wages** 35245.88
**8. Comisiones - Commissions** 0.00
**9. Concesiones - Allowances** 0.00
**10. Propinas - Tips** 0.00
**11. Total=7+8+9+10** 35245.88
**12. Gastos Reemb. y Beneficios Marginales - Reimb. Expenses and Fringe Benefits** 0.00
**13. Cont. Retenida - Tax Withheld** 1262.32
**14. Fondo de Retiro Gubernamental - Governmental Retirement Fund** 2914.21
**15. Aportaciones a Planes Cualific. Contributions to CODA PLANS** 0.00
**16. Salarios bajo Ley 324-2004 - Salaries under Act 324-2004** 0.00
**16A. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program** 0.00

**17. Total Sueldos Seguro Social - Social Security Wages** 0.00
**18. Seguro Social Retenido - Social Security Tax Withheld** 0.00
**19. Total Sueldos y Pro. Medicare - Medicare Wages and Tips** 35245.88
**20. Contrib. Medicare Retenida - Medicare Tax Withheld** 511.0
**21. Propinas Seguro Social - Social Security Tips** 0.0
**22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips** 0.0
**23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips** 0.0

Reproducido por: Departamento de Hacienda

Formulario 499R-2/W-2 PH
Rev. 09.14

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

| Field | Value |
|---|---|
| 1. Nombre - First Name | SONIA |
| Apellido(s) - Surname(s) | ESPADA ORTIZ |
| Dirección Postal del Empleado - Employee's Mailing Address | URB VILLA MADRID U10 CALLE 19 COAMO, PR 00769-0000 |
| 2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address | DEPT DE EDUCACION-MAESTROS AVENIDA TENIENTE CESAR GONZALE ESQUINA CALAF HATO REY, PR 00919 |
| Número de Teléfono del Patrono - Employer's Telephone Number | |
| Fecha Cese de Operaciones - Cease of Operations Date | |
| Número Confirmación de Radicación Electrónica - Electronic Filing Confirmation Number | S140003 |
| Número Control - Control Number | 004404316 |
| Año - Year | 2014 |
| Fecha de radicación: 31 de enero - Filing date: January 31 | |

**INFORMACION PARA EL DEPARTAMENTO DE HACIENDA / DEPARTMENT OF THE TREASURY INFORMATION**

| Item | Amount |
|---|---|
| 3. Núm. Seguro Social - Social Security No. | |
| 4. Núm. de Ident. Patronal - Employer Ident. No. (EIN) | |
| 5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage | 0.00 |
| 6. Donativos - Charitable Contributions | 0.00 |
| 7. Sueldos - Wages | 33401.58 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total = 7+8+9+10 | 33401.58 |
| 12. Gastos Reemb. y Beneficios Marginales - Reimb. Expenses and Fringe Benefits | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 1092.82 |
| 14. Fondo de Retiro Gubernamental - Governmental Retirement Fund | 2891.39 |
| 15. Aportaciones a Planes Cualific. - Contributions to CODA PLANS | 0.00 |
| 16. Salarios Exentos (Ver instrucciones) - Exempt Salaries (See instructions) | 0.00 |
| 16A. Código de Salarios Exentos - Exempt Salaries Code | |
| 16B. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program | 0.00 |

**INFORMACION PARA EL SEGURO SOCIAL / SOCIAL SECURITY INFORMATION**

| Item | Amount |
|---|---|
| 17. Total Sueldos Seguro Social - Social Security Wages | 0.00 |
| 18. Seguro Social Retenido - Social Security Tax Withheld | 0.00 |
| 19. Total Sueldos y Pro. Medicare - Medicare Wages and Tips | 33401.58 |
| 20. Contrib. Medicare Retenida - Medicare Tax Withheld | 484.32 |
| 21. Propinas Seguro Social - Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0.00 |
| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

Patrono: - Employer:
* Envíe a: - Send to:
Social Security Administration
Data Operations Center Wilkes-Barre, PA 18769-0001
Con la With the W-3PR
* Envíe al Departamento de Hacienda electrónicamente
Send to Department of the Treasury electronically (www.hacienda.gobierno.pr)
* Entregue dos copias al empleado
Deliver two copies to employee
* Conserve copia para sus récords
Keep copy for your records

