

INTAKE DROP BOX
RECEIVED & FILED

2020 MAR 10 AM 11: 39

CLERK OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

TRIBUNAL DEL DISTRITO DE LOS ESTADOS UNIDOS

PARA EL DISTRITO DE PUERTO RICO

4 de marzo de 2020                              **Réplica**

mirandaivan59@yahoo.com
Ivan Miranda Candanedo
Hc 01 Box 10363 Coamo, Puerto Rico, 00769

Teléfono (787) 225-8521

En el asunto de:
JUNTA DE SUPERVISION Y ADMINISTRACION
FINANCIERA PARA PUERTO RICO.
            Como representante de:

> PROMESA, Título III
> Número 17 BK 3283-LTS
> **La presente radicación guarda relación**
> **con el ELA,  ACT  y el SRE**

**Epígrafe**

NOTIFICACION DE LA CENTESIMA CUADRAGESIMA PRIMERA OBJECION GLOBAL ( NO SUSTANTIVA) DEL ESTADO LIBRE
ASOCIADO DE PUERTO RICO DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACION DE PUERTO RICO Y DEL SISTEMA DE
RETIRO DE LOS EMPLEADOS DE GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS
QUE SE ALEGA INTERESES SOBRE LA BASE DE UNAS LEYES PUERTORRIQUEÑAS NO ESPECIFICADAS.

**Número de reclamación: 139578**

Mediante esta misiva solicito al **Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico**, que
declare a lugar la objeción global en relación al reclamo por el pago  de la  *Ley # 89  " Romerazo"*,   ya que el
mismo no fue adjudicado ni pagado por la Ley de Quiebras de Puerto Rico.

Trabajé para el Gobierno de Puerto Rico, Rico en la Agencia del  Departamento de Educación como maestra
durante 30 años, sin recibir el pago por el aumento o incentivo del gobierno correspondiente a los años **2004 al
2019**. Estimo que durante  se me adeuda la cantidad aproximada de **$ 40,000.**

También deseo solicitar al tribunal que sea diligente y acepte mi objeción por estar fuera de la fecha indicada.  El
haber excedido la fecha límite se debe a las consecuencias de los temblores y sismos que han ocurrido en Puerto
Rico, los cuales privaron a la ciudadanía de diversos servicios. Esto ocasionó que  no se pudiera la documentación
antes del 18 de febrero de 2020.  Se envía la documentación justificativa para evidenciar la objeción; Consistente la
mismos en mis comprobantes de retención ( W-2) del Departamento de Hacienda del Estado Libre Asociado de
Puerto Rico y/o planillas de Contribución Sobre Ingresos y talonarios de cheques.  Dicha documentación me
identifica como empleada del Gobierno de Puerto Rico durante los años reclamados; años en los que se supone
devengara el aumento correspondiente a esta ley el cual no me fue otorgado.

Cordialmente,

Iván Miranda Candanedo