N 5664430

**Estado Libre Asociado de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

Grupo de Pago: SM -Quincenal
Desde: 09/13/2004
Hasta: 09/24/2004
# Cheque:
Fecha: 09/30/2004

**IVAN MIRANDA CANDANEDO**
HC-01 BOX 10363
HC-01 BOX 10363
COAMO PR 00769

# Emple
Dept: 0005021-Ponce Coamo
Oficina: S. U. Manuel Candanedo
Titulo: M.Elemental
Sueldo: $2,230.00 Monthly

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Head of Household |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

**HORAS E INGRESOS**

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,115.00 | 1,092.00 | 19,170.00 |
| Total: | | | 1,115.00 | 1,092.00 | 19,170.00 |

**IMPUESTOS**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed MED/EE | 16.17 | 277.97 |
| PR Withholdng | 71.52 | 1,162.32 |
| Total: | 87.69 | 1,440.29 |

**DEDUCCIONES**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 100.35 | 1,725.30 |

**DEDUCCIONES GENERALES**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SC-AMER FAM LIFE ASS CO | 21.40 | 128.40 |
| AS FED MAESTROS AFT | 8.00 | 144.00 |
| GPR Plan de Ahorros | 33.45 | 575.10 |
| SC-NATIONAL LIFE INS. | 0.00 | 170.10 |

**BENEFICIOS PATRONALES PAGADOS**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-Plan Hospital Menonita | 100.00 | 720.80 |
| GPR Plan de Retiro de Maestro | 94.78 | 1,629.48 |
| FSED Disability Plan | 18.96 | 325.92 |

N002056120

**Estado Libre Asociado de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

| | | | |
|---|---|---|---|
| Grupo de Pago: | SM -Quincenal | # Cheque: | |
| Desde: | 08/01/2005 | | |
| Hasta: | 08/12/2005 | Fecha: | 08/15/2005 |

**IVAN MIRANDA CANDANEDO**
HC-01 BOX 10363
HC-01 BOX 10363
COAMO PR 00769
SS:

| | |
|---|---|
| # Empleado: | |
| Dept: | ...-Ponce Coamo |
| Oficina: | S. U. Manuel Candanedo |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $2,330.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Head of Household |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

**HORAS E INGRESOS**

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,165.00 | 906.00 | 16,875.00 |
| Total: | | | 1,165.00 | 906.00 | 16,875.00 |

**IMPUESTOS**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed MED/EE | 16.89 | 244.69 |
| PR Withholdng | 78.52 | 1,093.80 |
| Total: | 95.41 | 1,338.49 |

**DEDUCCIONES**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 104.85 | 1,518.75 |

**DEDUCCIONES GENERALES**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 65.88 | 988.20 |
| SC-UNIVERSAL LIFE INS. CO | 14.62 | 190.06 |
| AS FED MAESTROS AFT | 8.00 | 120.00 |
| GPR Plan de Ahorros | 34.95 | 506.25 |
| SC-AMER FAM LIFE ASS CO | 0.00 | 42.80 |

**BENEFICIOS PATRONALES PAGADOS**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 99.03 | 1,434.45 |
| FSED Disability Plan | 19.81 | 286.95 |
| SM-Plan Hospital Menonita | 0.00 | 700.00 |

Formulario Form 499R-2/W-2 PR Rev. 06.06

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

INFORMACION PARA EL DEPARTAMENTO DE HACIENDA / DEPARTMENT OF THE TREASURY INFORMATION

INFORMACION PARA EL SEGURO SOCIAL / SOCIAL SECURITY INFORMATION

1. Nombre - First Name: IVAN

Apellido(s) - Surname(s): MIRANDA CANDANEDO

Dirección Postal del Empleado-Employee's Mailing Address:
HC-01 BOX 10363
HC-01 BOX 10363

COAMO, PR 00769

2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address:
L8002150666 SU M CANDA
DEPT DE EDUCACION-MAESTROS
AVENIDA TENIENTE CESAR GONZALE
ESQUINA CALAF
HATO REY, PR 00919

Número de Teléfono del Patrono - Employer's Telephone Number:

Fecha de Cese de Operaciones: Día Mes Año - Cease of Operations Date: Day Month Year

Número de Control - Control Number: 22987750

3. Núm. Seguro Social - Social Security No.:

4. Núm. de Ident. Patronal - Employer's Ident. No. (EIN.): 660433481

5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension: Día/Day Mes/Month Año/Year

