N 5664430

**Estado Libre Asociado de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 09/13/2004 |
| Hasta: | 09/24/2004 |

# Cheque: 06433713

IVAN MIRANDA CANDANEDO
HC-01 BOX 10363
HC-01 BOX 10363
COAMO PR 00769
SS

| | |
|---|---|
| # Empleado: | |
| Dept: | 8603021 Ponce Coamo |
| Oficina: | S. U. Manuel Candanedo |
| Titulo: | M.Elemental |
| Sueldo: | $2,230.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Head of Household |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

Fecha: 09/30/2004

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| | | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | 1,115.00 | 1,092.00 | 19,170.00 | |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed MED/EE | 16.17 | 277.97 |
| PR Withholdng | 71.52 | 1,162.32 |

| Total: | | 1,115.00 | 1,092.00 | 19,170.00 | Total: | 87.69 | 1,440.29 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 100.35 | 1,725.30 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SC-AMER FAM LIFE ASS CO | 21.40 | 128.40 |
| AS FED MAESTROS AFT | 8.00 | 144.00 |
| GPR Plan de Ahorros | 33.45 | 575.10 |
| SC-NATIONAL LIFE INS. | 0.00 | 170.10 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-Plan Hospital Menonita | 100.00 | 720.80 |
| GPR Plan de Retiro de Maestro | 94.78 | 1,629.48 |
| FSED Disability Plan | 18.96 | 325.92 |

Formulario Form 499R-2/W-2 PR
Rev. 08.15

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

1. Nombre-First Name: IVAN
Apellido(s) - Surname(s): MIRANDA CANDANEDO
Dirección Postal del Empleado-Employee's Mailing Address:
HC-01 BOX 10363
HC-01 BOX 10363
COAMO, PR 00769

Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address:
DEPT DE EDUCACION-CLASIFICADOS
AVE. TENIENTE CESAR GONZALEZ
ESQUINA CALAF
HATO REY, PR 00919

Número de Teléfono del Patrono - Employer's Telephone Number:

Fecha Cese de Operaciones - Cease of Operations Date: Día/Day, Mes/Month, Año/Year

Número Confirmación de Radicación Electrónica - Electronic Filing Confirmation Number: S150008

Número Control - Control Number: 004940664

Año / Year: **2015**

Fecha de radicación: 31 de enero - Filing date: January 31

3. Núm. Seguro Social - Social Security No.: [signature]
4. Núm. de Ident. Patronal - Employer Ident. No. (EIN): 660433481
5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage: 0.00
6. Donativos - Charitable Contributions: 0.00

Patrono - Employer:
Envíe a: - Send to:
Social Security Administration Data Operations Center Wilkes-Barre, PA 18769-0001
Con la - With the W-3PR
Envíe al Departamento de Hacienda electrónicamente
Send to Department of the Treasury electronically (www.hacienda.pr.gov)
Entregue dos copias al empleado - Deliver two copies to employee
Conserve copia para sus récords - Keep copy for your records

**INFORMACION PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION**

7. Sueldos - Wages: 45720.00
8. Comisiones - Commissions: 0.00
9. Concesiones - Allowances: 0.00
10. Propinas - Tips: 0.00
11. Total=7+8+9+10: 45720.00
12. Gastos Reemb. y Beneficios Marginales - Reimb. Expenses and Fringe Benefits: 0.00
13. Cont. Retenida - Tax Withheld: 2878.32
14. Fondo de Retiro Gubernamental - Governmental Retirement Fund: 4060.80
15. Aportaciones a Planes Cualific. - Contributions to CODA PLANS: 0.00
16. Salarios Exentos (Ver instrucciones) - Exempt Salaries (See instructions): 0.00
16A. Código de Salarios Exentos - Exempt Salaries Code:
16B. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program: 0.00

**INFORMACION PARA EL SEGURO SOCIAL - SOCIAL SECURITY INFORMATION**

17. Total Sueldos Seguro Social - Social Security Wages: 0.00
18. Seguro Social Retenido - Social Security Tax Withheld: 0.00
19. Total Sueldos y Pro. Medicare - Medicare Wages and Tips: 45720.00
20. Contrib. Medicare Retenida - Medicare Tax Withheld: 662.94
21. Propinas Seguro Social - Social Security Tips: 0.00
22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips: 0.00
23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips: 0.00

Reproducido por: Departamento de Hacienda

Formulario 499R-2/W-2 PR 08.16

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

Nombre - First Name: IVAN

Apellido(s) - Surname(s): MIRANDA CANDANEDO

Dirección Postal del Empleado - Employee's Mailing Address:
HC-01 BOX 10363
HC-01 BOX 10363
COAMO, PR 00769

Fecha de Nacimiento / Date of Birth: Día/Day __ Mes/Month __ Año/Year __

Nombre y Dirección Postal del Patrono / Employer's Name and Mailing Address:
DEPT DE EDUCACION-CLASIFICADOS
AVE. TENIENTE CESAR GONZALEZ
ESQUINA CALAF
HATO REY, PR 00919

