N 5664430

**Estado Libre Asociado de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

| Grupo de Pago: | SM -Quincenal | # Cheque: | 06433713 |
|---|---|---|---|
| Desde: | 09/13/2004 | | |
| Hasta: | 09/24/2004 | Fecha: | 09/30/2004 |

**IVAN MIRANDA CANDANEDO**
HC-01 BOX 10363
HC-01 BOX 10363
COAMO PR 00769
SS: 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

| | |
|---|---|
| # Empleado: | |
| Dept: | 8005021-Ponce Coamo |
| Oficina: | S. U. Manuel Candanedo |
| Titulo: | M.Elemental |
| Sueldo: | $2,230.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Head of Household |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

**HORAS E INGRESOS**

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,115.00 | 1,092.00 | 19,170.00 |
| Total: | | | 1,115.00 | 1,092.00 | 19,170.00 |

**IMPUESTOS**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed MED/EE | 16.17 | 277.97 |
| PR Withholdng | 71.52 | 1,162.32 |
| Total: | 87.69 | 1,440.29 |

**DEDUCCIONES**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 100.35 | 1,725.30 |

**DEDUCCIONES GENERALES**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SC-AMER FAM LIFE ASS CO | 21.40 | 128.40 |
| AS FED MAESTROS AFT | 8.00 | 144.00 |
| GPR Plan de Ahorros | 33.45 | 575.10 |
| SC-NATIONAL LIFE INS. | 0.00 | 170.10 |

**BENEFICIOS PATRONALES PAGADOS**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-Plan Hospital Menonita | 100.00 | 720.80 |
| GPR Plan de Retiro de Maestro | 94.78 | 1,629.48 |
| FSED Disability Plan | 18.96 | 325.92 |

N002056120

**Estado Libre Asociado de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

| Grupo de Pago: | SM -Quincenal | # Cheque: | 00774558 |
|---|---|---|---|
| Desde: | 08/01/2005 | | |
| Hasta: | 08/12/2005 | Fecha: | 08/15/2005 |

**IVAN MIRANDA CANDANEDO**
HC-01 BOX 10363
HC-01 BOX 10363
COAMO PR 00769
SS: 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

| | |
|---|---|
| # Empleado: | |
| Dept: | 8005021-Ponce Coamo |
| Oficina: | S. U. Manuel Candanedo |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $2,330.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Head of Household |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

**HORAS E INGRESOS**

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,165.00 | 906.00 | 16,875.00 |
| Total: | | | 1,165.00 | 906.00 | 16,875.00 |

**IMPUESTOS**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed MED/EE | 16.89 | 244.69 |
| PR Withholdng | 78.52 | 1,093.80 |
| Total: | 95.41 | 1,338.49 |

**DEDUCCIONES**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 104.85 | 1,518.75 |

**DEDUCCIONES GENERALES**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 65.88 | 988.20 |
| SC-UNIVERSAL LIFE INS. CO | 14.62 | 190.06 |
| AS FED MAESTROS AFT | 8.00 | 120.00 |
| GPR Plan de Ahorros | 34.95 | 506.25 |
| SC-AMER FAM LIFE ASS CO | 0.00 | 42.80 |

**BENEFICIOS PATRONALES PAGADOS**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 99.03 | 1,434.45 |
| FSED Disability Plan | 19.81 | 286.95 |
| SM-Plan Hospital Menonita | 0.00 | 700.00 |

| | | |
|---|---|---|
| Formulario<br>Form 499R-2/W-2 PR<br>Rev. 06.06 | ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO<br>DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY<br>COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT | INFORMACION PARA EL DEPARTAMENTO DE HACIENDA / DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL / SOCIAL SECURITY INFORMATION |

| 1. Nombre - First Name: IVAN | 3. Núm. Seguro Social / Social Security No. | 7. Sueldos - Wages: 37607.19 | 17. Total Sueldos Seguro Social / Social Security Wages: 0.00 |
|---|---|---|---|
| Apellido(s) - Surname(s): MIRANDA CANDANEDO | 4. Núm. de Ident. Patronal / Employer's Ident. No. (EIN.): 660433481 | 8. Comisiones - Commissions: 0.00 | 18. Seguro Social Retenido / Social Security Tax Withheld: 0.00 |
| Dirección Postal del Empleado - Employee's Mailing Address: HC-01 BOX 10363 / HC-01 BOX 10363 / COAMO, PR 00769 | 5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension / Dia Mes Año | 9. Concesiones - Allowances: 0.00 | 19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips: 37607.19 |
| 2. Nombre y Dirección Postal del Patrono / Employer's Name and Mailing Address: L8002150666 SU M CANDA / DEPT DE EDUCACION-MAESTROS / AVENIDA TENIENTE CESAR GONZALE / ESQUINA CALAF / HATO REY, PR 00919 | 6. Costo de Pensión o Anualidad / Cost of Pension or Annuity: 0.00 | 10. Propinas - Tips: 0.00 | 20. Contrib. Medicare Retenida / Medicare Tax Withheld: 545.30 |
| | | 11. Total=7+8+9+10: 37607.19 | 21. Propinas Seguro Social / Social Security Tips: 0.00 |
| | | 12. Gastos Reembolsados / Reimbursed Expenses: 0.00 | 22. Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips: 0.00 |
| | Copia B para Planilla del Empleado / Copy B for Employee's Tax Return | 13. Cont. Retenida - Tax Withheld: 2937.48 | |
| | | 14. Fondo de Retiro / Retirement Fund: 3112.97 | |
| Número de Teléfono del Patrono / Employer's Telephone Number | | 15. Aportaciones a Planes Cualific. / Contributions to CODA PLANS: 0.00 | 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips: 0.00 |
| Fecha de Cese de Operaciones / Cease of Operations Date: Dia/Day Mes/Month Año/Year | Año: / Year: 2006 | 16. Salarios bajo Ley Núm. 324 de 2004 / Salaries under Act No. 324 of 2004: 0.00 | |
| Número de Control - Control Number: 22987750 | | | |

