TRIBUNAL DEL DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

Réplica

4 de marzo de 2020

soniaespada.24@gmail.com

Sonia I. Espada Ortiz

Urbanización Villa Madrid W-17 Calle #17

Coamo, Puerto Rico, 00769

Teléfono (787) 390-8426

INTAKE PROB GES
RECEIVED & FILED

2020 MAR 10 PM 12:10

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

En el asunto de:
JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO.
    Como representante de:
ESTADO LIBRE ASOCIADO DE PUERTO RICO y Otros

PROMESA, Título III
Número 17 BK 3283-LTS
La presente radicación guarda relación con el ELA, ACT y el SRE

Epígrafe

**NOTIFICACION DE LA CENTESIMA TRIGESIMA OCTAVA OBJECION GLOBAL ( NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACION DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DE GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGA INTERESES SOBRE LA BASE DE UNAS LEYES PUERTORRIQUEÑAS NO ESPECIFICADAS.**

**Número de reclamación: 121459**

Mediante esta misiva solicito al **Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico,** que declare a lugar la objeción global en relación al reclamo por el pago de la ***Ley # 89 " Romerazo",*** ya que el mismo no fue adjudicado ni pagado por la Ley de Quiebras de Puerto Rico.

Trabajé para el Gobierno de Puerto Rico, Rico en la Agencia del Departamento de Educación como maestra durante 30 años, sin recibir el pago por el aumento o incentivo del gobierno correspondiente a los años **2004 al 2019**. Estimo que durante se me adeuda la cantidad aproximada de **$ 30,000.**

También deseo solicitar al tribunal que sea diligente y acepte mi objeción por estar fuera de la fecha indicada. El haber excedido la fecha límite se debe a las consecuencias de los temblores y sismos que han ocurrido en Puerto Rico, los cuales privaron a la ciudadanía de diversos servicios. Esto ocasionó que no se pudiera la documentación antes del 18 de febrero de 2020. Se envía la documentación justificativa para evidenciar la objeción; Consistente la misms en mis comprobantes de retención ( W-2) del Departamento de Hacienda del Estado Libre Asociado de Puerto Rico y/o planillas de Contribucción Sobre Ingresos y talonarios de cheques. Dicha documentación me identifica como empleada del Gobierno de Puerto Rico durante los años reclamados; años en los que se supone devengara el aumento correspondiente a esta ley el cual no me fue otorgado.

Cordialmente,

*Sonia I Espada Ortiz*
Sonia I. Espada Ortiz