TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS

PARA EL DISTRITO DE PUERTO RICO

## Réplica

24 de febrero de 2020

marta.mr305@gmail.com

Marta I. Rivera Espada

Urbanización Villa Madrid B-9  Calle #2

Coamo, Puerto Rico, 00769

Teléfono (787) 453-6939

En el asunto de:
JUNTA DE SUPERVISION Y ADMINISTRACION
FINANCIERA PARA PUERTO RICO.
          Como representante de:
ESTADO LIBRE ASOCIADO DE PUERTO RICO y Otros

PROMESA, Título III
Número 17 BK 3283-LTS
**La presente radicación guarda relación con el ELA y el SRE**

### Epígrafe

**NOTIFICACION DE LA CENTESIMA CUADRAGESIMA CUARTA OBJECION GLOBAL ( NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASEDE UNAS LEYES PUERTORRIQUEÑAS NO ESPECIFICADAS.**

**Número de reclamación: 125596**

Mediante esta misiva solicito al **Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico**, que declare a lugar la objeción global en relación al reclamo por el pago  de la  **Ley # 89 Romerazo**,  ya que el mismo no fue adjudicado ni pagado por la Ley de Quiebras de Puerto Rico.

Trabajé para el Gobierno de Puerto Rico, Rico en la Agencia del  Departamento de Educación durante 12 años, sin recibir el pago por el aumento o incentivo del gobierno para ese entonces.  Estimo que durante esos años se me adeuda la cantidad aproximada de **$ 7,500.**

También deseo solicitar al tribunal que sea diligente y acepte mi objeción por estar fuera de la fecha indicada.  El haber excedido la fecha límite se debe a las consecuencias de los temblores y sismos que han ocurrido en PuertoRico; por tanto no se pudo enviar en o antes del 18 de febrero de 2020.  Por consiguiente no estaba la información completa en su totalidad en la réplica.  Se adjunta documentación justificativa para evidenciar la objeción.  Tal documentación son mis planillas desde el año 2004 hasta el año 2008, donde se demuestra que laboré  para el Gobierno de Puerto Rico el cual nunca me otorgó el aumento que por ley me correspondía.

Cordialmente,

*Marta I. Rivera Espada*
Marta I. Rivera Espada

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el asunto de:<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>como representante de<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO y otros,<br><br>Deudores. | PROMESA,<br>Título III<br><br>Núm. 17 BK 3283-LTS<br><br>(Administrada conjuntamente)<br><br>**La presente radicación guarda relación con el ELA y el SRE.** |

**NOTIFICACIÓN DE LA CENTÉSIMA CUADRAGÉSIMA CUARTA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE UNAS LEYES PUERTORRIQUEÑAS NO ESPECIFICADAS**

---

**SI SU RECLAMO ESTÁ INCLUIDO EN EL <u>ANEXO A</u> DE LA OBJECIÓN GLOBAL, EL ELA Y/O EL SRE SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

**SI SU RECLAMO ES MENCIONADO EN EL <u>ANEXO A</u>, DEBERÁ LEER DETENIDAMENTE ESTA NOTIFICACIÓN Y LA OBJECIÓN GLOBAL, Y COMENTARLAS CON SU ABOGADO. SI NO TIENE ABOGADO, ES POSIBLE QUE DESEE ACUDIR A UNO.**

---

**OBSÉRVESE QUE** el 14 de enero de 2020, el Estado Libre Asociado de Puerto Rico (el "<u>ELA</u>") y el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "<u>SRE</u>"), a través de la Junta de Supervisión y Administración Financiera para Puerto Rico (la "<u>Junta de Supervisión</u>"), como representante del ELA y del SRE conforme al artículo 315(b) de la *Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("<u>PROMESA</u>"),[1] radicaron la *Centésima cuadragésima cuarta objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Reclamos deficientes en los que se alegan intereses sobre la base de unas leyes puertorriqueñas no*

---

[1] PROMESA ha sido codificada en el Título 48 U.S.C., §§ 2101-2241.

*especificadas* (la "Objeción global") ante el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "Tribunal"). [2]

---

### SÍNTESIS

- **COMPRUEBE SI SU(S) RECLAMO(S) SE MENCIONA(N) EN EL ANEXO A DE LA OBJECIÓN GLOBAL.**

- **Si su(s) reclamo(s) NO se menciona(n) en el Anexo A, la Objeción global no afectará a su reclamo, por lo que NO tendrá que realizar ninguna acción.**

- Si su(s) reclamo(s) se menciona(n) en el Anexo A de la Objeción global, el ELA y/o el SRE solicitan que su(s) reclamo(s) que se mencione(n) en el Anexo A sea(n) rechazado(s) porque, como se explicó en la Objeción global que acompaña este documento, los datos de los Deudores indican que su reclamo es deficiente. La Objeción global y el Anexo A de la Objeción global proporcionan detalles adicionales sobre los reclamos deficientes en cuestión.

- Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.

- **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

---

**SI NO CONTESTA CONFORME A LA PRESENTE NOTIFICACIÓN, EL TRIBUNAL PODRÁ CONCEDER EL REMEDIO SOLICITADO EN LA OBJECIÓN GLOBAL SIN OTRA NOTIFICACIÓN NI VISTA.**

---

### NOTIFICACIÓN IMPORTANTE CONFORME A LA REGLA LOCAL 3007-1

Cualquiera de las partes a la que se haya notificado la presente Objeción global, o cualquier parte de la acción que objete al remedio aquí solicitado, deberá radicar y enviar una réplica a la Objeción global a la secretaría del Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico antes de las **04:00 p.m. (AST)** del **18 de febrero de 2020**, salvo extensión por escrito por parte del ELA o el SRE. Si no se radica ninguna réplica en el plazo mencionado, se considerará que no se ha opuesto a la Objeción global, por lo que esta podrá ser declarada ha lugar, salvo que: 1) el remedio solicitado esté legalmente prohibido; 2) el remedio solicitado sea contrario al orden público; o 3) a criterio del Tribunal, el interés de la justicia exija otra cosa. Si radica una réplica en tiempo, el Tribunal podrá convocar una vista.

---

[2] Los términos en mayúscula utilizados que no estén definidos en el presente documento tendrán el significado que les haya sido atribuido en la Objeción global.

**Información muy importante relativa a la elección, por parte de las Demandantes, para radicar una réplica**

**Quién tiene la obligación de radicar una réplica.** Cualquiera de las partes que impugne la Objeción global tiene la obligación de radicar una réplica de conformidad con los procedimientos aquí establecidos. Si la parte cuyo reclamo quede sujeto a la Objeción global no radica ni notifica una réplica de conformidad con los procedimientos aquí establecidos, el Tribunal podrá declarar ha lugar a la Objeción global en relación con tal reclamo sin más notificaciones a la demandante.

**Quién NO tiene la obligación de radicar una réplica.** Si usted no se opone al remedio solicitado en la Objeción global, no tendrá que radicar ninguna réplica por escrito a la Objeción global ni tendrá que comparecer en la vista sobre la Objeción global (según se explica abajo). Además, la Objeción global solo se aplica a los reclamos mencionados en el Anexo A relativo a la Objeción global, cuya copia está disponible en línea, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si su reclamo no se menciona en el Anexo A de la Objeción global, no será necesario radicar ninguna réplica.

**Fecha límite para radicar una réplica.** Su réplica se considerará radicada dentro de los plazos establecidos **solo** si la radica ante el Tribunal **y** la notifica antes de las **04:00 p.m. (AST)** del **18 de febrero de 2020**, salvo extensión por escrito por parte del ELA o el SRE, o previa solicitud por escrito dirigida al Tribunal y una orden del Tribunal que extienda la fecha límite.

---

**La fecha límite para radicar y notificar una réplica se cumple a las
04:00 p.m. (AST) del 18 de febrero de 2020.**

---

**Vista sobre la Objeción global.** Si se radica y notifica una réplica de manera adecuada conforme a la presente notificación, se celebrará una vista sobre la Objeción global y la réplica a las **09:30 a.m. (AST) del 4 de marzo de 2020** ante su señoría, Laura Taylor Swain, en el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767. Si radica una réplica a la Objeción global, deberá prever su comparecencia en la vista sobre la Objeción global. Sin embargo, el ELA y el SRE se reservan el derecho, previa notificación con tres (3) días hábiles de antelación, a paralizar la vista en relación con la Objeción global y la réplica.

Los Deudores podrán radicar una contestación a su réplica o contestación en un alegato oral durante la vista. Los Deudores podrán radicar su contestación en un plazo máximo de siete (7) días naturales antes de la celebración de la vista sobre la Objeción global y la réplica.

---

**EL TRIBUNAL SOLO TENDRÁ EN CONSIDERACIÓN SU RÉPLICA SI ESTA SE RADICA Y NOTIFICA ANTES DE LA FECHA LÍMITE PARA RESPONDER DE CONFORMIDAD CON LAS INSTRUCCIONES ESTABLECIDAS EN LA PRESENTE NOTIFICACIÓN.**

---

**Lo que hay que radicar con la réplica.** Su réplica a la Objeción global deberá contener la siguiente información:

(i)     **Datos de contacto.** La réplica deberá contener el **nombre**, la **dirección**, el **número de teléfono** y la **dirección de correo electrónico** 1) de la demandante que responda; 2) del

3

abogado o representante designado de la demandante al que los abogados del ELA o del SRE deban notificar una respuesta a la réplica, en su caso; o 3) de la parte con potestad para reconciliar, llegar a un acuerdo o de otro modo resolver la Objeción global en nombre de la demandante.

(ii) **Epígrafe**. La réplica deberá contener un epígrafe que refleje el nombre del Tribunal, los nombres de los Deudores, el número de procedimiento, el Título de la Objeción global con la que guarde relación la réplica, y el/los número(s) de las evidencias de reclamos relacionados de Prime Clerk (que se mencionan en el <u>Anexo A</u> de la Objeción global y están disponibles en línea, de manera gratuita, en https://cases.primeclerk.com/puertorico).

(iii) <u>**Motivo(s) para oponerse a la Objeción global**</u>. La réplica deberá contener una declaración concisa que establezca los motivos por los que el Tribunal no deba declarar ha lugar a la Objeción global en relación con su reclamo, incluidas las bases de hecho y de derecho que la demandante vaya a invocar al oponerse a la Objeción global.

(iv) <u>**Documentación justificativa**</u>. En la medida en que ya no esté incluida en la evidencia de reclamo, la réplica deberá contener una copia de cualquier otra documentación u otras evidencias relativas al reclamo que la demandante vaya a invocar al oponerse a la Objeción global; <u>con la salvedad</u> de que la demandante no tendrá que revelar en la contestación información confidencial, reservada o protegida de cualquier otra forma; y también <u>con la salvedad de que</u> la demandante revelará al ELA y al SRE toda la información y proporcionará copias de la totalidad de los documentos que considere que son confidenciales, reservados o protegidos de cualquier otra forma y que tenga la intención de invocar en apoyo de su reclamo, con sujeción a las restricciones de confidencialidad pertinentes.

<u>**Dónde y cómo radicar y notificar una réplica**</u>. Todas las réplicas deberán radicarse de forma electrónica ante el Tribunal con el nombre de expediente *En el asunto de: Estado Libre Asociado de Puerto Rico*, núm. de procedimiento 17 BK 3283-LTS. Hay dos métodos que puede utilizar para radicar su réplica:

1. **En línea**. Los usuarios inscritos en el sistema del Tribunal de radicación de causas deberán radicar su réplica de forma electrónica en un formato de documento susceptible de búsqueda.

2. **Por correo postal**. Si usted no es un abogado que sea usuario inscrito en el sistema del Tribunal de radicación de causas, podrá radicar y notificar una réplica por correo postal dirigida a la Secretaría del Tribunal, a la Junta de Supervisión y al Comité de Acreedores a las siguientes direcciones:

> Secretaría (*Clerk's Office*)
> Tribunal de Distrito de los Estados Unidos
> Room 150 Federal Building
> San Juan (Puerto Rico) 00918-1767
>
> Abogado de la Junta de Supervisión (*Counsel for the Oversight Board*)
> Proskauer Rose LLP
> Eleven Times Square
> Nueva York, Nueva York 10036-8299

A/A: Martin J. Bienenstock
Brian S. Rosen

Abogado del Comité de Acreedores (*Counsel for the Creditors' Committee*)
Paul Hastings LLP
200 Park Avenue
Nueva York, Nueva York 10166
A/A: Luc A. Despins
James Bliss
James Worthington
G. Alexander Bongartz

SU RÉPLICA deberá enviarse para que se reciba por la Secretaría, la Junta de Supervisión y el Comité de Acreedores a más tardar a las **04:00 p.m. (AST)** del **18 de febrero de 2020**, salvo extensión por escrito por parte del ELA o el SRE o previa solicitud por escrito dirigida al Tribunal y una orden del Tribunal que extienda la fecha límite.

Si no puede radicar y notificar una réplica en línea o por correo postal, según se especificó anteriormente, podrá radicar una réplica en persona en la siguiente dirección a más tardar a las **04:00 p.m. (AST)** del **18 de febrero de 2020**, salvo extensión por escrito por parte del ELA o del SRE o previa solicitud por escrito dirigida al Tribunal y una orden del Tribunal que extienda la fecha límite:

Secretaría (*Clerk's Office*)
Tribunal de Distrito de los Estados Unidos
#150 Chardon Avenue
Federal Building
San Juan (Puerto Rico) 00918

Su réplica deberá incluir un certificado de notificación que indique la forma en la que se ha efectuado la notificación.

Si tiene alguna pregunta sobre cómo radicar y notificar una réplica, incluidas preguntas sobre el sistema del tribunal de radicación de causas, comuníquese con **Prime Clerk** llamando al **número directo (844) 822-9231**.

**Reserva de derechos**. NINGUNA DISPOSICIÓN CONTENIDA EN LA OBJECIÓN GLOBAL O EN LA PRESENTE NOTIFICACIÓN SE CONSIDERARÁ NI CONSIDERARÁ QUE CONSTITUYE UNA RENUNCIA A CUALESQUIERA DERECHOS DEL ELA O DEL SRE, O DE CUALQUIER OTRA PARTE INTERESADA EN RELACIÓN CON LAS CAUSAS RADICADAS CONFORME AL TÍTULO III, A IMPUGNAR CUALESQUIERA RECLAMOS; A HACER VALER CONTRARRECLAMOS, DERECHOS A COMPENSACIÓN O RECUPERACIÓN, O CONTESTACIONES; A OBJETAR A LOS RECLAMOS (O A OTROS RECLAMOS O CAUSAS RADICADAS DE UNA DEMANDANTE) O A CUALESQUIERA MOTIVOS QUE NO SE HAYAN ALEGADO PREVIAMENTE EN UNA OBJECIÓN, SALVO QUE EL TRIBUNAL HAYA DECLARADO HA LUGAR A UN RECLAMO O HAYA ORDENADO OTRA COSA; O A SOLICITAR QUE SE DECLARE HA LUGAR A CUALQUIER RECLAMO EN EL FUTURO. A SU DEBIDO TIEMPO, LAS PARTES AFECTADAS RECIBIRÁN LA NOTIFICACIÓN PERTINENTE DE TODO ELLO.

---

**Recursos adicionales y con quién comunicarse en el caso de que tenga que formular preguntas**

Todos los documentos enviados en el marco de las causas radicadas conforme al Título III, incluidas copias de los reclamos radicados utilizando CM/ECF, se encuentran disponibles en línea, de manera gratuita, en https://cases.primeclerk.com/puertorico. El mantenimiento de dicho sitio web lo realiza Prime Clerk; el sitio web incluye una base de datos que permite efectuar búsquedas y que ayuda a localizar documentos.

Para obtener información adicional sobre la Objeción global, el estado de su réplica, su reclamo o la presente notificación, comuníquese con Prime Clerk llamando a su número directo **(844) 822-9231** (número gratuito para Estados Unidos y Puerto Rico) o al **(646) 486-7944** (para llamadas desde el extranjero), disponibles entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español). También podrá enviar consultas a la siguiente dirección de correo electrónico: puertoricoinfo@primeclerk.com.

---

Case: ... LTS   Doc#:13215   Filed:03/19/20   Entered:03/10/20 16:23:53   Desc: Main
Document   Page 8 of 80

Formulario 482, Rev. 06.04

# FORMA LARGA

| Liquidador | Revisor |
|---|---|

**2004**

R M R O V1 V2 P1 P2 N D E A G

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA
**PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS**
AÑO CONTRIBUTIVO 2004 O AÑO COMENZADO EL
1 de **enero** de **04** Y TERMINADO EL **31** de **dic.** de **04**

**2004**

PLANILLA: ◯ ENMENDADA
◯ FALLECIDO DURANTE EL AÑO

Sello de Pago

| Nombre | Inicial | Apellido Paterno | Apellido Materno |
|---|---|---|---|
| Maria | I. | Rivera | Espada |

**Número de Seguro Social**

Dirección Postal
Urb. Villa Madrid B-9 Calle #2
Coamo, Puerto Rico 00769

Código Postal

Fecha de Nacimiento    Sexo
30                      ◯ M  ● F
Día  mes  Año

Número de Seguro Social Cónyuge

*Coloque la etiqueta engomada (Label) aquí*.

Fecha de Nacimiento del Cónyuge
Día  Mes  Año

| Nombre e Inicial del Cónyuge | Apellido Paterno | Apellido Materno |
|---|---|---|
| N/A | | |

Teléfono Residencia
(787) 825-3778
Teléfono Oficina
( )

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)
Urb. Villa Madrid B-9 Calle #2
Coamo, P.R.   Código Postal 00769

CAMBIO DE DIRECCION
◯ SI  ● No

Correo Electrónico (E-Mail)

**Encasillado 1**

SI  NO
A. ●◯ ¿Ciudadano de Estados Unidos?
B. ●◯ ¿Residente de Puerto Rico al finalizar el año?
C. ◯● ¿Ingresos exentos de Lotería de Puerto Rico?
D. ◯● ¿Ingresos de premios de jugadas en Hipódromo?
E. ◯● ¿Otros ingresos exentos de contribución? **(Someta Anejo)**
F. ◯● ¿Obligación de hacer pagos a ASUME?

**FUENTE DE MAYOR INGRESO:**
G. ● Empleado del Gobierno, Municipios y Corporaciones Públicas
H. ◯ Empleado del Gobierno Federal
I. ◯ Empleado de Empresa Privada
Su ocupación **Aux. Adm.**   Ocupación cónyuge

J. ◯ Retirado/Pensionado
K. ◯ Trabajo Cuenta Propia (Indique la industria o negocio principal)

**ESTADO PERSONAL AL FINALIZAR SU AÑO CONTRIBUTIVO:**
1. ◯ Casado que vivía con su cónyuge y rinde planilla conjunta
2. ◯ Casado que no vivía con su cónyuge (No jefe de familia)
   (Indique nombre y seguro social del cónyuge)
3. ◯ Jefe de familia (No para casados)
4. ◯ Soltero
5. ◯ Casado que rinde por separado (Indique nombre y seguro social del cónyuge

CONTRATO GOBIERNO
◯ CONTRIBUYENTE   ◯ CONYUG

**PLANILLA 2005**
● ESPAÑOL   ◯ INGLES

Sello de Recibido

| | | A-Contribución Retenida | | B-Sueldos,Comisiones, Concesiones y Propina |
|---|---|---|---|---|
| 1. **Sueldos, Comisiones, Concesiones y Propinas** | | | | |
| **00** SUMINISTRE LOS COMPROBANTES DE RETENCION (Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique). | | 1253 00 | | 19504 |
| | | 00 | | |
| | | 00 | | |
| | | 00 | | |
| **01** Total (Núm. de comprobantes con esta planilla) ... | 1 | 1253 00 | | 19,504 |

| | Contribución Retenida | | Salarios Federales |
|---|---|---|---|
| C. Salarios del Gobierno Federal (Véanse instrucciones) ............ (01) | — | (02) | — |

**Encasillado 2**

2. Otros Ingresos (o Pérdidas):
| | | |
|---|---|---|
| A) Ingreso de intereses (Anejo F Individuo, Parte I, línea 10) .............................................. | (03) | — |
| B) Participación distribuible en beneficios de sociedades especiales (Someta Anejo F Individuo y Anejo R) ........ | (04) | — |
| C) Participación distribuible en pérdidas de sociedades especiales (Someta Anejo R) .................... | (05) | — |
| D) Dividendos de corporaciones y distribuciones de sociedades sujetos a retención (Anejo F Individuo, Parte II, línea 1A) ... | (06) | — |
| E) Dividendos de corporaciones y distribuciones de sociedades no sujetos a retención (Anejo F Individuo, Parte II, línea 3B) ... | (07) | — |
| F) Participación distribuible en beneficios de corporaciones de individuos (Someta Anejo F Individuo) ........ | (08) | — |
| G) Distribuciones del Programa de Cuentas de Ahorro para el Retiro (Anejo F Individuo, Parte V, línea 1A) ........ | (09) | — |
| H) Ingresos misceláneos (Someta Anejo F Individuo) ........................................................ | (10) | — |
| I) Distribuciones de Cuentas de Retiro Individual y Cuentas de Aportación Educativa (Someta Anejo F Individuo) ... | (11) | — |
| J) Dividendos de Fondo de Capital de Inversión o de Turismo (Someta Anejo Q1) ........................ | (12) | — |
| K) Ingresos de anualidades y pensiones (Anejo H Individuo, Parte II, línea 12) ........................ | (13) | — |
| L) Pensión alimentaria recibida (Núm. seguro social del que paga: _____ ) (14) | (15) | — |
| M) Ganancia (o pérdida) atribuible a industria o negocio (Someta Anejo K Individuo) .................... | (16) | — |
| N) Ganancia (o pérdida) atribuible a la agricultura (Someta Anejo L Individuo) ........................ | (17) | — |
| O) Ganancia (o pérdida) atribuible a profesiones y comisiones (Someta Anejo M Individuo) .................... | (18) | — |
| P) Ganancia (o pérdida) atribuible a alquiler (Someta Anejo N Individuo) ................................ | (19) | — |
| Q) Ganancia (o pérdida) en la venta o permuta de activos de capital y Planes cualificados (Someta Anejo D Individuo) ... | (20) | — |
| R) Ganancia neta de capital a largo plazo en Fondos de Inversión (Someta Anejo Q1) .................... | (21) | 19504 |
| 3. **Total Ingreso Bruto** (Sume líneas 1B, 1C y 2A a la 2R) ............................................ | (22) | 19504 |
| 4. **Pensión Alimentaria Pagada** (Núm. seguro social del que la recibe: _____ )(23) | (24) | — |
| 5. **Ingreso Bruto Ajustado** (Línea 3 menos línea 4) ...................................................... | (30) | 19504 |

Período de Conservación: Diez (10) años

Formulario
Form 499R-2/W-2 PR
Rev. 05.04

ESTADO LIBRE ASOCIADO DE PUERTO RICO
COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

INFORMACION PARA EL DEPARTAMENTO DE HACIENDA
DEPARTMENT OF THE TREASURY INFORMATION

INFORMACION PARA EL SEGURO SOCIAL
SOCIAL SECURITY INFORMATION

| | | |
|---|---|---|
| 1. Nombre-First Name<br>MARTA | 3. Núm. Seguro Social<br>Social Security No. | 8. Sueldos - Wages<br>19,504.00 |
| Apellido(s) - Surname(s)<br>RIVERA ESPADA | 4. Estado Civil - Civil Status<br>Soltero ☐ Casado ☐<br>Single      Married | 9. Comisiones - Commissions<br>0.00 |
| Dirección Postal del Empleado-Employee's Mailing Address<br>VILLA MADRID<br>CALLE 2 BLOQUE B-9<br>COAMO, PR 00000 | 5. Núm. Seguro Social Cónyuge<br>Spouse's Social Security No. | 10. Concesiones - Allowances<br>0.00 |
| | 6. Núm. de Ident. Patronal<br>Employer's Ident. No. (EIN) | 11. Propinas - Tips<br>0.00 |
| 2. Nombre y Dirección Postal del Patrono<br>Employer's Name and Mailing Address<br>L8102192106 OF SUPERIN<br>DEPT DE EDUCACION-CLASIFICADOS<br>AVE. TENIENTE CESAR GONZALEZ<br>ESQUINA CALAF<br>HATO REY, PR 00919 | 7. Costo de Pensión o Anualidad<br>Cost of Pension or Annuity | 12. Total=8+9+10+11<br>19,504.00 |

| Social Security / Medicare column |
|---|
| 17. Total Sueldos Seguro Social<br>Social Security Wages<br>19,504.00 |
| 18. Seguro Social Retenido<br>Social Security Tax Withheld<br>1,209.25 |
| 19. Total Sueldos y Pro. Medicare<br>Medicare Wages and Tips<br>19,504.00 |
| 20. Contrib. Medicare Retenida<br>Medicare Tax Withheld<br>282.81 |

Copia C para Récord
del Empleado
Copy C for Employee's
Records

Año:
Year: **2004**

| | |
|---|---|
| 13. Gastos Reembolsados<br>Reimbursed Expenses<br>0.00 | 21. Propinas Seguro Social<br>Social Security Tips<br>0.00 |
| 14. Cont. Retenida - Tax Withheld<br>1,253.48 | 22. Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips<br>0.00 |
| 15. Fondo de Retiro<br>Retirement Fund<br>1,531.20 | 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips<br>0.00 |
| 16. Aportaciones a Planes Cualific.<br>Contributions to CODA PLANS<br>0.00 | |

Número de Teléfono del Patrono
Employer's Telephone Number

Fecha de Cese de Operaciones
Cease of Operations Date

Número de Control - Control Number
**39235492**

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas
Conservation: Ten (10) years from the filing date in the Return Processing Bureau

Reproducido por: Departamento de Hacienda

Formulario 482 - Rev: 08-05

# FORMA LARGA

| Liquidador | Revisor |
|------------|---------|

| R | M | RO | V1 | V2 | P1 | P2 | N | D | E | A | G |
|---|---|----|----|----|----|----|----|----|----|----|----|

~~PLANILLA CON CHEQUE (FAVOR DE FIRMAR EL CHEQUE Y ENVIESE EN ESTE LUGAR)~~

**2005**   **2005**

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA
PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2005 O AÑO COMENZADO EL
____ de _____ Y TERMINADO EL ____ de _____ de ____

Número de Serie

○ PLANILLA ENMENDADA

○ FALLECIDO DURANTE EL AÑO: __/__/__
                              Día Mes Año

Sello de Pago

| Nombre | Inicial | Apellido Paterno | Apellido Materno |
|--------|---------|------------------|------------------|
| Marta | L. | Rivera | Espada |

Dirección Postal
Villa Madrid B-9 Calle 2
Coamo, P.R.
Código Postal 80769

"Coloque la etiqueta engomada (Label) aquí".

| Nombre e Inicial del Cónyuge | Apellido Paterno | Apellido Materno |
|------------------------------|------------------|------------------|

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)
Car. #545 Km 1.3 Interior 596 Sector
Los Toro Bo. Los Llanos
Coamo, P.R.          Código Postal 00769

Correo Electrónico (E-Mail)

Número de Seguro Social

Fecha de Nacimiento   Sexo ○ M ○ F
Día   Mes   Año
Número de Seguro Social Cónyuge

Fecha de Nacimiento del Cónyuge
Día   Mes   Año

Teléfono Residencia
(   )

Teléfono Oficina
(   )

CAMBIO DE DIRECCION
○ SI   ○ No

Número de Recibo:
Importe:

## Encasillado 1

**SI   NO**

A. ● ○ ¿Ciudadano de Estados Unidos?
B. ● ○ ¿Residente de Puerto Rico al finalizar el año?
C. ○ ● ¿Ingresos exentos de Lotería de Puerto Rico?
D. ○ ● ¿Ingresos de premios de jugadas en Hipódromo?
E. ○ ● ¿Otros ingresos exentos de contribución? (Someta Anejo)
F. ○ ● ¿Obligación de hacer pagos a ASUME?

**FUENTE DE MAYOR INGRESO:**
G. ● Empleado del Gobierno, Municipios y Corporaciones Públicas
H. ○ Empleado del Gobierno Federal
I. ○ Empleado de Empresa Privada

Su ocupación  Aux. Adm.  8110   Ocupación cónyuge

**ESTADO PERSONAL AL FINALIZAR SU AÑO CONTRIBUTIVO:**
1. ○ Casado que vivía con su cónyuge y rinde planilla conjunta
2. ○ Casado que no vivía con su cónyuge (No jefe de familia) (Indique nombre y seguro social del cónyuge)
3. ○ Jefe de familia (No para casados)
4. ○ Soltero
5. ○ Casado que rinde por separado (Indique nombre y seguro social del cónyuge)

J. ○ Retirado/Pensionado
K. ○ Trabajo Cuenta Propia (Indique la industria o negocio principal)

**CONTRATO GOBIERNO**
○ CONTRIBUYENTE  ○ CONYUGE

**PLANILLA 2006**
● ESPAÑOL  ○ INGLES

## Encasillado 2

Sello de Recibido

**1. Sueldos, Comisiones, Concesiones y Propinas**

00 SUMINISTRE LOS COMPROBANTES DE RETENCION (Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique).

01 Total (Núm. de comprobantes con esta planilla   1)

| | A-Contribución Retenida | B-Sueldos,Comisiones, Concesiones y Propinas |
|---|---|---|
| | 1,390 | 00 | 21,100 | 00 |
| | | 00 | | 00 |
| | | 00 | | 00 |
| | | 00 | | 00 |
| | 1,390 | 00 | 21,100 | 00 |

| | Contribución Retenida | Salarios Federales |
|---|---|---|

C- Salarios del Gobierno Federal (Véanse instrucciones) ............ (01) | 00 | (02) | 00 |

**2. Otros Ingresos (o Pérdidas):**

| | | |
|---|---|---|
| A) Ingreso de intereses (Anejo F Individuo, Parte I, línea 10) | (03) | 00 |
| B) Participación distribuible en beneficios de sociedades especiales (Someta Anejo F Individuo y Anejo R) | (04) | 00 |
| C) Participación distribuible en pérdidas de sociedades especiales (Someta Anejo R) | (05) | 00 |
| D) Dividendos de corporaciones y distribuciones de sociedades sujetos a retención (Anejo F Individuo, Parte II, línea 1A) | (06) | 00 |
| E) Dividendos de corporaciones y distribuciones de sociedades no sujetos a retención (Anejo F Individuo, Parte II, línea 3B) | (07) | 00 |
| F) Participación distribuible en beneficios de corporaciones de individuos (Someta Anejo F Individuo) | (08) | 00 |
| G) Distribuciones del Programa de Cuentas de Ahorro para el Retiro (Anejo F Individuo, Parte V, línea 1A) | (09) | 00 |
| H) Ingresos misceláneos (Someta Anejo F Individuo) | (10) | 00 |
| I) Distribuciones de Cuentas de Retiro Individual y Cuentas de Aportación Educativa (Someta Anejo F Individuo) | (11) | 00 |
| J) Dividendos de Fondo de Capital de Inversión o de Turismo (Someta Anejo Q1) | (12) | 00 |
| K) Ingresos de anualidades y pensiones (Anejo H Individuo, Parte II, línea 12) | (13) | 00 |
| L) Pensión recibida por divorcio o separación (Núm. seguro social del que paga: _____) (14) | (15) | 00 |
| M) Ganancia (o pérdida) atribuible a industria o negocio (Someta Anejo K Individuo) | (16) | 00 |
| N) Ganancia (o pérdida) atribuible a la agricultura (Someta Anejo L Individuo) | (17) | 00 |
| O) Ganancia (o pérdida) atribuible a profesiones y comisiones (Someta Anejo M Individuo) | (18) | 00 |
| P) Ganancia (o pérdida) atribuible a alquiler (Someta Anejo N Individuo) | (19) | 00 |
| Q) Ganancia (o pérdida) en la venta o permuta de activos de capital y Planes cualificados (Someta Anejo D Individuo) | (20) | 00 |
| R) Ganancia neta de capital a largo plazo en Fondos de Inversión (Someta Anejo Q1) | (21) | 00 |
| 3. Total Ingreso Bruto (Sume líneas 1B, 1C y 2A a la 2R) | (22) | 21,100 | 00 |
| 4. Pensión Pagada por Divorcio o Separación (seg. soc. del que la recibe: _____)(23) (Núm. sentencia _____) (24) (25) | | |
| 5. Ingreso Bruto Ajustado (Línea 3 menos línea 4) | (30) | 21,100 | 00 |

Período de Conservación: Diez (10) años

Formulario
Form 499R-2/W-2 PR
Rev. 05.05

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

| | | INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
|---|---|---|---|
| 1. Nombre - First Name MARTA | 3. Núm. Seguro Social Social Security No. | 7. Sueldos - Wages 21100.31 | 17. Total Sueldos Seguro Social Social Security Wages 21100.31 |
| Apellido(s) - Surname(s) RIVERA ESPADA | 4. Estado Civil - Civil Status Soltero ☐ Casado ☐ Single Married | 8. Comisiones - Commissions 0.00 | 18. Seguro Social Retenido Social Security Tax Withheld 1308.22 |
| Dirección Postal del Empleado-Employee's Mailing Address VILLA MADRID CALLE 2 BLOQUE B-9 COAMO, PR 00000 | 5. Núm. de Ident. Patronal Employer's Ident. No. (EIN) | 9. Concesiones - Allowances 0.00 | 19. Total Sueldos y Pro. Medicare Medicare Wages and Tips 21100.31 |
| | | 10. Propinas - Tips 0.00 | |
| 2. Nombre y Dirección Postal del Patrono Employer's Name and Mailing Address L8102158321 CF COAMO DEPT DE EDUCACION-CLASIFICADOS AVE. TENIENTE CESAR GONZALEZ ESQUINA CALAF HATO REY, PR 00919 | 6. Costo de Pensión o Anualidad Cost of Pension or Annuity 0.00 | 11. Total=7+8+9+10 21100.31 | 20. Contrib. Medicare Retenida Medicare Tax Withheld 305.95 |
| | | 12. Gastos Reembolsados Reimbursed Expenses 0.00 | 21. Propinas Seguro Social Social Security Tips 0.00 |
| | Copia B para Planilla del Empleado Copy B for Employee's Tax Return | 13. Cont. Retenida - Tax Withheld 1390.49 | 22. Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips 0.00 |
| Número de Teléfono del Patrono Employer's Telephone Number | | 14. Fondo de Retiro Retirement Fund 1605.60 | |
| Fecha de Cese de Operaciones Cease of Operations Date | Año: Year: 2005 | 15. Aportaciones a Planes Cualific. Contributions to CODA PLANS 0.00 | 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips 0.00 |
| Número de Control - Control Number 50658349 | | 16. Salarios bajo Ley Núm. 324 de 2004 Salaries under Act No. 324 of 2004 0.00 | |

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas
Conservation: Ten (10) years from the filing date in the Return Processing Bureau

Reproducido por: Departamento de Hacienda

Corte aquí

Formulario 482   Rev.   09.06

## FORMA LARGA

| Liquidador | Revisor |
|---|---|

| R | G | RO | V1 | V2 | P1 | P2 | N | D | E | A | M |
|---|---|---|---|---|---|---|---|---|---|---|---|

⬭ PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE EN ESTE LUGAR)

**2006**

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA

**2006**

PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2006 O AÑO COMENZADO EL

_1_ de _enero_ de _06_ Y TERMINADO EL _31_ de _diciembre_ de _06_

Número de Serie

⬭ PLANILLA ENMENDADA

⬭ FALLECIDO DURANTE EL AÑO: _/ /_
Dia  Mes  Año

Sello de Pago

| Nombre del Contribuyente | Inicial | Apellido Paterno | Apellido Materno |
|---|---|---|---|
| _Marta_ | | _Rivera_ | _Espada_ |

Dirección Postal

_Villa Madrid 6-9 Calle 2_
_Coamo, P.R._               Código Postal _00769_

"Coloque la etiqueta engomada (Label) aquí".

| Nombre e Inicial del Cónyuge | Apellido Paterno | Apellido Materno |
|---|---|---|

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)
_Bo. Los Llanos - Sectos Caribe_
_Coamo, P.R._               Código Postal _00769_

Correo Electrónico (E-Mail)

Número de Seguro Social Contribuyente

Fecha de Nacimiento          Sexo
Dia   Mes   Año               ⬭ M
                              ⬭ F
Número de Seguro Social Cónyuge

Fecha de Nacimiento del Cónyuge
Dia   Mes   Año

Teléfono Residencia
(   )

Teléfono del Trabajo
(   )

CAMBIO DE DIRECCION
⬭ SI   ⬭ No

Número de Recibo:
Importe:

### Encasillado 1

**SI   NO**

A. ⬭ ⬭ ¿Ciudadano de Estados Unidos?
B. ⬭ ⬭ ¿Residente de Puerto Rico al finalizar el año?
C. ⬭ ⬭ ¿Ingresos exentos de Lotería de Puerto Rico?
D. ⬭ ⬭ ¿Ingresos de premios de jugadas en Hipódromo?
E. ⬭ ⬭ ¿Otros ingresos exentos de contribución? (Someta Anejo)
F. ⬭ ⬭ ¿Obligación de hacer pagos a ASUME?

