# **EXHIBIT C**

**Lawful Constitutional Debt Coalition:  Uninsured Commonwealth and Commonwealth Guaranteed Holdings** [1]

| LCDC Member | February 2018[2] | ECF 5252, 2/26/19 | ECF 5807, 3/18/19 | ECF 8639, 9/6/19 | ECF 9732, 1/8/2020 | ECF 11161, 2/19/2020 |
|---|---|---|---|---|---|---|
| Aristeia Capital, LLC (on behalf of funds under management) | $0 | N/A | N/A | Constitutional Debt: $94,665,000 | Constitutional Debt: $237,755,000 | GO Bonds: $63,970,000<br><br>PBA Bonds: $193,475,000 |
| Farmstead Capital Management, LLC (on behalf of funds under management) | N/A | N/A | N/A | Constitutional Debt: $102,717,000 | Constitutional Debt: $116,352,000 | GO Bonds: $71,995,000<br><br>PBA Bonds: $49,357,000 |
| FCO Advisors LP (on behalf of funds under management) | N/A | N/A | N/A | Constitutional Debt: $69,470,000 | Constitutional Debt: $64,510,000 | GO Bonds: $55,420,000<br><br>PBA Bonds: $9,090,000 |

---

[1] For ease of review, this Exhibit includes only uninsured bonds, as holders of insured bonds may not have the right to vote their bonds under a plan of adjustment.

[2] *See* Case No. 17-03284, ECF No. 298 at pp. 23-26.

1

| LCDC Member | February 2018[2] | ECF 5252, 2/26/19 | ECF 5807, 3/18/19 | ECF 8639, 9/6/19 | ECF 9732, 1/8/2020 | ECF 11161, 2/19/2020 |
|---|---|---|---|---|---|---|
| GoldenTree Asset Management LP (on behalf of its participating clients) | $1,835,000 | Constitutional Debt: $310,890,000 | Constitutional Debt: $382,110,000 | Constitutional Debt: $504,309,000 | Constitutional Debt: $664,189,750 | GO Bonds: $193,573,750<br><br>PBA Bonds: $476,781,000 |
| Marble Ridge Capital LP (on behalf of funds under management) | N/A | N/A | N/A | N/A | N/A | GO Bonds: $18,070,000<br><br>PBA Bonds: $58,992,000 |
| Monarch Alternative Capital LP (on behalf of its participating clients) | N/A | Constitutional Debt: $273,591,050 | Constitutional Debt: $321,841,249 | Constitutional Debt: $356,490,335 | Constitutional Debt: $410,040,335 | GO Bonds: $239,463,000<br><br>PBA Bonds: $144,262,000<br><br>Other CW Guaranteed Bonds: $2,279,000 |

| LCDC Member | February 2018[2] | ECF 5252, 2/26/19 | ECF 5807, 3/18/19 | ECF 8639, 9/6/19 | ECF 9732, 1/8/2020 | ECF 11161, 2/19/2020 |
|---|---|---|---|---|---|---|
| Taconic Capital Advisors L.P. (on behalf of funds under management) | $0 | N/A | Constitutional Debt: $122,289,000 | Constitutional Debt: $155,250,895 | Constitutional Debt: $211,695,921 | GO Bonds: $111,465,000<br><br>PBA Bonds: $105,908,000 |
| Whitebox Advisors LLC (on behalf of its participating clients) | $4,335,000 | Constitutional Debt: $157,145,000 | Constitutional Debt: $162,853,000 | Constitutional Debt: $180,815,000 | Constitutional Debt: $206,640,318 | GO Bonds: $11,212,000<br><br>PBA Bonds: $61,003,000 |