

# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

**ATT: LEY PROMESA**

18 de febrero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | CARMEN Y. MORALES SANTIAGO |
| Seguro Social | : | |
| Categoría | : | MA. EDUC. SEC (ESPAÑOL) |
| Distrito Escolar | : | COROZAL_ |
| Sueldo Mensual | : | $3,321.67 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | Desde el 28 de octubre de 1998 hasta el presente. |
| Cesó | : | N/A |
| Renunció | : | N/A |
| Otros | : | Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de (20) años, (7) meses, (3) semanas y (3) días. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.



# DEPARTAMENTO DE EDUCACION
Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

**ATT: LEY PROMESA**

18 de febrero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | CARMEN Y. MORALES SANTIAGO |
| Seguro Social | : | |
| Categoría | : | MA. EDUC. SEC (ESPAÑOL) |
| Distrito Escolar | : | COROZAL_ |
| Sueldo Mensual | : | $3,321.67 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | Desde el 28 de octubre de 1998 hasta el presente. |
| Cesó | : | N/A |
| Renunció | : | N/A |
| Otros | : | Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de (20) años, (7) meses, (3) semanas y (3) días. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

Estado Libre Asociado de Puerto Rico
**DEPARTAMENTO DE INSTRUCCION PUBLICA**
División de Personal - Hato Rey, Puerto Rico

### INFORME DE CAMBIO - PERSONAL DOCENTE

Pagarle _____ días por vacaciones regulares en julio
Descontarle _____ días por ausencias

| ANTES DEL CAMBIO | | DESPUES DEL CAMBIO |
|---|---|---|
| 1 Nombre del Empleado | Morales Santiago, Carmen Yarelli | |
| 2 Núm. Seg. Social | | |
| 3 Sexo | Femenino | |
| 4 Estado Civil | Soltera | |
| 5 Prep. Académica | B.A. (15) | |
| 6 Experiencia | 1 mes | |
| 7 Status Empleado (Contrato) | T.E. (06) | |
| 8 Sueldo Bruto | $1,500.00 | |
| 9 Núm. de la Plaza | A-95154 | |
| 10 Categoría de la Plaza | Español Secundario (9819) | |
| 11 Clasificación Puestos Dir | | |
| 12 Fondo | Federal | |
| 13 Cifra Cuenta | 98-222-081-23-123-075-1120-01-1371 | |
| 14 Fecha de Efectividad | 28 de octubre de 1998 | |
| 15 Acción y Duración | Nombramiento resto de año | |
| 16 Causa del Cese | | |
| 17 Ultimo Día Trabajo | | |
| 18 Ultimo Día de Pago | | |
| 19 Programa Escolar | Español Secundario | |
| 20 Turno en Registro | 7A | |
| 21 Distrito Escolar | Morovis, Esc. de la Comunidad (050) S.U. David Colón Vega | |

**LICENCIA POR VACACIONES y/o ENFERMEDAD CONCEDIDA**

| 22 Desde | 23 Hasta |
|---|---|
| | |

24 Observaciones (Antes del Cambio)
Trabajó en el Distrito de Naranjito desde el 28 de septiembre hasta el 27 de octubre de 1998.

25 Observaciones (Después del Cambio)

26 _____
Firma Empleado en caso de cambio de contrato a probatorio, traslado, reasignación permanente o descenso    Fecha

27 Deseo:
☐ Acogerme    ☐ No acogerme

Al descuento del 3% de mi sueldo mensual para el Fondo de Ahorro y Préstamo de la Asociación de Empleados del ELA de P.R. en caso de cambio de contrato de sustituto a probatorio o de sustituto a permanente.

Firma del Empleado    Fecha

28 Recomendado
_Ana Lydia Otero_
XXXXXXXXXXXXXXXXXXXX
Directora Escuela de la Comunidad
28 de octubre de 1998
Fecha

29 Recomendado

Superintendente de Escuelas    Fecha

30 APROBADO: POR EL SECRETARIO DE INSTRUCCION PUBLICA
FIRMA    FECHA

* Si el nombramiento es provisional el mismo constituye un CERTIFICADO PROVISIONAL por su duración

Estado Libre Asociado de Puerto Rico
**DEPARTAMENTO DE INSTRUCCION PUBLICA**
División de Personal - Hato Rey, Puerto Rico

