Carmen Y. Morales Santiago
HC-02 Box 8292
Corozal, P.R. 00783



SAN JUAN P&DC 009
TUE 18 FEB 2020 PM



POSTAGE DUE¢
.65

Clerks office
United States District Court
Room 150 Federal Building
San Juan, P.R. 00918 - 1767

Carmen Y. Morales Santiago
HC-02 Box 8292
Corozal, P.R. 00783

  

U.S. POSTAGE PAID
FCM LG ENV
COROZAL, PR
00783
MAR 06, 20
AMOUNT
$1.40
R2303S101697-07

Clerk Office
United States District court
Room 150 Federal Building
San Juan, P.R. 00918-1767

RECEIVED & FILED
2020 MAR 10 PM 4:58
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.