6 de marzo de 2020

Noemí Acevedo Acevedo
PO Box 6726
Mayagüez, P.R. 00681

A quién pueda interesar:

Yo Noemí Acevedo maestra jubilada del Departamento de Educación de Puerto Rico. Reclamo el monto de $8,400 aproximadamente de ley 96 caso 149162 y el monto de $17,400 de ley 89 caso 150454. Trabajé desde el 7 de abril de 1986 hasta el 2018. La naturaleza de mi reclamo es salarios impagos. El gobierno de Puerto Rico al declararse en crisis económica determinó no pagar este dinero a los maestros. Esto no es justo para mí y mis compañeros que no recibieron ese dinero al retirarse. Solicito de ustedes el reclamo que me adeuda según las leyes. Abogo por una nueva revisión al respecto. Agradezco su atención inmediata.

Esperando su repuesta,

Sra. Noemí Acevedo Acevedo
Sra. *Noemí Acevedo Acevedo*