Noemi Acevedo Acevedo
PO Box 6726
Mayagüez, P.R. 00681



7019 1640 0001 4973 1434

Secretaria (Clerk's Office)
Tribunal de distrito de los E.U.
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

Noemi Acevedo Acevedo
PO Box 6726
Mayaguez, P.R. 00681



CERTIFIED MAIL
7019 1640 0000 2884 3708





U.S. POSTAGE PAID
FCM LG ENV
MAYAGUEZ, PR
00682
MAR 06, 20
AMOUNT
$7.80
R2305M147972-08

RECEIVED & FILED
2020 MAR 10 PM 4:51
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Clerk's Office
United States District Court
Room 150 federal BLDG
San Juan PR 00918-1767