9 de marzo de 2020

De: Blanca I. González Negrón

*Blanca I. González Negrón* (firma)

A: Hno Tribunal de Distrito de los Estados Unidos

Los abogados que llevan esta demanda me solicitaron que enviara estos documentos que evidencian mi estatus de trabajo durante los ultimos 34 años en el Departamento de Educación. Estos documentos los envie al Honorable Tribunal Federal, Distrito de los Estados Unidos en Puerto Rico. De los documentos se desprende que estoy trabajando con el Departamento de Educación desde el 2/dic/1983 hasta el presente (marzo 2020). Durante estos años los gobernadores de turno, el Honorable Carlos Romero Barceló y la Honorable Sila María Calderón otorgaron unos aumentos salariales a los maestros de Puerto Rico. Hasta el día de hoy no he recibido estos aumentos y llevo trabajando 34 años. La demanda es para que estos aumentos se me otorgen.

Por tal razón estoy cumpliendo con su petición de hacer una explicación y cumplir con la eliminación de # seguro social y # de empleado. Someto nuevamente estos documentos para la acción correspondiente de este Honorable Tribunal. Estos documentos indican que mi reclamo No y repito No es deficiente. En ninguno de los documentos, el departamento de Educación me indica por escrito que estos aumentos me fueron dados y reflejados en mi sueldo.

*Blanca I. González Negrón* (firma)