IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Gonzalez Negrón, Blanca I. | 68608 | 7/1/18 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Gonzalez Negrón, Blanca I. | 68608 | 7/1/18  13 febrero 2020 | Commonwealth of Puerto Rico | $0.00  $ 18,000.00 |
| Base para: Aumento Sueldo Maestra Administracion de Carlos Romero Barcelo | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.  Evidencia de 409 de nombramiento de maestra. | | | |

Certificacion del D.E. Talonarios
Actualmente estuy activa.

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si **tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 7:00 p.m. (AST) (hablamos español).**

U.S. DISTRICT COURT
CLERK'S OFFICE

2020 FEB 18 PM 4: 34

RECEIVED & FILED

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Gonzalez Negrón, Blanca I. | 68608 | 7/1/18 | Commonwealth of Puerto Rico | $0.00 |
| **Reason:** | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Gonzalez Negrón, Blanca I. | 68608 | 7/1/18 *13 de febrero 2020* | Commonwealth of Puerto Rico | $0.00 *$38,000.00* |
| **Base para:** *Aumento Sueldo Directora Administracion Sila M. Calderon* | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. *Evidencia de Hoja de nombramiento Directora. Certificacion del DE, Talonarios.* | | | |

*Actualmente estoy activa.*

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

DISTRICT OF PR
CLERK'S OFFICE

2020 FEB 18 PM 4:34
RECEIVED & FILED

PRIME CLERK
GRAND CENTRAL STATION, PO BOX 4850
NEW YORK NY 10163-4850



US POSTAGE PAID

TOPPAN MERRILL

## USPS PRIORITY MAIL®

**LEGAL NOTICE ENCLOSED.**
**DIRECT TO ATTENTION OF ADDRESSEE**
**OR PRESIDENT/GENERAL COUNSEL.**

\*\*\*CUST PR 1845 SRF 36961 PackID: 565 MMLID: 1752959 SVC: 86th Omni
Gonzalez Negrón, Blanca I.
P.O. Box 1181
Lares, PR 00669

Zone 8

# DEPARTAMENTO DE EDUCACION

## Estado Libre Asociado de Puerto Rico

### Secretaría Auxiliar de Recursos Humanos

**ATT: Sistema Retiro para Maestros**

16 de mayo de 2013

# C E R T I F I C A C I O N

| | | |
|---|---|---|
| Certifico que | : | BLANCA I. GONZALEZ NEGRON |
| Seguro Social | : | |
| Categoría | : | DIRECTOR ESCUELA ELEMENTAL III |
| Distrito Escolar | : | LARES_ |
| Sueldo Mensual | : | $3,695.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | Desde el 2 de diciembre de 1983 hasta el presente. |
| Cesó | : | N/A |
| Renunció | : | N/A |
| Otros | : | Ha prestado servicios para este Departamento por un periodo de veintinueve (29) años, dos (2) meses, tres (3) semana y cuatro (4) dias |

Candida R. Chico
Supervisora
Archivo Docente

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

25 de enero de 2019

DEPARTAMENTO EDUCACION
SECCIÓN DE NOMBRAMIENTOS Y CAMBIOS
PO BOX 190759

Solicitud No:        954383
Radicada en:     14 dic 2018

SAN JUAN PR 00919 0759

Atención: Sr. Enoch González Vélez

El(la) profesor(a) BLANCA I.GONZALEZ NEGRON con seguro social            . i ha radicado una Solicitud de Retiro en nuestro Sistema. Al 21 de diciembre de 2018, fecha de su última aportación recibida,

[X]cualifica [  ]no cualifica para acogerse a la jubilación.

Su tiempo cotizado y edad es el siguiente:

34 Años,    4 Meses,    0 Semanas, 3.50 Días y su edad es 64 años.

Los pagos pendientes no están considerados en esta certificación. Los mismos son:

[ ]Reconocimiento de Tiempo
[ ]Diferencia en % por transferencia recibida
[ ]Reembolso de Cuotas
[X]No aplica

El tiempo certificado puede variar, de encontrarse diferencias en el Informe de Cambio, enviado por el Departamento de Educación u otras Instituciones Gubernamentales y de existir anulaciones futuras entre cuentas que afecten las aportaciones del Sistema.

Deberá permanecer cotizando en nuestro Sistema hasta la fecha que proyecta retirarse.

El plan médico y planes suplementarios deben ser pagados directamente a las aseguradoras hasta tanto envíen las autorizaciones de descuentos para tramitar su pensión.

Atentamente,

Franklin E. Lopez Diaz
Area de Servicios de Retiro

c:       BLANCA I. GONZALEZ NEGRON                    XXX-XX-1941
         BOX 1181

         LARES, PR 00669

235 Avenida Arterial Hostos, Edificio Capital Center , Torre Norte, Hato Rey, Puerto Rico 00918
P.O. Box 191879, Hato Rey, PR 00919-1879

srm_correspondenciaconsulta@srm.pr.gov   (787) 777-1414      http://www.srm.pr.gov



| 081 Dept de Educacion-Clasificados | | Grupo de Pago: | SM -Quincenal | Aviso #: | 9665658 |
|---|---|---|---|---|---|
| Ave. Teniente Cesar Gonzalez | | Desde: | 02/01/2019 | Fecha Aviso: | 02/14/2019 |
| Esquina Calaf | | Hasta: | 02/15/2019 | | |
| HATO REY, PR 00919 | | | | | |

| BLANCA I GONZALEZ NEGRON | # Empleado: | | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| AVE. TENIENTE CESAR GONZALEZ | Dept: | 8101116-ARECIBO-CAMUY | Estado Civil: | | Claiming no personal exem |
| ESQUINA CALAS | Lugar: | ANGELICA DELGADO S.U. AMERICA | Concesiones: | 0 | |
| HATO REY, PR 00919 | Titulo: | DEPARTAMENTO DE EDUCACION | Pct. Adcl.: | | 3 |
| SS: | Sueldo: | $4,111.67 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS / IMPUESTOS

| Descripcion | Sueldo | Horas (Corriente) | Ingresos (Corriente) | Horas (Acumulado) | Ingresos (Acumulado) | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 2,055.84 | 255.00 | 6,167.52 | PR Withholding | 119.00 | 357.00 |
| Total: | | | 2,055.84 | 255.00 | 6,167.52 | Total: | 119.00 | 357.00 |

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| GPR Plan de Retiro de Maestro | 185.03 | 555.09 | AE-Asoc Emp ELA-Prest Regular | 435.13 | 1,305.39 | FSED Disability Plan | 34.95 | 104.85 |
| | | | SM-First Medical Health Plan | 54.70 | 164.10 | SM-First Medical Health Plan | 0.00 | 100.00 |
| | | | CO-COOP C O E P | 5.00 | 15.00 | | | |
| | | | DM-FONDOS UNIDOS | 1.00 | 3.00 | | | |
| | | | SC-TRANS OCEANIC LIFE Tol. C 38.52 | | 115.56 | | | |
| | | | AE-Seguro por Muerte Asoc ELA | 13.26 | 39.78 | | | |
| | | | AS-ASOC E P A | 6.00 | 18.00 | | | |
| | | | Ahorros-AEELA | 61.68 | 185.04 | | | |
| | | | SC-TRIPLE-S VIDA INC | 0.00 | 119.90 | | | |
| Total: | 185.03 | 555.09 | Total: | 615.29 | 1,965.77 | * Tributable | | |

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 2,055.84 | 0.00 | 119.00 | 800.32 | 1,136.52 |
| Acumulado: | 6,167.52 | 0.00 | 357.00 | 2,520.86 | 3,289.66 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| Aviso #9665658 | 1,136.52 |
|---|---|
| Total: | 1,136.52 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Dept de Educacion-Clasificados
Ave. Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
02/14/2019

Aviso No.
9665658

Cant. Deposito: $1,136.52

A la
Cuenta(s) De

BLANCA I GONZALEZ NEGRON
AVE. TENIENTE CESAR GONZALEZ
ESQUINA CALAS
HATO REY, PR 00919
Localizacion: ANGELICA DELGADO S.U. AMERICA

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXXX | 1,136.52 |
| Total: | | 1,136.52 |

