Blanca I. González Negrón
P.O. Box 1181
Lares, Puerto Rico 00669-1181



7018 1130 0001 1948 0705



RETURN RECEIPT REQUESTED

FIRST CLASS

To:

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767