Pedro Rivera Morales
642 Americana blvd NE
Palm Bay, FL 32907

Asunto: Solicitud para retirar fondos de mi cuenta de Retiro

A quien corresponda:

Reciba un cordial saludo. Mi nombre es Pedro Rivera Morales con seguro social \*\*\*-\*\*-8855 y placa # 28462. Adjunto los documentos que demuestran que el sistema de Retiro de Puerto Rico me adeuda la cantidad de $22,400.55. Solicito respetuosamente que se me entregue el dinero que está en mi cuenta de retiro ya que mi caso cae en la ley anterior al 30 de junio de 2013 y adjunto documento que lo confirma. Cualquier pregunta en torno a este asunto no dude en comunicarse con el suscribiente al siguiente número (321)419-5331
Email: riverapedro75@yahoo.com

# de caso 17 BK 03566-LTS

*[Firma: Pedro Rivera Morales]*

642 Americana Blvd NE
Palm Bay, FL 32907