

**FROM:** Pedro Rivera
642 Americana Blvd NE
Palm Bay FL 32907

**TO:** Secretaria (Clerks Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767



DATE OF DELIVERY SPECIFIED*
USPS TRACKING™ INCLUDED*
INSURANCE INCLUDED*
PICKUP AVAILABLE
* Domestic only

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

9510 8265 3276 0067 2013 70

Label 228, March 2016   FOR DOMESTIC AND INTERNATIONAL USE




EP14F July 2013