4 de marzo de 2020

RECEIVED & FILED
2020 MAR 10 PM 4:41
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

**A QUIEN PUEDA INTERESAR:**

Adjunto los documentos solicitados para la reclamación de la Ley Promesa, se eliminaron los números de Seguro Social, los números de Cuenta de Banco y cualquier otra información personal no requerida.

Para que así conste que se realizaron las correcciones solicitadas. Para cualquier otra duda puede comunicarse con quien suscribe.

Norma I. Vargas González
(787)394-8373