**GOBIERNO DE PUERTO RICO**

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# CERTIFICACIÓN DE PENSIÓN

*[firma: Norma Vargas González]*

Certificamos que NORMA VARGAS GONZALEZ, disfruta beneficios de PENSION POR MERITO de este Sistema de Retiro. La misma fue efectiva el 01 de octubre de 2007. En la actualidad recibe una anualidad ascendente a $13,554.00 pagadera en mensualidades de $1,129.50.

Además, recibe un Bono de Medicamentos de $100.00 y un Aguinaldo de Navidad de $200.00.

Esta certificación se expide hoy 04 de marzo de 2020, en San Juan, Puerto Rico.

Certifico correcto,

Marlisa Marrero Negron
Gerente Auxiliar
División de Asuntos de Pensionados

Número de Certificación: ASR2020030447654238

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov


RETIRO
GOBIERNO DE PUERTO RICO

Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940   PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545   www.retiro.pr.gov



*Estado Libre Asociado de Puerto Rico*
ADMINISTRACION DE LOS SISTEMAS DE RETIRO
DE LOS EMPLEADOS DEL GOBIERNO Y LA JUDICATURA
PO BOX 42003 • SAN JUAN, PR 00940-2003

2 1 JAN 2003

SRA NORMA I VARGAS GONZALEZ — *Norma Iris Vargas González*
URB SIXTO NIETO  *Numero Tel. 787-394-8373*
5 BO POZO HONDO
AÑASCO PR 00610

**AGENCIA:  DEPTO REC Y DEPORTES**

Señora Vargas:

Nos referimos a su comunicación en la cual solicita información de este Sistema respecto a sus años de servicios.

Conforme a la evidencia en nuestro poder, al **15 de septiembre de 2002**, usted tiene acreditado en este Sistema **29.25 años** de servicios.

**Períodos cubiertos:**

Del 2 de enero de 1974 al 15 de septiembre de 2002

De no haber interrupciones en los servicios posteriores al 15 de septiembre de 2002, al 30 de septiembre de 2003 completará 30.00 años de servicios.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su agencia o municipio.

Cordialmente,

Antonio Rivera Rosario
Supervisor
Sección Estado de Cuenta


Nilda Rojas Rojas
Jefe
Area Serv a Participantes

/icr



GOBIERNO DE PUERTO RICO

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## CERTIFICACIÓN DE PENSIÓN

Certificamos que NORMA VARGAS GONZALEZ, disfruta beneficios de PENSION POR MERITO de este Sistema de Retiro. La misma fue efectiva el 01 de octubre de 2007. En la actualidad recibe una anualidad ascendente a $13,554.00 pagadera en mensualidades de $1,129.50.

Además, recibe un Bono de Medicamentos de $100.00 y un Aguinaldo de Navidad de $200.00.

Esta certificación se expide hoy 14 de febrero de 2020, en San Juan, Puerto Rico.

Certifico correcto,

Marlisa Marrero Negron
Gerente Auxiliar
División de Asuntos de Pensionados

Número de Certificación: ASR2020021447135466

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov



RETIRO
GOBIERNO DE PUERTO RICO

Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940   PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545   www.retiro.pr.gov