Thomas Noel Vargas Gonzales
Sector pista Nota #5
Bo Pozo Hondo
Carr. 109 - Km. 2 Hm. 2
Añasco, P.R. 00610

RECEIVED & FILED
2020 MAR 10  PM 4: 41
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Clerk's Office
United States District
Court # 150 Chardón
Avenue San Juan PR 00918

U.S. POSTAGE PAID
FCM LETTER
ANASCO, PR
00610
MAR 05, 20
AMOUNT
$0.55
R2305K131934-06

UNITED STATES
POSTAL SERVICE®
1000
00918

