## UNITED STATED DISTRIC COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO | Title III |
| | No. 17 BK 3283-LTS |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, ET AL. | This filing relates to the Commonwealth, HTA and ERS |
| Debtors | Núm. Evidencia 95563 |

## CENTÉSIMA DÉCIMA QUINTA OBJECIÓN GLOBAL

**A LA HONORABLE JUEZ:**

**COMPARECE:** Carmen D. Rivera Ruiz
**Urb. Jardines de Ponce**
Calle Paseo, Floresta A4
Ponce, PR 00730

Quien suscribe y muy respetuosamente **EXPONE Y SOLICITA:**

**1.** Tengo objeción a que se desestime mi reclamación porque hay una deuda existente a mi favor. Estoy reclamando la Ley 96 del 1ro de julio de 2002 la cual otorga un aumento de $100.00 mensuales; la Ley 89, efectiva a febrero 2002 que otorga un aumento de $60.00 mensuales y la Ley 164 del 22 de julio de 2003 que otorga un aumento de $100.00 mensuales a los empleado públicos.

**2.** Que durante la aplicación de las leyes antes mencionadas yo estaba activa como empleada del gobierno de Puerto Rico. Trabajé en el gobierno desde el año 1981 hasta el año 2012, no obstante no se me pagaron ni se hicieron los correspondientes ajustes de salarios dispuesto en las leyes.

3. Que la presente moción es enviada tardíamente, porque desconocía que había que responder a los documentos recibidos.

**POR TODO LO CUAL** respetuosamente se solicita de esta Honorable Tribunal el declarar por cumplida con la orden emitida y provea conforme lo solicitado.

RESPETUOSAMENTE SOMETIDA.

En San Juan, Puerto Rico hoy 28 de febrero de 2020.

*[firma]*

**Carmen D. Rivera Ruiz**
**Urb. Jardines de Ponce**
**Calle Paseo, Floresta A4**
Ponce, PR 00730
Tel./Fax: (787) 601-3971

**CERTIFICO** envío del presente documento a las siguientes direcciones:

Secretaría (Clerks Office)
Tribunal de Distrito de Estados Unidos
#150 Chardon Avenue
Federal Building
San Juan, PR 00918-1767

Abogado de la Junta de Supervisión
(Counsel for de Oversing Board)
Proskauer Ros LLP
Eleven Time Square
Nueva York, NY 10036-8299
A/A: Martin J. Bienenstock
Brian S. Rosen

Abogado del Comité de Acreedores
(Counsel for the Creditors Committee)
Paul Hastings LLP
200 Park Avenue
Nueva York, NY 10166
A/A: Luc A. Despins
James Bliss
G. Alexander Bongartz