Carmen D. Rivera Ruiz
Urb. Jardines de Ponce
Calle Paseo Floresta A4
Ponce PR 00730

U.S. POSTAGE PAID
FCM LG ENV
COTO LAUREL, PR
00780
MAR 09, 20
AMOUNT
$0.65
R2305K134134-05

Secretaria (Clerks Office)
Tribunal de Distrito de Estados Unidos
#150 Chardon Avenue
Federal Building
San Juan PR 00918-1767

RECEIVED & FILED
2020 MAR 10 PM 4:41
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR