7 de marzo de 2020

Sonia M. Torres Campusano
1244 Calle Manuel A. Barreto
Urb. San José
Mayagüez, P.R. 00682-1171

A quien pueda interesar;

Yo, Sonia M. Torres Campusano, jubilada del Departamento de educación de Puerto Rico, reclamo el monto de 8,000 aproximadamente de la Ley 96 de Sila María Calderón y el Romeroso con la Ley 89 con un monto de 17,400 aproximadamente. Solicito de ustedes investiguen las cantidades adeudadas según los años de servicios con el Departamento de educación ya que inicié a trabajar en el 1983 y me retiré el 29 de julio de 2014. Favor de revisar cualquier monto adeudado de acuerdo a los años brindados con el gobierno de Puerto Rico. Agradezco cualquier gestión a favor de resolver de forma positiva mis casos.

Cordialmente,
Sonia M. Torres Campusano
Sonia M. Torres Campusano