Sonia M. Torres Campos
1244 Manuel A. Barreto
Urb. San José
Mayagüez, P.R. 00682-1171




U.S. POSTAGE PAID
FCM LG ENV
CABO ROJO, PR
00623
FEB 15, 20
AMOUNT
**$7.60**
R2305K136523-11

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**

7019 2280 0001 9457 3682



Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

Sonia M. Torres Campusano
1244 Manuel A. Barreto
Urb. San José
Mayagüez, Puerto Rico, 00682-1171





U.S. POSTAGE PAID
FCM LG ENV
CABO ROJO, PR
00623
MAR 09, 20
AMOUNT
$8.00
R2305K136576-13

1000
00918

RETURN RECEIPT REQUESTED

RETURN RECEIPT REQUESTED

RETURN RECEIPT REQUESTED

Clerk Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

RECEIVED & FILED
2020 MAR 10 PM 4:50
CLERK'S OFFICE

CERTIFIED MAIL

7019 0140 0000 9727 3749

RETURN RECEIPT REQUESTED

RETURN RECEIPT REQUESTED