Numero de reclamacion 95163
Carmen D. Rivera Ruiz

RECEIVED & FILED
2020 MAR 10 PM 4:41

# INFORMATION REQUESTED TO PROCESS YOUR CLAIM

## Instructions

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. **Your answers should provide more information than the initial proof of claim.** For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate now on what specific laws you are purporting to rely on, the year the law at issue was passed, and how and why you believe this particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as a Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any and all documentation you believe supports your claim.

Please send the completed form and any supporting documents via **email** to PRClaimsInfo@primeclerk.com, or by **mail or hand delivery** to the following addresseses:

| First Class Mail | Hand Delivery |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

## Questionnaire

1. **What is the basis of your claim?**
   - ☒ A pending or closed legal action with or against the Puerto Rican government
   - ☐ Current or former employment with the Government of Puerto Rico
   - ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)

   _____

2. **What is the amount of your claim (how much money do you claim to be owed):** 60 mensuales
   Ley 89 Retribucion Uniforme vigente a febrero 82 $22,320 aprox

3. **Employment.** Does your claim relate to current or former employment with the Government of Puerto Rico?
   - ☐ No. *Please continue to Question 4.*
   - ☐ Yes. Answer Questions 3(a)-(d).

3(a). Identify the specific agency or department where you were or are employed:
Departamento de Salud

3(b). Identify the dates of your employment related to your claim:
_Ley 89 febrero 2002 Se otorgaron $60.00 mensual apron_

3(c). Last four digits of your social security number: _7712_

3(d). What is the nature of your employment claims (select all applicable):
- ☐ Pension
- ☒ Unpaid Wages
- ☐ Sick Days
- ☐ Union Grievance
- ☐ Vacation
- ☐ Other (Provide as much detail as possible. Attach additional pages if necessary).

_____

_____

4. **Legal Action.** Does your claim relate to a pending or closed legal action?
- ☐ No.
- ☐ Yes. Answer Questions 4(a)-(f).

4(a). Identify the department or agency that is a party to the action.
_Departamento de Salud_

4(b). Identify the name and address of the court or agency where the action is pending:
_Tribunal de Distrito de Estados Unidos para el Distrito de PR_

4(c). Case number: _17-03283_

4(d). Title, Caption, or Name of Case: _Ley Promesa del 12 julio 1979 efectiva_

4(e). Status of the case (pending, on appeal, or concluded): _Pendiente de Resolucion feb 82_

4(f). Do you have an unpaid judgment? Yes / **No** (Circle one)

If yes, what is the date and amount of the judgment? _____

2

Numero [illegible]
Carmen D Rivero Ruiz

# INFORMATION REQUESTED TO PROCESS YOUR CLAIM

## Instructions

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. **Your answers should provide more information than the initial proof of claim.** For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate now on what specific laws you are purporting to rely on, the year the law at issue was passed, and how and why you believe this particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as a Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any and all documentation you believe supports your claim.

Please send the completed form and any supporting documents via **email** to PRClaimsInfo@primeclerk.com, or by **mail or hand delivery** to the following addresseses:

| First Class Mail | Hand Delivery |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

## Questionnaire

1. What is the basis of your claim?

   ☑ A pending or closed legal action with or against the Puerto Rican government
   ☐ Current or former employment with the Government of Puerto Rico
   ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)

   _____

2. What is the amount of your claim (how much money do you claim to be owed):
   Ley 96 1 julio 2002 ($100.00 mensual) 13,200.00 aprox

3. **Employment.** Does your claim relate to current or former employment with the Government of Puerto Rico?
   ☐ No. *Please continue to Question 4.*
   ☑ Yes. Answer Questions 3(a)-(d).

3(a). Identify the specific agency or department where you were or are employed:
   Departamento de Salud

3(b). Identify the dates of your employment related to your claim:
Ley 96 1 julio 2002 e otorgaron $100.00 mensual

3(c). Last four digits of your social security number: 7712

3(d). What is the nature of your employment claims (select all applicable):

- ☐ Pension
- ☒ Unpaid Wages
- ☐ Sick Days
- ☐ Union Grievance
- ☐ Vacation
- ☐ Other (Provide as much detail as possible. Attach additional pages if necessary).

4. **Legal Action.** Does your claim relate to a pending or closed legal action?

- ☐ No.
- ☒ Yes. Answer Questions 4(a)-(f).

4(a). Identify the department or agency that is a party to the action.
Departamento de Salud

4(b). Identify the name and address of the court or agency where the action is pending:
Tribunal de Distrito de Estados Unidos para el distrito de P.R.

4(c). Case number: 17-03283

4(d). Title, Caption, or Name of Case: Ley 96  1 julio 2002

4(e). Status of the case (pending, on appeal, or concluded): Pendiente de Resolución

4(f). Do you have an unpaid judgment? Yes / **No** (Circle one)

If yes, what is the date and amount of the judgment? _____

2

Número de reclamaciones ?????
Carmen D. Rivera Ruiz

# INFORMATION REQUESTED TO PROCESS YOUR CLAIM

Instructions

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. **Your answers should provide more information than the initial proof of claim.** For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate now on what specific laws you are purporting to rely on, the year the law at issue was passed, and how and why you believe this particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as a Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any and all documentation you believe supports your claim.

Please send the completed form and any supporting documents via **email** to PRClaimsInfo@primeclerk.com, or by **mail or hand delivery** to the following addresseses:

| First Class Mail | Hand Delivery |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

Questionnaire

1. What is the basis of your claim?

    ☒ A pending or closed legal action with or against the Puerto Rican government

    ☐ Current or former employment with the Government of Puerto Rico

    ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)

    _____

2. What is the amount of your claim (how much money do you claim to be owed):
   Ley 164 (22 julio 2003) $13,200.00 aprox

3. **Employment.** Does your claim relate to current or former employment with the Government of Puerto Rico?

    ☐ No. *Please continue to Question 4.*

    ☒ Yes. **Answer Questions 3(a)-(d).**

3(a). Identify the specific agency or department where you were or are employed:
Departamento de Salud

3(b). Identify the dates of your employment related to your claim:
Ley 164 Julio 2003 se otorgaron $100.00 mensual

3(c). Last four digits of your social security number: 7712

3(d). What is the nature of your employment claims (select all applicable):
- ☐ Pension
- ☒ Unpaid Wages
- ☐ Sick Days
- ☐ Union Grievance
- ☐ Vacation
- ☐ Other (Provide as much detail as possible. Attach additional pages if necessary).

4. **Legal Action.** Does your claim relate to a pending or closed legal action?
- ☐ No.
- ☒ Yes. Answer Questions 4(a)-(f).

4(a). Identify the department or agency that is a party to the action.
Departamento de Salud

4(b). Identify the name and address of the court or agency where the action is pending:
Tribunal de Distrito de Estados Unidos para el Distrito de Puerto Rico

4(c). Case number: 17-03283

4(d). Title, Caption, or Name of Case: Ley Promesa caso Titulo 3

4(e). Status of the case (pending, on appeal, or concluded): Pendiente de resolución

4(f). Do you have an unpaid judgment? Yes / No (Circle one)
    If yes, what is the date and amount of the judgment? _____

2