Vicenta Paradizo Alomar
Bda. Bélgica #5213
Calle Caracas
Ponce, P.R. 00717-1758



Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767