Carmen Irene Cambrelén Martínez
Condominio River Park Apt. G 107
10 Calle Santa Cruz, Bayamón, Puerto Rico 00961
787-948-7684

RECEIVED & FILED
2020 MAR 10 PM 4: 45
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

29 de febrero de 2020

Saludos:

A quien pueda interesar:

Por éste medio y al cabo del recibo de su información respecto a una solicitud de investigación que les había sometido, sobre unas de un nóminas donde el Departamento de Educación me adeuda, y la cual se los hice a través de una quiebra donde, los documentos me fueron enviados, para ser sometidos y de ésta manera llenarlos, cuales procedí hacer en un lugar donde todos fuimos citados, para ser llenados y dejarlos en el lugar.

Al realizar la reclamación, recibí respuesta de la misma donde se me adeuda la cantidad de $5,000.00, las evidencias que se supone las tenga, no las tengo pues se dejaron todos los documentos originales, pues según ellos, no hacían falta el yo tener copias de los mismos ya que estaban seguros. Les hago la petición, de que sea trabajada a la mayor brevedad posible, la debida devolución de tal dinero por la cantidad indicada.

Esta reclamación lleva en el Departamento de Educación, en la Región de Bayamón desde hacen unos nueve o más años, los cuales, semanalmente yo, acudía semanalmente a dicha oficina donde se trabajaba las hojas del Krono y se cuadraba, cada vez que visitaba dicha oficina le preguntaba a la persona encargada referente a mis hojas del Krono la cual ella me indicaba que aún no las había trabajado, ya que tenía mucho trabajo que las tenía en esa caja señalándome el piso donde se encontraba la caja y mis hojas del Krono a trabajar...ya era tanta la molestia que le ocasionaba visitando la oficina, que ya ella me decía que no me podía atender, que fuera otro día. Día tras día visitaba la oficina y nada conseguía. Hasta la fecha de hoy en día nunca recibí notificación de ella ni del Departamento de Educación indicándome que fueron trabajadas,

que no se trabajaron, o que se perdieron, nunca me volvieron a informar al respecto.

Muchas gracias respecto a esta reclamación, esperando a la mayor brevedad posible, me sea contestada...

*[firma]*