TS Doc#:12230-2 Filed:03/10/20 Entered:03/11/20
Envelope Page 1 of 2

Woman Irene Cambrelew Martinez
Condomino River Park opt G-107
10 Calle Santurce 00961
Bayamón

SAN JUAN PR 009
09 MAR 2020 PM 1 L FOREVER USA
Barn Swallow

Secretaria Tribunal de Distrito de los Estados Unidos
#150 Chardon Avenue
Federal Building
San Juan Pto Rico 00918

RECEIVED & FILED
2020 MAR 10 PM 4:45
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00018&780 0018

FSC
MIX
Envelope
FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2016