25 de febrero de 2020

Secretaría
Tribunal de Distrito de los Estados Unidos
#150 Ave. Carlos Chardón
Federal Building
San Juan, Puerto Rico 00918-1767

Abogado de la Junta de Supervisión
Proskauer Rose LLP
Eleven Times Square
New York, New York 10036-8299
A/A: Martin J. Bienenstock
Brian S. Rosen

Abogado del Comité de Acreedores
Paul Hastings LLP
200 Park Avenue
New York, New York 10166
A/A: Luc A. Despins
James Bliss
James Worthington
G. Alexander Bongartz

(i) Datos de contacto.
Nombre: **Josian Olivero Filomeno**
Dirección: Urb. Parque Ecuestre Calle The Kid L-23 Carolina, PR 00987
Teléfono: 787-317-0384
Correo electrónico: jolivero2516@gmail.com

(ii) Epígrafe.
Nombre del Tribunal: United States District Court for The District of Puerto Rico
Nombre del deudor: Sistema de Retiro de Puerto Rico del Gobierno del Estado Libre Asociado de Puerto Rico
Número del procedimiento: **17 BK 3283-LTS**
Título de Objeción legal: One Hundred Twenty-Eight Omnibus Objection (Non-Substantive) of The Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of The Government of The Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services Provided

Número de reclamo: 288809, Sistema de Retiro de Empleados del Gobierno del Estado Libre Asociado de Puerto Rico

(iii) Motivo para oponerse a Objeción global.

Me opongo a la Objeción Global dado que el dinero aportado por mi parte al Sistema de Retiro por concepto de ahorro personal fue utilizado por parte del Gobierno de Puerto Rico lo que incumple el acuerdo con el Sistema de Retiro. Por lo tanto, solicito que se continúe con el reclamo sometido, dado que el Gobierno del Estado Libre Asociado de Puerto Rico me adeuda la cantidad de $30,431.16 por concepto de aportación al sistema de Retiro de Puerto Rico. En el estado de cuenta estimado de mis aportaciones al Sistema de Retiro provisto por esta agencia no se refleja el tiempo trabajado del periodo correspondiente entre el año 2004 al 2013, según esta reflejado en documento anejado el cual está debidamente ponchado.

Cabe señalar que debido a los sismos ocurridos en Puerto Rico varias agencias gubernamentales cesaron sus funciones como medida de seguridad, lo cual afecto la a la radicación de la información solicitada en la fecha límite. En adición luego de enviado me fuera solicitado, los mismos fueron enviados de vuelta por falta de firma en este documento.

Solicito muy respetuosamente a este Tribunal que este dinero sea devuelto.

(iv) Documentación justificativa.
Se anejan los siguientes documentos como evidencia:

- Copia del Exhibit A -Deficient, páginas 46 de 164
- Estado de Cuenta estimado de la Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura
- Certificación de Empleo del Departamento de la Familia
- Evidencia de Reclamación Copia de la Objeción global
- Información del caso de Prime Clerk
- Evidencia de Reclamación Formulario 410 Modificado
- Documento de Información Solicitada para Procesar su Reclamación

Josian Olivero Filomeno
Urb. Parque Ecuestre calle The Kid
Carolina, Puerto Rico 009787
787-317-0384
jolivero2516@gmail.com