JOSIAN OLIVERO FILOMENO
Urb. Parque Ecuestre
Calle The Kid L-23
Carolina PR 00987



Secretaría
Tribunal de Distrito de los Estados Unidos
#150 Ave. Carlos Chardón
Federal Building
San Juan PR 00918-1767

RECEIVED & FILED
2020 MAR 10 PM 4:42
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.