Rosa E. Schmidt      59-56

Ley 158 - 30 de junio de 1999. Carrera Magisterial - # de caso SJ 2019 CV 07914 - Pendiente de resolución al nov. 2019

Sometí el Plan de mejoramiento con los items que me corresponden de la ley: Artículo 2.09 de la Ley 158, me corresponde, el 25% del salario básico para el 1989. Concluí mi grado de maestría en Orientación y consejería escolar para el 1989. Desde 1990 hasta 1999, cumplí con 42 horas contacto en temas relacionados a mi profesión. (Educación continuada). Por lo que cumplo con los parámetros exigidos.

Cómputos

| Años | Sueldos | 25% aumento |
|---|---|---|
| 1990-92 | $1,475.00 | $368.75 |
| 1993-95 | $1,775.00 | $443.75 |
| 1995-96 | $1,875.00 | $467.50 |
| 1997-2001 | $1,947.04 | $5,841.00 |
| | | $21,201.00 Total adeudado |

Rosa E. Schmidt Santiago

Rosa E. Schmidt Santiago 10-59-56
Ley 89 del 12 de julio de 1979
Caso No. 17 BK 3283 LTS
Ley Promesa

La Ley 89 conocida como El Romerazo, concedía un aumento salarial a los maestros de $100.00 mensuales. Este aumento nunca se pagó. De acuerdo con mis cálculos, el período comprende 22 años. Esto representa $26,400.00 adeudados. O sea, desde 1980-81 hasta 2001-2002.

Cantidad adeudada $26,400.00

Esta nueva hoja, enviada, corrige la anterior enviada, se calculó por 18 años en lugar de 22, como debe ser.

Rosa E. Schmidt Santiago
Rosa E. Schmidt Santiago

Rosa I. Schmidt Sanchez 10-289-56

Ley 180 - Cost Living del 27 de julio de 1998

$1,460.28 - salario por pensión vitalicia

La Ley 180 establece un aumento al salario al 3% mensual, cada 3 años por el aumento en el costo de vida.

Cómputos 2º

① $1,460.28
　　x .03
　$43.81

　$1,460.28
　　43.81
　$1,504.09

② $1,504.09
　　x .03
　$45.12

　$1,504.09
　　45.12
　$1,549.21

③ $1,549.21
　　x .03
　$46.48

　$1,549.21
　　46.48
　$1,595.69

④ $1,595.69
　　x .03
　$47.87

　$1,595.69
　　47.87
　$1,643.56

⑤ $1,643.56
    x .03
    $49.31

$1,643.56
   49.31
$1,692.87

⑥ $1,692.87
    x .03
    $50.79

$1,692.87
   50.79
$1,743.66

| Años | Aumento 3% cada 3 años 36 meses | Deuda |
|---|---|---|
| 2001-2004 | $43.81 x 36 | =$1,577.16 |
| 2004-2007 | 45.12 x 36 | = 1,624.32 |
| 2007-2010 | 46.48 x 36 | 1,673.28 |
| 2010-2013 | 47.87 x 36 | 1,723.32 |
| 2013-2016 | 49.31 x 36 | 1,775.16 |
| 2016-2019 | 50.79 x 36 | 1,828.14 |

Total adeudado $10,201.68

Rosa E. Schmidt Santiago

Ley 96 - numero de caso - 2013-04-1542

Nombre solicitante - Rosa E. Schmidt - 105956

Ley 96 de 1 de julio de 2002.

En el Artículo 1 dice:

(a) Cien dólares de aumento mensuales a los empleados públicos que al 30 de junio de 2002 estén en servicio activo, sin distinción de estatus ni categoría. Cuando en un puesto se presten servicios a jornada parcial, propocional a la jornada de trabajo. Aquellos empleados vinculados al servicio que no estén en servicio activo al 1ero. de julio de 2002, tendrán derecho a recibir el aumento efectivo a la fecha en que se reintegren al servicio.

Anejos incluidos:

Fecha de comienzo en empleo - Enero 1971 (Ver anejo) -

Fecha de retiro - julio 2001

Cómputos

Continuación →

① Deuda de 18 años de 2001 al 2019

② $100.00 - Aumento mensual
× 12 - meses del año
$1200.00 - Deuda anual
   18 - Años de retiro
$21,600.00 - Deuda

Rosa E. Schmidt Santiago

Modelo SC-1515 (JRM)
14-mayo-71
Manual de Contabilidad

ESTADO LIBRE ASOCIADO DE PUERTO RICO
**JUNTA DE RETIRO PARA MAESTROS**

## INFORME RENTA ANUAL VITALICIA

1028

| Nombre | Núm. Reclamación | Sexo |
|---|---|---|
| Rosa E. Schmidt Santiago | 35575 | F |

**Tipo de Renta:**
a- Años de Servicio y Edad
   Opcional ( )
   Obligatorio ( )
b- Edad ( )
c- Incapacidad
   Ocupacional ( )
   No Ocupacional ( )
d- Diferida ( )

**Fecha de Nacimiento**
Año ___ Mes ___ Día ___

**Fecha de Retiro**
2001 julio 27
Año Mes Día

| Edad al Retirarse | | | Servicios Acreditados | | | | Costo Anualidad | Fecha de Efectividad | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 53 | 7 | 5 | 28 | 4 | 1 | 3½ | $ 35,765.31 | 2001 | julio | 28 |
| Años | Meses | Días | Años | Meses | Sem. | Días | | Año | Mes | Día |

**Retiro Ley Núm.** 44 de 2000

---

**Cómputo de la Renta Anual:**

a- Sueldo promedio mensual más alto durante cinco años consecutivos a $ 1,947.04    993.96

X  018%    X  28 años, 4 meses, 1 semana y 3 días
  (Por ciento)         (Tiempo Acreditado)

menos ajuste
5%
49.69

* En caso de renta anual diferida, ésta comenzará al cumplir la edad de _____    944.27

( ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años de edad.

