RECEIVED & FILED

2020 MAR 10  PM 4: 45

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

6 de marzo de 2020

**Secretaria (Clerk Office)**
**Tribunal de Distrito de Estados Unidos**
**Room 150 Federal Building**
**San Juan, PR 00918-1767**

**RE: CASO 17 BK 03283 – LTS (Claim 115314, Claim 121161, Claim 102906, Claim 127736)**

Yo Ana Rosa Colon Sierra, empleada retira del Departamento de Educación de PR con dirección postal HC 3 Box 17347 Aguas Buenas, PR 00703-8321 y número de teléfono de contacto 1-787 605-9885, certifico que trabajé durante 30 años (agosto 1970 a mayo 2000)para el Gobierno de Puerto Rico, Departamento de Educación.

En respuesta a su denegación y rechazo de los casos antes mencionados, estoy escribiendo esta carta para indicarles que no estoy de acuerdo con la determinación y **que deseo que continúen con los casos de reclamación de impago** de los años correspondientes a Ley 89, Ley 96 y Ley 164.

Estoy solicitando el máximo de compensación a la que tengo derecho conforme a los años de servicio, sueldos devengados y lo que se estipula en cada ley (Ley 89, Ley 96 y Ley 164).

De necesitar información adicional o alguna documentación que sustente este reclamo, favor de comunicarse conmigo al teléfono de contacto 1-800-605-9885 o dejar mensaje 1-787-299-7991.

Cordialmente,

Ana R. Colon Sierra