Ana P. Colón Sierra
HC3 Box 17346
Aguas Buenas, P.R. 00703

RECEIVED & FILED
2020 MAR 10  PM 4:45
U.S. BANKRUPTCY COURT
SAN JUAN, P.R.

SAN JUAN PR 009
07 MAR 2020 PM 11

To: Secretaria (Clerk Office)
Tribunal de Distrito Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767

FOREVER USA

