RECEIVED & FILED
2020 MAR 10 PM 4:44

La presente es para notificarles que hemos recibido los documento con relación de promesa título 3

Por lo cual lo estamos Redactando y hacerle llegar las propia ya que estamos dándole seguimiento a la reclamación

Por razones ajenas a mi Voluntad no había recibido toda la documentación apropiada por razones de mi dirección

La cual es la siguiente
Miguel A. García Cruz  110432
161 paseo Flamboyan Juana Díaz
P.R. 00795

Queda de Usted

Miguel A. García Cruz