Miguel A. García Cruz
Urb. Estancias del Guayabal
1101 Paseo Flamboyán
Juana Díaz, P.R. 00795

RECEIVED & FILED
2020 MAR 10 PM 4:44
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaría
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan Puerto Rico 00918-1767

00918$9999