Radicación de Réplica – 3 de marzo de 2020

Secretaria

Tribunal de Distrito de Estados Unidos

Room 150 Federal Building

San Juan,  Puerto Rico 00918-1767


Re

Reclamar objeción global establecida por el Tribunal

El 12 de diciembre de 2019

Número caso: 17BK3283LTS

Número de reclamación: 100689

Número de SS:

Fecha de presentación 6/28/2018

Deudor:  Common Wealth of Puerto Rico

Monto de reclamación: 10,000



Secretaria del Tribunal

    Saludos

        En relación con mi reclamo el tribunal no debe declarar a lugar a la objeción global de Derechos y Hechos a la cual yo me opongo a dicha objeción legal de ley Laboral 19 Sila Calderón 2000-2005.

        Las evidencias y mis reclamos, derechos adquiridos a la ley Promesa demandadas a los acreedores no pude sustentarlos en el momento requerido. Esto fue debido a problemas de salud.  La situación por la cual se esta pasando en Puerto Rico, crisis por sismos.  A raíz de estos me he visto afectada emocionalmente.


Información personal:

        Comencé a trabajar como maestra de inglés elemental en los años 1976-2000 y de 2000-2006 como orientadora escolar y me retire en 2007 como maestro de inglés nuevamente.

Espero esta información sirva al Comité de acreedores y la Junta de Supervición a que tengo derecho por ley al monto de la reclamación que radiqué en junio 2018 por titulo III Ley Promesa

Ley Sila Calderón – Ley Laboral 9 2000-2005

Reclamación # 100689

Respetuosamente,

Carmen M.  Martínez Gutuiérrez

Email-  cmargarita24@yahoo.com