Radicación de Réplica – 3 de marzo de 2020

Secretaria

Tribunal de Distrito de Estados Unidos

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767

RECEIVED & FILED
2020 MAR 10 PM 4: 48
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Re

Reclamar objeción global establecida por el Tribunal

El 12 de diciembre de 2019

Número caso: 17BK3283LTS

Número de reclamación: 75218

Número de SS:        -6501

Fecha de presentación 6/28/2018

Deudor: Common Wealth of Puerto Rico

Monto de reclamación: 10,000

Secretaria del Tribunal

    Saludos

    En relación con mi reclamo el tribunal no debe declarar a lugar a la objeción global de Derechos y Hechos a la cual yo me opongo a dicha objeción legal de ley #89 Romerazo, efectiva julio de 1996

    Las evidencias y mis reclamos, derechos adquiridos a la ley Promesa demandadas a los acreedores no pude sustentarlos en el momento requerido. Esto fue debido a problemas de salud. La situación por la cual se esta pasando en Puerto Rico, crisis por sismos. A raíz de estos me he visto afectada emocionalmente.

Información personal:

    Comencé a trabajar como maestra de inglés elemental en los años 1976-2000 y de 2000-2006 como orientadora escolar y me retire en 2007 como maestro de inglés nuevamente.

Espero esta información sirva al Comité de acreedores y la Junta de Supervición a que tengo derecho por ley al monto de la reclamación que radiqué en junio 2018 por titulo III Ley Promesa

Ley #89 Romerazo, efevtiva julio de 1996

Reclamación # 75218

Respetuosamente,

*Carmen M. Martínez Gutiérrez*

Carmen M. Martínez Gutuiérrez

Email- cmargarita24@yahoo.com