# DEPARTAMENTO DE EDUCACIÓN

## GOBIERNO DE PUERTO RICO

### SECRETARÍA AUXILIAR RECURSOS HUMANOS

*10 de noviembre de 1998*

*C E R T I F I C A C I O N*

Certifico que  CARMEN MARTINEZ GUTIERREZ (          01), posee los siguientes certificados:

1. MAESTRA DE ESCUELA ELEMENTAL, regular número 1439 expedido el 2 de julio de 1994 hasta el 2 de julio de 2000.

2. MAESTRA DE INGLES SECUNDARIO, regular número 1440 expedido el 2 de julio de 1994 hasta el 1 de junio de 2000.

3. MAESTRA DE INGLES ELEMENTAL, vitalicio número 993 expedido el 18 de abril de 1990.

DALIA M. LANDRON DE PEREZ
Directora
División de Certificaciones Docentes



"FORMANDO LA GENERACIÓN DEL FUTURO"

NUESTROS NIÑOS
Primero

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 • TEL.: (787) 759-2000, EXTS.: 2164, 2165, 4165 • FAX: (787) 765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

9 Rev.: 99

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**DEPARTAMENTO DE EDUCACIÓN**
Secretaría Auxiliar de Recursos Humanos

## Informe de Cambio - Personal Docente

Pagarle _____ días por vacaciones regulares en julio

Descontarle _____ días por ausencias

| | ANTES DEL CAMBIO | DESPUÉS DEL CAMBIO |
|---|---|---|
| 1. Nombre del Empleado | CARMEN M. MARTINEZ GUTIERRE | |
| 2. Número de Seguro Social | -6501 | |
| 3. Lugar y Fecha de Nacimiento | CAYEY-24/MAYO/1954 | |
| 4. Sexo | F | |
| 5. Estado Civil | C | |
| 6. Preparación Académica | M.A. | |
| 7. Experiencia | 30 AÑOS | |
| 8. Status del Empleado (Contrato) | PERMANENTE | PERMENENTE |
| 9. Sueldo Bruto | | |
| 10. Número del Puesto | R52659 | R15019 |
| 11. Categoría del Puesto | CONSEJERO ESCOLAR | INGLES ELEMENTAL |
| 12. Nivel del Puesto (Directivo) | | |
| 13. Fondo | ESTATAL | ESTTAL |
| 14. Cifra de Cuenta | | |
| 15. Fecha de Efectividad | | 1 DE AGOSTO DE 2006 |
| 16. Acción y Duración | | REASIGNACION PERMANENTE |
| 17. Causa del Cese | | |
| 18. Último Día de Trabajo | | |
| 19. Último Día de Pago | | |
| 20. Programa Escolar, Nivel y Grado | CONSEJERO ESCOLAR | INGLES ELEMENTAL |
| 21. Turno en Registro | | |
| 22. Distrito Escolar | CAYEY | CAYEY |
| 23. Escuela | LUIS MUÑOS RIVERA | VIRGINIA VAZQUEZ MENDOZA |
| 24. Dirección Postal y Residencial<br>21628 SECTOR APONTE<br>CAYEY, P.R. 00736 | | 25. Teléfono Residencial<br>738-1341 |

26. Observaciones:
SE REASIGNA HA INGLES ELEMENTAL DEBIDO A QUE POSEE UN CERTIFICADO ALTERNO EN ORIENTACION ESCOLAR Y POR ORDEN DE NIVEL CENTRA SE REASIGNA.

27. En caso de cambio de status a probatorio o permanente, traslado, reasignación permanente o descenso.

Firma del empleado      25-5-06 Fecha

28. Recomendado

Director de Escuela      Fecha

29. Deseo: _____ Acogerme _____ No Acogerme
Al descuento del 3% de mi sueldo mensual para el Fondo de Ahorro y Préstamo de la Asociación de Empleados del ELA de Puerto Rico en caso de cambio de contrato a probatorio o permanente.

Firma del empleado      Fecha

30. Recomendado

Director de Escuela      Fecha

31. Aprobado por: El Secretario de Educación o su Representante.

Firma      Fecha

Si el nombramiento es con status transitorio provisional el mismo constituye un **CERTIFICADO PROVISIONAL DE MAESTRO**.



# GOBIERNO DE PUERTO RICO
Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Carmen M. Martínez Gutiérrez**, con número de seguro que termina en 6501.

| | |
|---|---|
| Fecha de Elegibilidad de la Pensión | 20 de febrero de 2007 |
| Tiempo Cotizado para la Pensión | 30 años, 1 semana 4 días, |
| Fecha de Efectividad de la Renuncia | 5 de marzo de 2007 |
| Fecha de Efectividad de la Pensión | 6 de marzo de 2007 |
| Pensión Mensual Actual | |

Esta certificación se expide hoy, 20 de febrero de 2020 en San Juan, Puerto Rico.

*Cynthia Sanjurjo Santos*
Supervisora
Centro de Contacto

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879



Sistema de Retiro para Maestros
Gobierno de Puerto Rico

787.777.1414   787.764.6910   www.srm.pr.gov

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Martinez Gutierrez, Carmen Margarita | 75218 | 6/20/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Martinez Gutierrez, Carmen Margarita | 75218 | 6/20/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

000307