Carmen M. Martinez
21628 Sector Aponte Bo. Guavate
Cayey, P.R. 00736-9411

 

U.S. POSTAGE PAID
FCM LG ENV
CAYEY, PR
00736
MAR 05, 20
AMOUNT
**$7.80**
R2305K136535-02

1000      00918



7019 1120 0001 0291 2871

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

7019 1120 0001 0291 2871

RECEIVED & FILED
2020 MAR 10  PM 4:48
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.



Secretaria Tribunal de
Distrito de Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico
00918-1767