20 de febrero de 2020

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, (Puerto Rico) 00918-1767



Señores:

Reciban un cordial saludo.

Por este medio estoy notificando una réplica de mi caso. La misma no la había sometido anteriormente, ya que no poseo abogados y por la situación que está enfrentando nuestra isla a raíz de los movimientos sísmicos (terremotos), se me había imposibilitado radicar la misma. Espero entiendan mi situación y acepten la misma. A continuación mis datos.

(i) **Datos de Contacto:**

Marylin Santiago Rivera
P.O. Box 1323
Vega Baja, P.R, 00694
(787) 453-4660
marylin.santiago.49@icloud.com
Número de Caso: 17 BK 3283-LTS
Número de Reclamación: 290

(ii) **Epígrafe:**

Tribunal de Distrito de los Estado Unidos para el Distrito de Puerto Rico
En el asunto de:
JUNTA DE SUPERVISION Y ADMINISTRACION
FINANCIERA PARA PUERTO RICO,

como representante de

ESTADO LIBRE ASOCIADO DE PUERTO RICO Y otros,

Deudores.

PROMESA,
Título, III

Núm. 17 BK 3283 –LTS

(Administrada Conjuntamente)
**La presente radicación guarda relación con el
ELA, la ACT y el SRE.**

Segunda Página
20 de febrero de 2020
Réplica

(iii) Continuación Epígrafe:

NOTIFICACION DE LA CENTESIMA SEPTIMA OBJECION GLOBAL, (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACION DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE LAS REIVINDICACIONES SALARIALES, LABORALES O SERVICIOS PRESTADOS

(iv) Motivos para oponerse a la Objeción Global

La objeción para oponerme a la Objeción Global es que trabajé para el Departamento de Educación del ELA e hice aportaciones al Sistema de Retiro del Gobierno del Estado Libre Asociado de Puerto Rico, actualmente tengo una reclamación en el mismo por incapacidad. El remanente para totalizar los $100,000.00, corresponde al retroactivo que en su día se adjudique en el caso 2017-0005 ante la Junta de la Administración de Sistema Retiro de los Empleados del Gobierno de Puerto Rico.

(v) Documentación justificativa

Adjunto evidencia de reclamo: Estado de Cuenta Estimado de la Administración de los Sistemas de Retiro De los Empleados del Gobierno del Puerto Rico y Judicatura

Gracias anticipadas. Sin nada más.

Muy respetuosamente,

Marylin Santiago Rivera

Adjunto: Estado de Cuenta Estimado de la Administración de Retiros de los Empleados de Gobierno y la Judicatura Del ELA

CC: Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos

Abogado del Comité de Acreedores (Counsel for the Creditors' Committee)