

GOBIERNO DE PUERTO RICO

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

24 de enero de 2020

### Agencia: 171 - DEPARTAMENTO EDUCACION (NO DOCENTE)

MARYLIN SANTIAGO RIVERA                                    Seguro Social: XXX-XX-8589
PO BOX 1323

VEGA BAJA, PR 00694

A base de la información en nuestros registros,  al 24 de enero de 2020 usted posee:

Fecha de Nacimiento:                                       Género: Femenino
Fecha de Ingreso al Servicio Público: 17 de junio de 2000
Fecha de Comienzo de Cotización: 17 de junio de 2000

| Ley R2000 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | | Ley 106 | |
|---|---|---|---|---|---|
| Años Acreditados: | 23.08 | Tiempo Trabajado: | 0 | Tiempo Trabajado: | 0 |
| | | Aportaciones: | 0.00 | Aportaciones: | 0.00 |
| | | Intereses: | 0.00 | Intereses: | 0.00 |
| | | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| **Servicio No Cotizado** | | **Transferido Ley R2000** | | | |
| Pagado: | 0.00 | Aportaciones: | 15,840.50 | | |
| Tiempo: | 0.00 | Intereses: | 1,625.88 | | |
| Balance Acumulado: | 0.00 | Total Aportaciones: | 17,466.38 | Total Aportaciones: | 0.00 |
| Beneficio: | 0.00 | Beneficio: | 0.00 | Beneficio: | 0.00 |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes

