Marylin Santiago Rivera
P.O. Box 1323
Vega Baja, P.R. 00694

CERTIFIED MAIL

7018 2290 0000 3474 2085

CLERK'S OFFICE
DISTRICT COURT
RECEIVED MAR 10 PM 4: 44

Secretaria (Clerk's Office)
Tribunal de Distrito de los
Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

U.S. POSTAGE PAID
FCM LETTER
MOROVIS, PR
00687
MAR 05, 20
AMOUNT
$7.10
R2305K134383-07

UNITED STATES POSTAL SERVICE
1000
00918