Date: February 15, 2020

Name: Awilda Arroyo Ocasio
Address: HC 2 Box 6334
Utuado, Puerto Rico 00641-9515

Email: aao_awilda@hotmail.com

Secretariat (Clerks Office)
United States District Court
Room 150 Federal building
San Juan, Puerto Rico 00918-1767

Title III Promese
Debtor- Commonwealth Of Puerto Rico
The Financial Oversight And Management Board For Puerto Rico,
As Representative Of The Commonwealth Of Puerto Rico, ET.AL

PROCEDURE NUMBER- 17-BK 3283 - LTS
PROCEDURE NUMBER- 17- BK 3567
PROCEDURE NUMBER- 17- BK 3566
CLAIM NUMBER- 13092

Notification- This filing is related to the ELA, the ACT and the BE.

The claim identified:
Notification of the Fifty-Fifth Sixth Global Objection (not substantive) of the ASSOCIATED FREE STATE OF PUERTO RICO, of the AUTHORITY OF ROADS AND TRANSPORTATION of PUERTO RICO and of the SYSTEM OF WITHDRAWAL OF EMPLOYEES OF GOVERNMENT OF THE ASSOCIATED FREE STATE OF PUERTO RICO to various claims poor.

The following Uniform Compensation Regulations that did not do me justice since (July 19, 1993) worked as a Custody Officer until now are detailed in the following laws.

Claim number- 13092

Alleged Claim Amount Amount - $ 57,000.00

UNIFORM RETRIBUTION LAW AND THE UNIFORM RETRIBUTION RULES:
LAW 89 OF JUNE 12, 1979 (EL ROMERAZO) - LAW SIGNED BY HON. GOVERNOR CARLOS ROMERO BARCELO (INCREASE OF $ 50.00 DOLLARS PER MONTH) $ 15,600.00 DOLLARS
LAW 96 OF JULY 1, 2002 - HON. GOVERNOR SILA MARIA CALDERON (INCREASE OF $ 100.00 DOLLARS PER MONTH) IN FORCE OF JUNE 30, 2002. DEBT $ 20,400.00 DOLLARS

LAW 164-2003-JULY 22, 2003 ($ 100.00 INCREASE DOLLARS) EFFECTIVE ON JANUARY 1, 2004-INCREASE PASS BY MERIT, PRODUCTIVITY BONUS. DEBT $ 18,000.00 DOLLARS

RECLASSIFICATION - THEY HAVE NOT DONE IT SINCE THE YEAR 2000 UNTIL THE PRESENT.

PAYMENT FOR HIGH RISK - DIRECT CONTACT WITH THE CONFINED AS CUSTODY OFFICE, POSTS, ROUNDS AND RECORDS WITHIN THE CORRECTIONAL POPULATION.

THE FOUR HUNDRED EIGHTY (480) HOURS AND THE AVERAGE (½) OF LUNCH FOR VENTISEIS YEARS, EQUIVALENT TO 3,120 HOURS.

PASS FOR MERIT EVERY FIVE (5) YEARS (EACH STEP IS $ 50.00 DOLLARS) AMOUNT ($ 15,600.00) NOT ACCOUNTED

ART. 6 - THE INCREASES OF PAYMENT GRANTED BY THIS LAW DOES NOT HAVE THE EFFECT OF INTERRUPTING THE TIME TO BE A CREDITOR OF AN INCREASE FOR YEARS OF SERVICES.

I remain of you,

*Awilda Arroyo Ocasio*
Awilda Arroyo Ocasio
Petitioner

Fecha: 15 de febrero de 2020

Nombre: Awilda Arroyo Ocasio

Dirección: HC 2 Box 6334
Utuado, Puerto Rico 00641-9515

Email: aao_awilda@hotmail.com

Secretaría (Clerks Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal building
San Juan, Puerto Rico 00918-1767

Promesa Título III
Deudor- Commonwealth Of Puerto Rico
The Financial Oversight And Management Board For Puerto Rico,
As Representative Of The Commonwealth Of Puerto Rico, ET.AL

NUMERO DE PROCEDIMIENTO- 17-BK 3283 - LTS
NUMERO DE PROCEDIMIENTO- 17- BK 3567
NUMERO DE PROCEDIMIENTO- 17- BK 3566
NUMERO DE RECLAMACION- **13092**

Notificación- La presente radicación guarda relación con el ELA, LA ACT y el SER.

Identificada la reclamación:
Notificación de la Centésima Quincuagésima Sexta Objeción Global (no sustantiva) del ESTADO LIBRE ASOCIADO DE PUERTO RICO, de la AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO y del SISTEMA DE RETIRO DE LOS EMPLEADOS DE GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO a varios reclamos deficientes.

En las siguientes leyes están detallados los Reglamentos de Retribuciones Uniformes que no se me hizo justicia desde **(19 de julio de 1993)** trabajo como Oficial de Custodia hasta el presente.

Numero de reclamación- **13092**

Monto De La Reclamación alegada Cantidad- **57,000.00 dólares**

Página **1** de **2**

LEY DE RETRIBUCION UNIFORME Y EL REGLAMENTO DE RETRIBUCION UNIFORME:

**LEY 89 DEL 12 DE JUNIO DE 1979 (EL ROMERAZO)** - LEY FIRMADA POR EL HON. GOBERNADOR CARLOS ROMERO BARCELO **(AUMENTO DE $50.00 DOLARES POR MES) $15,600.00 DOLARES**

**LEY 96 DEL 1 DE JULIO DE 2002** –HON. GOBERNADORA SILA MARIA CALDERON **(AUMENTO DE $100.00 DOLARES POR MES) EN VIGOR DEL 30 DE JUNIO DE 2002. DEUDA $20,400.00 DOLARES**

**LEY 164-2003-DEL 22 DE JULIO DE 2003 ($100.00 DOLARES DE AUMENTO) EFECTIVO EL 1 DE ENERO DE 2004**-AUMENTO PASO POR MERITO, BONO DE PRODUCTIVIDAD. **DEUDA $18,000.00 DOLARES**

**RECLASIFICACION**- NO LA HAN REALIZADO DESDE EL AÑO 2000 HASTA EL PRESENTE.

**PAGO POR ALTO RIESGO**- CONTACTO DIRECTO CON LOS CONFINADOS COMO OFICIAL DE CUSTODIA, PUESTOS, RONDAS Y REGISTROS DENTRO DE LA POBLACION CORRECCIONAL.

LAS CUATROCIENTAS OCHENTA (480) HORAS Y LA MEDIA (½) DE ALMUERZO POR VENTISEIS AÑOS, EQUIVALENTE A 3,120 HORAS.

**PASO POR MERITO CADA CINCO (5) AÑOS** (CADA PASO ES DE $50.00 DOLARES) **CANTIDAD ($15,600.00)** NO DEVENGADOS
ART.6 - LOS AUMENTOS DE SUELDO CONCEDIDOS MEDIANTE ESTA LEY NO TIENE EL EFECTO DE INTERRUMPIR EL TIEMPO PARA SER ACREEDOR DE UN AUMENTO POR AÑOS DE SERVICIOS.

Quedo de ustedes,

*Awilda Arroyo Ocasio*
Awilda Arroyo Ocasio
Peticionaria