Awilda Arroyo
HC 2 Box 633
Utuado, P.R.

7019 0140 0000 8691 1300



U.S. POSTAGE PAID
FCM LG ENV
UTUADO, PR
00641
MAR 05, 20
AMOUNT
$7.60
R2305K135347-05

Secretaría
Tribunal de Distrito de los Estados Unidos
Room 150 Federal building
San Juan, Puerto Rico 00918-1767

RECEIVED & FILED
2020 MAR 10 PM 4: 50