# Réplica a la Centésima Vigésima Octava Objeción Global

## DATOS DE CONTACTO

Nombre: Luis A. Maldonado García

Dirección: 2114 Calle Colina

Valle Alto

Ponce, PR 00730

Número de Teléfono: 787-840-3139

Dirección de Correo Electrónico: multicolors79@hotmail.com

## EPIGRAFE

Nombre del Tribunal: Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico

Deudores: El Estado Libre Asociado de Puerto Rico (Commonwealth of Puerto Rico)

Numero Procedimiento: 17BK3283-LTS (17-03283)

Título de la Objeción Global: Centésima Vigésima Octava Objeción Global

Numero De Reclamo: 124714

Schedule Number: 834443

## MOTIVO PARA OPONERSE A LA OBJECION GLOBAL

A el demandante (acreedor) Sr. Luis A. Maldonado Garcia no se le orientó adecuadamente cuando el estableció y llenó su reclamo contra el Estado Libre Asociado de Puerto Rico. El demandante no sabía que tenía que incluir evidencia estableciendo su reclamo contra dicha entidad y por ende no lo hizo. Con esta réplica queremos mostrar que tenemos evidencia para oponernos a la objeción global. Adjunto presentamos Certificación de trabajo del Departamento de Seguridad Pública del Negociado de la Policía de Puerto Rico que establece que el Sr. Luis A. Maldonado Garcia trabajó en dicho departamento desde mayo 18 del 1970 hasta el 30 de junio del 2004 dándole derecho a la Ley 89 (12 de Julio de 1979). En sus años de servicios no se le hicieron los ajustes de sueldo que por ley le correspondian.

**DOCUMENTACION JUSTIFICATIVA**

Adjunto Certificación de Trabajo con el Departamento de Seguridad Pública del Negociado de la Policía de Puerto Rico del demandante Sr. Luis A. Maldonado Garcia.

*[signature]*

Luis A. Maldonado García