# Luis A. Maldonado García

2114 Calle Colina, Valle Alto, Ponce, PR 00731 | 787-840-3139 | multicolors79@hotmail.com

**1 de marzo de 2020**

A Maria Antongiorgi-Jordan, Esq.
Clerk of Court

**A Maria Antongiorgi-Jordan, Esq.:**

Con el reenvio de este documento estoy corrigiendo la deficiencia en la carta que le envié a la Secretaria del Tribunal. Con la corrección de la deficiencia (firma a mano de la Réplica a la Centésima Vigésima Octava Objeción Global) quiero que el documento se acepte, se entre en el sumario del caso y que sea parte del expediente.

También quiero dejarle saber que seguí al pie de la letra las instrucciones del Anejo C que está en "el libro" (Debtor's Omnibus Objection to Claims...) y en dichas instrucciones no menciona nada de que la carta debía incluir mi firma a mano. Si así lo hubiese dicho las instrucciones, hubiese incluido la firma desde un principio y nos hubiésemos evitado estos pasos adicionales de corregir, imprimir y enviar los documentos nuevamente.

Sinceramente,

*[firma]*
Luis A. Maldonado García



**GOBIERNO DE PUERTO RICO**
Departamento de Seguridad Pública
Negociado de la Policía de Puerto Rico

PEDRO J. JANER ROMÁN
SECRETARIO

HENRY ESCALERA RIVERA
COMISIONADO

# CERTIFICACIÓN

Certifico que **LUIS A. MADONADO GARCIA**, seguro social **XXX-XX-6117** fue empleado de la Policía de Puerto Rico y ocupó un puesto de **Agente** con número de placa **#8-8400**.

Ingresó a la Agencia el **18 de mayo de 1970** y renunció el **30 de junio de 2004**, para acogerse a los beneficios de pensión por años de servicio de la Administración de los Sistemas de Retiro.

Esta información fue corroborada por el **Sistema de Nómina del Negociado de la Policía de Puerto Rico. (ADP/PAYROLL).**

Dada hoy **11 de febrero de 2020**, en San Juan, Puerto Rico.

*Mary Iveth Molina Rodz* (firma)

**Mary Iveth Molina Rodriguez**
Auxiliar en Sistema Oficina II
Sección Servicios al Empleado
División de Nombramientos y Cambios





P.O. BOX 70166 • SAN JUAN PR 00918-4140    787.793.1234

WWW.DSP.PR.GOV

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re: Financial Oversight & Management Board for Puerto Rico | 3:17-BK-3283 (LTS) |
| | PROMESA Title III |
| as representative of | (Jointly Administrated) |
| The Commonwealth of Puerto Rico, et al. | |
| Debtors | |

## NOTICE OF DEFECTIVE PLEADING
*(Notificación de Documento Defectuoso)*

The Clerk of Court has received your pleading on February 18, 2020. However, the deficiencies listed below have prevented us from filing the same in the case docket. You must submit a corrected pleading if you want it to form part of the record.

La Secretaría del Tribunal recibió su escrito el 18 de febrero de 2020. No obstante, las deficiencias que abajo se señalan nos impiden aceptarlo y entrarlo en el sumario del caso. Debe usted someter un escrito debidamente corregido si quiere que el mismo forme parte del expediente.

Case:17-03283-LTS Doc#:11730 Filed:02/25/20 Entered:02/25/20 15:39:39 Desc: Main Document Page 2 of 2

**NOTICE OF DEFECTIVE PLEADING**
(Notificación de Documento Defectuoso)
3:17-BK-3283 (LTS)

| 1 |   | Pleading is illegible. L.Civ.R. 10 (El escrito radicado es ilegible o no cumple con la R.L.Civ. 10) |
|---|---|---|
| 2 | X | Lacks proper signature. Documents presented to the court in paper require a handwritten signature. L.Civ.R. 11 (Documento no está firmado adecuadamente. Los documentos sometidos en papel tienen que estar firmados a mano. R.L.Civ. 11) |
| 3 |   | PROMESA Cover Sheet for Adversary Proceedings (DPR Modified PROMESA B1040) was not included. L.Bkcy.R. 7003-1 http://www.prd.uscourts.gov/promesa/forms-attorneys (No se incluyó la Hoja de Trámite para Casos Adversarios (DPR Modified PROMESA B1040). |
| 4 |   | Failure to pay the filing fee in the amount of $400.00. See, L.Cv.R. 3.1(a). Payment shall be made within 24 hours in person at the Clerk's Office U.S. District Court with copy of the complaint /notice of removal. (Incumplimiento con el pago de la cuota de radicación por la cantidad de $400.00. El pago debe hacerse personalmente dentro de 24 horas en la Secretaría del Tribunal Federal de Distrito adjuntando una copia de la demanda / notificación de remoción.) |
| 5 |   | Other: |

Date: February 25, 2020

MARIA ANTONGIORGI-JORDAN, ESQ.
Clerk of Court

By: s/ Marian B. Ramirez-Rivera
Marian B. Ramirez Rivera
Deputy Clerk

sc: to filer with original filing attached

Page 2 of 2