Luis A. Maldonado & Carmen Torres
2114 Calle Colina
Valle Alto
Ponce, P.R. 00730




U.S. POSTAGE PAID
PM 3-Day
SAN ANTONIO, TX
78259
MAR 05, 20
AMOUNT
$9.60
1004  00918  R2304M113394-04



Secretaria (Clerk's office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, (Puerto Rico) 00918-1767



EXPECTED DELIVERY DAY: 03/09/20
USPS TRACKING® NUMBER

(Clerk's Office stamp: RECEIVED & FILED 2020 MAR 10 PM 4:32 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.)