# Réplica a la Centésima Trigésima Cuarta Objeción Global

### DATOS DE CONTACTO

Nombre: Carmen M. Torres Hermidas

Dirección: 2114 Calle Colina

           Valle Alto

           Ponce, PR 00730

Número de Teléfono: 787-840-3139

Dirección de Correo Electrónico: Carment198@gmail.com

### EPIGRAFE

Nombre del Tribunal: Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico

Deudores: El Estado Libre Asociado de Puerto Rico (Commonwealth of Puerto Rico)

Numero Procedimiento: 17BK3283-LTS (17-03283)

Título de la Objeción Global: Centésima Trigésima Cuarta Objeción Global

Numero De Reclamo: 113439

Schedule Number: 1099082

### MOTIVO PARA OPONERSE A LA OBJECION GLOBAL

A la demandante (acreedor) Sra. Carmen M. Torres Hermidas no se le orientó adecuadamente cuando ella estableció y llenó su reclamo contra el Estado Libre Asociado de Puerto Rico. La demandante no sabía que tenía que incluir evidencia estableciendo su reclamo contra dicha entidad y por ende no lo hizo. Con esta réplica queremos mostrar que tenemos evidencia para oponernos a la objeción global. Adjunto presentamos Certificación de trabajo del Departamento de Educación de Puerto Rico que establece que la Sra. Carmen M. Torres-Hermidas trabajó en dicho departamento desde enero 28 del 1970 hasta el 27 de julio del 2001 dándole derecho a las leyes aquí descritas:

- **Carrera Magisterial**: caso#: SJ2019CVO7914
- **Ley 109-2008 Aumento de 1 de Julio de 2008 ($150)**: caso#: OASE 2013-11-0224 RETRIBUCION

- **Ley 96 de 1 de Julio de 2002 ($100):** caso: Abdiel Acevedo Pérez y otros 700 - caso#:2013-04-1542 OASE RETRIBUCION
- **Liquidación Licencia de Enfermedad**: caso: AMPR v. Departamento de Educación y otros- caso#: SJ2017CV00542
- **HOMEBOUND:** Caso: Ada Rodriguez Rivera v Otros (192) caso#: 2012-08-0197 OASE RETRIBUCION
- **AUMENTO POR EXPERIENCIA**: caso: Abdiel Acevedo Pérez (508) v Departamento de Educación caso#:2012-05-2084 OASE RETRIBUCION

**DOCUMENTACION JUSTIFICATIVA**

Adjunto Certificación de Trabajo con el Departamento de Educación de Puerto Rico de la demandante Sra. Carmen M. Torres Hermidas.

_Carmen M. Torres Hermidas_

Carmen M. Torres Hermidas