# Carmen M. Torres Hermidas

2114 Calle Colina, Valle Alto, Ponce, PR 00731 | 787-840-3139 | Carment198@gmail.com

1 de marzo de 2020

A Maria Antongiorgi-Jordan, Esq.
Clerk of Court

**A Maria Antongiorgi-Jordan, Esq.:**

Con el reenvio de este documento estoy corrigiendo la deficiencia en la carta que le envié a la Secretaria del Tribunal. Con la corrección de la deficiencia (firma a mano de la Réplica a la Centésima Trigésima Cuarta Objeción Global) quiero que el documento se acepte, se entre en el sumario del caso y que sea parte del expediente.

También quiero dejarle saber que seguí al pie de la letra las instrucciones del Anejo C que está en "el libro" (Debtor's Omnibus Objection to Claims…) y en dichas instrucciones no menciona nada de que la carta debía incluir mi firma a mano. Si así lo hubiese dicho las instrucciones, hubiese incluido la firma desde un principio y nos hubiésemos evitado estos pasos adicionales de corregir, imprimir y enviar los documentos nuevamente.

Sinceramente,

*Carmen M. Torres Hermidas*

**Carmen M. Torres Hermidas**



## DEPARTAMENTO DE EDUCACION
Estado Libre Asociado de Puerto Rico
Secretaría Auxiliar de Recursos Humanos

ATT: LEY PROMESA

7 de febrero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | CARMEN M. TORRES HERMIDAS |
| Seguro Social | : | [redacted] |
| Categoria | : | MAESTRO ELEMENTAL |
| Distrito Escolar | : | PONCE I_ |
| Sueldo Mensual | : | $2,005.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 27 de julio de 2001 |
| Otros | : | Presto servicios para el Departamento de Educación del Gobierno de Puerto Rico por un periodo de 30 años, 5 meses, 1 semana y 2 días. Nuestro sistema de Recursos Humanos refleja que ocupó una plaza desde 01/28/1970. |

Candida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas politicas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re: Financial Oversight & Management Board for Puerto Rico | 3:17-BK-3283 (LTS) |
| | PROMESA Title III |
| as representative of | (Jointly Administrated) |
| The Commonwealth of Puerto Rico, et al. | |
| Debtors | |

## NOTICE OF DEFECTIVE PLEADING
*(Notificación de Documento Defectuoso)*

The Clerk of Court has received your pleading on February 18, 2020. However, the deficiencies listed below have prevented us from filing the same in the case docket. You must submit a corrected pleading if you want it to form part of the record.

La Secretaría del Tribunal recibió su escrito el 18 de febrero de 2020. No obstante, las deficiencias que abajo se señalan nos impiden aceptarlo y entrarlo en el sumario del caso. Debe usted someter un escrito debidamente corregido si quiere que el mismo forme parte del expediente.

**NOTICE OF DEFECTIVE PLEADING**
*(Notificación de Documento Defectuoso)*
3:17-BK-3283 (LTS)

| | | |
|---|---|---|
| 1 | | Pleading is illegible. L.Civ.R. 10 *(El escrito radicado es ilegible o no cumple con la R.L.Civ. 10)* |
| 2 | X | Lacks proper signature. Documents presented to the court in paper require a handwritten signature. L.Civ.R. 11 *(Documento no está firmado adecuadamente. Los documentos sometidos en papel tienen que estar firmados a mano. R.L.Civ. 11)* |
| 3 | | PROMESA Cover Sheet for Adversary Proceedings (DPR Modified PROMESA B1040) was not included. L.Bkcy.R. 7003-1 http://www.prd.uscourts.gov/promesa/forms-attorneys *(No se incluyó la Hoja de Trámite para Casos Adversarios (DPR Modified PROMESA B1040).)* |
| 4 | | Failure to pay the filing fee in the amount of $400.00. See, L.Cv.R. 3.1(a). Payment shall be made within 24 hours in person at the Clerk's Office U.S. District Court with copy of the complaint /notice of removal. *(Incumplimiento con el pago de la cuota de radicación por la cantidad de $400.00. El pago debe hacerse personalmente dentro de 24 horas en la Secretaria del Tribunal Federal de Distrito adjuntando una copia de la demanda / notificación de remoción.)* |
| 5 | | Other: |

Date: February 25, 2020

MARIA ANTONGIORGI-JORDAN, ESQ.
Clerk of Court

By: s/ Marian B. Ramirez-Rivera
Marian B. Ramirez Rivera
Deputy Clerk

sc: to filer with original filing attached