Luis A. Maldonado & Carmen Torres
2114 Calle Colina
Valle Alto
Ponce, P.R. 00730




U.S. POSTAGE PAID
PM 3-Day
SAN ANTONIO, TX
78259
MAR 05, 20
AMOUNT
$9.60
1004  00918  R2304M113394-04



PRIORITY MAIL — TRACKED INSURED
UNITED STATES POSTAL SERVICE
For Domestic Use Only
Label 107R, July 2013

Secretaria (Clerk's office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, (Puerto Rico) 00918-1767



EXPECTED DELIVERY DAY: 03/09/20
USPS TRACKING® NUMBER

2020 MAR 10 PM 4:32
RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.