Tribunal de Distrito de los Estados Unidos
para el Distrito de Puerto Rico

RECEIVED & FILED

2020 MAR 10  PM 4: 54

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

En el asunto de:

Junta de Supervisión y administración
Financiera para Puerto Rico
como representante de
Estado Libre Asociado de Puerto Rico
y otros,
       Deudores

Promesa
Título III
Núm. 17 BK 3283-L
(Administrativa
conjuntamente la
presente radicación
guarda relación
con el ELA, la
ACT y el SRE).

Replica de la centésima quincuagésima séptima objeción
global (no sustantiva) del Estado Libre Asociado de Puerto Rico,
de la Autoridad de Carreteras y transportación de Puerto Rico
y del Sistema de Retiro de los empleados del Gobierno del
Estado Libre Asociado de Puerto Rico a varios reclamos
deficientes.

Datos de contacto:

Mary Luz Chamorro Ostolaza, Urb San Antonio Calle Daniela
2336, Ponce, Puerto Rico 00728; teléfono celular: 787-243-3163
y la dirección electrónica es: marychamorropr@gmail.com
Número de reclamo: 88421 , fecha de presentación:
6/22/2018, Deudor COMMONWEALTH OF PUERTO RICO
Monto de la reclamación alegada: _____, sin
contar los intereses devengados. Indeterminado el total.

Número de reclamación: 88421

Pasos por años de servicios

(iii) Motivo para oponerme...

○ continuación Ley Número 3 de 2013...

Ley Núm. 98, 4 junio 1980..; para eliminar agüinaldo de 4 de jun. 1980, según enmendada, para eliminar el Aguinaldo de Navidad para los participantes de Retiro de los Empleados del Gob. del E.L.A. de P.R. ; para establecer el Programa de Beneficios Adicionales para los participantes del Sistema de Retiro de los Empleados del Gob. del E.L.A. de P.R. y añadir el nuevo artículos 115 del Cap. 5 a los efectos de establecer las disposiciones transitorias y otorgarle una causa de acción a los pensionados y participantes del Sistema.

— El plan de beneficio se divide a su vez en dos estructuras de beneficios a través de la Ley Núm. 447 15 mayo 1951, según enmendada ("Ley 447), para los participantes que comenzaron a cotizar antes del 1ro de abril de 1990, y la Ley 1 de 16 febrero 1990, según enmendada ("Ley 1"), para los participantes y. comenzaron a cotizar después del 1ro de abril de 1990 y antes del 31 de dic. 1999. El plan de contribución definida, mejor conocido como "Reforma 2000," se rige a través de la Ley 305-1999 ("Ley 305") y cobija a los empleados empleados públicos y. comenzaron a cotizar a partir del 1ro Enero de 200. Ley 447 el empleado público tiene derecho a recibir una anualidad (bajo plan de Retiro) equivalente al 1.5% de su salario promedio durante los primeros veinte (20) años y 2.0% promedio durante los años subsiguientes. Se computa a base de los salarios más altos durante cualesquiera 3 años ☙ servicio acreditables. Bajo éste plan, la edad de retiro mínima es 58 años (55 años si tiene 25 años de servicio)

Mary Luz Chamorro Ostolaza          continuación página 3
Número de reclamación: 88421
Pasos por años de servicios

(iii) Motivo para oponerme...
 — ... por lo menos 10 años de servicio, y la pensión mínima que recibe cada participante asciende a $400 mensuales. participantes Ley 447 tienen que recibir la llamada "pensión por mérito" la cual consiste en una anualidad equivalente al 75% de su salario promedio si cuentan con 30 años de servicio o más y con al menos 55 años, o una anualidad equivalente al 65% del salario promedio con 30 años de servicio sin requisito de edad. Las reglas que le aplican a los policías y bomberos son un poco distintas.

