Modelo SC 811
25 abr 07
Regl. Núm. 52

ESTADO LIBRE ASOCIADO DE PUERTO RICO
Commonwealth of Puerto Rico
DEPARTAMENTO DE HACIENDA
Department of the Treasury

Anejo 1

| Número | |
|---|---|
| Number | |
| Fecha | |
| Date | |

## RECLAMACIONES DE CHEQUES
Checks Claims

**1. Descripción del Cheque**
Description of the Check

| Nombre y Dirección del Tomador<br>Name and Address of Payee | Importe<br>Amount | Número<br>Number | Fecha<br>Date |
|---|---|---|---|
| Mary L. Chamorro Ostolaza<br>Urb San Antonio Daniela 2336 Ponce P.R. 00728 | $595.49 | 6326769 | 17 jun 2014 |

| Librador | Banco |
|---|---|
| Drawer | Drawee |

**2. Concepto por el cual se expidió el cheque**
Reason for issuance of check

Reembolso Federación

**3. ¿Fue expedido el cheque a su favor? En caso negativo, explique cómo llegó a su poder.**
Was check issued to your order? If not, explain how it came into your possession.

☐ Sí   ☑ No
Yes

**4. ¿Recibió usted o alguien en su lugar el cheque? Si el cheque fue recibido, explique toda la información relacionada con el extravío, sustracción, mutilación o destrucción del cheque.**
Did you receive the check or someone on your behalf? If the check was received, state all information known by you regarding the loss, theft, mutilation or destruction of the check.

☐ Sí   ☑ No
Yes

**5. ¿Estaba endosado el cheque? En caso afirmativo indique la forma exacta del endosado.**
Was check endorsed? If endorsed, state exact manner of the endorsement.

☐ Sí   ☑ No   No lo he recibido.
Yes

**6.** Declaro bajo las penalidades de perjurio que soy el dueño legítimo del cheque antes descrito, que no lo he cobrado ni he autorizado a nadie a cobrarlo, que no ha sido anulado, que todos los datos suministrados en esta solicitud son correctos de acuerdo con mi mejor información y creencia; y por la presente solicito que el pago del mismo sea suspendido y se expida un nuevo cheque en sustitución del original.

I state under penalty of perjury that I am the legitimate owner of the above described check, that I have not collected it nor authorized anybody to do it, that it has not been void, that all information herein included is correct to my best knowledge and belief; and that hereby I request that the payment of said check be stopped and that a new check in substitution of the original be issued.

| COMPLETESE SI EL RECLAMANTE NO SABE FIRMAR<br>To be executed if Claimant does not know how to sign | x Mary L. Chamorro Ostolaza |
|---|---|
| | Firma o Marca del Reclamante – Signature of Mark of Claimant |
| Firma del Testigo de la Marca – Signature of Witness of the Mark | Número de Seguro Social – Social Security Number |
| Nombre del Testigo de la Marca- Name of Witness of the Mark<br>(Use letra de Molde – Print Name) | Firma del Cónyuge o Tutor – Signature of Spouse or Tutor |
| Dirección del Testigo – Address of Witness<br>(Use letra de Molde – Print Name) | Número de Seguro Social – Social Security Number |
| | X 12 jun. 2015          X (787) 243-3163 |
| | Fecha – Date          Teléfono - Phone |

**PARA USO DE LA AGENCIA — For Use of the Agency**

☐ Certifico que el cheque Núm. _____ corresponde a un endoso fraudulento por lo que solicitamos ☐ el crédito correspondiente en la cuenta _____ o ☐ la emisión de un nuevo cheque.

☐ Certifico que de acuerdo con nuestros récords no se ha procesado ni está en proceso ninguna anulación del cheque original Núm. _____ de _____ expedido a favor de _____ Cifra de Cuenta _____ y que procede el pago del mismo.

_____                          _____
Fecha                                                      Director de Finanzas, Nómina
                                                              o Funcionario Autorizado

**PARA USO DEL DEPARTAMENTO DE HACIENDA — FOR USE OF THE DEPARTMENT OF THE TREASURY**

| COMPROBANTE DE REINTEGRO | | DESCRIPCION DEL NUEVO CHEQUE | | |
|---|---|---|---|---|
| Número | Fecha | Número | Fecha | Tomador |
| | | | | |

Lea las instrucciones al dorso antes de llenar este formulario
Before filling this Form read instructions at the back

SECRETARIA AUXILIAR DE RECURSOS HUMANOS
DIVISION PERSONAL DOCENTE
REVISION DE SALARIOS

De acuerdo a su petición verificamos su sueldo y el mismo está correctamente asignado. A continuación la relación de los sueldos asignados desde su ingreso al magisterio.

NOMBRE: MARY L. CHAMORRO OSTOLAZA          SEGURO SOCIAL

FECHA DE INICIO: 21 DE ENERO DE 1983

| Año Esc. | Fecha Efect. | Aum. Ley | Aum. Exp | Sueldo Antes | Sueldo Después | Otros Prep/ ley 89 | Observaciones |
|---|---|---|---|---|---|---|---|
| 1982-83 | 21 ene 83 | | | 585 | | BA | Nomb. resto año |
| | 1 jun 83 | | | 585 | | | No completó experiencia |
| | | | | | | | |
| 1983-84 | 18 ene 84 | | | 585 | | | Nomb. resto año |
| | 2 abril/84 | X | | 585 | 685 | | Aum/Sueldo ley 3 |
| | 1 jun 84 | | | 685 | | | Pago vacaciones |
| 1984-85 | 16 ene 85 | | | 710 | | | Nomb. r/año y a/s exp. (completó con arrastre) |
| | 3 jun 85 | | | 710 | | | No completó experiencia |
| 1987-88 | 19 ene 88 | | | 760 | | | Nomb. resto año |
| | 3 abril/88 | X | | 760 | 860 | | Aum/Sueldo ley 5 |
| | 1 jun 88 | | | 860 | | | Pago vacaciones |
| 1988-89 | 1 ago 88 | | | 885 | | | Nomb. año y a/s exp. (completó con arrastre) |
| | 3 abril/89 | X | | 885 | 1000 | | Aum/Sueldo ley 6 |
| | 3 jul 89 | | X | 1000 | 1025 | | |
| 1989-90 | 7 ago 89 | | | 1025 | | | Nomb. año |
| | 16 ago 89 | | | 1025 | | | C/Status (Perm) cont. r/año en plaza 0577 |
| | 2 jul 90 | | X | 1025 | 1050 | | |
| 1990-91 | 6 ago 90 | | | 1050 | | | Reinstalación plaza |
| | 1 jul 91 | | X | 1050 | 1075 | | |
| 1991-92 | 5 ago 91 | | | 1075 | | | |
| | 1 jul 92 | | X | 1075 | 1100 | | |
| | | | | | | | |

FEB 18 2020
OFICINA DE TRANSACCIONES DE PERSONAL
DEPARTAMENTO DE EDUCACION

NOMBRE: MARY L. CHAMORRO OSTOLAZA    SEGURO SOCIAL:

| Año | Fecha | | | | | | Descripción |
|---|---|---|---|---|---|---|---|
| 1992-93 | 5 jul 93 | | X | 1100 | 1125 | | |
| 1993-94 | 1 sept 93 | | | 1125 | | | |
| | 1 oct/93 | X | | 1125 | 1250 | | Aum/Sueldo ley 28 |
| | 4 julio/94 | X | | 1250 | 1375 | | Aum/Sueldo ley 44 |
| | 4 jul 94 | | X | 1375 | 1400 | | |
| 1994-95 | 1 sept 94 | | | 1400 | 1425 | X | A/S ley 89 efec. 16 ago ? |
| | 3 julio 95 | X | | 1425 | 1550 | | Aum/Sueldo ley 142 |
| | 3 jul 95 | | X | 1550 | 1575 | | |
| 1995-96 | 1 sept 95 | | | 1575 | | | |
| | 17 jun/96 | X | | 1575 | 1700 | | Aum/Sueldo ley 122 |
| | 1 jul 96 | | X | 1700 | 1725 | | |
| 1996-97 | 12 ago 96 | | | 1725 | | | |
| | 30 jun 97 | | X | 1725 | 1750 | | |
| 1997-98 | 1 ago 97 | | | 1750 | | | |
| | 1 jun 98 | | | 1750 | | | **Máxima Escala** |
| 1998-99 | 3 ago 98 | | | 1750 | | | |
| 1999-00 | 2 ago 99 | | | 1750 | | | |
| | 10 ene/00 | X | | 1750 | 1850 | | Aum/Sueldo ley 169 |
| 2000-01 | 1 ago 00 | | | 1850 | 1955 | | A/S carrera magisterial |
| 2001-02 | 1 ago 01 | | | 1955 | | | |
| | 1 julio/02 | X | | 1955 | 2055 | | Aum/Sueldo ley 96 |
| 2002-03 | 1 ago 02 | | | 2055 | | | |
| | 1 julio/03 | | | 2055 | 2205 | | Aum/Sueldo Convenio |
| 2003-04 | 4 ago 03 | | | 2205 | | | |
| | 1 julio/04 | | | 2205 | 2355 | | Aum/Sueldo Convenio |
| 2004-05 | 2 ago 04 | | | 2355 | | | |
| | 1 julio/05 | | | 2355 | 2455 | | Aum/Sueldo Convenio |
| POSTERIOR | A | ESTA | FECHA | NO | SE | | AFECTAN SUELDOS |
| 2007-08 | 1 ago 07 | | | 2455 | | | |
| | 8 ene/08 | X | | 2455 | 2555 | | Aum/Sueldo Orden Ejecutivo |
| | 1 julio/08 | X | | 2555 | 2705 | | Aum/Sueldo ley 109 |
| POSTERIOR | A | ESTA | FECHA | NO | SE | | AFECTAN SUELDO |
| 2013-14 | 3 sept 13 | | | 2705 | 3300 | | A/S carrera magisterial |

- Posterior a esta fecha no se han otorgado aumentos salariales
- Todo maestro que en virtud de la ley 158 del 18 de julio de 1999 haya ingresado, o sea miembro de la Carrera Magisterial. No aplica a las disposiciones de la ley 34 (aumento de sueldo por experiencia o preparación)

31 de julio de 2015

CENTRO DE ORIENTACIÓN Y SERVICIOS
**AREA DE SERVICIOS DE RETIRO**
HOJA DE SOLICITUD DE SERVICIOS

**TURNO**

CRM _____
SABI _____

SRM-cs-179
Rev05/04

| NOMBRE Y APELLIDOS DEL PARTICIPANTE | SEGURO SOCIAL | NÚMEROS DE TELÉFONOS |
|---|---|---|

**NOMBRE Y APELLIDOS DEL PARTICIPANTE**
Mary L. Chamorro Ostolaza

**SEGURO SOCIAL** ████-██-████

**NÚMEROS DE TELÉFONOS**
HOGAR
_( ) _____

**DIRECCIÓN POSTAL**
Urb. San Antonio Daniela 2336

Ponce                    P.R.                    00728
PUEBLO          ESTADO                CÓDIGO POSTAL

TRABAJO
_( ) _____

POR FAVOR ANOTE SU
**DIR. CORREO ELECTRÓNICO:** _____
(EMAIL)

CELULAR
(787) 243-3163

**SELECCIONE SU STATUS:**
- ☑ **Servicio Activo**
- ☐ **Pensionado**
- ☐ **Beneficiario**
- ☐ **Servicio Inactivo**

**Razón:** _____

**LLENAR SI ES PARTICIPANTE EN SERVICIO ACTIVO:**

AÑOS DE SERVICIO APROXIMADO  28a / 9m / 2 sem.

