CHAMORRO OSTOLAZA, MARY
URB. SAN ANTONIO
2336 CALLE DANIELA
PONCE PR 00728



U.S. POSTAGE PAID
FCM LG ENV
PONCE, PR
00717
MAR 06, 20
AMOUNT
$9.60
R2303S102886-05

RECEIVED & FILED
2020 MAR 10 PM 4:55
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaría (*Clerk's Office*)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767



CERTIFIED MAIL

7019 2970 0002 2161 6678