Ileona Ostavio Cortes
PO Box 1394
Salinas, PR 0075



Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, PR. ~~00918-1767~~
00918-1767