TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

| En el asunto de: | PROMESA, TITULO III |
|---|---|
| JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO | Núm. 17 BK, 03283 - LTS |
| Como representante de | DEUDOR (ESTADO LIBRE ASOCIADO DE PUERTO RICO) (THE COMMMONWEALTH OF PUERTO RICO) |
| ESTADO LIBRE ASOCIADO DE PUERTO RICO Y OTROS, Deudores | La presente radicación guarda relación con el ELA, la HTA, el SR Y el ERS |

Re: **OBJECIÓN GLOBAL** A LA CENTÉSIMA TRIGÉSIMA PRIMERA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO,
DE: EL ESTADO LIBRE ASOCIADO DE PUERTO RICO (ELA)
DE: SISTEMA DE RETIRO DE LOS EMPLEADOS PÚBLICOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO (SER), AL RECLAMO DEFICIENTES EN LO QUE SE ALEGA INTERESES SOBRE LA BASE DE LAS REIVINDICACIONES SALARIALES, LABORALES O POR SERVICIOS PRESTADOS.

RESUME DE JUSTIFICACIÓN Y EVIDENCIA:

RESUME DE JUSTIFICACIÓN Y EVIDENCIA PARA LA RECLAMACIÓN AL ESTADO LIBRE ASOCIADO DE PUERTO RICO (THE COMMMONWEALTH OF PUERTO RICO):

NÚM. RECLAMACIÓN 155866

> QUE PARA EL 12 DE JULIO DE 1979, EL GOBERNADOR, LIC. CARLOS ROMERO BARCELO FIRMO UNA LEY, LA LEY 89, QUE SE CONOCE COMO EL "ROMERAZO", PARA AUMENTAR EL SUELDO AL PERSONAL DOCENTE DE $100.00 MENSUALES Y ADEMÁS $50.00 EN EL 1985 AL 1993 LOS CUALES NO SE DIO O ADJUDICO A DICHO PERSONAL MENSUALMENTE.TAMPOCO FUE REFLEJADO EN MI SUELDO. ES POR ESO ES QUE RECLAMO ESTE AUMENTO. LO CUAL ESTIMO SON $30,000.00 DE LOS $100.00 QUE POR 25 AÑOS NO ME HAN PAGADO EN MI SUELDO MENSUAL, MAS TARDE EL GOBERNADO LCD. ROMERO BARCELO DIO OTRO AUMENTO DE $50.00, DESDE EL 1985 AL 1993 QUE EMPEZARON A PAGAR DICHOS AUMENTOS, TAMPOCO SE REFLEJARON EN MI SUELDO. ESTO ES UN MONTO DE $15,00O.00. ESTO ES <u>UN TOTAL DE $45,000.00 AL AÑO ENTRANTE</u>.

- QUE PARA EL 1999, SE FIRMÓ LA LEY 158, (1999), LEY DE LA CARRERA MAGISTERIAL DEL DEPARTAMENTO DE EDUCACIÓN DE PUERTO RICO, BAJO LA GOBERNACIÓN E INCUMBENCIA DEL DR. PEDRO ROSELLO GONZÁLEZ Y COMO SECRETARIO, DR. VICTOR FAJARDO. CON ESTA LEY LE DIERON UN AUMENTO A TODOS EL PERSONAL DOCENTE QUE SOLICITÓ PERTENECER A LA CARRERA MAGISTERIAL CON BA, MA Y PH. De, LA CANTIDAD DE $149.00 Y LUEGO $375.00 MENSUALES, PARA UN TOTAL DE $524.00 MENSUALES, CUANDO ENTREGABAN LA CERTIFICACION DE LOS GRADOS DE MAESTRIA. REALICÉ TODAS LAS PETICIONES Y SOLO ME DIERON UN AUMENTO DE $105.00. RECLAMÉ LOS RESTANTES DEL AUMENTO Y NUNCA ME LOS DIERON, REALICÉ VARIAS VISITAS A LAS OFICINAS DE RENUMERACION DE SALARIOS Y RECLAMACIONES DEL DEPARTAMENTO DE EDUCACION DE PUERTO RICO Y ME DECÍAN QUE ESTABAN REALIZANDO EVALUACIONES DE MI SUELDO. NUNCA ME DIERON EL AUMENTO. ES POR ESTA RAZON QUE RECLAMO LOS AUMENTOS, DE LA LEY 158 DE 1999, LEY DE LA CARRERA MAGISTERIAL. MIS RECLAMOS CONSISTE DE LA CANTIDAD QUE ME ADEUDA EL DEPARTAMENTO DE EDUCACIÓN BAJO CON LA LEY 158, ES DE $64,800.00 DESDE 1999 A 2020 Y LA SUMA DE $35,760.00 DE LOS $149. 00, DE LA CARRERA MAGISTERIAL DESDE EL INICIOS QUE NUNCA ME PAGARON. HAY UN TOTAL DE $100,550.00 QUE QUEDAN A DEUDAR, A ESTA SERVIDORA, DE ESTOS AUMENTOS QUE NO ME PAGARON Y HAN PASADO 20 AÑOS. **PARA UN TOTAL DE $100,550.00.**
- QUE PARA EL 2 DE SEPTIEMBRE DE 1997, EL DR. PEDRO ROSELLO GONZÁLEZ, INCUMBENTE COMO GOBERNADOR, FIRMÓ LA LEY 109, PARA AUMENTAR EL SUELDO AL PERSONAL DOCENTE DE $125.00 MENSUALES, LOS CUALES NO SE DIO O ADJUDICO A MI SUELDO COMO EMPLEADO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO. ES POR ESO QUE SOLICITO ESTE AUMENTO. **LO CUAL ESTIMO SON $34,500.00**

PARA UN MONTO TOTAL DE $180,000.00.

DATOS DE CONTACTO:
NOMBRE: AIDA L. RAMOS LOZADA
NÚM. RECLAMACIÓN 155866
DIRECCIÓN: CALLE 3 D-19 URBANIZACIÓN BELINDA, ARROYO, PUERTO RICO 00714-2023

NÚM. DE TELÉFONO: (939) 335-2981
CORREO ELECTRÓNICO: aidaramoslozada@gmail.com

CON COPIA A:

SECRETARIA DE LA JUNTA:

- TRIBUNAL DEL DISTRITO DE LOS ESTADOS UNIDOS
  ROOM 150 CHARDON AVE.
  FEDERAL BUILDING
  SAN JUAN, PUERTO RICO 00918-1767

**ABOGADO DE LA JUNTA:**

- COUNSEL FOR THE OVERSIGHT BOARD
  PROSKAUER ROSE LLP
  ELEVEN TIMES SQUARE
  NEW YORK, 10036-8299

A/A: MARTINBIENENSTOCK
- BRIAN S. ROSEN

**ABOGADO DEL COMITE DE ACREEDORES**

- POUL HASTINGS LLP
  200 PARK AVENUE
  NEW YORK 10166

- A/A: LUC A. DESPINS
  JAMES BLISS
  JAMES WORTHINGTON
  G. ALEXANDER BONGARTZ