Ley Romeraso

## Notas "Romerazo"

Caso Tribunal Supremo Puerto Rico = Sistema Retiro para Maestros v. Dpto. De Educación CC-12-05

Ley 96-2002 (Sila Calderón)> Estableció el dinero en presupuesto para pagarlo. Al igual que con las anteriores, tampoco se implementó.

Fórmulas

- Ley 2007-2002 = **número de meses vinculados al servicio elegible (a partir de agosto de 2002) x 100**
    - La cantidad resultante es el derecho a compensación que se va a reclamar específicamente ante la JSF/ FOMB

- Entre 1985 y 1993 = **número de meses vinculados al servicio elegible (a partir de agosto de 1985) x 50**
    - La cantidad resultante es el derecho a compensación que se va a reclamar específicamente ante la JSF/ FOMB



# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

**ATT: LEY PROMESA**

18 de febrero de 2020

# C E R T I F I C A C I O N

| | | |
|---|---|---|
| Certifico que | : | AIDA L. RAMOS LOZADA |
| Seguro Social | : | |
| Categoría | : | DIRECTOR ESCOLAR III (K-12) |
| Distrito Escolar | : | GUAYAMA |
| Sueldo Mensual | : | $3,688.34 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | Desde el 20 de enero de 1995 hasta el presente. |
| Cesó | : | N/A |
| Renunció | : | N/A |
| Otros | : | Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de (23) años, (6) meses, (2) semanas y (3) días. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

FORM. 409 Rev. 99



Pagarle ___ días por vacaciones regulares.

Descontarle ___ días por ausencias

### DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos

## Informe de Cambio – Personal Docente

| | | ANTES DEL CAMBIO | DESPUÉS DEL CAMBIO |
|---|---|---|---|
| 1 | Nombre del Empleado | AIDA L. RAMOS LOZADA | |
| 2 | Número de Seguro Social | | |
| 3 | Lugar y Fecha de Nacimiento | GUAYAMA   02/12/1952 | |
| 4 | Sexo | F | |
| 5 | Estado Civil | | |
| 6 | Preparación Académica | MA | |
| 7 | Experiencia | | |
| 8 | *Status* Empleado (Contrato) | PERMANENTE | PERMANENTE |
| 9 | Sueldo Bruto | | |
| 10 | Número del Puesto | | |
| 11 | Categoría del Puesto | DIRECTOR ESCOLAR III (K-12) | DIRECTOR ESCOLAR III (K-12) |
| 12 | Nivel del Puesto (Directivo) | | |
| 13 | Fondo | ESTATAL | ESTATAL |
| 14 | Cifra de Cuenta | | |
| 15 | Fecha de Efectividad | | |
| 16 | Acción y Duración | | 2 DE JULIO DE 2018 |
| 17 | Causa del Cese | | REUBICACION PUESTO E INCUMBENTE |
| 18 | Último día de Trabajo | | |
| 19 | Último día de Pago | | |
| 20 | Programa Escolar, nivel y grado | | |
| 21 | Turno en Registro | | |
| 22 | Distrito Escolar | GUAYAMA | GUAYAMA |
| 23 | Escuela | WASHINGTON II | WASHINGTON I |
| 24 | Dirección Postal y Residencial | | 25  Teléfono Residencial |

26   Observaciones:

**CONSOLIDACION**

27   En caso de cambio de *status* a probatorio o permanente, traslado, reasignación permanente o descenso.

_____ Firma del empleado _____   27/06/18
Fecha

28.   Recomendado

_____ Director Regional _____   27/Junio/2018
Fecha

29   Deseo: ___ Acogerme    ___ No Acogerme
Al descuento del 3% de mi sueldo mensual para el Fondo de Ahorro y Préstamo de la Asociación de Empleados de E.L.A. de P.R. en liso en caso de cambio de contrato a probatorio o permanente.

_____ Firma del empleado _____   Fecha

30   Recomendado

_____ Director de Escuela _____   Fecha

31.   Aprobado por: El Secretario de Educación o su Representante.

_____ Firma _____   Fecha

¹ Si el nombramiento es con *status* transitorio provisional el mismo constituye un **CERTIFICADO PROVISIONAL DE MAESTRO**