De: Aida L. Ramos Loza
Calle 3 D-19
Urb. Belinda
Arroyo, P.R 00714-2023



7017 1450 0001 0633 6307





U.S. POSTAGE PAID
FCM LG ENV
SAN JUAN, PR
00918
FEB 18, 20
AMOUNT
$7.80
R2305M146813-07

**SECRETARIA DE LA JUNTA:**

**TRIBUNAL DEL DISTRITO DE LOS ESTADOS UNIDOS**
**ROOM 150 CHARDON AVE.**
**FEDERAL BUILDING**
**SAN JUAN, PUERTO RICO 00918-1767**

RECEIVED & FILED
2020 FEB 19 PM 4:40
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

AIDA L. RAMOS LOZADA
CALLE 3 D-19 URB. BELINDA
ARROYO, PR 00714-2023



CERTIFIED MAIL

7019 1640 0002 1434 7584





U.S. POSTAGE PAID
FCM LG ENV
GUAYAMA, PR
00784
MAR 05, 20
AMOUNT
$7.80
R2303S101103-04

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
ROOM 150 FEDERAL BLDG
SAN JUAN PR 00918-1767