MARIA ANGELICA RIOS
gelica52@yahoo.com
787-218-8513
Po Box 1747 Canóvanas PR, 00729

RECEIVED & FILED
2020 MAR 10 PM 5: 06
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan PR 00918-1767

JUNTA DE SUPERVISIPN Y ADMINISTRACION
FINANCIERA PARA PUERTO RICO
PROMESA
Título III
17 BK 3283-LTS

RE: Ríos Jiménez María Angélica
#150448

Señor(a) Prime Clerk

Procedo a presentar mis razones para entender que tengo una petición conta el Estado Libre Asociado de Puerto Rico, ante el procedimiento de quiebra.

Primeramente, deseo pedir excusas, ya que mi solicitud de reclamo ante la decisión global; esta tarde. Me encontraba fuera de Puerto rico (PR). Se me hizo necesario, ya que he desarrollado mucha ansiedad y angustia, ante los temblores en PR. Al regresar pude ver la correspondencia y luego localizar y organizar la evidencia que. le someto. Pido mis disculpas y le ruego analice mi petición.

Me retire de mi trabajo como Trabajadora Social, en el Departamento de Educación en, mayo de 2009. Al estos hacer mi liquidación de vacaciones por enfermedad y vacaciones, descubro que por veinte y dos (22) años, nunca se había realizado este computo. Me pagaron mucho menos a lo que tengo derecho.

Procedí a, realizar una querella que, por largos años, no contestaron, alegaban no tenían la información. No había archivo de mi asistencia y los funcionarios, alegaba no tener tiempo para, localizar los mismos. Fue necesario, moverme a mis antiguos supervisores y localizarla. Aceptan que cometieron errores, y al trabajar el caso lo hacen mal y me pagan una cantidad de dinero que menor, devuelven el caso a nivel regional y nuevamente pasa el tiempo. Finalmente corrigen mi tarjeta de asistencia y lo envían a nivel central, donde a la fecha de hoy, a pesar de mis gestiones, no lo han corregido ni me han pagado.

Considero que el Departamento de Educación del Estado Libre Asociado de PR, me debe cerca de siete mil dólares ($7,000.00)

Certifico que la relación de hechos expuestos es cierta, y someto parte de los documentos que, así lo acreditan.

María Angélica Ríos                    3/Mayo 2020

Copia a:

Abogado de la Junta de Supervisión (*Counsel for the Oversight Board*)
Proskauer Rose LLP
Eleven Times Square Nueva York, Nueva York 10036-8299
A/A. Martin J. Bienenstock

Brian S. Rosen
Abogado del Comité de Acreedores (*Counsel for the Creditors Committee*)
Paul Hastings LLP
200 Park Avenue
Nueva York Nueva York 10166
A/A Luis A. Despins
James Bliss
James Worthington
G. Alexander Bongartz