# Transmission Log

```
No Station Name            Tuesday, 2009-09-08  11:04          No Station Number

Job #  Date         Time    Length  Speed   Station Name/Number   Type  Pgs  Status
-----  ----------   -----   ------  -----   -------------------   ----  ---  -----------
19881  2009-09-08   11:04   0:07    28800         +7878502670     SCAN   1   OK -- V.34
```

**MARIA ANGELICA RIOS**
**PO BOX 1747**
**CANOVANAS   PR 00729**
**787-218-8513**

angelica52@libertypr.net

6 de septiembre de 2009

Sra. Carmencita Sosa Lliteras
Directora
Región Educativa de Humacao

Estimada señora Sosa:

El pasado 30 de mayo de 2009, me retire del puesto de Trabajadora Social, que ocupaba en el Distrito Escolar de Loíza, para acogerme a la jubilación.

Al computarse mi liquidación, entiendo existen errores, entiendo que, mi record de asistencia, no está correctamente computado.

Solicito, usted me permita una reunión, para explicar mis razones y de ser necesario, establecer una querella.

Cordialmente,

María Angélica Ríos, MSW

8

**MARIA ANGELICA RIOS
PO BOX 1747
CANOVANAS PR 00729
787-218-8513**

angelica52@libertypr.net

6 de octubre de 2009

Sr. José Luis Cruz
Director
Región Educativa de Humacao

Estimada señor Cruz:

El pasado 30 de mayo de 2009, me retire del puesto de Trabajadora Social, que ocupaba en el Distrito Escolar de Loíza, para acogerme a la jubilación.

Al computarse mi liquidación, entiendo existen errores, que, mi record de asistencia, no está correctamente computado. En mi liquidación, se me pagaron siete (7) días, por el concepto de días por enfermedad.

Solicito, se corrija mi asistencia y se me pague el tiempo adeudado.

Cordialmente,

*[signature]*
María Angélica Ríos, MSW

Recibido
8/octubre/2009
*[signature]* Sr. Cruz



**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**DEPARTAMENTO DE EDUCACIÓN**
**REGION EDUCATIVA DE HUMACAO**

23 de diciembre de 2010

Sra. Carmen Ayuso
Especialista Recursos Humanos I
Recursos Humanos
Departamento de Educación
Hato Rey, Puerto Rico

Estimada señora Ayuso:

Luego de hacer una reevaluación del caso de la Profesora María Angélica Ríos Jiménez, a petición de ésta, hemos detectado unos errores en los cómputos de licencia. Por tal razón sometemos los balances adeudados para acción correspondiente.

Adjunto se envía evidencia de la 407 de la Profesora Ríos Jiménez.

Cordialmente,

Juan F. Rivera Aponte
Director Regional
Humacao

P.O. Box 9340 Humacao, Puerto Rico 00792 Teléfono (787)852-0010, 850-1190 – Fax (787) 850-2670
El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

ELSA M. MESTRE



ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACIÓN
OFICINA REGIONAL EDUCATIVA
HUMACAO, PUERTO RICO

HOJA DE TRÁMITE

ENTREGAR A LA MANO A
CARMEN AYUSO

21 de noviembre de 2012

Sra. María Lizardi Valdés
Secretaria Auxiliar
División Recursos Humanos
Departamento de Educación

Pedro González Mercado
Director Regional

CASO DE LA SRA. MARIA ANGELICA RIOS JIMENEZ, SE ENVIAN LOS BALANCES POR ENFERMEDAD A DICIEMBRE DE CADA AÑO SIN PAGAR, DE LOS SIGUIENTES AÑOS 1997, 1998, 1999, 2000, 2001, 2002, 2003, SE LE ADJUDICO SIN AUSENCIAS PORQUE NO APARECIO EVIDENCIA DE LAS MISMAS. LA TARJETA 407 SE CUADRO DESDE EL AÑO 1981 SE LE ADJUDICO EL BALANCE QUE ENTREGO CUANDO TRABAJO EN EL SENADO DE PUERTO RICO. SE ENVIA COPIA PARA QUE SE VERIFIQUE EL BALANCE POR VACACIONES QUE ENTREGO DEL SENADO.

ADEMAS SE INCLUYE INFORME DE AUSENCIAS DESCONTABLES DE EVIDENCIA DE ESA ASISTENCIA CORRESPONDIENTES A NOVIEMBRE 2000 HASTA MARZO DEL 2001.

AL TERMINAR AL 31 DE MAYO DE 2005 SU TARJETA 407 CUADRO CON 70 DIAS, 4 HRS, 50 MINUTOS.

CORREGIR LOS BALANCES EN EXCESOS QUE SE HABIAN ENVIADO ANTERIORMENTE.







