MARu
P.O Box 1747
Canóvanas P.R
00729

RECEIVED & FILED
2020 MAR 10 PM 5:06
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R

SAN JUAN P&DC
SAT 07 MAR 2020 PM

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan PR 00918-1767