UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that pursuant to Local Bankruptcy Rule 9009-1(d)(3)(A), Bank of America N.A., Merrill Lynch, Pierce, Fenner & Smith Inc., and Merrill Lynch Capital Services, Inc. hereby respectfully requests the withdrawal of Jennifer L. Malin as counsel for the entities in the above captioned matter and requests that Ms. Malin be removed from the CM/ECF notification list and the official service list. Ms. Malin is no longer with Winston & Strawn LLP, one the firms representing the entities.

**PLEASE TAKE NOTICE** that the Bank of America N.A., Merrill Lynch, Pierce, Fenner & Smith Inc., and Merrill Lynch Capital Services, Inc. will continue to be represented by Carrie V. Hardman and Joseph L. Motto of Winston & Strawn LLP and Enrique G. Figueroa-Llinás of Bobonis,

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567- LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Case No. 17 BK 4780- LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Bobonis & Rodriquez Proventud. There are no motions pending before this Court filed by or against the entities, and no hearing or trial date has been scheduled as to the entities.

Dated: March 11, 2020

Respectfully submitted,

**BANK OF AMERICA, N.A., MERRILL LYNCH, PIERCE, FENNER & SMITH INC., and MERRILL LYNCH CAPITAL SERVICES, INC.**

 /s/ Carrie V. Hardman
Carrie V. Hardman (*Pro Hac Vice*)
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Tel: (212) 294-6700
Fax: (212) 294-4700
Email: chardman@winston.com

Joseph L. Motto (*Pro Hac Vice*)
**WINSTON & STRAWN LLP**
35 W. Wacker Drive
Chicago, IL 60601
Tel: (312) 558-5600
Fax: (312) 558-5700
Email: jmotto@winston.com

*Co-Counsel for Bank of America, N.A., Merrill Lynch, Pierce, Fenner & Smith Inc., and Merrill Lynch Capital Services, Inc.*

 /s/ Enrique G. Figueroa-Llinás
Enrique G. Figueroa-Llinás
USDC No. 201709
**BOBONIS, BOBONIS & RODRIGUEZ POVENTUD**
129 de Diego Ave.
San Juan, Puerto Rico 00911-1927
Tel: (787) 725-7941
Fax: (787) 725-4245
Email: efl@bobonislaw.com

*Co-Counsel for Bank of America, N.A., Merrill Lynch, Pierce, Fenner & Smith Inc., and Merrill Lynch Capital Services, Inc.*

**I HEREBY CERTIFY** that on March 11, 2020 I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send automatic notifications of such filing to all attorneys of record.

    */s/ Enrique G. Figueroa-Llinás*
Enrique G. Figueroa-Llinás
USDC No. 201709
**BOBONIS, BOBONIS & RODRIGUEZ POVENTUD**
129 de Diego Ave.
San Juan, Puerto Rico 00911-1927
Tel: (787) 725-7941
Fax: (787) 725-4245
Email: efl@bobonislaw.com