From:
José L. Rivera Gonzalez
P.O. Box 132
Villalba PR 00766





To: Secretario (Clerk Office)
Tribunal de Distrito de los E.U.
Room 150 Federal Building
San Juan (P.R.) 00918-1967

RECEIVED & FILED
2020 MAR 10 PM 5:08
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.