From.

Carmen Andujar

10707 Cluna AIT del Alba

Villalba P.R. 00766

RECEIVED & FILED

2020 MAR 10 PM 4: 47

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.



U.S. POSTAGE PAID
FCM LG ENV
JUANA DIAZ, PR
00795
MAR 05, 20
AMOUNT
**$7.60**
R2303S104071-05

1000          00918

**CERTIFIED MAIL**

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7018 1830 0001 2255 9699

TO:

Clerk's office

United State DISTRICT Court

Room 150 Federal Building

San Juan P.R. 00918 - 1767