Claim 165311

Enoelia Carrasquillo Matos
calle: clavel # 588 La Ponderosa, Rio Grande P.R.
00745
cayramia17@hotmail.com        -787- 295-9761

Epigrafe

United States Distric Court
for the Distric of Puerto Rico.
The financial Oversight and Manegement
Board for P.R. as representatie of the
Commowealth of P.R.

Promesa   Title III    No 17 BK 3283   LTS

Motivo

Oposicion a la objecion Global.

Explicacoh: La empleada de gobierno cumplió con
las aportaciones y cotizaciones al Sistema de
Retiro para maestros, seguin lo estableido en
La ley 447. Desde el año 1990- hasta el 2011.
Seguin la ley "106 de 2017" nuestras aportaciones
serian protegidas y los dolares ganados en
intereses serian invertidos de una manera
confiable y bien manejadas, o freciendo préstamos
culturales. personales. e hipotecarios.

Documentacion Justificativa

Empleado.-            7089
DEPT. 592230 Años y Senicio Ley 160/213
Título: Pensionado
                         Consecions - 39 + 99