Endelio Camaquali
Calle Clavel #588
La Ponderosa Rio Grande
P.R 00745

SAN JUAN P&DC 009
FRI 06 MAR 2020 PM

RECEIVED & FILED
2020 MAR 10 PM 5:08
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaria (Clerk Office)
Tribunal de Distrito de los
Room 150
Federal Building
San Juan P.R
00918-1767