de marzo de 2020

A quien pueda interesar:

Por este medio quiero expresarle mi desacuerdo con respecto a la determinación tomada por ley promesa.

Las razones por las cuales estoy en desacuerdo es por que trabajé como maestra de escuela secundaria para el Departamento de Educación de P.R. durante 27 años y este tiempo no me adjudicaron las leyes aprobadas por el ELA relacionadas a los beneficios del magisterio a los cuales tengo derecho. Dichas leyes están señaladas en mi número de reclamación 77955 presentada el 6/19/2018. Por lo tanto estoy reclamando la cantidad de $40,000.00 por ingresos no pagados.

Atentamente,

Brunilda Torres Santana

Brunilda Torres Santana
HC 01 Box 10651
Coamo, P.R. 00769