Brunilda [illegible]
HC 01 Box 10651 Coamo
P.R. 00769

**CERTIFIED MAIL**
7016 1370 0002 4501 5862




U.S. POSTAGE PAID
FCM LG ENV
COAMO, PR
00769
MAR 05, 20
AMOUNT
$7.40
R2303S103139-09

RECEIVED & FILED
2020 MAR 10 PM 5:06
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

Secretaria (Clerk's office)
Tribunal de Distrito de los E.U.
#150 Chardón - Federal Building
Suite 150
San Juan, P.R. 00918-1767