7 marzo - 2020

Yo Ana H. Batler Rodríguez apoyo la ley promesa y reclamo mis derechos a recibir la cantidad de $14,000,000 con el número de caso 160206.

Me reitero a sus ordenes!

Atte.

Ana H Batler Rodríguez

RECEIVED & FILED
2020 MAR 10 PM 5:04
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR