4 de marzo de 2020

**De:** María de Lourdes Medina García



**Dirección Residencial:** Urb. La Fe
Calle 13 G- 19
Juana Díaz, P.R. 00795

**Dirección Postal:** HC-04 Box 22013
Juana Díaz, PR. 00795

**Teléfono de contacto:** (787) 930-0322

**A:** Tribunal de Distrito de los Estados Unidos
San Juan, Puerto Rico

**Deudor:** Commonwealth of Puerto Rico

**Procedimiento:** 17 BK 3283- LTS.

**Título Objeción Global:** Centésimo décima tercera objeción global

**# reclamación:** 95121

Yo, Sra. María de Lourdes Medina García reclamo lo que tengo en derecho a reclamar por los años trabajados y comprendidos en el Sistema de Gobierno del Estado Libre Asociado de P.R. desde el año 1983 hasta el 2010. En dichos años fueron aprobadas leyes concediendo beneficios y aumentos salariales a la clase trabajadora del país, los cuales no me fueron concedidos, ni pagados.

**Leyes que fueron aprobadas:**

**Ley 96** 1 de julio de 2002 – $100.00 mensual
Aprobado por la Ex Gobernadora Sila M. Calderón
Importe aproximado adeudado **$10,000.00**
( julio 2002- diciembre 2010)

**Ley 89** 12 de julio de 1979 – Retribución de uniforme
$50.00 mensual
Importe aproximado adeudado **$16,350.00**
( agosto 1983 –diciembre 2010)

**Ley 164** 22 de julio de 2003 – Efectivo a Enero del 2004
$100.00 mensual
Importe aproximado adeudado **$7,200.00**
( enero 2004- diciembre 2010)

MARIA De Lourdes Medina
HC04 Box 22013
Juana Diaz P.R. 00795-

Secretaria (Clerks Office)
Tribunal de Distrito de Los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

U.S. POSTAGE FCM LETTER
COTO LAUREL
00780
MAR 05, 20
AMOUNT
$6.95
R2305K134126-0

7019 0700 0002 2553 0542

RETURN RECEIPT REQUESTED

2020 MAR 10 PM 5:08
RECEIVED & FILED
SAN JUAN, P.R.

4 de marzo de 2020

**De:** María de Lourdes Medina García

**Dirección Residencial:** Urb. La Fe
Calle 13 G- 19
Juana Díaz, P.R. 00795

**Dirección Postal:** HC-04 Box 22013
Juana Díaz, PR. 00795

**Teléfono de contacto:** (787) 930-0322

**A:** Tribunal de Distrito de los Estados Unidos
San Juan, Puerto Rico

**Deudor:** Commonwealth of Puerto Rico

**Procedimiento:** 17 BK 3283- LTS.

**Título Objeción Global**: Centésimo décima tercera objeción global

**# reclamación:** 95121

Yo, Sra. María de Lourdes Medina García reclamo lo que tengo en derecho a reclamar por los años trabajados y comprendidos en el Sistema de Gobierno del Estado Libre Asociado de P.R. desde el año 1983 hasta el 2010. En dichos años fueron aprobadas leyes concediendo beneficios y aumentos salariales a la clase trabajadora del país, los cuales no me fueron concedidos, ni pagados.

**Leyes que fueron aprobadas:**

**Ley 96** 1 de julio de 2002 – $100.00 mensual
Aprobado por la Ex Gobernadora Sila M. Calderón
Importe aproximado adeudado **$10,000.00**
( julio 2002- diciembre 2010)

**Ley 89** 12 de julio de 1979 – Retribución de uniforme
$50.00 mensual
Importe aproximado adeudado **$16,350.00**
( agosto 1983 –diciembre 2010)

**Ley 164** 22 de julio de 2003 – Efectivo a Enero del 2004
$100.00 mensual
Importe aproximado adeudado **$7,200.00**
( enero 2004- diciembre 2010)

U.S. POSTAGE PAID
FCM LETTER
COTO LAUREL, PR
00780
MAR 05, 20
AMOUNT
**$6.95**
R2305K134126-02

00918

From: MARIA L Medina Garcia
HC-04 Box 22013
Juana Diaz P.R
00795-9611

RETURN RECEIPT REQUESTED

CERTIFIED MAIL

7019 0700 0002 2553 0535

To: Secretaria Clerk's Office
Tribunal de Distrito de Los Estados Unidos
#150 Chardon Avenue
Federal Building
San Juan Puerto Rico 00918

ReadyPost
Document Mailer

IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.

2020 MAR 10 PM 4:56
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| ROSARIO FIGUEROA, YOLANDA | 66892 | 6/20/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $35,388.82 |
| Reason: | Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| ROSARIO FIGUEROA, YOLANDA | 66892 | 6/20/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $35,388.82 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

000415

```
***CUST PR 1845 SRF 38154 PackID: 415 MMLID: 1390069 SVC: 106th Omni
ROSARIO FIGUEROA, YOLANDA
COND JDNES DE MONTE ALTO
325 CALLE 1 BUZON 6
TRUJILLO ALTO, PR 00976
```

000415



# GOBIERNO DE PUERTO RICO
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: YOLANDA ROSARIO FIGUEROA**  Seguro Social: XXX-XX-7485
COND JDNES DE MONTE ALTO
325 CALLE 1 BUZON 6
TRUJILLO ALTO, PR 00976

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | DEPARTAMENTO DE HACIENDA |
| Años de Servicio: | 21 |
| Balance de Aportaciones: | $49,788.84 |

Esta certificación fue emitida el 27 de enero de 2020.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2020012746678097

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov

RECEIVED & FILED

2020 MAR 10 PM 4:56

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
#150 CHARDON AVENUE
FEDERAL BUILDING
SAN JUAN, PR 00918





**DEPARTAMENTO DE EDUCACIÓN**
GOBIERNO DE PUERTO RICO

SECRETARIA AUXILIAR DE RECURSOS HUMANOS
Oficina Regional Educativa de Caguas

# CERTIFICACIÓN

Certifico que la Prof. Gloria Caballer Viñas, seguro social ---6469, ocupó con status permanente el puesto Núm. R12662, Maestra Estudios Sociales e Historia, adscrito a la Escuela Superior Manuela Toro Morice del Municipio de Caguas.

Laboró para la Agencia desde el 9 de octubre de 1973 hasta el 27 de julio de 2001, fecha en que se acogió a su jubilación por años de servicios.

Devengó un salario bruto de $2,345.00 mensuales.

Cualquier información puede comunicarse al teléfono 787-743-1234, Ext. 4440.

Dado hoy, 27 de febrero de 2020, en Caguas, Puerto Rico.

Certifico correcto:

*Gladys Pérez Santiago*
Técnico de Recursos Humanos
Área Recursos Humanos

DEPARTAMENTO DE EDUCACION
Región Educativa de Caguas
PO Box 398
Caguas, PR 00725

RECEIVED
2020 MAR 10 PM 5:08
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

Gloria Caballer-Viñas
HC-50 Box 20900
San Lorenzo P.R. 00754

2020 MAR 10 PM 5:08

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, P.R. 00918-1767