IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO *et al.*,<br><br>       Debtors.[1] | PROMESA Title III<br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER REGARDING BRIEFING SCHEDULE FOR CROSS-MOTION AND
STATEMENT IN SUPPORT ON BEHALF OF ASSURED GUARANTY CORP.,
ASSURED GUARANTY MUNICIPAL CORP., AMBAC ASSURANCE CORPORATION,
AND FINANCIAL GUARANTY INSURANCE COMPANY WITH RESPECT TO
MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO
AMEND TENTH AMENDED CASE MANAGEMENT PROCEDURES AND
ADMINISTRATIVE PROCEDURES REGARDING DISCLOSURE REQUIREMENTS
<u>PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019</u>

Upon consideration of the *Urgent Motion Regarding Briefing and Hearing Schedule for*

*Cross-Motion and Statement in Support on Behalf of Assured Guaranty Corp., Assured Guaranty*

*Municipal Corp., Ambac Assurance Corporation, and Financial Guaranty Insurance Company*

---

[1]   The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's Federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 04780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*with Respect to Motion of the Official Committee of Unsecured Creditors to Amend Tenth Amended Case Management Procedures and Administrative Procedures Regarding Disclosure Requirements Pursuant to Federal Rule of Bankruptcy Procedure 2019* (Docket Entry No. 12219, the "Urgent Motion"),[2] seeking to set a schedule for the *Cross-Motion and Statement in Support on Behalf of Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, and Financial Guaranty Insurance Company with Respect to Motion of the Official Committee of Unsecured Creditors to Amend Tenth Amended Case Management Procedures and Administrative Procedures Regarding Disclosure Requirements Pursuant to Federal Rule of Bankruptcy Procedure 2019* (Docket Entry No. 12216, the "Cross-Motion"), the Court hereby FINDS AND DETERMINES that (i) the Court has jurisdiction to consider the Urgent Motion and the relief requested therein pursuant to Section 306 of PROMESA; (ii) venue is proper before this Court pursuant to Section 307(a) of PROMESA; (iii) the relief requested in the Urgent Motion is proper and in the best interest of the Title III debtors, their creditors, and other parties in interest; and (iv) due and proper notice of the Urgent Motion has been provided under the particular circumstances and no other or further notice need be provided. Accordingly, it is hereby ORDERED THAT:

1.      The Urgent Motion is GRANTED as set forth herein.

2.      Objections or responses to the additional disclosure requirements requested in the Cross-Motion must be filed and served by **March 17, 2020, at 5:00 p.m. (Atlantic Standard Time)**.  Replies and statements in support of the Cross-Motion must be filed and served by **March**

---

[2]      Capitalized terms not defined herein shall have the meanings ascribed to them in the Urgent Motion.

**24, 2020, at 5:00 p.m. (Atlantic Standard Time)**. The Court will thereafter take the Cross-Motion on submission, unless the Court determines that a hearing is necessary.

3.      The Court shall retain jurisdiction to hear and determine all matters arising from the implementation or interpretation of this Order.

4.      This Order resolves Docket Entry No. 12219 in Case No. 17-3283.

Dated:  March 11, 2020                              /s/ Laura Taylor Swain
                                                          Honorable Laura Taylor Swain
                                                          United States District Judge