UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

    Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER (I) SCHEDULING BRIEFING OF MOTION REGARDING
RESPONSES TO OMNIBUS OBJECTIONS SCHEDULED FOR HEARING AT DECEMBER 11,
2019, AND JANUARY 29, 2020, OMNIBUS HEARINGS AND (II) REQUIRING SUPPLEMENTAL FILING

    The Court has received and reviewed the *Motion (a) to Establish Extended Deadline for Responses to Omnibus Objections Scheduled for Hearing at December 11, 2019 and January 29, 2020 Omnibus Hearings, (b) to Continue the Hearing as to Omnibus Objections Scheduled for Hearing at December 11, 2019 and January 29, 2020 Omnibus Hearing until the April 22, 2020 Omnibus Hearing, (c) Approving Form of Notice, and (d) Granting Related Relief* (Docket Entry No. 12220 in Case No. 17-3283, the "Motion") filed by the the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board").

    Responsive papers to the Motion, if any, must be filed by **March 12, 2020, at 5:00 p.m. (Atlantic Standard Time)**. The Oversight Board's reply papers, as well as a Spanish-language version of the proposed *Notice of (a) Extension of Deadline for Responses to Omnibus Objections to Claims Scheduled for Hearing on December 11, 2019 or January 29, 2020 and (b) Continuance of Hearing as to Late-Filed Responses* (Mot., Ex. B), must be filed by **March 13,**

---

[1]     The Debtors in these Title III cases, along with each Debtor's respective bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17- BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**2020, at 12:00 p.m. (Atlantic Standard Time)**.  The Court will thereafter take the Motion on submission.

    SO ORDERED.

Dated: March 11, 2020

                                                                            /s/ Laura Taylor Swain
                                                                           LAURA TAYLOR SWAIN
                                                                           United States District Judge