## Exhibit 3

## Special Notice to Pension, Retiree, and Employee Claimants

# IMPORTANT LEGAL NOTICE TO PENSION, RETIREE, AND EMPLOYEE CLAIMANTS

The United States District Court for the District of Puerto Rico entered an order (the "Bar Date Order") establishing a deadline for creditors to assert claims against the Puerto Rico Public Buildings Authority ("PBA").

Pursuant to the Bar Date Order, you **are not** required to file a proof of claim with respect to any claims you have for accrued pensions and any and all other post-retirement benefits due to you ("Pension Benefits"). However, to the extent you have a claim that is not for Pension Benefits against any of the Title III Debtors listed above, then you should file a proof of claim with respect to such claim on or before **4:00 p.m. (Atlantic Standard Time) on April 30, 2020** to avoid disallowance of such claim.

In addition, as an employee, furloughed employee, or former employee you are not required to file a proof of claim for any for compensation and employment benefits, including, without limitation, wages, salaries, employee medical benefits and/or insurance benefits, or worker's compensation claims, **but must** file claims asserted or to be asserted in any lawsuit or administrative proceeding based on tort or non-employment-related common law, statutory law, or regulations, even where such claims assert as damages an entitlement to wages, salaries, employee medical benefits and/or insurance benefits;

Finally, you **are not** required to file a claim limited to obligations due under a collective bargaining agreement, including but not limited to grievances, or claims arising from current or former employment relationship with PBA; **however**, if you assert a claim for one or more grievances that have been resolved and liquidated by settlement or arbitration award as of September 27, 2019, you **must** file a claim.

All documents filed in the PBA Title III case, including the Bar Date Order and the Proof of Claim Form, are available, free of charge, by accessing the website https://cases.primeclerk.com/puertorico/. Additional information for retirees is available at www.porturetiro.com.

# AVISO LEGAL IMPORTANTE PARA RECLAMANTES PENSIONISTAS, JUBILADOS Y EMPLEADOS

El Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico emitió una resolución (la "<u>Orden de fechas límite</u>") que establece un plazo para que los acreedores aleguen reclamaciones en contra de la Autoridad de Edificios Públicos ("PBA").

De conformidad con la Orden de fechas límite, a usted **<u>no</u>** se le exige presentar una evidencia de reclamación con respecto a las reclamaciones que tiene por pensiones acumuladas y cualquier otro beneficio posterior a la jubilación que se le adeude ("<u>Beneficios de pensiones</u>"). Sin embargo, en caso de tener una reclamación que no sea por Beneficios de pensiones en contra de alguno de los Deudores según el Título III mencionados anteriormente, entonces, debe presentar una evidencia de reclamación con respecto a dicho crédito en o antes de las **<u>4:00 p. m. (hora estándar del Atlántico) del 30 de abril de 2020,</u>** para evitar que se rechace dicha reclamación.

Además, como empleado, empleado con licencia o exempleado, <u>no</u> se le exige presentar una evidencia de reclamación para indemnizaciones y beneficios de empleo, incluidos, entre otros, los sueldos, salarios, beneficios médicos para empleados, o beneficios de seguros o reclamaciones de indemnización por accidentes laborales, **sino que debe** presentar las reclamaciones que se alegaron o se alegarán en una causa judicial o un procedimiento administrativo por agravio, o por derecho consuetudinario, derecho estatutario o reglamentaciones no relacionados con el empleo, incluso cuando dichas reclamaciones se aleguen como daños un derecho a recibir sueldos, salarios, beneficios médicos para empleados o beneficios de seguros.

Finalmente, **<u>no</u>** se le exige presentar una reclamación que se limite a obligaciones en virtud de un convenio colectivo de trabajo, incluidas, entre otras, las quejas o reclamaciones que surgen de la relación laboral actual o anterior con PBA; **sin embargo**, si alega una reclamación por una o más quejas que se resolvieron y liquidaron mediante transacción o laudo arbitral al 27 de septiembre de 2019, **debe** presentar un crédito.

Todos los documentos presentados en el Caso de PBA en virtud del Título III, incluida la Orden de fechas límite y el Formulario de evidencia de reclamación, están disponibles libre de cargos en el sitio web https://cases.primeclerk.com/puertorico/. Información adicional para jubilados está disponible en www.porturetiro.com.