IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 03283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE EMPLOYMENT RETIREMENT SYSTEM OF THE COMMONWEALTH OF PUERTO RICO ("ERS"),<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 03566-LTS |

**INFORMATIVE MOTION
REGARDING THE STIPULATION AND ORDER FOR THE PRODUCTION
AND EXCHANGE OF INFORMATION –** ***NOTICE OF PARTICIPATION***

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as bankruptcy case numbers due to software limitations).

**TO THE HONORABLE COURT:**

Individual Plaintiffs Pedro José Nazario-Serrano, Joel Rivera-Morales, María de Lourdes Gómez-Pérez, Héctor Cruz-Villanueva, Lourdes Rodríguez and Luis M. Jordán-Rivera, all of them retirees/beneficiaries and Plaintiffs in the claim for damages entitled <u>Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura de Puerto Rico; Pedro José Nazario Serrano, su cónyugue, Juanita Sosa Pérez y la Sociedad Legal de Bienes Gananciales Compuesta por Ambos; Joel Rivera Morales; María de Lourdes Gómez Pérez; Héctor Cruz Villanueva; Lourdes Rodríguez; y, Luis M. Jordán Rivera</u> v. <u>UBS Financial Services Incorporated of Puerto Rico y UBS Consulting Services of Puerto Rico</u>, Civil No. KAC-2011-1067 (803), that is currently pending in the Commonwealth of Puerto Rico Court of First Instance, San Juan Part (the "Commonwealth Court"), by and through the undersigned counsel respectfully INFORM:

1. On January 10, 2020, the Court entered the *Stipulation and Order for the Production and Exchange of Confidential Information* [Docket No. 9797 – the "*Stipulation*"].

2. Paragraph 27 of the above mentioned *Stipulation*, provides that "*[a]ny party that has filed a notice of participation pursuant to the Initial Objection Procedures adopted by the Court [Docket No. 8818-2], may become a party to this Stipulation and be bound by its terms by executing and filing with the Court its Agreement to comply with the terms and conditions of this Stipulation[.]*.  See *Stipulation* at paragraph 27.

3. The undersigned are counsel to the appearing interested parties, which seek leave to file notices of participation pursuant to the Initial Objection Procedures adopted by the Court at Docket 8818-2.  Attached, as **EXHIBITS 1, 2** and **3**, are the executed document required by paragraph 27 of the *Stipulation* that join the undersigned as parties to the *Stipulation*.

**RESPECTFULLY SUBMITTED**.

**WE HEREBY CERTIFY** that on this same date a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to the attorneys of record.

In San Juan, Puerto Rico, this 11th day of March, 2020.

| | |
|---|---|
| **VICENTE & CUEBAS** <br> P.O. Box 11609 <br> San Juan, PR 00910-1609 <br> Phone No. (787) 751-8000 <br> Fax No. (787) 756-5250 <br><br> /s/ Harold D. Vicente <br> **Harold D. Vicente, Esq.** <br> USDC-PR Bar No. 117711 <br> *hvicente@vclawpr.com* <br><br><br> /s/ Harold D. Vicente-Colón <br> **Harold D. Vicente-Colón, Esq.** <br> USDC-PR Bar No. 211805 <br> *hdvc@vclawpr.com* | **PUJOL LAW OFFICES, PSC** <br> P.O. Box 363042 <br> San Juan, PR 00936-3042 <br> Phone No. (787) 724-0900 <br> Fax No. (787) 724-1196 <br><br> /s/ Francisco Pujol Meneses <br> **Francisco Pujol Meneses, Esq**. <br> USDC-PR Bar No. 212706 <br> *fpujol@pujollawpr.com* <br><br><br> **BUFETE ANDREU & SAGARDÍA** <br> 261 Avenida Domenech <br> San Juan, Puerto Rico 00918 <br> Phone No. (787) 754-1777/763-8044 <br> Fax No. (787) 763-8045 <br><br> /s/José A. Andreu Fuentes <br> USDC-PR Bar No. 204409 <br> *jaf@andreu-sagardia.com* |

*Counsel for Individual Plaintiffs,*
*Beneficiaries of the Retirement System of the Commonwealth of Puerto Rico*