<u>**EXHIBIT 1**</u>

## AGREEMENT TO RESPECT CONFIDENTIAL MATERIAL

I, Harold D. Vicente state that:

1.      My address is P.O. Box 11609, San Juan, Puerto Rico  00910-1609.

2.      I am a partner in the law firm Vicente & Cuebas Law Offices.

3.      My present job description is counsel to the Individual Plaintiffs Pedro José Nazario-Serrano, Joel Rivera-Morales, María de Lourdes Gómez-Pérez, Héctor Cruz-Villanueva, Lourdes Rodríguez and Luis M. Jordán-Rivera, all of them retirees/beneficiaries and Plaintiffs in the above-captioned cases.

4.      I have received a copy of the *Stipulation and Order for the Production and Exchange of Confidential Information* (the "*Stipulation*") entered in the above entitled action on January 10, 2020.

5.      I have carefully read and understand the provisions of the *Stipulation*.

6.      I will comply with all of the provisions of the *Stipulation*.

7.      I will hold in confidence, will not disclose to anyone not qualified under the *Stipulation* and will use only for purposes of these actions, any *Confidential Information* that is disclosed to me.

8.      I will return all *Confidential Information* that comes into my possession, and documents or things that I have prepared relating thereto, to counsel for the parties by whom I am employed or retained, or to counsel from whom I received the *Confidential Information*.

9.      I hereby submit to the jurisdiction of this Court for the purpose of enforcement of the *Stipulation* in this action.

In San Juan, Puerto Rico, this   11th  day of March, 2020.


/s/Harold D. Vicente
_____
Harold D. Vicente