**EXHIBIT 3**

## AGREEMENT TO RESPECT CONFIDENTIAL MATERIAL

I, José A. Andreu-Fuentes state that:

1. My address is #261 Domenech Avenue, Hato Rey, PR 00918-3518.

2. I am the owner of the law firm Andreu & Sagardía.

3. My present job description is counsel to the Individual Plaintiffs Pedro José Nazario-Serrano, Joel Rivera-Morales, María de Lourdes Gómez-Pérez, Héctor Cruz-Villanueva, Lourdes Rodríguez and Luis M. Jordán-Rivera, all of them retirees/beneficiaries and Plaintiffs in the above-captioned cases.

4. I have received a copy of the *Stipulation and Order for the Production and Exchange of Confidential Information* (the "*Stipulation*") entered in the above entitled action on January 10, 2020.

5. I have carefully read and understand the provisions of the *Stipulation*.

6. I will comply with all of the provisions of the *Stipulation*.

7. I will hold in confidence, will not disclose to anyone not qualified under the *Stipulation* and will use only for purposes of these actions, any *Confidential Information* that is disclosed to me.

8. I will return all *Confidential Information* that comes into my possession, and documents or things that I have prepared relating thereto, to counsel for the parties by whom I am employed or retained, or to counsel from whom I received the *Confidential Information*.

9. I hereby submit to the jurisdiction of this Court for the purpose of enforcement of the *Stipulation* in this action.

In San Juan, Puerto Rico, this 11th day of March, 2020.

/s/José A. Andreu-Fuentes
_____
José A. Andreu-Fuentes