Explicación de porqué no estoy de acuerdo con la objeción.

Como empleada del Departamento de Educación, bajo el Estado Libre Asociado de Puerto Rico, sostengo que no estoy de acuerdo con la objeción porque nunca recibí la paga de las leyes reclamadas en especial la ley 89. Trabajé como maestra cuando pagaron ese dinero, trabajaba en la escuela David G. Farragut, mis compañeros recibieron el dinero pero a mí no me pagaron nada. Tengo derecho a recibir el mismo. Trabajé por casi 30 años. Así como los bonistas reclaman el dinero

que se les adeuda y tienen derecho al mismo yo también tengo que reclamar mi dinero. Es por esto que no estoy de acuerdo con la objecion.

Atentamente,

Sandra J. Lugo Valentin