> **IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Lugo Valentin, Sandra F. | 146908 | 7/6/2018 | Commonwealth of Puerto Rico | $14,400.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors ||||

> **SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Lugo Valentin, Sandra F. | 146908 | 7/6/2018 | Commonwealth of Puerto Rico | $14,400.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. ||||

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| LUGO VALENTIN, SANDRA F. | 159654 | 7/6/18 | Commonwealth of Puerto Rico | $7,200.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| LUGO VALENTIN, SANDRA F. | 159654 | 7/6/18 | Commonwealth of Puerto Rico | $7,200.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.  **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m.  (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.  **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

PRIME CLERK
GRAND CENTRAL STATION, PO BOX 4850
NEW YORK NY 10163-4850



**LEGAL NOTICE ENCLOSED.
DIRECT TO ATTENTION OF ADDRESSEE
OR PRESIDENT/GENERAL COUNSEL.**

***CUST PR 1845 SRF 36961 PackID: 482 MMLID: 2091748 SVC: 87th Omni
LUGO VALENTIN, SANDRA F.
BOX 23
MAYAGUEZ, PR 00681

Zone 8

2

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Lugo Valentin, Sandra F. | 162076 | 7/6/18 | Commonwealth of Puerto Rico | $5,400.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Lugo Valentin, Sandra F. | 162076 | 7/6/18 | Commonwealth of Puerto Rico | $5,400.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si **tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

Proof of Claim: <CLAIM NUMBER>
Claimant: <CLAIMANT NAME>

# INFORMATION REQUESTED TO PROCESS YOUR CLAIM

## Instructions

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. **Your answers should provide more information than the initial proof of claim.** For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as a Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any and all documentation you believe supports your claim.

Please send the completed form and any supporting documents via **email** to PRClaimsInfo@primeclerk.com, or by **mail or hand delivery** to the following address:

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

## Questionnaire

1. **What is the basis of your claim?**
    - ☐ A pending or closed legal action with or against the Puerto Rican government
    - ☑ Current or former employment with the Government of Puerto Rico
    - ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)

    _____

2. **What is the amount of your claim (how much money do you claim to be owed):**
    _7,200_

3. **Employment.** Does your claim relate to current or former employment with the Government of Puerto Rico?
    - ☐ No. *Please continue to Question 4.*
    - ☑ Yes. Answer Questions 3(a)-(d).

3(a). Identify the specific agency or department where you were or are employed:
_Depto de Educación - Estado Libre Asociado_

3(b). Identify the dates of your employment related to your claim:
_1980 - 2013_

3(c). Last four digits of your social security number: _2132_

Please send the completed form and any supporting documents via email to PRClaimsInfo@primeclerk.com, or by mail, hand delivery, or overnight mail to the following address:

> Commonwealth of Puerto Rico Supplemental Information Processing Center
> c/o Prime Clerk, LLC
> 850 3rd Avenue, Suite 412
> Brooklyn, NY 11232

All supplemental information that you provide will be appended to your claim and appear on the official claims register. If you do not respond to this request and do not provide the requested information and documentation in support of your claim, the Debtors may be forced to object to your claim.

**If you have any questions about this letter or your claim, please call: Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or email PRClaimsInfo@primeclerk.com.**

PLEASE NOTE: Prime Clerk, LLC is the claims and noticing agent in the Title III Cases, and cannot provide legal or financial advice.

Thank you,

Prime Clerk, LLC

Centro de procesamiento de información complementaria
del Estado Libre Asociado de Puerto Rico
Grand Central Station, PO Box 4708
New York, NY 10163-4708
Tel.: (844) 822-9231
PRClaimsInfo@primeclerk.com

### *** Se requiere respuesta ***

---

ESTA CARTA SE RELACIONA CON UNA EVIDENCIA DE RECLAMACIÓN QUE RADICÓ CONTRA EL GOBIERNO DE PUERTO RICO EN LOS PROCEDIMIENTOS AL AMPARO DE LA LEY DE SUPERVISIÓN, ADMINISTRACIÓN Y ESTABILIDAD ECONÓMICA DE PUERTO RICO.

