To: Sandra F. Lugo Valentin
P.O. Box 23
Mayaguez, Puerto Rico 00681



U.S. POSTAGE PAID
FCM LG ENV
MAYAGUEZ, PR
00680
MAR 10, 20
AMOUNT
$1.40
R2304E106813-25

RECEIVED & FILED
2020 MAR 11 PM 3:54
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R.

To: Clerk's Office
United States District Court
Room 150 Federal BLDG
San Juan, P.R. 00918-1767