RECEIVED & FILED
2020 MAR 11 PM 3:53
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

9 de marzo de 2020.

Mi nombre es Carmen M. Ruiz Rivera (maestra retirada del Departamento de Educación).

Relacionado al caso con Prime Clerk **# de caso 17BK-03566 LTS** y cuyo número de reclamación es  108152, 106544, 156351 y 136874.

Envío copias de mi carta de retiro como evidencia. También quiero que corrijan mi número de teléfono el cual fue escrito incorrectamente en cartas enviadas anteriormente.

**El número correcto es el (787)-532-2689.**

Gracias,

*Carmen M. Ruiz Rivera*

Carmen M. Ruiz Rivera