ESTADO LIBRE ASOCIADO DE PUERTO RICO
JUNTA DE RETIRO PARA MAESTROS

## INFORME RENTA ANUAL VITALICIA

−5971

| Nombre | Núm. Reclamación | Sexo F |
|---|---|---|
| Carmen M. Ruiz Rivera | 1-18264 | |

Tipo de Renta:
a— Años de Servicio y Edad
   Opcional (x)
   Obligatorio ( )
c— Incapacidad
   Ocupacional ( )
   No Ocupacional ( )
b— Edad ( )
d— Diferida ( )*

Fecha de Nacimiento
Año _____ Mes _____

Fecha de Retiro
1995   diciembre
Año       Mes

| Edad al Retirarse | | | Servicios Acreditados | | | | Costo Anualidad |
|---|---|---|---|---|---|---|---|
| 53 | 10 | 21 | 30 | 09 | 01 | 2½ | $ 23,558.72 |
| Años | Meses | Días | Años | Meses | Sem. | Días | |

Fecha de Efectividad
1995   diciembre
Año       Mes

Retiro Ley Núm. 218 de 1951

Cómputo de la Renta Anual:
a— Sueldo promedio mensual más alto durante tres (cinco) años consecutivos a $ 1,233.25

X    .65%  X   30 años
   (Por ciento)          (Tiempo Acreditado)

801

* En caso de renta anual diferida, ésta comenzará al cumplir la edad de _____

( ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años de edad.

( ) o a opción en fecha posterior si al retirarse tiene 10 y menos de 25 años de servicios y menos de 60 años de edad.

b— Ajuste para llegar al Mínimo Establecido por Ley

| Años de Servicio | Edad | Incapacidad Física | Diferido |
|---|---|---|---|
| $ _____ | $ _____ | $ _____ | $ _____ |

Diferencia Mínimo o Renta Sistema Retiro

Renta Mensual Vitalicia — 801

Renta Anual Vitalicia — 9,619

| Computado | | Cotejado | |
|---|---|---|---|
| Mayda Díaz | 3/enero/96 | Hugo E. Aponte Morán | 31-1-96 |
| | Fecha | | Fecha |
| Recomendado: | | Aprobado: | |
| Maribel Solá Matos | 1/feb/96 | 8/2/96 | Aurora Ramírez Vega |
| Jefe Div. de Reclamaciones | Fecha | Fecha | Secretario Ejecutivo |
| HA/agb | | | |

Secr. Aux., Area de Retiro