9 de marzo de 2020

Prime Clerk
United States District Court
Room 150 Federal Building
San Juan, P.R. 00918-1767

A quien pueda interesar:

Respondiendo a los documentos que me enviaron donde se me solicita la firma de un documento, que no aparece firmado. Dicho documento no está incluido en el paquete que me enviaron; por tal razón incluyo mi firma y dirección postal.

Atentamente,
Doris B. Ruiz Gayco
P.O Box 2925
Mayagüez, P.R. 00681

RECEIVED & FILED 2020 MAR 11 PM 3:54
CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN

Modelo SC-1515 (IRM)
14-mayo-71
Manual de Contabilidad

ESTADO LIBRE ASOCIADO DE PUERTO RICO

JUNTA DE RETIRO PARA MAESTROS

# INFORME RENTA ANUAL VITALICIA

| Nombre | Núm. Reclamación | Sexo |
|---|---|---|
| Doris B. Ruiz Goyco | 32809 | F |

Tipo de Renta:
- a— Años de Servicio y Edad
  - Opcional (xx)
  - Obligatorio ( )
- b— Edad ( )
- c— Incapacidad
  - Ocupacional ( )
  - No Ocupacional ( )
- d— Diferida ( )*

Fecha de Nacimiento

| Año | Mes | Día |
|---|---|---|
| | | |

Fecha de Retiro

| Año | Mes | Día |
|---|---|---|
| 2000 | julio | 28 |

| Edad al Retirarse | | | Servicios Acreditados | | | | Costo Anualidad | Fecha de Efectividad | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Años | Meses | Días | Años | Meses | Sem. | Días | | Año | Mes | Día |
| 51 | 9 | 14 | 28 | 11 | 2 | 4 | $34,220.39 | 2000 | julio | 29 |

Retiro Ley Núm. 44 de 2000

[Stamp: Oficina de Finanzas / Documentos Preintervenidos / Fecha 2 enero 2001 / Iniciales]

Cómputo de la Renta Anual:
a— Sueldo promedio mensual más alto durante ~~cinco~~ tres años consecutivos a $ 1,829.44

X .018 X 28 años, 11 meses, 2 semans y 4 días          953.85
  (Por ciento)      (Tiempo Acreditado)               5% ajuste
                                                        47.69
*En caso de renta anual diferida, ésta comenzará al cumplir la edad de _____    906.16

( ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años de edad.

( ) o a opción en fecha posterior si al retirarse tiene 10 y menos de 25 años de servicios y menos de 60 años de edad.

b— Ajuste para llegar al Mínimo Establecido por Ley 44

| Años de Servicio | Edad | Incapacidad Física | Diferido |
|---|---|---|---|
| $ 465.92 | $ | $ | $ |

| | |
|---|---|
| Diferencia Mínimo o Renta Sistema Retiro | 465.92 |
| Renta Mensual Vitalicia | 1,372.08 |
| Renta Anual Vitalicia | 16,464.96 |

Computado: B. Ledoux / Linsaidy Morales    21-12-00

Cotejado: [signature] / Hugo E. Aponte Morán    21-12-2000

Recomendado: [signature] / Gloria E. Navas Pérez    27-12-00
Directora Area Servicios de Retiro

Aprobado: 1-3-01 / [signature] / Irma A. Giménez López
Secretaria Ejecutiva

**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Doris B. Ruiz Goyco**, con número de seguro social que termina en **9151**.

| | |
|---|---|
| Fecha de Efectividad de la Pensión | 29 de julio de 2000 |
| Tiempo Cotizado para la Pensión | 28 años, 11 mes, 2 sem., 4 días |
| Pensión Mensual Inicial | $1,372.08 |
| Pensión Mensual Actual | $1,455.08 |

Esta certificación se expide hoy, **19 de febrero de 2020** en **San Juan, Puerto Rico**.

Edgardo J. Negrón Ramírez
Supervisor
Área de Servicios de Retiro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

787.777.1414  787.764.6910  www.srm.pr.gov

SRM
Sistema de Retiro para Maestros
Gobierno de Puerto Rico
Protegemos la Aportación al Futuro

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Ruiz Goyco, Doris B. | 118649 | 6/28/2018 | Commonwealth of Puerto Rico | $8,000.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Ruiz Goyco, Doris B. | 118649 | 6/28/2018 | Commonwealth of Puerto Rico | $8,000.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

RECEIVED & FILED 2020 FEB 24 PM 5:10 CLERK'S OFFICE DISTRICT COURT SAN JUAN, P.R.

001057

***CUST PR 1845 SRF 38939 PackID: 1057 MMLID: 112530 SVC: 132nd Omni
Ruiz Goyco, Doris B.
PO Box 2925
Mayaguez, PR 00681-2925

001057

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re: Financial Oversight & Management Board for Puerto Rico | 3:17-BK-3283 (LTS) |
| | PROMESA Title III |
| *as representative of* | |
| | (Jointly Administered) |
| The Commonwealth of Puerto Rico, *et al.* | |
| Debtors | |

## NOTICE OF DEFECTIVE PLEADING
*(Notificación de Documento Defectuoso)*

The Clerk of Court has received your pleading on February 24, 2020. However, the deficiencies listed below have prevented us from filing the same in the case docket. You must submit a corrected pleading if you want it to form part of the record.

La Secretaría del Tribunal recibió su escrito el 24 de febrero de 2020. No obstante, las deficiencias que abajo se señalan nos impiden aceptarlo y entrarlo en el sumario del caso. Debe usted someter un escrito debidamente corregido si quiere que el mismo forme parte del expediente.

Page **1** of **2**

NOTICE OF DEFECTIVE PLEADING
(Notificación de Documento Defectuoso)
3:17-BK-3283 (LTS)

| # | | Description |
|---|---|---|
| 1 | | Pleading is illegible. L.Civ.R. 10<br>(El escrito radicado es ilegible o no cumple con la R.L.Civ. 10) |
| 2 | X | Lacks proper signature. Documents presented to the court in paper require a handwritten signature. L.Civ.R. 11<br>(Documento no está firmado adecuadamente. Los documentos sometidos en papel tienen que estar firmados a mano. R.L.Civ. 11) |
| 3 | | PROMESA Cover Sheet for Adversary Proceedings (DPR Modified PROMESA B1040) was not included. L.Bkcy.R. 7003-1<br>http://www.prd.uscourts.gov/promesa/forms-attorneys<br>(No se incluyó la Hoja de Trámite para Casos Adversarios (DPR Modified PROMESA B1040). |
| 4 | | Failure to pay the filing fee in the amount of $400.00. See, L.Cv.R. 3.1(a). Payment shall be made within 24 hours in person at the Clerk's Office U.S. District Court with copy of the complaint /notice of removal.<br>(Incumplimiento con el pago de la cuota de radicación por la cantidad de $400.00. El pago debe hacerse personalmente dentro de 24 horas en la Secretaría del Tribunal Federal de Distrito adjuntando una copia de la demanda / notificación de remoción.) |
| 5 | | Other: |

Date: February 26, 2020

MARIA ANTONGIORGI-JORDAN, ESQ.
Clerk of Court

By: s/ Marian B. Ramirez-Rivera
Marian B. Ramirez Rivera
Deputy Clerk

sc: to filer with original filing attached