FROM:

Doris B. Ruiz Gayer
P.O Box 2925
Mayaguez, P.R. 00681

TO:

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, P.R. 00918-1767

USPS U.S. POSTAGE PAID
FCM LG ENV
MAYAGUEZ, PR
00682
MAR 10, 20
AMOUNT
$1.40
R2304Y122255-42

RECEIVED
2020 MAR 11 PM 3 54
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN