RECEIVED
2020 MAR 11
CLERK'S
U.S. DISTRI
SAN JU

RECEIVED & FILED
2020 MAR 11 PM 3:54
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

9 de Marzo 2020

Secretario:
Tribunal de Distrito de los Estados Unidos
Abogado de la Junta Supervisión
Abogado del Comite de acreedores

Estoy Apelando la decisión tomada por ustedes para que se me considere ya que recibí el documento y no entiendo ingles y como no tenía instrucciones pues guarde el documento.

Mi nombre: Iris N. Espino Romero
Numero de Teléfono: 787-604-1948
Numero de caso: 154251
Trabajé para el departamento de Educación desde 1986 hasta 2017.
Actualmente estoy Jubilada.
Los leyes Sometido Ley 89, Ley 96, Ley 64 y Ley 9.
Para un estimado entre 70 mil a 90 mil dolares
Estoy sometiendo evidencia de que labore en el departamento de Educación de Puerto Rico.

Espero que me tomen en consideración.
Gracias Anticipadas
Iris N. Espino