**081 Dept de Educacion-Clasificados**
Ave. Teniente Cesar Gonzalez , Esquina Calaf
HATO REY, PR 00919

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 01/01/2017 |
| Hasta: | 01/15/2017 |

Aviso #: 5586759
Fecha Aviso: 01/13/2017

| | |
|---|---|
| IRIS N ESPINOSA RAMOS | |
| PO BOX 558 | |
| MAUNABO, PR 00707-0558 | |
| SS: XXX-XX-6547 | |

| | |
|---|---|
| # Empleado: | XXXXX6547 |
| Dept: | 8103127-HUMACAO-YABUCOA |
| Lugar: | DISTRITO ESCOLAR YABUCOA |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $2,820.00 Monthly |

| | Federal | PR |
|---|---|---|
| DATA IMP: | | |
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 1 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,410.00 | 75.00 | 1,410.00 |
| Total: | | | 1,410.00 | 75.00 | 1,410.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 20.45 | 20.45 |
| Fed OASDI/Disability - EE | 87.42 | 87.42 |
| PR Withholding | 30.77 | 30.77 |
| Total: | 138.64 | 138.64 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Retiro Hibrido Coord. | 141.00 | 141.00 |
| Total: | 141.00 | 141.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 3.38 | 3.38 |
| AE-Asoc Emp ELA-Prest Regular | 164.61 | 164.61 |
| SM-First Medical Health Plan | 18.75 | 18.75 |
| SC-TRANS OCEANIC LIFE | 28.08 | 28.08 |
| RC-Pres Pers Ret Cen-E Clasif | 55.61 | 55.61 |
| OS-UNION PASO/ SPT Y SPU | 13.64 | 13.64 |
| Ahorros-AEELA | 42.30 | 42.30 |
| Total: | 326.37 | 326.37 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Retiro Hibrido Coord. | 218.90 | 218.90 |
| FSED Disability Plan | 23.97 | 23.97 |

* Tributable

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,410.00 | 0.00 | 138.64 | 467.37 | 803.99 |
| Acumulado: | 1,410.00 | 0.00 | 138.64 | 467.37 | 803.99 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5586759 | 803.99 |
| Total: | 803.99 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

**Dept de Educacion-Clasificados**
Ave. Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
01/13/2017

Aviso No.
5586759

Cant. Deposito: $803.99

A la Cuenta(s) De   IRIS N ESPINOSA RAMOS

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | XXXXXXXXXXXXXX | 803.99 |