Sr. W. Espin Rosen
P.O. Box 558
Maunabo, P.R. 00707

CERTIFIED MAIL

7018 2290 0001 2065 5948

U.S. POSTAGE PAID
FCM LETTER
MAUNABO, PR
00707
MAR 10, 20
AMOUNT
$6.40
R2305K132916-01

Secretario
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building avenida Chardon
San Juan, Puerto Rico, 00918-1767

00918-320550