9 de marzo de 2020

Gladys M. Ortiz Hernández
H-C-5 Box 28970
Bo. Consejo, Utuado
Puerto Rico 00641
939-940-9588
gladysmortiz@yahoo.com

Secretaria (Clerks Office)
Tribunal de Distrito de los Estados Unidos
#150 Chardon Avenue
Federal Building
San Juan, Puerto Rico 00918

Estado Libre Asociado de Puerto Rico y otros
17 BK 3283-LTS
CENTÉCIMA TRIGÉSIMA OBJECIÓN GLOBAL
N.º de reclamación 148549

Se solicita se considere la evidencia de reclamación que tiene la intención de adjudicar las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico en virtud del Título III.

El respaldo de documentación suministrada es fiel y exacto de los documentos entregados al deudor Departamento de Educación de Puerto Rico en conformidad con la Ley Núm. 158 del 30 de junio de 1999 Ley de Carrera Magisterial. Esta dispone sobre el sistema de rangos magisteriales, establece procedimientos para ascensos y revisión de salarios; y dispone sobre el Plan Individual de Mejoramiento Profesional y los programas de educación continúa.
La Ley hace hincapié en el Asenso y Revisión de Niveles de la Carrera Magisterial: Caso # SJ2019CV07914 – Pendiente a Resolución. En el Capítulo VII. Ascenso y Revisión de Niveles. Artículo 7.01 Derecho del personal docente en la Carrera Magisterial y Artículo 7.02 Obligación del Secretario. Se expone que el secretario tiene la obligación de reconocer los niveles que reclaman los miembros de la carrera Magisterial, lo mismo que las revisiones de salario que solicitan cuando se compruebe que reúne los requisitos que al efecto, establecen los artículos 2.03, 2.04, 2.05, 2.06, 2.10, 2.11, 2.12 y 3.03 de la Ley, así como las disposiciones correspondientes en este Reglamento.

La información recopilada según los documentos entregados al Departamento de Educación división Carrera Magisterial se resume de la siguiente manera: Para el año escolar 2011 se

adjudica un aumento de sueldo en la activación de la Carrera Magisterial por la cantidad de $122.50 dólares. En el año escolar 2012 se procede al aumento de la Etapa I del Plan de Mejoramiento Profesional y Reglamentación del Nivel Magisterial: III(3) de $87.50. Para el año escolar 2014 de solicito la revisión de salario y reclamación de nivel al entregar toda la documentación requerida por el Departamento de Educación división de Carrera Magisterial donde se evidencia que se completo con todo lo requerido. Desde el año escolar 2014 el deudor no ha cumplido con el proceso de adjudicar los aumentos concernientes al Plan de Mejoramiento Profesional al culminar las cinco etapas requeridas del Nivel III del plan. Es por esto que se peticiona una reconsideración del caso en cuestión para validar la información y proporcionar la cantidad que se adeuda al reclamante desde el año 2014 al 2020 por la cantidad de $ 56,786.00 dólares. Además se adeuda un Aumento Por Experiencia con referencia al caso: Abdiel Acevedo Pérez (508) v DE Caso # 2012-05-2084 OASE Retribución –Pendiente de adjudicación. El mismo consiste de un aumento por mes de $25.00 dólares por años de servicio equivalentes a $300.00 desde el año 2012 al presente a un total de $ 2,400.00 dólares.

Se aneja copias de:
1. Talonarios correspondientes a los años 2014 al 2019 para evidenciar sueldo devengado en ese transcurso de tiempo sin adjudicar el beneficio de aumento de Carrera Magisterial.
2. Documentación de Plan de Mejoramiento Profesional Ley de la Carrera magisterial y hojas de trámite realizadas para dicho proceso.

Atentamente,

*Gladys M. Ortiz Hernández* (signature)
Gladys M. Ortiz Hernández

Gladys M. Ortiz Hernández
H-C-5 Box 28970
Bo. Consejo, Utuado
Puerto Rico 00641
939-940-9588
gladysmortiz@yahoo.com

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
#150 Chardon Avenue
Federal building
San Juan, Puerto Rico 00918

Estado Libre Asociado de Puerto Rico y otros
17 BK 3283-LTS
CENTÉCIMA TRIGÉSIMA OBJECIÓN GLOBAL
N.º de reclamación 148549



Se solicita se considere la evidencia de reclamación que tiene la intención de adjudicar las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico en virtud del Título III.

El respaldo de documentación suministrada es fiel y exacto de los documentos entregados al deudor Departamento de Educación de Puerto Rico en conformidad con la Ley Núm. 158 del 30 de junio de 1999 Ley de Carrera Magisterial. Esta dispone sobre el sistema de rangos magisteriales, establece procedimientos para ascensos y revisión de salarios; y dispone sobre el Plan Individual de Mejoramiento Profesional y los programas de educación continúa.
La Ley hace hincapié en el Asenso y Revisión de Niveles de la Carrera Magisterial: Caso # SJ2019CV07914 – Pendiente a Resolución. En el Capítulo VII. Ascenso y Revisión de Niveles. Artículo 7.01 Derecho del personal docente en la Carrera Magisterial y Artículo 7.02 Obligación del Secretario. Se expone que el secretario tiene la obligación de reconocer los niveles que reclaman los miembros de la carrera Magisterial, lo mismo que las revisiones de salario que solicitan cuando se compruebe que reúne los requisitos que al efecto, establecen los artículos 2.03, 2.04, 2.05, 2.06, 2.10, 2.11, 2.12 y 3.03 de la Ley, así como las disposiciones correspondientes en este Reglamento.

La información recopilada según los documentos entregados al Departamento de Educación división Carrera Magisterial se resume de la siguiente manera: Para el año escolar 2011 se adjudica un aumento de sueldo en la activación de la Carrera Magisterial por la cantidad de

$122.50 dólares. En el año escolar 2012 se procede al aumento de la Etapa I del Plan de Mejoramiento Profesional y Reglamentación del Nivel Magisterial: III(3) de $87.50. Para el año escolar 2014 de solicito la revisión de salario y reclamación de nivel al entregar toda la documentación requerida por el Departamento de Educación división de Carrera Magisterial donde se evidencia que se completo con todo lo requerido. Desde el año escolar 2014 el deudor no ha cumplido con el proceso de adjudicar los aumentos concernientes al Plan de Mejoramiento Profesional al culminar las cinco etapas requeridas del Nivel III del plan. Es por esto que se peticiona una reconsideración del caso en cuestión para validar la información y proporcionar la cantidad que se adeuda al reclamante desde el año 2014 al 2020 por la cantidad de $ 56, 786.00 dólares. Además se adeuda un Aumento Por Experiencia con referencia al caso: Abdiel Acevedo Pérez (508) v DE Caso # 2012-05-2084 OASE Retribución –Pendiente de adjudicación. El mismo consiste de un aumento por mes de $25.00 dólares por años de servicio equivalentes a $300.00 desde el año 2012 al presente a un total de $ 2,400.00 dólares.

Se aneja copias de:
1. Talonarios correspondientes a los años 2014 al 2019 para evidenciar sueldo devengado en ese transcurso de tiempo sin adjudicar el beneficio de aumento de Carrera Magisterial.
2. Documentación de Plan de Mejoramiento Profesional Ley de la Carrera magisterial y hojas de trámite realizadas para dicho proceso.