

Estado Libre Asociado de Puerto Rico
Departamento de Educación

Secretaria Auxiliar de Recursos Humanos

ocm-02

Certificaciones Docentes y Desarrollo Profesional



# PLAN DE MEJORAMIENTO PROFESIONAL

# LEY DE LA CARRERA MAGISTERIAL

OCM-01



**Estado Libre Asociado de Puerto Rico**
**Secretaría Auxiliar de Recursos Humanos**

## Certificaciones Docentes y Desarrollo Profesional

### SOLICITUD DE ACTIVACIÓN A LA CARRERA MAGISTERIAL

Nombre del Solicitante : Gladys M. Ortiz Hernández

Seguro Social : _____

Categoría : Maestro de Educación Especial

Núm. De Puesto : _____

Escuela : Carmen Aponte Santiago

Distrito Escolar : Utuado

Región Educativa : Ponce

Nivel al que aspira : Nivel III

De acuerdo con el Artículo 2.07 del Reglamento de la Carrera Magisterial, esta solicitud debe entregarse en unión al Plan de Mejoramiento Profesional durante el mes de abril de cada año escolar.

_____
Firma del Solicitante

**15 de febrero de 2011**
Fecha de radicación

Recibido por: _____

**27 de enero de 2015**
Fecha de revisión

Anejo 2
OCM-09 enmendada

Oficina de Carrera Magisterial

## RECOMENDACIÓN DE REVISIÓN DE SALARIO Y RECONOCIMIENTO DE NIVEL

Certificamos que hemos considerado la Solicitud de Revisión de Salario y Recomendación de Nivel de:

Nombre : Gladys M. Ortiz Hernández

Seguro social : 

Escuela : Carmen Aponte Santiago

Teléfono de la escuela : 787-894-7744

Distrito escolar : Utuado

Región educativa : Ponce

Del análisis de los documentos presentados, concluimos que el reclamante cumplió satisfactoriamente con los requisitos correspondientes a la revisión de salario de las etapas: ___1, ___2, ___3, ___4, _X_5 del Plan de Mejoramiento Profesional. Recomendamos favorablemente se le otorgue el Nivel Magisterial: ___II, _X_III, ___IV.

### COMITÉ DE EVALUACIÓN

| Nombre | Firma | Puesto |
|---|---|---|
| Marta Santiago Sotomayor | Marta Santiago Sotomayor | Director |
| Mari Donis Irizarry | Mari Donis Irizarry | Representante consejo escolar |
| | | Representante de la docencia |

Fecha de aprobación: 13 /marzo/2015

P.O. Box 190759
San Juan, Puerto Rico 00919-0759
Tel. 787 773 2448



El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.



Anejo 1
OCM-07 enmendada

Oficina de Carrera Magisterial

## SOLICITUD DE REVISIÓN DE SALARIO Y RECLAMACIÓN DE NIVEL

Honorable **Rafael Román**
Secretario de Educación

De conformidad con lo establecido en el Capítulo VII del Reglamento de la Carrera Magisterial, solicito revisión de salario de las etapas: ___1, ___2, ___3, ___4, _X_5 del Plan de Mejoramiento Profesional y Reclamación del Nivel Magisterial: ___II, _X_III, ___IV.

Nombre del solicitante : **Gladys M. Ortiz Hernández**
Seguro social :
Categoría de la permanencia : **Educación Especial**
Teléfono : **939-940-9588**
Correo electrónico : **gladysmortiz@yahoo.com**
Escuela : **Carmen Aponte Santiago**
Distrito escolar : **Utuado**
Región educativa : **Ponce**

_Gladys M. Ortiz Hernández_     **13/marzo/2015**
Firma del solicitante                          Fecha

Recibido por: _Marta Santiago Betancourt_
                              Director

P.O. Box 190759
San Juan, Puerto Rico 00919-0759
Tel: 787 773 2448



El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental, ni por ser víctima de violencia doméstica, agresión sexual o acecho.

4

Anejo 4



Oficina de Carrera Magisterial

Fecha: 13 marzo 2015

# CERTIFICACIÓN DE COPIA FIEL Y EXACTA

Certifico que los documentos sometidos para la Revisión de 20 _15_ son copia fiel y exacta de los originales presentados al Comité de Evaluación de Carrera Magisterial de la escuela _Carmen Aponte Santiago_ del distrito escolar de _Utuado_ por _Gladys Ortiz Hernández_
(Nombre miembro activo de Carrera Magisterial)

Marta Santiago Sotomayor
Nombre director

Marta Santiago Sotomayor
Firma



P O Box 190759
San Juan, Puerto Rico 00919-0759
Tel 787 773 2448



El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental ni por ser víctima de violencia doméstica, agresión sexual o acecho



