Gladys M. Ortiz Hernandez
H-C-5 Box 28970
Bo. Consejo, Utuado

RECEIVED & ~~FILED~~ msn
2020 FEB 18 PM 4:32
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.



U.S. POSTAGE PAID
FCM LG ENV
JAYUYA, PR
00664
FEB 15, 20
AMOUNT
$8.00
R2305K131161-04



CERTIFIED MAIL
7019 0140 0000 8686 8130

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estado Unidos
# 150 Chardon Avenue
Federal building
San Juan, Puerto Rico 00918

Gladys Ortiz Hernandez
H.C. 5 Box 28970
Bo. Consejo
Utuado, P.R. 00641




7019 0140 0000 8691 5575

U.S. POSTAGE PAID
FCM LG ENV
UTUADO, PR
00641
MAR 10, 20
AMOUNT
$8.20
R2305K135436-03

RECEIVED & FILED
2020 MAR 11 PM 3:54
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Clerk's Office
United States District Court
Room 150 Federal BLDG Chardon Avenue
San Juan, P.R. 00918-1767