# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

**ATT: Ley Promesa**

25 de febrero de 2020

# CERTIFICACION

| | |
|---|---|
| Certifico que | : LUZ S. BAEZ ACOSTA |
| Seguro Social | : -6306 |
| Categoría | : MAESTRO ELEMENTAL |
| Distrito Escolar | : YABUCOA_ |
| Sueldo Mensual | : $2,705.00 |
| Status | : PERMANENTE |
| Observaciones | : |
| Trabaja | : N/A |
| Cesó | : N/A |
| Renunció | : Efectivo el 21 de diciembre de 2012 |
| Otros | : Presto servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 23 años, 2 meses, 1 semana Y 3 días. Nuestro sistema de Recursos Humanos refleja que ocupó una plaza desde 04/04/1988. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

GOBIERNO DE PUERTO RICO
Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Luz S. Báez Acosta**, con número de seguro social que termina en 6306.

| | |
|---|---|
| **Fecha de Efectividad de la Pensión** | **22 de diciembre de 2012** |
| **Tiempo Cotizado para la Pensión** | **30 años, 1 mes, 0 sem., 3 días** |
| **Pensión mensual Inicial** | **$2,028.75** |
| **Pensión Mensual Actual** | **$2,028.75** |

Esta certificación se expide hoy, **24 de febrero de 2020** en **San Juan**, **Puerto Rico**.

**Edgardo J. Negrón Ramírez**
**Supervisor**
**Área de Servicios de Retiro**

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

SRM
Sistema de Retiro para Maestros
Gobierno de Puerto Rico
Protegemos la Aportación al Futuro

787.777.1414 787.764.6910 www.srm.pr.gov

SHR_INOM_SRM

NUM CASO: 1526

SISTEMA DE RETIRO PARA MAESTROS
Sistema de Aportaciones y Beneficios Integrados
PAGO DE PENSION INGRESO A NOMINA

13-03-2013
11:30:39 AM
Página: 1

SEGURO SOCIAL 6306
NOMBRE LUZ BAEZ ACOSTA
DIRECCIÓN 19 BDA VARSOVIA

YABUCOA, PR 00767

NUMERO SOLICITUD 588270
FECHA RADICACION 27-02-2013
PENSION AÑOS DE SERVICIO / MERITO
FECHA NACIMIENTO 05-12-1949 EDAD 63.04 SEXO F

INGRESO A NOMINA: 15-04-2013
FECHA EFECTIVIDAD: 22-12-2012
SERVICIOS ACREDITADOS: 30 Años 1 Meses 0 Sem 3 Días
COSTO ANUALIDAD: $64,768.21
SALARIO PROMEDIO: $2,705.00
RETROACTIVO: 22-12-2012 AL 31-03-2013

| | PAGO GLOBAL | MENSUAL | ANUAL |
|---|---|---|---|
| SERVICIOS ACREDITADOS | $6,740.69 | $2,028.75 | |
| AUMENTO POR LEY: | | $0.00 | |
| IMPORTE TOTAL (BRUTO) | $6,740.69 | $2,028.75 | $24,345.00 |

| CONCEPTO | CLAVE | DESCUENTO | DESCUENTO |
|---|---|---|---|
| PENSION PAGADA | | $0.00 | $0.00 |
| PRÉSTAMOS: PERSONAL (PP ) | 47-000 | $660.96 | $220.32 |
| CULTURAL (PC ) | 45-000 | $0.00 | $0.00 |
| HIPOTECARIO (PH ) | 36-000 | $0.00 | $0.00 |
| FINANZAS | 67-059 | $0.00 | $0.00 |
| INSUFICIENCIA EN APORTACION | | $0.00 | $0.00 |
| APORT. IND. 9% Cese:_______ | 26-001 | $0.00 | $0.00 |
| OTROS | | $0.00 | $0.00 |
| TOTAL DESCUENTO | | $660.96 | $220.32 |
| NETO | | $6,079.73 | $1,808.43 |

$110.16

cyp 4/1/2013

AREA DE RETIRO
DOCUMENTOS PREINTERVENIDOS
MAR 22 2013
NOMBRE: PJ
FIRMA: Pedro [illegible]

BONOS NAVIDAD (BNP): $0.00 VERANO (PBV): $0.00 MEDICAMENTO (PBM): $0.00

COMPUTADO POR: Duke M. Figueroa FECHA: 13-mar-13
INTERVENIDO POR: F. de J. F'dez FECHA: 19-Mar-13
SUPERVISOR (PENSIONES): [signature] FECHA: 20/[illegible]/2013
DIRECTOR : [signature] FECHA: [illegible] 13

INGRESADO A NOMINA POR: [signature] FECHA: 3/31/13
Mes: 4 ☒ 1ra ☐ 2da

PAGO GLOBAL POR: [signature] FECHA: 25/03/2013
Mes: Abril ☒ 1ra ☐ 2da ☐ Off Cycle ☐ Pay Line

SUPERVISOR (NOMINA): [signature] FECHA: 10/4/13