**FROM:**

Luz S. Báez Acosta
Bda. Vasolin #19
Yabucoa, P.R. 00767

**TO:**

Secretaria (Clerk's Office
Tribunal de Distrito de los Estados Unidos
#150 Chardon Avenue
Federal Building
San Juan Puerto Rico 00918

RECEIVED & FILED
2020 MAR 11 PM 3:55
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

U.S. POSTAGE PAID
FCM LG ENV
HUMACAO, PR
00791
MAR 09, 20
AMOUNT
$7.80
R2305K136531-16

7019 2970 0001 4235 6301