

# DEPARTAMENTO DE EDUCACION
Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

**ATT: Ley Promesa**

25 de febrero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | CARMEN M. LUGO COLON |
| Seguro Social | : | -4812 |
| Categoría | : | MAESTRO ELEMENTAL |
| Distrito Escolar | : | YABUCOA_ |
| Sueldo Mensual | : | $2,730.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 15 de octubre de 2010 |
| Otros | : | Presto servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 35 años. Nuestro sistema de Recursos Humanos refleja que ocupó una plaza desde 10/14/1975. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

# GOBIERNO DE PUERTO RICO
Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Carmen M. Lugo Colón**, con número de seguro social que termina en 4812.

| | |
|---|---|
| Fecha de Efectividad de la Pensión | 16 de octubre de 2010 |
| Tiempo Cotizado para la Pensión | 33 años, 11 mes, 0 sem., 2.5 días |
| Pensión mensual Inicial | $2,015.99 |
| Pensión Mensual Actual | $2,015.99 |

Esta certificación se expide hoy, **24 de febrero de 2020** en **San Juan, Puerto Rico**.

Edgardo J. Negrón Ramírez
Supervisor
Área de Servicios de Retiro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879



SRM
Sistema de Retiro para Maestros
Gobierno de Puerto Rico
*Protegemos la Aportación al Futuro*

787.777.1414    787.764.6910    www.srm.pr.gov

Rev.GIFT 10-OCT-08

**Estado Libre Asociado de Puerto Rico**
**Sistema de Retiro para Maestros**

Fecha Radicación: 26-ago-10
Fecha Vencimiento: 22-dic-10

Núm. de Caso: 1163

# INFORME RENTA ANUAL VITALICIA

**Apellido Paterno, Materno, Nombre e Inicial:** LUGO COLON CARMEN M
**Seguro Social:** -4812
**Sexo:** ☑ Femenino  ☐ Masculino

**Fecha Nacimiento (Mes-Día-Año):**
**Categoría y Pueblo:** ELEMENTAL - YABUCOA
**Retiro Ley Núm.:** Ley 91 del 2004

**Dirección Postal:** HC-12 BOX 7000
HUMACAO PR 00791

**Tipo de Renta (Pensión):** ☑ Años de Servicio y Edad  ☐ Edad  ☐ Diferida
☐ Incapacidad Ocupacional  ☐ Incapacidad No Ocupacional

| Edad al Retirarse | | | Servicios Acreditados | | | | Costo Anualidad | Renta | |
|---|---|---|---|---|---|---|---|---|---|
| Años | Meses | Días | Años | Meses | Sem | Días | | Mensual | Anual |
| 56 | 8 | 14 | 33 | 11 | 0 | 2.5 | $ 61,677.97 | $ 2,015.99 | $ 24,191.88 |

**Fecha de Renuncia:** 15-oct-10
**Último Día de Pago:** 15-oct-10
**Fecha Efectividad Pensión:** 16-oct-10
**Cierre de Nómina:** 13-dic-10
**Fecha Primer Pago Pensión:** 31-dic-10
**Importe $:** 2,015.99
**Pago Global Retroactivo** Desde 16-oct-10 Hasta 15-dic-10 **Importe Total** $ 4,064.47

## DESGLOSE DE DESCUENTOS

| | Clave | PAGO GLOBAL Descuento | PAGO MENSUAL Descuento |
|---|---|---|---|
| Importe Total (Bruto) | | $ 4,064.47 | $ 2,015.99 |
| Préstamos: Personal (PP) | 47-000 | | |
| Cultural (PC) | 45-000 | - | - |
| Hipotecario (PH) | 36-000 | - | - |
| Finanzas | 67-059 | - | - |
| Aport. Individual 9% (Clave 26-001) | | | - |
| ASUME | | | |
| Otros | | | |
| Importe Neto | | $ 4,064.47 | $ 2,015.99 |

**Bonos:**
☑ Bono Verano (PBV)  ☐ Bono Medicamentos (PBM)
☐ Bono Navidad (BNP)

Certifico que la información aquí provista es cierta, correcta y completa.

| Nombre del Empleado | Firma | Fecha |
|---|---|---|
| DULCE M. FIGUEROA ACEVEDO | Dulce M. Figueroa | 1-dic-2010 |
| Nombre Supervisor: NORMA I. PEÑA AGOSTO | | |

## PREINTERVENCIÓN DE DOCUMENTOS | USO DIRECTOR(A) AREA RETIRO

Verificación de:
☑ Exactitud
☑ Legalidad
☑ Firmas
☐ Otros

AREA DE RETIRO
DOCUMENTOS PREINTERVENIDOS
DEC 3 2010
NOMBRE: Bledoux
FIRMA:

Aprobado por: IVONNE L. ORTIZ VALLADARES
Nombre Director(a) o Representante Autorizado
Firma / Fecha: 3/4/10

