**FROM:**
Carmen Milagros Lugo Colón
HC 12 Box 7000
Humacao, Puerto Rico
00791

**TO:**
Secretaria (Clerks Office)
Tribunal de Distrito de los Estados Unidos
#150 Chardon Avenue
Federal Building
San Juan, (Puerto Rico) 00918

CERTIFIED MAIL
7019 2970 0001 4235 6288

U.S. POSTAGE PAID
FCM LG ENV
HUMACAO, PR
00791
MAR 09, 20
AMOUNT
$7.80
R2305K136531-16

RECEIVED & FILED
2020 MAR 11 PM 3:55
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Utility Mailer
10 1/2" x 16"

ReadyPost