RECEIVED & FILED
2020 MAR 11 PM 3: 54
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

Fecha: 6 de marzo de 2020

Nombre: Raul Montalvo Diaz

Dirección: P.O. Box 1156
Jayuya, Puerto Rico 00664

Email: rmonty4157@gmail.com

Secretario (Clerks office)
Tribunal de distrito de los estados unidos
#150 Chard on Avenue
Federal Building
San Juan, Puerto Rico 00918

Promesa Título III
Deudor- Commonwealth Of Puerto Rico
The Financial Oversight And Management Borad For Puerto Rico,
As Representative Of The Commonwealth Of Puerto Rico, ET.AL

NUMERO DE PROCEDIMIENTO- 17-BK 3283 - LTS
NUMERO DE PROCEDIMIENTO- 17- BK 3567
NUMERO DE PROCEDIMIENTO- 17- BK 3566
NUMERO DE RECLAMACION- **46355**

Notificación- La presente radicación guarda relación con el ELA, LA ACT y el SER.

Identificada la reclamación:

Notificación de la Centésima Quincuagésima Sexta Objeción Global (no sustantiva) del ESTADO LIBRE ASOCIADO DE PUERTO RICO, de la AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO y del SISTEMA DE RETIRO DE LOS EMPLEADOS DE GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO a varios reclamos deficientes.

En las siguientes leyes están detallados los Reglamentos de Retribuciones Uniformes que no se me hizo justicia desde (6 de abril de 1989) trabajo como Oficial de Custodia hasta el presente.

Numero de reclamación- **46355**

Monto De La Reclamación alegada Cantidad- **62,400.00 dólares**

LEY DE RETRIBUCION UNIFORME Y EL REGLAMENTO DE RETRIBUCION UNIFORME:

**LEY 89 DEL 12 DE JUNIO DE 1979 (EL ROMERAZO)** - LEY FIRMADA POR EL HON. GOBERNADOR CARLOS ROMERO BARCELO **(AUMENTO DE $50.00 DOLARES POR MES) $18,600.00 DOLARES**

**LEY 96 DEL 1 DE JULIO DE 2002** –HON. GOBERNADORA SILA MARIA CALDERON **(AUMENTO DE $100.00 DOLARES POR MES) EN VIGOR DEL 30 DE JUNIO DE 2002. DEUDA $21,600.00 DOLARES**

**LEY 164-2003-DEL 22 DE JULIO DE 2003 ($100.00 DOLARES DE AUMENTO) EFECTIVO EL 1 DE ENERO DE 2004**-AUMENTO PASO POR MERITO, BONO DE PRODUCTIVIDAD. **DEUDA $20,400.00 DOLARES**

**RECLASIFICACION**- NO LA HAN REALIZADO DESDE EL AÑO 2000 HASTA EL PRESENTE.

**PAGO POR ALTO RIESGO**- CONTACTO DIRECTO CON LOS CONFINADOS COMO OFICIAL DE CUSTODIA, PUESTOS, RONDAS Y REGISTROS DENTRO DE LA POBLACION CORRECCIONAL.

LAS CUATROCIENTAS OCHENTA (480) HORAS Y LA MEDIA (½) DE ALMUERZO.

**PASO POR MERITO CADA CINCO (5) AÑOS** (CADA PASO ES DE $50.00 DOLARES) **CANTIDAD ($18,000.00)** NO DEVENGADOS

**ART.6** - LOS AUMENTOS DE SUELDO CONCEDIDOS MEDIANTE ESTA LEY NO TIENE EL EFECTO DE INTERRUMPIR EL TIEMPO PARA SER ACREEDOR DE UN AUMENTO POR AÑOS DE SERVICIOS.

Quedo de ustedes,

Raul Montalvo Diaz
Acreedor

Página **2** de **2**

**CERTIFIED MAIL®**

7018 3090 0002 3231 0795

Raul Montalvo Diaz
PO Box 1156
00664-

RECEIVED & FILED
2020 MAR [--]
CLERK'S US DISTRICT COURT
US DISTRICT OF PR

U.S. POSTAGE PAID
FCM LETTER
JAYUYA, PR
00664
MAR 10, 20
AMOUNT
$6.40
R2305K131161-04

Secretaria(Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

Born Swallow