UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

----------------------------------------------------------- x

*In re*

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO, *et. al.*

       Debtors.[1]

-----------------------------------------------------------

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

SUMMARY SHEET TO THIRD INTERIM APPLICATION OF THE BRATTLE GROUP, INC.
FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
INCURRED AS ECONOMIC CONSULTANT TO PROSKAUER ROSE LLP, AS LEGAL COUNSEL
TO AND ON BEHALF OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR
PUERTO RICO, AS REPRESENTATIVE OF THE DEBTORS, FOR
THE SEVENTH INTERIM FEE PERIOD FROM OCT. 1, 2019 THROUGH JAN. 31, 2020

| | |
|---|---|
| Name of Applicant: | The Brattle Group, Inc. ("Brattle") |
| Retained to Provide Professional Services to: | Proskauer Rose LLP ("Proskauer"), as legal counsel to and on behalf of The Financial Oversight and Management Board for Puerto Rico, Representative of the Debtors Pursuant to PROMESA § 315(b) |

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| Retention Date: | March 25, 2019 |
|---|---|
| Fee Period for Which Compensation and Reimbursement is Sought: | October 1, 2019 through January 31, 2020 (the "Compensation Period") |
| Amount of Fees Sought: | **$ 18,143.25** |
| Amount of Expense Reimbursement Sought: | **$      0.00** |
| Total Fees and Expenses Sought for Compensation Period: | **$ 18,143.25** |
| Compensation Sought in this Application Already Paid[2] Pursuant to Monthly Compensation Statements But Not Yet Allowed | **$ 7,179.53[2]** |
| Expenses Sought in this Application Already Paid Pursuant to Monthly Compensation Statements But Not Yet Allowed | **$      0.00** |

This is a(n) __ Monthly _X_ Interim __Final Fee Application

This is the second interim fee application filed by Brattle in the Debtors' Title III Cases.

---

[2] Compensation paid includes applicable 29% income tax withholding and 1.5% government contribution.

## SCHEDULE 1

**Summary of Professional Services and Expenses Rendered *by Task*
for the Compensation Period October 1, 2019 through January 31, 2020**

| TASK | HOURS | FEES[3] |
|---|---|---|
| Title III Proceedings -  General Assistance to Counsel | 18.4 | $11,960.00 |
| PREPA Title III Proceeding | 13.8 | $9,060.00 |
| Commonwealth Plan of Adjustment | 0.5 | $325.00 |
| Subtotal | 32.7 | $ 21,345.00 |
| Less 15% of Fees (performed *pro bono*) | | *($3,201.75 )* |
| Total Fees Charged to Oversight Board | | $18,143.25 |

---

[3]   15% of the Fees noted in this chart reflect services performed *pro bono*. The reduction in the amount of the Fees charged to Oversight Board is reflected in the line titled 'Total Fees Charged to Oversight Board.'

## SCHEDULE 2

**Summary of Professional Services Rendered *by Timekeeper***
**for the Period October 1, 2019 through January 31, 2020**

| NAME OF PROFESSIONAL | POSITION | HOURLY RATE | TOTAL HOURS (in this application) | FEES[4] |
|---|---|---|---|---|
| Cragg, Michael | Principal | $950 | 0.3 | $285.00 |
| Sarro, Mark | Principal | $650 | 32.4 | $21,060 |
| Subtotal | | 32.7 | | $ 21,345.00 |
| Less 15% of Fees (performed *pro bono*) | | | | *($3,201.75 )* |
| Total Fees Charged to Oversight Board | | | | $18,143.25 |

---

[4]    15% of the Fees noted in this chart are being performed *pro bono*. The reduction in the amount of the
Fees charged to Oversight Board is reflected in the line titled 'Total Fees Charged to Oversight Board.'

## **SCHEDULE 3**

**Summary of Actual and Necessary Expenses Incurred
for the Period October 1, 2019 through January 31, 2020**

**No reimbursable expenses were incurred during the Compensation Period.**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------- x

| | |
|---|---|
| *In re*<br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et.*<br>*al.*<br><br>         Debtors.[5] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

---------------------------------------------------------

## THIRD INTERIM APPLICATION OF THE BRATTLE GROUP, INC.
## FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
## INCURRED AS ECONOMIC CONSULTANT TO PROSKAUER ROSE LLP, AS LEGAL COUNSEL
## TO AND ON BEHALF OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR
## PUERTO RICO, AS REPRESENTATIVE OF THE DEBTORS, FOR
## THE SEVENTH INTERIM FEE PERIOD FROM OCT. 1, 2019 THROUGH JAN. 31, 2020

This is the third Interim Application of The Brattle Group, Inc. ("Brattle"), covering the period from October 1, 2019, through January 31, 2020 ("Compensation Period"), seeking allowance of compensation for professional services rendered as economic consultant to Proskauer Rose LLP ("Proskauer"), in its capacity as legal counsel to and acting on behalf of The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), representative of the Commonwealth of Puerto Rico (the "Commonwealth"), *et al.* (together with the Commonwealth, the "Debtors") pursuant to the *Puerto Rico Oversight, Management, and Economic Stability Act,* codified in 48 U.S.C. §§ 2101-2241 ("PROMESA"), in the amount of $18,143.25

---

[5]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Brattle's application is submitted pursuant to PROMESA sections 316 and 317, Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") applicable pursuant to PROMESA section 310, and Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the District of Puerto Rico (the "Local Rules"), and in accordance with this Court's and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases issued by the Executive Office for the United States Trustee, 28 CFR Part 58, Appendix A (the "Guidelines"), and in accordance with this Court's Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Case No. 17 BK 3283-LTS, Dkt. No. 3269] (the "Interim Compensation Order").

In support of the Application, Brattle respectfully states:

## Jurisdiction

1.      The United States District Court for the District of Puerto Rico (the "Court") has subject matter jurisdiction over this Application pursuant to PROMESA section 306(a).

2.      Venue is proper in this district pursuant to PROMESA section 307(a).

3.      The statutory bases for the relief requested herein are PROMESA sections 316 and 317.

## General Background

4.      On June 30, 2016, the Oversight Board was established under PROMESA section 101(b). On August 31, 2016, President Obama appointed the Oversight Board's seven voting members.

5.      Pursuant to PROMESA section 315, "[t]he Oversight Board in a case under this subchapter is the representative of the debtor" and "may take any action necessary on behalf of the debtor to prosecute the case of the debtor, including filing a petition under § [304] of [PROMESA] . . . or otherwise generally submitting filings in relation to the case with the court." PROMESA § 315(a), (b).

6.      On September 30, 2016, the Oversight Board designated the Debtor as a "covered

entity" under PROMESA section 101(d).

7.     On November 25, 2016, the Oversight Board retained Proskauer as legal counsel in connection with matters relating to and arising out of implementation of the provisions of PROMESA.  Those matters include advising and representing the Oversight Board concerning the performance of its duties and activities pursuant to PROMESA, the restructuring or adjustment of the obligations of the Debtors, and litigation arising out of any of those matters (collectively, the "Relevant Matters").

8.     On May 3, 2017, the Oversight Board filed a voluntary petition for relief for the Commonwealth pursuant to section 304(a) of PROMESA, commencing a case under title III thereof (the "Commonwealth's Title III Case").

