Estimated Hearing Date: June 3, 2020 at 9:30 a.m. (Atlantic Standard Time)
Objection Deadline: April 13, 2020 at 4:00 p.m. (Atlantic Standard Time)

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

-------------------------------------------------------------------------

| | |
|---|---|
| In re: | ) PROMESA |
| | ) Title III |
| THE FINANCIAL OVERSIGHT AND | ) |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) No. 17 BK 3283-LTS |
| | ) |
|   as representative of | ) |
| | ) |
| THE COMMONWEALTH OF PUERTO RICO, et al., | ) (Jointly Administered) |
| | ) |
| Debtors. [1] | |

-------------------------------------------------------------------------

| | |
|---|---|
| In re: | ) PROMESA |
| | ) Title III |
| THE FINANCIAL OVERSIGHT AND | ) |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) No. 17 BK 3567-LTS |
| | ) |
|   as representative of | ) |
| | ) **This Application relates** |
| THE PUERTO RICO HIGHWAYS AND | ) **only to HTA and shall** |
| TRANSPORTATION AUTHORITY | ) **be filed in the Lead** |
| | **Case No. 17 BK 3283-** |
| Debtor | **LTS and HTA's Title** |
| | **III Case (Case No. 17** |
| | **BK 3567-LTS)** |

-------------------------------------------------------------------------

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations)..

# SUMMARY SHEET TO
## FIFTH INTERIM FEE APPLICATION OF
## ALVAREZ & MARSAL NORTH AMERICA, LLC
## FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS ADVISOR TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO AS REPRESENTATIVE OF THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY
## FROM OCTOBER 1, 2019 THROUGH JANUARY 31, 2020

| | |
|---|---|
| Name of Applicant: | Alvarez & Marsal North America, LLC |
| Retained to Provide Professional Services as: | Advisor |
| Date of Retention: | August 2, 2018 |
| Period for which Compensation and Reimbursement is Sought: | October 1, 2019 through January 31, 2020 |
| Professional Fees | $58,154.10 |
| Less Voluntary Reduction | (5,815.41) |
| Total Amount of Fees Requested: | $52,338.69 |
| Amount of Expenses Reimbursement Sought | $0.00 |
| Total Amount of Fees and Expense Reimbursement Sought as Actual, Reasonable and Necessary | $52,338.69 |

This is a(n) _____ Monthly   __X__ Interim   _____ Final Fee Application

**Four Prior Interim Applications Filed in this Matter**

### Monthly Fee Statements Filed Related to Fifth Interim Fee Application[2]
### October 1, 2019 through January 31, 2020

| Service Date of Monthly Fee Statement | Period Covered | Total Fees Incurred | Voluntary Reduction * | Total Billable Fees (100%) | Total Fees Requested (90%) | 10% Puerto Rico Tax Withholding | 1.5% Technical Service Fee | Expenses Requested (100%) | Total Net Amount Requested | Fees Paid (90%) | Expenses Paid | Holdback (10%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fifteenth - 12/30/19 | 10/1/19 to 10/31/19 | $ 19,924.90 | $ (1,992.49) | $ 17,932.41 | $ 16,139.17 | $ (1,613.92) | $ (242.09) | $ - | $ 14,283.16 | $ 14,283.16 | $ - | $ 1,793.24 |
| Sixteenth - 1/15/20 | 11/1/19 to 11/30/19 | $ 12,925.20 | $ (1,292.52) | $ 11,632.68 | 10,469.41 | $ (1,046.94) | $ (157.04) | $ - | $ 9,265.43 | $ 9,265.43 | $ - | $ 1,163.27 |
| Seventeenth - 2/5/20 | 12/1/19 to 12/31/19 | $ 6,220.30 | $ (622.03) | $ 5,598.27 | 5,038.44 | $ (503.84) | $ (75.58) | $ - | $ 4,459.02 | $ 4,459.02 | $ - | $ 559.83 |
| Eighteenth - 2/27/20 | 1/1/20 to 1/31/20 | $ 19,083.70 | $ (1,908.37) | $ 17,175.33 | 15,457.80 | ** | ** | $ - | $ 15,457.80 | ** | $ - | $ 1,717.53 |
| **Total** | | $ 58,154.10 | $ (5,815.41) | $ 52,338.69 | $ 47,104.82 | $ (3,164.70) | $ (474.71) | $ - | $ 43,465.41 | $ 28,007.62 | $ - | $ 5,233.87 |

*This amount represents 10% reduction of fees incurred per engagement agreement.
** Payment related to this fee period had not been received at the time of filing this interim fee application.

---

[2] Please note A&M was retained on August 2, 2018, in the middle of the Fourth Interim Fee Period, and at that time submitted its First Interim Fee Application, rather than the fourth interim application. Accordingly, this current request represents A&M's Fifth Interim Fee Application.

**Compensation by Category**
**October 1, 2019 through January 31, 2020**

| COMPENSATION BY CATEGORY | | |
|---|---|---|
| **For the Period From October 1, 2019 through January 31, 2020** | | |
| **TASK CATEGORY** | **TOTAL HOURS** | **TOTAL FEES REQUESTED** |
| Puerto Rico Highways and Transportation Authority - Claims Administration and Objections | 76.3 | $ 50,902.70 |
| Puerto Rico Highways and Transportation Authority - Fee Applications | 11.9 | $ 7,251.40 |
| Total | 88.2 | $ 58,154.10 |
| **Blended Hourly Rate Before Voluntary Reduction** | | **$ 659.34** |
| | | |
| *Less 10% voluntary reduction* | | *$ (5,815.41)* |
| **Total Fifth Interim Fee Application With Reduction** | | **$ 52,338.69** |
| **Fifth Interim Fee Application Blended Hourly Rate With Reduction** | | **$ 593.41** |

**Fees by Professional**
**October 1, 2019 through January 31, 2020**

| PROFESSIONAL | POSITION | DEPARTMENT | BILLING RATE | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|---|---|
| Julie Hertzberg | Managing Director | Claim Management | $919 | 3.7 | $3,400.30 |
| Jay Herriman | Managing Director | Claim Management | $893 | 26.9 | 24,021.70 |
| Kara Harmon | Director | Claim Management | $675 | 1.5 | 1,012.50 |
| Mark Zeiss | Director | Claim Management | $630 | 22.5 | 14,175.00 |
| Kara Harmon | Consultant II | Claim Management | $551 | 8.4 | 4,628.40 |
| Trevor DiNatale | Consultant II | Claim Management | $550 | 1.1 | 605.00 |
| John Koncar | Consultant | Claim Management | $498 | 4.5 | 2,241.00 |
| Paul Wirtz | Consultant | Claim Management | $498 | 5.6 | 2,788.80 |
| Emmett McNulty | Analyst | Claim Management | $400 | 8.6 | 3,440.00 |
| Bernice Grussing | Para Professional | Claim Management | $341 | 5.4 | 1,841.40 |
| **Subtotal** | | | | **88.20** | **$58,154.10** |
| *Less 10% voluntary reduction* | | | | | *-5,815.41* |
| **Total** | | | | | **$52,338.69** |

**Expenses by Category**
**October 1, 2019 through January 31, 2020**

No Expenses Incurred

**Monthly Fee Statements Filed Related to First Interim Fee Application**
**August 9, 2018 through September 30, 2018**

| Service Date of Monthly Fee Statement | Period Covered | Total Fees Incurred | Voluntary Reduction * | Total Billable Fees (100%) | Total Fees Requested (90%) | 7% Puerto Rico Tax Withholding | 1.5% Technical Service Fee | Expenses Requested (100%) | Total Net Amount Requested | Fees Paid (90%) | Expenses Paid | Holdback (10%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First - 10/24/2018 | 8/9/18 to 8/31/18 | $ 28,295.00 | $ (2,829.50) | $ 25,465.50 | $ 22,918.95 | $ - | $ (343.78) | $ - | $ 22,575.17 | $ 22,918.95 | $ - | $ 2,546.55 |
| Second - 10/29/2018 | 9/1/18 to 9/30/18 | $ 69,365.00 | $ (6,936.50) | $ 62,428.50 | $ 56,185.65 | $ - | $ (842.78) | $ - | $ 55,342.87 | $ 56,185.65 | $ - | $ 6,242.85 |
| **Total** | | $ 97,660.00 | $ (9,766.00) | $ 87,894.00 | $ 79,104.60 | $ - | $ (1,186.57) | $ - | $ 77,918.03 | $ 79,104.60 | $ - | $ 8,789.40 |
| *This amount represents 10% reduction of fees incurred per engagement agreement. | | | | | | | | | | | | |

4

### Monthly Fee Statements Filed Related to Second Interim Fee Application
### October 1, 2018 through January 31, 2019

| Service Date of Monthly Fee Statement | Period Covered | Total Fees Incurred | Voluntary Reduction * | Total Billable Fees (100%) | Total Fees Requested (90%) | 7% Puerto Rico Tax Withholding | 10% Puerto Rico Tax Withholding | 1.5% Technical Service Fee | Expenses Requested (100%) | Total Net Amount Requested | Fees Paid (90%) | Expenses Paid | Holdback (10%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Third - 12/17/2018 | 10/1/18 to 10/31/18 | $ 82,240.00 | $ (8,224.00) | $ 74,016.00 | $ 66,614.40 | $ - | $ - | $ (999.22) | $ - | $ 65,615.18 | $ 66,614.40 | $ - | $ 7,401.60 |
| Fourth - 12/17/2018 | 11/1/18 to 11/30/18 | $ 49,740.00 | $ (4,974.00) | $ 44,766.00 | $ 40,289.40 | $ - | $ - | $ (604.34) | $ - | $ 39,685.06 | $ 40,289.40 | $ - | $ 4,476.60 |
| Fifth - 2/20/2019 | 12/1/18 to | $ 18,215.00 | $ (1,821.50) | $ 16,393.50 | $ 14,754.15 | $ - | $ - | $ (221.31) | $ - | $ 14,532.84 | $ 14,754.15 | $ - | $ 1,639.35 |
| Fifth - Puerto Rico - 2/20/2019 | 12/1/18 to | $ 4,140.00 | $ (414.00) | $ 3,726.00 | $ 3,353.40 | $ - | $ - | $ (50.30) | $ - | $ 3,303.10 | $ 3,353.40 | $ - | $ 372.60 |
| Sixth - 2/20/2019 | 1/1/19 to 1/31/19 | $ 44,427.50 | $ (4,442.75) | $ 39,984.75 | $ 35,986.28 | $ - | $ (3,598.63) | $ (539.79) | $ - | $ 31,847.86 | $ 35,986.28 | $ - | $ 3,998.47 |
| Total | | $ 198,762.50 | $ (19,876.25) | $ 178,886.25 | $ 160,997.63 | $ - | $ (3,598.63) | $ (2,414.96) | $ - | $ 154,984.04 | $ 160,997.63 | $ - | $ 17,888.62 |

*This amount represents 10% reduction of fees incurred per engagement agreement.

### Monthly Fee Statements Filed Related to Third Interim Fee Application
### February 1, 2019 through May 31, 2019

| Service Date of Monthly Fee Statement | Period Covered | Total Fees Incurred | Voluntary Reduction * | Total Billable Fees (100%) | Total Fees Requested (90%) | 10% Puerto Rico Tax Withholding | 1.5% Technical Service Fee | Expenses Requested (100%) | Total Net Amount Requested | Net Fees Paid (90%) | Expenses Paid | Holdback (10%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Seventh - 4/29/2019 | 2/1/19 to 2/28/19 | $ 74,310.00 | $ (7,431.00) | $ 66,879.00 | $ 60,191.10 | $ (6,019.11) | $ (902.87) | $ - | $ 53,269.12 | $ 53,269.12 | $ - | $ 6,687.90 |
| Eighth - 5/6/2019 | 3/1/19 to 3/31/19 | $ 20,485.00 | $ (2,048.50) | $ 18,436.50 | $ 16,592.85 | $ (1,659.29) | $ (248.89) | $ - | $ 14,684.67 | $ 14,684.67 | $ - | $ 1,843.65 |
| Ninth - 5/22/2019 | 4/1/19 to 4/30/19 | $ 15,567.50 | $ (1,556.75) | $ 14,010.75 | $ 12,609.68 | $ (1,260.97) | $ (189.15) | $ - | $ 11,159.56 | $ 11,159.56 | $ - | $ 1,401.08 |
| Tenth - 7/1/2019 | 5/1/19 to 5/31/19 | $ 49,517.50 | $ (4,951.75) | $ 44,565.75 | $ 40,109.18 | $ (4,010.92) | $ (601.64) | $ - | $ 35,496.62 | Pending | Pending | $ 4,456.58 |
| Total | | $ 159,880.00 | $ (15,988.00) | $ 143,892.00 | $ 129,502.80 | $ (12,950.28) | $ (1,942.54) | $ - | $ 114,609.98 | $ 79,113.36 | | $ 14,389.20 |

### Monthly Fee Statements Filed Related to Fourth Interim Fee Application
### June 1, 2019 through September 30, 2019

| Service Date of Monthly Fee Statement | Period Covered | Total Fees Incurred | Voluntary Reduction * | Total Billable Fees (100%) | Total Fees Requested (90%) | 10% Puerto Rico Tax Withholding | 1.5% Technical Service Fee | Expenses Requested (100%) | Total Net Amount Requested | Fees Paid (90%) | Expenses Paid | Holdback (10%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Eleventh - 8/16/2019 | 6/1/19 to 6/30/2019 | $ 39,037.50 | $ (14,850.00) | $ 24,187.50 | $ 21,768.75 | $ (2,176.88) | $ (326.53) | $ - | $ 19,265.34 | $ 19,265.34 | $ - | $ 2,418.75 |
| Twelfth - 9/9/2019 | 7/1/19 to 7/31/19 | $ 25,430.00 | $ (2,543.00) | $ 22,887.00 | $ 20,598.30 | $ (2,059.83) | $ (308.97) | $ - | $ 18,229.50 | $ 18,229.50 | $ - | $ 2,288.70 |
| Thirteenth - 10/15/2019 | 8/1/19 to 8/31/19 | $ 27,359.20 | $ (2,735.92) | $ 24,623.28 | $ 22,160.95 | $ (2,216.10) | $ (332.41) | $ - | $ 19,612.44 | $ 19,612.44 | $ - | $ 2,462.33 |
| Fourteenth - Puerto Rico - 10/25/2019 | 9/1/19 to 9/30/19 | $ 43,845.50 | $ (4,384.55) | $ 39,460.95 | $ 35,514.86 | $ (3,551.49) | $ (532.72) | $ - | $ 31,430.65 | $ 31,430.65 | $ - | $ 3,946.10 |
| Total | | $ 135,672.20 | $ (24,513.47) | $ 111,158.73 | $ 100,042.86 | $ (10,004.29) | $ (1,500.64) | $ - | $ 88,537.93 | $ 88,537.93 | $ - | $ 11,115.87 |

*This amount represents 10% reduction of fees incurred per engagement agreement. Additionally, A&M has reduced their fees by $12,162.50 related to the Claims objection audit further described below.

