TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS

PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO, | PROMESA |
| COMO REPRESENTANTE DE | TITULO 111 No.17BK3283-LTS |
| ESTADO LIBRE ASOCIADO DE PUERTORICO Y | (Administrada conjuntamente) |
| OTROS, | La presente radicación guarda |
| DEUDORES | relación con el ELA, la ACT y el SRE |

RECEIVED & FILED
2020 MAR 12 AM 11: 31
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

I. Datos: Carmen M. Alicea Moret, Con numero de reclamo **155642,** (Dirección) Urb. Villa Rosa 111 A 16 Guayama, PR 00784, (Cell) 787-635-8217, (email) luiscora3000@hotmail.com

II. Epígrafe: NOTIFICACION DE LA CENTESIMA CUADRAGESIMA SEGUNDA OBJECION GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACION DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE UNAS LEYES PUERTORRIQUENAS NO ESPECIFICADAS

III. Motivos: Yo, Carmen M. Alicea Moret fui empleada del Departamento de Salud por 23 años desde agosto 1986 hasta el 17 de abril del 2009. Estoy reclamando la cantidad aproximada de $13,050 por la ley 89 del Gob. Carlos Romero Barceló, la ley 34 Gob. Pedro Rosello y la ley 164 Gob. Sila M. Calderón de salarios impagos que entiendo tener el derecho de recibir por todos los años de servicios conforme a las leyes establecidas por el Estado Libre Asociado de Puerto Rico.

IV. Documentación Justificativa. Adjunto la evidencia de documentos que incluye las leyes arriba mencionadas. De necesitar alguna otra información favor de notificarme de inmediato:

1. Certificación de empleo y años de servicio del Departamento de Salud

*[firma]*
Carmen M. Alicea Moret

Marzo 11, 2020


18 de febrero de 2020

# Certificación de Notificación

Yo, Carmen M. Alicea Moret, con # de reclamo **155642**, hoy 12 de marzo de 2020 estoy entregando personalmente en la Oficina Secretaria Federal la réplica Promesa Titulo III, núm. 17 BK 3283-LTS, que incluye las leyes y otros documentos:

- Certicación de Censantia

Comentario_____

_____

Recibo por: _____

Fecha: _____  Hora: _____

Entregado por: _____



RECEIVED & FILED
2020 MAR 12 AM 11:31
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR