**Estado Libre Asociado de Puerto Rico**
**Departamento de Salud**

Departamento de Salud

28 de diciembre de 2009

**POR CORREO CERTIFICADO**
**CON ACUSE DE RECIBO**

DS0107
ALICEA MORET, CARMEN M.
URB VILLA ROSA III
A 16
GUAYAMA    PR    00784

## ESTA CARTA NO ES UNA CARTA DE CESANTÍA
## ES UNA NOTIFICACIÓN DE ANTIGÜEDAD EN EL SERVICIO PÚBLICO

### CERTIFICACIÓN DE FECHA DE ANTIGÜEDAD

Estimado(a) señor(a)  ALICEA MORET, CARMEN M.:

Oficinista Servicios de Salud

Por la presente se certifica su fecha de antigüedad total en el servicio público al 17 de abril de 2009, conforme a lo dispuesto en la Ley Núm. 7 de 9 de marzo de 2009, según enmendada, y la Carta Circular Núm. 2009-16 emitida el 2 de noviembre de 2009 por la Junta de Reestructuración y Estabilización Fiscal ("JREF").

**Antigüedad Total al 17 de abril de 2009:**        23 años 5 meses y 21 días

El proceso de notificación de antigüedad ha sido reiniciado en atención a las reclamaciones presentadas por ciertas organizaciones sindicales ante los Tribunales.

De usted no estar de acuerdo con la antigüedad aquí certificada deberá presentar por sí, y de ser el caso, a través de su organización sindical, a la Oficina de Recursos Humanos de su Agencia el documento titulado: "Formulario de Impugnación de Fecha de Antigüedad Certificada" (el "Formulario"). Este documento será provisto por su Agencia o podrá tener acceso al mismo en la siguiente dirección electrónica: www.jrefpr.org.  Deberá acompañar junto al Formulario evidencia documental fehaciente, la cual deberá ser emitida por la entidad gubernamental pertinente, que refute la antigüedad que le ha sido aquí certificada.

El término que usted, o de ser el caso, su organización sindical, tendrá para presentar ante la Oficina de Recursos Humanos de su Agencia el Formulario, acompañado de la evidencia documental fehaciente, es de treinta (30) días calendario a partir de la fecha de la notificación de esta certificación.  La fecha de notificación será la del envío por correo certificado con acuse de recibo de la presente certificación.  De no presentar el Formulario y la evidencia documental fehaciente dentro del término de treinta (30) días antes

señalado, la antigüedad aquí notificada será concluyente. Para mayor información, refiérase a la Carta Circular Núm. 2009-11 emitida el 14 de mayo de 2009 por la JREF. Puede obtener copia de la carta circular a través de la Oficina de Recursos Humanos de su Agencia o podrá tener acceso al mismo en la siguiente dirección electrónica: www.jrefpr.org

Atentamente,

Lorenzo González
Secretario

**DE USTED SER MIEMBRO DE UNA ORGANIZACIÓN SINDICAL, SIMULTÁNEAMENTE CON LA NOTIFICACIÓN POR CORREO CERTIFICADO CON ACUSE DE RECIBO DE ESTA CERTIFICACIÓN, SE ENTREGARÁ COPIA DE LA MISMA A SU REPRESENTANTE SINDICAL POR CORREO CERTIFICADO CON ACUSE DE RECIBO.**