TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

REPLÍCA

En el asunto de:
JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN
FINANCIERA PARA PUERTO RICO, como
representante del ESTADO LIBRE ASOCIADO
DE PUERTO RICO ("ELA") y otros.

PROMESA,
Título III
Núm. 17 BK 3283-LTS
(Administración conjuntamente)
La presente radica guarda
relación con el ELA, la ACT y SRE

(i) Datos del contacto:
Núm. Reclamación 116731
GENOVEVA SUÁREZ RIVERA
URB. BROOKLYN #31
ARROYO, PR 00714
(787) 380-2770
ds_evelyn@yahoo.com

(ii) Epígrafe:
TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL
DISTRITO DE PUERTO RICO
En el asunto de:
JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,
como representante del ESTADO LIBRE ASOCIADO DE PUERTO RICO ("ELA") y
otros.
Deudores: Estado Libre Asociado de Puerto Rico ("ELA") (número de
procedimiento de quiebra 17 BK 3283-LTS) (últimos cuatro dígitos del número
federal del contribuyente 3481), la Corporación del Fondo de Interés Apremiante
de Puerto Rico ("COFINA"), la Autoridad de Carreteras y Transportación de Puerto
Rico ("ACT"), el Sistema de Retiro de los Empleados del Gobierno del Estado Libre
Asociado de Puerto Rico ("SRE"), la Autoridad de Energía Eléctrica de Puerto Rico
("AEE"), y la Autoridad de Edificios Públicos de Puerto Rico ("AEP"), denominados
conjuntamente con el ELA, COFINA, ACT, SRE Y la AEE como los deudores ((número
de procedimiento de quiebra 19 BK-5532-LTS) (últimos cuatro dígitos del número
federal del contribuyente 3801) radicadas conforme al Titulo III.

(iii) Motivos para oponerme a la Objeción Global:
Yo, Genoveva Suárez Rivera, con el Núm. Reclamación 116731, certifico por este medio fui empleada del Departamento de Educación de Puerto Rico desde el 19 de enero de 1970 hasta el 31 de mayo de 2000. Por lo que bajo el amparo de las leyes aplicables, Ley 34 de junio de 1969, Ley 89 de julio de 1979, Ley 96 de enero de 2002, y la Ley 164 de julio de 2003; y que he sometido una reclamación por la cantidad aproximada de $17,560.00 según los años de servicios para el Departamento de Educación de Puerto Rico. Indemnización que me corresponde según lo estipulado en las Leyes aplicables del Estado Libre Asociado de Puerto Rico.

(iv) Documentación justificativa:
Adjunto los siguientes documentos
1. REPLÍCA
2. Certificación de Empleo del Departamento de Educación de Puerto Rico.

De necesitar alguna información adicional favor de comunicarse de inmediato al contacto descrito en la sección (i) de la RÉPLICA.

Para que así conste, someto este escrito y documentos de evidencia, hoy 11 de marzo de 2020.

Genoveva Suárez Rivera

## CERTIFICADO DE NOTIFICACIÓN

RECEIVED & FILED
2020 MAR 12 AM 11:12
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

En el asunto de:
JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, como representante del ESTADO LIBRE ASOCIADO DE PUERTO RICO ("ELA") y otros.

PROMESA,
Título III
Núm. 17 BK 3283-LTS
(Administración conjuntamente)
La presente radica guarda relación con el ELA, la ACT y SER

Yo, Genoveva Suárez Rivera, con el Núm. Reclamación 116731, expreso que hoy, 12 de marzo de 2020 se entrega personalmente cuestionario REPLICA para el Caso PROMESA, Título III, Núm. 17 BK 3283-LTS, y CERTIFICACIÓN DE EMPLEO DEL DEPARTAMENTO DE EDUCACIÓN DE PUERTO RICO en la,

SECRETARÍA (Clerk´s Office)
Tribunal de Distrito de los estados Unidos
#150 Chardon Avenue
Federal Bulding
San Juan, Puerto Rico   00918

*[firma: Genoveva Suárez Rivera]*

Recibido por: _____

Fecha: _____

Observaciones:
_____
_____

 

OFICINA REGIONAL EDUCATIVA DE CAGUAS
Oficina de la Superintendente Regional

14 de febrero de 2020

## CERTIFICACIÓN DE EMPLEO

Certifico que la Sra. Genoveva Suárez Rivera, fue empleada del Departamento de Educación, s.s.                    , fue empleada desde el 19 de enero de 1970 hasta el 31 de mayo de 2000.

Cualquier información adicional pueden comunicarse al 787-743-1234 ext. 4403/4421.

Atentamente,

_____
Wenddy L. Colón Martínez
**Superintendente Regional**
**Oficina Regional ORE de Caguas**

El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.