TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS

PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO, COMO REPRESENTANTE DE ESTADO LIBRE ASOCIADO DE PUERTORICO Y OTROS, <br><br> DEUDORES | PROMESA <br><br> TITULO 111 No.17BK3283-LTS <br><br> (Administrada conjuntamente) <br><br> La presente radicación guarda relación con el ELA, la ACT y el SRE |

I. Datos: Félix León Vázquez, (Dirección) P. O Box 10007 Suite 133 Guayama PR 00785 (Cell) 787-204-4845 (email) ffsantiago@yahoo.com

   ffjsantiago@yahoo.com

II. Epígrafe: NOTIFICACION DE LA CENTESIMA CUADRAGESIMA SEGUNDA OBJECION GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACION DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE UNAS LEYES PUERTORRIQUENAS NO ESPECIFICADAS

III. Motivos: Yo Félix León Vázquez Fui Empleado del Cuerpo de la Policía de Puerto Rico por 27 años desde el 4 de julio del 1989 hasta el 4 de julio del 2016, Estoy reclamando la cantidad aproximada de $20,400.00 por la ley 89 del Gob. Carlos Romero Barceló, la ley 34 Gob. Pedro Rosello y la ley 164 Gob. Sila M. Calderón de salarios impagos que entiendo tener el derecho de recibir por todos los años de servicios conforme a las leyes establecidas por el Estado Libre Asociado de Puerto Rico.

IV. Documentación Justificativa. Adjunto la evidencia de documentos que incluye las leyes arriba mencionadas. De necesitar alguna otra información favor de notificarme de inmediato:

   1. Certificación de empleo y años de servicio del Cuerpo de Policía de Puerto Rico
   2. Certificación de Sistema de Retiros

Félix León Vázquez

Marzo 11, 2020