

# GOBIERNO DE PUERTO RICO

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## CERTIFICACION

Certificamos que FELIX LEON VAZQUEZ, seguro social: xxx-xx-6061, disfruta beneficios de PENSION LEY 3 de este Sistema de Retiro. La misma fue efectiva el 2 de SEPTIEMBRE de 2016. En la actualidad recibe una anualidad ascendente a $15,414.96 pagadera en mensualidades de $1,284.58.

Esta certificación se expide hoy, 15 de marzo de 2017, en Ponce, Puerto Rico.

Certifico Correcto,

*Yashira M. Riera Blanco*

Yashira M. Riera Blanco
Orientador en Servicios y Beneficios I
Centro de Orientación y Servicios Ponce

ymrb




ESTADO LIBRE ASOCIADO DE PUERTO RICO

SAOC-CG-9-030-1-360
10 de mayo de 2016

José L. Caldero López
Superintendente
Policía de Puerto Rico

Agte. Félix León Vázquez #13030
Adscrito
Distrito Guayama
Área Guayama

**SOLICITUD RENUNCIA
POR AÑOS DE SERVICIO**

Someto mi renuncia al Cuerpo de la Policía de Puerto Rico, en la cual ingresé el 4 de julio de 1989, para acogerme a los beneficios de la jubilación que concede la Administración de los Sistemas de Retiro de los Empleados de Gobierno por años de servicio, <u>efectiva al 4 de julio de 2016</u>. Cabe añadir que al momento tengo 58 años de edad cumplidos.

Gracias por haberme permitido ser parte de esta gran familia y de haberle servido a mi país.