**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| *In re*: <br><br> JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, <br><br> como representante de <br><br> ESTADO LIBRE ASOCIADO DE PUERTO RICO, *et al.*, <br><br> Deudores.[1] | PROMESA, <br> Título III <br><br> Núm. 17 BK 3283-LTS <br><br> (Administrada Conjuntamente) <br><br> **La presente radicación guarda relación con el ELA, la ACT y el SRE.** |

# RÉPLICA DE LA DEMANDANTE A LA CENTÉSIMA SEXAGÉSIMA QUINTA OBJECIÓN GLOBAL

**Introducciones**

1. Solo debe cumplimentar y radicar el presente formulario de réplica si su reclamo guarda relación con el empleo en la actualidad o en el pasado en el Gobierno de Puerto Rico, o si su reclamo guarda relación con una acción judicial pendiente de resolución o finalizada. Si su reclamo no surge de empleo actual o anterior en el Gobierno de Puerto Rico o si su reclamo no guarda relación con una acción judicial pendiente de resolución o finalizada, su réplica debe ser radicada de conformidad con los procedimientos detallados en las páginas 3 a 4 de la Notificación que acompaña a la Centésima sexagésima quinta objeción global.

2. Rogamos radique formularios de réplica separados por cada evidencia de reclamo a la que los Deudores se hayan opuesto. No radique un único formulario de réplica que aborde más de una evidencia de reclamo.

3. Rogamos conteste a todas las preguntas y a cada una de las subpreguntas aplicables.

---

[1] Los Deudores en el marco de los presentes Procedimientos radicados conforme al Título III, junto con el respectivo número de procedimiento radicado conforme al Título III y los últimos cuatro (4) dígitos del número federal de contribuyente de cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (el "ELA") (núm. de procedimiento de quiebra 17 BK 3283-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (núm. de procedimiento de quiebra 17 BK 3284-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (núm. de procedimiento de quiebra 17 BK 3567-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (núm. de procedimiento de quiebra 17 BK 3566-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (núm. de procedimiento de quiebra 17 BK 4780-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP", y denominados conjuntamente con el ELA, COFINA, la ACT, el SRE y la AEE, los "Deudores") (núm. de procedimiento de quiebra 19-BK-5532-LTS) (últimos cuatro dígitos del número federal de contribuyente: 3801) (Los números de los casos en virtud del Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).

4. Incluya tantos detalles como pueda en sus réplicas.

   a. **Sus respuestas deben proporcionar más información que la contenida en la evidencia de reclamos inicial**. Por ejemplo, si antes escribió "Ley 96" como fundamento de su reclamo, rogamos proporcione información más detallada relativa a leyes concretas que pretende invocar, el año de adopción de dicha ley, así como de qué forma y por qué considera que esa ley concreta permite fundamentar su reclamo.

   b. Si está disponible y se aplica a su reclamo, rogamos proporcione, asimismo, lo siguiente:
      - Copia de un escrito; por ejemplo, un Escrito de demanda o una Contestación;
      - Cualquier sentencia o acuerdo de conciliación que no hayan sido pagados;
      - Notificación por escrito de la intención de radicar un reclamo acompañada de un comprobante de envío; y
      - Toda la documentación que a su criterio justifica su reclamo.

5. Si no dispone de una copia de su reclamo, podrá descargarla visitando el sitio web de Prime Clerk: https://cases.primeclerk.com/puertorico/Home-ClaimInfo.

6. Debe firmar su réplica en el lugar que se indica abajo. Si no lo hace, el secretario no aceptará la réplica a efectos de su radicación.

7. Rogamos radique el formulario cumplimentado y cualquiera de los documentos justificativos siguiendo las instrucciones de la Notificación que acompaña a la Objeción global a su reclamo.

**Cuestionario**

1. Rogamos proporcione el nombre, la dirección, el número de teléfono y la dirección de correo electrónico 1) de la demandante que responda; 2) del abogado o representante designado de la demandante al que los abogados del ELA, de la ACT y del SRE deban notificar una respuesta a la réplica, en su caso; o 3) de la parte con potestad para reconciliar, llegar a un acuerdo o de otro modo resolver la Objeción global en nombre de la demandante.

   ☐ **Nombre:** Ivette Ramos Martinez

   ☐ **Dirección:** Urb. Jardines de Arroyo Calle Y A-8 Arroyo, PR 00714

   ☐ **Número de teléfono:** 939-452-2492

   ☐ **Dirección de correo electrónico:** zydlui2910@gmail.com

2. **Número de su evidencia de reclamos:** 167239

3. **Los Deudores se han opuesto a su Evidencia de reclamos porque esta no proporciona información suficiente para que los Deudores comprendan el fundamento de su reclamo. Marque la casilla con la que guarde relación su Evidencia de reclamos y explique el**

2

motivo por el que se opone a la objeción indicando así el fundamento de su reclamo. Adjunte páginas adicionales si fuera necesario.

