**GOBIERNO DE PUERTO RICO**

DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos
Archivo No Docente

# CERTIFICACIÓN

Certifico que, **Ivette Ramos Martínez,** seguro social **XXX-XX-¿**       es empleada **Regular** que ocupa el puesto de **Oficinista III** en el Distrito Escolar de Guayama. Comenzó a prestar servicios el **4 de septiembre de 1987** y devenga un salario de **$2,082.00** mensuales.

Dada en San Juan, Puerto Rico, el 13 de febrero de 2020, según solicitada por el / la empleado(a).

*Marieliz D. Arroyo Figueroa*
*Supervisora*

P.O. Box 190759, San Juan, PR  00919-0759 • Tel.: (787)773-3025 ó 3051

DEPARTAMENTO DE EDUCACIÓN
GOBIERNO DE PUERTO RICO

El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.