UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                          Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**Re: ECF Nos. 12220, 12255** |

**RESPONSE OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, EMPLOYEES RETIREMENT SYSTEM FOR THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO ELECTRIC POWER AUTHORITY, AND PUERTO RICO PUBLIC BUILDINGS AUTHORITY TO ORDER (I) SCHEDULING BRIEFING OF MOTION REGARDING RESPONSES TO OMNIBUS OBJECTIONS SCHEDULED FOR HEARING AT DECEMBER 11, 2019 AND JANUARY 29, 2020 OMNIBUS HEARINGS AND (II) REQUIRING SUPPLEMENTAL FILING**

To the Honorable United States District Court Judge Laura Taylor Swain:

The Commonwealth of Puerto Rico (the "Commonwealth"), Puerto Rico Highways and Transportation Authority ("HTA"), Employees Retirement System for the Government of the Commonwealth of Puerto Rico ("ERS"), Puerto Rico Electric Power Authority ("PREPA"), and Puerto Rico Public Buildings Authority ("PBA," and together with the Commonwealth, HTA, ERS, and PREPA, the "Debtors"), by and through the Financial Oversight and Management Board for

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority  ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1

Puerto Rico (the "Oversight Board"), as representative for the Debtors pursuant to Section 315(b) of the Puerto Rico Oversight, Management and Economic Stability Act ("PROMESA"),[2] hereby respectfully submit this response to the Court's *Order (I) Scheduling Briefing of Motion Regarding Responses to Omnibus Objections Scheduled for Hearing at December 11, 2019, and January 29, 2020 Omnibus Hearings and (II) Requiring Supplemental Filing* [ECF No. 12255] (the "Order"), dated March 11, 2020, and in support of the *Motion (A) To Establish Extended Deadline for Responses to Omnibus Objections Scheduled for Hearing at December 11, 2019 and January 29, 2020 Omnibus Hearings, (B) To Continue the Hearing as to Omnibus Objections Scheduled for Hearing at December 11, 2019 and January 29, 2020 Omnibus Hearing until the April 22, 2020 Omnibus Hearing, (C) Approving Form of Notice, and (D) Granting Related Relief* [ECF No. 12220] (the "Motion"), and respectfully state as follows:

1. The Order (*i*) established a deadline of March 12, 2020, at 5:00 p.m. (Atlantic Standard Time) (the "Response Deadline") for responsive papers to the Motion, and (*ii*) established a deadline of March 13, 2020, at 12:00 p.m. (Atlantic Standard Time) for the Oversight Board to file any reply papers, as well as a Spanish-language version of the proposed *Notice of (A) Extension of Deadlines for Responses to Omnibus Objections to Claims Scheduled for Hearing on December 11, 2019 and January 29, 2020 and (B) Continuance of Hearing as to Late-Filed Responses* (the "Proposed Notice").

2. No responses to the Motion were filed by the Response Deadline.

3. In compliance with the Court's Order, attached as **Exhibit A** hereto is a Spanish-language translation of the Proposed Notice.

4. In light of the fact that the Motion is unopposed, the Debtors respectfully request that the Court enter the proposed order attached to the Motion, providing, *inter alia*, that the deadline for responses to the January Objections[3] and the December Objections is extended through March 27,

---

[2] PROMESA has been codified at 48 U.S.C. §§ 2101-2241.
[3] Capitalized terms used but not defined herein shall bear the meanings ascribed to them in the Motion.

2

2020, continuing the hearing on the January Objections and the December Objections until the April 22, 2020 omnibus hearing as to the Late-Filed Responses, and approving the English and Spanish versions of the Proposed Notice.

