## **EXHIBIT 2**

**Expense Itemization**

**FOMB Economist Andrew Wolfe**

| Invoice No. | Matter Name | Date | Timekeeper who Incurred Expense | Expense Category | Unit Cost | No. of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 31691 | Title III | 6/20/2019 | Andrew Wolfe | Legal fees | $ 1,890.00 | 1 | $1,890.00 | Fees from work in May. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| TOTAL IN JUNE | | | | | | | **$1,890.00** | |

**FOMB Economist Andrew Wolfe**

| Invoice No. | Matter Name | Date | Timekeeper who Incurred Expense | Expense Category | Unit Cost | No. of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| | Title III | 8/16/2019 | Andrew Wolfe | Legal fees (july) | $ 720.00 | 1 | $720.00 | Legal fees in July for filing of Title III claims. |
| TOTAL IN AUGUST | | | | | | | **$720.00** | |

**FOMB Economist Andrew Wolfe**

| Invoice No. | Matter Name | Date | Timekeeper who Incurred Expense | Expense Category | Unit Cost | No. of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| | Title III | 9/19/2019 | Andrew Wolfe | Legal fees (july) | $ 315.00 | 1 | $315.00 | Legal fees in Aug for filing of Title III claims. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TOTAL IN SEPTEMBER | | | | | | | **$315.00** |