Estado Libre Asociado de Puerto Rico
Junta de Supervición y Administración Financiera para Puerto Rico
Comité de Acreedores

Promesa III

Luz M. Martínez Tirado
P.O.Box 1933
Yabucoa, P.R. 00767-1933
Teléfono 939-642-6293
E-mail   lmm29pr@yahoo.com

Presentación; 6|27|2018
Caso número  17BK3283-LTS

Números de Reclamación:
   162790
   104985
   110391
   108398

Ley de Retribución Uniforme:
1) Ley 89 del 12 de julio de 1979; ley conocida como el Romerazo, otorgando un aumento salarial de $25.00 en pagos desde julio de 1979 hasta el presente.
   Se me adeuda la cantidad de $12,000.00 desde julio de 1979 hasta el presente.

2) Ley 96 del 2002; Honorable Sila M. Calderón, concedido un aumento de $100.00 mensuales a los maestros del sistema de educación.
   He calculado que se me adeudan $21,600 desde julio de 2002 hasta el presente.

3) Ley 109 del 2 de septiembre de 1987; conocido como aumentos automáticos. Concedidos en aumentos de $150.00 por (3) tres años, $200.00 por (3) años, $250 por (3) años, $300.00 por (3) años.

   He calculado que se me adeuda $24,840 desde septiembre de 1997 hasta el presente.

Pongo mis evidencias encontradas: (1) Certificación Magisterial. (2) Certificación por años acreditados. (3) Certificación DE Gob P.R. (4) Certificación de Sistema Retiro de Maestros

Caso número 17BK3283

Números de reclamación: 162790
104985
110391
108398

Por lo tanto se ordena que declare a lugar a la Centésima cuadragésima primera objeción global según se establece en el documento.

Se ordena que Prime Clerk, LLC; quede autorizada a recibir instrucciones para aceptar la presente réplica y aclaración a los reclamos en marcos de causas radicadas conforme al Título III de Promesa.

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

| En el asunto de: | PROMESA |
|---|---|
| JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO | Título III Núm.: 17 BK 3283-LTS (Administrada conjuntamente) |
| como representante de | La presente radicación guarda relación con el ELA, la ACT y el SRE. |
| ESTADO LIBRE ASOCIADO DE PUERTO RICO y otros | |
| Deudores | |

REPLICA A OBJECCION GLOBAL

Comparece Luz M. Martínez Tirado quien es una de las reclamantes bajo el caso de epígrafe y muy respetuosamente declaro y solicito:

1. Que mi nombre aparece en el Anexo A de la Objeción Global, el ELA, la ACT y/o el SRE que solicitan que mi reclamo sea rechazado por ser Deficiente. El número de mi reclamación es, 104985, 162790, 110391 y 108398.

2. Que radico esta replica a la objeción global para no ser privada del derecho a reclamar y recibir el dinero adeudado por el Estado Libre Asociado. Esta Replica tiene el propósito de aclarar mi reclamación, especificando las Leyes aprobadas por el gobierno concediendo aumentos de sueldo que no fueron pagados, los años de empleo en el Departamento de Educación y el monto de los dineros adeudados conforme el tiempo que trabaje.

3. Que es oneroso para mi proveer con esta reclamación todos los records de pagos que justifican mi reclamación y solo estoy proveyendo aquellos documentos que

tengo en mi poder, entiendo que el Departamento de Educación como custodio de mi expediente tiene la obligación de proveer dichos records.

4. Que trabajé como maestra, educación temprana, nivel elemental en el Departamento de Educación del Gobierno de Puerto Rico por un periodo de veintinueve años (29), ocho (8) meses, dos (2) semanas y dos y medio (2 1/2) días (desde febrero de 1981 hasta el 7 de febrero de 2012. (Se acompaña Certificación de empleo del Departamento de Educación). El tiempo cotizado para la pensión en el Sistema de Retiro para Maestros fue de treinta (30) años, cero (0) meses, dos (2) semanas y un día (1).

5. Que durante mi empleo como maestra el gobierno de Puerto Rico aprobó leyes para beneficio de empleados públicos que incluían los maestros, cuyos beneficios no fueron pagados. Mi reclamación es por los ingresos y/ o beneficios dejados de pagar por el gobierno de Puerto Rico conforme a esas leyes, según especifico más adelante.

6. Que las mencionadas leyes no fueron derogadas. El gobierno de Puerto Rico tiene conocimiento de las cantidades adeudadas a los maestros por reclamos que le han hecho los gremios magisteriales al gobierno.

7. Por concepto de la Ley de Retribución Uniforme, Ley 89 de 12 de julio de 1979, ley conocida como el Romerazo, por el gobernador que promulgo dicha ley, debí recibir un aumento de $25.00 mensuales en adición a mi salario desde julio del 1979 hasta el presente. He calculado que se me adeuda $12,000 desde julio de 1979 hasta el presente. El pago de dicho aumento hubiera tenido un impacto reflejado en mi pensión, por lo que solicito se tome en consideración.

8. Por concepto de la Ley 96 del 2002 se le concedió un aumento $100.00 mensuales a los maestros. He calculado que se me adeuda $21,600 desde Julio del 2002 hasta el presente. El pago de dicho aumento hubiera tenido un impacto reflejado en mi pensión, por lo que solicito se tome en consideración.

9. Por concepto de la Ley 109 del 2 de septiembre de 1997 que concedía a los empleados públicos, incluyendo los maestros, un aumento de $150.00 por tres años, $200.00 por tres años, $250.00 por tres años y $300.00 por tres años. He calculado que se me adeuda $24,840.00 desde septiembre de 1997 hasta el presente. El pago de dicho aumento hubiera tenido un impacto reflejado en mi pensión, por lo que solicito se tome en consideración

10. Que el Departamento de Educación me ha provisto una certificación de empleo y el sueldo que devengaba a la fecha de mi retiro. Tengo además otros documentos que pueden ayudar a validar mi reclamación, los cuales estoy sometiendo. Entiendo que el Departamento de Educación como custodio de mi expediente de personal, el cual contiene toda la información sobre mi salario, tiene la obligación de proveer los records que confirman mi salario durante mi gestión laboral y el Sistema de Retiro para Maestros tiene mis records como retirada. Es su obligación proveer dicha información para que el Tribunal pueda confirmar las cantidades reclamadas. Que estoy acompañando toda la documentación en mi poder que entiendo relevante a mi reclamación.

11. Que acompaño los siguientes documentos en apoyo a mi reclamación:
    a. Certificación de Departamento de Educación

    b. Informe de Renta Anual Vitalicia del Sistema del Sistema de Retiro para Maestros.

    c. Certificación de Pensión del Sistema de Retiro para Maestros

    d. Certificación como maestra que posee certificado Vitalicio de Maestra de Nivel Elemental.

12. Respetuosamente solicito se acepte esta Réplica a la Objeción Global presentada en este caso y se declare ha lugar a la centésima cuadragésima primera objeción global, que se acepte esta réplica que aclara cualquier deficiencia objetada y que se ordene a Prime Clerk, LLC, a que reciba instrucciones para aceptar la presente réplica y aclaración a los reclamos de causas radicadas conforme al Título III Promesa.

Respetuosamente sometida, hoy 13 febrero de 2020.

*[signature: Luz M. Martínez Tirado]*

Luz M. Martínez Tirado
P O Box 1933
Yabucoa, P. R. 00767-1933
939-642-6293