

# DEPARTAMENTO DE EDUCACION
### Estado Libre Asociado de Puerto Rico
Secretaría Auxiliar de Recursos Humanos

**ATT: LEY PROMESA**

11 de febrero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | LUZ M. MARTINEZ TIRADO |
| Seguro Social | : | |
| Categoría | : | MA. EDUCACION TEMPRANA - NIVEL ELEMENTAL (K-3) |
| Distrito Escolar | : | YABUCOA |
| Sueldo Mensual | : | $2,730.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 7 de febrero de 2012 |
| Otros | : | Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de (29) años, (8) meses, (2) semanas y (2 1/2) días. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

## GOBIERNO DE PUERTO RICO
Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Luz M. Martinez Tirado**, con número de seguro social que termina en

| | |
|---|---|
| Fecha de Efectividad de la Pensión | 8 de febrero de 2012 |
| Tiempo Cotizado para la Pensión | 30 años, 0 mes, 2 sem., 1 día |
| Pensión Mensual Inicial | $2,047.50 |
| Pensión Mensual Actual | $2,047.50 |

Esta certificación se expide hoy, **12 de febrero de 2020** en San Juan, Puerto Rico.

Edgardo J. Negrón Ramírez
Supervisor
Área de Servicios de Retiro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879



Sistema de Retiro para Maestros
Gobierno de Puerto Rico

787.777.1414     787.764.6910     www.srm.pr.gov

Rev.GIFT 10-OCT-08

**Estado Libre Asociado de Puerto Rico**
**Sistema de Retiro para Maestros**

Fecha Radicación: 10-oct-11
Fecha Vencimiento: 11-ABR-12

Núm de Caso:

## INFORME RENTA ANUAL VITALICIA

MARTINEZ TIRADO, LUZ M.
Apellido Paterno, Materno, Nombre e Inicial / Seguro Social

Sexo: ☑ Femenino ☐ Masculino

Fecha Nacimiento (Mes-Día-Año)

Categoría y Pueblo: YABUCOA - M. NIVEL ELEM.

Retiro Ley Núm.: Ley 91 del 2004

Dirección Postal: PO BOX 1933
YABUCOA PR 00767-1933

Tipo de Renta (Pensión): ☑ Años de Servicio y Edad ☐ Edad ☐ Diferida
☐ Incapacidad Ocupacional ☐ Incapacidad No Ocupacional

| Edad al Retirarse | | | Servicios Acreditados | | | | Costo Anualidad | Renta | |
|---|---|---|---|---|---|---|---|---|---|
| Años | Meses | Días | Años | Meses | Sem | Días | | Mensual | Anual |
| 55 | 1 | 9 | 30 | 0 | 2 | 1 | $60,096.67 | $2,047.50 | $24,570.00 |

Fecha de Renuncia: 7-feb-12  Último Día de Pago: 7-feb-12
Fecha Efectividad Pensión: 8-feb-12  Cierre de Nómina: 27-mar-12
Fecha Primer Pago Pensión: 15-ABR-12  Importe $ 2,047.50
Pago Global Retroactivo Desde 8-feb-12 Hasta 31-mar-12  Importe Total $ 3,600.70

### DESGLOSE DE DESCUENTOS

| | PAGO GLOBAL | PAGO MENSUAL |
|---|---|---|
| Importe Total (Bruto) | $ 3,600.70 | $ 2,047.50 |
| Menos Descuentos: Préstamos: | Descuento | Descuento |
| Personal (PP) Clave 47-000 | | |
| Cultural (PC) 45-000 | - | - |
| Hipotecario (PH) 36-000 | - | - |
| Finanzas 67-059 | - | - |
| Aport. Individual 9% (Clave 26-001) | | |
| ASUME | | |
| Otros | | |
| Importe Neto | $ 3,600.70 | $ 2,047.50 |

Bonos: ☐ Bono Verano (PBV) ☐ Bono Medicamentos (PBM) ☐ Bono Navidad (BNP)

Certifico que la información aquí provista es cierta, correcta y completa.

ANNIE RIVERA CANALES — Nombre del Empleado
NORMA I. PEÑA AGOSTO — Nombre Supervisor
Fecha: 20-mar-2012

### PREINTERVENCIÓN DE DOCUMENTOS | USO DIRECTOR(A) ÁREA RETIRO

Verificación de:
☑ Exactitud
☑ Legalidad
☑ Firmas
☐ Otros

AREA DE RETIRO
DOCUMENTOS PREINTERVENIDOS
MAR 2 1 2012

Aprobado por: IVONNE L. ORTIZ VALLADARES
Nombre Director(a) o Representante Autorizado

### USO ÁREA DE PENSIONADOS (Sección Nóminas)

Ingreso a Nómina  Mes ___ ☑ 1ra ☐ 2da
Nómina Pago Global  Mes Abril ☐ 1ra ☑ 2da
☐ Off Cycle ☑ Pay Line

Nombre Empleado / Firma / Fecha
Jorge L. Serrano Cruz — Nombre Supervisor

Conservación: Seis años o una intervención de la Oficina del Contralor de Puerto Rico, lo que ocurra primero.

