Luz M. Martinez
P.O. Box 1933
Yabucoa, P.R.
00767-1933




U.S. POSTAGE PAID
FCM LG ENV
YABUCOA, PR
00767
MAR 11, 20
AMOUNT
$1.40
R2305K135298-05

RECEIVED & FILED
2020 MAR 12 PM 4: 22
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Clerk's Office
United States District Court
Room 150 Federal Bldg
San Juan, P.R.
00918-1767