# Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico.

Sor I. Ponce Álvarez
129 Luis Llorens Torres
Apto. 2391, San Juan, PR 00913
Tel. (787) 380-1324  (787) 515-2430
Email: tamarrivera10@gmail.com

**Reclamo: 142327**



| | |
|---|---|
| Junta de Supervisión y Administración Financiera para Puerto Rico. | PROMESA Titulo III |
| Co-representante de | Num. 17 BK 3283-LTS |
| Estado Libre Asociado de Puerto Rico y Otros | (Administración Conjuntamente) |
| Deudores | La presente radicación guarda relación con el ELA, la ACT y el SRE |

**Notificación de la Centésima Cuadragésima Tercera Objeción Global del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carretera y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno de Puerto Rico a Reclamos Deficientes en los que se Alegan Intereses sobre la Base de unas Leyes Puertorriqueñas no Especificadas.**

**Motivo: Ley 89 Promesa paso por años de servicios y retiro un reclamo por la Ley de Sila Calderon.**

**Desgloce**

25 mensuales por año

por 15 años

igual $300 al año

**Total: $4,500.00**

14 febrero 2020