**Estado Libre Asociado de Puerto Rico**
**Departamento de Educación**

Secretaría Auxiliar de Recursos Humanos
División de Personal No Docente

NÚM. EXPEDIENTE: 37140  ROSTER ID: CED2

INFORME DE CAMBIO ESPECIAL NÚMERO: 11952

SE NOTIFICA EL SIGUIENTE CAMBIO EN EL SUELDO CONFORME AL CONVENIO COLECTIVO, PARA LA CONCESIÓN DE AUMENTO DE SUELDO GENERAL DE $60.00 MENSUALES PARA LOS EMPLEADOS A PARTIR DEL 1 DE FEBRERO DEL 2014.

SOR I PONCE ALVAREZ
NOMBRE DEL EMPLEADO

SPA

REGULAR
ESTATUS

SEGURO SOCIAL

C16985
NUMERO DE PUESTO

PROFESIONAL DE SERVICIOS DE ALIMENTOS I
CLASIFICACION

E1110-111-63149-1010-001-2014
CIFRA DE CUENTA

7.00
JORNADA

REPUBLICA DEL PERU
UBICACIÓN/ESCUELA

SAN JUAN (I,II)
DISTRITO

|  | ANTES DEL CAMBIO | DESPUES DEL CAMBIO |
|---|---|---|
| SUELDO | $ 1752.00 | $ 1812.00 |

OBSERVACIONES : _____

DRA. JULIA NAZARIO FUENTES
FIRMA DE LA AUTORIDAD
NOMINADORA O SU REPRESENTANTE
AUTORIZADO

1 de febrero de 2014
FECHA

Preparado por: DE-STAFF

DE-15
Rev. 8/99



## DEPARTAMENTO DE EDUCACIÓN
### GOBIERNO DE PUERTO RICO
SECRETARÍA AUXILIAR RECURSOS HUMANOS

S/R

## INFORME DE NOMBRAMIENTOS Y CAMBIOS

Exp. 37140

| NUMERO DE CAMBIO 712 | ANTES DEL CAMBIO | DESPUES DEL CAMBIO |
|---|---|---|
| 1. Nombre del Empleado | Sor I Ponce Alvarez | |
| 2. Seguro Social | SDA | |
| 3. Número de Puesto | P26759 | |
| 4. Cifra de Cuenta | E1160-272-0810000-0000-081-2000 | |
| 5. Status | Trans en o antes 30/jun/2000 | |
| 6. Clasificación y Escala de Retribución | ER-01 Trab.Serv.Alim.Com.Esc.6hrs | |
| 7. Número de Clase | 61101 | |
| 8. Sueldo | $670.00 | |
| 9. Diferencial | | |
| 10. División o Escuela | Comedores Escolares | |
| 11. Programa | Esc. Fray Bartolome de las Casas | |
| 12. Ubicación | San Juan I | |
| 13. Acción y Duración | Nombramiento | |
| 14. Aportación a Retiro | N/C | |
| 15. Ultimo Día de Pago | | |
| 16. Fecha de Efectividad | 30 de junio de 2000 | |
| 17. Comentarios y Explicaciones: | | |

AAA  Sr. Rafael Sifonte-Director
18. Firma del Jefe de Agencia o Representante Autorizado

Fecha de Preparado: 18 de septiembre de 2000

*"FORMANDO LA GENERACIÓN DEL FUTURO: NUESTROS NIÑOS PRIMERO"*

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 • TEL.: (787) 759-2000 EXTS.: 2216, 2219, 2223, 2227, 2229, 2224 • FAX: (787) 250-6751

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

**GOBIERNO DE PUERTO RICO**

DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos
Archivo No Docente

# CERTIFICACIÓN

SPA

Certifico que **Sor I. Ponce Álvarez** con número social **XXX-X** es empleada **Regular** que ocupa el puesto de **Profesional de Servicios de Alimentos I** en el Distrito Escolar de San Juan. Comenzó a prestar servicios el **12 de septiembre de 1989** y devenga un salario de **$1,812.00** mensuales.

Dada en San Juan, Puerto Rico, el **14 de febrero de 2020**, según solicitada por la empleada.

Marieliz Arroyo Figueroa
Supervisora
Archivo Clasificado



P.O. Box 190759, San Juan, PR 00919-0759 • Tel.: (787)773-3025

El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.



## DEPARTAMENTO DE EDUCACIÓN

Estado Libre Asociado de Puerto Rico
Secretaría Auxiliar de Recursos Humanos
Informe de Nombramientos y Cambios - Empleados No-Docentes

Expediente: 37140         Número del Cambio: 2037

| Número de Cambio | Antes del Cambio | Después del Cambio |
|---|---|---|
| 1. Nombre del Empleado | SOR I PONCE ALVAREZ  SPA | |
| 2. Seguro Social | | |
| 3. Número de Puesto | C16985 | |
| 4. Cifra de Cuenta | E1160-11100-0810000-1010-00100-2002 | |
| 5. Estatus | PROBATORIO | REGULAR |
| 6. Clasificación y Escala de Retribución | TRABAJADOR SERV. DE ALIM. DE COM ESC. - 1 | |
| 7. Número de Clase | 61101 | |
| 8. Sueldo | $670.00 | |
| 9. Diferencial | $0.00 | |
| 10. División o Escuela | FRAY BARTOLOME DE LAS CASAS | |
| 11. Programa | SERV. DE ALIM. AL ESTUDIANTE | |
| 12. Ubicación | SAN JUAN I | |
| 13. Acción y Duración | | CAMBIO DE STATUS |
| 14. Aportación a Retiro | 8.275% | |
| 15. Ultimo Día de Pago | | |
| 16. Fecha de Efectividad | | 30 DE DICIEMBRE DE 2000. |
| 17. Comentarios y Explicaciones | | |

Rafael Sifonte, DIRECTOR
18. Firma del Jefe de Agencia o Representante Autorizado

Fecha de Preparado: 06/05/2002
Preparado Por: WIM

1 3 MAY 2002

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 * TEL.: (787) 759-2000 EXTS.: 2219,2223, 2227, 2229, 2224, 3461 * FAX: (787) 759-7350

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas or religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.