Sor I Ponce Alvarez
EDIF 129 Luis Llorens Torres
Apt 2391 San Juan Puerto
Rico 00913

INTAKE DROP BOX
RECEIVED & FILED

SAN JUAN PR 009
15 FEB 2020 PM 1 L

2020 MAR 12 PM 4:05

NIXIE 009 CE 1 8702/24/20
RETURN TO SENDER
VACANT
UNABLE TO FORWARD
MANUAL PROC REQ *1809-03874-15-38

Reclamo #142327

Secretaria (Clerk's Office)
Tribunal de Distrito de los
Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767