

# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

**ATT: Institución Bancaria**

30 de agosto de 2019

# C E R T I F I C A C I O N

Certifico que

| | |
|---|---|
| | : MIOSOTIS CRUZ CRUZ |
| Seguro Social | : ▮▮▮-6442 |
| Categoría | : TRABAJADOR SOCIAL ESCOLAR |
| Distrito Escolar | : GURABO |
| Sueldo Mensual | : $1,995.00 |
| Status | : PERMANENTE |
| Observaciones | : |
| Trabaja | : Desde el 4 de agosto de 2010 hasta el presente. |
| Cesó | : N/A |
| Renunció | : N/A |
| Otros | : Nuestro Sistema de Recursos Humanos refleja que ha trabajado para ésta Agencia por un periodo de 9 años. |



Cándida R. Chico Montañez
Supervisora
Archivo Docente

CANCELADO

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.



Estado Libre Asociado de Puerto Rico
Secretaria Auxiliar de Recursos Humanos

**OCM-01**

grama de Carrera Magisterial

## SOLICITUD DE ACTIVACIÓN A LA CARRERA MAGISTERIAL

bre del Solicitante : **Miosotis Cruz Cruz**

ro Social : ~~~~-6442

goría : **Trabajo Social Escolar  Licenciada 9640**

ero de Puesto: : **R-89620**

ela : **Villa Marina**

ito Escolar : **Gurabo**

ión Educativa : **Caguas**

el al que aspira : **Nivel III   y IV**

*cuerdo con el Artículo 2.07 del Reglamento de la Carrera Magisterial, esta solicitud debe
negarse junto con el Plan de Mejoramiento Profesional durante el mes de abril de cada año
solar.*

RECIBIDO

JUN 2 3 2014

OFICINA DE
CARRERA MAGISTERIAL

ido por: _____
Director(a) de la Escuela

_____
Firma del Solicitante

**30 de abril de 2014**
Fecha de radicación

RECIBIDO
APR  5 2014
OFICINA DE
CARRERA MAGISTERIAL

**ESTADO LIBRE ASOCIADO DE**
**PUERTO RICO**

DEPARTAMENTO DE EDUCACIÓN

Oficina de la Carrera Magisterial

**Anejo 1**
**OCM-06**

## CERTIFICACIÓN DE RADICACIÓN Y APROBACIÓN
## DEL PLAN DE MEJORAMIENTO PROFESIONAL

Certificamos que el profesor _____, seguro social
_____ de la Escuela _____ del
Distrito Escolar de _____ radicó su Plan de Mejoramiento Profesional
de acuerdo con las disposiciones del Reglamento de Carrera Magisterial, Artículo 2.06,
para el periodo de 1.º de abril de 2014 al 1.º de abril de 2019 (5 años).

Certificamos, además, que el Comité de Evaluación analizó dicho plan, al utilizar como
referencia el Capítulo VI del mismo reglamento; y que fue aprobado hoy,
_12_ de _____ de 20_14_.
(mayo o junio)

### COMITÉ DE EVALUACIÓN

| NOMBRE | FIRMA | POSICIÓN |
|---|---|---|
|  |  | DIRECTOR / SUPERINTENDENTE |
|  |  | REP. DOCENCIA / FACILITADOR |
|  |  | REP. DEL CONSEJO ESCOLAR |
|  |  |  |

**ACTIVACIÓN: PRIMERA VEZ** _X_      **REACTIVACIÓN** _____

**PLAN:** NIVEL II _X_ NIVEL III _X_ NIVEL IV _____

**FECHA EN QUE EL SOLICITANTE RADICÓ LA SOLICITUD:** _1_ DE ABRIL DE 20 _14_

**NOTA: EL DIRECTOR TIENE QUE COMPLETAR ESTE DOCUMENTO EN TODAS SUS PARTES.**

P.O. Box 190759
San Juan, Puerto Rico 00919-0759
Tel: (787) 773-2456 / 2452 / 2448 / 2293/ 2297/ 6287



El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento,
condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de
género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o
acecho.

Rev: mirm/



ESTADO LIBRE ASOCIADO DE
**P U E R T O   R I C O**
DEPARTAMENTO DE EDUCACIÓN

## *Carrera Magisterial* **17**

### HOJA DE VISITA

**Nombre del solicitante:** *Nicostis Cruz*

**Puesto de permanencia:** *Trabajadora Social*

**Escuela:** *Escuela Villa Mauna*

**Distrito:** *Guabo*

**Región Educativa:** *Caguas*

**Propósito de la visita:** *Entregar documentos*

**Firma:** *(firma)*        **Fecha:** *14 - Marzo - 2016*

### PARA USO DE LA OFICINA

**Tipo de Trámite:**    **Activación:** _____    **Revisión:** _____    **Reclamación:** _____

**Opción 45:** _____    **Extensión de Vigencia:** _____    **Fecha del Plan:** _____

**Orientación:** _____

**Obdervaciones:** *Entregar como 6 e nut de la como 1 que entrega su directora*

*14/6/2016*

**Atendido por:**        **Fecha:**



Estado Libre Asociado de Puerto Rico
Secretaria Auxiliar de Recursos Humanos

OCM-01

## Programa de Carrera Magisterial

## SOLICITUD DE ACTIVACIÓN A LA CARRERA MAGISTERIAL

Nombre del Solicitante      :   **Miosotis Cruz Cruz**

Seguro Social               :   ~~XXXXX~~-6442

Categoría                   :   **Trabajo Social Escolar  Licenciada 9640**

Número de Puesto:           :   **R-89620**

Escuela                     :   **Villa Marina**

Distrito Escolar            :   **Gurabo**

Región Educativa            :   **Caguas**

Nivel al que aspira         :   **Nivel III   y IV**

*De acuerdo con el Artículo 2.07 del Reglamento de la Carrera Magisterial, esta solicitud debe
entregarse junto con el Plan de Mejoramiento Profesional durante el mes de abril de cada año
escolar.*

_____
Firma del Solicitante

**30 de abril de 2014**
Fecha de radicación

Recibido por: _____
              Director(a) de la Escuela



Estado Libre Asociado de Puerto Rico
Secretaria Auxiliar de Recursos Humanos

**Programa de Carrera Magisterial**

## PLAN DE MEJORAMIENTO PROFESIONAL

**Parte I:  Información Personal y Profesional**

| | | |
|---|---|---|
| **Nombre** | : | Miosotis Cruz |
| **Seguro Social** | : | ~~XXX-XX~~-6442 |
| **Preparación Académica** | : | M.A. en Servicio Directo de Trabajo Social |
| **Categoría de permanencia** | : | Trabajadora Social  Escolar |
| **Nivel** | : | Elemental |
| **Escuela** | : | Villa Marina |
| **Distrito Escolar** | : | Gurabo |
| **Región Educativa** | : | Caguas |

Nivel del Solicitante     ( X ) Nivel I
( X  ) Nivel II
(   ) Nivel III
(   ) Nivel IV

Plan de Mejoramiento Profesional

Período de vigencia:     Del 1  de abril de 2014  al 1 de abril de 2019

Preparado y sometido por:

_(firma)_

Firma del Solicitante (personal docente)

_30 de abril de 2014_ _(manuscrito)_

Fecha de aprobación por el Comité de Evaluación

30 de abril de 2014
Fecha de Radicación



Estado Libre Asociado de Puerto Rico
Secretaria Auxiliar de Recursos Humanos

**Programa de Carrera Magisterial**

## PLAN DE MEJORAMIENTO PROFESIONAL

**Parte II: Introducción**

*Nombre: Miosotis Cruz Cruz*

*Seguro Social:* ▇▇▇▇-6442                    *Fecha de radicación: 30 de abril de 2014*

### *INFORMACIÓN PERSONAL*

**A. Preparación académica y experiencia docente**

- *2012-2014 Universidad Teológica del Caribe*
  - *Grado Asociado en Teología*
- *2008 Universidad de Puerto Rico, Recinto de Rio Piedras*
  - *Cursos para la Certificación como Maestra de Trabajo Social Escolar.*
- *2006-2007 Universidad Interamericana Recinto Metropolitano*
  - *MA en Servicio Directo de Trabajo Social*
- *2001 –2005 Universidad de Puerto Rico, Recinto de Humacao*
  - *BA en Trabajo Social*
- *2005 – Colegiada por el Colegio de Profesionales de Trabajo Social de Puerto Rico*
- *2005_ Licencia Provisional para ejercer como Trabajadora Social*
- *2008= Licencia Permanente para ejercer como Trabajadora Social*
- *2010 – Presente – Escuela Elemental Villa Marina, Gurabo, PR*
  - *Trabajadora Social Escolar*
- *2007 – presente – Casa de Transformación Despertar Cristiano( Servicio Voluntario)*
  - *Maestra de Escuela Biblica ninos 3-12 años*



Estado Libre Asociado de Puerto Rico
Secretaria Auxiliar de Recursos Humanos

**Programa de Carrera Magisterial**

## PLAN DE MEJORAMIENTO PROFESIONAL

*Parte II  Introducción*

*Nombre: _Miosotis Cruz Cruz_____*

*Seguro Social:~~-----~~-6442*                    *Fecha de radicación: 30 de abril de 2014*

         **B.**                    *Talleres Adicionales tomados relacionados a la profesión:*

- *Modulos: "Promocion de la paz familiar en la comunidad" –Proyecto Trabajando para la paz familiar.– 25 de Febrero de 2013-10 de mayo de 2013 Graduados como promotores del Departamento de la Familia*

- *Aspectos Legales del Bullying – 2012 (6 horas contacto)*

- *Modulo sobre la Ley 246 de Identificacion y reporte del maltrato en ninos, adolescentes y envejecientes de la Universidad Central del Caribe – 2012 (6 horas contacto)*

