Miosotis Cruz
1 Cond. Santa Juan Apt. 209
Caguas P.R. 00725-2101

RECEIVED & FILED
2020 MAR 12 PM 4:22
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

U.S. POSTAGE PAID
FCM LG ENV
HORMIGUEROS, PR
00660
MAR 11, 20
AMOUNT
$2.80
R2303S102780-9

Clerk's Office
Tribunal de Distrito de EEUU
Room 150 Federal Building
San Juan P.R. 00918-1767

Miosotis Cruz
1 Cond. Santa Juan Apt. 209
Caguas P.R. 00725-2101



U.S. POSTAGE PAID
FCM LG ENV
HORMIGUEROS, PR
00660
MAR 11, 20
AMOUNT
$2.80
R2303S102780-9

RECEIVED & FILED
2020 MAR 12 PM 4: 22
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

Clerk's Office
Tribunal de Distrito de EEUU
Room 150 Federal Building
San Juan PR. 00918-1767