IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, et al.,

Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

PUERTO RICO HIGHWAYS AND TRANSPORTATION
AUTHORITY

No. 17 BK 3567-LTS

-------------------------------------------------------------------x

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

# **ORDER**

This matter is before the Court on the *DRA Parties' Urgent Motion for Leave to Exceed Page Limit with Respect to DRA Parties' Response to Monolines' Amended Lift Stay Motion and the FOMB's Opposition* (Dkt. No. 733 in Case No. 17-BK-3567; Dkt. No. 12278 in 17-BK-3283) (the "Urgent Motion"). Therein, the DRA Parties[2] seek leave to file an omnibus response to the Monolines' Amended Lift Stay Motion and the FOMB's Opposition of up to twenty-five pages, exclusive of the cover page, tables of contents and authorities, signature page, exhibits, and the certificate of service. The FOMB assents to the relief requested in the Urgent Motion; the Monolines do not.

The Court finds good cause for the requested relief and hereby ALLOWS the Urgent Motion. The DRA Parties may file one omnibus response to the Monolines' Amended Lift Stay Motion and the FOMB Opposition of no more than 25 pages, exclusive of the cover page, tables of contents and authorities, signature page, exhibits, and the certificate of service.

This Order resolves Dkt. No. 733 in 17-BK-3567 and Dkt. No. 12278 in 17-BK-3283.

SO ORDERED.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: March 13, 2020

---

[2] Capitalized terms not defined herein shall have the meanings given to them in the Urgent Motion.