One Hundred and Forty-Second Omnibus Objection
Exhibit B - Adjourned

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | MONGE, VIOLETA IRIZARRY<br>C/PORTUGAR 4173 VISTAR<br>CAROLINA, PR 00983 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 128083 | $ 40,000.00* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 2 | MONTALVO AMILL, IRMA<br>29 NELSON AVE.<br>WATERBURY, CT 06705 | 7/3/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 131546 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 3 | MONTALVO MARTINEZ, NORBERTO<br>URB. LA PROVIDENCIA<br>BLOQUE 1-H-6 CALLE 7A<br>TOA ALTA, PR 00953 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 136685 | $ 100,000.00* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 4 | MONTANEZ RIVERA, NORIS<br>HC-38 BOX 7819<br>GUANICA, PR 00653 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 142966 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 5 | MONTANEZ RODRIGUEZ, HAYDEE<br>P.O. BOX 395<br>MARICAO, PR 00606 | 7/6/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 142130 | $ 9,600.00 |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 6 | MONTES CORDERO, CARMEN MILAGROS<br>97 VISTA DEL VALLE<br>MANATI, PR 00674 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 136024 | $ 50,000.00 |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 7 | MONTES CORDERO, MARIA LINA<br>1507 CALLE MONTE GRANDE<br>URBANIZACION MONTE VERDE<br>MANATI, PR 00674 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 133587 | $ 50,000.00 |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |

## One Hundred and Forty-Second Omnibus Objection
### Exhibit B - Adjourned

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | MORALES CALES, CARMEN LIGIA<br>CALLE 3 F-13A<br>DOS PINOS TOWN HOUSES<br>SAN JUAN, PR 00923 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 144785 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 9 | MORALES COLON, INGRID S.<br>URD. ALTURAS DE COAMO<br>B-29 CALLE CALIZA<br>COAMO, PR 00769 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 140186 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 10 | MORALES COLON, NORMA IRIS<br>HC - 03 BOX 15455<br>JUANA DIAZ, PR 00795 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 119400 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 11 | MORALES CRUZ, IVETTE M.<br>URB VILLAS DEL SOL CALLE 6 D-7<br>TRUJILLO ALTO, PR 00976 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 163475 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 12 | MORALES FIGUEROA, MILDRED<br>PO BOX 682<br>COMERIO, PR 00782 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 151058 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 13 | MORALES FIGUEROA, PEDRO I.<br>HC 3 BOX 100 436<br>COMERIO, PR 00782 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 148707 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 14 | MORALES LEBRON, JOSEFINA<br>URB SANTA ELENA 36 CALLE 3<br>YABUCOA, PR 00767 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 164465 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

## One Hundred and Forty-Second Omnibus Objection
### Exhibit B - Adjourned

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 15 | MORALES MORALES, LUZ ENID<br>383 SOLDADO LIBRAN<br>SAN AGUSTIN<br>SAN JUAN, PR 00923 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 145450 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 16 | MORALES PENALOZA, GLORIA MARGARITA<br>URB SANTIAGO C/C #14 L<br>LOIZA, PR 00772 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 152021 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 17 | MORALES RAMOS, OMALIS<br>23401 CALLE LOPEZ VEGAS I<br>CAYEY, PR00736 | 8/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 112507 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 18 | MORALES RODRIGUEZ, IRMA<br>HC 05 BOX 6822<br>AGUAS BUENAS, PR 00703 | 7/5/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 157340 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 19 | MORALES SANTIAGO, CARMEN Y<br>HC 02 BOX 8292<br>CARR 818 KM 3.3<br>COROZAL, PR 00783 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 125254 | $ 12,000.00* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 20 | MORALES VELAZQUEZ, NELKA LIZ<br>1500 PLANTATION OAKS DR.<br>APT 501<br>TROPHY CLUB, TX 76262 | 7/2/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 152950 | $ 3,600.00* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

