UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>   Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER (A) ESTABLISHING EXTENDED DEADLINE FOR RESPONSES TO OMNIBUS OBJECTIONS SCHEDULED FOR HEARING AT DECEMBER 11, 2019 AND JANUARY 29, 2020 OMNIBUS HEARINGS, (B) CONTINUING THE HEARING AS TO OMNIBUS OBJECTIONS SCHEDULED FOR HEARING AT DECEMBER 11, 2019 AND JANUARY 29, 2020 OMNIBUS HEARINGS UNTIL THE APRIL 22, 2020 OMNIBUS HEARING, (C) APPROVING FORM OF NOTICE, AND (D) GRANTING RELATED RELIEF

Upon the *Motion (A) To Establish Extended Deadline for Responses to Omnibus Objections Scheduled for Hearing At December 11, 2019 and January 29, 2020 Omnibus Hearings, (B) To Continue the Hearing as to Omnibus Objections Scheduled for Hearing at December 11, 2019 and January 29, 2020 Omnibus Hearing Until the April 22, 2020 Omnibus Hearing, (C) Approving Form of Notice, and (D) Granting Related Relief*, dated March 10, 2020

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

(Docket Entry No. 12220 in Case No. 17-3283, the "Motion"),[2] of the Debtors for entry of an order (this "Order") establishing an extended deadline for responses to omnibus objections scheduled for hearing at the December 11, 2019 and January 29, 2020 omnibus hearings, continuing the hearing as to omnibus objections scheduled for hearing at the December 11, 2019 and January 29, 2020 omnibus hearing until the April 22, 2020 omnibus hearing, approving an additional form of notice, and granting related relief, as more fully described in the Motion; and this Court having jurisdiction over this matter pursuant to PROMESA section 306(a); and it appearing that venue is proper pursuant to PROMESA section 307(a); and the Court having found that the relief requested in the Debtors' Motion is in the best interests of the Debtors, their creditors, and other parties in interest; and the Court having found that, based upon the relief requested by the Debtors' Motion, no other or further notice is required; and the Court having determined that the legal and factual bases set forth in the Debtors' Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted to the extent set forth herein.

2. The deadline for responses to the December Objections and the January Objections is hereby extended until 4:00 p.m. (Atlantic Time) on March 27, 2020 (the "Extended Response Deadline"). Any responses to the December Objections and/or the January Objections shall be heard at the April 22, 2020 omnibus hearing.

3. Responses filed after March 27, 2020 shall not be considered by the Court. No further extensions to the March 27, 2020 deadline shall be granted, absent good cause shown.

---

[2] All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

4. Nothing in this Order or in the Motion is, or shall be deemed to constitute, any admission as to the validity, nature, amount, or priority of any claim asserted against the Debtors in these PROMESA cases, or a waiver of any right of the Debtors or any other party in interest in these cases to dispute the validity, nature, amount, or priority of, or otherwise object, either in the same or subsequent objections, on any grounds to any such claims..

5. The Debtors' proposed form of notice, attached to the Motion as **Exhibit B** (a Spanish-language version of which is attached to the *Response of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, Employees Retirement System for the Government of the Commonwealth of Puerto Rico, Puerto Rico Electric Power Authority, and Puerto Rico Public Buildings Authority to Order (i) Scheduling Briefing of Motion Regarding Responses to Omnibus Objections Scheduled for Hearing at December 11, 2019 and January 29, 2020 Omnibus Hearings and (ii) Requiring Supplemental Filing* (Docket Entry No. 12292 in Case No. 17-3283) as **Exhibit A**), is approved.

6. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

7. This Order resolves Docket Entry No. 12220 in Case No. 17-3283.

SO ORDERED.

Dated: March 13, 2020

                                                                   /s/ Laura Taylor Swain
                                                                   LAURA TAYLOR SWAIN
                                                                   United States District Judge