One Hundred and Forty-Seventh Omnibus Objection
Exhibit B - Adjourned

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | SANTIAGO VAZQUEZ, MARIE C<br>C-24 CALLE 1 URB.VISTAMAR<br>GUAYAMA, PR00784 | 7/3/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 154978 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 2 | SANTIAGO ZAYAS, DORIS IVETTE<br>PO BOX 766<br>SALINAS, PR 00751 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 111724 | $ 21,600.00 |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 3 | SANTIGO PEREZ, EDWIN<br>URB. PERU DE COAMO- 615<br>CALLE PAZ<br>COAMO, PR 00769 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 162037 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 4 | SANTINI BOCACHICA, JOSE E<br>11032 URB MONTE BELLO<br>CALLE # 1 SALAR # B8<br>VILLALBA, PR 00766 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 133065 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 5 | SANTISTEBAN MORALES, LUCY<br>PO BOX 3023<br>GUAYAMA, PR00785 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 163177 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 6 | SANTONI LOPEZ, ROSA M.<br>P.O. BOX 5000<br>PMB 705<br>AGUADA, PR 00682-7003 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 130510 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |

One Hundred and Forty-Seventh Omnibus Objection
Exhibit B - Adjourned

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 7 | SANTOS SANTIAGO, LUZ M.<br>BARRIO CACAO KM 58<br>CAROLINA, PR 00987 | 6/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 151258 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | SANTOS VELEZ, DONS<br>CARR 361 CAN ALTO PARECOPAS<br>SAN GERMAN, PR 00683 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 150764 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 9 | SEPULVEDA MOLINA, NYDIA L.<br>BO. SALTILLO SECTOR CONDOMINIOS<br>ADJUNTAS, PR 00601 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 120074 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 10 | SEPULVEDA MOLINA, NYDIA L.<br>BO DALTILLO SECTOR CONDOMINIOS<br>ADJUNTAS, PR 00601 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 131525 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 11 | SEPULVEDA SANTIAGO, LUZ N.<br>HC-07 BOX 30090<br>JUANA DIAZ, PR 00795 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 140277 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 12 | SERRANO CEDENO, LUIS D<br>69 FCO. PIETRI URB. LOS MAESTROS<br>ADJUNTAS, PR 00601 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 136061 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 13 | SERRANO ROJAS, DIANA I.<br>HCARR. 916 KM 5.4 BO. CERRO GORDA<br>SAN LORENZO, PR 00754 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 151113 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

## One Hundred and Forty-Seventh Omnibus Objection
### Exhibit B - Adjourned

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 14 | SIERRA VAZQUEZ, AIDA L.<br>BO SUMIDERO CARR 173 KM 102<br>AGUAS BUENAS, PR 00703 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 123107 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 15 | SIERRA VAZQUEZ, AIDA L.<br>BO SUMIDERO CARR 173 KM102<br>AGUAS BUENAS, PR 00703 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 123878 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 | SIERRA VAZQUEZ, AIDA L<br>BO SUMIDERO CARR<br>173KM002<br>AGUAS BUENAS, PR 00703 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 116841 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 17 | SILVA CORDERO, JAIME<br>CARR. 328 K.M.4.5 BO RAYOS<br>SABANA GRANDE, PR 00637 | 7/5/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 147038 | $ 37,800.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | SILVA CORDERO, JAIME<br>CARR. 328 K.M. 4.5 BO-RAYO GUARAS<br>SABANA GRANDE, PR 00637 | 7/5/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 154359 | $ 18,900.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 19 | SILVA ORTIZ, MARIA ISABEL<br>22 VILLA CARIBE<br>GUAYAMA, PR00784 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 140897 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 | SISCO RODRIGUEZ, ELBA<br>3428 CALLE TROPICAL DEL VILLA CARMEN<br>PONCE, PR 00716-2259 | 6/6/2017 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 166336 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

