CLERKS OFFICE                                   MARCH 12, 2020

UNITED STATES DISTRIC COURT

ROOM 150 FEDERAL BUILDING

SAN JUAN, PUERTO RICO 00918-1767

RECEIVED & FILED
2020 MAR 13 PM 4:55
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

    IN ANSWER TO THE NEW DOCUMENT FROM THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO. WE ARE SENDING COPIES OF OUR PROOF OF CLAIMS (FORM 410) AND OF OUR PURCHASE CONFIRMATIONS OF ALL OUR P.R. ELECTRIC PWR AUTH. PWR REV. BONDS BOUGHT BY US. ALL THIS FORMS WERE SENT BY US A COUPLE OF YEARS AGO, AND WE ARE ENCLOSING A COPY OF THE CONFIRMATION BY THE PRIME CLERK WHO RECEIVED THEM.

    IN 2018 WE CONSOLIDATED ALL OF OUR INVESTMENT WITH MERRILL LYNCH PIERCE FENNER + SMITH. THEREFORE WE ARE ENCLOSING A COPY OF SOME PAGES OF OUR FEBRUARY 2020 WEALTH MANAGEMENT REPORT FROM MERRILL LYNCH, PAGES 1, 8 AND 9 WERE OUR INVESTMENTS IN P.R. ELECTRIC PWR AND P.R. SALES TAX FING CORP (COFINA) APPEARS AS SEPARATE INVESTMENTS. THE PR SALES TAX FING CORP HAS BEING ALLREADY TRANSFORMED BY THE "PROMESA LAW" AND THE COURT INTO NEW BONDS WITH LOWER VALUES.

    HOPING THIS WILL CLEAR THE OWNERSHIP OF OUR ELECTRIC P.R. PWR BD: AND THAT WE WILL BE REMOVED FROM THE OMNIBUS OBJECTION CLAIM.

    AT THIS TIME I AM 80 YEARS OLD AND HAVE NO COMPUTER NOR E-MAIL

NOTE: CUSIP NUMBERS HAS BEEN CHANGED FROM THE ORIGINAL ONES.

TRULY YOURS,

Juan A. Barnes Velez
Teresa Zamora Eide
3380 DONA JUANA ST./VISTA POIN
PONCE, P.R. 00716-4826