SRF 40424

> **PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THE OBJECTION AFFECTS YOUR CLAIM(S).**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                  Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to PREPA.** |

**ONE HUNDRED EIGHTY-SECOND OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE PUERTO RICO ELECTRIC POWER AUTHORITY TO CLAIMS ASSERTED AGAINST THE INCORRECT DEBTOR**

The Puerto Rico Electric Power Authority ("PREPA"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as PREPA's representative pursuant to Section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] files this one hundred eighty-second omnibus objection (the "One Hundred Eighty-Second Omnibus Objection") to the proofs of claim incorrectly asserted

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

**Prime Clerk** NEW YORK NY 100
830 Third Ave, 9th Floor
New York, NY 10022   APR '18
PM 12 L

In re Commonwealth of Puerto Rico
Case No. 17-03283 –
United States Bankruptcy Court for the District of Puerto Rico (San Juan)

**PRIME CLERK RECEIVED YOUR
PROOF OF CLAIM.**

Date Filed: 3/26/2018
**Proof of Claim No.: 4617**

For additional information, please visit
**http://cases.primeclerk.com/puertorico**, or
call us at **844.822.9231**.

U.S. POSTAGE ⟩⟩ PITNEY BOWES

ZIP 11232
02 4W   $ 000.35⁰
0000349804 APR 23 2018

CORRECT NAME
TERESA ZAMORA CEIDE

Juan A Barnes Velez Teresa Jamaroa Taide
3380 Calle Dona Juana / URB Vista Point
Ponce, PR 00716

6-482680

YR 2018

ORIGINAL PURCHASE CONFIRMATIONS OF PR Electric Aur Auth

From: SANTANDER SECURITIES - TRADE DATE   04-23-10
SETTLEMENT DAY   04-29-10

Cusip No. 74526 QXT4   PRINCIPAL   $150,000.00

From: SANTANDER SECURITIES - TRADE DATE   08-05-10
SETTLEMENT DAY   08-10-10

Cusip No. 74526 QXT4   PRINCIPAL   $35,175.00

From UBS FINANCIAL SERVICES - SETTLEMENT DAY   12-27-10
12-29-10

Cusip No 74526 QZR6   PRINCIPAL   $40,000.00

From UBS FINANCIAL SERVICES - TRADE DATE   04-23-10
SETTLEMENT DAY   04-29-10

Cusip No 74526 QXT4   PRINCIPAL   $50,000.00

$275,175.00

JUAN A. BARNES VELEZ AND
TERESA ZAMORA CEIDE TIC

RECEIVED & FILED
2020 MAR 13   PM 4: 55
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

ONE HUNDRED EIGHTY-SECOND OMNIBUS OBJECTION

Exhibit A – Incorrect Debtor

| | | | ASSERTED | | CORRECTED | |
|---|---|---|---|---|---|---|
| NAME | CLAIM # | DEBTOR | CLAIM AMOUNT | DEBTOR | CLAIM AMOUNT |

| # | NAME | CLAIM # | DEBTOR | CLAIM AMOUNT | DEBTOR | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 32 | HERNANDEZ ORTIZ, ANA A<br>#85 CALLE MAYAGUEZ APT 504<br>CON. TORRELINDA<br>SAN JUAN, PR 00917 | 50038 | PUERTO RICO ELECTRIC POWER AUTHORITY | $9,323.51 | COMMONWEALTH OF PUERTO RICO | $9,323.51 |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

| 33 | ISABEL J RIVERA BONILLA/DEYANIRA BONILLA ACOSTA<br>TURQUESA 108<br>CABO ROJO, PR 00623 | 67095 | PUERTO RICO ELECTRIC POWER AUTHORITY | $150,000.00* | COMMONWEALTH OF PUERTO RICO | $150,000.00* |
|---|---|---|---|---|---|---|

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

| 34 | JOSE GONZALEZ CHAVEZ & TERESA GAVILLAN<br>PASEO DE LA FUERNTE C-5 TIVOLI ST.<br>SAN JUAN, PR 00926 | 40071 | PUERTO RICO ELECTRIC POWER AUTHORITY | $100,000.00 | COMMONWEALTH OF PUERTO RICO | $100,000.00 |
|---|---|---|---|---|---|---|

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

| 35 | JUAN A BARNES VELEZ TERESA ZAMORA TAIDE<br>3380 CALLE DONA JUANA / URB VISTA POINT<br>PONCE, PR 00716 | 4617 | PUERTO RICO ELECTRIC POWER AUTHORITY | $210,000.00 | PUERTO RICO SALES TAX FINANCING CORPORATION | $210,000.00 |
|---|---|---|---|---|---|---|

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Puerto Rico Sales Tax Financing Corporation

* - Indicates claim contains unliquidated and/or undetermined amounts.

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO**

| Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación). | | |
|---|---|---|
| ☐ Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ☐ Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ■ Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

## Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

**Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

**Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.**

**Quienes presenten la documentación deben omitir o editar** información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

**Fill in all the information about the claim as of the Petition Date.**

**Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.**

---

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

**1. Who is the current creditor?**

**¿Quién es el acreedor actual?**

Juan A. Barnes Velez   Teresa Zamota Ceide

Name of the current creditor (the person or entity to be paid for this claim)
Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

Other names the creditor used with the debtor
Otros nombres que el acreedor usó con el deudor _____

---

> **PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO
> TO DETERMINE WHETHER THE OBJECTION AFFECTS YOUR CLAIM(S).**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                  Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to PREPA.** |

### ONE HUNDRED EIGHTY-SECOND OMNIBUS OBJECTION
### (NON-SUBSTANTIVE) OF THE PUERTO RICO ELECTRIC POWER AUTHORITY
### TO CLAIMS ASSERTED AGAINST THE INCORRECT DEBTOR

The Puerto Rico Electric Power Authority ("PREPA"), by and through the Financial

Oversight and Management Board for Puerto Rico (the "Oversight Board"), as PREPA's

representative pursuant to Section 315(b) of the *Puerto Rico Oversight, Management, and*

*Economic Stability Act* ("PROMESA"),[2] files this one hundred eighty-second omnibus objection

(the "One Hundred Eighty-Second Omnibus Objection") to the proofs of claim incorrectly asserted

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

**Prime Clerk** NEW YORK
830 Third Ave, 9th Floor
New York, NY 10022   24 APR '18
PM 12 L

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 11232 $ 000.35⁰
02 4W
0000349804 APR 23 2018

In re Commonwealth of Puerto Rico
Case No. 17-03283 –
United States Bankruptcy Court for the District of Puerto Rico (San Juan)

**PRIME CLERK RECEIVED YOUR**
**PROOF OF CLAIM.**

Date Filed: 3/26/2018
**Proof of Claim No.: 4617**

For additional information, please visit
**http://cases.primeclerk.com/puertorico**, or
call us at **844.822.9231**.

