Juan A. Barnes Velez
Vistapoint
3380 Calle Dona Juana
Ponce Puerto Rico 00716-4826

 

U.S. POSTAGE PAID
FCM LG ENV
COTO LAUREL, PR
00780
MAR 12, 20
AMOUNT
$1.40
R2305K134134-8

1000   00918

Clerks Office
United States District Court
Room 150 Federal Building
San Juan - Puerto Rico
00918-1767

RECEIVED & FILED
2020 MAR 13 PM 4:55
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.