Moises Acevedo
2949 Old Dixie Hwy.
Kissimmee, FL 34744

RECEIVED & FILED
2020 MAR 13 PM 4:54
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.




U.S. POSTAGE PAID
FCM LG ENV
KISSIMMEE, FL
34744
MAR 09, 20
AMOUNT
$1.20
R2305H127144-02

1023   00918

Clerk's Office
United States District Office Court
150 Chardon Avenue
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767