11 de marzo de 2020

**Clerks Office**

**United States District Court**



A quien pueda interesar:

Saludos cordiales.

Por este medio deseo se evalúen las **reclamaciones números 99612,109300,105304** realizadas por el impago durante los años correspondientes a las Ley 89, Ley 96 y Ley 164 del Estado Libre Asociado de Puerto Rico.

Laboro en el Sistema de Educación Pública desde hacen 21 años y durante este término de tiempo se han otorgaron unos aumentos de sueldo que nunca recibí, por lo que los estoy reclamando ya que entiendo que tengo derecho a ellos.

Próximamente estaré enviando los documentos para evidenciar la veracidad de mi reclamo. Gracias anticipadas.

Cordialmente,

*Marilena Velázquez Osorio*

Marilena Velázquez Osorio

Trabajadora Social Escolar

Teléfono: (787) 662-6577

(787) 501-1392

**Dirección Postal:**

**PO Box 1441**

**Aguas Buenas, P.R. 00703**

**E mail: mvelazquezmsw@gmail.com**