De: Marilena Velazquez Osorio
PO Box 1441
Aguas Buenas, PR 00703-1441




U.S. POSTAGE PAID
FCM LETTER
AGUAS BUENAS, PR
00703
MAR 11, 20
AMOUNT
$4.10
R2305M148096-09

CERTIFIED MAIL

7019 2970 0001 7553 5452

Para: Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, P.R. 00918-1767



2020 MAR 13 PM 4:55
RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.