**Estado Libre Asociado de Puerto Rico**
081 - DEPT DE EDUCACION-CLASIFICADOS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 12/16/2004 |
| Hasta: | 12/31/2004 |

# Cheque: 07683047
Fecha: 12/30/2004

**CARMEN N BURGOS HERNANDEZ**
BO LOS LLANOS
COAMO PR 00000
SS:

| | |
|---|---|
| # Empleado: | CNB |
| Dept: | 8105021-Ponce Coamo |
| Oficina: | Benjamin Franklin |
| Titulo: | Proc Serv. De Alim. De Com Esc |
| Sueldo: | $1,337.00 Monthly |

| | |
|---|---|
| DATA IMP: | Federal  PR |
| Estado Civil: | Claiming no personal exem |
| Concesiones: | 0 |
| Pct. Adcl.: | 0 |
| Cant. Adcl.: | |

### HORAS E INGRESOS

| | Corriente | | Acumulado | |
|---|---|---|---|---|
| Descripcion | Sueldo Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | 668.50 | 1,572.00 | | 15,144.00 |
| Bono de Navidad | 0.00 | | | 1,000.00 |
| Total: | 668.50 | 1,572.00 | | 16,144.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed MED/EE | 9.70 | 234.09 |
| Fed OASDI/EE | 41.45 | 1,000.93 |
| PR Withholdng | 42.67 | 1,023.08 |
| Total: | 93.82 | 2,258.10 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Plan de Retiro < 4/1/90 | 48.44 | 1,088.16 |
| Total: | 48.44 | 1,088.16 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 64.17 | 1,403.82 |
| SC-AMER FAM LIFE ASS CO | 23.37 | 560.88 |
| OS-AS COMEDORES ESCOLARES | 10.03 | 227.16 |
| GPR Plan de Ahorros | 20.06 | 454.44 |
| Total: | 117.63 | 2,646.30 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-Plan Medico ASES | 100.00 | 1,080.00 |
| Plan de Retiro < 4/1/90 | 62.00 | 1,404.60 |
| FSED Disability Plan | 11.36 | 274.40 |

* Tributable

### TOTAL BRUTO

| | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|
| Corriente: 668.50 | 93.82 | 166.07 | 408.61 |
| Acumulado: 16,144.00 | 2,258.10 | 3,734.46 | 10,151.44 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Cheque #07683047 | 408.61 |
| Total: | 408.61 |

MENSAJE: "RECIBE UN ABRAZO Y MIS MEJORES DESEOS DE PAZ, SALUD Y PROSPERIDAD EN ESTA NAVIDAD" SILA M. CALDERON

**Estado Libre Asociado de Puerto Rico**
081 - DEPT DE EDUCACION-CLASIFICADOS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 04/16/2005 |
| Hasta: | 04/30/2005 |

# Cheque: 09201302
Fecha: 04/29/2005

CARMEN N BURGOS HERNANDEZ
CALLE TENIENTE CESAR GONZALEZ
ESQ. CALAF SECTOR TRES MONJITAS
HATO REY PR 00018
SS:

| | |
|---|---|
| # Empleado: | CNB |
| Dept: | 8105021-Ponce Coamo |
| Oficina: | Benjamin Franklin |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $1,337.00 Monthly |

| | |
|---|---|
| DATA IMP: | Federal PR |
| Estado Civil: | Claiming no personal exem |
| Concesiones: | 0 |
| Pct. Adcl.: | 0 |
| Cant. Adcl.: | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 668.50 | 510.00 | 5,348.00 |
| Total: | | | 668.50 | 510.00 | 5,348.00 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed MED/EE | 9.70 | 77.55 |
| Fed OASDI/EE | 41.45 | 331.58 |
| PR Withholdng | 42.67 | 341.36 |
| Total: | 93.82 | 750.49 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Plan de Retiro < 4/1/90 | 48.44 | 387.52 |
| Total: | 48.44 | 387.52 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 64.17 | 513.36 |
| SC-UNIVERSAL LIFE INS. CO | 21.80 | 43.60 |
| OS-AS COMEDORES ESCOLARES | 10.03 | 80.24 |
| GPR Plan de Ahorros | 20.06 | 160.48 |
| SC-AMER FAM LIFE ASS CO | 0.00 | 140.22 |
| Total: | 116.06 | 937.90 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-Plan Medico ASES | 100.00 | 400.00 |
| Plan de Retiro < 4/1/90 | 62.00 | 496.00 |
| FSED Disability Plan | 11.36 | 90.88 |

* Tributable

## TOTAL BRUTO

| | Corriente | Acumulado |
|---|---|---|
| Corriente: | 668.50 | |
| Acumulado: | 5,348.00 | |

## TOTAL IMPUESTOS

| | |
|---|---|
| | 93.82 |
| | 750.49 |

## DEDUCCIONES TOTALES

| | |
|---|---|
| | 164.50 |
| | 1,325.42 |

## PAGA NETA

| | |
|---|---|
| | 410.18 |
| | 3,272.09 |

## PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA

| | |
|---|---|
| Cheque #09201302 | 410.18 |
| Total: | 410.18 |

**MENSAJE:** TU AIRE ES TAMBIEM EL MIO..CONSERVALO, MAYO: MES DEL AIRE LIMPIO ASOC. P. R DEL PULMON 787-765-5664

**Estado Libre Asociado de Puerto Rico**
081 - DEPT DE EDUCACION-CLASIFICADOS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 01/16/2006 |
| Hasta: | 01/31/2006 |

