11 de marzo de 2020

Clerks Office

United States District Court

RECEIVED & FILED
2020 MAR 13 PM 4 55
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

A quien pueda interesar:

Saludos cordiales.

Por este medio deseo se evalúen las **reclamaciones números 56649, 55797 y 100657,** realizadas por el impago durante los años correspondientes a las Ley 89, Ley 96 y Ley 164 del Estado Libre Asociado de Puerto Rico.

Laboré en el Sistema de Educación Pública por 31 años y durante este término de tiempo se otorgaron unos aumentos de sueldo que nunca recibí, por lo que los estoy reclamando ya que entiendo que tengo derecho a ellos.

Próximamente estaré enviando los documentos para evidenciar la veracidad de mi reclamo. Gracias anticipadas.

Cordialmente,

*María A. Osorio Rosa*

María A. Osorio Rosa

Maestra Retirada

Teléfono: (787) 363-8706

PO Box 571

Aguas Buenas, P.R. 00703

Email: mvelazquezmsw@gmail.com