From: Maria A. Osorio Poax
PO Box 571
Aguas Buenas, PR 00703-0

U.S. POSTAGE PAID
FCM LETTER
AGUAS BUENAS, PR
00703
MAR 11, 20
AMOUNT
$4.10
R2305M148096-09



CERTIFIED MAIL

7019 2970 0001 7553 5483

To: Clerks Office
United States District Court
Room 150 Federal Building
San Juan, P.R. 00918-1767

RECEIVED & FILED