

Marzo 10, 2020

Secretaria Tribunal de Distrito de Estados Unidos

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767

A quien pueda interesar:

Yo Armanda Rivera Mejias, profesora retirada del Departamento de Educacion de Puerto Rico solicito por este medio que continuen con el reclamo del impago de los anos que corresponden a la Ley 89, Ley 96 y Ley 164. Ejerci como profesora del departamento de Educacion durante 29 anos, desde Agosto del 1971 hasta Mayo del 2001. Estoy reclamando el maximo de acuerdo a el ultimo sueldo devengado en anos de servicio y lo que exige la ley en demanda al Gobierno de Puerto Rico #17BK-3283-LTS.

Numero de reclamacion: 98866

Numero de caso:17BK03283-LTS

Agradezco su cooperacion en relacion a este caso., quedo de usted.

Atentamente,

*Armanda Rivera Mejias*

Armanda Rivera Mejias

Urb. Parque del Monte #2

Calle Urayoan LL-5

Caguas, Puerto Rico 00727

787-612-5763