ARMANDA RIVERA
Urb. Parque del Monte 2
C/Urayoán LL-5
Caguas, PR 00727

7019 1640 0001 4978 2078



U.S. POSTAGE PAID
FCM LETTER
CAGUAS, PR
00725
MAR 12, 20
AMOUNT

1000

00918

$6.40
R2304H109474-7

RECEIVED
MAR 13 PM
CLERK'S OFF
DISTRICT
SAN JUAN

Secretaria Tribunal de Distrito
de Estados Unidos
Room 150 Federal Building Ave/ C. Chardón
San Juan, Puerto Rico 00918-1767

00918-170399