Form 482.0 Rev. 12.08

# LONG FORM

Liquidator | Reviewer

R G RO V1 V2 P1 P2 N D1 D2 E A M

RETURN WITH CHECK (PLEASE ATTACH CHECK HERE)

2008

COMMONWEALTH OF PUERTO RICO
DEPARTMENT OF THE TREASURY

## INDIVIDUAL INCOME TAX RETURN

2008

FOR CALENDAR YEAR 2008 OR TAXABLE YEAR BEGINNING ON 1 January, 2008 AND ENDING ON 31 December, 2008

Serial Number

AMENDED RETURN

DECEASED DURING THE YEAR: Day Month Year

Payment Stamp

| Taxpayer's Name | Initial | Last Name | Second Last Name |
|---|---|---|---|
| Antonio | | Torres Cardenales | |

Taxpayer's Social Security Number A-UTC

Postal Address
P.O. Box 782

Coamo PR Zip Code 00769

"Place label here".

Date of Birth (A-UTC) Day Month Year — Sex: M (marked) F

Spouse's Social Security Number

Spouse's Date of Birth Day Month Year

Spouse's First Name and Initial | Last Name | Second Last Name

Home Telephone (787) 000-0000

Work Telephone

Home Address (Town or Urbanization, Number, Street)
Bo. Rio Jueyes
Coamo PR Zip Code 00769

E-Mail Address

CHANGE OF ADDRESS: Yes / No (marked)

Receipt Number

Amount

**Part 1**

| | YES | NO | |
|---|---|---|---|
| A. | ● | | United States Citizen? |
| B. | ● | | Resident of Puerto Rico at the end of the year? |
| C. | | ● | Tax exempt income from Lottery of Puerto Rico? |
| D. | | ● | Income from racetrack winnings in Puerto Rico? |
| E. | | ● | Other exempt income? (Submit Schedule) |
| F. | | ● | Obligation to make payments to ASUME? |

FILING STATUS AT THE END OF THE TAXABLE YEAR:
1. Married living with spouse and filing jointly
2. Married not living with spouse (Not head of household) (Submit spouse's name and social security number above)
3. ● Head of household (Not married)
4. Single
5. Married filing separately (Submit spouse's name and social security number above)

HIGHEST SOURCE OF INCOME:
G. ● Government, Municipalities or Public Corporations Employee
H. Federal Government Employee
I. Private Business Employee
J. Retired/Pensioner
K. Self-Employed (Indicate principal industry or business)

Your occupation Teacher 6110 Spouse's occupation

GOVERNMENT CONTRACT: TAXPAYER / SPOUSE

2009 RETURN: ● SPANISH / ENGLISH

Fill in here if you choose the optional computation of tax for married individuals living together, filing a joint return and both working. Do not complete Parts 2 and 3, neither lines 15 through 25 of Part 4, and go to Schedule CO Individual.

Receipt Stamp: Estado Libre Asociado de Puerto Rico DEPARTAMENTO DE HACIENDA 1166-Colecturía Coamo RECIBIDO MAR SIN PAGO 08-2783 08-27-83

1. Wages, Commissions, Allowances and Tips

| | A-Income Tax Withheld | B-Wages, Commissions, Allowances and Tips |
|---|---|---|
| (00) ATTACH ALL YOUR WITHHOLDING STATEMENTS (Forms 499R-2/W-2PR, 499R-2c/W-2cPR or W-2, as applicable). | 1,537 00 | 33,691 00 |
| | 00 | 00 |
| | 00 | 00 |
| | 00 | 00 |
| (01) Total of withholding statements with this return [1] | 1,537 00 | 33,691 00 |

| | Income Tax Withheld | Federal Wages |
|---|---|---|
| C - Federal Government Wages (See instructions).. (01) | 00 | (02) 00 |

**Part 2**

2. Other Income (detail...)

| Line | | Amount |
|---|---|---|
| A) Interest income (Schedule F Individual, Part I, line 10) | (03) | 00 |
| B) Distributable share on special partnerships profits (Submit Schedule F Individual and Schedule R) | (04) | 00 |
| C) Distributable share on special partnerships losses (Submit Schedule R) | (05) | 00 |
| D) Dividends from corporations and distributions from partnerships subject to withholding (Schedule F Individual, Part II, line 1A) | (06) | 00 |
| E) Dividends from corporations and distributions from partnerships not subject to withholding (Schedule F Individual, Part II, line 3B) | (07) | 00 |
| F) Distributable share on profits from corporations of individuals (Submit Schedule F Individual) | (08) | 00 |
| G) Distributions from Governmental Plans (Schedule F Individual, Part V, lines 1C and 1D) | (09) | 00 |
| H) Miscellaneous income (Submit Schedule F Individual) | (10) | 00 |
| I) Distributions from Individual Retirement Accounts and Educational Contribution Accounts (Submit Schedule F Individual) | (11) | 00 |
| J) Dividends from Capital Investment or Tourism Fund (Submit Schedule Q1) | (12) | 00 |
| K) Income from annuities and pensions (Schedule H Individual, Part II, line 12) | (13) | 00 |
| L) Alimony received (Payer's social security No. ______ )(14) | (15) | 00 |
| M) Gain (or loss) from industry or business (Submit Schedule K Individual) | (16) | 00 |
| N) Gain (or loss) from farming (Submit Schedule L Individual) | (17) | 00 |
| O) Gain (or loss) from professions and commissions (Submit Schedule M Individual) | (18) | 00 |
| P) Gain (or loss) from rental business (Submit Schedule N Individual) | (19) | 1,759 00 |
| Q) Gain (or loss) from sale or exchange of capital assets (Submit Schedule D Individual) | (20) | 00 |
| R) Qualified plans and Variable Annuity Contracts (Submit Schedule D Individual) | (21) | 00 |
| S) Net long-term capital gain on Investment Funds (Submit Schedule Q1) | (22) | 00 |
| 3. **Total Gross Income** (Add lines 1B, 1C and 2A through 2S) | (23) | 35,450 00 |
| 4. **Alimony Paid** (Recipient's social security No. ______ )(24) (Judgment No. ______ )(25) | (26) | 00 |
| 5. **Adjusted Gross Income** (Subtract line 4 from line 3) | (30) | 35,450 00 |

