Tribunal de Distrito de los Estados Unidos para Distrito de Puerto Rico

Promesa
Título III
Núm. 3:17 BK 3283 (LTS)

A quién pueda interesar:

Durante treinta y un año fui maestra del Departamento de Educación de Puerto Rico. Mis reclamos fueron hechos basados en salarios impagos por servicios prestados mientras fui maestra y por otros, bajo mi status como maestra retirada. Fueron hechos basados en leyes aprobadas por el Gobierno de Puerto Rico (ELA), a saber Ley 89, Ley 96 y otras que no puedo identificar con un número específico. Fueron derechos adquiridos que no me cumplieron. Fueron servicios prestados que no fueron pagados. Creo que bajo la ley Promesa tengo derecho a esos reclamos.

Atentamente,
María Santroy Donjál

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

In re Commonwealth of Puerto Rico, Case No. BK 3283-LTS

| | |
|---|---|
| MARÍA SANTIAGO GONZÁLEZ | PROMESA |
| P.O. BOX 393 | Título III |
| VILLALBA, P.R. 00766 | Núm. 17 BK 3283-LTS |
| (787) | No. De Reclamación: 87552 |
| | No. De Reclamación: 101470 |
| | No. De Reclamación: 105842 |



RÉPLICA A LA CENTÉSIMA CUARTA OBJECIÓN GLOBAL(NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO COMO RETIRADA DEL DEPARTAMENTO DE EDUCACIÓN DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO EN RECLAMO DEL AUMENTO SALARIAL DE LA LEY 3% RETIRO EMPLEADOS DE ELA.

En junio de 2018 se sometió el Formulario Oficial 410 Modificado reclamando salarios impagos en mi empleo anterior como maestra en el Departamento de Educación de Puerto Rico por servicios prestados y que no fueron pagados.

Estoy solicitando se me conceda el aumento de la Ley 3% de Retiro de Empleados del Estado Libre Asociado de Puerto Rico. Estoy retirada desde el año 2001 por lo que se me adeuda una cantidad de $257.00.00 a los que tengo derecho.

*María Santiago González* (firma)

María Santiago González

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

In re Commonwealth of Puerto Rico, Case No. BK 3283-LTS

| | |
|---|---|
| MARÍA SANTIAGO GONZÁLEZ | PROMESA |
| P.O. BOX 393 | Título III |
| VILLALBA, P.R. 00766 | Núm. 17 BK 3283-LTS |
| (787) | No. De Reclamación: 87552 |
| | No. De Reclamación: 101470 |
| | No. De Reclamación: 105842 |



RÉPLICA A LA CENTÉSIMA CUARTA OBJECIÓN GLOBAL(NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO COMO RETIRADA DEL DEPARTAMENTO DE EDUCACIÓN DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO EN RECLAMO DEL AUMENTO SALARIAL DE LA LEY 89 DE 1979(ROMERAZO), A PARTIR DEL 1980 HASTA EL 2001.

En junio de 2018 se sometió el Formulario Oficial 410 Modificado reclamando salarios impagos en mi empleo anterior como maestra en el Departamento de Educación de Puerto Rico por servicios prestados y que no fueron pagados.

Durante su gobernación, el gobernador Carlos Romero Barceló aprobó una ley (Ley 89 del 12 de julio de 1979) que concedía un aumento salarial a los maestros del Departamento de Educación (DE) del Gobierno de Puerto Rico de $100.00 mensuales.

Este aumento nunca se pagó.

Durante el término de esa ley (1980-2001), yo era empleada de DE. De acuerdo con mis cálculos, el período comprende 21 años a $1,200.00 por año, lo que representa $25,200 a los que tengo derecho.

Se estima la siguiente cantidad adeudada:

$1,200.00 del año escolar 1980-1981

$1,200.00 del año escolar 1981-1982

$1,200.00 del año escolar 1982-1983

$1,200.00 del año escolar 1983-1984

$1,200.00 del año escolar 1984-1985

$1,200.00 del año escolar 1985-1986

$1,200.00 del año escolar 1986-1987

$1,200.00 del año escolar 1987-1988

$1,200.00 del año escolar 1988-1989

$1,200.00 del año escolar 1989-1990

$1,200.00 del año escolar 1990-1991

$1,200.00 del año escolar 1991-1992

$1,200.00 del año escolar 1992-1993

$1,200.00 del año escolar 1993-1994

$1,200.00 del año escolar 1994-1995

$1,200.00 del año escolar 1995-1996

$1,200.00 del año escolar 1996-1997

$1,200.00 del año escolar 1997-1998

$1,200.00 del año escolar 1998-1999

$1,200.00 del año escolar 1999-2000

$1,200.00 del año escolar 2000-2001

Cantidad adeudada estimada: $25,200.00

*[firma]*
María Santiago González