Reproducido por: Departamento de Hacienda

| | | |
|---|---|---|
| SONIA I ESPADA ORTIZ<br>URB VILLA MADRID<br>U10 CALLE 19<br>COAMO, PR 00769-0000<br>SS: XXX-XX- | # Empleado: XXXXX<br>Dept: 8005137-SANTA ISABEL-PONCE<br>Lugar: SUSANA RIVERA<br>Titulo: DEPARTAMENTO DE EDUCACION<br>Sueldo: $2,705.00 Monthly | DATA IMP: Federal PR<br>Estado Civil: Single Single<br>Concesiones: 0 0<br>Pct. Adcl.:<br>Cant. Adcl.: |

## HORAS E INGRESOS / IMPUESTOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,352.50 | 60.00 | 1,352.50 | Fed FICA Med Hospital Ins / EE | 19.61 | 19.61 |
| | | | | | | PR Withholding | 44.45 | 44.45 |
| Total: | | | 1,352.50 | 60.00 | 1,352.50 | Total: | 64.06 | 64.06 |

## DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| GPR Plan de Retiro de Maestro | 121.73 | 121.73 | AE-Asoc Emp ELA-Prest Regular | 92.32 | 92.32 | GPR Plan de Retiro de Maestro | 114.96 | 114.96 |
| | | | SM-First Medical Health Plan | 24.50 | 24.50 | FSED Disability Plan | 22.99 | 22.99 |
| | | | SC-TRIPLE-S VIDA INC | 9.00 | 9.00 | | | |
| | | | AS-ASOC MAESTROS DE P.R. | 8.50 | 8.50 | | | |
| | | | Ahorros-AEELA | 40.58 | 40.58 | | | |
| Total: | 121.73 | 121.73 | Total: | 174.90 | 174.90 | * Tributable | | |

## TOTAL BRUTO / BRUTO TRIBUT. FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,352.50 | 0.00 | 64.06 | 296.63 | 991.81 |
| Acumulado: | 1,352.50 | 0.00 | 64.06 | 296.63 | 991.81 |

### PTO HORAS ACUM
| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA
| | |
|---|---|
| Aviso #: | 991.81 |
| Total: | 991.81 |

MENSAJE:

DEPT DE EDUCACION-MAESTROS  
Avenida Teniente Cesar Gonzalez  
Esquina Calaf  
HATO REY, PR 00919

Fecha: 01/15/2015

Aviso No. 3913447

Cant. Deposito: $991.81

A la Cuenta(s) De

SONIA I ESPADA ORTIZ  
URB VILLA MADRID  
U10 CALLE 19  
COAMO, PR 00769-0000  
Localizacion: SUSANA RIVERA

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | XXXXXXXXXXXXXX | 991.81 |
| Total: | | 991.81 |

## NO-NEGOCIABLE

**Formulario / Form 499R-2/W-2 PR, Rev. 08.16**

**ESTADO LIBRE ASOCIADO DE PUERTO RICO – COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA – DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION – WITHHOLDING STATEMENT**

| # | Campo | Valor |
|---|---|---|
| 1 | Nombre - First Name | SONIA |
| | Apellido(s) - Surname(s) | ESPADA ORTIZ |
| | Dirección Postal del Empleado - Employee's Mailing Address | URB VILLA MADRID U10 CALLE 19 COAMO, PR 00769-0000 |
| | Fecha de Nacimiento / Date of Birth | |
| 2 | Nombre y Dirección Postal del Patrono / Employer's Name and Mailing Address | DEPT. DE EDUCACION - MAESTROS AVENIDA TENIENTE CESAR GONZALE ESQUINA CALAF HATO REY, PR 00919 |
| | Número de Teléfono del Patrono / Employer's Telephone Number | |
| | Fecha Cese de Operaciones / Cease of Operations Date | |
| | Número Confirmación de Radicación Electrónica / Electronic Filing Confirmation Number | S160021 |
| | Número Control - Control Number | 006251795 |
| | Año / Year | 2016 |
| 3 | Núm. Seguro Social / Social Security No. | |
| 4 | Núm. de Ident. Patronal / Employer Ident. No. (EIN) | |
| 5 | Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage | 0.00 |
| 6 | Donativos / Charitable Contributions | 0.00 |