6. Costo de Pensión o Anualidad - Cost of Pension or Annuity: 0.00

Copia B para Planilla del Empleado
Copy B for Employee's Tax Return

Año: Year: 2006

| Box | Amount |
|---|---|
| 7. Sueldos - Wages | 37607.19 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total=7+8+9+10 | 37607.19 |
| 12. Gastos Reembolsados - Reimbursed Expenses | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 2937.48 |
| 14. Fondo de Retiro - Retirement Fund | 3112.97 |
| 15. Aportaciones a Planes Cualific. - Contributions to CODA PLANS | 0.00 |
| 16. Salarios bajo Ley Núm. 324 de 2004 - Salaries under Act No. 324 of 2004 | 0.00 |
| 17. Total Sueldos Seguro Social - Social Security Wages | 0.00 |
| 18. Seguro Social Retenido - Social Security Tax Withheld | 0.00 |
| 19. Total Sueldos y Pro. Medicare - Medicare Wages and Tips | 37607.19 |
| 20. Contrib. Medicare Retenida - Medicare Tax Withheld | 545.30 |
| 21. Propinas Seguro Social - Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips | 0.00 |
| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas
Conservation: Ten (10) years from the filing date in the Return Processing Bureau

Reproducido por: Departamento de Hacienda

Corte aquí

Formulario
Form 499R-2/W-2
Rev. 06.07

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

1. Nombre-First Name: IVAN

Apellido(s) - Surname(s): MIRANDA CANDANEDO

Dirección Postal del Empleado-Employee's Mailing Address:
HC-01 BOX 10363
HC-01 BOX 10363
COAMO, PR 00769

2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address:
L8002150666 SU M CANDA
DEPT DE EDUCACION-MAESTROS
AVENIDA TENIENTE CESAR GONZALE
ESQUINA CALAF
HATO REY, PR 00919

Número de Teléfono del Patrono - Employer's Telephone Number:

Fecha de Cese de Operaciones: Día Mes Año - Cease of Operations Date: Day Month Year

Número de Control - Control Number: 45472999

3. Núm. Seguro Social - Social Security No.: [signature]

4. Núm. de Ident. Patronal - Employer's Ident. No. (EIN.): 660433481

5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension: Día/Day Mes/Month Año/Year

6. Costo de Pensión o Anualidad - Cost of Pension or Annuity: 0.00

Copia C para Récord del Empleado
Copy C for Employee's Records

Año: Year: 2007

| INFORMACION PARA EL DEPARTAMENTO DE HACIENDA / DEPARTMENT OF THE TREASURY INFORMATION | |
|---|---|
| 7. Sueldos - Wages | 36789.85 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total=7+8+9+10 | 36789.85 |
| 12. Gastos Reembolsados - Reimbursed Expenses | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 2538.06 |
| 14. Fondo de Retiro - Retirement Fund | 3067.20 |
| 15. Aportaciones a Planes Cualific. - Contributions to CODA PLANS | 0.00 |
| 16. Salarios bajo Ley Núm. 324 de 2004 - Salaries under Act No. 324 of 2004 | 0.00 |

| INFORMACION PARA EL SEGURO SOCIAL / SOCIAL SECURITY INFORMATION | |
|---|---|
| 17. Total Sueldos Seguro Social - Social Security Wages | 0.00 |
| 18. Seguro Social Retenido - Social Security Tax Withheld | 0.00 |
| 19. Total Sueldos y Pro. Medicare - Medicare Wages and Tips | 36789.85 |
| 20. Contrib. Medicare Retenida - Medicare Tax Withheld | 533.45 |
| 21. Propinas Seguro Social - Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips | 0.00 |
| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

Reproducido por: Departamento de Hacienda

Formulario Form 499R-2/W-2 PR
Rev. 07.08

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

INFORMACION PARA EL DEPARTAMENTO DE HACIENDA
DEPARTMENT OF THE TREASURY INFORMATION

INFORMACION PARA EL SEGURO SOCIAL
SOCIAL SECURITY INFORMATION

1. Nombre-First Name: IVAN
Apellido(s) - Surname(s): MIRANDA CANDANEDO
Dirección Postal del Empleado - Employee's Mailing Address:
HC-01 BOX 10363
HC-01 BOX 10363

2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address:
L8002150666 SU M CANDA
DEPT DE EDUCACION-MAESTROS
AVENIDA TENIENTE CESAR GONZALE
ESQUINA CALAF
HATO REY, PR 00919

Número de Teléfono del Patrono - Employer's Telephone Number:

Fecha de Cese de Operaciones - Cease of Operations Date: Día/Day Mes/Month Año/Year

Número de Control - Control Number: 017555501

3. Núm. Seguro Social - Social Security No.

4. Núm. de Ident. Patronal - Employer's Ident. No. (EIN.): 660433481

5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension
Día/Day Mes/Month Año/Year

6. Costo de Pensión o Anualidad - Cost of Pension or Annuity: 0.00

Copia C para Récord del Empleado
Copy C for Employee's Records

Año: 2008
Year:

7. Sueldos - Wages: 37178.54
8. Comisiones - Commissions: 0.00
9. Concesiones - Allowances: 0.00
10. Propinas - Tips: 0.00
11. Total=7+8+9+10: 37178.54
12. Gastos Reembolsados - Reimbursed Expenses: 0.00
13. Cont. Retenida - Tax Withheld: 2692.33
14. Fondo de Retiro - Retirement Fund: 3256.07
15. Aportaciones a Planes Cualific. - Contributions to CODA PLANS: 0.00
16. Salarios bajo Ley Núm. 324 de 2004 - Salaries under Act No. 324 of 2004: 0.00