Número de Teléfono del Patrono / Employer's Telephone Number:

Cese de Operaciones / Date of Operations Date: Día/Day __ Mes/Month __ Año/Year __

Número Confirmación de Radicación Electrónica / Electronic Filing Confirmation Number: S160021

Número Control - Control Number: 006282805

Fecha de radicación: 31 de enero - Filing date: January 31

3. Núm. Seguro Social / Social Security No.: [signature]

4. Num. de Ident. Patronal / Employer Ident. No. (EIN): 660433481

5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage: 0.00

6. Donativos / Charitable Contributions: 0.00

Patrono: - Employer:
* Envíe a: - Send to:
Social Security Administration
Data Operations Center Wilkes-Barre, PA 18769-0001
Con la / With the W-3PR
* Envíe al Departamento de Hacienda electrónicamente
Send to Department of the Treasury electronically
(www.hacienda.pr.gov)
* Entregue dos copias al empleado
Deliver two copies to employee
* Conserve copia para sus récords
Keep copy for your records

Año: / Year: 2016

INFORMACION PARA EL DEPARTAMENTO DE HACIENDA
DEPARTMENT OF THE TREASURY INFORMATION

7. Sueldos - Wages: 45720.00
8. Comisiones - Commissions: 0.00
9. Concesiones - Allowances: 0.00
10. Propinas - Tips: 0.00
11. Total=7+8+9+10: 45720.00
12. Gastos Reemb. y Beneficios Marginales / Reimb. Expenses and Fringe Benefits: 0.00
13. Cont. Retenida - Tax Withheld: 2878.32
14. Fondo de Retiro Gubernamental / Governmental Retirement Fund: 4060.80
15. Aportaciones a Planes Cualific. Contributions to CODA PLANS: 0.00
Salarios Exentos (Ver instrucciones) / Exempt Salaries (See instructions)
16. Código/Code: 0.00
16A. Código/Code: 0.00
16B. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program: 0.00

INFORMACION PARA EL SEGURO SOCIAL
SOCIAL SECURITY INFORMATION

17. Total Sueldos Seguro Social / Social Security Wages: 0.00
18. Seguro Social Retenido / Social Security Tax Withheld: 0.00
19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips: 45720.00
20. Contrib. Medicare Retenida / Medicare Tax Withheld: 662.94
21. Propinas Seguro Social / Social Security Tips: 0.00
22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips: 0.00
23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips: 0.00

Reproducido por: Departamento de Hacienda

| | |
|---|---|
| Formulario Form 499R-2/W-2PR Rev. 07.17 | GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY COMPROBANTE DE RETENCIÓN - WITHHOLDING STATEMENT |

222

1. Nombre - First Name: IVAN
Apellido(s) - Last Name(s): MIRANDA CANDANEDO
Dirección Postal del Empleado - Employee's Mailing Address:
HC 01 BOX 10363
HC 01 BOX 10363
COAMO PR 00769

Fecha de Nacimiento / Date of Birth: Día/Day __  Mes/Month __  Year __

2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address:
DEPT DE EDUCACION CLASIFICADOS
AVE. TENIENTE CESAR GO
ESQUINA CALAF
HATO REY PR 00919

Número de Teléfono del Patrono / Employer's Telephone Number: (787)-773-3508

Fecha Cese de Operaciones / Cease of Operations Date: Día/Day __  Mes/Month __  Año/Year __

Número Confirmación de Radicación Electrónica / Electronic Filing Confirmation Number: S170008

Número Control - Control Number: 007003730

3. Núm. Seguro Social / Social Security No.: [illegible]
4. Núm. de Ident. Patronal / Employer Ident. No. (EIN): 660433481-081
5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage: 0.00
6. Donativos / Charitable Contributions: 0.00

Patrono: - Employer:
• Envíe a: - Send to: Social Security Administration Data Operations Center Wilkes-Barre, PA 18769-0001 Con la / With the W-3PR
• Envíe al Departamento de Hacienda electrónicamente / Send to Department of the Treasury electronically (www.hacienda.pr.gov)
• Entregue dos copias al empleado / Deliver two copies to employee
• Conserve copia para sus records / Keep copy for your records

Año / Year: 2017

Fecha de radicación: 31 de enero - Filing date: January 31

INFORMACIÓN PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION

7. Sueldos - Wages: 45,720.00
8. Comisiones - Commissions: 0.00
9. Concesiones - Allowances: 0.00
10. Propinas - Tips: 0.00
11. Total = 7 + 8 + 9 + 10: 45,720.00
12. Gastos Reemb. y Beneficios Marginales / Reimb. Expenses and Fringe Benefits: 0.00
13. Cont. Retenida - Tax Withheld: 2,879.63
14. Fondo de Retiro Gubernamental / Governmental Retirement Fund: 4,051.40
15. Aportaciones a Planes Cualific. / Contributions to CODA PLANS: 0.00
Salarios Exentos (Ver instrucciones) / Exempt Salaries (See instructions) Código/Code: 0.00
16. Código/Code: 0.00
16A.
16B. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program: 0.00