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas
Conservation: Ten (10) years from the filing date in the Return Processing Bureau

Reproducido por: Departamento de Hacienda

Corte aquí

Reproducido por: Departamento de Hacienda

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

Formulario/Form 499R-2/W-2PR Rev. 06.07

| | |
|---|---|
| 1. Nombre-First Name | IVAN |
| Apellido(s) - Surname(s) | MIRANDA CANDANEDO |
| Dirección Postal del Empleado-Employee's Mailing Address | HC-01 BOX 10363 |
| | HC-01 BOX 10363 |
| | COAMO, PR 00769 |

2. Nombre y Dirección Postal del Patrono
Employer's Name and Mailing Address
L800215O666 SU M CANDA
DEPT DE EDUCACION-MAESTROS
AVENIDA TENIENTE CESAR GONZALE
ESQUINA CALAF
HATO REY, PR 00919

Número de Control - Control Number: 45472999

Fecha de Cese de Operaciones / Cease of Operations Date: Día/Day Mes/Month Año/Year

Número de Teléfono del Patrono / Employer's Telephone Number

3. Núm. Seguro Social / Social Security No.
4. Núm. de Ident. Patronal / Employer's Ident. No. (EIN): 660433481
5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension: Día/Day Mes/Month Año/Year
6. Costo de Pensión o Anualidad / Cost of Pension or Annuity: 0.00

Año/Year: **2007**

Copia C para Récord del Empleado
Copy C for Employee's Records

| | INFORMACION PARA EL DEPARTAMENTO DE HACIENDA / INFORMATION FOR THE DEPARTMENT OF THE TREASURY | INFORMACION PARA EL SEGURO SOCIAL / SOCIAL SECURITY INFORMATION |
|---|---|---|
| 7. Sueldos - Wages | 36789.85 | 17. Total Sueldos Seguro Social / Social Security Wages: 0.00 |
| 8. Comisiones - Commissions | 0.00 | 18. Seguro Social Retenido / Social Security Tax Withheld: 0.00 |
| 9. Concesiones - Allowances | 0.00 | 19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips: 36789.85 |
| 10. Propinas - Tips | 0.00 | 20. Contrib. Medicare Retenida / Medicare Tax Withheld: 533.45 |
| 11. Total=7+8+9+10 | 36789.85 | 21. Propinas Seguro Social / Social Security Tips: 0.00 |
| 12. Gastos Reembolsados / Reimbursed Expenses | 0.00 | 22. Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips: 0.00 |
| 13. Cont. Retenida - Tax Withheld | 2538.06 | 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips: 0.00 |
| 14. Fondo de Retiro / Retirement Fund | 3067.20 | |
| 15. Aportaciones a Planes Cualific. / Contributions to CODA PLANS | 0.00 | |
| 16. Salarios bajo Ley Núm. 324 de 2004 / Salaries under Act No. 324 of 2004 | 0.00 | |