**FUENTE DE MAYOR INGRESO:**

G. ⬭ Empleado del Gobierno, Municipios o Corporaciones Públicas
H. ⬭ Empleado del Gobierno Federal
I. ⬭ Empleado de Empresa Privada

J. ⬭ Retirado/Pensionado
K. ⬭ Trabajo Cuenta Propia (Indique la industria o negocio principal)

Su ocupación _Aux. Adm._  _8110_   Ocupación cónyuge

**ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:**

1. ⬭ Casado que vivía con su cónyuge y rinde planilla conjunta
2. ⬭ Casado que no vivía con su cónyuge (No jefe de familia)
   (Indique nombre y seguro social del cónyuge arriba)
3. ⬭ Jefe de familia (No para casados)
4. ⬭ Soltero
5. ⬭ Casado que rinde por separado (Indique nombre y seguro social del cónyuge)

**CONTRATO GOBIERNO**
⬭ CONTRIBUYENTE   ⬭ CONYUGE

**PLANILLA 2007**
⬭ ESPAÑOL   ⬭ INGLES

### Encasillado 2

Sello de Recibido

[illegible stamp]

1. **Sueldos, Comisiones, Concesiones y Propinas**

⬭⬭ SUMINISTRE LOS COMPROBANTES DE RETENCION
(Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique)

⬭ Total de comprobantes con esta planilla .. | _1_

| | A-Contribución Retenida | B-Sueldos, Comisiones, Concesiones y Propinas |
|---|---|---|
| | _1,480_ 00 | _22,193_ 00 |
| | 00 | 00 |
| | 00 | 00 |
| | 00 | 00 |
| | _1,480_ 00 | _22,193_ 00 |

| | Contribución Retenida | Salarios Federales |
|---|---|---|
| C- Salarios del Gobierno Federal (Véanse instrucciones) ......... (01) | 00 | (02) 00 |

2. Otros Ingresos (o Pérdidas):

| | | |
|---|---|---|
| A) Ingreso de intereses (Anejo F Individuo, Parte I, línea 10) | (03) | 00 |
| B) Participación distribuible en beneficios de sociedades especiales (Someta Anejo F Individuo y Anejo R) | (04) | 00 |
| C) Participación distribuible en pérdidas de sociedades especiales (Someta Anejo R) | (05) | 00 |
| D) Dividendos de corporaciones y distribuciones de sociedades sujetas a retención (Anejo F Individuo, Parte II, líneas 1A a la 1C, según aplique) | (06) | 00 |
| E) Dividendos de corporaciones y distribuciones de sociedades no sujetas a retención (Anejo F Individuo, Parte II, línea 3D) | (07) | 00 |
| F) Participación distribuible en beneficios de corporaciones de individuos (Someta Anejo F Individuo) | (08) | 00 |
| G) Distribuciones de Planes Gubernamentales (Anejo F Individuo, Parte V, líneas 1C y 1E) | (09) | 00 |
| H) Ingresos misceláneos (Someta Anejo F Individuo) | (10) | 00 |
| I) Distribuciones de Cuentas de Retiro Individual y Cuentas de Aportación Educativa (Someta Anejo F Individuo) | (11) | 00 |
| J) Dividendos de Fondo de Capital de Inversión o de Turismo (Someta Anejo Q1) | (12) | 00 |
| K) Ingresos de anualidades y pensiones (Anejo H Individuo, Parte II, línea 12) | (13) | 00 |
| L) Pensión recibida por divorcio o separación (Núm. seguro social del que paga: _____ ) (14) | (15) | 00 |
| M) Ganancia (o pérdida) atribuible a industria o negocio (Someta Anejo K Individuo) | (16) | 00 |
| N) Ganancia (o pérdida) atribuible a la agricultura (Someta Anejo L Individuo) | (17) | 00 |
| O) Ganancia (o pérdida) atribuible a profesiones y comisiones (Someta Anejo M Individuo) | (18) | 00 |
| P) Ganancia (o pérdida) atribuible a alquiler (Someta Anejo N Individuo) | (19) | 00 |
| Q) Ganancia (o pérdida) en la venta o permuta de activos de capital y Planes cualificados (Someta Anejo D Individuo) | (20) | 00 |
| R) Ganancia neta de capital a largo plazo en Fondos de Inversión (Someta Anejo Q1) | (21) | 00 |
| 3. Total Ingreso Bruto (Sume líneas 1B, 1C y 2A a la 2R) | (22) | _22,193_ 00 |
| 4. Pensión Pagada por Divorcio o Separación (seg. soc. del que la recibe: _____ ) (23) (Núm. sentencia ____ ) (24) | (25) | 00 |
| 5. Ingreso Bruto Ajustado (Línea 3 menos línea 4) | (30) | _22,193_ 00 |

Período de Conservación: Diez (10) años

## FORMA LARGA

| Liquidador | Revisor |
|---|---|

| R | G | RO | V1 | V2 | P1 | P2 | N | D1 | D2 | E | A | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**2007**

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
DEPARTAMENTO DE HACIENDA
PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2007 O AÑO COMENZADO EL

**2007**

DEL 1 de _Enero_ de 07 Y TERMINADO EL 31 de _dic_ de 07

Número de Serie

○ PLANILLA ENMENDADA

○ FALLECIDO DURANTE EL AÑO: __/__/__ Dia Mes Año

Sello de Pago

Nombre del Contribuyente: **Marta**
Inicial:
Apellido Paterno: **Rivera**
Apellido Materno: **Espada**

Número de Seguro Social Contribuyente: 5...

Dirección Postal: **Villa Madrid B-9 Calle2**
**Coamo, P.R.**
Código Postal **00769**

Fecha de Nacimiento: Dia Mes Año
Sexo: ○ M ○ F

Número de Seguro Social Cónyuge

"Coloque la etiqueta engomada (Label) aquí".

Fecha de Nacimiento del Cónyuge: Dia Mes Año

Nombre e Inicial del Cónyuge:
Apellido Paterno:
Apellido Materno:

Teléfono Residencia ( )

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle): **Los Llanos sector Caribe**
**Coamo, P.R.**
Código Postal **00769**

Teléfono del Trabajo ( )

CAMBIO DE DIRECCION ○ Si ● No

Correo Electrónico (E-Mail)

Número de Recibo: ____
Importe: ____

### Encasillado 1

**SI NO**
- A. ● ○ ¿Ciudadano de Estados Unidos?
- B. ○ ○ ¿Residente de Puerto Rico al finalizar el año?
- C. ○ ● ¿Ingresos exentos de Lotería de Puerto Rico?
- D. ○ ● ¿Ingresos de premios de jugadas en Hipódromo?
- E. ○ ● ¿Otros ingresos exentos de contribución? (Someta Anejo)
- F. ○ ● ¿Obligación de hacer pagos a ASUME?

**ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:**
1. ○ Casado que vivía con su cónyuge y rinde planilla conjunta
2. ○ Casado que no vivía con su cónyuge (No jefe de familia) (Indique nombre y seguro social del cónyuge arriba)
3. ● Jefe de familia (No para casados)
4. ○ Soltero
5. ○ Casado que rinde por separado (Indique nombre y seguro social del cónyuge)

**FUENTE DE MAYOR INGRESO:**
- G. ● Empleado del Gobierno, Municipios o Corporaciones Públicas
- H. ○ Empleado del Gobierno Federal
- I. ○ Empleado de Empresa Privada

- J. ○ Retirado/Pensionado
- K. ○ Trabajo Cuenta Propia (Indique la industria o negocio principal)

Su ocupación: ____
Ocupación cónyuge: ____

**CONTRATO GOBIERNO**
○ CONTRIBUYENTE ○ CONYUGE

**PLANILLA 2008**
● ESPAÑOL ○ INGLES

Sello de Recibido
Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
1166-Colecturia Coamo
RECIBIDO
APR 14 2008
SIN PAGO
08-2756

### Encasillado 2

| | A-Contribución Retenida | B-Sueldos, Comisiones, Concesiones y Propinas |
|---|---|---|
| 1. Sueldos, Comisiones, Concesiones y Propinas | | |
| **(00)** SUMINISTRE LOS COMPROBANTES DE RETENCION (Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique). | 1,247 00 | 22,762 |
| | 00 | |
| | 00 | |
| | 00 | |
| **(01)** Total de comprobantes con esta planilla .. 1 | 1,247 00 Contribución Retenida | 22,762 Salarios Federales |

C. Salarios del Gobierno Federal (Véanse instrucciones) ............................................... (01) | 00 | (02)

2. Otros Ingresos (o Pérdidas):
A) Ingreso de intereses (Anejo F Individuo, Parte I, línea 10) ............................................................ (03)
B) Participación distribuible en beneficios de sociedades especiales (Someta Anejo F Individuo y Anejo R) ............................................ (04)
C) Participación distribuible en pérdidas de sociedades especiales (Someta Anejo R) ........................................ (05)
D) Dividendos de corporaciones y distribuciones de sociedades sujetos a retención (Anejo F Individuo, Parte II, línea 1A) ......................... (06)
E) Dividendos de corporaciones y distribuciones de sociedades no sujetos a retención (Anejo F Individuo, Parte II, línea 3B) ...................... (07)
F) Participación distribuible en beneficios de corporaciones de individuos (Someta Anejo F Individuo) ........................................ (08)
G) Distribuciones de Planes Gubernamentales (Anejo F Individuo, Parte V, líneas 1C y 1D) ........................................ (09)
H) Ingresos misceláneos (Someta Anejo F Individuo) ............................................................................................. (10)
I) Distribuciones de Cuentas de Retiro Individual y Cuentas de Aportación Educativa (Someta Anejo F Individuo) .......................... (11)
J) Dividendos de Fondo de Capital de Inversión o de Turismo (Someta Anejo Q1) ........................................................ (12)
K) Ingresos de anualidades y pensiones (Anejo H Individuo, Parte II, línea 12) ........................................................ (13)
L) Pensión recibida por divorcio o separación (Núm. seguro social del que la recibe: ____ ) (14) ...................... (15)
M) Ganancia (o pérdida) atribuible a industria o negocio (Someta Anejo K Individuo) .................................................. (16)
N) Ganancia (o pérdida) atribuible a la agricultura (Someta Anejo L Individuo) ........................................................ (17)
O) Ganancia (o pérdida) atribuible a profesiones y comisiones (Someta Anejo M Individuo) ............................................ (18)
P) Ganancia (o pérdida) atribuible a alquiler (Someta Anejo N Individuo) .............................................................. (19)
Q) Ganancia (o pérdida) en la venta o permuta de activos de capital y Planes cualificados (Someta Anejo D Individuo) .................... (20)
R) Ganancia neta de capital a largo plazo en Fondos de Inversión (Someta Anejo Q1) .................................................... (21)

3. Total Ingreso Bruto (Sume líneas 1B, 1C y 2a a 2R) ...................................................................................... (22) | 22,762
4. Pensión Pagada por Divorcio o Separación (seg. soc. del que la recibe: ____ )(23)(Núm. sentencia ____ )(24) (25)
5. Ingreso Bruto Ajustado (Línea 3 menos línea 4) .......................................................................................... (30) | 22,762

Período de Conservación: Diez (10) años

Formulario
Form 499R-2/W-2 PR
Rev. 06.07

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**

**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

| | INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
|---|---|---|

1. Nombre - First Name

MARTA

Apellido(s) - Surname(s)

RIVERA ESPADA

Dirección Postal del Empleado-Employee's Mailing Address

VILLA MADRID
CALLE 2 BLOQUE B-9

COAMO, PR 00000

2. Nombre y Dirección Postal del Patrono
Employer's Name and Mailing Address

L8102158321 CF COAMO
DEPT DE EDUCACION-CLASIFICADOS
AVE. TENIENTE CESAR GONZALEZ
ESQUINA CALAF
HATO REY, PR 00919

Número de Teléfono del Patrono
Employer's Telephone Number

Fecha de Cese de Operaciones:  Dia  Mes  Año
Cease of Operations Date:  Day  Month  Year

Número de Control - Control Number

45516741

3. Núm. Seguro Social
Social Security

4. Núm. de Ident. Patronal
Employer's Ident. No. (EIN.)

5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension

Dia / Day    Mes / Month    Año / Year

6. Costo de Pensión o Anualidad
Cost of Pension or Annuity

0.00

**Copia B para Planilla del Empleado**
**Copy B for Employee's Tax Return**

**Año:**
**Year:** **2007**

| | Info Hacienda |
|---|---|
| 7. Sueldos - Wages | 22762.30 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total=7+8+9+10 | 22762.30 |
| 12. Gastos Reembolsados Reimbursed Expenses | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 1247.62 |
| 14. Fondo de Retiro Retirement Fund | 1675.20 |
| 15. Aportaciones a Planes Cualific. Contributions to CODA PLANS | 0.00 |
| 16. Salarios bajo Ley Núm. 324 de 2004 Salaries under Act No. 324 of 2004 | 0.00 |

| | Seguro Social |
|---|---|
| 17. Total Sueldos Seguro Social Social Security Wages | 22762.30 |
| 18. Seguro Social Retenido Social Security Tax Withheld | 1411.26 |
| 19. Total Sueldos y Pro. Medicare Medicare Wages and Tips | 22762.30 |
| 20. Contrib. Medicare Retenida Medicare Tax Withheld | 330.05 |
| 21. Propinas Seguro Social Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips | 0.00 |
| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas
Retention: Ten (10) years from the filing date in the Return Processing Bureau

Reproducido por: Departamento de Hacienda

Corte aquí

Formulario 482  Rev. 11.08

## FORMA LARGA

○ PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE EN ESTE LUGAR)

| Liquidador | Revisor |
|---|---|

**2008**

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA
**PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS**
AÑO CONTRIBUTIVO 2008 O AÑO COMENZADO EL

**2008**

Número de Serie

| R | G | RO | V1 | V2 | P1 | P2 | N | D1 | D2 | E | A | M |
|---|---|----|----|----|----|----|---|----|----|---|---|---|

_1_ de _enero_ de 2008 Y TERMINADO EL _31_ de _diciembre_ de 2008

○ PLANILLA ENMENDADA
○ FALLECIDO DURANTE EL AÑO: Día Mes Año

Nombre del Contribuyente  Inicial  Apellido Paterno  Apellido Materno
**MARTA**  **I**  **RIVERA ESPADA**

Dirección Postal
**URB. VILLA MADRID**
**CALLE 2 B-9**
**COAMO PR**  Código Postal **00769**

"Coloque la etiqueta engomada (Label) aquí".
Nombre e Inicial del Cónyuge  Apellido Paterno  Apellido Materno

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)
**LOS LLANOS SECTOR CARIBE**
**COAMO PR**  Código Postal **00769**

Correo Electrónico (E-Mail)

Número de Seguro Social Contribuyente

Fecha de Nacimiento  Sexo
Día  Mes  Año  ○ M  ○ F
Número de Seguro Social Cónyuge

Fecha de Nacimiento del Cónyuge
Día  Mes  Año

Teléfono Residencia
**(787) 453-6939**
Teléfono del Trabajo

○ CAMBIO DE DIRECCION

Sello de Recibo

Número de Recibo:
Importe:

### Encasillado 1

| | SI | NO | |
|---|---|---|---|
| A. | ○ | ○ | ¿Ciudadano de Estados Unidos? |
| B. | ○ | ○ | ¿Residente de Puerto Rico al finalizar el año? |
| C. | ○ | ○ | ¿Ingresos exentos de Lotería de Puerto Rico? |
| D. | ○ | ○ | ¿Ingresos de premios de jugadas en Hipódromo? |
| E. | ○ | ○ | ¿Otros ingresos exentos de contribución (Someta Anejo) |
| F. | ○ | ○ | ¿Obligación de hacer pagos a ASUME? |

**FUENTE DE MAYOR INGRESO:**

G. ○ Empleado del Gobierno, Municipios o Corporaciones Públicas
H. ○ Empleado del Gobierno Federal
I. ○ Empleado de Empresa Privada
Su ocupación **AUXILIAR MAYOR INGRES** **8110**  Ocupación cónyuge

**ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:**

1. ○ Casado que vivía con su cónyuge y rinde planilla conjunta
2. ○ Casado que no vivía con su cónyuge (No jefe de familia) (Indique nombre y seguro social del cónyuge arriba)
3. ○ Jefe de familia (No para casados)
4. ○ Soltero
5. ○ Casado que rinde por separado (Indique nombre y seguro social del cónyuge)

J. ○ Retirado/Pensionado
K. ○ Trabajo Cuenta Propia (Indique la industria o negocio principal)

CONTRATO GOBIERNO
○ CONTRIBUYENTE  ○ CONYUGE

PLANILLA 2009
○ ESPAÑOL  ○ INGLES

Ennegrezca aquí si se acoge al cómputo opcional de la contribución en el caso de personas casadas que viven juntas, rinden planilla conjunta y que ambos trabajan. No complete los Encasillados 2 y 3, ni las líneas 15 a la 25 del Encasillado 4, y pase al Anejo CO Individuo.

### Encasillado 2

Sello de Recibido - Puerto Rico
DEPARTAMENTO DE HACIENDA
Tinea-Colecturia Coamo
REGISTRO
APR 07 2009
SIN PAGO
SECRETARIO DE HACIENDA
08-2783

**1.** Sueldos, Comisiones, Concesiones y Propinas

|  | A-Contribución Retenida | | B-Sueldos, Comisiones, Concesiones y Propinas | |
|---|---|---|---|---|
| **00** SUMINISTRE LOS COMPROBANTES DE RETENCION (Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique). | 1,264 | 00 | 23,044 | 00 |
|  |  | 00 |  | 00 |
|  |  | 00 |  | 00 |
|  |  | 00 |  | 00 |
| **01** Total de comprobantes con esta planilla .. 1 | 1,264 | 00 | 23,044 | 00 |

C. Salarios del Gobierno Federal (Véanse instrucciones)

| | Contribución Retenida | | Salarios Federales | |
|---|---|---|---|---|
| (01) | | 00 | (02) | 00 |

**2.** Otros Ingresos (o Pérdidas):

A) Ingreso de intereses (Anejo F Individuo, Parte I, línea 10) .......... (03) 00
B) Participación distribuible en beneficios de sociedades especiales (Someta Anejo F Individuo y Anejo R) .......... (04) 00
C) Participación distribuible en pérdidas de sociedades especiales (Someta Anejo R) .......... (05) 00
D) Dividendos de corporaciones y distribuciones de sociedades sujetos a retención (Anejo F Individuo, Parte II, línea 1A) .......... (06) 00
E) Dividendos de corporaciones y distribuciones de sociedades no sujetos a retención (Anejo F Individuo, Parte II, línea 3B) .......... (07) 00
F) Participación distribuible en beneficios de corporaciones de individuos (Someta Anejo F Individuo) .......... (08) 00
G) Distribuciones de Planes Gubernamentales (Anejo F Individuo, Parte V, líneas 1C y 1D) .......... (09) 00
H) Ingresos misceláneos (Someta Anejo F Individuo) .......... (10) 00
I) Distribuciones de Cuentas de Retiro Individual y Cuentas de Aportación Educativa (Someta Anejo F Individuo) .......... (11) 00
J) Dividendos de Fondo de Capital de Inversión o de Turismo (Someta Anejo Q1) .......... (12) 00
K) Ingresos de anualidades y pensiones (Anejo H Individuo, Parte II, línea 12) .......... (13) 00
L) Pensión recibida por divorcio o separación (Núm. seguro social del que paga: _____ ) (14) .......... (15) 00
M) Ganancia (o pérdida) atribuible a industria o negocio (Someta Anejo K Individuo) .......... (16) 00
N) Ganancia (o pérdida) atribuible a la agricultura (Someta Anejo L Individuo) .......... (17) 00
O) Ganancia (o pérdida) atribuible a profesiones y comisiones (Someta Anejo M Individuo) .......... (18) 00
P) Ganancia (o pérdida) atribuible a alquiler (Someta Anejo N Individuo) .......... (19) 00
Q) Ganancia (o pérdida) en la venta o permuta de activos de capital (Someta Anejo D Individuo) .......... (20) 00
R) Planes cualificados y Contratos de Anualidad Variable (Someta Anejo D Individuo) .......... (21) 00
S) Ganancia neta de capital a largo plazo en Fondos de Inversión (Someta Anejo Q1) .......... (22) 00

**3.** Total Ingreso Bruto (Sume líneas 1B, 1C y 2A a la 2S) .......... (23) 23,044 00
**4.** Pensión Pagada por Divorcio o Separación (seg. soc. del que la recibe: _____ ) (24) (Núm. sentencia _____ ) (25) (26)
**5.** Ingreso Bruto Ajustado (Línea 3 menos línea 4) .......... (30) 23,044 00

Periodo de Conservación: Diez (10) años

PRSoft, Inc. (www.prsoft.com)

Formulario
Form 499R-2/W-2 PR
Rev. 07.08

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**

**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

| INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |

| | |
|---|---|
| **1. Nombre-First Name** MARTA | **3. Núm. Seguro Social** Social Security No. |
| **Apellido(s) - Surname(s)** RIVERA ESPADA | **4. Núm. de Ident. Patronal** Employer's Ident. No. (EIN.) |
| **Dirección Postal del Empleado-Employee's Mailing Address** VILLA MADRID CALLE 2 BLOQUE B-9 | **5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension** Día Day / Mes Month / Año Year |
| **2. Nombre y Dirección Postal del Patrono** Employer's Name and Mailing Address L8102150500 J R RODRIG DEPT DE EDUCACION-CLASIFICADOS AVE. TENIENTE CESAR GONZALEZ ESQUINA CALAF HATO REY, PR 00919 | **6. Costo de Pensión o Anualidad** Cost of Pension or Annuity 0.00 |

| | | |
|---|---|---|
| **7. Sueldos - Wages** 23044.00 | **17. Total Sueldos Seguro Social** Social Security Wages 23044.00 |
| **8. Comisiones - Commissions** 0.00 | **18. Seguro Social Retenido** Social Security Tax Withheld 1428.73 |
| **9. Concesiones - Allowances** 0.00 | **19. Total Sueldos y Pro. Medicare** Medicare Wages and Tips 23044.00 |
| **10. Propinas - Tips** 0.00 | **20. Contrib. Medicare Retenida** Medicare Tax Withheld 334.14 |
| **11. Total=7+8+9+10** 23044.00 | **21. Propinas Seguro Social** Social Security Tips 0.00 |
| **12. Gastos Reembolsados** Reimbursed Expenses 0.00 | **22. Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips** 0.00 |
| **13. Cont. Retenida - Tax Withheld** 1264.62 | **23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips** 0.00 |
| **14. Fondo de Retiro** Retirement Fund 1824.11 | |
| **15. Aportaciones a Planes Cualific.** Contributions to CODA PLANS 0.00 | |
| **16. Salarios bajo Ley Núm. 324 de 2004** Salaries under Act No. 324 of 2004 0.00 | 0.00 |

**Número de Teléfono del Patrono**
Employer's Telephone Number

**Fecha de Cese de Operaciones:** Día Day / Mes Month / Año Year
Cease of Operations Date:

**Número de Control - Control Number**
017599673

Copia C para Récord
del Empleado

Copy C for Employee's
Records

Año:
Year: **2008**

Reproducido por: Departamento de Hacienda

TRIBUNAL DEL DISTRITO DE LOS ESTADOS UNIDOS

PARA EL DISTRITO DE PUERTO RICO

# Réplica

FAKE DROP BOX
RECEIVED & FILED

2020 MAR 10 PM 12: 08

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

24 de febrero de 2020

marta.mr305@gmail.com

Marta I. Rivera Espada

Urbanización Villa Madrid B-9  Calle #2

Coamo, Puerto Rico, 00769

Teléfono (787) 453-6939

En el asunto de:
JUNTA DE SUPERVISION Y ADMINISTRACION
FINANCIERA PARA PUERTO RICO.
Como representante de:
ESTADO LIBRE ASOCIADO DE PUERTO RICO y Otros

PROMESA, Título III
Número 17 BK 3283-LTS
**La presente radicación guarda relación con el ELA y el SRE**

### Epígrafe

**NOTIFICACION DE LA CENTESIMA CUADRAGESIMA CUARTA OBJECION GLOBAL ( NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASEDE UNAS LEYES PUERTORRIQUEÑAS NO ESPECIFICADAS.**

**Número de reclamación: 125596**

Mediante esta misiva solicito al **Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico**, que declare a lugar la objeción global en relación al reclamo por el pago de la **Ley # 180 de Escala Salarial**,  ya que el mismo no fue adjudicado ni pagado por la Ley de Quiebras de Puerto Rico.

Trabajé para el Gobierno de Puerto Rico, Rico en la Agencia del  Departamento de Educación durante 12 años, sin recibir el pago por el aumento o incentivo del gobierno para ese entonces.  Estimo que durante esos años se me adeuda la cantidad aproximada de **$ 7,500.**

También deseo solicitar al tribunal que sea diligente y acepte mi objeción por estar fuera de la fecha indicada.  El haber excedido la fecha límite se debe a las consecuencias de los temblores y sismos que han ocurrido en PuertoRíco; por tanto no se pudo enviar en o antes del 18 de febrero de 2020.  Por consiguiente no estaba la información completa en su totalidad en la réplica.  Se adjunta documentación justificativa para evidenciar la objeción.  Tal documentación son mis planillas dsde el año 2004 hasta el año 2008, donde se demuestra que laboré para el Gobierno de Puerto Rico el cual nunca me otorgó el aumento que por ley me correspondía.

Cordialmente,

Marta I. Rivera Espada
Marta I. Rivera Espada

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el asunto de:<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>como representante de<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO y otros,<br><br>Deudores. | PROMESA,<br>Título III<br><br>Núm. 17 BK 3283-LTS<br><br>(Administrada conjuntamente)<br><br>**La presente radicación guarda relación con el ELA y el SRE.** |

**NOTIFICACIÓN DE LA CENTÉSIMA CUADRAGÉSIMA CUARTA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE UNAS LEYES PUERTORRIQUEÑAS NO ESPECIFICADAS**

**SI SU RECLAMO ESTÁ INCLUIDO EN EL ANEXO A DE LA OBJECIÓN GLOBAL, EL ELA Y/O EL SRE SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

**SI SU RECLAMO ES MENCIONADO EN EL ANEXO A, DEBERÁ LEER DETENIDAMENTE ESTA NOTIFICACIÓN Y LA OBJECIÓN GLOBAL, Y COMENTARLAS CON SU ABOGADO. SI NO TIENE ABOGADO, ES POSIBLE QUE DESEE ACUDIR A UNO.**

      **OBSÉRVESE QUE** el 14 de enero de 2020, el Estado Libre Asociado de Puerto Rico (el "ELA") y el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE"), a través de la Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión"), como representante del ELA y del SRE conforme al artículo 315(b) de la *Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA"),[1] radicaron la *Centésima cuadragésima cuarta objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Reclamos deficientes en los que se alegan intereses sobre la base de unas leyes puertorriqueñas no*

---

[1] PROMESA ha sido codificada en el Título 48 U.S.C., §§ 2101-2241.

*especificadas* (la "<u>Objeción global</u>") ante el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "<u>Tribunal</u>"). [2]

<div style="border:1px solid black;">

### SÍNTESIS

- **COMPRUEBE SI SU(S) RECLAMO(S) SE MENCIONA(N) EN EL <u>ANEXO A</u> DE LA OBJECIÓN GLOBAL.**

- **Si su(s) reclamo(s) <u>NO</u> se menciona(n) en el <u>Anexo A</u>, la Objeción global no afectará a su reclamo, por lo que NO tendrá que realizar ninguna acción.**

- Si su(s) reclamo(s) se menciona(n) en el <u>Anexo A</u> de la Objeción global, el ELA y/o el SRE solicitan que su(s) reclamo(s) que se mencione(n) en el <u>Anexo A</u> sea(n) rechazado(s) porque, como se explicó en la Objeción global que acompaña este documento, los datos de los Deudores indican que su reclamo es deficiente. La Objeción global y el <u>Anexo A</u> de la Objeción global proporcionan detalles adicionales sobre los reclamos deficientes en cuestión.

- Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.

- **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

</div>

**SI NO CONTESTA CONFORME A LA PRESENTE NOTIFICACIÓN, EL TRIBUNAL PODRÁ CONCEDER EL REMEDIO SOLICITADO EN LA OBJECIÓN GLOBAL SIN OTRA NOTIFICACIÓN NI VISTA.**

<div style="border:1px solid black;">

### NOTIFICACIÓN IMPORTANTE CONFORME A LA REGLA LOCAL 3007-1

Cualquiera de las partes a la que se haya notificado la presente Objeción global, o cualquier parte de la acción que objete al remedio aquí solicitado, deberá radicar y enviar una réplica a la Objeción global a la secretaría del Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico antes de las **04:00 p.m. (AST)** del **18 de febrero de 2020**, salvo extensión por escrito por parte del ELA o el SRE. Si no se radica ninguna réplica en el plazo mencionado, se considerará que no se ha opuesto a la Objeción global, por lo que esta podrá ser declarada ha lugar, salvo que: 1) el remedio solicitado esté legalmente prohibido; 2) el remedio solicitado sea contrario al orden público; o 3) a criterio del Tribunal, el interés de la justicia exija otra cosa. Si radica una réplica en tiempo, el Tribunal podrá convocar una vista.

</div>

---

[2] Los términos en mayúscula utilizados que no estén definidos en el presente documento tendrán el significado que les haya sido atribuido en la Objeción global.

**Información muy importante relativa a la elección, por parte de las Demandantes, para radicar una réplica**

**Quién tiene la obligación de radicar una réplica.** Cualquiera de las partes que impugne la Objeción global tiene la obligación de radicar una réplica de conformidad con los procedimientos aquí establecidos. Si la parte cuyo reclamo quede sujeto a la Objeción global no radica ni notifica una réplica de conformidad con los procedimientos aquí establecidos, el Tribunal podrá declarar ha lugar a la Objeción global en relación con tal reclamo sin más notificaciones a la demandante.

**Quién NO tiene la obligación de radicar una réplica.** Si usted no se opone al remedio solicitado en la Objeción global, no tendrá que radicar ninguna réplica por escrito a la Objeción global ni tendrá que comparecer en la vista sobre la Objeción global (según se explica abajo). Además, la Objeción global solo se aplica a los reclamos mencionados en el Anexo A relativo a la Objeción global, cuya copia está disponible en línea, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si su reclamo no se menciona en el Anexo A de la Objeción global, no será necesario radicar ninguna réplica.

**Fecha límite para radicar una réplica.** Su réplica se considerará radicada dentro de los plazos establecidos **solo** si la radica ante el Tribunal **y** la notifica antes de las **04:00 p.m. (AST) del 18 de febrero de 2020**, salvo extensión por escrito por parte del ELA o el SRE, o previa solicitud por escrito dirigida al Tribunal y una orden del Tribunal que extienda la fecha límite.

---

**La fecha límite para radicar y notificar una réplica se cumple a las 04:00 p.m. (AST) del 18 de febrero de 2020.**

---

**Vista sobre la Objeción global.** Si se radica y notifica una réplica de manera adecuada conforme a la presente notificación, se celebrará una vista sobre la Objeción global y la réplica a las **09:30 a.m. (AST) del 4 de marzo de 2020** ante su señoría, Laura Taylor Swain, en el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767. Si radica una réplica a la Objeción global, deberá prever su comparecencia en la vista sobre la Objeción global. Sin embargo, el ELA y el SRE se reservan el derecho, previa notificación con tres (3) días hábiles de antelación, a paralizar la vista en relación con la Objeción global y la réplica.

Los Deudores podrán radicar una contestación a su réplica o contestación en un alegato oral durante la vista. Los Deudores podrán radicar su contestación en un plazo máximo de siete (7) días naturales antes de la celebración de la vista sobre la Objeción global y la réplica.

---

**EL TRIBUNAL SOLO TENDRÁ EN CONSIDERACIÓN SU RÉPLICA SI ESTA SE RADICA Y NOTIFICA ANTES DE LA FECHA LÍMITE PARA RESPONDER DE CONFORMIDAD CON LAS INSTRUCCIONES ESTABLECIDAS EN LA PRESENTE NOTIFICACIÓN.**

---

**Lo que hay que radicar con la réplica.** Su réplica a la Objeción global deberá contener la siguiente información:

(i)     **Datos de contacto.** La réplica deberá contener el **nombre**, la **dirección**, el **número de teléfono** y la **dirección de correo electrónico** 1) de la demandante que responda; 2) del

abogado o representante designado de la demandante al que los abogados del ELA o del SRE deban notificar una respuesta a la réplica, en su caso; o 3) de la parte con potestad para reconciliar, llegar a un acuerdo o de otro modo resolver la Objeción global en nombre de la demandante.

(ii)   **Epígrafe**. La réplica deberá contener un epígrafe que refleje el nombre del Tribunal, los nombres de los Deudores, el número de procedimiento, el Título de la Objeción global con la que guarde relación la réplica, y el/los número(s) de las evidencias de reclamos relacionados de Prime Clerk (que se mencionan en el <u>Anexo A</u> de la Objeción global y están disponibles en línea, de manera gratuita, en <u>https://cases.primeclerk.com/puertorico</u>).

(iii)   <u>**Motivo(s) para oponerse a la Objeción global**</u>. La réplica deberá contener una declaración concisa que establezca los motivos por los que el Tribunal no deba declarar ha lugar a la Objeción global en relación con su reclamo, incluidas las bases de hecho y de derecho que la demandante vaya a invocar al oponerse a la Objeción global.

(iv)   <u>**Documentación justificativa**</u>. En la medida en que ya no esté incluida en la evidencia de reclamo, la réplica deberá contener una copia de cualquier otra documentación u otras evidencias relativas al reclamo que la demandante vaya a invocar al oponerse a la Objeción global; <u>con la salvedad</u> de que la demandante no tendrá que revelar en la contestación información confidencial, reservada o protegida de cualquier otra forma; y también <u>con la salvedad de que</u> la demandante revelará al ELA y al SRE toda la información y proporcionará copias de la totalidad de los documentos que considere que son confidenciales, reservados o protegidos de cualquier otra forma y que tenga la intención de invocar en apoyo de su reclamo, con sujeción a las restricciones de confidencialidad pertinentes.

<u>**Dónde y cómo radicar y notificar una réplica**</u>. Todas las réplicas deberán radicarse de forma electrónica ante el Tribunal con el nombre de expediente *En el asunto de: Estado Libre Asociado de Puerto Rico*, núm. de procedimiento 17 BK 3283-LTS. Hay dos métodos que puede utilizar para radicar su réplica:

1.   **En línea**. Los usuarios inscritos en el sistema del Tribunal de radicación de causas deberán radicar su réplica de forma electrónica en un formato de documento susceptible de búsqueda.

2.   **Por correo postal**. Si usted no es un abogado que sea usuario inscrito en el sistema del Tribunal de radicación de causas, podrá radicar y notificar una réplica por correo postal dirigida a la Secretaría del Tribunal, a la Junta de Supervisión y al Comité de Acreedores a las siguientes direcciones:

> Secretaría (*Clerk's Office*)
> Tribunal de Distrito de los Estados Unidos
> Room 150 Federal Building
> San Juan (Puerto Rico) 00918-1767
>
> Abogado de la Junta de Supervisión (*Counsel for the Oversight Board*)
> Proskauer Rose LLP
> Eleven Times Square
> Nueva York, Nueva York 10036-8299

4

A/A: Martin J. Bienenstock
Brian S. Rosen

Abogado del Comité de Acreedores (*Counsel for the Creditors' Committee*)
Paul Hastings LLP
200 Park Avenue
Nueva York, Nueva York 10166
A/A: Luc A. Despins
James Bliss
James Worthington
G. Alexander Bongartz

SU RÉPLICA deberá enviarse para que se reciba por la Secretaría, la Junta de Supervisión y el Comité de Acreedores a más tardar a las **04:00 p.m. (AST)** del **18 de febrero de 2020**, salvo extensión por escrito por parte del ELA o el SRE o previa solicitud por escrito dirigida al Tribunal y una orden del Tribunal que extienda la fecha límite.

Si no puede radicar y notificar una réplica en línea o por correo postal, según se especificó anteriormente, podrá radicar una réplica en persona en la siguiente dirección a más tardar a las **04:00 p.m. (AST)** del **18 de febrero de 2020**, salvo extensión por escrito por parte del ELA o del SRE o previa solicitud por escrito dirigida al Tribunal y una orden del Tribunal que extienda la fecha límite:

Secretaría (*Clerk's Office*)
Tribunal de Distrito de los Estados Unidos
#150 Chardon Avenue
Federal Building
San Juan (Puerto Rico) 00918

Su réplica deberá incluir un certificado de notificación que indique la forma en la que se ha efectuado la notificación.

Si tiene alguna pregunta sobre cómo radicar y notificar una réplica, incluidas preguntas sobre el sistema del tribunal de radicación de causas, comuníquese con **Prime Clerk** llamando al **número directo (844) 822-9231**.

**Reserva de derechos**. NINGUNA DISPOSICIÓN CONTENIDA EN LA OBJECIÓN GLOBAL O EN LA PRESENTE NOTIFICACIÓN SE CONSIDERA NI CONSIDERARÁ QUE CONSTITUYE UNA RENUNCIA A CUALESQUIERA DERECHOS DEL ELA O DEL SRE, O DE CUALQUIER OTRA PARTE INTERESADA EN RELACIÓN CON LAS CAUSAS RADICADAS CONFORME AL TÍTULO III, A IMPUGNAR CUALESQUIERA RECLAMOS; A HACER VALER CONTRARRECLAMOS, DERECHOS A COMPENSACIÓN O RECUPERACIÓN, O CONTESTACIONES; A OBJETAR A LOS RECLAMOS (O A OTROS RECLAMOS O CAUSAS RADICADAS DE UNA DEMANDANTE) O A CUALESQUIERA MOTIVOS QUE NO SE HAYAN ALEGADO PREVIAMENTE EN UNA OBJECIÓN, SALVO QUE EL TRIBUNAL HAYA DECLARADO HA LUGAR A UN RECLAMO O HAYA ORDENADO OTRA COSA; O A SOLICITAR QUE SE DECLARE HA LUGAR A CUALQUIER RECLAMO EN EL FUTURO. A SU DEBIDO TIEMPO, LAS PARTES AFECTADAS RECIBIRÁN LA NOTIFICACIÓN PERTINENTE DE TODO ELLO.

---

**Recursos adicionales y con quién comunicarse en el caso de que tenga que formular preguntas**

Todos los documentos enviados en el marco de las causas radicadas conforme al Título III, incluidas copias de los reclamos radicados utilizando CM/ECF, se encuentran disponibles en línea, de manera gratuita, en https://cases.primeclerk.com/puertorico. El mantenimiento de dicho sitio web lo realiza Prime Clerk; el sitio web incluye una base de datos que permite efectuar búsquedas y que ayuda a localizar documentos.

Para obtener información adicional sobre la Objeción global, el estado de su réplica, su reclamo o la presente notificación, comuníquese con Prime Clerk llamando a su número directo **(844) 822-9231** (número gratuito para Estados Unidos y Puerto Rico) o al **(646) 486-7944** (para llamadas desde el extranjero), disponibles entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español). También podrá enviar consultas a la siguiente dirección de correo electrónico: puertoricoinfo@primeclerk.com.