**INFORME DE CAMBIO - PERSONAL DOCENTE**

Pagarle _____ días por vacaciones regulares en julio
Descontarle _____ días po ausencias

| ANTES DEL CAMBIO | | DESPUES DEL CAMBIO |
|---|---|---|
| 1 Nombre del Empleado | Morales Santiago, Carmen Yarelli | |
| 2 Núm. Seg. Social | | |
| 3 Sexo | Femenino | |
| 4 Estado Civil | Soltera | |
| 5 Prep. Académica | B.A. (15) | |
| 6 Experiencia | 1 mes | |
| 7 Status Empleado (Contrato) | T.E. (06) | |
| 8 Sueldo Bruto | $1,500.00 | |
| 9 Núm. de la Plaza | A-95154 | |
| 10 Categoría de la Plaza | Español Secundario (9819) | |
| 11 Clasificación Puestos Dir | | |
| 12 Fondo | Federal | |
| 13 Cifra Cuenta | 98-222-081-23-123-075-1120-01-1371 | |
| 14 Fecha de Efectividad | 28 de octubre de 1998 | |
| 15 Acción y Duración | Nombramiento resto de año | |
| 16 Causa del Cese | | |
| 17 Ultimo Día Trabajo | | |
| 18 Ultimo Día de Pago | | |
| 19 Programa Escolar | Español Secundario | |
| 20 Turno en Registro | 7A | |
| 21 Distrito Escolar | Morovis, Esc. de la Comunidad | (050) |

S.U. David Colón Vega

**LICENCIA POR VACACIONES y/o ENFERMEDAD CONCEDIDA**

22 Desde                                    23 Hasta

24 Observaciones (Antes del Cambio)
Trabajó en el Distrito de Naranjito desde el 28 de septiembre hasta el 27 de octubre de 1998.

25 Observaciones (Después del Cambio)

26 _____  Fecha
Firma Empleado en caso de cambio de contrato a probatorio, traslado, reasignación permanente o descenso

27 Deseo: ☐ Acogerme  ☐ No acogerme

Al descuento del 3% de mi sueldo mensual para el Fondo de Ahorro y Préstamo de la Asociación de Empleados del ELA de P.R. en caso de cambio de contrato de sustituto a probatorio o de sustituto a permanente.

Firma del Empleado                    Fecha

28 Recomendado
XXXXXXXXXXXXXXXXX  28 de octubre de 1998
Directora Escuela de la Comunidad          Fecha

29 Recomendado

Superintendente de Escuelas          Fecha

30 APROBADO: POR EL SECRETARIO DE INSTRUCCION PUBLICA
FIRMA                                      FECHA

* Si el nombramiento es provisional el mismo constituye un CERTIFICADO PROVISIONAL por su duración

| 080 Dept. de Educacion - Maestros<br>Avenida Teniente Cesar Gonzalez<br>Esquina Calaf<br>HATO REY, PR 00919 | | Grupo de Pago: SM -Quincenal<br>Desde: 01/23/2020<br>Hasta: 02/05/2020 | | Aviso #: 5853510<br>Fecha Aviso: 01/30/2020 | |
|---|---|---|---|---|---|
| CARMEN Y MORALES SANTIAGO<br>PALMAREJO<br>HC-01 BOX 5359<br>COROZAL, PR 00783<br>SS: | # Empleado:<br>Dept: 8007121-BAYAMON-NARANJITO<br>Lugar: MANUEL BOU GALI<br>Titulo: DEPARTAMENTO DE EDUCACION<br>Sueldo: $3,321.67 Monthly | | | DATA IMP: Federal PR<br>Estado Civil: Married Married<br>Concesiones: 0 0<br>Pct. Adcl.:<br>Cant. Adcl.: | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,660.84 | 126.00 | 3,321.68 |
| Total: | | | 1,660.84 | 126.00 | 3,321.68 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 24.08 | 48.16 |
| PR Withholding | 71.59 | 143.18 |
| Total: | 95.67 | 191.34 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 149.48 | 298.96 |
| Total: | 149.48 | 298.96 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 225.26 | 450.52 |
| SC-WASHINGTON NAT INS CO | 74.80 | 74.80 |
| AE-Asoc Empl ELA-IRA Exenta | 10.50 | 21.00 |
| AS-CLUB MAESTROS DE COROZAL | 2.00 | 4.00 |
| OS-AMPR LOCAL SIND AFIL | 8.50 | 17.00 |
| Ahorros-AEELA | 49.83 | 99.66 |
| Total: | 370.89 | 666.98 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| FSED Disability Plan | 28.23 | 56.46 |
| * Tributable | | |

### TOTAL BRUTO / BRUTO TRIBUT. FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,660.84 | 0.00 | 95.67 | 520.37 | 1,044.80 |
| Acumulado: | 3,321.68 | 0.00 | 191.34 | 965.94 | 2,164.40 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5853510 | 1,044.80 |
| Total: | 1,044.80 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Dept. de Educacion - Maestros
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
01/30/2020

Aviso No.
5853510

Cant. Deposito: $1,044.80

A la
Cuenta(s) De

CARMEN Y MORALES SANTIAGO
PALMAREJO
HC-01 BOX 5359
COROZAL, PR 00783
Localizacion: MANUEL BOU GALI

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXXX | 1,044.80 |
| Total: | | 1,044.80 |

# NO-NEGOCIABLE