# NO-NEGOCIABLE

**081 Dept de Educacion-Clasificados**
Ave~Teniente Cesar Gonzalez  . Esquina Calaf
HATO REY, PR 00919

| Grupo de Pago: | SM -Quincenal | Aviso #: | 7164057 |
|---|---|---|---|
| Desde: | 09/16/2018 | Fecha Aviso: | 09/28/2018 |
| Hasta: | 09/30/2018 | | |

| BLANCA I GONZALEZ NEGRON | # Empleado: | | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| AVE. TENIENTE CESAR GONZALEZ | Dept: | 8101116-ARECIBO-CAMUY | Estado Civil: | | Claiming no personal exem |
| ESQUINA CALAS | Lugar: | ANGELICA DELGADO S.U. AMERICA | Concesiones: | 0 | |
| HATO REY, PR 00919 | Titulo: | DEPARTAMENTO DE EDUCACION | Pct. Adcl.: | | 3 |
| SS: | Sueldo: | $3,695.00 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS / IMPUESTOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,847.50 | 1,462.50 | 33,255.00 | PR Withholding | 92.45 | 1,664.10 |
| Total: | | 1,847.50 | 1,462.50 | 33,255.00 | | Total: | 92.45 | 1,664.10 |

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| GPR Plan de Retiro de Maestro | 166.28 | 2,993.04 | AE-Asoc Emp ELA-Prest Regular | 435.13 | 6,006.32 | SM-First Medical Health Plan | 100.00 | 900.00 |
| | | | SM-First Medical Health Plan | 54.70 | 938.40 | FSED Disability Plan | 31.41 | 565.38 |
| | | | CO-COOP C O E P | 5.00 | 90.00 | | | |
| | | | DM-FONDOS UNIDOS | 1.00 | 18.00 | | | |
| | | | SC-TRIPLE-S VIDA INC | 59.95 | 1,079.10 | | | |
| | | | SC-TRANS OCEANIC LIFE | 38.52 | 616.32 | | | |
| | | | AE-Seguro por Muerte Asoc ELA | 13.26 | 238.68 | | | |
| | | | AS-ASOC E P A | 6.00 | 108.00 | | | |
| | | | Ahorros-AEELA | 55.43 | 997.74 | | | |
| | | | RM-Prest Pers De Cuota-Ret Mae | 0.00 | 3,636.13 | | | |
| Total: | 166.28 | 2,993.04 | Total: | 668.99 | 13,728.69 | * Tributable | | |

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,847.50 | 0.00 | 92.45 | 835.27 | 919.78 |
| Acumulado: | 33,255.00 | 0.00 | 1,664.10 | 16,721.73 | 14,869.17 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

**DISTRIBUCION PAGA NETA**

| Aviso #7164057 | 919.78 |
|---|---|
| Total: | 919.78 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Dept de Educacion-Clasificados
Ave. Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
09/28/2018

Aviso No.
7164057

**Cant. Deposito:** $919.78

A la
Cuenta(s) De

BLANCA I GONZALEZ NEGRON
AVE. TENIENTE CESAR GONZALEZ
ESQUINA CALAS
HATO REY, PR 00919
Localizacion: ANGELICA DELGADO S.U. AMERICA

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXX | 919.78 |
| Total: | | 919.78 |

# NO-NEGOCIABLE

Form. 409 Rev./79

_____ días por vacaciones
regulares en julio

Descontarle _____ días por
ausencias

Estado Libre Asociado de Puerto Rico
**DEPARTAMENTO DE INSTRUCCION PUBLICA**
División de Personal - Hato Rey, Puerto Rico

## INFORME DE CAMBIO - PERSONAL DOCENTE

| ANTES DEL CAMBIO | | DESPUES DEL CAMBIO |
|---|---|---|
| 1. Nombre del Empleado | GONZALEZ NEGRON, BLANCA I. | |
| 2. Núm. Seg. Social | | |
| 3. Sexo | F | |
| 4. Estado Civil | Casada | |
| 5. Prep. Académica | BA | |
| 6. Experiencia | 5-2-2 | |
| 7. Status Empleado (Contrato) | Transitorio Plausible | |
| 8. Sueldo Bruto | | |
| 9. Núm. de la Plaza | 0967 | |
| 10. Categoría de la Plaza | Maestra | |
| 11. Clasificación Puestos Dir | | |
| 12. Fondo | | |
| 13. Cifra Cuenta | 85-111-20-05-02 | |
| 14. Fecha de Efectividad | 11 de enero de 1985 | 29/ Junio / 8 PI |
| 15. Acción y Duración | Nombramiento 3 meses | |
| 16. Causa del Cese | | |
| 17. Último Día Trabajo | | |
| 18. Último Día de Pago | | |
| 19. Programa Escolar | Elemental | |
| 20. Turno en Registro | 220 | |
| 21. Distrito Escolar | Lares | |

### LICENCIA POR VACACIONES y/o ENFERMEDAD CONCEDIDA

| 22. Desde | 23. Hasta |
|---|---|
| 24. Observaciones (Antes del Cambio) | 25. Observaciones (Después del Cambio) |

Se separa para prenatal.

26. _____ Fecha _____
Firma Empleado en caso de cambio de contrato a pro-
batorio, traslado, reasignación permanente o descenso

27. Deseo:
☐ Acogerme   ☐ No acogerme

Al descuento del 3% de mi sueldo mensual para el
Fondo de Ahorro y Préstamo de la Asociación de Emplea-
dos del ELA de P.R. en caso de cambio de contrato de
sustituto a probatorio o de sustituto a permanente.

Firma del Empleado _____   Fecha _____

28. Recomendado

Superintendente de Escuelas _____   Fecha _____

29. Recomendado

Superintendente de Escuelas _____   Fecha _____

30. APROBADO: POR EL SECRETARIO DE INSTRUCCION PUBLICA

_____   _____
FIRMA                                FECHA

* Si el nombramiento es provisional el mismo constituye un CERTIFICADO PROVISIONAL por su duración.

rege___ s en julio

Descontarle _____ días por
ausencias

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE INSTRUCCION PUBLICA
División de Personal - Hato Rey, Puerto Rico

## INFORME DE CAMBIO · PERSONAL DOCENTE

| ANTES DEL CAMBIO | | DESPUES DEL CAMBIO |
|---|---|---|
| | Clase 0971 | |
| 1  Nombre del Empleado | GONZALEZ HERNON, BLANCA I. | |
| 2  Núm. Seg. Social | | |
| 3  Sexo | F | |
| 4  Estado Civil | Casada | |
| 5  Prep. Académica | BAE | |
| 6  Experiencia | 5-2-0 | |
| 7  Status Empleado (Contrato) | Transitorio Flexible | |
| 8  Sueldo Bruto | $685.00 | |
| 9  Núm. de la Plaza | 0967   (maternidad) | |
| 10  Categoría de la Plaza | Elemental | |
| 11  Clasificación Puestos Dir | | |
| 12  Fondo | Natural | |
| 13  Cifra Cuenta | | |
| 14  Fecha de Efectividad | 21 de noviembre de 1984 | |
| 15  Acción y Duración | como | |
| 16  Causa del Cese | termina contrato | |
| 17  Ultimo Día Trabajo | 21 de diciembre de 1984 | |
| 18  Ultimo Día de Pago | 2 de enero de 1985 | |
| 19  Programa Escolar | Elemental | |
| 20  Turno en Registro | | |
| 21  Distrito Escolar | Lares | |

LICENCIA POR VACACIONES y/o ENFERMEDAD CONCEDIDA

22  Desde

23  Hasta

24  Observaciones (Antes del Cambio)

25  Observaciones (Después del Cambio)

Se acompaña cómputo de paga.

26 _____    Fecha
   Firma Empleado en caso de cambio de contrato a pro-
   batorio, traslado, reasignación permanente o descenso

27  Deseo:
☐ Acogerme      ☐ No acogerme

Al descuento del 3%  de mi sueldo mensual para el
Fondo de Ahorro y Préstamo de la Asociación de Emplea-
dos del ELA de P.R. en caso de cambio de contrato de
sustituto a probatorio o de sustituto a permanente.