( ) o a opción en fecha posterior si al retirarse tiene 10 y menos de años de servicios y menos de 60 años de edad.

b- Ajuste para llegar al Mínimo Establecido por Ley 44

| Años de Servicio | Edad | Incapacidad Física | Diferido | |
|---|---|---|---|---|
| $ 516.01 | _____ | $ _____ | $ _____ | 516.01 |

| Diferencia Mínimo o Renta Sistema Retiro | |
|---|---|
| **Renta Mensual Vitalicia** | 1,460.28 |
| **Renta Anual Vitalicia** | 17,523.36 |

**Computado:** Celia Rodríguez Rivera    17/Dic/2001 Fecha
**Cotejado:** Ana H. Pérez    17/dic/2001 Fecha
**Recomendado:** Gloria E. Navas Pérez    4/1/02 Fecha
Directora Area Servicios de Retiro
**Aprobado:** Irma A. Giménez López    8/1/02 Fecha
Secretaria Ejecutiva



# Universidad Católica de Puerto Rico

### Estudios Graduados en Educación

Reconocimiento a

__ROSA E. SCHMIDT SANTIAGO__

por su excelencia académica
en los Estudios Graduados en Educación
dado en Ponce a los __8__ días de __diciembre__ de 19__89__

_____  _____
Director                                      Decano

*Número de Evidencia de Reclamación*: 105950
*Reclamante*: **Schmidt Santiago, Rosa E.**

# INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

**Instrucciones**

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial**. A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación.

Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| **Por Correo** | **Entrega en Mano o Service de Correo Postal de 24 Horas** |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

**Cuestionario**

1. **¿Cuál es el fundamento de su reclamación?**

    ☒ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

    ☐ Empleo actual o anterior en el gobierno de Puerto Rico

    ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.) Ley 89- El Bomerazo - Ley 96- Quinquenio Impago- De las Leyes 180- Cost Living- Ley 158- Carrera magisteria

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):** Monto total por todas las leyes reclamadas: $74,602.68

**Batch 2**


99012340033 7044

**How much is the claim?** $ _Indeterminado_. **Does this amount include interest or other charges?**
**¿Cuál es el importe de la reclamación?**
La agencia no proveyó información al respecto.

Este importe incluye intereses u otros cargos?
☐ No / No
☒ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).
Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A).

**9. What is the basis of the claim?**

**¿Cuál es el fundamento de la reclamación?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

1) Ley 89 - deuda del Romero 2 o 3) Ley 154 - 22 julio 2003
2) Ley 96 - 1 julio 2002    4) Quinquenio laboral de Sila Calderon
5) Cost Living 3% Ley 180

**10. Is all or part of the claim secured?**

**¿La reclamación está garantizada de manera total o parcial?**

☒ No / No
☐ Yes. The claim is secured by a lien on property.
   Sí. La reclamación está garantizada por un derecho de retención sobre un bien.

**Nature of property / Naturaleza del bien:**
☐ Motor vehicle / Vehículos

☐ Other. Describe:
   Otro. Describir: _____

**Basis for perfection / Fundamento de la realización de pasos adicionales:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.

**Value of property / Valor del bien:** $ _____

**Amount of the claim that is secured /**
**Importe de la reclamación que está garantizado:** $ _____

**Amount of the claim that is unsecured /**
**Importe de la reclamación que no está garantizado:** $ _____
(The sum of the secured and unsecured amounts should match the amount in line 7.)
(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

**Amount necessary to cure any default as of the Petition Date /**
**Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso :** $ _____

**Annual Interest Rate** (on the Petition Date)
**Tasa de interés anual** (cuando se presentó el caso) _____ %
☐ Fixed / Fija
☐ Variable / Variable

**11. Is this claim based on a lease?**

**¿Esta reclamación está basada en un arrendamiento?**

☒ No / No

☐ Yes. Amount necessary to cure any default as of the Petition Date.
   Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso $ _____

Modified Official Form 410         Proof of Claim         page 3

| | |
|---|---|
| 12. Is this claim subject to a right of setoff?<br><br>¿La reclamación está sujeta a un derecho de compensación? | ☐ No / No<br>☒ Yes. Identify the property /<br>Sí. Identifique el bien: _____ |
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☒ No / No<br>☐ Yes. Indicate the amount of your claim arising from the value of any goods received  $ _____<br>by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |

**Part 3 / Parte 3:** Sign Below / Firmar a continuación

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☒ I am the creditor. / Soy el acreedor.
☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el _____ (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma  *Rosa E. Schmidt Santiago*

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name: Rosa / E. / Schmidt
First name / Primer nombre | Middle name / Segundo nombre | Last name / Apellido

Title / Cargo: Orientadora retirada del Dept. de Educación

Company / Compañía _____
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección _____
Number / Número | Street / Calle

_____
City / Ciudad | State / Estado | ZIP Code / Código postal

Contact phone / Teléfono de contacto _____ Email / Correo electrónico _____

Modified Official Form 410   Proof of Claim   page 4

Rosa E. Schmidt
Calle Bencevil #6
Villalba, P.R.
00766

CERTIFIED MAIL
7018 2290 0000 2774 3518

U.S. POSTAGE PAID
FCM LG ENV
VILLALBA, PR
00766
MAR 05, 20
AMOUNT
$7.80
R2305H127764-06

RECEIVED
'20 MAR 10 PM 6:13
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaria (Clerk office)
Tribunal de Distrito de los E.U.
Room 150 Federal Building
San Juan P.R. 00918-1967

RETURN RECEIPT
REQUESTED