4) Cambios en la expectativa de vida de los participantes de P.R y EU han aumentado a 78 años durante los últimos 60 años. Último estudio Dept. Salud, en el 1950, un año antes de la creación del Sistema Empleados Público, la expectativa de vida de los puertorriqueños era 59.5 años para los hombres, 62.4 años para las mujeres y 60.9 años para ambos sexos. Data reciente Dept. Salud refleja que para el año 2004 los hombres tenían una expectativa de vida de 73.7 años, las mujeres 80.9 años y ambos sexos de 77.2 años, un incremento en la vida promedio de aproximadamente 16 años. El aumento de vida expectativa de vida obliga al Sistema a sufragar pensiones por más tiempo de lo concedido al momento de fijar las edades de retiro en la legislación, lo cual ha tenido un impacto negativo en las arcas del Sistema.

Mary Luz Chamorro Ostolaza          continuación página 4
Número de reclamación: 88421
Pasos por años de servicios

(iii) Motivo para oponerme...

- Por último, y más reciente, mediante la Ley 116-2011
  el Gobierno del Estado Libre Asociado de Puerto Rico
  aumentó la aportación patronal escalonada,
  comenzando primero (1º) julio de 2011 aún 10.275%
  el incrementado dicho porciento anualmente
  hasta llegar a una aportación patronal de 21%
  en el año 2021.

(iv) Documentación justificativa
   Incluida en la evidencia de reclamo, la réplica
   de copia para el reclamo de ésta demanda con
   el número de reclamación 88421 invocar al
   oponerse a la Objeción global; con la salvedad
   de que la demandante no tendrá que revelar
   en la contestación información reservada o
   protegida de cualquier otra forma; y también con
   la salvedad de que la demandante revelará al
   ELA, a la ACT y al SRE toda la información y
   proporcionará copias de la totalidad de los
   documentos que considere que sean confidencia-
   les reservados o protegidos de cualquier
   otra forma y que tenga la intención de
   invocar en apoyo de su reclamo, con
   sujeción a las restricciones de confiden-
   cialidad pertinentes.

Mary Luz Chamorro Ostolaza                    continuación página   5
Número de reclamación: 88421
Pasos por años de servicios

(iv) Documentación justificativa

1. Revisión de salarios - Departamento de Educación
   Secretaría Auxiliar de Recursos Humanos -
   División Personal Docente, expedido el 31 de julio
   de 2015 (recuperado el febrero 18, 2020), copia.

2. Centro de Orientación y Servicios - Área de
   Servicios de Retiro - Hoja de solicitud de
   Servicios - Copia  10 noviembre de 2015
   ✓ Certificaciones de Balances y Aportaciones
   ✓ Relación de Años de Servicio (RAS)
   ✓ Plan de Pago por concepto de:
      Reconocimiento de Tiempo

   Fechas que se le otorgó el servicio:
   ○ 10 noviembre de 2015
   ○ 18 marzo de 2015
   ○ 16 marzo de 2015

3. Gobierno de Puerto Rico Sistema de Retiro para
   Maestros - Certificación referente a la pensión
   13 enero de 2016. Fecha de esta certificación
   18 de febrero de 2020.

4. Sistema de Retiro para Maestros - Sistema de
   Aportaciones y Beneficios Integrados - Pago de
   Pensión - Reajuste de Pensión (SHR- AJU SRM)
   Área de Beneficios y Servicios Documento
   Preintervenido julio 11, 2018 (Fecha: 28/06/2018)

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Chamorro Ostolaza, Mary Luz | 88421 | 6/22/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Chamorro Ostolaza, Mary Luz | 88421 | 6/22/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

Tribunal de Distrito de los Estados Unidos
para el Distrito de Puerto Rico

RECEIVED & FILED

2020 MAR 10 PM 4:53

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

En el asunto de:

Junta de Supervisión y administración
Financiera para Puerto Rico
como representante de
Estado Libre Asociado de Puerto Rico
y otros,
           Deudores

Promesa
Título III
Núm. 17 BK 3283-L
(Administrativa
conjuntamente la
presente radicación
guarda relación
con el ELA, la
ACT y el SRE).

Replica de la centésima quincuagésima séptima objeción
global (no sustantiva) del Estado Libre Asociado de Puerto Rico,
de la Autoridad de Carreteras y transportación de Puerto Rico
y del Sistema de Retiro de los empleados del Gobierno del
Estado Libre Asociado de Puerto Rico a varios reclamos
deficientes.