NOMBRE DE LA ESCUELA EN LA CUAL TRABAJA

Esc. Ernesto Ramos Antonini

TIPO DE CONTRATO: ☑ Permanente ☐ Probatorio ☐ Transitorio

**SELECCIONE EL (LOS) SERVICIO (S) SOLICITADO (S)**

| SERVICIOS AL PENSIONADO / BENEFICIARIO | SERVICIOS AL PARTICIPANTE ACTIVO |
|---|---|

**SERVICIOS AL PENSIONADO / BENEFICIARIO**
- ☐ Certificación de Pensión o Talonario
- ☐ Certificación de Pensión para Seguro Social
- ☐ Reclamo 1er. Pago de Pensión y/o estatus
- ☐ Revisión Cálculo de Pensión
- ☐ Reclamación por Descuento(s) Indebido(s)
- ☐ Cooperativas     ☐ Plan Médico
- ☐ Asociaciones     ☐ Plan Ahorro
- **AEELA**
- ☐ Aportación Indebido (9%)
- ☐ Aportación Médico Patronal
- ☐ Reclamación por:
  - ☐ Pago de Pensión o Beneficios
  - ☐ Aportación Médico Patronal No Recibida
  - ☐ Bono Medicamento y/o Verano
  - ☐ Cancelación y/o Autorización Depósito Directo
  - ☐ Cambio de Dirección
  - ☐ Copia W-2
  - Otro (especifique): _____
  - _____

**SERVICIOS AL PARTICIPANTE ACTIVO**
- ☑ Certificación de Balance de Aportaciones
- ☑ Relación de Años de Servicio (RAS)
- ☐ Plan de Pago por concepto de:
  - _____ Autorización _____ Solicitar Plan Pago
  - ☐ Reconocimiento de Tiempo
  - ☐ Balance Plan Pago
- ☐ Orientación y/o trámite sobre:
  - ☐ Orientación de Retiro y/o Pensión Aprox.
    - ☐ Entrega de Solicitud y/o documentos de Retiro
    - ☐ Retiro por Incapacidad
  - ☐ Reconocimiento de Tiempo
  - ☐ Devolución de Cuotas
  - ☐ Reembolso de Aportaciones
  - ☐ Transferencia Recibida de Otros Sistema de Retiro
  - ☐ Notificación de Fallecimiento
    - (☐ Participante / ☐ Beneficiario)
  - ☐ Beneficios por Defunción (documentos y/o trámite)
  - ☐ Ajuste de Tiempo de Reconocimiento de Tiempo
  - ☐ Actualizar Intereses de Rec Tiempo/Reemb Cuotas

**INDIQUE INFORMACIÓN RELACIONADA AL SERVICIO SOLICITADO**

Necesito las hojas sobre información de reembolso de aportación y cuotas.

_Mary L. Chamorro_
**Firma del Participante o Representante Autorizado***

_10 noviembre 2015_
Fecha (dd/mm/aa)

_firma_
Firma del Representante o personal autorizado

_10 noviembre 2015_
Fecha (dd/mm/aa)

A.Ser #2
P.5

CENTRO DE ORIENTACIÓN Y SERVICIOS
AREA DE SERVICIOS DE RETIRO
HOJA DE SOLICITUD DE SERVICIOS

| TURNO |
| --- |
| CRM _____ |
| SABI _____ |

SRM-os-179
Rev05/04

| **NOMBRE Y APELLIDOS DEL PARTICIPANTE** | **SEGURO SOCIAL** | **NÚMEROS DE TELÉFONOS** |
| --- | --- | --- |

NOMBRE Y APELLIDOS DEL PARTICIPANTE: Mary L Chamorro Ustilaza

DIRECCIÓN POSTAL: Urb San Antonio Daniela 2336

Ponce    P.R.   00728
PUEBLO     ESTADO    CÓDIGO POSTAL

HOGAR ( )
TRABAJO ( )
CELULAR (787) 243-3163

DIR. CORREO ELECTRÓNICO:

**SELECCIONE SU STATUS EN EL SISTEMA QUE APORTA:**
- [x] Servicio Activo
- [ ] Pensionado
- [ ] Beneficiario
- [ ] Servicio Inactivo
  Razón: _____

**SI ES PARTICIPANTE EN SERVICIO ACTIVO, FAVOR DE INDICAR LO SIGUIENTE:**

AÑOS DE SERVICIO APROXIMADO 2-8 y un mes

NOMBRE DE LA ESCUELA EN LA CUAL TRABAJA Ramón Baldorioty De Castro, Ponce

TIPO DE CONTRATO:
- [x] Permanente
- [ ] Probatorio
- [ ] Transitorio

## SELECCIONE EL (LOS) SERVICIO (S) SOLICITADO (S)

| SERVICIOS AL PENSIONADO / BENEFICIARIO | SERVICIOS AL PARTICIPANTE ACTIVO |
| --- | --- |
| [ ] Certificación de Pensión o Talonario | [x] Certificación de Balance de Aportaciones Aprox. |
| [ ] Certificación de Pensión para Seguro Social | [x] Relación de Años de Servicio |
| [ ] Reclamo 1er. Pago de Pensión | [x] Plan de Pago por concepto de: |
| [ ] Revisión Cálculo de Pensión |    [ ] Reconocimiento de Tiempo |
| [ ] Reclamación por Descuento(s) Indebido(s) |    [ ] Otros |
| [ ] Cooperativas   [ ] Plan Médico | [ ] Orientación sobre: |
| [ ] Asociaciones   [ ] Plan Ahorro AEELA |    [ ] Trámite de Retiro/Orientación/ Documentos |
| [ ] Aportación Indebido (9%) |    [ ] Trámite Retiro por Incapacidad |
| [ ] Aportación Médico Patronal |    [ ] Reconocimiento de Tiempo |
| [ ] Reclamación por: |    [ ] Devolución de Cuotas |
|    [ ] Pago Retroactivo de Pensión o Beneficios |    [ ] Reembolso de Aportaciones |
|    [ ] Bono Navideño |    [ ] Transferencia Recibida de Otros Sistema de Retiro |
|    [ ] Aportación Médico Patronal No Recibida |    [ ] Transferencia Enviada a Otros Sistema de Retiro |
|    [ ] Bono Verano   [ ] Bono Medicamento |    [ ] Notificación de Fallecimiento |
|    [ ] Aumento Legislativo (3%) |      ([ ] Participante / [ ] Beneficiario) |
|    [ ] Autorización y/o Cancelación Deposito D |    [ ] Beneficios por Defunción |
|    [ ] Cambio de Dirección |    [ ] Ajuste de Tiempo de Reconocimiento de Tiempo |
|    [ ] Copia W-2 |    [ ] Actualizar Intereses de Reconocimiento de Tiempo |
| Otro (especifique):_____ |    [ ] Actualizar Intereses de Reembolso de Cuotas |

INDIQUE INFORMACIÓN ADICIONAL RELACIONADA AL SERVICIO SOLICITADO Estoy solicitando años
de servicios y DEUDA FINAL (deacuerdo con un documento suedispe-
mi "fait de RETIRO" resultando con 28 años uno no fue el mes de enero 2015) Según
el Sr. Fayar Saheh Morales. Hoy volví, a recojerlo pero no se observa el
resultado de la deuda final.
Mary Chamorro

Firma del Participante o Representante Autorizado* 18 de marzo de 2015
Fecha (dd/mm/aa)

Firma del Representante u Oficial de Servicio 18/mzo/2015
Fecha (dd/mm/aa)

P.5

CENTRO DE ORIENTACIÓN Y SERVICIOS
AREA DE SERVICIOS DE RETIRO
HOJA DE SOLICITUD DE SERVICIOS

| TURNO |
|---|
| CRM _____ |
| SABI _____ |

SRM-03-179
Rev05/04

| NOMBRE Y APELLIDOS DEL PARTICIPANTE | SEGURO SOCIAL | NÚMEROS DE TELÉFONOS |
|---|---|---|
| Mary L Chamorro Ostolaza | ▓▓▓▓ | HOGAR ( ) _____ |

DIRECCIÓN POSTAL
Urb San Antonio Daniela 2336

TRABAJO
( ) _____

| Ponce | PR | 00728 |
|---|---|---|
| PUEBLO | ESTADO | CÓDIGO POSTAL |

CELULAR
( 787 ) 243-3163

DIR. CORREO ELECTRÓNICO: _____

**SELECCIONE SU STATUS EN EL SISTEMA QUE APORTA:**

- ☑ Servicio Activo
- ☐ Pensionado
- ☐ Beneficiario
- ☐ Servicio Inactivo
  Razón: _____

**SI ES PARTICIPANTE EN SERVICIO ACTIVO, FAVOR DE INDICAR LO SIGUIENTE:**

AÑOS DE SERVICIO APROXIMADO  28 y un mes

NOMBRE DE LA ESCUELA EN LA CUAL TRABAJA
Ramón Baldorioty De Castro, Ponce

TIPO DE CONTRATO:  ☑ Permanente
☐ Probatorio  ☐ Transitorio

---

## SELECCIONE EL (LOS) SERVICIO (S) SOLICITADO (S)

### SERVICIOS AL PENSIONADO / BENEFICIARIO

- ☐ Certificación de Pensión o Talonario
- ☐ Certificación de Pensión para Seguro Social
- ☐ Reclamo 1er. Pago de Pensión
- ☐ Revisión Cálculo de Pensión
- ☐ Reclamación por Descuento(s) Indebido(s)
- ☐ Cooperativas    ☐ Plan Médico
- ☐ Asociaciones    ☐ Plan Ahorro AEELA
- ☐ Aportación Indebido (9%)
- ☐ Aportación Médico Patronal
- ☐ Reclamación por:
  - ☐ Pago Retroactivo de Pensión o Beneficios
  - ☐ Bono Navideño
  - ☐ Aportación Médico Patronal No Recibida
  - ☐ Bono Verano    ☐ Bono Medicamento
  - ☐ Aumento Legislativo (3%)
  - ☐ Autorización y/o Cancelación Deposito D
  - ☐ Cambio de Dirección
  - ☐ Copia W-2
  - Otro (especifique):_____

### SERVICIOS AL PARTICIPANTE ACTIVO

- ☑ Certificación de Balance de Aportaciones Aprox.
- ☑ Relación de Años de Servicio
- ☑ Plan de Pago por concepto de:
  - ☑ Reconocimiento de Tiempo
  - ☐ Otros
- ☐ Orientación sobre:
  - ☐ Trámite de Retiro/Orientación/ Documentos
  - ☐ Trámite Retiro por Incapacidad
  - ☐ Reconocimiento de Tiempo
  - ☐ Devolución de Cuotas
  - ☐ Reembolso de Aportaciones
  - ☐ Transferencia Recibida de Otros Sistema de Retiro
  - ☐ Transferencia Enviada a Otros Sistema de Retiro
  - ☐ Notificación de Fallecimiento
    (☐ Participante / ☐ Beneficiario)
  - ☐ Beneficios por Defunción
  - ☐ Ajuste de Tiempo de Reconocimiento de Tiempo
  - ☐ Actualizar Intereses de Reconocimiento de Tiempo
  - ☐ Actualizar Intereses de Reembolso de Cuotas

---

INDIQUE INFORMACIÓN ADICIONAL RELACIONADA AL SERVICIO SOLICITADO Estoy solicitando años de servicio y deuda final (de acuerdo con un documento sacado por mi "fait #3 resulta con 28 años un año, hasta el mes de enero de 2015) según la Tayzir Saheh Morales.