| Mes | Acumulado | No Acumulable | Usado | Balance | Ajus |
|---|---|---|---|---|---|
| ago/2005 [wp 1] | 2.0.00 | 0.0.00 | 9.3.40 | 92.2.20 | 0.0.I |
| sep/2005 [wp 1] | 2.0.00 | 0.0.00 | 3.0.00 | 91.2.20 | 0.0.I |
| oct/2005 [wp 1] | 2.0.00 | 0.0.00 | 3.0.00 | 90.2.20 | 0.0.I |
| nov/2005 [wp 1] | 2.0.00 | 0.0.00 | 2.4.00 | 89.4.20 | 0.0.I |
| dic/2005 [wp 1] | 2.0.00 | 0.0.00 | 2.5.20 | 88.5.00 | 0.0.I |
| ene/2006 [wp 1] | 2.0.00 | 0.0.00 | 1.0.10 | 89.4.50 | 0.0.I |
| feb/2006 [wp 1] | 2.0.00 | 0.0.00 | 2.2.10 | 89.2.40 | 0.0.I |
| mar/2006 [wp 1] | 2.0.00 | 0.0.00 | 1.3.35 | 89.5.05 | 0.0.I |
| abr/2006 [wp 1] | 2.0.00 | 0.0.00 | 9.4.00 | 82.1.05 | 0.0.I |
| may/2006 [wp 1] | 2.0.00 | 0.0.00 | 2.2.00 | 81.5.05 | 0.0.I |
| jun/2006 [wp 1] | 0.0.00 | 0.0.00 | 0.0.00 | 81.5.05 | 0.0.I |
| jul/2006 [wp 1] | 0.0.00 | 0.0.00 | 0.0.00 | 81.5.05 | 0.0.I |
| ago/2006 [wp 1] | 2.0.00 | 0.0.00 | 3.3.00 | 80.2.05 | 0.0.I |
| sep/2006 [wp 1] | 2.0.00 | 0.0.00 | 1.4.00 | 80.4.05 | 0.0.I |
| oct/2006 [wp 1] | 2.0.00 | 0.0.00 | 1.3.55 | 81.0.10 | 0.0.I |
| nov/2006 [wp 1] | 2.0.00 | 0.0.00 | 1.0.30 | 81.5.40 | 0.0.I |
| dic/2006 [wp 1] | 2.0.00 | 0.0.00 | 3.2.00 | 80.3.40 | 0.0.I |
| ene/2007 [wp 1] | 2.0.00 | 0.0.00 | 2.2.25 | 80.1.15 | 0.0.I |
| feb/2007 [wp 1] | 2.0.00 | 0.0.00 | 6.2.40 | 75.4.35 | 0.0.I |
| mar/2007 [wp 1] | 2.0.00 | 0.0.00 | 1.2.10 | 76.2.25 | 0.0.I |
| abr/2007 [wp 1] | 2.0.00 | 0.0.00 | 4.5.15 | 73.3.10 | 0.0.I |



**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
DEPARTAMENTO DE EDUCACIÓN

236.HTF.AAM

DIVISION DE NOMINAS

FECHA : 17 de marzo de 2015

Oficina de Superintendente
Distrito Escolar : Loiza

INCLUIMOS CHEQUE(S) DE Nominas Especiales A FAVOR DEL EMPLEADO (A) :

| NOMBRE | SEGURO SOCIAL | CONCEPTO | NUMERO DE CHEQUE(S) | CANTIDAD |
|---|---|---|---|---|
| Maria A. Rios Jimenez | -4436 | Lic. Enf. En Exceso | 6530976 | $1,241.55 |
| | | Lic. Enf. En Exceso | 6530977 | $1,244.01 |
| | | Lic. Enf. En Exceso | 6530978 | $166.61 |
| | | Lic. Enf. En Exceso | 6530979 | $42.26 |



Maria C. Nuñez Concepción
SUPERVISORA
SECCION DE CONTROL DE CHEQUE

20-3-15

P.O. Box 190759
San Juan, Puerto Rico 00919-0759
Tel: (787) 773-5800



El Departamento de Educación no discrimina por razón de raza, color, género, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo



767-9120

## DEPARTAMENTO DE EDUCACION
### SECRETARIA AUXILIAR DE FINANZAS
### DIVISION DE DE NOMINAS

236.FALS.SBV

AREA DE FINANZAS

FECHA: 2 de septiembre de 2009

Superintendente de Escuelas
Distrito Escolar Loiza

INCLUIMOS CHEQUE(S) DE NOMINAS ESPECIALES A FAVOR DEL EMPLEADO (A) :

| NOMBRE | SEGURO SOCIAL | CONCEPTO | NUMERO DE CHEQUE(S) | CANTIDAD |
|---|---|---|---|---|
| Maria A. Rios Jimenez | 4436 | Vac. Suma Global | 5089142 | $5,799.59 – Gm |
| | | Enf. Suma Global | 5089143 | $1,140.23 |
| | | Incentivo | 5089144 | $9,510.00 |
| | | | | 16449.82 |

AIDA MEDINA CAMPOS
SUPERVISORA
SECCION DE CONTROL DE CHEQUE

Entrega Personal:_____
Ident. _____#_____



**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**DEPARTAMENTO DE EDUCACIÓN**
**REGION EDUCATIVA HUMACAO**

**INFORME DE AUSENCIAS DESCONTABLES PERSONAL DOCENTE**
**AÑO ESCOLAR 2000-2001**

NOMBRE DEL EMPLEADO: MARIA A. RIOS JIMENEZ      ESCUELA: OFICINA SUPTE. ESCUELAS

SEGURO SOCIAL:                                  FONDO: ( ) ESTATAL ( ) FEDERAL ( ) OTROS

DISTRITO: LOIZA                                 CIFRA DE CUENTA:

| PERIODO | DIAS | HORAS | MINUTOS | FECHA | SUELDO A LA FECHA AUSENCIA | OBSERVACIONES |
|---|---|---|---|---|---|---|
| 21-NOVIEMBRE AL 20 DICIEMBRE-2000 | 0 | 0 | 10 | 15-DIC-2000 | | |
| 5-FEBRERO AL 2 DE MARZO-2001 | 0 | 0 | 05 | 13-FEB-2001 | | |
| 5-FEBRERO AL 2 DE MARZO-2001 | 0 | 0 | 10 | 26-FEB-2001 | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

FECHA: 26 de noviembre de 2012

_Pedro González Mercado_
PEDRO GONZÁLEZ MERCADO
DIRECTOR REGIONAL

OFICINA REGIONAL P.O BOX 9340, HUMACAO, PR 00792-9340