LEA ESTA CARTA CUIDADOSAMENTE Y RESPONDA SEGÚN LAS INSTRUCCIONES QUE SE INDICAN A CONTINUACIÓN. SI USTED NO RESPONDE, LOS DEUDORES PODRÁN TOMAR MEDIDAS LEGALES PARA QUE SU RECLAMACIÓN SEA TOTAL O PARCIALMENTE DESESTIMADA.

---

26 de agosto de 2019

Asunto:   Evidencia de reclamación en virtud de la ley PROMESA
          *En el caso Estado Libre Asociado de Puerto Rico*, Caso No. 17-03283
          Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico

Estimado/a:

Esta carta se relaciona con una evidencia de reclamación que usted radicó en los casos al amparo del Título III (los "Casos del Título III") contra el Estado Libre Asociado de Puerto Rico, la Autoridad de Carreteras y Transportación de Puerto Rico, o Autoridad de Energía Eléctrica del gobierno del Estado Libre Asociado de Puerto Rico (en conjunto, los "Deudores). Prime Clerk LLC mantiene el registro oficial de reclamaciones en los Casos al amparo del Título III para el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "Tribunal"), y se comunica con usted en representación de los Deudores.

Los registros del Deudor reflejan que usted ha radicado una evidencia de reclamación que ha sido anotada por Prime Clerk LLC con el número de Evidencia de Reclamación          . Usted puede descargar una copia de su reclamación visitando el sitio web de Prime Clerk en: https://cases.primeclerk.com/puertorico/Home-ClaimInfo.

Se requiere información adicional para que los Deudores continúen evaluando su reclamación. Con la información que usted ha proporcionado, los Deudores no pueden determinar los fundamentos, la naturaleza, o la cantidad de la reclamación que usted pretende formular contra uno o más de los Deudores. En respuesta a esta carta, asegúrese de proporcionar toda la información solicitada y todo el detalle posible sobre su reclamación. Las descripciones que incluyó en su evidencia de reclamación son demasiado imprecisas como para que los Deudores comprendan la reclamación que trata de formular; por ese motivo, proporcione más información y no se limite simplemente a copiar la misma información.

1

3(d). What is the nature of your employment claims (select all applicable):
- ☐ Pension
- ☑ Unpaid Wages
- ☐ Sick Days
- ☐ Union Grievance
- ☐ Vacation
- ☐ Other (Provide as much detail as possible. Attach additional pages if necessary).

_____

_____

4. **Legal Action.** Does your claim relate to a pending or closed legal action?
- ☑ No.
- ☐ Yes. **Answer Questions 4(a)-(f).**

4(a). Identify the department or agency that is a party to the action.
__Departamento de Educación__

4(b). Identify the name and address of the court or agency where the action is pending:

_____

4(c). Case number: __15965 4__
4(d). Title, Caption, or Name of Case: __Commonwealth of Puerto Rico__
4(e). Status of the case (pending, on appeal, or concluded): _____
4(f). Do you have an unpaid judgment? Yes / No (Circle one)

If yes, what is the date and amount of the judgment? _____

2

| SHR_INOM_SRM | SISTEMA DE RETIRO PARA MAESTROS | 27-03-2014 |
|---|---|---|
| | Sistema de Aportaciones y Beneficios Integrados | 11:59:11 AM |
| | PAGO DE PENSION INGRESO A NOMINA | Página: 1 |

SEGURO SOCIAL
NOMBRE           SANDRA LUGO VALENTIN
DIRECCION      PO BOX 23

MAYAGUEZ, PR         00681

NUMERO CASO                                             2196
NUMERO SOLICITUD                                  724822
FECHA RADICACION                            11-03-2014
PENSION AÑOS DE SERVICIO / MERITO
FECHA NACIMIENTO 18-10-1954    EDAD 59.17    SEXO F