**Estado Libre Asociado de Puerto Rico**
**DEPARTAMENTO DE EDUCACIÓN**
*Escuela de la Comunidad Carmen Aponte Santiago*
*Región Educativa de Ponce*
*Distrito Escolar de Utuado*
*Municipio Utuado*



*Oficina de Administración*
*Sra. Brizeida M. Torres Latorre*
*Directora*

# HOJA DE TRÁMITE

**PARA:** DEPARTAMENTO DE EDUCACIÓN
NIVEL CENTRAL
OFICINA PARA EL DESARROLLO DEL CAPITAL HUMANO

**DE:** Brizeida M. Torres Latorre
Directora

**FECHA:** 13 de mayo de 2011

**ASUNTO:** Documentos para activación a la carrera magisterial de los siguientes maestros:
1. María L. Torres
2. Olga Centeno
3. Gladys Ortíz

**RECIBIDO POR:** _____

**FECHA:** _____  **HORA:** _____

RECIBIDO MAY 13 2011 OFICINA DE CARRERA MAGISTERIAL



Estado Libre Asociado de Puerto Rico
**DEPARTAMENTO DE EDUCACIÓN**
*Escuela de la Comunidad Carmen Aponte Santiago*
*Región Educativa de Ponce*
*Distrito Escolar de Utuado*
*Municipio Utuado*



*Oficina de Administración*
*Marta Santiago Sotomayor*
*Directora*

# HOJA DE TRÁMITE

**PARA:** Programa Carrera Magisterial
Departamento de Educación
San Juan, PR

**DE:** Marta Santiago Sotomayor
Directora

**FECHA:** 9 de marzo de 2012

**ASUNTO:** Plan de Mejoramiento Profesional de la Sra. Gladys M. Ortiz Hernández

---

**RECIBIDO POR:** _____

**FECHA:** _____  **HORA:** _____

RECIBIDO
16 2012
OFICINA DE
CARRERA MAGISTERIAL

ANEJO 3

**GOBIERNO DE PUERTO RICO**
**DEPARTAMENTO DE EDUCACIÓN**
**SECRETARÍA AUXILIAR DE RECURSOS HUMANOS**
**OFICINA DEL DESARROLLO DEL CAPITAL HUMANO**

PROGRAMA DE CARRERA MAGISTERIAL

## CERTIFICACIÓN DE ENTREGA DE SOLICITUDES DE REVISIÓN _____

Escuela: Marta Lafontaine
Director: Marta Santiago
Distrito Escolar: Utuado
Municipio: Utuado
Región Educativa: Ponce

Hoy, _____ de marzo de 2012, hice entrega de las solicitudes analizadas y cotejadas de Reclamación de Nivel y Revisión de Salario del siguiente personal activo en la Carrera Magisterial:

| NOMBRE | PUESTO |
|---|---|
| 1. Gladys Ortiz Hernández | Maestra |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECIBIDO
MAR 1 4 2012
OFICINA DE
CARRERA MAGISTERIAL

Certifico correcto,

_Marta Santiago_
Nombre del Director

_Marta Santiago_
Firma del Director

_____
Nombre del Enlace Regional

_____
Firma del Enlace Regional



ESTADO LIBRE ASOCIADO DE
**PUERTO RICO**
DEPARTAMENTO DE EDUCACIÓN
OFICINA DE CARRERA MAGISTERIAL

Anejo 3

## CERTIFICACIÓN DE ENTREGA DE SOLICITUDES DE REVISIÓN 2014

Escuela : Carmen Aponte Santiago
Director : Marta Santiago Sotomayor
Distrito : Utuado
Región : Ponce

Hoy, **24** de **marzo** de 2014, hice entrega de las solicitudes analizadas y cotejadas de Revisión Salarial y Reclamación de Nivel del siguiente personal activo en la carrera magisterial:

| Nombre | Puesto |
|---|---|
| 1. Yaritza Arce Mercado | Bibliotecaria |
| 2. Gladys Ortiz Hernández | Maestra E.E |
| 3. Mariluz Afanador | Maestra |
| 4. Jesús Soto | Maestro |
| 5. | |

en Anejo 7 NO
en Anejo 7 NO (notes next to items 3 and 4)

**RECIBIDO**
MAR 25 2014
OFICINA DE
CARRERA MAGISTERIAL

Certifico correcto,

Marta Santiago Sotomayor    Marta Santiago Sotomayor
Nombre del director         Firma del director

_____    _____
Nombre del enlace regional    Firma del enlace regional

P.O Box 190759
San Juan, Puerto Rico 00919-0759
Tels. (787) 773-2456 / 2452 / 2448 / 2293 / 2297 / 6287



El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental, ni por ser víctima de violencia doméstica, agresión sexual o acecho.