## USO AREA DE PENSIONADOS (Sección Nóminas)

| Ingreso a Nómina | Mes 12 | ☐ 1ra ☑ 2da | Nómina Pago Global | Mes Dec | ☐ 1ra ☑ 2da ☐ Off Cycle ☑ Pay Line |
|---|---|---|---|---|---|

Nombre Empleado: Nyrsa Rodriguez / Firma / Fecha 7/dic/10
Nombre Empleado: Alice Torres / Firma / Fecha 10/dic/2010
Nombre Supervisor: Juan Agosto Castro / Firma / Fecha 28 Diciembre 2010

Conservación: Seis años o una intervención de la Oficina del Contralor de Puerto Rico, lo que ocurra primero.

Rev.GIFT 10-OCT-08

**Estado Libre Asociado de Puerto Rico**
**Sistema de Retiro para Maestros**

Fecha Radicación: 26-ago-10
Fecha Vencimiento: 22-dic-10

Núm de Caso: 1163

### INFORME RENTA ANUAL VITALICIA

Página 2

LUGO COLON CARMEN M
Apellido Paterno, Materno, Nombre e Inicial

Seguro Social: -4812

Categoría y Pueblo: ELEMENTAL - YABUCOA

#### COMPUTO RENTA ANUAL

A. $ 8,063.96 / 3 = $ 2,687.99 x 75.0% = x 0.000 = $ 2,015.99
   Sueldos más altos / años / Promedio Sueldos / Por Ciento

B. Ajuste de 0%  $ - x 0% = $ -

C. Pensión Ajustada  $ - x 12 = $ -

APORTACIÓN INDIVIDUAL 0%
$ - x 0% = $ -

| TIEMPO | | | PROMEDIO DE SUELDOS | | | COMPUTO EDAD RETIRO | | | |
|---|---|---|---|---|---|---|---|---|---|
| Meses | Días Trabajados | Total | Mensual | Devengado | Promedio | Fecha | Años | Meses | Días |
| 12 | 0 | 20 | $ 2,730.00 | $ 32,760.00 | | Efectividad Pensión | 2010 | 10 | 16 |
| 0 | 0 | 20 | $ - | $ - | | Nacimiento | 1954 | 2 | 2 |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | $ 2,730.00 | Edad al Retirarse | 56 | 8 | 14 |
| 12 | 0 | 20 | $ 2,730.00 | $ 32,760.00 | | | | | |
| 0 | 0 | 20 | $ - | $ - | | Fracción de Tiempo Docente | | | |
| 0 | 0 | 20 | $ - | $ - | | Años | 0 x 240 = | | - |
| 0 | 0 | 20 | $ - | $ - | | Meses | 0 x 20 = | | - |
| 0 | 0 | 20 | $ - | $ - | | Semanas | 0 x 5 = | | - |
| 0 | 0 | 20 | $ - | $ - | $ 2,730.00 | Días | 0 x 1 = | | - |
| | | | | | | | | | 0.0000 |
| 3 | 11 | 20 | $ 2,730.00 | $ 9,691.50 | | | | | |
| 6 | 0 | 20 | $ 2,580.00 | $ 15,480.00 | | | | | |
| 2 | 9 | 20 | $ 2,480.00 | $ 6,076.00 | | | | | |
| 0 | 0 | 20 | $ - | $ - | | Fracción de Tiempo No-D | | | |
| 0 | 0 | 20 | $ - | $ - | | Años | 0 x 365 = | | - |
| 0 | 0 | 20 | $ - | $ - | $ 2,603.96 | Meses | 0 x 30 = | | - |
| | | | | | | 4 Sem | 0 x 29 = | | - |
| 0 | 0 | 20 | $ - | $ - | | 3 Sem | 0 x 22 = | | - |
| 0 | 0 | 20 | $ - | $ - | | 2 Sem | 0 x 15 = | | - |
| 0 | 0 | 20 | $ - | $ - | | 1 Sem | 0 x 7 = | | - |
| 0 | 0 | 20 | $ - | $ - | | Días | 0 x 1 = | | - |
| 0 | 0 | 20 | $ - | $ - | | | | | 0.0000 |
| 0 | 0 | 20 | $ - | $ - | $ - | | | | |
| 0 | 0 | 20 | $ - | $ - | | Fecha Cese Descuento | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | Preparado por: | | | |
| 0 | 0 | 20 | $ - | $ - | | | Nombre | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | $ - | Firma | | Fecha | |

Sueldo Total para Promedio: $ 96,767.50    $ 8,063.96

Revisado por: _____ Nombre
Firma _____ Fecha

| Servicios Acreditados | | | |
|---|---|---|---|
| Años | Meses | Sem | Días |
| 33 | 11 | 0 | 2.5 |