9.     On July 2, 2017, the Oversight Board filed a voluntary petition for relief for PREPA pursuant to section 304(a) of PROMESA, commencing a case under title III thereof ("PREPA's Title III Case," and collectively with the Commonwealth's Title III Case, and other title III cases commences pursuant to PROMESA section 304(a), the "Debtors' Title III Cases"). Pursuant to PROMESA section 315(b), the Oversight Board is the representative of each of the Debtors in each of their respective Title III cases.

10.     Further background information regarding the Debtors and the commencement of the Debtors' Title III Cases is contained in the *Notice of Filing of Statement of Oversight Board in Connection with PROMESA Title III Petition* [Case No. 17 BK 3283-LTS, Dkt. No. 1], attached to the Commonwealth of Puerto Rico's Title III petition.

**Brattle's Retention
and Fee Statements During the Compensation Period**

11.     Proskauer retained Brattle, an international economic consulting firm, pursuant to
an Independent Contractor Services Agreement effective March 25, 2019 (the "Agreement"), in
support of its litigation preparation on the Relevant Matters for the Oversight Board.

12.     The Agreement provides that:

a.  Proskauer's client, the Oversight Board, is solely responsible for Brattle's fees
    and expenses, and will compensate Brattle in accordance with the terms of the
    Agreement;

b.  Brattle would charge on a time and materials basis, based on the hourly billing
    rates in effect at the time services are performed, with all fees and expenses
    payable under the Agreement to be paid through this PROMESA Title III
    proceeding; and

c.   in view of the uniqueness of the engagement and the anticipated scope of
    services to be performed, Brattle will perform 15% of the work for Proskauer
    on the Relevant Matters on a *pro bono* basis.

13.     During the Compensation Period, Brattle caused its sixth and seventh monthly fee
statements ("Monthly Fee Statements") to be served on the notice parties. Copies of Brattle's
Monthly Fee Statements are attached hereto as Exhibit B.  In accordance with the Interim
Compensation Order, Brattle requested an aggregate payment of $16,328.93 (representing
payment of ninety percent (90%) of the compensation sought), and as of the date of this
Application $7,179.53 (inclusive of income tax withholding and government contribution) has
been paid this amount for services rendered during the Compensation Period.[6]

14.     Prior to the submission of this Application, Brattle had made only two previous
requests for the allowance of interim compensation for professional services rendered and

---

[6] Compensation paid includes applicable 29% income tax withholding and 1.5% government contribution.

reimbursement of expenses incurred, in its first interim fee application for the Sixth Interim Fee
Period from March 25, 2019 through May 31, 2019 ("First Interim Fee Application") and its
second interim fee Application for the Seventh Interim Fee Period from June 1, 2019 through
September 30, 2019 ("Second Interim Fee Application").

### Summary of Professional Services Rendered
### By Brattle during the Compensation Period

15.     Brattle's services to Proskauer,  as legal counsel to the Oversight Board as
representative of the Debtors in the Title III Cases, were reasonable, necessary, appropriate, and
beneficial when rendered, facilitated the effective representation by Proskauer of its obligations
as legal counsel to the Oversight Board as representative of the Debtors in the Title III Cases, and
were in the best interests of the Oversight Board and the Debtors' creditors, the
Commonwealth's residents, and other stakeholders. Brattle performed its professional services in
an expedient and efficient manner.  Compensation for the foregoing services as requested is
commensurate with the complexity, importance, and time-sensitive nature of the issues and tasks
involved.

16.     To provide an orderly and meaningful summary of the services rendered by
Brattle, Brattle established, in accordance with the Guidelines, separate task costs.  During the
Compensation Period, Brattle expended 32.7 hours assisting Proskauer on matters relating to the
Commonwealth's Fiscal Plan; PREPA Title III Proceeding; and Title III Proceedings -  General
Assistance to Counsel and in preparing its First Interim Fee Application. Details of Brattle's work
during this Compensation Period in furtherance of these tasks for Proskauer are included in the
Monthly Fee Statements, and summarized as follows:

| | | |
|---|---|---|
| Title III Proceedings -  General Assistance to Counsel | 18.4 | $11,960.00 |
| PREPA Title III Proceeding | 13.8 | $9,060.00 |
| Commonwealth Plan of Adjustment | 0.5 | $325.00 |

- **PREPA Title III Proceeding**.
  (Fees: $9,060.00; Hours: 13.8)

    Brattle performed tasks necessary to assist Proskauer, as legal counsel to the Oversight Board, in rendering legal advice to the Oversight Board on matters relevant to the PREPA Title III proceeding.

- **Commonwealth Plan of Adjustment**.
  (Fees: $325.00; Hours: 0.5)

    Brattle performed tasks necessary to assist Proskauer, as legal counsel to the Oversight Board, in rendering legal advice to the Oversight Board on matters relevant to the Commonwealth Plan of Adjustment.

- Title III Proceedings -  General Assistance to Counsel.
  (Fees: $11,960.00; Hours: 18.4)
    Brattle performed tasks necessary to assist Proskauer, as legal counsel to the Oversight Board, in rendering legal advice to the Oversight Board on matters relevant to the Title III Proceedings.

### Actual and Necessary Expenses of Brattle

17.    Brattle did not incur any reimbursable expenses during the Compensation Period.

### Compensation Paid and its Source

18.    All services for which Brattle seeks compensation were performed on behalf of and at the direction of Proskauer, as legal counsel to the Oversight Board, representative of the Debtors in their Title III Cases.  In connection with the request covered by this Application, Brattle has received no payment and has received no promises of payment for services rendered, or to be rendered, from any source other than the Debtors. There is no agreement or understanding between Brattle and any other person for the sharing of compensation received for services rendered to Proskauer in the Debtors' Title III cases.

19.    PROMESA sections 316 and 317 provide for interim compensation of professionals and govern this Court's award of such compensation.  PROMESA section 316 provides that a court may award a professional employed for the benefit of the Debtor or the Oversight Board under PROMESA "reasonable compensation for actual, necessary services

11

rendered . . . and reimbursement for actual, necessary expenses." PROMESA § 316(a).

PROMESA section 316 also sets forth the criteria for awarding compensation and

reimbursement:

> In determining the amount of reasonable compensation to be awarded . . . the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including –
>
> (1) the time spent on such services;
>
> (2) the rates charged for such services;
>
> (3) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this chapter;
>
> (4) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;
>
> (5) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and
>
> (6) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this subchapter or title 11.

PROMESA § 316(c).

20.    Brattle respectfully submits that the professional services rendered during the

Compensation Period were necessary for and beneficial to Proskauer's effective representation of

the Oversight Board and therefore were necessary for and beneficial to the maximization of

value for all stakeholders and ultimately to the orderly administration of the Debtors' Title III

Cases. The services required experienced professionals with specialized expertise to timely and

thoroughly respond to Proskauer's requests. During the Compensation Period, Brattle worked

efficiently, under time constraints, to respond to Proskauer's needs.

21.     The rates of the Brattle personnel performing the services are the rates Brattle charges for professional services rendered in comparable bankruptcy and non-bankruptcy matters, and are reasonable given the customary rates charged by comparably skilled practitioners in comparable bankruptcy and non-bankruptcy cases in a competitive national market.