Estimated Hearing Date: June 3, 2020 at 9:30 a.m. (Atlantic Standard Time)
Objection Deadline: April 13, 2020 at 4:00 p.m. (Atlantic Standard Time)

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

--------------------------------------------------------------------------

| | |
|---|---|
| In re: | ) PROMESA |
| | ) Title III |
| THE FINANCIAL OVERSIGHT AND | ) |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) No. 17 BK 3283-LTS |
| | ) |
|   as representative of | ) |
| | ) |
| THE COMMONWEALTH OF PUERTO RICO, et al., | ) (Jointly Administered) |
| | |
| Debtors. [1] | |

--------------------------------------------------------------------------

| | |
|---|---|
| In re: | ) PROMESA |
| | ) Title III |
| THE FINANCIAL OVERSIGHT AND | ) |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) No. 17 BK 3567-LTS |
| | ) |
|   as representative of | ) **This Application relates only to HTA and shall be filed in the Lead Case No. 17 BK 3283-LTS and HTA's Title III Case (Case No. 17 BK 3567-LTS)** |
| THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY | |
| | |
| Debtor | |

--------------------------------------------------------------------------

## FIFTH INTERIM FEE APPLICATION OF
## ALVAREZ & MARSAL NORTH AMERICA, LLC
## FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
## EXPENSES INCURRED AS ADVISOR TO THE FINANCIAL OVERSIGHT AND
## MANAGEMENT BOARD OF PUERTO RICO AS REPRESENTATIVE OF THE
## PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY
## FROM OCTOBER 1, 2019 THROUGH JANUARY 31, 2020

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pursuant to sections 316 and 317 of Title III of the Puerto Rico Oversight, Management and Economic Stability Act ("PROMESA") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively the "Bankruptcy Rules"), made applicable herein pursuant to section 310 of PROMESA, Rule 2016-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Puerto Rico, adopted by the Court on May 16, 2013 (the "Local Bankruptcy Rules") and this Court's *Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, dated June 6, 2018 [Docket No. 3269] (the "Second Amended Interim Compensation Order"), Alvarez & Marsal North America, LLC ("A&M"), as advisor to the Financial Oversight Board of Puerto Rico (the "Oversight Board") in its role as representative for the Puerto Rico Highways and Transportation Authority, ("HTA"), as debtor under Title III of the Puerto Rico Oversight, Management and Economic Stability Act of 2016 ("PROMESA"), hereby submits its Fifth interim fee application filed during the Fifth interim application period (the "Fifth Interim Fee Application") for the compensation of professional services performed by A&M and reimbursement of expenses incurred in connection therewith for the period commencing October 1, 2019 through and including January 31, 2020 (the "Fifth Interim Fee Application Period").

By this Fifth Interim Fee Application, A&M seeks compensation in the amount of $58,154.10 less a discount in the amount of $5,815.41 for a total amount of $52,338.69, all of which represents fees earned outside of Puerto Rico, and reimbursement of actual and necessary expenses incurred in the amount of $0.00 for the Fifth Interim Fee Application Period.

## **JURISDICTION**

1.      The United States District Court for the District of Puerto Rico (the "Court") has subject matter jurisdiction over this Application pursuant to PROMESA section 306(a).

2.      Venue is proper in this district pursuant to PROMESA section 307(a).

2

3.      The statutory predicates for the relief requested herein are PROMESA sections 316 and 317.

## BACKGROUND

4.      On June 30, 2016, the Oversight Board was established under PROMESA section 101(b).  On August 31, 2016, President Obama appointed the Oversight Board's seven voting members.

5.      Pursuant to PROMESA section 315, "[t]he Oversight Board in a case under this subchapter is the representative of the debtor" and "may take any action necessary on behalf of the debtor to prosecute the case of the debtor, including filing a petition under section [304] of [PROMESA] . . . or otherwise generally submitting filings in relation to the case with the court." 48 U.S.C. § 2175.

6.      On September 30, 2016, the Oversight Board designated the Debtor as a 'covered entity" under PROMESA section 101(d),

7.      On May 21, 2017, the Oversight Board issued a restructuring certification pursuant to PROMESA sections 104(j) and 206 and filed a voluntary petition for relief for the Debtor pursuant to PROMESA section 304(a), commencing a case under title III thereof (the "Debtor's Title III Case").  Pursuant to PROMESA section 315(b), the Oversight Board is the Debtor's representative in the Debtor's Title III Case.

8.      Background information regarding the Debtor and the commencement of the Debtor's Title III Case is contained in the *Notice of Filing of Statement of Oversight Board in Connection with PROMESA Title III Petition* [ECF No. 1, Case No. 17 BK 3283-LTS], attached to the Commonwealth of Puerto Rico's Title III petition.

9.      On August 2, 2018, the Oversight Board retained A&M, at discounted rates, to

manage and resolve the tens of thousands of claims filed against the Title III entities[2].

10.     On December 30, 2019, A&M served on the Notice Parties (as defined in the
Interim Compensation Order) its fifteenth monthly fee statement for the period October 1, 2019
through October 31, 2019.  The fifteenth monthly fee statement is attached hereto as Exhibit A.

11.     On January 15, 2020, A&M served on the Notice Parties its sixteenth monthly fee
statement for the period November 1, 2019 through November 30, 2019.  The sixteenth monthly
fee statement is attached hereto as Exhibit B.

12.     On February 5, 2020, A&M served on the Notice Parties its seventeenth monthly
fee statement for the period December 1, 2019 through December 31, 2019.  The seventeenth
monthly fee statement is attached hereto as Exhibit C.

13.     On February 27, 2020, A&M served on the Notice Parties its eighteenth monthly
fee statement for the period January 1, 2020 through January 31, 2020.  The eighteenth monthly
fee statement is attached hereto as Exhibit D.

14.     In accordance with the Interim Compensation Order and as reflected in the
foregoing summary, A&M has requested an aggregate gross payment of $47,104.82 which
represents payment of ninety percent (90%) of the compensation sought and reimbursement of
one-hundred percent (100%) of expenses incurred.  To date, A&M has received payment of
$28,007.62 in fees and $0 in incurred expenses with respect to fee statements filed during the
Fifth Interim Compensation Period.    The variance between the requested fees and payments
received relates to: 1) the eighteenth monthly fee application for the period January 1, 2020
through January 31, 2020 remains unpaid, 2) a 1.5% Technical Service Fee tax withholdings
totaling $474.71, and 3) a universal 10% withholding tax (versus fees incurred on Puerto Rico)

---

[2] Pursuant to A&M's August 2, 2018 engagement letter with the Oversight Board (a copy of which is
available on the Oversight Board's website at:
https://drive.google.com/file/d/1HuXTVFMQJC4POU_3judw1CCHdSPGhp8q/view (the "Engagement Letter"), it
shall not provide services or advice on any claims related to the Puerto Rico Electric Power Authority.

effective as of December 2018 and as of the time of filing this Application, totaling $3,164.70 for the Fifth Interim Fee Application Period.

### REQUESTED FEES AND REIMBURSEMENT OF EXPENSES

15.     All services for which A&M requests compensation were performed for Puerto Rico Highways and Transportation Authority ("HTA").  The time detail for the Fifth Interim Fee Application Period is attached hereto as Exhibit E.  This Fifth Interim Fee Application contains time entries describing the time spent by each professional during the Fifth Interim Fee Application Period.  To the best of A&M's knowledge, this Fifth Interim Fee Application substantially complies with the applicable provisions of PROMESA, the Bankruptcy Rules, the Local Bankruptcy Rules, and the Second Interim Compensation Order.  A&M's time reports are entered and organized by task and by professional performing the described service in 1/10 of an hour increments.

16.     A&M incurred no expenses for the Fifth Interim Fee Application Period as presented here to as Exhibit F.

17.     The services rendered by A&M during the Fifth Interim Fee Application can be grouped into the categories set forth below.  A&M attempted to place the services provided in the category that best relates to such services.  However, because certain services may relate to one or more categories, services pertaining to one category may in fact be included in another category.  These services performed are generally described below by category, and as set forth in the attached time detail attached hereto as Exhibit G.  This Exhibit G also identifies the professional who rendered services relating to each category, along with the number of hours for each individual and the total compensation sought for each category.

### SUMMARY OF SERVICES PERFORMED

18.     This Fifth Interim Fee Application covers the fees incurred during the Fifth Interim Fee Application Period with respect to services rendered as advisor to the Oversight

Board in its role as representative for HTA.  A&M believes it is appropriate to be compensated for the time spent in connection with these matters, and set forth a narrative description of the services rendered for the Debtors and the time expended, organized by project task categories as follows:

A.  **Puerto Rico Highways and Transportation Authority – Claims Administration and Objections**

19.    During this period, A&M:

a.    Analyzed approximately 50 Pension Claims to determine if enough support was provided to process through the proposed Administrative Claims Resolution (ACR) process;

b.    Analyzed approximately 10 Claims identified as Litigation to prepare Claims workbooks by asserted case number and agency for further reconciliation. The Commonwealth will use these workbooks to prepare case comments related to judgements/settlements, active litigation and closed cases. The data will then be used to prepare these Claims for the ADR process;

c.    Analyzed approximately 175 Claims identified as deficient to confirm proper placement on future omnibus objection;

d.    prepared and filed 83 Omnibus Objections affecting 322 Claims.  If ordered, these Objections will reduce the asserted value of claims on the official court register by approximately $8.853 million;

e.    created and updated a Claims summary analysis by claim type to allow counsel to review the claims groupings and confirm A&M's proposed treatment for each claim type;

f.    performed creditor outreach to collect missing information for deficient Proofs of Claim;

6

      g.   provided regular updates of the claims reconciliation progress to

representatives of the Title III entities, AAFAF, the Oversight Board, and their

respective advisors.

In conjunction with this category, A&M expended approximately 76.3 hours during the

Application Period, for a total of $50,902.70, prior to any fee reduction.

**B. <u>Puerto Rico Highways and Transportation Authority – Fee Applications</u>**

20.     During the Fifth Interim Fee Application Period, A&M prepared its Fifth Interim

Fee Application as required by the Second Amended Interim Compensation Order.

In conjunction with this category, A&M expended approximately 11.9 hours during the

Application Period, for a total of $7,251.40, prior to any fee reduction.

**C. <u>Discounts Agreed to By A&M and the Oversight Board</u>**

21.     A&M and the Oversight Board in its role as representative for HTA had

previously agreed to a ten-percent discount of fees based on the Engagement Letter.

<u>**CERTIFICATE OF COMPLIANCE AND REQUEST FOR WAIVER**</u>

22.     Attached hereto as <u>Exhibit H</u> is a declaration of Julie M. Hertzberg, the

undersigned representative of A&M.  To the extent that the Fifth Interim Fee Application does

not comply in all respects with the requirements of the aforementioned rules, A&M believes that

such deviations are not material and respectfully requests that any such requirements be waived.

<u>**NOTICE**</u>

23.     Pursuant to the Interim Compensation Order, notice of this Application has been

filed in HTA's and the jointly-administered Commonwealth of Puerto Rico's Title III cases and

served upon:

(a)  the Financial Oversight and Management Board, 40 Washington Square
South, Office 314A, New York, NY 10012, Attn: Professor Arthur J. Gonzalez,
Oversight Board Member.

(b)  attorneys for the Financial Oversight and Management Board as
representative of The Commonwealth of Puerto Rico, O'Neill & Borges LLC,

250 Muñoz Rivera Ave., suite 800, San Juan, PR 00918-1813, Attn: Hermann D. Bauer, Esq. (Hermann.bauer@oneillborges.com;

(c)  attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority, O'Melveny & Myers LLP, Times Square Tower, 7 Time Square, New York, NY 10036, Attn: John J. Rapisardi, Esq. (jrapisardi@omm.com), Suzanne Uhland, Esq. (suhland@omm.com), and Diana M. Perez, Esq. (dperez@omm.com).