☑ Acción judicial pendiente de resolución o finalizada con o contra el Gobierno de Puerto Rico

☑ Empleo en la actualidad o en el pasado en el Gobierno de Puerto Rico

Certificación empleada del Dept Educacion, este es el unico documento accesible que indique mis años de servicio. De haber otro documento especifico que los deudores necesiten favor notificarlo

Adjunte copias de cualquier otra documentación u otras pruebas en apoyo de su reclamo.

4. ¿Cuál es el monto de su reclamo (cuánto alega que se le adeuda)?:
   26,220

5. **Empleo.** ¿Su reclamo guarda relación con el empleo en la actualidad o en el pasado en el Gobierno de Puerto Rico?
   ☐ No. *Siga con la Pregunta 6.*
   ☑ Sí. **Responda a las Preguntas 5(a) a (d)**.

5(a). Indique la agencia o el departamento específicos donde trabaja o ha trabajado:

   Departamento de Educación de PR

5(b). Indique las fechas de su empleo relativo con su reclamo:

   Septiembre 4 1987 hasta el presente 2020

5(c). Últimos cuatro dígitos de su número del Seguridad Social: 8888

5(d). ¿Cuál es la naturaleza de sus reclamos relativos al empleo (marque todas las casillas aplicables)?:

   ☐ Pensión
   ☑ Salarios no pagados
   ☐ Días de licencia por enfermedad
   ☐ Quejas con sindicato
   ☐ Vacaciones
   ☑ Otros (proporcione tanta información detallada como pueda. Adjunte páginas adicionales si fuera necesario).

   Estoy reclamando aumentos de salarios no pagados por la ley 89 del Gobernador Carlos Romero Barcelo, la ley 34 Gobernador Ricardo Rosello y la 164 Gobernadora Sila Calderon que entiendo me corresponde esos aumentos de salarios por cada ley segun mis años de servicio con el gobierno de PR en el Departamento de educacion.

3

6. <u>Acción judicial.</u> ¿Su reclamo guarda relación con una acción judicial pendiente de resolución o finalizada?

- ☐ No.
- ☑ Sí. **Responda a las Preguntas 6(a) a (f)**.

6(a). Indique el departamento o la agencia que sean parte en la acción.

_Departamento de Educación de PR_

6(b). Indique el nombre y la dirección del tribunal o de la agencia ante los cuales la acción esté pendiente de resolución.

_Unite State District Court for The District of PR_

6(c). Número del caso:

_17 Bk 3283-LTS_

6(d). Título, epígrafe o nombre del caso:

_Titulo III Promesa_

6(e). Estado del caso (pendiente de resolución, apelado o finalizado):

_Pendiente de Resolución_

6(f). ¿Tiene una sentencia que no haya sido pagada? Sí / No (rodee la opción que proceda)

En caso afirmativo, ¿cuál es la fecha y el monto de la sentencia?

_____

<u>**FIRME ABAJO SU RÉPLICA**</u>

_[signature]_
**Firma**

_Ivette Ramos Martinez_
**Deletree su nombre**

_10 de marzo de 2020_
**Fecha**

4

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS

PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO, COMO REPRESENTANTE DE ESTADO LIBRE ASOCIADO DE PUERTORICO Y OTROS, DEUDORES | PROMESA TITULO 111 No.17BK3283-LTS (Administrada conjuntamente) La presente radicación guarda relación con el ELA, la ACT y el SRE |

I. Datos: Ivette Ramos Martínez, (Reclamo#) 167239 (Dirección) Urb. Jardines de Arroyo Calle Y A-8 Arroyo PR, 00714 (Cell #) 939-452-2492 (email) zydlui2910@gmail.com

II. Epígrafe: NOTIFICACION DE LA CENTESIMA CUADRAGESIMA SEGUNDA OBJECION GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACION DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE UNAS LEYES PUERTORRIQUENAS NO ESPECIFICADAS

III. Motivos: Yo, Ivette Ramos Martínez soy empleada activa del Departamento de Educación desde Septiembre 4, 1987 hasta el presente Marzo 2020. Estoy reclamando la ley 89 por el Gob. Carlos Romero Barceló, la ley 34 Gob. Pedro Rosello y la ley 164 Gob. Sila M Calderón por la cantidad aproximada de $26,220 por salarios impagos que entiendo tener el derecho de recibir por todos los años de servicios conforme a las leyes establecidas por el Estado Libre Asociado de Puerto Rico.

IV. Documentación Justificativa. Adjunto la evidencia de documentos que incluye las leyes arriba mencionadas. De necesitar alguna otra información favor de notificarme de inmediato:

1. Certificación de empleo y años de servicio del Departamento de Educación

Ivette Ramos Martínez

Marzo 11, 2020