Dated: March 13, 2020  
      San Juan, Puerto Rico

Respectfully submitted,

/s/ *Hermann D. Bauer*  
Hermann D. Bauer  
USDC No. 215205  
Carla García Benítez  
USDC No. 203708  
Daniel J. Perez-Refojos  
USDC No. 303909  
**O'NEILL & BORGES LLC**  
250 Muñoz Rivera Ave., Suite 800  
San Juan, PR 00918-1813  
Tel: (787) 764-8181  
Fax: (787) 753-8944

*Attorneys for the Financial Oversight and Management Board for Puerto Rico, as representative for the Commonwealth, HTA, and ERS*

/s/ *Martin J. Bienenstock*  
Martin J. Bienenstock (*pro hac vice*)  
Brian S. Rosen (*pro hac vice*)  
**PROSKAUER ROSE LLP**  
Eleven Times Square  
New York, NY 10036  
Tel: (212) 969-3000  
Fax: (212) 969-2900

*Co-Attorneys for the Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth, HTA, and ERS*

**Exhibit A**

**Spanish-Language Version of Proposed Notice**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| *In re*:<br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br>    como representante de<br>ESTADO LIBRE ASOCIADO DE PUERTO RICO, *et al.*,<br>                                Deudores.[1] | PROMESA<br>Título III<br>Núm. 17 BK 3283-LTS<br>(Administrada Conjuntamente) |

**NOTIFICACIÓN A) DE EXTENSIÓN DE LA FECHA LÍMITE PARA RESPONDER A OBJECIONES GLOBALES A LAS RECLAMACIONES PROGRAMADAS PARA LA VISTA EL 11 DE DICIEMBRE DE 2019 O EL 29 DE ENERO DE 2020, Y
B) DE CONTINUACIÓN DE LAS VISTAS RELATIVAS A LAS RÉPLICAS RADICADAS TARDE**

---

**INFORMACIÓN IMPORTANTE RELATIVA A SU RECLAMACIÓN**

**Si su(s) reclamación(es) queda(n) sujeta(s) a las Objeciones de diciembre o a las Objeciones de enero (según se define abajo), que aparecen en el Apéndice I de la presente Notificación, se le ha concedido una extensión única de la fecha límite para radicar y notificar una réplica.**

**Toda réplica debe radicarse y notificarse de tal manera que <u>sea recibida por el Tribunal</u> a más tardar a las <u>04:00 p.m. (AST) del 27 de marzo de 2020</u>.**

**Si su(s) reclamación(es) queda(n) sujeta(s) a las Objeciones de diciembre o a las Objeciones de enero, y no radica su réplica a más tardar a las <u>04:00 p.m. (AST) del 27 de marzo de 2020</u>, el Tribunal no atenderá su réplica.**

---

[1] Los Deudores en el marco de los presentes Procedimientos radicados conforme al Título III, junto con el respectivo número de procedimiento radicado conforme al Título III y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (Causa de Quiebra Núm. 17-BK-3283-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Causa de Quiebra Núm. 17-BK-3284-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (Causa de Quiebra Núm. 17-BK-3567-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (Causa de Quiebra Núm. 17-BK-3566-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (Causa de Quiebra Núm. 17-BK-4780-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); y (vi) la Autoridad de Edificios Públicos de Puerto Rico ("AEP") (Causa de Quiebra Núm. 19-BK-5523-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3801) (Los números de las causas radicadas conforme al Título III están enumerados como números de causas de quiebra debido a ciertas limitaciones en el programa informático).

**No se concederán más extensiones, salvo en el caso de que concurran causas justificadas.**

**El Tribunal celebrará una vista sobre las Objeciones de diciembre y las Objeciones de enero el 22 de abril de 2020.**

1. De conformidad con la notificación, se presentaron varias objeciones a evidencias de reclamaciones deficientes radicadas contra el Estado Libre Asociado de Puerto Rico (el "ELA"), la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") y el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE", y junto con la ACT y el ELA, los "Deudores"). Conforme al calendario, dichas objeciones (conjuntamente, las "Objeciones de diciembre") estaban programadas para ser atendidas durante una vista el 11 de diciembre de 2019. La sección A del Apéndice 1 del presente documento contiene una lista completa de Objeciones de diciembre. Las demandantes sujetas a las Objeciones de diciembre tenían la obligación de presentar y notificar sus réplicas a más tardar a las 04:00 p.m. (AST) del 26 de noviembre de 2019 (la "Fecha límite relativa a réplicas de diciembre").