Rev.GIFT 10-OCT-08

**Estado Libre Asociado de Puerto Rico**
**Sistema de Retiro para Maestros**

Fecha Radicación: 10-oct-11
Fecha Vencimiento: 11-ABR-12

Núm de Caso:

## INFORME RENTA ANUAL VITALICIA

Página 2

MARTINEZ TIRADO, LUZ M.
Apellido Paterno, Materno, Nombre e Inicial

Seguro Social | Fecha Nacimiento (Mes-Día-Año) | YABUCOA - M. NIVEL ELEM.
Categoría y Pueblo

### COMPUTO RENTA ANUAL

A. $ 8,190.00 / 3 = $ 2,730.00 x 75.0% = - x 0.000 = $ 2,047.50
   Sueldos más altos / años / Promedio Sueldos / Por Ciento

B. Ajuste de 0%   $  -  x  0%  =  $  -        APORTACIÓN INDIVIDUAL   0%

C. Pensión Ajustada  $  -  x  12  =  $  -       $  -  x  0%  =  $  -

| TIEMPO | | | PROMEDIO DE SUELDOS | | | COMPUTO EDAD RETIRO | | | |
|---|---|---|---|---|---|---|---|---|---|
| Meses | Días Trabajados | Días Total | Mensual | Devengado | Promedio | Fecha | Años | Meses | Días |
| 12 | 0 | 20 | $ 2,730.00 | $ 32,760.00 | | Efectividad Pensión | 2012 | 2 | 8 |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | Nacimiento | 1956 | 12 | 29 |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | $ 2,730.00 | Edad al Retirarse | 55 | 1 | 9 |
| 12 | 0 | 20 | $ 2,730.00 | $ 32,760.00 | | | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | Fracción de Tiempo Docente | | | |
| 0 | 0 | 20 | $ - | $ - | | Años 0 x 240 = - | | | |
| 0 | 0 | 20 | $ - | $ - | | Meses 0 x 20 = - | | | |
| 0 | 0 | 20 | $ - | $ - | $ 2,730.00 | Semanas 0 x 5 = - | | | |
| | | | | | | Días 0 x 1 = 0.0000 | | | |
| 12 | 0 | 20 | $ 2,730.00 | $ 32,760.00 | | | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | Fracción de Tiempo No-Docente | | | |
| 0 | 0 | 20 | $ - | $ - | | Años 0 x 365 = - | | | |
| 0 | 0 | 20 | $ - | $ - | $ 2,730.00 | Meses 0 x 30 = - | | | |
| | | | | | | 4 Sem 0 x 29 = - | | | |
| 0 | 0 | 20 | $ - | $ - | | 3 Sem 0 x 22 = - | | | |
| 0 | 0 | 20 | $ - | $ - | | 2 Sem 0 x 15 = - | | | |
| 0 | 0 | 20 | $ - | $ - | | 1 Sem 0 x 7 = - | | | |
| 0 | 0 | 20 | $ - | $ - | | Días 0 x 1 = - | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | 0.0000 |
| 0 | 0 | 20 | $ - | $ - | $ - | DATOS APORTACION 9% | | | |
| 0 | 0 | 20 | $ - | $ - | | Fecha Cese Descuento | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | | Preparado por: | | | |
| 0 | 0 | 20 | $ - | $ - | | Nombre | | | |
| 0 | 0 | 20 | $ - | $ - | | | | | |
| 0 | 0 | 20 | $ - | $ - | $ - | Firma       Fecha | | | |

Sueldo Total para Promedio  $ 98,280.00  $ 8,190.00

Revisado por:
Nombre
Firma       Fecha

### Servicios Acreditados

| Años | Meses | Sem | Días |
|---|---|---|---|
| 30 | 0 | 2 | 1 |



Estado Libre Asociado De Puerto Rico
DEPARTAMENTO DE EDUCACIÓN
SECRETARÍA AUXILIAR DE RECURSOS HUMANOS
DIVISIÓN DE CERTIFICACIONES DOCENTES Y DESARROLLO PROFESIONAL

# CERTIFICACIÓN

*Certifico que* **LUZ M. MARTINEZ TIRADO** ( ) *posee certificado* **VITALICIO** *como* **MAESTRA NIVEL ELEMENTAL,** *con número expedido desde el 23 de mayo de 1994.*

*Certificado hoy, 29 de noviembre de 2006, a solicitud de la peticionaria.*

*Enrique A. Becerra*
*Director Ejecutivo*
*División de Certificaciones Docentes*
*Y Desarrollo Profesional*

/gas