- *Mediacion de conflictos en el escenario escolar –2011 (6 horas contacto)*

- *Intervencion con estudiantes de diagnostico Opocicional Desafiante – 2010 (6 horas contacto)*

- *Rol del Trabajador Social ante el Cliente VIH Positivo- – 2009 (6 horas contacto)*

- *La Identificion Temprana de la Violencia, procedimientos y referidos –2009  (6 horas contacto)*

- *Gerontologia,Maltrato en personas de edad avanzada, Legislacion y aspectos del envejecimiento, Curso de 3 Creditos de UPRR 2007*

- *Psicologia de la Educacion Fisica y el Deporte, Curso de 3 Creditos de UPRR 2007*

- *Redaccion de Informes Periciales –  Universidad Central de Bayamon 2006(6 horas contacto)*

- *Como Trabajar con personas dificiles – 2006 (6 horas contacto)*

- *Tecnicas de entrevista a menores– 2006 (6 horas contacto)*



Estado Libre Asociado de Puerto Rico
Secretaria Auxiliar de Recursos Humanos

**Programa de Carrera Magisterial**

### PLAN DE MEJORAMIENTO PROFESIONAL

*Parte II  Introducción*

Nombre:  *Miosotis Cruz Cruz*

Seguro Social: ~~*6442*~~                          *Fecha de radicación: 30 de abril de 2014*

    *C.  Actividades Académicas y No Académicas de servicio a la comunidad escolar realizadas en los <u>últimos dos años</u> :*

- ➤ *Coordinacion de Charlas educativas a estudiantes*
- ➤ *Coordinacion de Charlas educativas a padres*
- ➤ *Coordinacion de Charlas educativas a Maestros y personal escolar*
- ➤ *Creacion de grupo para el Departamento de la familia Promotores para la paz familiar*
- ➤ *Manejo e iniciación de la Patrulla escolar en coneccion con la Liga atlética Policiaca 2013*
- **D. *Logros y reconocimiento profesionales obtenidos***

- ➤ *Miembro de la Asociacion de Maestros de Puerto Rico 2011 al presente*

- ➤ *Miembro del Consejo Escolar 2010 – 2011 Escuela Villa Marina, Gurabo*

- ➤ *Miembro del Consejo Escolar 2011 – 2012 Escuela Villa Marina, Gurabo*

- ➤ *Miembro del Consejo Escolar 2012 – 2013 Escuela Villa Marina, Gurabo*

    *E.  Resumen del entorno social, cultural, económico y académico de la escuela y la comunidad en la cual sirve*

*La Escuela Villa Marina  está ubicada  en la Calle Bahia Oeste C-79 de la Urbanización Villa Marina en la zona urbana del pueblo de Gurabo. Cuenta con una matrícula de 335 estudiantes de procedencia del Barrio Rincón, Barriada Campamento, Residencial Luis del Carmen Echevarría, Urbanización Villa Marina y de pueblos cercanos tales como San Lorenzo, Caguas, Juncos, Las Piedras entre otros. De esta matrícula, 110 estudiantes son del programa de Educación Especial. Es una escuela de nivel elemental que cuenta con 2 grupos de kindergarten, 2 grupos de primero, 2 grupos de segundo, 2 grupos de tercero, 2 grupos de cuarto, 3 grupos de quinto y 2 grupos de sexto. Además cuenta con 3 grupos de salón recurso de Educación Especial. La escuela pertenece al Programa Schoolwide.  Se ofrecen todos los cursos académicos básicos. Además cuenta con un programa de Educación Física y equipos de baloncesto, volleyball y balompié. La escuela cuenta con 23 maestros académicos, personal clasificado, personal administrativo, una trabajadora social(Yo), y un guardia escolar.*

**D E**

Estado Libre Asociado de Puerto Rico
Secretaria Auxiliar de Recursos Humanos

**Programa de Carrera Magisterial**

## PLAN DE MEJORAMIENTO PROFESIONAL

*Parte III  Objetivo General*

*Nombre:*  *Miosotis Cruz Cruz*

*Seguro Social:* ▬▬-6442                    *Fecha de radicación:* *30 de abril de 2014*

### OBJETIVO GENERAL DEL PLAN

*Al finalizar las cinco etapas de Desarrollo del Plan de Mejoramiento Profesional espero:*

- ◆ *Lograr alcanzar el reconocimiento de Nivel III.*

- ◆ *Solicitar las revisiones de salario correspondiente a cada etapa del plan*

- ◆ *Obtener nuevos conocimientos para mejorar mi desempeño como TSE*

Estado Libre Asociado de Puerto Rico
Secretaría Auxiliar de Recursos Humanos

**Programa de Carrera Magisterial**

## PLAN DE MEJORAMIENTO PROFESIONAL

**Nombre:** Licenciada  Miosotis Cruz Cruz

**Seguro Social:** ███-██-6442

**Fecha de radicación:** 30 dabril de 2014

| Área de Necesidad | Objetivos | Actividades | Etapas de Desarrollo | | | | |
|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 | 5 |
| **Elemento # 1**<br><br>Estudios formales con créditos universitarios | Matricularme y alcanzar 33 créditos académicos conducentes a un Grado de Maestría en Trabajo Social con especialidad en  Servicio Directo | • SOWO 6029 Diversidad y Opresión 3<br>• SOWO 6031 Perspectivas de Fortalezas en la Intervención con Familias 3<br>• SOWO 6032 Trabajo de Grupos con Familias 3<br>• SOWO 6033 Evaluación de la Práctica Profesional 3<br>• SOWO 6034 Intervención III: Modelos de Intervención con Familias 3<br>• SOWO 6035 La Comunidad, las Familias y el Cambio Social 3<br>• SOWO 6036 Planificación y Evaluación de Programas 3<br>• SOWO 6911 Practicum III Servicio Directo 2<br>• SOWO 6912 Practicum IV Servicio Directo 2<br>• SOWO 6913 Practicum V Servicio Directo 2 | | APRO | BA | DOS | |

**Nota:** Este requisito de ley fue alcanzado el 6 de junio de 2008, antes de haber radicado mi Plan de Mejoramiento Profesional.

**Estado Libre Asociado de Puerto Rico**

**Secretaría Auxiliar de Recursos Humanos**

## PLAN DE MEJORAMIENTO PROFESIONAL

Nombre: <u>Licenciada  Miosotis Cruz Cruz</u>

Fecha de radicación: <u>30 de abril de 2014</u>

Seguro Social: ███-██-6442

| Área de Necesidad | Objetivos | Actividades | Etapas de Desarrollo | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| **Elemento # 2**<br><br>Adiestramientos de Educación Continua (Horas Contacto) | Alcanzar 200 horas contacto de educación continua o su equivalente en créditos universitarios en talleres y adiestramientos profesionales. | 1. Identificar talleres o actividades educativas  pertinentes a mi área de desempeño de instituciones acreditadas para ofrecer los mismos<br>2. Solicitar itinerarios y matricularme en los cursos y talleres<br>3. Aprobar un mínimo de 200 horas contacto divididas en 40 horas por etapa | *Próximo a completar* | | | | | |

- **EG = Temas en Educación General**
- **TS = Temas en la especialidad**



Estado Libre Asociado de Puerto Rico
Secretaría Auxiliar de Recursos Humanos

**PLAN DE MEJORAMIENTO PROFESIONAL**

**Nombre:** Licenciada  Miosotis Cruz Cruz

**Fecha de radicación:** 30 dabril de 2014

**Seguro Social:** XXX-XX-6442

| Área de Necesidad | Objetivos | Actividades | Etapas de Desarrollo | | | | |
|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 | 5 |
| Elemento # 3<br><br>Actividades académicas y no académicas | **NO APLICA** | Ver Archivo de Proyecto Personal a Realizar | | | | | |



Estado Libre Asociado de Puerto Rico
Secretaría Auxiliar de Recursos Humanos




# Propuesta para la Carrera Magisterial

- Miosotis Cruz Cruz
- Trabajadora Social Escolar
- Licencia 9640 debidamente Colegiada por el CTSPR.
- Escuela Elemental de Villa Marina
- Distrito de Gurábo
- Región de Caguas











**Estado Libre y Asociado De Puerto Rico**

**Departamento de Educación**

## *Oficina de Carrera Magisterial*

- Miosotis Cruz Cruz
- Trabajadora Social Escolar
- Licencia 9640 debidamente Colegiada por el CTSPR.
- Escuela Elemental de Villa Marina
- Distrito de Gurábo
- Región de Caguas

### *Propuesta  Especial de Mejoramiento Profesional Educativo para nivel III y IV*

### *Título del Proyecto:*

Mejorando la educación en base a las terapias para el fortalecimiento de la familia , los estudiantes y personal escolar.

### *Introducción:*

Mi interés es  mejorar mi desempeño profesional preparándome con  estudios postgraduados que se añadirían a los que ya tengo. Poseo un Bachillerato en Trabajo Social de la Universidad de Puerto Rico en Humacao, una Maestría en la Universidad Interamericana de Puerto Rico  y Mi Certificación como Maestría adicional a mi bachillerato de Universidad de Puerto Rico recinto de  Río Piedras. Ya tengo mi maestría pero me gustaría añadirle al Servicio Directo de mi maestría la debida certificación en Trabajo Social Clínico con el propósito de en el mismo ambiente de trabajo poder ofrecer un servicio Terapéutico a, estudiantes, familias y personal escolar para poder sobrellevar la diversidad de Crisis que enfrentan a Diario y la carga académica. Posteriormente me gustaría realizar el doctorado en esta área o en Filosofía de Trabajo Social para purificar mis conocimientos elevándolos a la máxima expresión a carácter profesional.