## One Hundred and Forty-Second Omnibus Objection
### Exhibit B - Adjourned

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 21 | MORALES, MARTINA<br>APARTADO 743<br>ARROYO, PR 00714 | 6/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 149189 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 22 | MORCIGLIO RIVERA, ANGELES W.<br>Z-16 FANTUNSIA<br>PONCE, PR 00730-1671 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 166899 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 23 | MOREIRA DIAZ, CARMEN EDITH<br>CALLEJON TAMARIENDO #390<br>SAN JUAN, PR 00915 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 131341 | $ 15,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 24 | MORELL MARTELL, CARLOS<br>897 CAPITENEJO CARR. 1 KM 116<br>JUANA DIAZ, PR 00795 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 164576 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 25 | MORELL MARTELL, JUDITH<br>4335 LAFITEC CHALET PUNTO ORO<br>PONCE, PR 00732-8621 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 167062 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 26 | MORELL MARTELL, OLGA<br>897 CAPITANEJO CARR. 1 KM 116<br>JUANA DIAZ, PR 00795 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 136157 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 27 | MOURA GRACIA, LILLIAN<br>HC 09 BOX 1507<br>PONCE, PR 00731 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 118725 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

\* Indicates claim contains unliquidated and/or undetermined amounts

## One Hundred and Forty-Second Omnibus Objection
### Exhibit B - Adjourned

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 28 | MOYETT MARTINEZ, GLADYS<br>URB. JARDINES DE VALENMAINS A-8<br>JUNCOS, PR 00777 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 127642 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 29 | MOYETT MATINEZ, GLADYS<br>URB. JARDINES DE VALENCIAM A-8<br>JUNCOS, PR 00777 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 113040 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 30 | MULENO DE JESUS, EMILIO<br>CALLE RIO 56 AA BZN 236<br>BUENAVENTURA<br>CAROLINA, PR 00987 | 6/29/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 144056 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Highways and Transportation Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Highways and Transportation Authority, such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Highways and Transportation Authority or any of the other Title III debtors | | | | | |
| 31 | MUNIZ MALDONADO, AIDA LUZ<br>CALLE 64 2I-64 METROPOLIS 3<br>CAROLINA, PR 00987 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 141116 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 32 | MUNIZ OSORIO , BRENDA<br>X-9 CALLE HIGUERO<br>DORADO, PR 00646 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 126168 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 33 | MUNOZ CEDENO, AIDA  L<br>BOX 13903<br>JUANA DIAZ, PR 00795 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 164187 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 34 | MUNOZ CEDENO, AIDA L.<br>BOX 13903<br>JUANA DIAZ, PR 00795 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 153256 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |

One Hundred and Forty-Second Omnibus Objection
Exhibit B - Adjourned

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 35 | MUNOZ REYES, IRIS IVETTE<br>PO BOX 502<br>VILLALBA, PR 00766 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 121252 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| 36 | NAVARO LOPEZ, AIDA I<br>CALLE 21 U-14 URB VILLIAS DEHOINL<br>CANOVANAS, PR 00729 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 157789 | $ 150,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| 37 | NAVARRO ROMERO, LUZ D.<br>C-12 D URB EXT JARD. ARROYO<br>ARROYO, PR 00714 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 127886 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| 38 | NAVEDO SAMPER, LUIS GERARDO<br>VILLA ESPANA<br>TARRAGONA B44<br>BAYAMON, PR 00961 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 149856 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| 39 | NAZARIA BARRERAS, RAMONITA<br>URB. ESTANCIAS DE SIERRA MOESTRA C-6<br>ANASCO, PR 00610 | 7/10/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 161423 | $ 8,400.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| 40 | NAZARIO SANTIAGO, CARMEN DELIA<br>VILLA DEL CARMEN KIL 19.5 CARRE 150<br>COAMO, PR 00769 | 6/28/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 126242 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| 41 | NEGRON ALVARADO, ELVIN<br>BO. LAS OCHENTA CALLE JAZMIN #61<br>SALINAS, PR 00751 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 117739 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