\* Indicates claim contains unliquidated and/or undetermined amounts

One Hundred and Forty-Seventh Omnibus Objection
Exhibit B - Adjourned

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 21 | SOLER CARABALLO, EUGENIA M<br>UU17 CALLE 48<br>PONCE, PR 00728 | 7/23/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 151300 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 22 | SOLIER ROMAN, LYDIA<br>P.O BOX 3083<br>GUAYAMA, PR 00785 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 147019 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 23 | SOSTRE LEBRON, MICAELA<br>URBANIZACION SANTANA ELENA<br>YABUCOA, PR 00767 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 153245 | $ 70,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 24 | SOTO CABRERA, ZAIDA IVETTE<br>(J-11) CALLE 1 URB. FOREST HILLS<br>BAYAMON, PR 00959 | 6/28/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 138765 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 25 | SOTO CASTRO, CARMEN N.<br>B CRUZ<br>CARR. 40 4 KM L-9<br>MOCA, PR 00676 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 117053 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 26 | SOTO CASTRO, RUTH NILDA<br>CARR 404<br>KM 1-9 BO CRUZ<br>MOCA, PR 00676 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 116172 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

## One Hundred and Forty-Seventh Omnibus Objection
## Exhibit B - Adjourned

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 27 | SOTO CLAUDIO, ANGELICA M.<br>G-3 CALLE L<br>YABUCOA, PR 00767 | 7/3/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 132049 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 28 | SOTO CUEVAS, ALBERTO<br>1276 URB. MONTE CARLO<br>SAN JUAN, PR 00924 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 145368 | $ 14,800.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 29 | SOTO RAMOS, LOURDES<br>URB. LOS CAOBOS 2323 CALLE TABONUCO<br>PONCE, PR 00716-2712 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 126946 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 30 | SOTO RAMOS, LOURDES<br>URB. LOS CAOBAS 2323 CALLE TABO NUCO<br>PONCE, PR 00716-2712 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 124200 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 31 | SOTO ROSADO , SONIA<br>HC-02 BOX 5304<br>RINCON, PR 00677 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 123700 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 32 | SOTO SALGADO, LILLIAM S.<br>SIERRA BAYAMON<br>92 4 CALLE 78<br>BAYAMON, PR00961 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 134175 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 33 | SOTO SALGADO, LILLIAM S.<br>SIERRA BAYAMON<br>92 4 CALLE 78<br>BAYAMON, PR00961 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 143563 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

## One Hundred and Forty-Seventh Omnibus Objection
### Exhibit B - Adjourned

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 34 | SOTO VELEZ, ROSARIO<br>CALLE 7 SECTOR RECUITO BO 389 LACEYOR J DIAZ PR<br>P. BOX 3505-154<br>JUANA DIAZ, PR 00795 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 114475 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 35 | SOTO, JUAN F<br>REP. UNIVERCITARIO322 CITADEL<br>SAN JUAN, PR 00926 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 118645 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 36 | SUAREZ RODRIGUEZ, EDWIN<br>X 6 CALLE 15<br>URB. VILLA MADRID<br>COAMO, PR 00769 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 117995 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 37 | THEARD THILLET, JAMALICE<br>135 FLORENCIA<br>JUANA DIAZ, PR 00795 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 164075 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 38 | TIRADO MUNIZ, NEREIDA<br>102 CALLE REINA ISABEL<br>VEGA ALTA, PR00693 | 7/6/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 158359 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 39 | TOLEDO DE JESUS, SONIA<br>4262 CALLE LA NINA<br>EXT PUNTO ORO<br>PONCE, PR 00728-2101 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 149325 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 40 | TOLEDO ORTIZ, INES A<br>PO BOX 1085<br>MOCA, PR 00676 | 7/9/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 159603 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

One Hundred and Forty-Seventh Omnibus Objection
Exhibit B - Adjourned

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 41 | TOLENTIRO, JOSE A. RAMIREZ<br>CARR. 921 SECTOR ATONOCIS<br>LAS PIEDRAS, PR 00771 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 144378 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 42 | TOMAS PAREDES, AUSTRIA MARGARITA<br>VILLA CAROLINA CALLE 443 181<br>CAROLINA, PR 00983 | 6/28/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 133120 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 43 | TORREGROSA SANCHEZ, NORA FE<br>E32 BOX 936<br>SALINAS, PR 00751 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 133364 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 44 | TORRES AVILES, RICARDO<br>P.O. BOX 2159<br>MAYAGUEZ, PR 00681-2159 | 7/6/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 134536 | $ 8,400.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 45 | TORRES BAEZ, GLORIA E.<br>H-C-20 BOX.17621<br>JUNCOS, PR 00777-9615 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 119607 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 46 | TORRES BERMUDEZ, CARMEN M.<br>BARRIO CARILLO CARR. 149<br>APARTADO 552<br>VILLALBA, PR 00766 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 146594 | $ 8,400.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 47 | TORRES CAMPUSANO, SONIA M.<br>1244 MANUAL A. BARRETO<br>URB. SAN JOSE<br>MAYAGUEZ, PR 00682-1171 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 118718 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