CORRECT NAME
TERESA ZAMORA CEIDE

Juan A Barnes Velez Teresa Jamaroa Taide
3380 Calle Dona Juana / URB Vista Point
Ponce, PR 00716

6-482680

YR 2018

ORIGINAL PURCHASE CONFIRMATIONS OF PR ELECTRIC AUR AUTH

From: SANTANDER SECURITIES - TRADE DATE 04-23-10
SETTLEMENT DAY 04-29-10

Cusip No. 74526 QXT4     PRINCIPAL          $150,000.00

From: SANTANDER SECURITIES - TRADE DATE 08-05-10
SETTLEMENT DAY 08-10-10

Cusip No. 74526 QXT4     PRINCIPAL          $35,175.00

From UBS FINANCIAL SERVICES - SETTLEMENT DAY 12-27-10
12-29-10

Cusip No 74526 QZR6     PRINCIPAL          $40,000.00

From UBS FINANCIAL SERVICES - TRADE DATE 04-23-10
SETTLEMENT DAY 04-29-10

Cusip No 74526 QXT4     PRINCIPAL          $50,000.00

                                          $275,175.00



JUAN A. BARNES VELEZ AND
TERESA ZAMORA CEIDE TIC

RECEIVED & FILED
2020 MAR 13   PM 4: 55
CLERK'S OFFICE
U.S. DISTRICT COURT

ONE HUNDRED EIGHTY-SECOND OMNIBUS OBJECTION

Exhibit A – Incorrect Debtor

| | NAME | CLAIM # | ASSERTED | | CORRECTED | |
|---|---|---|---|---|---|---|
| | | | DEBTOR | CLAIM AMOUNT | DEBTOR | CLAIM AMOUNT |
| 32 | HERNANDEZ ORTIZ, ANA A<br>#85 CALLE MAYAGUEZ APT 504<br>CON. TORRELINDA<br>SAN JUAN, PR 00917 | 50038 | PUERTO RICO ELECTRIC POWER AUTHORITY | $9,323.51 | COMMONWEALTH OF PUERTO RICO | $9,323.51 |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

| | NAME | CLAIM # | ASSERTED | | CORRECTED | |
|---|---|---|---|---|---|---|
| 33 | ISABEL J RIVERA BONILLA/DEYANIRA BONILLA ACOSTA<br>TURQUESA 108<br>CABO ROJO, PR 00623 | 67095 | PUERTO RICO ELECTRIC POWER AUTHORITY | $150,000.00* | COMMONWEALTH OF PUERTO RICO | $150,000.00* |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

| | NAME | CLAIM # | ASSERTED | | CORRECTED | |
|---|---|---|---|---|---|---|
| 34 | JOSE GONZALEZ CHAVEZ & TERESA GAVILLAN<br>PASEO DE LA FUERNTE C-5 TIVOLI ST.<br>SAN JUAN, PR 00926 | 40071 | PUERTO RICO ELECTRIC POWER AUTHORITY | $100,000.00 | COMMONWEALTH OF PUERTO RICO | $100,000.00 |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

| | NAME | CLAIM # | ASSERTED | | CORRECTED | |
|---|---|---|---|---|---|---|
| 35 | JUAN A BARNES VELEZ TERESA ZAMORA TAIDE<br>3380 CALLE DONA JUANA / URB VISTA POINT<br>PONCE, PR 00716 | 4617 | PUERTO RICO ELECTRIC POWER AUTHORITY | $210,000.00 | PUERTO RICO SALES TAX FINANCING CORPORATION | $210,000.00 |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Puerto Rico Sales Tax Financing Corporation

* - Indicates claim contains unliquidated and/or undetermined amounts.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

| Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación). | | |
|---|---|---|
| ☐ Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ☐ Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ▣ Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

## Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

**Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.**

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

**Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.**

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. **No adjunte documentos originales,** ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

1. **Who is the current creditor?**

   **¿Quién es el acreedor actual?**

   _Juan A. Barnes Velez   Teresa Zamora Ceide_

   Name of the current creditor (the person or entity to be paid for this claim)
   Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

   Other names the creditor used with the debtor _____
   Otros nombres que el acreedor usó con el deudor _____

2. **Has this claim been acquired from someone else?**

   ¿Esta reclamación se ha adquirido de otra persona?

   ☑ No / No
   ☐ Yes. From whom?
   Sí. ¿De quién? _____

3. **Where should notices and payments to the creditor be sent?**

   Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

   ¿A dónde deberían enviarse las notificaciones al acreedor?

   Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g

   | Where should notices to the creditor be sent? ¿A dónde deberían enviarse las notificaciones al acreedor? | Where should payments to the creditor be sent? (if different) ¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente) |
   |---|---|
   | Juan A. Barnes Velez | Juan A. Barnes Velez |
   | Name / Nombre | Name / Nombre |
   | 3380 Dona Juana St / Vistapoint | 3380 Dona Juana St / Vistapoint |
   | Number / Número   Street / Calle | Number / Número   Street / Calle |
   | Ponce   P.R.   00716-4826 | Ponce   P.R.   00716-4826 |
   | City / Ciudad   State / Estado   ZIP Code / Código postal | City / Ciudad   State / Estado   ZIP Code / Código postal |
   | Contact phone / Teléfono de contacto | Contact phone / Teléfono de contacto |
   | Contact email / Correo electrónico de contacto | Contact email / Correo electrónico de contacto |

4. **Does this claim amend one already filed?**

   ¿Esta reclamación es una enmienda de otra presentada anteriormente?