# Cheque: 02797407
Fecha: 01/30/2006

CARMEN N BURGOS HERNANDEZ
CALLE TENIENTE CESAR GONZALEZ
ESQ. CALAF SECTOR TRES MONJITAS
HATO REY PR 00918
SS:

| | |
|---|---|
| # Empleado: | ~~5376450~~ CNB |
| Dept: | 8105021-Ponce Coamo |
| Oficina: | Benjamin Franklin |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $1,395.00 Monthly |

| | |
|---|---|
| DATA IMP: | Federal / PR |
| Estado Civil: | Claiming no personal exem |
| Concesiones: | 0 |
| Pct. Adcl.: | 0 |
| Cant. Adcl.: | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | 697.50 | 132.00 | 1,395.00 | |
| Total: | | 697.50 | 132.00 | 1,395.00 | |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed MED/EE | 10.12 | 20.23 |
| Fed OASDI/EE | 43.24 | 86.49 |
| PR Withholdng | 45.28 | 90.56 |
| Total: | 98.64 | 197.28 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Plan de Retiro < 4/1/90 | 50.84 | 101.68 |
| Total: | 50.84 | 101.68 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 68.01 | 136.02 |
| SC-AMER FAM LIFE ASS CO | 41.71 | 83.42 |
| OS-AS COMEDORES ESCOLARES | 10.03 | 20.06 |
| GPR Plan de Ahorros | 20.93 | 41.86 |
| Total: | 140.68 | 281.36 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-American Health Plan | 100.00 | 100.00 |
| Plan de Retiro < 4/1/90 | 64.69 | 129.38 |
| FSED Disability Plan | 11.86 | 23.72 |

* Tributable

## TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|
| Corriente: | 697.50 | 98.64 | 191.52 | 407.34 |
| Acumulado: | 1,395.00 | 197.28 | 383.04 | 814.68 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Cheque #02797407 | 407.34 |
| Total: | 407.34 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

MENSAJE:

Formulario 482 Rev. 10.07

## FORMA LARGA

| Liquidador | Revisor |
|---|---|

R | G | RO | V1 | V2 | P1 | P2 | N | D1 | D2 | E | A | M

○ PLANILLA CON CHEQUE (FAVOR DE FIJAR EL CHEQUE EN ESTE LUGAR)

**2007** ESTADO LIBRE ASOCIADO DE PUERTO RICO **2007**
DEPARTAMENTO DE HACIENDA
PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2007 O AÑO COMENZADO EL
1 de enero de 2007 TERMINADO EL 31 de dic de 2007

Número de Serie

○ PLANILLA ENMENDADA
○ FALLECIDO DURANTE EL AÑO: __/__/__
   Día  Mes  Año

Sello de Pago

**Nombre del Contribuyente:** Carmen  **Inicial:** N.  **Apellido Paterno:** Burgos  **Apellido Materno:** Hernández

**Dirección Postal:** HC-01-Box 4223
Santa Isabel P.R.  **Código Postal:** 00269

"Coloque la etiqueta engomada (Label) aquí".

**Nombre e Inicial del Cónyuge:** Luis R  **Apellido Paterno:** Rivas  **Apellido Materno:** Díaz

**Dirección Residencial Completa (Barrio o Urbanización, Número, Calle):**
Barrio Los Llanos Sector Colinas 308
Coamo  **Código Postal:** 00769

**Correo Electrónico (E-Mail):**

**Número de Seguro Social Contribuyente:** [redacted] CNB
**Fecha de Nacimiento:** Día [redacted] Mes [redacted] Año [redacted] CNB  **Sexo:** ○M ●F CNB
**Número de Seguro Social Cónyuge:** [redacted] CNB
**Fecha de Nacimiento del Cónyuge:** Día [redacted] Mes [redacted] Año [redacted] CNB
**Teléfono Residencia:** (787) 803-0057
**Teléfono del Trabajo:** (787) 825-1284
**CAMBIO DE DIRECCION:** ○Si ○No

Número de Recibo: _____
Importe: _____

### Encasillado 1

|  | SI | NO |  |
|---|---|---|---|
| A | ● | ○ | ¿Ciudadano de Estados Unidos? |
| B | ● | ○ | ¿Residente de Puerto Rico al finalizar el año? |
| C | ○ | ● | ¿Ingresos exentos de Lotería de Puerto Rico? |
| D | ○ | ● | ¿Ingresos de premios de jugadas en Hipódromo? |
| E | ○ | ● | ¿Otros ingresos exentos de contribución? (Someta Anejo) |
| F | ○ | ● | ¿Obligación de hacer pagos a ASUME? |

**ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:**
1. ● Casado que vivía con su cónyuge y rinde planilla conjunta
2. ○ Casado que no vivía con su cónyuge (No jefe de familia) (Indique nombre y seguro social del cónyuge arriba)
3. ○ Jefe de familia (No para casados)
4. ○ Soltero
5. ○ Casado que rinde por separado (Indique nombre y seguro social del cónyuge)