COPY

Retention Period: Ten (10) years

PRSoft, Inc. (www.prsoft.com)

Form 482.0 Rev. 01.10

# LONG FORM

Liquidator | Reviewer

R G RO V1 V2 P1 P2 N D1 D2 E A M

RETURN WITH CHECK (PLEASE ATTACH CHECK HERE)

2009 COMMONWEALTH OF PUERTO RICO DEPARTMENT OF THE TREASURY 2009

## INDIVIDUAL INCOME TAX RETURN

FOR CALENDAR YEAR 2009 OR TAXABLE YEAR BEGINNING ON 1 January, 2009 AND ENDING ON 31 December, 2009

Serial Number

AMENDED RETURN

DECEASED DURING THE YEAR: __/__/__ Day Month Year

Payment Stamp

Taxpayer's Name: Antonio | Initial | Last Name: Torres Cardenales | Second Last Name

Taxpayer's Social Security Number: A.L.T.C.

Date of Birth: A.L.T.C. Day Month Year | Sex: (●) M ( ) F

Postal Address: P.O. Box 782 Coamo PR Zip Code 00769

Spouse's Social Security Number

Spouse's Date of Birth: Day Month Year

"Place label here".

Spouse's First Name and initial | Last Name | Second Last Name

Home Telephone: (787) 000-0000

Work Telephone

Home Address (Town or Urbanization, Number, Street): Bo. Rio Jueyes Coamo PR Zip Code 00769-0000

CHANGE OF ADDRESS: ( ) Yes (●) No

Receipt Number:

Amount:

E-Mail Address

### Part 1

YES NO
- A. (●) ( ) United States Citizen?
- B. (●) ( ) Resident of Puerto Rico at the end of the year?
- C. ( ) (●) Tax exempt income from Lottery of Puerto Rico?
- D. ( ) (●) Income from racetrack winnings in Puerto Rico?
- E. ( ) (●) Other exempt income? (Submit Schedule)
- F. ( ) (●) Obligation to make payments to ASUME?

FILING STATUS AT THE END OF THE TAXABLE YEAR:
1. ( ) Married living with spouse and filing jointly
2. ( ) Married not living with spouse (Not head of household) (Submit spouse's name and social security number above)
3. (●) Head of household (Not married)
4. ( ) Single
5. ( ) Married filing separately (Submit spouse's name and social security number above)

HIGHEST SOURCE OF INCOME:
- G. (●) Government, Municipalities or Public Corporations Employee
- H. ( ) Federal Government Employee
- I. ( ) Private Business Employee
- J. ( ) Retired/Pensioner
- K. ( ) Self-Employed (Indicate principal industry or business)

Your occupation: Teacher 6110 Spouse's occupation

GOVERNMENT CONTRACT: ( ) TAXPAYER ( ) SPOUSE

2010 RETURN: (●) SPANISH ( ) ENGLISH

( ) **Fill in here if you choose the optional computation of tax for married individuals living together, filing a joint return and both working. Do not complete Parts 2 and 3, neither lines 15 through 25 of Part 4, and go to Schedule CO Individual.**

Receipt Stamp

**1. Wages, Commissions, Allowances and Tips**

(00) ATTACH ALL YOUR WITHHOLDING STATEMENTS (Forms 499R-2/W-2PR, 499R-2c/W-2cPR or W-2, as applicable).

| | A-Income Tax Withheld | B-Wages, Commissions, Allowances and Tips |
|---|---|---|
| | 1,639 00 | 34,647 00 |
| | 00 | 00 |
| | 00 | 00 |
| | 00 | 00 |
| (01) Total of withholding statements with this return: 1 | 1,639 00 | 34,647 00 |
| | Income Tax Withheld | Federal Wages |
| C- Federal Government Wages (See instructions).. | (01) 00 | (02) 00 |

### Part 2

**2. Other Income (or Losses):**

| Line | Code | Amount |
|---|---|---|
| A) Interest income (Schedule F Individual, Part I, line 10) | (03) | 00 |
| B) Distributable share on special partnerships profits (Submit Schedule F Individual and Schedule R) | (04) | 00 |
| C) Distributable share on special partnerships losses (Submit Schedule R) | (05) | 00 |
| D) Dividends from corporations and distributions from partnerships subject to withholding (Schedule F Individual, Part II, line 1A) | (06) | 00 |
| E) Dividends from corporations and distributions from partnerships not subject to withholding (Schedule F Individual, Part II, line 3B) | (07) | 00 |
| F) Distributable share on profits from corporations of individuals (Submit Schedule F Individual) | (08) | 00 |
| G) Distributions from Governmental Plans (Schedule F Individual, Part V, lines 1C and 1D) | (09) | 00 |
| H) Miscellaneous income (Submit Schedule F Individual) | (10) | 00 |
| I) Distributions from Individual Retirement Accounts and Educational Contribution Accounts (Submit Schedule F Individual) | (11) | 00 |
| J) Dividends from Capital Investment or Tourism Fund (Submit Schedule Q1) | (12) | 00 |
| K) Income from annuities and pensions (Schedule H Individual, Part II, line 12) | (13) | 00 |
| L) Alimony received (Payer's social security No. ________ )(14) | (15) | 00 |
| M) Gain (or loss) from industry or business (Submit Schedule K Individual) | (16) | 00 |
| N) Gain (or loss) from farming (Submit Schedule L Individual) | (17) | 00 |
| O) Gain (or loss) from professions and commissions (Submit Schedule M Individual) | (18) | 1,449 00 |
| P) Gain (or loss) from rental business (Submit Schedule N Individual) | (19) | 00 |
| Q) Gain (or loss) from sale or exchange of capital assets (Submit Schedule D Individual) | (20) | 00 |
| R) Qualified plans and Variable Annuity Contracts (Submit Schedule D Individual) | (21) | 00 |
| S) Net long-term capital gain on Investment Funds (Submit Schedule Q1) | (22) | 00 |
| **3. Total Gross Income** (Add lines 1B, 1C and 2A through 2S) | (23) | 36,096 00 |
| **4. Alimony Paid** (Recipient's social security No. ________ )(24) (Judgment No. ________ )(25) | (26) | 00 |
| **5. Adjusted Gross Income** (Subtract line 4 from line 3) | (30) | 36,096 00 |