**Patrono: - Employer:**
* Envíe a: - Send to: Social Security Administration Data Operations Center Wilkes-Barre, PA 18769-0001 Con la / With the W-3PR
* Envíe al Departamento de Hacienda electrónicamente / Send to Department of the Treasury electronically (www.hacienda.pr.gov)
* Entregue dos copias al empleado / Deliver two copies to employee
* Conserve copia para sus récords / Keep copy for your records

Fecha de radicación: 31 de enero - Filing date: January 31

**INFORMACION PARA EL DEPARTAMENTO DE HACIENDA – DEPARTMENT OF THE TREASURY INFORMATION**

| # | Campo | Valor |
|---|---|---|
| 7 | Sueldos - Wages | 33014.16 |
| 8 | Comisiones - Commissions | 0.00 |
| 9 | Concesiones - Allowances | 0.00 |
| 10 | Propinas - Tips | 0.00 |
| 11 | Total=7+8+9+10 | 33014.16 |
| 12 | Gastos Reemb. y Beneficios Marginales / Reimb. Expenses and Fringe Benefits | 0.00 |
| 13 | Cont. Retenida - Tax Withheld | 1063.88 |
| 14 | Fondo de Retiro Gubernamental / Governmental Retirement Fund | 2917.39 |
| 15 | Aportaciones a Planes Cualific. / Contributions to CODA PLANS | 0.00 |
| 16 | Salarios Exentos / Exempt Salaries - Código/Code | 0.00 |
| 16A | Código/Code | 0.00 |
| 16B | Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program | 0.00 |

**INFORMACION PARA EL SEGURO SOCIAL – SOCIAL SECURITY INFORMATION**

| # | Campo | Valor |
|---|---|---|
| 17 | Total Sueldos Seguro Social / Social Security Wages | 0.00 |
| 18 | Seguro Social Retenido / Social Security Tax Withheld | 0.00 |
| 19 | Total Sueldos y Pro. Medicare / Medicare Wages and Tips | 33014.16 |
| 20 | Contrib. Medicare Retenida / Medicare Tax Withheld | 478.71 |
| 21 | Propinas Seguro Social / Social Security Tips | 0.00 |
| 22 | Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0.00 |
| 23 | Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

Reproducido por: Departamento de Hacienda

**222**

**COMPROBANTE DE RETENCIÓN - WITHHOLDING STATEMENT**

| Field | Value |
|---|---|
| 1. Nombre - First Name | SONIA |
| Apellido(s) - Last Name(s) | I ESPADA ORTIZ |
| Dirección Postal del Empleado - Employee's Mailing Address | URB VILLA MADRID U10 CALLE 19 COAMO PR 00769 |
| Fecha de Nacimiento / Date of Birth | |
| 2. Nombre y Dirección Postal del Patrono / Employer's Name and Mailing Address | DEPT DE EDUCACION MAESTROS AVENIDA TENIENTE CESAR ESQUINA CALAF HATO REY PR 00919 |
| Número de Teléfono del Patrono / Employer's Telephone Number | (787) 773-3508 |
| Fecha Cese de Operaciones / Cease of Operations Date | |
| Número Confirmación de Radicación Electrónica / Electronic Filing Confirmation Number | S170008 |
| Número Control - Control Number | 006975278 |
| Año / Year | 2017 |

3. Núm. Seguro Social / Social Security No.
4. Núm. de Ident. Patronal / Employer Ident. No. (EIN)
5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage: 0.00
6. Donativos / Charitable Contributions: 0.00

Patrono: - Employer:
- Envíe a: - Send to: Social Security Administration Data Operations Center Wilkes-Barre, PA 18769-0001 Con la With the W-3PR
- Envíe al Departamento de Hacienda electrónicamente Send to Department of the Treasury electronically (www.hacienda.pr.gov)
- Entregue dos copias al empleado Deliver two copies to employee
- Conserve copia para sus récords Keep copy for your records