17. Total Sueldos Seguro Social - Social Security Wages: 0.00
18. Seguro Social Retenido - Social Security Tax Withheld: 0.00
19. Total Sueldos y Pro. Medicare - Medicare Wages and Tips: 37178.54
20. Contrib. Medicare Retenida - Medicare Tax Withheld: 539.09
21. Propinas Seguro Social - Social Security Tips: 0.00
22. Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips: 0.00
23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips: 0.00

Reproducido por: Departamento de Hacienda

rm 499R-2/W-2 PR
v. 07.09

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

Nombre - First Name: IVAN

ellido(s) - Surname(s): IIRANDA CANDANEDO

cción Postal del Empleado-Employee's Mailing Address:
C-01 BOX 10363
C-01 BOX 10363
AMO, PR 00769

bre y Dirección Postal del Patrono / loyer's Name and Mailing Address:
02150666 SU M CANDA
T DE EDUCACION-MAESTROS
NIDA TENIENTE CESAR GONZALE
UINA CALAF
O REY, PR 00919

de Teléfono del Patrono / 's Telephone Number:

Cese de Operaciones: Dia / Day, Mes / Month, Año / Year
of Operations Date:

le Control - Control Number: **004174854**

3. Núm. Seguro Social / Social Security No.: [handwritten initials]

4. Núm. de Ident. Patronal / Employer's Ident. No. (EIN.): 660433481

5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension: Dia / Day, Mes / Month, Año / Year

6. Costo de Pensión o Anualidad / Cost of Pension or Annuity: 0.00

**Copia B para Planilla del Empleado**
**Copy B for Employee's Tax Return**

**Año: / Year: 2009**

| INFORMACION PARA EL DEPARTAMENTO DE HACIENDA / DEPARTMENT OF THE TREASURY INFORMATION | | INFORMACION PARA EL SEGURO SOCIAL / SOCIAL SECURITY INFORMATION | |
|---|---|---|---|
| 7. Sueldos - Wages | 38080.00 | 17. Total Sueldos Seguro Social / Social Security Wages | 0.00 |
| 8. Comisiones - Commissions | 0.00 | 18. Seguro Social Retenido / Social Security Tax Withheld | 0.00 |
| 9. Concesiones - Allowances | 0.00 | 19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips | 38080.00 |
| 10. Propinas - Tips | 0.00 | 20. Contrib. Medicare Retenida / Medicare Tax Withheld | 552.16 |
| 11. Total=7+8+9+10 | 38080.00 | 21. Propinas Seguro Social / Social Security Tips | 0.00 |
| 12. Gastos Reembolsados / Reimbursed Expenses | 0.00 | 22. Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 2821.28 | 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |
| 14. Fondo de Retiro / Retirement Fund | 3337.20 | | |
| 15. Aportaciones a Planes Cualific. / Contributions to CODA PLANS | 0.00 | | |
| 16. Salarios bajo Ley Núm. 324 de 2004 / Salaries under Act No. 324 of 2004 | 0.00 | | |

Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas
(10) years from the filing date in the Return Processing Bureau

Reproducido por: Departamento de Hacienda

Form F- /-2 PR Rev.

**GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

| Field | Value |
|---|---|
| 1. Nombre-First Name | IVAN |
| Apellido(s) - Surname(s) | MIRANDA CANDANEDO |
| Dirección Postal del Empleado - Employee's Mailing Address | HC-01 BOX 10363<br>HC-01 BOX 10363<br>COAMO, PR 00769 |
| 2. Nombre y Dirección Postal del Patrono / Employer's Name and Mailing Address | L8013750666 S. U. MANU<br>DEPT DE EDUCACION-MAESTROS<br>AVENIDA TENIENTE CESAR GONZALE<br>ESQUINA CALAF<br>HATO REY, PR 00919 |
| Número de Control - Control Number | 107609469 |
| 3. Núm. Seguro Social / Social Security No. | (signature) |
| 4. Núm. de Ident. Patronal / Employer Ident. No. (EIN) | 660433481 |
| 6. Costo de Pensión o Anualidad / Cost of Pension or Annuity | 0.00 |
| Año / Year | 2010 |

**INFORMACION PARA EL DEPARTAMENTO DE HACIENDA / DEPARTMENT OF THE TREASURY INFORMATION**

| Field | Value |
|---|---|
| 7. Sueldos - Wages | 38078.76 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total=7+8+9+10 | 38078.76 |
| 12. Gastos Reembolsados / Reimbursed Expenses | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 2512.66 |
| 14. Fondo de Retiro / Retirement Fund | 3337.08 |
| 15. Aportaciones a Planes Cualific. / Contributions to CODA PLANS | 0.00 |
| 16. Salarios bajo Ley Núm. 324 de 2004 / Salaries under Act No. 324 of 2004 | 0.00 |