INFORMACIÓN PARA EL SEGURO SOCIAL / SOCIAL SECURITY INFORMATION

17. Total Sueldos Seguro Social / Social Security Wages: 0.00
18. Seguro Social Retenido / Social Security Tax Withheld: 0.00
19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips: 45,720.00
20. Contrib. Medicare Retenida / Medicare Tax Withheld: 662.94
21. Propinas Seguro Social / Social Security Tips: 0.00
22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips: 0.00
23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips: 0.00

| Formulario Form 499R-2/W-2PR Rev. 07.18 | GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY |
|---|---|
| 222 | COMPROBANTE DE RETENCIÓN - WITHHOLDING STATEMENT |

**1. Nombre - First Name:** IVAN
**Apellido(s) - Last Name(s):** MIRANDA CANDANEDO
**Dirección Postal del Empleado - Employee's Mailing Address:**
HC-01 BOX 10363
HC-01 BOX 10363
COAMO PR 00769

**Fecha de Nacimiento / Date of Birth:** Día/Day __ Mes/Month __ Año/Year __

**2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address:**
DEPT DE EDUCACION CLASIFICADOS
AVE. TENIENTE CESAR GO
ESQUINA CALAF
HATO REY, PR 00919-0000

**Número de Teléfono del Patrono - Employer's Telephone Number:**

**Fecha Cese de Operaciones / Cease of Operations Date:** Día/Day __ Mes/Month __ Año/Year __

**Número Confirmación de Radicación Electrónica - Electronic Filing Confirmation Number:** F0717193216

**Número Control - Control Number:** 180075731

**Fecha de radicación:** 31 de enero - Filing date: January 31

**3. Núm. Seguro Social / Social Security No.:** [redacted]
**4. Núm. de Ident. Patronal / Employer Ident. No. (EIN):** 66-0433481

**5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage:** 0.00

**6. Donativos / Charitable Contributions:** 0.00

**Patrono: - Employer:**
Indique si la remuneración incluye pagos al empleado por: / Indicate if the renumeration includes payments to the employee for:
A- ☐ Servicios prestados por un médico cualificado bajo la Ley 14-2017 / Services rendered by a qualified physician under Act 14-2017
B- ☐ Servicios domésticos / Domestic services
C- ☐ Otros / Others: _____

**Año / Year:** 2018

### INFORMACIÓN PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION

| # | Concepto | Monto |
|---|---|---|
| 7 | Sueldos - Wages | 46,553.35 |
| 8 | Comisiones - Commissions | 0.00 |
| 9 | Concesiones - Allowances | 0.00 |
| 10 | Propinas - Tips | 0.00 |
| 11 | Total = 7 + 8 + 9 + 10 | 46,553.35 |
| 12 | Gastos Reemb. y Beneficios Marginales | 0.00 |
| 13 | Cont. Retenida - Tax Withheld | 2,963.52 |
| 14 | Fondo de Retiro Gubernamental / Governmental Retirement Fund | 4,135.80 |
| 15 | Aportaciones a Planes Calificados / Contributions to CODA PLANS | 0.00 |
| | Salarios Exentos (Ver instrucciones) / Exempt Salaries (See instructions) Código/Code | |
| 16 | | 0.00 |
| 16A | Código/Code | 0.00 |
| 16B | Código/Code | 0.00 |
| 16C | Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program | 0.00 |

### INFORMACIÓN PARA EL SEGURO SOCIAL - SOCIAL SECURITY INFORMATION

| # | Concepto | Monto |
|---|---|---|
| 17 | Total Sueldos Seguro Social / Social Security Wages | 0.00 |
| 18 | Seguro Social Retenido / Social Security Tax Withheld | 0.00 |
| 19 | Total Sueldos y Pro. Medicare / Medicare Wages and Tips | 46,553.35 |
| 20 | Contrib. Medicare Retenida / Medicare Tax Withheld | 675.02 |
| 21 | Propinas Seguro Social / Social Security Tips | 0.00 |
| 22 | Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0.00 |
| 23 | Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

N002056120

| **Estado Libre Asociado de Puerto Rico** | | | Grupo de Pago: | SM -Quincenal | | # Cheque: | 00774558 |
|---|---|---|---|---|---|---|---|
| 080 - DEPT DE EDUCACION-MAESTROS | | | Desde: | 08/01/2005 | | | |
| | | | Hasta: | 08/12/2005 | | Fecha: | 08/15/2005 |
| IVAN MIRANDA CANDANEDO | | # Empleado: | | | DATA IMP: | Federal | PR |
| HC-01 BOX 10363 | | Dept: | 8000021-Ponce Coamo | | Estado Civil: | Married | Head of Household |
| HC-01 BOX 10363 | | Oficina: | S. U. Manuel Candanedo | | Concesiones: | 0 | 0 |
| COAMO PR  00769 | | Titulo: | DEPARTAMENTO DE EDUCACION | | Pct. Adcl.: | | |
| SS | | Sueldo: | $2,330.00 Monthly | | Cant. Adcl.: | | |