Formulario
Form 499R-2/W-2 PR
Rev. 07.08

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

| | | INFORMACION PARA EL DEPARTAMENTO DE HACIENDA<br>DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL<br>SOCIAL SECURITY INFORMATION |
|---|---|---|---|
| 1. Nombre-First Name<br>IVAN | 3. Núm. Seguro Social<br>Social Security No.<br>Snvc | 7. Sueldos - Wages<br>37178.54 | 17. Total Sueldos Seguro Social<br>Social Security Wages<br>0.00 |
| Apellido(s) - Surname(s)<br>MIRANDA CANDANEDO | 4. Núm. de Ident. Patronal<br>Employer's Ident. No. (EIN.)<br>660433481 | 8. Comisiones - Commissions<br>0.00 | 18. Seguro Social Retenido<br>Social Security Tax Withheld<br>0.00 |
| Dirección Postal del Empleado-Employee's Mailing Address<br>HC-01 BOX 10363<br>HC-01 BOX 10363 | 5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension<br>Dia Day / Mes Month / Año Year | 9. Concesiones - Allowances<br>0.00 | 19. Total Sueldos y Pro. Medicare<br>Medicare Wages and Tips<br>37178.54 |
| | | 10. Propinas - Tips<br>0.00 | 20. Contrib. Medicare Retenida<br>Medicare Tax Withheld<br>539.09 |
| 2. Nombre y Dirección Postal del Patrono<br>Employer's Name and Mailing Address<br>L8002150666 SU M CANDA<br>DEPT DE EDUCACION-MAESTROS<br>AVENIDA TENIENTE CESAR GONZALE<br>ESQUINA CALAF<br>HATO REY, PR 00919 | 6. Costo de Pensión o Anualidad<br>Cost of Pension or Annuity<br>0.00 | 11. Total=7+8+9+10<br>37178.54 | 21. Propinas Seguro Social<br>Social Security Tips<br>0.00 |
| | Copia C para Récord del Empleado<br>Copy C for Employee's Records | 12. Gastos Reembolsados<br>Reimbursed Expenses<br>0.00 | 22. Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips<br>0.00 |
| Número de Teléfono del Patrono<br>Employer's Telephone Number | | 13. Cont. Retenida - Tax Withheld<br>2692.33 | 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips<br>0.00 |
| Fecha de Cese de Operaciones: Dia Mes Año<br>Cease of Operations Date: Day Month Year | Año:<br>Year: 2008 | 14. Fondo de Retiro<br>Retirement Fund<br>3256.07 | |
| Número de Control - Control Number<br>017555501 | | 15. Aportaciones a Planes Cualific.<br>Contributions to CODA PLANS<br>0.00 | |
| | | 16. Salarios bajo Ley Núm. 324 de 2004<br>Salaries under Act No. 324 of 2004<br>0.00 | |

Reproducido por: Departamento de Hacienda

rm 499R-2/W-2 PR
v. 07.09

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

Nombre - First Name
IVAN

ellido(s) - Surname(s)
IIRANDA CANDANEDO

cción Postal del Empleado-Employee's Mailing Address
C-01 BOX 10363
C-01 BOX 10363

AMO, PR 00769

bre y Dirección Postal del Patrono
loyer's Name and Mailing Address

02150666 SU M CANDA
T DE EDUCACION-MAESTROS
NIDA TENIENTE CESAR GONZALE
UINA CALAF
O REY, PR 00919

de Teléfono del Patrono
's Telephone Number

Cese de Operaciones: Dia Day Mes Month Año Year
of Operations Date:

le Control - Control Number
004174854

Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas
(10) years from the filing date in the Return Processing Bureau

3. Núm. Seguro Social
Social Security No.
581 ...

4. Núm. de Ident. Patronal
Employer's Ident. No. (EIN.)
660433481

5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension
Dia Day Mes Month Año Year

6. Costo de Pensión o Anualidad
Cost of Pension or Annuity
0.00

Copia B para Planilla del Empleado
Copy B for Employee's Tax Return

Año:
Year: 2009

INFORMACION PARA EL DEPARTAMENTO DE HACIENDA
DEPARTMENT OF THE TREASURY INFORMATION

| Item | Amount |
|---|---|
| 7. Sueldos - Wages | 38080.00 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total=7+8+9+10 | 38080.00 |
| 12. Gastos Reembolsados / Reimbursed Expenses | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 2821.28 |
| 14. Fondo de Retiro / Retirement Fund | 3337.20 |
| 15. Aportaciones a Planes Cualific. / Contributions to CODA PLANS | 0.00 |
| 16. Salarios bajo Ley Núm. 324 de 2004 / Salaries under Act No. 324 of 2004 | 0.00 |

INFORMACION PARA EL SEGURO SOCIAL
SOCIAL SECURITY INFORMATION

| Item | Amount |
|---|---|
| 17. Total Sueldos Seguro Social / Social Security Wages | 0.00 |
| 18. Seguro Social Retenido / Social Security Tax Withheld | 0.00 |
| 19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips | 38080.00 |
| 20. Contrib. Medicare Retenida / Medicare Tax Withheld | 552.16 |
| 21. Propinas Seguro Social / Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips | 0.00 |
| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

Reproducido por: Departamento de Hacienda

For
F W-2 PR
Rev.

GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

| | | INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
|---|---|---|---|
| 1. Nombre-First Name<br>IVAN | 3. Núm. Seguro Social<br>Social Security No. | 7. Sueldos - Wages<br>38078.76 | 17. Total Sueldos Seguro Social<br>Social Security Wages<br>0.00 |
| Apellido(s) - Surname(s)<br>MIRANDA CANDANEDO | 4. Núm. de Ident. Patronal<br>Employer Ident. No. (EIN)<br>660433481 | 8. Comisiones - Commissions<br>0.00 | 18. Seguro Social Retenido<br>Social Security Tax Withheld<br>0.00 |
| Dirección Postal del Empleado-Employee's Mailing Address<br>HC-01 BOX 10363<br>HC-01 BOX 10363<br>COAMO, PR 00769 | 5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension<br>Dia Day / Mes Month / Año Year | 9. Concesiones - Allowances<br>0.00 | 19. Total Sueldos y Pro. Medicare<br>Medicare Wages and Tips<br>38078.76 |
| | | 10. Propinas - Tips<br>0.00 | 20. Contrib. Medicare Retenida<br>Medicare Tax Withheld<br>552.14 |
| 2. Nombre y Dirección Postal del Patrono<br>Employer's Name and Mailing Address<br>L8013750666 S. U. MANU<br>DEPT DE EDUCACION-MAESTROS<br>AVENIDA TENIENTE CESAR GONZALE<br>ESQUINA CALAF<br>HATO REY, PR 00919 | 6. Costo de Pensión o Anualidad<br>Cost of Pension or Annuity<br>0.00 | 11. Total=7+8+9+10<br>38078.76 | 21. Propinas Seguro Social<br>Social Security Tips<br>0.00 |
| | Copia C para Récord del Empleado<br>Copy C for Employee's Records | 12. Gastos Reembolsados<br>Reimbursed Expenses<br>0.00 | 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips<br>0.00 |
| | | 13. Cont. Retenida - Tax Withheld<br>2512.66 | |
| Número de Teléfono del Patrono<br>Employer's Telephone Number | | 14. Fondo de Retiro<br>Retirement Fund<br>3337.08 | 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips<br>0.00 |
| Fecha de Cese de Operaciones: Dia Day / Mes Month / Año Year<br>Cease of Operations Date: | | 15. Aportaciones a Planes Cualific. Contributions to CODA PLANS<br>0.00 | |
| Número de Control - Control Number<br>107609469 | Año: Year: 2010 | 16. Salarios bajo Ley Núm. 324 de 2004<br>Salaries under Act No. 324 of 2004<br>0.00 | 24. Sueldos y Propinas bajo Ley HIRE de 2010 - Wages and Tips under HIRE Act of 2010<br>0.00 |

Reproducido por: Departamento de Hacienda

| Formulario Form 499 R-2/W-2 PR Rev. 1 | GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT | | INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
|---|---|---|---|---|
| 1. Nombre-First Name<br>IVAN | 3. Núm. Seguro Social<br>Social Security No. | | 7. Sueldos - Wages<br>30900.00 | 17. Total Sueldos Seguro Social<br>Social Security Wages |
| Apellido(s) - Surname(s)<br>MIRANDA CANDANEDO | 4. Núm. de Ident. Patronal<br>Employer Ident. No. (EIN)<br>660433481 | | 8. Comisiones - Commissions<br>0.00 | 0.00 |
| | | | 9. Concesiones - Allowances<br>0.00 | 18. Seguro Social Retenido<br>Social Security Tax Withheld<br>0.00 |
| Dirección Postal del Empleado-Employee's Mailing Address<br>HC-01 BOX 10363<br>HC-01 BOX 10363<br>COAMO, PR 00769 | 5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension<br>Dia Mes Año<br>Day Month Year | | 10. Propinas - Tips<br>0.00 | 19. Total Sueldos y Pro. Medicare<br>Medicare Wages and Tips |
| | | | 11. Total=7+8+9+10<br>30900.00 | 30900.00 |
| | 6. Costo de Pensión o Anualidad<br>Cost of Pension or Annuity<br>0.00 | | 12. Gastos Reembolsados<br>Reimbursed Expenses<br>0.00 | 20. Contrib. Medicare Retenida<br>Medicare Tax Withheld |
| 2. Nombre y Dirección Postal del Patrono<br>Employer's Name and Mailing Address<br>L8013750666 S. U. MANU<br>DEPT DE EDUCACION-MAESTROS<br>AVENIDA TENIENTE CESAR GONZALE<br>ESQUINA CALAF<br>HATO REY, PR 00919 | 6A. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage<br>0.00 | | 13. Cont. Retenida - Tax Withheld<br>1586.86 | 448.05 |
| | | | 14. Fondo de Retiro Gubernamental<br>Governmental Retirement Fund<br>2781.00 | 21. Propinas Seguro Social<br>Social Security Tips<br>0.00 |
| | 6B. Donativos<br>Charitable Contributions<br>0.00 | | 15. Aportaciones a Planes Cualific.<br>Contributions to CODA PLANS<br>0.00 | 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips |
| Número de Teléfono del Patrono<br>Employer's Telephone Number | Copia C para Récord del Empleado<br>Copy C for Employee's Records | | 16. Salarios bajo Ley Núm. 324 de 2004<br>Salaries under Act No. 324 of 2004<br>0.00 | 0.00 |
| Fecha Cese de Operaciones:<br>Cease of Operations Date: Dia Mes Año<br>Day Month Year | | | 16A. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program | 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips |
| Número Control - Control Number<br>116459288 | Año:<br>Year: 2011 | | 0.00 | 0.00 |