---

Case: 14-02031 TS Doc#: 12215 Filed: 03/10/20 Entered: 03/10/20 16:29:53 Desc: Main Document Page 24 of 80

Formulario 482, Rev. 06-04

# FORMA LARGA

| Liquidador | Revisor |
|---|---|

| R | M | RO | VI | V2 | P1 | P2 | N | D | E | A | G |
|---|---|---|---|---|---|---|---|---|---|---|---|

**5 PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE EN ESTE...)**

Número de Serie

**2004** ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA
**PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS**
AÑO CONTRIBUTIVO 2004 O AÑO COMENZADO EL **2004**

1 de _enero_ de _04_ Y TERMINADO EL _31_ de _dic._ de _04_

PLANILLA: ◯ ENMENDADA
◯ FALLECIDO DURANTE EL AÑO
Sello de Pago

| Nombre | Inicial | Apellido Paterno | Apellido Materno | Número de Seguro Social |
|---|---|---|---|---|
| Maria | I. | Rivera | Espada | |

Dirección Postal
Urb. Villa Madrid B-9 Calle #2
Coamo, Puerto Rico 00769

Código Postal

"Coloque la etiqueta engomada (Label) aquí".

Fecha de Nacimiento
Día Mes Año   Sexo ◯ M ● F

Número de Seguro Social Cónyuge

Fecha de Nacimiento del Cónyuge
Día Mes Año

| Nombre e Inicial del Cónyuge | Apellido Paterno | Apellido Materno |
|---|---|---|
| N/A | | |

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)
Urb. Villa Madrid B-9 Calle #2
Coamo, P.R.   Código Postal 00769

Teléfono Residencia (787) 825-3778
Teléfono Oficina ( )

Correo Electrónico (E-Mail)

CAMBIO DE DIRECCION ◯ SI ◯ NO

Número de Recibo
Importe

**Encasillado 1**

SI NO
A. ● ◯ ¿Ciudadano de Estados Unidos?
B. ◯ ◯ ¿Residente de Puerto Rico al finalizar el año?
C. ◯ ◯ ¿Ingresos exentos de Lotería de Puerto Rico?
D. ◯ ● ¿Ingresos de premios de jugadas en Hipódromo?
E. ◯ ● ¿Otros ingresos exentos de contribución? (Someta Anejo)
F. ◯ ◯ ¿Obligación de hacer pagos a ASUME?

**ESTADO PERSONAL AL FINALIZAR SU AÑO CONTRIBUTIVO:**
1. ◯ Casado que vivía con su cónyuge y rinde planilla conjunta
2. ◯ Casado que no vivía con su cónyuge (No jefe de familia) (Indique nombre y seguro social del cónyuge)
3. ◯ Jefe de familia (No para casados)
4. ◯ Soltero
5. ◯ Casado que rinde por separado (Indique nombre y seguro social del cónyuge

**FUENTE DE MAYOR INGRESO:**
G. ● Empleado del Gobierno, Municipios y Corporaciones Públicas
H. ◯ Empleado del Gobierno Federal
I. ◯ Empleado de Empresa Privada

J. ◯ Retirado/Pensionado
K. ◯ Trabajo Cuenta Propia (Indique la industria o negocio principal)

Su ocupación _Aux. Adm._   Ocupación cónyuge

**CONTRATO GOBIERNO**
◯ CONTRIBUYENTE ◯ CONYUG

**PLANILLA 2005**
● ESPAÑOL ◯ INGLES

**Encasillado 2**

Sello de Recibido

| | A-Contribución Retenida | B-Sueldos, Comisiones, Concesiones y Propina |
|---|---|---|
| **1. Sueldos, Comisiones, Concesiones y Propinas** | | 19504 |
| **00** SUMINISTRE LOS COMPROBANTES DE RETENCION (Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique). | 1253 00 | |
| | 00 | |
| | 00 | |
| | 00 | |
| **01** Total (Núm. de comprobantes con esta planilla) ...... 1 | 1253 00 | 19,504 |

| | Contribución Retenida | | Salarios Federales |
|---|---|---|---|
| C. Salarios del Gobierno Federal (Véanse instrucciones) .............................. (01) | — 00 | (02) | — |

2. Otros Ingresos (o Pérdidas):
| | | |
|---|---|---|
| A) Ingreso de intereses (Anejo F Individuo, Parte I, línea 10) ..................................................... | (03) | — |
| B) Participación distribuible en beneficios de sociedades especiales (Someta Anejo F Individuo y Anejo R) ... | (04) | — |
| C) Participación distribuible en pérdidas de sociedades especiales (Someta Anejo R) ....................... | (05) | — |
| D) Dividendos de corporaciones y distribuciones de sociedades sujetos a retención (Anejo F Individuo, Parte II, línea 1A) ... | (06) | — |
| E) Dividendos de corporaciones y distribuciones de sociedades no sujetos a retención (Anejo F Individuo, Parte II, línea 3B) .... | (07) | — |
| F) Participación distribuible en beneficios de corporaciones de individuos (Someta Anejo F Individuo) ...... | (08) | — |
| G) Distribuciones del Programa de Cuentas de Ahorro para el Retiro (Anejo F Individuo, Parte V, línea 1A) ... | (09) | — |
| H) Ingresos misceláneos (Someta Anejo F Individuo) .............................................................. | (10) | — |
| I) Distribuciones de Cuentas de Retiro Individual y Cuentas de Aportación Educativa (Someta Anejo F Individuo) ... | (11) | — |
| J) Dividendos de Fondo de Capital de Inversión o de Turismo (Someta Anejo Q1) ............................ | (12) | — |
| K) Ingresos de anualidades y pensiones (Anejo H Individuo, Parte II, línea 12) ............................... | (13) | — |
| L) Pensión alimentaria recibida (Núm. seguro social del que paga: _____ ) (14) | (15) | — |
| M) Ganancia (o pérdida) atribuible a industria o negocio (Someta Anejo K Individuo) ........................ | (16) | — |
| N) Ganancia (o pérdida) atribuible a la agricultura (Someta Anejo L Individuo) ............................... | (17) | — |
| O) Ganancia (o pérdida) atribuible a profesiones y comisiones (Someta Anejo M Individuo) ................. | (18) | — |
| P) Ganancia (o pérdida) atribuible a alquiler (Someta Anejo N Individuo) ..................................... | (19) | — |
| Q) Ganancia (o pérdida) en la venta o permuta de activos de capital y Planes cualificados (Someta Anejo D Individuo) ... | (20) | — |
| R) Ganancia neta de capital a largo plazo en Fondos de Inversión (Someta Anejo Q1) ........................ | (21) | 19504 |
| 3. Total Ingreso Bruto (Sume líneas 1B, 1C y 2A a la 2R) ........................................................ | (22) | 19504 |
| 4. Pensión Alimentaria Pagada (Núm. seguro social del que la recibe: _____ ) (23) | (24) | — |
| 5. Ingreso Bruto Ajustado (Línea 3 menos línea 4) .............................................................. | (30) | 19504 |

Período de Conservación: Diez (10) años

Formulario
Form 499R-2/W-2 PR
Rev. 05.04

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

| INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
|---|---|

| 1. Nombre-First Name<br>MARTA | 3. Núm. Seguro Social<br>Social Security No. | 8. Sueldos - Wages<br>19,504.00 | 17. Total Sueldos Seguro Social<br>Social Security Wages<br>19,504.00 |
| Apellido(s) - Surname(s)<br>RIVERA ESPADA | 4. Estado Civil - Civil Status<br>Soltero ☐ Casado ☐<br>Single Married | 9. Comisiones - Commissions<br>0.00 | 18. Seguro Social Retenido<br>Social Security Tax Withheld<br>1,209.25 |
| Dirección Postal del Empleado-Employee's Mailing Address<br>VILLA MADRID<br>CALLE 2 BLOQUE B-9<br>COAMO, PR 00000 | 5. Núm. Seguro Social Cónyuge<br>Spouse's Social Security No. | 10. Concesiones - Allowances<br>0.00 | 19. Total Sueldos y Pro. Medicare<br>Medicare Wages and Tips<br>19,504.00 |
| | 6. Núm. de Ident. Patronal<br>Employer's Ident. No. (EIN) | 11. Propinas - Tips<br>0.00 | 20. Contrib. Medicare Retenida<br>Medicare Tax Withheld<br>282.81 |
| 2. Nombre y Dirección Postal del Patrono<br>Employer's Name and Mailing Address<br>L8102192106 OF SUPERIN<br>DEPT DE EDUCACION-CLASIFICADOS<br>AVE. TENIENTE CESAR GONZALEZ<br>ESQUINA CALAF<br>HATO REY, PR 00919 | 7. Costo de Pensión o Anualidad<br>Cost of Pension or Annuity | 12. Total=8+9+10+11<br>19,504.00 | 21. Propinas Seguro Social<br>Social Security Tips<br>0.00 |
| | Copia C para Récord<br>del Empleado<br>Copy C for Employee's<br>Records | 13. Gastos Reembolsados<br>Reimbursed Expenses<br>0.00 | 22. Seguro Social no Retenido<br>en Propinas - Uncollected<br>Social Security on Tips<br>0.00 |
| Número de Teléfono del Patrono<br>Employer's Telephone Number | | 14. Cont. Retenida - Tax Withheld<br>1,253.48 | |
| Fecha de Cese de Operaciones<br>Cease of Operations Date | Año:<br>Year: 2004 | 15. Fondo de Retiro<br>Retirement Fund<br>1,531.20 | 23. Contrib. Medicare no Retenida<br>en Propinas – Uncollected<br>Medicare Tax on Tips<br>0.00 |
| Número de Control - Control Number<br>39235492 | | 16. Aportaciones a Planes Cualific.<br>Contributions to CODA PLANS<br>0.00 | |

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas
Conservation: Ten (10) years from the filing date in the Return Processing Bureau

Reproducido por: Departamento de Hacienda

Formulario 482 · Rev. 06/05

# FORMA LARGA

| Liquidador | Revisor |
|---|---|

| R | M | RO | V1 | V2 | P1 | P2 | N | D | E | A | G |
|---|---|---|---|---|---|---|---|---|---|---|---|

**2005**

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA
PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2005 O AÑO COMENZADO EL
___ de _____ de _____ Y TERMINADO EL ___ de _____ de

**2005**

PLANILLA CON CHEQUE (PAVOR DE FIRMAR CHEQUE EN ESTE LUGAR)

Número de Serie

○ PLANILLA ENMENDADA

○ FALLECIDO DURANTE EL AÑO: __/__/__
  Día  Mes  Año

Sello de Pago

| Nombre | Inicial | Apellido Paterno | Apellido Materno |
|---|---|---|---|
| Marta | L. | Rivera | Espada |

Dirección Postal
Villa Madrid B-9 Calle 2
Coamo, P.R.            Código Postal  00769

"Coloque la etiqueta engomada (Label) aquí".

| Nombre e inicial del Cónyuge | Apellido Paterno | Apellido Materno |
|---|---|---|

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)
Can. #545 Km. 1.3 Interior 596 Sector
Los Loro, Bo. Los Llanos
Coamo, P.R.            Código Postal  00769

Correo Electrónico (E-Mail)

Número de Seguro Social
.........

Fecha de Nacimiento      Sexo ○ M  ○ F
Día  Mes  Año

Número de Seguro Social Cónyuge

Fecha de Nacimiento del Cónyuge
Día   Mes    Año

Teléfono Residencia
(   )

Teléfono Oficina
(   )

CAMBIO DE DIRECCION
○ SI   ●○ No

Número de Recibo
Importe:

## Encasillado 1

|  | SI | NO |  |
|---|---|---|---|
| A. | ● | ○ | ¿Ciudadano de Estados Unidos? |
| B. | ● | ○ | ¿Residente de Puerto Rico al finalizar el año? |
| C. | ○ | ● | ¿Ingresos exentos de Lotería de Puerto Rico? |
| D. | ○ | ● | ¿Ingresos de premios de jugadas en Hipódromo? |
| E. | ○ | ● | ¿Otros ingresos exentos de contribución? (Someta Anejo) |
| F. | ○ | ● | ¿Obligación de hacer pagos a ASUME? |

**ESTADO PERSONAL AL FINALIZAR SU AÑO CONTRIBUTIVO:**
1. ○ Casado que vivía con su cónyuge y rinde planilla conjunta
2. ○ Casado que no vivía con su cónyuge (No jefe de familia) (Indique nombre y seguro social del cónyuge)
3. ○ Jefe de familia (No para casados)
4. ○ Soltero
5. ○ Casado que rinde por separado (Indique nombre y seguro social del cónyuge)

**FUENTE DE MAYOR INGRESO:**
G. ● Empleado del Gobierno, Municipios y Corporaciones Públicas
H. ○ Empleado del Gobierno Federal
I. ○ Empleado de Empresa Privada

Su ocupación  Aux. Adm.  8110   Ocupación cónyuge

J. ○ Retirado/Pensionado
K. ○ Trabajo Cuenta Propia (Indique la industria o negocio principal)

**CONTRATO GOBIERNO**
○ CONTRIBUYENTE   ○ CONYUGE

PLANILLA 2006
●○ ESPAÑOL   ○ INGLES

## Encasillado 2

Sello de Recibido

**1. Sueldos, Comisiones, Concesiones y Propinas**

| | A-Contribución Retenida | B-Sueldos,Comisiones, Concesiones y Propinas |
|---|---|---|
| **00** SUMINISTRE LOS COMPROBANTES DE RETENCION (Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique). | 1,390 00 | 21,100 00 |
| | 00 | 00 |
| | 00 | 00 |
| | 00 | 00 |
| **01** Total (Núm. de comprobantes con esta planilla)  1 | 1,390 00 | 21,100 00 |

| | Contribución Retenida | Salarios Federales |
|---|---|---|
| C- Salarios del Gobierno Federal (Véanse instrucciones) ............... (01) | 00 (02) | 00 |

**2. Otros Ingresos (o Pérdidas):**

| | | |
|---|---|---|
| A) Ingreso de intereses (Anejo F Individuo, Parte I, línea 10) .................... (03) | | 00 |
| B) Participación distribuible en beneficios de sociedades especiales (Someta Anejo F Individuo y Anejo R) ......... (04) | | 00 |
| C) Participación distribuible en pérdidas de sociedades especiales (Someta Anejo R) ................ (05) | | 00 |
| D) Dividendos de corporaciones y distribuciones de sociedades sujetos a retención (Anejo F Individuo, Parte II, línea 1A) .... (06) | | 00 |
| E) Dividendos de corporaciones y distribuciones de sociedades no sujetos a retención (Anejo F Individuo, Parte II, línea 3B) ... (07) | | 00 |
| F) Participación distribuible en beneficios de corporaciones de individuos (Someta Anejo F Individuo) ......... (08) | | 00 |
| G) Distribuciones del Programa de Cuentas de Ahorro para el Retiro (Anejo F Individuo, Parte V, línea 1A) ...... (09) | | 00 |
| H) Ingresos misceláneos (Someta Anejo F Individuo) ................... (10) | | 00 |
| I) Distribuciones de Cuentas de Retiro Individual y Cuentas de Aportación Educativa (Someta Anejo F Individuo) .... (11) | | 00 |
| J) Dividendos de Fondo de Capital de Inversión o de Turismo (Someta Anejo Q1) ............... (12) | | 00 |
| K) Ingresos de anualidades y pensiones (Anejo H Individuo, Parte II, línea 12) ............ (13) | | 00 |
| L) Pensión recibida por divorcio o separación (Núm. seguro social del que paga: _____ ) (14) (16) | | 00 |
| M) Ganancia (o pérdida) atribuible a industria o negocio (Someta Anejo K Individuo) ............ (17) | | 00 |
| N) Ganancia (o pérdida) atribuible a la agricultura (Someta Anejo L Individuo) ............. (18) | | 00 |
| O) Ganancia (o pérdida) atribuible a profesiones y comisiones (Someta Anejo M Individuo) ............ (19) | | 00 |
| P) Ganancia (o pérdida) atribuible a alquiler (Someta Anejo N Individuo) ............. (20) | | 00 |
| Q) Ganancia (o pérdida) en la venta o permuta de activos de capital y Planes cualificados (Someta Anejo D Individuo) .... (21) | | 00 |
| R) Ganancia neta de capital a largo plazo en Fondos de Inversión (Someta Anejo Q1) ........... (22) | 21,100 | 00 |
| 3. Total Ingreso Bruto (Sume líneas 1B, 1C y 2A a la 2R) ................ (22) | 21,100 | 00 |
| 4. Pensión Pagada por Divorcio o Separación (seg. soc. del que la recibe: _____ )(23) (Núm. sentencia _____ ) (24) (25) | | |
| 5. Ingreso Bruto Ajustado (Línea 3 menos línea 4) ................ (30) | 21,100 | 00 |

Período de Conservación: Diez (10) años

Formulario
Form 499R-2/W-2 PR
Rev. 05.05

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

| | |
|---|---|
| **1. Nombre - First Name** | |
| MARTA | |
| **Apellido(s) - Surname(s)** | |
| RIVERA ESPADA | |
| **Dirección Postal del Empleado-Employee's Mailing Address** | |
| VILLA MADRID CALLE 2 BLOQUE B-9 | |
| COAMO, PR 00000 | |

**2. Nombre y Dirección Postal del Patrono**
**Employer's Name and Mailing Address**

L8102158321 CF COAMO
DEPT DE EDUCACION-CLASIFICADOS
AVE. TENIENTE CESAR GONZALEZ
ESQUINA CALAF
HATO REY, PR 00919

**Número de Teléfono del Patrono**
**Employer's Telephone Number**

**Fecha de Cese de Operaciones**
**Cease of Operations Date**

**Número de Control - Control Number**

50658349

**3. Núm. Seguro Social**
**Social Security No.**

**4. Estado Civil - Civil Status**

Soltero
Single ☐      Casado
Married ☐

**5. Núm. de Ident. Patronal**
**Employer's Ident. No. (EIN)**

**6. Costo de Pensión o Anualidad**
**Cost of Pension or Annuity**
0.00

Copia B para Planilla
del Empleado
Copy B for Employee's
Tax Return

Año:
Year: **2005**

**INFORMACION PARA EL DEPARTAMENTO DE HACIENDA**
**DEPARTMENT OF THE TREASURY INFORMATION**

| | |
|---|---|
| **7. Sueldos - Wages** | 21100.31 |
| **8. Comisiones - Commissions** | 0.00 |
| **9. Concesiones - Allowances** | 0.00 |
| **10. Propinas - Tips** | 0.00 |
| **11. Total=7+8+9+10** | 21100.31 |
| **12. Gastos Reembolsados**<br>**Reimbursed Expenses** | 0.00 |
| **13. Cont. Retenida - Tax Withheld** | 1390.49 |
| **14. Fondo de Retiro**<br>**Retirement Fund** | 1605.60 |
| **15. Aportaciones a Planes Cualific.**<br>**Contributions to CODA PLANS** | 0.00 |
| **16. Salarios bajo Ley Núm. 324 de 2004**<br>**Salaries under Act No. 324 of 2004** | 0.00 |

**INFORMACION PARA EL SEGURO SOCIAL**
**SOCIAL SECURITY INFORMATION**

| | |
|---|---|
| **17. Total Sueldos Seguro Social**<br>**Social Security Wages** | 21100.31 |
| **18. Seguro Social Retenido**<br>**Social Security Tax Withheld** | 1308.22 |
| **19. Total Sueldos y Pro. Medicare**<br>**Medicare Wages and Tips** | 21100.31 |
| **20. Contrib. Medicare Retenida**<br>**Medicare Tax Withheld** | 305.95 |
| **21. Propinas Seguro Social**<br>**Social Security Tips** | 0.00 |
| **22. Seguro Social no Retenido**<br>**en Propinas - Uncollected**<br>**Social Security on Tips** | 0.00 |
| **23. Contrib. Medicare no Retenida**<br>**en Propinas - Uncollected**<br>**Medicare Tax on Tips** | 0.00 |

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas
Conservation: Ten (10) years from the filing date in the Return Processing Bureau

Reproducido por: Departamento de Hacienda

Corte aquí

Formulario 482 Rev. 09.06

# FORMA LARGA

⬭ PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE EN ESTE LUGAR)

| Liquidador | Revisor |
|---|---|

| R | G | R0 | V1 | V2 | P1 | P2 | N | D | E | A | M |
|---|---|---|---|---|---|---|---|---|---|---|---|

**2006**
**2006**

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA
PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2006 O AÑO COMENZADO EL

_1_ de _enero_ de _06_ Y TERMINADO EL _31_ de _diciembre_ de _06_

**Número de Serie**

⬭ PLANILLA ENMENDADA
⬭ FALLECIDO DURANTE EL AÑO: Día Mes Año

**Sello de Pago**

Nombre del Contribuyente  Inicial   Apellido Paterno   Apellido Materno

_Marta_     _Rivera Espada_

Dirección Postal

_Villa Madrid 6-4 Calle 2_
_Coamo, P.R._     Código Postal _00769_

Número de Seguro Social Contribuyente

Fecha de Nacimiento   Sexo
⬭ M
⬭ F

Número de Seguro Social del Cónyuge

Fecha de Nacimiento del Cónyuge
Día   Mes   Año

"Coloque la etiqueta engomada (Label) aquí".

Nombre e Inicial del Cónyuge   Apellido Paterno   Apellido Materno

Teléfono Residencia
(   )

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)

_Bo. Los Llanos - Fctas Caribe_
_Coamo, P.R._     Código Postal _00769_

Teléfono del Trabajo
(   )

Correo Electrónico (E-Mail)

CAMBIO DE DIRECCION
⬭ SI  ⬭ No

Número de Recibo:
Importe:

## Encasillado 1

| | SI | NO | |
|---|---|---|---|
| A. | ⬭ | ⬭ | ¿Ciudadano de Estados Unidos? |
| B. | ⬭ | ⬭ | ¿Residente de Puerto Rico al finalizar el año? |
| C. | ⬭ | ⬭ | ¿Ingresos exentos de Lotería de Puerto Rico? |
| D. | ⬭ | ⬭ | ¿Ingresos de premios de jugadas en Hipódromo? |
| E. | ⬭ | ⬭ | ¿Otros ingresos exentos de contribución? (Someta Anejo) |
| F. | ⬭ | ⬭ | ¿Obligación de hacer pagos a ASUME? |

**ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:**
1. ⬭ Casado que vivía con su cónyuge y rinde planilla conjunta
2. ⬭ Casado que no vivía con su cónyuge (No jefe de familia)
     (Indique nombre y seguro social del cónyuge arriba)
3. ⬭ Jefe de familia (No para casados)
4. ⬭ Soltero
5. ⬭ Casado que rinde por separado (Indique nombre y seguro social del cónyuge)

**FUENTE DE MAYOR INGRESO:**
G. ⬭ Empleado del Gobierno, Municipios o Corporaciones Públicas
H. ⬭ Empleado del Gobierno Federal
I. ⬭ Empleado de Empresa Privada

J. ⬭ Retirado/Pensionado
K. ⬭ Trabajo Cuenta Propia (Indique la industria o negocio principal)

**CONTRATO GOBIERNO**
⬭ CONTRIBUYENTE  ⬭ CONYUGE

**PLANILLA 2007**
⬭ ESPAÑOL  ⬭ INGLES

Su ocupación _Aux. Adm._  _8110_   Ocupación cónyuge

## Encasillado 2

Sello de Recibido

**1. Sueldos, Comisiones, Concesiones y Propinas**

00 SUMINISTRE LOS COMPROBANTES DE RETENCION
(Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique).

01 Total de comprobantes con esta planilla .. _1_

| | A-Contribución Retenida | | B-Sueldos, Comisiones, Concesiones y Propinas | |
|---|---|---|---|---|
| | 1,480 | 00 | 22,193 | 00 |
| | | 00 | | 00 |
| | | 00 | | 00 |
| | | 00 | | 00 |
| | 1,480 | 00 | 22,193 | 00 |

| | Contribución Retenida | | Salarios Federales | |
|---|---|---|---|---|
| C- Salarios del Gobierno Federal (Véanse instrucciones) ........................................... (01) | | 00 | (02) | 00 |

**2. Otros Ingresos (o Pérdidas):**

| | | | |
|---|---|---|---|
| A) Ingreso de intereses (Anejo F Individuo, Parte I, línea 10) .......................................... | (03) | | 00 |
| B) Participación distribuible en beneficios de sociedades especiales (Someta Anejo F Individuo y Anejo R) .... | (04) | | 00 |
| C) Participación distribuible en pérdidas de sociedades especiales (Someta Anejo R) ................... | (05) | | 00 |
| D) Dividendos de corporaciones y distribuciones de sociedades sujetas a retención (Anejo F Individuo, Parte I, líneas 1A a la 1C, según aplique) | (06) | | 00 |
| E) Dividendos de corporaciones y distribuciones de sociedades no sujetas a retención (Anejo F Individuo, Parte II, línea 3D) | (07) | | 00 |
| F) Participación distribuible en beneficios de corporaciones de individuos (Someta Anejo F Individuo) ....... | (08) | | 00 |
| G) Distribuciones de Planes Gubernamentales (Anejo F Individuo, Parte V, líneas 1C y 1E) ............... | (09) | | 00 |
| H) Ingresos misceláneos (Someta Anejo F Individuo) .................................................. | (10) | | 00 |
| I) Distribuciones de Cuentas de Retiro Individual y Cuentas de Aportación Educativa (Someta Anejo F Individuo) | (11) | | 00 |
| J) Dividendos de Fondo de Capital de Inversión o de Turismo (Someta Anejo Q1) ........................ | (12) | | 00 |
| K) Ingresos de anualidades y pensiones (Anejo H Individuo, Parte II, línea 12) ......................... | (13) | | 00 |
| L) Pensión recibida por divorcio o separación (Núm. seguro social del que paga: _____ ) | (14) (15) | | 00 |
| M) Ganancia (o pérdida) atribuible a industria o negocio (Someta Anejo K Individuo) .................... | (16) | | 00 |
| N) Ganancia (o pérdida) atribuible a la agricultura (Someta Anejo L Individuo) ........................ | (17) | | 00 |
| O) Ganancia (o pérdida) atribuible a profesiones y comisiones (Someta Anejo M Individuo) ............... | (18) | | 00 |
| P) Ganancia (o pérdida) atribuible a alquiler (Someta Anejo N Individuo) .............................. | (19) | | 00 |
| Q) Ganancia (o pérdida) en la venta o permuta de activos de capital y Planes cualificados (Someta Anejo D Individuo) | (20) | | 00 |
| R) Ganancia neta de capital a largo plazo en Fondos de Inversión (Someta Anejo Q1) .................... | (21) | | 00 |
| 3. **Total Ingreso Bruto** (Sume líneas 1B, 1C y 2A a la 2R) ......................................... | (22) | 22,193 | 00 |
| 4. Pensión Pagada por Divorcio o Separación (seg. soc. del que la recibe: _____ )(23) (Núm. sentencia _____ ) | (24) (25) | | 00 |
| 5. **Ingreso Bruto Ajustado** (Línea 3 menos línea 4) ............................................... | (30) | 22,193 | 00 |

Período de Conservación: Diez (10) años

Case:17-03283-LTS Doc#:12215 Filed:03/10/20 Entered:03/10/20 16:29:53 Desc: Main Document Page 1 of 1

# FORMA LARGA

| Liquidador | Revisor |
|---|---|
| R G RO V1 V2 P1 P2 N D1 D2 E A M | |

**2007** **2007**

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA
PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2007 O AÑO COMENZADO EL
1 de Enero de 07 Y TERMINADO EL 31 de dic de 07

Número de Serie

○ PLANILLA ENMENDADA

○ FALLECIDO DURANTE EL AÑO: __/__/__
Dia Mes Año

Sello de Pago

**Nombre del Contribuyente** Inicial **Apellido Paterno** **Apellido Materno**
Marta Rivera Espada

**Dirección Postal**
Villa Madrid B-9 Calle 2
Coamo, P.R. Código Postal 00769

"Coloque la etiqueta engomada (Label) aquí".

**Nombre e inicial del Cónyuge** **Apellido Paterno** **Apellido Materno**

**Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)**
Los Llanos sector Caribe
Coamo, P.R. Código Postal 00769

**Correo Electrónico (E-Mail)**

**Número de Seguro Social Contribuyente**

Fecha de Nacimiento     Sexo ○ M ○ F
Dia Mes Año

**Número de Seguro Social Cónyuge**

Fecha de Nacimiento del Cónyuge
Dia Mes Año

Teléfono Residencia ( )

Teléfono del Trabajo ( )

CAMBIO DE DIRECCION ○ Si ● No

Número de Recibo: ___
Importe: ___

## Encasillado 1

| | SI | NO | |
|---|---|---|---|
| A. | ● | ○ | ¿Ciudadano de Estados Unidos? |
| B. | ● | ○ | ¿Residente de Puerto Rico al finalizar el año? |
| C. | ○ | ● | ¿Ingresos exentos de Lotería de Puerto Rico? |
| D. | ○ | ● | ¿Ingresos de premios de jugadas en Hipódromo? |
| E. | ○ | ● | ¿Otros ingresos exentos (Someta Anejo) |
| F. | ○ | ● | ¿Obligación de hacer pagos a ASUME? |

**FUENTE DE MAYOR INGRESO:**

| G. | ● | Empleado del Gobierno, Municipios o Corporaciones Públicas |
| H. | ○ | Empleado del Gobierno Federal |
| I. | ○ | Empleado de Empresa Privada |

Su ocupación ___

**ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:**
1. ○ Casado que vivía con su cónyuge y rinde planilla conjunta
2. ○ Casado que no vivía con su cónyuge (No jefe de familia) (Indique nombre y seguro social del cónyuge arriba)
3. ○ Jefe de familia (No para casados)
4. ○ Soltero
5. ○ Casado que rinde por separado (Indique nombre y seguro social del cónyuge)

J. ○ Retirado/Pensionado
K. ○ Trabajo Cuenta Propia (Indique la industria o negocio principal)

Ocupación cónyuge ___

**CONTRATO GOBIERNO**
○ CONTRIBUYENTE ○ CONYUGE

PLANILLA 2008
● ESPAÑOL ○ INGLES

Sello de Recibido
Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
1166-Colecturía Coamo
RECIBIDO
APR 14 2008
SIN PAGO
03-2756

## Encasillado 2

**1.** Sueldos, Comisiones, Concesiones y Propinas

**00** SUMINISTRE LOS COMPROBANTES DE RETENCION (Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique).

**01** Total de comprobantes con esta planilla .. 1

| | A-Contribución Retenida | B-Sueldos, Comisiones, Concesiones y Propinas |
|---|---|---|
| | 1,247 00 | 22,762 |
| | 00 | |
| | 00 | |
| | 00 | |
| Total de comprobantes con esta planilla | 1,247 00 | 22,762 |
| | Contribución Retenida | Salarios Federales |

**C.** Salarios del Gobierno Federal. (Véanse instrucciones) ........ (01) | 00 | (02)

**2.** Otros Ingresos (o Pérdidas):
A) Ingreso de intereses (Anejo F Individuo, Parte I, línea 10) ........ (03)
B) Participación distribuible en beneficios de sociedades especiales (Someta Anejo F Individuo y Anejo R) ... (04)
C) Participación distribuible en pérdidas de sociedades especiales (Someta Anejo R) ... (05)
D) Dividendos de corporaciones y distribuciones de sociedades sujetos a retención (Anejo F Individuo, Parte II, línea 1A) ... (06)
E) Dividendos de corporaciones y distribuciones de sociedades no sujetos a retención (Anejo F Individuo, Parte II, línea 3B) ... (07)
F) Participación distribuible en beneficios de corporaciones de individuos (Someta Anejo F Individuo) ... (08)
G) Distribuciones de Planes Gubernamentales (Anejo F Individuo, Parte V, líneas 1C y 1D) ... (09)
H) Ingresos misceláneos (Someta Anejo F Individuo) ... (10)
I) Distribuciones de Cuentas de Retiro Individual y Cuentas de Aportación Educativa (Someta Anejo F Individuo) ... (11)
J) Dividendos de Fondo de Capital de Inversión o de Turismo (Someta Anejo Q1) ... (12)
K) Ingresos de anualidades y pensiones (Anejo H Individuo, Parte II, línea 12) ... (13)
L) Pensión recibida por divorcio o separación (Núm. seguro social del que paga: ___ ) (14) ... (15)
M) Ganancia (o pérdida) atribuible a industria o negocio (Someta Anejo K Individuo) ... (16)
N) Ganancia (o pérdida) atribuible a la agricultura (Someta Anejo L Individuo) ... (17)
O) Ganancia (o pérdida) atribuible a profesiones y comisiones (Someta Anejo M Individuo) ... (18)
P) Ganancia (o pérdida) atribuible a alquiler (Someta Anejo N Individuo) ... (19)
Q) Ganancia (o pérdida) en la venta o permuta de activos de capital y Planes cualificados (Someta Anejo D Individuo) ... (20)
R) Ganancia neta de capital a largo plazo en Fondos de Inversión (Someta Anejo Q1) ... (21)

**3.** Total Ingreso Bruto (Sume líneas 1B, 1C y 2A a la 2R) ... (22) 22,762
**4.** Pensión Pagada por Divorcio o Separación (seg. soc. del que la recibe: ___ )(23)(Núm. sentencia ___ ) (24) (25)
**5.** Ingreso Bruto Ajustado (Línea 3 menos línea 4) ... (30) 22,762

Formulario
Form 499R-2/W-2 PR
Rev. 06.07

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**

**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

| INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
|---|---|

**1. Nombre - First Name**
MARTA

**Apellido(s) - Surname(s)**
RIVERA ESPADA

**Dirección Postal del Empleado-Employee's Mailing Address**
VILLA MADRID
CALLE 2 BLOQUE B-9

COAMO, PR 00000

**2. Nombre y Dirección Postal del Patrono
Employer's Name and Mailing Address**
L8102158321 CF COAMO
DEPT DE EDUCACION-CLASIFICADOS
AVE. TENIENTE CESAR GONZALEZ
ESQUINA CALAF
HATO REY, PR 00919

**Número de Teléfono del Patrono
Employer's Telephone Number**

**Fecha de Cese de Operaciones:** Día Mes Año
**Cease of Operations Date:** Day Month Year

**Número de Control - Control Number**
45516741

**3. Núm. Seguro Social
Social Security No.**

**4. Núm. de Ident. Patronal
Employer's Ident. No. (EIN.)**

**5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension**
Día / Day    Mes / Month    Año / Year

**6. Costo de Pensión o Anualidad
Cost of Pension or Annuity**
0.00

Copia B para Planilla
del Empleado
Copy B for Employee's
Tax Return

Año:
Year: **2007**

| | |
|---|---|
| **7. Sueldos - Wages** | 22762.30 |
| **8. Comisiones - Commissions** | 0.00 |
| **9. Concesiones - Allowances** | 0.00 |
| **10. Propinas - Tips** | 0.00 |
| **11. Total=7+8+9+10** | 22762.30 |
| **12. Gastos Reembolsados Reimbursed Expenses** | 0.00 |
| **13. Cont. Retenida - Tax Withheld** | 1247.62 |
| **14. Fondo de Retiro Retirement Fund** | 1675.20 |
| **15. Aportaciones a Planes Cualific. Contributions to CODA PLANS** | 0.00 |
| **16. Salarios bajo Ley Núm. 324 de 2004 Salaries under Act No. 324 of 2004** | 0.00 |

| | |
|---|---|
| **17. Total Sueldos Seguro Social Social Security Wages** | 22762.30 |
| **18. Seguro Social Retenido Social Security Tax Withheld** | 1411.26 |
| **19. Total Sueldos y Pro. Medicare Medicare Wages and Tips** | 22762.30 |
| **20. Contrib. Medicare Retenida Medicare Tax Withheld** | 330.05 |
| **21. Propinas Seguro Social Social Security Tips** | 0.00 |
| **22. Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips** | 0.00 |
| **23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips** | 0.00 |

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas
Retention: Ten (10) years from the filing date in the Return Processing Bureau

Reproducido por: Departamento de Hacienda

Corte aquí

Formulario 482 Rev. 11.08

# FORMA LARGA

| ○ PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE EN ESTE LUGAR) | | Número de Serie |
|---|---|---|

| Liquidador | Revisor |
|---|---|

**2008** ESTADO LIBRE ASOCIADO DE PUERTO RICO DEPARTAMENTO DE HACIENDA **2008**
PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2008 O AÑO COMENZADO EL

| R | G | RO | V1 | V2 | P1 | P2 | N | D1 | D2 | E | A | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

1 de enero de 2008 Y TERMINADO EL 31 de diciembre de 2008

○ PLANILLA ENMENDADA
○ FALLECIDO DURANTE EL AÑO: Día Mes Año

Sello de Pago

| Nombre del Contribuyente | Inicial | Apellido Paterno | Apellido Materno |
|---|---|---|---|
| MARTA | I | RIVERA ESPADA | |

**Número de Seguro Social Contribuyente**

Dirección Postal

URB. VILLA MADRID

CALLE 2 B-9

COAMO PR                    Código Postal   00769

| Fecha de Nacimiento | | | Sexo |
|---|---|---|---|
| Día | Mes | Año | ○ M ○ F |

Número de Seguro Social Cónyuge

"Coloque la etiqueta engomada (Label) aquí".

| Nombre e Inicial del Cónyuge | Apellido Paterno | Apellido Materno |
|---|---|---|

| Fecha de Nacimiento del Cónyuge | | |
|---|---|---|
| Día | Mes | Año |

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)

LOS LLANOS SECTOR CARIBE

COAMO PR          Código Postal   00769

Teléfono Residencia
(787) 453-6939
Teléfono del Trabajo

Correo Electrónico (E-Mail)

CAMBIO DE DIRECCION
○ SI ○ NO

Número de Recibo:
Importe:

## Encasillado 1

| | SI | NO | |
|---|---|---|---|
| A. | ○ | ○ | ¿Ciudadano de Estados Unidos? |
| B. | ○ | ○ | ¿Residente de Puerto Rico al finalizar el año? |
| C. | ○ | ○ | ¿Ingresos exentos de Lotería de Puerto Rico? |
| D. | ○ | ○ | ¿Ingresos de premios de jugadas en Hipódromo? |
| E. | ○ | ○ | ¿Otros ingresos exentos de contribución? (Someta Anejo) |
| F. | ○ | ○ | ¿Obligación de hacer pagos a ASUME? |

FUENTE DE MAYOR INGRESO:
G. ○ Empleado del Gobierno, Municipios o Corporaciones Públicas
H. ○ Empleado del Gobierno Federal
I. ○ Empleado de Empresa Privada
Su ocupación  AUXILIAR ADMINIS   8110   Ocupación cónyuge

ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:
1. ○ Casado que vivía con su cónyuge y rinde planilla conjunta
2. ○ Casado que no vivía con su cónyuge (No jefe de familia) (Indique nombre y seguro social del cónyuge arriba)
3. ○ Jefe de familia (No para casados)
4. ○ Soltero
5. ○ Casado que rinde por separado (Indique nombre y seguro social del cónyuge)

J. ○ Retirado/Pensionado
K. ○ Trabajo Cuenta Propia (Indique la industria o negocio principal)

CONTRATO GOBIERNO
○ CONTRIBUYENTE  ○ CONYUGE

PLANILLA 2009
○ ESPAÑOL  ○ INGLES

○ Ennegrezca aquí si se acoge al cómputo opcional de la contribución en el caso de personas casadas que viven juntas, rinden planilla conjunta y que ambos trabajen. No complete los Encasillados 2 y 3, ni las líneas 15 a la 25 del Encasillado 4, y pase al Anejo CO Individuo.