_____    _____
Firma del Empleado            Fecha

28  Recomendado

_____    _____
Superintendente de Escuelas    Fecha

29  Recomendado

_____    _____
Superintendente de Escuelas    Fecha

30  APROBADO: POR EL SECRETARIO DE INSTRUCCION PUBLICA

_____    _____
         FIRMA                            FECHA

* Si el nombramiento es provisional el mismo constituye un CERTIFICADO PROVISIONAL  por su duración.

Form. 409 Revisado

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE INSTRUCCION PUBLICA
División de Personal · Hato Rey, Puerto Rico

regula ____ en julio

Descontarle _____ días por
ausencias

## INFORME DE CAMBIO - PERSONAL DOCENTE

| ANTES DEL CAMBIO | | DESPUES DEL CAMBIO |
|---|---|---|
| 1 Nombre del Empleado | GONZALES NEGRON, BLANCA I. | |
| 2 Núm. Seg. Social | | |
| 3 Sexo | F | |
| 4 Estado Civil | Casada | |
| 5 Prep. Académica | BAT | |
| 6 Experiencia | 5-2- | |
| 7 Status Empleado (Contrato) | Transitorio Elegible | |
| 8 Sueldo Bruto | $685.00 | |
| 9 Núm. de la Plaza | 0967 | |
| 10 Categoría de la Plaza | Elemental | |
| 11 Clasificación Puestos Dir | | |
| 12 Fondo | Estatal | |
| 13 Cifra Cuenta | 85-111-80-05-02 | |
| 14 Fecha de Efectividad | se extendo al 24 abril 86 | |
| 15 Acción y Duración | Prórroga nombramiento | |
| 16 Causa del Cese | | |
| 17 Ultimo Día Trabajo | | |
| 18 Ultimo Día de Pago | | |
| 19 Programa Escolar | Elemental | |
| 20 Turno en Registro | 230 | |
| 21 Distrito Escolar | Lares | |

### LICENCIA POR VACACIONES y/o ENFERMEDAD CONCEDIDA

| 22 Desde | 23 Hasta |
|---|---|
| 24 Observaciones (Antes del Cambio) | 25 Observaciones (Después del Cambio) |

24 Observaciones (Antes del Cambio)

Se prorroga el nombramiento, ya que la
profesora Blanca C. Pérez se acogió a
licencia por enfermedad.

26 _____  Fecha _____
Firma Empleado en caso de cambio de contrato a pro-
batorio, traslado, reasignación permanente o descenso

27 Deseo:
☐ Acogerme    ☐ No acogerme

Al descuento del 3% de mi sueldo mensual para el
Fondo de Ahorro y Préstamo de la Asociación de Emplea-
dos del ELA de P.R. en caso de cambio de contrato de
sustituto a probatorio o de sustituto a permanente.

_____  _____
Firma del Empleado    Fecha

28 Recomendado

_____  _____
Superintendente de Escuelas    Fecha

29 Recomendado

_____  _____
Superintendente de Escuelas    Fecha

30 APROBADO: POR EL SECRETARIO DE INSTRUCCION PUBLICA

_____    _____
FIRMA    FECHA

* Si el nombramiento es provisional el mismo constituye un CERTIFICADO PROVISIONAL por su duración.

Form. 409 Rev.7/79

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE INSTRUCCION PUBLICA
División de Personal - Hato Rey, Puerto Rico

INFORME DE CAMBIO - PERSONAL DOCENTE

ANTES DEL CAMBIO

DESPUES DEL CAMBIO

| | | |
|---|---|---|
| 1 Nombre del Empleado | GONZALEZ NEGRON, BLANCA I. | |
| 2 Núm. Seg. Social | | |
| 3 Sexo | F | |
| 4 Estado Civil | Casada | |
| 5 Prep. Académica | BAE | |
| 6 Experiencia | 1-9 | |
| 7 Status Empleado (Contrato) | Transitorio Elegible | |
| 8 Sueldo Bruto | $685. | |
| 9 Núm. de la Plaza | 0073  Comparabilidad | |
| 10 Categoría de la Plaza | Elemental | |
| 11 Clasificación Puestos Dir | | |
| 12 Fondo | Estatal | |
| 13 Cifra Cuenta | 06-111-80-01 | |
| 14 Fecha de Efectividad | 16 de octubre de 1986 | |
| 15 Acción y Duración | Nombramiento r/a | |
| 16 Causa del Cese | | |
| 17 Ultimo Día Trabajo | | |
| 18 Ultimo Día de Pago | | |
| 19 Programa Escolar | Elemental | |
| 20 Turno en Registro | 134 | |
| 21 Distrito Escolar | Lares | |

LICENCIA POR VACACIONES y/o ENFERMEDAD CONCEDIDA

22 Desde

23 Hasta

24 Observaciones (Antes del Cambio) Trabajó curso escolar 85-86
en Lares. Se acompaña: juramento, exención contri-
butiva, carta contractual, certificado buena con-
ducta, copia seguro social.

25 Observaciones (Después del Cambio)

26 _____
Firma Empleado en caso de cambio de contrato a pro-
batorio, traslado, reasignación permanente o descenso     Fecha

27 Deseo:
☐ Acogerme     ☐ No acogerme

Al descuento del 3% de mi sueldo mensual para el
Fondo de Ahorro y Préstamo de la Asociación de Emplea-
dos del ELA de P.R. en caso de cambio de contrato de
sustituto a probatorio o de sustituto a permanente.

Firma del Empleado     Fecha

28 Recomendado
_____ 16-10-86
Superintendente de Escuelas     Fecha

29 Recomendado
_____
Superintendente de Escuelas     Fecha

30 APROBADO: POR EL SECRETARIO DE INSTRUCCION PUBLICA

_____ FIRMA     _____ FECHA

* Si el nombramiento es provisional el mismo constituye un CERTIFICADO PROVISIONAL por su duración

FORM 409 REV./79

vacaciones

regu... en julio   días por ausencias
Descontarle

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE INSTRUCCION PUBLICA
División de Personal - Hato Rey, Puerto Rico

INFORME DE CAMBIO - PERSONAL DOCENTE

| | ANTES DEL CAMBIO | CLAVE | DESPUES DEL CAMBIO | CLAVE |
|---|---|---|---|---|
| 1. Nombre del Empleado | González Negrón, Blanca | | | |
| 2. Núm. Seg. Social | | | | |
| 3. Sexo | F | | | |
| 4. Prep. Académica | BAE + 30  to MA | | | |
| 5. Experiencia | 1-5-2-2 | | 2-5-2-2 | |
| 6. Status Empleado | Transitorio elegible | | | |
| 7. Sueldo Bruto | $720.00 | | | |
| 8. Bonificación | | | | |
| 9. Núm. de la Plaza | 4646-T | | | |
| 10. Categoría de la Plaza | Elemental | | | |
| 11. Clasificación Puestos Dir. | | | | |
| 12. Fondo | E | | | |
| 13. Cifra Cuenta | 86-111-80-05-02 | | | |
| 14. Fecha de Efectividad | | | 2 de junio de 1986 | |
| 15. Acción y Duración | | | Pago de vacaciones | |
| 16. Causa del Cese | | | Terminación Contrato | |
| 17. Ultimo Día Trabajo | | | 30 de mayo de 1986 | |
| 18. Ultimo Día de Pago | | | 22 de julio de 1986 | |
| 19. Programa Escolar | | | | |
| 20. Turno en Registro | | | | |
| 21. Distrito Escolar | Lares | | | |

LICENCIA POR VACACIONES y/o ENFERMEDAD CONCEDIDA

22. Desde

23 Hasta

24. Observaciones (Antes del Cambio)

25 Observaciones (Después del Cambio)

Aumento sueldo experiencia de
$720.00 a $745.00 efectivo 1 de
julio de 1986.

26.
_____  Fecha
Firma Empleado en caso de cambio de status probatorio,
traslado, resignación permanente o descenso.

27 Deseo:
☐ Acogerme        ☐ No acogerme

Al descuento del 3% de mi sueldo mensual para el Fondo
de Ahorro y Préstamo de la Asociación de Empleados del
ELA de P.R. en caso de cambio de status de transitorio ele-
gible a probatorio o a permanente.

_____
Firma del Empleado          Fecha

28. Recomendado

_____
Superintendente de Escuelas   Fecha

_____
Superintendente de Escuelas   Fecha

APROBADO POR EL SECRETARIO DE INSTRUCCION PUBLICA

_____        _____
FIRMA                                    FECHA

Si el nombramiento es transitorio provisional el mismo constituye un certificado provisional por su duración.