Datos de contacto:

Mary Luz Chamorro Ostolaza, Urb San Antonio Calle Daniela
2336, Ponce, Puerto Rico 00728; teléfono celular: 787-243-3163
y la dirección electrónica es: marychamorropr@gmail.com
Número de reclamo: 94661___, fecha de presentación:
6/22/2018, Deudor COMMONWEALTH OF PUERTO RICO
Monto de la reclamación alegada: _____, sin
contar los intereses devengados. Indeterminado el
total.

Mary Luz Chamorro Ostoleza                    continuación  página 2

Número de reclamo: 94661

Reclamo Liquidación de licencia por enfermedad

(i) Datos de contacto:

Mary Luz Chamorro Ostolaza, Urb. San Antonio Calle Daniela 2336, Ponce, Puerto Rico, 00728. teléfono: 787-243-3163, y la dirección electrónica: marychamorropr@gmail.com

(ii) Epígrafe

Reclamo: Enmendado, liquidación de licencia por enfermedad, reclamación número 94661 - Anexo A. de la Objeción global y estan disponible en línea: https://cases.primeclerk.com/puertorico

(iii) Motivo para oponerme a la Objeción global.

El Gobierno de Puerto Rico aprueba la Ley Orgánica del Departamento de Educación de Puerto Rico 21 de mayo de 1984, derogada el Reglamento Número 3083 - "Reglamento de Personal Docente del Departamento de Educación. Pdf. Número Reglamento: 6743. Fecha de Radicación: 23 de diciembre de 2003. Aprobado: Janet Cortés Vásquez-Secretaria de Estado Interino, por: Giselle Romero García-Secretaria Auxiliar de Servicio. La Ley 26-2017 - http://bit.ly2vd By Ud - conocida como Ley de Cumplimiento con el Plan Fiscal, estableció en su Artículo 2011:

Mary Luz Chamorro Ostolaza                              continuación página 3

Número de reclamo: ~~01351~~

Reclamo Liquidación de licencia por enfermedad

(iii) Motivo para oponerme a la Objeción global.

(Inciso 4.)— "que ningún empleado público tendrá derecho al pago de la liquidación de días en exceso por concepto de licencia de enfermedad."

Luego de completar la demandante sus treinta (30) años de experiencia con el Departamento de Educación, radicado el 13 de enero de 2016, para su retiro. En virtud del Artículo 17 de la Ley 66-2014 y del Artículo 14 de la Ley 3-2007; los excesos de licencia por enfermedad están congelados. Al amparo de la crisis fiscal, la Constitución les permite supremacía a los Artículos negociados sobre dicha licencia en los Convenios Colectivos. El Memorando Especial Número 34 de 2017: http://bit.ly/3ynplbF de la Oficina de Administración y Transformación de los Recursos Humanos del Gobierno de Puerto Rico establece la normativa de aplicabilidad de la Ley 26-2017. En su página 18, lee: "No se liquidará licencia por enfermedad."

Entendemos que la determinación que ha tomado el Departamento de Educación de no pagar la liquidación de balances de enfermedad, es una violación a los derechos del Magisterio y causa un daño real, irreparable, inmediato y palpable.

— La reclamación total pendiente de pago correspondiente a licencia por enfermedad es desconocida

— Monto de la reclamación alegada: _____, sin contar los intereses devengados.

Mary Luz Chamorro Ostolaza                    continuación página 4

Número de reclamo: 94661

Reclamo Liquidación de licencia por enfermedad

(iv) Documentación justificativa

Incluida en la evidencia de reclamo, la réplica de copia para el reclamo de esta demanda con el número de reclamo 94661 invocar el oponerse a la Objeción Global; con la salvedad de que la demandante no tendrá que revelar en la contestación información, reservada o protegida de cualquier otra forma; y también con la salvedad de que la demandante revelará al ELA, a la ACT y al SRE toda la información y proporcionará copias de la totalidad de los documentos que considere que son confidenciales reservados o protegidos de cualquier otra forma y que tenga la intención de invocar en apoyo de su reclamo, con sujeción a las restricciones de confidencialidad pertinentes.