_Mary L Chamorro_
Firma del Participante o Representante Autorizado*

16 de marzo de 2015
Fecha (dd/mm/aa)

_[firma]_
Firma del Representante u Oficial de Servicio

16 | marzo | 2015
Fecha (dd/mm/aa)





# GOBIERNO DE PUERTO RICO
### Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Mary L. Chamorro Ostolaza**, con número de seguro social que termina en ████.

| | |
|---|---|
| **Fecha de Efectividad de la Pensión** | **13 de enero de 2016** |
| **Tiempo Cotizado para la Pensión** | **30 años, 0 mes, 0 sem., 0 día** |
| **Pensión Mensual Inicial** | **$1,239.97** |
| **Pensión Mensual Actual** | **$1,239.97** |

Esta certificación se expide hoy, **18 de febrero de 2020** en **San Juan**, **Puerto Rico**.

**Edgardo J. Negrón Ramírez**
**Supervisor**
**Área de Servicios de Retiro**

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879


Sistema de Retiro para Maestros
Gobierno de Puerto Rico
Protegemos la Aportación al Futuro

T-787.777.1414    F-787.764.6910    www.srm.pr.gov

8HR_AJU_8RM

**SISTEMA DE RETIRO PARA MAESTROS**
Sistema de Aportaciones y Beneficios Integrados
**PAGO DE PENSION - REAJUSTE DE PENSION**

28-06-2018
01:41:22 PM
Página:        1

| | |
|---|---|
| SEGURO SOCIAL ⬤⬤⬤ | NUMERO SOLICITUD |
| NOMBRE   MARY CHAMORRO OSTOLAZA | FECHA RADICACION |
| DIRECCIÓN   URB SAN ANTONIO | REAJUSTE DE PENSION |
| 2336 CALLE DANIELA | PLAN DE PENSION |
| PONCE, PR            00728 | EDAD 59.33 |

NUMERO SOLICITUD                941099
FECHA RADICACION          22-01-2016
REAJUSTE DE PENSION
PLAN DE PENSION        D - PERSONAL DOCENTE
EDAD 59.33

INGRESO A NOMINA:   30-07-2018

SERVICIOS ACREDITADOS:        30      0       0       0
                                              Años Meses Sem  Días

COSTO ANUALIDAD:    $73,188.88

RETROACTIVO:    14-06-2018   AL   15-07-2018

|  | | PAGO GLOBAL | MENSUAL | ANUAL |
|---|---|---|---|---|
| AUMENTO POR LEY: | | $759.77 | $1,662.62 | |
| | | | $0.00 | |
| IMPORTE TOTAL (BRUTO) | | $759.77 | $2,374.91 | $28,498.92 |

| CONCEPTO | CLAVE | DESCUENTO | DESCUENTO |
|---|---|---|---|
| PENSION PAGADA.............................................. | | $0.00 | $0.00 |
| PRÉSTAMOS: PERSONAL (PP  ) | 47-000.................... | $0.00 | $0.00 |
|               CULTURAL (PC  ) | 45-000................... | $0.00 | $0.00 |
|               HIPOTECARIO (PH  ) | 36-000................... | $0.00 | $0.00 |
| FINANZAS | 67-059................... | $0.00 | $0.00 |
| INSUFICIENCIA EN APORTACION............... | | $0.00 | $0.00 |
| APORT. IND. 9%  Caso:_____ | 26-001 | $0.00 | $0.00 |
| OTROS................................................ | | $0.00 | $0.00 |
| TOTAL DESCUENTO...................................... | | $0.00 | $0.00 |
| NETO........................................................... | | **$759.77** | **$2,374.91** |

BONOS    NAVIDAD (BNP):        $0.00   VERANO (PBV):        $0.00   MEDICAMENTO (PBM):        $0.00

| | | FECHA: | |
|---|---|---|---|
| COMPUTADO POR: | | FECHA: | 28/6/2018 |
| INTERVENIDO POR: | | FECHA: | |
| SUPERVISOR (PENSIONES): | | FECHA: | 11-jul-2018 |
| DIRECTOR : | | FECHA: | |
| INGRESADO A NOMINA POR: | | FECHA: | 18/7/18 |
| Mes:_____ JUL   ☐ 1ra ☑ 2da | | | |
| PAGO GLOBAL POR: | | FECHA: | |
| Mes:_____   ☐ 1ra  ☐ 2da   ☐ Off Cycle   ☐ Pay Line | | | |
| VISOR (NOMINA) | | FECHA: | 19/7/2018 |

AREA DE BENEFICIOS Y SERVICIOS
DOCUMENTO PREINTERVENIDO
JUL 11 2018
Nombre: SANDRA L. _____ COLON
Firma: _____

SECRETARIA AUXILIAR DE RECURSOS HUMANOS
DIVISION PERSONAL DOCENTE
REVISION DE SALARIOS

De acuerdo a su petición verificamos su sueldo y el mismo está correctamente asignado. A continuación la relación de los sueldos asignados desde su ingreso al magisterio.

NOMBRE: MARY L. CHAMORRO OSTOLAZA          SEGURO SOCIAL: ●●●

FECHA DE INICIO: 21 DE ENERO DE 1983

| Año Esc. | FECHA EFECT. | Aum. Ley | Aum. Exp | Sueldo Antes | Sueldo Después | Otros Prep/ ley 89 | Observaciones |
|---|---|---|---|---|---|---|---|
| 1982-83 | 21 ene 83 | | | 585 | | BA | Nomb. resto año |
| | 1 jun 83 | | | 585 | | | No completó experiencia |
| 1983-84 | 18 ene 84 | | | 585 | | | Nomb. resto año |
| | 2 abril/84 | X | | 585 | 685 | | Aum/Sueldo ley 3 |
| | 1 jun 84 | | | 685 | | | Pago vacaciones |
| 1984-85 | 16 ene 85 | | | 710 | | | Nomb. r/año y a/s exp. (completó con arrastre) |
| | 3 jun 85 | | | 710 | | | No completó experiencia |
| 1987-88 | 19 ene 88 | | | 760 | | | Nomb. resto año |
| | 3 abril/88 | X | | 760 | 860 | | Aum/Sueldo ley 5 |
| | 1 jun 88 | | | 860 | | | Pago vacaciones |
| 1988-89 | 1 ago 88 | | | 885 | | | Nomb. año y a/s exp. (completó con arrastre) |
| | 3 abril/89 | X | | 885 | 1000 | | Aum/Sueldo ley 6 |
| | 3 jul 89 | | X | 1000 | 1025 | | |
| 1989-90 | 7 ago 89 | | | 1025 | | | Nomb. año |
| | 16 ago 89 | | | 1025 | | | C/Status (Perm) cont. r/año en plaza 0577 |
| | 2 jul 90 | | X | 1025 | 1050 | | |
| 1990-91 | 6 ago 90 | | | 1050 | | | Reinstalación plaza |
| | 1 jul 91 | | X | 1050 | 1075 | | |
| 1991-92 | 5 ago 91 | | | 1075 | | | |
| | 1 jul 92 | | X | 1075 | 1100 | | |

FEB 18 2020
DEPARTAMENTO DE EDUCACION
OFICINA DE TRANSACCIONES DE PERSONAL

NOMBRE: MARY L. CHAMORRO OSTOLAZA — SEGURO SOCIAL:

| Año | Fecha | | | | | | Descripción |
|---|---|---|---|---|---|---|---|
| 1992-93 | 3 jul 93 | | X | 1100 | 1125 | | |
| 1993-94 | 1 sept 93 | | | 1125 | | | |
| | 1 oct/93 | X | | 1125 | 1250 | | Aum/Sueldo ley 28 |
| | 4 julio/94 | X | | 1250 | 1375 | | Aum/Sueldo ley 44 |
| | 4 jul 94 | | X | 1375 | 1400 | | |
| 1994-95 | 1 sept 94 | | | 1400 | 1425 | X | A/S ley 89 efec. 16 ago 94 |
| | 3 julio 95 | X | | 1425 | 1550 | | Aum/Sueldo ley 142 |
| | 3 jul 95 | | X | 1550 | 1575 | | |
| 1995-96 | 1 sept 95 | | | 1575 | | | |
| | 17 jun/96 | X | | 1575 | 1700 | | Aum/Sueldo ley 122 |
| | 1 jul 96 | | X | 1700 | 1725 | | |
| 1996-97 | 12 ago 96 | | | 1725 | | | |
| | 30 jun 97 | | X | 1725 | 1750 | | |
| 1997-98 | 1 ago 97 | | | 1750 | | | |
| | 1 jun 98 | | | 1750 | | | **Máxima Escala** |
| 1998-99 | 3 ago 98 | | | 1750 | | | |
| 1999-00 | 2 ago 99 | | | 1750 | | | |
| | 10 ene/00 | X | | 1750 | 1850 | | Aum/Sueldo ley 169 |
| 2000-01 | 1 ago 00 | | | 1850 | 1955 | | A/S carrera magisterial |
| 2001-02 | 1 ago 01 | | | 1955 | | | |
| | 1 julio/02 | X | | 1955 | 2055 | | Aum/Sueldo ley 96 |
| 2002-03 | 1 ago 02 | | | 2055 | | | |
| | 1 julio/03 | | | 2055 | 2205 | | Aum/Sueldo Convenio |
| 2003-04 | 4 ago 03 | | | 2205 | | | |
| | 1 julio/04 | | | 2205 | 2355 | | Aum/Sueldo Convenio |
| 2004-05 | 2 ago 04 | | | 2355 | | | |
| | 1 julio/05 | | | 2355 | 2455 | | Aum/Sueldo Convenio |
| | POSTERIOR | A | ESTA | FECHA | NO | SE | AFECTAN SUELDOS |
| 2007-08 | 1 ago 07 | | | 2455 | | | |
| | 8 ene/08 | X | | 2455 | 2555 | | Aum/Sueldo Orden Ejecutivo |
| | 1 julio/08 | X | | 2555 | 2705 | | Aum/Sueldo ley 109 |
| | POSTERIOR | A | ESTA | FECHA | NO | SE | AFECTAN SUELDOS |
| 2013-14 | 3 sept 13 | | | 2705 | 3300 | | A/S carrera magisterial |

- Posterior a esta fecha no se han otorgado aumentos salariales
- Todo maestro que en virtud de la ley 158 del 18 de julio de 1999 haya ingresado, o sea miembro de la Carrera Magisterial. No aplica a las disposiciones de la ley 34 (aumento de sueldo por experiencia o preparación)

_(firma)_

31 de julio de 2015



ocm 06

**Estado Libre Asociado de Puerto Rico**

**Secretaría Auxiliar de Recursos Humanos**

**Certificaciones Docentes y Desarrollo Profesional**

**CERTIFICACION DE RADICACION Y APROBACION DEL**

**PLAN DE MEJORAMIENTO PROFESIONAL**

Certificamos   que   el(a) Profesor   <u>Mary L. Chamorro Ostolaza</u>   con   seguro

social   ~~████ ██ ████~~   de   la   Escuela   <u>José Julián Acosta</u>   del   Distrito Escolar

de <u>Ponce  I</u>   radicó su  Plan de  Mejoramiento  Profesional  de acuerdo a lo

establecido en el  Artículo  2.07  del  Reglamento de la  Carrera  Magisterial para el

periodo del <u>28 de abril de 2008</u> al <u>30 de mayo de 2011.</u>  Certificamos , además que

el  Comité de Evaluación   analizó  y  evaluó  dicho   Plan a la  luz del  Capítulo  VI

del mismo reglamento y éste fue aprobado hoy   <u>30</u>   de   <u>Mayo</u>   de

<u>2008</u> .