INGRESO A NOMINA: 30-04-2014
FECHA EFECTIVIDAD: 21-12-2013
SERVICIOS ACREDITADOS:  29  2  1  .26
                                                 Años Meses Sem Días
COSTO ANUALIDAD: $64,270.46
SALARIO PROMEDIO: $2,705.00
RETROACTIVO: 21-12-2013 AL 15-04-2014
IMPORTE TOTAL (BRUTO)

|  | PAGO GLOBAL | MENSUAL | ANUAL |
|---|---|---|---|
|  | $5,478.73 | $1,421.26 |  |
| AUMENTO POR LEY: |  | $0.00 |  |
|  | $5,478.73 | $1,421.26 | $17,055.12 |

| CONCEPTO | CLAVE | DESCUENTO | DESCUENTO |
|---|---|---|---|
| PENSION PAGADA | | $0.00 | $0.00 |
| PRESTAMOS: PERSONAL (PP ) | 47-000 | $935.76 | $267.36 |
| CULTURAL (PC ) | 45-000 | $0.00 | $0.00 |
| HIPOTECARIO (PH ) | 36-000 | $0.00 | $0.00 |
| FINANZAS | 67-059 | $0.00 | $0.00 |
| INSUFICIENCIA EN APORTACION | | $0.00 | $0.00 |
| APORT. IND. 9% Cese: 15-Oct-2014 | 26-001 | $852.08 | $243.45 |
| OTROS | | $0.00 | $0.00 |
| TOTAL DESCUENTO | | $1,787.84 | $510.81 |
| NETO | | $3,690.89 | $910.45 |

BONOS   NAVIDAD (BNP): $0.00     VERANO (PBV): $0.00     MEDICAMENTO (PBM): $0.00

COMPUTADO POR:                              FECHA: 27/3/2014
INTERVENIDO POR:                            FECHA: 8-abril-2014
SUPERVISOR (PENSIONES):              FECHA:
DIRECTOR:                                             FECHA:
INGRESADO A NOMINA POR:            FECHA:
    Mes: 4    ☐ 1ra  ☐ 2da
PAGO GLOBAL POR:                            FECHA: 9/abril/2014
    Mes: _____  ☐ 1ra  ☐ 2da   ☐ Off Cycle  ☐ Pay Line
SUPERVISOR (NOMINA):                     FECHA:

Stamps: APR-09 2014 MARIANELA GONZALEZ MARTINEZ; AREA DE BENEFICIOS Y SERVICIOS DOCUMENTO PREINTERVENIDO APR-09-2014; $133.68; $121.73

# GOBIERNO DE PUERTO RICO
### Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Sandra F. Lugo Valentin**, con número de seguro social que termina en

| | |
|---|---|
| Fecha de Efectividad de la Pensión | 21 de diciembre de 2013 |
| Tiempo Cotizado para la Pensión | 29 años, 2 mes, 1 sem., .26 días |
| Pensión Mensual Inicial | $1,421.26 |
| Pensión Mensual Actual | $1,421.26 |

Esta certificación se expide hoy, **7 de febrero de 2020** en **San Juan, Puerto Rico**.

Edgardo J. Negrón Ramírez
**Supervisor**
**Área de Servicios de Retiro**



235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

☏ 787.777.1414    ☏ 787.764.6910    www.srm.pr.gov

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| SANDRA E LUGO VALENTIN | | | | |

### DEDUCCIONES

| ESPECIFICAS | | | | | MISCELANEAS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS AHORROS SEGURO | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |

ACUMULADO DURANTE EL AÑO NATURAL

MES CORRIENTE

| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ª QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |
|---|---|---|---|---|---|---|

ACUMULADO DURANTE EL AÑO NATURAL — MES CORRIENTE

VEASE CLAVES AL DORSO

---

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| SANDRA E LUGO VALENTIN | | 30 06 97 | 066715 | 60545774 |