080 Dept. de Educacion - Maestros
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

GLADYS M ORTIZ HERNANDEZ
BOX 17568
HC 04
CAMUY, PR 00627
SS:

| | |
|---|---|
| # Empleado: | |
| Dept: | 8001071-Arecibo Utuado |
| Lugar: | CARMEN APONTE SANTIAGO CAYUCO |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $2,530.00 Monthly |

Grupo de Pago: SM -Quincenal
Desde: 04/26/2019
Hasta: 05/09/2019

Aviso #: 0808226
Fecha Aviso: 04/30/2019

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Single |
| Concesiones: | 0 | |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,265.00 | 528.00 | 10,120.00 |
| Total: | | | 1,265.00 | 528.00 | 10,120.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 33.59 | 268.74 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | | 0.00 | | | |
| Acumulado: | | 0.00 | | | 8 |

| Vacaciones | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #0808226 | 682.19 |
| Total: | 682.19 |

Los balances de licencias corresponden al periodo de:

MENSAJE: 'Aprovecha las Oportunidades de Movilidad visita la www.OATRH.PR.GOV'

---

Dept. de Educacion - Maestros
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha 04/30/2019

Aviso No. 808226

Cant. Deposito: $682.19

A la Cuenta(s) De

GLADYS M ORTIZ HERNANDEZ
BOX 17568
HC 04
CAMUY, PR 00627
Localizacion: CARMEN APONTE SANTIAGO CAYUCO

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXXX | 682.19 |
| Total: | | 682.19 |

## NO-NEGOCIABLE

| 080 Dept. de Educacion - Maestros<br>Avenida Teniente Cesar Gonzalez, Esquina Calaf<br>HATO REY, PR 00919 | Grupo de Pago: SM -Quincenal<br>Desde: 05/04/2017<br>Hasta: 05/17/2017 | Aviso #: 7917354<br>Fecha Aviso: 05/15/2017 |
|---|---|---|

| GLADYS M ORTIZ HERNANDEZ<br>BOX 17568<br>HC 04<br>CAMUY, PR 00627<br>SS: XXX-XX- | # Empleado: XXXX<br>Dept: 800107-Arecibo Utuado<br>Lugar: CARMEN APONTE SANTIAGO CAYUCO<br>Titulo: DEPARTAMENTO DE EDUCACION<br>Sueldo: $2,405.00 Monthly | DATA IMP: Federal PR<br>Estado Civil: Married Single<br>Concesiones: 0<br>Pct. Adcl.:<br>Cant. Adcl.: |
|---|---|---|

### HORAS E INGRESOS / IMPUESTOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,202.50 | 552.00 | 10,822.50 | | | 156.03 |
| Total: | | | 1,202.50 | 552.00 | 10,822.50 | Total: | 27.47 | 247.20 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|

### TOTALES

| Corriente: | 0.00 |
|---|---|
| Acumulado: | 0.00 |

| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 | Aviso #7917354 | 702.75 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 | | |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 | Total: | 702.75 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 | | |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Dept. de Educacion - Maestros
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha 05/15/2017

Aviso No. 7917354

Cant. Deposito: $702.75

A la Cuenta(s) De

**GLADYS M ORTIZ HERNANDEZ**
BOX 17568
HC 04
CAMUY, PR 00627
Localizacion: CARMEN APONTE SANTIAGO CAYUCO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXX | 702.75 |
| | Total: | 702.75 |

## NO-NEGOCIABLE

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez, Esquina Calaf
HATO REY, PR 00919

Tipo de Pago: SM -Quincenal
Desde: 02/05/2016
Hasta: 02/18/2016

Aviso #: 1367405
Fecha Aviso: 02/12/2016

GLADYS M ORTIZ HERNANDEZ
BOX 17568
HC 04
CAMUY, PR 00627
SS: XXX-XX-

# Empleado: XXXXX
Dept: 8001071-Arecibo Utuado
Lugar: CARMEN APONTE SANTIAGO CAYUCO
Titulo: DEPARTAMENTO DE EDUCACION
Sueldo: $2,405.00 Monthly

DATA IMP: Federal PR
Estado Civil: Married Single
Concesiones: 0
Pct. Adcl.:
Cant. Adcl.:

### HORAS E INGRESOS

| Descripcion | Corriente | | | Acumulado | |
|---|---|---|---|---|---|
| | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 1,202.50 | 186.00 | 3,607.50 |

### IMPUESTOS
| Descripcion | Corriente | Acumulado |
|---|---|---|

Total: 1,202.50  186.00  3,607.50   Total:

### DEDUCCIONES
| Descripcion | Corriente | Acumulado |
|---|---|---|

### DEDUCCIONES GENERALES
| Descripcion | Corriente | Acumulado |
|---|---|---|

### BENEFICIOS PATRONALES PAGADOS
| Descripcion | Corriente | Acumulado |
|---|---|---|

### TOTAL BRUTO / BRUTO TRIBUTABLE / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA
Corriente:
Acumulado: 0.00 / 0.00