22.     The fees for which allowance is requested reflect that Brattle has performed 15% of the services on a *pro bono* basis.

23.     Brattle submits that allowance of the fees and expenses requested herein is reasonable and warranted in light of the nature, extent and value of Brattle's services to the Proskauer, as legal counsel to the Oversight Board, as representative of the Debtors in the Title III Cases.  Proskauer has reviewed and approved this Application.


## No Previous Request

24.     No previous request for the relief sought herein has been made by Brattle to this or any other court.

## Reservations

25.     To the extent time or disbursement charges for services rendered or expenses incurred relate to the Compensation Period but were not processed prior to the preparation of this Application, or Brattle has for any other reason not yet sought compensation or reimbursement of expenses herein with respect to any services rendered or expenses incurred during the Compensation Period, Brattle reserves the right to request compensation for such services and reimbursement of such expenses in a future application.

## Notice

26.     Pursuant to the Interim Compensation Order, notice of this Application has been or will be filed in the Debtors' Title III Cases and the jointly-administered Commonwealth of Puerto Rico's Title III Case and served by email on:

> (a) attorneys for the Oversight Board, Proskauer Rose LLP, Eleven Times Square, New York, NY 10036, Attn: Martin J. Bienenstock, Esq.

(mbienenstock@proskauer.com) and Ehud Barak, Esq. (ebarak@proskauer.com), and Proskauer Rose LLP, 70 West Madison Street, Chicago, IL 60602, Attn: Paul V. Possinger, Esq. (ppossinger@proskauer.com);

(b) attorneys for the Oversight Board, O'Neill & Borges LLC, 250 Muñoz RiveraAve., Suite 800, San Juan, PR 00918, Attn:Hermann D. Bauer, Esq. (hermann.bauer@oneillborges.com);

(c) attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority, O'Melveny & Myers LLP, Times Square Tower, 7 Times Square, New York, NY 10036, Attn: John J. Rapisardi, Esq. (jrapisardi@omm.com), Suzzanne Uhland, Esq. (suhland@omm.com), and Diana M. Perez, Esq. (dperez@omm.com);

(d) attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority, Marini Pietrantoni Muñiz LLC, MCS Plaza, Suite 500, 255 Ponce de León Ave, San Juan, PR 00917, Attn: Luis C. Marini-Biaggi, Esq. (lmarini@mpmlawpr.com) and Carolina Velaz-Rivero Esq. (cvelaz@mpmlawpr.com);

(e) the Office of the United States Trustee for the District of Puerto Rico, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901 (re: In re: Commonwealth of Puerto Rico);

(f) attorneys for the Official Committee of Unsecured Creditors, Paul Hastings LLP, 200 Park Ave., New York, NY 10166, Attn: Luc. A Despins, Esq. (lucdespins@paulhastings.com);

(g) attorneys for the Official Committee of Unsecured Creditors, Casillas, Santiago & Torres LLC, El Caribe Office Building, 53 Palmeras Street, Ste. 1601, San Juan, PR 00901, Attn: Juan J. Casillas Ayala, Esq. (jcasillas@cstlawpr.com) and Alberto J.E. Añeses Negrón, Esq. (aaneses@cstlawpr.com);

(h) attorneys for the Official Committee of Retired Employees, Jenner & Block LLP, 919 Third Ave., New York, NY 10022, Attn: Robert Gordon, Esq. (rgordon@jenner.com) and Richard Levin, Esq. (rlevin@jenner.com), and Jenner & Block LLP, 353 N. Clark Street, Chicago, IL 60654, Attn: Catherine Steege, Esq. (csteege@jenner.com) and Melissa Root, Esq. (mroot@jenner.com);

(i) attorneys for the Official Committee of Retired Employees, Bennazar, García & Milián, C.S.P., Edificio Union Plaza, PH-A, 416 Ave. Ponce de León, Hato Rey, PR 00918, Attn: A.J. Bennazar-Zequeira, Esq. (ajb@bennazar.org);

(j) the Puerto Rico Department of Treasury, PO Box 9024140, San Juan, PR 00902-4140, Attn: Reylam Guerra Goderich, Deputy Assistant of Central Accounting (Reylam.Guerra@hacienda.pr.gov); Omar E. Rodríguez Pérez, CPA, Assistant Secretary of Central Accounting (Rodriguez.Omar@hacienda.pr.gov); Angel L. Pantoja Rodríguez, Deputy Assistant Secretary of Internal Revenue and Tax Policy (angel.pantoja@hacienda.pr.gov); Francisco Parés Alicea, Assistant Secretary of Internal Revenue and Tax Policy (francisco.pares@hacienda.pr.gov); and Francisco Peña Montañez, CPA, Assistant Secretary of the Treasury (Francisco.Pena@hacienda.pr.gov);

(k) attorneys for the Fee Examiner, EDGE Legal Strategies, PSC, 252 Ponce de León Avenue, Citibank Tower, 12th Floor, San Juan, PR 00918, Attn: Eyck O. Lugo (elugo@edgelegalpr.com); and

(l) attorneys for the Fee Examiner, Godfrey & Kahn, S.C., One East Main Street, Suite 500, Madison, WI 53703, Attn: Katherine Stadler (KStadler@gklaw.com).

Brattle submits that, in light of the foregoing, no other or further notice need be provided.

27. The certification required by Local Rule 2016-1(a)(4) and Rule 2016 is attached hereto as Exhibit A.

## CONCLUSION

WHEREFORE The Brattle Group, Inc. respectfully requests that the Court enter an order:

a. allowing interim compensation for professional services rendered during the Compensation Period in the amount of $ 18,143.25 (which includes the 10% professional compensation holdback amount);

b. directing the Debtors to pay promptly to Brattle the difference between (i) the amount of interim compensation for professional services rendered, and reimbursement of expenses incurred during the Compensation Period allowed hereunder, and (ii) the amounts for such compensation and expenses previously paid to Brattle, consistent with the provisions of the Interim Compensation Order; and

c. granting Brattle such other and further relief as is just and proper.

15

Dated:          March 12, 2020             Respectfully Submitted,
                Boston, MA

                                           *Barbara Levine*

                                           Barbara Levine, General Counsel
                                           THE BRATTLE GROUP, INC.
                                           Independent Contractor to Proskauer Rose LLP,
                                           legal counsel to the Financial Oversight and
                                           Management Board, as representative of the
                                           Debtors

                                           One Beacon Street, Suite 2600
                                           Boston, MA 02108
                                           Tel: 617-864-7900
                                           Fax: 617-507-0063
                                           Email: barbara.levine@brattle.com

16

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------- x

*In re*

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO, *et.
al.*

        Debtors.[7]

---------------------------------------------------------------

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

CERTIFICATION UNDER GUIDELINES FOR FEES AND DISBURSEMENTS FOR
PROFESSIONALS IN RESPECT OF APPLICATION OF THE BRATTLE GROUP, INC.
AS ECONOMIC CONSULTANT TO PROSKAUER ROSE LLP, AS LEGAL COUNSEL TO AND ON
BEHALF OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO
RICO, AS REPRESENTATIVE OF THE DEBTORS FOR INTERIM COMPENSATION AND
REIMBURSEMENT OF EXPENSES

    I, Barbara Levine, hereby certify that:

---

[7]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1.      I am employed by The Brattle Group, Inc. ("Brattle") as its General Counsel, and have been designated by Brattle in respect of compliance with the *United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* issued by the Executive Office for the United States Trustee, 28 CFR Part 58, Appendix A (the "Guidelines") and Local Rule 2016-1.