(d)  attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority, Marini Pietrantoni Muniz LLC, MCS Plaza, Suite 500, 255 Ponce de León Ave., San Juan P.R. 00917, Attn.: Luis C. Marini-Biaggi, Esq. (lmarini@mpmlawpr.com) and Carolina Velaz-Rivero Esq. (cvelaz@mpmlawpr.com);

(e)  the Office of the United States Trustee for the District of Puerto Rico, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901 (re: *In re: Commonwealth of Puerto Rico*);

(f)  attorneys for the Official Committee of Unsecured Creditors, Paul Hastings LLP, 200 Park Ave., New York, NY 10166, Attn: Luc A. Despins, Esq. (lucdespins@paulhastings.com);

(g)  attorneys for the Official Committee of Unsecured Creditors, Casillas, Santiago & Torres LLC, El Caribe Office Building, 53 Palmeras Street, Ste. 1601, San Juan, PR 00901, Attn: Juan J. Casillas Ayala, Esq. (jcasillas@cstlawpr.com) and Alberto J.E. Añeses Negrón, Esq. (aaneses@cstlawpr.com);

(h)  attorneys for the Official Committee of Retired Employees, Jenner & Block LLP, 919 Third Ave., New York, NY 10022, Attn: Robert Gordon, Esq. (rgordon@jenner.com) and Richard Levin, Esq. (rlevin@jenner.com); and Jenner & Block LLP, 353 N. Clark Street, Chicago, IL 60654, Attn: Catherine Steege, Esq. (csteege@jenner.com) and Melissa Root, Esq. (mroot@jenner.com);

(i)  attorneys for the Official Committee of Retired Employees, Bennazar, García & Milián, C.S.P., Edificio Union Plaza, PH-A, 416 Ave. Ponce de León, Hato Rey, PR 00918, Attn: A.J. Bennazar-Zequeira, Esq. (ajb@bennazar.org);

(j)  the Puerto Rico Department of Treasury, PO Box 9024140, San Juan, PR 00902-4140, Attn: Reylam Guerra Goderich, Deputy Assistant of Central Accounting (Reylam.Guerra@hacienda.pr.gov); Omar E. Rodríguez Pérez, CPA, Assistant Secretary of Central Accounting (Rodriguez.Omar@hacienda.pr.gov); Angel L. Pantoja Rodríguez, Deputy Assistant Secretary of Internal Revenue and Tax Policy (angel.pantoja@hacienda.pr.gov); Francisco Parés Alicea, Assistant Secretary of Internal Revenue and Tax Policy (francisco.pares@hacienda.pr.gov); and Francisco Peña Montañez,

8

CPA, Assistant Secretary of the Treasury (Francisco.Pena@hacienda. pr.gov);

k.  attorneys for the Fee Examiner, EDGE Legal Strategies, PSC, 252
Ponce de León Avenue, Citibank Tower, 12th Floor, San Juan, PR
00918, Attn: Eyck O. Lugo (elugo@edgelegalpr.com); and

l.  attorneys for the Fee Examiner, Godfrey & Kahn, S.C., One East
Main Street, Suite 500, Madison, WI 53703, Attn: Katherine Stadler
(KStadler@ gklaw.com).

A&M submits that, in light of the foregoing, no other or further notice need be provided.

WHEREFORE, pursuant to the Second Amended Interim Compensation Order, A&M

respectfully requests that, for the period October 1, 2019 through January 31, 2020, the Court (i)

grant A&M interim allowance of compensation in the amount of $52,338.69 for professional

services rendered during the Fifth Interim Fee Application Period.  A&M did not incur any

expenses.

Dated: March 12, 2020
Detroit, Michigan

/s/
Julie M. Hertzberg

Alvarez & Marsal North America, LLC
755 W. Big Beaver Road
Suite 650
Troy, MI 48084
Telephone:  248.936.0850
Facsimile: 248.936.0801
jhertzberg@alvarezandmarsal.com

ADVISOR TO THE OVERSIGHT BOARD
AS REPRESENTATIVE OF THE
DEBTOR

**<u>EXHIBITS</u>**

# Exhibit A

**ALVAREZ & MARSAL NORTH AMERICA, LLC
MONTHLY FEE APPLICATION OF FOR THE PERIOD
OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | | |
|---|---|---|
| In re: | ) | PROMESA |
| | ) | Title III |
| THE FINANCIAL OVERSIGHT AND | ) | |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | No. 17 BK 3567-LTS |
| | ) | |
| | ) | |
|  as representative of | ) | |
| | ) | |
| THE PUERTO RICO HIGHWAYS AND | ) | |
| TRANSPORTATION AUTHORITY, et al., | | |

Debtors. [1]

**COVER SHEET TO FIFTEENTH MONTHLY FEE APPLICATION OF**
**ALVAREZ & MARSAL NORTH AMERICA, LLC**
**FOR PAYMENT OF COMPENSATION RENDERED OUTSIDE OF PUERTO RICO**
**AND REIMBURSEMENT OF EXPENSES FOR CONSULTING SERVICES TO THE**
**FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO**
**FOR THE PERIOD FROM**
**OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019**

**ALL FEES AND SERVICES IN THIS MONTHLY FEE STATEMENT**
**WERE INCURRED OUTSIDE OF PUERTO RICO**

| | |
|---|---|
| Name of Applicant: | <u>Alvarez & Marsal North America, LLC (A&M)</u> |
| Authorized to Provide Professional Services to: | <u>Financial Oversight and Management Board of Puerto Rico</u> |
| Services Rendered to: | <u>Puerto Rico Highways & Transportation Authority</u> |

Period for which compensation and

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| reimbursement for fees and services outside of Puerto Rico is sought: | October 1, 2019 through October 31, 2019 |
|---|---|
| Amount of Compensation sought as actual, reasonable and necessary: | $17,932.41 ($19,924.90 incurred less 10% voluntary reduction of $1,992.49) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $  - 0 - |
| This is a(n): | ✓ Monthly  ___ Interim  ___ Final application |

This is A&M's Fifteenth monthly fee application filed in these cases and is for services rendered outside Puerto Rico.

**Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for October 2019.


/s/ _____
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board of Puerto Rico

On December 30, 2019 Sent to:

**FOMB**:
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY 10012
Attn: Professor Arthur J Gonzalez
        FOMB Board Member

O'Neil & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918
Attn: Herman D. Bauer, Esq.

**Office of United States Trustee:**
Office of the United States Trustee for the District of
Puerto Rico
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
(In re: Commonwealth of Puerto Rico)

Office of the United States Trustee for Region 21
75 Spring Street, SW, Room 362
Atlanta, GA 30303
Attn: Guy G. Gebhardt
Acting United States Trustee (Region 21)
(In re: Commonwealth of Puerto Rico)

**Co-Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Attn: Luc A. Despins, Esq.

Casillas, Santiago & Torres, LLC
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Attn:    Juan J. Casillas Ayala, Esq.
         Alberto J. E. Añeses Negrón, Esq.
Central Accounting

**Co-Counsel for the Fee Examiner:**
Godfrey & Kahn, S.C.
One East Main Street, Suite 500
Madison, WI 53703
Attn: Katherine Stadler

EDGE Legal Strategies, PSC Secretary of the Treasury
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR 00918
Attn: Eyck O. Lugo

**Co-Counsel for AAFAF**:
O'Melveny & Myers, LLP.
Times Square Tower
7 Times Square
New York, NY 10036
Attn:    John J. Rapisardi, Esq.
         Suzanne Uhland, Esq.

Diana M. Perez, Esq.

Marini Pietrantonui Muñiz LLC
MSC Plaza, Suite 500
255 Ponce de León Ave
San Juan, PR 00917
Attn:    Luis C. Marini-Biaggi, Esq.
         Carolina Velaz-Rivero, Esq.
         Valerie Blay Soler, Esq.

**Co-Counsel for the Official Committee of Retirees:**
Jenner & Block LLP
919 Third Avenue
New York, NY 10022-3908
Attn:    Robert Gordon, Esq.
         Richard Levin, Esq.

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:    Catherine Steege, Esq.
         Melissa Root, Esq.

Bennazar, Garcia & Milián, C.S.P.
Edifico Union Plaza, PH-A
416 Avenida Ponce de León
Hato Rey, PR 00918
Attn: A. J. Bennazar-Zequeria, Esq.

**Puerto Rico Department of Treasury**
PO Box 9024140
San Juan, PR 00902-4140
Attn:    Reylam Guerra Goderich, Deputy Assistant of
General Accounting
         Omar E. Rodriguez Pérez, CPA, Assistant
Secretary of Central Accounting
         Angel L. Pantoja Rodriguez, Deputy Assistant of
Internal Revenue and Tax Policy
         Francisco Parés Alicea, Assistant Secretary of
Internal Revenue and Tax Policy
         Francisco Peña Montañez, CPA, Assistant
Secretary of the Treasury

**Prosakuer, LLC**
Eleven Times Square
(Eighth Avenue & 41st Street)
New York, NY 10036-8229
Martin J. Bienenstock, Esq.
Paul V. Possinger, Esq.
Ehud Barak, Esq.

4

**Summary of Professional Fees for the Period October 1, 2019 through October 31, 2019**

**Puerto Rico Highways & Transportation Authority**

| SUMMARY OF TOTAL FEES BY ALL ENTITIES | | |
|---|---|---|
| TASK CODE | TOTAL HOURS | TOTAL FEES REQUESTED |
| Puerto Rico Highways and Transportation Authority - Claims Administration and Objections | 25.1 | 18,604.80 |
| Puerto Rico Highways and Transportation Authority - Fee Applications | 2.6 | 1,320.10 |
| **Subtotal** | **27.7** | **19,924.90** |
| *Less 10% voluntary reduction* | | *(1,992.49)* |
| **Total** | | **$    17,932.41** |

| PROFESSIONAL | POSITION | DEPARTMENT | BILLING RATE | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|---|---|
| Julie Hertzberg | Managing Director | Claim Management | $919 | 2.50 | $2,297.50 |
| Jay Herriman | Managing Director | Claim Management | $893 | 9.40 | 8,394.20 |
| Mark Zeiss | Director | Claim Management | $630 | 9.60 | 6,048.00 |
| Kara Harmon | Consultant II | Claim Management | $551 | 5.10 | 2,810.10 |
| Bernice Grussing | Para Professional | Claim Management | $341 | 1.10 | 375.10 |
| **Subtotal** | | | | **27.7** | **19,924.90** |
| *Less 10% voluntary reduction* | | | | | *-1,992.49* |
| **Total** | | | | | **$17,932.41** |

**Summary of Expenses for the Period October 1, 2019 through October 31, 2019**

**Puerto Rico Highways & Transportation Authority**

No Expenses Incurred

5

A&M requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (i.e., payment of ninety percent (90%) of the compensation sought) in the amount of $16,139.17, for services rendered outside of Puerto Rico.

**Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, Alvarez & Marsal North America, LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

I further certify that, with respect to the fees and services rendered pursuant to this monthly fee statement, *(i)* Alvarez & Marsal North America, LLC was not doing business in Puerto Rico and *(ii)* the services rendered by Alvarez & Marsal North America, LLP were not performed in Puerto Rico.


 /s/
Julie M. Hertzberg

Alvarez & Marsal North America, LLC
755 W. Big Beaver Road
Suite 650
Troy, MI 48084
Telephone:  248.936.0850
Facsimile: 248.936.0801
jhertzberg@alvarezandmarsal.com

**<u>EXHIBITS</u>**

*Exhibit A*

**Puerto Rico Highways & Transportation Authority**
**Summary of Time Detail by Task**
**October 1, 2019 through October 31, 2019**

| Task Description | Sum of Hours | Sum of Fees |
|---|---|---|
| Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections | 25.1 | $18,604.80 |
| Puerto Rico Highways and Transportaion Authority - Fee Applications | 2.6 | $1,320.10 |
| **Total** | **27.7** | **$19,924.90** |

*Page 1 of 1*

*Exhibit B*

### Puerto Rico Highways & Transportation Authority
### Summary of Time Detail by Professional
### October 1, 2019 through October 31, 2019

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Hertzberg, Julie | Managing Director | $919.00 | 2.5 | $2,297.50 |
| Herriman, Jay | Managing Director | $893.00 | 9.4 | $8,394.20 |
| Zeiss, Mark | Director | $630.00 | 9.6 | $6,048.00 |
| Harmon, Kara | Consultant II | $551.00 | 5.1 | $2,810.10 |
| Grussing, Bernice | Operations Manager | $341.00 | 1.1 | $375.10 |
| | | *Total* | **27.7** | **$19,924.90** |

*Exhibit C*

**Puerto Rico Highways & Transportation Authority**
**Summary of Time Detail by Professional**
**October 1, 2019 through October 31, 2019**

**Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections**

Advise and assist the Debtors in questions and processes regarding the claims reconciliation process: notably, claims planning process, potential claim analysis, review of claims filed against the Debtors and other claim related items.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Hertzberg, Julie | Managing Director | $919 | 2.5 | $2,297.50 |
| Herriman, Jay | Managing Director | $893 | 9.4 | $8,394.20 |
| Zeiss, Mark | Director | $630 | 8.1 | $5,103.00 |
| Harmon, Kara | Consultant II | $551 | 5.1 | $2,810.10 |
| | | | 25.1 | $18,604.80 |
| | *Average Billing Rate* | | | $741.23 |

*Exhibit C*

### Puerto Rico Highways & Transportation Authority
### Summary of Time Detail by Professional
### October 1, 2019 through October 31, 2019

**Puerto Rico Highways and
Transportaion Authority - Fee
Applications**

**Prepare monthly and interim fee applications in accordance with court guidelines.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Zeiss, Mark | Director | $630 | 1.5 | $945.00 |
| Grussing, Bernice | Operations Manager | $341 | 1.1 | $375.10 |
| | | | 2.6 | $1,320.10 |
| | *Average Billing Rate* | | | $507.73 |

*Puerto Rico Highways & Transportation Authority*
*Time Detail by Activity by Professional*
*October 1, 2019 through October 31, 2019*