2. Además, conforme a la notificación, varias objeciones globales (conjuntamente, las "Objeciones de enero") a reclamaciones deficientes fueron presentadas y programadas para la vista el 29 de enero de 2020 (la "Vista de enero"). La sección B del Documento adjunto 1 del presente contiene una lista completa de Objeciones de enero. Las demandantes sujetas a las Objeciones de enero tenían la obligación de presentar y notificar sus réplicas a más tardar a las 04:00 p.m. (AST) del 14 de enero de 2020 (la "Fecha límite relativa a réplicas de enero").

3. Sin perjuicio de la Fecha límite relativa a réplicas de diciembre y la Fecha límite relativa a réplicas de enero, varias demandantes sujetas a las Objeciones de diciembre y las Objeciones de enero siguieron presentando y notificando réplicas a tales objeciones (conjuntamente, "Réplicas presentadas tarde").

4. En vista del período de vacaciones de otoño y de invierno, y del enjambre sísmico de enero de 2020, los Deudores aceptaron una extensión única (hasta el 27 de marzo de 2020) de la fecha límite para que las demandantes sujetas a las Objeciones de diciembre y las Objeciones de enero

radicaran y notificaran réplicas a tales objeciones, de la manera descrita en las notificaciones que acompañan a tales objeciones.

5. Si su reclamación queda sujeta a las Objeciones de diciembre o las Objeciones de enero, podrá presentar y notificar una réplica de tal manera que esta sea recibida por el Tribunal a más tardar el 27 de marzo de 2020. La vista sobre las Objeciones de diciembre y las Objeciones de enero queda aplazada hasta la vista global del 22 de abril de 2020.

6. Si su(s) reclamación(es) queda(n) sujeta(s) a las Objeciones de diciembre o las Objeciones de enero, u ya ha radicado una réplica, NO tiene que radicar ninguna réplica.

7. Si su reclamación queda sujeta a las Objeciones de diciembre o las Objeciones de enero, y no radica ni notifica ninguna réplica a más tardar el 27 de marzo de 2020, el Tribunal no atenderá su réplica.

8. En aras de la claridad, la fecha límite del 27 de marzo de 2020 solo será de aplicación a las Objeciones de diciembre y las Objeciones de enero que aparecen en el Apéndice I del presente documento.

**Recursos adicionales y con quién comunicarse en el caso de que tenga que formular preguntas**

Todos los documentos enviados en el marco de las causas radicadas conforme al Título III, incluidas copias de las reclamaciones radicadas utilizando CM/ECF, se encuentran disponibles en línea, de manera gratuita, en https://cases.primeclerk.com/puertorico. El mantenimiento de dicho sitio web lo realiza Prime Clerk; el sitio web incluye una base de datos que permite efectuar búsquedas y que ayuda a localizar documentos.

Para obtener información adicional sobre la Objeción global, el estado de su réplica, su reclamación o la presente notificación, comuníquese con Prime Clerk llamando a su número directo **(844) 822-9231** (número gratuito para Estados Unidos y Puerto Rico) o al **(646) 486-7944** (para llamadas desde el extranjero), disponibles entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español). También podrá enviar consultas a la siguiente dirección de correo electrónico: puertoricoinfo@primeclerk.com.