## *Justificación:*

Es sumamente necesario que un Trabajador Social este preparado en estas materias ya que a diario se presentan la diversidad de Crisis como estudiantes y personal escolar enfrentando situaciones de divorcio, Ley 54 y conflictos de pareja, embarazos no deseados, depresión y problemas de salud mental, problemas económicos, manejo de perdida, enfrentan traumatismo severo por experiencias de vida no agradables entre muchos otros casos. Deseo fumarme en esta área porque aunque poseo mi especialidad en educación con servicio directo me gustaría ofrecer herramientas más profundas en estos momentos difíciles y no conformarme con una coordinación de servicios como usualmente se hace. Me gustaría ayudar más a mis participantes sin el rompimiento de los aspectos legales y éticos que se esperan de mí como profesional. Trabajando mano a mano con mis compañeros y colegas para mediante al trabajo en equipo enriquecer la calidad de la educación pública.

## *Descripción Detallada del proyecto:*

El Programa de Certificado Profesional Post-Maestría en Trabajo Social Clínico aspira a capacitar a trabajadores sociales con un enfoque biopsicosocial e interdisciplinario para trabajar en la práctica independiente, en escenarios diversos mediante la integración de modelos para la prevención primaria, secundaria y terciaria. El trabajo social clínico contemporáneo se ocupa de diversos sistemas humanos sin excluir la posibilidad de intervenir con sistemas sociales más amplios. El trabajo social clínico con enfoque biopsicosocial transfiere su foco de atención del individuo como principal cliente hacia la evaluación, el diagnóstico y la intervención en y entre sistemas humanos. Integra diversas variables biológicas, psicológicas y sociales, y las interrelaciona para explicar el comportamiento en la familia, en el grupo y en las relaciones interpersonales que tiene el individuo con su ambiente. Con este enfoque, la intervención social se dirige, además, hacia la intercesión centrada en la familia, la consultoría y la evaluación de su práctica profesional. Por otro lado la Facultad de Ciencias Sociales y la Escuela Graduada de Trabajo Social Beatriz Lasalle ofrece un doctorado en Trabajo Social que enfatiza la administración, el análisis de política social y la investigación. La Universidad Interamericana tiene planes de abrir un programa doctoral en Trabajo Social Clínico acreditando los estudios certificados de la certificación antes descrita. De ser así me gustaría culminar mis estudios doctorales en esa materia pero de no ser así me gustaría entonces solicitar admisión para culminar mis estudios en la escuela graduada de la Universidad de Puerto Rico Recinto de Río Piedras, de esta forma complemento los conocimientos necesarios para ejercer más dignamente mi profesión y ayudar a la clientela que tengo la oportunidad de impactar por el Departamento de Educación de Puerto Rico.

## *Procedimiento:*

El proyecto constara de estudiar y mejorar mi capacidad como profesional como primera etapa de formación. La segunda etapa seria añadir un enfoque clínico a mi plan de trabajo profesional escolar y la tercera etapa seria la aplicación de los conceptos clínicos a la población atendida de maestros, familias y estudiantes. Se ofrecerán charlas educativas a la población de

Desarrollo de Proyecto Especial

Participación de reuniones, capacitación, actividades...

Realización de Informes

Estudio de necesidades

Plan de trabajo

Divulgación del funcionamiento del Programa

Ofrecimiento de servicio Individual y/o Grupal

impacto. Se hará un estudio de necesidades y se esperan mejores resultados en el informe estadístico de la labor realizada. Se realizarán grupos de apoyo y se harán las debidas entrevistas individuales que envolverán la consejería, el apoyo, la coordinación de servicios, la ventilación de sentimientos y el apoderamiento de la persona bajo intervención. Algo similar a los aspectos que usualmente se usan pero con un enfoque mas profundo.

El trabajador social es un profesional que ayuda a individuos, familias, grupos y comunidades a enriquecer, fortalecer y restaurar su capacidad para el funcionamiento social y crear las condiciones sociales que contribuyen a ese propósito. La visión del Programa de Trabajo Social Escolar, adscrito al Área de Servicios de Ayuda al Estudiante, contempla el desarrollo de un ciudadano emocional y socialmente competente, maduro para comprender y tolerar la diversidad, e instruido para confrontar retos y tomar decisiones de acuerdo con las normas de convivencia social establecidas. Para garantizar un servicio de trabajo social que facilite la prevención, identificación temprana, reducción y manejo adecuado de situaciones que inciden negativamente en el funcionamiento escolar y social de los estudiantes, a continuación, un bosquejo que facilitará la organización de la labor profesional en el escenario de trabajo.

| Elementos del Plan de Trabajo | |
|---|---|
| Objetivos | 1. Mejorar mi capacidad profesional como TSE<br>2. Aplicar estos conocimientos a la población atendicda |
| Actividades | Ya culmine mis estudios de Maestría en Servicio Directo con las siguientes clases : |

- SOWO 6029 Diversidad y Opresión 3
- SOWO 6031 Perspectivas de Fortalezas en la Intervención con Familias 3
- SOWO 6032 Trabajo de Grupos con Familias 3
- SOWO 6033 Evaluación de la Práctica Profesional 3
- SOWO 6034 Intervención III: Modelos de Intervención con Familias 3
- SOWO 6035 La Comunidad, las Familias y el Cambio Social 3
- SOWO 6036 Planificación y Evaluación de Programas 3
- SOWO 6911 Practicum III Servicio Directo 2
- SOWO 6912 Practicum IV Servicio Directo 2
- SOWO 6913 Practicum V Servicio Directo 2

Ahora pienso tomar las siguientes clases:Requisitos del Certificado - 18 créditos

- SOWO 7130 Enfoques Conceptuales en el Trabajo Social Clínico 3
- SOWO 7140 Manejo Coordinado de la Salud Mental y el Trabajo Social Clínico 3
- SOWO 7150 Terapia con Familias en el Trabajo Social 3
- SOWO 7153 El Trabajo Social en la Terapia con Parejas 3
- SOWO 7154 Terapia de Grupos en el Trabajo Social 3
- SOWO 7156 Prácticum en Trabajo Social Clínico 3 172

Si hacen el doctorado en esta area tomare los créditos pertinentes, de no realizarse se solicitara  admicion a la escuela Beatriz Lasalle de UPR con los siguientes cursos doctorales:

- TSOC 8005 Fundamentos Filosóficos del TSOC
- TSOC 8006 Teoría Anal. Pol. Soc. y Comp. Organización Contexto de PR
- TSOC 8015 Opresión, Justicia y Política Social
- TSOC 8016 Mod. Práct. TSOC en el Campo de la Form.Pol. Soc. y Adm. Prog. Soc.
- 3 Cursos de investigación:
  1. TSOC 8101 Investigación Social Avanzada I: Diseño Metodológico y Aplicabilidad a la Investigación en Política    Social.
  2. TSOC 8102 Investigación Social Avanzada II: Análisis de Datos    Cuantitativos mediante el uso de SPSS
  3. TSOC 8103 Investigación Social Avanzada III: Análisis Cualitativos

- 3 Cursos administrativos de Planificacion Social
- Investigacion
- TSOC 8406 Práctica en Análisis de Política Social
- Cursos Electivos
- Examen de Grado
- Disertacion:
    1. TSOC 8405 Seminario de Disertación
    2. TSOC 8501 Disertación Doctoral en Trabajo Social I
    3. TSOC 8502 Disertación Doctoral en Trabajo Social II

**Participantes**

- **Miosotis Cruz**
- **Estudiantes**
- **Familias**
- **Maestros**
- Colegas TSE

**Pruebas evaluativas**

Diploma y aplicación de conceptos a mi labor profesional. Pre Prueba y Post prueba que mide el grado de satisfacción de los grupos atendidos como poblacion

**Tecnicas a seguir**

Como se organiza la labor en el diario profesional, mucho esfuerzo y dedicación:

A. Estudiantes
1. Estudiantes referidos a trabajo social escolar
2. Entrevistas individuales
3. Servicios breves
4. Orientaciones grupales
5. Actividades socioculturales del Programa
6. Estudiantes Seminario Vida Estudiantil
7. Referidos a servicios
8. Proyectos realizados
9. Becas
10. Otras (visitas a hogar, vistas al Tribunal, discusiones de caso, historiales psicosociales, revisiones de historiales, asistencia
a COMPU, etc).
B. Personal Escolar
1. Entrevistas individuales
2. Reuniones (convocatoria, registro, agenda, minutas, evaluación)
3. Adiestramientos
4. Discusión de casos
5. Otras
C. Padres o Encargados
1. Entrevistas
2. Reuniones (convocatoria, registro, ayuda, minuta, evaluación)
3. Actividades de capacitación
4. Discusión de casos

                    5. Otras
              D. Comunidad
                    1. Coordinación con otras agencias o instituciones
                    2. Actividades de orientación realizadas con diferentes
                       agencias
V. Desarrollo de Proyectos Especiales
VI. Participación de reuniones, capacitación, actividades, comités, otros
VII. Informes
                    A.  Calendario semanal que responda al plan de trabajo
                    B. Informe semestral de labor realizada
                    C. Informe anual de labor realizada
                    D. Otros

**Materiales**

Libros, material escolar , libreta, lápiz, goma y una computadora personal. .
**_Todos los informes deben estar:_**
                    A. actualizados
                    B. Organizados
                    C. Disponibles
                    D. Bien cuidado (material didáctico adquirido con fondos del
programa

**Fechas de las actividades**

A considerarse pero podría ser en Agosto de 2016, de no lograrse por no
tener los medios económicos suficientes se tomaran cursos que completen
las 200 horas contacto para alcanzar por lo menos el nivel 3 en horas no
laborables.