## One Hundred and Forty-Second Omnibus Objection
### Exhibit B - Adjourned

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 42 | NEGRON BERRIOS, JUAN ANTONIO<br>JUAN ANTONIO NEGRON BERRIOS<br>CARR 156 KM 3 H-0<br>OROCOVIS, PR 00720 | 7/6/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 156188 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 43 | NEGRON COLONDRES, LOURDES<br>URB. BUENA VISTA CALLE ENSUENO<br>PONCE, PR 00707 | 6/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 145588 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 44 | NEGRON SANTIAGO, ESMERALDA<br>408 CARR 149 APT 3<br>EDIF HECTOR SOTO<br>JUANA DIAZ, PR 00795 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 135754 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 45 | NEGRON SANTIAGO, ESMERALDA<br>408 CARR 149 APT 3 EDIFICIO HECTOR SOTO<br>JUANA DIAZ, PR 00795 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 126741 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 46 | NEGRON SANTIAGO, ESMERALDA<br>408 CARR. 149 APT 3<br>HECTOR SOFO<br>JUANA DIAZ, PR 00795 | 6/28/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 138362 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 47 | NEGRON, CARLOTA COLON<br>CALLE 14 URB LOMA APT 963<br>JUANA DIAZ, PR 00795 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 112436 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

## One Hundred and Forty-Second Omnibus Objection
### Exhibit B - Adjourned

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 48 | NEGRON, MARICONCHI RIVERA<br>PO BOX 132<br>VILLALBA, PR 00766 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 121436 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 49 | NERO OLIVER, MARIA A. E DEL<br>MATIERZO ANTONIO ST<br>APT 7<br>SAN JUAN, PR 00917 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 125538 | $ 14,400.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 50 | NIEVES COLON, LUIS<br>BRISAS DEL MAN EDA # 1. 4<br>SALINAS, PR 00751 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 147121 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 51 | NIEVES LOPEZ, ENRIQUE<br>HC 3 BOX 10667<br>COMERIO, PR 00782 | 6/28/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 150626 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 52 | NIEVES RIVERA, PEDRO JUAN<br>URB. COUNTRY CLUB EXT #3 C. 244 CASA JJ-13<br>CAROLINA, PR 00982 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 139480 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 53 | NIEVES RODRIGUEZ, HILDA<br>BLOQUE 44 #11 CALLE 53 MIRAFLORES<br>BAYAMON, PR00957 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 164346 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 54 | NOLASCO LOMBA, DEBORAH L.<br>12 CALLE PAOLI<br>RAMIREZ DE ARELLANO<br>MAYAGUEZ, PR00680 | 7/6/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 150027 | $ 10,800.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

## One Hundred and Forty-Second Omnibus Objection
### Exhibit B - Adjourned

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 55 | NORAT ORTIZ, AIDA<br>REPARTO MAGERA LA CASILLA#54<br>COAMO, PR 00769 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 123086 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 56 | NUNEZ LOPEZ, NILDA DEL C.<br>RR 04 BUZON 7940<br>CIDRA, PR 00739 | 6/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 143130 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 57 | NUNEZ PENA, ANGEL A<br>BO. HELECHAL SECTOR EL CORTIJO<br>BARRANQUITAS, PR 00794 | 6/28/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 167320 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 58 | NUNEZ PENA, CARLOS E<br>URB SAN CRISTOBAL CALLE A<br>BARRANQUITAS, PR 00794 | 6/28/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 166044 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 59 | NUNEZ ZAYAS, MILDRED J.<br>BO. CAONILLAS ABAJO CARR 150 KM 5.8<br>VILLALBA, PR 00766 | 6/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 116049 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 60 | OCASIO APONTE, LUIS MANUEL<br>URB. VISTA BELLA CALLE5 D-7<br>VILLALBA, PR 00766 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 166243 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