\* Indicates claim contains unliquidated and/or undetermined amounts

## One Hundred and Forty-Seventh Omnibus Objection
### Exhibit B - Adjourned

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 48 | TORRES CAMPUSANO, SONIA M.<br>1244 MANUEL A. BARRETO URB. SAN JOSE<br>MAYAGUEZ, PR00682-1171 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 126018 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 49 | TORRES CAMPUSANO, SONIA M.<br>1244 MANUAL A. BARRETO<br>URB. SAN JOSE<br>MAYAGUEZ, PR00682-1171 | 6/28/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 142001 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 50 | TORRES CARDENALES, ANTONIO LUIS<br>URB. HACIENDA MIRAFLORES #6<br>CALLE ORQUIDEA<br>COAMO, PR 00769 | 7/5/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 115453 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 51 | TORRES CARDENALES, ANTONIO LUIS<br>URB. HACIENDA MIRAFLORES 6 CALLE ORQUIDEA<br>COAMO, PR 00769 | 6/28/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 121892 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 52 | TORRES CARMONA, ROGELIO<br>VISTA ALEGRE1914 CALLE FORTUNA<br>PONCE, PR 00717-2301 | 6/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 115699 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 53 | TORRES CRUZ, ELBA A.<br>APTO 607<br>SAN GERMAN, PR 00683 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 150192 | $ 20,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

## One Hundred and Forty-Seventh Omnibus Objection
### Exhibit B - Adjourned

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 54 | TORRES CRUZ, NILDA L.<br>CARR. 183 KM 6 3 BO. HATO<br>SAN LORENZO, PR 00754 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 138938 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 55 | TORRES CRUZ, WANDA I.<br>BLQ K-22 CALLE 6<br>CANOVANAS, PR 00729 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 141936 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 56 | TORRES DE LEON, AIDA L<br>LUIS LLORENS TORRES<br>EDIF. 9 APTO. 175<br>SANTURCE, PR 00913-0000 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 122544 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 57 | TORRES GARCIA, YESSENIA<br>PO BOX 1053<br>VILLALBA, PR 00766 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 123317 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 58 | TORRES MORALES, RICARDO H.<br>PO BOX 2159<br>MAYAGUEZ, PR 00681-2159 | 7/6/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 158933 | $ 13,800.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 59 | TORRES ORTIZ, ROSALIE<br>PO BOX 1752<br>MAYAGUEZ, PR 00681 | 6/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 129836 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

\* Indicates claim contains unliquidated and/or undetermined amounts

## One Hundred and Forty-Seventh Omnibus Objection
### Exhibit B - Adjourned

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 60 | TORRES ORTIZ, ROSALIE<br>PO BOX 1752<br>MAYAGUEZ, PR00681 | 6/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 144633 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 61 | TORRES RAMOS, NORMA I.<br>URB EXT VALLE DE ARRYO<br>BOX 908<br>ARROYO, PR 00714 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 158365 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 62 | TORRES RIVERA, ALICIA<br>BO. RIO CHIQUITO<br>SECTOR COQUI #<br>PONCE, PR 00731 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 163169 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 63 | TORRES RIVERA, ANGELINA<br>2NDA. EXT. PUNTO ORO #6760 AVE. INTERIOR<br>PONCE, PR 00728-2423 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 137013 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 64 | TORRES RODRIGUEZ, MARIA M<br>HC02 BOX 4414<br>VILLALBA, PR 00766 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 152504 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 65 | TORRES RODRIGUEZ, MARIA M.<br>ESTANCIAS DEL BOSQUE<br>L-13 ROBLES<br>CIDRA, PR 00739 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 141386 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

## One Hundred and Forty-Seventh Omnibus Objection
### Exhibit B - Adjourned

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 66 | TORRES RODRIGUEZ, MARIA M.<br>HC 02 BOX 4414<br>VILLALBA, PR 00766 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 151151 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 67 | TORRES SANTIAGO, SONIA M.<br>URB. VALLE HUCARES-126 CALLE YAGRUMO<br>JUANA DIAZ, PR 00795-2814 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 120876 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

|  |  |  |  |  | TOTAL | $ 213,700.00* |