   ☑ No / No
   ☐ Yes.  Claim number on court claims registry (if known)
   Sí.  Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo)_____
   Filed on / Presentada el _____ (MM /DD/YYYY) / (DD/MM/AAAA)

5. **Do you know if anyone else has filed a proof of claim for this claim?**

   ¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?

   ☑ No / No
   ☐ Yes. Who made the earlier filing?
   Sí. ¿Quién hizo la reclamación anterior?_____

---

| Part 2 / Parte 2: | **Give Information About the Claim as of the Petition Date** |
|---|---|
| | **Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.** |

6. **Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?**

   ¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico?

   ☑ No / No
   ☐ Yes.  Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)
   Sí.  Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/.)

   _____

7. **Do you supply goods and / or services to the government?**

   ¿Proporciona bienes y / o servicios al gobierno?

   ☑ No / No
   ☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:

   Vendor / Contract Number | Número de proveedor / contrato: _____

   List any amounts due after the Petition Date (listed above) but before June 30, 2017:
   Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017  $ _____

---

SRF 40424

> **PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO**
> **TO DETERMINE WHETHER THE OBJECTION AFFECTS YOUR CLAIM(S).**

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to PREPA.** |

### ONE HUNDRED EIGHTY-SECOND OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE PUERTO RICO ELECTRIC POWER AUTHORITY TO CLAIMS ASSERTED AGAINST THE INCORRECT DEBTOR

The Puerto Rico Electric Power Authority ("PREPA"), by and through the Financial

Oversight and Management Board for Puerto Rico (the "Oversight Board"), as PREPA's

representative pursuant to Section 315(b) of the *Puerto Rico Oversight, Management, and*

*Economic Stability Act* ("PROMESA"),[2] files this one hundred eighty-second omnibus objection

(the "One Hundred Eighty-Second Omnibus Objection") to the proofs of claim incorrectly asserted

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

**Prime Clerk** NEW YORK, NY 100
830 Third Ave, 9th Floor 300
New York, NY 10022    APR '18

PM 12 L

U.S.POSTAGE >> PITNEY BOWES

ZIP 11232 $ 000.35⁰
02 4W
0000349804 APR 23 2018

In re Commonwealth of Puerto Rico
Case No. 17-03283 –
United States Bankruptcy Court for the District of Puerto Rico (San Juan)

**PRIME CLERK RECEIVED YOUR**
**PROOF OF CLAIM.**

Date Filed: 3/26/2018
**Proof of Claim No.: 4617**

For additional information, please visit
**http://cases.primeclerk.com/puertorico**, or
call us at **844.822.9231**.

CORRECT NAME
TERESA ZAMORA CEIDE

Juan A Barnes Velez Teresa Jamaroa Taide
3380 Calle Dona Juana / URB Vista Point
Ponce, PR 00716

6-482680

YR 2018

ORIGINAL PURCHASE CONFIRMATIONS OF PR ELECTRIC PWR AUTH

From: SANTANDER SECURITIES . TRADE DATE 04-23-10
SETTLEMENT DAY 04-29-10

Cusip No. 74526QXT4   PRINCIPAL   $150,000.00

From: SANTANDER SECURITIES - TRADE DATE 08-05-10
SETTLEMENT DAY 08-10-10

Cusip No. 74526QXT4   PRINCIPAL   $35,175.00

From UBS FINANCIAL SERVICES - SETTLEMENT DAY 12-27-10
12-29-10

Cusip No 74526 QZR6   PRINCIPAL   $40,000.00

From UBS FINANCIAL SERVICES - TRADE DATE 04-23-10
SETTLEMENT DAY 04-29-10

Cusip No 74526 QXT4   PRINCIPAL   $50,000.00

$275,175.00

JUAN A. BARNES VELEZ AND
TERESA ZAMORA CEIDE TIC

RECEIVED & FILED
2020 MAR 13   PM 4: 55
CLERK'S OFFICE
U.S DISTRICT COURT

ONE HUNDRED EIGHTY-SECOND OMNIBUS OBJECTION

Exhibit A – Incorrect Debtor

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLAIM AMOUNT | CORRECTED DEBTOR | CORRECTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 32 | HERNANDEZ ORTIZ, ANA A<br>#85 CALLE MAYAGUEZ APT 504<br>CON. TORRELINDA<br>SAN JUAN, PR 00917 | 50038 | PUERTO RICO ELECTRIC POWER AUTHORITY | $9,323.51 | COMMONWEALTH OF PUERTO RICO | $9,323.51 |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLAIM AMOUNT | CORRECTED DEBTOR | CORRECTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 33 | ISABEL J RIVERA BONILLA/DEYANIRA BONILLA ACOSTA<br>TURQUESA 108<br>CABO ROJO, PR 00623 | 67095 | PUERTO RICO ELECTRIC POWER AUTHORITY | $150,000.00* | COMMONWEALTH OF PUERTO RICO | $150,000.00* |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLAIM AMOUNT | CORRECTED DEBTOR | CORRECTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 34 | JOSE GONZALEZ CHAVEZ & TERESA GAVILLAN<br>PASEO DE LA FUERNTE C-5 TIVOLI ST.<br>SAN JUAN, PR 00926 | 40071 | PUERTO RICO ELECTRIC POWER AUTHORITY | $100,000.00 | COMMONWEALTH OF PUERTO RICO | $100,000.00 |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLAIM AMOUNT | CORRECTED DEBTOR | CORRECTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| * 35 | JUAN A BARNES VELEZ TERESA ZAMORA TAIDE<br>3380 CALLE DONA JUANA / URB VISTA POINT<br>PONCE, PR 00716 | 4617 | PUERTO RICO ELECTRIC POWER AUTHORITY | $210,000.00 | PUERTO RICO SALES TAX FINANCING CORPORATION | $210,000.00 |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Puerto Rico Sales Tax Financing Corporation

* - Indicates claim contains unliquidated and/or undetermined amounts.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

| Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación). | | |
|---|---|---|
| ☐ Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ☐ Employees Retirement System of the Government of the<br>Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado<br>Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ■ Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

## Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación
04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

**1. Who is the current creditor?**

**¿Quién es el acreedor actual?**

Juan A. Barnes Velez  Teresa Zamora Ceide

Name of the current creditor (the person or entity to be paid for this claim)
Nombre del acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

Other names the creditor used with the debtor
Otros nombres que el acreedor usó con el deudor _____

**2. Has this claim been acquired from someone else?**

☒ No / No

☐ Yes. From whom?