**FUENTE DE MAYOR INGRESO:**
G. ● Empleado del Gobierno, Municipios o Corporaciones Publicas
H. ○ Empleado del Gobierno Federal
I. ○ Empleado de Empresa Privada
J. ○ Retirado/Pensionado
K. ○ Trabajo Cuenta Propia (Indique la industria o negocio principal)

**Su ocupación:** Emp. Comedor  **Ocupación cónyuge:** _____

**CONTRATO GOBIERNO**
● CONTRIBUYENTE  ○ CONYUGE
**PLANILLA 2008**
● ESPAÑOL  ○ INGLES

### Encasillado 2

Sello de Recibido

1. Sueldos, Comisiones, Concesiones y Propinas
   ○ SUMINISTRE LOS COMPROBANTES DE RETENCION (Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique).

| A-Contribución Retenida | B-Sueldos, Comisiones, Concesiones y Propinas |
|---|---|
| 1213 00 | 21607 00 |
| 00 | 00 |
| 00 | 00 |
| 00 | 00 |

01 Total de comprobantes con esta planilla: 1

| 1213 00 | 21607 00 |
|---|---|
| Contribución Retenida | Salarios Federales |

C. Salarios del Gobierno Federal (Véanse instrucciones) ............................ (01) ____ 00  (02) ____ 00

2. Otros Ingresos (o Pérdidas):
   A) Ingreso de intereses (Anejo F Individuo, Parte I, línea 10) ............................................................. (03) ____ 00
   B) Participación distribuible en beneficios de sociedades especiales (Someta Anejo F Individuo y Anejo R) .......... (04) ____ 00
   C) Participación distribuible en pérdidas de sociedades especiales (Someta Anejo R) ............. (05) ____ 00
   D) Dividendos de corporaciones y distribuciones de sociedades sujetos a retención (Anejo F Individuo, Parte II, línea 1A) .......... (06) ____ 00
   E) Dividendos de corporaciones y distribuciones de sociedades no sujetos a retención (Anejo F Individuo, Parte II, línea 3B) ........ (07) ____ 00
   F) Participación distribuible en beneficios de corporaciones de individuos (Someta Anejo F Individuo) .......... (08) ____ 00
   G) Distribuciones de Planes Gubernamentales (Anejo F Individuo, Parte V, líneas 1C y 1D) ........ (09) ____ 00
   H) Ingresos misceláneos (Someta Anejo F Individuo) ........ (10) ____ 00
   I) Distribuciones de Cuentas de Retiro Individual y Cuentas de Aportación Educativa (Someta Anejo F Individuo) ........ (11) ____ 00
   J) Dividendos de Fondo de Capital de Inversión o de Turismo (Someta Anejo Q1) ........ (12) ____ 00
   K) Ingresos de anualidades y pensiones (Anejo H Individuo, Parte II, línea 12) ........ (13) ____ 00
   L) Pensión recibida por divorcio o separación (Núm. seguro social del que paga _____) (14) ........ (15) ____ 00
   M) Ganancia (o pérdida) atribuible a industria o negocio (Someta Anejo K Individuo) ........ (16) ____ 00
   N) Ganancia (o pérdida) atribuible a la agricultura (Someta Anejo L Individuo) ........ (17) ____ 00
   O) Ganancia (o pérdida) atribuible a profesiones y comisiones (Someta Anejo M Individuo) ........ (18) ____ 00
   P) Ganancia (o pérdida) atribuible a alquiler (Someta Anejo N Individuo) ........ (19) ____ 00
   Q) Ganancia (o pérdida) en la venta o permuta de activos de capital y Planes cualificados (Someta Anejo D Individuo) ........ (20) ____ 00
   R) Ganancia neta de capital a largo plazo en Fondos de Inversión (Someta Anejo Q1) ........ (21) ____ 00
3. **Total Ingreso Bruto** (Sume líneas 1B, 1C y 2A a la 2R) ........ (22) 21607 00
4. Pensión Pagada por Divorcio o Separación (seg. soc. del que la recibe: _____)(23)(Núm. sentencia _____)(24) (25) ____ 00
5. **Ingreso Bruto Ajustado** (Línea 3 menos línea 4) ........ (30) 21607 00