COPY

Retention Period: Ten (10) years

PRSoft, Inc. (www.prsoft.com)

Form 482.0 Rev. 01.11

# LONG FORM

Liquidator | Reviewer

R | G | RO | V1 | V2 | P1 | P2 | N | D1 | D2 | E | A | M

◯ RETURN WITH CHECK (PLEASE ATTACH CHECK HERE)

2010 GOVERNMENT OF PUERTO RICO DEPARTMENT OF THE TREASURY 2010

## INDIVIDUAL INCOME TAX RETURN

FOR CALENDAR YEAR 2010 OR TAXABLE YEAR BEGINNING ON 1 January, 2010 AND ENDING ON 31 December, 2010

Serial Number

◯ AMENDED RETURN

◯ DECEASED DURING THE YEAR: Day Month Year

Payment Stamp

Taxpayer's Name: Antonio | Initial: | Last Name: Torres | Second Last Name: Cardenales

Taxpayer's Social Security Number: A.L.T.C.

Date of Birth: A.L.T.C. Day Month Year | Sex: ◉ M ◯ F

Postal Address: PO Box 782, Coamo PR | Zip Code 00769-0782

Spouse's Social Security Number:

Spouse's Date of Birth: Day Month Year

"Place label here".

Spouse's First Name and initial | Last Name | Second Last Name

Disabled: ◯ Taxpayer ◯ Spouse

Home Telephone (787) 000-0000

Work Telephone

Home Address (Town or Urbanization, Number, Street): Hacienda Miraflores, Coamo PR | Zip Code 00769-0000

E-Mail Address

CHANGE OF ADDRESS ◯ Yes ◉ No

Receipt Number | Amount

### Part 1

YES NO
- A. ◉ ◯ United States Citizen?
- B. ◉ ◯ Resident of Puerto Rico at the end of the year?
- C. ◯ ◉ Obligation to make payments to ASUME?
- D. ◯ ◉ Other exempt income? (Submit Schedule) Indicate total $ 0

FILING STATUS AT THE END OF THE TAXABLE YEAR:
1. ◯ Married living with spouse and filing jointly
2. ◯ Married not living with spouse (Not head of household) (Submit spouse's name and social security number above)
3. ◉ Head of household (Not married)
4. ◯ Single
5. ◯ Married filing separately (Submit spouse's name and social security number above)

HIGHEST SOURCE OF INCOME:
- E. ◉ Government, Municipalities or Public Corporations Employee
- F. ◯ Federal Government Employee
- G. ◯ Private Business Employee
- H. ◯ Retired/Pensioner
- I. ◯ Self-Employed (Indicate principal industry or business)

Your occupation: Teacher | 6110 | Spouse's occupation

GOVERNMENT CONTRACT: ◯ TAXPAYER ◯ SPOUSE

2011 RETURN: ◉ SPANISH ◯ ENGLISH

**◯ Fill in here if you choose the optional computation of tax for married individuals living together, filing a joint return and both working. Do not complete Parts 2 and 3, neither lines 15 through 25 of Part 4, and go to Schedule CO Individual.**

Receipt Stamp

1. Wages, Commissions, Allowances and Tips

00 ATTACH ALL YOUR WITHHOLDING STATEMENTS (Forms 499R-2/W-2PR, 499R-2c/W-2cPR or W-2, as applicable).

| | A-Income Tax Withheld | B-Wages, Commissions, Allowances and Tips |
|---|---|---|
| | 1,354 00 | 33,618 00 |
| | 167 00 | 4,950 00 |
| | 00 | 00 |
| | 00 | 00 |
| 01 Total of withholding statements with this return: 2 | 1,521 00 | 38,568 00 |

| C- Federal Government Wages (See instructions).. | Income Tax Withheld (01) | Federal Wages (02) |
|---|---|---|
| | 00 | 00 |

### Part 2

| 2. Other Income (or Losses): | | |
|---|---|---|
| A) Interest income (Schedule F Individual, Part I, line 10) | (03) | 00 |
| B) Distributable share on special partnerships profits (Submit Schedule F Individual and Schedule R) | (04) | 00 |
| C) Distributable share on special partnerships losses (Submit Schedule R) | (05) | 00 |
| D) Dividends from corporations and distributions from partnerships subject to withholding (Schedule F Individual, Part II, line 1A) | (06) | 00 |
| E) Dividends from corporations and distributions from partnerships not subject to withholding (Schedule F Individual, Part II, line 3B) | (07) | 00 |
| F) Distributable share on profits from corporations of individuals (Submit Schedule F Individual) | (08) | 00 |
| G) Distributions from Governmental Plans (Schedule F Individual, Part V, lines 1C and 1D) | (09) | 00 |
| H) Miscellaneous income (Submit Schedule F Individual) | (10) | 00 |
| I) Distributions from Individual Retirement Accounts and Educational Contribution Accounts (Submit Schedule F Individual) | (11) | 00 |
| J) Distributions from Capital Investment or Tourism Fund (Submit Schedule Q1) | (12) | 00 |
| K) Dividends from Capital Investment or Tourism Fund (Schedule H Individual, Part II, line 12) | (13) | 00 |
| L) Income from annuities and pensions (Schedule H Individual, Part II, line 12) | (15) | 00 |
| M) Alimony received (Payer's social security No. ______ )(14) | (16) | 00 |
| N) Gain (or loss) from industry or business (Submit Schedule K Individual) | (17) | 00 |
| O) Gain (or loss) from farming (Submit Schedule L Individual) | (18) | 00 |
| P) Gain (or loss) from professions and commissions (Submit Schedule M Individual) | (19) | 1,785 00 |
| Q) Gain (or loss) from rental business (Submit Schedule N Individual) | (20) | 00 |
| R) Gain (or loss) from sale or exchange of capital assets (Submit Schedule D Individual) | (21) | 00 |
| S) Qualified plans and Variable Annuity Contracts (Submit Schedule D Individual) | (22) | 00 |
| Net long-term capital gain on Investment Funds (Submit Schedule Q1) | | |
| 3. **Total Gross Income** (Add lines 1B, 1C and 2A through 2S) | (23) | 40,353 00 |
| 4. **Alimony Paid** (Recipient's social security No. ______ )(24) (Judgment No. ______ )(25) | (26) | 00 |
| 5. **Adjusted Gross Income** (Subtract line 4 from line 3) | (30) | 40,353 00 |