| # | Concepto | Valor | # | Concepto | Valor |
|---|---|---|---|---|---|
| 7 | Sueldos - Wages | 33,059.62 | 17 | Total Sueldos Seguro Social - Social Security Wages | 0.00 |
| 8 | Comisiones - Commissions | 0.00 | 18 | Seguro Social Retenido - Social Security Tax Withheld | 0.00 |
| 9 | Concesiones - Allowances | 0.00 | | | |
| 10 | Propinas - Tips | 0.00 | 19 | Total Sueldos y Pro. Medicare - Medicare Wages and Tips | 33,059.62 |
| 11 | Total = 7 + 8 + 9 + 10 | 33,059.62 | | | |
| 12 | Gastos Reemb. y Beneficios Marginales - Reimb. Expenses and Fringe Benefits | 0.00 | 20 | Contrib. Medicare Retenida - Medicare Tax Withheld | 479.36 |
| 13 | Cont. Retenida - Tax Withheld | 1,067.25 | | | |
| 14 | Fondo de Retiro Gubernamental - Governmental Retirement Fund | 2,914.71 | 21 | Propinas Seguro Social - Social Security Tips | 0.00 |
| 15 | Aportaciones a Planes Cualific. - Contributions to CODA PLANS | 0.00 | | | |
| 16 | Salarios Exentos - Exempt Salaries Código/Code | 0.00 | 22 | Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0.00 |
| 16A | Código/Code | 0.00 | | | |
| 16B | Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program | 0.00 | 23 | Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

Fecha de radicación: 31 de enero - Filing date: January 31

---

**INSTRUCCIONES PARA EL EMPLEADO**
**DEBERÁ SOMETER COPIA AL RENDIR SU PLANILLA**

De acuerdo al Código de Rentas Internas de Puerto Rico de 2011, según enmendado (Código), viene obligado a rendir planilla de contribución sobre ingresos todo individuo residente que:

* sea contribuyente individual o casado, si durante el año contributivo tuviere un ingreso bruto reducido por las exenciones de la Sección 1031.02 del Código mayor de $5,000;
* sea casado que vivía con su cónyuge y opte por rendir planilla separada, si durante el año contributivo tuviere un ingreso bruto reducido por las exenciones de la Sección 1031.02 del Código de $2,500 o más; o
* tenga ingreso neto sujeto a contribución básica alterna de $150,000 o más.

**PENALIDAD** – El Código dispone lo siguiente: Toda persona obligada bajo cualquier Subtítulo del Código a rendir una planilla, declaración, certificación o informe, que voluntariamente dejare de rendir dicha planilla, declaración, certificación o informe dentro del término o términos fijados por el Subtítulo correspondiente o por reglamentos, además de otras penalidades establecidas por el Código, incurrirá en delito menos grave, y en caso de convicción, será castigada con pena de multa no mayor de $5,000, o con pena de reclusión por un término máximo de 90 días, o ambas penas, a discreción del tribunal, más las costas del proceso. En aquellos casos en que cualquier persona voluntariamente dejare de rendir dicha planilla, declaración, certificación o informe (dentro de los términos fijados por el Subtítulo correspondiente o por reglamentos), con la intención de evadir o derrotar cualquier contribución impuesta por el Código, además de otras penalidades establecidas por el Código, incurrirá en un delito grave de tercer grado, y en caso de convicción, será sancionada con pena de reclusión la cual fluctuará entre tres años un día y ocho años. El Tribunal a su discreción podrá imponer la pena fija de reclusión establecida o pena de multa que no excederá de $20,000, o ambas penas, más las costas del proceso.

Retenga copia de este formulario para sus récords. Puede usarla para establecer su derecho a los beneficios de seguro social. Si su nombre, dirección o número de seguro social están incorrectos, informe el error a su patrono para que le complete un Formulario 499R-2c/W-2cPR.

**INSTRUCTIONS FOR THE EMPLOYEE**
**A COPY MUST BE SUBMITTED WITH YOUR RETURN**

Pursuant to the Puerto Rico Internal Revenue Code of 2011, as amended (Code), an income tax return must be filed by any resident individual who:

* is an individual or married taxpayer, who during the taxable year had gross income, reduced by the exemptions established in Code Section 1031.02, greater than $5,000;
* is a married individual who lived with his/her spouse, and elects to file separate returns, that during the taxable year had gross income, reduced by the exemptions established in Code Section 1031.02, of $2,500 or more; or
* has net income subject to alternate basic tax of $150,000 or more.