**INFORMACION PARA EL SEGURO SOCIAL / SOCIAL SECURITY INFORMATION**

| Field | Value |
|---|---|
| 17. Total Sueldos Seguro Social / Social Security Wages | 0.00 |
| 18. Seguro Social Retenido / Social Security Tax Withheld | 0.00 |
| 19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips | 38078.76 |
| 20. Contrib. Medicare Retenida / Medicare Tax Withheld | 552.14 |
| 21. Propinas Seguro Social / Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0.00 |
| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |
| 24. Sueldos y Propinas bajo Ley HIRE de 2010 - Wages and Tips under HIRE Act of 2010 | 0.00 |

Copia C para Récord del Empleado / Copy C for Employee's Records

Reproducido por: Departamento de Hacienda

Formulario
Form 4[illegible] /W-2 PR
Rev. [illegible]

GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

| Employee / Employer | | Información para el Departamento de Hacienda - Department of the Treasury Information | Información para el Seguro Social - Social Security Information |
|---|---|---|---|
| 1. Nombre-First Name: IVAN | 3. Núm. Seguro Social - Social Security No. [handwritten: JMC] | 7. Sueldos - Wages: 30900.00 | 17. Total Sueldos Seguro Social - Social Security Wages: 0.00 |
| Apellido(s) - Surname(s): MIRANDA CANDANEDO | 4. Núm. de Ident. Patronal - Employer Ident. No. (EIN): 660433481 | 8. Comisiones - Commissions: 0.00 | 18. Seguro Social Retenido - Social Security Tax Withheld: 0.00 |
| Dirección Postal del Empleado-Employee's Mailing Address: HC-01 BOX 10363 HC-01 BOX 10363 COAMO, PR 00769 | 5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension: Día/Day Mes/Month Año/Year | 9. Concesiones - Allowances: 0.00 | 19. Total Sueldos y Pro. Medicare - Medicare Wages and Tips: 30900.00 |
| | 6. Costo de Pensión o Anualidad - Cost of Pension or Annuity: 0.00 | 10. Propinas - Tips: 0.00 | 20. Contrib. Medicare Retenida - Medicare Tax Withheld: 448.05 |
| 2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address: L8013750666 S. U. MANU DEPT DE EDUCACION-MAESTROS AVENIDA TENIENTE CESAR GONZALE ESQUINA CALAF HATO REY, PR 00919 | 6A. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage: 0.00 | 11. Total=7+8+9+10: 30900.00 | 21. Propinas Seguro Social - Social Security Tips: 0.00 |
| | 6B. Donativos - Charitable Contributions: 0.00 | 12. Gastos Reembolsados - Reimbursed Expenses: 0.00 | 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips: 0.00 |
| Número de Teléfono del Patrono - Employer's Telephone Number: | Copia C para Récord del Empleado - Copy C for Employee's Records | 13. Cont. Retenida - Tax Withheld: 1586.86 | 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips: 0.00 |
| Fecha Cese de Operaciones: Cease of Operations Date: Día/Day Mes/Month Año/Year | Año: Year: **2011** | 14. Fondo de Retiro Gubernamental - Governmental Retirement Fund: 2781.00 | |
| Número Control - Control Number: **116459288** | | 15. Aportaciones a Planes Cualific. - Contributions to CODA PLANS: 0.00 | |
| | | 16. Salarios bajo Ley Núm. 324 de 2004 - Salaries under Act No. 324 of 2004: 0.00 | |
| | | 16A. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program: 0.00 | |

Reproducido por: Departamento de Hacienda

Formulario / Form 499R-2/W-2 PR
Rev. 09.12

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

| | |
|---|---|
| 1. Nombre-First Name: IVAN | 3. Núm. Seguro Social / Social Security No. |
| Apellido(s) - Surname(s): MIRANDA CANDANEDO | 4. Núm. de Ident. Patronal / Employer Ident. No. (EIN): 660433481 |
| Dirección Postal del Empleado - Employee's Mailing Address: HC-01 BOX 10363 / HC-01 BOX 10363 / COAMO, PR 00769 | 5. Fecha en que comenzó a recibir la pensión |
| 2. Nombre y Dirección Postal del Patrono / Employer's Name and Mailing Address: L8113750526 SUSANA RIV / DEPT DE EDUCACION-CLASIFICADOS / AVE. TENIENTE CESAR GONZALEZ / ESQUINA CALAF / HATO REY, PR 00919 | 6. Costo de Pensión o Anualidad: 0.00 |
| Número Control - Control Number: 125564640 | Año / Year: 2012 |