### HORAS E INGRESOS / IMPUESTOS

| | | Corriente | | Acumulado | | | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | | 1,165.00 | 906.00 | 16,875.00 | Fed MED/EE | 16.89 | 244.69 |
| | | | | | | PR Withholdng | 78.52 | 1,093.80 |
| Total: | | | 1,165.00 | 906.00 | 16,875.00 | Total: | 95.41 | 1,338.49 |

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| GPR Plan de Retiro de Maestro | 104.85 | 1,518.75 | AE-Asoc Emp ELA-Prest Regular | 65.88 | 988.20 | GPR Plan de Retiro de Maestro | 99.03 | 1,434.45 |
| | | | SC-UNIVERSAL LIFE INS. CO | 14.62 | 190.06 | FSED Disability Plan | 19.81 | 286.95 |
| | | | AS FED MAESTROS AFT | 8.00 | 120.00 | SM-Plan Hospital Menonita | 0.00 | 700.00 |
| | | | GPR Plan de Ahorros | 34.95 | 506.25 | | | |
| | | | SC-AMER FAM LIFE ASS CO | 0.00 | 42.80 | | | |

| | |
|---|---|
| Formulario Form 499R-2/W-2 PR Rev. 06.06 | ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO<br>DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY<br>COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT |

**INFORMACION PARA EL DEPARTAMENTO DE HACIENDA / DEPARTMENT OF THE TREASURY INFORMATION**

**INFORMACION PARA EL SEGURO SOCIAL / SOCIAL SECURITY INFORMATION**

| Field | Value |
|---|---|
| 1. Nombre - First Name | IVAN |
| Apellido(s) - Surname(s) | MIRANDA CANDANEDO |
| Dirección Postal del Empleado - Employee's Mailing Address | HC-01 BOX 10363<br>HC-01 BOX 10363<br>COAMO, PR 00769 |
| 2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address | L8002150666 SU M CANDA<br>DEPT DE EDUCACION-MAESTROS<br>AVENIDA TENIENTE CESAR GONZALE<br>ESQUINA CALAF<br>HATO REY, PR 00919 |
| 3. Núm. Seguro Social / Social Security No. | |
| 4. Núm. de Ident. Patronal / Employer's Ident. No. (EIN) | 660433481 |
| 5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension | |
| 6. Costo de Pensión o Anualidad / Cost of Pension or Annuity | 0.00 |
| Número de Control - Control Number | 22987750 |
| Año / Year | 2006 |
| 7. Sueldos - Wages | 37607.19 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total=7+8+9+10 | 37607.19 |
| 12. Gastos Reembolsados / Reimbursed Expenses | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 2937.48 |
| 14. Fondo de Retiro / Retirement Fund | 3112.97 |
| 15. Aportaciones a Planes Cualific. / Contributions to CODA PLANS | 0.00 |
| 16. Salarios bajo Ley Núm. 324 de 2004 / Salaries under Act No. 324 of 2004 | 0.00 |
| 17. Total Sueldos Seguro Social / Social Security Wages | 0.00 |
| 18. Seguro Social Retenido / Social Security Tax Withheld | 0.00 |
| 19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips | 37607.19 |
| 20. Contrib. Medicare Retenida / Medicare Tax Withheld | 545.30 |
| 21. Propinas Seguro Social / Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips | 0.00 |
| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

Copia B para Planilla del Empleado / Copy B for Employee's Tax Return

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas
Conservation: Ten (10) years from the filing date in the Return Processing Bureau

Reproducido por: Departamento de Hacienda

Corte aquí

Formulario, Form 499R-2/W-2
Rev. 06.07

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

| Field | Value |
|---|---|
| 1. Nombre - First Name | IVAN |
| Apellido(s) - Surname(s) | MIRANDA CANDANEDO |
| Dirección Postal del Empleado - Employee's Mailing Address | HC-01 BOX 10363 / HC-01 BOX 10363 / COAMO, PR 00769 |
| 2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address | L8002150666 SU M CANDA / DEPT DE EDUCACION-MAESTROS / AVENIDA TENIENTE CESAR GONZALE / ESQUINA CALAF / HATO REY, PR 00919 |
| Número de Teléfono del Patrono - Employer's Telephone Number | |
| Fecha de Cese de Operaciones - Cease of Operations Date | |
| Número de Control - Control Number | 45472999 |
| 3. Núm. Seguro Social - Social Security No. | (signature) |
| 4. Núm. de Ident. Patronal - Employer's Ident. No. (EIN) | 660433481 |
| 5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension | |
| 6. Costo de Pensión o Anualidad - Cost of Pension or Annuity | 0.00 |
| Copia C para Récord del Empleado - Copy C for Employee's Records | |
| Año / Year: | 2007 |