Reproducido por: Departamento de Hacienda

Formulario
Form 499R-2/W-2 PR
Rev. 09.12

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION

INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION

1. Nombre-First Name: IVAN

Apellido(s) - Surname(s): MIRANDA CANDANEDO

Dirección Postal del Empleado-Employee's Mailing Address:
HC-01 BOX 10363
HC-01 BOX 10363
COAMO, PR 00769

2. Nombre y Dirección Postal del Patrono / Employer's Name and Mailing Address:
L8113750526 SUSANA RIV
DEPT DE EDUCACION-CLASIFICADOS
AVE. TENIENTE CESAR GONZALEZ
ESQUINA CALAF
HATO REY, PR 00919

Número de Teléfono del Patrono / Employer's Telephone Number:

Fecha Cese de Operaciones: / Cease of Operations Date: Dia/Day Mes/Month Año/Year

Número Control - Control Number: 125564640

3. Núm. Seguro Social / Social Security No.: IMC

4. Núm. de Ident. Patronal / Employer Ident. No. (EIN): 660433481

5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension: Dia/Day Mes/Month Año/Year

6. Costo de Pensión o Anualidad / Cost of Pension or Annuity: 0.00

6A. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage: 0.00

6B. Donativos / Charitable Contributions: 0.00

Copia C para Récord del Empleado
Copy C for Employee's Records

Año: / Year: **2012**

| Departamento de Hacienda | |
|---|---|
| 7. Sueldos - Wages | 46120.00 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total=7+8+9+10 | 46120.00 |
| 12. Gastos Reemb. y Beneficios Marginales / Reimb. Expenses and Fringe Benefits | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 3263.20 |
| 14. Fondo de Retiro Gubernamental / Governmental Retirement Fund | 4060.80 |
| 15. Aportaciones a Planes Cualific. / Contributions to CODA PLANS | 0.00 |
| 16. Salarios bajo Ley 324-2004 / Salaries under Act 324-2004 | 0.00 |
| 16A. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program | 0.00 |

| Seguro Social | |
|---|---|
| 17. Total Sueldos Seguro Social / Social Security Wages | 0.00 |
| 18. Seguro Social Retenido / Social Security Tax Withheld | 0.00 |
| 19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips | 46120.00 |
| 20. Contrib. Medicare Retenida / Medicare Tax Withheld | 668.74 |
| 21. Propinas Seguro Social / Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0.00 |
| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

Reproducido por: Departamento de Hacienda

Formulario
Form 499R-2/W-2 PR
Rev. 08.13

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

| Employee / Employer | | Departamento de Hacienda / Department of the Treasury Information | Seguro Social / Social Security Information |
|---|---|---|---|
| 1. Nombre-First Name: IVAN | 3. Núm. Seguro Social / Social Security No. | 7. Sueldos - Wages: 46120.00 | 17. Total Sueldos Seguro Social / Social Security Wages: 0.00 |
| 2. Apellido(s) - Surname(s): MIRANDA CANDANEDO | 4. Núm. de Ident. Patronal / Employer Ident. No. (EIN): 660433481 | 8. Comisiones - Commissions: 0.00 | 18. Seguro Social Retenido / Social Security Tax Withheld: 0.00 |
| Dirección Postal del Empleado - Employee's Mailing Address: HC-01 BOX 10363 HC-01 BOX 10363 COAMO, PR 00769 | 5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension: Día/Day Mes/Month Año/Year | 9. Concesiones - Allowances: 0.00 | 19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips: 46120.00 |
| Nombre y Dirección Postal del Patrono / Employer's Name and Mailing Address: DEPT DE EDUCACION-CLASIFICADOS AVE. TENIENTE CESAR GONZALEZ ESQUINA CALAF HATO REY, PR 00919 | 6. Costo de Pensión o Anualidad / Cost of Pension or Annuity: 0.00 | 10. Propinas - Tips: 0.00 | 20. Contrib. Medicare Retenida / Medicare Tax Withheld: 668.74 |
| Número de Teléfono del Patrono / Employer's Telephone Number | 6A. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage: 0.00 | 11. Total=7+8+9+10: 46120.00 | 21. Propinas Seguro Social / Social Security Tips: 0.00 |
| Fecha Cese de Operaciones: / Cease of Operations Date: Día/Day Mes/Month Año/Year | 6B. Donativos / Charitable Contributions: 0.00 | 12. Gastos Reemb. y Beneficios Marginales / Reimb. Expenses and Fringe Benefits: 0.00 | 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips: 0.00 |
| Número Confirmación de Radicación Electrónica / Electronic Filing Confirmation Number: C400001 | Copia C para Récord del Empleado / Copy C for Employee's Records | 13. Cont. Retenida - Tax Withheld: 2948.32 | 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips: 0.00 |
| Número Control - Control Number: 004508167 | Año: / Year: **2013** | 14. Fondo de Retiro Gubernamental / Governmental Retirement Fund: 4060.80 | |
| | | 15. Aportaciones a Planes Cualific. / Contributions to CODA PLANS: 0.00 | |
| | | 16. Salarios bajo Ley 324-2004 / Salaries under Act 324-2004: 0.00 | |
| | | 16A. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program: 0.00 | |