## Encasillado 2

Sello de Recibido
DEPARTAMENTO DE HACIENDA
1169 Colecturía Coamo
RECIBIDO
ABR 07 2009
SIN PAGO
SECRETARIO DE HACIENDA

| | | A-Contribución Retenida | B-Sueldos, Comisiones, Concesiones y Propinas |
|---|---|---|---|
| **1. Sueldos, Comisiones, Concesiones y Propinas** | | | |
| (00) SUMINISTRE LOS COMPROBANTES DE RETENCION (Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique). | | 1,264 00 | 23,044 00 |
| | | 00 | 00 |
| | | 00 | 00 |
| | | 00 | 00 |
| (01) Total de comprobantes con esta planilla .. 1 | | 1,264 00 | 23,044 00 |

| | Contribución Retenida | | Salarios Federales |
|---|---|---|---|
| C. Salarios del Gobierno Federal (Véanse instrucciones) (01) | 00 | (02) | 00 |

2. Otros Ingresos (o Pérdidas):
A) Ingreso de intereses (Anejo F Individuo, Parte I, línea 10) ......................................... (03) 00
B) Participación distribuible en beneficios de sociedades especiales (Someta Anejo F Individuo y R) ... (04) 00
C) Participación distribuible en pérdidas de sociedades especiales (Someta Anejo R) ............... (05) 00
D) Dividendos de corporaciones y distribuciones de sociedades sujetos a retención (Anejo F Individuo, Parte II, línea 1A) ... (06) 00
E) Dividendos de corporaciones y distribuciones de sociedades no sujetos a retención (Anejo F Individuo, Parte II, línea 3B) ... (07) 00
F) Participación distribuible en beneficios de corporaciones de individuos (Someta Anejo F Individuo) ... (08) 00
G) Distribuciones de Planes Gubernamentales (Anejo F Individuo, Parte V, líneas 1C y 1D) ........... (10) 00
H) Ingresos misceláneos (Someta Anejo F Individuo) .................................................. (10) 00
I) Distribuciones de Cuentas de Retiro Individual y Cuentas de Aportación Educativa (Someta Anejo F Individuo) ... (11) 00
J) Dividendos de Fondo de Capital de Inversión o de Turismo (Someta Anejo Q1) ................... (12) 00
K) Ingresos de anualidades y pensiones (Anejo H Individuo, Parte II, línea 12) ..................... (13) 00
L) Pensión recibida por divorcio o separación (Núm. seguro social del que paga: _____) ......... (14) (15) 00
M) Ganancia (o pérdida) atribuible a industria o negocio (Someta Anejo K Individuo) .............. (16) 00
N) Ganancia (o pérdida) atribuible a la agricultura (Someta Anejo L Individuo) .................... (17) 00
O) Ganancia (o pérdida) atribuible a profesiones y comisiones (Someta Anejo M Individuo) ......... (18) 00
P) Ganancia (o pérdida) atribuible a alquiler (Someta Anejo N Individuo) ........................... (20) 00
Q) Ganancia (o pérdida) en la venta o permuta de activos de capital (Someta Anejo D Individuo) ... (20) 00
R) Planes cualificados y Contratos de Anualidad Variable (Someta Anejo D Individuo) .............. (21) 00
S) Ganancia neta de capital a largo plazo en Fondos de Inversión (Someta Anejo Q1) ............... (22) 00
3. Total Ingreso Bruto (Sume líneas 1B, 1C y 2A a 2S) ................................................ (23) 23,044 00
4. Pensión Pagada por Divorcio o Separación (seg. soc. del que la recibe: _____)(24)(Núm. sentencia _____)(25) 00
5. Ingreso Bruto Ajustado (Línea 3 menos línea 4) .................................................. (30) 23,044 00

Período de Conservación: Diez (10) años

PRSoft, Inc. (www.prsoft.com)

| Formulario<br>Form 499R-2/W-2 PR<br>Rev. 07.08 | ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO<br>DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY | INFORMACION PARA EL<br>DEPARTAMENTO DE<br>HACIENDA<br>DEPARTMENT OF THE<br>TREASURY INFORMATION | INFORMACION PARA EL<br>SEGURO SOCIAL<br>SOCIAL SECURITY<br>INFORMATION |
|---|---|---|---|

**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

| | | |
|---|---|---|
| **1. Nombre-First Name**<br>MARTA | **3. Núm. Seguro Social**<br>Social Security No. | **7. Sueldos - Wages**<br>23044.00 |
| **Apellido(s) - Surname(s)**<br>RIVERA ESPADA | | **8. Comisiones - Commissions**<br>0.00 |
| **Dirección Postal del Empleado-Employee's Mailing Address**<br>VILLA MADRID<br>CALLE 2 BLOQUE B-9 | **4. Núm. de Ident. Patronal**<br>Employer's Ident. No. (EIN.) | **9. Concesiones - Allowances**<br>0.00 |
| | **5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension**<br>Dia / Day   Mes / Month   Año / Year | **10. Propinas - Tips**<br>0.00 |

**17. Total Sueldos Seguro Social** Social Security Wages — 23044.00
**18. Seguro Social Retenido** Social Security Tax Withheld — 1428.73
**19. Total Sueldos y Pro. Medicare** Medicare Wages and Tips — 23044.00
**20. Contrib. Medicare Retenida** Medicare Tax Withheld — 334.14
**21. Propinas Seguro Social** Social Security Tips — 0.00
**22. Seguro Social no Retenido en Propinas - Uncollected** Social Security on Tips — 0.00
**23. Contrib. Medicare no Retenida en Propinas - Uncollected** Medicare Tax on Tips — 0.00

**2. Nombre y Dirección Postal del Patrono** Employer's Name and Mailing Address
L8102150500 J R RODRIG
DEPT DE EDUCACION-CLASIFICADOS
AVE. TENIENTE CESAR GONZALEZ
ESQUINA CALAF
HATO REY, PR 00919

**6. Costo de Pensión o Anualidad** Cost of Pension or Annuity — 0.00

**11. Total=7+8+9+10** — 23044.00
**12. Gastos Reembolsados** Reimbursed Expenses — 0.00
**13. Cont. Retenida - Tax Withheld** — 1264.62
**14. Fondo de Retiro** Retirement Fund — 1824.11
**15. Aportaciones a Planes Cualific.** Contributions to CODA PLANS — 0.00
**16. Salarios bajo Ley Núm. 324 de 2004** Salaries under Act No. 324 of 2004 — 0.00

Copia C para Récord del Empleado
Copy C for Employee's Records

Año:
Year: **2008**

**Número de Teléfono del Patrono** Employer's Telephone Number

**Fecha de Cese de Operaciones:** Dia / Day   Mes / Month   Año / Year
Cease of Operations Date:

**Número de Control - Control Number**
017599673

Reproducido por: Departamento de Hacienda

TRIBUNAL DEL DISTRITO DE LOS ESTADOS UNIDOS

PARA EL DISTRITO DE PUERTO RICO

# Réplica

24 de febrero de 2020

marta.mr305@gmail.com

Marta I. Rivera Espada

Urbanización Villa Madrid B-9  Calle #2

Coamo, Puerto Rico, 00769

Teléfono (787) 453-6939

En el asunto de:
JUNTA DE SUPERVISION Y ADMINISTRACION
FINANCIERA PARA PUERTO RICO.
          Como representante de:
ESTADO LIBRE ASOCIADO DE PUERTO RICO y Otros

PROMESA, Título III
Número 17 BK 3283-LTS
**La presente radicación guarda relación con el ELA y el SRE**

### Epígrafe

**NOTIFICACION DE LA CENTESIMA CUADRAGESIMA CUARTA OBJECION GLOBAL ( NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASEDE UNAS LEYES PUERTORRIQUEÑAS NO ESPECIFICADAS.**

**Número de reclamación: 125596**

Mediante esta misiva solicito al **Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico**, que declare a lugar la objeción global en relación al reclamo por el pago de la *Ley # 96 Sila Calderón*,  ya que el mismo no fue adjudicado ni pagado por la Ley de Quiebras de Puerto Rico.

Trabajé para el Gobierno de Puerto Rico, Rico en la Agencia del  Departamento de Educación durante 12 años, sin recibir el pago por el aumento o incentivo del gobierno para ese entonces.  Estimo que durante esos años se me adeuda la cantidad aproximada de **$ 7,500.**

También deseo solicitar al tribunal que sea diligente y acepte mi objeción por estar fuera de la fecha indicada.  El haber excedido la fecha límite se debe a las consecuencias de los temblores y sismos que han ocurrido en PuertoRico; por tanto no se pudo enviar en o antes del 18 de febrero de 2020.  Por consiguiente no estaba la información completa en su totalidad en la réplica.  Se adjunta documentación justificativa para evidenciar la objeción.  Tal documentación son mis planillas desde el año 2004 hasta el año 2008, donde se demuestra que laboré  para el Gobierno de Puerto Rico el cual nunca me otorgó el aumento que por ley me correspondía.

Cordialmente,

*Marta I. Rivera Espada*
Marta I. Rivera Espada

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

<table>
<tr>
<td>

En el asunto de:

JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN
FINANCIERA PARA PUERTO RICO,

     como representante de

ESTADO LIBRE ASOCIADO DE PUERTO RICO y
otros,

                          Deudores.

</td>
<td>

PROMESA,
Título III

Núm. 17 BK 3283-LTS

(Administrada conjuntamente)

**La presente radicación guarda
relación con el ELA y el SRE.**

</td>
</tr>
</table>

**NOTIFICACIÓN DE LA CENTÉSIMA CUADRAGÉSIMA CUARTA OBJECIÓN GLOBAL (NO
SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y DEL SISTEMA DE
RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE
PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES
SOBRE LA BASE DE UNAS LEYES PUERTORRIQUEÑAS NO ESPECIFICADAS**

---

**SI SU RECLAMO ESTÁ INCLUIDO EN EL <u>ANEXO A</u> DE LA OBJECIÓN GLOBAL, EL ELA
Y/O EL SRE SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS
INDICAN QUE SU RECLAMO ES DEFICIENTE.**

**SI SU RECLAMO ES MENCIONADO EN EL <u>ANEXO A</u>, DEBERÁ LEER DETENIDAMENTE
ESTA NOTIFICACIÓN Y LA OBJECIÓN GLOBAL, Y COMENTARLAS CON SU ABOGADO.
SI NO TIENE ABOGADO, ES POSIBLE QUE DESEE ACUDIR A UNO.**

---

      **OBSÉRVESE QUE** el 14 de enero de 2020, el Estado Libre Asociado de Puerto Rico (el "<u>ELA</u>")
y el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "<u>SRE</u>"),
a través de la Junta de Supervisión y Administración Financiera para Puerto Rico (la "<u>Junta de
Supervisión</u>"), como representante del ELA y del SRE conforme al artículo 315(b) de la *Ley para la
Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("<u>PROMESA</u>"),[1] radicaron la
*Centésima cuadragésima cuarta objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico
y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a
Reclamos deficientes en los que se alegan intereses sobre la base de unas leyes puertorriqueñas no*

---

[1] PROMESA ha sido codificada en el Título 48 U.S.C., §§ 2101-2241.

*especificadas* (la "Objeción global") ante el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "Tribunal"). [2]

---

### SÍNTESIS

- **COMPRUEBE SI SU(S) RECLAMO(S) SE MENCIONA(N) EN EL <u>ANEXO A</u> DE LA OBJECIÓN GLOBAL.**

- **Si su(s) reclamo(s) <u>NO</u> se menciona(n) en el <u>Anexo A</u>, la Objeción global no afectará a su reclamo, por lo que NO tendrá que realizar ninguna acción.**

- Si su(s) reclamo(s) se menciona(n) en el <u>Anexo A</u> de la Objeción global, el ELA y/o el SRE solicitan que su(s) reclamo(s) que se mencione(n) en el <u>Anexo A</u> sea(n) rechazado(s) porque, como se explicó en la Objeción global que acompaña este documento, los datos de los Deudores indican que su reclamo es deficiente. La Objeción global y el <u>Anexo A</u> de la Objeción global proporcionan detalles adicionales sobre los reclamos deficientes en cuestión.

- Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.

- **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

---

### SI NO CONTESTA CONFORME A LA PRESENTE NOTIFICACIÓN, EL TRIBUNAL PODRÁ CONCEDER EL REMEDIO SOLICITADO EN LA OBJECIÓN GLOBAL SIN OTRA NOTIFICACIÓN NI VISTA.

---

### NOTIFICACIÓN IMPORTANTE CONFORME A LA REGLA LOCAL 3007-1

Cualquiera de las partes a la que se haya notificado la presente Objeción global, o cualquier parte de la acción que objete al remedio aquí solicitado, deberá radicar y enviar una réplica a la Objeción global a la secretaría del Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico antes de las **04:00 p.m. (AST)** del **18 de febrero de 2020**, salvo extensión por escrito por parte del ELA o el SRE. Si no se radica ninguna réplica en el plazo mencionado, se considerará que no se ha opuesto a la Objeción global, por lo que esta podrá ser declarada ha lugar, salvo que: 1) el remedio solicitado esté legalmente prohibido; 2) el remedio solicitado sea contrario al orden público; o 3) a criterio del Tribunal, el interés de la justicia exija otra cosa. Si radica una réplica en tiempo, el Tribunal podrá convocar una vista.

---

[2] Los términos en mayúscula utilizados que no estén definidos en el presente documento tendrán el significado que les haya sido atribuido en la Objeción global.

**Información muy importante relativa a la elección, por parte de las Demandantes, para radicar una réplica**

**Quién tiene la obligación de radicar una réplica.** Cualquiera de las partes que impugne la Objeción global tiene la obligación de radicar una réplica de conformidad con los procedimientos aquí establecidos. Si la parte cuyo reclamo quede sujeto a la Objeción global no radica ni notifica una réplica de conformidad con los procedimientos aquí establecidos, el Tribunal podrá declarar ha lugar a la Objeción global en relación con tal reclamo sin más notificaciones a la demandante.

**Quién NO tiene la obligación de radicar una réplica.** Si usted no se opone al remedio solicitado en la Objeción global, no tendrá que radicar ninguna réplica por escrito a la Objeción global ni tendrá que comparecer en la vista sobre la Objeción global (según se explica abajo). Además, la Objeción global solo se aplica a los reclamos mencionados en el Anexo A relativo a la Objeción global, cuya copia está disponible en línea, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si su reclamo no se menciona en el Anexo A de la Objeción global, no será necesario radicar ninguna réplica.

**Fecha límite para radicar una réplica.** Su réplica se considerará radicada dentro de los plazos establecidos solo si la radica ante el Tribunal y la notifica antes de las **04:00 p.m. (AST)** del **18 de febrero de 2020**, salvo extensión por escrito por parte del ELA o el SRE, o previa solicitud por escrito dirigida al Tribunal y una orden del Tribunal que extienda la fecha límite.

> **La fecha límite para radicar y notificar una réplica se cumple a las**
> **04:00 p.m. (AST) del 18 de febrero de 2020.**

**Vista sobre la Objeción global.** Si se radica y notifica una réplica de manera adecuada conforme a la presente notificación, se celebrará una vista sobre la Objeción global y la réplica a las **09:30 a.m. (AST) del 4 de marzo de 2020** ante su señoría, Laura Taylor Swain, en el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767. Si radica una réplica a la Objeción global, deberá prever su comparecencia en la vista sobre la Objeción global. Sin embargo, el ELA y el SRE se reservan el derecho, previa notificación con tres (3) días hábiles de antelación, a paralizar la vista en relación con la Objeción global y la réplica.

Los Deudores podrán radicar una contestación a su réplica o contestación en un alegato oral durante la vista. Los Deudores podrán radicar su contestación en un plazo máximo de siete (7) días naturales antes de la celebración de la vista sobre la Objeción global y la réplica.

> **EL TRIBUNAL SOLO TENDRÁ EN CONSIDERACIÓN SU RÉPLICA SI ESTA SE RADICA Y NOTIFICA ANTES DE LA FECHA LÍMITE PARA RESPONDER DE CONFORMIDAD CON LAS INSTRUCCIONES ESTABLECIDAS EN LA PRESENTE NOTIFICACIÓN.**

**Lo que hay que radicar con la réplica.** Su réplica a la Objeción global deberá contener la siguiente información:

(i)     **Datos de contacto.** La réplica deberá contener el **nombre**, la **dirección**, el **número de teléfono** y la **dirección de correo electrónico** 1) de la demandante que responda; 2) del

abogado o representante designado de la demandante al que los abogados del ELA o del SRE deban notificar una respuesta a la réplica, en su caso; o 3) de la parte con potestad para reconciliar, llegar a un acuerdo o de otro modo resolver la Objeción global en nombre de la demandante.

(ii) **Epígrafe**. La réplica deberá contener un epígrafe que refleje el nombre del Tribunal, los nombres de los Deudores, el número de procedimiento, el Título de la Objeción global con la que guarde relación la réplica, y el/los número(s) de las evidencias de reclamos relacionados de Prime Clerk (que se mencionan en el Anexo A de la Objeción global y están disponibles en línea, de manera gratuita, en https://cases.primeclerk.com/puertorico).

(iii) **Motivo(s) para oponerse a la Objeción global**. La réplica deberá contener una declaración concisa que establezca los motivos por los que el Tribunal no deba declarar ha lugar a la Objeción global en relación con su reclamo, incluidas las bases de hecho y de derecho que la demandante vaya a invocar al oponerse a la Objeción global.

(iv) **Documentación justificativa**. En la medida en que ya no esté incluida en la evidencia de reclamo, la réplica deberá contener una copia de cualquier otra documentación u otras evidencias relativas al reclamo que la demandante vaya a invocar al oponerse a la Objeción global; con la salvedad de que la demandante no tendrá que revelar en la contestación información confidencial, reservada o protegida de cualquier otra forma; y también con la salvedad de que la demandante revelará al ELA y al SRE toda la información y proporcionará copias de la totalidad de los documentos que considere que son confidenciales, reservados o protegidos de cualquier otra forma y que tenga la intención de invocar en apoyo de su reclamo, con sujeción a las restricciones de confidencialidad pertinentes.

**Dónde y cómo radicar y notificar una réplica**. Todas las réplicas deberán radicarse de forma electrónica ante el Tribunal con el nombre de expediente *En el asunto de: Estado Libre Asociado de Puerto Rico*, núm. de procedimiento 17 BK 3283-LTS. Hay dos métodos que puede utilizar para radicar su réplica:

1. **En línea**. Los usuarios inscritos en el sistema del Tribunal de radicación de causas deberán radicar su réplica de forma electrónica en un formato de documento susceptible de búsqueda.

2. **Por correo postal**. Si usted no es un abogado que sea usuario inscrito en el sistema del Tribunal de radicación de causas, podrá radicar y notificar una réplica por correo postal dirigida a la Secretaría del Tribunal, a la Junta de Supervisión y al Comité de Acreedores a las siguientes direcciones:

Secretaría (*Clerk's Office*)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

Abogado de la Junta de Supervisión (*Counsel for the Oversight Board*)
Proskauer Rose LLP
Eleven Times Square
Nueva York, Nueva York 10036-8299

A/A: Martin J. Bienenstock
Brian S. Rosen

Abogado del Comité de Acreedores (*Counsel for the Creditors' Committee*)
Paul Hastings LLP
200 Park Avenue
Nueva York, Nueva York 10166
A/A: Luc A. Despins
James Bliss
James Worthington
G. Alexander Bongartz

SU RÉPLICA deberá enviarse para que se reciba por la Secretaría, la Junta de Supervisión y el Comité de Acreedores a más tardar a las **04:00 p.m. (AST)** del **18 de febrero de 2020**, salvo extensión por escrito por parte del ELA o el SRE o previa solicitud por escrito dirigida al Tribunal y una orden del Tribunal que extienda la fecha límite.

Si no puede radicar y notificar una réplica en línea o por correo postal, según se especificó anteriormente, podrá radicar una réplica en persona en la siguiente dirección a más tardar a las **04:00 p.m. (AST)** del **18 de febrero de 2020**, salvo extensión por escrito por parte del ELA o del SRE o previa solicitud por escrito dirigida al Tribunal y una orden del Tribunal que extienda la fecha límite:

Secretaría (*Clerk's Office*)
Tribunal de Distrito de los Estados Unidos
#150 Chardon Avenue
Federal Building
San Juan (Puerto Rico) 00918

Su réplica deberá incluir un certificado de notificación que indique la forma en la que se ha efectuado la notificación.

Si tiene alguna pregunta sobre cómo radicar y notificar una réplica, incluidas preguntas sobre el sistema del tribunal de radicación de causas, comuníquese con **Prime Clerk** llamando al **número directo (844) 822-9231**.

**Reserva de derechos**. NINGUNA DISPOSICIÓN CONTENIDA EN LA OBJECIÓN GLOBAL O EN LA PRESENTE NOTIFICACIÓN SE CONSIDERA NI CONSIDERARÁ QUE CONSTITUYE UNA RENUNCIA A CUALESQUIERA DERECHOS DEL ELA O DEL SRE, O DE CUALQUIER OTRA PARTE INTERESADA EN RELACIÓN CON LAS CAUSAS RADICADAS CONFORME AL TÍTULO III, A IMPUGNAR CUALESQUIERA RECLAMOS; A HACER VALER CONTRARRECLAMOS, DERECHOS A COMPENSACIÓN O RECUPERACIÓN, O CONTESTACIONES; A OBJETAR A LOS RECLAMOS (O A OTROS RECLAMOS O CAUSAS RADICADAS DE UNA DEMANDANTE) O A CUALESQUIERA MOTIVOS QUE NO SE HAYAN ALEGADO PREVIAMENTE EN UNA OBJECIÓN, SALVO QUE EL TRIBUNAL HAYA DECLARADO HA LUGAR A UN RECLAMO O HAYA ORDENADO OTRA COSA; O A SOLICITAR QUE SE DECLARE HA LUGAR A CUALQUIER RECLAMO EN EL FUTURO. A SU DEBIDO TIEMPO, LAS PARTES AFECTADAS RECIBIRÁN LA NOTIFICACIÓN PERTINENTE DE TODO ELLO.

---

**Recursos adicionales y con quién comunicarse en el caso de que tenga que formular preguntas**

Todos los documentos enviados en el marco de las causas radicadas conforme al Título III, incluidas copias de los reclamos radicados utilizando CM/ECF, se encuentran disponibles en línea, de manera gratuita, en https://cases.primeclerk.com/puertorico. El mantenimiento de dicho sitio web lo realiza Prime Clerk; el sitio web incluye una base de datos que permite efectuar búsquedas y que ayuda a localizar documentos.

Para obtener información adicional sobre la Objeción global, el estado de su réplica, su reclamo o la presente notificación, comuníquese con Prime Clerk llamando a su número directo **(844) 822-9231** (número gratuito para Estados Unidos y Puerto Rico) o al **(646) 486-7944** (para llamadas desde el extranjero), disponibles entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español). También podrá enviar consultas a la siguiente dirección de correo electrónico: puertoricoinfo@primeclerk.com.

---

Formulario 482   Rev.  05.04

# FORMA LARGA

| Liquidador | Revisor |
|---|---|

| R | M | RO | V1 | V2 | P1 | P2 | N | D | E | A | G |
|---|---|---|---|---|---|---|---|---|---|---|---|

PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE EN ESTE LUGAR)

**2004**
ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA
PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2004 O AÑO COMENZADO EL
**2004**

1 de _enero_ de _04_ Y TERMINADO EL 31 de _dic._ de _04_

Número de Serie

PLANILLA: ◯ ENMENDADA
◯ FALLECIDO DURANTE EL AÑO

Sello de Pago

| Nombre | Inicial | Apellido Paterno | Apellido Materno |
|---|---|---|---|
| Marta | I. | Rivera | Espada |

Número de Seguro Social

Dirección Postal
Urb. Villa Madrid B-9 Calle #2
Coamo, Puerto Rico 00769

Código Postal

Fecha de Nacimiento
Día  Mes  Año

Sexo ◯ M ◯ F

Número de Seguro Social Cónyuge

"Coloque la etiqueta engomada (Label) aquí".

| Nombre e Inicial del Cónyuge | Apellido Paterno | Apellido Materno |
|---|---|---|
| N/A | | |

Fecha de Nacimiento del Cónyuge
Día  Mes  Año

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)
Urb. Villa Madrid B-9 Calle #2
Coamo, P.R.       Código Postal 00769

Teléfono Residencia
(787) 825-3778

Teléfono Oficina
(   )

Correo Electrónico (E-Mail)

CAMBIO DE DIRECCION
◯ SI   ◯ NO

Número de Recibo

Sello de Recibido
Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
1166-Colecturía Coamo
RECIBIDO
08 ABR. 2005
SIN PAGO

## Encasillado 1

| | SI | NO | |
|---|---|---|---|
| A. | ◯ | ◯ | ¿Ciudadano de Estados Unidos? |
| B. | ◯ | ◯ | ¿Residente de Puerto Rico al finalizar el año? |
| C. | ◯ | ◯ | ¿Ingresos exentos de Lotería de Puerto Rico? |
| D. | ◯ | ◯ | ¿Ingresos de premios de jugadas en Hipódromo? |
| E. | ◯ | ◯ | ¿Otros ingresos exentos de contribución? (Someta Anejo) |
| F. | ◯ | ◯ | ¿Obligación de hacer pagos a ASUME? |

**ESTADO PERSONAL AL FINALIZAR SU AÑO CONTRIBUTIVO:**
1. ◯ Casado que vivía con su cónyuge y rinde planilla conjunta
2. ◯ Casado que no vivía con su cónyuge (No jefe de familia) (Indique nombre y seguro social del cónyuge)
3. ◯ Jefe de familia (No para casados)
4. ◯ Soltero
5. ◯ Casado que rinde por separado (Indique nombre y seguro social del cónyuge

**FUENTE DE MAYOR INGRESO:**
G. ◯ Empleado del Gobierno, Municipios y Corporaciones Públicas
H. ◯ Empleado del Gobierno Federal
I. ◯ Empleado de Empresa Privada

Su ocupación  Aux. Adm.       Ocupación cónyuge

J. ◯ Retirado/Pensionado
K. ◯ Trabajo Cuenta Propia (Indique la industria o negocio principal)

**CONTRATO GOBIERNO**
◯ CONTRIBUYENTE   ◯ CONYUG

**PLANILLA 2005**
◯ ESPAÑOL   ◯ INGLES

## Encasillado 2

| | | A-Contribución Retenida | B-Sueldos, Comisiones, Concesiones y Propina |
|---|---|---|---|
| **1. Sueldos, Comisiones, Concesiones y Propinas** | | | |
| 00 SUMINISTRE LOS COMPROBANTES DE RETENCION (Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique). | | 1253 00 | 19504 |
| | | 00 | |
| | | 00 | |
| | | 00 | |
| 01 Total (Núm. de comprobantes con esta planilla) ........ 1 | | 1253 00 | 19,504 |

C- Salarios del Gobierno Federal (Véanse instrucciones) ............................. (01)

Contribución Retenida        Salarios Federales

2. Otros Ingresos (o Pérdidas):

| | | Contribución Retenida | Salarios Federales |
|---|---|---|---|
| | (01) | — 00 | (02) — |
| A) Ingreso de intereses (Anejo F Individuo, Parte I, línea 10) | (03) | | — |
| B) Participación distribuible en beneficios de sociedades especiales (Someta Anejo F Individuo y Anejo R) | (04) | | — |
| C) Participación distribuible en pérdidas de sociedades especiales (Someta Anejo R) | (05) | | — |
| D) Dividendos de corporaciones y distribuciones de sociedades sujetos a retención (Anejo F Individuo, Parte II, línea 1A) | (06) | | — |
| E) Dividendos de corporaciones y distribuciones de sociedades no sujetos a retención (Anejo F Individuo, Parte II, línea 3B) | (07) | | — |
| F) Participación distribuible en beneficios de corporaciones de individuos (Someta Anejo F Individuo) | (08) | | — |
| G) Distribuciones del Programa de Cuentas de Ahorro para el Retiro (Anejo F Individuo, Parte V, línea 1A) | (09) | | — |
| H) Ingresos misceláneos (Someta Anejo F Individuo) | (10) | | — |
| I) Distribuciones de Cuentas de Retiro Individual y Cuentas de Aportación Educativa (Someta Anejo F Individuo) | (11) | | — |
| J) Dividendos de Fondo de Capital de Inversión o de Turismo (Someta Anejo Q1) | (12) | | — |
| K) Ingresos de anualidades y pensiones (Anejo H Individuo, Parte II, línea 12) | (13) | | — |
| L) Pensión alimentaria recibida (Núm. seguro social del que paga: _____ ) (14) | | | — |
| M) Ganancia (o pérdida) atribuible a industria o negocio (Someta Anejo K Individuo) | (15) | | — |
| N) Ganancia (o pérdida) atribuible a la agricultura (Someta Anejo L Individuo) | (16) | | — |
| O) Ganancia (o pérdida) atribuible a profesiones y comisiones (Someta Anejo M Individuo) | (17) | | — |
| P) Ganancia (o pérdida) atribuible a alquiler (Someta Anejo N Individuo) | (18) | | — |
| Q) Ganancia (o pérdida) en la venta o permuta de activos de capital y Planes cualificados (Someta Anejo D Individuo) | (20) | | — |
| R) Ganancia neta de capital a largo plazo en Fondos de Inversión (Someta Anejo Q1) | (21) | | — |
| **3. Total Ingreso Bruto (Sume líneas 1B, 1C y 2A a la 2R)** | (22) | | 19504 |
| 4. Pensión Alimentaria Pagada (Núm. seguro social del que la recibe: _____ ) (23) | (24) | | — |
| **5. Ingreso Bruto Ajustado (Línea 3 menos línea 4)** | (30) | | 19504 |

Período de Conservación: Diez (10) años

Formulario
Form 499R-2/W-2 PR
Rev. 05.04

ESTADO LIBRE ASOCIADO DE PUER TO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

| | INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
|---|---|---|

**COMPROBANTE DE RETENCION**

| 1. Nombre-First Name<br>MARTA | 3. Núm. Seguro Social<br>Social Security No. | 8. Sueldos - Wages<br>19,504.00 | 17. Total Sueldos Seguro Social<br>Social Security Wages<br>19,504.00 |
|---|---|---|---|
| Apellido(s) - Surname(s)<br>RIVERA ESPADA | 4. Estado Civil - Civil Status<br>Soltero ☐ Casado ☐<br>Single Married | 9. Comisiones - Commissions<br>0.00 | 18. Seguro Social Retenido<br>Social Security Tax Withheld<br>1,209.25 |
| Dirección Postal del Empleado-Employee's Mailing Address<br>VILLA MADRID<br>CALLE 2 BLOQUE B-9<br>COAMO, PR 00000 | 5. Núm. Seguro Social Cónyuge<br>Spouse's Security No. | 10. Concesiones - Allowances<br>0.00 | 19. Total Sueldos y Pro. Medicare<br>Medicare Wages and Tips<br>19,504.00 |
| | 6. Núm. de Ident. Patronal<br>Employer's Ident. No. (EIN) | 11. Propinas - Tips<br>0.00 | 20. Contrib. Medicare Retenida<br>Medicare Tax Withheld<br>282.81 |
| 2. Nombre y Dirección Postal del Patrono<br>Employer's Name and Mailing Address<br>L8102192106 OF SUPERIN<br>DEPT DE EDUCACION-CLASIFICADOS<br>AVE. TENIENTE CESAR GONZALEZ<br>ESQUINA CALAF<br>HATO REY, PR 00919 | 7. Costo de Pensión o Anualidad<br>Cost of Pension or Annuity | 12. Total=8+9+10+11<br>19,504.00 | 21. Propinas Seguro Social<br>Social Security Tips<br>0.00 |
| | Copia C para Récord<br>del Empleado<br>Copy C for Employee's<br>Records | 13. Gastos Reembolsados<br>Reimbursed Expenses<br>0.00 | 22. Seguro Social no Retenido<br>en Propinas - Uncollected<br>Social Security on Tips<br>0.00 |
| | | 14. Cont. Retenida - Tax Withheld<br>1,253.48 | |
| Número de Teléfono del Patrono<br>Employer's Telephone Number | | 15. Fondo de Retiro<br>Retirement Fund<br>1,531.20 | |
| Fecha de Cese de Operaciones<br>Cease of Operations Date | Año:<br>Year: **2004** | | 23. Contrib. Medicare no Retenida<br>en Propinas - Uncollected<br>Medicare Tax on Tips<br>0.00 |
| Número de Control - Control Number<br>39235492 | | 16. Aportaciones a Planes Cualific.<br>Contributions to CODA PLANS<br>0.00 | |

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas
Conservation: Ten (10) years from the filing date in the Return Processing Bureau

Reproducido por: Departamento de Hacienda

# FORMA LARGA

| Liquidador | Revisor |
|---|---|

| R | M | RO | V1 | V2 | P1 | P2 | N | D | E | A | G |
|---|---|---|---|---|---|---|---|---|---|---|---|

**2005** ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA **2005**
PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2005 O AÑO COMENZADO EL
____ de _____ de ____ Y TERMINADO EL ____ de _____ de ____

Número de Serie

○ PLANILLA ENMENDADA
○ FALLECIDO DURANTE EL AÑO: ___/___/___ Día Mes Año

Sello de Pago

**Nombre** Marta L. **Apellido Paterno** Rivera **Apellido Materno** Espada

**Dirección Postal**
Villa Madrid B-9 Calle 2
Coamo, P.R.   **Código Postal** 00769

"Coloque la etiqueta engomada (Label) aquí".

**Nombre e Inicial del Cónyuge** | **Apellido Paterno** | **Apellido Materno**

**Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)**
Car. #545 Km. 1.3 Interior 596- Sector
San Jose-Ba. Los Llanos
Coamo, P.R.   **Código Postal** 00769

**Correo Electrónico (E-Mail)**

**Número de Seguro Social**

**Fecha de Nacimiento** Dia Mes Año  **Sexo** ○ M  ● F

**Número de Seguro Social Cónyuge**

**Fecha de Nacimiento del Cónyuge** Día Mes Año

**Teléfono Residencia** ( )
**Teléfono Oficina** ( )

**CAMBIO DE DIRECCION** ○ Sí ● No

**Número de Recibo:**
**Importe:**

## Encasillado 1

**SI NO**
A. ○ ○ ¿Ciudadano de Estados Unidos?
B. ○ ○ ¿Residente de Puerto Rico al finalizar el año?
C. ○ ○ ¿Ingresos exentos de Lotería de Puerto Rico?
D. ○ ○ ¿Ingresos de premios de jugadas en Hipódromo?
E. ○ ○ ¿Otros ingresos exentos de contribución? **(Someta Anejo)**
F. ○ ○ ¿Obligación de hacer pagos a ASUME?