Form. 409 Rev./79

Pag____ días por vacaciones
reg____ s en julio

Descontarle _____ días por
ausencias

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE INSTRUCCION PUBLICA
División de Personal · Hato Rey, Puerto Rico

INFORME DE CAMBIO - PERSONAL DOCENTE

| | ANTES DEL CAMBIO | DESPUES DEL CAMBIO |
|---|---|---|
| 1 Nombre del Empleado | González Negrón, Blanca | |
| 2 Núm. Seg. Social | 5 | |
| 3 Sexo | F | |
| 4 Estado Civil | casada | |
| 5 Prep. Académica | BA&+30 to MA | |
| 6 Experiencia | 3-5 2-2 | |
| 7 Status Empleado (Contrato) | Transitprio Elegible | |
| 8 Sueldo Bruto | 745.00 | |
| 9 Núm. de la Plaza | 0018 | |
| 10 Categoría de la Plaza | Elemental | |
| 11 Clasificación Puestos Dir | | |
| 12 Fondo | E | |
| 13 Cifra Cuenta | E | |
| 14 Fecha de Efectividad | 3 de agosto de 1987 | |
| 15 Acción y Duración | Nombramiento año | |
| 16 Causa del Cese | | |
| 17 Ultimo Día Trabajo | | |
| 18 Ultimo Día de Pago | | |
| 19 Programa Escolar | Elemental | |
| 20 Turno en Registro | 71A | |
| 21 Distrito Escolar | Lares | |

LICENCIA POR VACACIONES y/o ENFERMEDAD CONCEDIDA

| 22 Desde | 23 Hasta |
|---|---|

24 Observaciones (Antes del Cambio) Trabajó año pasado en
Lares. Ocupará plaza de María T. Quiles
Malavé, quién disfruta L/S año 1987-88.
Se acompaña juramento, carta contractual,
record de policia, copia SS., exención
contributiva.

25 Observaciones (Después del Cambio)

26 _____  Fecha
Firma Empleado en caso de cambio de contrato a pro-
batorio, traslado, reasignación permanente o descenso

27 Deseo:
☐ Acogerme   ☐ No acogerme

Al descuento del 3% de mi sueldo mensual para el
Fondo de Ahorro y Préstamo de la Asociación de Emplea-
dos del ELA de P.R. en caso de cambio de contrato de
sustituto a probatorio o de sustituto a permanente.

Firma del Empleado   Fecha

28 Recomendado   22 jun 87

Superintendente de Escuelas   Fecha

29 Recomendado

Superintendente de Escuelas   Fecha

30 APROBADO: POR EL SECRETARIO DE INSTRUCCION PUBLICA

FIRMA   FECHA

CERTIFICADO PROVISIONAL por su duración

regulares en julio

Descontarle _____ días por
ausencias

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE INSTRUCCION PUBLICA
División de Personal - Hato Rey, Puerto Rico

INFORME DE CAMBIO - PERSONAL DOCENTE

| ANTES DEL CAMBIO | | DESPUES DEL CAMBIO |
|---|---|---|
| | 9971 | |
| 1 Nombre del Empleado | GONZALEZ NEGRON BLANCA I. | |
| 2 Núm. Seg. Social | ... .. .... | |
| 3 Sexo | | |
| 4 Estado Civil | | |
| 5 Prep. Académica | BAE + 30 to MA | MA |
| 6 Experiencia | | |
| 7 Status Empleado (Contrato) | T.Eleg. | |
| 8 Sueldo Bruto | 770. | 830. |
| 9 Núm. de la Plaza | 0073 | |
| 10 Categoría de la Plaza | Elem. (Comparabilidad) | |
| 11 Clasificación Puestos Dir | | |
| 12 Fondo | E | |
| 13 Cifra Cuenta | 87-111-80-05-01 | |
| 14 Fecha de Efectividad | | 1 jun.87 |
| 15 Acción y Duración | | Cambio de Preparación |
| 16 Causa del Cese | | |
| 17 Ultimo Día Trabajo | | |
| 18 Ultimo Día de Pago | | |
| 19 Programa Escolar | | |
| 20 Turno en Registro | | |
| 21 Distrito Escolar | Lares | |

LICENCIA POR VACACIONES y/o ENFERMEDAD CONCEDIDA

22 Desde

23 Hasta

24 Observaciones (Antes del Cambio)

*Considerese solamente para
cambio de preparación.

25 Observaciones (Después del Cambio)

26 _____  Fecha
Firma Empleado en caso de cambio de contrato a pro-
batorio, traslado, reasignación permanente o descenso

27 Deseo:
☐ Acogerme          ☐ No acogerme

Al descuento del 3% de mi sueldo mensual para el
Fondo de Ahorro y Préstamo de la Asociación de Emplea-
dos del ELA de P.R. en caso de cambio de contrato de
sustituto a probatorio o de sustituto a permanente.

_____   _____
Firma del Empleado                Fecha

28 Recomendado

_____   _____
Superintendente de Escuelas      Fecha

30 APROBADO: POR EL SECRETARIO DE INSTRUCCION PUBLICA

_____
FIRMA

29 Recomendado

_____   _____
Superintendente de Escuelas      Fecha

_____   _____
                                 FECHA

* Si el nombramiento es provisional el mismo constituye un CERTIFICADO PROVISIONAL, por la duración

Form. 409 Rev. 7/9

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE INSTRUCCION PUBLICA
División de Personal - Hato Rey, Puerto Rico

INFORME DE CAMBIO - PERSONAL DOCENTE

_____ días por vacaciones
restantes en julio

Descontarle _____ días por
ausencias

| | ANTES DEL CAMBIO | DESPUES DEL CAMBIO |
|---|---|---|
| | 9971 | |
| 1 Nombre del Empleado | GONZALEZ NEGRON BLANCA I. | |
| 2 Núm. Seg. Social | | |
| 3 Sexo | | |
| 4 Estado Civil | | |
| 5 Prep. Académica | MAE | |
| 6 Experiencia | 2-5-2-2 | 3-2-3-4 |
| 7 Status Empleado (Contrato) | T.Eleg. | |
| 8 Sueldo Bruto | 830. | |
| 9 Núm. de la Plaza | 0073 | |
| 10 Categoría de la Plaza | Elem. (comparabilidad) | |
| 11 Clasificación Puestos Dir | | |
| 12 Fondo | R | |
| 13 Cifra Cuenta | 87-111-80-05-02 | |
| 14 Fecha de Efectividad | | 1 jun.87 |
| 15 Acción y Duración | | Enmienda Pago Vac. Enviado Anteriorment |
| 16 Causa del Cese | | Term. Contrato |
| 17 Último Día Trabajo | | 29 mayo 87 |
| 18 Último Día de Pago | | 14 jul.87 A.M. |
| 19 Programa Escolar | | |
| 20 Turno en Registro | | |
| 21 Distrito Escolar | Lares | |

LICENCIA POR VACACIONES y/o ENFERMEDAD CONCEDIDA

22 Desde

23 Hasta

24 Observaciones (Antes del Cambio)

*CONSIDERECE SOLAMENTE PARA ENMIENDA AUM.S/EXP.

25 Observaciones (Después del Cambio)

AUM.S/EXP.830. a 855. efec. 1 jul.87

26
Firma Empleado en caso de cambio de contrato a pro-
batorio, traslado, reasignación permanente o descenso                    Fecha

27 Deseo:
☐ Acogerme        ☐ No acogerme

Al descuento del 3% de mi sueldo mensual para el
Fondo de Ahorro y Préstamo de la Asociación de Emplea-
dos del ELA de P.R. en caso de cambio de contrato de
sustituto a probatorio o de sustituto a permanente.