1. Ley de Cesión de Licencia por enfermedad (PDF)
   Gobierno de Puerto Rico, 12 noviembre 2019.
   www.bvirtual.ogp.pr.gov —[inciso 2-a.: Licencia por enfermedad; Inciso 2-e: Licencia por enfermedad podrá acumular máximo de 60 días laborables al final de cualquier año natural. Véase inciso 2, página 67 Licencia por vacaciones.—( los miembros laborables que no hubiesen laborado los diez (10) meses completados del año escolar tendrán derecho a de la parte proporcional de la Licencia que corres- ponderá al periodo de trabajo.
   • Ley Número 44 de 22 mayo de 1966, conocida Ley de Cesión de Licencias de Vacaciones]. Artículo XV. Beneficios Marginales.

2. El Memorando Especial Núm. 34/2012: http://bit.ly/2vn plbF

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Mary Luz Chamorro Ostolaza | 94661 | 6/22/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Mary Luz Chamorro Ostolaza | 94661 *Hig. Lic. x enfermeda* | 6/22/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

Tribunal de Distrito de los Estados Unidos

para el Distrito de Puerto Rico

RECEIVED & FILED

2020 MAR 10 PM 4: 53

En el asunto de:

Junta de Supervisión y administración
Financiera para Puerto Rico
como representante de
Estado Libre Asociado de Puerto Rico
y otros,
      Deudores

Promesa
Título III
Núm 17 BK 3283-L
(Administrativa
conjuntamente la
presente radicación
guarda relación
con el ELA, la
ACT y el SRE).

Replica de la centésima quincuagésima séptima objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y transportación de Puerto Rico y del Sistema de Retiro de los empleados del Gobierno del Estado Libre Asociado de Puerto Rico a varios reclamos deficientes.

Datos de contacto:

Mary Luz Chamorro Ostolaza, Urb San Antonio Calle Daniela 2336, Ponce, Puerto Rico 00728; teléfono celular: 787-243-3163 y la dirección electrónica es: marychamorropr@gmail.com
Número de reclamo: 83465, fecha de presentación: 6/22/2018, Deudor COMMONWEALTH OF PUERTORICO
Monto de la reclamación alegada: _____, sin contar los intereses devengados. Indefinida el total.

Mary Luz Chamorro Ostolaza    continuación página 2

Número de reclamo: 83465

? Talleres

(i) Datos de contacto:

Mary Luz Chamorro Ostolaza, Urb. San Antonio Daniela 2336, Ponce, Puerto Rico, 00728, teléfono: 787-243-3163, y la dirección electrónica: marychamorropr@gmail.com

(ii) Epígrafe

Reclamo por costo Talleres asistidos, los estipendios por gastos de almuerzo y transporte, cuando los mismos fueron realizados fuera de la ciudad de donde vive la reclamante. Los Talleres asistidos reclamados, fueron parte de horas de educación continuada, como parte del requisito de la Carrera Magisterial "Ley Número 208 de 28 agosto de 2002 "Ley de la Carrera Magisterial" Artículo 2.07, Capítulo II- Clasificación Magisteriales, Artículo 2.5- Nivel III en cada clasificación. En el Capítulo IX- Artículo 9.5- Asignación de Fondos. -"Disposiciones Finales de la Ley Núm. 158 de 18 julio de 1999, según enmendada. En el Capítulo II- Clasificación Magisteriales, Artículo 2.5, Nivel III, en cada Clasificación, Inciso 2. - Actividades de Educación Continua (100 horas) contacto al Nivel que se ocupa al momento de solicitar el ascenso.

Mary Luz Chamorro                    continuación página 3
Número de reclamo: 83465
Talleres


(iv) Documentación justificativa

Incluida en la evidencia de reclamo, la réplica
de copia para el reclamo de ésta demanda con
el número de reclamo: 83465 invocar al oponerse
a la Objeción global; con la salvedad de que la
demandante no tendrá que revelar en la contesta-
ción información, reservada o protegida de cualquier
otra forma; y también con la salvedad de que
la demandante revelará al ELA, a la ACT, y al
SRE toda información y proporcionará copias de
la totalidad de los documentos que considere
otra forma y que tenga la intención a las
restricciones de confidencialidad pertinentes.