**COMITÉ DE EVALUACION**

| Nombre | Firma | Puesto que ocupa |
|---|---|---|
| Sra. Rebecca López | | Director de Escuela |
| Sra. Josefina Negrón | | Miembro Consejo Escolar |
| Sr. Alberto Ortiz | | Facilitador de Materia |

Fecha en que el solicitante radicó el Plan: <u>28</u>   de   <u>abril</u>   de   <u>2008</u>

FEB-02-2009 MON 11:10 AM                                   FAX NO.                                   P. 02



**Estado Libre Asociado de Puerto Rico**
**Secretaría Auxiliar de Recursos Humanos**

ocm-09 Enmendada

**Área de Desarrollo del Capital Humano, División de Carrera Magisterial**

## RECOMENDACIÓN DE REVISION DE SALARIO Y RECONOCIMIENTO DE NIVEL

Certificamos que hemos considerado la solicitud de Revisión de Salario y Recomendación de Nivel de:

Nombre                  :  Vary L Chamorro Astrologo

Seguro Social          :  ▮▮▮ ▮▮ ▮▮▮▮

Escuela                 :  José Julián Acosta

Distrito Escolar        :  Ponce I

Región Educativa       :  Ponce

Del análisis de los documentos presentados, concluimos que el reclamante cumplió satisfactoriamente con los requisitos correspondientes a la revisión de salario de las etapas: ____1, ____2, ____3, _X_4, ____5 del Plan de Mejoramiento Profesional. Recomendamos favorablemente se le otorgue el Nivel Magisterial: _X_ II, ____III, ____IV.

## COMITÉ DE EVALUACIÓN

| Nombre | Firma | Puesto que Ocupa |
|---|---|---|
| Rebecca M López | | Directora |
| Josefina Regim | Josefina Regim | Pres. del Consejo |
| Alberto Ortiz | Alberto Ortiz | Supervisor Español |

Fecha de Aprobación: 24 de marzo de 2009



ocm- 07

**Estado Libre Asociado de Puerto Rico**
**Secretaría Auxiliar de Recursos Humanos**

**Certificaciones Docentes y Desarrollo Profesional**

## RECLAMACION DE NIVEL Y DE SALARIO

Honorable      <u>Rafael  Aragunde</u>
Secretario de Educación

De conformidad con lo establecido en el Capítulo VII del Reglamento de la Carrera

Magisterial, reclamo el Nivel Magisterial      <u>II</u>

| | | |
|---|---|---|
| **Nombre del Solicitante** | : | <u>Mary L. Chamorro Ostolaza</u> |
| **Seguro Social** | : | ███████ |
| **Categoría** | : | <u>Título I</u> |
| **Núm. De Puesto** | : | <u>F06692</u> |
| **Escuela** | : | <u>José Julián Acosta</u> |
| **Distrito Escolar** | : | <u>Ponce I</u> |
| **Región Educativa** | : | <u>Ponce</u> |

_____
Firma del Solicitante

<u>28 de abril de 2008</u>
Fecha de radicación

_____
Recibido por

FORM. 409

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACION

SECRETARIA AUXILIAR DE RECURSOS HUMANOS

INFORME DE CAMBIO — PERSONAL DOCENTE

| | ANTES DEL CAMBIO | DESPUES DEL CAMBIO |
|---|---|---|
| 1. NOMBRE DEL EMPLEADO | CHAMORRO OSTOLAZA, MARY | |
| 2. NUM. SEGURO SOCIAL | ▓▓▓▓▓▓ | |
| 3. STATUS EMPLEADO | 01 — PERMANENTE | |
| 4. SUELDO | $ 1,850.00 | $ 1,955.00 |
| 5. NUM. DE PUESTO | F06692 | |
| 6. CATEGORIA | 9971-MAESTRO ELEMENTAL | |
| 7. RANGO | | MAESTRO AUXILIAR |
| 8. FONDO | FEDERAL | |
| 9. CIFRA DE CUENTA | E1110-22200-0810000-001 | E-1110-2000-CMO100001-27 |
| 10. FECHA EFECTIVIDAD | | 1 DE AGOSTO DE 2000 |
| 11. DISTRITO | 103 — PONCE I | |
| 12. ESCUELA | JOSE JULIAN ACOSTA | |

13. OBSERVACIONES:

ASIGNACION DE RANGO Y MODIFICACION EN SALARIO
POR APLICACION DE LA LEY NUMERO 158 DE 18 DE
JULIO DE 1999 (CARRERA MAGISTERIAL).

14. APROBADO: POR EL SECRETARIO DE EDUCACION O SU REPRESENTANTE

FIRMA                                          FECHA

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACION
DIVISION DE PERSONAL — HATO REY, PUERTO RICO

DEJO DE ACUMULAR  0 DIAS 0.00 HRS          PAGAR  39 DIAS 9.97 HRS
VACACIONES REGULARES                       VACACIONES REGULARES
POR AUSENCIAS DESCONTABLES

INFORME DE CAMBIO — PERSONAL DOCENTE

                                           CLAVE ALFA: CHA
                                           ---

CHANGANU USTCLAZA, MARY L                  ■-■-■
---                                        ---
NOMBRE                                     SEGURO SOCIAL

103 — PONCE I/JOSE JULIAN ACOSTA           13 — 8A
---                                        ---
DISTRITO/ESCUELA                           PREPARACION

REGULAR  (01)                                          13-02-02-3.0
---                                        ---
STATUS                                     ANTES        DESPUES
                                           EXPERIENCIA (A-M-S-D)

9471 — MAESTRO ELEMENTAL                   P00092
---                                        ---
CATEGORIA — CLASE                          NUMERO DE PUESTO

$ 1,750.00                                 PAGO DE VACACIONES
---                                        ---
SUELDO                                     31 MAYO DE 1999

FEDERAL (222)                              ---
---
PONCE                                      CAUSA DEL CESE

---                                        ---
ULTIMO DIA DE TRABAJO                      ULTIMO DIA DE PAGO

        99-222-001-27-519-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-01-000103-CH9900001-27
        ---
                          CIFRA DE CUENTA

**CAMBIO DE NUM. DE DISTRITO POR REORDENAMIENTO**

APROBADO POR EL SECRETARIO DE EDUCACION.
        _Jose A. ____
        ---              ---
             FIRMA            FECHA
---
TIPO 5              PARA USO DE LA DIVISION DE NOMINAS
(RECORD 0) ___           (CLSE)
                   PROXIMO MES ___



# CARIBBEAN UNIVERSITY

Oficina de Registraduría
Apartado Postal 493
Bayamón, P.R. 00960-0493

## ~Certificación de Grado~

*Certifico que*

## MARY L. CHAMORRO OSTOLAZA

*Completó los requisitos de graduación
conducentes al grado de:*

**MAESTRÍA EN ARTES EN EDUCACIÓN CON ESPECIALIDAD
EN CURRÍCULO EN GRADOS PRIMARIOS**

*en Caribbean University el día*

**11 DE JUNIO DE 2011**

*Expedida en Bayamón, Puerto Rico
hoy,*          **14 DE JUNIO DE 2011**

Revisado: 1 Julio 2009

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACION
DIVISION DE PERSONAL - HATO REY, PUERTO RICO

DEJO DE ACUMULAR   0 DIAS 0.00 HRS          PAGAR   40 DIAS 0.00 HRS
VACACIONES REGULARES                         VACACIONES REGULARES - JULIO
POR AUSENCIAS DESCONTABLES

INFORME DE CAMBIO - PERSONAL DOCENTE

CLAVE ALFA: CHA
---

CHAMORRO OSTOLAZA, MARY L
------------------------------------          ----------------------
NOMBRE                                        SEGURO SOCIAL

PONCE I -103/JOSE JULIAN ACOSTA               15 - 8A
------------------------------------          ----------------------
DISTRITO/ESCUELA                              PREPARACION

REGULAR (01) -                                          19-2-2-3.0
-----------------------------------           ----------------------
STATUS                                        ANTES        DESPUES
                                              EXPERIENCIA (A-M-S-D)

MA. EDUC. NINEZ TEMP. NIVEL ELEM.(K-3) -9     F06692
-----------------------------------           ----------------------
CATEGORIA - CLASE                             NUMERO DE PUESTO

$ 2,355.00                                    01/JUNIO/2005
-----------------------------------           ----------------------
SUELDO ANTES DEL CAMBIO                        PAGO DE VACACIONES

FEDERAL (222)
---------------                               ----------------------
FONDO                                          CAUSA DEL CESE

-----------------------------------           ----------------------
ULTIMO DIA DE TRABAJO                          ULTIMO DIA DE PAGO

E1110-22200-0818000-0000-01F00-2005-81S010A04A20027
-----------------------------------------------------
            CIFRA DE CUENTA

OBSERVACIONES:  AUMENTO EN SUELDO SEGUN CONVENIO COLECTIVO EFECTIVO AL
                1 DE JULIO DE 2005 A $2455.00

APROBADO POR EL SECRETARIO DE EDUCACION.
-----------------------------               -------------------------
            FIRMA                           FECHA
-----------------------------------------------------------------------
                PARA USO DE LA DIVISION DE NOMINAS
TIPO 5                      (CESE)
(RECORD 0) _____     PROXIMO MES _____

DEPARTAMENTO DE EDUCACIÓN
SECRETARÍA AUXILIAR DE RECURSOS HUMANOS
OFICINA DE LA CARRERA  MAGISTERIAL

## PLAN DE MEJORAMIENTO PROFESIONAL

Parte I. Información Personal y Profesional                    página 1

Fecha de radicación:  _28 de abril de 2008_

| | | |
|---|---|---|
| Nombre | : | Mary L. Chamorro Ostolaza |
| Número de Identificación | : | xxx-xx-**** |
| Preparación Académica | : | Maestría en Grados Primarios K-3 |
| Categoría en la que tiene | | |
| Permanencia | : | Ma. Educ.Niñez Temprana Nivel Elem. (K-3) |
| | | |
| Nivel | : | Elemental |
| Escuela | : | José Julián Acosta |
| Distrito | : | Ponce I |
| Región | : | Ponce |
| | | |
| Rango del Solicitante | : | ( ) Nivel  I |
| | | ( ) Nivel  II |
| | | (X) Nivel  III |
| | | ( ) Nivel  IV |

Plan de Mejoramiento Profesional:

Periodo de Vigencia: _28_ de _abril_ de_2008_al _30_ de _mayo_ de_2011_.