(values shown: 8742  24466  ...  1451  4111  ...  345000  345000  57500  57500  25900  5768  26032)

VEASE CLAVES AL DORSO

---

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| SANDRA E LUGO VALENTIN | | | | |

VEASE CLAVES AL DORSO

### Payslip 1

**SANDRA F LUGO VALENTIN** — 31 08 80 — 070973 — 71955234

| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS (AHORRO / SEGURO) | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7960 | 13180 | | | | 60 | 480 | | | | | | |
| 1588 | 2636 | | | | | | | | | | | |

| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1RA QUINCENA | TOTAL DEDUCCIONES | | PAGA NETA |
|---|---|---|---|---|---|---|---|
| 215000 | 215000 | 43000 | 43000 | 19100 | 4704 | | 19196 |

NO ES NEGOCIABLE

ESTADO LIBRE ASOCIADO DE PUERTO RICO
VEASE CLAVES AL DORSO

---

### Payslip 2

INFORME DE SUELDOS Y DEDUCCIONES

**SANDRA F LUGO VALENTIN** — 29 02 80 — 059918 — 71310705

| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS (AHORRO / SEGURO) | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3176 | 5272 | | | | 60 | 480 | | | | | | |
| 1588 | 2636 | | | | | | | | | | | |

| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1RA QUINCENA | TOTAL DEDUCCIONES | | PAGA NETA |
|---|---|---|---|---|---|---|---|
| 86000 | 86000 | 43000 | 43000 | 19300 | 4704 | | 18996 |

ESTADO LIBRE ASOCIADO DE PUERTO RICO
VEASE CLAVES AL DORSO

---

### Payslip 3

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**INFORME DE SUELDOS Y DEDUCCIONES**

**SANDRA F LUGO VALENTIN** — 30 11 86 — 043702 — 589995621

| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS (AHORROS / SEGURO) | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
|---|---|---|---|---|---|---|---|---|---|---|
| 4489 | 12684 | | | | | | | | | |
| 1457 | 4111 | | | | | | | | | |

| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1RA QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |
|---|---|---|---|---|---|---|
| 177400 | 177400 | 57500 | 57500 | 23300 | 5568 | 28632 |

VEASE CLAVES AL DORSO

---

*Evidencia que trabajé desde el 1980 y no recibí el dinero de la ley #89.*

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| SANDRA F LUGO VALENTIN | 584542132 | 30 0488 | 067272 | 520415613 |

**DEDUCCIONES**

| ESPECIFICAS | | | | | MISCELANEAS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | AHORROS / SEGURO | | | | | | |
| | 17538 | | | | | | | | | |
| MES CORRIENTE | | | | | | | | | | |
| | 4654 | | | | | | | | | |
| 234200 | 234200 | | 61700 | 61700 | 28500 | | -684 | | 80550 | |
| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ª QUINCENA | | TOTAL DEDUCCIONES | | PAGA NETA | |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | | MES CORRIENTE | | | | | |

**VEASE CLAVES AL DORSO**

---

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| SANDRA F LUGO VALENTIN | | 30 0988 | 037990 | 640246023 |

**DEDUCCIONES**

| ESPECIFICAS | | | | | MISCELANEAS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | AHORROS / SEGURO | | | | | | |
| | 40683 | | | | | | | | | |
| MES CORRIENTE | | | | | | | | | | |
| | 4619 | | 600 | | | | | | | |
| 541700 | 541700 | | 61500 | 61500 | 28100 | | 5219 | | 28181 | |
| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ª QUINCENA | | TOTAL DEDUCCIONES | | PAGA NETA | |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | | MES CORRIENTE | | | | | |

**VEASE CLAVES AL DORSO**

---

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| SANDRA F LUGO VALENTIN | | 31 0588 | 065750 | 630779166 |