**PTO HORAS**
Balance Inicial: 0.0
+ Ganada:
+ Compra:
- Usada:
- Donada:
+ Ajustes:
Balance Final: 0.0

**DISTRIBUCION PAGA NETA**
Aviso #1367405  725.23
Total: 725.23

MENSAJE:

---

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha 02/12/2016

Aviso No. 1367405

Cant. Deposito: $725.23

A la Cuenta(s) De
**GLADYS M ORTIZ HERNANDEZ**
BOX 17568
HC 04
CAMUY, PR 00627
Localizacion: CARMEN APONTE SANTIAGO CAYUCO

**DISTRIBUCION DE DEPOSITO DIRECTO**
| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXXX | 725.23 |

Total: 725.23

## NO-NEGOCIABLE

**080 DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez, Esquina Calaf
HATO REY, PR 00919

| | | |
|---|---|---|
| Grupo de pago: | SM -Quincenal | Aviso #: 9552485 |
| Desde: | 10/27/2015 | Fecha Aviso: 11/13/2015 |
| Hasta: | 11/09/2015 | |

GLADYS M ORTIZ HERNANDEZ
BOX 17568
HC 04
CAMUY, PR 00627
SS: XXX-XX

| # Empleado: | XXXX |
|---|---|
| Dept: | 8001071-Arecibo Utuado |
| Lugar: | CARMEN APONTE SANTIAGO CAYUCO |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $2,405.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Single |
| Concesiones: | 0 | |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,202.50 | 1,278.00 | 25,245.48 |
| Total: | | | 1,202.50 | 1,278.00 | 25,245.48 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | | 576 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|

### DEDUCCIONES GENERALES

| | | 351.13 | 7,255.55 |

### BENEFICIOS PAGOS

| Descripcion | Corriente | Acumulado |
|---|---|---|

| | TOTAL BRUTO | BRUTO TRIBUTABLE | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | | | 0.00 | | |
| Acumulado: | | | 0.00 | | |

**PTO HORAS**
Balance Inicial: 0.0
+ Ganada:
+ Compra:
- Usada:
- Donada:
+ Ajustes:
Balance Final: 0.0

### DISTRIBUCION PAGA NETA

| Aviso #9552485 | 715.67 |
|---|---|
| Total: | 715.67 |

MENSAJE:

---

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
11/13/2015

Aviso No.
9552485

Cant. Deposito: $715.67

A la Cuenta(s) De

**GLADYS M ORTIZ HERNANDEZ**
BOX 17568
HC 04
CAMUY, PR 00627
Localizacion: CARMEN APONTE SANTIAGO CAYUCO

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXX | 715.67 |
| Total: | | 715.67 |

## NO-NEGOCIABLE

**080 DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez , Esquina Calaf
HATO REY, PR 00919

Grupo de Pago: SM -Quincenal
Desde: 12/10/2014
Hasta: 12/23/2014

Aviso #: 3618841
Fecha Aviso: 12/30/2014

GLADYS M ORTIZ HERNANDEZ
BOX 17568
HC 04
CAMUY, PR 00627
SS: XXX-XX

# Empleado: XXXX
Dept: 8001071-Arecibo Utuado
Lugar: CARMEN APONTE SANTIAGO CAYUCO
Titulo: DEPARTAMENTO DE EDUCACION
Sueldo: $2,405.00 Monthly

DATA IMP: Federal PR
Estado Civil: Married Single
Concesiones: 0
Pct. Adcl.:
Cant. Adcl.:

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,202.50 | 1,458.00 | 28,543.06 |
| Bono de Navidad | | | 0.00 | | 600.00 |
| Pago Retroactivo Regular | | | 0.00 | | 1,693.12 |

Total: 1,202.50 1,458.00 30,836.18

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|

Total:

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|

TOTAL BRUTO / BRUTO TRIBUTABLE / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA
Corriente: 0.00
Acumulado: 0.00

**PTO HORAS**
Balance Inicial: 0.0
+ Ganada:
+ Compra:
- Usada:
- Donada:
+ Ajustes:
Balance Final: 0.0

### DISTRIBUCION PAGA NETA
Aviso #3618841  737.48
Total:  737.48

MENSAJE:

---

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
12/30/2014

Aviso No.
3618841

Cant. Deposito: $737.48

A la
Cuenta(s) De

GLADYS M ORTIZ HERNANDEZ
BOX 17568
HC 04
CAMUY, PR 00627
Localizacion: CARMEN APONTE SANTIAGO CAYUCO

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXX | 737.48 |
| Total: | | 737.48 |

## NO-NEGOCIABLE