2.      I submit this certification in support of Brattle's third interim fee application, covering the period October 1, 2019 through January 31, 2020.

3.      Pursuant to the Guidelines and Local Rule 2016-1, I certify that:

      (a)      I have read the Application;

      (b)      To the best of my knowledge, information and belief formed after reasonable inquiry, the fees and expenses sought in the Application fall within the Guidelines;

      (c)      The fees sought in the Application are billed at rates that are customarily employed by Brattle and generally accepted by Brattle's clients, and that fall, to the best of my knowledge, information, and belief formed after reasonable inquiry, within the Guidelines;

      (d)      The fees sought in the Application reflect Brattle's agreement with Proskauer Rose LLP to perform 15% of the services on a *pro bono* basis; and

      (e)      No expenses were incurred during the period reflected in the Application.

4.    I certify that Brattle has previously provided monthly fee statements of Brattle's

fees and expenses for the period October 1, 2019 through January 31, 2020 by causing the same

to be served and filed in accordance with the Interim Compensation Order (as defined in the

Application).


I certify under the pains and penalties of perjury that the foregoing is true and correct.

Dated:         March 12, 2020
               Boston, MA

               _____
               Barbara Levine, General Counsel
               THE BRATTLE GROUP, INC.
               Independent Contractor to Proskauer Rose LLP,
               legal counsel to the Financial Oversight and
               Management Board, as representative of the
               Debtors

               One Beacon Street, Suite 2600
               Boston, MA 02108
               Tel: 617-864-7900
               Fax: 617-507-0063
               Email: barbara.levine@brattle.com

# EXHIBIT B

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------- x

*In re*

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO, *et. al.*

       Debtors.[1]

----------------------------------------------------------------

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

### COVER SHEET TO SIXTH MONTHLY FEE STATEMENT
### OF THE BRATTLE GROUP, INC.
### FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
### INCURRED AS ECONOMIC CONSULTANT TO PROSKAUER ROSE LLP,
### AS LEGAL COUNSEL TO AND ON BEHALF OF THE FINANCIAL OVERSIGHT AND
### MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF THE DEBTORS,
### FOR THE PERIOD OCTOBER 1, 2019–OCTOBER 31, 2019

| | |
|---|---|
| Name of Applicant: | The Brattle Group, Inc. ("Brattle") |
| Retained to Provide Professional Services to: | Proskauer Rose LLP, ("Proskauer") as legal counsel to and on behalf of The Financial Oversight and Management Board for Puerto Rico, Representative of the Debtors Pursuant to PROMESA § 315(b) |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| Retention Date: | March 25, 2019 |
|---|---|
| Period for Which Compensation is Sought: | October 1, 2019 through October 31, 2019 (the "Fee Period") |
| Amount of Fees Sought (90% of Invoiced Amount): | **$7,179.53** |
| Amount of Expense Reimbursement Sought: | **$0** |
| Total Fees and Expenses Sought for Compensation Period: | **$7,179.53** |

This is a(n) _X_ Monthly ___ Interim __Final Fee Application

This is Brattle's sixth monthly fee statement ("Brattle's Sixth Monthly Fee Statement") in the Debtors' Title III Cases, served pursuant to the Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (the "Second Amended Order").  Brattle seeks:

a. Payment of compensation in the amount of $7,179.53 (90% of  $7,977.25 of fees on account of reasonable and necessary professional services rendered to Proskauer to facilitate the effective representation by Proskauer of its obligations as legal counsel to Oversight Board as representative of the Debtors in the Title III Cases).

At the end of Brattle's Sixth Monthly Fee Statement are the following summaries:

a. Schedule 1 – Summary schedule showing professional fees by task;

b. Schedule 2 – Summary schedule showing the professionals who performed the services, the numbers of hours spent, the respective professional's billing rate, and the total fees for such services;

c. Schedule 3 – Summary schedule noting that no expenses were incurred in connection with the provision of the services; and

d. Schedule 4 – An itemized time record, organized chronologically, for which compensation is sought which includes: 1) the date each service was rendered; 2) the

professionals who performed the services; 3) a description of the services rendered; and 4) the time spent performing the services in increments of tenths of an hour.

Certifications

I certify that no employee of the Oversight Board is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of Proskauer and the Oversight Board. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. The total amount shown on this fee statement is true and correct. To the best of my knowledge, Brattle does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

Dated:          November 20, 2019
                Boston, MA


Barbara Levine, General Counsel
THE BRATTLE GROUP, INC.
Independent Contractor to Proskauer Rose LLP,
legal counsel to the Financial Oversight and
Management Board, as representative of the
Debtors

One Beacon Street, Suite 2600
Boston, MA 02108
Tel: 617-864-7900
Fax: 617-507-0063
Email: barbara.levine@brattle.com

Principal Certification

I hereby authorize the submission of this Monthly Fee Statement.

_____

Chantel L. Febus

Partner

Proskauer Rose LLP

Counsel to the Financial Oversight and Management Board for Puerto Rico

Pursuant to the Interim Compensation Order, Brattle has caused notice of this Sixth
Monthly Fee Statement to be provided to:

(a) the Financial Oversight and Management Board, 40 Washington Square South,
Office 314A, New York, NY 10012, Attn: Professor Arthur J. Gonzalez, Oversight Board
Member;

(b) attorneys for the Financial Oversight and Management Board as representative
of The Commonwealth of Puerto Rico, O'Neill & Borges LLC, 250 Muñoz Rivera Ave.,
Suite 800, San Juan, PR 00918-1813, Attn: Hermann D. Bauer, Esq.
(hermann.bauer@oneillborges.com);

(c) attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority,
O'Melveny & Myers LLP, Times Square Tower, 7 Times Square, New York, NY 10036,
Attn: John J. Rapisardi, Esq. (jrapisardi@omm.com), Suzzanne Uhland, Esq.
(suhland@omm.com), and Diana M. Perez, Esq. (dperez@omm.com);

(d) attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority,
Marini Pietrantoni Muniz LLC, MCS Plaza, Suite 500, 255 Ponce de León Ave., San Juan
P.R. 00917, Attn.: Luis C. Marini-Biaggi, Esq., (lmarini@mpmlawpr.com) and Carolina
Velaz-Rivero Esq. (cvelaz@mpmlawpr.com);

(e) the Office of the United States Trustee for the District of Puerto Rico, Edificio
Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901 (re: In re: Commonwealth of
Puerto Rico);

(f) attorneys for the Official Committee of Unsecured Creditors, Paul Hastings
LLP, 200 Park Ave., New York, NY 10166, Attn: Luc A. Despins, Esq.
(lucdespins@paulhastings.com);

(g) attorneys for the Official Committee of Unsecured Creditors, Casillas, Santiago
& Torres LLC, El Caribe Office Building, 53 Palmeras Street, Ste. 1601, San Juan, PR
00901, Attn: Juan J. Casillas Ayala, Esq. (jcasillas@cstlawpr.com) and Alberto J.E. Añeses
Negrón, Esq. (aaneses@cstlawpr.com);