*Exhibit D*

## Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Herriman, Jay | 10/1/2019 | 2.10 | Review claims to be included on Omnibus objection to be filed in October |
| Harmon, Kara | 10/4/2019 | 0.60 | Begin preparation of updated HTA waterfall analysis |
| Harmon, Kara | 10/7/2019 | 2.30 | Complete preparation of updated HTA waterfall analysis for review by Proskauer |
| Zeiss, Mark | 10/7/2019 | 1.60 | Review HTA bond claims for claims Omnibus Exhibit objections including reasons for refunded, duplicative |
| Zeiss, Mark | 10/8/2019 | 2.20 | Draft HTA claims bondholder Omnibus Exhibits including reasons for refunded, duplicative |
| Harmon, Kara | 10/12/2019 | 0.90 | Prepare updated waterfall analysis, by Debtor, to highlight claim status and claims ready for ADR/ACR process |
| Herriman, Jay | 10/12/2019 | 0.20 | Review updated Waterfall reports and provide comments to K. Harmon |
| Hertzberg, Julie | 10/12/2019 | 0.30 | Review updated Waterfall reports and provide comments to J. Herriman |
| Herriman, Jay | 10/13/2019 | 0.20 | Update convenience class claims report per discussion with J. Hertzberg |
| Hertzberg, Julie | 10/13/2019 | 0.80 | Review convenience class claims report |
| Herriman, Jay | 10/14/2019 | 2.30 | Review claims to be included on Deficient claims objection for December hearing |
| Hertzberg, Julie | 10/15/2019 | 1.00 | Work on detailed strategy for claims resolution under current proposed claims treatment and mechanisms for resolution |
| Zeiss, Mark | 10/15/2019 | 1.10 | Draft bondholder claims report for mailing responses received, reconciliation status for HTA claims |
| Zeiss, Mark | 10/15/2019 | 0.80 | Revise bondholder claims report for mailing responses received, reconciliation status for HTA claims |
| Herriman, Jay | 10/16/2019 | 0.10 | Provide comments to draft Omnibus objections to Proskauer |
| Herriman, Jay | 10/16/2019 | 0.90 | Review draft omnibus objection exhibit and associated claim details for claims to be filed on objection in October |
| Herriman, Jay | 10/16/2019 | 0.80 | Review draft Omnibus objections and associated declarations. |
| Harmon, Kara | 10/17/2019 | 0.60 | Prepare updated claims waterfall analysis for HTA |
| Herriman, Jay | 10/18/2019 | 0.20 | Review updated claims waterfall report, prepare to send to client and counsel |
| Herriman, Jay | 10/21/2019 | 2.10 | Review final drafts of Bond objections, declarations and associated claim exhibits |

*Exhibit D*

*Puerto Rico Highways & Transportation Authority*
*Time Detail by Activity by Professional*
*October 1, 2019 through October 31, 2019*

## Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Harmon, Kara | 10/24/2019 | 0.70 | Prepare updated waterfall analysis, by Debtor, to highlight claim status changes and filed objections |
| Herriman, Jay | 10/25/2019 | 0.50 | Review and update claims waterfall in prep of sending to counsel and client |
| Hertzberg, Julie | 10/25/2019 | 0.40 | Review and revise updated claims waterfall |
| Zeiss, Mark | 10/30/2019 | 1.10 | Review Deficient bondholder claims that have recieved mailing asking for clarification and have not returned, for potential objections |
| Zeiss, Mark | 10/31/2019 | 1.30 | Review Deficient bondholder claims that have recieved mailing asking for clarification and have not returned, for potential objections |
| **Subtotal** | | **25.1** | |

## Puerto Rico Highways and Transportaion Authority - Fee Applications

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Grussing, Bernice | 10/8/2019 | 1.10 | Preparation of September Fee App Draft |
| Zeiss, Mark | 10/21/2019 | 1.10 | Prepare report of claims reconciliation work done June through September for fee application |
| Zeiss, Mark | 10/22/2019 | 0.40 | Prepare report of claims reconciliation work done June through September for fee application |
| **Subtotal** | | **2.6** | |
| *Grand Total* | | 27.7 | |

# Exhibit B

**ALVAREZ & MARSAL NORTH AMERICA, LLC
MONTHLY FEE APPLICATION OF FOR THE PERIOD
NOVEMBER 1, 2019 THROUGH NOVEMBER 30, 2019**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | | |
|---|---|---|
| In re: | ) | PROMESA |
| | ) | Title III |
| THE FINANCIAL OVERSIGHT AND | ) | |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | No. 17 BK 3567-LTS |
| | ) | |
| | ) | |
| as representative of | ) | |
| | ) | |
| THE PUERTO RICO HIGHWAYS AND | ) | |
| TRANSPORTATION AUTHORITY, et al., | | |
| | | |
| Debtors. [1] | | |

**COVER SHEET TO SIXTEENTH MONTHLY FEE APPLICATION OF
ALVAREZ & MARSAL NORTH AMERICA, LLC
FOR PAYMENT OF COMPENSATION RENDERED OUTSIDE OF PUERTO RICO
AND REIMBURSEMENT OF EXPENSES FOR CONSULTING SERVICES TO THE
FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO
FOR THE PERIOD FROM
NOVEMBER 1, 2019 THROUGH NOVEMBER 30, 2019**

# ALL FEES AND SERVICES IN THIS MONTHLY FEE STATEMENT WERE INCURRED OUTSIDE OF PUERTO RICO

| | |
|---|---|
| Name of Applicant: | Alvarez & Marsal North America, LLC (A&M) |
| Authorized to Provide Professional Services to: | Financial Oversight and Management Board of Puerto Rico |
| Services Rendered to: | Puerto Rico Highways & Transportation Authority |

Period for which compensation and

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| reimbursement for fees and services outside of Puerto Rico is sought: | <u>November 1, 2019 through November 30, 2019</u> |
|---|---|
| Amount of Compensation sought as actual, reasonable and necessary: | <u>$11,632.68 ($12,925.20 incurred less 10% voluntary reduction of $1,292.52)</u> |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | <u>$   - 0 -</u> |
| This is a(n): | ✓ Monthly ___ Interim ___ Final application |

This is A&M's Sixteenth monthly fee application filed in these cases and is for services rendered outside Puerto Rico.

**Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for November 2019.


 /s/ _____

Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board of Puerto Rico

On January 15, 2020 Sent to:

**FOMB**:
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY  10012
Attn:  Professor Arthur J Gonzalez
        FOMB Board Member

O'Neil & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR  00918
Attn:  Herman D. Bauer, Esq.

**Office of United States Trustee:**
Office of the United States Trustee for the District of
Puerto Rico
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR  00901
(In re: Commonwealth of Puerto Rico)

Office of the United States Trustee for Region 21
75 Spring Street, SW, Room 362
Atlanta, GA 30303
Attn:  Guy G. Gebhardt
Acting United States Trustee (Region 21)
(In re: Commonwealth of Puerto Rico)

**Co-Counsel for the Official Committee of Unsecured Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc A. Despins, Esq.

Casillas, Santiago & Torres, LLC
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Attn:    Juan J. Casillas Ayala, Esq.
        Alberto J. E. Añeses Negrón, Esq.
Central Accounting

**Co-Counsel for the Fee Examiner:**
Godfrey & Kahn, S.C.
One East Main Street, Suite 500
Madison, WI  53703
Attn:  Katherine Stadler

EDGE Legal Strategies, PSC Secretary of the Treasury
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR  00918
Attn:  Eyck O. Lugo

**Co-Counsel for AAFAF**:
O'Melveny & Myers, LLP.
Times Square Tower
7 Times Square
New York, NY  10036
Attn:    John J. Rapisardi, Esq.
        Suzanne Uhland, Esq.

Diana M. Perez, Esq.

Marini Pietrantonui Muñiz LLC
MSC Plaza, Suite 500
255 Ponce de León Ave
San Juan, PR  00917
Attn:    Luis C. Marini-Biaggi, Esq.
        Carolina Velaz-Rivero, Esq.
        Valerie Blay Soler, Esq.

**Co-Counsel for the Official Committee of Retirees:**
Jenner & Block LLP
919 Third Avenue
New York, NY  10022-3908
Attn:    Robert Gordon, Esq.
        Richard Levin, Esq.

Jenner & Block LLP
353 N. Clark Street
Chicago, IL  60654
Attn:    Catherine Steege, Esq.
        Melissa Root, Esq.

Bennazar, Garcia & Milián, C.S.P.
Edifico Union Plaza, PH-A
416 Avenida Ponce de León
Hato Rey, PR  00918
Attn:  A. J. Bennazar-Zequeria, Esq.

**Puerto Rico Department of Treasury**
PO Box 9024140
San Juan, PR  00902-4140
Attn:    Reylam Guerra Goderich, Deputy Assistant of
General Accounting
        Omar E. Rodriguez Pérez, CPA, Assistant
Secretary of Central Accounting
        Angel L. Pantoja Rodriguez, Deputy Assistant of
Internal Revenue and Tax Policy
        Francisco Parés Alicea, Assistant Secretary of
Internal Revenue and Tax Policy
        Francisco Peña Montañez, CPA, Assistant
Secretary of the Treasury

**Prosakuer, LLC**
Eleven Times Square
(Eighth Avenue & 41st Street)
New York, NY  10036-8229
Martin J. Bienenstock, Esq.
Paul V. Possinger, Esq.
Ehud Barak, Esq.

4

**Summary of Professional Fees for the Period November 1, 2019 through November 30, 2019**

**Puerto Rico Highways & Transportation Authority**

| SUMMARY OF TOTAL FEES BY ALL ENTITIES | | |
|---|---|---|
| **TASK CODE** | **TOTAL HOURS** | **TOTAL FEES REQUESTED** |
| Puerto Rico Highways and Transportation Authority - Claims Administration and Objections | 13.4 | $       8,603.00 |
| Puerto Rico Highways and Transportation Authority - Fee Applications | 6.2 | $       4,322.20 |
| **Subtotal** | **19.6** | **12,925.20** |
| *Less 10% voluntary reduction* | | *(1,292.52)* |
| **Total** | | $       **11,632.68** |

| PROFESSIONAL | POSITION | DEPARTMENT | BILLING RATE | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|---|---|
| Julie Hertzberg | Managing Director | Claim Management | $919 | 0.60 | $551.40 |
| Jay Herriman | Managing Director | Claim Management | $893 | 6.30 | 5,625.90 |
| Mark Zeiss | Director | Claim Management | $630 | 4.90 | 3,087.00 |
| Kara Harmon | Consultant II | Claim Management | $551 | 2.30 | 1,267.30 |
| Koncar, John | Consultant | Claim Management | $498 | 3.3 | 1,643.40 |
| Bernice Grussing | Para Professional | Claim Management | $341 | 2.20 | 750.20 |
| **Subtotal** | | | | **19.6** | **12,925.20** |
| *Less 10% voluntary reduction* | | | | | *-1,292.52* |
| **Total** | | | | | **$11,632.68** |

**Summary of Expenses for the Period November 1, 2019 through November 30, 2019**

**Puerto Rico Highways & Transportation Authority**

No Expenses Incurred

5

A&M requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (i.e., payment of ninety percent (90%) of the compensation sought) in the amount of $10,469.41, for services rendered outside of Puerto Rico.

**Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, Alvarez & Marsal North America, LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

I further certify that, with respect to the fees and services rendered pursuant to this monthly fee statement, *(i)* Alvarez & Marsal North America, LLC was not doing business in Puerto Rico and *(ii)* the services rendered by Alvarez & Marsal North America, LLP were not performed in Puerto Rico.


  /s/
Julie M. Hertzberg

Alvarez & Marsal North America, LLC
755 W. Big Beaver Road
Suite 650
Troy, MI 48084
Telephone:  248.936.0850
Facsimile: 248.936.0801
jhertzberg@alvarezandmarsal.com

7

**EXHIBITS**

*Exhibit A*

**Puerto Rico Highways & Transportation Authority**
**Summary of Time Detail by Task**
**November 1, 2019 through November 30, 2019**

| Task Description | Sum of Hours | Sum of Fees |
|---|---|---|
| Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections | 13.4 | $8,603.00 |
| Puerto Rico Highways and Transportaion Authority - Fee Applications | 6.2 | $4,322.20 |
| **Total** | **19.6** | **$12,925.20** |

*Page 1 of 1*

*Exhibit B*

***Puerto Rico Highways & Transportation Authority***
***Summary of Time Detail by Professional***
***November 1, 2019 through November 30, 2019***

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Hertzberg, Julie | Managing Director | $919.00 | 0.6 | $551.40 |
| Herriman, Jay | Managing Director | $893.00 | 6.3 | $5,625.90 |
| Zeiss, Mark | Director | $630.00 | 4.9 | $3,087.00 |
| Harmon, Kara | Consultant II | $551.00 | 2.3 | $1,267.30 |
| Koncar, John | Consultant | $498.00 | 3.3 | $1,643.40 |
| Grussing, Bernice | Operations Manager | $341.00 | 2.2 | $750.20 |
| | | ***Total*** | **19.6** | **$12,925.20** |

*Exhibit C*

---

### Puerto Rico Highways & Transportation Authority
### Summary of Time Detail by Professional
### November 1, 2019 through November 30, 2019

---

**Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections**

**Advise and assist the Debtors in questions and processes regarding the claims reconciliation process: notably, claims planning process, potential claim analysis, review of claims filed against the Debtors and other claim related items.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Hertzberg, Julie | Managing Director | $919 | 0.6 | $551.40 |
| Herriman, Jay | Managing Director | $893 | 2.3 | $2,053.90 |
| Zeiss, Mark | Director | $630 | 4.9 | $3,087.00 |
| Koncar, John | Consultant | $498 | 3.3 | $1,643.40 |
| Harmon, Kara | Consultant II | $551 | 2.3 | $1,267.30 |
| | | | 13.4 | $8,603.00 |
| | *Average Billing Rate* | | | $642.01 |

*Exhibit C*

---

### Puerto Rico Highways & Transportation Authority
### Summary of Time Detail by Professional
### November 1, 2019 through November 30, 2019

**Puerto Rico Highways and
Transportaion Authority - Fee
Applications**

**Prepare monthly and interim fee applications in accordance with court guidelines.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $893 | 4.0 | $3,572.00 |
| Grussing, Bernice | Operations Manager | $341 | 2.2 | $750.20 |
| | | | 6.2 | $4,322.20 |
| | *Average Billing Rate* | | | $697.13 |

*Exhibit D*

| *Puerto Rico Highways & Transportation Authority* |
| :-: |
| *Time Detail by Activity by Professional* |
| *November 1, 2019 through November 30, 2019* |

## Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
| --- | --- | --- | --- |
| Zeiss, Mark | 11/1/2019 | 0.70 | Review Deficient bondholder claims that have recieved mailing asking for clarification and have not returned, for potential objections |
| Harmon, Kara | 11/2/2019 | 0.70 | Prepare updated waterfall claims analysis, by Debtor to track objections/ orders and reconciliation progress |
| Herriman, Jay | 11/2/2019 | 0.30 | Review and update claims waterfall in prep of sending to client and counsel |
| Koncar, John | 11/6/2019 | 0.20 | Review and analyze proactive outreach responses to classify and bucket for deficient objections or further reconciliation. |
| Koncar, John | 11/6/2019 | 0.40 | Review and analyze proactive outreach responses to classify and bucket for deficient objections or further reconciliation. |
| Koncar, John | 11/7/2019 | 0.40 | Review and analyze proactive outreach responses to classify and bucket for deficient objections or further reconciliation. |
| Koncar, John | 11/7/2019 | 0.30 | Review and analyze proactive outreach responses to classify and bucket for deficient objections or further reconciliation. |
| Zeiss, Mark | 11/7/2019 | 1.30 | Review Deficient bondholder claims that have recieved mailing asking for clarification and have not returned, for potential objections |
| Zeiss, Mark | 11/7/2019 | 0.70 | Review Deficient bondholder claims that have recieved mailing asking for clarification and have not returned, for potential objections |
| Harmon, Kara | 11/8/2019 | 0.60 | Prepare updated waterfall claims analysis, by Debtor to track objections/ orders and reconciliation progress |
| Herriman, Jay | 11/9/2019 | 0.40 | Review / update claims waterfall report |
| Hertzberg, Julie | 11/9/2019 | 0.30 | Review updated claims waterfall report |
| Koncar, John | 11/12/2019 | 0.40 | Review and analyze proactive outreach responses to classify and bucket for deficient objections or further reconciliation. |
| Koncar, John | 11/12/2019 | 0.20 | Review and analyze proactive outreach responses to classify and bucket for deficient objections or further reconciliation. |
| Harmon, Kara | 11/15/2019 | 0.60 | Prepare waterfall claims analysis to highlight resolved and pending claims as well as claims for future objections |
| Koncar, John | 11/19/2019 | 0.60 | Review and analyze proactive outreach responses to classify and bucket for deficient objections or further reconciliation. |
| Koncar, John | 11/19/2019 | 0.40 | Review and analyze proactive outreach responses to classify and bucket for deficient objections or further reconciliation. |
| Zeiss, Mark | 11/19/2019 | 0.90 | Process Prime Clerk weekly register including new claims, claims changes |

*Page 1 of 2*

pcq

*Exhibit D*

*Puerto Rico Highways & Transportation Authority*
*Time Detail by Activity by Professional*
*November 1, 2019 through November 30, 2019*

## Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Koncar, John | 11/20/2019 | 0.40 | Review and analyze proactive outreach responses to classify and bucket for deficient objections or further reconciliation. |
| Herriman, Jay | 11/21/2019 | 1.10 | Review claims to be included in upcoming deficient claims objection |
| Zeiss, Mark | 11/21/2019 | 1.30 | Draft claims Omnibus Exhibits for deficient claims with no attachments for January hearing |
| Harmon, Kara | 11/22/2019 | 0.40 | Prepare updated claims waterfall analysis for HTA |
| Herriman, Jay | 11/24/2019 | 0.20 | Review / Update claims waterfall report |
| Hertzberg, Julie | 11/24/2019 | 0.30 | Review updated claims waterfall report |
| Herriman, Jay | 11/27/2019 | 0.30 | Review listing of claims to be included on next round of Omnibus objections related to deficient claims |
| **Subtotal** | | **13.4** | |

## Puerto Rico Highways and Transportaion Authority - Fee Applications

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Grussing, Bernice | 11/11/2019 | 1.90 | prepare draft of fourth interim fee app |
| Grussing, Bernice | 11/13/2019 | 0.30 | provide revisions to fourth fee app per J. Herriman instructions |
| Herriman, Jay | 11/13/2019 | 1.90 | Review draft interim fee application, write narrative related to work performed and update as appropriate |
| Herriman, Jay | 11/14/2019 | 2.10 | Review draft interim fee application, write narrative related to work performed and update as appropriate |
| **Subtotal** | | **6.2** | |
| *Grand Total* | | **19.6** | |

# Exhibit C

**ALVAREZ & MARSAL NORTH AMERICA, LLC
MONTHLY FEE APPLICATION OF FOR THE PERIOD
DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | | |
|---|---|---|
| In re: | ) | PROMESA |
| | ) | Title III |
| THE FINANCIAL OVERSIGHT AND | ) | |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | No. 17 BK 3567-LTS |
| | ) | |
| | ) | |
|    as representative of | ) | |
| | ) | |
| THE PUERTO RICO HIGHWAYS AND | ) | |
| TRANSPORTATION AUTHORITY, et al., | | |

Debtors. [1]

**COVER SHEET TO SEVENTEENTH MONTHLY FEE APPLICATION OF
ALVAREZ & MARSAL NORTH AMERICA, LLC
FOR PAYMENT OF COMPENSATION RENDERED OUTSIDE OF PUERTO RICO
AND REIMBURSEMENT OF EXPENSES FOR CONSULTING SERVICES TO THE
FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO
FOR THE PERIOD FROM
DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019**

## ALL FEES AND SERVICES IN THIS MONTHLY FEE STATEMENT WERE INCURRED OUTSIDE OF PUERTO RICO

| | |
|---|---|
| Name of Applicant: | Alvarez & Marsal North America, LLC (A&M) |
| Authorized to Provide Professional Services to: | Financial Oversight and Management Board of Puerto Rico |
| Services Rendered to: | Puerto Rico Highways & Transportation Authority |

Period for which compensation and

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| reimbursement for fees and services outside of Puerto Rico is sought: | December 1, 2019 through December 31, 2019 |
|---|---|
| Amount of Compensation sought as actual, reasonable and necessary: | $5,598.27 ($6,220.30 incurred less 10% voluntary reduction of $622.03) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $ - 0 - |
| This is a(n): | ✓ Monthly ___ Interim ___ Final application |

This is A&M's Seventeenth monthly fee application filed in these cases and is for services rendered outside Puerto Rico.

**Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for December 2019.


  /s/
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board of Puerto Rico

On February 5, 2020 Sent to:

**FOMB**:
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY  10012
Attn:  Professor Arthur J Gonzalez
        FOMB Board Member

O'Neil & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR  00918
Attn:  Herman D. Bauer, Esq.

**Office of United States Trustee:**
Office of the United States Trustee for the District of
Puerto Rico
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR  00901
(In re: Commonwealth of Puerto Rico)

Office of the United States Trustee for Region 21
75 Spring Street, SW, Room 362
Atlanta, GA 30303
Attn:  Guy G. Gebhardt
Acting United States Trustee (Region 21)
(In re: Commonwealth of Puerto Rico

**Co-Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc A. Despins, Esq.

Casillas, Santiago & Torres, LLC
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Attn:    Juan J. Casillas Ayala, Esq.
        Alberto J. E. Añeses Negrón, Esq.
Central Accounting

**Co-Counsel for the Fee Examiner:**
Godfrey & Kahn, S.C.
One East Main Street, Suite 500
Madison, WI  53703
Attn:  Katherine Stadler

EDGE Legal Strategies, PSC Secretary of the Treasury
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR  00918
Attn:  Eyck O. Lugo

**Co-Counsel for AAFAF**:
O'Melveny & Myers, LLP.
Times Square Tower
7 Times Square
New York, NY  10036
Attn:    John J. Rapisardi, Esq.
        Suzanne Uhland, Esq.

Diana M. Perez, Esq.

Marini Pietrantonui Muñiz LLC
MSC Plaza, Suite 500
255 Ponce de León Ave
San Juan, PR  00917
Attn:    Luis C. Marini-Biaggi, Esq.
        Carolina Velaz-Rivero, Esq.
        Valerie Blay Soler, Esq.

**Co-Counsel for the Official Committee of Retirees:**
Jenner & Block LLP
919 Third Avenue
New York, NY  10022-3908
Attn:    Robert Gordon, Esq.
        Richard Levin, Esq.

Jenner & Block LLP
353 N. Clark Street
Chicago, IL  60654
Attn:    Catherine Steege, Esq.
        Melissa Root, Esq.

Bennazar, Garcia & Milián, C.S.P.
Edifico Union Plaza, PH-A
416 Avenida Ponce de León
Hato Rey, PR  00918
Attn:  A. J. Bennazar-Zequeria, Esq.

**Puerto Rico Department of Treasury**
PO Box 9024140
San Juan, PR  00902-4140
Attn:    Reylam Guerra Goderich, Deputy Assistant of
General Accounting
        Omar E. Rodriguez Pérez, CPA, Assistant
Secretary of Central Accounting
        Angel L. Pantoja Rodriguez, Deputy Assistant of
Internal Revenue and Tax Policy
        Francisco Parés Alicea, Assistant Secretary of
Internal Revenue and Tax Policy
        Francisco Peña Montañez, CPA, Assistant
Secretary of the Treasury

**Prosakuer, LLC**
Eleven Times Square
(Eighth Avenue & 41st Street)
New York, NY  10036-8229
Martin J. Bienenstock, Esq.
Paul V. Possinger, Esq.
Ehud Barak, Esq.

4

**Summary of Professional Fees for the Period December 1, 2019 through December 31, 2019**

**Puerto Rico Highways & Transportation Authority**

| SUMMARY OF TOTAL FEES BY ALL ENTITIES | | |
|---|---|---|
| **TASK CODE** | **TOTAL HOURS** | **TOTAL FEES REQUESTED** |
| Puerto Rico Highways and Transportation Authority - Claims Administration and Objections | 6.8 | $ 5,453.90 |
| Puerto Rico Highways and Transportation Authority - Fee Applications | 1.6 | $ 766.40 |
| **Subtotal** | **8.4** | **6,220.30** |
| *Less 10% voluntary reduction* | | *(622.03)* |
| **Total** | | $ **5,598.27** |

| PROFESSIONAL | POSITION | DEPARTMENT | BILLING RATE | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|---|---|
| Jay Herriman | Managing Director | Claim Management | $893 | 5.50 | 4,911.50 |
| Kara Harmon | Consultant II | Claim Management | $551 | 1.00 | 551.00 |
| Koncar, John | Consultant | Claim Management | $498 | 0.7 | 348.60 |
| Bernice Grussing | Para Professional | Claim Management | $341 | 1.20 | 409.20 |
| **Subtotal** | | | | **8.4** | **6,220.30** |
| *Less 10% voluntary reduction* | | | | | *-622.03* |
| **Total** | | | | | **$5,598.27** |

**Summary of Expenses for the Period December 1, 2019 through December 31, 2019**

**Puerto Rico Highways & Transportation Authority**

No Expenses Incurred

5

A&M requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (i.e., payment of ninety percent (90%) of the compensation sought) in the amount of $5,038.44, for services rendered outside of Puerto Rico.

**Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, Alvarez & Marsal North America, LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

I further certify that, with respect to the fees and services rendered pursuant to this monthly fee statement, *(i)* Alvarez & Marsal North America, LLC was not doing business in Puerto Rico and *(ii)* the services rendered by Alvarez & Marsal North America, LLP were not performed in Puerto Rico.

 /s/  
Julie M. Hertzberg

Alvarez & Marsal North America, LLC  
755 W. Big Beaver Road  
Suite 650  
Troy, MI 48084  
Telephone:  248.936.0850  
Facsimile: 248.936.0801  
jhertzberg@alvarezandmarsal.com

7

**EXHIBITS**

8

*Exhibit A*

**Puerto Rico Highways & Transportation Authority**
**Summary of Time Detail by Task**
**December 1, 2019 through December 31, 2019**

| Task Description | Sum of Hours | Sum of Fees |
|---|---|---|
| Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections | 6.8 | $5,453.90 |
| Puerto Rico Highways and Transportaion Authority - Fee Applications | 1.6 | $766.40 |
| **Total** | **8.4** | **$6,220.30** |

*Page 1 of 1*

*Exhibit B*

### Puerto Rico Highways & Transportation Authority
### Summary of Time Detail by Professional
### December 1, 2019 through December 31, 2019

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $893.00 | 5.5 | $4,911.50 |
| Harmon, Kara | Consultant II | $551.00 | 1.0 | $551.00 |
| Koncar, John | Consultant | $498.00 | 0.7 | $348.60 |
| Grussing, Bernice | Operations Manager | $341.00 | 1.2 | $409.20 |
| | | *Total* | 8.4 | **$6,220.30** |

*Exhibit C*

## Puerto Rico Highways & Transportation Authority
### Summary of Time Detail by Professional
### December 1, 2019 through December 31, 2019

**Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections**

**Advise and assist the Debtors in questions and processes regarding the claims reconciliation process: notably, claims planning process, potential claim analysis, review of claims filed against the Debtors and other claim related items.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $893 | 5.1 | $4,554.30 |
| Koncar, John | Consultant | $498 | 0.7 | $348.60 |
| Harmon, Kara | Consultant II | $551 | 1.0 | $551.00 |
| | | | 6.8 | $5,453.90 |
| | *Average Billing Rate* | | | $802.04 |

*Exhibit C*

**Puerto Rico Highways & Transportation Authority**
**Summary of Time Detail by Professional**
**December 1, 2019 through December 31, 2019**

**Puerto Rico Highways and Transportaion Authority - Fee Applications**

**Prepare monthly and interim fee applications in accordance with court guidelines.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $893 | 0.4 | $357.20 |
| Grussing, Bernice | Operations Manager | $341 | 1.2 | $409.20 |
| | | | 1.6 | $766.40 |
| | *Average Billing Rate* | | | $479.00 |

*Puerto Rico Highways & Transportation Authority*
*Time Detail by Activity by Professional*
*December 1, 2019 through December 31, 2019*