**Apéndice I**

**A. Objeciones de diciembre**:

- *Septuagésima octava objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Reclamaciones deficientes en las que se alegan intereses sobre la base de reivindicaciones salariales, laborales o de servicios prestados* [ECF núm. 8964];

- *Septuagésima novena objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Reclamaciones deficientes en las que se alegan intereses sobre la base de las reivindicaciones salariales, laborales y de servicios prestados* [ECF núm. 8965];

- *Octogésima objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Reclamaciones deficientes en las que se alegan intereses sobre la base de las reivindicaciones salariales, laborales y de servicios prestados* [ECF núm. 8967];

- *Octogésima primera objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Reclamaciones deficientes en las que se alegan intereses sobre la base de las reivindicaciones salariales, laborales y de servicios prestados* [ECF núm. 8968];

- *Octogésima segunda objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Reclamaciones deficientes en las que se alegan intereses sobre la base de las reivindicaciones salariales, laborales y de servicios prestados* [ECF núm. 8969];

- *Octogésima tercera objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Reclamaciones deficientes en las que se alegan intereses sobre la base de las reivindicaciones salariales, laborales y de servicios prestados* [ECF núm. 8970];

- *Octogésima cuarta objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Reclamaciones deficientes en las que se alegan intereses sobre la base de unas leyes puertorriqueñas no especificadas* [ECF núm. 8971];

- *Octogésima quinta objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Reclamaciones deficientes en las que se alegan intereses sobre la base de unas leyes puertorriqueñas no especificadas* [ECF núm. 8973];

- *Octogésima sexta objeción global (no sustantiva) del Estado Libre Asociado de Puerto*

Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Reclamaciones deficientes en las que se alegan intereses sobre la base de unas leyes puertorriqueñas no especificadas* [ECF núm. 8975];

- *Octogésima séptima objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Reclamaciones deficientes en las que se alegan intereses sobre la base de unas leyes puertorriqueñas no especificadas* [ECF núm. 8976];

- *Octogésima octava objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Reclamaciones deficientes en las que se alegan intereses sobre la base de unas leyes puertorriqueñas no especificadas* [ECF núm. 8977];

- *Octogésima novena objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Reclamaciones deficientes en las que se alegan intereses sobre la base de unas leyes puertorriqueñas no especificadas* [ECF núm. 8978];

- *Nonagésima objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Reclamaciones deficientes en las que se alegan intereses sobre la base de unas leyes puertorriqueñas no especificadas* [ECF núm. 8979];

- *Nonagésima primera objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Reclamaciones deficientes en las que se alegan intereses sobre la base de unas leyes puertorriqueñas no especificadas* [ECF núm. 8980];

- *Nonagésima segunda objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Reclamaciones deficientes en las que se alegan intereses sobre la base de unas leyes puertorriqueñas no especificadas* [ECF núm. 8981];

- *Nonagésima tercera objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Reclamaciones deficientes en las que se alegan intereses sobre la base de unas leyes puertorriqueñas no especificadas* [ECF núm. 8982];

- *Nonagésima cuarta objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Varias reclamaciones deficientes* [ECF núm. 8983];

- *Nonagésima quinta objeción global (no sustantiva) del Estado Libre Asociado de

*Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Varias reclamaciones deficientes* [ECF núm. 8984].

B. **Objeciones de enero**:

- *Nonagésima sexta objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Reclamaciones deficientes en las que se alegan intereses sobre la base de las reivindicaciones salariales, laborales y de servicios prestados* [ECF núm. 9546];

- *Nonagésima séptima objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Reclamaciones deficientes en las que se alegan intereses sobre la base de las reivindicaciones salariales, laborales y de servicios prestados* [ECF núm. 9547];

- *Nonagésima octava objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Reclamaciones deficientes en las que se alegan intereses sobre la base de las reivindicaciones salariales, laborales y de servicios prestados* [ECF núm. 9548];

- *Nonagésima novena objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Reclamaciones deficientes en las que se alegan intereses sobre la base de las reivindicaciones salariales, laborales y de servicios prestados* [ECF núm. 9549];

- *Centésima objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Reclamaciones deficientes en las que se alegan intereses sobre la base de las reivindicaciones salariales, laborales y de servicios prestados* [ECF núm. 9550];