**Recursos**

Internet, profesores y Colegas que colaboren
                    A. Cartas Circulares
                    B. Memorandos
                    C. Otras Correspondencias
                    D. Materiales u otros documentos preparados por el
                       (la) trabajador(a) social escolar
                    E. Informes estadísticos
                    F. Estudios realizados
                    G. Registro de visitas
                    H. Registro de llamadas
                    I. Otros

**Evaluación o Monitoreo**

Formativa, Parcial
              1. Documentar toda labor realizada.
              2. Llevar registro de estudiantes atendidos específicamente con fines
              de tratamiento, según la naturaleza de la situación:
                    A. Emocionales y/o conductuales
                    B. Relaciones interpersonales inadecuadas
                    C. Bajo aprovechamiento
                    D. Comportamiento relacionado con la sexualidad
                    E. Situaciones familiares
                    F. Otros



# Apendice

1. Horas de educación continua certificadas por el Colegio de Trabajadores Sociales
2. Trascripciones de Crédito y certificaciones universitarias
3. Otras experiencias de Trabajo
4. Documentos que me acreditan como profesional en Trabajo social

Detrar del elem 1
Trans

Elem 3
copic de los talleres

Elem 4
copic de las evaluacions

# Inter American University
## of Puerto Rico

The Board of Trustees of Inter American University of Puerto Rico,
by virtue of the authority vested in them and upon the recommendation
of the Faculty, have conferred upon

### Miosotis Cruz Cruz

who has satisfactorily completed the prescribed course of studies,
the degree of

### Professional Certificate in Clinical Social Work

together with all the honors, rights and privileges pertaining thereto.
In witness whereof we have affixed hereto the official seal
of the University.

Given in Puerto Rico, on the 20th day of June, in the year 2017.



_____
President of the University

_____
Chairman of the Board of Trustees

# INTER AMERICAN UNIVERSITY OF PUERTO RICO
## OFFICIAL TRANSCRIPT

Student No: ~~[redacted]~~          Date of Birth: ~~[redacted]~~          Date Issued: 02-AUG-2017

STUM

Record of: MIOSOTIS CRUZ CRUZ                                          Page: 1
Current Name: MIOSOTIS CRUZ CRUZ
    URB SANTA JUANA
    R6 CALLE 19
    CAGUAS, PR 00725-2050

Issued To: MIOSOTIS CRUZ CRUZ
    URB SANTA JUANA
    R6 CALLE 19
    CAGUAS, PR 00725-2050

Course Level: CERTIFICATE POST-MASTERS
Student Type: * Regular
First Admit: TRIMESTER AUG-OCT 2016
Last Admit: TRIMESTER NOV 2016 - FEB 2017

Current Program:
    College : Metropolitan
    Major : CLINICAL SOCIAL WORKER-PCT
Comments:
DEGREE CONFERRED BY METROPOLITAN CAMPUS

Degrees Awarded Professional Certificate 02-JUN-2017
    Ehrs: 18.00 GPA-Hrs: 15.00 QPts: 57.00 GPA: 3.80
Primary Degree
    Major : CLINICAL SOCIAL WORKER-PCT

| SUBJ NO. C | COURSE TITLE | CRED GRD | PTS R |
|---|---|---|---|

INSTITUTION CREDIT:

TRIMESTER AUG-OCT 2016

| SUBJ NO. C | COURSE TITLE | CRED | GRD | PTS R |
|---|---|---|---|---|
| SOWO 7130 M | CONCEPTL APPROACH CLIN SOC WOR | 3.00 | A | 12.00 |
| SOWO 7140 M | MANAGMNT MENTAL HEALTH&CLIN SO | 3.00 | A | 12.00 |

Ehrs: 6.00 GPA-Hrs: 6.00 QPts: 24.00 GPA: 4.00

TRIMESTER NOV 2016 - FEB 2017

| SUBJ NO. C | COURSE TITLE | CRED | GRD | PTS R |
|---|---|---|---|---|
| SOWO 7150 M | THERAPY W FAMILIES IN SOC WORK | 3.00 | A | 12.00 |
| SOWO 7153 M | SOC WORK IN THE THERAPY W COUP | 3.00 | A | 12.00 |

Ehrs: 6.00 GPA-Hrs: 6.00 QPts: 24.00 GPA: 4.00

TRIMESTER LATE FEB-MAY 2017

| SUBJ NO. C | COURSE TITLE | CRED | GRD | PTS R |
|---|---|---|---|---|
| SOWO 7154 M | GROUP THERAPY IN THE SOC WORK | 3.00 | B | 9.00 |
| SOWO 7156 M | PRACTICUM IN CLINIC SOC WORK | 3.00 | P | 0.00 |

******************* CONTINUED ON NEXT COLUMN *******************

Institution Information continued:
    Ehrs: 6.00 GPA-Hrs: 3.00 QPts: 9.00 GPA: 3.00
GRADUATION RQB. COMPLETED
******************** TRANSCRIPT TOTALS ********************

|  | Earned Hrs | GPA Hrs | Points | GPA |
|---|---|---|---|---|
| TOTAL INSTITUTION | 18.00 | 15.00 | 57.00 | 3.80 |
| TOTAL TRANSFER | 0.00 | 0.00 | 0.00 | 0.00 |
| OVERALL | 18.00 | 15.00 | 57.00 | 3.80 |

******************** END OF TRANSCRIPT ********************

# INTER AMERICAN UNIVERSITY OF PUERTO RICO
## OFFICIAL TRANSCRIPT

Student No: N00000000    Date of Birth: 00-0000-000    Date Issued: 02-AUG-2017

STUM

Record of: MIOSOTIS CRUZ CRUZ
Current Name: MIOSOTIS CRUZ CRUZ
URB SANTA JUANA
R6 CALLE 19
CAGUAS, PR 00725-2050

Page: 1

Issued To: MIOSOTIS CRUZ CRUZ
URB SANTA JUANA
R6 CALLE 19
CAGUAS, PR 00725-2050

Course Level: GRADUATE (MASTERS)
Student Type: * Regular
First Admit: SEMESTER AUG INT 2006
Last Admit: SEMESTER AUG-DEC 2006

Comments:
DEGREE CONFERRED BY METROPOLITAN CAMPUS

Degrees Awarded Master of Social Work 15-DEC-2007
Ehrs: 33.00 GPA-Hrs: 27.00 QPts: 105.00 GPA: 3.88
Primary Degree
    Major : SOCIAL WORK DIRECT SERVICES

| SUBJ | NO. | C | COURSE TITLE | CRED | GRD | PTS | R |
|------|-----|---|--------------|------|-----|-----|---|

INSTITUTION CREDIT:

SEMESTER AUG-DEC 2006

| SUBJ | NO. | C | COURSE TITLE | CRED | GRD | PTS |
|------|-----|---|--------------|------|-----|-----|
| SOWO | 6029 | M | DIVERSITY & OPPRESSION | 3.00 | A | 12.00 |
| SOWO | 6031 | M | STRENGTH PERSP FAM INTERVENTIO | 3.00 | A | 12.00 |
| SOWO | 6032 | M | FAMILY GROUP WORKING | 3.00 | A | 12.00 |
| SOWO | 6033 | M | PROF PRACTICE EVALUATION | 3.00 | A | 12.00 |
| SOWO | 6911 | M | PRACTICUM III | 3.00 | P | 0.00 |

Ehrs: 15.00 GPA-Hrs: 12.00 QPts: 48.00 GPA: 4.00

SEMESTER JAN INT 2007

| SOWO | 6047 | M | SOCIAL WORK & HUMAN SEXUALITY | 3.00 | A | 12.00 |
|------|------|---|------------------------------|------|---|-------|

Ehrs: 3.00 GPA-Hrs: 3.00 QPts: 12.00 GPA: 4.00

SEMESTER JAN-MAY 2007

| SOWO | 6034 | M | INTERVENTION MODELS FAMILIES | 3.00 | A | 12.00 |
|------|------|---|------------------------------|------|---|-------|
| SOWO | 6035 | M | COMM, FAMILIES & SOCIAL CHANGE | 3.00 | A | 12.00 |
| SOWO | 6036 | M | PROG PLANNING & EVALUATION | 3.00 | B | 9.00 |

********************** CONTINUED ON NEXT COLUMN **********************

| SUBJ | NO. | C | COURSE TITLE | CRED | GRD | PTS | R |
|------|-----|---|--------------|------|-----|-----|---|

Institution Information continued:

| SOWO | 6912 | M | PRACTICUM IV | 3.00 | P | 0.00 |
|------|------|---|--------------|------|---|------|

Ehrs: 12.00 GPA-Hrs: 9.00 QPts: 33.00 GPA: 3.66

SUMMER JUNE 2007

| SOWO | 6050 | M | SUPERVISION IN SOCIAL WORK | 3.00 | A | 12.00 |
|------|------|---|----------------------------|------|---|-------|

Ehrs: 3.00 GPA-Hrs: 3.00 QPts: 12.00 GPA: 4.00

GRADUATION REQ. COMPLETED

********************** TRANSCRIPT TOTALS **********************

|  | Earned Hrs | GPA Hrs | Points | GPA |
|--|------------|---------|--------|-----|
| TOTAL INSTITUTION | 3.00 | 27.00 | 105.00 | 3.88 |
| TOTAL TRANSFER | 0.00 | 0.00 | 0.00 | 0.00 |
| OVERALL | 3.00 | 27.00 | 105.00 | 3.88 |

********************** END OF TRANSCRIPT **********************

Inter American University of Puerto Rico
Metropolitan Campus
Office of the Registrar

To whom it may concern:

This is to certify that **MIOSOTIS CRUZ CRUZ** , student number **M00068150**, has completed at the Inter American University of Puerto Rico, Metropolitan Campus, all requirements for the degree of:

**Professional Certificate in Clinical Social Work**

**General Grade Average:** 3.80

**Degree was awarded on:** June 2, 2017

In San Juan, Puerto Rico, this 8th day of August, 2017.