## One Hundred and Forty-Second Omnibus Objection
### Exhibit B - Adjourned

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 61 | OCASIO FIQUEROA, LILLIAN<br>BO. CAIMITO ALTO KM3 HM.9<br>SECTOR LOS CACOS<br>SAN JUAN, PR 00926 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 113599 | $ 15,600.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 62 | OFRAY ORTIZ, MIGUEL ANGEL<br>PO BOX 371829<br>CAYEY, PR00737 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 117287 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 63 | OLIVER BARBOSA, ANA IRIS<br>C/VILLA ALMENDRO<br>ALLL PLANTIO<br>TOA BAJA, PR 00949 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 134011 | $ 30,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 64 | OLIVERA MORALES, FERMINA<br>MUNUZ RIVERA 207<br>GUAYANILLA, PR00656 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 115023 | $ 10,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 65 | OLIVERAS CARABALLO, GLORIA<br>160 CALLE GOLONDRINA<br>GUAYANILLA, PR00656 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 146413 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 66 | OLIVIERI SANCHEZ, JOSE A.<br>BO. JAGUEYES CARR. 149 KM.59.5<br>VILLALBA, PR 00766 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 154773 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 67 | OLMO BARREIRO, CARMEN IRIS<br>URB. LUGUILLO MAR<br>CALLE C/CC 78<br>LUGUILLO, PR 00773 | 7/5/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 155232 | $ 18,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

## One Hundred and Forty-Second Omnibus Objection
### Exhibit B - Adjourned

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 68 | ORTIZ AGOSTO, LOURDES<br>CALLE 2 #271<br>VILLAS DORADOS<br>CANOVANAS, PR 00729 | 6/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 130170 | $ 14,400.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 69 | ORTIZ CABRERA, NIXA I<br>C/13 J-53 EL CORTIJO<br>BAYAMON, PR 00936 | 7/5/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 153987 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 70 | ORTIZ CANCEL, JULIO<br>104 CEIBA<br>TOA ALTA, PR 00953 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 119996 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 71 | ORTIZ DIAZ, HELEN<br>CALLE 3 E 61<br>ESTANCIAS LA SIERRA<br>CAGUAS, PR 00727 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 126716 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 72 | ORTIZ DIAZ, JUDITH<br>CARR.178 KM9 HM7 RIO ABAJO<br>CIDRA, PR 00739 | 6/28/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 116064 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 73 | ORTIZ GARCIA, CATALINA<br>BO QDA NEGRITO<br>TRUJLLO ALTO, PR 00976 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 133870 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 74 | ORTIZ LLERA, MARIA VIRGEN<br>24345 BO VEGA<br>CAYEY, PR 00736 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 112431 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

## One Hundred and Forty-Second Omnibus Objection
### Exhibit B - Adjourned

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 75 | ORTIZ MARRENO, NAYDAMAR<br>URB. SAN CRISTOBAL<br>F-2 A CALLE 3<br>BARRANQUITAS, PR 00794 | 6/28/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 120114 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 76 | ORTIZ MARRERO, NAYDAMAR<br>URB. SAN CRISTOBAL<br>CALLE 3 F-2A<br>BARRANQUITAS, PR 00794 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 142082 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 77 | ORTIZ MELENDEZ, OVAL A.<br>CALLE A CASA 7 PARE LOS SEGUI<br>CIALES, PR 00638 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 154937 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 78 | ORTIZ MONTERO, NESTOR A<br>PO BOX 332144<br>ATOCHA STA<br>PONCE, PR 00733-2144 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 130566 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 79 | ORTIZ PEREZ, JOSEFINA<br>BO. SUMIDERO INT. SECTOR LOS HUCARES<br>CARR. 174 KM 21.9<br>AGUAS BUENAS, PR 00703 | 6/28/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 145484 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 80 | ORTIZ QUINONOZ, HAMILTON<br>#1547 CALLE MARGINAL<br>PONCE, PR 00731 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 120807 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

## One Hundred and Forty-Second Omnibus Objection
### Exhibit B - Adjourned

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 81 | ORTIZ RIOS, LORNA<br>JARDIN CAPARRA<br>CALLE 45 BB4<br>BAYAMON, PR00959 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 133462 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | TOTAL | $ 551,800.00* |