Sí. ¿De quién? _____

**¿Esta reclamación se ha adquirido de otra persona?**

---

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**¿A dónde deberían enviarse las notificaciones al acreedor?**

Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g)

| Where should notices to the creditor be sent?<br>¿A dónde deberían enviarse las notificaciones al acreedor? | Where should payments to the creditor be sent?<br>(if different)<br>¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente) |
|---|---|
| Juan A. Barnes Velez<br>Name / Nombre | Juan A. Barnes Velez<br>Name / Nombre |
| 3380 Dona Juana St / Vistapoint<br>Number / Número   Street / Calle | 3380 Dona Juana St. / Vistapoint<br>Number / Número   Street / Calle |
| Ponce   P.R.   00716-4826<br>City / Ciudad   State / Estado   ZIP Code / Código postal | Ponce   P.R.   00716-4826<br>City / Ciudad   State / Estado   ZIP Code / Código postal |
| Contact phone / Teléfono de contacto | Contact phone / Teléfono de contacto |
| Contact email / Correo electrónico de contacto | Contact email / Correo electrónico de contacto |

---

**4. Does this claim amend one already filed?**

☒ No / No

☐ Yes.  Claim number on court claims registry (if known) _____

Sí.   Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo) _____

Filed on / Presentada el _____ (MM /DD/YYYY) / (DD/MM/AAAA)

**¿Esta reclamación es una enmienda de otra presentada anteriormente?**

---

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☒ No / No

☐ Yes. Who made the earlier filing?

Sí. ¿Quién hizo la reclamación anterior? _____

**¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?**

---

**Part 2 / Parte 2:**   **Give Information About the Claim as of the Petition Date**

**Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.**

---

**6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?**

☒ No / No

☐ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)
Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/.)

_____

**¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico?**

---

**7. Do you supply goods and / or services to the government?**

☒ No / No

☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:

Vendor / Contract Number | Número de proveedor / contrato: _____

List any amounts due after the Petition Date (listed above) but before June 30, 2017:
Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017  $ _____

**¿Proporciona bienes y / o servicios al gobierno?**

---

**8. How much is the claim?**       $ __275,000.00__   **Does this amount include interest or other charges?**

¿Cuál es el importe de la reclamación?

¿Este importe incluye intereses u otros cargos?

☐ No / No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A).

**9. What is the basis of the claim?**

¿Cuál es el fundamento de la reclamación?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

__CAPITAL LOSS__

**10. Is all or part of the claim secured?**

¿La reclamación está garantizada de manera total o parcial?

☒ No / No

☐ Yes. The claim is secured by a lien on property.

Sí. La reclamación está garantizada por un derecho de retención sobre un bien.

Nature of property / Naturaleza del bien:
☐ Motor vehicle / Vehículos

☒ Other. Describe:
Otro. Describir:   __P.R. ELECTRIC POWER AUTHORITY (PREPA)__

Basis for perfection / Fundamento de la realización de pasos adicionales: _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.

Value of property / Valor del bien:       $_____

Amount of the claim that is secured /
Importe de la reclamación que está garantizado: $_____

Amount of the claim that is unsecured /
Importe de la reclamación que no está garantizado: $_____
(The sum of the secured and unsecured amounts should match the amount in line 7.)
(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

Amount necessary to cure any default as of the Petition Date /
Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $_____
_____

Annual Interest Rate (on the Petition Date)
Tasa de interés anual (cuando se presentó el caso)_____%
☐ Fixed / Fija
☐ Variable / Variable

**11. Is this claim based on a lease?**

¿Esta reclamación está basada en un arrendamiento?

☐ No / No

☐ Yes. Amount necessary to cure any default as of the Petition Date.
Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso $_____

| | |
|---|---|
| **12. Is this claim subject to a right of setoff?**<br><br>¿La reclamación está sujeta a un derecho de compensación? | ■ No / No<br><br>☐ Yes. Identify the property /<br>   Sí. Identifique el bien: _____ |

| | |
|---|---|
| **13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.?** | ☐ No / No<br><br>☐ Yes. Indicate the amount of your claim arising from the value of any goods received    $_____<br>by the debtor within 20 days before the Petition Date in these Title III case(s), in<br>which the goods have been sold to the debtor in the ordinary course of such<br>debtor's business. Attach documentation supporting such claim.<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien<br>recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos<br>casos del Título III, en el que los bienes se han vendido al deudor en el transcurso<br>normal de los negocios del deudor. Adjunte la documentación que respalda dicha<br>reclamación. |

## Part 3 / Parte 3:   Sign Below / Firmar a continuación

| | |
|---|---|
| The person completing this proof of claim must sign and date it. FRBP 9011(b).<br><br>If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.<br><br>La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).<br><br>Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma. | *Check the appropriate box / Marque la casilla correspondiente:*<br><br>■ I am the creditor. / Soy el acreedor.<br>☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.<br>☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.<br>☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.<br><br>I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.<br><br>Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda<br><br>I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.<br><br>He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.<br><br>I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.<br><br>Executed on date /Ejecutado el _____ (MM/DD/YYYY) / (DD/MM/AAAA)<br><br>Signature / Firma _____<br><br>Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación: |

Name   _JuAN_____   _A._____   _BARNES - VELEZ_____
       First name / Primer nombre     Middle name / Segundo nombre     Last name / Apellido

Title / Cargo   _____

Company / Compañía   _____
                     Identify the corporate servicer as the company if the authorized agent is a servicer.
                     Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador

Address / Dirección   _____
                     Number / Número        Street / Calle

                     _____
                     City / Ciudad          State / Estado     ZIP Code / Código postal

Contact phone / Teléfono de contacto_____   Email / Correo electrónico_____

**Santander**

SECURITIES
B7 Calle Tabonuco STE 1800, Guaynabo, Puerto Rico 00968-3028  (787) 759-5330

PAGE: 1 of 2

# CONFIRMATION

MAIL TO:

00008645 01 AT  0.357 01 TR 00040 XPVL1MT1
JUAN A BARNES VELEZ AND
TERESA ZAMORA DE BARNES TENCOM
VISTAPOINT
3380 CALLE DONA JUANA
PONCE PR 00716-4826



FOR THE ACCOUNT OF:

JUAN A BARNES VELEZ AND
TERESA ZAMORA DE BARNES TENCOM

ACCOUNT NUMBER:
ACCOUNT TYPE:            2
YOUR ACCOUNT EXECUTIVE:
HORTENSIA LLAVAT
A.E. NUMBER:          155

---

YOU BOUGHT:

PUERTO RICO ELEC PWR AUTH PWR REV TAXABLE-SER YY-BUILD
AMER BDS ISSUER SUBSIDY INT RATE  6.125%
MATURITY  07/01/2040 DATED 04/29/2010 BOOK ENTRY ONLY
CALLABLE 07/01/20 @  100.000 1ST CPN DTE 07/01/10
CPN PMT QUARTERLY ON J,A,J,O 01 MOODY RATING A3
S & P RATING BBB+ FITCH RATING BBB+ TAX EXEMPT - PUERTO
RICO RESIDENTS ONLY  REVENUE BOND  SINKING FUND
07/01/37 @  100.000

| | TRADE DATE: | 04-23-10 |
| --- | --- | --- |
| | PROCESS DATE: | 04-23-10 |
| | SETTLEMENT DATE: | 04-29-10 |
| | CUSIP NUMBER: | 74526Q-XT-4 |

WE CONFIRM THE BELOW TRADE(S), SUBJECT TO THE TERMS AND CONDITIONS SET FORTH ON THIS CONFIRMATION

| TRADE NUMBER | QUANTITY | PRICE | PRINCIPAL | INTEREST | COMMISSION COMM EQUIV | SERVICE CHARGE | TRANS. FEE | NET AMOUNT USD | CPTY |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| T3TOLY | 150,000 | 100.0000000 | 150,000.00 | | | 2.00 | | 150,002.00 | 6 |

TX EX FOR PR RSDNTS
  YIELD    6.125% TO    PAR CALL          YIELD    6.125% TO    MATURITY
ADDITIONAL CALL FEATURES EXIST THAT MAY AFFECT YIELD; COMPLETE INFORMATION WILL BE PROVIDED UPON REQUEST

A COPY OF THE OFFICIAL STATEMENT FOR THIS INVESTMENT IS AVAILABLE AT WWW.EMMA.MSRB.ORG. PLACE THE 9-DIGIT
CUSIP NUMBER LISTED ABOVE IN THE SEARCH FIELD AND HIT ENTER. IF YOU DO NOT HAVE ACCESS TO THE INTERNET OR
WOULD PREFER A PHYSICAL COPY OF THE OFFICIAL STATEMENT, PLEASE CONTACT YOUR INVESTMENT PROFESSIONAL.

| TOTALS | 150,000 | | 150,000.00 | | | 2.00 | | 150,002.00 | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

THIS CONFIRMATION IS AN ADVICE NOT AN INVOICE. REMITTANCE OR SECURITIES ARE DUE ON OR BEFORE SETTLEMENT DATE.
THE PRODUCTS OFFERED: 1) ARE NOT FDIC INSURED, 2) ARE NOT DEPOSITS, 3) INVOLVE INVESTMENT RISKS,
INCLUDING POSSIBLE LOSS OF PRINCIPAL AMOUNT INVESTED.

SEE TERMS AND CONDITIONS AND EXPLANATION OF CODED SYMBOLS RELATING TO THIS CONFIRMATION ON OTHER THAN ROUND LOTS (NORMALLY 100 SHARES) IF DIF
APPEARS ABOVE AN ODD-LOT DIFFERENTIAL HAS BEEN CHARGED IN CONNECTION WITH THIS TRANSACTION. THE AMOUNT OF SUCH DIFFERENTIAL WILL BE FURNISHED UPON REQUEST.
CLEARING THROUGH PERSHING LLC  A SUBSIDIARY OF THE BANK OF NEW YORK MELLON CORPORATION, MEMBER FINRA, NYSE, SIPC ONE PERSHING PLAZA, JERSEY CITY, NJ 07399

Santander
SECURITIES
B7 Calle Tabonuco STE 1800, Guaynabo, Puerto Rico 00968-3028 (787) 759-5330

Go paperless
Ask about e-delivery

IF YOU WOULD LIKE TO RECEIVE YOUR TRADE CONFIRMATIONS ONLINE, PLEASE CONTACT YOUR INVESTMENT PROFESSIONAL OR FINANCIAL ORGANIZATION.

PAGE: 4 of 5

# CONFIRMATION

MAIL TO:

JUAN A BARNES VELEZ AND
TERESA ZAMORA DE BARNES TENCOM
VISTAPOINT
3380 CALLE DONA JUANA
PONCE PR 00716-4826

FOR THE ACCOUNT OF:

JUAN A BARNES VELEZ AND
TERESA ZAMORA DE BARNES TENCOM

ACCOUNT NUMBER:
ACCOUNT TYPE:          1
YOUR ACCOUNT EXECUTIVE:
HORTENSIA LLAVAT
A.E. NUMBER:          155

For additional trade confirmations, please see the reverse side.