Período de Conservación: Diez (10) años

**Encasillado 3**

5. Ingreso Bruto Ajustado (De la línea 5, página 1) .......... (02) (01) **21607** 00
6. DEDUCCION FIJA: Si marcó en el Encasillado 1 el bloque 1 anote $3,150, el bloque 2 anote $2,100, el bloque 3 anote $2,730, el bloque 4 anote $2,100. Si marcó el bloque 5 y su cónyuge detalló las deducciones anote cero. Si su cónyuge no detalló anote $1,575 ... (02) **3150** 00
7. Total deducciones detalladas (Anejo A Individuo, Parte I, línea 17) .......... (03) **5608** 00
8. Deducción fija o deducciones detalladas (Anote la mayor de la línea 6 ó 7) .......... (04) **5608** 00
9. Total deducciones adicionales (Anejo A Individuo, Parte II, línea 10) .......... (05) **2188** 00
10. Pago de servicio telefónico por comunicación con personal militar en zona de combate (Véanse instrucciones) .......... (06) 00
11. EXENCION PERSONAL: Si marcó bloque 1 anote $3,000, bloque 2 $1,300, bloque 3 $3,000, bloque 4 $1,300, bloque 5 $1,500 .......... (07) **3000** 00
12. EXENCION POR DEPENDIENTES (Complete el Anejo A1 Individuo, véanse instrucciones)
   A) No universitarios: Categoría (N) .......... (10) ____ x$1,600 .......... (11) 00
   B) Universitarios: Categoría (U) .......... (14) ____ x$1,600 .......... (15) 00
   C) Incapacitados, ciegos o de 65 años o más: Categoría (I) .......... (18) **1** x$1,600 .......... (19) **1600** 00
   D) Total Exención por Dependientes (Sume líneas 12A, 12B y 12C) .......... (20) **1600** 00
13. Total Deducciones y Exenciones (Sume líneas 8, 9, 10, 11 y 12D) .......... (21) **12396** 00
14. INGRESO NETO SUJETO A CONTRIBUCION (Línea 5 menos línea 13. Si la línea 13 es mayor que la línea 5, anote cero) .......... (30) **9211** 00
15. CONTRIBUCION: (01) ◉ 1 Según Tabla  ○ 2 Especial sobre ganancias de capital  ○ 3 Extranjero no residente (03) (02) **644** 00
16. Cantidad de Ajuste Gradual (Determine este ajuste si la cantidad reflejada en la línea 14 es mayor de $75,000) (Anejo P Individuo, línea 7) .......... (03) 00
17. Exceso de la Contribución Básica Alterna sobre la Contribución Regular (Anejo O Individuo, línea 6) .......... (04) 00
18. Contribución sobre intereses sujetos a retención (Anejo F Individuo, Parte I, línea 6) .......... (05) 00
19. Contribución especial sobre dividendos de corporaciones y distribuciones de sociedades sujetos a retención (Anejo F Individuo, Parte II, línea 4A) .......... (06) 00
20. Contribución sobre dividendos de Fondo de Capital de Inversión o de Turismo (Someta Anejo Q1) .......... (07) 00
21. Contribución sobre distribuciones de IRA o Cuentas de Aportación Educativa que consistan de ingresos de fuentes dentro de P.R. (Anejo F Individuo, Parte VII, línea 2) .......... (08) 00
22. Contribución sobre distribuciones de IRA a pensionados del Gobierno (Anejo F Individuo, Parte VII, línea 3) .......... (09) 00
23. Contribución sobre distribuciones y transferencias de Planes Gubernamentales (Anejo F Individuo, Parte V, línea 3) .......... (10) 00
24. Contribución especial sobre ingreso neto derivado de Proyectos Fílmicos o de Infraestructura, y de negocios con decreto de exención bajo la Ley 135 de 1997 (Anejo K Individuo, Parte II, línea 10 ó Anejo N Individuo, Parte II, línea 8) .......... (11) 00
25. Contribución sobre ingresos de equipos de béisbol de Grandes Ligas y la Asociación Nacional de Baloncesto de los E.U. (Anejo F Individuo, Parte VI, línea 2) .......... (12) 00
26. TOTAL CONTRIBUCION DETERMINADA (Sume líneas 15 a la 25) .......... (13) **644** 00

**Encasillado 4**

27. Recobro de crédito reclamado en exceso (Anejo B Individuo, Parte I, línea 3) .......... (14) 00
28. Crédito para Contribuyentes Asalariados (Véanse instrucciones) .......... (15) 00
29. Créditos contributivos (Anejo B Individuo, Parte II, línea 22) .......... (16) 00
30. RESPONSABILIDAD CONTRIBUTIVA (Sume líneas 26 y 27 menos línea 28 ó 29, la que aplique. Si es menos de cero anote cero) .......... (17) **644** 00
31. CONTRIBUCION RETENIDA, PAGADA Y CREDITO POR TRABAJO:
   A) Mediante retención sobre salarios (Sume las líneas 1A y 1C del Encasillado 2) .......... (18) **1213** 00
   B) Mediante retención sobre anualidades y pensiones (Anejo H Individuo, Parte II, línea 13) .......... (19) 00
   C) Otros pagos y retenciones (Anejo B Individuo, Parte III, línea 17) .......... (20) 00
   D) Crédito por Trabajo (Véanse instrucciones) .......... (21) **1213** 00
   E) Total Contribución Retenida, Pagada y Crédito por Trabajo (Sume líneas 31A a la 31D) .......... (22) **1213** 00
32. TOTAL NO PAGADO DE LA CONTRIBUCION (Si la línea 31E es menor que la línea 30, anote diferencia aquí, de lo contrario, en línea 36) .......... (23) 00
33. Menos: Cantidad pagada con prórroga automática .......... (24) 00
34. BALANCE PENDIENTE DE PAGO (Si la línea 32 es mayor que la línea 33, anote la diferencia aquí, de lo contrario, en la línea 36) .......... (25) 00
35. Adición a la Contribución por Falta de Pago de la Contribución Estimada (Anejo T Individuo, Parte IV, línea 34) .......... (26) 00
36. Menos: Exceso de Contribución Retenida, Pagada y Crédito por Trabajo .......... (27) 00
37. Menos: Cantidad pagada  (a) Con Planilla o Electrónicamente a través de un Programa Certificado .......... (28) 00
   (b) Otras Transferencias Electrónicas (Núm. de Transacción: _____) .......... (29) 00
   (c) Intereses _____ .......... (30) 00
   (d) Recargos _____ y Penalidades _____ .......... (31) 00
38. BALANCE PENDIENTE DE PAGO (Sume líneas 34 y 35 menos líneas 36, 37(a) y 37(b) y anote aquí. Si es menos de cero, anote la diferencia en la línea 39) .......... (32) 00
39. CONTRIBUCION PAGADA EN EXCESO (Sume líneas 30 y 35 menos líneas 31E y 33. Indique distribución en la línea A o B) .......... (33) 00
   A) Acreditar a la contribución estimada 2008 .......... (34) 00
   B) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado 5) .......... (40) **569** 00