Retention Period: Ten (10) years

PRSoft, Inc. (www.prsoft.com)

Form 499R-2/W-2 PR
Rev. 10.11

**GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

| | |
|---|---|
| 1. Nombre-First Name | ANTONIO |
| Apellido(s) - Surname(s) | TORRES CARDENALES |
| Dirección Postal del Empleado-Employee's Mailing Address | APARTADO 782 / COAMO, PR 00769 |
| 2. Nombre y Dirección Postal del Patrono / Employer's Name and Mailing Address | L8013750526 SUSANA RIV / DEPT DE EDUCACION-MAESTROS / AVENIDA TENIENTE CESAR GONZALE / ESQUINA CALAF / HATO REY, PR 00919 |
| 3. Núm. Seguro Social / Social Security No. | A.L.T.C. |
| 4. Núm. de Ident. Patronal / Employer Ident. No. (EIN) | 660433481 |
| 5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension | |
| 6. Costo de Pensión o Anualidad / Cost of Pension or Annuity | 0.00 |
| 6A. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage | 0.00 |
| 6B. Donativos / Charitable Contributions | 12.00 |
| Número Control - Control Number | 116459082 |
| Copia C para Récord del Empleado / Copy C for Employee's Records | Año: 2011 |

**INFORMACION PARA EL DEPARTAMENTO DE HACIENDA / DEPARTMENT OF THE TREASURY INFORMATION**

| | |
|---|---|
| 7. Sueldos - Wages | 33458.72 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total=7+8+9+10 | 33458.72 |
| 12. Gastos Reembolsados / Reimbursed Expenses | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 898.31 |
| 14. Fondo de Retiro Gubernamental / Governmental Retirement Fund | 2921.40 |
| 15. Aportaciones a Planes Cualific. / Contributions to CODA PLANS | 0.00 |
| 16. Salarios bajo Ley Núm. 324 de 2004 / Salaries under Act No. 324 of 2004 | 0.00 |
| 16A. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program | 0.00 |

**INFORMACION PARA EL SEGURO SOCIAL / SOCIAL SECURITY INFORMATION**

| | |
|---|---|
| 17. Total Sueldos Seguro Social / Social Security Wages | 0.00 |
| 18. Seguro Social Retenido / Social Security Tax Withheld | 0.00 |
| 19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips | 0.00 |
| 20. Contrib. Medicare Retenida / Medicare Tax Withheld | 0.00 |
| 21. Propinas Seguro Social / Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0.00 |
| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

---

3. Empleado de Empresa Privada
4. Retirado/Pensionado
5. Trabajo Cuenta Propia (Indique la Su ocupación Maestro de Escu

Cheque # 840   300.00

FOTOCOPIE : PIERDE LEGIBILIDAD

**CONTRATO GOBIERNO:** ◯ Contribuyente ◯ Cónyuge

**Reintegro**
1. CONTRIBUCION PAGADA EN EXCESO
   A) Acreditar a la contribución estimada
   B) Aportación al Fondo Especial para
   C) Aportación al Fondo Especial para
   D) A REINTEGRAR (Si desea que se l

**Pago**
2. TOTAL NO PAGADO DE LA CONTR
3. Menos: Cantidad pagada (a) Con F
   (b) Intere
   (c) Reca
4. BALANCE PENDIENTE DE PAGO

| | |
|---|---|
| (01) | 00 |
| (02) | 00 |
| (03) | 00 |
| (04) | 00 |
| de Depósito) (05) | 00 |
| (06) | 563 00 |
| (07) | 300 00 |
| (08) | 00 |
| (09) | 00 |
| (10) | 263 00 |

**Depósito**
Tipo de cuenta: ◯ Cheques ◯ Ahorros
Número de ruta/tránsito
Número de su cuenta
Cuenta a nombre de:
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que la información incluida en esta planilla, anejos y documentos que se acompañan, ha sido examinada por mí y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

Firma del Contribuyente _[signature]_  Fecha 12-abril-12  Firma del Cónyuge ___  Nombre de la Firma o Negocio ___  Fecha ___

04  Nombre del Especialista (Letra de Molde): Esther Figueroa
Número de Registro: 19447   Número de Identificación Patronal: 66-0760098
Especialista por cuenta propia (ennegrezca aquí) ◯   Firma del Especialista ___   Fecha ___

NOTA AL CONTRIBUYENTE: Indique si hizo pagos por la preparación de su planilla: ◯ Sí ◯ No. Si contestó "Sí", exija la firma y el número de registro del Especialista
Período de Conservación: Diez (10) años
PRSoft, Inc. (www.prsoft.com)