**PENALTY** – The Code provides the following: Every person required under any Subtitle of the Code to file a return, statement, certification or report, who willfully fails to file such return, statement, certification or report within the term or terms established by the corresponding Subtitle or by regulations, in addition to other penalties provided by the Code, shall be guilty of a misdemeanor, and upon conviction thereof, punished by a fine of not more than $5,000, or imprisonment for a term of not more than 90 days, or both penalties, at the discretion of the Court, plus the costs of prosecution. In the case of any person who willfully fails to file such return, statement, certification or report (within the terms established by the corresponding Subtitle or by regulations), with the intention to evade or defeat any tax imposed by the Code, in addition to other penalties provided by the Code, shall be guilty of a third degree felony, and upon conviction thereof, punished by imprisonment for a term ranging from three years and one day to eight years. The Court may impose, at its discretion, the fixed penalty of imprisonment provided or a fine of not more than $20,000, or both penalties, plus the costs of prosecution.

Keep copy of this form for your records. You can use it to prove your right to social security benefits. If your name, address or social security number is incorrect, inform this to your employer and request a Form 499R-2c/W-2cPR.

Formulario Form 499R-2/W-2PR Rev. 07.18

GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

**222 COMPROBANTE DE RETENCIÓN - WITHHOLDING STATEMENT**

| | INFORMACIÓN PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION | INFORMACIÓN PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
|---|---|---|
| 1. Nombre - First Name: SONIA I | 7. Sueldos - Wages: 35,546.90 | 17. Total Sueldos Seguro Social Social Security Wages: 0.00 |
| Apellido(s) - Last Name(s): ESPADA ORTIZ | 8. Comisiones - Commissions: 0.00 | 18. Seguro Social Retenido Social Security Tax Withheld: 0.00 |
| 3. Núm. Seguro Social / Social Security No. | 9. Concesiones - Allowances: 0.00 | |
| 4. Núm. de Ident. Patronal / Employer Ident. No. (EIN) | 10. Propinas - Tips: 0.00 | |
| Dirección Postal del Empleado - Employee's Mailing Address: URB VILLA MADRID U10 CALLE 19 COAMO PR 00769 | 11. Total = 7 + 8 + 9 + 10: 35,546.90 | 19. Total Sueldos y Pro. Medicare Medicare Wages and Tips: 35,546.90 |
| 5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage: 0.00 | 12. Gastos Reemb. y Beneficios Marginales: 0.00 | |
| 6. Donativos Charitable Contributions: 0.00 | 13. Cont. Retenida - Tax Withheld: 1,301.00 | 20. Contrib. Medicare Retenida Medicare Tax Withheld: 515.43 |
| Fecha de Nacimiento - Date of Birth: Día/Day, Mes/Month, Año/Year | 14. Fondo de Retiro Gubernamental Governmental Retirement Fund: 3,021.55 | |
| 2. Nombre y Dirección Postal del Patrono Employer's Name and Mailing Address: DEPT DE EDUCACION MAESTROS AVENIDA TENIENTE CESAR ESQUINA CALAF HATO REY, PR 00919-0000 | Patrono: - Employer: Indique si la remuneración incluye pagos al empleado por: Indicate if the renumeration includes payments to the employee for: A- ☐ Servicios prestados por un médico cualificado bajo la Ley 14-2017 Services rendered by a qualified physician under Act 14-2017 B- ☐ Servicios domésticos Domestic services C- ☐ Otros / Others: _____ | 15. Aportaciones a Planes Calificados Contributions to CODA PLANS: 0.00 |
| | Salarios Exentos (Ver instrucciones) Exempt Salaries (See instructions) | 21. Propinas Seguro Social Social Security Tips: 0.00 |
| Número de Teléfono del Patrono Employer's Telephone Number | 16. Código/Code: 0.00 | |
| Fecha Cese de Operaciones / Cease of Operations Date: Día/Day, Mes/Month, Año/Year | 16A. Código/Code: 0.00 | 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips: 0.00 |
| Número Confirmación de Radicación Electrónica Electronic Filing Confirmation Number: F0717193216 | 16B. Código/Code: 0.00 | 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips: 0.00 |
| Número Control - Control Number: 180048808 | 16C. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program: 0.00 | |
| Fecha de radicación: 31 de enero - Filing date: January 31 | Año: Year 2018 | |





Sello

5120
02/20/2019
$1.00

Sello de Rentas Internas
00063-2019-0220-98593003

1U18-00688355