INFORMACION PARA EL DEPARTAMENTO DE HACIENDA / DEPARTMENT OF THE TREASURY INFORMATION

| | |
|---|---|
| 7. Sueldos - Wages | 46120.00 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total=7+8+9+10 | 46120.00 |
| 12. Gastos Reemb. y Beneficios Marginales | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 3263.20 |
| 14. Fondo de Retiro Gubernamental / Governmental Retirement Fund | 4060.80 |
| 15. Aportaciones a Planes Cualific. / Contributions to CODA PLANS | 0.00 |
| 16. Salarios bajo Ley 324-2004 / Salaries under Act 324-2004 | 0.00 |
| 16A. Aportaciones al Programa Ahorra y Duplica tu Dinero | 0.00 |

INFORMACION PARA EL SEGURO SOCIAL / SOCIAL SECURITY INFORMATION

| | |
|---|---|
| 17. Total Sueldos Seguro Social / Social Security Wages | 0.00 |
| 18. Seguro Social Retenido / Social Security Tax Withheld | 0.00 |
| 19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips | 46120.00 |
| 20. Contrib. Medicare Retenida / Medicare Tax Withheld | 668.74 |
| 21. Propinas Seguro Social / Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas / Uncollected Social Security Tax on Tips | 0.00 |
| 23. Contrib. Medicare no Retenida en Propinas / Uncollected Medicare Tax on Tips | 0.00 |

Copia C para Récord del Empleado / Copy C for Employee's Records

Formulario
Form 499R-2/W-2 PR
Rev. 08.13

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

## COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

1. Nombre-First Name: IVAN

2. Apellido(s) - Surname(s): MIRANDA CANDANEDO

Dirección Postal del Empleado-Employee's Mailing Address:
HC-01 BOX 10363
HC-01 BOX 10363
COAMO, PR 00769

Nombre y Dirección Postal del Patrono / Employer's Name and Mailing Address:
DEPT DE EDUCACION-CLASIFICADOS
AVE. TENIENTE CESAR GONZALEZ
ESQUINA CALAF
HATO REY, PR 00919

Número de Teléfono del Patrono / Employer's Telephone Number:

Fecha Cese de Operaciones: / Cease of Operations Date: Día / Day — Mes / Month — Año / Year

Número Confirmación de Radicación Electrónica / Electronic Filing Confirmation Number: C400001

Número Control - Control Number: 004508167

3. Núm. Seguro Social / Social Security No.: (handwritten initials)

4. Núm. de Ident. Patronal / Employer Ident. No. (EIN): 660433481

5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension: Día / Day — Mes / Month — Año / Year

6. Costo de Pensión o Anualidad / Cost of Pension or Annuity: 0.00

6A. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage: 0.00

6B. Donativos / Charitable Contributions: 0.00

Copia C para Récord del Empleado
Copy C for Employee's Records

Año: / Year: **2013**

| INFORMACION PARA EL DEPARTAMENTO DE HACIENDA / DEPARTMENT OF THE TREASURY INFORMATION | |
|---|---|
| 7. Sueldos - Wages | 46120.00 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total=7+8+9+10 | 46120.00 |
| 12. Gastos Reemb. y Beneficios Marginales / Reimb. Expenses and Fringe Benefits | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 2948.32 |
| 14. Fondo de Retiro Gubernamental / Governmental Retirement Fund | 4060.80 |
| 15. Aportaciones a Planes Cualific. / Contributions to CODA PLANS | 0.00 |
| 16. Salarios bajo Ley 324-2004 / Salaries under Act 324-2004 | 0.00 |
| 16A. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program | 0.00 |

| INFORMACION PARA EL SEGURO SOCIAL / SOCIAL SECURITY INFORMATION | |
|---|---|
| 17. Total Sueldos Seguro Social / Social Security Wages | 0.00 |
| 18. Seguro Social Retenido / Social Security Tax Withheld | 0.00 |
| 19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips | 46120.00 |
| 20. Contrib. Medicare Retenida / Medicare Tax Withheld | 668.74 |
| 21. Propinas Seguro Social / Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0.00 |
| 23. Contrib. Medicare no Retenid. en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

Reproducido por: Departamento de Hacienda

Formulario Form 499R-2/W-2 PR Rev. 09.14

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

| Field | Value |
|---|---|
| 1. Nombre - First Name | IVAN |
| Apellido(s) - Surname(s) | MIRANDA CANDANEDO |
| Dirección Postal del Empleado - Employee's Mailing Address | HC-01 BOX 10363 / HC-01 BOX 10363 / COAMO, PR 00769 |
| 2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address | DEPT DE EDUCACION-CLASIFICADOS / AVE. TENIENTE CESAR GONZALEZ / ESQUINA CALAF / HATO REY, PR 00919 |
| Número de Teléfono del Patrono - Employer's Telephone Number | |
| Fecha Cese de Operaciones - Cease of Operations Date | |
| Número Confirmación de Radicación Electrónica - Electronic Filing Confirmation Number | S140003 |
| Número Control - Control Number | 004421725 |
| 3. Núm. Seguro Social - Social Security No. | (signature) |
| 4. Num. de Ident. Patronal - Employer Ident. No. (EIN) | 660433481 |
| 5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage | 0.00 |
| 6. Donativos - Charitable Contributions | 0.00 |
| Año - Year | 2014 |