INFORMACION PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION

| Field | Value |
|---|---|
| 7. Sueldos - Wages | 36789.85 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total = 7+8+9+10 | 36789.85 |
| 12. Gastos Reembolsados - Reimbursed Expenses | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 2538.06 |
| 14. Fondo de Retiro - Retirement Fund | 3067.20 |
| 15. Aportaciones a Planes Cualific. Contributions to CODA PLANS | 0.00 |
| 16. Salarios bajo Ley Núm. 324 de 2004 - Salaries under Act No. 324 of 2004 | 0.00 |

INFORMACION PARA EL SEGURO SOCIAL - SOCIAL SECURITY INFORMATION

| Field | Value |
|---|---|
| 17. Total Sueldos Seguro Social - Social Security Wages | 0.00 |
| 18. Seguro Social Retenido - Social Security Tax Withheld | 0.00 |
| 19. Total Sueldos y Pro. Medicare - Medicare Wages and Tips | 36789.85 |
| 20. Contrib. Medicare Retenida - Medicare Tax Withheld | 533.45 |
| 21. Propinas Seguro Social - Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips | 0.00 |
| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

Reproducido por: Departamento de Hacienda

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

Formulario Form 499R-2/W-2 PR Rev. 07.08

**Año/Year: 2008**
Copia C para Record del Empleado
Copy C for Employee's Records

Número de Control - Control Number: **01755501**

Fecha de Cese de Operaciones / Cease of Operations Date: Día/Day, Mes/Month, Año/Year

Número de Teléfono del Patrono / Employer's Telephone Number

2. Nombre y Dirección Postal del Patrono / Employer's Name and Mailing Address:
L800215066 SU M CANDA
DEPT DE EDUCACION-MAESTROS
AVENIDA TENIENTE CESAR GONZALE
ESQUINA CALAF
HATO REY, PR 00919

Dirección Postal del Empleado / Employee's Mailing Address:
HC-01 BOX 10363
HC-01 BOX 10363

1. Apellido(s) - Surname(s): MIRANDA CANDANEDO
   Nombre - First Name: IVAN

3. Núm. Seguro Social / Social Security No.: [signature]

4. Núm. de Ident. Patronal / Employer's Ident. No. (EIN): 660433481

5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension: Día/Mes/Año

6. Costo de Pensión o Anualidad / Cost of Pension or Annuity: 0.00

**INFORMACION PARA EL DEPARTAMENTO DE HACIENDA / INFORMATION FOR THE TREASURY DEPARTMENT OF THE**

| | |
|---|---|
| 7. Sueldos - Wages | 37178.54 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total=7+8+9+10 | 37178.54 |
| 12. Gastos Reembolsados / Reimbursed Expenses | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 2692.33 |
| 14. Fondo de Retiro / Retirement Fund | 3256.07 |
| 15. Aportaciones a Planes Cualific. Contributions to CODA PLANS | 0.00 |
| 16. Salarios bajo Ley Núm. 324 de 2004 / Salaries under Act No. 324 of 2004 | 0.00 |

**INFORMACION PARA EL SEGURO SOCIAL / SOCIAL SECURITY INFORMATION**

| | |
|---|---|
| 17. Total Sueldos Seguro Social / Social Security Wages | 37178.54 |
| 18. Seguro Social Retenido / Social Security Tax Withheld | 0.00 |
| 19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips | 37178.54 |
| 20. Contrib. Medicare Retenida / Medicare Tax Withheld | 539.09 |
| 21. Propinas Seguro Social / Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips | 0.00 |
| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

Form 499R-2/W-2 PR
v. 07.09

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

Nombre - First Name: IVAN

Apellido(s) - Surname(s): MIRANDA CANDANEDO

Dirección Postal del Empleado - Employee's Mailing Address:
HC-01 BOX 10363
HC-01 BOX 10363

ADAMO, PR 00769

Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address:
002150666 SU M CANDA
DEPT DE EDUCACION-MAESTROS
AVENIDA TENIENTE CESAR GONZALE
ESQUINA CALAF
HATO REY, PR 00919

Número de Teléfono del Patrono - Employer's Telephone Number:

Fecha Cese de Operaciones / Date of Operations Date: Día / Mes / Año

Número Control - Control Number: 004174854

Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas
(10) years from the filing date in the Return Processing Bureau

3. Núm. Seguro Social - Social Security No.: [signature]

4. Núm. de Ident. Patronal - Employer's Ident. No. (EIN.): 660433481

5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension: Día / Mes / Año

6. Costo de Pensión o Anualidad - Cost of Pension or Annuity: 0.00

Copia B para Planilla del Empleado
Copy B for Employee's Tax Return

Año: Year: **2009**

**INFORMACION PARA EL DEPARTAMENTO DE HACIENDA**
**DEPARTMENT OF THE TREASURY INFORMATION**

7. Sueldos - Wages: 38080.00
8. Comisiones - Commissions: 0.00
9. Concesiones - Allowances: 0.00
10. Propinas - Tips: 0.00
11. Total = 7+8+9+10: 38080.00
12. Gastos Reembolsados - Reimbursed Expenses: 0.00
13. Cont. Retenida - Tax Withheld: 2821.28
14. Fondo de Retiro - Retirement Fund: 3337.20
15. Aportaciones a Planes Cualific. - Contributions to CODA PLANS: 0.00
16. Salarios bajo Ley Núm. 324 de 2004 - Salaries under Act No. 324 of 2004: 0.00