Reproducido por: Departamento de Hacienda

Formulario Form 499R-2/W-2 PR Rev. 09.14

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

| | |
|---|---|
| 1. Nombre - First Name | IVAN |
| Apellido(s) - Surname(s) | MIRANDA CANDANEDO |
| Dirección Postal del Empleado - Employee's Mailing Address | HC-01 BOX 10363<br>HC-01 BOX 10363<br>COAMO, PR 00769 |
| 2. Nombre y Dirección Postal del Patrono<br>Employer's Name and Mailing Address | DEPT DE EDUCACION-CLASIFICADOS<br>AVE. TENIENTE CESAR GONZALEZ<br>ESQUINA CALAF<br>HATO REY, PR 00919 |
| Número de Teléfono del Patrono<br>Employer's Telephone Number | |
| Fecha Cese de Operaciones:<br>Cease of Operations Date: | Día/Day  Mes/Month  Año/Year |
| Número Confirmación de Radicación Electrónica<br>Electronic Filing Confirmation Number | S140003 |
| Número Control - Control Number | 004421725 |

| | |
|---|---|
| 3. Núm. Seguro Social / Social Security No. | |
| 4. Núm. de Ident. Patronal / Employer Ident. No. (EIN) | 660433481 |
| 5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage | 0.00 |
| 6. Donativos / Charitable Contributions | 0.00 |
| Patrono: - Employer:<br>* Envíe a: - Send to:<br>Social Security Administration Data Operations Center Wilkes-Barre, PA 18769-0001<br>Con la / With the  W-3PR<br>* Envíe al Departamento de Hacienda electrónicamente<br>Send to Department of the Treasury electronically (www.hacienda.gobierno.pr)<br>* Entregue dos copias al empleado / Deliver two copies to employee<br>* Conserve copia para sus récords / Keep copy for your records | |
| Año: / Year: | 2014 |

INFORMACION PARA EL DEPARTAMENTO DE HACIENDA
DEPARTMENT OF THE TREASURY INFORMATION

| | |
|---|---|
| 7. Sueldos - Wages | 45720.00 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total=7+8+9+10 | 45720.00 |
| 12. Gastos Reemb. y Beneficios Marginales / Reimb. Expenses and Fringe Benefits | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 2878.32 |
| 14. Fondo de Retiro Gubernamental / Governmental Retirement Fund | 4060.80 |
| 15. Aportaciones a Planes Cualific. / Contributions to CODA PLANS | 0.00 |
| 16. Salarios Exentos (Ver instrucciones) / Exempt Salaries (See instructions) | 0.00 |
| 16A. Código de Salarios Exentos / Exempt Salaries Code | |
| 16B. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program | 0.00 |

INFORMACION PARA EL SEGURO SOCIAL
SOCIAL SECURITY INFORMATION

| | |
|---|---|
| 17. Total Sueldos Seguro Social / Social Security Wages | 0.00 |
| 18. Seguro Social Retenido / Social Security Tax Withheld | 0.00 |
| 19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips | 45720.00 |
| 20. Contrib. Medicare Retenida / Medicare Tax Withheld | 662.94 |
| 21. Propinas Seguro Social / Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0.00 |
| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

Fecha de radicación: 31 de enero - Filing date: January 31

Reproducido por: Departamento de Hacienda

Formulario
Form 499R-2/W-2 PR
Rev. 08.15

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

1. Nombre-First Name: IVAN

Apellido(s) - Surname(s): MIRANDA CANDANEDO

Dirección Postal del Empleado-Employee's Mailing Address:
HC-01 BOX 10363
HC-01 BOX 10363
COAMO, PR 00769

Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address:
DEPT DE EDUCACION-CLASIFICADOS
AVE. TENIENTE CESAR GONZALEZ
ESQUINA CALAF
HATO REY, PR 00919

Número de Teléfono del Patrono - Employer's Telephone Number:

Fecha Cese de Operaciones: Día Day / Mes Month / Año Year
Cease of Operations Date:

Número Confirmación de Radicación Electrónica - Electronic Filing Confirmation Number: S150008

Número Control - Control Number: 004940664

3. Núm. Seguro Social - Social Security No.: ---

4. Núm. de Ident. Patronal - Employer Ident. No. (EIN): 660433481

5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage: 0.00

6. Donativos - Charitable Contributions: 0.00

Patrono: - Employer:
* Envíe a: - Send to:
Social Security Administration
Data Operations Center Wilkes-Barre, PA 18769-0001
Con la
With the W-3PR
* Envíe al Departamento de Hacienda electrónicamente
Send to Department of the Treasury electronically
(www.hacienda.pr.gov)
* Entregue dos copias al empleado
Deliver two copies to employee
* Conserve copia para sus récords
Keep copy for your records