**ESTADO PERSONAL AL FINALIZAR SU AÑO CONTRIBUTIVO:**
1. ○ Casado que vivía con su cónyuge y rinde planilla conjunta
2. ○ Casado que no vivía con su cónyuge (No jefe de familia) (Indique nombre y seguro social del cónyuge)
3. ● Jefe de familia (No para casados)
4. ○ Soltero
5. ○ Casado que rinde por separado (Indique nombre y seguro social del cónyuge)

**FUENTE DE MAYOR INGRESO:**
G. ○ Empleado del Gobierno, Municipios y Corporaciones Públicas
H. ○ Empleado del Gobierno Federal
I. ○ Empleado de Empresa Privada

J. ○ Retirado/Pensionado
K. ○ Trabajo Cuenta Propia (Indique la industria o negocio principal)

**CONTRATO GOBIERNO**
○ CONTRIBUYENTE ○ CONYUGE

**PLANILLA 2006**
● ESPAÑOL ○ INGLES

Su ocupación **Aux. Adm.  8110** Ocupación cónyuge

## Encasillado 2

**Sello de Recibido**

| | A-Contribución Retenida | B-Sueldos,Comisiones, Concesiones y Propinas |
|---|---|---|
| 1. Sueldos, Comisiones, Concesiones y Propinas | 1,390 00 | 21,100 00 |
| **00** SUMINISTRE LOS COMPROBANTES DE RETENCION (Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique). | 00 | 00 |
| | 00 | 00 |
| **01** Total (Núm. de comprobantes con esta planilla) ........... 1 | 1,390 00 | 21,100 00 |

| | Contribución Retenida | Salarios Federales |
|---|---|---|
| C- Salarios del Gobierno Federal (Véanse instrucciones) ........................... (01) | 00 | (02) 00 |

2. Otros Ingresos (o Pérdidas):
A) Ingreso de intereses (Anejo F Individuo, Parte I, línea 10) ............................................................ (03) 00
B) Participación distribuible en beneficios de sociedades especiales (Someta Anejo F Individuo y Anejo R) ....... (04) 00
C) Participación distribuible en pérdidas de sociedades especiales (Someta Anejo R) ........................... (05) 00
D) Dividendos de corporaciones y distribuciones de sociedades sujetos a retención (Anejo F Individuo, Parte I, línea 1A) .... (06) 00
E) Dividendos de corporaciones y distribuciones de sociedades no sujetos a retención (Anejo F Individuo, Parte II, línea 3B) .... (07) 00
F) Participación distribuible en beneficios de corporaciones de individuos (Anejo F Individuo, Parte V, línea 1A) .... (08) 00
G) Distribuciones del Programa de Cuentas de Ahorro para el Retiro (Anejo F Individuo, Parte V, línea 1A) .... (09) 00
H) Ingresos misceláneos (Someta Anejo F Individuo) ........................................................... (10) 00
I) Distribuciones de Cuentas de Retiro Individual y Cuentas de Aportación Educativa (Someta Anejo F Individuo) .... (11) 00
J) Dividendos de Fondo de Capital de Inversión o de Turismo (Someta Anejo Q1) ................................ (12) 00
K) Ingresos de anualidades y pensiones (Anejo H Individuo, Parte II, línea 12) .................................. (13) 00
L) Pensión recibida por divorcio o separación (Núm. seguro social del que paga: _____) (14) ... (15) 00
M) Ganancia (o pérdida) atribuible a industria o negocio (Someta Anejo K Individuo) ............................ (16) 00
N) Ganancia (o pérdida) atribuible a la agricultura (Someta Anejo L Individuo) .................................. (17) 00
O) Ganancia (o pérdida) atribuible a profesiones y comisiones (Someta Anejo M Individuo) ...................... (18) 00
P) Ganancia (o pérdida) atribuible a alquiler (Someta Anejo N Individuo) ....................................... (19) 00
Q) Ganancia (o pérdida) en la venta o permuta de activos de capital y Planes cualificados (Someta Anejo D Individuo) .... (20) 00
R) Ganancia neta de capital a largo plazo en Fondos de Inversión (Someta Anejo Q1) ............................ (21) 00
3. **Total Ingreso Bruto** (Sume líneas 1B, 1C y 2A la 2R) .................................................... (22) 21,100 00
4. **Pensión Pagada por Divorcio o Separación** (seg. soc. del que la recibe: _____)(23) (Núm. sentencia _____)(24) (25) 00
5. **Ingreso Bruto Ajustado** (Línea 3 menos línea 4) .................................................... (30) 21,100 00

Período de Conservación: Diez (10) años

Formulario 482 - Rev. 09-2005

| Formulario Form 499R-2/W-2 PR Rev. 05.05 | ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT | | INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
|---|---|---|---|---|

| 1. Nombre - First Name MARTA | 3. Núm. Seguro Social Social Security No. | 7. Sueldos - Wages 21100.31 | 17. Total Sueldos Seguro Social Social Security Wages 21100.31 |
|---|---|---|---|
| Apellido(s) - Surname(s) RIVERA ESPADA | 4. Estado Civil - Civil Status Soltero ☐ Casado ☐ Single   Married | 8. Comisiones - Commissions 0.00 | 18. Seguro Social Retenido Social Security Tax Withheld 1308.22 |
| Dirección Postal del Empleado-Employee's Mailing Address VILLA MADRID CALLE 2 BLOQUE B-9 COAMO, PR 00000 | 5. Núm. de Ident. Patronal Employer's Ident. No. (EIN) | 9. Concesiones - Allowances 0.00 | 19. Total Sueldos y Pro. Medicare Medicare Wages and Tips 21100.31 |
| | | 10. Propinas - Tips 0.00 | |
| 2. Nombre y Dirección Postal del Patrono Employer's Name and Mailing Address L8102158321 CF COAMO DEPT DE EDUCACION-CLASIFICADOS AVE. TENIENTE CESAR GONZALEZ ESQUINA CALAF HATO REY, PR 00919 | 6. Costo de Pensión o Anualidad Cost of Pension or Annuity 0.00 | 11. Total=7+8+9+10 21100.31 | 20. Contrib. Medicare Retenida Medicare Tax Withheld 305.95 |
| | Copia B para Planilla del Empleado Copy B for Employee's Tax Return Año: Year: **2005** | 12. Gastos Reembolsados Reimbursed Expenses 0.00 | 21. Propinas Seguro Social Social Security Tips 0.00 |
| | | 13. Cont. Retenida - Tax Withheld 1390.49 | |
| | | 14. Fondo de Retiro Retirement Fund 1605.60 | 22. Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips 0.00 |
| Número de Teléfono del Patrono Employer's Telephone Number | | 15. Aportaciones a Planes Cualific. Contributions to CODA PLANS 0.00 | |
| Fecha de Cese de Operaciones Cease of Operations Date | | | 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips 0.00 |
| Número de Control - Control Number 50658349 | | 16. Salarios bajo Ley Núm. 324 de 2004 Salaries under Act No. 324 of 2004 0.00 | |

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas
Conservation: Ten (10) years from the filing date in the Return Processing Bureau

Reproducido por: Departamento de Hacienda

Corte aquí

Case:17-03283-LTS Doc#:12215 Filed:03/10/20 Entered:03/10/20 16:29:53 Desc: Main Document Page 44 of 80

Formulario 482 Rev. 09.06

# FORMA LARGA

○ PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE EN ESTE LUGAR)

| Liquidador | Revisor |
|---|---|

| R | G | RO | V1 | V2 | P1 | P2 | N | D | E | A | M |
|---|---|---|---|---|---|---|---|---|---|---|---|

**2006** ESTADO LIBRE ASOCIADO DE PUERTO RICO DEPARTAMENTO DE HACIENDA **2006**
PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2006 O AÑO COMENZADO EL
1 de enero de 06 Y TERMINADO EL 31 de diciembre de 06

Número de Serie

○ PLANILLA ENMENDADA

○ FALLECIDO DURANTE EL AÑO: / / Día Mes Año

Sello de Pago

Nombre del Contribuyente: Marta   Inicial   Apellido Paterno: Rivera   Apellido Materno: Espada

Dirección Postal: Villa Madrid B-4 Calle 2
Coamo, P.R.   Código Postal 00769

"Coloque la etiqueta engomada (Label) aquí".

Nombre e Inicial del Cónyuge   Apellido Paterno   Apellido Materno

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle): Bo. Los Llanos Fictos Caribe
Coamo, P.R.   Código Postal 00769

Correo Electrónico (E-Mail)

Número de Seguro Social Contribuyente

Fecha de Nacimiento   Sexo ○ M ● F
Día mes año

Número de Seguro Social Cónyuge

Fecha de Nacimiento del Cónyuge
Día   Mes   Año

Teléfono Residencia ( )

Teléfono del Trabajo ( )

CAMBIO DE DIRECCION
○ SÍ ● No

Número de Recibo:
Importe:

## Encasillado 1

| | SI | NO | |
|---|---|---|---|
| A. | ● | ○ | ¿Ciudadano de Estados Unidos? |
| B. | ● | ○ | ¿Residente de Puerto Rico al finalizar el año? |
| C. | ○ | ● | ¿Ingresos exentos de Lotería de Puerto Rico? |
| D. | ○ | ● | ¿Ingresos de premios de jugadas en Hipódromo? |
| E. | ○ | ● | ¿Otros ingresos exentos de contribución? (Someta Anejo) |
| F. | ○ | ● | ¿Obligación de hacer pagos a ASUME? |

**ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:**
1. ○ Casado que vivía con su cónyuge y rinde planilla conjunta
2. ○ Casado que no vivía con su cónyuge (No jefe de familia) (Indique nombre y seguro social del cónyuge arriba)
3. ○ Jefe de familia (No para casados)
4. ○ Soltero
5. ○ Casado que rinde por separado (Indique nombre y seguro social del cónyuge)

**FUENTE DE MAYOR INGRESO:**
G. ○ Empleado del Gobierno, Municipio o Corporaciones Públicas
H. ○ Empleado del Gobierno Federal
I. ○ Empleado de Empresa Privada
J. ○ Retirado/Pensionado
K. ○ Trabajo Cuenta Propia (Indique la industria o negocio principal)

Su ocupación: Aux. Adm. 8110   Ocupación cónyuge

CONTRATO GOBIERNO
○ CONTRIBUYENTE ○ CONYUGE

PLANILLA 2007
● ESPAÑOL ○ INGLES

Sello de Recibido

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
1ra Col.Juria Coamo
RECIBIDO
13 ABR. 2007
SIN PAGO

## Encasillado 2

**1. Sueldos, Comisiones, Concesiones y Propinas**

○○ SUMINISTRE LOS COMPROBANTES DE RETENCION (Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique).

01 Total de comprobantes con esta planilla .. 1

| | A-Contribución Retenida | | B-Sueldos, Comisiones, Concesiones y Propinas | |
|---|---|---|---|---|
| | 1,480 | 00 | 22,193 | 00 |
| | | 00 | | 00 |
| | | 00 | | 00 |
| | | 00 | | 00 |
| Total | 1,480 | 00 | 22,193 | 00 |

| | Contribución Retenida | | Salarios Federales | |
|---|---|---|---|---|
| C- Salarios del Gobierno Federal (Véanse instrucciones) .... (01) | | 00 | (02) | 00 |

2. Otros Ingresos (o Pérdidas):

| | | |
|---|---|---|
| A) Ingreso de intereses (Anejo F Individuo, Parte I, línea 10) | (03) | 00 |
| B) Participación distribuible en beneficios de sociedades especiales (Someta Anejo F Individuo y Anejo R) | (04) | 00 |
| C) Participación distribuible en pérdidas de sociedades especiales (Someta Anejo R) | (05) | 00 |
| D) Dividendos de corporaciones y distribuciones de sociedades sujetas a retención (Anejo F Individuo, Parte II, líneas 1A a la 1C, según aplique) | (06) | 00 |
| E) Dividendos de corporaciones y distribuciones de sociedades no sujetas a retención (Anejo F Individuo, Parte II, línea 3D) | (07) | 00 |
| F) Participación distribuible en beneficios de corporaciones de individuos (Someta Anejo F Individuo) | (08) | 00 |
| G) Distribuciones de Planes Gubernamentales (Anejo F Individuo, Parte V, líneas 1C y 1E) | (09) | 00 |
| H) Ingresos misceláneos (Someta Anejo F Individuo) | (10) | 00 |
| I) Distribuciones de Cuentas de Retiro Individual y Cuentas de Aportación Educativa (Someta Anejo F Individuo) | (11) | 00 |
| J) Dividendos de Fondo de Capital de Inversión o de Turismo (Someta Anejo Q1) | (12) | 00 |
| K) Ingresos de anualidades y pensiones (Anejo H Individuo, Parte II, línea 12) | (13) | 00 |
| L) Pensión recibida por divorcio o separación (Núm. seguro social del que paga: ) (14) | (15) | 00 |
| M) Ganancia (o pérdida) atribuible a industria o negocio (Someta Anejo K Individuo) | (16) | 00 |
| N) Ganancia (o pérdida) atribuible a la agricultura (Someta Anejo L Individuo) | (17) | 00 |
| O) Ganancia (o pérdida) atribuible a profesiones y comisiones (Someta Anejo M Individuo) | (18) | 00 |
| P) Ganancia (o pérdida) atribuible a alquiler (Someta Anejo N Individuo) | (19) | 00 |
| Q) Ganancia (o pérdida) en la venta o permuta de activos de capital y Planes cualificados (Someta Anejo D Individuo) | (20) | 00 |
| R) Ganancia neta de capital a largo plazo en Fondos de Inversión (Someta Anejo Q1) | (21) | 00 |

| | | |
|---|---|---|
| 3. **Total Ingreso Bruto** (Sume líneas 1B, 1C y 2A a la 2R) | (22) 22,193 | 00 |
| 4. Pensión Pagada por Divorcio o Separación (seg. soc. del que la recibe: )(23)(Núm. sentencia )(24) | (25) | 00 |
| 5. **Ingreso Bruto Ajustado** (Línea 3 menos línea 4) | (30) 22,193 | 00 |

Período de Conservación: Diez (10) años

Formulario 482 · Rev. 10.07

# FORMA LARGA

| Liquidador | | | | Revisor | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| R | G | RO | V1 | V2 | P1 | P2 | N | D1 | D2 | E | A | M | | | |

**2007**

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA
PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2007 O AÑO COMENZADO EL

**2007**

1 de _Enero_ de _07_ Y TERMINADO EL 31 de _dic_ de _07_

Número de Serie

○ PLANILLA ENMENDADA

○ FALLECIDO DURANTE EL AÑO: ___ Día ___ Mes ___ Año

Sello de Pago

**Nombre del Contribuyente** Inicial **Apellido Paterno** **Apellido Materno**

Marta  Rivera Espada

**Dirección Postal**

Villa Madrid B-9 Calle 2

Coamo, P.R.  Código Postal 00769

"Coloque la etiqueta engomada (Label) aquí".

**Nombre e Inicial del Cónyuge** **Apellido Paterno** **Apellido Materno**

**Dirección Residencial Completa** (Barrio o Urbanización, Número, Calle)

Los Llanos sector Caribe

Coamo, P.R.  Código Postal 00769

**Correo Electrónico (E-Mail)**

**Número de Seguro Social Contribuyente**

5

Fecha de Nacimiento  Sexo ○ M ○ F

**Número de Seguro Social Cónyuge**

Fecha de Nacimiento del Cónyuge
Dia  Mes  Año

Teléfono de Residencia ( )

Teléfono del Trabajo ( )

**CAMBIO DE DIRECCION** ○ Si ● No

Número de Recibo: _____
Importe: _____

## Encasillado 1

|   | SI | NO |   |
|---|---|---|---|
| A. | ● | ○ | ¿Ciudadano de Estados Unidos? |
| B. | ● | ○ | ¿Residente de Puerto Rico al finalizar el año? |
| C. | ○ | ● | ¿Ingresos exentos de Lotería de Puerto Rico? |
| D. | ○ | ● | ¿Ingresos de premios de jugadas en Hipódromo? |
| E. | ○ | ● | ¿Otros ingresos exentos de contribución? (Someta Anejo) |
| F. | ○ | ● | ¿Obligación de hacer pagos a ASUME? |

**FUENTE DE MAYOR INGRESO:**

| G. | ○ | Empleado del Gobierno, Municipios o Corporaciones Públicas |
| H. | ○ | Empleado del Gobierno Federal |
| I. | ○ | Empleado de Empresa Privada |

Su ocupación _____ Ocupación cónyuge _____

**ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:**

1. ○ Casado que vivía con su cónyuge y rinde planilla conjunta
2. ○ Casado que no vivía con su cónyuge (No jefe de familia) (Indique nombre y seguro social del cónyuge arriba)
3. ○ Jefe de familia (No para casados)
4. ○ Soltero
5. ○ Casado que rinde por separado (Indique nombre y seguro social del cónyuge)

J. ○ Retirado/Pensionado
K. ○ Trabajo Cuenta Propia (Indique la industria o negocio principal)

**CONTRATO GOBIERNO**
○ CONTRIBUYENTE ○ CONYUGE

**PLANILLA 2008**
● ESPAÑOL ○ INGLES

## Encasillado 2

**Sello de Recibido**

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
1166-Colecturía Coamo
RECIBIDO
APR 14 2008
SIN PAGO

08-2786

| | | A-Contribución Retenida | | B-Sueldos, Comisiones, Concesiones y Propinas |
|---|---|---|---|---|
| 1. Sueldos, Comisiones, Concesiones y Propinas | | | | |
| 00 SUMINISTRE LOS COMPROBANTES DE RETENCION (Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique). | | 1,247 00 | | 22,762 |
| | | 00 | | |
| | | 00 | | |
| | | 00 | | |
| 01 Total de comprobantes con esta planilla .. | 1 | 1,247 00 | | 22,762 |
| | | Contribución Retenida | | Salarios Federales |

C. Salarios del Gobierno Federal (Véanse instrucciones) ...... (01) ____ 00 (02) ____

2. Otros Ingresos (o Pérdidas):

A) Ingreso de intereses (Anejo F Individuo, Parte I, línea 10) ...... (03)
B) Participación distribuible en beneficios de sociedades especiales (Someta Anejo F Individuo y Anejo R) ...... (04)
C) Participación distribuible en pérdidas de sociedades especiales (Someta Anejo R) ...... (05)
D) Dividendos de corporaciones y distribuciones de sociedades sujetos a retención (Anejo F Individuo, Parte II, línea 1A) ...... (06)
E) Dividendos de corporaciones y distribuciones de sociedades no sujetos a retención (Anejo F Individuo, Parte II, línea 3B) ...... (07)
F) Participación distribuible en beneficios de corporaciones de individuos (Someta Anejo F Individuo) ...... (08)
G) Distribuciones de Planes Gubernamentales (Anejo F Individuo, Parte V, líneas 1C y 1D) ...... (09)
H) Ingresos misceláneos (Someta Anejo F Individuo) ...... (10)
I) Distribuciones de Cuentas de Retiro Individual y Cuentas de Aportación Educativa (Someta Anejo F Individuo) ...... (11)
J) Dividendos de Fondo de Capital de Inversión o de Turismo (Someta Anejo Q1) ...... (12)
K) Ingresos de anualidades y pensiones (Anejo H Individuo, Parte II, línea 12) ...... (13)
L) Pensión recibida por divorcio o separación (Núm. seguro social del que paga: _____) (14) ...... (15)
M) Ganancia (o pérdida) atribuible a industria o negocio (Someta Anejo K Individuo) ...... (16)
N) Ganancia (o pérdida) atribuible a la agricultura (Someta Anejo L Individuo) ...... (17)
O) Ganancia (o pérdida) atribuible a profesiones y comisiones (Someta Anejo M Individuo) ...... (18)
P) Ganancia (o pérdida) atribuible a alquiler (Someta Anejo N Individuo) ...... (19)
Q) Ganancia (o pérdida) en la venta o permuta de activos de capital o Planes cualificados (Someta Anejo D Individuo) ...... (20)
R) Ganancia neta de capital a largo plazo en Fondos de Inversión (Someta Anejo Q1) ...... (21)

3. Total Ingreso Bruto (Sume líneas 1B, 1C y 2A a la 2R) ...... (22) 22,762
4. Pensión Pagada por Divorcio o Separación (seg. soc. del que la recibe: _____) (23) (Núm. sentencia _____) (24) (25)
5. Ingreso Bruto Ajustado (Línea 3 menos línea 4) ...... (30) 22,762

Periodo de Conservación: Diez (10) años

Formulario
Form 499R-2/W-2 PR
Rev. 06.07

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

| | INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
|---|---|---|
| **1. Nombre - First Name** MARTA | **3. Núm. Seguro Social** Social Security No. | **7. Sueldos - Wages** 22762.30 | **17. Total Sueldos Seguro Social** Social Security Wages 22762.30 |
| **Apellido(s) - Surname(s)** RIVERA ESPADA | | **8. Comisiones - Commissions** 0.00 | **18. Seguro Social Retenido** Social Security Tax Withheld 1411.26 |
| **Dirección Postal del Empleado-Employee's Mailing Address** VILLA MADRID CALLE 2 BLOQUE B-9 COAMO, PR 00000 | **4. Núm. de Ident. Patronal** Employer's Ident. No. (EIN.) | **9. Concesiones - Allowances** 0.00 | **19. Total Sueldos y Pro. Medicare** Medicare Wages and Tips 22762.30 |
| | **5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension** Dia / Mes / Año Day / Month / Year | **10. Propinas - Tips** 0.00 | |
| **2. Nombre y Dirección Postal del Patrono** Employer's Name and Mailing Address L8102158321 CF COAMO DEPT DE EDUCACION-CLASIFICADOS AVE. TENIENTE CESAR GONZALEZ ESQUINA CALAF HATO REY, PR 00919 | **6. Costo de Pensión o Anualidad** Cost of Pension or Annuity 0.00 | **11. Total=7+8+9+10** 22762.30 | **20. Contrib. Medicare Retenida** Medicare Tax Withheld 330.05 |
| | | **12. Gastos Reembolsados** Reimbursed Expenses 0.00 | **21. Propinas Seguro Social** Social Security Tips 0.00 |
| | Copia B para Planilla del Empleado Copy B for Employee's Tax Return | **13. Cont. Retenida - Tax Withheld** 1247.62 | **22. Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips** 0.00 |
| **Número de Teléfono del Patrono** Employer's Telephone Number | | **14. Fondo de Retiro** Retirement Fund 1675.20 | |
| **Fecha de Cese de Operaciones:** Cease of Operations Date: Dia / Mes / Año Day / Month / Year | **Año: Year: 2007** | **15. Aportaciones a Planes Cualific.** Contributions to CODA PLANS 0.00 | **23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips** 0.00 |
| **Número de Control - Control Number** 45516741 | | **16. Salarios bajo Ley Núm. 324 de 2004** Salaries under Act No. 324 of 2004 0.00 | |

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas
Retention: Ten (10) years from the filing date in the Return Processing Bureau

Reproducido por: Departamento de Hacienda

Corte aqui

Formulario 482 Rev. 11.08

# FORMA LARGA

○ PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE EN ESTE LUGAR)

Número de Serie

| Liquidador | Revisor |
|---|---|

**2008** ESTADO LIBRE ASOCIADO DE PUERTO RICO **2008**
DEPARTAMENTO DE HACIENDA
PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2008 O AÑO COMENZADO EL

| R | G | RO | V1 | V2 | P1 | P2 | N | D1 | D2 | E | A | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

1 de enero de 2008 Y TERMINADO EL 31 de diciembre de 2008

○ PLANILLA ENMENDADA

○ FALLECIDO DURANTE EL AÑO: Día Mes Año

Sello de Pago

Nombre del Contribuyente: **MARTA** Inicial: **I** Apellido Paterno: **RIVERA** Apellido Materno: **ESPADA**

Número de Seguro Social Contribuyente

Dirección Postal
**URB. VILLA MADRID**
**CALLE 2 B-9**
**COAMO PR** Código Postal **00769**

Fecha de Nacimiento
Sexo ○ M ○ F
Número de Seguro Social Cónyuge

"Coloque la etiqueta engomada (Label) aquí".

Nombre e Inicial del Cónyuge | Apellido Paterno | Apellido Materno

Fecha de Nacimiento del Cónyuge
Día Mes Año

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)
**LOS LLANOS SECTOR CARIBE**
**COAMO PR** Código Postal **00769**

Teléfono Residencia
**(787) 453-6939**
Teléfono del Trabajo

Correo Electrónico (E-Mail)

CAMBIO DE DIRECCION ○ Si ●No

Número de Recibo:
Importe:

## Encasillado 1

**SI NO**

A. ● ○ ¿Ciudadano de Estados Unidos?
B. ● ○ ¿Residente de Puerto Rico al finalizar el año?
C. ○ ● ¿Ingresos exentos de Lotería de Puerto Rico?
D. ○ ● ¿Ingresos de premios de jugadas en Hipódromo?
E. ○ ● ¿Otros ingresos exentos de contribución? (Someta Anejo)
F. ○ ● ¿Obligación de hacer pagos a ASUME?

**ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:**
1. ○ Casado que vivía con su cónyuge y rinde planilla conjunta
2. ○ Casado que no vivía con su cónyuge (No jefe de familia) (Indique nombre y seguro social del cónyuge arriba)
3. ○ Jefe de familia (No para casados)
4. ○ Soltero
5. ○ Casado que rinde por separado (Indique nombre y seguro social del cónyuge)

**FUENTE DE MAYOR INGRESO:**
G. ○ Empleado del Gobierno, Municipios o Corporaciones Públicas
H. ○ Empleado del Gobierno Federal
I. ● Empleado de Empresa Privada
Su ocupación **AUXILIAR ADMINI** 8110 Ocupación cónyuge

J. ○ Retirado/Pensionado
K. ○ Trabajo Cuenta Propia (Indique la industria o negocio principal)

CONTRATO GOBIERNO
○ CONTRIBUYENTE ○ CONYUGE

PLANILLA 2009
○ ESPAÑOL ○ INGLES

○ Ennegrezca aquí si se acoge al cómputo opcional de la contribución en el caso de personas casadas que viven juntas, rinden planilla conjunta y que ambos trabajen. No complete los Encasillados 2 y 3, ni las líneas 15 a la 25 del Encasillado 4, y pase al Anejo CO Individuo.

## Encasillado 2

Sello de Recibido
DEPARTAMENTO DE HACIENDA
1168-Colecturia Coamo
RECIBIDO
APR 07 2009
SIN PAGO

SECRETARIO DE HACIENDA

| | | A-Contribución Retenida | B-Sueldos, Comisiones, Concesiones y Propinas |
|---|---|---|---|
| 1. Sueldos, Comisiones, Concesiones y Propinas | | | |
| (00) SUMINISTRE LOS COMPROBANTES DE RETENCION (Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique). | | 1,264 00 | 23,044 00 |
| | | 00 | 00 |
| | | 00 | 00 |
| | | 00 | 00 |
| (01) Total de comprobantes con esta planilla .. | 1 | 1,264 00 | 23,044 00 |

| | Contribución Retenida | Salarios Federales |
|---|---|---|
| C. Salarios del Gobierno Federal (Véanse instrucciones) (01) | 00 (02) | 00 |

2. Otros Ingresos (o Pérdidas):
A) Ingreso de intereses (Anejo F Individuo, Parte I, línea 10) ........ (03) 00
B) Participación distribuible en beneficios de sociedades especiales (Someta Anejo Individuo y Anejo R) ........ (04) 00
C) Participación distribuible en pérdidas de sociedades especiales (Someta Anejo R) ........ (05) 00
D) Dividendos de corporaciones y distribuciones de sociedades sujetos a retención (Anejo F Individuo, Parte II, línea 1A) ........ (06) 00
E) Dividendos de corporaciones y distribuciones de sociedades no sujetas a retención (Anejo F Individuo, Parte II, línea 3B) ........ (07) 00
F) Participación distribuible en beneficios de corporaciones de individuos (Someta Anejo F Individuo) ........ (08) 00
G) Distribuciones de Planes Gubernamentales (Anejo F Individuo, Parte V, líneas 1C y 1D) ........ (09) 00
H) Ingresos misceláneos (Someta Anejo F Individuo) ........ (10) 00
I) Distribuciones de Cuentas de Retiro Individual y Cuentas de Aportación Educativa (Someta Anejo F Individuo) ........ (11) 00
J) Dividendos de Fondo de Capital de Inversión o de Turismo (Someta Anejo Q1) ........ (12) 00
K) Ingresos de anualidades y pensiones (Anejo H Individuo, Parte II, línea 12) ........ (13) 00
L) Pensión recibida por divorcio o separación (Núm. seguro social del que paga: _____) (14) ........ (15) 00
M) Ganancia (o pérdida) atribuible a industria o negocio (Someta Anejo K Individuo) ........ (16) 00
N) Ganancia (o pérdida) atribuible a la agricultura (Someta Anejo L Individuo) ........ (17) 00
O) Ganancia (o pérdida) atribuible a profesiones y comisiones (Someta Anejo M Individuo) ........ (18) 00
P) Ganancia (o pérdida) atribuible a alquiler (Someta Anejo N Individuo) ........ (19) 00
Q) Ganancia (o pérdida) en la venta o permuta de activos de capital (Someta Anejo D Individuo) ........ (20) 00
R) Planes cualificados y Contratos de Anualidad Variable (Someta Anejo D Individuo) ........ (21) 00
S) Ganancia neta de capital a largo plazo en Fondos de Inversión (Someta Anejo Q1) ........ (22) 00

3. **Total Ingreso Bruto** (Sume líneas 1B, 1C y 2A a la 2S) ........ (23) 23,044 00
4. **Pensión Pagada por Divorcio o Separación** (seg. soc. del que la recibe: _____) (24) (Núm. sentencia _____) (25) (26) 00
5. **Ingreso Bruto Ajustado** (Línea 3 menos línea 4) ........ (30) 23,044 00

Período de Conservación: Diez (10) años

PRSoft, Inc. (www.prsoft.com)

| Formulario<br>Form 499R-2/W-2 PR<br>Rev. 07.08 | ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO<br>DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY<br>COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT | INFORMACION PARA EL<br>DEPARTAMENTO DE HACIENDA<br>DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL<br>SEGURO SOCIAL<br>SOCIAL SECURITY INFORMATION |
|---|---|---|---|

| 1. Nombre-First Name<br>MARTA | 3. Núm. Seguro Social<br>Social Security No. | 7. Sueldos - Wages<br>23044.00 | 17. Total Sueldos Seguro Social<br>Social Security Wages<br>23044.00 |
|---|---|---|---|
| Apellido(s) - Surname(s)<br>RIVERA ESPADA | 4. Núm. de Ident. Patronal<br>Employer's Ident. No. (EIN.) | 8. Comisiones - Commissions<br>0.00 | 18. Seguro Social Retenido<br>Social Security Tax Withheld<br>1428.73 |
| Dirección Postal del Empleado-Employee's Mailing Address<br>VILLA MADRID<br>CALLE 2 BLOQUE B-9 | 5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension<br>Día / Day   Mes / Month   Año / Year | 9. Concesiones - Allowances<br>0.00<br><br>10. Propinas - Tips<br>0.00 | 19. Total Sueldos y Pro. Medicare<br>Medicare Wages and Tips<br>23044.00 |
| 2. Nombre y Dirección Postal del Patrono<br>Employer's Name and Mailing Address<br>L8102150500 J R RODRIG<br>DEPT DE EDUCACION-CLASIFICADOS<br>AVE. TENIENTE CESAR GONZALEZ<br>ESQUINA CALAF<br>HATO REY, PR 00919 | 6. Costo de Pensión o Anualidad<br>Cost of Pension or Annuity<br>0.00 | 11. Total=7+8+9+10<br>23044.00 | 20. Contrib. Medicare Retenida<br>Medicare Tax Withheld<br>334.14 |
| | | 12. Gastos Reembolsados<br>Reimbursed Expenses<br>0.00 | 21. Propinas Seguro Social<br>Social Security Tips<br>0.00 |
| | Copia C para Récord del Empleado<br>Copy C for Employee's Records | 13. Cont. Retenida - Tax Withheld<br>1264.62 | 22. Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips<br>0.00 |
| Número de Teléfono del Patrono<br>Employer's Telephone Number | | 14. Fondo de Retiro<br>Retirement Fund<br>1824.11 | |
| Fecha de Cese de Operaciones:   Día / Day   Mes / Month   Año / Year<br>Cease of Operations Date: | Año:<br>Year:   **2008** | 15. Aportaciones a Planes Cualific.<br>Contributions to CODA PLANS<br>0.00 | 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips<br>0.00 |
| Número de Control - Control Number<br>017599673 | | 16. Salarios bajo Ley Núm. 324 de 2004<br>Salaries under Act No. 324 of 2004<br>0.00 | |

Reproducido por: Departamento de Hacienda

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

RECEIVED & FILED

**Réplica**

2020 MAR 10  PM 12: 04

CLERK OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

24 de febrero de 2020

marta.mr305@gmail.com

Marta I. Rivera Espada

Urbanización Villa Madrid B-9  Calle #2

Coamo, Puerto Rico, 00769

Teléfono (787) 453-6939

En el asunto de:
JUNTA DE SUPERVISION Y ADMINISTRACION
FINANCIERA PARA PUERTO RICO.
          Como representante de:
ESTADO LIBRE ASOCIADO DE PUERTO RICO y Otros

PROMESA, Título III
Número 17 BK 3283-LTS
**La presente radicación guarda relación con el ELA y el SRE**

## Epígrafe

**NOTIFICACION DE LA CENTESIMA CUADRAGESIMA CUARTA OBJECION GLOBAL ( NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASEDE UNAS LEYES PUERTORRIQUEÑAS NO ESPECIFICADAS.**

**Número de reclamación: 125596**

Mediante esta misiva solicito al **Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico,** que declare a lugar la objeción global en relación al reclamo por el pago  de la  ***Ley # 164***,   ya que el mismo no fue adjudicado ni pagado por la Ley de Quiebras de Puerto Rico.

Trabajé para el Gobierno de Puerto Rico, Rico en la Agencia del  Departamento de Educación durante 12 años, sin recibir el pago por el aumento o incentivo del gobierno para ese entonces.  Estimo que durante esos años se me adeuda la cantidad aproximada de **$ 7,500.**

También deseo solicitar al tribunal que sea diligente y acepte mi objeción por estar fuera de la fecha indicada. El haber excedido la fecha límite se debe a las consecuencias de los temblores y sismos que han ocurrido en PuertoRico; por tanto no se pudo enviar en o antes del 18 de febrero de 2020.  Por consiguiente no estaba la información completa en su totalidad en la réplica.  Se adjunta documentación justificativa para evidenciar la objeción.  Tal documentación son mis planillas desde el año 2004 hasta el año 2008, donde se demuestra que laboré  para el Gobierno de Puerto Rico el cual nunca me otorgó el aumento que por ley me correspondía.

Cordialmente,

*Marta I. Rivera Espada*
Marta I. Rivera Espada

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el asunto de:<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>como representante de<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO y otros,<br><br>Deudores. | PROMESA,<br>Título III<br><br>Núm. 17 BK 3283-LTS<br><br>(Administrada conjuntamente)<br><br>**La presente radicación guarda relación con el ELA y el SRE.** |

**NOTIFICACIÓN DE LA CENTÉSIMA CUADRAGÉSIMA CUARTA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE UNAS LEYES PUERTORRIQUEÑAS NO ESPECIFICADAS**

**SI SU RECLAMO ESTÁ INCLUIDO EN EL <u>ANEXO A</u> DE LA OBJECIÓN GLOBAL, EL ELA Y/O EL SRE SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

**SI SU RECLAMO ES MENCIONADO EN EL <u>ANEXO A</u>, DEBERÁ LEER DETENIDAMENTE ESTA NOTIFICACIÓN Y LA OBJECIÓN GLOBAL, Y COMENTARLAS CON SU ABOGADO. SI NO TIENE ABOGADO, ES POSIBLE QUE DESEE ACUDIR A UNO.**

**OBSÉRVESE QUE** el 14 de enero de 2020, el Estado Libre Asociado de Puerto Rico (el "<u>ELA</u>") y el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "<u>SRE</u>"), a través de la Junta de Supervisión y Administración Financiera para Puerto Rico (la "<u>Junta de Supervisión</u>"), como representante del ELA y del SRE conforme al artículo 315(b) de la *Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("<u>PROMESA</u>"), [1] radicaron la *Centésima cuadragésima cuarta objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Reclamos deficientes en los que se alegan intereses sobre la base de unas leyes puertorriqueñas no*

---

[1] PROMESA ha sido codificada en el Título 48 U.S.C., §§ 2101-2241.

*especificadas* (la "Objeción global") ante el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "Tribunal"). [2]

---

### SÍNTESIS

- **COMPRUEBE SI SU(S) RECLAMO(S) SE MENCIONA(N) EN EL ANEXO A DE LA OBJECIÓN GLOBAL.**

- **Si su(s) reclamo(s) NO se menciona(n) en el Anexo A, la Objeción global no afectará a su reclamo, por lo que NO tendrá que realizar ninguna acción.**

- Si su(s) reclamo(s) se menciona(n) en el Anexo A de la Objeción global, el ELA y/o el SRE solicitan que su(s) reclamo(s) que se mencione(n) en el Anexo A sea(n) rechazado(s) porque, como se explicó en la Objeción global que acompaña este documento, los datos de los Deudores indican que su reclamo es deficiente. La Objeción global y el Anexo A de la Objeción global proporcionan detalles adicionales sobre los reclamos deficientes en cuestión.

- Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.

- **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

---

**SI NO CONTESTA CONFORME A LA PRESENTE NOTIFICACIÓN, EL TRIBUNAL PODRÁ CONCEDER EL REMEDIO SOLICITADO EN LA OBJECIÓN GLOBAL SIN OTRA NOTIFICACIÓN NI VISTA.**

---

### NOTIFICACIÓN IMPORTANTE CONFORME A LA REGLA LOCAL 3007-1

Cualquiera de las partes a la que se haya notificado la presente Objeción global, o cualquier parte de la acción que objete al remedio aquí solicitado, deberá radicar y enviar una réplica a la Objeción global a la secretaría del Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico antes de las **04:00 p.m. (AST)** del **18 de febrero de 2020**, salvo extensión por escrito por parte del ELA o el SRE. Si no se radica ninguna réplica en el plazo mencionado, se considerará que no se ha opuesto a la Objeción global, por lo que esta podrá ser declarada ha lugar, salvo que: 1) el remedio solicitado esté legalmente prohibido; 2) el remedio solicitado sea contrario al orden público; o 3) a criterio del Tribunal, el interés de la justicia exija otra cosa. Si radica una réplica en tiempo, el Tribunal podrá convocar una vista.

---

[2] Los términos en mayúscula utilizados que no estén definidos en el presente documento tendrán el significado que les haya sido atribuido en la Objeción global.

**Información muy importante relativa a la elección, por parte de las Demandantes, para radicar una réplica**

**Quién tiene la obligación de radicar una réplica.** Cualquiera de las partes que impugne la Objeción global tiene la obligación de radicar una réplica de conformidad con los procedimientos aquí establecidos. Si la parte cuyo reclamo quede sujeto a la Objeción global no radica ni notifica una réplica de conformidad con los procedimientos aquí establecidos, el Tribunal podrá declarar ha lugar a la Objeción global en relación con tal reclamo sin más notificaciones a la demandante.

**Quién NO tiene la obligación de radicar una réplica**. Si usted no se opone al remedio solicitado en la Objeción global, no tendrá que radicar ninguna réplica por escrito a la Objeción global ni tendrá que comparecer en la vista sobre la Objeción global (según se explica abajo). Además, la Objeción global solo se aplica a los reclamos mencionados en el Anexo A relativo a la Objeción global, cuya copia está disponible en línea, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si su reclamo no se menciona en el Anexo A de la Objeción global, no será necesario radicar ninguna réplica.

**Fecha límite para radicar una réplica**. Su réplica se considerará radicada dentro de los plazos establecidos **solo** si la radica ante el Tribunal **y** la notifica antes de las **04:00 p.m. (AST)** del **18 de febrero de 2020**, salvo extensión por escrito por parte del ELA o el SRE, o previa solicitud por escrito dirigida al Tribunal y una orden del Tribunal que extienda la fecha límite.