Firma del Empleado                    Fecha

28 Recomendado

Superintendente de Escuelas        Fecha

29 Recomendado

Superintendente de Escuelas        Fecha

30 APROBADO: POR EL SECRETARIO DE INSTRUCCION PUBLICA

FIRMA                                      FECHA

* Si el nombramiento es provisional el mismo constituye un CERTIFICADO PROVISIONAL por su duración

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE INSTRUCCION PUBLICA
División de Personal - Hato Rey, Puerto Rico

INFORME DE CAMBIO - PERSONAL DOCENTE

| ANTES DEL CAMBIO | | DESPUES DEL CAMBIO |
|---|---|---|
| 1 Nombre del Empleado | GONZALEZ NEGRON, BLANCA | |
| 2 Núm. Seg. Social | | |
| 3 Sexo | F | |
| 4 Estado Civil | Casada | |
| 5 Prep. Académica | BAE +30 | |
| 6 Experiencia | 3 | |
| 7 Status Empleado (Contrato) | Transitorio Elegible | PERMANENTE |
| 8 Sueldo Bruto | $930. | |
| 9 Núm. de la Plaza | 0018 | 0337 |
| 10 Categoría de la Plaza | Elemental | |
| 11 Clasificación Puestos Dir | | |
| 12 Fondo | Estatal | |
| 13 Cifra Cuenta | 88-111-80-05-01 | |
| 14 Fecha de Efectividad | | 10 de mayo de 1988 |
| 15 Acción y Duración | Cambio de plaza y status | |
| 16 Causa del Cese | | |
| 17 Ultimo Día Trabajo | | |
| 18 Ultimo Día de Pago | | |
| 19 Programa Escolar | | |
| 20 Turno en Registro | J1 A | |
| 21 Distrito Escolar | S Lares | |

LICENCIA POR VACACIONES y/o ENFERMEDAD CONCEDIDA

22 Desde     23 Hasta

24 Observaciones (Antes del Cambio)

25 Observaciones (Después del Cambio)
Continuará en plaza transitoria resto año

26 _____ Firma Empleado en caso de cambio de contrato a pro-batorio, traslado, reasignación permanente o descenso    Fecha

27 Deseo: ☐ Acogerme   ☐ No acogerme
Al descuento del 3% de mi sueldo mensual para el Fondo de Ahorro y Préstamo de la Asociación de Emplea-dos del ELA de P.R. en caso de cambio de contrato de sustituto a probatorio o de sustituto a permanente.

Firma del Empleado     Fecha

28 Recomendado
Superintendente de Escuelas   Fecha

29 Recomendado    22-5-88
Superintendente de Escuelas   Fecha
Interino

30 APROBADO: POR EL SECRETARIO DE INSTRUCCION PUBLICA

FIRMA      FECHA

* Si el nombramiento es provisional el mismo constituye un CERTIFICADO PROVISIONAL, por su duración

registradas en julio

Descontarle _____ días por ausencias

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE INSTRUCCION PUBLICA
División de Personal - Hato Rey, Puerto Rico

INFORME DE CAMBIO - PERSONAL DOCENTE

| | ANTES DEL CAMBIO | 9971 | DESPUES DEL CAMBIO |
|---|---|---|---|
| 1 | Nombre del Empleado | GONZALEZ NEGRON BLANCA I. | |
| 2 | Núm. Seg. Social | | |
| 3 | Sexo | | |
| 4 | Estado Civil | | |
| 5 | Prep. Académica | MA | |
| 6 | Experiencia | 4-2-3-4 | |
| 7 | Status Empleado (Contrato) | T.E | Perm, |
| 8 | Sueldo Bruto | $955. | |
| 9 | Núm. de la Plaza | 0018 | 0337 |
| 10 | Categoría de la Plaza | Elem. | |
| 11 | Clasificación Puestos Dir | | |
| 12 | Fondo | E | |
| 13 | Cifra Cuenta | 88-111-061-01-001 | 89-111-081-01-001 |
| 14 | Fecha de Efectividad | | 1 agosto 1988 |
| 15 | Acción y Duración | | Reinst./Plaza |
| 16 | Causa del Cese | | |
| 17 | Ultimo Día Trabajo | | |
| 18 | Ultimo Día de Pago | | |
| 19 | Programa Escolar | | |
| 20 | Turno en Registro | | |
| 21 | Distrito Escolar | Lares | |

LICENCIA POR VACACIONES y/o ENFERMEDAD CONCEDIDA

22 Desde

23 Hasta

24 Observaciones (Antes del Cambio)

25 Observaciones (Después del Cambio)

26 _____  Fecha
Firma Empleado en caso de cambio de contrato a probatorio, traslado, reasignación permanente o descenso

27 Deseo:
☐ Acogerme   ☐ No acogerme

Al descuento del 3% de mi sueldo mensual para el Fondo de Ahorro y Préstamo de la Asociación de Empleados del ELA de P.R. en caso de cambio de contrato de sustituto a probatorio o de sustituto a permanente.

_____
Firma del Empleado          Fecha

28 Recomendado

_____
Superintendente de Escuelas     Fecha

29 Recomendado

_____
Superintendente de Escuelas     Fecha

30 APROBADO: POR EL SECRETARIO DE INSTRUCCION PUBLICA

_____
FIRMA

_____
FECHA

* Si el nombramiento es provisional el mismo constituye un CERTIFICADO PROVISIONAL por su duración

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACION
DIVISION DE PERSONAL — HATO REY, PUERTO RICO

| DEJO DE ACUMULAR _____ | PAGARLE 40 _____ |
|---|---|
| DIAS VACS. REGULARES | DIAS VACS. REGULARES |
| POR AUSENCIAS DESCONTABLES | |

INFORME DE CAMBIO — PERSONAL DOCENTE

| GONZALEZ-NEGRON, BLANCA I | |
|---|---|
| NOMBRE | SEGURO SOCIAL |
| 040-LARES | MAE (21) |
| DISTRITO | PREPARACION |
| PERM. (1) | 7-2-3-4          8-2-3-4 |
| STATUS | ANTES          DESPUES |
| | EXPERIENCIA |
| XXXX —     XXXXXXX XXXXXXXXX | 00337     o R-04758 |
| 9740     COORD. VALORES | ANTES          DESPUES |
| CATEGORIA — CLASE | NUMERO DE PUESTO |
| 1 DE JUNIO DE 1992 | PAGO DE VACACIONES |
| EFECTIVIDAD | ACCION Y DURACION |
| $1,145.00 | |
| SUELDO ANTES DEL CAMBIO | CAUSA DEL CESE |
| | |
| ULTIMO DIA DE TRABAJO | ULTIMO DIA DE PAGO |
| ESTATAL (111) | 92-111-081-01-040-001-1110-01-0000 |
| FONDO | CIFRA DE CUENTA |

OBSERVACIONES:     AUMENTO DE SUELDO POR EXPERIENCIA
                   EFECTIVO EL 1 DE JULIO DE 1992 A _____ $1,170.00 _____.

o CAMBIO DE NUMERO DE PUESTO POR REQUISICION.

APROBADO POR EL SECRETARIO DE EDUCACION.

_____
FIRMA

FORM 409 REV./79

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE INSTRUCCION PUBLICA
División de Personal - Hato Rey, Puerto Rico

INFORME DE CAMBIO - PERSONAL DOCENTE

| | ANTES DEL CAMBIO | CLAVE | DESPUES DEL CAMBIO | CLAVE |
|---|---|---|---|---|
| 1. Nombre del Empleado | GONZALEZ NEGRON BLANCA I. | | | |
| 2. Núm. Seg. Social | | | | |
| 3. Sexo | M | | | |
| 4. Prep. Académica | MAE (21) | | | |
| 5. Experiencia | 8 AÑOS | | PERM. (1) | |
| 6. Status Empleado | TRAN. PROV. (6) | | | |
| 7. Sueldo Bruto | $1,170.00 | | | |
| 8. Bonificación | | | | |
| 9. Núm. de la Plaza | R-04879 | | R-04758 | |
| 10. Categoría de la Plaza | COORD. VALORES | | ELEM. (9971) | |
| 11. Clasificación Puestos Dir. | | | | |
| 12. Fondo | ESTATAL | | | |
| 13. Cifra Cuenta | 92-111-081-01-040-001-1110-01-0000 | | | |
| 14. Fecha de Efectividad | | | 13/AGOSTO/92. | |
| 15. Acción y Duración | | | REINST. PLAZA | |
| 16. Causa del Cese | | | | |
| 17. Ultimo Día Trabajo | | | | |
| 18. Ultimo Día de Pago | | | | |
| 19. Programa Escolar | | | | |
| 20. Turno en Registro | | | | |
| 21. Distrito Escolar | LARES (040) | | | |

LICENCIA POR VACACIONES y/o ENFERMEDAD CONCEDIDA

22. Desde

23 Hasta

24. Observaciones (Antes del Cambio)

25 Observaciones (Después del Cambio)

26. _____   Fecha
Firma Empleado en caso de cambio de status probatorio,
traslado, resignación permanente o descenso.