1. Ley Número 158 del 30 de junio de 1999/P. de la
   C. 2532) (Conferencia) Ley 158, 1999, LexJuris
   Puerto Rico, Ley Carrera Magisterial de
   Puerto Rico 1999. Copia: http://www.
   lexjuris.com/lexlex/Ley1999/lex99158 ley
   magisterial.htm

2. Ley Núm 168 de 12 de julio 2004. Ley 208
   — www.lexjuris.com › lex\2002 208
   — Google: Leyes de Puerto Rico de 2003 en LexJuris

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|------|---------|-----------|--------|----------------------|
| Chamorro Ostolaza, Mary Luz | 83465 | 6/22/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|--------|--------------------|-----------------------|--------|-------------------------------|
| Chamorro Ostolaza, Mary Luz | 83465 | 6/22/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

Tribunal de Distrito de los Estados Unidos
para el Distrito de Puerto Rico

RECEIVED & FILED
2020 MAR 10  PM 4: 54
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

En el asunto de:

Junta de Supervisión y administración
Financiera para Puerto Rico
como representante de
Estado Libre Asociado de Puerto Rico
y otros,
        Deudores

Promesa
Título III
Núm. 17BK3283-L
(Administrada
conjuntamente la
presente radicación
guarda relación
con el ELA, la
ACT y el SRE).

Replica de la centésima quincuagésima séptima objeción
global (no sustantiva) del Estado Libre Asociado de Puerto Rico,
de la Autoridad de Carreteras y transportación de Puerto Rico y
del Sistema de Retiro de los empleados del Gobierno del Estado
Libre Asociado de Puerto Rico a varios reclamos deficientes.

Datos de contacto:

Mary Luz Chamorro Ustolaza, Urb. San Antonio Calle Daniela
2336, Ponce, Puerto Rico 00728, teléfono celular: 787-243-3163
y la dirección electrónica: marychamorropr@gmail.com
Número de reclamo: 94525, fecha de presentación: 6/27/2018,
Deudor COMMONWEALTH, OF PUERTO RICO.
Monto de la reclamación alegada: 4,763.92, sin
contar los intereses devengados.

Mary Luz Chamorro Ostolaza                          continuación página 2

Número de reclamo: 94525
Reclamo Cuotas Federación Maestros

(i) Datos de contacto:

Mary Luz Chamorro Ostolaza, Urb. San Antonio Daniela 2236, Ponce, Puerto Rico, 00728; teléfono: 787-243-3163, y la dirección electrónica: marychamorropr@gmail.com

(ii) Epígrafe:

Reclamo: Enmendado por cuotas de la Federación de Maestros, reclamación número 94525-Anexo A; de la Objeción global (no sustentiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y transportación de Puerto Rico y el Sistema de Retiro de los empleados del Gobierno del Estado Libre Asociado de Puerto Rico a varios reclamos deficientes al Departamento de Educación; Reclamento Núm. 60 DE-"Cheques pendientes de pagos girados por los oficiales Pagadores Especiales...

(iii) Motivo para oponerme a la Objeción Global. El Gobierno de Puerto Rico y el Tribunal de Puerto Rico (Apelativo) ordena al Departamento de Educación devolver $5 millones descontados a maestros (22 junio 2012), por cuotas cobradas luego que el maestro retira ser socio de la Federación de Maestros. La reclamente aún no recibe el reembolso de las cuotas de la Federación de Maestros, según la reclamación corresponde al núm. 6326769, importe: $595.49, fecha 17 junio 2014. (véase: Modelo SC 811, 25 abril 2007, Regla Núm. 52). Para la fecha 22 jun. 2012 hasta hoy, cumple ocho (8) año. Por tanto 595.49 X 8 años = 4,763.92 deuda (sin incluir intereses banarios).