Preparado y sometido por   :

_Mary L. Chamorro Ostolaza_
Mary L. Chamorro Ostolaza

Preparado y sometido por:

_Mary L. Chamorro Ostolaza_
Firma del solicitante
_____
Fecha
_____mayo 2011_____
Fecha de aprobación por Comité de Evaluación

(IV)
10.
p.5



Formulario: EM-2003 (Revisado 2004)

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**DEPARTAMENTO DE EDUCACIÓN**
Hato Rey, Puerto Rico

## GUÍA PARA LA EVALUACIÓN DE LA LABOR DEL MAESTRO

Nombre del maestro: _Mary L. Chamoirro Ostolaza_

Categoría del puesto: _Maestra_

Escuela: _José Julián Acosta_     Distrito: _Ponce 1_

Materia(s): _Todas menos inglés_     Grado(s): _K = 3ro_

Período que comprende esta evaluación: _agosto 2012 - diciembre 2012_

| Área | Puntuación máxima | Puntuación obtenida | % |
|---|---|---|---|
| A. Proceso de enseñanza aprendizaje | 40 | 40 | 100 |
| B. Dominio del contenido de la materia | 25 | 24 | 96 |
| C. Evaluación del aprendizaje del estudiante | 40 | 39 | 98 |
| D. Organización y ambiente de la sala de clases | 40 | 39 | 98 |
| **Totales** | 145 | 142 | 98% |

Escala:

- [x] 95 - 100%   (5) Ejecución profesional excelente
- [ ] 94 - 85%   (4) Ejecución profesional superior
- [ ] 84 - 70%   (3) Ejecución profesional promedio
- [ ] 69 - 60%   (2) Ejecución profesional bajo promedio
- [ ] 59 o menos   (1) Ejecución profesional deficiente

_Mary L. Chamoirro Ostolaza_
Firma del maestro

_Wanda S Maldonado Ed. D._
Nombre del director

Fecha _20 de diciembre de 2012_



## DEPARTAMENTO DE EDUCACIÓN
### Secretaría Auxiliar de Recursos Humanos
### Oficina del Desarrollo del Capital Humano
### Programa de Carrera Magisterial

*Solicitud de Extensión de Vigencia*

*Fecha*  de febrero de 2013.

Dra. Milagros Rohena
*Director(a)*
*Oficina de Desarrollo del Capital Humano*
*Programa de Carrera Magisterial*

*Solicitud extensión a mi Plan de Mejoramiento Profesional ya que no podré cumplir el mismo para la fecha estipulada. La vigencia es de*  agosto-2008 *a*  mayo-2013.

*Esta petición la hago debido* El proceso fue paralizado por la Ley 7.

*Esta es mi información:*

*Nombre* Mary Luz Chamorro Ostolaza        *Escuela* José Julián Acosta

*Distrito* Ponce 1        *Región* Ponce

*Seguro Social* ▆▆▆▆▆▆        *Categoría* Maestra

*Mi dirección electrónica es* mchamorropr@gmail.com

*Mi dirección postal es* Urb. San Antonio Daniela 2336, Ponce, P.R. 00728

*Cordialmente,*

Mary Luz Chamorro Ostolaza
Mary Luz Chamorro Ostolaza

12.
p.5

Anejo 1
**OCM-07 Enmendada**
(Este documento debe completarse en
tinta azul en todas sus partes)



**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**DEPARTAMENTO DE EDUCACIÓN**
**SECRETARÍA AUXILIAR DE RECURSOS HUMANOS**

**Programa de Carrera Magisterial**

*SOLICITUD DE REVISIÓN DE SALARIO Y RECLAMACIÓN DE NIVEL*

Honorable Rafael Román Meléndez
Secretario de Educación Designado

De conformidad con lo establecido en el Capítulo VII del Reglamento de la Carrera
Magisterial, solicito Revisión de Salario de las etapas: ___1, ___2, ___3, ·__4, ✓5
del Plan de Mejoramiento Profesional y Reclamación del Nivel Magisterial: ___II,
✓III, ___IV.

Nombre del Solicitante        : Mary L. Chamorro Ostolaza

Seguro Social                 : ▆▆-▆▆-▆▆

Categoría de la Permanencia   : Maestra Elemental

Escuela                       : José Julián Acosta

Distrito Escolar              : Ponce I

Región Educativa              : Ponce

_____                    15 de febrero 2013
Firma del Solicitante                             Fecha

Recibido Por: Wanda J. Maldonado Ed.D.

                    Director(a)

Anejo 2
OCM-09 Enmendada
(Este documento debe
completarse en
tinta azul en todas sus partes)

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**DEPARTAMENTO DE EDUCACIÓN**
**SECRETARÍA AUXILIAR DE RECURSOS HUMANOS**

*Programa de Carrera Magisterial*

## RECOMENDACIÓN DE REVISIÓN DE SALARIO Y RECONOCIMIENTO DE NIVEL

Certificamos que hemos considerado la Solicitud de Revisión de Salario y Recomendación de Nivel de:

Nombre                     :  Mary L. Chamorro Ostolaza

Seguro Social              :  xxx — xx —

Escuela                    :  José Julián Acosta

Distrito Escolar           :  Ponce I

Región Educativa           :  Ponce

Del análisis de los documentos presentados, concluimos que el reclamante cumplió satisfactoriamente con los requisitos correspondientes a la revisión de salario de las etapas: ___1, ___2, ___3, ___4, ✓ 5 del Plan de Mejoramiento Profesional. Recomendamos favorablemente se le otorgue el Nivel Magisterial: ___II, ✓ III, ___IV.

### COMITÉ DE EVALUACIÓN

| Nombre | Firma | Puesto |
|---|---|---|
| Wanda I. Maldonado | Wanda S. Maldonado | Director |
| Magda Díaz | Magda Díaz | Representante Consejo Escolar |
| Mayra Alomar | Mayra Alomar | Representante de la Docencia |

25 de febrero de 2013

APR 01 2013
CARRERA MAGISTERIAL

*(i Desc)*
*p. 6*

*14e*

Anejo 4
(Este documento debe
completarse en tinta azul
en todas sus partes)

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
## DEPARTAMENTO DE EDUCACIÓN
## SECRETARÍA AUXILIAR DE RECURSOS HUMANOS

*Programa de Carrera Magisterial*

Fecha _15 de febrero 2013_

### Certificación de Copia Fiel y Exacta

Certifico que los documentos sometidos para la Revisión de 20 _13_, son copia fiel y

exacta de los originales presentados al Comité de Evaluación de Carrera Magisterial de

la escuela _José Julián Acosta_ del Distrito Escolar de _Ponce 1_ Región

Educativa _Ponce_ por _Mary L. Chamorro Ostolaza_

(Nombre miembro activo de Carrera Magisterial)


_Wanda I. Maldonado_                                    _Wanda I. Maldonado_

**Nombre director(a)**                                    **Firma**

(iv)

15c

P.6

# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Mary L. Chamorro Ostolaza**, con número de seguro social que termina en ▮▮▮▮.

| | |
|---|---|
| **Fecha de Efectividad de la Pensión** | **13 de enero de 2016** |
| **Tiempo Cotizado para la Pensión** | **30 años, 0 mes, 0 sem., 0 día** |
| **Pensión Mensual Inicial** | **$1,239.97** |
| **Pensión Mensual Actual** | **$1,239.97** |

Esta certificación se expide hoy, **18 de febrero de 2020** en **San Juan**, **Puerto Rico**.

**Edgardo J. Negrón Ramírez**
**Supervisor**
**Área de Servicios de Retiro**



235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

**SRM**
Sistema de Retiro para Maestros
Gobierno de Puerto Rico
Protegemos la Aportación al Futuro

☎ 787.777.1414    🖷 787.764.6910    www.srm-pr.gov

SHR_AJU_SRM

**SISTEMA DE RETIRO PARA MAESTROS**
Sistema de Aportaciones y Beneficios Integrados
**PAGO DE PENSION - REAJUSTE DE PENSION**

28-06-2018
01:41:22 PM
Página: 1

| | |
|---|---|
| SEGURO SOCIAL | ●●●●●●● |
| NOMBRE | MARY CHAMORRO OSTOLAZA |
| DIRECCIÓN | URB SAN ANTONIO |
| | 2336 CALLE DANIELA |
| | PONCE, PR          00728 |

NUMERO SOLICITUD               941099
FECHA RADICACION            22-01-2016
REAJUSTE DE PENSION
PLAN DE PENSION            D - PERSONAL DOCENTE
EDAD 59.33

INGRESO A NOMINA:   30-07-2018

| | | | | | | PAGO GLOBAL | MENSUAL | ANUAL |
|---|---|---|---|---|---|---|---|---|
| SERVICIOS ACREDITADOS: | 30 | 0 | 0 | 0 | | $759.77 | $1,662.62 | |
| | | Años | Meses | Sem | Días | | | |
| COSTO ANUALIDAD: | $73,188.88 | | | | AUMENTO POR LEY: | | $0.00 | |
| RETROACTIVO: | 14-06-2018 AL | 15-07-2018 | | | | | | |
| IMPORTE TOTAL (BRUTO) | | | | | | $759.77 | $2,374.91 | $28,498.92 |

| CONCEPTO | CLAVE | DESCUENTO | DESCUENTO |
|---|---|---|---|
| PENSION PAGADA | | $0.00 | $0.00 |
| PRÉSTAMOS: PERSONAL (PP ) | 47-000 | $0.00 | $0.00 |
| CULTURAL (PC ) | 45-000 | $0.00 | $0.00 |
| HIPOTECARIO (PH ) | 36-000 | $0.00 | $0.00 |
| FINANZAS | 67-059 | $0.00 | $0.00 |
| INSUFICIENCIA EN APORTACION | | $0.00 | $0.00 |
| APORT. IND. 9%  Cese: | 26-001 | $0.00 | $0.00 |
| OTROS: | | $0.00 | $0.00 |
| TOTAL DESCUENTO | | $0.00 | $0.00 |
| NETO | | $759.77 | $2,374.91 |

BONOS   NAVIDAD (BNP):   $0.00   VERANO (PBV):   $0.00   MEDICAMENTO (PBM):   $0.00

| | | FECHA: |
|---|---|---|
| COMPUTADO POR: | | 28/6/2018 |
| INTERVENIDO POR: | | |
| SUPERVISOR (PENSIONES): | | 11-Jul-2018 |
| DIRECTOR : | | |
| INGRESADO A NOMINA POR: | | |
| Mes: _____ ☐1ra ☑2da | | |
| PAGO GLOBAL POR: | | |
| Mes: _____ ☐1ra ☐2da ☐ Off Cycle ☐ Pay Line | | |
| SUPERVISOR (NOMINA) | | 19/7/2018 |

AREA DE BENEFICIOS Y SERVICIOS
DOCUMENTO PREINTERVENIDO
JUL 11 2018
Nombre: SANDYLA L. MUÑOZ COLON
Firma:



**P. de la C. 2536) (Conferencia)Ley 158, 1999**

**Ley Núm. 158 del 30 de junio de 1999**

Para establecer la "Ley de la Carrera Magisterial"; disponer sobre el sistema de rangos magisteriales; establecer procedimientos para ascensos y revisión de salarios; y disponer sobre el Plan Individual de Mejoramiento Profesional y los programas de educación continua.