**DEDUCCIONES**

| ESPECIFICAS | | | | | MISCELANEAS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | AHORROS / SEGURO | | | | | | |
| | 22207 | | | | | | | | | |
| MES CORRIENTE | | | | | | | | | | |
| | 4619 | | | | | | | | | |
| 295700 | 295700 | | 61500 | 61500 | 28400 | | 4619 | | 28481 | |
| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ª QUINCENA | | TOTAL DEDUCCIONES | | PAGA NETA | |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | | MES CORRIENTE | | | | | |

**VEASE CLAVES AL DORSO**

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| SANDRA F LUGO VALENTIN | | 31 1088 | 041585 | 642685887 |

**DEDUCCIONES**

| ESPECIFICAS ||||| MISCELANEAS ||||||
|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS || CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
| ACUMULADO DURANTE EL AÑO NATURAL ||| | AHORROS | SEGURO | | | | | | |
| | 45302 | | | | | | | | | | |

| MES CORRIENTE |||||
|---|---|---|---|---|
| | 4619 | | 600 | |

| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ª QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |
|---|---|---|---|---|---|---|
| 603200 | 603200 | 61500 | 61500 | 28100 | 5219 | 28181 |
| ACUMULADO DURANTE EL AÑO NATURAL || MES CORRIENTE |||||

VEASE CLAVES AL DORSO

---

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| SANDRA F LUGO VALENTIN | | 31 0888 | 034064 | 637201081 |

**DEDUCCIONES**

| ESPECIFICAS ||||| MISCELANEAS ||||||
|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS || CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
| ACUMULADO DURANTE EL AÑO NATURAL ||| | AHORROS | SEGURO | | | | | | |
| | 35054 | | | | | | | | | | |

| MES CORRIENTE |||||
|---|---|---|---|---|
| | 4619 | | 600 | |

| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ª QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |
|---|---|---|---|---|---|---|
| 450000 | 450000 | 61500 | 61500 | 16100 | 5219 | 28181 |

VEASE CLAVES AL DORSO

---

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| SANDRA F LUGO VALENTIN | | 31 1288 | 051339 | 648553923 |

**DEDUCCIONES**

| ESPECIFICAS ||||| MISCELANEAS ||||||
|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS || CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
| ACUMULADO DURANTE EL AÑO NATURAL ||| | AHORROS | SEGURO | | | | | | |
| | 56342 | | | | | | | | | | |

| MES CORRIENTE |||||
|---|---|---|---|---|
| | 4619 | | 600 | |

| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ª QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |
|---|---|---|---|---|---|---|
| 750200 | 750200 | 61500 | 61500 | 28100 | 5219 | 28181 |

VEASE CLAVES AL DORSO

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**INFORME DE SUELDOS Y DEDUCCIONES**

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| SANDRA F LUGO VALENTIN | | 31 0589 | 065593 | 659771406 |

DEDUCCIONES

| ESPECIFICAS | | | | | MISCELANEAS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | AHORROS / SEGURO | | | | | | |
| | 23095 | | | | | | | | | |

MES CORRIENTE

| | 4919 | | 600 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 307500 | 307500 | | 61500 | 61500 | 28100 | | 5219 | | 28181 | |
| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ra QUINCENA | | TOTAL DEDUCCIONES | | PAGA NETA | |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | | MES CORRIENTE | | | | | |

VEASE CLAVES AL DORSO

---

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**INFORME DE SUELDOS Y DEDUCCIONES**

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| SANDRA F LUGO VALENTIN | | 31 1089 | 042950 | 669703086 |

DEDUCCIONES

| ESPECIFICAS | | | | | MISCELANEAS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | AHORROS / SEGURO | 10 | 500 | 21 | 800 | | |
| 6045 | | 21000 | | | | | | | | |

MES CORRIENTE

| 2015 | | 7000 | 1050 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 30000 | 000 | | 000 | 10000 | 4430 | | 11365 | | 4435 | |
| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ra QUINCENA | | TOTAL DEDUCCIONES | | PAGA NETA | |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | | MES CORRIENTE | | | | | |

VEASE CLAVES AL DORSO