(h) attorneys for the Official Committee of Retired Employees, Jenner & Block
LLP, 919 Third Ave., New York, NY 10022, Attn: Robert Gordon, Esq.
(rgordon@jenner.com) and Richard Levin, Esq. (rlevin@jenner.com); and Jenner & Block
LLP, 353 N. Clark Street, Chicago, IL 60654, Attn: Catherine Steege, Esq.
(csteege@jenner.com) and Melissa Root, Esq. (mroot@jenner.com);

(i) attorneys for the Official Committee of Retired Employees, Bennazar, García & Milián, C.S.P., Edificio Union Plaza, PH-A, 416 Ave. Ponce de León, Hato Rey, PR 00918, Attn: A.J. Bennazar- Zequeira, Esq. (ajb@bennazar.org);

(j) the Puerto Rico Department of Treasury, PO Box 9024140, San Juan, PR 00902-4140, Attn: Reylam Guerra Goderich, Deputy Assistant of Central Accounting (Reylam.Guerra@hacienda.pr.gov); Omar E. Rodríguez Pérez, CPA, Assistant Secretary of Central Accounting (Rodriguez.Omar@hacienda.pr.gov); Angel L. Pantoja Rodríguez, Deputy Assistant Secretary of Internal Revenue and Tax Policy (angel.pantoja@hacienda.pr.gov); Francisco Parés Alicea, Assistant Secretary of Internal Revenue and Tax Policy (francisco.pares@hacienda.pr.gov); and Francisco Peña Montañez, CPA, Assistant Secretary of the Treasury (Francisco.Pena@hacienda.pr.gov);

(k) attorneys for the Fee Examiner, EDGE Legal Strategies, PSC, 252 Ponce de León Avenue, Citibank Tower, 12th Floor, San Juan, PR 00918, Attn: Eyck O. Lugo (elugo@edgelegalpr.com); and

(l) attorneys for the Fee Examiner, Godfrey & Kahn, S.C., One East Main Street, Suite 500, Madison, WI 53703, Attn: Katherine Stadler (KStadler@gklaw.com).

## SCHEDULE 1

**Summary of Professional Services and Expenses Rendered *by Task*
for the Period October 1, 2019 through October 31, 2019**

| TASK | HOURS | FEES[2] |
|---|---|---|
| PREPA Title III Proceeding | 13.8 | $9,060.00 |
| Commonwealth Plan of Adjustment | 0.5 | $325.00 |
| | Subtotal | $9,385.00 |
| Less 15% of Fees (performed *pro bono*) | | ($1,407.75) |
| **Total Fees Charged to Oversight Board** | | **$7,977.25** |

---

[2]    15% of the Fees noted in this chart reflect services performed *pro bono*. The reduction in the amount of the Fees charged to Oversight Board is reflected in the line titled 'Total Fees Charged to Oversight Board.'

## SCHEDULE 2

**Summary of Professional Services Rendered *by Timekeeper***
**for the Period October 1, 2019 through October 31, 2019**

| NAME OF PROFESSIONAL | POSITION | HOURLY RATE | TOTAL HOURS (in this application) | FEES[3] |
|---|---|---|---|---|
| Cragg, Michael | Principal | $950 | 0.3 | $285.00 |
| Sarro, Mark | Principal | $650 | 14.0 | $9,100.00 |
| | Subtotal | | | $9,385.00 |
| Less 15% of Fees (performed *pro bono*) | | | | ($1,407.75) |
| **Total Fees Charged to Oversight Board** | | | | **$7,977.25** |

---

[3]   15% of the Fees noted in this chart are being performed *pro bono*. The reduction in the amount of the Fees charged to Oversight Board is reflected in the line titled 'Total Fees Charged to Oversight Board.'

## **SCHEDULE 3**

**No Expenses Were Incurred
for the Period October 1, 2019 through October 31, 2019**

## **SCHEDULE 4**

**Itemized time record, organized chronologically, for which compensation is sought**

| Task Code | Date | Timekeeper | Position/Title | Time Description | Hourly Rate | Billed Hours | Billed Fees |
|---|---|---|---|---|---|---|---|
| C2 - PREPA Title III Proceeding | 20191003 | Sarro, Mark | Principal | Reviewed materials relevant to the PREPA proceeding. | $650 | 1.2 | $ 780.00 |
| C2 - PREPA Title III Proceeding | 20191004 | Sarro, Mark | Principal | Reviewed materials relevant to the PREPA proceeding. | $650 | 0.5 | $ 325.00 |
| C2 - PREPA Title III Proceeding | 20191004 | Cragg, Michael | Principal | Reviewed materials relevant to the PREPA proceeding. | $950 | 0.3 | $ 285.00 |
| C3 - Commonwealth Plan of Adjustment | 20191007 | Sarro, Mark | Principal | Reviewed the filed Commonwealth Plan of Adjustment. | $650 | 0.2 | $ 130.00 |
| C3 - Commonwealth Plan of Adjustment | 20191008 | Sarro, Mark | Principal | Reviewed the filed Commonwealth Plan of Adjustment. | $650 | 0.3 | $ 195.00 |
| C2 - PREPA Title III Proceeding | 20191009 | Sarro, Mark | Principal | Reviewed materials relevant to the PREPA proceeding. | $650 | 1.5 | $ 975.00 |
| C2 - PREPA Title III Proceeding | 20191010 | Sarro, Mark | Principal | Reviewed materials relevant to the PREPA proceeding. | $650 | 0.3 | $ 195.00 |
| C2 - PREPA Title III Proceeding | 20191015 | Sarro, Mark | Principal | Reviewed materials relevant to the PREPA proceeding. | $650 | 0.4 | $ 260.00 |
| C2 - PREPA Title III Proceeding | 20191016 | Sarro, Mark | Principal | Reviewed materials relevant to the PREPA proceeding. | $650 | 0.5 | $ 325.00 |
| C2 - PREPA Title III Proceeding | 20191017 | Sarro, Mark | Principal | Reviewed materials relevant to the PREPA proceeding. | $650 | 0.4 | $ 260.00 |
| C2 - PREPA Title III Proceeding | 20191017 | Sarro, Mark | Principal | Reviewed materials relevant to the PREPA proceeding. | $650 | 0.4 | $ 260.00 |
| C2 - PREPA Title III Proceeding | 20191017 | Sarro, Mark | Principal | Reviewed materials relevant to the PREPA proceeding. | $650 | 0.6 | $ 390.00 |
| C2 - PREPA Title III Proceeding | 20191017 | Sarro, Mark | Principal | Reviewed materials relevant to the PREPA proceeding. | $650 | 0.7 | $ 455.00 |
| C2 - PREPA Title III Proceeding | 20191017 | Sarro, Mark | Principal | Reviewed materials relevant to the PREPA proceeding. | $650 | 0.2 | $ 130.00 |
| C2 - PREPA Title III Proceeding | 20191018 | Sarro, Mark | Principal | Reviewed materials relevant to the PREPA proceeding. | $650 | 0.4 | $ 260.00 |
| C2 - PREPA Title III Proceeding | 20191018 | Sarro, Mark | Principal | Call with Proskauer representatitve and potential expert regarding the PREPA proceeding. | $650 | 1.2 | $ 780.00 |
| C2 - PREPA Title III Proceeding | 20191018 | Sarro, Mark | Principal | Call with Proskauer representatitve and potential expert regarding the PREPA proceeding. | $650 | 0.8 | $ 520.00 |
| C2 - PREPA Title III Proceeding | 20191018 | Sarro, Mark | Principal | Call with Proskauer representatitve and potential expert regarding the PREPA proceeding. | $650 | 0.4 | $ 260.00 |
| C2 - PREPA Title III Proceeding | 20191018 | Sarro, Mark | Principal | Call with Proskauer representatitve and potential expert regarding the PREPA proceeding. | $650 | 0.4 | $ 260.00 |
| C2 - PREPA Title III Proceeding | 20191018 | Sarro, Mark | Principal | Call with Proskauer representatitve and potential expert regarding the PREPA proceeding. | $650 | 0.1 | $ 65.00 |
| C2 - PREPA Title III Proceeding | 20191018 | Sarro, Mark | Principal | Reviewed materials relevant to the PREPA proceeding. | $650 | 0.5 | $ 325.00 |
| C2 - PREPA Title III Proceeding | 20191021 | Sarro, Mark | Principal | Reviewed materials relevant to the PREPA proceeding. | $650 | 0.8 | $ 520.00 |
| C2 - PREPA Title III Proceeding | 20191021 | Sarro, Mark | Principal | Call with potential expert regarding the PREPA proceeding. | $650 | 0.3 | $ 195.00 |
| C2 - PREPA Title III Proceeding | 20191021 | Sarro, Mark | Principal | Call with Proskauer representatitve regarding the PREPA proceeding. | $650 | 0.2 | $ 130.00 |
| C2 - PREPA Title III Proceeding | 20191023 | Sarro, Mark | Principal | Reviewed materials relevant to the PREPA proceeding. | $650 | 0.4 | $ 260.00 |
| C2 - PREPA Title III Proceeding | 20191024 | Sarro, Mark | Principal | Reviewed materials relevant to the PREPA proceeding. | $650 | 0.3 | $ 195.00 |
| C2 - PREPA Title III Proceeding | 20191025 | Sarro, Mark | Principal | Reviewed materials relevant to the PREPA proceeding. | $650 | 0.5 | $ 325.00 |
| C2 - PREPA Title III Proceeding | 20191028 | Sarro, Mark | Principal | Reviewed materials relevant to the PREPA proceeding. | $650 | 0.5 | $ 325.00 |
| **Subtotal** | | | | | | $ | **9,385.00** |
| **Less 15% fees performed *pro bono*** | | | | | | $ | (1,407.75) |
| **Total fees charged to the Oversight Board** | | | | | | $ | **7,977.25** |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------- x