*Exhibit D*

## Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Herriman, Jay | 12/3/2019 | 1.10 | Review unsecured claims asserting liabilities greater than $1m to prepare analysis for meeting with UCC |
| Herriman, Jay | 12/4/2019 | 1.90 | Review remaining HTA related bond claims and their current reconciliation status |
| Herriman, Jay | 12/12/2019 | 1.10 | Review draft Omnibus claim exhibits to be filed on December 12 for hearing in January |
| Harmon, Kara | 12/13/2019 | 0.40 | Prepare updated waterfall claims analysis for HTA |
| Herriman, Jay | 12/13/2019 | 0.40 | Review deficient documentation claims to be included in upcoming Omnibus objection |
| Koncar, John | 12/18/2019 | 0.70 | Analyze large filed claims to summarize the basis of each claim and categorize for further review or reconciliation. |
| Herriman, Jay | 12/19/2019 | 0.60 | Review claims to be included on deficient claims objection |
| Harmon, Kara | 12/20/2019 | 0.60 | Prepare updated waterfall analysis for HTA |

**Subtotal**           **6.8**

## Puerto Rico Highways and Transportaion Authority - Fee Applications

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Grussing, Bernice | 12/18/2019 | 1.20 | Preparation of October Fee App Draft |
| Herriman, Jay | 12/19/2019 | 0.40 | Review draft October fee application |

**Subtotal**           **1.6**

*Grand Total*          **8.4**

# Exhibit D

**ALVAREZ & MARSAL NORTH AMERICA, LLC
MONTHLY FEE APPLICATION OF FOR THE PERIOD
JANAURY 1, 2020 THROUGH JANUARY 31, 2020**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | | |
|---|---|---|
| In re: | ) | PROMESA |
| | ) | Title III |
| THE FINANCIAL OVERSIGHT AND | ) | |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | No. 17 BK 3567-LTS |
| | ) | |
| | ) | |
| as representative of | ) | |
| | ) | |
| THE PUERTO RICO HIGHWAYS AND | ) | |
| TRANSPORTATION AUTHORITY, et al., | | |

Debtors. [1]

**COVER SHEET TO EIGHTEENTH MONTHLY FEE APPLICATION OF
ALVAREZ & MARSAL NORTH AMERICA, LLC
FOR PAYMENT OF COMPENSATION RENDERED OUTSIDE OF PUERTO RICO
AND REIMBURSEMENT OF EXPENSES FOR CONSULTING SERVICES TO THE
FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO
FOR THE PERIOD FROM
JANUARY 1, 2020 THROUGH JANUARY 31, 2020**

# ALL FEES AND SERVICES IN THIS MONTHLY FEE STATEMENT WERE INCURRED OUTSIDE OF PUERTO RICO

| | |
|---|---|
| Name of Applicant: | Alvarez & Marsal North America, LLC (A&M) |
| Authorized to Provide Professional Services to: | Financial Oversight and Management Board of Puerto Rico |
| Services Rendered to: | Puerto Rico Highways & Transportation Authority |

Period for which compensation and

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| reimbursement for fees and services outside of Puerto Rico is sought: | January 1, 2020 through January 31, 2020 |
| Amount of Compensation sought as actual, reasonable and necessary: | $17,175.33 ($19,083.70 incurred less 10% voluntary reduction of $1,908.37) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $  - 0 - |
| This is a(n): | ✓ Monthly ___ Interim ___ Final application |

This is A&M's Eighteenth monthly fee application filed in these cases and is for services rendered outside Puerto Rico.

**Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for January 2020.


/s/
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board of Puerto Rico

 On February 27, 2020 Sent to:

**FOMB**:
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY 10012
Attn: Professor Arthur J Gonzalez
       FOMB Board Member

O'Neil & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918
Attn: Herman D. Bauer, Esq.

**Office of United States Trustee:**
Office of the United States Trustee for the District of
Puerto Rico
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
(In re: Commonwealth of Puerto Rico)

Office of the United States Trustee for Region 21
75 Spring Street, SW, Room 362
Atlanta, GA 30303
Attn: Guy G. Gebhardt
Acting United States Trustee (Region 21)
(In re: Commonwealth of Puerto Rico)

**Co-Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Attn: Luc A. Despins, Esq.

Casillas, Santiago & Torres, LLC
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Attn:    Juan J. Casillas Ayala, Esq.
      Alberto J. E. Añeses Negrón, Esq.
Central Accounting

**Co-Counsel for the Fee Examiner:**
Godfrey & Kahn, S.C.
One East Main Street, Suite 500
Madison, WI 53703
Attn: Katherine Stadler

EDGE Legal Strategies, PSC Secretary of the Treasury
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR 00918
Attn: Eyck O. Lugo

**Co-Counsel for AAFAF**:
O'Melveny & Myers, LLP.
Times Square Tower
7 Times Square
New York, NY 10036
Attn:    John J. Rapisardi, Esq.
      Suzanne Uhland, Esq.

    Diana M. Perez, Esq.

Marini Pietrantonui Muñiz LLC
MSC Plaza, Suite 500
255 Ponce de León Ave
San Juan, PR 00917
Attn:    Luis C. Marini-Biaggi, Esq.
      Carolina Velaz-Rivero, Esq.
      Valerie Blay Soler, Esq.

**Co-Counsel for the Official Committee of Retirees:**
Jenner & Block LLP
919 Third Avenue
New York, NY 10022-3908
Attn:    Robert Gordon, Esq.
      Richard Levin, Esq.

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:    Catherine Steege, Esq.
      Melissa Root, Esq.

Bennazar, Garcia & Milián, C.S.P.
Edifico Union Plaza, PH-A
416 Avenida Ponce de León
Hato Rey, PR 00918
Attn: A. J. Bennazar-Zequeria, Esq.

**Puerto Rico Department of Treasury**
PO Box 9024140
San Juan, PR 00902-4140
Attn:    Reylam Guerra Goderich, Deputy Assistant of
General Accounting
      Omar E. Rodriguez Pérez, CPA, Assistant
Secretary of Central Accounting
      Angel L. Pantoja Rodriguez, Deputy Assistant of
Internal Revenue and Tax Policy
      Francisco Parés Alicea, Assistant Secretary of
Internal Revenue and Tax Policy
      Francisco Peña Montañez, CPA, Assistant
Secretary of the Treasury

**Prosakuer, LLC**
Eleven Times Square
(Eighth Avenue & 41st Street)
New York, NY 10036-8229
Martin J. Bienenstock, Esq.
Paul V. Possinger, Esq.
Ehud Barak, Esq.

**Summary of Professional Fees for the Period January 1, 2020 through January 31, 2020**

**Puerto Rico Highways & Transportation Authority**

| SUMMARY OF TOTAL FEES BY ALL ENTITIES | | |
|---|---|---|
| **TASK CODE** | **TOTAL HOURS** | **TOTAL FEES REQUESTED** |
| Puerto Rico Highways and Transportation Authority - Claims Administration and Objections | 31.0 | $ 18,241.00 |
| Puerto Rico Highways and Transportation Authority - Fee Applications | 1.5 | $ 842.70 |
| **Subtotal** | **32.5** | **19,083.70** |
| *Less 10% voluntary reduction* | | *(1,908.37)* |
| **Total** | | **$ 17,175.33** |

| PROFESSIONAL | POSITION | DEPARTMENT | BILLING RATE | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|---|---|
| Julie Hertzberg | Managing Director | Claim Management | $919 | 0.60 | $551.40 |
| Jay Herriman | Managing Director | Claim Management | $893 | 5.70 | 5,090.10 |
| Kara Harmon | Director | Claim Management | $675 | 1.50 | 1,012.50 |
| Mark Zeiss | Director | Claim Management | $630 | 8.00 | 5,040.00 |
| Trevor DiNatale | Consultant II | Claim Management | $550 | 1.10 | 605.00 |
| John Koncar | Consultant | Claim Management | $498 | 0.5 | 249.00 |
| Paul Wirtz | Consultant | Claim Management | $498 | 5.60 | 2,788.80 |
| Emmett McNulty | Analyst | Claim Management | $400 | 8.60 | 3,440.00 |
| Bernice Grussing | Para Professional | Claim Management | $341 | 0.90 | 306.90 |
| **Subtotal** | | | | **32.5** | **19,083.70** |
| *Less 10% voluntary reduction* | | | | | *-1,908.37* |
| **Total** | | | | | **$17,175.33** |

**Summary of Expenses for the Period January 1, 2020 through January 31, 2020**

**Puerto Rico Highways & Transportation Authority**

No Expenses Incurred

5

A&M requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (i.e., payment of ninety percent (90%) of the compensation sought) in the amount of $15,457.80, for services rendered outside of Puerto Rico.

6

**Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, Alvarez & Marsal North America, LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

I further certify that, with respect to the fees and services rendered pursuant to this monthly fee statement, *(i)* Alvarez & Marsal North America, LLC was not doing business in Puerto Rico and *(ii)* the services rendered by Alvarez & Marsal North America, LLP were not performed in Puerto Rico.

/s/
Julie M. Hertzberg

Alvarez & Marsal North America, LLC
755 W. Big Beaver Road
Suite 650
Troy, MI 48084
Telephone:  248.936.0850
Facsimile: 248.936.0801
jhertzberg@alvarezandmarsal.com

7

**<u>EXHIBITS</u>**

8

*Exhibit A*

**Puerto Rico Highways & Transportation Authority**
**Summary of Time Detail by Task**
**January 1, 2020 through January 31, 2020**

| Task Description | Sum of Hours | Sum of Fees |
|---|---|---|
| Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections | 31.0 | $18,241.00 |
| Puerto Rico Highways and Transportaion Authority - Fee Applications | 1.5 | $842.70 |
| **Total** | **32.5** | **$19,083.70** |

### Puerto Rico Highways & Transportation Authority
### Summary of Time Detail by Professional
### January 1, 2020 through January 31, 2020

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Hertzberg, Julie | Managing Director | $919.00 | 0.6 | $551.40 |
| Herriman, Jay | Managing Director | $893.00 | 5.7 | $5,090.10 |
| Harmon, Kara | Director | $675.00 | 1.5 | $1,012.50 |
| Zeiss, Mark | Director | $630.00 | 8.0 | $5,040.00 |
| DiNatale, Trevor | Consultant II | $550.00 | 1.1 | $605.00 |
| Koncar, John | Consultant | $498.00 | 0.5 | $249.00 |
| Wirtz, Paul | Consultant | $498.00 | 5.6 | $2,788.80 |
| McNulty, Emmett | Analyst | $400.00 | 8.6 | $3,440.00 |
| Grussing, Bernice | Operations Manager | $341.00 | 0.9 | $306.90 |
| **Total** | | | **32.5** | **$19,083.70** |

*Exhibit C*

---

### Puerto Rico Highways & Transportation Authority
### Summary of Time Detail by Professional
### January 1, 2020 through January 31, 2020

---

**Puerto Rico Highways and
Transportaion Authority - Claims
Administration and Objections**

**Advise and assist the Debtors in questions and processes regarding the claims
reconciliation process: notably, claims planning process, potential claim
analysis, review of claims filed against the Debtors and other claim related items.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Hertzberg, Julie | Managing Director | $919 | 0.6 | $551.40 |
| Herriman, Jay | Managing Director | $893 | 5.1 | $4,554.30 |
| Harmon, Kara | Director | $675 | 1.5 | $1,012.50 |
| Zeiss, Mark | Director | $630 | 8.0 | $5,040.00 |
| Koncar, John | Consultant | $498 | 0.5 | $249.00 |
| Wirtz, Paul | Consultant | $498 | 5.6 | $2,788.80 |
| DiNatale, Trevor | Consultant II | $550 | 1.1 | $605.00 |
| McNulty, Emmett | Analyst | $400 | 8.6 | $3,440.00 |
| | | | 31.0 | $18,241.00 |
| | *Average Billing Rate* | | | $588.42 |

*Exhibit C*

### *Puerto Rico Highways & Transportation Authority*
### *Summary of Time Detail by Professional*
### *January 1, 2020 through January 31, 2020*

**Puerto Rico Highways and Transportaion Authority - Fee Applications**

**Prepare monthly and interim fee applications in accordance with court guidelines.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $893 | 0.6 | $535.80 |
| Grussing, Bernice | Operations Manager | $341 | 0.9 | $306.90 |
| | | | 1.5 | $842.70 |
| | *Average Billing Rate* | | | $561.80 |

*Exhibit D*

*Puerto Rico Highways & Transportation Authority*
*Time Detail by Activity by Professional*
*January 1, 2020 through January 31, 2020*

## Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Herriman, Jay | 1/6/2020 | 0.60 | Review claims to be included on Omnibus objection for March hearing |
| Zeiss, Mark | 1/9/2020 | 0.80 | Revise March Deficient Omnibus Exhibits in English, Spanish |
| Zeiss, Mark | 1/9/2020 | 0.50 | Review March Deficient Omnibus Exhibits in English, Spanish |
| Zeiss, Mark | 1/9/2020 | 1.20 | Prepare March Deficient Omnibus Exhibits in English, Spanish |
| Herriman, Jay | 1/10/2020 | 1.20 | Review claims to be included on Omnibus objection for March hearing |
| Herriman, Jay | 1/11/2020 | 0.30 | Review claims to be included on Omnibus objection for March hearing |
| Koncar, John | 1/11/2020 | 0.20 | Analyze claims drafted for March and April deficient omnibus objection to confirm proper placement on objections. |
| McNulty, Emmett | 1/12/2020 | 0.40 | Analyze claims drafted for March and April deficient omnibus objection to confirm proper placement on objections |
| Zeiss, Mark | 1/13/2020 | 1.30 | Review Prime Clerk aggregate objection responses for January Deficient Omnibus Exhibits providing analysis, next steps |
| Herriman, Jay | 1/14/2020 | 0.40 | Review claims to be included on Omnibus objection for April hearing |
| McNulty, Emmett | 1/14/2020 | 1.70 | Analyze claims drafted for March and April deficient omnibus objection to confirm proper placement on objections |
| McNulty, Emmett | 1/16/2020 | 1.20 | Analyze claims drafted for March and April deficient omnibus objection to confirm proper placement on objections |
| Harmon, Kara | 1/17/2020 | 0.60 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Herriman, Jay | 1/18/2020 | 0.20 | Review claims waterfall report and send to AAFAF counsel |
| Hertzberg, Julie | 1/18/2020 | 0.20 | Review claims waterfall report |
| Herriman, Jay | 1/21/2020 | 1.20 | Review remaining bond claims to determine next steps in objection process |
| Herriman, Jay | 1/21/2020 | 0.60 | Review claims to be included on April Omnibus objections |
| Zeiss, Mark | 1/21/2020 | 0.80 | Review Prime Clerk mailing responses for claims for December, January deficient objections |
| Zeiss, Mark | 1/21/2020 | 1.40 | Review UCC mailings scan of 123 claims for December, January deficient objections |
| McNulty, Emmett | 1/22/2020 | 1.10 | Analyze claims drafted for March and April deficient omnibus objection to confirm proper placement on objections |
| Wirtz, Paul | 1/22/2020 | 1.90 | Categorize multiple sets of litigation claims to determine next steps for agency |