- *Centésima primera objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Reclamaciones deficientes en las que se alegan intereses sobre la base de las reivindicaciones salariales, laborales y de servicios prestados* [ECF núm. 9551];

- *Centésima segunda objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Reclamaciones deficientes en las que se alegan intereses sobre la base de las reivindicaciones salariales, laborales y de servicios prestados* [ECF núm. 9552];

- *Centésima tercera objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Reclamaciones deficientes en las que se alegan intereses sobre la base de las reivindicaciones salariales, laborales y de servicios prestados* [ECF núm. 9553];

- *Centésima cuarta objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a*

- *Reclamaciones deficientes en las que se alegan intereses sobre la base de las reivindicaciones salariales, laborales y de servicios prestados* [ECF núm. 9554];

- *Centésima quinta objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Reclamaciones deficientes en las que se alegan intereses sobre la base de las reivindicaciones salariales, laborales y de servicios prestados* [ECF núm. 9555];

- *Centésima sexta objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Reclamaciones deficientes en las que se alegan intereses sobre la base de las reivindicaciones salariales, laborales y de servicios prestados* [ECF núm. 9556];

- *Centésima séptima objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Reclamaciones deficientes en las que se alegan intereses sobre la base de las reivindicaciones salariales, laborales y de servicios prestados* [ECF núm. 9557];

- *Centésima octava objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Reclamaciones deficientes en las que se alegan intereses sobre la base de las reivindicaciones salariales, laborales y de servicios prestados* [ECF núm. 9558];

- *Centésima novena objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Reclamaciones deficientes en las que se alegan intereses sobre la base de unas leyes puertorriqueñas no especificadas* [ECF núm. 9559];

- *Centésima décima objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Reclamaciones deficientes en las que se alegan intereses sobre la base de unas leyes puertorriqueñas no especificadas* [ECF núm. 9560];

- *Centésima décima primera objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Reclamaciones deficientes en las que se alegan intereses sobre la base de unas leyes puertorriqueñas no especificadas* [ECF núm. 9561];

- *Centésima décima segunda objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Reclamaciones deficientes en las que se alegan intereses sobre la base de unas leyes puertorriqueñas no especificadas* [ECF núm. 9562];

- *Centésima décima tercera objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del*

*Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Reclamaciones deficientes en las que se alegan intereses sobre la base de unas leyes puertorriqueñas no especificadas* [ECF núm. 9563];

- *Centésima décima cuarta objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Reclamaciones deficientes en las que se alegan intereses sobre la base de unas leyes puertorriqueñas no especificadas* [ECF núm. 9564];

- *Centésima décima quinta objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Reclamaciones deficientes en las que se alegan intereses sobre la base de unas leyes puertorriqueñas no especificadas* [ECF núm. 9565];

- *Centésima décima sexta objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Reclamaciones deficientes en las que se alegan intereses sobre la base de unas leyes puertorriqueñas no especificadas* [ECF núm. 9566];

- *Centésima décima séptima objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Reclamaciones deficientes en las que se alegan intereses sobre la base de unas leyes puertorriqueñas no especificadas* [ECF núm. 9567];

- *Centésima décima octava objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Reclamaciones deficientes en las que se alegan intereses sobre la base de unas leyes puertorriqueñas no especificadas* [ECF núm. 9568];

- *Centésima décima novena objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Varias reclamaciones deficientes* [ECF núm. 9569];

- *Centésima vigésima objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Varias reclamaciones deficientes* [ECF núm. 9570];

- *Centésima vigésima primera objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Varias reclamaciones deficientes* [ECF núm. 9572];

- *Centésima vigésima segunda objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Varias reclamaciones deficientes* [ECF núm. 9574];

- *Centésima vigésima tercera objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Varias reclamaciones deficientes* [ECF núm. 9576].