Lhdia Rivera Ortis

Registrar

Official Seal



Interamerican University of Puerto Rico
Metropolitan Campus
Registrars Office

This is to certify that **MIOSOTIS CRUZ CRUZ**, student number **M00068150**, has completed all requirements of the Inter American University of Puerto Rico, Metropolitan Campus, for the degree of:

**Master of Social Work**

**Major:** Direct Services

**General Grade Average:** 3.88

**Date:** December 2007

In San Juan, Puerto Rico, this 31th day of January, 2008.

Lisette Rivera Ortiz

Registrar's signature
Registrar's name and surname

Official Seal

Universidad Interamericana de Puerto Rico
Oficina del Presidente

1 de mayo de 2017

ESTUDIANTES DE MAESTRÍA Y DOCTORAL

Estimado graduando:

Recibe nuestra felicitación en este día de tu graduación. Hoy asciendes un peldaño más en tu vida personal y académica. Ante ti se abre un mundo de retos y desafíos que podrás enfrentar con dos actitudes: confianza en Dios y en ti mismo.

Estás en una encrucijada cuyo avance depende de las decisiones que adoptes. La sabiduría deberá ser tu compañera personal y profesional. ¡Que así te ayude Dios!

Cordialmente,

Manuel J. Fernós
Presidente

lsr

AUCTORIBUS · PROFESSORIBUS · QUIBUS · HOC · MUNUS · COMMISSUM · EST

SYNDICI

# Universitatis · Portoricensis

## Miosotis Cruz Cruz

AD · GRADUM

### Baccalaurei · Artium

ADMISERE · EIQUE · OMNIA · JURA · HONORES · PRIVILEGIA · AD · HUNC
GRADUM · PERTINENTIA · CONCESSERE.

IN · CUIUS · REI · TESTIMONIUM · NOS · HUIUS · UNIVERSITATIS · RITE
CONSTITUTI · MAGISTRATUS · HUIC · DIPLOMATI · NOMINA · NOSTRA
SUBSCRIPSIMUS · ET · SIGILLUM · NOSTRAE · UNIVERSITATIS
SIGILLUMQUE · AEDIUM · APPONI · CURAVIMUS.

DATUM · IN · URBE · HUMACAO · PUERTO · RICO · DIE · SEPTIMO · MENSIS · JUNII

ANNO · DOMINI · MMV



PRAESES

CONCILII · SYNDICORUM · PRAESES

CANCELLARIUS



CRUZ CRUZ, MIOSOTIS

~~6442   ~~1-1658   ~~/1983

**UNIVERSITY OF PUERTO RICO**
Río Piedras Campus
Office of the Registrar
Río Piedras, Puerto Rico 00931

---------- 1ER SEMESTRE 2002-2003 ----------

| | | | | |
|---|---|---|---|---|
| MATE-3008 MATE PARA CS. SOCIALES | B | 3.00 | 9.00 |
| SOCI-3245 PRINCIPIOS DE SOCIOLOGIA | C | 3.00 | 6.00 |
| CIPO-3011 PRINC Y PROB CIENC POLIT | C | 3.00 | 6.00 |
| TSOC-3005 SISTEMA BIENESTAR SOCIAL | A | 3.00 | 12.00 |
| INGL-3102 INGLES BASICO II | B | 3.00 | 9.00 |

UNIVERSIDAD DE PUERTO RICO EN HUMACAO

| | CINT | CAPR | CIND | PHON | IND |
|---|---|---|---|---|---|
| Sesion | 15.00 | 15.00 | 15.00 | 42.00 | 2.800 |
| Acumulado | 56.00 | 44.00 | 39.00 | 87.00 | 2.231 |

---------- 2DO SEMESTRE 2002-2003 ----------

| | | | | |
|---|---|---|---|---|
| PSIC-3005 PSICOLOGIA GENERAL | D | 3.00 | 3.00 |
| HUMA-3022 MANIF.CULT.HOMBRE OCCID. | W | (3.00) | 0.00 |
| ECON-3005 INTROD A LA ECONOMIA | A | 3.00 | 12.00 |
| CISO-3155 FUND DEL RAZONAM ESTADIS | D | 3.00 | 3.00 |
| TSOC-3015 TRAB SOC COMO PROFESION | B | 3.00 | 9.00 |
| SOCI-3247 TEORIAS SOCIOLOGICAS | C | 3.00 | 6.00 |

UNIVERSIDAD DE PUERTO RICO EN HUMACAO

| | CINT | CAPR | CIND | PHON | IND |
|---|---|---|---|---|---|
| Sesion | 18.00 | 15.00 | 15.00 | 33.00 | 2.200 |
| Acumulado | 74.00 | 59.00 | 54.00 | 120.00 | 2.222 |

**** No Hay Mas Datos En Esta Columna ****

---------- VERANO 2003 ----------

Cambio de Programa:
    PERMISO ESPECIAL
        NINGUNO
        Conc:   PERMISO ESPECIAL-HUMANIDAD

| | | | | |
|---|---|---|---|---|
| HIST-3242 HISTORIA DE PUERTO RICO | B | 3.00 | 9.00 |
| ESPA-3201 INTROD GENERO LITERAR I | A | 3.00 | 12.00 |

| | CINT | CAPR | CIND | PHON | IND |
|---|---|---|---|---|---|
| Sesion | 6.00 | 6.00 | 6.00 | 21.00 | 3.500 |
| Acumulado | 80.00 | 65.00 | 60.00 | 141.00 | 2.350 |

---------- 1ER SEMESTRE 2003-2004 ----------

Cambio de Programa:
    PERMISO ESPECIAL
        NINGUNO
        Conc:   PROGRAMA TRASLADO

| | | | | |
|---|---|---|---|---|
| INGL-3201 GRAMATIC COMPOSICION LEC | B | 3.00 | 9.00 |
| HUMA-3022 MANIF.CULT.HOMBRE OCCID. | B | 3.00 | 9.00 |
| TSOC-3131 INVEST CIENTIF EN TSOC | C | 3.00 | 9.00 |
| ADSO-3060 DEST BASICAS MANEJ COMPU | A | 3.00 | 12.00 |
| TSOC-4055 POL Y SERV BIENESTAR SOC | B | 3.00 | 9.00 |
| TSOC-4001 CONDUCTA HUMANA Y AMB SO | A | 3.00 | 12.00 |

UNIVERSIDAD DE PUERTO RICO EN HUMACAO

| | CINT | CAPR | CIND | PHON | IND |
|---|---|---|---|---|---|
| Sesion | 18.00 | 18.00 | 18.00 | 60.00 | 3.333 |
| Acumulado | 98.00 | 83.00 | 78.00 | 201.00 | 2.577 |

Condic: Lista de Honor Del Decano

****** Ultima Linea En Esta Pagina ******

Sa. MIOSOTIS CRUZ CRUZ
1 COND SANTA JUANA APT 209
CAGUAS          PR
              00725

2   de   3
01/13/2009
Copia Estudiante
Exped Academico

BROWN STAIN INDICATES UNAUTHORIZED ALTERATIONS

CRUZ CRUZ, MIOSOTIS

██████-6442   ████████-1658   ██████/1983

UNIVERSITY OF PUERTO RICO
Río Piedras Campus
Office of the Registrar
Río Piedras, Puerto Rico 00931

---------- VERANO 2004 ----------

Cambio de Programa:
  PERMISO ESPECIAL
    NINGUNO
    Conc:   PERMISO ESPECIAL-HUMANIDAD

| | | | | |
|---|---|---|---|---|
| ARTE-3116 HISTORIA DEL ARTE COMPEN C | | 3.00 | 6.00 | |
| ESPA-3202 INTROD GENERO LITERAR II W | | (3.00) | 0.00 | |

| | CINT | CAPR | CIND | PHON | IND |
|---|---|---|---|---|---|
| Sesion | 6.00 | 3.00 | 3.00 | 6.00 | 2.000 |
| Acumulado | 104.00 | 86.00 | 81.00 | 207.00 | 2.556 |

---------- 2DO SEMESTRE 2007-2008 ----------

Cambio de Programa:
  PERMISO ESPECIAL
    NINGUNO
    Conc:   PERMISO ESPECIAL-EDUCACION

| | | | |
|---|---|---|---|
| EDFU-3007 FUNDAM SOCIALES DE EDUC | B | 3.00 | 9.00 |
| EDFU-4019 FUNDAM FILO DE EDUCACION | B | 3.00 | 9.00 |
| EDFU-3001 CRECIMIENTO,DESAR HUM I | A | 3.00 | 12.00 |
| TSOC-4195 GERONT,PRACT BIEN SOC | A | 3.00 | 12.00 |

| | CINT | CAPR | CIND | PHON | IND |
|---|---|---|---|---|---|
| Sesion | 12.00 | 12.00 | 12.00 | 42.00 | 3.500 |
| Acumulado | 116.00 | 98.00 | 93.00 | 249.00 | 2.677 |