YOU BOUGHT:

PUERTO RICO ELEC PWR AUTH PWR REV TAXABLE-SER YY-BUILD
AMER BDS ISSUER SUBSIDY-RFDG INT RATE 6.125%
MATURITY 07/01/2040 DATED 04/29/2010 BOOK ENTRY ONLY
CALLABLE 07/01/20 @ 100.000 1ST CPN DTE 07/01/10
CPN PMT QUARTERLY ON J,A,J,O 01 MOODY RATING A3
S & P RATING BBB+ FITCH RATING BBB+ TAX EXEMPT - PUERTO
RICO RESIDENTS ONLY  REVENUE BOND  SINKING FUND
07/01/37  @  100.000

TRADE DATE:        08-05-10
PROCESS DATE:      08-05-10
SETTLEMENT DATE:   08-10-10
CUSIP NUMBER:      74526Q-XT-4

WE CONFIRM THE BELOW TRADE(S), SUBJECT TO THE TERMS AND CONDITIONS SET FORTH ON THIS CONFIRMATION

| TRADE NUMBER | QUANTITY | PRICE | PRINCIPAL | INTEREST | COMMISSION COMM EQUIV | SERVICE CHARGE | TRANS. FEE | NET AMOUNT USD | CPTY |
|---|---|---|---|---|---|---|---|---|---|
| Y15182 | 35,000 | 100.50 | 35,175.00 | 232.24 | | 2.00 | | 35,409.24 | 5 |

LOWER YIELD IS TO    CALL              DATE OF 07/01/2020  @ $100.000
TX EX FOR PR RSDNTS
   YIELD    6.057% TO    PAR CALL        YIELD    6.088% TO    MATURITY
ADDITIONAL CALL FEATURES EXIST THAT MAY AFFECT YIELD; COMPLETE INFORMATION WILL BE PROVIDED UPON REQUEST

A COPY OF THE OFFICIAL STATEMENT FOR THIS INVESTMENT IS AVAILABLE AT WWW.EMMA.MSRB.ORG. PLACE THE 9-DIGIT
CUSIP NUMBER LISTED ABOVE IN THE SEARCH FIELD AND HIT ENTER. IF YOU DO NOT HAVE ACCESS TO THE INTERNET OR
WOULD PREFER A PHYSICAL COPY OF THE OFFICIAL STATEMENT, PLEASE CONTACT YOUR INVESTMENT PROFESSIONAL.

| TOTALS | 35,000 | | 35,175.00 | 232.24 | | 2.00 | | 35,409.24 | |

THIS CONFIRMATION IS AN ADVICE NOT AN INVOICE. REMITTANCE OR SECURITIES ARE DUE ON OR BEFORE SETTLEMENT DATE.
THE PRODUCTS OFFERED: 1) ARE NOT FDIC INSURED, 2) ARE NOT DEPOSITS, 3) INVOLVE INVESTMENT RISKS,
INCLUDING POSSIBLE LOSS OF PRINCIPAL AMOUNT INVESTED.

SEE TERMS AND CONDITIONS AND EXPLANATION OF CODED SYMBOLS RELATING TO THIS CONFIRMATION ON OTHER THAN ROUND LOTS (NORMALLY 100 SHARES) IF DIF
APPEARS ABOVE AN ODD-LOT DIFFERENTIAL HAS BEEN CHARGED IN CONNECTION WITH THIS TRANSACTION. THE AMOUNT OF SUCH DIFFERENTIAL WILL BE FURNISHED UPON REQUEST.
CLEARING THROUGH PERSHING LLC A SUBSIDIARY OF THE BANK OF NEW YORK MELLON CORPORATION, MEMBER FINRA NYSE, SIPC ONE PERSHING PLAZA, JERSEY CITY, NJ 07399

# Confirmation

PAGE   1 OF   2



**UBS FINANCIAL SERVICES
INCORPORATED OF PUERTO RICO
2053 PONCE BY PASS, SUITE 101
PONCE PR 00717-1307**

OTH1000074 0000000540000000540101191230 0002S

**Account Number
Your Financial Advisor**
GONZALEZ,JUAN
787-843-8905/

*Important*

Please retain for your records.

00000054 01 SP  0.440 01  TR 00001 BCDD190D 000000 edg

JUAN A. BARNES VELEZ
VISTAPOINT 3380
CALLE DONA JUANA
PONCE PR 00716-4826



ııl|ıl|ıı|ı|ᵐ|ıı|ᵖ|ı|ıᵖ||ıᴵ|ılı|ıᴵ||ᴵ|ıı||ᴵ|ᵖ||ı|ᵖ|ı|ᵖ|ı

We confirm the following transaction(s):

| Trade activity | | | Trade date | — | Date processed | | | Payment date/<br>Settlement date |
|---|---|---|---|---|---|---|---|---|
| | | | 12/27/2010 | | 12/27/2010 | | | 12/29/2010 |
| **Reference<br>no.** | **Quantity/<br>Face value** | **Description** | **Price** | **Gross<br>amount** | **Commission/<br>Mark-up** | **Accrued<br>interest** | **Other Fees<br>and charges** | **Total amount** |
| | | | | | | | | $40,000.00 |
| 05599 | 40,000 | PUERTO RICO ELEC PWR AU | 100.0000000 | $40,000.00 | | | | |
| | | SER EEE-B RV       BE/R/ | 5.950 070130 DTD 122910 | | | | | |
| | | 5.950% YIELD TO CALL | | | | | | |

BOUGHT

Call features may exist which may affect yield. Additional information on request.
You may obtain a copy of the offering document for this security at http://www.emma.msrb.org, or
request one from your financial advisor.  Please be advised that the offering document has important
information about the product's features, including potential risks that you may wish to discuss with
your financial advisor.
Subject to Federal Taxation

CUSIP NO. 74526QZR6
Capacity: Principal

00000054  00000074

UBS FINANCIAL SERVICES
INCORPORATED OF PUERTO RICO
2053 PONCE BY PASS, SUITE 101
PONCE PR 00717-1307

PRO1006769 0000000370000488 L13964310 0002S

# Confirmation

PAGE   1 OF   2

**Account Number**

**Your Financial Advisor**
GONZALEZ,JUAN
787-843-8905/

*Important*
Please retain for your records.