**Encasillado 5**

AUTORIZACION PARA DEPOSITO DIRECTO DE REINTEGRO

Tipo de cuenta    Número de ruta/tránsito    Número de su cuenta
○ Cheques  ○ Ahorros   □□□□□□□□□   □□□□□□□□□□□□□□□□□

Cuenta a nombre de: _____ y _____
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que la información incluida en esta planilla, anejos y documentos que se acompañan, ha sido examinada por mí y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

Firma del Contribuyente: *Carmen n. Burgos Hernández*   Fecha: 12/3/2008   Firma del Cónyuge: *Luis R. Ríos Díaz*   Fecha:

(04) Nombre del Especialista (Letra de Molde) _____   Nombre de la Firma o Negocio _____

Dirección _____   Número de Registro _____   Número de Identificación Patronal _____

Código Postal _____   Especialista por cuenta propia (ennegrezca aquí) ○   Firma del Especialista _____   Fecha _____

**NOTA AL CONTRIBUYENTE**
Indique si hizo pagos por la preparación de su planilla: ○ Sí  ○ No. Si contestó "Sí", exija la firma y el número de registro del Especialista.

Período de Conservación: Diez (10) años

**Anejo A Individuo** 
Rev. 10.07

# DEDUCCIONES DETALLADAS Y ADICIONALES

**2007**

Año contributivo comenzado el 1 de _enero_ de 07 y terminado el 31 de _dic_ de 07

Nombre del contribuyente: Carmen Burgos

Número de Seguro Social: ___-__-____ CMB

## Parte I — Deducciones Detalladas (Véanse instrucciones)

**1. Intereses hipotecarios**

| Nombre de la entidad a quien hizo el pago | Hipoteca | Número del Préstamo | Núm. Ident. Patronal | Importe | |
|---|---|---|---|---|---|
| Primera residencia: Asoc. Finance | Primera | 6750018225211404000 | | 5608 | 00 (05) |
| | Segunda | | (02) | | 00 (06) |
| Segunda residencia: | Primera | | (03) | | 00 (07) |
| | Segunda | | (04) | | 00 (08) |

Honorarios de Origen del Préstamo (Puntos) Pagados Directamente por el Deudor .......... 00 (09)
Descuentos del Préstamo (Puntos) Pagados Directamente por el Deudor ...................... 00 (10)

Total intereses hipotecarios pagados ........................................... (11) | 00
2. Tablillas de auto pagadas para uso personal .................................. (12) | 00
3. Gastos incurridos en el cuido de hijos ($1,200-un hijo; $2,400-dos o más hijos) ... (13) | 00
4. Gastos incurridos en el cuido de personas de edad avanzada ................... (14) | 00
5. Alquiler pagado (Número seguro social del arrendador: ____) (15) ............ (16) | 00
6. Contribuciones sobre la propiedad que constituye su residencia principal ...... (17) | 00
7. Pérdida de su residencia principal debido a causas fortuitas ................. (18) | 00
8. Gastos médicos (Anejo J Individuo, línea 4) .................................. (19) | 00
9. Donativos (Anejo J Individuo, línea 11) ...................................... (20) | 00
10. Pérdida de bienes muebles por ciertas causas fortuitas ...................... (21) | 00
11. Gastos por molinos de viento ................................................ (22) | 00
12. Gastos de equipo de asistencia tecnológica para personas con impedimentos, tratamiento especializado o enfermedad crónica:
    Ennegrezca: (23) ○ 1 Contribuyente ○ 2 Esposa ○ 3 Otros ................ (24) | 00
13. Gastos incurridos para la educación de dependientes ......................... (25) | 00
14. Gastos por equipo solar ..................................................... (26) | 00
15. Intereses sobre préstamos estudiantiles a nivel universitario:

| Inst. financiera | Núm. préstamo | Núm. Ident. Patronal | Importe |
|---|---|---|---|
| | (27) | (29) | |
| | (28) | (30) | |