Formulario 499R-2/W-2 PR
Rev. 09.12

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

| Employee / Employer | | Hacienda Information | Social Security Information |
|---|---|---|---|
| 1. Nombre-First Name: ANTONIO | 3. Núm. Seguro Social / Social Security No.: A.L.T.C. | 7. Sueldos - Wages: 35821.82 | 17. Total Sueldos Seguro Social / Social Security Wages: 0.00 |
| Apellido(s) - Surname(s): TORRES CARDENALES | 4. Núm. de Ident. Patronal / Employer Ident. No. (EIN): 660433481 | 8. Comisiones - Commissions: 0.00 | 18. Seguro Social Retenido / Social Security Tax Withheld: 0.00 |
| Dirección Postal del Empleado-Employee's Mailing Address: APARTADO 782, COAMO, PR 00769 | 5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension: Día / Day, Mes / Month, Año / Year | 9. Concesiones - Allowances: 0.00 | 19. Total Sueldos y Prop. Medicare / Medicare Wages and Tips: 0.00 |
| | 6. Costo de Pensión o Anualidad / Cost of Pension or Annuity: 0.00 | 10. Propinas - Tips: 0.00 | 20. Contrib. Medicare Retenida / Medicare Tax Withheld: 0.00 |
| 2. Nombre y Dirección Postal del Patrono / Employer's Name and Mailing Address: L8013750526 SUSANA RIV, DEPT DE EDUCACION-MAESTROS, AVENIDA TENIENTE CESAR GONZALE, ESQUINA CALAF, HATO REY, PR 00919 | 6A. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage: 0.00 | 11. Total=7+8+9+10: 35821.82 | 21. Propinas Seguro Social / Social Security Tips: 0.00 |
| | 6B. Donativos / Charitable Contributions: 12.00 | 12. Gastos Reemb. y Beneficios Marginales / Reimb. Expenses and Fringe Benefits: 0.00 | 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips: 0.00 |
| Número de Teléfono del Patrono / Employer's Telephone Number: | Copia C para Récord del Empleado / Copy C for Employee's Records | 13. Cont. Retenida - Tax Withheld: 1069.82 | 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips: 0.00 |
| Fecha Cese de Operaciones / Cease of Operations Date: Día / Day, Mes / Month, Año / Year | Año / Year: 2012 | 14. Fondo de Retiro Gubernamental / Governmental Retirement Fund: 2921.41 | |
| Número Control - Control Number: 125527633 | | 15. Aportaciones a Planes Cualific. / Contributions to CODA PLANS: 0.00 | |
| | | 16. Salarios bajo Ley 324-2004 / Salaries under Act 324-2004: 0.00 | |
| | | 16A. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program: 0.00 | |

Reproducido por: Departamento de Hacienda

5. ⬭ Trabajo Cuenta Propia (Indique la industria o negocio principal)
6. ⬭ Otro ______

COPY

CONTRATO GOBIERNO: ⬭ Contribuyente ⬭ Cónyuge

Su ocupación: Maestro de Escuela | 6110 | Ocupación cónyuge

**PASE A LA PAGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.**

**Reintegro**

| | | |
|---|---|---|
| 1. CONTRIBUCION PAGADA EN EXCESO (Encasillado 3, línea 27. Indique distribución en las líneas A, B, C y D) (01) | 40 | 00 |
| A) Acreditar a la contribución estimada 2013 (02) | | 00 |
| B) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan (03) | | 00 |
| C) Aportación al Fondo Especial para la Universidad de Puerto Rico (04) | | 00 |
| D) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado de Depósito) (05) | 40 | 00 |

**Pago**

| | | |
|---|---|---|
| 2. TOTAL NO PAGADO DE LA CONTRIBUCION (Encasillado 3, línea 27) (06) | | 00 |
| 3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado (07) | | 00 |
| (b) Intereses (08) | | 00 |
| (c) Recargos ______ y Penalidades ______ (09) | | 00 |
| 4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a)) (10) | | 00 |

**Depósito**

AUTORIZACION PARA DEPOSITO DIRECTO DE REINTEGRO

Tipo de cuenta: ⬭ Cheques ⬭ Ahorros
Número de ruta/tránsito: ☐☐☐☐☐☐☐☐☐
Número de su cuenta: ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

Cuenta a nombre de: ______ y ______
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que he examinado la información incluida en esta planilla, anejos y documentos que se acompañan, y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

| | | | |
|---|---|---|---|
| Firma del Contribuyente: [signature] | Fecha: 1/04/2013 ✓ | Firma del Cónyuge | Fecha |
| 04 Nombre del Especialista (Letra de Molde): Esther Figueroa | | Nombre de la Firma o Negocio: Esther Figueroa | |
| Firma del Especialista: ✓ | Fecha | Especialista por cuenta propia (ennegrezca aquí) ⬭ | Número de Registro: 19447 |

NOTA AL CONTRIBUYENTE: Indique si hizo pagos por la preparación de su planilla: ● Sí ⬭ No. Si contestó "Sí", exija la firma y el número de registro del Especialista.

Período de Conservación: Diez (10) años

PRSoft, Inc. (www.prsoft.com)

**Estado Libre Asociado de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 12/09/2013 |
| Hasta: | 12/20/2013 |

# Cheque: 06330151
Fecha: 12/17/2013

ANTONIO L TORRES CARDENALES
APARTADO 782
COAMO PR 00769
SS:

A.L.T.C.

| | |
|---|---|
| # Empleado: | A.L.T.C. |
| Dept: | 8005137-SANTA ISABEL-PONCE |
| Oficina: | SUSANA RIVERA |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $2,705.00 Monthly |

| | |
|---|---|
| DATA IMP: | Federal  PR |
| Estado Civil: | Head of Household |
| Concesiones: | 0   2 |
| Pct. Adcl.: | |
| Cant. Adcl.: | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Bono de Navidad | | | 0.00 | | 1,000.00 |
| Pago de Salarios Regulares | | | 0.00 | 1,476.00 | 32,460.00 |
| Licencia Enfermedad en Exceso | | | 0.00 | | 2,184.14 |
| Total: | | | 0.00 | 1,476.00 | 35,644.14 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| PR Withholdng | 0.00 | 939.77 |
| Total: | 0.00 | 939.77 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 0.00 | 2,921.52 |
| Total: | 0.00 | 2,921.52 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| DUM-Gob Otras Deducciones | 611.59- | 611.59- |
| SM-Asoc Maestros de PR | 0.00 | 766.00 |
| Ahorros-AEELA | 0.00 | 973.92 |
| DM-FONDOS UNIDOS | 0.00 | 8.00 |
| SC-MULTINATIONAL LIFE INS. | 0.00 | 131.00 |
| AE-Asoc Emp ELA-Prest Regular | 0.00 | 421.89 |
| SC-GENERAL ACCIDENT LIFE | 0.00 | 109.62 |
| Total: | 611.59- | 1,798.84 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-Asoc Maestros de PR | 0.00 | 1,440.00 |
| GPR Plan de Retiro de Maestro | 0.00 | 2,759.04 |
| FSED Disability Plan | 0.00 | 605.89 |