INFORMACION PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION

| Field | Value |
|---|---|
| 7. Sueldos - Wages | 45720.00 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total=7+8+9+10 | 45720.00 |
| 12. Gastos Reemb. y Beneficios Marginales - Reimb. Expenses and Fringe Benefits | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 2878.32 |
| 14. Fondo de Retiro Gubernamental - Governmental Retirement Fund | 4060.80 |
| 15. Aportaciones a Planes Cualific. - Contributions to CODA PLANS | 0.00 |
| 16. Salarios Exentos (Ver instrucciones) - Exempt Salaries (See instructions) | 0.00 |
| 16A. Código de Salarios Exentos - Exempt Salaries Code | |
| 16B. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program | 0.00 |

INFORMACION PARA EL SEGURO SOCIAL - SOCIAL SECURITY INFORMATION

| Field | Value |
|---|---|
| 17. Total Sueldos Seguro Social - Social Security Wages | 0.00 |
| 18. Seguro Social Retenido - Social Security Tax Withheld | 0.00 |
| 19. Total Sueldos y Pro. Medicare - Medicare Wages and Tips | 45720.00 |
| 20. Contrib. Medicare Retenida - Medicare Tax Withheld | 662.94 |
| 21. Propinas Seguro Social - Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0.00 |
| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

Patrono: - Employer:
* Envie a: - Send to:
Social Security Administration Data Operations Center Wilkes-Barre, PA 18769-0001
Con la With the W-3PR
* Envie al Departamento de Hacienda electrónicamente
Send to Department of the Treasury electronically (www.hacienda.gobierno.pr)
* Entregue dos copias al empleado
Deliver two copies to employee
* Conserve copia para sus récords
Keep copy for your records

Fecha de radicación: 31 de enero - Filing date: January 31

Reproducido por: Departamento de Hacienda

Formulario
Form 499R-2/W-2 PR
Rev. 08.15

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

1. Nombre-First Name
IVAN

Apellido(s) - Surname(s)
MIRANDA CANDANEDO

Dirección Postal del Empleado-Employee's Mailing Address
HC-01 BOX 10363
HC-01 BOX 10363
COAMO, PR 00769

Nombre y Dirección Postal del Patrono
Employer's Name and Mailing Address
DEPT DE EDUCACION-CLASIFICADOS
AVE. TENIENTE CESAR GONZALEZ
ESQUINA CALAF
HATO REY, PR 00919

Número de Teléfono del Patrono
Employer's Telephone Number

Fecha Cese de Operaciones:
Cease of Operations Date: Día Day Mes Month Año Year

Número Confirmación de Radicación Electrónica
Electronic Filing Confirmation Number
S150008

Número Control - Control Number
004940664

3. Núm. Seguro Social
Social Security No.

4. Núm. de Ident. Patronal
Employer Ident. No. (EIN)
660433481

5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage
0.00

6. Donativos
Charitable Contributions
0.00

Patrono: - Employer:
* Envíe a: - Send to:
Social Security Administration
Data Operations Center Wilkes-Barre, PA 18769-0001
Con la
With the W-3PR
* Envíe al Departamento de Hacienda electrónicamente
Send to Department of the Treasury electronically
(www.hacienda.pr.gov)
* Entregue dos copias al empleado
Deliver two copies to employee
* Conserve copia para sus récords
Keep copy for your records

Año:
Year: 2015

Fecha de radicación: 31 de enero - Filing date: January 31

INFORMACION PARA EL DEPARTAMENTO DE HACIENDA
DEPARTMENT OF THE TREASURY INFORMATION

| Box | Amount |
|---|---|
| 7. Sueldos - Wages | 45720.00 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total=7+8+9+10 | 45720.00 |
| 12. Gastos Reemb. y Beneficios Marginales / Reimb. Expenses and Fringe Benefits | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 2878.32 |
| 14. Fondo de Retiro Gubernamental / Governmental Retirement Fund | 4060.80 |
| 15. Aportaciones a Planes Cualific. / Contributions to CODA PLANS | 0.00 |
| 16. Salarios Exentos (Ver instrucciones) / Exempt Salaries (See instructions) | 0.00 |
| 16A. Código de Salarios Exentos / Exempt Salaries Code | |
| 16B. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program | 0.00 |

INFORMACION PARA EL SEGURO SOCIAL
SOCIAL SECURITY INFORMATION

| Box | Amount |
|---|---|
| 17. Total Sueldos Seguro Social / Social Security Wages | 0.00 |
| 18. Seguro Social Retenido / Social Security Tax Withheld | 0.00 |
| 19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips | 45720.00 |
| 20. Contrib. Medicare Retenida / Medicare Tax Withheld | 662.94 |
| 21. Propinas Seguro Social / Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0.00 |
| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