**INFORMACION PARA EL SEGURO SOCIAL**
**SOCIAL SECURITY INFORMATION**

17. Total Sueldos Seguro Social - Social Security Wages: 0.00
18. Seguro Social Retenido - Social Security Tax Withheld: 0.00
19. Total Sueldos y Pro. Medicare - Medicare Wages and Tips: 38080.00
20. Contrib. Medicare Retenida - Medicare Tax Withheld: 552.16
21. Propinas Seguro Social - Social Security Tips: 0.00
22. Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips: 0.00
23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips: 0.00

Reproducido por: Departamento de Hacienda

| | | | |
|---|---|---|---|
| Form F- Rev. /-2 PR | GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT | INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |

| 1. Nombre-First Name  IVAN | 3. Núm. Seguro Social  Social Security No. | 7. Sueldos - Wages  38078.76 | 17. Total Sueldos Seguro Social  Social Security Wages  0.00 |
|---|---|---|---|
| Apellido(s) - Surname(s)  MIRANDA CANDANEDO | 4. Núm. de Ident. Patronal  Employer Ident. No. (EIN)  660433481 | 8. Comisiones - Commissions  0.00 | 18. Seguro Social Retenido  Social Security Tax Withheld  0.00 |
| Dirección Postal del Empleado-Employee's Mailing Address  HC-01 BOX 10363  HC-01 BOX 10363  COAMO, PR 00769 | 5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension  Dia/Day  Mes/Month  Año/Year | 9. Concesiones - Allowances  0.00  10. Propinas - Tips  0.00  11. Total=7+8+9+10  38078.76 | 19. Total Sueldos y Pro. Medicare  Medicare Wages and Tips  38078.76  20. Contrib. Medicare Retenida  Medicare Tax Withheld  552.14 |
| 2. Nombre y Dirección Postal del Patrono  Employer's Name and Mailing Address  L8013750666 S. U. MANU  DEPT DE EDUCACION-MAESTROS  AVENIDA TENIENTE CESAR GONZALE  ESQUINA CALAF  HATO REY, PR 00919 | 6. Costo de Pensión o Anualidad  Cost of Pension or Annuity  0.00  Copia C para Récord  del Empleado  Copy C for Employee's  Records | 12. Gastos Reembolsados  Reimbursed Expenses  0.00  13. Cont. Retenida - Tax Withheld  2512.66  14. Fondo de Retiro  Retirement Fund  3337.08  15. Aportaciones a Planes Cualific.  Contributions to CODA PLANS  0.00 | 21. Propinas Seguro Social  Social Security Tips  0.00  22. Seguro Social no Retenido  en Propinas - Uncollected  Social Security Tax on Tips  0.00  23. Contrib. Medicare no Retenida  en Propinas - Uncollected  Medicare Tax on Tips  0.00 |
| Número de Teléfono del Patrono  Employer's Telephone Number | | | |
| Fecha de Cese de Operaciones:  Cease of Operations Date:  Dia/Day  Mes/Month  Año/Year | Año:  Year: 2010 | 16. Salarios bajo Ley Núm. 324 de 2004  Salaries under Act No. 324 of 2004  0.00 | 24. Sueldos y Propinas bajo Ley  HIRE de 2010 - Wages and  Tips under HIRE Act of 2010  0.00 |
| Número de Control - Control Number  107609469 | | | |

Reproducido por: Departamento de Hacienda

Formulario Form 499 R-2/W-2 PR Rev. 1

**GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

| Field | Value |
|---|---|
| 1. Nombre-First Name | IVAN |
| Apellido(s) - Surname(s) | MIRANDA CANDANEDO |
| Dirección Postal del Empleado - Employee's Mailing Address | HC-01 BOX 10363 / HC-01 BOX 10363 / COAMO, PR 00769 |
| 2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address | L8013750666 S. U. MANU / DEPT DE EDUCACION-MAESTROS / AVENIDA TENIENTE CESAR GONZALE / ESQUINA CALAF / HATO REY, PR 00919 |
| Número de Teléfono del Patrono - Employer's Telephone Number | |
| Fecha Cese de Operaciones - Cease of Operations Date | |
| Número Control - Control Number | 116459288 |
| 3. Núm. Seguro Social - Social Security No. | (signed) |
| 4. Núm. de Ident. Patronal - Employer Ident. No. (EIN) | 660433481 |
| 5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension | |
| 6. Costo de Pensión o Anualidad - Cost of Pension or Annuity | 0.00 |
| 6A. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage | 0.00 |
| 6B. Donativos - Charitable Contributions | 0.00 |

Copia C para Récord del Empleado
Copy C for Employee's Records
Año / Year: **2011**