Año: / Year: 2015

Fecha de radicación: 31 de enero - Filing date: January 31

INFORMACION PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION

| Box | Amount |
|---|---|
| 7. Sueldos - Wages | 45720.00 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total=7+8+9+10 | 45720.00 |
| 12. Gastos Reemb. y Beneficios Marginales - Reimb. Expenses and Fringe Benefits | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 2878.32 |
| 14. Fondo de Retiro Gubernamental - Governmental Retirement Fund | 4060.80 |
| 15. Aportaciones a Planes Cualific. - Contributions to CODA PLANS | 0.00 |
| 16. Salarios Exentos (Ver instrucciones) - Exempt Salaries (See instructions) | 0.00 |
| 16A. Código de Salarios Exentos - Exempt Salaries Code | |
| 16B. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program | 0.00 |

INFORMACION PARA EL SEGURO SOCIAL - SOCIAL SECURITY INFORMATION

| Box | Amount |
|---|---|
| 17. Total Sueldos Seguro Social - Social Security Wages | 0.00 |
| 18. Seguro Social Retenido - Social Security Tax Withheld | 0.00 |
| 19. Total Sueldos y Pro. Medicare - Medicare Wages and Tips | 45720.00 |
| 20. Contrib. Medicare Retenida - Medicare Tax Withheld | 662.94 |
| 21. Propinas Seguro Social - Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0.00 |
| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

Reproducido por: Departamento de Hacienda

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

Formulario 499R-2/W-2 PR 08.16

Nombre - First Name: IVAN
Apellido(s) - Surname(s): MIRANDA CANDANEDO
Dirección Postal del Empleado - Employee's Mailing Address:
HC-01 BOX 10363
HC-01 BOX 10363
COAMO, PR 00769

Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address:
DEPT DE EDUCACION-CLASIFICADOS
AVE. TENIENTE CESAR GONZALEZ
ESQUINA CALAF
HATO REY, PR 00919

Número Confirmación de Radicación Electrónica / Electronic Filing Confirmation Number: S160021
Número Control - Control Number: 006282805

**Año: Year: 2016**
Fecha de radicación: 31 de enero - Filing date: January 31

4. Núm. de Ident. Patronal - Employer Ident. No. (EIN): 660433481

**INFORMACION PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION**

| Box | Description | Amount |
|---|---|---|
| 7 | Sueldos - Wages | 45720.00 |
| 8 | Comisiones - Commissions | 0.00 |
| 9 | Concesiones - Allowances | 0.00 |
| 10 | Propinas - Tips | 0.00 |
| 11 | Total=7+8+9+10 | 45720.00 |
| 12 | Gastos Reemb. y Beneficios Marginales - Reimb. Expenses and Fringe Benefits | 0.00 |
| 13 | Cont. Retenida - Tax Withheld | 2878.32 |
| 14 | Fondo de Retiro Gubernamental - Governmental Retirement Fund | 4060.80 |
| 15 | Aportaciones a Planes Cualific. Contributions to CODA PLANS | 0.00 |
| 16 | Salarios Exentos - Exempt Salaries, Código/Code | 0.00 |
| 16A | Código/Code | 0.00 |
| 16B | Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program | 0.00 |

**INFORMACION PARA EL SEGURO SOCIAL - SOCIAL SECURITY INFORMATION**

| Box | Description | Amount |
|---|---|---|
| 17 | Total Sueldos Seguro Social - Social Security Wages | 0.00 |
| 18 | Seguro Social Retenido - Social Security Tax Withheld | 0.00 |
| 19 | Total Sueldos y Pro. Medicare - Medicare Wages and Tips | 45720.00 |
| 20 | Contrib. Medicare Retenida - Medicare Tax Withheld | 662.94 |
| 21 | Propinas Seguro Social - Social Security Tips | 0.00 |
| 22 | Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0.00 |
| 23 | Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

Reproducido por: Departamento de Hacienda

Formulario
Form 499R-2/W-2PR
Rev. 07.17

GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

222

## COMPROBANTE DE RETENCIÓN - WITHHOLDING STATEMENT

**1. Nombre - First Name:** IVAN

**Apellido(s) - Last Name(s):** MIRANDA CANDANEDO

**Dirección Postal del Empleado - Employee's Mailing Address:**
HC 01 BOX 10363
HC 01 BOX 10363
COAMO PR 00769

**Fecha de Nacimiento / Date of Birth:** Día / Day ____ Mes / Month ____ Año / Year ____

**2. Nombre y Dirección Postal del Patrono / Employer's Name and Mailing Address:**
DEPT DE EDUCACION CLASIFICADOS
AVE. TENIENTE CESAR GO
ESQUINA CALAF
HATO REY PR 00919