> **La fecha límite para radicar y notificar una réplica se cumple a las 04:00 p.m. (AST) del 18 de febrero de 2020.**

**Vista sobre la Objeción global**. Si se radica y notifica una réplica de manera adecuada conforme a la presente notificación, se celebrará una vista sobre la Objeción global y la réplica a las **09:30 a.m. (AST) del 4 de marzo de 2020** ante su señoría, Laura Taylor Swain, en el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767. Si radica una réplica a la Objeción global, deberá prever su comparecencia en la vista sobre la Objeción global. Sin embargo, el ELA y el SRE se reservan el derecho, previa notificación con tres (3) días hábiles de antelación, a paralizar la vista en relación con la Objeción global y la réplica.

Los Deudores podrán radicar una contestación a su réplica o contestación en un alegato oral durante la vista. Los Deudores podrán radicar su contestación en un plazo máximo de siete (7) días naturales antes de la celebración de la vista sobre la Objeción global y la réplica.

> **EL TRIBUNAL SOLO TENDRÁ EN CONSIDERACIÓN SU RÉPLICA SI ESTA SE RADICA Y NOTIFICA ANTES DE LA FECHA LÍMITE PARA RESPONDER DE CONFORMIDAD CON LAS INSTRUCCIONES ESTABLECIDAS EN LA PRESENTE NOTIFICACIÓN.**

**Lo que hay que radicar con la réplica**. Su réplica a la Objeción global **deberá** contener la siguiente información:

    (i)    **Datos de contacto**. La réplica deberá contener el **nombre**, la **dirección**, el **número de teléfono** y la **dirección de correo electrónico** 1) de la demandante que responda; 2) del

abogado o representante designado de la demandante al que los abogados del ELA o del SRE deban notificar una respuesta a la réplica, en su caso; o 3) de la parte con potestad para reconciliar, llegar a un acuerdo o de otro modo resolver la Objeción global en nombre de la demandante.

(ii) **Epígrafe**. La réplica deberá contener un epígrafe que refleje el nombre del Tribunal, los nombres de los Deudores, el número de procedimiento, el Título de la Objeción global con la que guarde relación la réplica, y el/los número(s) de las evidencias de reclamos relacionados de Prime Clerk (que se mencionan en el <u>Anexo A</u> de la Objeción global y están disponibles en línea, de manera gratuita, en <u>https://cases.primeclerk.com/puertorico</u>).

(iii) **Motivo(s) para oponerse a la Objeción global**. La réplica deberá contener una declaración concisa que establezca los motivos por los que el Tribunal no deba declarar ha lugar a la Objeción global en relación con su reclamo, incluidas las bases de hecho y de derecho que la demandante vaya a invocar al oponerse a la Objeción global.

(iv) **Documentación justificativa**. En la medida en que ya no esté incluida en la evidencia de reclamo, la réplica deberá contener una copia de cualquier otra documentación u otras evidencias relativas al reclamo que la demandante vaya a invocar al oponerse a la Objeción global; <u>con la salvedad</u> de que la demandante no tendrá que revelar en la contestación información confidencial, reservada o protegida de cualquier otra forma; y también <u>con la salvedad de que</u> la demandante revelará al ELA y al SRE toda la información y proporcionará copias de la totalidad de los documentos que considere son confidenciales, reservados o protegidos de cualquier otra forma y que tenga la intención de invocar en apoyo de su reclamo, con sujeción a las restricciones de confidencialidad pertinentes.

**<u>Dónde y cómo radicar y notificar una réplica</u>**. Todas las réplicas deberán radicarse de forma electrónica ante el Tribunal con el nombre de expediente *En el asunto de: Estado Libre Asociado de Puerto Rico*, núm. de procedimiento 17 BK 3283-LTS. Hay dos métodos que puede utilizar para radicar su réplica:

1. **En línea**. Los usuarios inscritos en el sistema del Tribunal de radicación de causas deberán radicar su réplica de forma electrónica en un formato de documento susceptible de búsqueda.

2. **Por correo postal**. Si usted no es un abogado que sea usuario inscrito en el sistema del Tribunal de radicación de causas, podrá radicar y notificar una réplica por correo postal dirigida a la Secretaría del Tribunal, a la Junta de Supervisión y al Comité de Acreedores a las siguientes direcciones:

> Secretaría (*Clerk's Office*)
> Tribunal de Distrito de los Estados Unidos
> Room 150 Federal Building
> San Juan (Puerto Rico) 00918-1767

> Abogado de la Junta de Supervisión (*Counsel for the Oversight Board*)
> Proskauer Rose LLP
> Eleven Times Square
> Nueva York, Nueva York 10036-8299

A/A: Martin J. Bienenstock
Brian S. Rosen

Abogado del Comité de Acreedores (*Counsel for the Creditors' Committee*)
Paul Hastings LLP
200 Park Avenue
Nueva York, Nueva York 10166
A/A: Luc A. Despins
James Bliss
James Worthington
G. Alexander Bongartz

SU RÉPLICA deberá enviarse para que se reciba por la Secretaría, la Junta de Supervisión y el Comité de Acreedores a más tardar a las **04:00 p.m. (AST)** del **18 de febrero de 2020**, salvo extensión por escrito por parte del ELA o el SRE o previa solicitud por escrito dirigida al Tribunal y una orden del Tribunal que extienda la fecha límite.

Si no puede radicar y notificar una réplica en línea o por correo postal, según se especificó anteriormente, podrá radicar una réplica en persona en la siguiente dirección a más tardar a las **04:00 p.m. (AST)** del **18 de febrero de 2020**, salvo extensión por escrito por parte del ELA o del SRE o previa solicitud por escrito dirigida al Tribunal y una orden del Tribunal que extienda la fecha límite:

Secretaría (*Clerk's Office*)
Tribunal de Distrito de los Estados Unidos
#150 Chardon Avenue
Federal Building
San Juan (Puerto Rico) 00918

Su réplica deberá incluir un certificado de notificación que indique la forma en la que se ha efectuado la notificación.

Si tiene alguna pregunta sobre cómo radicar y notificar una réplica, incluidas preguntas sobre el sistema del tribunal de radicación de causas, comuníquese con **Prime Clerk** llamando al **número directo (844) 822-9231**.

**Reserva de derechos**. NINGUNA DISPOSICIÓN CONTENIDA EN LA OBJECIÓN GLOBAL O EN LA PRESENTE NOTIFICACIÓN SE CONSIDERA NI CONSIDERARÁ QUE CONSTITUYE UNA RENUNCIA A CUALESQUIERA DERECHOS DEL ELA O DEL SRE, O DE CUALQUIER OTRA PARTE INTERESADA EN RELACIÓN CON LAS CAUSAS RADICADAS CONFORME AL TÍTULO III, A IMPUGNAR CUALESQUIERA RECLAMOS; A HACER VALER CONTRARRECLAMOS, DERECHOS A COMPENSACIÓN O RECUPERACIÓN, O CONTESTACIONES; A OBJETAR A LOS RECLAMOS (O A OTROS RECLAMOS O CAUSAS RADICADAS DE UNA DEMANDANTE) O A CUALESQUIERA MOTIVOS QUE NO SE HAYAN ALEGADO PREVIAMENTE EN UNA OBJECIÓN, SALVO QUE EL TRIBUNAL HAYA DECLARADO HA LUGAR A UN RECLAMO O HAYA ORDENADO OTRA COSA; O A SOLICITAR QUE SE DECLARE HA LUGAR A CUALQUIER RECLAMO EN EL FUTURO. A SU DEBIDO TIEMPO, LAS PARTES AFECTADAS RECIBIRÁN LA NOTIFICACIÓN PERTINENTE DE TODO ELLO.

---

**Recursos adicionales y con quién comunicarse en el caso de que tenga que formular preguntas**

Todos los documentos enviados en el marco de las causas radicadas conforme al Título III, incluidas copias de los reclamos radicados utilizando CM/ECF, se encuentran disponibles en línea, de manera gratuita, en https://cases.primeclerk.com/puertorico. El mantenimiento de dicho sitio web lo realiza Prime Clerk; el sitio web incluye una base de datos que permite efectuar búsquedas y que ayuda a localizar documentos.

Para obtener información adicional sobre la Objeción global, el estado de su réplica, su reclamo o la presente notificación, comuníquese con Prime Clerk llamando a su número directo **(844) 822-9231** (número gratuito para Estados Unidos y Puerto Rico) o al **(646) 486-7944** (para llamadas desde el extranjero), disponibles entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español). También podrá enviar consultas a la siguiente dirección de correo electrónico: puertoricoinfo@primeclerk.com.

---

Case:FORMA LARGA Doc#:12215 Filed:03/10/20 Entered:03/10/20 16:29:53 Desc: Main Document Page 56 of 80

Formulario 482 Rev. 05.04

**FORMA LARGA**

| Liquidador | | Revisor | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| R | M | RO | V1 | V2 | P1 | P2 | N | D | E | A | G | |

**2004**

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA
**PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS**
AÑO CONTRIBUTIVO 2004 O AÑO COMENZADO EL
i de _enero_ de _04_ Y TERMINADO EL 31 de _dic._ de _04_

**2004**

PLANILLA: ⚪ ENMENDADA
⚪ FALLECIDO DURANTE EL AÑO

Sello de Pago

| Nombre | Inicial | Apellido Paterno | Apellido Materno | Número de Seguro Social |
|---|---|---|---|---|
| Maria | I. | Rivera | Espada | |

Dirección Postal
Urb. Villa Madrid B-9 Calle #2
Coamo, Puerto Rico 00769

Código Postal

Fecha de Nacimiento — Sexo ⚪ M ⚫ F
Dia Mes Año
Número de Seguro Social del Cónyuge

*Coloque la etiqueta engomada (Label) aquí*.

| Nombre e Inicial del Cónyuge | Apellido Paterno | Apellido Materno |
|---|---|---|
| N/A | | |

Fecha de Nacimiento del Cónyuge
Día Mes Año

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)
Urb. Villa Madrid B-9 Calle #2
Coamo, P.R.    Código Postal 00769

Teléfono Residencia
(787) 825-3778
Teléfono Oficina
( )

CAMBIO DE DIRECCION
⚪ SI  ⚫ No

Correo Electrónico (E-Mail)

**SI NO**
A. ⚪⚫ ¿Ciudadano de Estados Unidos?
B. ⚪⚫ ¿Residente de Puerto Rico al finalizar el año?
C. ⚪⚫ ¿Ingresos exentos de Lotería de Puerto Rico?
D. ⚪⚫ ¿Ingresos de premios de jugadas en Hipódromo?
E. ⚪⚫ ¿Otros ingresos exentos de contribución? (Someta Anejo)
F. ⚪⚫ ¿Obligación de hacer pagos a ASUME?

**ESTADO PERSONAL AL FINALIZAR SU AÑO CONTRIBUTIVO:**
1. ⚪ Casado que vivía con su cónyuge y rinde planilla conjunta
2. ⚪ Casado que no vivía con su cónyuge (No jefe de familia)
(Indique nombre y seguro social del cónyuge)
3. ⚪ Jefe de familia (No para casados)
4. ⚪ Soltero
5. ⚪ Casado que rinde por separado (Indique nombre y seguro social del cónyuge

**FUENTE DE MAYOR INGRESO:**
G. ⚫ Empleado del Gobierno, Municipios y Corporaciones Públicas
H. ⚪ Empleado del Gobierno Federal
I. ⚪ Empleado de Empresa Privada
Su ocupación _Aux. Adm._    Ocupación cónyuge

J. ⚪ Retirado/Pensionado
K. ⚪ Trabajo Cuenta Propia (Indique la industria o negocio principal)

**CONTRATO GOBIERNO**
⚪ CONTRIBUYENTE ⚪ CONYUG

**PLANILLA 2005**
⚫ ESPAÑOL ⚪ INGLES

**Encasillado 1**

| | A-Contribución Retenida | B-Sueldos,Comisiones, Concesiones y Propina |
|---|---|---|
| **1. Sueldos, Comisiones, Concesiones y Propinas** | | |
| **00** SUMINISTRE LOS COMPROBANTES DE RETENCION (Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique). | 1253 00 | 19504 |
| | 00 | |
| | 00 | |
| | 00 | |
| **01** Total (Núm. de comprobantes con esta planilla) [ 1 ] | 1253 00 | 19,504 |

Sello de Recibido

| | | | Contribución Retenida | | Salarios Federale |
|---|---|---|---|---|---|
| C- Salarios del Gobierno Federal (Véanse instrucciones) | (01) | | 00 | (02) | |

**2. Otros Ingresos (o Pérdidas):**

| | | | |
|---|---|---|---|
| A) Ingreso de intereses (Anejo F Individuo, Parte I, línea 10) | (03) | — | |
| B) Participación distribuible en beneficios de sociedades especiales (Someta Anejo F Individuo y Anejo R) | (04) | — | |
| C) Participación distribuible en pérdidas de sociedades especiales (Someta Anejo R) | (05) | — | |
| D) Dividendos de corporaciones y distribuciones de sociedades sujetos a retención (Anejo F Individuo, Parte II, línea 1A) | (06) | — | |
| E) Dividendos de corporaciones y distribuciones de sociedades no sujetos a retención (Anejo F Individuo, Parte II, línea 3B) | (07) | — | |
| F) Participación distribuible en beneficios de corporaciones de individuos (Someta Anejo F Individuo) | (08) | — | |
| G) Distribuciones del Programa de Cuentas de Ahorro para el Retiro (Anejo F Individuo, Parte V, línea 1A) | (09) | — | |
| H) Ingresos misceláneos (Someta Anejo F Individuo) | (10) | — | |
| I) Distribuciones de Cuentas de Retiro Individual y Cuentas de Aportación Educativa (Someta Anejo F Individuo) | (11) | — | |
| J) Dividendos de Fondo de Capital de Inversión o de Turismo (Someta Anejo Q1) | (12) | — | |
| K) Ingresos de anualidades y pensiones (Anejo H Individuo, Parte II, línea 12) | (13) | — | |
| L) Pensión alimentaria recibida (Núm. seguro social del que paga: ____ ) | (14) | — | |
| M) Ganancia (o pérdida) atribuible a industria o negocio (Someta Anejo K Individuo) | (15) | — | |
| N) Ganancia (o pérdida) atribuible a la agricultura (Someta Anejo L Individuo) | (16) | — | |
| O) Ganancia (o pérdida) atribuible a profesiones y comisiones (Someta Anejo M Individuo) | (17) | — | |
| P) Ganancia (o pérdida) atribuible a alquiler (Someta Anejo N Individuo) | (18) | — | |
| Q) Ganancia (o pérdida) en la venta o permuta de activos de capital y Planes cualificados (Someta Anejo D Individuo) | (19) | — | |
| R) Ganancia neta de capital a largo plazo en Fondos de Inversión (Someta Anejo Q1) | (20) | — | |
| **3. Total Ingreso Bruto** (Sume líneas 1B, 1C y 2A a la 2R) | (21) | 19504 | |
| **4. Pensión Alimentaria Pagada** (Núm. seguro social del que la recibe: ____ ) | (22) | — | |
| **5. Ingreso Bruto Ajustado** (Línea 3 menos línea 4) | (30) | 19504 | |

**Encasillado 2**

Período de Conservación: Diez (10) años

Formulario
Form 499R-2/W-2 PR
Rev. 05.04

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

COMMONWEALTH OF PUERTO RICO
INFORMACION PARA EL DEPARTAMENTO DE HACIENDA
DEPARTMENT OF THE TREASURY INFORMATION

INFORMACION PARA EL SEGURO SOCIAL
SOCIAL SECURITY INFORMATION

| | | |
|---|---|---|
| **1. Nombre-First Name**<br>MARTA | **3. Núm. Seguro Social**<br>Social Security No. | **8. Sueldos - Wages**<br>19,504.00 |
| **Apellido(s) - Surname(s)**<br>RIVERA ESPADA | **4. Estado Civil - Civil Status**<br>Soltero / Single<br>Casado / Married | **9. Comisiones - Commissions**<br>0.00 |
| **Dirección Postal del Empleado-Employee's Mailing Address**<br>VILLA MADRID<br>CALLE 2 BLOQUE B-9<br>COAMO, PR 00000 | **5. Núm. Seguro Social Cónyuge**<br>Spouse's Social Security No. | **10. Concesiones - Allowances**<br>0.00 |
| | **6. Núm. de Ident. Patronal**<br>Employer's Ident. No. (EIN) | **11. Propinas - Tips**<br>0.00 |
| **2. Nombre y Dirección Postal del Patrono**<br>Employer's Name and Mailing Address<br>L8102192106 OF SUPERIN<br>DEPT DE EDUCACION-CLASIFICADOS<br>AVE. TENIENTE CESAR GONZALEZ<br>ESQUINA CALAF<br>HATO REY, PR 00919 | **7. Costo de Pensión o Anualidad**<br>Cost of Pension or Annuity | **12. Total=8+9+10+11**<br>19,504.00 |

**Información para el Seguro Social / Social Security Information:**

| | |
|---|---|
| **17. Total Sueldos Seguro Social**<br>Social Security Wages | 19,504.00 |
| **18. Seguro Social Retenido**<br>Social Security Tax Withheld | 1,209.25 |
| **19. Total Sueldos y Pro. Medicare**<br>Medicare Wages and Tips | 19,504.00 |
| **20. Contrib. Medicare Retenida**<br>Medicare Tax Withheld | 282.81 |
| **21. Propinas Seguro Social**<br>Social Security Tips | 0.00 |
| **22. Seguro Social no Retenido en Propinas - Uncollected**<br>Social Security on Tips | 0.00 |
| **23. Contrib. Medicare no Retenida en Propinas - Uncollected**<br>Medicare Tax on Tips | 0.00 |

| | |
|---|---|
| **13. Gastos Reembolsados**<br>Reimbursed Expenses | 0.00 |
| **14. Cont. Retenida - Tax Withheld** | 1,253.48 |
| **15. Fondo de Retiro**<br>Retirement Fund | 1,531.20 |
| **16. Aportaciones a Planes Cualific.**<br>Contributions to CODA PLANS | 0.00 |

Copia C para Récord del Empleado
Copy C for Employee's Records

Año:
Year: **2004**

Número de Teléfono del Patrono
Employer's Telephone Number

Fecha de Cese de Operaciones
Cease of Operations Date

Número de Control - Control Number
**39235492**

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas
Conservation: Ten (10) years from the filing date in the Return Processing Bureau

Reproducido por: Departamento de Hacienda

# FORMA LARGA

| Liquidador | Revisor |
|---|---|

| R | M | RO | V1 | V2 | P1 | P2 | N | D | E | A | G |
|---|---|---|---|---|---|---|---|---|---|---|---|

PLANILLA CORTA (O DETALLAR)

**2005** ESTADO LIBRE ASOCIADO DE PUERTO RICO **2005**
DEPARTAMENTO DE HACIENDA
**PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS**
AÑO CONTRIBUTIVO 2005 O AÑO COMENZADO EL

____ de ____ de ____ Y TERMINADO EL ____ de ____ de ____

Número de Serie

○ PLANILLA ENMENDADA
○ FALLECIDO DURANTE AL AÑO: __/__/__
    Día Mes Año
Sello de Pago

| Nombre | Inicial | Apellido Paterno | Apellido Materno |
|---|---|---|---|
| Marta | L. | Rivera | Espada |

Dirección Postal
Villa Madrid B-9 Calle 2
Coamo, P.R.       Código Postal 00769

"Coloque la etiqueta engomada (Label) aquí".

| Nombre e Inicial del Cónyuge | Apellido Paterno | Apellido Materno |
|---|---|---|

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)
Car. #545 Zm 1.3 Interior 596 Sector
Jon-Sur Bo. Los Llanos
Coamo, P.R.       Código Postal 00769

Correo Electrónico (E-Mail)

Número de Seguro Social

Fecha de Nacimiento        Sexo
_____         ○ M
Día   Mes   Año             ○ F
Número de Seguro Social Cónyuge

Fecha de Nacimiento del Cónyuge
Día     Mes     Año

Teléfono Residencia
(   )

Teléfono Oficina
(   )

CAMBIO DE DIRECCION
○ SI    ○ No

Número de Recibo:
Importe:

## Encasillado 1

| | SI | NO | |
|---|---|---|---|
| A. | ○ | ○ | ¿Ciudadano de Estados Unidos? |
| B. | ○ | ○ | ¿Residente de Puerto Rico al finalizar el año? |
| C. | ○ | ○ | ¿Ingresos exentos de Lotería de Puerto Rico? |
| D. | ○ | ○ | ¿Ingresos de premios de jugadas en Hipódromo? |
| E. | ○ | ○ | ¿Otros ingresos exentos de contribución? (Someta Anejo) |
| F. | ○ | ○ | ¿Obligación de hacer pagos a ASUME? |

**ESTADO PERSONAL AL FINALIZAR SU AÑO CONTRIBUTIVO:**
1. ○ Casado que vivía con su cónyuge y rinde planilla conjunta
2. ○ Casado que no vivía con su cónyuge (No jefe de familia)
   (Indique nombre y seguro social del cónyuge)
3. ○ Jefe de familia (No para casados)
4. ○ Soltero
5. ○ Casado que rinde por separado (Indique nombre y seguro social del cónyuge)

**FUENTE DE MAYOR INGRESO:**
G. ○ Empleado del Gobierno, Municipios o Corporaciones Públicas
H. ○ Empleado del Gobierno Federal
I. ○ Empleado de Empresa Privada

J. ○ Retirado/Pensionado
K. ○ Trabajo Cuenta Propia (Indique la industria o negocio principal)

**CONTRATO GOBIERNO**
○ CONTRIBUYENTE   ○ CONYUGE

**PLANILLA 2006**
○ ESPAÑOL   ○ INGLES

Su ocupación Aux. Adm. 8110 Ocupación cónyuge _____

## Encasillado 2

Sello de Recibido

Estado Asociado de Puerto
DEPARTAMENTO DE HACIENDA
1150 - Colecturía de
RECIBIDO
24 MAR. 2006
SIN PAGO

| | | A-Contribución Retenida | B-Sueldos, Comisiones, Concesiones y Propinas |
|---|---|---|---|
| 1. Sueldos, Comisiones, Concesiones y Propinas | | | |
| 00 SUMINISTRE LOS COMPROBANTES DE RETENCION (Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique). | | 1,390 00 | 21,100 00 |
| | | 00 | 00 |
| | | 00 | 00 |
| | | 00 | 00 |
| 01 Total (Núm. de comprobantes con esta planilla) ........ 1 | | 1,390 00 | 21,100 00 |

| | | Contribución Retenida | Salarios Federales |
|---|---|---|---|
| C- Salarios del Gobierno Federal (Véanse instrucciones) ............................... (01) | | 00 (02) | 00 |

2. Otros Ingresos (o Pérdidas):
| | | | |
|---|---|---|---|
| A) Ingreso de intereses (Anejo F Individuo, Parte I, línea 10) | (03) | | 00 |
| B) Participación distribuible en beneficios de sociedades especiales (Someta Anejo F Individuo y Anejo R) | (04) | | 00 |
| C) Participación distribuible en pérdidas de sociedades especiales (Someta Anejo R) | (05) | | 00 |
| D) Dividendos de corporaciones y distribuciones de sociedades sujetos a retención (Anejo F Individuo, Parte II, línea 1A) | (06) | | 00 |
| E) Dividendos de corporaciones y distribuciones de sociedades no sujetos a retención (Anejo F Individuo, Parte II, línea 3B) | (07) | | 00 |
| F) Participación distribuible en beneficios de corporaciones de individuos (Someta Anejo F Individuo) | (08) | | 00 |
| G) Distribuciones del Programa de Cuentas de Ahorro para el Retiro (Anejo F Individuo, Parte V, línea 1A) | (09) | | 00 |
| H) Ingresos misceláneos (Someta Anejo F Individuo) | (10) | | 00 |
| I) Distribuciones de Cuentas de Retiro Individual y Cuentas de Aportación Educativa (Someta Anejo F Individuo) | (11) | | 00 |
| J) Dividendos de Fondo de Capital de Inversión o de Turismo (Someta Anejo Q1) | (12) | | 00 |
| K) Ingresos de anualidades y pensiones (Anejo H Individuo, Parte II, línea 12) | (13) | | 00 |
| L) Pensión recibida por divorcio o separación (Núm. seguro social del que paga: _____) (14) | (15) | | 00 |
| M) Ganancia (o pérdida) atribuible a industria o negocio (Someta Anejo K Individuo) | (16) | | 00 |
| N) Ganancia (o pérdida) atribuible a la agricultura (Someta Anejo L Individuo) | (17) | | 00 |
| O) Ganancia (o pérdida) atribuible a profesiones y comisiones (Someta Anejo M Individuo) | (18) | | 00 |
| P) Ganancia (o pérdida) atribuible a alquiler (Someta Anejo N Individuo) | (19) | | 00 |
| Q) Ganancia (o pérdida) en la venta o permuta de activos de capital y Planes cualificados (Someta Anejo D Individuo) | (20) | | 00 |
| R) Ganancia neta de capital a largo plazo en Fondos de Inversión (Someta Anejo Q1) | (21) | | 00 |
| 3. Total Ingreso Bruto (Sume líneas 1B, 1C y 2A a la 2R) | (22) | | 21,100 00 |
| 4. Pensión Pagada por Divorcio o Separación (seg. soc. del que la recibe: _____) (23) (Núm. sentencia _____) (24) (25) | | | 00 |
| 5. Ingreso Bruto Ajustado (Línea 3 menos línea 4) | (30) | | 21,100 00 |

Período de Conservación: Diez (10) años

Formulario
Form 499R-2/W-2 Pr,
Rev. 05.05

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

INFORMACION PARA EL
SEGURO SOCIAL

DEPARTAMENTO DE
HACIENDA
DEPARTMENT OF THE
TREASURY INFORMATION

SOCIAL SECURITY
INFORMATION

COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

| | |
|---|---|
| 1. Nombre - First Name<br>MARTA | 3. Núm. Seguro Social<br>Social Security No. |
| Apellido(s) - Surname(s)<br>RIVERA ESPADA | 4. Estado Civil - Civil Status<br>Soltero Single ☐ Casado Married ☐ |
| Dirección Postal del Empleado-Employee's Mailing Address<br>VILLA MADRID<br>CALLE 2 BLOQUE B-9<br>COAMO, PR 00000 | 5. Núm. de Ident. Patronal<br>Employer's Ident. No. (EIN) |
| 2. Nombre y Dirección Postal del Patrono<br>Employer's Name and Mailing Address<br>L8102158321 CF COAMO<br>DEPT DE EDUCACION-CLASIFICADOS<br>AVE. TENIENTE CESAR GONZALEZ<br>ESQUINA CALAF<br>HATO REY, PR 00919 | 6. Costo de Pensión o Anualidad<br>Cost of Pension or Annuity<br>0.00 |

| 7. Sueldos - Wages | 21100.31 |
|---|---|
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total=7+8+9+10 | 21100.31 |
| 12. Gastos Reembolsados<br>Reimbursed Expenses | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 1390.49 |
| 14. Fondo de Retiro<br>Retirement Fund | 1605.60 |
| 15. Aportaciones a Planes Cualific.<br>Contributions to CODA PLANS | 0.00 |
| 16. Salarios bajo Ley Núm. 324 de 2004<br>Salaries under Act No. 324 of 2004 | 0.00 |

| 17. Total Sueldos Seguro Social<br>Social Security Wages | 21100.31 |
|---|---|
| 18. Seguro Social Retenido<br>Social Security Tax Withheld | 1308.22 |
| 19. Total Sueldos y Pro. Medicare<br>Medicare Wages and Tips | 21100.31 |
| 20. Contrib. Medicare Retenida<br>Medicare Tax Withheld | 305.95 |
| 21. Propinas Seguro Social<br>Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido<br>en Propinas - Uncollected<br>Social Security on Tips | 0.00 |
| 23. Contrib. Medicare no Retenida<br>en Propinas - Uncollected<br>Medicare Tax on Tips | 0.00 |

Número de Teléfono del Patrono
Employer's Telephone Number

Fecha de Cese de Operaciones
Cease of Operations Date

Número de Control - Control Number
50658349

Copia B para Planilla
del Empleado
Copy B for Employee's
Tax Return

Año:
Year: **2005**

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas
Conservation: Ten (10) years from the filing date in the Return Processing Bureau

Reproducido por: Departamento de Hacienda

Corte aquí

Formulario 482   Rev.  09.06

# FORMA LARGA

◯ PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE EN ESTE LUGAR)

| Liquidador | Revisor |
|---|---|

| R | G | RO | V1 | V2 | P1 | P2 | N | D | E | A | M |
|---|---|---|---|---|---|---|---|---|---|---|---|

**2006**
ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA
PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2006 O AÑO COMENZADO EL
_1_ de _enero_ de _06_ Y TERMINADO EL _31_ de _diciembre_ de _06_
**2006**

Número de Serie

◯ PLANILLA ENMENDADA

◯ FALLECIDO DURANTE EL AÑO: __/__/__
                                                    Día   Mes   Año
Sello de Pago

| Nombre del Contribuyente | Inicial | Apellido Paterno | Apellido Materno |
|---|---|---|---|
| *Marta* | | *Rivera* | *Espada* |

Dirección Postal
*Villa Madrid 6-9 Calle 2*
*Coamo, P.R.*      Código Postal *00769*

"Coloque la etiqueta engomada (Label) aquí".

| Nombre e Inicial del Cónyuge | Apellido Paterno | Apellido Materno |
|---|---|---|

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)
*Bo. Los Llanos - Sectas Cuida*
*Coamo, P.R.*      Código Postal *00769*

Correo Electrónico (E-Mail)

Número de Seguro Social Contribuyente

Fecha de Nacimiento      Sexo
Día    Mes    Año            ◯ M   ◉ F
Número de Seguro Social Cónyuge

Fecha de Nacimiento del Cónyuge
Día    Mes    Año

Teléfono Residencia
(    )

Teléfono del Trabajo
(    )

CAMBIO DE DIRECCION
◯ SÍ   ◉ No

Número de Recibo: _____
Importe: _____

## Encasillado 1

|  | SI | NO |  |
|---|---|---|---|
| A. | ◯ | ◯ | ¿Ciudadano de Estados Unidos? |
| B. | ◯ | ◯ | ¿Residente de Puerto Rico al finalizar el año? |
| C. | ◯ | ◯ | ¿Ingresos exentos de Lotería de Puerto Rico? |
| D. | ◯ | ◯ | ¿Ingresos de premios de jugadas en Hipódromo? |
| E. | ◯ | ◯ | ¿Otros ingresos exentos de contribución? (Someta Anejo) |
| F. | ◯ | ◯ | ¿Obligación de hacer pagos a ASUME? |

**ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:**
1. ◯ Casado que vivía con su cónyuge y rinde planilla conjunta
2. ◯ Casado que no vivía con su cónyuge (No jefe de familia)
   (Indique nombre y seguro social del cónyuge arriba)
3. ◯ Jefe de familia (No para casados)
4. ◯ Soltero
5. ◯ Casado que rinde por separado (Indique nombre y seguro social del cónyuge)

**FUENTE DE MAYOR INGRESO:**
G. ◯ Empleado del Gobierno, Municipios o Corporaciones Públicas
H. ◯ Empleado del Gobierno Federal
I. ◯ Empleado de Empresa Privada

J. ◯ Retirado/Pensionado
K. ◯ Trabajo Cuenta Propia (Indique la industria o negocio principal)

**CONTRATO GOBIERNO**
◯ CONTRIBUYENTE   ◯ CONYUGE

**PLANILLA 2007**
◉ ESPAÑOL   ◯ INGLES

Su ocupación *Aux. Adm.*   *8110*   Ocupación cónyuge _____

## Encasillado 2

Sello de Recibido

**1. Sueldos, Comisiones, Concesiones y Propinas**

**00** SUMINISTRE LOS COMPROBANTES DE RETENCION (Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique).

**01** Total de comprobantes con esta planilla .. | *1* |

| | A-Contribución Retenida | B-Sueldos, Comisiones, Concesiones y Propinas |
|---|---|---|
| | 1,480 00 | 22,193 00 |
| | 00 | 00 |
| | 00 | 00 |
| | 00 | 00 |
| Total | 1,480 00 | 22,193 00 |

| | Contribución Retenida | | Salarios Federales |
|---|---|---|---|
| **C- Salarios del Gobierno Federal** (Véanse instrucciones) ........ (01) | 00 | (02) | 00 |

**2. Otros Ingresos (o Pérdidas):**

| | | | |
|---|---|---|---|
| A) | Ingreso de intereses (Anejo F Individuo, Parte I, línea 10) | (03) | 00 |
| B) | Participación distribuible en beneficios de sociedades especiales (Someta Anejo F Individuo y Anejo R) | (04) | 00 |
| C) | Participación distribuible en pérdidas de sociedades especiales (Someta Anejo R) | (05) | 00 |
| D) | Dividendos de corporaciones y distribuciones de sociedades sujetas a retención (Anejo F Individuo, Parte II, líneas 1A a la 1C, según aplique) | (06) | 00 |
| E) | Dividendos de corporaciones y distribuciones de sociedades no sujetas a retención (Anejo F Individuo, Parte II, línea 3D) | (07) | 00 |
| F) | Participación distribuible en beneficios de corporaciones de individuos (Someta Anejo F Individuo) | (08) | 00 |
| G) | Distribuciones de Planes Gubernamentales (Anejo F Individuo, Parte V, líneas 1C y 1E) | (09) | 00 |
| H) | Ingresos misceláneos (Someta Anejo F Individuo) | (10) | 00 |
| I) | Distribuciones de Cuentas de Retiro Individual y Cuentas de Aportación Educativa (Someta Anejo F Individuo) | (11) | 00 |
| J) | Dividendos de Fondo de Capital de Inversión o de Turismo (Someta Anejo Q1) | (12) | 00 |
| K) | Ingresos de anualidades y pensiones (Anejo H Individuo, Parte II, línea 12) | (13) | 00 |
| L) | Pensión recibida por divorcio o separación (Núm. seguro social del que paga: _____ ) (14) | (15) | 00 |
| M) | Ganancia (o pérdida) atribuible a industria o negocio (Someta Anejo K Individuo) | (16) | 00 |
| N) | Ganancia (o pérdida) atribuible a la agricultura (Someta Anejo L Individuo) | (17) | 00 |
| O) | Ganancia (o pérdida) atribuible a profesiones y comisiones (Someta Anejo M Individuo) | (18) | 00 |
| P) | Ganancia (o pérdida) atribuible a alquiler (Someta Anejo N Individuo) | (19) | 00 |
| Q) | Ganancia (o pérdida) en la venta o permuta de activos de capital y Planes cualificados (Someta Anejo D Individuo) | (20) | 00 |
| R) | Ganancia neta de capital a largo plazo en Fondos de Inversión (Someta Anejo Q1) | (21) | 00 |
| 3. | Total Ingreso Bruto (Sume líneas 1B, 1C y 2A a la 2R) | | 22,193 00 |
| 4. | Pensión Pagada por Divorcio o Separación (seg. soc. del que la recibe: _____ ) (23) (Núm. sentencia _____ ) (24) | (25) | 00 |
| 5. | Ingreso Bruto Ajustado (Línea 3 menos línea 4) | (30) | 22,193 00 |

Período de Conservación: Diez (10) años

Formulario 482 Rev. 10.07

## FORMA LARGA

| Liquidador | Revisor |
|---|---|
| R G RO V1 V2 P1 P2 N D1 D2 E A M | |

**2007**

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA
PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2007 O AÑO COMENZADO EL
1 de **enero** de 07 Y TERMINADO EL 31 de **dic** de 07

**2007**

Número de Serie

○ PLANILLA ENMENDADA

○ FALLECIDO DURANTE EL AÑO: ___ Dia Mes Año

Sello de Pago

| Nombre del Contribuyente | Inicial | Apellido Paterno | Apellido Materno |
|---|---|---|---|
| Marta | | Rivera | Espada |

Dirección Postal
Villa Madrid B-9 Calle2
Coamo, P.R.      Código Postal 00769

"Coloque la etiqueta engomada (Label) aquí".

| Nombre e Inicial del Cónyuge | Apellido Paterno | Apellido Materno |
|---|---|---|

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)
Los Llanos sector Caribe
Coamo, P.R.      Código Postal 00769

Correo Electrónico (E-Mail)

Número de Seguro Social Contribuyente

Fecha de Nacimiento ○ M ● F
Día  Mes  Año
Número de Seguro Social Cónyuge

Fecha de Nacimiento del Cónyuge
Día  Mes  Año

Teléfono Residencia ( )

Teléfono del Trabajo ( )

CAMBIO DE DIRECCION
○ Si   ● No

Número de Recibo:
Importe:

**Encasillado 1**

FUENTE DE MAYOR INGRESO:

SI  NO
A. ● ○ ¿Ciudadano de Estados Unidos?
B. ○ ● ¿Residente de Puerto Rico al finalizar el año?
C. ○ ● ¿Ingresos exentos de Lotería de Puerto Rico?
D. ○ ● ¿Ingresos de premios de jugadas en Hipódromo?
E. ○ ● ¿Otros ingresos exentos de contribución? (Someta Anejo)
F. ○ ● ¿Obligación de hacer pagos a ASUME?