27 Deseo:
☐ Acogerme   ☐ No acogerme

Al descuento del 3% de mi sueldo mensual para el Fondo
de Ahorro y Préstamo de la Asociación de Empleados del
ELA de P.R. en caso de cambio de status de transitorio ele-
gible a probatorio o a permanente.

_____   Fecha
Firma del Empleado

28. Recomendado

_____   _____
Superintendente de Escuelas   Fecha

_____   Fecha
Superintendente de Escuelas

APROBADO POR EL SECRETARIO DE INSTRUCCION PUBLICA

_____
FIRMA

_____
FECHA

días por vacaciones

_____ res en julio

Descontarle _____ días por
ausencias

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE INSTRUCCION PUBLICA
División de Personal - Hato Rey, Puerto Rico

## INFORME DE CAMBIO - PERSONAL DOCENTE

| ANTES DEL CAMBIO | | DESPUES DEL CAMBIO |
|---|---|---|
| 1 Nombre del Empleado | GONZALEZ NEGRON, BLANCA I. | |
| 2 Núm. Seg. Social | | |
| 3 Sexo | F | |
| 4 Estado Civil | CASADA | |
| 5 Prep. Académica | MAE | |
| 6 Experiencia | 9 | |
| 7 Status Empleado (Contrato) | PERMANENTE | PROBATORIO |
| 8 Sueldo Bruto | | $1,495. |
| 9 Núm. de la Plaza | M04758 | P-02212 |
| 10 Categoría de la Plaza | ELEMENTAL | DIRECTOR ELEMENTAL |
| 11 Clasificación Puestos Dir | | III |
| 12 Fondo | ESTATAL | |
| 13 Cifra Cuenta | 93-111--081-01-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-01-000040-0000 | |
| 14 Fecha de Efectividad | | 1 DE NOVIEMBRE DE 1993 |
| 15 Acción y Duración | REASIGNACION PERMANENTE | |
| 16 Causa del Cese | | |
| 17 Ultimo Día Trabajo | | |
| 18 Ultimo Día de Pago | | |
| 19 Programa Escolar | | |
| 20 Turno en Registro | | |
| 21 Distrito Escolar | LARES | |

### LICENCIA POR VACACIONES y/o ENFERMEDAD CONCEDIDA

22 Desde

23 Hasta

24 Observaciones (Antes del Cambio)

25 Observaciones (Después del Cambio)

SE INCLUYE COPIA CARTA NOMBRAMIENTO.

26 _____   Fecha
Firma Empleado en caso de cambio de contrato a pro-
batorio, traslado, reasignación permanente o descenso

27 Deseo:
☐ Acogerme        ☐ No acogerme

Al descuento del 3% de mi sueldo mensual para el
Fondo de Ahorro y Préstamo de la Asociación de Emplea-
dos del ELA de P.R. en caso de cambio de contrato de
sustituto a probatorio o de sustituto a permanente.

_____   _____
Firma del Empleado        Fecha

28 Recomendado

_____   _____
Superintendente de Escuelas    Fecha

29 Recomendado

_____   _____
                          1-11-93
Superintendente de Escuelas    Fecha

30 APROBADO: POR EL SECRETARIO DE INSTRUCCION PUBLICA

_____        _____
FIRMA                          FECHA

* Si el nombramiento es provisional el mismo constituye un CERTIFICADO PROVISIONAL por su duración

_____ días por vacaciones
_gulares en julio

Descontarle _____ días por
ausencias.

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE INSTRUCCION PUBLICA
División de Personal - Hato Rey, Puerto Rico

## INFORME DE CAMBIO - PERSONAL DOCENTE

| | ANTES DEL CAMBIO | DESPUES DEL CAMBIO |
|---|---|---|
| 1 Nombre del Empleado | GONZALEZ NEGRON, BLANCA I. | |
| 2 Núm. Seg. Social | | |
| 3 Sexo | F | |
| 4 Estado Civil | | |
| 5 Prep. Académica | MAE          (21) | |
| 6 Experiencia | 11-2-3-4 | |
| 7 Status Empleado (Contrato) | PROB.        (02) | PERM.        (01) |
| 8 Sueldo Bruto | $1,795. | |
| 9 Núm. de la Plaza | K-02212 | |
| 10 Categoría de la Plaza | DIR. ELEM.   (8536) | |
| 11 Clasificación Puestos Dir. | III | |
| 12 Fondo | ESTATAL | |
| 13 Cifra Cuenta | 96-111-081-03-415-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-01-0000040-0000 | |
| 14 Fecha de efectividad | | 1 DE NOVIEMBRE DE 1995 |
| 15 Acción y Duración | | CAMBIO DE STATUS |
| 16 Causa del Cese | | |
| 17 Ultimo Día Trabajo | | |
| 18 Ultimo Día de Pago | | |
| 19 Programa Escolar | | |
| 20 Turno en Registro | | |
| 21 Distrito Escolar | LARES        (040) | |

### LICENCIA POR VACACIONES y/o ENFERMEDAD CONCEDIDA

| 22 Desde | 23 Hasta |
|---|---|
| 24 Observaciones (Antes del Cambio) | 25 Observaciones (Después del Cambio) |

CONSIDERESE PARA CAMBIO DE STATUS SOLAMENTE

26 _____   Fecha
Firma Empleado en caso de cambio de contrato a pro-
batorio, traslado, reasignación permanente o descenso

27 Deseo:
☐ Acogerme          ☐ No acogerme

Al descuento del 3% de mi sueldo mensual para el
Fondo de Ahorro y Préstamo de la Asociación de Emplea-
dos del ELA de P.R. en caso de cambio de contrato de
sustituto a probatorio o de sustituto a permanente.

_____   Fecha
Firma del Empleado

28 Recomendado

29 Recomendado

_____   Fecha
Superintendente de Escuelas

_____   Fecha
Superintendente de Escuelas

30 APROBADO: POR EL SECRETARIO DEL DEPARTAMENTO DE EDUCACION

_____          _____   FECHA

* Si el nombramiento es provisional el mismo constituye un CERTIFICADO PROVISIONAL por su duración.

FORM. 409

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACION

DIVISION DE PERSONAL — HATO REY, PUERTO RICO

INFORME DE CAMBIO ESPECIAL — PERSONAL DOCENTE

| | ANTES DEL CAMBIO | DESPUES DEL CAMBIO |
|---|---|---|
| 1. NOMBRE DEL EMPLEADO | GONZALEZ NEGRON, BLANCA I | |
| 2. NUM. SEGURO SOCIAL | | |
| 3. PREP. ACADEMICA | 21 — MA | |
| 4. STATUS EMPLEADO | 01 — REGULAR | |
| 5. SUELDO BRUTO | $1,995.00 | $2,020.00 |
| 6. NUM. DE PUESTO | R02212 | |
| 7. CATEGORIA | 8536-DIR ESC ELEM. III | |
| 8. FONDO | 111 — ESTATAL | |
| 9. CIFRA DE CUENTA | 198-111-081-09-415-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-01-000040-0000 | |
| 10. FECHA EFECTIVIDAD | | 02 NOVIEMBRE 1998 |
| 11. ACCION Y DURACION | | AUMENTO SUELDO LEY 89 |
| 12. DISTRITO ESCOLAR | 1040 — LARES | |
| 13. ESCUELA | 11932 — S. U. AMERICA | |
| | | |
| 15. OBSERVACIONES | | |

RECIBIDO
1 2 ABR 2008
REGION EDUCATIVA
DE ARECIBO

14. APROBADO POR EL SECRETARIO DE EDUCACION
O SU REPRESENTANTE AUTORIZADO

_(signature)_

FIRMA                                    FECHA

SI EL NOMBRAMIENTO ES PROVISIONAL EL MISMO CONSTITUYE UN CERTIFICADO
PROVISIONAL POR SU DURACION

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACION
DIVISION DE PERSONAL - HATO REY, PUERTO RICO



INFORME DE CAMBIO - PERSONAL DOCENTE

CLAVE ALFA: GON

GONZALEZ NEGRON, BLANCA I
--------------------------------
NOMBRE                                    SEGURO SOCIAL

LARES                                     21 - MA
--------------------------------          --------------------
DISTRITO                                  PREPARACION

11932-S. U. AMERICA                       R02212
--------------------------------          --------------------
UBICACION/ESCUELA                         NUMERO DE PUESTO

REGULAR                                   ESTATAL
--------------------------------          --------------------
STATUS                                    FONDO

DIR. ESCUELA ELEMENTAL III                1 DE ENERO 2000
--------------------------------          --------------------
CATEGORIA - CLASE                         FECHA DE EFECTIVIDAD

81110-11100-0810000-1008-00100-2000-
--------------------------------------------------------
CIFRA DE CUENTA



$ 2,020.00                                $ 2,120.00
--------------------                      --------------------
ANTES DEL CAMBIO                          DESPUES DEL CAMBIO

OBSERVACIONES:

AUMENTO EN SUELDO CONFORME A LA LEY NUM. 158 DE 29 DE JULIO DE 1999.