Mary Luz Chamorro Ostolaza                     continuación página _3_

Número de reclamo: _94525_
Reclamo Cuotas Federación Maestras

(iv) Documentación justificativa

Incluida en la evidencia de reclamo, la replica de copia para el reclamo: _94525_ invocar al oponerse a la Objeción global; con la salvedad de que la demandante no tendrá que revelar en la contestación información reservada o protegida de cualquier otra forma; y también con la salvedad de que la demandante revelará al ELA, a la ACT y al SRE toda la información y proporcionará copias de la totalidad de los documentos que considere que son confidenciales reservados o protegidos de cualquier otra forma y que tenga la intención de invocar en apoyo de su reclamo, con sujeción a las restricciones de confidencialidad pertinentes.

1. Estado Libre Asociado de Puerto Rico, - Departamento De Hacienda - Reclamación de Cheques (Anejo 1 - Modelo S C 811 25 abril 2007, Reglo Núm.52), expedido por el reclamante el: 12 junio 2015. - (copia)

2. Tribunal ordena a DE devolver cheques de reembolso de los Maestros, por cuotas de la Federación de Maestros. - https://www.noticel.com
   - El Gobierno envió un "profit" http://www.de.gobierno.pr/files/Aviso_Publico_Entrega_Cheques_Maestros_No_Activos.pdf

IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING
TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR
CLAIM IS DEFICIENT.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Chamorro Ostolaza, Mary Luz | 94525 | 6/22/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN
QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU
RECLAMO ES DEFICIENTE.

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Chamorro Ostolaza, Mary Luz | 94525 | 6/22/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online
at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk
LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international
callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al
Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si
tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231
(número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde
el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

Tribunal de Distrito de los Estados Unidos
para el Distrito de Puerto Rico

En el asunto de:
Junta de Supervisión y administración
Financiera para Puerto Rico
como representante de
Estado Libre Asociado de Puerto Rico
y otros,
        Deudores

Promesa
Título III
Núm. 17BK3283-L
(Administrada
conjuntamente la
presente radicación
guarda relación
con el ELA, la
ACT y el SRE).

Replica de la centésima quincuagésima séptima objeción
global (no sustantiva) del Estado Libre Asociado de Puerto Rico,
de la Autoridad de Carreteras y transportación de Puerto Rico y
del Sistema de Retiro de los empleados del Gobierno del Estado
Libre Asociado de Puerto Rico a varios reclamos deficientes.

Datos de contacto:

Mary Luz Chamorro Ostolaza, Urb. San Antonio Calle Daniela
2336, Ponce, Puerto Rico 00728, teléfono celular: 787-243-3163
y la dirección electrónica: marychamorropr@gmail.com
Número de reclamo: 86390, fecha de presentación: 6/23/2018,
Deudor COMMONWEALTH, OF PUERTO RICO.
Monto de la reclamación alegada $45,739.33, sin
contar los intereses devengados.

Número de reclamo: 86390
Reclamo Carrera Magisterial

Continuación Pagina 2

(i) Datos de contacto:

Mary Luz Chamorro Ostoloza, Urb. San Antonio Calle Daniela 2336, Ponce, Puerto Rico, 00728, teléfono: 787-243-3163 y la dirección electrónica: marychamorropr@gmail.com

(ii) Epígrafe.

Reclamo: Enmendado, aumento de sueldo por reclamo Carrera Magisterial (#86390) Reclamación
Anexo A; de la Objeción global y están disponible en línea: https://cases.primeclerk.com/puertorico).

(iii) Motivo para oponerme a la Objeción global.

El Gobierno de Puerto Rico aprueba la Ley de la Carrera Magisterial, Ley #158, de 18 de julio de 1999, (conteniendo enmiendas incorporadas por las siguientes leyes: Ley Núm. 208 de agosto de 2002). La Ley establece renovar continuamente el conocimiento académico del maestro, en destrezas a través de estudios y practicas docente, para así mantener la excelencia académica del maestro en la sala de clase. El maestro desarrolla un Plan de Mejoramiento donde será evaluado por un comité. (Capítulo VII-Artículo 7.01; 7.02; 7.03; 7.04; 7.05; 7.06; 7.07). En el Capítulo IX-Disposiciones provicionales, Artículos 9.01.-Reconocimiento de Rangos Iniciales- (Incisos 1, 2, 3).