### EXPOSICION DE MOTIVOS

El lugar educativo para el desarrollo del proceso de enseñanza-aprendizaje por excelencia es la escuela. Educar es guiar a la vida al educando. El logro de la excelencia académica es la meta de todo sistema educativo. Esta efectividad reflejada en la escuela, es indicativo del sistema para el estudiante alcance los objetivos de cada nivel y domine los conocimientos necesarios para el próximo nivel de enseñanza.

La excelencia se refleja en la habilidad del sistema educativo para que cada estudiante sobrepase los objetivos de su nivel demostrando un aprendizaje independiente más allá del currículo asignado. El reto de la excelencia educativa es convertir el núcleo escolar en una escuela cada vez más efectiva.

La capacidad para que la escuela sea efectiva reside en gran medida con los recursos humanos con los cuales cuenta.

Es muy importante elevar el nivel de excelencia de la labor que realiza el maestro y otro personal educativo, así como lograr que su gestión sea flexible, responsable y autónoma.

El maestro desempeña un rol esencial en el sistema educativo y en la sociedad como agente de cambio constructivo. Dispone que la autonomía de la escuela es el medio necesario para la eficiencia del sistema. Es por ello, que el desarrollo profesional de los maestros y sus carreras magisteriales son componentes críticos y significativos del esfuerzo del gobierno en mejorar la calidad educativa y aprovechamiento de sus estudiantes. Con ello se garantiza una mejor calidad de vida. La forma en que se integra el desarrollo profesional a la productividad es muy importante, así como el efecto positivo que la docencia tiene en el aprendizaje del estudiante.

Nuestra sociedad requiere la búsqueda de la excelencia en la educación. A estos fines, se singulariza la necesidad de mejorar la calidad de la enseñanza, con maestros más motivados y mejor preparados, como el criterio más importante para mejorar la educación.

Esta Ley concibe al magisterio en función de la dinámica del conocimiento y ubica al maestro dentro de una escuela con autonomía donde se le reconoce capacidad para participar en los procesos decisionales de la misma y decidir sobre asuntos que le incumben como profesional.

La Ley hace hincapié en la necesidad de renovar continuamente el conocimiento del maestro, de perfeccionar sus destrezas a través de estudios y práctica docente y, sobre todo, de mantener los mejores maestros en el salón de clases.

La Constitución de Puerto Rico consagra el derecho de toda persona a una educación que propenda al pleno desarrollo de su personalidad y al fortalecimiento del respeto de los derechos y las libertades fundamentales del hombre. Lograr este propósito requiere maestros bien capacitados y, sobre todo, comprometidos con su profesión y con el desarrollo intelectual y emocional de sus estudiantes.

Esta Ley se conocerá como "Ley de la Carrera Magisterial".

La Exposición de Motivos forma parte del texto normativo de esta Ley y constituye su Declaración de Propósitos.

Serán miembros de la Carrera Magisterial los maestros y los maestros bibliotecarios del Sistema de Educación Pública que:
1. Posean certificados regulares de maestro en la categoría en que se desempeñen,
2. Tengan nombramiento permanente, y,
3. Estén trabajando como maestros de salón de clases o maestros bibliotecarios en las categorías para las cuales se les expidió el certificado regular de maestro.

Estarán excluidos de la Carrera Magisterial los Instructores a Prueba con nombramiento transitorio regular.

El Secretario promulgará un Reglamento de la Carrera Magisterial, complementario de esta Ley.

Los instructores en proceso de obtener su permanencia en el Sistema de Educación Pública se denominarán Instructores a Prueba, clasificación que constituye la antesala de la Carrera Magisterial. El Instructor a Prueba deberá demostrar que domina la materia de su especialidad y posee las destrezas profesionales del maestro, esto es,
1. Manejar su sala de clases eficientemente y mantener la disciplina en ella;
2. Motivar a sus estudiantes y diseñar estrategias ajustadas a su condición;
3. Aprovechar los recursos tecnológicos que facilitan la docencia;
4. Evaluar objetivamente la labor de sus alumnos;
5. Adaptar su comportamiento a los reglamentos de su escuela y del sistema educativo.

El período probatorio de un Instructor a Prueba será de dos (2) años. Al cabo de éstos, el Secretario certificará su permanencia siguiendo el procedimiento que establece el Artículo 7.03 de esta Ley y, cumplidos los requisitos del Artículo 3.03 de la misma, se le reconocerá el rango de Maestro Auxiliar. Los Instructores a Prueba con certificados regulares de maestro tendrán derecho a que se les acredite, a efectos del período probatorio, el tiempo que hubiesen trabajado con nombramientos transitorios en posiciones de su categoría.

Los Instructores a Prueba que no demuestren dominar las destrezas básicas para ejercer el magisterio no les será renovado su contrato al terminar el período probatorio. Podrán ser dados de baja antes de concluir el mismo si las evaluaciones de su desempeño revelan deficiencias graves que no se puedan subsanar con estudios, tutorías y práctica docente.

El salario básico de los Instructores a Prueba será el que dispongan las escalas de sueldo vigentes a la fecha del nombramiento que expida el Secretario.

Los rangos establecen funciones del maestro y del maestro bibliotecario en contacto directo con el estudiante y establecen status en la jerarquía magisterial.

Los rangos magisteriales tendrán las siguientes denominaciones:
1.    Maestro Auxiliar
2.    Maestro Asociado
3.    Maestro

Se dispone que estos rangos aplicarán a los profesionales que ejercen como maestros, maestros bibliotecarios, en el Sistema de Educación Pública.

El Rango de Maestro Auxiliar se le reconocerá al Instructor a Prueba que en un término de dos (2) años demuestre que domina la materia de su especialidad, que posee las destrezas profesionales requeridas por el Artículo 2.01 de esta Ley, haya sido consistentemente evaluado favorablemente y que logre alcanzar la permanencia en el Sistema de Educación Pública conforme a la Ley Núm. 312 de 15 de mayo de 1938, según enmendada. Dicho reconocimiento será efectivo en la fecha en que el Instructor a Prueba radique y se apruebe su Plan de Mejoramiento Profesional.

3

El Rango de Maestro Asociado se conferirá a Maestros Auxiliares que posean Maestrías (Master) o que, hubiesen aprobado no menos de cuarenta y cinco (45) créditos académicos, en áreas de estudio relacionadas con las especialidades o categorías en que se desempeñen; que tuviesen, además, no menos de doscientas (200) horas de contacto acreditadas en actividades de educación continua desde que se les reconoció el rango de Maestro Auxiliar; y que consistentemente hubiesen obtenido evaluaciones meritorias de su desempeño docente. El reconocimiento del rango será efectivo en la fecha en que el maestro radique evidencia de haber completado debidamente su Plan de Mejoramiento Profesional y la misma haya sido aprobada por las autoridades pertinentes.

El Rango de Maestro se conferirá a Maestros Asociados con grados de Doctor en áreas de estudio relacionadas con las especialidades o las categorías en que se desempeñan; con no menos de doscientas (200) horas de participación acreditadas en actividades de educación continua desde que se les reconoció el rango que ostentan; que hubiesen impartido no menos de cien (100) horas de adiestramientos al personal docente de las escuelas en que laboran o de otras escuelas del Sistema; y que consistentemente hubiesen obtenido evaluaciones satisfactorias de su desempeño docente. También se conferirá el Rango de Maestro al Maestro Asociado que posea Maestría y esté realizando estudios postgraduados conducentes a obtener un grado superior en educación, habiendo aprobado noventa (90) créditos al momento de radicar la solicitud, con no menos de trescientas (300) horas de participación acreditadas en actividades de educación continua desde que se le reconoció el rango que ostenta, que hubiesen impartido no menos de cien (100) horas de adiestramientos al personal docente de las escuelas en que laboran o de otras escuelas del Sistema; que hubiesen dedicado no menos de cien (100) horas al desarrollo de un proyecto especial en beneficio del Sistema de Educación Pública y que consistentemente hubiesen obtenido evaluaciones meritorias de su desempeño docente. El reconocimiento de rango será efectivo en la fecha en que el Maestro Asociado radique evidencia de haber completado debidamente y la misma haya sido aprobada por las autoridades pertinentes su Plan de Mejoramiento Profesional. El Secretario podrá asignarle funciones y hacerle encomiendas especiales a los Maestros en provecho del Sistema de Educación Pública.

Las horas de participación en programas de educación continua podrán sustituirse con créditos académicos en cursos de Pedagogía y en disciplinas relacionadas con la especialidad del maestro. A tal propósito, catorce (14) horas de participación en programas de educación continua equivaldrán a un (1) crédito académico. Los estudios formales, sin embargo, no se podrán sustituir por experiencias en programas de educación continua.

En los procedimientos relacionados con ascensos en rango no se podrá dispensar ni se podrá obviar ninguno de los requisitos establecidos en este Capítulo.

Los salarios de los miembros de la Carrera Magisterial se establecerán con arreglo a las siguientes fórmulas:

4

1.    El salario del Maestro Auxiliar será el que tenga en el momento en que adquiera dicho rango más un siete (7) por ciento calculado sobre la base del salario básico del Instructor a Prueba.

2.    El salario del Maestro Asociado será el que tenga en el momento en que adquiera dicho rango más un veinticinco (25) por ciento calculado sobre la base del salario básico del Instructor a Prueba.

3.    El salario básico del Maestro será el que tenga en el momento en que adquiera dicho rango más un cuarenta (40) por ciento calculado sobre la base del salario básico del Instructor a Prueba.

A propósito de estimular el cumplimiento con los Planes de Mejoramiento Profesional, el Secretario autorizará revisiones de salario como incentivo para la conclusión de cada etapa de los mismos.

A tal efecto, un maestro podrá recibir ajustes de salarios durante la vigencia de su Plan de Mejoramiento Profesional, pudiendo recibir el importe consolidado correspondiente a más de una etapa si concluyese éstas en un mismo año o si las reclamase a la vez. Cada uno de los ajustes por etapa equivaldrá, en el caso de un Maestro Auxiliar, a un cinco (5) por ciento del salario básico correspondiente a la categoría de Instructor a Prueba. En el caso del Maestro Asociado y del Maestro los ajustes por etapa equivaldrán a un ocho (8) por ciento del salario básico correspondiente a la categoría de Instructor a Prueba.

El procedimiento relacionado con revisiones de salario al amparo del Artículo anterior será el siguiente:

1. Los miembros de la Carrera Magisterial solicitarán la revisión de sus salarios en la fecha que el Secretario señale en el Reglamento de la Carrera Magisterial que emita al efecto. La solicitud deberá acompañarse con una copia certificada del Plan de Mejoramiento Profesional, el cual será expedido por el Director de su escuela, así como con documentos fehacientes que acrediten que el solicitante ha concluido satisfactoriamente la etapa del Plan en que basa su reclamo. Las solicitudes de revisión se radicarán en la oficina del Director.

2. El Director se constituirá en un Comité de Evaluación conjuntamente con un representante del Consejo Escolar y con un facilitador regional para la materia particular. Este Comité analizará las solicitudes sin entrar en consideraciones no relacionadas con el contenido de los Planes de Mejoramiento Profesional de los solicitantes. Concluido el análisis, someterán todos los expedientes al Secretario junto con un Informe con sus recomendaciones indicando si el candidato está o no está cualificado. Los Directores informarán sobre tal determinación a los solicitantes.