*In re*

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO, *et.
al.*

       Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

----------------------------------------------------------------

COVER SHEET TO SEVENTH (CONSOLIDATED) MONTHLY FEE STATEMENT
OF THE BRATTLE GROUP, INC.
FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
INCURRED AS ECONOMIC CONSULTANT TO PROSKAUER ROSE LLP,
AS LEGAL COUNSEL TO AND ON BEHALF OF THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF THE DEBTORS,
FOR THE PERIOD DECEMBER 1, 2019-JANUARY 31, 2020

| | |
|---|---|
| Name of Applicant: | The Brattle Group, Inc. ("Brattle") |
| Retained to Provide Professional Services to: | Proskauer Rose LLP, ("Proskauer") as legal counsel to and on behalf of The Financial Oversight and Management Board for Puerto Rico, Representative of the Debtors Pursuant to PROMESA § 315(b) |

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| Retention Date: | March 25, 2019 |
|---|---|
| Period for Which Compensation is Sought: | December 1, 2019 through January 31, 2020 (the "Fee Period") |
| Amount of Fees Sought (90% of Invoiced Amount): | **$9,149.40** |
| Amount of Expense Reimbursement Sought: | **$0** |
| Total Fees and Expenses Sought for Compensation Period: | **$9,149.40** |

This is a(n) _X_ Monthly ___ Interim __Final Fee Application

     This is Brattle's seventh[2] (consolidated) monthly fee statement ("Brattle's Seventh Monthly Fee Statement") in the Debtors' Title III Cases, served pursuant to the Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (the "Second Amended Order").  Brattle seeks:

    a. Payment of compensation in the amount of $9,149.40 (90% of  $10,166.00 of fees on account of reasonable and necessary professional services rendered to Proskauer to facilitate the effective representation by Proskauer of its obligations as legal counsel to Oversight Board as representative of the Debtors in the Title III Cases).

At the end of Brattle's Seventh (Consolidated) Monthly Fee Statement are the following summaries:

    a. Schedule 1 – Summary schedule showing professional fees by task;

    b. Schedule 2 – Summary schedule showing the professionals who performed the services, the numbers of hours spent, the respective professional's billing rate, and the total fees for such services;

---

[2] Brattle did not perform billable services during the month of November 2019. Brattle's sixth monthly fee statement in the Debtors' Title III Cases covered the month of October 2019.

c.  Schedule 3 – Summary schedule noting that no expenses were incurred in connection with the provision of the services; and

d.  Schedule 4 – An itemized time record, organized chronologically, for which compensation is sought which includes: 1) the date each service was rendered; 2) the professionals who performed the services; 3) a description of the services rendered; and 4) the time spent performing the services in increments of tenths of an hour.

<u>Certifications</u>

I certify that no employee of the Oversight Board is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of Proskauer and the Oversight Board. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. The total amount shown on this fee statement is true and correct. To the best of my knowledge, Brattle does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

Dated:          February 18, 2020
                Boston, MA


                _____
                Barbara Levine, General Counsel
                THE BRATTLE GROUP, INC.
                Independent Contractor to Proskauer Rose LLP,
                legal counsel to the Financial Oversight and
                Management Board, as representative of the
                Debtors

                One Beacon Street, Suite 2600
                Boston, MA 02108
                Tel: 617-864-7900
                Fax: 617-507-0063
                Email: barbara.levine@brattle.com

Principal Certification

I hereby authorize the submission of this Monthly Fee Statement.