*Exhibit D*

*Puerto Rico Highways & Transportation Authority*
*Time Detail by Activity by Professional*
*January 1, 2020 through January 31, 2020*

## Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Wirtz, Paul | 1/22/2020 | 1.60 | Analyze judgment and settlement claims for additional agency review |
| Zeiss, Mark | 1/22/2020 | 1.40 | Prepare January Deficient Omnibus Objection Exhibits for Ordered Disallowed claims |
| Zeiss, Mark | 1/22/2020 | 0.60 | Prepare January Deficient Omnibus Objection Exhibits for Adjourned claims |
| Herriman, Jay | 1/23/2020 | 0.20 | Review claims to be included on April Omnibus objections |
| Harmon, Kara | 1/24/2020 | 0.30 | Prepare files of litigation judgement / settlement claims for distribution to HTA re: claims allowed as filed and verification of outstanding payments on settled cases |
| Harmon, Kara | 1/24/2020 | 0.60 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Herriman, Jay | 1/24/2020 | 0.40 | Review updated claims waterfall analysis |
| Hertzberg, Julie | 1/24/2020 | 0.40 | Review updated claims waterfall analysis |
| McNulty, Emmett | 1/24/2020 | 1.60 | Analyze litigation claims to determine duplicative claims for inclusion on upcoming omnibus objections |
| McNulty, Emmett | 1/27/2020 | 1.30 | Analyze litigation claims to determine duplicative claims for inclusion on upcoming omnibus objections |
| McNulty, Emmett | 1/29/2020 | 1.30 | Analyze asserted HR claims to determine proper categorization for entry into ACR process |
| Wirtz, Paul | 1/29/2020 | 2.10 | Analyze claims to potentially allow for agency review |
| DiNatale, Trevor | 1/30/2020 | 1.10 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Koncar, John | 1/31/2020 | 0.30 | Analyze filed legal claims along with supporting documentation to prepare synopses of each asserted claim. |

| **Subtotal** | | **31.0** | |

## Puerto Rico Highways and Transportaion Authority - Fee Applications

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Grussing, Bernice | 1/8/2020 | 0.90 | prepartion of November fee app draft |
| Herriman, Jay | 1/13/2020 | 0.60 | Review draft fee statement for November 2019 |

*Page 2 of 3*

*Exhibit D*

### *Puerto Rico Highways & Transportation Authority*
### *Time Detail by Activity by Professional*
### *January 1, 2020 through January 31, 2020*

## Puerto Rico Highways and Transportaion Authority - Fee Applications

| Professional | Date | Hours | Activity |
|---|---|---|---|
| **Subtotal** | | 1.5 | |
| *Grand Total* | | 32.5 | |

# Exhibit E

**ALVAREZ & MARSAL NORTH AMERICA, LLC**
**PROFESSIONAL SERVICES TIME DETAIL FOR THE FIFTH INTERIM**
**FEE APPLICATION PERIOD**
**OCTOBER 1, 2019 THROUGH JANUARY 31, 2020**

*Puerto Rico Highways & Transportation Authority*
*Time Detail by Activity by Professional*
*October 1, 2019 through January 31, 2020*

*Exhibit E*

## Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Herriman, Jay | 10/1/2019 | 2.10 | Review claims to be included on Omnibus objection to be filed in October |
| Harmon, Kara | 10/4/2019 | 0.60 | Begin preparation of updated HTA waterfall analysis |
| Harmon, Kara | 10/7/2019 | 2.30 | Complete preparation of updated HTA waterfall analysis for review by Proskauer |
| Zeiss, Mark | 10/7/2019 | 1.60 | Review HTA bond claims for claims Omnibus Exhibit objections including reasons for refunded, duplicative |
| Zeiss, Mark | 10/8/2019 | 2.20 | Draft HTA claims bondholder Omnibus Exhibits including reasons for refunded, duplicative |
| Harmon, Kara | 10/12/2019 | 0.90 | Prepare updated waterfall analysis, by Debtor, to highlight claim status and claims ready for ADR/ACR process |
| Herriman, Jay | 10/12/2019 | 0.20 | Review updated Waterfall reports and provide comments to K. Harmon |
| Hertzberg, Julie | 10/12/2019 | 0.30 | Review updated Waterfall reports and provide comments to J. Herriman |
| Herriman, Jay | 10/13/2019 | 0.20 | Update convenience class claims report per discussion with J. Hertzberg |
| Hertzberg, Julie | 10/13/2019 | 0.80 | Review convenience class claims report |
| Herriman, Jay | 10/14/2019 | 2.30 | Review claims to be included on Deficient claims objection for December hearing |
| Hertzberg, Julie | 10/15/2019 | 1.00 | Work on detailed strategy for claims resolution under current proposed claims treatment and mechanisms for resolution |
| Zeiss, Mark | 10/15/2019 | 1.10 | Draft bondholder claims report for mailing responses received, reconciliation status for HTA claims |
| Zeiss, Mark | 10/15/2019 | 0.80 | Revise bondholder claims report for mailing responses received, reconciliation status for HTA claims |
| Herriman, Jay | 10/16/2019 | 0.10 | Provide comments to draft Omnibus objections to Proskauer |
| Herriman, Jay | 10/16/2019 | 0.80 | Review draft Omnibus objections and associated declarations. |
| Herriman, Jay | 10/16/2019 | 0.90 | Review draft omnibus objection exhibit and associated claim details for claims to be filed on objection in October |
| Harmon, Kara | 10/17/2019 | 0.60 | Prepare updated claims waterfall analysis for HTA |
| Herriman, Jay | 10/18/2019 | 0.20 | Review updated claims waterfall report, prepare to send to client and counsel |
| Herriman, Jay | 10/21/2019 | 2.10 | Review final drafts of Bond objections, declarations and associated claim exhibits |

Exhibit E

**Puerto Rico Highways & Transportation Authority**
**Time Detail by Activity by Professional**
**October 1, 2019 through January 31, 2020**

## Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Harmon, Kara | 10/24/2019 | 0.70 | Prepare updated waterfall analysis, by Debtor, to highlight claim status changes and filed objections |
| Herriman, Jay | 10/25/2019 | 0.50 | Review and update claims waterfall in prep of sending to counsel and client |
| Hertzberg, Julie | 10/25/2019 | 0.40 | Review and revise updated claims waterfall |
| Zeiss, Mark | 10/30/2019 | 1.10 | Review Deficient bondholder claims that have recieved mailing asking for clarification and have not returned, for potential objections |
| Zeiss, Mark | 10/31/2019 | 1.30 | Review Deficient bondholder claims that have recieved mailing asking for clarification and have not returned, for potential objections |
| Zeiss, Mark | 11/1/2019 | 0.70 | Review Deficient bondholder claims that have recieved mailing asking for clarification and have not returned, for potential objections |
| Harmon, Kara | 11/2/2019 | 0.70 | Prepare updated waterfall claims analysis, by Debtor to track objections/ orders and reconciliation progress |
| Herriman, Jay | 11/2/2019 | 0.30 | Review and update claims waterfall in prep of sending to client and counsel |
| Koncar, John | 11/6/2019 | 0.20 | Review and analyze proactive outreach responses to classify and bucket for deficient objections or further reconciliation. |
| Koncar, John | 11/6/2019 | 0.40 | Review and analyze proactive outreach responses to classify and bucket for deficient objections or further reconciliation. |
| Koncar, John | 11/7/2019 | 0.30 | Review and analyze proactive outreach responses to classify and bucket for deficient objections or further reconciliation. |
| Koncar, John | 11/7/2019 | 0.40 | Review and analyze proactive outreach responses to classify and bucket for deficient objections or further reconciliation. |
| Zeiss, Mark | 11/7/2019 | 0.70 | Review Deficient bondholder claims that have recieved mailing asking for clarification and have not returned, for potential objections |
| Zeiss, Mark | 11/7/2019 | 1.30 | Review Deficient bondholder claims that have recieved mailing asking for clarification and have not returned, for potential objections |
| Harmon, Kara | 11/8/2019 | 0.60 | Prepare updated waterfall claims analysis, by Debtor to track objections/ orders and reconciliation progress |
| Herriman, Jay | 11/9/2019 | 0.40 | Review / update claims waterfall report |
| Hertzberg, Julie | 11/9/2019 | 0.30 | Review updated claims waterfall report |
| Koncar, John | 11/12/2019 | 0.20 | Review and analyze proactive outreach responses to classify and bucket for deficient objections or further reconciliation. |

*Exhibit E*

```
┌─────────────────────────────────────────────────────────┐
│   Puerto Rico Highways & Transportation Authority         │
│   Time Detail by Activity by Professional                 │
│   October 1, 2019 through January 31, 2020                │
└─────────────────────────────────────────────────────────┘
```

## Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Koncar, John | 11/12/2019 | 0.40 | Review and analyze proactive outreach responses to classify and bucket for deficient objections or further reconciliation. |
| Harmon, Kara | 11/15/2019 | 0.60 | Prepare waterfall claims analysis to highlight resolved and pending claims as well as claims for future objections |
| Koncar, John | 11/19/2019 | 0.40 | Review and analyze proactive outreach responses to classify and bucket for deficient objections or further reconciliation. |
| Koncar, John | 11/19/2019 | 0.60 | Review and analyze proactive outreach responses to classify and bucket for deficient objections or further reconciliation. |
| Zeiss, Mark | 11/19/2019 | 0.90 | Process Prime Clerk weekly register including new claims, claims changes |
| Koncar, John | 11/20/2019 | 0.40 | Review and analyze proactive outreach responses to classify and bucket for deficient objections or further reconciliation. |
| Herriman, Jay | 11/21/2019 | 1.10 | Review claims to be included in upcoming deficient claims objection |
| Zeiss, Mark | 11/21/2019 | 1.30 | Draft claims Omnibus Exhibits for deficient claims with no attachments for January hearing |
| Harmon, Kara | 11/22/2019 | 0.40 | Prepare updated claims waterfall analysis for HTA |
| Herriman, Jay | 11/24/2019 | 0.20 | Review / Update claims waterfall report |
| Hertzberg, Julie | 11/24/2019 | 0.30 | Review updated claims waterfall report |
| Herriman, Jay | 11/27/2019 | 0.30 | Review listing of claims to be included on next round of Omnibus objections related to deficient claims |
| Herriman, Jay | 12/3/2019 | 1.10 | Review unsecured claims asserting liabilities greater than $1m to prepare analysis for meeting with UCC |
| Herriman, Jay | 12/4/2019 | 1.90 | Review remaining HTA related bond claims and their current reconciliation status |
| Herriman, Jay | 12/12/2019 | 1.10 | Review draft Omnibus claim exhibits to be filed on December 12 for hearing in January |
| Harmon, Kara | 12/13/2019 | 0.40 | Prepare updated waterfall claims analysis for HTA |
| Herriman, Jay | 12/13/2019 | 0.40 | Review deficient documentation claims to be included in upcoming Omnibus objection |
| Koncar, John | 12/18/2019 | 0.70 | Analyze large filed claims to summarize the basis of each claim and categorize for further review or reconciliation. |
| Herriman, Jay | 12/19/2019 | 0.60 | Review claims to be included on deficient claims objection |
| Harmon, Kara | 12/20/2019 | 0.60 | Prepare updated waterfall analysis for HTA |
| Herriman, Jay | 1/6/2020 | 0.60 | Review claims to be included on Omnibus objection for March hearing |

Exhibit E

*Puerto Rico Highways & Transportation Authority*
*Time Detail by Activity by Professional*
*October 1, 2019 through January 31, 2020*

## Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Zeiss, Mark | 1/9/2020 | 1.20 | Prepare March Deficient Omnibus Exhibits in English, Spanish |
| Zeiss, Mark | 1/9/2020 | 0.50 | Review March Deficient Omnibus Exhibits in English, Spanish |
| Zeiss, Mark | 1/9/2020 | 0.80 | Revise March Deficient Omnibus Exhibits in English, Spanish |
| Herriman, Jay | 1/10/2020 | 1.20 | Review claims to be included on Omnibus objection for March hearing |
| Herriman, Jay | 1/11/2020 | 0.30 | Review claims to be included on Omnibus objection for March hearing |
| Koncar, John | 1/11/2020 | 0.20 | Analyze claims drafted for March and April deficient omnibus objection to confirm proper placement on objections. |
| McNulty, Emmett | 1/12/2020 | 0.40 | Analyze claims drafted for March and April deficient omnibus objection to confirm proper placement on objections |
| Zeiss, Mark | 1/13/2020 | 1.30 | Review Prime Clerk aggregate objection responses for January Deficient Omnibus Exhibits providing analysis, next steps |
| Herriman, Jay | 1/14/2020 | 0.40 | Review claims to be included on Omnibus objection for April hearing |
| McNulty, Emmett | 1/14/2020 | 1.70 | Analyze claims drafted for March and April deficient omnibus objection to confirm proper placement on objections |
| McNulty, Emmett | 1/16/2020 | 1.20 | Analyze claims drafted for March and April deficient omnibus objection to confirm proper placement on objections |
| Harmon, Kara | 1/17/2020 | 0.60 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Herriman, Jay | 1/18/2020 | 0.20 | Review claims waterfall report and send to AAFAF counsel |
| Hertzberg, Julie | 1/18/2020 | 0.20 | Review claims waterfall report |
| Herriman, Jay | 1/21/2020 | 0.60 | Review claims to be included on April Omnibus objections |
| Herriman, Jay | 1/21/2020 | 1.20 | Review remaining bond claims to determine next steps in objection process |
| Zeiss, Mark | 1/21/2020 | 1.40 | Review UCC mailings scan of 123 claims for December, January deficient objections |
| Zeiss, Mark | 1/21/2020 | 0.80 | Review Prime Clerk mailing responses for claims for December, January deficient objections |
| McNulty, Emmett | 1/22/2020 | 1.10 | Analyze claims drafted for March and April deficient omnibus objection to confirm proper placement on objections |
| Wirtz, Paul | 1/22/2020 | 1.60 | Analyze judgment and settlement claims for additional agency review |
| Wirtz, Paul | 1/22/2020 | 1.90 | Categorize multiple sets of litigation claims to determine next steps for agency |