Condic: Lista de Honor Del Decano

**** No Hay Mas Datos En Esta Columna ****

---------- 1ER SEMESTRE 2008-2009 ----------

| | | | |
|---|---|---|---|
| HIST-3111 HIST DE ESTADOS UNIDOS | A | 3.00 | 12.00 |
| EDES-4006 NATUR,NECES EDUCAN EXCEP | A | 3.00 | 12.00 |
| TEED-3018 INTEG TEC,COMP CURR SEC | A | 3.00 | 12.00 |
| EDFI-3687 FUND PSIC DEP Y ACT FISI | A | 3.00 | 12.00 |

| | CINT | CAPR | CIND | PHON | IND |
|---|---|---|---|---|---|
| Sesion | 12.00 | 12.00 | 12.00 | 48.00 | 4.000 |
| Acumulado | 128.00 | 110.00 | 105.00 | 297.00 | 2.829 |

Condic: Lista de Honor Del Decano

* Fin Del Expediente SUBGRADUADO

BROWN STAIN INDICATES UNAUTHORIZED ALTERATIONS

Sa. MIOSOTIS CRUZ CRUZ

1 COND SANTA JUANA APT 209
CAGUAS          PR
                00725

3  de  3
01/13/2009
Copia Estudiante
Exped Academico

CRUZ CRUZ, MIOSOTIS

~~6442~~  ~~-1658~~ ~~/1983~~



UNIVERSITY OF PUERTO RICO
Río Piedras Campus
Office of the Registrar
Río Piedras, Puerto Rico 00931

Exped Academico SUBGRADUADO

Escuelas Secundarias
  E/S MANUELA TORO MORICE          00/00 - 05/01
  IGS    -

Grados Anteriores:
  BACHILLER EN ARTES               Jun  6, 2005
    UNIV DE PUERTO RICO, HUMACAO

Programa:
  PERMISO ESPECIAL
    NINGUNO
    Conc:  PERMISO ESPECIAL-EDUCACION

---------- 1ER SEMESTRE 2001-2002 ----------

Admit A Programa:
  PERMISO ESPECIAL
    NINGUNO
    Conc:  PROGRAMA TRASLADO

-------------------------------------------------
INTD-3005 TALLER INTEGR VIDA UNIV  P   2.00   0.00
CISO-3121 INTROD A CIENC SOCIALES  B   3.00   9.00
INGL-0080 INGLES PRE BASICO        P   3.00   0.00
CIBI-3001 FUND DE BIOLOGIA I       C   3.00   6.00
ESPA-3101 ESPANOL BASICO I         D   3.00   3.00
HUMA-3021 MANIF.CULT.HOMBRE OCCID. C   3.00   6.00

UNIVERSIDAD DE PUERTO RICO EN HUMACAO
-------------------------------------------------

            CINT   CAPR   CIND   PHON   IND
Sesion     17.00  17.00  12.00  24.00  2.000
Acumulado  17.00  17.00  12.00  24.00  2.000

**** No Hay Mas Datos En Esta Columna ****

---------- 2DO SEMESTRE 2001-2002 ----------
-------------------------------------------------
CIBI-3002 FUND DE BIOLOGIA II      D    3.00   3.00
HUMA-3022 MANIF.CULT.HOMBRE OCCID. W   (3.00)  0.00
ESPA-3102 ESPANOL BASICO II        C    3.00   6.00
CISO-3122 INTROD A CIENC SOCIALES  C    3.00   6.00
INGL-3101 INGLES BASICO I          C    3.00   6.00
MATE-3008 MATE PARA CS. SOCIALES   W   (3.00)  0.00

UNIVERSIDAD DE PUERTO RICO EN HUMACAO
-------------------------------------------------

            CINT   CAPR   CIND   PHON   IND
Sesion     18.00  12.00  12.00  21.00  1.750
Acumulado  35.00  29.00  24.00  45.00  1.875

---------- VERANO 2002 ----------
-------------------------------------------------
INGL-3102 INGLES BASICO II         W   (3.00)  0.00
MATE-3171 PRE-CALCULO I            W   (3.00)  0.00

UNIVERSIDAD DE PUERTO RICO EN HUMACAO
-------------------------------------------------

            CINT   CAPR   CIND   PHON   IND
Sesion      6.00   0.00   0.00   0.00   0.000
Acumulado  41.00  29.00  24.00  45.00  1.875

*** Baja Total ***

****** Ultima Linea En Esta Pagina ******

Sa. MIOSOTIS CRUZ CRUZ

1 COND SANTA JUANA APT 209
CAGUAS            PR
                       00725

1  de   3
01/13/2009
Copia Estudiante
Exped Academico

Rev: mirm/



ESTADO LIBRE ASOCIADO DE
**PUERTO RICO**
DEPARTAMENTO DE EDUCACIÓN

*767-8085*
*767-2020*
*763-6845*
*939-645*
**23**
*maria. actiens @*
*amphret org*

## *Carrera Magisterial*

### *HOJA DE VISITA*

**Nombre del solicitante:** _Lliosotts Cruz_

**Puesto de permanencia:** _Trabajadora idocial Escolar_

**Escuela:** _Villa Marina_

**Distrito:** _Gurabo_

**Región Educativa:** _Caguas_

**Propósito de la visita:** _Seguimiento_

**Firma:** _Mprts_      **Fecha:** _7- Junio -2016_

*PARA USO DE LA OFICINA*

_Solicitar en una Plan por cinco años_

**Tipo de Trámite:**   **Activación:**_____   **Revisión:**_____   **Reclamación:**_____

**Opción 45:**_____        **Extensión de Vigencia:**_____   **Fecha del Plan:**_____

**Orientación:**_____

**Observaciones:** _Llesto hace como un Trámite, que_
_sería De certificado oficial una vez de crivir_
_sus planes_              _Junio/2016_

**Atendido por:**                              **Fecha:**

_772  2742  112, 2943_
_772  2765_
_772  2733_

_Carmen Ajenla_
_742, 1234_
_2742_

# NATIONAL ASSOCIATION OF SOCIAL WORKERS

*This Certificate of Membership is presented to*

## Miosotis Cruz

*February, 2018 - ,*

*who is a member in good standing of the
National Association of Social Workers*

**KATHRYN C. WEHRMANN, PHD, MSW, LCSW**
**PRESIDENT**
National Association of Social Workers

**ANGELO McCLAIN, PHD, LICSW**
**CHIEF EXECUTIVE OFFICER**
National Association of Social Workers



Miosotis Cruz Cruz LCSW

# Evaluaciones y cartas de recomendación

Credenciales







Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE EDUCACIÓN

**Forma 435**

### GUÍA PARA LA EVALUACIÓN DEL TRABAJO REALIZADO
### POR EL/LA TRABAJADOR(A) SOCIAL ESCOLAR

Nombre _Miosotis Cruz Cruz_

Distrito _Gurabo_

Puesto _Trabajadora Social_

Contrato (status) _Probatorio_

Esta evaluación cubre desde _Enero 2011_

hasta _31 de mayo de 2011_

### Evaluación por tarea

| Tarea | Núm. Criterio | Suma total puntos |
|---|---|---|
| I. Organización | 54/56 | 96% |
| II. Servicios ofrecidos | 51/56 | 91% |
| III. Liderato | 23/24 | 95% |
| IV. Comunicación | 32/32 | 100% |
| V. Evaluación | 11/12 | 91% |
| | 171/180 | |

### Evaluación final

_95%_ Superior (4.00-3.50)          ____ Satisfactorio (promedio) (2.49-1.50)

____ Muy bueno (3.49-2.50)          ____ No satisfactorio (1.49-0)

RECIBIDO
AUG 18 2011
DIVISION PERSONAL DOCENTE

Informe narrativo _____

_____

_____

_Miosotis_
Evaluado

_N. Resto_
Evaluador



**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**DEPARTAMENTO DE EDUCACIÓN**

Forma 435

### GUÍA PARA LA EVALUACIÓN DEL TRABAJO REALIZADO DEL TRABAJADOR SOCIAL

Nombre _Nidestis Cruz_

Distrito _Gurabo_

Puesto _Trabajador Social Escolar_

Contrato (status) _Probatorio_

Esta evaluación cubre desde _Agosto – Diciembre 2011_

a _____

### Evaluación por tarea

| Tarea | Items | Núm. Criterio | Suma total puntos |
|---|---|---|---|
| I. Organización | 14 | 54 | 56 |
| II. Servicios ofrecidos | 14 | 56 | 56 |
| III. Liderato | 6 | 24 | 24 |
| IV. Comunicación | 8 | 32 | 32 |
| V. Evaluación | 3 | 12 | 12 |
| | | 178 | 180 |

**Evaluación final**

_98%_ Superior (3.50-4.00)          _____ Satisfactorio (promedio) (1.50-2.49)

_____ Muy bueno (2.50 ÷ 3.49)          _____ No satisfactorio (0-1.49)

Informe Narrativo _____

_____

_____

_____

_[firma]_ Evaluado          _[firma]_ Evaluador



Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE EDUCACIÓN

**Forma 435**

### GUÍA PARA LA EVALUACIÓN DEL TRABAJO REALIZADO
### POR EL/LA TRABAJADOR(A) SOCIAL ESCOLAR

Nombre _Miosotis   Cruz_

Distrito _Guaato_

Puesto _Trabajadora  Social_

Contrato (status) _Probatorio_

Esta evaluación cubre desde _Enero a Mayo  2012_

hasta _Fin del año escolar._

### Evaluación por tarea

| Tarea | Núm. Criterio | Suma total puntos |
|---|---|---|
| I. Organización | 14 | 56 |
| II. Servicios ofrecidos | 14 | 55 |
| III. Liderato | 6 | 23 |
| IV. Comunicación | 8 | 31 |
| V. Evaluación | 3 | 11 |

### Evaluación final

$\frac{176}{180}$  97%  ✓ Superior (4.00-3.50)     _____ Satisfactorio (promedio)
                                                      (2.49-1.50)