JUAN A. BARNES VELEZ
VISTAPOINT 3380
CALLE DONA JUANA
PONCE PR 00716-4826

007154

We confirm the following transaction(s):

Trade activity

| BOUGHT | | | Trade date | | Date processed | | Payment date/ Settlement date | |
|---|---|---|---|---|---|---|---|---|
| | | | 04/23/2010 | | 04/23/2010 | | 04/29/2010 | |
| Reference no. | Quantity/ Face value | Description | Price | Gross amount | Commission/ Mark-up | Accrued Interest | Other Fees and charges | Total amount |
| 43972 | 50,000 | PUERTO RICO ELEC PWR AUTH PWR REV DUE 07/01/2040 6.125% INTEREST 07/01/2020 a 100.000 07/01/2010 BOOK ENTRY ONLY 6.125% YIELD TO CALL 6.125% YIELD TO MATURITY | 100.0000000 DATED 04/29/2010 CALLABLE-NEXT PRICING CALL FIRST INTEREST PAYMENT QUARTERLY INTEREST 07/01/2020 a $100.000 | $50,000.00 | | | | $50,000.00 |

Prospectus enclosed or sent under separate cover.
Call features may exist which may affect yield. Additional information on request.

CUSIP NO. 74526QXT4
Capacity: Principal



# MERRILL
## A BANK OF AMERICA COMPANY

Primary Account: 5PR-18818

JUAN A BARNES VELEZ AND
TERESA ZAMORA CEIDE TIC
3380 CALLE DONA JUANA
URB VISTA POINT
PONCE PR 00716-4826

# ■ WEALTH MANAGEMENT REPORT
February 01, 2020  February 28, 2020

## PORTFOLIO SUMMARY

| | February 28 | January 31 | Month Change | |
|---|---|---|---|---|
| **Net Portfolio Value** | **($1,855,107.38)** | **$1,856,716.85** | **($1,609.47)** | ▼ |
| Your assets | $1,855,107.38 | $1,856,716.85 | ($1,609.47) | ▼ |
| Your liabilities | | | | |
| Your Net Cash Flow (Inflows/Outflows) | ($7,736.27) | $195,596.29 | | |
| Securities You Transferred In/Out | | | | |
| ***Subtotal Net Contributions*** | ***($7,736.27)*** | ***$195,596.29*** | | |
| Your Dividends/Interest Income | ($4,021.72) | $7,834.94 ✓ | | |
| Your Market Gains/(Losses) | $2,105.08 ✓ | $15,211.28 | | |
| ***Subtotal Investment Earnings*** | ***$6,126.80*** | ***$23,046.22*** | | |

If you have questions on your statement,
call 24-Hour Assistance:
**(800) MERRILL**
**(800) 637-7455**
Access Code: 47-577-18818

**Investment Advice and Guidance:**
**Call Your Financial Advisor**

**Your Financial Advisor:**
JAVIER ESTREMERA
#15 SECOND STREET, SUITE 210
GUAYNABO PR      00968
javier.estremera@ml.com
1-800-523-0663

Up-to-date account information can be viewed
at: www.mymerrill.com, where your statements
are archived for three or more years.

Questions about MyMerrill? Click the "help" tab
at the top of the screen once you log in.

**Total Value (Net Portfolio Value plus Assets Not Held/Valued By MLPF&S, if any) in millions, 2018-2020**



# YOU MAY STILL BE ABLE TO MAKE A 2019 IRA CONTRIBUTION UNTIL

4/15/2020. If you earned income in 2019 and have not made an IRA contribution for 2019, you generally have until April 15, 2020 to make your contribution. Call your advisor today for details.

*Merrill Lynch, Pierce, Fenner & Smith Incorporated (also referred to as "MLPF&S" or "Merrill") makes available certain investment products sponsored, managed, distributed or provided by companies that are affiliates of Bank of America Corporation (BofA Corp). MLPF&S is a registered broker-dealer, Member SIPC and a wholly owned subsidiary of BofA Corp.*
Investment products:   | Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |

JUAN A BARNES VELEZ AND

Account Number.

**24-Hour Assistance:  (800) MERRILL**
Access Code: 47-577-18818

## YOUR CMA ASSETS

February 01, 2020 - February 28, 2020

| **MUNICIPAL BONDS**  (continued) Description | Acquired | Quantity | Adjusted/Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Accrued Interest | Estimated Annual Income |
|---|---|---|---|---|---|---|---|---|
| △ PUERTO RICO PUB BLDG AT | 08/11/11 | 95,000 | 95,001.26 | 86.1250 | 81,818.75 ✓ | (13,182.51) | | DEF |
| RV GTD GOVT GUAR TAXABLE   AUG11  05.650%JUL01 2028 | | | | | | | | |
| MOODY'S: CA S&P: *** CUSIP: 745235M57 | | | | | | | | |
| ORIGINAL UNIT/TOTAL COST: 100.0000/95,001.50 | | | | | | | | |
| PUERTO RICO PUB BLDG AT | 08/11/11 | 47,000 | 47,000.00 | 86.1250 | 40,478.75 ✓ | (6,521.25) | | DEF |
| Subtotal | | 142,000 | 142,001.26 | | **122,297.50** | (19,703.76) | | |
| ✗PUERTO RICO ELEC PWR | 12/27/10 | 40,000 | 40,000.00 | 79.6750 | **31,870.00** | (8,130.00) | | **DEF** |
| AUTH PWR REV ELE TAXABLE   DEC10  05.950%JUL01 2030 | | | | | | | | |
| MOODY'S: *** S&P: *** CUSIP: 74526Q169 | | | | | | | | |
| PAR CALL DATE: 07/01/20  PAR CALL PRICE: 100.00 | | | | | | | | |
| PUERTO RICO PUB FIN CORP | 06/14/12 | 100,000 | 100,000.00 | 3.8750 | **3,875.00** ✓ | (96,125.00) | | **DEF** |
| COMWLTH A LOC TAXABLE   JUN12  05.350%AUG01 2031 | | | | | | | | |
| MOODY'S: C S&P: *** CUSIP: 745291VJ0 | | | | | | | | |
| PAR CALL DATE: 08/01/22  PAR CALL PRICE: 100.00 | | | | | | | | |
| PUERTO RICO AQUEDUCT-SWR | 04/23/09 | 25,000 | 23,728.90 | 95.1250 | 23,781.25 ✓ | 52.35 | 114.38 | **1,525** |
| ATRV SER A GUAR TAXABLE   MAR08  06.100%JUL01 2034 | | | | | | | | |
| MOODY'S: CA S&P: *** CUSIP: 74516QQF1 | | | | | | | | |
| PAR CALL DATE: 06/30/34  PAR CALL PRICE: 100.00 | | | | | | | | |
| ORIGINAL UNIT/TOTAL COST: 93.7500/23,728.90 | | | | | | | | |
| CURRENT YIELD  6.41% | | | | | | | | |
| PUERTO RICO AQUEDUCT-SWR | 03/10/08 | 135,000 | 135,000.00 | 95.1250 | **128,418.75** ✓ | (6,581.25) | 617.63 | **8,235** |
| ATRV SER B GTD TAXABLE   MAR08  06.100%JUL01 2034 | | | | | | | | |
| MOODY'S: CA S&P: *** CUSIP: 74516QPR6 | | | | | | | | |
| PAR CALL DATE: 06/30/34  PAR CALL PRICE: 100.00 | | | | | | | | |
| CURRENT YIELD  6.41% | | | | | | | | |
| EMPLOYEES RET GOVT | 01/25/08 | 25,000 | 25,000.00 | 20.3380 | 5,084.50 ✓ | (19,915.50) | | DEF |
| COMWLTH PR SER A TAXABLE   JAN08  06.150%JUL01 2038 | | | | | | | | |
| MOODY'S: C S&P: *** CUSIP: 29216MAC4 | | | | | | | | |
| PAR CALL DATE: 06/30/38  PAR CALL PRICE: 100.00 | | | | | | | | |