Total intereses sobre préstamos estudiantiles pagados ............................ (31) | 00
16. Aportaciones al Fondo para Servicios contra Enfermedades Catastróficas Remediables ... (32) | 00
17. **Total deducciones detalladas** (Sume líneas 1 a la 16 y traslade al Encasillado 3, línea 7 de la planilla) ... (35) | **5608** 00

## Parte II — Deducciones Adicionales (Véanse instrucciones)

1. Aportaciones a cuentas de retiro individual (No exceder de $5,000 ó $10,000 si es casado):

| Inst. financiera | Núm. cuenta | Núm. Ident. Patronal | Aportación |
|---|---|---|---|
| | (36) | (39) | |
| | (37) | (40) | |
| | (38) | (41) | |

Total aportaciones a cuentas de retiro individual ................................ (42) | 00
2. Aportaciones a sistemas gubernamentales de pensiones o retiro .................. (43) | **1540** 00
3. Casados cuando ambos trabajan ................................................. (44) | 00
4. Veteranos ..................................................................... (45) | 00
5. Gastos ordinarios y necesarios (Anejo I Individuo, línea 8) ................... (46) | **648** 00
6. Intereses de préstamo de automóvil (No exceder de $1,200): Inst. financiera ____
   Núm. préstamo ____ Núm. Ident. Patronal ____ (47) ............................. (48) | 00
7. Jóvenes que trabajan ........................................................... (49) | 00
8. Cuenta de Aportación Educativa (Anejo A1 Individuo, Parte II, línea (10)) ..... (50) | 00
9. Adquisición e instalación de computadora personal para uso de dependientes .... (51) | 00
10. **Total deducciones adicionales** (Sume líneas 1 a 9 y traslade al Encasillado 3, línea 9 de la planilla) ... (55) | **2188** 00

Período de Conservación: Diez (10) años

**Anejo A1 Individuo**
Rev. 10.07

**DEPENDIENTES Y BENEFICIARIOS DE CUENTAS DE APORTACION EDUCATIVA**

**2007**

Año contributivo comenzado el 1 de enero de 07 y terminado el 31 de dic de 07

Nombre del contribuyente: Carmen Burgos
Número de Seguro Social: 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

## Parte I — Información sobre Dependientes (Véanse instrucciones)

**INFORMACION IMPORTANTE PARTE I**

☞ No incluya al cónyuge en este anejo. Un individuo casado que vive con su cónyuge no es jefe de familia para fines contributivos, por lo que no debe incluir el nombre de la esposa en el encasillado de jefatura (línea 01).

☞ Si reclama el estado personal de jefe de familia, incluya al dependiente que le da dicho derecho en la línea de Jefatura (01), pero no reclame la exención por este dependiente.

☞ Acompañe este Anejo con su planilla para poder considerar la exención por dependientes.

| | Nombre, Inicial | Apellido Paterno | Apellido Materno | Parentesco | Categoría (N)(U)(I) | Fecha de Nacimiento Día/Mes/Año | Número de Seguro Social |
|---|---|---|---|---|---|---|---|
| Jefatura (01) | | | | | J | | |
| (02) | Urbano | Burgos | Vega | padre | I | 27/5/29 | 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 |
| (03) | | | | | | | |
| (04) | | | | | | | |
| (05) | | | | | | | |
| (06) | | | | | | | |
| (07) | | | | | | | |
| (08) | | | | | | | |
| (09) | | | | | | | |
| (10) | | | | | | | |

## Parte II — Beneficiarios de Cuentas de Aportación Educativa (Véanse instrucciones)

**INFORMACION IMPORTANTE PARTE II**

☞ Estos beneficiarios no deberán considerarse al determinar la exención por dependientes. No obstante, si alguno de estos beneficiarios cualifica como su dependiente, deberá incluirlo también en la Parte I de este Anejo.

| | Nombre, Inicial | Apellido Paterno | Apellido Materno | Fecha de Nacimiento Día/Mes/Año | Parentesco | Número de Seguro Social | Cantidad Aportada (No exceder de $500 cada uno) |
|---|---|---|---|---|---|---|---|
| (01) | | | | | | | 00 |
| (02) | | | | | | | 00 |
| (03) | | | | | | | 00 |
| (04) | | | | | | | 00 |
| (05) | | | | | | | 00 |
| (10) | Total aportaciones (Sume líneas (01) a la (05) y traslade al Anejo A Individuo, Parte II, línea 8 de la Forma Larga) | | | | | | 00 |

* Véanse instrucciones. Período de Conservación: Diez (10) años

**Anejo I Individuo**
Rev. 10.07



# GASTOS ORDINARIOS Y NECESARIOS

**2007**

Año contributivo comenzado el 1 de enero de 07 y terminado el 31 de dic. de 07

Nombre del contribuyente: Carmen Burgos

Número de Seguro Social: ███-██-████ CNB

## Parte I — Detalle de Gastos (Véanse instrucciones)    58

1. Comidas y entretenimiento
   A. Total de gastos incurridos o pagados .................... (01) _____ 00
   B. Reembolso de gastos (comidas y entretenimiento) .................... (02) _____ 00
   C. Diferencia (Si la línea 1B excede la línea 1A, anote el exceso aquí y en el Anejo F Individuo, Parte VI) .................... (03) _____ 00
   D. Diferencia (Si la línea 1A excede la línea 1B, anote el exceso aquí) .................... (04) _____ 00
   E. Anote el 50% de la línea 1D (Véanse instrucciones) .................... (05) _____ 00