* Tributable

## TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|
| Corriente: | 0.00 | 0.00 | 611.59- | 611.59 |
| Acumulado: | 35,644.14 | 939.77 | 4,720.36 | 29,984.01 |

## PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA

| | |
|---|---|
| Cheque #06330151 | 611.59 |
| Total: | 611.59 |

MENSAJE:

S2010

Formulario 499R-2/W-2PR Rev. 01.14

**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**
ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

222

Número Control - Control Number: 0043827230

S140003
Número Confirmación de Radicación Electrónica
Electronic Filing Confirmation Number

Año / Year: 2014
Fecha de radicación: 31 de enero - Filing date: January 31

Fecha Cese de Operaciones / Cease of Operations Date:

Número de Teléfono del Patrono / Employer's Telephone Number

2. Nombre y Dirección Postal del Patrono / Employer's Name and Mailing Address
Departamento Educación
Ave. Teniente cesar Gonzalez San Juan PR 00919-0000

Dirección Postal del Empleado - Employee's Mailing Address
PO Box 872 Coamo PR 00769-0872

1. Nombre - First Name: Antonio
Apellido(s) - Surname(s): Torres Cardenales

3. Núm. Seguro Social / Social Security No.: A.T.C.
4. Núm. de Ident Patronal / Employer Ident. No. (EIN): 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

• Envíe a: - Send to:
Social Security Administration
Data Operations Center
Wilkes-Barre, PA 18769-0001
Con la / With the W-3PR
• Envíe al Departamento de Hacienda electrónicamente / Send to Department of the Treasury electronically (www.hacienda.gobierno.pr)
• Entregue dos copias al empleado / Deliver two copies to employee
• Conserve copia para sus récords / Keep copy for your records

| | Wages / Sueldos | Social Security Wages / Total Sueldos Seguro Social |
|---|---|---|
| 7. Sueldos - Wages | 33,387 | 17. Total Sueldos Seguro Social / Social Security Wages |
| 8. Comisiones - Commissions | | 18. Seguro Social Retenido / Social Security Tax Withheld |
| 9. Concesiones - Allowances | 0 | |
| 10. Propinas - Tips | 0 | 19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips |
| 5. Costo cubierta de salud auspiciada / patrono - Cost of employer-sponsored health coverage | 0 | |
| 11. Total = 7 + 8 + 9 + 10 | 33,387 | |
| 12. Gastos Reemb. y Beneficios Marginales / Reimb. Expenses and Fringe Benefits | | 20. Contrib. Medicare Retenida / Medicare Tax Withheld |
| 13. Cont. Retenida - Tax Withheld | 742 | |
| 6. Donativos / Charitable Contributions | 0 | 21. Propinas Seguro Social / Social Security Tips |
| 14. Fondo de Retiro Gubernamental / Governmental Retirement Fund | 2,890 | |
| 15. Aportaciones a Planes Cualific. / Contributions to CODA PLANS | 0 | 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips |
| 16. Salarios Exentos (Ver instrucciones) / Exempt Salaries (See instructions) | 0 | |
| 16A. Código de Salarios Exentos / Exempt Salaries Code | | 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips |
| 16B. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program | 0 | |

INFORMACION PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
INFORMACION PARA EL SEGURO SOCIAL / SOCIAL SECURITY INFORMATION

(watermark: Planilla Radicada Electrónicamente)

*Note: The form below appears upside-down on the page. Content transcribed in its proper reading orientation.*

# COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT
## DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
### ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO

Formulario / Form 499R-2W-2 PR  Rev. 08.15

**Nro Control - Control Number:** 0049003462

**Año / Year:** 2015

**Fecha de radicación: 31 de enero - Filing date: January 31**

**Nro Confirmación de Radicación Electrónica / Electronic Filing Confirmation Number:** S150008

**Fecha de Case de Operaciones / Date of Operations:** Día/Day Mes/Month Año/Year

**Número de Teléfono del Patrono / Employer's Telephone Number:**

**Nombre y Dirección Postal del Patrono / Employer's Name and Mailing Address:**
DEPT DE EDUCACION-MAESTROS
AVENIDA TENIENTE CESAR GONZALE
ESQUINA CALAF
HATO REY, PR 00919

**Dirección Postal del Empleado / Employee's Mailing Address:**
APARTADO 782
COAMO, PR 00769

**Apellido(s) - Surname(s):** TORRES CARDENALES

**1. Nombre-First Name:** ANTONIO

**3. Núm. Seguro Social / Social Security No.:** A.T.C.

**4. Núm. de Ident. Patronal / Employer Ident. No. (EIN):** 660433481

| INFORMACION PARA EL DEPARTAMENTO DE HACIENDA / INFORMATION FOR THE DEPARTMENT OF THE TREASURY | | INFORMACION PARA EL SEGURO SOCIAL / SOCIAL SECURITY INFORMATION | |
|---|---|---|---|
| 7. Sueldos - Wages | 33060.00 | 17. Total Sueldos Seguro Social / Social Security Wages | 0.00 |
| 8. Comisiones - Commissions | 0.00 | 18. Seguro Social Retenido / Social Security Tax Withheld | 0.00 |
| 9. Concesiones - Allowances | 0.00 | 19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips | 33060.00 |
| 10. Propinas - Tips | 0.00 | 20. Contrib. Medicare Retenida / Medicare Tax Withheld | 0.00 |
| 11. Total=7+8+9+10 | 33060.00 | 21. Propinas Seguro Social / Social Security Tips | 0.00 |
| 12. Gastos Reemb. y Beneficios Marginales / Reimb. Expenses and Fringe Benefits | 0.00 | 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 0.00 | 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |
| 14. Fondo de Retiro Gubernamental / Governmental Retirement Fund | 2921.52 | | |
| 15. Aportaciones a Planes Cualific. / Contributions to CODA PLANS | 0.00 | | |
| 16. Salarios Exentos (Ver instrucciones) / Exempt Salaries (See instructions) | 0.00 | | |
| 16A. Código de Salarios Exentos / Exempt Salaries Code | | | |
| 16B. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program | 0.00 | | |