Reproducido por: Departamento de Hacienda

Reproducido por: Departamento de Hacienda

**DEPARTAMENTO DE HACIENDA - COMMONWEALTH OF PUERTO RICO**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

| | |
|---|---|
| Nº de Control - Control Number | 006282805 |
| Nº de Confirmación de Radicación Electrónica / Electronic Filing Confirmation Number | SL600021 |
| Fecha de Cese de Operaciones / Cease of Operations Date: Día/Day Mes/Month Año/Year | |
| Nº de Teléfono del Patrono / Employer's Telephone Number | |
| Nombre y Dirección Postal del Patrono / Employer's Name and Mailing Address | DEPT DE EDUCACION-CLASIFICADOS / B. TENIENTE CESAR GONZALEZ / ESQUINA CALAF / HATO REY, PR 00919 |
| Año / Year: | 2016 |
| Fecha de radicación: 31 de enero - Filing date: January 31 | |

| | |
|---|---|
| Nombre - First Name | IVAN |
| Apellido(s) - Surname(s) | MIRANDA CANDANEDO |
| Dirección Postal del Empleado - Employee's Mailing Address | PMC-01 BOX 10363 / BOX 10363 / ADJUNTAS, PR 00769 |
| Fecha de Nacimiento / Date of Birth Día Mes Año | |
| 3. Núm. Seguro Social / Social Security No. | |
| 4. Núm. de Ident. Patronal / Employer Ident. No. (EIN) | 660433481 |
| 5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage | 0.00 |
| 6. Donativos / Charitable Contributions | 0.00 |

**Envíe a: - Send to:**
Social Security Administration
Data Operations Center Wilkes-Barre, PA 18769-0001
With the W-3PR

* Envíe al Departamento de Hacienda electrónicamente
* Send to Department of the Treasury electronically (www.hacienda.pr.gov)
* Entregue dos copias al empleado / Deliver two copies to employee
* Conserve copia para sus récords / Keep copy for your records

| INFORMACION PARA EL DEPARTAMENTO DE HACIENDA / DEPARTMENT OF THE TREASURY INFORMATION | |
|---|---|
| 7. Sueldos - Wages | 45720.00 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total=7+8+9+10 | 45720.00 |
| 12. Gastos Reemb. y Beneficios Marginales / Reimb. Expenses and Fringe Benefits | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 2878.32 |
| 14. Fondo de Retiro Gubernamental / Governmental Retirement Fund | 4060.80 |
| 15. Aportaciones a Planes Cualific. / Contributions to CODA PLANS | 0.00 |
| 16. Salarios Exentos (Ver instrucciones) / Exempt Salaries (See instructions) Código/Code | 0.00 |
| 16A. Código/Code | 0.00 |
| 16B. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program | 0.00 |

| INFORMACION PARA EL SEGURO SOCIAL / SOCIAL SECURITY INFORMATION | |
|---|---|
| 17. Total Sueldos Seguro Social / Social Security Wages | 0.00 |
| 18. Seguro Social Retenido / Social Security Tax Withheld | 0.00 |
| 19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips | 45720.00 |
| 20. Contrib. Medicare Retenida / Medicare Tax Withheld | 662.94 |
| 21. Propinas Seguro Social / Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0.00 |
| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