INFORMACION PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION

| Field | Value |
|---|---|
| 7. Sueldos - Wages | 30900.00 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total=7+8+9+10 | 30900.00 |
| 12. Gastos Reembolsados - Reimbursed Expenses | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 1586.86 |
| 14. Fondo de Retiro Gubernamental - Governmental Retirement Fund | 2781.00 |
| 15. Aportaciones a Planes Cualific. - Contributions to CODA PLANS | 0.00 |
| 16. Salarios bajo Ley Núm. 324 de 2004 - Salaries under Act No. 324 of 2004 | 0.00 |
| 16A. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program | 0.00 |

INFORMACION PARA EL SEGURO SOCIAL - SOCIAL SECURITY INFORMATION

| Field | Value |
|---|---|
| 17. Total Sueldos Seguro Social - Social Security Wages | |
| 18. Seguro Social Retenido - Social Security Tax Withheld | 0.00 |
| 19. Total Sueldos y Pro. Medicare - Medicare Wages and Tips | 30900.00 |
| 20. Contrib. Medicare Retenida - Medicare Tax Withheld | 448.05 |
| 21. Propinas Seguro Social - Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0.00 |
| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

Reproducido por: Departamento de Hacienda

Formulario
Form 499R-2/W-2 PR
Rev. 09.12

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

| | |
|---|---|
| 1. Nombre-First Name | IVAN |
| Apellido(s) - Surname(s) | MIRANDA CANDANEDO |
| Dirección Postal del Empleado-Employee's Mailing Address | HC-01 BOX 10363<br>HC-01 BOX 10363<br>COAMO, PR 00769 |
| 2. Nombre y Dirección Postal del Patrono<br>Employer's Name and Mailing Address | L8113750526 SUSANA RIV<br>DEPT DE EDUCACION-CLASIFICADOS<br>AVE. TENIENTE CESAR GONZALEZ<br>ESQUINA CALAF<br>HATO REY, PR 00919 |
| Número de Teléfono del Patrono<br>Employer's Telephone Number | |
| Fecha Cese de Operaciones:<br>Cease of Operations Date: | Dia/Day  Mes/Month  Año/Year |
| Número Control - Control Number | 125564640 |

| | |
|---|---|
| 3. Núm. Seguro Social / Social Security No. | One |
| 4. Núm. de Ident. Patronal / Employer Ident. No. (EIN) | 660433481 |
| 5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension | Dia/Day  Mes/Month  Año/Year |
| 6. Costo de Pensión o Anualidad / Cost of Pension or Annuity | 0.00 |
| 6A. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage | 0.00 |
| 6B. Donativos / Charitable Contributions | 0.00 |

Copia C para Récord del Empleado
Copy C for Employee's Records
Año: / Year: **2012**

INFORMACION PARA EL DEPARTAMENTO DE HACIENDA
DEPARTMENT OF THE TREASURY INFORMATION

| | |
|---|---|
| 7. Sueldos - Wages | 46120.00 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total=7+8+9+10 | 46120.00 |
| 12. Gastos Reemb. y Beneficios Marginales / Reimb. Expenses and Fringe Benefits | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 3263.20 |
| 14. Fondo de Retiro Gubernamental / Governmental Retirement Fund | 4060.80 |
| 15. Aportaciones a Planes Cualific. / Contributions to CODA PLANS | 0.00 |
| 16. Salarios bajo Ley 324-2004 / Salaries under Act 324-2004 | 0.00 |
| 16A. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program | 0.00 |

INFORMACION PARA EL SEGURO SOCIAL
SOCIAL SECURITY INFORMATION

| | |
|---|---|
| 17. Total Sueldos Seguro Social / Social Security Wages | 0.00 |
| 18. Seguro Social Retenido / Social Security Tax Withheld | 0.00 |
| 19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips | 46120.00 |
| 20. Contrib. Medicare Retenida / Medicare Tax Withheld | 668.74 |
| 21. Propinas Seguro Social / Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0.00 |
| 23. Contrib. Medicare no Retenid en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

Reproducido por: Departamento de Hacienda

Formulario Form 499R-2/W-2 PR Rev. 08.13

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

1. Nombre-First Name: IVAN
2. Apellido(s) - Surname(s): MIRANDA CANDANEDO

Dirección Postal del Empleado-Employee's Mailing Address:
HC-01 BOX 10363
HC-01 BOX 10363
COAMO, PR 00769

Nombre y Dirección Postal del Patrono / Employer's Name and Mailing Address:
DEPT DE EDUCACION-CLASIFICADOS
AVE. TENIENTE CESAR GONZALEZ
ESQUINA CALAF
HATO REY, PR 00919

Número de Teléfono del Patrono / Employer's Telephone Number:

Fecha Cese de Operaciones / Cese of Operations Date:

Número Confirmación de Radicación Electrónica / Electronic Filing Confirmation Number: C400001

Número Control - Control Number: 004508167

3. Núm. Seguro Social / Social Security No.
4. Núm. de Ident. Patronal / Employer Ident. No. (EIN): 660433481
5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension
6. Costo de Pensión o Anualidad / Cost of Pension or Annuity: 0.00
6A. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage: 0.00
6B. Donativos / Charitable Contributions: 0.00