**Número de Teléfono del Patrono / Employer's Telephone Number:** (787)-773-3508

**Fecha Cese de Operaciones / Cease of Operations Date:** Día / Day ____ Mes / Month ____ Año / Year ____

**Número Confirmación de Radicación Electrónica / Electronic Filing Confirmation Number:** S170008

**Número Control - Control Number:** 007003730

**3. Núm. Seguro Social / Social Security No.:**

**4. Núm. de Ident. Patronal / Employer Ident. No. (EIN):** 660433481-081

**5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage:** 0.00

**6. Donativos / Charitable Contributions:** 0.00

**Patrono: - Employer:**
- Envíe a: - Send to: **Social Security Administration Data Operations Center Wilkes-Barre, PA 18769-0001 Con la / With the W-3PR**
- Envíe al Departamento de Hacienda electrónicamente / Send to Department of the Treasury electronically (www.hacienda.pr.gov)
- Entregue dos copias al empleado / Deliver two copies to employee
- Conserve copia para sus récords / Keep copy for your records

**Año: / Year:** 2017

Fecha de radicación: 31 de enero - Filing date: January 31

| INFORMACIÓN PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION | |
|---|---|
| 7. Sueldos - Wages | 45,720.00 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total = 7 + 8 + 9 + 10 | 45,720.00 |
| 12. Gastos Reemb. y Beneficios Marginales / Reimb. Expenses and Fringe Benefits | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 2,879.63 |
| 14. Fondo de Retiro Gubernamental / Governmental Retirement Fund | 4,051.40 |
| 15. Aportaciones a Planes Cualific. / Contributions to CODA PLANS | 0.00 |
| Salarios Exentos (Ver instrucciones) / Exempt Salaries (See instructions) 16. Código/Code | 0.00 |
| 16A. Código/Code | 0.00 |
| 16B. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program | 0.00 |

| INFORMACIÓN PARA EL SEGURO SOCIAL - SOCIAL SECURITY INFORMATION | |
|---|---|
| 17. Total Sueldos Seguro Social / Social Security Wages | 0.00 |
| 18. Seguro Social Retenido / Social Security Tax Withheld | 0.00 |
| 19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips | 45,720.00 |
| 20. Contrib. Medicare Retenida / Medicare Tax Withheld | 662.94 |
| 21. Propinas Seguro Social / Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0.00 |
| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

Formulario Form 499R-2/W-2PR Rev. 07.18

GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

**222** COMPROBANTE DE RETENCIÓN - WITHHOLDING STATEMENT

1. Nombre - First Name: **IVAN**

Apellido(s) - Last Name(s): **MIRANDA CANDANEDO**

Dirección Postal del Empleado - Employee's Mailing Address:
HC-01 BOX 10363
HC-01 BOX 10363
COAMO PR 00769

Fecha de Nacimiento / Date of Birth: Día 2, Mes __, Año __

2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address:
DEPT DE EDUCACION CLASIFICADOS
AVE. TENIENTE CESAR GO
ESQUINA CALAF
HATO REY, PR 00919-0000

Número de Teléfono del Patrono - Employer's Telephone Number:

Fecha Cese de Operaciones - Cease of Operations Date: Día __, Mes __, Año __

Número Confirmación de Radicación Electrónica - Electronic Filing Confirmation Number: **F0717193216**

Número Control - Control Number: **180075731**

Fecha de radicación: 31 de enero - Filing date: January 31

3. Núm. Seguro Social / Social Security No.:

4. Núm. de Ident. Patronal / Employer Ident. No. (EIN): **66-0433481**

5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage: 0.00

6. Donativos / Charitable Contributions: 0.00

**Patrono: - Employer:**
Indique si la remuneración incluye pagos al empleado por:
Indicate if the renumeration includes payments to the employee for:
A- ☐ Servicios prestados por un médico cualificado bajo la Ley 14-2017 / Services rendered by a qualified physician under Act 14-2017
B- ☐ Servicios domésticos / Domestic services
C- ☐ Otros / Others: _____

**INFORMACIÓN PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION**

7. Sueldos - Wages: **46,553.35**
8. Comisiones - Commissions: 0.00
9. Concesiones - Allowances: 0.00
10. Propinas - Tips: 0.00
11. Total = 7 + 8 + 9 + 10: **46,553.35**
12. Gastos Reemb. y Beneficios Marginales: 0.00
13. Cont. Retenida - Tax Withheld: **2,963.52**
14. Fondo de Retiro Gubernamental / Governmental Retirement Fund: **4,135.80**
15. Aportaciones a Planes Calificados / Contributions to CODA PLANS: 0.00

Salarios Exentos (Ver instrucciones) / Exempt Salaries (See instructions)
16. Código/Code: 0.00
16A. Código/Code: 0.00
16B. Código/Code: 0.00
16C. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program: 0.00

Año / Year: **2018**

**INFORMACIÓN PARA EL SEGURO SOCIAL / SOCIAL SECURITY INFORMATION**

17. Total Sueldos Seguro Social / Social Security Wages: 0.00
18. Seguro Social Retenido / Social Security Tax Withheld: 0.00
19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips: **46,553.35**
20. Contrib. Medicare Retenida / Medicare Tax Withheld: **675.02**
21. Propinas Seguro Social / Social Security Tips: 0.00
22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips: 0.00
23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips: 0.00