G. ● Empleado del Gobierno, Municipios o Corporaciones Públicas
H. ○ Empleado del Gobierno Federal
I. ○ Empleado de Empresa Privada
Su ocupación ___        Ocupación cónyuge ___

ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:
1. ○ Casado que vivía con su cónyuge y rinde planilla conjunta
2. ○ Casado que no vivía con su cónyuge (No jefe de familia) (Indique nombre y seguro social del cónyuge arriba)
3. ○ Jefe de familia (No para casados)
4. ○ Soltero
5. ○ Casado que rinde por separado (Indique nombre y seguro social del cónyuge)

J. ○ Retirado/Pensionado
K. ○ Trabajo Cuenta Propia (Indique la industria o negocio principal)

CONTRATO GOBIERNO
○ CONTRIBUYENTE  ○ CONYUGE

PLANILLA 2008
● ESPAÑOL  ○ INGLES

**Encasillado 2**

Sello de Recibido
Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
1156 Colecturia Coamo
RECIBIDO
APR 14 2008
SIN PAGO

08-2766

| | | A-Contribución Retenida | B-Sueldos, Comisiones, Concesiones y Propinas |
|---|---|---|---|
| **1.** Sueldos, Comisiones, Concesiones y Propinas | | 1,247 00 | 22,762 |
| **00** SUMINISTRE LOS COMPROBANTES DE RETENCION (Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique). | | 00 | |
| | | 00 | |
| | | 00 | |
| **01** Total de comprobantes con esta planilla .. 1 | | 1,247 00 | 22,762 |
| | | Contribución Retenida | Salarios Federales |

C. Salarios del Gobierno Federal (Véanse instrucciones) .................................... (01) ___ 00  (02)

2. Otros Ingresos (o Pérdidas):
A) Ingreso de intereses (Anejo F Individuo, Parte I, línea 10) ............................................ (03)
B) Participación distribuible en beneficios de sociedades especiales (Someta Anejo F Individuo y Anejo R) ........ (04)
C) Participación distribuible en pérdidas de sociedades especiales (Someta Anejo R) ........................ (05)
D) Dividendos de corporaciones y distribuciones de sociedades sujetos a retención (Anejo F Individuo, Parte II, línea 1A) .... (06)
E) Dividendos de corporaciones y distribuciones de sociedades no sujetas a retención (Anejo F Individuo, Parte II, línea 3B) .... (07)
F) Participación distribuible en beneficios de corporaciones de individuos (Someta Anejo F Individuo) ............ (08)
G) Distribuciones de Planes Gubernamentales (Anejo F Individuo, Parte V, líneas 1C y 1D) .................... (09)
H) Ingresos misceláneos (Someta Anejo F Individuo) ...................................................... (10)
I) Distribuciones de Cuentas de Retiro Individual y Cuentas de Aportación Educativa (Someta Anejo F Individuo) .... (11)
J) Dividendos de Fondo de Capital de Inversión o de Turismo (Someta Anejo Q1) ............................ (12)
K) Ingresos de anualidades y pensiones (Anejo H Individuo, Parte II, línea 12) .............................. (13)
L) Pensión recibida por divorcio o separación (Núm. seguro social del que paga: ___) (14) .............. (15)
M) Ganancia (o pérdida) atribuible a industria o negocio (Someta Anejo K Individuo) ___ ) (16)
N) Ganancia (o pérdida) atribuible a la agricultura (Someta Anejo L Individuo) .............................. (17)
O) Ganancia (o pérdida) atribuible a profesiones y comisiones (Someta Anejo M Individuo) .................... (18)
P) Ganancia (o pérdida) atribuible a alquiler (Someta Anejo N Individuo) .................................... (19)
Q) Ganancia (o pérdida) en la venta o permuta de activos de capital y Planes cualificados (Someta Anejo D Individuo) .... (20)
R) Ganancia neta de capital a largo plazo en Fondos de Inversión (Someta Anejo Q1) ........................ (21)
3. Total Ingreso Bruto (Sume líneas 1B, 1C y 2A a la 2R) .............................................. (22)  22,762
4. Pensión Pagada por Divorcio o Separación (seg. soc. del que la recibe: ___ ) (23) (Núm. sentencia ___ ) (24) (25)
5. Ingreso Bruto Ajustado (Línea 3 menos línea 4) ...................................................... (30)  22,762

Período de Conservación: Diez (10) años

Formulario
Form 499R-2/W-2 PR
Rev. 06.07

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

| | | | |
|---|---|---|---|
| | | INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |

**1. Nombre - First Name**
MARTA

**Apellido(s) - Surname(s)**
RIVERA ESPADA

**Dirección Postal del Empleado-Employee's Mailing Address**
VILLA MADRID
CALLE 2 BLOQUE B-9
COAMO, PR 00000

**2. Nombre y Dirección Postal del Patrono**
**Employer's Name and Mailing Address**
L8102158321 CF COAMO
DEPT DE EDUCACION-CLASIFICADOS
AVE. TENIENTE CESAR GONZALEZ
ESQUINA CALAF
HATO REY, PR 00919

**Número de Teléfono del Patrono**
**Employer's Telephone Number**

**Fecha de Cese de Operaciones:** Día / Mes / Año
**Cease of Operations Date:** Day / Month / Year

**Número de Control - Control Number**
45516741

**3. Núm. Seguro Social**
Social Security No.

**4. Núm. de Ident. Patronal**
Employer's Ident. No. (EIN.)

**5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension**
Día / Mes / Año
Day / Month / Year

**6. Costo de Pensión o Anualidad**
Cost of Pension or Annuity
0.00

Copia B para Planilla
del Empleado
Copy B for Employee's
Tax Return

Año:
Year: **2007**

**7. Sueldos - Wages**
22762.30

**8. Comisiones - Commissions**
0.00

**9. Concesiones - Allowances**
0.00

**10. Propinas - Tips**
0.00

**11. Total=7+8+9+10**
22762.30

**12. Gastos Reembolsados**
Reimbursed Expenses
0.00

**13. Cont. Retenida - Tax Withheld**
1247.62

**14. Fondo de Retiro**
Retirement Fund
1675.20

**15. Aportaciones a Planes Cualific.**
Contributions to CODA PLANS
0.00

**16. Salarios bajo Ley Núm. 324 de 2004**
Salaries under Act No. 324 of 2004
0.00

**17. Total Sueldos Seguro Social**
Social Security Wages
22762.30

**18. Seguro Social Retenido**
Social Security Tax Withheld
1411.26

**19. Total Sueldos y Pro. Medicare**
Medicare Wages and Tips
22762.30

**20. Contrib. Medicare Retenida**
Medicare Tax Withheld
330.05

**21. Propinas Seguro Social**
Social Security Tips
0.00

**22. Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips**
0.00

**23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips**
0.00

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas
Retention: Ten (10) years from the filing date in the Return Processing Bureau

Reproducido por: Departamento de Hacienda

Corte aquí

Formulario 482 Rev. 11.08

## FORMA LARGA

| Liquidador | Revisor |
|---|---|

**2008** ESTADO LIBRE ASOCIADO DE PUERTO RICO DEPARTAMENTO DE HACIENDA **2008**

PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2008 O AÑO COMENZADO EL
1 de enero de 2008 Y TERMINADO EL 31 de diciembre de 2008

○ PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE EN ESTE LUGAR)

Número de Serie

○ PLANILLA ENMENDADA
○ FALLECIDO DURANTE EL AÑO:

R G RO V1 V2 P1 P2 N D1 D2 E A M

Nombre del Contribuyente: **MARTA** Inicial **I** Apellido Paterno **RIVERA** Apellido Materno **ESPADA**

Dirección Postal
URB. VILLA MADRID
CALLE 2 B-9
COAMO PR   Código Postal 00769

"Coloque la etiqueta engomada (Label) aquí".

Número de Seguro Social Contribuyente

Fecha de Nacimiento
Número de Seguro Social Cónyuge
Fecha de Nacimiento del Cónyuge

Sello de Pago

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)
LOS LLANOS SECTOR CARIBE
COAMO PR   Código Postal 00769

Correo Electrónico (E-Mail)

Teléfono Residencia (787) 453-6939
Teléfono del Trabajo

CAMBIO DE DIRECCION ○ SI ○ No
Número de Recibo:
Importe:

**Encasillado 1**

SI NO
A. ¿Ciudadano de Estados Unidos?
B. ¿Residente de Puerto Rico al finalizar el año?
C. ¿Ingresos exentos de Lotería de Puerto Rico?
D. ¿Ingresos de premios de jugadas en Hipódromo?
E. ¿Otros ingresos exentos de contribución? (Someta Anejo)
F. ¿Obligación de hacer pagos a ASUME?

FUENTE DE MAYOR INGRESO:
G. Empleado del Gobierno, Municipios o Corporaciones Públicas
H. Empleado del Gobierno Federal
I. Empleado de Empresa Privada
Su ocupación **AUXILIAR ADMINI** 8110  Ocupación cónyuge

ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:
1. Casado que vivía con su cónyuge y rinde planilla conjunta
2. Casado que no vivía con su cónyuge (No jefe de familia) (Indique nombre y seguro social del cónyuge arriba)
3. Jefe de familia (No para casados)
4. Soltero
5. Casado que rinde por separado (Indique nombre y seguro social del cónyuge)

J. Retirado/Pensionado
K. Trabajo Cuenta Propia (Indique la industria o principal)

CONTRATO GOBIERNO ○ CONTRIBUYENTE ○ CONYUGE
PLANILLA 2009 ○ ESPAÑOL ○ INGLES

Ennegrezca aquí si se acoge al cómputo opcional de la contribución en el caso de personas casadas que viven juntas, y que ambos trabajen. No complete los Encasillados 2 y 3, ni las líneas 15 a 25 del Encasillado 4, y pase al Anejo CO Individuo.

**Encasillado 2**

Sello de Recibido
DEPARTAMENTO DE HACIENDA
RECIBIDO
APR 07 2009
SIN PAGO
SECRETARIO DE HACIENDA

1. Sueldos, Comisiones, Concesiones y Propinas

A-Contribución Retenida
SUMINISTRE LOS COMPROBANTES DE RETENCION (Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique).

| | A-Contribución Retenida | | B-Sueldos, Comisiones, Concesiones y Propinas |
|---|---|---|---|
| (00) | 1,264 00 | | 23,044 00 |
| | 00 | | 00 |
| | 00 | | 00 |
| | 00 | | 00 |
| (01) Total de comprobantes con esta planilla .. 1 | 1,264 00 | | 23,044 00 |

C. Salarios del Gobierno Federal (Véanse instrucciones) (01)
Contribución Retenida (01) 00   Salarios Federales (02) 00

2. Otros Ingresos (o Pérdidas):
A) Ingreso de intereses (Anejo F Individuo, Parte I, línea 10) (03) 00
B) Participación distribuible en beneficios de sociedades especiales (Someta Anejo F Individuo y Anejo R) (04) 00
C) Participación distribuible en pérdidas de sociedades especiales (Someta Anejo R) (05) 00
D) Dividendos de corporaciones y distribuciones de sociedades sujetos a retención (Anejo F Individuo, Parte II, línea 1A) (06) 00
E) Dividendos de corporaciones y distribuciones de sociedades no sujetos a retención (Anejo F Individuo, Parte II, línea 3B) (07) 00
F) Participación distribuible en beneficios de corporaciones de individuos (Someta Anejo F Individuo) (08) 00
G) Distribuciones de Planes Gubernamentales (Anejo F Individuo, Parte V, líneas 1C y 1D) (09) 00
H) Ingresos misceláneos (Someta Anejo F Individuo) (10) 00
I) Distribuciones de Cuentas de Retiro Individual y Cuentas de Aportación Educativa (Someta Anejo F Individuo) (11) 00
J) Dividendos de Fondo de Capital de Inversión o de Turismo (Someta Anejo Q1) (12) 00
K) Ingresos de anualidades y pensiones (Anejo H Individuo, Parte II, línea 12) (13) 00
L) Pensión recibida por divorcio o separación (Núm. seguro social del que paga: ) (14) (15) 00
M) Ganancia (o pérdida) atribuible a industria o negocio (Someta Anejo K Individuo) (16) 00
N) Ganancia (o pérdida) atribuible a la agricultura (Someta Anejo L Individuo) (17) 00
O) Ganancia (o pérdida) atribuible a profesiones y comisiones (Someta Anejo M Individuo) (18) 00
P) Ganancia (o pérdida) atribuible a alquiler (Someta Anejo N Individuo) (19) 00
Q) Ganancia (o pérdida) en la venta o permuta de activos de capital (Someta Anejo D Individuo) (20) 00
R) Planes cualificados y Contratos de Anualidad Variable (Someta Anejo D Individuo) (21) 00
S) Ganancia neta de capital a largo plazo en Fondos de Inversión (Someta Anejo Q1) (22) 00
3. Total Ingreso Bruto (Sume líneas 1B, 1C y 2A a la 2S) (28) 23,044 00
4. Pensión Pagada por Divorcio o Separación (seg. soc. del que la recibe: ) (24) (Núm. sentencia ) (25) (26) 00
5. Ingreso Bruto Ajustado (Línea 3 menos línea 4) (30) 23,044 00

Período de Conservación: Diez (10) años

PRSoft, Inc. (www.prsoft.com)

Formulario
Form 499R-2/W-2 PR
Rev. 07.08

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

INFORMACION PARA EL
DEPARTAMENTO DE
HACIENDA
DEPARTMENT OF THE
TREASURY INFORMATION

INFORMACION PARA EL
SEGURO SOCIAL

SOCIAL SECURITY
INFORMATION

| | | |
|---|---|---|
| 1. Nombre-First Name <br> MARTA | 3. Núm. Seguro Social <br> Social Security No. | 7. Sueldos - Wages <br> 23044.00 |
| | | 17. Total Sueldos Seguro Social <br> Social Security Wages <br> 23044.00 |

**1. Nombre-First Name**
MARTA

**Apellido(s) - Surname(s)**
RIVERA ESPADA

**Dirección Postal del Empleado-Employee's Mailing Address**
VILLA MADRID
CALLE 2 BLOQUE B-9

**2. Nombre y Dirección Postal del Patrono**
**Employer's Name and Mailing Address**
L8102150500 J R RODRIG
DEPT DE EDUCACION-CLASIFICADOS
AVE. TENIENTE CESAR GONZALEZ
ESQUINA CALAF
HATO REY, PR 00919

**Número de Teléfono del Patrono**
**Employer's Telephone Number**

**Fecha de Cese de Operaciones:** Dia   Mes   Año
**Cease of Operations Date:** Day   Month   Year

**Número de Control - Control Number**
017599673

**3. Núm. Seguro Social**
Social Security No.

**4. Núm. de Ident. Patronal**
Employer's Ident. No. (EIN.)

**5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension**
Dia / Day    Mes / Month    Año / Year

**6. Costo de Pensión o Anualidad**
Cost of Pension or Annuity
0.00

Copia C para Récord
del Empleado
Copy C for Employee's
Records

**Año:** **2008**
**Year:**

**7. Sueldos - Wages**
23044.00

**8. Comisiones - Commissions**
0.00

**9. Concesiones - Allowances**
0.00

**10. Propinas - Tips**
0.00

**11. Total=7+8+9+10**
23044.00

**12. Gastos Reembolsados**
Reimbursed Expenses
0.00

**13. Cont. Retenida - Tax Withheld**
1264.62

**14. Fondo de Retiro**
Retirement Fund
1824.11

**15. Aportaciones a Planes Cualific.**
Contributions to CODA PLANS
0.00

**16. Salarios bajo Ley Núm. 324 de 2004**
Salaries under Act No. 324 of 2004
0.00

**17. Total Sueldos Seguro Social**
Social Security Wages
23044.00

**18. Seguro Social Retenido**
Social Security Tax Withheld
1428.73

**19. Total Sueldos y Pro. Medicare**
Medicare Wages and Tips
23044.00

**20. Contrib. Medicare Retenida**
Medicare Tax Withheld
334.14

**21. Propinas Seguro Social**
Social Security Tips
0.00

**22. Seguro Social no Retenido en Propinas - Uncollected**
Social Security on Tips
0.00

**23. Contrib. Medicare no Retenido en Propinas - Uncollected**
Medicare Tax on Tips
0.00

Reproducido por: Departamento de Hacienda

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS

PARA EL DISTRITO DE PUERTO RICO

RECEIVED & FILED

# Réplica

2020 MAR 10  PM 12: 04

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

24 de febrero de 2020

marta.mr305@gmail.com

Marta I. Rivera Espada

Urbanización Villa Madrid B-9  Calle #2

Coamo, Puerto Rico, 00769

Teléfono (787) 453-6939

En el asunto de:
JUNTA DE SUPERVISION Y ADMINISTRACION
FINANCIERA PARA PUERTO RICO.
　　　Como representante de:
ESTADO LIBRE ASOCIADO DE PUERTO RICO y Otros

PROMESA, Título III
Número 17 BK 3283-LTS
**La presente radicación guarda relación con el ELA y el SRE**

## Epígrafe

**NOTIFICACION DE LA CENTESIMA CUADRAGESIMA CUARTA OBJECION GLOBAL ( NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASEDE UNAS LEYES PUERTORRIQUEÑAS NO ESPECIFICADAS.**

**Número de reclamación: 125596**

Mediante esta misiva solicito al **Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico**, que declare a lugar la objeción global en relación al reclamo por el pago  de la  *Ley # 62*,  ya que el mismo no fue adjudicado ni pagado por la Ley de Quiebras de Puerto Rico.

Trabajé para el Gobierno de Puerto Rico, Rico en la Agencia del  Departamento de Educación durante 12 años, sin recibir el pago por el aumento o incentivo del gobierno para ese entonces.  Estimo que durante esos años se me adeuda la cantidad aproximada de **$ 7,500.**

También deseo solicitar al tribunal que sea diligente y acepte mi objeción por estar fuera de la fecha indicada.  El haber excedido la fecha límite se debe a las consecuencias de los temblores y sismos que han ocurrido en PuertoRico; por tanto no se pudo enviar en o antes del 18 de febrero de 2020.  Por consiguiente no estaba la información completa en su totalidad en la réplica.  Se adjunta documentación justificativa para evidenciar la objeción.  Tal documentación son mis planillas desde el año 2004 hasta el año 2008, donde se demuestra que laboré para el Gobierno de Puerto Rico el cual nunca me otorgó el aumento que por ley me correspondía.

Cordialmente,

Marta I. Rivera Espada
Marta I. Rivera Espada

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

|  |  |
|---|---|
| En el asunto de:<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>     como representante de<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO y otros,<br><br>                             Deudores. | PROMESA,<br>Título III<br><br>Núm. 17 BK 3283-LTS<br><br>(Administrada conjuntamente)<br><br>**La presente radicación guarda relación con el ELA y el SRE.** |

**NOTIFICACIÓN DE LA CENTÉSIMA CUADRAGÉSIMA CUARTA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE UNAS LEYES PUERTORRIQUEÑAS NO ESPECIFICADAS**

---

**SI SU RECLAMO ESTÁ INCLUIDO EN EL <u>ANEXO A</u> DE LA OBJECIÓN GLOBAL, EL ELA Y/O EL SRE SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

**SI SU RECLAMO ES MENCIONADO EN EL <u>ANEXO A</u>, DEBERÁ LEER DETENIDAMENTE ESTA NOTIFICACIÓN Y LA OBJECIÓN GLOBAL, Y COMENTARLAS CON SU ABOGADO. SI NO TIENE ABOGADO, ES POSIBLE QUE DESEE ACUDIR A UNO.**

---

      **OBSÉRVESE QUE** el 14 de enero de 2020, el Estado Libre Asociado de Puerto Rico (el "<u>ELA</u>") y el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "<u>SRE</u>"), a través de la Junta de Supervisión y Administración Financiera para Puerto Rico (la "<u>Junta de Supervisión</u>"), como representante del ELA y del SRE conforme al artículo 315(b) de la *Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("<u>PROMESA</u>"),[1] radicaron la *Centésima cuadragésima cuarta objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Reclamos deficientes en los que se alegan intereses sobre la base de unas leyes puertorriqueñas no*

---

[1] PROMESA ha sido codificada en el Título 48 U.S.C., §§ 2101-2241.

*especificadas* (la "Objeción global") ante el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "Tribunal"). [2]

<div style="border:1px solid">

### SÍNTESIS

- **COMPRUEBE SI SU(S) RECLAMO(S) SE MENCIONA(N) EN EL ANEXO A DE LA OBJECIÓN GLOBAL.**

- **Si su(s) reclamo(s) NO se menciona(n) en el Anexo A, la Objeción global no afectará a su reclamo, por lo que NO tendrá que realizar ninguna acción.**

- Si su(s) reclamo(s) se menciona(n) en el Anexo A de la Objeción global, el ELA y/o el SRE solicitan que su(s) reclamo(s) que se mencione(n) en el Anexo A sea(n) rechazado(s) porque, como se explicó en la Objeción global que acompaña este documento, los datos de los Deudores indican que su reclamo es deficiente. La Objeción global y el Anexo A de la Objeción global proporcionan detalles adicionales sobre los reclamos deficientes en cuestión.

- Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.

- **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

</div>

**SI NO CONTESTA CONFORME A LA PRESENTE NOTIFICACIÓN, EL TRIBUNAL PODRÁ CONCEDER EL REMEDIO SOLICITADO EN LA OBJECIÓN GLOBAL SIN OTRA NOTIFICACIÓN NI VISTA.**

<div style="border:1px solid">

### NOTIFICACIÓN IMPORTANTE CONFORME A LA REGLA LOCAL 3007-1

Cualquiera de las partes a la que se haya notificado la presente Objeción global, o cualquier parte de la acción que objete al remedio aquí solicitado, deberá radicar y enviar una réplica a la Objeción global a la secretaría del Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico antes de las **04:00 p.m. (AST)** del **18 de febrero de 2020**, salvo extensión por escrito por parte del ELA o el SRE. Si no se radica ninguna réplica en el plazo mencionado, se considerará que no se ha opuesto a la Objeción global, por lo que esta podrá ser declarada ha lugar, salvo que: 1) el remedio solicitado esté legalmente prohibido; 2) el remedio solicitado sea contrario al orden público; o 3) a criterio del Tribunal, el interés de la justicia exija otra cosa. Si radica una réplica en tiempo, el Tribunal podrá convocar una vista.

</div>

---

[2] Los términos en mayúscula utilizados que no estén definidos en el presente documento tendrán el significado que les haya sido atribuido en la Objeción global.

**Información muy importante relativa a la elección, por parte de las Demandantes, para radicar una réplica**

**Quién tiene la obligación de radicar una réplica.** Cualquiera de las partes que impugne la Objeción global tiene la obligación de radicar una réplica de conformidad con los procedimientos aquí establecidos. Si la parte cuyo reclamo quede sujeto a la Objeción global no radica ni notifica una réplica de conformidad con los procedimientos aquí establecidos, el Tribunal podrá declarar ha lugar a la Objeción global en relación con tal reclamo sin más notificaciones a la demandante.

**Quién NO tiene la obligación de radicar una réplica**. Si usted no se opone al remedio solicitado en la Objeción global, no tendrá que radicar ninguna réplica por escrito a la Objeción global ni tendrá que comparecer en la vista sobre la Objeción global (según se explica abajo). Además, la Objeción global solo se aplica a los reclamos mencionados en el Anexo A relativo a la Objeción global, cuya copia está disponible en línea, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si su reclamo no se menciona en el Anexo A de la Objeción global, no será necesario radicar ninguna réplica.

**Fecha límite para radicar una réplica**. Su réplica se considerará radicada dentro de los plazos establecidos **solo** si la radica ante el Tribunal **y** la notifica antes de las **04:00 p.m. (AST)** del **18 de febrero de 2020**, salvo extensión por escrito por parte del ELA o el SRE, o previa solicitud por escrito dirigida al Tribunal y una orden del Tribunal que extienda la fecha límite.

> **La fecha límite para radicar y notificar una réplica se cumple a las
> 04:00 p.m. (AST) del 18 de febrero de 2020.**

**Vista sobre la Objeción global**. Si se radica y notifica una réplica de manera adecuada conforme a la presente notificación, se celebrará una vista sobre la Objeción global y la réplica a las **09:30 a.m. (AST) del 4 de marzo de 2020** ante su señoría, Laura Taylor Swain, en el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767. Si radica una réplica a la Objeción global, deberá prever su comparecencia en la vista sobre la Objeción global. Sin embargo, el ELA y el SRE se reservan el derecho, previa notificación con tres (3) días hábiles de antelación, a paralizar la vista en relación con la Objeción global y la réplica.

Los Deudores podrán radicar una contestación a su réplica o contestación en un alegato oral durante la vista. Los Deudores podrán radicar su contestación en un plazo máximo de siete (7) días naturales antes de la celebración de la vista sobre la Objeción global y la réplica.

**EL TRIBUNAL SOLO TENDRÁ EN CONSIDERACIÓN SU RÉPLICA SI ESTA SE RADICA Y NOTIFICA ANTES DE LA FECHA LÍMITE PARA RESPONDER DE CONFORMIDAD CON LAS INSTRUCCIONES ESTABLECIDAS EN LA PRESENTE NOTIFICACIÓN.**

**Lo que hay que radicar con la réplica**. Su réplica a la Objeción global **deberá** contener la siguiente información:

    (i)    **Datos de contacto**. La réplica deberá contener el **nombre**, la **dirección**, el **número de teléfono** y la **dirección de correo electrónico** 1) de la demandante que responda; 2) del

3

abogado o representante designado de la demandante al que los abogados del ELA o del SRE deban notificar una respuesta a la réplica, en su caso; o 3) de la parte con potestad para reconciliar, llegar a un acuerdo o de otro modo resolver la Objeción global en nombre de la demandante.

(ii) **Epígrafe**. La réplica deberá contener un epígrafe que refleje el nombre del Tribunal, los nombres de los Deudores, el número de procedimiento, el Título de la Objeción global con la que guarde relación la réplica, y el/los número(s) de las evidencias de reclamos relacionados de Prime Clerk (que se mencionan en el Anexo A de la Objeción global y están disponibles en línea, de manera gratuita, en https://cases.primeclerk.com/puertorico).

(iii) **Motivo(s) para oponerse a la Objeción global**. La réplica deberá contener una declaración concisa que establezca los motivos por los que el Tribunal no deba declarar ha lugar a la Objeción global en relación con su reclamo, incluidas las bases de hecho y de derecho que la demandante vaya a invocar al oponerse a la Objeción global.

(iv) **Documentación justificativa**. En la medida en que ya no esté incluida en la evidencia de reclamo, la réplica deberá contener una copia de cualquier otra documentación u otras evidencias relativas al reclamo que la demandante vaya a invocar al oponerse a la Objeción global; con la salvedad de que la demandante no tendrá que revelar en la contestación información confidencial, reservada o protegida de cualquier otra forma; y también con la salvedad de que la demandante revelará al ELA y al SRE toda la información y proporcionará copias de la totalidad de los documentos que considere que son confidenciales, reservados o protegidos de cualquier otra forma y que tenga la intención de invocar en apoyo de su reclamo, con sujeción a las restricciones de confidencialidad pertinentes.

**Dónde y cómo radicar y notificar una réplica**. Todas las réplicas deberán radicarse de forma electrónica ante el Tribunal con el nombre de expediente *En el asunto de: Estado Libre Asociado de Puerto Rico*, núm. de procedimiento 17 BK 3283-LTS. Hay dos métodos que puede utilizar para radicar su réplica:

1. **En línea**. Los usuarios inscritos en el sistema del Tribunal de radicación de causas deberán radicar su réplica de forma electrónica en un formato de documento susceptible de búsqueda.

2. **Por correo postal**. Si usted no es un abogado que sea usuario inscrito en el sistema del Tribunal de radicación de causas, podrá radicar y notificar una réplica por correo postal dirigida a la Secretaría del Tribunal, a la Junta de Supervisión y al Comité de Acreedores a las siguientes direcciones:

Secretaría (*Clerk's Office*)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

Abogado de la Junta de Supervisión (*Counsel for the Oversight Board*)
Proskauer Rose LLP
Eleven Times Square
Nueva York, Nueva York 10036-8299

A/A: Martin J. Bienenstock
Brian S. Rosen

Abogado del Comité de Acreedores (*Counsel for the Creditors' Committee*)
Paul Hastings LLP
200 Park Avenue
Nueva York, Nueva York 10166
A/A: Luc A. Despins
James Bliss
James Worthington
G. Alexander Bongartz

SU RÉPLICA deberá enviarse para que se reciba por la Secretaría, la Junta de Supervisión y el Comité de Acreedores a más tardar a las **04:00 p.m. (AST)** del **18 de febrero de 2020**, salvo extensión por escrito por parte del ELA o el SRE o previa solicitud por escrito dirigida al Tribunal y una orden del Tribunal que extienda la fecha límite.

Si no puede radicar y notificar una réplica en línea o por correo postal, según se especificó anteriormente, podrá radicar una réplica en persona en la siguiente dirección a más tardar a las **04:00 p.m. (AST)** del **18 de febrero de 2020**, salvo extensión por escrito por parte del ELA o del SRE o previa solicitud por escrito dirigida al Tribunal y una orden del Tribunal que extienda la fecha límite:

Secretaría (*Clerk's Office*)
Tribunal de Distrito de los Estados Unidos
#150 Chardon Avenue
Federal Building
San Juan (Puerto Rico) 00918

Su réplica deberá incluir un certificado de notificación que indique la forma en la que se ha efectuado la notificación.

Si tiene alguna pregunta sobre cómo radicar y notificar una réplica, incluidas preguntas sobre el sistema del tribunal de radicación de causas, comuníquese con **Prime Clerk** llamando al **número directo (844) 822-9231**.

**Reserva de derechos**. NINGUNA DISPOSICIÓN CONTENIDA EN LA OBJECIÓN GLOBAL O EN LA PRESENTE NOTIFICACIÓN SE CONSIDERA NI CONSIDERARÁ QUE CONSTITUYE UNA RENUNCIA A CUALESQUIERA DERECHOS DEL ELA O DEL SRE, O DE CUALQUIER OTRA PARTE INTERESADA EN RELACIÓN CON LAS CAUSAS RADICADAS CONFORME AL TÍTULO III, A IMPUGNAR CUALESQUIERA RECLAMOS; A HACER VALER CONTRARRECLAMOS, DERECHOS A COMPENSACIÓN O RECUPERACIÓN, O CONTESTACIONES; A OBJETAR A LOS RECLAMOS (O A OTROS RECLAMOS O CAUSAS RADICADAS DE UNA DEMANDANTE) O A CUALESQUIERA MOTIVOS QUE NO SE HAYAN ALEGADO PREVIAMENTE EN UNA OBJECIÓN, SALVO QUE EL TRIBUNAL HAYA DECLARADO HA LUGAR A UN RECLAMO O HAYA ORDENADO OTRA COSA; O A SOLICITAR QUE SE DECLARE HA LUGAR A CUALQUIER RECLAMO EN EL FUTURO. A SU DEBIDO TIEMPO, LAS PARTES AFECTADAS RECIBIRÁN LA NOTIFICACIÓN PERTINENTE DE TODO ELLO.

5

**Recursos adicionales y con quién comunicarse en el caso de que tenga que formular preguntas**

Todos los documentos enviados en el marco de las causas radicadas conforme al Título III, incluidas copias de los reclamos radicados utilizando CM/ECF, se encuentran disponibles en línea, de manera gratuita, en https://cases.primeclerk.com/puertorico. El mantenimiento de dicho sitio web lo realiza Prime Clerk; el sitio web incluye una base de datos que permite efectuar búsquedas y que ayuda a localizar documentos.

Para obtener información adicional sobre la Objeción global, el estado de su réplica, su reclamo o la presente notificación, comuníquese con Prime Clerk llamando a su número directo **(844) 822-9231** (número gratuito para Estados Unidos y Puerto Rico) o al **(646) 486-7944** (para llamadas desde el extranjero), disponibles entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español). También podrá enviar consultas a la siguiente dirección de correo electrónico: puertoricoinfo@primeclerk.com.

Formulario 482 Rev. 05.04

**FORMA LARGA**

| Liquidador | Revisor |
|---|---|

| R | M | RO | V1 | V2 | P1 | P2 | N | D | E | A | G |
|---|---|---|---|---|---|---|---|---|---|---|---|

PLANILLA CORTA  SOLICITUD DE FONDOS  CHEQUE EN ESTEL...

**2004**

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**DEPARTAMENTO DE HACIENDA**
**PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS**
AÑO CONTRIBUTIVO 2004 O AÑO COMENZADO EL
1 de enero de 04 Y TERMINADO EL 31 de dic. de 04

**2004**

Número de Serie

PLANILLA: ⚪ ENMENDADA

⚪ FALLECIDO DURANTE EL AÑO

Sello de Pago

| Nombre | Inicial | Apellido Paterno | Apellido Materno | Número de Seguro Social |
|---|---|---|---|---|
| Maita | I. | Rivera | Espada | |

Dirección Postal
Urb. Villa Madrid B-9 Calle #2
Coamo, Puerto Rico  00769

Código Postal

*Coloque la etiqueta engomada (Label) aquí*.

| Nombre e Inicial del Cónyuge | Apellido Paterno | Apellido Materno |
|---|---|---|
| N/A | | |

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)
Urb. Villa Madrid B-9 Calle #2
Coamo, P.R.  Código Postal  00769

Correo Electrónico (E-Mail)

Fecha de Nacimiento  Sexo
Día  Mes  Año  ⚪ M  ⚪ F

Número de Seguro Social Cónyuge

Fecha de Nacimiento del Cónyuge
Día  Mes  Año

Teléfono Residencia
(787) 825-3778

Teléfono Oficina
( )

CAMBIO DE DIRECCION
⚪ Sí  ⚪ No

**ESTADO PERSONAL AL FINALIZAR SU AÑO CONTRIBUTIVO:**
1. ⚪ Casado que vivía con su cónyuge y rinde planilla conjunta
2. ⚪ Casado que no vivía con su cónyuge (No jefe de familia)
   (Indique nombre y seguro social del cónyuge)
3. ⚫ Jefe de familia (No para casados)
4. ⚪ Soltero
5. ⚪ Casado que rinde por separado (Indique nombre y seguro social del cónyuge

**Encasillado 1**

| | SI | NO | |
|---|---|---|---|
| A. | ⚫ | ⚪ | ¿Ciudadano de Estados Unidos? |
| B. | ⚪ | ⚪ | ¿Residente de Puerto Rico al finalizar el año? |
| C. | ⚪ | ⚪ | ¿Ingresos exentos de Lotería de Puerto Rico? |
| D. | ⚪ | ⚪ | ¿Ingresos de premios de jugadas en Hipódromo? |
| E. | ⚪ | ⚪ | ¿Otros ingresos exentos de contribución? (Someta Anejo) |
| F. | ⚪ | ⚪ | ¿Obligación de hacer pagos a ASUME? |

**FUENTE DE MAYOR INGRESO:**
G. ⚫ Empleado del Gobierno, Municipios y Corporaciones Públicas
H. ⚪ Empleado del Gobierno Federal
I. ⚪ Empleado de Empresa Privada
Su ocupación Aux. Adm.

J. ⚪ Retirado/Pensionado
K. ⚪ Trabajo Cuenta Propia (Indique la industria o negocio principal)
Ocupación cónyuge

**CONTRATO GOBIERNO**
⚪ CONTRIBUYENTE  ⚪ CONYUC

**PLANILLA 2005**
⚫ ESPAÑOL  ⚪ INGLES

**Encasillado 2**

Sello de Recibido

| | A-Contribución Retenida | B-Sueldos,Comisiones, Concesiones y Propin |
|---|---|---|
| 1. Sueldos, Comisiones, Concesiones y Propinas | | 19504 |
| (00) SUMINISTRE LOS COMPROBANTES DE RETENCION (Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique). | 1253 00 | |
| | 00 | |
| | 00 | |
| | 00 | |
| (01) Total (Núm. de comprobantes con esta planilla) 1 | 1253 00 | 19,504 |

| | Contribución Retenida | Salarios Federal |
|---|---|---|
| C- Salarios del Gobierno Federal (Véanse instrucciones) ............ (01) | — 00 | (02) — |

2. Otros Ingresos (o Pérdidas):
| | | |
|---|---|---|
| A) Ingreso de intereses (Anejo F Individuo, Parte I, línea 10) ........................................ | (03) | — |
| B) Participación distribuible en beneficios de sociedades especiales (Someta Anejo F Individuo y Anejo R) ... | (04) | — |
| C) Participación distribuible en pérdidas de sociedades especiales (Someta Anejo R) ................... | (05) | — |
| D) Dividendos de corporaciones y distribuciones de sociedades sujetos a retención (Anejo F Individuo, Parte II, línea 1A) .. | (06) | — |
| E) Dividendos de corporaciones y distribuciones de sociedades no sujetos a retención (Anejo F Individuo, Parte II, línea 3B) ... | (07) | — |
| F) Participación distribuible en beneficios de corporaciones de individuos (Someta Anejo F Individuo) ... | (08) | — |
| G) Distribuciones del Programa de Cuentas de Ahorro para el Retiro (Anejo F Individuo, Parte V, línea 1A) ... | (09) | — |
| H) Ingresos misceláneos (Someta Anejo F Individuo) ......................................... | (10) | — |
| I) Distribuciones de Cuentas de Retiro Individual y Cuentas de Aportación Educativa (Someta Anejo F Individuo) ... | (11) | — |
| J) Dividendos de Fondo de Capital de Inversión o de Turismo (Someta Anejo Q1) .................. | (12) | — |
| K) Ingresos de anualidades y pensiones (Anejo H Individuo, Parte II, línea 12) .................... | (13) | — |
| L) Pensión alimentaria recibida (Núm. seguro social del que paga: ) (14) ... | (15) | — |
| M) Ganancia (o pérdida) atribuible a industria o negocio (Someta Anejo K Individuo) .............. | (16) | — |
| N) Ganancia (o pérdida) atribuible a la agricultura (Someta Anejo L Individuo) .................. | (17) | — |
| O) Ganancia (o pérdida) atribuible a profesiones y comisiones (Someta Anejo M Individuo) ......... | (18) | — |
| P) Ganancia (o pérdida) atribuible a alquiler (Someta Anejo N Individuo) ...................... | (19) | — |
| Q) Ganancia (o pérdida) en la venta o permuta de activos de capital y Planes cualificados (Someta Anejo D Individuo) ... | (20) | — |
| R) Ganancia neta de capital a largo plazo en Fondos de Inversión (Someta Anejo Q1) .............. | (21) | — |
| 3. Total Ingreso Bruto (Sume líneas 1B, 1C y 2A a la 2R) ..................................... | (22) | 19504 |
| 4. Pensión Alimentaria Pagada (Núm. seguro social del que la recibe: )(23) ... | (24) | — |
| 5. Ingreso Bruto Ajustado (Línea 3 menos línea 4) ........................................... | (30) | 19504 |

Período de Conservación: Diez (10) años

Formulario
Form 499R-2/W-2 PR
Rev. 05.04

ESTADO LIBRE ASOCIADO DE PUERTO RICO — COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

| INFORMACION PARA EL SEGURO SOCIAL |
|---|
| SOCIAL SECURITY INFORMATION |

DEPARTAMENTO DE HACIENDA
DEPARTMENT OF THE TREASURY INFORMATION

| Campo | Valor |
|---|---|
| 1. Nombre-First Name | MARTA |
| Apellido(s) - Surname(s) | RIVERA ESPADA |
| Dirección Postal del Empleado-Employee's Mailing Address | VILLA MADRID CALLE 2 BLOQUE B-9 COAMO, PR 00000 |
| 2. Nombre y Dirección Postal del Patrono / Employer's Name and Mailing Address | L8102192106 OF SUPERIN DEPT DE EDUCACION-CLASIFICADOS AVE. TENIENTE CESAR GONZALEZ ESQUINA CALAF HATO REY, PR 00919 |
| Número de Teléfono del Patrono / Employer's Telephone Number | |
| Fecha de Cese de Operaciones / Cease of Operations Date | |
| Número de Control - Control Number | 39235492 |

3. Núm. Seguro Social / Social Security No.

4. Estado Civil - Civil Status
Soltero / Single ☐  Casado / Married ☐

5. Núm. Seguro Social Cónyuge / Spouse's Social Security No.

6. Núm. de Ident. Patronal / Employer's Ident. No. (EIN)

7. Costo de Pensión o Anualidad / Cost of Pension or Annuity

Copia C para Récord del Empleado
Copy C for Employee's Records

Año: 2004
Year:

| # | Descripción | Valor |
|---|---|---|
| 8. | Sueldos - Wages | 19,504.00 |
| 9. | Comisiones - Commissions | 0.00 |
| 10. | Concesiones - Allowances | 0.00 |
| 11. | Propinas - Tips | 0.00 |
| 12. | Total=8+9+10+11 | 19,504.00 |
| 13. | Gastos Reembolsados / Reimbursed Expenses | 0.00 |
| 14. | Cont. Retenida - Tax Withheld | 1,253.48 |
| 15. | Fondo de Retiro / Retirement Fund | 1,531.20 |
| 16. | Aportaciones a Planes Cualific. / Contributions to CODA PLANS | 0.00 |

| # | Descripción | Valor |
|---|---|---|
| 17. | Total Sueldos Seguro Social / Social Security Wages | 19,504.00 |
| 18. | Seguro Social Retenido / Social Security Tax Withheld | 1,209.25 |
| 19. | Total Sueldos y Pro. Medicare / Medicare Wages and Tips | 19,504.00 |
| 20. | Contrib. Medicare Retenida / Medicare Tax Withheld | 282.81 |
| 21. | Propinas Seguro Social / Social Security Tips | 0.00 |
| 22. | Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips | 0.00 |
| 23. | Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas
Conservation: Ten (10) years from the filing date in the Return Processing Bureau

Reproducido por: Departamento de Hacienda

Formulario 482 Rev. 05.05

**FORMA LARGA**

| Liquidador | Revisor |
|---|---|

| R | M | RO | V1 | V2 | P1 | P2 | N | D | E | A | G |
|---|---|---|---|---|---|---|---|---|---|---|---|

⬭ PLANILLA CON ORDEN DE PAGO (EN ESTE LUGAR)

**2005** ESTADO LIBRE ASOCIADO DE PUERTO RICO **2005**
DEPARTAMENTO DE HACIENDA
PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2005 O AÑO COMENZADO EL
____ de _____ de ____ Y TERMINADO EL ____ de _____ de ____

Número de Serie

⬭ PLANILLA ENMENDADA

⬭ FALLECIDO DURANTE EL AÑO: __/__/__ Día Mes Año

| Nombre Inicial | Apellido Paterno | Apellido Materno |
|---|---|---|
| Marta L. | Rivera Espada | |

Número de Seguro Social

Dirección Postal
Villa Madrid B-9 Calle 2
Coamo, P.R. Código Postal 00769

Fecha de Nacimiento
Día Mes Año

"Coloque la etiqueta engomada (Label) aquí".