APROBADO POR EL SECRETARIO DE EDUCACION.

--------------------------------
FIRMA

Form. 409 Re...

agarle _____ días por vacaciones
regulares en julio

Descontarle _____ días por
ausencias.

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE INSTRUCCION PUBLICA
División de Personal - Hato Rey, Puerto Rico

## INFORME DE CAMBIO - PERSONAL DOCENTE

ANTES DEL CAMBIO                                     DESPUES DEL CAMBIO

| | | |
|---|---|---|
| 1 Nombre del Empleado | GONZALEZ NEGRON, BLANCA I. | |
| 2 Núm. Seg. Social | | |
| 3 Sexo | | |
| 4 Estado Civil | | |
| 5 Prep. Académica | MA | 21 |
| 6 Experiencia | | |
| 7 Status Empleado (Contrato) | PERM. | 01 |
| 8 Sueldo Bruto | | |
| 9 Núm. de la Plaza | R 02212 | |
| 10 Categoría de la Plaza | DIR. ELEM. III | 0536 |
| 11 Clasificación Puestos Dir. | | |
| 12 Fondo | E | |
| 13 Cifra Cuenta | 98-111-081-09-415-001-1110-01-0000 | |
| 14 Fecha de efectividad | | 5 MAYO 1998 |
| 15 Acción y Duración | | COMPENSACION ESPECIAL |
| 16 Causa del Cese | | |
| 17 Ultimo Día Trabajo | | |
| 18 Ultimo Día de Pago | | |
| 19 Programa Escolar | | |
| 20 Turno en Registro | | |
| 21 Distrito Escolar | LARES | 040 |

### LICENCIA POR VACACIONES y/o ENFERMEDAD CONCEDIDA

22 Desde                                                23 Hasta

24 Observaciones (Antes del Cambio)                     25 Observaciones (Después del Cambio)

*COMP. ESP. $125. MENS.MIENTRAS OCUPE PUESTO ESC. COMUNIDAD S.U. AMERICA

26 _____    Fecha
Firma Empleado en caso de cambio de contrato a pro-
batorio, traslado, reasignación permanente o descenso

27 Deseo:
☐ Acogerme          ☐ No acogerme

Al descuento del 3% de mi sueldo mensual para el
Fondo de Ahorro y Préstamo de la Asociación de Emplea-
dos del ELA de P.R. en caso de cambio de contrato de
sustituto a probatorio o de sustituto a permanente.

_____    Fecha
Firma del Empleado

28 Recomendado                                          29 Recomendado

_____    Fecha          _____    Fecha
Superintendente de Escuelas        Fecha            Superintendente de Escuelas        Fecha

30 APROBADO: POR EL SECRETARIO DEL DEPARTAMENTO DE EDUCACION

_____                    _____
FIRMA                                               FECHA

* Si el nombramiento es provisional el mismo constituye un CERTIFICADO PROVISIONAL por su duración.

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACION
DIVISION DE PERSONAL - HATO REY, PUERTO RICO

INFORME DE CAMBIO - PERSONAL DOCENTE

CLAVE ALFA: GON

GONZALEZ NEGRON, BLANCA I.
--------------------------------
NOMBRE

SEGURO SOCIAL

040 - LARES

21 - MA
--------------------------------
DISTRITO

PREPARACION

11932 - S. U. AMERICA

16-02-03-4.0
--------------------------------
UBICACION/ESCUELA

ANTES          DESPUES
EXPERIENICA (A-M-S-D)

REGULAR (01)

R02212
--------------------------------
STATUS

NUMERO DE PUESTO

8536 - DIR ESC ELEM. III

CAMBIO DE EXPERIENCIA
--------------------------------
CATEGORIA - CLASE

ACCION Y DURACION

$ 2,120.00

ESTATAL (111)
--------------------------------
SUELDO

FONDO

1 DE JULIO DE 2000
--------------------------------
FECHA DE EFECTIVIDAD

61110-11100-0810000-1008-00100-2001-
--------------------------------
CIFRA DE CUENTA

--------------------------------

OBSERVACIONES:

APROBADO POR EL SECRETARIO DE EDUCACION
--------------------------------
FIRMA

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACION
DIVISION DE PERSONAL - HATO REY, PUERTO RICO

INFORME DE CAMBIO - PERSONAL DOCENTE

CLAVE ALFA: GON
---

GONZALEZ NEGRON, BLANCA I
--------------------------------------------
NOMBRE                                          SEGURO SOCIAL

040 - LARES                                     21 - MA
--------------------------------------------
DISTRITO                                        PREPARACION

11932 - S. U. AMERICA
--------------------------------------------
UBICACION/ESCUELA

REGULAR (01)                                    802212
--------------------------------------------
STATUS                                          NUMERO DE PUESTO

8936 - DIR ESC ELEM. III                        DIFERENCIAL EN SUELDO
--------------------------------------------
CATEGORIA - CLASE                               ACCION Y DURACION

ESTATAL (111)                                   1 DE AGOSTO DE 2000
--------------------------------------------
FONDO                                           FECHA DE EFECTIVIDAD

E1110-11100-0810000-1008-00100-2001-
--------------------------------------------
CIFRA DE CUENTA

$ 2,120.00                                      $ 2,370.00
--------------------------------------------
SUELDO ANTES DEL CAMBIO                         SUELDO DESPUES DEL CAMBIO

OBSERVACIONES:

    DIFERENCIAL EN SUELDO CON VISOS DE PERMANENCIA DE DOSCIENTOS
    CINCUENTA ($250.00) DOLARES MENSUALES INCLUIDOS COMO PARTE DEL
    SUELDO MENSUAL MIENTRA, OCUPE EL PUESTO DE DIRECTOR DE ESCUELA
    DE ACUERDO A LA COMUNICACION DEL DR. VICTOR FAJARDO DE 1 DE
    JULIO DE 2000. SE ELIMINA LA BONIFICACION DE $125.00 MENSUALES
    COMO DIRECTOR DE UNA ESCUELA DE LA COMUNIDAD.


APROBADO POR EL SECRETARIO DE EDUCACION.