Número de reclamo: 80080
Reclamo Carrera Magisterial

(iii) Motivo para oponerme a la Objeción global.

Luego de completar la Maestría en Artes en Educación con Especialidad en Currículo en Grados Primarios, en abril de 2011, y enviada para su aprovación el Plan de Mejoramiento, obteniendo el Rango de Maestro Auxiliar, según citada en el Artículo 3.01 - (Solicitud de reconocimiento de Nivel) de la Ley 158, 18 de junio de 1999 (según enmendada Ley 208, 28 agosto de 2002); con derecho al ascenso correspondiente Artículo 4.03, inciso 1 y 2. De igual manera queda ratificado en la Ley 208 del 28 de agosto de 2002, Artículo 2.05 - Nivel III - (cada Clasificación), página 4. Los incentivos que me corresponden para éste Nivel III, según las leyes ya mencionadas y habiendo completado y aprovado el mismo; Artículo 2.09 - Incentivos. (Inciso 3) son el 25% de mi sueldo básico;

— abril 2011 (mayo) - culminó la Maestría, cobraba $2,705 - sueldo bruto al mes, multiplicado siete (7) meses de junio a diciembre de ese mismo año
$2,705 × 25% = $676.25 × 7 meses = 4,733.75
son 5 años = 60 meses → 676.25 × 60 meses = 40,575.00
13 días de enero 2016 → 430.58 × 13 días = 430.58
$$\begin{array}{r} 430.58 \\ \hline 45,739.33 \end{array}$$

— La reclamación total pendiente de pago según las leyes correspondientes a la Carrera Magisterial para el Nivel III, Etapa 5 no otorgado es de: cuarenta y cinco mil setecientos treinta y nueve y treinta y tres centavos ($45,739.33¢).

Número de reclamo: 86390
Reclamo Carrera Magisterial

(iv) Documentación justificativa

Incluida en la evidencia de reclamo, la réplica de copia para el reclamo de ésta demanda #86 con el número de reclamo 86390 invocar al oponerse a la Objeción global; con la salvedad de que la demandante no tendrá que revelar en la contestación información, reservada o protegida de cualquier otra forma; y también con la salvedad de que la demandante revelará al ELA, a la ACT y al SRE toda la información y proporcionará copias de la totalidad de los documentos que considere que son confidenciales reservados o protegidos de cualquier otra forma y que tenga la intención de invocar en apoyo de su reclamo, con sujeción a las restricciones de confidencialidad pertinentes.

1. Revisión de salarios - Departamento de Educación Secretaría Auxiliar de Recursos Humanos, División Personal Docente, expedido el 31 de julio de 2015, y copia e

2. Certificaciones Docente y Desarrollo Profesional, Certificación de Radicación y Aprobación del Plan de Mejoramiento Profesional (Ocmoi), 28 de abril de 2008, fecha que radicó el solicitante, ponchado 05 junio 2008.

3. Secretaría Auxiliar de Recursos Humanos - Área de Desarrollo del Capital Humano, División de Carrera Magisterial; Recomendación y División de Salario y Reconocimiento de Nivel - Comité de Evaluación. Aprobado 24 marzo de 2009. (ocm-09 Enmendada).

4. Certificaciones Docentes y Desarrollo Profesional Reclamación de Nivel y de Salario a Hon. Rafael Aragunde - Secretario de Educación. Fecha radicación: 28 abril 2008.

Mensaje - Claurense Ortalaza — continuación página 5

Número de reclamo: 51550

Reclamo Carrera Magisterial

(iv) Documentación justificativa

5. Secretaría Auxiliar de Recursos Humanos - Informe de Cambio - Personal Docente (FORN. 409). Fecha de efectividad: 1 de agosto 2000.

6. División de Personal - Departamento de Educación Informe de Cambio - Personal Docente - 31 de mayo de 1999. (pago por vacaciones).