3. El Secretario revisará los informes de los Directores y el Comité y tomará las determinaciones que procedan de acuerdo con la Ley. La determinación del Secretario se le informará a los solicitantes mediante el procedimiento que establezca el Reglamento de la Carrera Magisterial.

4. Las determinaciones del Secretario serán apelables ante la Junta de Apelaciones del Sistema de Educación Pública, creada por la Ley Núm. 115 de 30 de junio de 1965, según enmendada.

El Secretario podrá autorizar la entrada a la Carrera Magisterial a toda persona que cumpla con los requisitos del Capítulo III de esta Ley; disponiéndose que las personas así nombradas entrarán al

Sistema en el rango que le corresponda, de acuerdo a su preparación, experiencia, horas contacto en actividades de educación continua.

Los ascensos en rango constituyen reconocimientos al esfuerzo consecuente de los miembros de la Carrera Magisterial que cumplen con su Plan de Mejoramiento Profesional. Ningún funcionario, Consejo, o Comité del Departamento o de una escuela podrá negarse a reconocer el rango que hubiese alcanzado un miembro de la Carrera Magisterial al concluir su Plan de Mejoramiento Profesional si su desempeño docente hubiese obtenido evaluaciones satisfactorias consistentemente.

El reconocimiento de rangos en la Carrera Magisterial constituye una facultad indelegable del Secretario.

Tendrán derecho a ascenso en rango los miembros de la Carrera Magisterial que demuestren, mediante la presentación de documentos fehacientes, que:
1. Han concluido satisfactoriamente sus Planes de Mejoramiento Profesional;
2. Han obtenido evaluaciones satisfactorias, de manera consistente, de su desempeño docente en donde se demuestra que poseen las destrezas profesionales enumeradas en el Artículo 2.01 de esta Ley.
Los años de servicio por sí solos no cualifican a ningún miembro de la Carrera Magisterial para ascenso en rango.

El procedimiento relacionado con el ascenso en rango al amparo del artículo anterior será el siguiente:
1.     Los miembros de la Carrera Magisterial solicitarán el ascenso en rango en la fecha que el Secretario señale en el Reglamento de la Carrera Magisterial. La solicitud deberá acompañarse con una copia certificada del Plan de Mejoramiento Profesional, y con documentos fehacientes que acrediten que el solicitante ha concluido el mismo satisfactoriamente. Las solicitudes de reconocimiento de rango se radicarán en la oficina del Director.
2.     Los Directores y el Comité analizarán las solicitudes sin entrar en consideraciones no relacionadas con lo dispuesto en el Artículo 4.03 de esta Ley. Concluido el análisis, someterán todos los expedientes al Secretario junto con un Informe con sus recomendaciones indicando si el candidato está o no está cualificado para el rango cuyo reconocimiento solicita. Los Directores informarán a los solicitantes sobre las recomendaciones que en cada caso se someterán al Secretario.
3.     El Secretario revisará los Informes de los Directores y el Comité y tomará las determinaciones que procedan de acuerdo con la Ley. La determinación del Secretario se le informará a los solicitantes mediante el procedimiento que establezca el Reglamento de la Carrera Magisterial.
4.     Las determinaciones finales del Secretario serán apelables ante la Junta de Apelaciones del Sistema de Educación Pública, creada por la Ley Núm. 115 de 30 de junio de 1965, según enmendada.

Los Planes de Mejoramiento Profesional son programas de acción de cinco (5) años diseñados por los miembros de la Carrera Magisterial con el fin de dirigir sus esfuerzos a los objetivos que ellos mismos se han propuesto.

Los planes combinarán los siguientes elementos:
1. Estudios formales con crédito académico en instituciones universitarias reconocidas por el Consejo de Educación Superior en áreas de la Pedagogía y en materias relacionadas con la especialidad del maestro;
2. Horas de participación en actividades de educación continua organizadas por el Departamento, aprobadas por éste o por el Comité de Evaluación Continua;
3. Práctica docente en el área de su especialidad, y;
4. Actividades académicas y no académicas, de valor para la escuela, los estudiantes y la comunidad, como el desarrollo de proyectos de investigación, la organización de actividades estudiantiles, la prestación de servicios de orientación a los alumnos y a sus padres, el ofrecimiento de adiestramientos al personal docente de la escuela y la atención de estudiantes con problemas de rezago o de estudiantes de alto rendimiento académico.

A la fecha de su ingreso a la Carrera Magisterial, lo mismo que al alcanzar un nuevo rango, el miembro de la Carrera Magisterial preparará, en coordinación con el Director de su escuela, un Plan de Mejoramiento Profesional con el fin de capacitarse para el siguiente rango.

Los planes se dividirán en cinco etapas. Para cada etapa, el maestro precisará las metas y los objetivos específicos que se propone alcanzar en relación con la
aprobación de créditos académicos en instituciones universitarias, horas de participación en cursillos y programas de educación continua y la organización de actividades como las que valida el Artículo 5.02 de esta Ley.

Los planes se radicarán en la oficina del Director, que será su custodio, y tendrán el carácter de documentos confidenciales mientras los maestros no inicien el proceso correspondiente al reconocimiento de rango pautado en el Capítulo IV, o reclamen revisiones de su sueldo al amparo del Artículo 3.09 de esta Ley.

Los maestros, en coordinación con los Directores, podrán enmendar sus Planes de Mejoramiento Profesional. También podrán anejarles documentos o escritos que les sean pertinentes en cualquier momento que lo estimen necesario.

7

El desarrollo de los Planes de Mejoramiento Profesional será de la exclusiva responsabilidad de los miembros de la Carrera Magisterial. No obstante, los Directores harán los ajustes administrativos necesarios para facilitar su cumplimiento sin restarle horas de atención a los estudiantes.

No serán elegibles para ascenso en rango ni para revisión de salarios, los miembros de la Carrera Magisterial que no hubiesen cumplido con su Plan de Mejoramiento Profesional.

Los programas de educación continua consistirán de cursos, seminarios, conferencias, talleres y actividades educativas con crédito académico u horas contacto. Serán impartidos o aprobados por el Departamento y darán la oportunidad de examinar temas y problemas de la educación o de desarrollar y perfeccionar destrezas profesionales para la práctica docente.

El Departamento planificará, organizará e impartirá, directamente o a través de universidades u otras instituciones educativas, programas de educación continua dirigidos a satisfacer necesidades del Sistema de Educación Pública. La estructuración de estos programas se hará en estrecha colaboración con los componentes del Sistema.

El Secretario cuidará que los programas de educación continua:
1.. Respondan a las necesidades de las escuelas y sus componentes.

2. Se programen en días y horas convenientes.

3. Se celebren en lugares accesibles.

4. Se anuncien con tiempo suficiente.

Cada escuela del Sistema de Educación Pública tendrá un Comité de Educación Continua. El Comité consistirá de dos (2) miembros de la Carrera Magisterial designados por el Director, quien será su Presidente.

El Comité de Educación Continua de la escuela realizará las siguientes funciones:
1. Identificará las necesidades específicas de la escuela en lo referente a adiestramientos de corta duración.
2. Colaborará en la divulgación y promoción de las actividades de educación continua en su escuela.

3. Organizará conferencias y actividades profesionales para analizar temas tratados en los programas de educación continua.

8'

Los informes semestrales de los Comités al Secretario constituirán la base para formular los Programas de Educación Continua. Dichos informes se someterán en la fecha que indique el Secretario.

El Secretario promoverá el ofrecimiento de programas de estudio post graduados por las universidades a propósito de satisfacer las necesidades del Sistema de Educación Pública y, en particular, las de los miembros de la Carrera Magisterial. Promoverá también la organización de actividades de desarrollo profesional del magisterio y gestionará el establecimiento de sistemas de convalidación de créditos por horas de participación en programas de educación continua impartidos por las universidades.

Los Planes de Mejoramiento Profesional constituirán esfuerzos sistemáticos para renovar y desarrollar las destrezas de los miembros de la Carrera Magisterial. A ese fin, el Departamento proveerá tiempo en el calendario escolar para que cada maestro desarrolle el propio.

Todo maestro obtendrá, de ser necesario, autorización para asistir a actividades de educación continua ofrecidas por organizaciones profesionales u otras entidades. En todo caso deberá ser notificado al Comité de Educación Continua a fin de asegurar que le sean acreditadas las horas correspondientes.

El sistema de evaluación de maestros se establecerá con el fin de alentar el desarrollo de aptitudes y destrezas profesionales con arreglo a lo previsto en esta Ley.

La evaluación del desempeño docente de los Instructores a Prueba constituye una responsabilidad del Comité de Evaluación de cada escuela, conforme lo establece la Ley Orgánica del Departamento de Educación.

El proceso de evaluación de los Instructores a Prueba se limitará estrictamente a comprobar que tienen las destrezas profesionales para la docencia enumeradas en el Artículo 2.01 de esta Ley y a demostrar cómo se ha reflejado su labor en el desempeño académico de sus estudiantes.

El Comité de Evaluación realizará sus evaluaciones a través de los procedimientos que establezca el Secretario. Entre esos procedimientos se incluirán visitas a las salas de clases y reuniones periódicas con los Instructores bajo evaluación.

El Comité de Evaluación preparará informes con observaciones y recomendaciones después de cada actividad de evaluación. Los mismos se mantendrán en los expedientes personales de los Instructores a Prueba y se analizarán con éstos antes de archivarse.

El Comité de Evaluación preparará un Informe Anual para el Secretario sobre el desempeño de los Instructores a Prueba de su escuela con recomendaciones sobre la renovación o cancelación de contratos, lo mismo que sobre la certificación o la denegación de permanencias. La decisión final que el Secretario tome a esos efectos será apelable ante la Junta de Apelaciones del Sistema de Educación Pública, creada por la Ley Núm. 115 de 30 de junio de 1965, según enmendada.

El Comité de Evaluación podrá recomendar, en cualquier momento, la terminación del contrato de un Instructor a Prueba que en su desempeño demuestre deficiencias que no pueda subsanar con cursos de mejoramiento profesional, con tutorías, o con experiencias en la sala de clases.

El Secretario establecerá, en el Reglamento de la Carrera Magisterial, los procedimientos para evaluar los miembros de la misma. Dicha labor se realizará mediante el análisis de los Planes de Mejoramiento Profesional, de entrevistas periódicas con los evaluados, de visitas a sus salas de clase y el análisis del desempeño académico de sus estudiantes. A través de su labor docente, los maestros deben demostrar que poseen las destrezas profesionales que enumera el Artículo 2.01 de esta Ley. Podrán apelar de las evaluaciones de sus Directores ante la Junta de Apelaciones del Sistema de Educación Pública creada por la Ley Núm. 115 de 16 de junio de 1965.

A los efectos de esta Ley, los términos que se definen a continuación tendrán el        significado que se indica.

1.        Carrera Magisterial-Sistema de normas para promover el mejoramiento profesional del maestro de salón de clases y del maestro bibliotecario, a través de estudios formales, actividades profesionales, práctica docente y rangos que definen funciones, jerarquías y niveles de salario en el Sistema de Educación Pública.