Chantel L. Febus

Partner

Proskauer Rose LLP

Counsel to the Financial Oversight and Management Board for Puerto Rico

Pursuant to the Interim Compensation Order, Brattle has caused notice of this Seventh
(Consolidated) Monthly Fee Statement to be provided to:

(a) the Financial Oversight and Management Board, 40 Washington Square South,
Office 314A, New York, NY 10012, Attn: Professor Arthur J. Gonzalez, Oversight Board
Member;

(b) attorneys for the Financial Oversight and Management Board as representative
of The Commonwealth of Puerto Rico, O'Neill & Borges LLC, 250 Muñoz Rivera Ave.,
Suite 800, San Juan, PR 00918-1813, Attn: Hermann D. Bauer, Esq.
(hermann.bauer@oneillborges.com);

(c) attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority,
O'Melveny & Myers LLP, Times Square Tower, 7 Times Square, New York, NY 10036,
Attn: John J. Rapisardi, Esq. (jrapisardi@omm.com), Suzzanne Uhland, Esq.
(suhland@omm.com), and Diana M. Perez, Esq. (dperez@omm.com);

(d) attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority,
Marini Pietrantoni Muniz LLC, MCS Plaza, Suite 500, 255 Ponce de León Ave., San Juan
P.R. 00917, Attn.: Luis C. Marini-Biaggi, Esq., (lmarini@mpmlawpr.com) and Carolina
Velaz-Rivero Esq. (cvelaz@mpmlawpr.com);

(e) the Office of the United States Trustee for the District of Puerto Rico, Edificio
Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901 (re: In re: Commonwealth of
Puerto Rico);

(f) attorneys for the Official Committee of Unsecured Creditors, Paul Hastings
LLP, 200 Park Ave., New York, NY 10166, Attn: Luc A. Despins, Esq.
(lucdespins@paulhastings.com);

(g) attorneys for the Official Committee of Unsecured Creditors, Casillas, Santiago
& Torres LLC, El Caribe Office Building, 53 Palmeras Street, Ste. 1601, San Juan, PR
00901, Attn: Juan J. Casillas Ayala, Esq. (jcasillas@cstlawpr.com) and Alberto J.E. Añeses
Negrón, Esq. (aaneses@cstlawpr.com);

(h) attorneys for the Official Committee of Retired Employees, Jenner & Block
LLP, 919 Third Ave., New York, NY 10022, Attn: Robert Gordon, Esq.
(rgordon@jenner.com) and Richard Levin, Esq. (rlevin@jenner.com); and Jenner & Block
LLP, 353 N. Clark Street, Chicago, IL 60654, Attn: Catherine Steege, Esq.
(csteege@jenner.com) and Melissa Root, Esq. (mroot@jenner.com);

(i) attorneys for the Official Committee of Retired Employees, Bennazar, García & Milián, C.S.P., Edificio Union Plaza, PH-A, 416 Ave. Ponce de León, Hato Rey, PR 00918, Attn: A.J. Bennazar- Zequeira, Esq. (ajb@bennazar.org);

(j) the Puerto Rico Department of Treasury, PO Box 9024140, San Juan, PR 00902-4140, Attn: Reylam Guerra Goderich, Deputy Assistant of Central Accounting (Reylam.Guerra@hacienda.pr.gov); Omar E. Rodríguez Pérez, CPA, Assistant Secretary of Central Accounting (Rodriguez.Omar@hacienda.pr.gov); Angel L. Pantoja Rodríguez, Deputy Assistant Secretary of Internal Revenue and Tax Policy (angel.pantoja@hacienda.pr.gov); Francisco Parés Alicea, Assistant Secretary of Internal Revenue and Tax Policy (francisco.pares@hacienda.pr.gov); and Francisco Peña Montañez, CPA, Assistant Secretary of the Treasury (Francisco.Pena@hacienda.pr.gov);

(k) attorneys for the Fee Examiner, EDGE Legal Strategies, PSC, 252 Ponce de León Avenue, Citibank Tower, 12th Floor, San Juan, PR 00918, Attn: Eyck O. Lugo (elugo@edgelegalpr.com); and

(l) attorneys for the Fee Examiner, Godfrey & Kahn, S.C., One East Main Street, Suite 500, Madison, WI 53703, Attn: Katherine Stadler (KStadler@gklaw.com).

## <u>SCHEDULE 1</u>

**Summary of Professional Services and Expenses Rendered *by Task***
**for the Period December 1, 2019 through January 31, 2020**

| TASK | HOURS | FEES[3] |
|---|---|---|
| Title III Proceeding – General Assistance to Proskauer | 18.4 | $11,960.00 |
| | Subtotal | $11,960.00 |
| Less 15% of Fees (performed *pro bono*) | | *($1,794.00)* |
| **Total Fees Charged to Oversight Board** | | **$10,166.00** |

---

[3]   15% of the Fees noted in this chart reflect services performed *pro bono*. The reduction in the amount of the Fees charged to Oversight Board is reflected in the line titled 'Total Fees Charged to Oversight Board.'

## SCHEDULE 2

**Summary of Professional Services Rendered *by Timekeeper*
for the Period December 1, 2019 through January 31, 2020 –**

| NAME OF PROFESSIONAL | POSITION | HOURLY RATE | TOTAL HOURS (in this application) | FEES[4] |
|---|---|---|---|---|
| Sarro, Mark | Principal | $650 | 18.4 | $11,960.00 |
| Subtotal | | | | $11,960.00 |
| Less 15% of Fees (performed *pro bono*) | | | | *($1,794.00)* |
| **Total Fees Charged to Oversight Board** | | | | **$10,166.00** |

---

[4]    15% of the Fees noted in this chart are being performed *pro bono*. The reduction in the amount of the
Fees charged to Oversight Board is reflected in the line titled 'Total Fees Charged to Oversight Board.'