*Page 4 of 6*

*Exhibit E*

> *Puerto Rico Highways & Transportation Authority*
> *Time Detail by Activity by Professional*
> *October 1, 2019 through January 31, 2020*

## Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Zeiss, Mark | 1/22/2020 | 1.40 | Prepare January Deficient Omnibus Objection Exhibits for Ordered Disallowed claims |
| Zeiss, Mark | 1/22/2020 | 0.60 | Prepare January Deficient Omnibus Objection Exhibits for Adjourned claims |
| Herriman, Jay | 1/23/2020 | 0.20 | Review claims to be included on April Omnibus objections |
| Harmon, Kara | 1/24/2020 | 0.60 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Harmon, Kara | 1/24/2020 | 0.30 | Prepare files of litigation judgement / settlement claims for distribution to HTA re: claims allowed as filed and verification of outstanding payments on settled cases |
| Herriman, Jay | 1/24/2020 | 0.40 | Review updated claims waterfall analysis |
| Hertzberg, Julie | 1/24/2020 | 0.40 | Review updated claims waterfall analysis |
| McNulty, Emmett | 1/24/2020 | 1.60 | Analyze litigation claims to determine duplicative claims for inclusion on upcoming omnibus objections |
| McNulty, Emmett | 1/27/2020 | 1.30 | Analyze litigation claims to determine duplicative claims for inclusion on upcoming omnibus objections |
| McNulty, Emmett | 1/29/2020 | 1.30 | Analyze asserted HR claims to determine proper categorization for entry into ACR process |
| Wirtz, Paul | 1/29/2020 | 2.10 | Analyze claims to potentially allow for agency review |
| DiNatale, Trevor | 1/30/2020 | 1.10 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Koncar, John | 1/31/2020 | 0.30 | Analyze filed legal claims along with supporting documentation to prepare synopses of each asserted claim. |

| **Subtotal** | | **76.3** | |

## Puerto Rico Highways and Transportaion Authority - Fee Applications

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Grussing, Bernice | 10/8/2019 | 1.10 | Preparation of September Fee App Draft |
| Zeiss, Mark | 10/21/2019 | 1.10 | Prepare report of claims reconciliation work done June through September for fee application |
| Zeiss, Mark | 10/22/2019 | 0.40 | Prepare report of claims reconciliation work done June through September for fee application |

*Exhibit E*

> *Puerto Rico Highways & Transportation Authority*
> *Time Detail by Activity by Professional*
> *October 1, 2019 through January 31, 2020*

## Puerto Rico Highways and Transportaion Authority - Fee Applications

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Grussing, Bernice | 11/11/2019 | 1.90 | prepare draft of fourth interim fee app |
| Grussing, Bernice | 11/13/2019 | 0.30 | provide revisions to fourth fee app per J. Herriman instructions |
| Herriman, Jay | 11/13/2019 | 1.90 | Review draft interim fee application, write narrative related to work performed and update as appropriate |
| Herriman, Jay | 11/14/2019 | 2.10 | Review draft interim fee application, write narrative related to work performed and update as appropriate |
| Grussing, Bernice | 12/18/2019 | 1.20 | Preparation of October Fee App Draft |
| Herriman, Jay | 12/19/2019 | 0.40 | Review draft October fee application |
| Grussing, Bernice | 1/8/2020 | 0.90 | prepartion of November fee app draft |
| Herriman, Jay | 1/13/2020 | 0.60 | Review draft fee statement for November 2019 |

| **Subtotal** | | **11.9** | |
| ---|---|---|--- |
| *Grand Total* | | **88.2** | |

# **Exhibit F**

**ALVAREZ & MARSAL NORTH AMERICA, LLC**
**EXPENSE DETAIL FOR THE FIFTH INTERIM FEE APPLICATION PERIOD**
**OCTOBER 1, 2019 THROUGH JANUARY 31, 2020**


No Expenses were incurred.

# **Exhibit G**

**ALVAREZ & MARSAL NORTH AMERICA, LLC**
**SERVICES PERFORMED BY CATEGORY**
**FOR THE FIFTH INTERIM FEE APPLICATION PERIOD**
**OCTOBER 1, 2019 THROUGH JANUARY 31, 2020**

*Exhibit G*

---

**Puerto Rico Highways & Transportation Authority**
**Summary of Time Detail by Professional**
**October 1, 2019 through January 31, 2020**

---

**Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections**

Advise and assist the Debtors in questions and processes regarding the claims reconciliation process: notably, claims planning process, potential claim analysis, review of claims filed against the Debtors and other claim related items.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Hertzberg, Julie | Managing Director | $919 | 3.7 | $3,400.30 |
| Herriman, Jay | Managing Director | $893 | 21.9 | $19,556.70 |
| Harmon, Kara | Director | $675 | 1.5 | $1,012.50 |
| Zeiss, Mark | Director | $630 | 21.0 | $13,230.00 |
| Koncar, John | Consultant | $498 | 4.5 | $2,241.00 |
| Wirtz, Paul | Consultant | $498 | 5.6 | $2,788.80 |
| Harmon, Kara | Consultant II | $551 | 8.4 | $4,628.40 |
| DiNatale, Trevor | Consultant II | $550 | 1.1 | $605.00 |
| McNulty, Emmett | Analyst | $400 | 8.6 | $3,440.00 |
| | | | 76.3 | $50,902.70 |
| | *Average Billing Rate* | | | $667.14 |

*Exhibit G*

**Puerto Rico Highways & Transportation Authority**
**Summary of Time Detail by Professional**
**October 1, 2019 through January 31, 2020**

**Puerto Rico Highways and
Transportaion Authority - Fee
Applications**

**Prepare monthly and interim fee applications in accordance with court guidelines.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $893 | 5.0 | $4,465.00 |
| Zeiss, Mark | Director | $630 | 1.5 | $945.00 |
| Grussing, Bernice | Operations Manager | $341 | 5.4 | $1,841.40 |
| | | | 11.9 | $7,251.40 |
| | *Average Billing Rate* | | | $609.36 |

# <u>Exhibit H</u>

**DECLARATION OF JULIE M. HERTZBERG IN SUPPORT OF THE FIFTH INTERIM FEE
APPLICATION OF ALVAREZ AND MARSAL NORTH AMERICA, LLC FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED AS ADVISOR TO THE FINANCIAL
OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO AS REPRESENTATIVE OF THE
THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY**

# **PROPOSED ORDER**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

--------------------------------------------------------------------------

In re:                                                   )   PROMESA
                                                         )   Title III
THE FINANCIAL OVERSIGHT AND                              )
MANAGEMENT BOARD FOR PUERTO RICO,                        )   No. 17 BK 3283-LTS
                                                         )
   as representative of                                  )
                                                         )
THE COMMONWEALTH OF PUERTO RICO, et al.,                 )   (Jointly Administered)
                                                         )
            Debtors. [1]                                 )

--------------------------------------------------------------------------

In re:                                                   )   PROMESA
                                                         )   Title III
THE FINANCIAL OVERSIGHT AND                              )
MANAGEMENT BOARD FOR PUERTO RICO,                        )   No. 17 BK 3567-LTS
                                                         )
   as representative of                                  )
                                                         )   **This Application relates**
                                                         )   **only to HTA and shall be**
THE PUERTO RICO HIGHWAYS AND                             )   **filed in the Lead Case No.**
TRANSPORTATION AUTHORITY                                 )   **17 BK 3283-LTS and**
                                                             **HTA's Title III Case**
            Debtor                                           **(Case No. 17 BK 3567-**
                                                             **LTS)**


--------------------------------------------------------------------------

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**CERTIFICATION UNDER GUIDELINES FOR FEES AND DISBURSEMENTS IN
RESPECT OF FIFTH INTERIM FEE APPLICATION OF ALVAREZ AND MARSAL
NORTH AMERICA, LLC FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED AS ADVISOR TO THE FINANCIAL
OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO AS
REPRESENTATIVE OF THE PUERTO RICO HIGHWAYS AND TRANSPORTATION
AUTHORITY, FOR THE PERIOD**

**OCTOBER 1, 2019 THROUGH JANUARY 31, 2020**

Pursuant to the United States Trustee Guidelines for Reviewing Applications for

Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 in Larger Chapter

11 Cases issued by the Executive Office for the United States Trustee, 28 CFR Part 58,

Appendix A (the "Guidelines"), together with the Local Rule 2016-1, the undersigned, a Partner

and Managing Director of the firm Alvarez and Marsal North America, LLC ("A&M"), advisors

for the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") as

representative of the Puerto Rico Highways and Transportation Authority (the "Debtor"),

pursuant to section 315(b) of the Puerto Rico Oversight, Management, and Economic Stability

Act ("PROMESA"),[2] hereby certifies with respect to A&M's fifth interim application for

allowance of compensation for services rendered and reimbursement of expenses incurred with

respect to the Debtor's Title III case, dated March 12, 2020 (the "Application"),[3] for the period

from October 1, 2019 through and including January 31, 2020 (the "Compensation Period") as

follows:

1.  I am the professional designated by A&M in respect of compliance with the Guidelines

    and Local Rule 2016-1.

---

[2] PROMESA has been codified in 48 U.S.C. §§ 2101-2241.
[3] Capitalized terms used but not defined herein have the meanings given to them in the Application.

2.  I make this certification in support of the Application for interim compensation and reimbursement of expenses incurred during the Compensation Period in Accordance with the Guidelines and Local Rule 2016-1.

3.  In respect of the Guidelines and Local Rule 2016-1, I certify that:

    a.  I have read the Application;

    b.  to the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and disbursements sought fall within the Guidelines;

    c.  except to the extent that fees or disbursements are prohibited by the Guidelines, the fees and disbursements sought are billed at rates in accordance with practices customarily employed by A&M and generally accepted by A&M's clients; and

    d.  in providing a reimbursable service, A&M does not make a profit on that service, whether the service is performed by A&M in house or through a third party.

4.  I certify that A&M has previously provided monthly statements of A&M's fees and disbursements by filing and serving monthly statements in accordance with the Interim Compensation Order (as defined in the Application), except that completing reasonable and necessary internal accounting and review procedures may have, at times, precluded filing fee statements within the time periods specified in the Interim Compensation Order.

Dated: March 12, 2020

/s/_____
Julie M. Hertzberg

# **PROPOSED ORDER**

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| In re: | ) | PROMESA |
| | ) | Title III |
| THE FINANCIAL OVERSIGHT AND | ) | |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | No. 17 BK 3283-LTS |
| | ) | |
| as representative of | ) | |
| | ) | |
| THE COMMONWEALTH OF PUERTO RICO, et al., | ) | (Jointly Administered) |
| Debtors. [1] | | |

-------------------------------------------------------------------------

| | | |
|---|---|---|
| In re: | ) | PROMESA |
| | ) | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT | ) | No. 17 BK 3567-LTS |
| BOARD FOR PUERTO RICO | | |
| | ) | |
| as representative of | ) | |
| | ) | **)** |
| THE PUERTO RICO HIGHWAYS AND | ) | |
| TRANSPORTATION AUTHORITY | | |
| Debtor | | |

-------------------------------------------------------------------------

**ORDER APPROVING FIFTH INTERIM FEE APPLICATION OF
ALVAREZ & MARSAL NORTH AMERICA, LLC FOR COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS
ADVISORS FOR THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF
PUERTO RICO, AS REPRESENTATIVE OF THE PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY, FOR THE PERIOD
OCTOBER 1, 2019 THROUGH JANUARY 31, 2020**

Upon the application (the "Application")[2] of Alvarez and Marsal North America, LLC

("A&M") as advisors for the Financial Oversight and Management Board for Puerto Rico (the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

"Oversight Board") acting as representative of the Puerto Rico Highways and Transportation Authority (the "Debtor") under section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[3] seeking, pursuant to (a) PROMESA sections 316 and 317, (b) Rule 2016 of the Federal Rules of Bankruptcy Procedure, (c) Local Rule 2016-1, (d) the *United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 in Larger Chapter 11 Cases* issued by the Executive Office for the United States Trustee, 28 CFR Part 58, Appendix A, and (e) this Court's *Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 3269], an allowance of interim compensation for professional services rendered by A&M for the period commencing October 1, 2019 through and including January 31, 2020 in the amount of **$52,338.69**, all of which represents fees earned outside of Puerto Rico; this Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is hereby **ORDERED** that:

1. The Application is APPROVED as set forth herein.

2. Compensation to A&M for professional services rendered during the Compensation Period is allowed on an interim basis in the amount of **$52,338.69**, all of which represents fees earned outside of Puerto Rico,

3. The Debtor is authorized to pay A&M all fees allowed pursuant to this order, including those that were previously held back pursuant to the Interim Compensation Order, less any amounts previously paid for such fees and expenses under the terms of the Interim Compensation Order.

---

[2]  Capitalized terms not defined in this order will have the meanings ascribed to them in the Application.
[3]  PROMESA has been codified in 48 U.S.C. §§ 2101-2241.

4. The Debtor is authorized to take all actions necessary to effectuate the relief granted

pursuant to this order in accordance with the Application.


Dated: _____, 2020        _____
           San Juan, Puerto Rico                                    Honorable Laura Taylor Swain
                                                                             United States District Judge