_____ Muy bueno (3.49-2.50)     _____ No satisfactorio
                                                (1.49-0)

Informe narrativo _____

_____

_____

_____

Evaluado                              Evaluador



ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACIÓN

Forma 435

GUÍA PARA LA EVALUACIÓN DEL TRABAJO REALIZADO DEL
TRABAJADOR SOCIAL

Nombre _Miosotis Cruz, Cruz_

Distrito _Guabo_

Puesto _Trabajadora Social_

Contrato (status) _Transitorio Elegible_

Esta evaluación cubre desde _agosto 2010_

a _diciembre 2010_

### Evaluación por tarea

| Tarea | Núm. Criterio | Suma total puntos |
|---|---|---|
| I. Organización | 14 | 92% |
| II. Servicios ofrecidos | 14 | 93% |
| III. Liderato | 6 | 100% |
| IV. Comunicación | 8 | 100% |
| V. Evaluación | 3 | 100% |
| | 45 | |

**Evaluación final**

_____ Superior (3.50-4.00)          _____ Satisfactorio (promedio)
(1.50-2.49)

_____ Muy bueno (2.50-3.49)         _____ No satisfactorio
(0-1.49)

Informe Narrativo _____

_____

_____

_____              _____
Evaluado                                    Evaluador

# CERTIFICADO DE RECONOCIMIENTO



## Miosotis Cruz

## ¡ERES MUY ESPECIAL!
## ¡FELICIDADES EN TU SEMANA!

## Universidad Interamericana de Puerto Rico
## Programa Graduado

### CARTA DE RECOMENDACIÓN PARA ADMISIÓN AL PROGRAMA DOCTORAL

re del solicitante _Miosotis Cruz Cruz_____ Número de Seguro Social _____

ma Doctoral al que solicita _Trabajo Social Clínico_____

del solicitante _____

endado por: _Dr. Luis B. Coquine Espiner____ Puesto que ocupa: _Profeso_

ción donde trabaja _Escuela de Trabajo Social U I A_

ón de la institución o firma _Río Piedra_

os años hace que conoce usted al solicitante? _2 año_ ¿Bajo qué función ha conocido al solicitante? _Profeso_

ité de Admisiones agradecerá su evaluación profesional de la personalidad del solicitante, su aptitud para realizar investigaciones y estudios graduados y el

al respecto a su futura carrera. Favor de indicar cómo usted clasifica al solicitante en las cualidades indicadas en la lista que se incluye, al compararlo con un

epresentativo de personas que haya tenido, en el mismo campo, igual adiestramiento y experiencia que el solicitante. Favor de hacer una marca de cotejo (√) en

oría apropiada.

aría usted a este candidato para una posición de tener la oportunidad de hacerlo?  Sí __√__  No _____

|  | Bajo promedio 0-40% | Promedio 41-60% | Sobre Promedio 61-75% | Superior 76-90% | Excepcional 91-100% | No poseo elementos de juicio |
|---|---|---|---|---|---|---|
| idad para comunicarse |  |  |  |  | X |  |
| onsabilidad y sentido de cooperación |  |  |  | X |  | X |
| bilidad |  |  |  | X |  | X |
| ato |  |  |  |  | X |  |
| ación, iniciativa |  |  |  | X |  | X |
| alidad, creatividad |  |  |  |  | X |  |
| anterior como estudiante, colega o empleado |  |  |  |  | X |  |
| idad para relacionarse con otros |  |  |  | X |  |  |
| d profesional |  |  |  | X |  |  |
| idad para realizar investigaciones |  |  |  | X |  |  |
| idad para tener éxito en la especialización indicada arriba |  |  |  |  | X |  |
| idad general para realizar estudios graduados |  |  |  |  | X |  |

_13 Junio 2002_____   Firma: _____

enviar al Recinto          Universidad Interamericana de Puerto Rico       Universidad Interamericana de Puerto Rico
estudiante está          Recinto Metropolitano                             Recinto de San Germán
do admisión:             Oficina de Admisiones                             Centro Estudios Graduados
                         PO Box 191293                                     PO Box 5100
                         San Juan, PR 00919-1293                           San Germán, PR 00683-9801

CARTA DE RECOMENDACIÓN
PROGRAMA GRADUADO

Universidad Interamericana de Puerto Rico

Nombre del solicitante: Nhoysds Cruz

Programa al que solicita: Certificado de Trabajo Social Clínico - Curso doctoral

Firma del solicitante: _____

Recomendado por: Carmen J. Rivera López   Puesto que ocupa: Secretaria Auxiliar

Institución donde trabaja: Departamento de Educación   Servicios Ayuda al Estudiante

Dirección o firma: San Juan Puerto Rico Oficina Central DE

¿Cuántos años hace que conoce usted al solicitante? 7años   ¿Bajo qué función ha conocido al solicitante? Facilitadora Docente TSE

El Comité de Admisiones agradecerá su evaluación profesional del solicitante, su aptitud para realizar investigaciones y estudios graduados y el potencial respecto a su futura carrera. Favor de indicar cómo usted clasifica al solicitante en las cualidades indicadas en la lista que se incluye, al compararlo con un grupo representativo de personas que haya tenido, en el mismo campo, igual adiestramiento y experiencia que el solicitante. Favor de hacer una marca de cotejo (√) en la categoría apropiada.

¿Emplearía usted a este candidato para una posición de tener la oportunidad de hacerlo?   Sí: _____   No _____

| | Bajo promedio 0-40% | Promedio 41-60% | Sobre Promedio 61-75% | Superior 76-90% | Excepcional 91-100% | No poseo elementos de juicio |
|---|---|---|---|---|---|---|
| Habilidad para comunicarse | | | | √ | | |
| Responsabilidad y sentido de cooperación | | | | | √ | |
| Flexibilidad para adaptarse a los cambios | | | | | √ | |
| Liderato | | | | √ | | |
| Motivación, iniciativa | | | | √ | | |
| Originalidad, creatividad | | | | √ | | |
| Éxito anterior como estudiante, colega o empleado | | | | √ | | |
| Capacidad para relacionarse con otras | | | | √ | | |
| Actitud profesional | | | | | √ | |
| Capacidad para realizar investigaciones | | | | | √ | |
| Capacidad para tener éxito en la especialización indicada arriba | | | | | √ | |
| Capacidad general para realizar estudios graduados | | | | | √ | |

Fecha: 13 junio 2016

Firma: Carmen J R Lóp

PROGRAMA DOCTORAL
Favor de enviar al recinto donde el estudiante está solicitando admisión.

Recinto Metropolitano
Oficina de Admisiones
Apartado 191293
San Juan, PR 00919-1293

Recinto de San Germán
Oficina de Admisiones
PO Box 5100
San Germán, PR 00683-9801

PROGRAMA DE MAESTRÍAS
Favor de enviar al recinto donde el estudiante está solicitando admisión.

Recinto de Aguadilla
Oficina de Admisiones
Apartado 20000
Aguadilla, PR
00605-2000

Recinto de Arecibo
Oficina de Admisiones
PO Box 4050
Arecibo, PR
00613-4050

Recinto de Barranquitas
Oficina de Admisiones
PO Box 517
Barranquitas, PR
00794-0517

Recinto de Bayamón
Oficina de Admisiones
500 Carretera
Dr. John Will Harris
Bayamón, PR 00957

Recinto de Fajardo
Oficina de Admisiones
Call Box 70003
Fajardo, PR
00738-7003

Recinto de Guayama
Oficina de Admisiones
Call Box 10004
Guayama, PR 00785

Recinto Metropolitano
Oficina de Admisiones
PO Box 191293
San Juan, PR
00919-1293

Recinto de Ponce
Oficina de Admisiones
104 Turpeaux Ind. Park
Mercadito, PR
00715-1602

Recinto de San Germán
Oficina de Admisiones
PO Box 5100
San Germán, PR
00683-9801

# CARTA DE RECOMENDACIÓN
## PROGRAMA GRADUADO

Universidad Interamericana de Puerto Rico



Miosotis Cruz
**Nombre del solicitante**

Certificado de Trabajo Social Clínico-Curso doctoral
**Programa al que solicita**

Miosotis C___
**Firma del solicitante**

Recomendado por: Luz C. Núñez Díaz    Puesto que ocupa: Trabajadora Social Escolar

Institución donde trabaja: Dpto. Educación ___ Guarbo

Dirección o firma: P.O. Box 129 Guarbo P.R. 00778

¿Cuántos años hace que conoce usted al solicitante? 7    ¿Bajo qué función ha conocido al solicitante? Trabajadora Soc__

Enlace de TS de Educación distrito de Guarbo

El Comité de Admisiones agradecerá su evaluación profesional del solicitante, su aptitud para realizar investigaciones y estudios graduados y el potencial respecto a su futura carrera. Favor de indicar cómo usted clasifica al solicitante en las cualidades indicadas en la lista que se incluye, al compararlo con un grupo representativo de personas que haya tenido, en el mismo campo, igual adiestramiento y experiencia que el solicitante. Favor de hacer una marca de cotejo (√) en la categoría apropiada.