**MERRILL**
A BANK OF AMERICA COMPANY

JUAN A BARNES VELEZ AND

Account Number

## YOUR CMA ASSETS

February 01, 2020 - February 28, 2020

**MUNICIPAL BONDS** (continued)

| Description | Acquired | Quantity | Adjusted/Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Accrued Interest | Estimated Annual Income |
|---|---|---|---|---|---|---|---|---|
| EMPLOYEES RET GOVT | 11/01/11 | 25,000 | 24,192.00 | 20.3380 | 5,084.50 | (19,107.50) | | DEF |
| ORIGINAL UNIT/TOTAL COST: 96.7600/24,192.00 | | | | | | | | |
| Subtotal | | 50,000 | 49,192.00 | | **10,169.00** | (39,023.00) | | |
| PR SALES TAX FING CORP | 02/13/19 | 31,000 | 25,844.04 | 99.6250 | 30,883.75 | 5,039.71 | 223.33 | 1,411 |
| SLS REV A-2 OID TAXABLE AUG18 04.550%JUL01 2040 | | | | | | | | |
| MOODY'S: *** S&P: *** CUSIP: 74529JQY4 | | | | | | | | |
| PAR CALL DATE: 07/01/28 PAR CALL PRICE: 100.00 | | | | | | | | |
| ORIGINAL UNIT/TOTAL COST: 83.3678/25,710.78 | | | | | | | | |
| CURRENT YIELD 4.56% | | | | | | | | |
| PR SALES TAX FING CORP | 02/13/19 | 69,000 | 57,523.83 | 99.6250 | 68,741.25 | 11,217.42 | 497.09 | 3,140 |
| ORIGINAL UNIT/TOTAL COST: 83.3678/57,227.22 | | | | | | | | |
| PR SALES TAX FING CORP | 02/13/19 | 14,000 | 11,671.51 | 99.6250 | 13,947.50 | 2,275.99 | 100.86 | 637 |
| ORIGINAL UNIT/TOTAL COST: 83.3679/11,611.32 | | | | | | | | |
| PR SALES TAX FING CORP | 02/13/19 | 16,000 | 13,338.86 | 99.6250 | 15,940.00 | 2,601.14 | 115.27 | 728 |
| ORIGINAL UNIT/TOTAL COST: 83.3678/13,270.08 | | | | | | | | |
| PR SALES TAX FING CORP | 02/13/19 | 14,000 | 11,671.51 | 99.6250 | 13,947.50 | 2,275.99 | 100.86 | 637 |
| ORIGINAL UNIT/TOTAL COST: 83.3679/11,611.32 | | | | | | | | |
| Subtotal | | 144,000 | 120,049.75 | | **143,460.00** | 23,410.25 | 1,037.41 | **6,553** |
| Δ PUERTO RICO ELEC PWR | 04/23/10 | 35,000 | 35,000.16 | 80.1250 | 28,043.75 | (6,956.41) | | DEF |
| AUTH PWR REV TAXABLE APR10 06.125%JUL01 2040 | | | | | | | | |
| MOODY'S: *** S&P: *** CUSIP: 74526QV74 | | | | | | | | |
| PAR CALL DATE: 07/01/20 PAR CALL PRICE: 100.00 | | | | | | | | |
| ORIGINAL UNIT/TOTAL COST: 100.0004/35,000.17 | | | | | | | | |
| Δ PUERTO RICO ELEC PWR | 04/23/10 | 115,000 | 115,000.50 | 80.1250 | 92,143.75 | (22,856.75) | | DEF |
| ORIGINAL UNIT/TOTAL COST: 100.0004/115,000.53 | | | | | | | | |
| PUERTO RICO ELEC PWR | 04/23/10 | 50,000 | 50,000.00 | 80.1250 | 40,062.50 | (9,937.50) | | DEF |
| Δ PUERTO RICO ELEC PWR | 08/05/10 | 35,000 | 35,052.57 | 80.1250 | 28,043.75 | (7,008.82) | | DEF |
| ORIGINAL UNIT/TOTAL COST: 100.1502/35,055.22 | | | | | | | | |
| Subtotal | | 235,000 | 235,053.23 | | **188,293.75** | (46,759.48) | | |