2. Otros gastos
   A. Costo y mantenimiento de uniformes .................... (11) 375 00
   B. Cuotas de uniones, colegiaciones y asociaciones profesionales .................... (12) 247 00
   C. Compra de materiales didácticos por educadores .................... (13) _____ 00
   D. Compra de libros técnicos propios de la profesión u oficio .................... (14) _____ 00
   E. Gastos de educación y mejoramiento de la profesión u oficio .................... (15) _____ 00
   F. Depreciación (Parte II de este Anejo) .................... (16) _____ 00
   G. Otros gastos de la profesión u oficio .................... (17) 125 00
   H. Total otros gastos (Sume líneas 2A a la 2G. Anote el total aquí) .................... (18) 747 00
   I. Reembolso de otros gastos .................... (19) _____ 00
   J. Diferencia (Si la cantidad en la línea 2 I excede la cantidad de la línea 2H, anote el exceso aquí y en el Anejo F Individuo, Parte VI. De lo contrario, pase a la línea 2K) .................... (20) _____ 00
   K. Si la línea 2H excede la cantidad en la línea 2 I, anote el exceso en esta línea .................... (30) 747 00

3. Total gastos ordinarios y necesarios (Sume líneas 1E y 2K. Anote la cantidad en esta línea) .................... (31) _____ 00
4. Sueldos, Comisiones, Concesiones y Propinas (Encasillado 2, línea 1B de la Forma Larga) .................... (32) 21607 00
5. Salarios Gobierno Federal (Encasillado 2, línea 1C de la Forma Larga) .................... (33) _____ 00
6. Total salarios (Sume líneas 4 y 5) .................... (34) 21607 00
7. Multiplique la línea 6 por 3% y anote aquí .................... (35) 648 00
8. **Deducción por gastos ordinarios y necesarios** (Anote aquí y en el Anejo A Individuo, Parte II, línea 5 la menor de las siguientes cantidades: línea 3, línea 7, ó hasta el límite de $1,500 ($750 si es casado que rinde planilla separada)) .................... (40) 648 00

Periodo de Conservación: Diez (10) años

Formulario Form 499R-2/W-2 PR Rev. 07.08

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**

COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

INFORMACION PARA EL DEPARTAMENTO DE HACIENDA / DEPARTMENT OF THE TREASURY INFORMATION

INFORMACION PARA EL SEGURO SOCIAL / SOCIAL SECURITY INFORMATION

| Field | Value |
|---|---|
| 1. Nombre - First Name | CARMEN |
| Apellido(s) - Surname(s) | BURGOS HERNANDEZ |
| Dirección Postal del Empleado - Employee's Mailing Address | CALLE TENIENTE CESAR GONZALEZ ESQ. CALAF   SECTOR TRES MONJI |
| 2. Nombre y Dirección Postal del Patrono / Employer's Name and Mailing Address | L8102150492 B FRANKLIN DEPT DE EDUCACION-CLASIFICADOS AVE. TENIENTE CESAR GONZALEZ ESQUINA CALAF HATO REY, PR 00919 |
| Número de Teléfono del Patrono / Employer's Telephone Number | |
| Fecha de Cese de Operaciones / Cease of Operations Date | |
| Número de Control - Control Number | 017599649 |
| 3. Núm. Seguro Social / Social Security No. | |
| 4. Núm. de Ident. Patronal / Employer's Ident. No. (EIN.) | 660433481 |
| 5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension | |
| 6. Costo de Pensión o Anualidad / Cost of Pension or Annuity | 0.00 |

Copia C para Récord del Empleado
Copy C for Employee's Records

Año: / Year: **2008**

| # | Concept | Value |
|---|---|---|
| 7 | Sueldos - Wages | 21996.04 |
| 8 | Comisiones - Commissions | 0.00 |
| 9 | Concesiones - Allowances | 0.00 |
| 10 | Propinas - Tips | 0.00 |
| 11 | Total=7+8+9+10 | 21996.04 |
| 12 | Gastos Reembolsados / Reimbursed Expenses | 0.00 |
| 13 | Cont. Retenida - Tax Withheld | 1216.14 |
| 14 | Fondo de Retiro / Retirement Fund | 1572.47 |
| 15 | Aportaciones a Planes Cualific. Contributions to CODA PLANS | 0.00 |
| 16 | Salarios bajo Ley Núm. 324 de 2004 / Salaries under Act No. 324 of 2004 | 0.00 |
| 17 | Total Sueldos Seguro Social / Social Security Wages | 21996.04 |
| 18 | Seguro Social Retenido / Social Security Tax Withheld | 1363.75 |
| 19 | Total Sueldos y Pro. Medicare / Medicare Wages and Tips | 21996.04 |
| 20 | Contrib. Medicare Retenida / Medicare Tax Withheld | 318.94 |
| 21 | Propinas Seguro Social / Social Security Tips | 0.00 |
| 22 | Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips | 0.00 |
| 23 | Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