- Envíe al Departamento de Hacienda electrónicamente
- Send to Department of the Treasury electronically (www.hacienda.pr.gov)
- Entregue dos copias al empleado
- Deliver two copies to employee
- Conserve copia para sus récords
- Keep copy for your records

Envíe a: - Send to:
Social Security Administration
Data Operations Center Wilkes-Barre, PA 18769-0001
Con la W-3PR

**Patrono: - Employer:**
6. Donativos / Charitable Contributions   0.00
5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage   0.00

Nombre de la Firma o Negocio / Specialist's Name
Firma del Contribuyente / Taxpayer Signature: [signature] 7/8/17
Fecha / Date
Especialista por cuenta propia (enegresca aquí) ○
Número de Registro

Postal del Empleado-Employee's Mailing Address
ADO 782
, PR 00769

A.L.T.C.

Nacimiento Día Day Mes Month Año Year

Dirección Postal del Patrono
Name and Mailing Address
DE EDUCACION - MAESTROS
DA TENIENTE CESAR GONZALE
NA CALAF
REY, PR 00919

Teléfono del Patrono
Telephone Number

de Operaciones: Día Day Mes Month Año Year
Operations Date:

Confirmación de Radicación Electrónica
Filing Confirmation Number
S160021

Control - Control Number
006251777

Fecha de radicación: 31 de enero - Filing date: January 31

660433481

5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage 0.00

6. Donativos Charitable Contributions 0.00

Patrono: - Employer:
* Envíe a: - Send to: Social Security Administration Data Operations Center Wilkes-Barre, PA 18769-0001 Con la With the W-3PR
* Envíe al Departamento de Hacienda electrónicamente Send to Department of the Treasury electronically (www.hacienda.pr.gov)
* Entregue dos copias al empleado Deliver two copies to employee
* Conserve copia para sus récords Keep copy for your records

Año: Year: 2016

| | |
|---|---|
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total=7+8+9+10 | 32999.51 |
| 12. Gastos Reemb. y Beneficios Marginales Reimb. Expenses and Fringe Benefits | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 713.02 |
| 14. Fondo de Retiro Gubernamental Governmental Retirement Fund | 2916.07 |
| 15. Aportaciones a Planes Cualific. Contributions to CODA PLANS | 0.00 |
| Salarios Exentos (Ver instrucciones) Exempt Salaries (See instructions) 16. Código/Code | 0.00 |
| 16A. Código/Code | 0.00 |
| 16B. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program | 0.00 |

| | |
|---|---|
| Social Security Tax Withheld | 0.00 |
| 19. Total Sueldos y Pro. Medicare Medicare Wages and Tips | 0.00 |
| 20. Contrib. Medicare Retenida Medicare Tax Withheld | 0.00 |
| 21. Propinas Seguro Social Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0.00 |
| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

Reproducido por: Departamento de Hacienda

---

W-2 PR

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION

INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION

First Name
IO

Surname(s)
S CARDENALES

Postal del Empleado-Employee's Mailing Address
ADO 782
PR 00769

A.L.T.C.

Nacimiento Día Day Mes Month Año Year

Dirección Postal del Patrono
Name and Mailing Address
DE EDUCACION - MAESTROS
DA TENIENTE CESAR GONZALE
NA CALAF
REY, PR 00919

Teléfono del Patrono
Telephone Number

de Operaciones: Día Day Mes Month Año Year
Operations Date:

Confirmación de Radicación Electrónica
Filing Confirmation Number
S160021

Control - Control Number
006251777

Fecha de radicación: 31 de enero - Filing date: January 31

3. Núm. Seguro Social Social Security No.

A.L.T.C

4. Núm. de Ident. Patronal Employer Ident. No. (EIN)
660433481

5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage 0.00

6. Donativos Charitable Contributions 0.00

Patrono: - Employer:
* Envíe a: - Send to: Social Security Administration Data Operations Center Wilkes-Barre, PA 18769-0001 Con la With the W-3PR
* Envíe al Departamento de Hacienda electrónicamente Send to Department of the Treasury electronically (www.hacienda.pr.gov)
* Entregue dos copias al empleado Deliver two copies to employee
* Conserve copia para sus récords Keep copy for your records

Año: Year: 2016

| | |
|---|---|
| 7. Sueldos - Wages | 32999.51 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total=7+8+9+10 | 32999.51 |
| 12. Gastos Reemb. y Beneficios Marginales Reimb. Expenses and Fringe Benefits | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 713.02 |
| 14. Fondo de Retiro Gubernamental Governmental Retirement Fund | 2916.07 |
| 15. Aportaciones a Planes Cualific. Contributions to CODA PLANS | 0.00 |
| Salarios Exentos (Ver instrucciones) Exempt Salaries (See instructions) 16. Código/Code | 0.00 |
| 16A. Código/Code | 0.00 |
| 16B. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program | 0.00 |

| | |
|---|---|
| 17. Total Sueldos Seguro Social Social Security Wages | 0.00 |
| 18. Seguro Social Retenido Social Security Tax Withheld | 0.00 |
| 19. Total Sueldos y Pro. Medicare Medicare Wages and Tips | 0.00 |
| 20. Contrib. Medicare Retenida Medicare Tax Withheld | 0.00 |
| 21. Propinas Seguro Social Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0.00 |
| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

Reproducido por: Departamento de Hacienda

rmulario
m 499R-2/W-2PR
v. 07.17

GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

222

## COMPROBANTE DE RETENCIÓN - WITHHOLDING STATEMENT

1. Nombre - First Name: ANTONIO

Apellido(s) - Last Name(s): L TORRES CARDENALES

Dirección Postal del Empleado - Employee's Mailing Address:
APARTADO 782
COAMO PR 00769 A.L.T.C.