499R-2/W-2 PR 08.16

| Formulario Form 499R-2/W-2PR Rev. 07.17 | GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY COMPROBANTE DE RETENCIÓN - WITHHOLDING STATEMENT | INFORMACIÓN PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION | INFORMACIÓN PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
|---|---|---|---|
| 222 | | | |
| 1. Nombre - First Name IVAN | 3. Núm. Seguro Social Social Security No. | 7. Sueldos - Wages 45,720.00 | 17. Total Sueldos Seguro Social Social Security Wages |
| | | 8. Comisiones - Commissions 0.00 | 0.00 |
| Apellido(s) - Last Name(s) MIRANDA CANDANEDO | 4. Núm. de Ident. Patronal Employer Ident. No. (EIN) 660433481-081 | 9. Concesiones - Allowances 0.00 | 18. Seguro Social Retenido Social Security Tax Withheld |
| Dirección Postal del Empleado - Employee's Mailing Address | 5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer- sponsored health coverage | 10. Propinas - Tips 0.00 | 0.00 |
| HC 01 BOX 10363 HC 01 BOX 10363 COAMO PR 00769 | 0.00 | 11. Total = 7 + 8 + 9 + 10 45,720.00 | 19. Total Sueldos y Pro. Medicare Medicare Wages and Tips |
| | 6. Donativos Charitable Contributions 0.00 | 12. Gastos Reemb. y Beneficios Marginales Reimb. Expenses and Fringe Benefits 0.00 | 45,720.00 |
| Fecha de Nacimiento: Día Mes Año Date of Birth: Day Month Year | Patrono: - Employer: | 13. Cont. Retenida - Tax Withheld 2,879.63 | 20. Contrib. Medicare Retenida Medicare Tax Withheld |
| 2. Nombre y Dirección Postal del Patrono Employer's Name and Mailing Address DEPT DE EDUCACION CLASIFICADOS AVE. TENIENTE CESAR GO ESQUINA CALAF HATO REY PR 00919 | • Envíe a: - Send to: Social Security Administration Data Operations Center Wilkes-Barre, PA 18769-0001 Con la With the W-3PR • Envíe al Departamento de Hacienda electrónicamente Send to Department of the Treasury electronically (www.hacienda.pr.gov) • Entregue dos copias al empleado Deliver two copies to employee • Conserve copia para sus récords Keep copy for your records | 14. Fondo de Retiro Gubernamental Governmental Retirement Fund 4,051.40 | 662.94 |
| | | 15. Aportaciones a Planes Cualific. Contributions to CODA PLANS 0.00 | 21. Propinas Seguro Social Social Security Tips 0.00 |
| Número de Teléfono del Patrono Employer's Telephone Number (787) 773-3508 | | | |
| Fecha Cese de Operaciones: Día Mes Año Cease of Operations Date: Day Month Year | | Salarios Exentos (Ver instrucciones) Exempt Salaries (See instructions) Código/Code 16. 0.00 | 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips |
| Número Confirmación de Radicación Electrónica Electronic Filing Confirmation Number S170008 | | Código/Code 16A. 0.00 | 0.00 |
| Número Control - Control Number 007003730 | Año: Year: 2017 | 16B. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program 0.00 | 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips 0.00 |
| Fecha de radicación: 31 de enero - Filing date: January 31 | | | |

Formulario Form 499R-2/W-2PR Rev. 07.18

222

GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
COMPROBANTE DE RETENCIÓN - WITHHOLDING STATEMENT

1. Nombre - First Name: IVAN
Apellido(s) - Last Name(s): MIRANDA CANDANEDO
Dirección Postal del Empleado - Employee's Mailing Address:
HC-01 BOX 10363
HC-01 BOX 10363
COAMO PR 00769

Fecha de Nacimiento / Date of Birth: Día/Day __ Mes/Month __ Año/Year __

2. Nombre y Dirección Postal del Patrono / Employer's Name and Mailing Address:
DEPT DE EDUCACION CLASIFICADOS
AVE. TENIENTE CESAR GO
ESQUINA CALAF
HATO REY, PR 00919-0000

Número de Teléfono del Patrono / Employer's Telephone Number:

Fecha Cese de Operaciones / Cease of Operations Date: Día/Day __ Mes/Month __ Año/Year __

Número Confirmación de Radicación Electrónica / Electronic Filing Confirmation Number: F0717193216

Número Control - Control Number: 180075731

Fecha de radicación: 31 de enero - Filing date: January 31

3. Núm. Seguro Social / Social Security No.:
4. Núm. de Ident. Patronal / Employer Ident. No. (EIN): 66-0433481
5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage: 0.00
6. Donativos / Charitable Contributions: 0.00

Patrono: - Employer:
Indique si la remuneración incluye pagos al empleado por:
Indicate if the renumeration includes payments to the employee for:
A- ☐ Servicios prestados por un médico cualificado bajo la Ley 14-2017 / Services rendered by a qualified physician under Act 14-2017
B- ☐ Servicios domésticos / Domestic services
C- ☐ Otros / Others: _____

INFORMACIÓN PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION
7. Sueldos - Wages: 46,553.35
8. Comisiones - Commissions: 0.00
9. Concesiones - Allowances: 0.00
10. Propinas - Tips: 0.00
11. Total = 7 + 8 + 9 + 10: 46,553.35
12. Gastos Reemb. y Beneficios Marginales: 0.00
13. Cont. Retenida - Tax Withheld: 2,963.52
14. Fondo de Retiro Gubernamental / Governmental Retirement Fund: 4,135.80
15. Aportaciones a Planes Calificados / Contributions to CODA PLANS: 0.00
Salarios Exentos (Ver instrucciones) / Exempt Salaries (See instructions)
16. Código/Code: 0.00
16A. Código/Code: 0.00
16B. Código/Code: 0.00
16C. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program: 0.00

Año / Year: 2018

INFORMACIÓN PARA EL SEGURO SOCIAL / SOCIAL SECURITY INFORMATION
17. Total Sueldos Seguro Social / Social Security Wages: 0.00
18. Seguro Social Retenido / Social Security Tax Withheld: 0.00
19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips: 46,553.35
20. Contrib. Medicare Retenida / Medicare Tax Withheld: 675.02
21. Propinas Seguro Social / Social Security Tips: 0.00
22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips: 0.00
23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips: 0.00