Copia C para Récord del Empleado
Copy C for Employee's Records

Año / Year: **2013**

**INFORMACION PARA EL DEPARTAMENTO DE HACIENDA / DEPARTMENT OF THE TREASURY INFORMATION**

7. Sueldos - Wages: 46120.00
8. Comisiones - Commissions: 0.00
9. Concesiones - Allowances: 0.00
10. Propinas - Tips: 0.00
11. Total=7+8+9+10: 46120.00
12. Gastos Reemb. y Beneficios Marginales / Reimb. Expenses and Fringe Benefits: 0.00
13. Cont. Retenida - Tax Withheld: 2948.32
14. Fondo de Retiro Gubernamental / Governmental Retirement Fund: 4060.80
15. Aportaciones a Planes Cualific. / Contributions to CODA PLANS: 0.00
16. Salarios bajo Ley 324-2004 / Salaries under Act 324-2004: 0.00
16A. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program: 0.00

**INFORMACION PARA EL SEGURO SOCIAL / SOCIAL SECURITY INFORMATION**

17. Total Sueldos Seguro Social / Social Security Wages: 0.00
18. Seguro Social Retenido / Social Security Tax Withheld: 0.00
19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips: 46120.00
20. Contrib. Medicare Retenida / Medicare Tax Withheld: 668.74
21. Propinas Seguro Social / Social Security Tips: 0.00
22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips: 0.00
23. Contrib. Medicare no Retenid. en Propinas - Uncollected Medicare Tax on Tips: 0.00

Reproducido por: Departamento de Hacienda

| Formulario Form 499R-2/W-2 PR Rev. 09.14 | ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT | | INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
|---|---|---|---|---|
| 1. Nombre - First Name<br>IVAN | | 3. Núm. Seguro Social<br>Social Security No. *[signature]* | 7. Sueldos - Wages<br>45720.00 | 17. Total Sueldos Seguro Social<br>Social Security Wages<br>0.00 |
| | | | 8. Comisiones - Commissions<br>0.00 | |
| Apellido(s) - Surname(s)<br>MIRANDA CANDANEDO | | 4. Núm. de Ident. Patronal<br>Employer Ident. No. (EIN)<br>660433481 | 9. Concesiones - Allowances<br>0.00 | 18. Seguro Social Retenido<br>Social Security Tax Withheld<br>0.00 |
| Dirección Postal del Empleado-Employee's Mailing Address<br>HC-01 BOX 10363<br>HC-01 BOX 10363<br>COAMO, PR 00769 | | 5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage<br>0.00 | 10. Propinas - Tips<br>0.00 | |
| | | | 11. Total=7+8+9+10<br>45720.00 | 19. Total Sueldos y Pro. Medicare<br>Medicare Wages and Tips<br>45720.00 |
| | | 6. Donativos<br>Charitable Contributions<br>0.00 | 12. Gastos Reemb. y Beneficios Marginales Reimb. Expenses and Fringe Benefits<br>0.00 | |
| 2. Nombre y Dirección Postal del Patrono<br>Employer's Name and Mailing Address<br>DEPT DE EDUCACION-CLASIFICADOS<br>AVE. TENIENTE CESAR GONZALEZ<br>ESQUINA CALAF<br>HATO REY, PR 00919 | | Patrono: - Employer:<br>* Envie a: - Send to:<br>Social Security Administration Data Operations Center Wilkes-Barre, PA 18769-0001<br>Con la<br>With the W-3PR<br>* Envie al Departamento de Hacienda electrónicamente<br>Send to Department of the Treasury electronically<br>(www.hacienda.gobierno.pr)<br>* Entregue dos copias al empleado Deliver two copies to employee<br>* Conserve copia para sus récords Keep copy for your records | 13. Cont. Retenida - Tax Withheld<br>2878.32 | 20. Contrib. Medicare Retenida<br>Medicare Tax Withheld<br>662.94 |
| | | | 14. Fondo de Retiro Gubernamental Governmental Retirement Fund<br>4060.80 | |
| Número de Teléfono del Patrono<br>Employer's Telephone Number | | | 15. Aportaciones a Planes Cualific. Contributions to CODA PLANS<br>0.00 | 21. Propinas Seguro Social<br>Social Security Tips<br>0.00 |
| Fecha Cese de Operaciones:<br>Cease of Operations Date: | Dia Mes Año<br>Day Month Year | | 16. Salarios Exentos (Ver instrucciones)<br>Exempt Salaries (See instructions)<br>0.00 | 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips<br>0.00 |
| Número Confirmación de Radicación Electrónica<br>Electronic Filing Confirmation Number<br>S140003 | | | 16A. Código de Salarios Exentos<br>Exempt Salaries Code | |
| Número Control - Control Number<br>004421725 | | Año:<br>Year: **2014** | 16B. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program<br>0.00 | 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips<br>0.00 |
| Fecha de radicación: 31 de enero - Filing date: January 31 | | | | |

Reproducido por: Departamento de Hacienda