Número de Seguro Social Cónyuge

| Nombre e Inicial del Cónyuge | Apellido Paterno | Apellido Materno |
|---|---|---|

Fecha de Nacimiento del Cónyuge
Día Mes Año

Sello de Pago

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)
Carr. #546 Km. 1.3 Interior 596 Sector
Sur Sur, Bo. Los Llanos
Coamo, P.R. Código Postal 00769

Teléfono Residencia
( ) -

Teléfono Oficina
( ) -

CAMBIO DE DIRECCION

Correo Electrónico (E-Mail)

⬭ SI ⬭ No

Número de Recibo:
Importe:

**Encasillado 1**

SI NO
A. ⬭ ⬭ ¿Ciudadano de Estados Unidos?
B. ⬭ ⬭ ¿Residente de Puerto Rico al finalizar el año?
C. ⬭ ⬭ ¿Ingresos exentos de Lotería de Puerto Rico?
D. ⬭ ⬭ ¿Ingresos de premios de jugadas en Hipódromo?
E. ⬭ ⬭ ¿Otros ingresos exentos de contribución? (Someta Anejo)
F. ⬭ ⬭ ¿Obligación de hacer pagos a ASUME?

**ESTADO PERSONAL AL FINALIZAR SU AÑO CONTRIBUTIVO:**
1. ⬭ Casado que vivía con su cónyuge y rinde planilla conjunta
2. ⬭ Casado que no vivía con su cónyuge (No jefe de familia)
   (Indique nombre y seguro social del cónyuge)
3. ⬭ Jefe de familia (No para casados)
4. ⬭ Soltero
5. ⬭ Casado que rinde por separado (Indique nombre y seguro social del cónyuge)

FUENTE DE MAYOR INGRESO:
G. ⬭ Empleado del Gobierno, Municipios y Corporaciones Públicas
H. ⬭ Empleado del Gobierno Federal
I. ⬭ Empleado de Empresa Privada
Su ocupación Aux. Adm. 8110 Ocupación cónyuge _____

J. ⬭ Retirado/Pensionado
K. ⬭ Trabajo Cuenta Propia (Indique la industria o negocio principal)

CONTRATO GOBIERNO
⬭ CONTRIBUYENTE ⬭ CONYUGE

PLANILLA 2006
⬭ ESPAÑOL ⬭ INGLES

**Encasillado 2**

Sello de Recibido

| | | A-Contribución Retenida | B-Sueldos,Comisiones, Concesiones y Propinas |
|---|---|---|---|
| 1. Sueldos, Comisiones, Concesiones y Propinas | | | |
| 00 SUMINISTRE LOS COMPROBANTES DE RETENCION (Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique). | | 1,390 00 | 21,100 00 |
| | | 00 | 00 |
| | | 00 | 00 |
| | | 00 | 00 |
| 01 Total (Núm. de comprobantes con esta planilla) .......... 1 | | 1,390 00 | 21,100 00 |

| | | Contribución Retenida | Salarios Federales |
|---|---|---|---|
| C- Salarios del Gobierno Federal (Véanse instrucciones) .......... (01) | | 00 | (02) 00 |

2. Otros Ingresos (o Pérdidas):
| | |
|---|---|
| A) Ingreso de intereses (Anejo F Individuo, Parte I, línea 10) | (03) 00 |
| B) Participación distribuible en beneficios de sociedades especiales (Someta Anejo F Individuo y Anejo R) | (04) 00 |
| C) Participación distribuible en pérdidas de sociedades especiales (Someta Anejo R) | (05) 00 |
| D) Dividendos de corporaciones y distribuciones de sociedades sujetos a retención (Anejo F Individuo, Parte II, línea 1A) | (06) 00 |
| E) Dividendos de corporaciones y distribuciones de sociedades no sujetos a retención (Anejo F Individuo, Parte II, línea 3B) | (07) 00 |
| F) Participación distribuible en beneficios de corporaciones de individuos (Anejo F Individuo, Parte II, línea 3B) | (08) 00 |
| G) Distribuciones del Programa de Cuentas de Ahorro para el Retiro (Anejo F Individuo, Parte V, línea 1A) | (09) 00 |
| H) Ingresos misceláneos (Someta Anejo F Individuo) | (10) 00 |
| I) Distribuciones de Cuentas de Retiro Individual y Cuentas de Aportación Educativa (Someta Anejo F Individuo) | (11) 00 |
| J) Dividendos de Fondo de Capital de Inversión o de Turismo (Someta Anejo Q1) | (12) 00 |
| K) Ingresos de anualidades y pensiones (Anejo H Individuo, Parte II, línea 12) | (13) 00 |
| L) Pensión recibida por divorcio o separación (Núm. seguro social del que paga: _____ ) (14) | (15) 00 |
| M) Ganancia (o pérdida) atribuible a industria o negocio (Someta Anejo K Individuo) | (16) 00 |
| N) Ganancia (o pérdida) atribuible a la agricultura (Someta Anejo M Individuo) | (17) 00 |
| O) Ganancia (o pérdida) atribuible a profesiones y comisiones (Someta Anejo M Individuo) | (18) 00 |
| P) Ganancia (o pérdida) atribuible a alquiler (Someta Anejo N Individuo) | (19) 00 |
| Q) Ganancia (o pérdida) en la venta o permuta de activos de capital y Planes cualificados (Someta Anejo D Individuo) | (20) 00 |
| R) Ganancia neta de capital a largo plazo en Fondos de Inversión (Someta Anejo Q1) | (20) 00 |
| 3. Total Ingreso Bruto (Sume líneas 1B, 1C y 2A a la 2R) | (21) 21,100 00 |
| 4. Pensión Pagada por Divorcio o Separación (seg. soc. del que la recibe: _____ )(23) (Núm. sentencia _____ ) (24) (25) | (22) 00 |
| 5. Ingreso Bruto Ajustado (Línea 3 menos línea 4) | (30) 21,100 00 |

Periodo de Conservación: Diez (10) años

Formulario
Form 499R-2/W-2 PR
Rev. 05.05

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

INFORMACION PARA EL DEPARTAMENTO DE HACIENDA
DEPARTMENT OF THE TREASURY INFORMATION

INFORMACION PARA EL SEGURO SOCIAL
SOCIAL SECURITY INFORMATION

| | |
|---|---|
| **1. Nombre - First Name** | |
| MARTA | |
| **Apellido(s) - Surname(s)** | |
| RIVERA ESPADA | |
| **Dirección Postal del Empleado-Employee's Mailing Address** | |
| VILLA MADRID | |
| CALLE 2 BLOQUE B-9 | |
| COAMO, PR 00000 | |
| **2. Nombre y Dirección Postal del Patrono** | |
| **Employer's Name and Mailing Address** | |
| L8102158321 CF COAMO | |
| DEPT DE EDUCACION-CLASIFICADOS | |
| AVE. TENIENTE CESAR GONZALEZ | |
| ESQUINA CALAF | |
| HATO REY, PR 00919 | |

**3. Núm. Seguro Social** Social Security No.

**4. Estado Civil - Civil Status**
Soltero Single ☐   Casado Married ☐

**5. Núm. de Ident. Patronal** Employer's Ident. No. (EIN)

**6. Costo de Pensión o Anualidad** Cost of Pension or Annuity
0.00

Copia B para Planilla del Empleado
Copy B for Employee's Tax Return

Año: **2005**
Year:

| Treasury | |
|---|---|
| **7. Sueldos - Wages** | 21100.31 |
| **8. Comisiones - Commissions** | 0.00 |
| **9. Concesiones - Allowances** | 0.00 |
| **10. Propinas - Tips** | 0.00 |
| **11. Total=7+8+9+10** | 21100.31 |
| **12. Gastos Reembolsados** Reimbursed Expenses | 0.00 |
| **13. Cont. Retenida - Tax Withheld** | 1390.49 |
| **14. Fondo de Retiro** Retirement Fund | 1605.60 |
| **15. Aportaciones a Planes Cualific.** Contributions to CODA PLANS | 0.00 |
| **16. Salarios bajo Ley Núm. 324 de 2004** Salaries under Act No. 324 of 2004 | 0.00 |

| Social Security | |
|---|---|
| **17. Total Sueldos Seguro Social** Social Security Wages | 21100.31 |
| **18. Seguro Social Retenido** Social Security Tax Withheld | 1308.22 |
| **19. Total Sueldos y Pro. Medicare** Medicare Wages and Tips | 21100.31 |
| **20. Contrib. Medicare Retenida** Medicare Tax Withheld | 305.95 |
| **21. Propinas Seguro Social** Social Security Tips | 0.00 |
| **22. Seguro Social no Retenido en Propinas - Uncollected** Social Security on Tips | 0.00 |
| **23. Contrib. Medicare no Retenida en Propinas - Uncollected** Medicare Tax on Tips | 0.00 |

**Número de Teléfono del Patrono** Employer's Telephone Number

**Fecha de Cese de Operaciones** Cease of Operations Date

**Número de Control - Control Number**
50658349

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas
Conservation: Ten (10) years from the filing date in the Return Processing Bureau

Reproducido por: Departamento de Hacienda

Corte aquí

Formulario 482  Rev. 09.06

# FORMA LARGA

| Liquidador | | | | | | Revisor | | | |
|---|---|---|---|---|---|---|---|---|---|
| R | G | RO | V1 | V2 | P1 | P2 | N | D | E | A | M |

○ PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE EN ESTE LUGAR)

## 2006

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**DEPARTAMENTO DE HACIENDA**
**PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS**
AÑO CONTRIBUTIVO 2006 O AÑO COMENZADO EL

## 2006

_1_ de _enero_ de _06_ Y TERMINADO EL _31_ de _diciembre_ de _06_

Número de Serie

○ PLANILLA ENMENDADA

○ FALLECIDO DURANTE EL AÑO: __/__/__  Día Mes Año

Sello de Pago

Nombre del Contribuyente  Inicial  Apellido Paterno  Apellido Materno

_Marta_  _Rivera Espada_

Dirección Postal

_Villa Madrid C-4 Calle 2_
_Coamo, P.R._    Código Postal _00769_

"Coloque la etiqueta engomada (Label) aquí".

Nombre e Inicial del Cónyuge  Apellido Paterno  Apellido Materno

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)

_Bo. Los Llanos - Felas Caride_
_Coamo, P.R._    Código Postal _00769_

Correo Electrónico (E-Mail)

Número de Seguro Social Contribuyente

Fecha de Nacimiento

Día  Mes  Año    Sexo ○M ○F

Número de Seguro Social Cónyuge

Fecha de Nacimiento del Cónyuge

Día  Mes  Año

Teléfono Residencia

(   )

Teléfono del Trabajo

(   )

CAMBIO DE DIRECCION

○ SÍ  ○ No

Sello de Pago

Número de Recibo: _____
Importe: _____

## Encasillado 1

|   | SI | NO |   |
|---|---|---|---|
| A. | ○ | ○ | ¿Ciudadano de Estados Unidos? |
| B. | ○ | ○ | ¿Residente de Puerto Rico al finalizar el año? |
| C. | ○ | ○ | ¿Ingresos exentos de Lotería de Puerto Rico? |
| D. | ○ | ○ | ¿Ingresos de premios de jugadas en Hipódromo? |
| E. | ○ | ○ | ¿Otros ingresos exentos de contribución? (Someta Anejo) |
| F. | ○ | ○ | ¿Obligación de hacer pagos a ASUME? |

**ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO**

1. ○ Casado que vivía con su cónyuge y rinde planilla conjunta
2. ○ Casado que no vivía con su cónyuge (No jefe de familia) (Indique nombre y seguro social del cónyuge arriba)
3. ● Jefe de familia (No para casados)
4. ○ Soltero
5. ○ Casado que rinde por separado (Indique nombre y seguro social del cónyuge)

**FUENTE DE MAYOR INGRESO:**

G. ● Empleado del Gobierno, Municipios o Corporaciones Públicas
H. ○ Empleado del Gobierno Federal
I. ○ Empleado de Empresa Privada

J. ○ Retirado/Pensionado
K. ○ Trabajo Cuenta Propia (Indique la industria o negocio principal)

Su ocupación _Aux. Adm._  _8110_  Ocupación cónyuge

**CONTRATO GOBIERNO**
○ CONTRIBUYENTE  ○ CONYUGE

**PLANILLA 2007**
● ESPAÑOL  ○ INGLES

## Encasillado 2

Sello de Recibido

| | | A-Contribución Retenida | | B-Sueldos, Comisiones, Concesiones y Propinas |
|---|---|---|---|---|
| **1. Sueldos, Comisiones, Concesiones y Propinas** | | | | |
| (00) SUMINISTRE LOS COMPROBANTES DE RETENCION (Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique) | | 1,480 00 | | 22,193 00 |
| | | 00 | | 00 |
| | | 00 | | 00 |
| | | 00 | | 00 |
| (01) Total de comprobantes con esta planilla .. | 1 | 1,480 00 | | 22,193 00 |

| | Contribución Retenida | Salarios Federales |
|---|---|---|
| **C- Salarios del Gobierno Federal** (Véanse instrucciones) ............................ (01) | 00 | (02) 00 |

**2. Otros Ingresos (o Pérdidas):**

| | | |
|---|---|---|
| A) Ingreso de intereses (Anejo F Individuo, Parte I, línea 10) | (03) | 00 |
| B) Participación distribuible en beneficios de sociedades especiales (Someta Anejo F Individuo y Anejo R) | (04) | 00 |
| C) Participación distribuible en pérdidas de sociedades especiales (Someta Anejo R) | (05) | 00 |
| D) Dividendos de corporaciones y distribuciones de sociedades sujetas a retención (Anejo F Individuo, Parte II, líneas 1A a la 1C, según aplique) | (06) | 00 |
| E) Dividendos de corporaciones y distribuciones de sociedades no sujetas a retención (Anejo F Individuo, Parte II, línea 3D) | (07) | 00 |
| F) Participación distribuible en beneficios de corporaciones de individuos (Someta Anejo F Individuo) | (08) | 00 |
| G) Distribuciones de Planes Gubernamentales (Anejo F Individuo, Parte V, líneas 1C y 1E) | (09) | 00 |
| H) Ingresos misceláneos (Someta Anejo F Individuo) | (10) | 00 |
| I) Distribuciones de Cuentas de Retiro Individual y Cuentas de Aportación Educativa (Someta Anejo F Individuo) | (11) | 00 |
| J) Dividendos de Fondo de Capital de Inversión o de Turismo (Someta Anejo Q1) | (12) | 00 |
| K) Ingresos de anualidades y pensiones (Anejo H Individuo, Parte II, línea 12) | (13) | 00 |
| L) Pensión recibida por divorcio o separación (Núm. seguro social del que paga: _____) (14) | (15) | 00 |
| M) Ganancia (o pérdida) atribuible a industria o negocio (Someta Anejo K Individuo) | (16) | 00 |
| N) Ganancia (o pérdida) atribuible a la agricultura (Someta Anejo L Individuo) | (17) | 00 |
| O) Ganancia (o pérdida) atribuible a profesiones y comisiones (Someta Anejo M Individuo) | (18) | 00 |
| P) Ganancia (o pérdida) atribuible a alquiler (Someta Anejo N Individuo) | (19) | 00 |
| Q) Ganancia (o pérdida) en la venta o permuta de activos de capital y Planes cualificados (Someta Anejo D Individuo) | (20) | 00 |
| R) Ganancia neta de capital a largo plazo en Fondos de Inversión (Someta Anejo Q1) | (21) | 00 |
| **3. Total Ingreso Bruto** (Sume líneas 1B, 1C y 2A a la 2R) | (22) | 22,193 |
| **4. Pensión Pagada por Divorcio o Separación** (seg. soc. del que la recibe: _____) (23) (Núm. sentencia _____) (24) | (25) | 00 |
| **5. Ingreso Bruto Ajustado** (Línea 3 menos línea 4) | (30) | 22,193 |

Período de Conservación: Diez (10) años

Formulario 482 Rev. 10.07

| Liquidador | Revisor |
|---|---|
| R G R0 V1 V2 P1 P2 N D1 D2 E A M | |

**2007** ESTADO LIBRE ASOCIADO DE PUERTO RICO DEPARTAMENTO DE HACIENDA **2007**
PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2007 O AÑO COMENZADO EL
1 de Enero de 07 Y TERMINADO EL 31 de dic de 07

Número de Serie

○ PLANILLA ENMENDADA
○ FALLECIDO DURANTE EL AÑO: __/__/__ Dia Mes Año
Sello de Pago

Nombre del Contribuyente: Marta Inicial Apellido Paterno: Rivera Apellido Materno: Espada

Dirección Postal: Villa Madrid B-9 Calle 2 Coamo, P.R. Código Postal 00769

"Coloque la etiqueta engomada (Label) aquí".

Nombre e Inicial del Cónyuge / Apellido Paterno / Apellido Materno

Número de Seguro Social Contribuyente
Fecha de Nacimiento: Dia Mes Año
Sexo ○ M ● F
Número de Seguro Social Cónyuge
Fecha de Nacimiento del Cónyuge: Dia Mes Año
Teléfono Residencia ( )
Teléfono del Trabajo ( )

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle): Los Llanos sector Caribe Coamo, P.R. Código Postal 00769

Correo Electrónico (E-Mail)

CAMBIO DE DIRECCION ○ Si ● No

Número de Recibo:
Importe:

**Encasillado 1**

| | SI NO | |
|---|---|---|
| A. | ● ○ | ¿Ciudadano de Estados Unidos? |
| B. | ● ○ | ¿Residente de Puerto Rico al finalizar el año? |
| C. | ○ ● | ¿Ingresos exentos de Lotería de Puerto Rico? |
| D. | ○ ● | ¿Ingresos de premios de jugadas en Hipódromo? |
| E. | ○ ● | ¿Otros ingresos exentos de contribución? (Someta Anejo) |
| F. | ○ ● | ¿Obligación de hacer pagos a ASUME? |

ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:
1. ○ Casado que vivía con su cónyuge y rinde planilla conjunta
2. ○ Casado que no vivía con su cónyuge (No jefe de familia) (Indique nombre y seguro social del cónyuge arriba)
3. ● Jefe de familia (No para casados)
4. ○ Soltero
5. ○ Casado que rinde por separado (Indique nombre y seguro social del cónyuge)

FUENTE DE MAYOR INGRESO:
G. ● Empleado del Gobierno, Municipios o Corporaciones Públicas
H. ○ Empleado del Gobierno Federal
I. ○ Empleado de Empresa Privada
J. ○ Retirado/Pensionado
K. ○ Trabajo Cuenta Propia (Indique la industria o negocio principal)

Su ocupación: ___ Ocupación cónyuge ___

CONTRATO GOBIERNO ○ CONTRIBUYENTE ○ CONYUGE
PLANILLA 2008 ● ESPAÑOL ○ INGLES

**Encasillado 2**

Sello de Recibido
Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
1166-Colecturia Coamo
RECIBIDO
APR 14 2008
SIN PAGO
08-2786

1. Sueldos, Comisiones, Concesiones y Propinas
00 SUMINISTRE LOS COMPROBANTES DE RETENCION (Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique).

| | A-Contribución Retenida | B-Sueldos, Comisiones, Concesiones y Propinas |
|---|---|---|
| | 1,247 00 | 22,762 |
| | 00 | |
| | 00 | |
| | 00 | |
| 01 Total de comprobantes con esta planilla .. 1 | 1,247 00 | 22,762 |

Contribución Retenida / Salarios Federales

C- Salarios del Gobierno Federal (Véanse instrucciones) ...... (01) 00 (02)

2. Otros Ingresos (o Pérdidas):
A) Ingreso de intereses (Anejo F Individuo, Parte I, línea 10) .... (03)
B) Participación distribuible en beneficios de sociedades especiales (Someta Anejo F Individuo y Anejo R) .... (04)
C) Participación distribuible en pérdidas de sociedades especiales (Someta Anejo R) .... (05)
D) Dividendos de corporaciones y distribuciones de sociedades sujetos a retención (Anejo F Individuo, Parte II, línea 1A) .... (06)
E) Dividendos de corporaciones y distribuciones de sociedades no sujetos a retención (Anejo F Individuo, Parte II, línea 3B) .... (07)
F) Participación distribuible en beneficios de corporaciones de individuos (Someta Anejo F Individuo) .... (08)
G) Distribuciones de Planes Gubernamentales (Anejo F Individuo, Parte V, líneas 1C y 1D) .... (09)
H) Ingresos misceláneos (Someta Anejo F Individuo) .... (10)
I) Distribuciones de Cuentas de Retiro Individual y Cuentas de Aportación Educativa (Someta Anejo F Individuo) .... (11)
J) Dividendos de Fondo de Capital de Inversión o de Turismo (Someta Anejo Q1) .... (12)
K) Ingresos de anualidades y pensiones (Anejo H Individuo, Parte II, línea 12) .... (13)
L) Pensión recibida por divorcio o separación (Núm. seguro social del que paga: ___) (14)
M) Ganancia (o pérdida) atribuible a industria o negocio (Someta Anejo K Individuo) .... (15)
N) Ganancia (o pérdida) atribuible a la agricultura (Someta Anejo L Individuo) .... (17)
O) Ganancia (o pérdida) atribuible a profesiones y comisiones (Someta Anejo M Individuo) .... (18)
P) Ganancia (o pérdida) atribuible a alquiler (Someta Anejo N Individuo) .... (19)
Q) Ganancia (o pérdida) en la venta o permuta de activos de capital y Planes cualificados (Someta Anejo D Individuo) .... (20)
R) Ganancia neta de capital a largo plazo en Fondos de Inversión (Someta Anejo Q1) .... (21)
3. Total Ingreso Bruto (Sume líneas 1B, 1C y 2A a la 2R) .... (22) 22,762
4. Pensión Pagada por Divorcio o Separación (seg. soc. del que la recibe: ___)(23)(Núm. sentencia ___)(24)(25)
5. Ingreso Bruto Ajustado (Línea 3 menos línea 4) .... (30) 22,762

Período de Conservación: Diez (10) años

Form 499R-2/W-2 PR
Rev. 06.07

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

| | |
|---|---|
| 1. Nombre - First Name<br>MARTA | 3. Núm. Seguro Social<br>Social Security No. |
| Apellido(s) - Surname(s)<br>RIVERA ESPADA | |
| Dirección Postal del Empleado-Employee's Mailing Address<br>VILLA MADRID<br>CALLE 2 BLOQUE B-9<br><br>COAMO, PR 00000 | 4. Núm. de Ident. Patronal<br>Employer's Ident. No. (EIN.) |
| | 5. Fecha en que comenzó a recibir la<br>pensión - Date on which you started to<br>receive the pension |
| 2. Nombre y Dirección Postal del Patrono<br>Employer's Name and Mailing Address<br>L8102158321 CF COAMO<br>DEPT DE EDUCACION-CLASIFICADOS<br>AVE. TENIENTE CESAR GONZALEZ<br>ESQUINA CALAF<br>HATO REY, PR 00919 | Dia      Mes      Año<br>Day      Month      Year |
| | 6. Costo de Pensión o Anualidad<br>Cost of Pension or Annuity<br>0.00 |
| Número de Teléfono del Patrono<br>Employer's Telephone Number | Copia B para Planilla<br>del Empleado<br>Copy B for Employee's<br>Tax Return |
| Fecha de Cese de Operaciones: Dia     Mes     Año<br>Cease of Operations Date:     Day     Month     Year | |
| Número de Control - Control Number<br>45516741 | Año:<br>Year:  2007 |

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas
Retention: Ten (10) years from the filing date in the Return Processing Bureau

INFORMACION PARA EL
DEPARTAMENTO DE
HACIENDA
DEPARTMENT OF THE
TREASURY INFORMATION

| | |
|---|---|
| 7. Sueldos - Wages | 22762.30 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total=7+8+9+10 | 22762.30 |
| 12. Gastos Reembolsados<br>Reimbursed Expenses | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 1247.62 |
| 14. Fondo de Retiro<br>Retirement Fund | 1675.20 |
| 15. Aportaciones a Planes Cualific.<br>Contributions to CODA PLANS | 0.00 |
| 16. Salarios bajo Ley Núm. 324 de 2004<br>Salaries under Act No. 324 of 2004 | 0.00 |

INFORMACION PARA
SEGURO SOCIAL

SOCIAL SECURITY
INFORMATION

| | |
|---|---|
| 17. Total Sueldos Seguro<br>Social Security Wages | 22762 |
| 18. Seguro Social Retenido<br>Social Security Tax Witl | 1411. |
| 19. Total Sueldos y Pro. Med<br>Medicare Wages and Tip | 22762. |
| 20. Contrib. Medicare Reteni<br>Medicare Tax Withheld | 330.0 |
| 21. Propinas Seguro Social<br>Social Security Tips | 0.0 |
| 22. Seguro Social no Retenido<br>en Propinas - Uncollected<br>Social Security on Tips | 0.00 |
| 23. Contrib. Medicare no Reten<br>en Propinas - Uncollected<br>Medicare Tax on Tips | 0.00 |

Corte aquí

Reproducido por: Departamento de Hacienda

Formulario 482 Rev. 11.08

# FORMA LARGA

Liquidador | Revisor

R | G | RO | V1 | V2 | P1 | P2 | N | D1 | D2 | E | A | M

○ PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE EN ESTE LUGAR)

2008 ESTADO LIBRE ASOCIADO DE PUERTO RICO DEPARTAMENTO DE HACIENDA 2008

PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS

AÑO CONTRIBUTIVO 2008 O AÑO COMENZADO EL 1 de enero de 2008 Y TERMINADO EL 31 de diciembre de 2008

Número de Serie

○ PLANILLA ENMENDADA

○ FALLECIDO DURANTE EL AÑO: Día Mes Año

Sello de Pago

Nombre del Contribuyente: MARTA | Inicial: I | Apellido Paterno / Apellido Materno: RIVERA ESPADA

Número de Seguro Social Contribuyente:

Dirección Postal:
URB. VILLA MADRID
CALLE 2 B-9
COAMO PR
Código Postal 00769

Fecha de Nacimiento: Día Mes Año | Sexo: ○ M ● F

Número de Seguro Social Cónyuge

"Coloque la etiqueta engomada (Label) aquí".

Nombre e Inicial del Cónyuge | Apellido Paterno | Apellido Materno

Fecha de Nacimiento del Cónyuge: Día Mes Año

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle):
LOS LLANOS SECTOR CARIBE
COAMO PR
Código Postal 00769

Teléfono Residencia: (787) 453-6939

Teléfono del Trabajo:

Correo Electrónico (E-Mail):

CAMBIO DE DIRECCION ○ Sí ● No

Número de Recibo:
Importe:

## Encasillado 1

SI NO

- A. ● ○ ¿Ciudadano de Estados Unidos?
- B. ● ○ ¿Residente de Puerto Rico al finalizar el año?
- C. ○ ● ¿Ingresos exentos de Lotería de Puerto Rico?
- D. ○ ● ¿Ingresos de premios de jugadas en Hipódromo?
- E. ○ ● ¿Otros ingresos exentos de contribución? (Someta Anejo)
- F. ○ ● ¿Obligación de hacer pagos a ASUME?

ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:

1. ○ Casado que vivía con su cónyuge y rinde planilla conjunta
2. ○ Casado que no vivía con su cónyuge (No jefe de familia) (Indique nombre y seguro social del cónyuge arriba)
3. ○ Jefe de familia (No para casados)
4. ● Soltero
5. ○ Casado que rinde por separado (Indique nombre y seguro social del cónyuge)

FUENTE DE MAYOR INGRESO:

- G. ● Empleado del Gobierno, Municipios o Corporaciones Públicas
- H. ○ Empleado del Gobierno Federal
- I. ○ Empleado de Empresa Privada
- J. ○ Retirado/Pensionado
- K. ○ Trabajo Cuenta Propia (Indique la industria o negocio principal)

Su ocupación: AUXILIAR ADMINI: 8110 | Ocupación cónyuge:

CONTRATO GOBIERNO ○ CONTRIBUYENTE ○ CONYUGE

PLANILLA 2009 ● ESPAÑOL ○ INGLES

○ **Ennegrezca aquí si se acoge al cómputo opcional de la contribución en el caso de personas casadas que viven juntas, rinden planilla conjunta y que ambos trabajen. No complete los Encasillados 2 y 3, ni las líneas 15 a la 25 del Encasillado 4, y pase al Anejo CO Individuo.**

Sello de Recibido: ESTADO LIBRE ASOCIADO de Puerto Rico DEPARTAMENTO DE HACIENDA 1166-Colecturía Coamo RECIBIDO APR 07 2009 SIN PAGO SECRETARIO DE HACIENDA 08-2783

## Encasillado 2

1. Sueldos, Comisiones, Concesiones y Propinas

| | A-Contribución Retenida | B-Sueldos, Comisiones, Concesiones y Propinas |
|---|---|---|
| (00) SUMINISTRE LOS COMPROBANTES DE RETENCION (Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique). | 1,264 00 | 23,044 00 |
| | 00 | 00 |
| | 00 | 00 |
| | 00 | 00 |
| (01) Total de comprobantes con esta planilla .. 1 | 1,264 00 | 23,044 00 |

C. Salarios del Gobierno Federal (Véanse instrucciones) (01) Contribución Retenida: 00 | (02) Salarios Federales: 00

2. Otros Ingresos (o Pérdidas):

| Línea | Código | Cantidad |
|---|---|---|
| A) Ingreso de intereses (Anejo F Individuo, Parte I, línea 10) | | |
| B) Participación distribuible en beneficios de sociedades especiales (Someta Anejo F Individuo y Anejo R) | (03) | 00 |
| C) Participación distribuible en pérdidas de sociedades especiales (Someta Anejo R) | (04) | 00 |
| D) Dividendos de corporaciones y distribuciones de sociedades sujetos a retención (Anejo F Individuo, Parte II, línea 1A) | (05) | 00 |
| E) Dividendos de corporaciones y distribuciones de sociedades no sujetos a retención (Anejo F Individuo, Parte II, línea 3B) | (06) | 00 |
| F) Participación distribuible en beneficios de corporaciones de individuos (Someta Anejo F Individuo) | (07) | 00 |
| G) Distribuciones de Planes Gubernamentales (Anejo F Individuo, Parte V, líneas 1C y 1D) | (08) | 00 |
| H) Ingresos misceláneos (Someta Anejo F Individuo) | (09) | 00 |
| I) Distribuciones de Cuentas de Retiro Individual y Cuentas de Aportación Educativa (Someta Anejo F Individuo) | (10) | 00 |
| J) Dividendos de Fondo de Capital de Inversión o de Turismo (Someta Anejo Q1) | (11) | 00 |
| K) Ingresos de anualidades y pensiones (Anejo H Individuo, Parte II, línea 12) | (12) | 00 |
| L) Pensión recibida por divorcio o separación (Núm. seguro social del que paga: ____ ) (14) | (13) | 00 |
| M) Ganancia (o pérdida) atribuible a industria o negocio (Someta Anejo K Individuo) | (15) | 00 |
| N) Ganancia (o pérdida) atribuible a la agricultura (Someta Anejo L Individuo) | (16) | 00 |
| O) Ganancia (o pérdida) atribuible a profesiones y comisiones (Someta Anejo M Individuo) | (17) | 00 |
| P) Ganancia (o pérdida) atribuible a alquiler (Someta Anejo N Individuo) | (18) | 00 |
| Q) Ganancia (o pérdida) en la venta o permuta de activos de capital (Someta Anejo D Individuo) | (19) | 00 |
| R) Planes cualificados y Contratos de Anualidad Variable (Someta Anejo D Individuo) | (20) | 00 |
| S) Ganancia neta de capital a largo plazo en Fondos de Inversión (Someta Anejo Q1) | (21) | 00 |
| 3. **Total Ingreso Bruto** (Sume líneas 1B, 1C y 2A a la 2S) | (22) | 00 |
| 4. **Pensión Pagada por Divorcio o Separación** (seg. soc. del que la recibe: ____ )(24) (Núm. sentencia ____ ) (25) | (23) | 23,044 00 |
| 5. **Ingreso Bruto Ajustado** (Línea 3 menos línea 4) | (26) | 00 |
| | (30) | 23,044 00 |

COPY

Periodo de Conservación: Diez (10) años

PRSoft, Inc. (www.prsoft.com)

Formulario
Form 499R-2/W-2 PR
Rev. 07.08

**ESTADO LIBRE ASOCIADO DE PUERTO RICO – COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**

**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

| | INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
|---|---|---|

| 1. Nombre-First Name MARTA | 3. Núm. Seguro Social Social Security No. | 7. Sueldos - Wages 23044.00 | 17. Total Sueldos Seguro Social Social Security Wages 23044.00 |
|---|---|---|---|
| Apellido(s) - Surname(s) RIVERA ESPADA | 4. Núm. de Ident. Patronal Employer's Ident. No. (EIN.) | 8. Comisiones - Commissions 0.00 | 18. Seguro Social Retenido Social Security Tax Withheld 1428.73 |
| Dirección Postal del Empleado-Employee's Mailing Address VILLA MADRID CALLE 2 BLOQUE B-9 | 5. Fecha en que comenzó a recibir la pensión – Date on which you started to receive the pension Dia Day  Mes Month  Año Year | 9. Concesiones - Allowances 0.00 | |
| | | 10. Propinas - Tips 0.00 | 19. Total Seguro Social y Pro. Medicare Medicare Wages and Tips 23044.00 |
| 2. Nombre y Dirección Postal del Patrono Employer's Name and Mailing Address L8102150500 J R RODRIG DEPT DE EDUCACION-CLASIFICADOS AVE. TENIENTE CESAR GONZALEZ ESQUINA CALAF HATO REY, PR 00919 | 6. Costo de Pensión o Anualidad Cost of Pension or Annuity 0.00 | 11. Total=7+8+9+10 23044.00 | 20. Contrib. Medicare Retenida Medicare Tax Withheld 334.14 |
| | | 12. Gastos Reembolsados Reimbursed Expenses 0.00 | 21. Propinas Seguro Social Social Security Tips 0.00 |
| | Copia C para Récord del Empleado Copy C for Employee's Records | 13. Cont. Retenida - Tax Withheld 1264.62 | 22. Seguro Social no Retenido en Propinas – Uncollected Social Security on Tips 0.00 |
| Número de Teléfono del Patrono Employer's Telephone Number | | 14. Fondo de Retiro Retirement Fund 1824.11 | |
| Fecha de Cese de Operaciones: Dia Day  Mes Month  Año Year Cease of Operations Date: | Año: Year: 2008 | 15. Aportaciones a Planes Cualific. Contributions to CODA PLANS 0.00 | 23. Contrib. Medicare no Retenida en Propinas – Uncollected Medicare Tax on Tips 0.00 |
| Número de Control - Control Number 017599673 | | 16. Salarios bajo Ley Núm. 324 de 2004 Salaries under Act No. 324 of 2004 0.00 | |

Reproducido por: Departamento de Hacienda