                    Lynette Feling Otero
--------------------------------------------
                        FIRMA

SECRETARIA AUXILIAR DE RECURSOS HUMANOS

SISTEMA

INFORME DE CAMBIO — PERSONAL DOCENTE

NOMBRE: GONZALEZ NEGRON, BLANCA I
SEGURO SOCIAL:

|  | ANTES DEL CAMBIO | DESPUES DEL CAMBIO |
|---|---|---|
| PREPARACION ACADEMICA: | NA | : |
| STATUS | : PERMANENTE I-01 | : |
| SUELDO | : $2,370.00 | : $2,470.00 |
| CATEGORIA | : DIR. ESCUELA ELEMENTAL III -8536 | |
| FONDO | : ESTATAL | : |
| CIFRA DE CUENTA | : E1110-11100-0810000-1089-00100-2001- | |
| FECHA EFECTIVIDAD | : | : 01/ENERO/2001 |
| ACCION Y DURACION | : | : AUM. SUELDO LEY410 |
| DISTRITO | : LARES -040 | : |
| ESCUELA | : S. U. AMERICA -11932 | |

ENMIENDA LOS SIGUIENTES CAMBIOS:

| ACCION | :EFECTIVIDAD: | SUELDO | : | DISTRITO |
|---|---|---|---|---|
| | : | : ANTES | :DESPUES: | |
| | : | : | : | |
| | : | : | : | |
| | : | : | : | |
| | : | : | : | |
| | : | : | : | |

APROBADO: POR EL SECRETARIO DE EDUCACION O SU REPRESENTANTE

_____                    _____
            FIRMA                                       FECHA

DOCENTE-ADMINISTRATIVO/ESTATAL/DRECIBO/LARES
DIR. ESCUELA ELEMENTAL III

ESTADO LIBRE ASOCIADO DE PUERTO RICO
SECRETARIA AUXILIAR DE RECURSOS HUMANOS
INFORME DE CAMBIOS - PERSONAL DOCENTE

NOMBRE: GONZALEZ NEGRON, BLANCA I
SEGURO SOCIAL:

|  | ANTES DEL CAMBIO | DESPUES DEL CAMBIO |
|---|---|---|
| PREPARACION | : MA | : |
| EXPERIENCIA | : 17- 2- 3- 4 | : |
| STATUS | : PERMANENTE -01 | : |
| SUELDO BRUTO | $ $2,470.00 | : $2,345.00 |
| NUMERO DE PUESTO | : 002912 | : |
| CATEGORIA DEL PUESTO | : | : |
| NIVEL DE PUESTO DIA. | : | : |
| FONDO | : ESTATAL | : |
| CIFRA DE CUENTA | : 81110-11100-0810000-160A-00100-2002- | |
| FECHA EFECTIVIDAD | : | : 01/AGOSTO/2001 |
| ACCION | : | : AUMENTO EN SUELDO |
| ESCUELA | : S. U. AMERICA -11932 | |
| DISTRITO ESCOLAR | : LARES -040 | : |
| OBSERVACIONES | D. CONFORMIDAD CON LAS NORMAS ESPECIALES Y | |

PROVISIONALES DE RETRIBUCION PARA LA CLASE DE DIRECTOR
DE ESCUELA ESTABLECIDAS POR EL SECRETARIO DE EDUCACION
EL 20 DE NOVIEMBRE DE 2001, EN VIRTUD DE LA LEY NUM.
149 DE 15 DE JULIO DE 1999, SEGUN ENMIENDA.

APROBADO: POR EL SECRETARIO DE EDUCACION S.U. JESSICA TANTO

FECHA

13/11/2001

SI EL NOMBRAMIENTO ES CON ESTATUS TRANSITORIO, PROVISIONAL, EL MISMO
CONSTITUYE UN CERTIFICADO PROVISIONAL DE MAESTRO.

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACION
DIVISION DE PERSONAL - HATO REY, PUERTO RICO

INFORME DE CAMBIO - PERSONAL DOCENTE

CLAVE ALFA: GON

GONZALEZ NEGRON, BLANCA I
_____
NOMBRE                                          SEGURO SOCIAL

LARES -LAR                                      MA (21)
_____
DISTRITO                                        PREPARACION

ANGELITA DELGADO (S.U. AMERICA) 11932 -11        19-2-3-4-0
_____
UBICACION/ESCUELA                               ANTES        DESPUES
                                                EXPERIENCIA (A-M-S-0)

PERMANENTE -01                                  R02212
_____
STATUS                                          NUMERO DE PUESTO

ESCUELA ELEMENTAL III 8536 -8536                CAMBIO DE EXPERIENCIA
OTRA _____
CATEGORIA - CLASE                               ACCION Y DURACION

$ 2,945.00                                      11100
_____
SUELDO                                          FONDO

01/JULIO/2003
_____
FECHA DE EFECTIVIDAD

51110-11100-0810000-1008-00100-2004-
_____
CIFRA DE CUENTA

_____
OBSERVACIONES:

APROBADO POR EL SECRETARIO DE EDUCACION.

_____
FIRMA

DEPARTAMENTO DE EDUCACION
ESTADO LIBRE ASOCIADO DE PUERTO RICO
--------------------------------------
SECRETARIA AUXILIAR DE RECURSOS HUMANOS
INFORME DE CAMBIOS - PERSONAL DOCENTE

|  | : ANTES DEL CAMBIO | : DESPUES DEL CAMBIO |
|---|---|---|
| 1. NOMBRE DEL EMPLEADO | : GONZALEZ NEGRON, BLANCA I | |
| 2. SEGURO SOCIAL | : | : |
| 3. PREPARACION ACADEMICA | : MA | : |
| 4. SUELDO BRUTO | : $ 3,043.00 | : $ 3,135.00 |
| 5. NUMERO DE PUESTO | : R02212 | : |
| 6. CATEGORIA DE PUESTO | : DIR. ESCUELA ELEMENTAL III -3535 | |
| 7. FONDO | : ESTATAL | : |
| 8. CIFRA DE CUENTA | : E1110-11100-0810000-1908-00100-2005- | |
| 9. FECHA DE EFECTIVIDAD | : | : 01/OCTUBRE/2004 |
| 10. ACCION Y DURACION | : | : AUMENTO EN SUELDO |
| 11. ESCUELA | : ANGELITA DELGADO (S.U. AMERICA) -11932 | |
| 12. DISTRITO ESCOLAR | : LARES -060 | : |

13. OBSERVACIONES: AUMENTO SUELDO CONFORME A LA LEY NUM. 168 DEL 22 DE JULIO DEL 2004.

14. APROBADO: POR EL SECRETARIO O SU REPRESENTANTE

_____
FIRMA

_____
FECHA

ESTADO LIBRE ASOCIADO
DEPARTAMENTO DE EDUCACION
DIVISION DE PERSONAL - HATO REY, PUERTO RICO

INFORME DE CAMBIO - PERSONAL DOCENTE

CLAVE ALFA: GON

GONZALEZ NEGRON, BLANCA I
------------------------------------------
NOMBRE

LARES  -LAR
------------------------------------------
DISTRITO

ANGELITA DELGADO (S.U. AMERICA) 11932 -11
------------------------------------------
UBICACION/ESCUELA

PERMANENTE -01
------------------------------------------
STATUS

DIR. ESCUELA ELEMENTAL III 8536 -8536
------------------------------------------
CATEGORIA - CLASE

$ 3,195.00
------------------------------------------
SUELDO

01/JULIO/2004
------------------------------------------
FECHA DE EFECTIVIDAD

81110-11100-0810000-1000-00100-2005-
------------------------------------------
CIFRA DE CUENTA

------------------------------------------
SEGURO SOCIAL

MA (21)
------------------------------------------
PREPARACION

20-2-3-4.0
------------------------------------------
ANTES      DESPUES
EXPERIENCIA (A-M-S-D)

R02212
------------------------------------------
NUMERO DE PUESTO

CAMBIO DE EXPERIENCIA
------------------------------------------
ACCION Y DURACION

11100
------------------------------------------
FONDO

------------------------------------------------------------------------
OBSERVACIONES:

APROBADO POR EL SECRETARIO DE EDUCACION.

------------------------------------------
FIRMA

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACION
DIVISION DE PERSONAL - HATO REY, PUERTO RICO

INFORME DE CAMBIO - PERSONAL DOCENTE

CLAVE ALFA: GON

GONZALEZ NEGRON, BLANCA I

NOMBRE                                    SEGURO SOCIAL

LARES  -LAR                               MA (21)

DISTRITO                                  PREPARACION

ANGELITA DELGADO (S.U. AMERICA) 11933 -11

UBICACION/ESCUELA                         ANTES      DESPUES
                                          EXPERIENCIA (A-M-S-D)

PERMANENTE -01                            R02212

STATUS                                    NUMERO DE PUESTO

DIR. ESCUELA ELEMENTAL III 8536 -8536     CAMBIO DE EXPERIENCIA

CATEGORIA - CLASE                         ACCION Y DURACION

3,195.00                                  11100

SUELDO                                    FONDO

1/JULIO/2005

FECHA DE EFECTIVIDAD

1110-11100-0810000-1008-00100-2005-

CIFRA DE CUENTA

OBSERVACIONES:

APROBADO POR ... SECRETARIO DE EDUCACION.

FIRMA