7. Certificado de Grado - Caribbean University Oficina de Registraduría, Bayamón, P.R. Completó los requisitos de graduación conducentes al grado de: Maestría en Artes en Educación con especialidad en currículo en Grados Primarios. Fecha: 11 junio 2011.

8. Departamento de Educación División de Personal - Hato Rey, P.R. - Informe de Cambio - Personal Docente Observaciones: Aumento en sueldo Convenio Colectivo efectivo 1 julio de 2005.

9. Departamento de Educación - Secretaría Auxiliar de Recursos Humanos - Oficina de la Carrera Magisterial, Plan de Mejoramiento. Fecha de aprobación por Comité de Evaluación: mayo 2011

10. Formulario: EM-2003 (Revisado 2004). Departamento de Educación Hato Rey, P.R. - Guía para Evaluar Labor del Maestro. Periodo comprende esta evaluación de: enero 2012 - mayo 2012. (20 mayo 2012)

11. Departamento de Educación - Secretaría Auxiliar de Recursos Humanos - Oficina de Desarrollo del Capital Humano - Programa de Carrera Magisterial Solicitud de Extensión de Vigencia. Fecha: febrero de 2013.

12. Departamento de Educación - Secretaría Auxiliar de Recursos Humanos - Programa de Carrera Magisterial - Solicitud de Revisión de Salario y Reclamación de Nivel. Honorable Rafael Román, Secretario de Educación Designado. Fecha: 5 febrero 2013. (OCM-07 Enmendada

Mary Luz Chamorro Ustolaza                              continuación; página 6
Número de reclamación: 86390
Reclamo Carrera Magisterial

(iv) Documentación justificativa

13. Departamento de Educación - Secretaría Auxiliar
de Recursos Humanos - Programa de Carrera
Magisterial - Recomendación de Revisión de
Salario y Reconocimiento de Nivel - Comité
de Evaluación. Fecha: 25 febrero de 2013

14. Departamento de Educación Secretaría Auxiliar
de Recursos Humanos - Programa Carrera Magisterial
Certificación de Copias Fiel y Exacta. Fecha:
15 de febrero de 2013.

15. Gobierno de Puerto Rico Sistema de Retiro para
Maestros - Certificación - referente a la pensión
13 enero de 2016. Fecha esta certificación 18 febrero
2020.

16. Sistema de Retiro para Maestros - Sistema de
Aportaciones y Beneficios Integrados. Pago de
Pensión - Reajuste de Pensión (SHR - AJU - SRM)
Área de Beneficios y Servicios Documento
Preintervenido julio 11, 2018. (Fecha: 28/06/2018).

17. Ley Número 158 del 30 de junio de 1999/P. de la
C. 2532) (Conferencia) Ley 158, 1999. LexJuris
Puerto Rico, Ley Carrera Magisterial de Puerto
Rico 1999. Copia: http://www.lexjuris.com/
lexlex/Ley 1999/lex 99158 leymagisterial.htm

18. Talonario Gobierno de Puerto Rico 592 - Sistema de Retiro
Maestros - Pensionados. Quincena - 04/14/2019
a-06/30/2016. Aviso #: 1975601
b-Quincena 09/16/2017 - 09/30/2017. Aviso # 0462673
c-Quincena 11/16/2016 - 11/30/2016. Aviso# 4514341
d-Quincena 01/22/2016 - 02/04/2016 - Maestra Regular
último talonario, Aviso # 1167028

Mary Luz Chamorro Ostolaza                    continuación página 7
Número de reclamo : <u>86390</u>
Reclamo Carrera Magisterial

(iv) Documentación justificativa

19. Ley Núm. 168 de 12 de julio de 2002. Aumento de
sueldo a los empleados públicos en virtud de
la Ley 168. - [(P. de la C. 2560), 2002, <u>Ley 208</u>
- www.lexjuris.com > lexl2002208
- Google : Leyes de Puerto Rico de 2002 en LexJuris].

IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Chamorro Ostolaza, Mary Luz | 86390 | 6/22/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Chamorro Ostolaza, Mary Luz | 86390 | 6/22/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**