2. Departamento- El Departamento de Educación de Puerto Rico.

3. Director- El Director de Escuela.

4. Docencia- El proceso de enseñanza.

5. Educación Continua- Conjunto de actividades educativas, con crédito académico u horas contacto.

6.        Estudios formales- Estudios universitarios conducentes a un grado académico.

7.        Evaluación- Proceso para ponderar el conocimiento adquirido, las capacidades y destrezas profesionales de los docentes, e Instructores a Prueba

8.        Instructor a Prueba- Instructor que ocupa una plaza transitoria o regular en el sistema con status probatorio.

9.        Maestro-Se refiere al Maestro del salón de clase y al Maestro en función de bibliotecario.

10.        Mejoramiento Profesional- El desarrollo y perfeccionamiento de las destrezas docentes por medio del estudio formal, la práctica docente y experiencias en programas de educación continua.

11.     Plan de Mejoramiento Profesional o Plan- Programa de cinco (5) años formulado con el fin de ampliar su conocimiento y promover el desarrollo de destrezas profesionales a través de estudios formales, de programas de educación continua y de práctica docente.

12.     Rango- Lugar que ocupa un docente en la jerarquía de su escuela y en su profesión.

13.     Reconocimiento de Rango- Proceso mediante el cual se reconoce que un docente ha cumplido su Plan de Mejoramiento Profesional y ha alcanzado un nuevo rango en la Carrera Magisterial.

14.     Secretario- El Secretario de Educación.

15.     Sistema- El Sistema de Educación Pública de Puerto Rico.

Los docentes que estuviesen laborando en el Sistema de Educación Pública a la fecha de vigencia de esta Ley podrán reclamar, dentro del año siguiente, el rango magisterial que les corresponda según las normas que este Artículo establece con carácter provisional. A ese efecto se le reconocerá el rango de:

1.     Maestro- A docentes con permanencia y con no menos de quince (15) años de práctica docente en el Sistema de Educación Pública, que tengan un grado de Doctor otorgado por una institución de educación superior acreditada por el Consejo de Educación Superior.

2.     Maestro Asociado- A docentes con permanencia y con no menos de ocho (8) años de práctica docente en el Sistema de Educación Pública y que tengan un grado de Maestría otorgado por una institución de educación superior reconocida por el Consejo de Educación Superior, lo mismo que a docentes con grados de Maestría y no menos de trece (13) años de práctica docente en el Sistema de Educación Pública.

3.     Maestro Auxiliar- A docentes con permanencia en el Sistema de Educación Pública, con no menos de dos (2) años de práctica docente.

Ninguna disposición de esta Ley modifica, revoca, altera o invalida derechos adquiridos por el personal docente del Departamento de Educación Pública.

Las normas administrativas y reglamentarias en vigor, que no sean incompatibles con las disposiciones de esta Ley continuarán vigentes hasta que sean derogadas enmendadas.

Las disposiciones de la Ley Núm. 34 de 13 de junio de 1966, según enmendada, no serán de aplicación a los miembros de la Carrera Magisterial.

Si cualquier parte de esta Ley fuese declarada inconstitucional por un Tribunal competente las demás disposiciones quedarán en vigor y efecto.

A partir del año fiscal 2000-01 los fondos para implantar esta Ley se consignarán anualmente en el Presupuesto de Gastos correspondientes al Departamento de Educación.

Esta Ley comenzará a regir inmediatamente después de su aprobación, con excepción de las disposiciones relacionadas con aumento de salario en los rangos correspondientes las cuales entrarán en vigor a partir del 1ro. de julio de 2000.

ALWAYS UNDER
CONSTRUCTION

La información, las imágenes, gráficas u otro contenido en todos los documentos preparados por Lexjuris son propiedad de Lexjuris. Otros documentos disponibles en nuestras conecciones son propiedad de sus respectivos dueños. Derechos Reservados. Copyright (c) 1997 LexJuris de Puerto Rico y Publicaciones CD.

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| Grupo de Pago: | SM -Quincenal |
| Desde: | 06/16/2019 |
| Hasta: | 06/30/2019 |

| Business Unit: PUERT | |
| Aviso #: | 1975601 |
| Fecha Aviso: | 06/28/2019 |

**MARY L CHAMORRO OSTOLAZA**
URB SAN ANTONIO
2336 CALLE DANIELA
PONCE PR 00728-1706
SS: XXX-XX-1454

| # Empleado: | XXXXX |
| Dept: | 592230-Anos y Servicios Ley160/2013 |
| Lugar: | Anos y Servicios Ley160/2013 |
| Titulo: | Pensionado |
| Sueldo: | $2,374.91 Monthly |

| DATA IMP: | Federal | PR |
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,187.46 | 967.50 | 14,249.52 |
| Total: | | | 1,187.46 | 967.50 | 14,249.52 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 48.70 | 584.40 |
| SM-Asoc Maestros de PR | 120.00 | 1,344.00 |
| CO-COOP MAESTRO PR | 204.26 | 2,451.12 |
| AS-ASOC MAESTROS DE P.R. | 8.50 | 102.00 |
| Ahorros-AEELA | 35.62 | 427.44 |
| RM-Prest Pers De Cuota-Ret Mae | 0.00 | 1,586.20 |
| Total: | 417.08 | 6,495.16 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| * Tributable | | |

### TOTAL BRUTO

| | |
|---|---|
| Corriente: | 1,187.46 |
| Acumulado: | 14,249.52 |

### TOTAL IMPUESTOS

| | |
|---|---|
| | 0.00 |
| | 0.00 |

### DEDUCCIONES TOTALES / PAGA NETA

| | | |
|---|---|---|
| | 417.08 | 770.38 |
| | 6,495.16 | 7,754.36 |

### PTO HORAS / ACUM

| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| Aviso #1975601 | 770.38 |
| Total: | 770.38 |

MENSAJE:

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

**Fecha**
06/28/2019

**Aviso No.**
1975601

Cant. Deposito:  $770.38

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | $770.38 |
| Total: | | $770.38 |

TRAY 98 SQ 24261**************SCH 5-DIGIT 00730      24261 2 AV 0.383
MARY L CHAMORRO OSTOLAZA
URB SAN ANTONIO
2336 CALLE DANIELA
PONCE PR 00728-1706

## NO-NEGOCIABLE

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 09/16/2017 |
| Hasta: | 09/30/2017 |

| | |
|---|---|
| Business Unit: PUERT | |
| Aviso #: | 0462673 |
| Fecha Aviso: | 09/29/2017 |

**MARY L CHAMORRO OSTOLAZA**
URB SAN ANTONIO
2336 CALLE DANIELA
PONCE PR 00728-1706
SS: XXX-XX-1454

| | |
|---|---|
| # Empleado: | XXXXX |
| Dept: | 592230-Anos y Servicios Ley160/2013 |
| Lugar: | Anos y Servicios Ley160/2013 |
| Titulo: | Pensionado |
| Sueldo: | $1,662.62 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. Adel.: | | |
| Cant. Adel.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | 831.31 | 1,462.50 | | 14,963.58 |
| **Total:** | | 831.31 | 1,462.50 | | 14,963.58 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 158.82 | 2,858.76 |
| AE-Asoc Emp ELA-Prest Regular | 24.59 | 424.26 |
| SM-Asoc Maestros de PR | 297.50 | 5,355.00 |
| CO-COOP MAESTRO PR | 204.26 | 3,676.68 |
| Ahorros-AEELA | 24.94 | 448.92 |
| **Total:** | 710.11 | 12,763.62 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| | | |

\* Tributable

### TOTAL BRUTO

| | |
|---|---|
| Corriente: | 831.31 |
| Acumulado: | 14,963.58 |

### TOTAL IMPUESTOS

| | |
|---|---|
| | 0.00 |
| | 0.00 |

### DEDUCCIONES TOTALES / PAGA NETA

| DEDUCCIONES TOTALES | PAGA NETA |
|---|---|
| 710.11 | 121.20 |
| 12,763.62 | 2,199.96 |

### PTO HORAS

| | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| – Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| – Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #0462673 | 121.20 |
| Total: | 121.20 |

MENSAJE:

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

**Fecha**
09/29/2017

**Aviso No.**
0462673

Cant. Deposito:   $121.20



3602

TRAY 105 SQ 23474**************SCH 5-DIGIT 00730   23474 2 AV 0.373
MARY L CHAMORRO OSTOLAZA
URB SAN ANTONIO
2336 CALLE DANIELA
PONCE PR 00728-1706

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | $121.20 |
| | | |
| **Total:** | | $121.20 |

NO-NEGOCIABLE

**Estado Libre Asociado de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | | |
|---|---|---|
| Grupo de Pago: | SM -Quincenal | Business Unit: PUERT |
| Desde: | 11/16/2016 | Aviso #: 4514341 |
| Hasta: | 11/30/2016 | Fecha Aviso: 11/30/2016 |

**MARY L CHAMORRO OSTOLAZA**
URB SAN ANTONIO
2336 CALLE DANIELA
PONCE PR 00728-1706
SS: XXX-XX-1454

| | |
|---|---|
| # Empleado: XXXXX | |
| Dept: | 592230-Anos y Servicios Ley160/2013 |
| Lugar: | Anos y Servicios Ley160/2013 |
| Titulo: | Pensionado |
| Sueldo: | $1,662.62 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | 831.31 | 1,477.50 | 14,963.58 | |
| Pago Retro Pensionados | | 0.00 | | 2,681.65 | |
| **Total:** | | **831.31** | **1,477.50** | **17,645.23** | |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | **0.00** | **0.00** |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | **0.00** | **0.00** |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 158.82 | 3,494.04 |
| AE-Asoc Emp ELA-Prest Regular | 20.00 | 40.00 |
| SM-Asoc Maestros de PR | 216.00 | 4,366.00 |
| CO-COOP MAESTRO PR | 204.26 | 2,696.62 |
| Ahorros-AEELA | 24.94 | 249.40 |
| AE-Seguro por Muerte Asoc ELA | 0.00 | 9.56 |
| **Total:** | **624.02** | **10,855.62** |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-Asoc Maestros de PR | 0.00 | 0.00 |

* Tributable

### TOTAL BRUTO

| | |
|---|---|
| Corriente: | 831.31 |
| Acumulado: | 17,645.23 |

### TOTAL IMPUESTOS

| | |
|---|---|
| | 0.00 |
| | 0.00 |

### DEDUCCIONES TOTALES

| | |
|---|---|
| | 624.02 |
| | 10,855.62 |

### PAGA NETA

| | |
|---|---|
| | 207.29 |
| | 6,789.61 |

### SEC. HORAS

| | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #4514341 | 207.29 |
| Total: | 207.29 |

MENSAJE:

**Estado Libre Asociado de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

**Fecha**
11/30/2016

**Aviso No.**
4514341

Cant. Deposito:    $207.29

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | $207.29 |
| **Total:** | | **$207.29** |

TRAY 106 SQ 23411**********************SCH 5-DIGIT 00730    23411 2 AV 0.373
MARY L CHAMORRO OSTOLAZA
URB SAN ANTONIO
2336 CALLE DANIELA
PONCE PR 00728-1706

**NO-NEGOCIABLE**

# DEPT DE EDUCACION-MAESTROS

**NO-NEGOCIABLE**