## **SCHEDULE 3**

**No Expenses Were Incurred
for the Period December 1, 2019 through January 31, 2020**

## **SCHEDULE 4**

**Itemized time record, organized chronologically, for which compensation is sought**

| Location | Task Code | Date | Timekeeper | Position/Title | Time Description | Hourly Rate | Billed Hours | Billed Fees |
|----------|-----------|------|------------|----------------|------------------|-------------|--------------|-------------|
| Outside PR | C4 - Title III Proceedings - General Assis | 20191228 | Sarro, Mark | Principal | Prepared for client call regarding Title III Proceedings. | $650 | 0.1 | $ 65.00 |
| Outside PR | C4 - Title III Proceedings - General Assis | 20191228 | Sarro, Mark | Principal | Client call with Proskauer representatives C. Febus and M. Mervis regarding Title III Proceedings. | $650 | 0.4 | $ 260.00 |
| Outside PR | C4 - Title III Proceedings - General Assis | 20191228 | Sarro, Mark | Principal | Reviewed materials relevant to Title III Proceedings. | $650 | 0.2 | $ 130.00 |
| Outside PR | C4 - Title III Proceedings - General Assis | 20191229 | Sarro, Mark | Principal | Correspondence regarding Title III Proceedings. | $650 | 0.2 | $ 130.00 |
| Outside PR | C4 - Title III Proceedings - General Assis | 20200102 | Sarro, Mark | Principal | Prepared for call regarding Title III Proceedings. | $650 | 0.1 | $ 65.00 |
| Outside PR | C4 - Title III Proceedings - General Assis | 20200102 | Sarro, Mark | Principal | Correspondence with Proskauer representative M. Dale regarding Title III Proceedings. | $650 | 0.2 | $ 130.00 |
| Outside PR | C4 - Title III Proceedings - General Assis | 20200102 | Sarro, Mark | Principal | Reviewed case materials related to the Title III Proceedings. | $650 | 0.3 | $ 195.00 |
| Outside PR | C4 - Title III Proceedings - General Assis | 20200102 | Sarro, Mark | Principal | Reviewed case materials related to the Title III Proceedings. | $650 | 0.4 | $ 260.00 |
| Outside PR | C4 - Title III Proceedings - General Assis | 20200103 | Sarro, Mark | Principal | Reviewed case materials related to the Title III Proceedings. | $650 | 1.8 | $ 1,170.00 |
| Outside PR | C4 - Title III Proceedings - General Assis | 20200103 | Sarro, Mark | Principal | Reviewed case materials related to the Title III Proceedings. | $650 | 0.5 | $ 325.00 |
| Outside PR | C4 - Title III Proceedings - General Assis | 20200103 | Sarro, Mark | Principal | Call with Proskauer representatives M. Dale, R. Kim, and M. Pocha regarding  Title III Proceedings. | $650 | 0.7 | $ 455.00 |
| Outside PR | C4 - Title III Proceedings - General Assis | 20200103 | Sarro, Mark | Principal | Reviewed materials relevant to Title III Proceedings. | $650 | 0.3 | $ 195.00 |
| Outside PR | C4 - Title III Proceedings - General Assis | 20200106 | Sarro, Mark | Principal | Call regarding Title III Proceedings. | $650 | 0.1 | $ 65.00 |
| Outside PR | C4 - Title III Proceedings - General Assis | 20200106 | Sarro, Mark | Principal | Call with Proskauer representatives M. Dale, and R. Kim regarding Title III Proceedings. | $650 | 0.6 | $ 390.00 |
| Outside PR | C4 - Title III Proceedings - General Assis | 20200106 | Sarro, Mark | Principal | Call regarding Title III Proceedings. | $650 | 0.5 | $ 325.00 |
| Outside PR | C4 - Title III Proceedings - General Assis | 20200107 | Sarro, Mark | Principal | Correspondence regarding Title III Proceedings. | $650 | 0.4 | $ 260.00 |
| Outside PR | C4 - Title III Proceedings - General Assis | 20200107 | Sarro, Mark | Principal | Reviewed and analyzed material relevant to the Title III Proceedings | $650 | 0.7 | $ 455.00 |
| Outside PR | C4 - Title III Proceedings - General Assis | 20200108 | Sarro, Mark | Principal | Prepared material for counsel regarding Title III Proceedings. | $650 | 1.6 | $ 1,040.00 |
| Outside PR | C4 - Title III Proceedings - General Assis | 20200108 | Sarro, Mark | Principal | Call regarding Title III Proceedings. | $650 | 0.5 | $ 325.00 |
| Outside PR | C4 - Title III Proceedings - General Assis | 20200108 | Sarro, Mark | Principal | Reviewed and analyzed material regarding Title III Proceedings. | $650 | 1.1 | $ 715.00 |
| Outside PR | C4 - Title III Proceedings - General Assis | 20200108 | Sarro, Mark | Principal | Correspondence with Proskauer representative C. Febus regarding Title III Proceedings. | $650 | 0.2 | $ 130.00 |
| Outside PR | C4 - Title III Proceedings - General Assis | 20200108 | Sarro, Mark | Principal | Correspondance with Proskauer representatives M. Dale and R. Kim regarding Title III Proceedings.. | $650 | 0.1 | $ 65.00 |
| Outside PR | C4 - Title III Proceedings - General Assis | 20200113 | Sarro, Mark | Principal | Call with Proskauer representative M. Dale regarding Title III Proceedings. | $650 | 0.4 | $ 260.00 |
| Outside PR | C4 - Title III Proceedings - General Assis | 20200113 | Sarro, Mark | Principal | Call regarding Title III Proceedings. | $650 | 0.7 | $ 455.00 |
| Outside PR | C4 - Title III Proceedings - General Assis | 20200113 | Sarro, Mark | Principal | Call regarding Title III Proceedings. | $650 | 0.6 | $ 390.00 |
| Outside PR | C4 - Title III Proceedings - General Assis | 20200113 | Sarro, Mark | Principal | Call with Proskauer representative C. Febus regarding Title III Proceedings. | $650 | 0.4 | $ 260.00 |
| Outside PR | C4 - Title III Proceedings - General Assis | 20200114 | Sarro, Mark | Principal | Correspondence with M. Mervis in preparation for upcoming meeting. | $650 | 0.1 | $ 65.00 |
| Outside PR | C4 - Title III Proceedings - General Assis | 20200114 | Sarro, Mark | Principal | Correspondence with M. Mervis in preparation for upcoming meeting. | $650 | 0.2 | $ 130.00 |
| Outside PR | C4 - Title III Proceedings - General Assis | 20200115 | Sarro, Mark | Principal | Call with Proskauer representatives M. Mervis, L. Stafford Title III Proceedings. | $650 | 0.4 | $ 260.00 |
| Outside PR | C4 - Title III Proceedings - General Assis | 20200115 | Sarro, Mark | Principal | Correspondence with R. Kim and M. Dale regarding Title III Proceeding.s | $650 | 0.2 | $ 130.00 |
| Outside PR | C4 - Title III Proceedings - General Assis | 20200120 | Sarro, Mark | Principal | Correspondence regarding Title III Proceedings. | $650 | 0.2 | $ 130.00 |
| Outside PR | C4 - Title III Proceedings - General Assis | 20200121 | Sarro, Mark | Principal | Analyzed information regarding  Title III Proceedings. | $650 | 0.4 | $ 260.00 |
| Outside PR | C4 - Title III Proceedings - General Assis | 20200121 | Sarro, Mark | Principal | Call with Proskauer representative M. Dale regarding Title III Proceedings. | $650 | 0.3 | $ 195.00 |
| Outside PR | C4 - Title III Proceedings - General Assis | 20200121 | Sarro, Mark | Principal | Reviewed materials relevant to the Title III Proceedings. | $650 | 0.2 | $ 130.00 |
| Outside PR | C4 - Title III Proceedings - General Assis | 20200123 | Sarro, Mark | Principal | Analyzed maerials relevant to the Title III Proceedings. | $650 | 0.8 | $ 520.00 |
| Outside PR | C4 - Title III Proceedings - General Assis | 20200124 | Sarro, Mark | Principal | Reviewed materials relevant to the Title III Proceedings. | $650 | 0.6 | $ 390.00 |
| Outside PR | C4 - Title III Proceedings - General Assis | 20200124 | Sarro, Mark | Principal | Reviewed materials relevant to the Title III Proceedings. | $650 | 0.4 | $ 260.00 |
| Outside PR | C4 - Title III Proceedings - General Assis | 20200124 | Sarro, Mark | Principal | Correspondence with Proskauer representative M. Mervis regarding analysis for Title III Proceedings. | $650 | 0.1 | $ 65.00 |
| Outside PR | C4 - Title III Proceedings - General Assis | 20200127 | Sarro, Mark | Principal | Reviewed materials relevant to the Title III Proceedings. | $650 | 0.8 | $ 520.00 |
| Outside PR | C4 - Title III Proceedings - General Assis | 20200128 | Sarro, Mark | Principal | Reviewed materials relevant to  Title III Proceedings. | $650 | 0.4 | $ 260.00 |
| Outside PR | C4 - Title III Proceedings - General Assis | 20200131 | Sarro, Mark | Principal | Reviewed materials relevant to  Title III Proceedings. | $650 | 0.2 | $ 130.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Subtotal** | | | | | | | $ 11,960.00 |
| **Less 15% fees performed *pro bono*** | | | | | | | *$ (1,794.00)* |
| **Total fees charged to the Oversight Board** | | | | | | | $ 10,166.00 |