¿Emplearía usted a este candidato para una posición de tener la oportunidad de hacerlo?    Sí  X  No _____

| | Bajo promedio 0-40% | Promedio 41-60% | Sobre Promedio 61-75% | Superior 76-90% | Excepcional 91-100% | No poseo elementos de juicio |
|---|---|---|---|---|---|---|
| Habilidad para comunicarse | | | | | X | |
| Responsabilidad y sentido de cooperación | | | | | X | |
| Flexibilidad para adaptarse a los cambios | | | | X | | |
| Liderato | | | | | X | |
| Motivación, iniciativa | | | | | X | |
| Originalidad, creatividad | | | | | X | |
| Éxito anterior como estudiante, colega o empleado | | | | | X | |
| Capacidad para relacionarse con otros | | | | | X | |
| Actitud profesional | | | | | X | |
| Capacidad para realizar investigaciones | | | | | | X |
| Capacidad para tener éxito en la especialización indicada arriba | | | | | X | |
| Capacidad general para realizar estudios graduados | | | | | X | |

7 junio 2016
**Fecha**

Luz C. Núñez Díaz
**Firma**

## PROGRAMA DOCTORAL
Favor de enviar al recinto donde el estudiante está solicitando admisión:

Recinto Metropolitano
Oficina de Admisiones
PO Box 191293
San Juan, PR 00919-1293

Recinto de San Germán
Oficina de Admisiones
PO Box 5100
San Germán, PR 00683-9801

## PROGRAMA DE MAESTRÍAS
Favor de enviar al recinto donde el estudiante está solicitando admisión:

Recinto de Aguadilla
Oficina de Admisiones
Apartado 20000
Aguadilla, PR
00605-2000

Recinto de Arecibo
Oficina de Admisiones
PO Box 4050
Arecibo, PR
00613-4050

Recinto de Barranquitas
Oficina de Admisiones
PO Box 517
Barranquitas, PR
0079-0517

Recinto de Bayamón
Oficina de Admisiones
500 Carretera,
Dr. John Will Harris
Bayamón, PR 00957

Recinto de Fajardo
Oficina de Admisiones
Call Box 70003
Fajardo, PR
00738-7003

Recinto de Guayama
Oficina de Admisiones
Call Box 10004
Guayama, PR 00785

Recinto Metropolitano
Oficina de Admisiones
PO Box 191293
San Juan, PR
00919-1293

Recinto de Ponce
Oficina de Admisiones
104 Turpeaux Ind. Park
Mercedita, PR
00715-1602

Recinto de San Germán
Oficina de Admisiones
PO Box 5100
San Germán, PR
00683-9801

# CARTA DE RECOMENDACIÓN
## PROGRAMA GRADUADO

Universidad Interamericana de Puerto Rico



Miostis        Cruz
**Nombre del solicitante**

Calificado   de Trabajo Social Clínico - Curso doctoral
**Programa al que solicita**

Miostis
**Firma del solicitante**

Recomendado por: Diane Hernán Gz        Puesto que ocupa: Ayudante Especial

Institución donde trabaja Dpto. Educación Distrito Gurabo

Dirección o firma Centro d. Gobierno 2do piso Gurabo        BCHJ

¿Cuántos años hace que conoce usted al solicitante? __2__      ¿Bajo qué función ha conocido al solicitante?

El Comité de Admisiones agradecerá su evaluación profesional del solicitante, su aptitud para realizar investigaciones y estudios graduados y el potencial respecto a su futura carrera. Favor de indicar cómo usted clasifica al solicitante en las cualidades indicadas en la lista que se incluye, al compararlo con un grupo representativo de personas que haya tenido, en el mismo campo, igual adiestramiento y experiencia que el solicitante. Favor de hacer una marca de cotejo (√) en la categoría apropiada.

¿Emplearía usted a este candidato para una posición de tener la oportunidad de hacerlo?   Sí __√__   No _____

| | Bajo promedio 0-40% | Promedio 41-60% | Sobre Promedio 61-75% | Superior 76-90% | Excepcional 91-100% | No posee elementos de juicio |
|---|---|---|---|---|---|---|
| Habilidad para comunicarse | | | | | √ | |
| Responsabilidad y sentido de cooperación | | | | | √ | |
| Flexibilidad para adaptarse a los cambios | | | | | √ | |
| Liderato | | | | √ | | |
| Motivación, iniciativa | | | | | √ | |
| Originalidad, creatividad | | | | | √ | |
| Éxito anterior como estudiante, colega o empleado | | | | | √ | |
| Capacidad para relacionarse con otros | | | | | √ | |
| Actitud profesional | | | | | √ | |
| Capacidad para realizar investigaciones | | | | | √ | |
| Capacidad para tener éxito en la especialización indicada arriba | | | | | √ | |
| Capacidad general para realizar estudios graduados | | | | | | |

14 Junio 2016        BCHJ
**Fecha**                                    **Firma**

**PROGRAMA DOCTORAL**
Favor de enviar al recinto donde el estudiante está solicitando admisión:

Recinto Metropolitano
Oficina de Admisiones
PO Box 191293
San Juan, PR 00919-1293

Recinto de San Germán
Oficina de Admisiones
PO Box 5100
San Germán, PR 00683-9801

**PROGRAMA DE MAESTRÍAS**
Favor de enviar al recinto donde el estudiante está solicitando admisión:

Recinto de Aguadilla
Oficina de Admisiones
Apartado 20000
Aguadilla, PR
00605-2000

Recinto de Guayama
Oficina de Admisiones
Call Box 10004
Guayama, PR 00785

Recinto de Arecibo
Oficina de Admisiones
PO Box 4050
Arecibo, PR
00613-4050

Recinto Metropolitano
Oficina de Admisiones
PO Box 191293
San Juan, PR
00919-1293

Recinto de Barranquitas
Oficina de Admisiones
PO Box 517
Barranquitas, PR
00794-0517

Recinto de Ponce
Oficina de Admisiones
104 Turpeaux Ind. Park
Mercedita, PR
00715-1602

Recinto de Bayamón
Oficina de Admisiones
500 Carretera
Dr. John Will Harris
Bayamón, PR 00957

Recinto de San Germán
Oficina de Admisiones
PO Box 5100
San Germán, PR
00683-9801

Recinto de Fajardo
Oficina de Admisiones
Call Box 70003
Fajardo, PR
00738-7003

**Universidad Interamericana de Puerto Rico**
**Programa Graduado**

CARTA DE RECOMENDACIÓN PARA ADMISIÓN AL PROGRAMA DOCTORAL

mbre del solicitante *Maritsa Cruz Cruz*                  Número de Seguro Social _____

grama Doctoral al que solicita *Justificada Clínica en Trabajo Social*

na del solicitante _____

omendado por: *Rosalía Rosa Saberal*                  Puesto que ocupa: *catedrática*

tución donde trabaja *Interamericana - Recinto Metro*

ección de la institución o firma *Calle Reina - Quegez Río Piedras*

intos años hace que conoce usted al solicitante? __*4*__ ¿Bajo qué función ha conocido al solicitante? *profesora*

omité de Admisiones agradecerá su evaluación profesional de la personalidad del solicitante, su aptitud para realizar investigaciones y estudios graduados y el cial respecto a su futura carrera. Favor de indicar cómo usted clasifica al solicitante en las cualidades indicadas en la lista que se incluye, al compararlo con un representativo de personas que haya tenido, en el mismo campo, igual adiestramiento y experiencia que el solicitante. Favor de hacer una marca de cotejo (√) en egoría apropiada.

icaría usted a este candidato para una posición de tener la oportunidad de hacerlo?   Sí _____   No _____

| | Bajo promedio 0-40% | Promedio 41-60% | Sobre Promedio 61-75% | Superior 76-90% | Excepcional 91-100% | No poseo elementos de juicio |
|---|---|---|---|---|---|---|
| lidad para comunicarse | | | | ✓ | | |
| onsabilidad y sentido de cooperación | | | | ✓ | | |
| bilidad | | | | | ✓ | |
| ato | | | | ✓ | | |
| vación, iniciativa | | | ✓ | | | |
| nalidad, creatividad | | | | ✓ | | |
| anterior como estudiante, colega o empleado | | | | ✓ | | |
| cidad para relacionarse con otros | | | | ✓ | | |
| d profesional | | | | ✓ | | |
| idad para realizar investigaciones | | | | | ✓ | |
| idad para tener éxito en la especialización indicada arriba | | | | | ✓ | |
| idad general para realizar estudios graduados | | | | | ✓ | |

*13 / junio / 2012*            Firma: *Rosalía Rosa Saberal*

e enviar al Recinto
l estudiante está
do admisión:

Universidad Interamericana de Puerto Rico
**Recinto Metropolitano**
Oficina de Admisiones
PO Box 191293
San Juan, PR 00919-1293

Universidad Interamericana de Puerto Rico
**Recinto de San Germán**
Centro Estudios Graduados
PO Box 5100
San Germán, PR 00683-9801

5

DEPARTAMENTO DE EDUCACIÓN
SECRETARIA AUXILIAR DE RECURSOS HUMANOS
DIVISIÓN PERSONAL DOCENTE

REVISION DE SALARIOS



De acuerdo a su petición verificamos su sueldo y el mismo está correctamente asignado.
A continuación la relación de los sueldos asignados desde su ingreso al magisterio.

NOMBRE: MIOSOTIS CRUZ CRUZ          SEGURO SOCIAL: 581 05 6442

FECHA DE INICIO: 24 DE AGOSTO DE 2010

| Año Esc. | FECHA EFECT. | Aum. Ley | Aum. Exp | Sueldo Antes | Sueldo Después | Otros Prep/ ley 89 | Observaciones |
|---|---|---|---|---|---|---|---|
| 2010-11 | 24 ago 10 | | | 1820 | | MA | Nomb. Probatorio |
| | 1 jul 11 | | | 1820 | | | No aum. exp. por ley 7 |
| 2011-12 | 1 ago 11 | | | 1820 | 1845 | | Cambio en sueldo por bonif. de Trab. Soc. |
| | 2 jul 12 | | X | 1845 | 1870 | | |
| 2012-13 | 6 ago 12 | | | 1870 | | | C/Status (permanente) |

• Posterior a esta fecha no se han otorgado aumentos salariales

27 de enero de 2015

Preparado: Diana V. Rodríguez Maldonado          Fecha