Reproducido por: Departamento de Hacienda

**Estado Libre Asociado de Puerto Rico**
081 - DEPT DE EDUCACION-CLASIFICADOS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 06/16/2009 |
| Hasta: | 06/30/2009 |

# Cheque: 04685333
Fecha: 06/30/2009

CARMEN N BURGOS HERNANDEZ
CALLE TENIENTE CESAR GONZALEZ
ESQ. CALAF SECTOR TRES MONJITAS
HATO REY PR 00918
SS:

# Empleado: ▓▓▓▓▓▓▓ CNB
Dept: 8105021-Ponce Coamo
Oficina: Benjamin Franklin
Titulo: DEPARTAMENTO DE EDUCACION
Sueldo: $1,796.34 Monthly

DATA IMP: Federal PR
Estado Civil: Claiming no personal exem
Concesiones: 0
Pct. Adcl.: 0
Cant. Adcl.:

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | 898.17 | 774.00 | | 10,778.04 |
| Total: | | 898.17 | 774.00 | | 10,778.04 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed MED/EE | 13.02 | 156.28 |
| Fed OASDI/EE | 55.69 | 668.24 |
| PR Withholdng | 48.29 | 579.48 |
| Total: | 117.00 | 1,404.00 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Plan de Retiro < 4/1/90 | 67.45 | 809.40 |
| Total: | 67.45 | 809.40 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 80.94 | 971.28 |
| SC-TRANS OCEANIC LIFE | 23.28 | 139.68 |
| OS-AS COMEDORES ESCOLARES | 13.47 | 161.64 |
| Ahorros-AEELA | 26.95 | 323.40 |
| SC-NATIONAL LIFE INS. | 0.00 | 194.88 |
| SM-First Medical Health Plan | 0.00 | 6.25 |
| Total: | 144.64 | 1,797.13 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 125.00 | 750.00 |
| Plan de Retiro < 4/1/90 | 83.31 | 999.72 |
| FSED Disability Plan | 15.27 | 183.24 |

* Tributable

## TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 898.17 | 117.00 | 212.09 | 569.08 |
| Acumulado: | 10,778.04 | 1,404.00 | 2,606.53 | 6,767.51 |

## PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA

| | |
|---|---|
| Cheque #04685333 | 569.08 |
| Total: | 569.08 |

**MENSAJE:**

Formulario Form 499R-2/W-2 PR Rev. 05.10

**GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION

INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION

| Field | Value |
|---|---|
| 1. Nombre-First Name | CARMEN |
| Apellido(s) - Surname(s) | BURGOS HERNANDEZ |
| Dirección Postal del Empleado - Employee's Mailing Address | CALLE TENIENTE CESAR GONZALEZ ESQ. CALAF   SECTOR TRES MONJI HATO REY, PR 00918 |
| 2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address | L8113750492 BENJAMIN F DEPT DE EDUCACION-CLASIFICADOS AVE. TENIENTE CESAR GONZALEZ ESQUINA CALAF HATO REY, PR 00919 |
| Número de Teléfono del Patrono - Employer's Telephone Number | |
| Fecha de Cese de Operaciones - Cease of Operations Date | |
| Número de Control - Control Number | 107651858 |
| 3. Núm. Seguro Social - Social Security No. | |
| 4. Núm. de Ident. Patronal - Employer Ident. No. (EIN) | 660433481 |
| 5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension | |
| 6. Costo de Pensión o Anualidad - Cost of Pension or Annuity | 0.00 |
| Copia C para Récord del Empleado / Copy C for Employee's Records | |
| Año: Year: | 2010 |
| 7. Sueldos - Wages | 22484.62 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total=7+8+9+10 | 22484.62 |
| 12. Gastos Reembolsados - Reimbursed Expenses | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 1058.86 |
| 14. Fondo de Retiro - Retirement Fund | 1612.82 |
| 15. Aportaciones a Planes Cualific. - Contributions to CODA PLANS | 0.00 |
| 16. Salarios bajo Ley Núm. 324 de 2004 - Salaries under Act No. 324 of 2004 | 0.00 |
| 17. Total Sueldos Seguro Social - Social Security Wages | 22484.62 |
| 18. Seguro Social Retenido - Social Security Tax Withheld | 1394.05 |
| 19. Total Sueldos y Pro. Medicare - Medicare Wages and Tips | 22484.62 |
| 20. Contrib. Medicare Retenida - Medicare Tax Withheld | 326.03 |
| 21. Propinas Seguro Social - Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0.00 |
| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |
| 24. Sueldos y Propinas bajo Ley HIRE de 2010 - Wages and Tips under HIRE Act of 2010 | 0.00 |

Reproducido por: Departamento de Hacienda

L8113750492 BENJAMIN F
DEPT DE EDUCACION-CLASIFICADOS
AVE. TENIENTE CESAR GONZALEZ
ESQUINA CALAF
HATO REY, PR 00919

CARMEN
BURGOS HERNANDEZ
CALLE TENIENTE CESAR GONZALEZ
ESQ. CALAF   SECTOR TRES MONJI

HATO REY, PR 00918

"Estará disponible a partir de enero a través de colecturía virtual en la página del Departamento de Hacienda"