Fecha de Nacimiento: Día Mes Año
Date of Birth: Day Month Year

2. Nombre y Dirección Postal del Patrono
Employer's Name and Mailing Address
DEPT DE EDUCACION MAESTROS
AVENIDA TENIENTE CESAR
ESQUINA CALAF
HATO REY PR 00919

Número de Teléfono del Patrono
Employer's Telephone Number: (787) 773-3508

Fecha Cese de Operaciones: Día ____ Mes ____ Año ____
Cease of Operations Date: Day ____ Month ____ Year ____

Número Confirmación de Radicación Electrónica
Electronic Filing Confirmation Number: S170008

Número Control - Control Number: 006975261

3. Núm. Seguro Social / Social Security No.: A.L.T.C

4. Núm. de Ident. Patronal / Employer Ident. No. (EIN): 660433481-080

5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage: 0.00

6. Donativos / Charitable Contributions: 0.00

Patrono: - Employer:
- Envíe a: - Send to: Social Security Administration Data Operations Center Wilkes-Barre, PA 18769-0001 Con la / With the W-3PR
- Envíe al Departamento de Hacienda electrónicamente: Send to Department of the Treasury electronically (www.hacienda.pr.gov)
- Entregue dos copias al empleado / Deliver two copies to employee
- Conserve copia para sus récords / Keep copy for your records

Año: / Year: 2017

| INFORMACIÓN PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION | |
|---|---|
| 7. Sueldos - Wages | 33,041.97 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total = 7 + 8 + 9 + 10 | 33,041.97 |
| 12. Gastos Reemb. y Beneficios Marginales / Reimb. Expenses and Fringe Benefits | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 716.20 |
| 14. Fondo de Retiro Gubernamental / Governmental Retirement Fund | 2,913.12 |
| 15. Aportaciones a Planes Cualificados / Contributions to CODA PLANS | 0.00 |
| Salarios Exentos (Ver instrucciones) / Exempt Salaries (See instructions) — 16. Código/Code | 0.00 |
| 16A. Código/Code | 0.00 |
| 16B. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program | 0.00 |

| INFORMACIÓN PARA EL SEGURO SOCIAL - SOCIAL SECURITY INFORMATION | |
|---|---|
| 17. Total Sueldos Seguro Social / Social Security Wages | 0.00 |
| 18. Seguro Social Retenido / Social Security Tax Withheld | 0.00 |
| 19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips | 0.00 |
| 20. Contrib. Medicare Retenida / Medicare Tax Withheld | 0.00 |
| 21. Propinas Seguro Social / Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0.00 |
| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.0[illegible] |

... 31 de enero - Filing date: January 31

Formulario
Form 499R-2/W-2PR
Rev. 07.18

222

GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

**COMPROBANTE DE RETENCIÓN - WITHHOLDING STATEMENT**

| | | INFORMACIÓN PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION | INFORMACIÓN PARA EL SEGURO SOCIAL - SOCIAL SECURITY INFORMATION |
|---|---|---|---|
| 1. Nombre - First Name: ANTONIO L | 3. Núm. Seguro Social - Social Security No. A.L.T.C. | 7. Sueldos - Wages: 34,546.90 | 17. Total Sueldos Seguro Social - Social Security Wages: 0.00 |
| Apellido(s) - Last Name(s): TORRES CARDENALES | 4. Núm. de Ident. Patronal - Employer Ident. No. (EIN): 66-0433481 | 8. Comisiones - Commissions: 0.00 | 18. Seguro Social Retenido - Social Security Tax Withheld: 0.00 |
| Dirección Postal del Empleado - Employee's Mailing Address: APARTADO 782, COAMO PR 00769 A.L.T.C. | 5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage: 0.00 | 9. Concesiones - Allowances: 0.00 | 19. Total Sueldos y Pro. Medicare - Medicare Wages and Tips: 0.00 |
| Fecha de Nacimiento: Día / Mes / Año - Date of Birth: Day ___ Month ___ Year ___ | 6. Donativos - Charitable Contributions: 0.00 | 10. Propinas - Tips: 0.00 | 20. Contrib. Medicare Retenida - Medicare Tax Withheld: 0.00 |
| 2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address: DEPT DE EDUCACION MAESTROS, AVENIDA TENIENTE CESAR, ESQUINA CALAF, HATO REY, PR 00919-0000 | **Patrono: - Employer:** Indique si la remuneración incluye pagos al empleado por: Indicate if the renumeration includes payments to the employee for: | 11. Total = 7 + 8 + 9 + 10: 34,546.90 | 21. Propinas Seguro Social - Social Security Tips: 0.00 |
| Número de Teléfono del Patrono - Employer's Telephone Number | A- ☐ Servicios prestados por un médico cualificado bajo la Ley 14-2017 Services rendered by a qualified physician under Act 14-2017 | 12. Gastos Reemb. y Beneficios Marginales: 0.00 | 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips: 0.00 |
| Fecha Cese de Operaciones: Día / Mes / Año - Cease of Operations Date: Day ___ Month ___ Year ___ | B- ☐ Servicios domésticos Domestic services | 13. Cont. Retenida - Tax Withheld: 839.32 | 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips: 0.00 |
| Número Confirmación de Radicación Electrónica - Electronic Filing Confirmation Number: F0717193216 | C- ☐ Otros / Others: ___ | 14. Fondo de Retiro Gubernamental - Governmental Retirement Fund: 3,021.55 | |
| Número Control - Control Number: 180048791 | Año: Year: **2018** | 15. Aportaciones a Planes Calificados - Contributions to CODA PLANS: 0.00 | |
| Fecha de radicación: 31 de enero - Filing date: January 31 | | Salarios Exentos (Ver instrucciones) - Exempt Salaries (See instructions): 16. Código/Code 0.00; 16A. Código/Code 0.00; 16B. Código/Code 0.00 | |
| | | 16C. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program: 0.00 | |

HACIENDA
GOBIERNO DE PUERTO RICO
Sello
P031
4018-01543420
5120
03/13/2019
$1.00
Sello de Rentas Internas
00063-2019-0313-24352031
13/marzo/19