**JRM**

GOBIERNO DE PUERTO RICO
Junta de Retiro para Maestros
PO Box 191879 San Juan, PR 00919-1879
Teléfono (787) 754-8611

12 de septiembre de 2000

Departamento de Educación
Sección: Nombramientos y Cambios
Atención: Sra. Matilde Pedraza

Re: Prof. María Santiago González          SS:

La Profesora de referencia ha radicado una Solicitud de Retiro por la Ley 44 del 27 de enero del año 2000.

Al __31__ de __julio__ de __2001__ fecha en que piensa renunciar para acogerse a la jubilación tiene, __31__ años, __2__ meses, __3__ semanas y __2½__ días.

Edad: __54__

Pagos pendientes por:      N/A

_____ Reconocimiento de Tiempo

_____ Diferencia Tranferencia de Fondos

_____ Otros

Cordialmente,

Irma A. Giménez López
Secretaria Ejecutiva

cc: Prof. MARIA SANTIAGO GONZALEZ
    PO BOX 393
    VILLALBA PR 00766

*"Sirviéndole a la Clase Magisterial Puertorriqueña"*



**DEPARTAMENTO DE EDUCACION
DISTRITO ESCOLAR DE VILLALBA
ESCUELA DE LA COMUNIDAD
WALTER MCK JONES**

HOJA DE TRAMITE

Fecha: 17 de abril de 2001

A: Sra. Ramonita López

Directora Regional

DE: Sra. Sonia N. González

Auxiliar Administrativo

Asunto: Carta de Renuncia de la Sra. María Santiago

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | | |
|---|---|---|
| Grupo de Pago: | SM -Quincenal | |
| Desde: | 11/01/2019 | |
| Hasta: | 11/15/2019 | |

| | | |
|---|---|---|
| Business Unit: | PUERT | |
| Aviso #: | 4388740 | |
| Fecha Aviso: | 11/15/2019 | |

**MARIA SANTIAGO GONZALEZ**
PO BOX 393
VILLALBA PR 00766-0393
SS: XXX-XX-

| | |
|---|---|
| # Empleado: | XXXXX |
| Dept: | 592110-Por Merito Ley 44 |
| Lugar: | PENSIONADOS LEY 44  02700 |
| Titulo: | Pensionado |
| Sueldo: | $1,458.29 Monthly |

| | Federal | PR |
|---|---|---|
| DATA IMP: | | |
| Estado Civil: | Single | Single |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | 8.974092 | 81.25 | 729.14 | 1,706.25 | 15,311.94 |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 |
| Total: | | 81.25 | 729.14 | 1,706.25 | 15,411.94 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 55.00 | 1,125.00 |
| Total: | 55.00 | 1,125.00 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 0.00 | 1,000.00 |
| * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 729.14 | 0.00 | 55.00 | 674.14 |
| Acumulado: | 15,411.94 | 0.00 | 1,125.00 | 14,286.94 |

### PTO HORAS

| | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #4388740 | 674.14 |
| Total: | 674.14 |

MENSAJE:

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
11/15/2019

Aviso No.
4388740

Cant. Deposito: _$674.14_

||I¦.¦¦I¦I.¦I.¦I¦III¦¦I¦.I¦I¦II.I.II¦I.II¦¦I.¦II¦.¦II¦¦I¦¦I¦I¦I¦I||

TRAY 119 SQ 26914***************SCH 5-DIGIT 00751     26914 2 AV 0.383
MARIA SANTIAGO GONZALEZ
PO BOX 393
VILLALBA PR 00766-0393

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | | $674.14 |
| Total: | | $674.14 |

**NO-NEGOCIABLE**

**Estado Libre Asociado de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | | |
|---|---|---|
| Grupo de Pago: | SM -Quincenal | |
| Desde: | 07/16/2011 | |
| Hasta: | 07/31/2011 | |
| Business Unit: PUERT | | |
| Aviso #: 9416970 | | |
| Fecha Aviso: 07/29/2011 | | |

MARIA SANTIAGO GONZALEZ
P O BOX 393
VILLALBA, PR 00766
SS: XXX-XX-

# Empleado: XXXXX
Dept: 592110-Por Merito Ley 44
Lugar: PENSIONADOS LEY 44 02700
Titulo: Pensionado
Sueldo: $1,458.29 Monthly

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Single |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | 8.974092 | 81.25 | 729.14 | 1,137.50 | 10,207.96 |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 |
| Pensionados - Bono Verano | | | 0.00 | | 100.00 |
| Total: | | 81.25 | 729.14 | 1,137.50 | 10,407.96 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 17.00 | 153.00 |
| SM-NATIONAL LIFE | 0.00 | 75.00 |
| Total: | 17.00 | 228.00 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 100.00 | 500.00 |
| SM-NATIONAL LIFE | 0.00 | 200.00 |
| * Tributable | | |

## TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 729.14 | 0.00 | 17.00 | 712.14 |
| Acumulado: | 10,407.96 | 0.00 | 228.00 | 10,179.96 |

### PTO HORAS ACUM

| Balance Inicial: | 0.0 |
|---|---|
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| Aviso #9416970 | 712.14 |
|---|---|
| Total: | 712.14 |

MENSAJE:

---

Estado Libre Asociado de Puerto Rico
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
07/29/2011

Aviso No.
9416970

Cant. Desposito: _____ $712.14

A la
Cuenta(s) De

MARIA SANTIAGO GONZALEZ
P O BOX 393
VILLALBA, PR 00766

Location: PENSIONADOS LEY 44 02700

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | | $712.14 |
| Total: | | $712.14 |

## NO-NEGOCIABLE

Form Rev. 09.14

**DEPARTAMENTO DE HACIENDA** - DEPARTMENT OF THE TREASURY
**DECLARACION INFORMATIVA - PLANES DE RETIRO Y ANUALIDADES**
INFORMATIVE RETURN - RETIREMENT PLANS AND ANNUITIES

AÑO CONTRIBUTIVO - TAXABLE YEAR: 2014

S140008

Número de Confirmación de Radicación Electrónica
Electronic Filing Confirmation Number

☐ Enmendado - Amended: ____/____/____

## INFORMACION DEL PAGADOR - PAYER'S INFORMATION

**Núm. de Identificación Patronal** - Employer Identification Number
660433481

**Nombre** - Name
SISTEMA DE RETIRO MAESTRO-PENS

**Dirección** - Address
EDIF. CAPITAL CENTER TORRE NOR
235 AVE. ARTERIAL HOSTOS
SAN JUAN, PR

**Código Postal** - Zip Code  00919

## INFORMACION DE QUIEN RECIBE EL PAGO - PAYEE'S INFORMATION

**Núm. de Seguro Social** - Social Security No.

**Nombre** - Name
MARIA SANTIAGO GONZALEZ

**Dirección** - Address
P O BOX 393
VILLALBA, PR

**Código Postal** - Zip Code  00766

Marque el encasillado correspondiente: - Check the corresponding box:

**Forma de Distribución:** - Form of Distribution:
☐ Total / Lump Sum  ☐ Parcial / Partial  ☒ Anualidad o Pagos Periódicos / Annuity or Periodic Payments

**Tipo de Plan o Anualidad:** - Plan or Annuity Type:
☒ Gubernamental / Governmental  ☐ Privado Calificado / Qualified Private  ☐ No Calificado / Non Qualified

**Fecha en que comenzó a recibir la pensión** - Date on which you started to receive the pension
Día 28  Mes 07  Año 2001

| Descripción - Description | Cantidad - Amount | Distribuciones - Distributions | |
|---|---|---|---|
| 1. Aportación Vía Transferencia / Rollover Contribution | | 14. Cantidad Distribuida / Amount Distributed | 17799.36 |
| 2. Distribución Vía Transferencia / Rollover Distribution | | 15. Cantidad Tributable / Taxable Amount | 17499.36 |
| 3. Costo de la Pensión o Anualidad / Cost of Pension or Annuity | 38927.80 | 16. Cantidad sobre la cual se Pagó por Adelantado bajo las Secciones 1023.21, 1081.01(b)(9) o 1012D(b)(5) - Amount over which a Prepayment was made under Sections 1023.21, 1081.01(b)(9) or 1012D(b)(5) | |
| 4. Fondo de Retiro Gubernamental / Governmental Retirement Fund | 0.00 | | |
| 5. Contribución Retenida sobre Anualidad o Pagos Periódicos / Tax Withheld from Annuity or Periodic Payments | 0.00 | 17. Desglose de Cantidad Distribuida / Breakdown of Amount Distributed | |
| 6. Contribución Retenida sobre una Distribución Total (20%) / Tax Withheld from Lump Sum Distributions (20%) | | A. Aportaciones Diferidas / Deferred Contributions | |
| 7. Contribución Retenida sobre una Distribución Total (10%) / Tax Withheld from Lump Sum Distributions (10%) | | B. Aportaciones Voluntarias / After-Tax Contributions | |
| 8. Contribución Retenida sobre Otras Distribuciones de Planes Calificados (10%) - Tax Withheld from Other Distribution of Qualified Plans (10%) | | C. Ingreso Generado / Income Accretion | |
| 9. Contribución Retenida sobre Transferencia de un Plan Calificado a una Cuenta de Retiro Individual No Deducible - Tax Withheld from Rollover of a Qualified Plan to a Non Deductible Individual Retirement Account | | D. Otros / Others | |
| 10. Contribución Retenida sobre Distribuciones del Programa de Cuentas de Ahorro para el Retiro (10%) - Tax Withheld from Distributions from the Retirement Savings Account Program (10%) | | E. Total (Sume líneas 17A a la 17D) / Total Add lines 17A through 17D | |
| 11. Contribución Retenida sobre Transferencia del Programa de Cuentas de Ahorro para el Retiro a Cuenta de Retiro Individual No Deducible (10%) - Tax Withheld from Rollover of the Retirement Savings Account Program to a Non Deductible Individual Retirement Account (10%) | | 16. Código de Distribución / Distribution Code | A |
| 12. Contribución Retenida sobre Distribuciones a No Residentes - Tax Withheld from Nonresidents Distributions | | Razones para el Cambio / Reasons for the Change | |
| 13. Contribución Retenida sobre Otras Distribuciones / Tax Withheld from Other Distributions | | | |

**Número de Cuenta** / Account Number

**Número de Control** / Control Number  000375576

**Número de Control de la Declaración Informativa Original** / Control Number of Original Informative Return

FECHA DE RADICACION: 28 DE FEBRERO O 30 DE AGOSTO, SEGUN APLIQUE. VEA INSTRUCCIONES - FILING DATE: FEBRUARY 28 OR AUGUST 30, AS APPLICABLE. SEE INSTRUCTIONS

Reproducido por: Departamento de Hacienda

ENVIE ELECTRONICAMENTE AL DEPARTAMENTO DE HACIENDA. ENTREGUE DOS COPIAS A QUIEN RECIBE EL PAGO. CONSERVE COPIA PARA SUS RECORDS.
SEND TO DEPARTMENT OF THE TREASURY ELECTRONICALLY. DELIVER TWO COPIES TO PAYEE. KEEP COPY FOR YOUR RECORDS.

FORM. 409 Rev. 2000

## DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos

### Informe de Cambio - Personal Docente

Pagarle _____ días por vacaciones regulares

Descontarle _____ días por ausencias

| | ANTES DEL CAMBIO | DESPUÉS DEL CAMBIO |
|---|---|---|
| 1. Nombre del Empleado | María Santiago González | |
| 2. Número de Seguro Social | | |
| 3. Lugar y Fecha de Nacimiento | Villalba - | |
| 4. Sexo | F | |
| 5. Estado Civil | Viuda | |
| 6. Preparación Académica | BA | |
| 7. Experiencia | 31 año | |
| 8. *Status* Empleado (Contrato) | Permanente | |
| 9. Sueldo Bruto | $2,005.00 | |
| 10. Número del Puesto | | |
| 11. Categoría del Puesto | Maestra Elemental | |
| 12. Nivel del Puesto (Directivo) | | |
| 13. Fondo | Estatal | |
| 14. Cifra de Cuenta | | |
| 15. Fecha de Efectividad | 31 de julio de 2001 | |
| 16. Acción y Duración | | |
| 17. Causa del Cese | Edad y Años de Servicios | |
| 18. Último día de Trabajo | 31 de mayo de 2001 | |
| 19. Último día de Pago | | |
| 20. Programa Escolar, nivel y grado | Elemental | |
| 21. Turno en Registro | | |
| 22. Distrito Escolar | Villalba | |
| 23. Escuela | Walter MCk Jones | |

**24. Dirección Postal y Residencial**
P.O. Box 393
Carr. 151 Ramal 561
Bo. Vacas, Villalba, PR   00766

**25. Teléfono Residencial**

**26. En caso de otorgación de *status* probatorio o permanente**
Deseo: _____ Afiliarme  _____ No afiliarme a la organización sindical que representa a la unidad apropiada a la cual pertenece el puesto (Ley Número 45 de 25 de febrero de 1998).

_____   _____
Firma del empleado                              Fecha

**27. Observaciones:**

**28. En caso de cambio de *status* a probatorio o permanente, traslado, reasignación permanente, reubicación o descenso.**

_____   _____
Firma del empleado                              Fecha

**29. Deseo:** _____ Acogerme     _____ No Acogerme
Al descuento del 3% de mi sueldo mensual para el Fondo de Ahorro y Préstamo de la Asociación de Empleados del ELA de Puerto Rico en caso de cambio de contrato a probatorio o permanente.

_____   _____
Firma del empleado                              Fecha

**30. Recomendado**

_____   _____
Director de Escuela                              Fecha

**31. Recomendado**

_____   _____
Director de Escuela                              Fecha

**32. Aprobado: Por el Secretario de Educación o su Representante**

_____   _____
Firma                                                    Fecha

Si el nombramiento es con *status* transitorio provisional el mismo constituye un **CERTIFICADO PROVISIONAL DE MAESTRO**.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

Fill in this information to identify the case (Select only one Debtor per claim form) /
Llene esta información para identificar el caso (seleccione solo un deudor por formulario de reclamación)

| | | Case No. | Petition Date: |
|---|---|---|---|
| ☒ | Commonwealth of Puerto Rico / El Estado Libre Asociado de Puerto Rico | 17-bk-03283 | May 3, 2017 |
| ☐ | Puerto Rico Sales Tax Financing Corporation (COFINA) / La Corporación del Fondo de Interés Apremiante de Puerto Rico | 17-bk-03284 | May 5, 2017 |
| ☐ | Puerto Rico Highways and Transportation Authority / La Autoridad de Carreteras y Transportación de Puerto Rico | 17-bk-03567 | May 21, 2017 |
| ☐ | Employees Retirement System of the Government of the Commonwealth of Puerto Rico / El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 17-bk-03566 | May 21, 2017 |
| ☐ | Puerto Rico Electric Power Authority / La Autoridad de Energía Eléctrica de Puerto Rico | 17-bk-04780 | July 2, 2017 |

2019 JUN 27 P 2:16 RECEIVED

## Modified Official Form 410 / Formulario Oficial 410 Modificado
### Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

### Part 1 / Parte 1    Identify the Claim / Identificar la reclamación

1. Who is the current creditor?
   ¿Quién es el acreedor actual?

   _María Santiago González_
   Name of the current creditor (the person or entity to be paid for this claim)
   Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

   Other names the creditor used with the debtor
   Otros nombres que el acreedor usó con el deudor _____

Modified Official Form 410

| | |
|---|---|
| 8. How much is the claim?<br>¿Cuál es el importe de la reclamación? | $ _Desconozco_ . Does this amount include interest or other charges?<br>¿Este importe incluye intereses u otros cargos?<br>☐ No / No<br>☐ Yes Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).<br>Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A). |
| 9. What is the basis of the claim?<br>¿Cuál es el fundamento de la reclamación? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.<br><br>_Reclamación Laboral El Romerazo (Ley 89_ |
| 10. Is all or part of the claim secured?<br>¿La reclamación está garantizada de manera total o parcial? | ☒ No / No<br>☐ Yes. The claim is secured by a lien on property.<br>Sí La reclamación está garantizada por un derecho de retención sobre un bien.<br><br>**Nature of property / Naturaleza del bien:**<br>☐ Motor vehicle / Vehículos<br><br>☐ Other. Describe:<br>Otro. Describir: _____<br><br>Basis for perfection / Fundamento de la realización de pasos adicionales: _____<br><br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.<br><br>**Value of property / Valor del bien:** $_____<br><br>**Amount of the claim that is secured /**<br>Importe de la reclamación que está garantizado: $_____<br><br>**Amount of the claim that is unsecured /**<br>Importe de la reclamación que no está garantizado: $_____<br>(The sum of the secured and unsecured amounts should match the amount in line 7.)<br>(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)<br><br>**Amount necessary to cure any default as of the Petition Date /**<br>Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $_____<br><br>**Annual Interest Rate (on the Petition Date)**<br>Tasa de interés anual (cuando se presentó el caso)_____%<br>☐ Fixed / Fija<br>☐ Variable / Variable |
| 11. Is this claim based on a lease?<br>¿Esta reclamación está basada en un arrendamiento? | ☒ No / No<br>☐ Yes. Amount necessary to cure any default as of the Petition Date.<br>Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso $ _____ |

Modified Official Form 410

| | |
|---|---|
| 12. Is this claim subject to a right of setoff?<br><br>¿La reclamación está sujeta a un derecho de compensación? | ☐ No / No<br>☒ Yes. Identify the property / Si. Identifique el bien: __Departamento de Educación__ |
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☒ No / No<br><br>☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim. $ _____<br><br>Si. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |

## Part 3 / Parte 3:

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).**

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

### Sign Below / Firmar a continuación

Check the appropriate box / Marque la casilla correspondiente:

☒ I am the creditor. / Soy el acreedor.
☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el __June 24, 2018__ (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma __María Santiago González__

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name __María Santiago González__
  First name / Primer nombre   Middle name / Segundo nombre   Last name / Apellido

Title / Cargo __Retired (Department of Education)__

Company / Compañía _____
  Identify the corporate servicer as the company if the authorized agent is a servicer.
  Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección _____
  Number / Número   Street / Calle

  City / Ciudad   State / Estado   ZIP Code / Código postal

Contact phone / Teléfono de contacto _____   Email / Correo electrónico _____

Modified Official Form 410

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

**Fill in this information to identify the case (Select only one Debtor per claim form) / Llene esta información para identificar el caso (seleccione solo un deudor por formulario de reclamación)**

| | | | |
|---|---|---|---|
| ☒ | Commonwealth of Puerto Rico / El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date: May 3, 2017 |
| ☐ | Puerto Rico Sales Tax Financing Corporation (COFINA) / La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date: May 5, 2017 |
| ☐ | Puerto Rico Highways and Transportation Authority / La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date: May 21, 2017 |
| ☐ | Employees Retirement System of the Government of the Commonwealth of Puerto Rico / El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date: May 21, 2017 |
| ☐ | Puerto Rico Electric Power Authority / La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date: July 2, 2017 |

RECEIVED 2019 JUN 27 P 2:16

## Modified Official Form 410 / Formulario Oficial 410 Modificado
## Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

### Part 1 / Parte 1: Identify the Claim / Identificar la reclamación

1. Who is the current creditor? / ¿Quién es el acreedor actual?

   _María Santiago González_
   Name of the current creditor (the person or entity to be paid for this claim)
   Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

   Other names the creditor used with the debtor
   Otros nombres que el acreedor usó con el deudor _____

Modified Official Form 410

| | | |
|---|---|---|
| 8. How much is the claim?<br><br>¿Cuál es el importe de la reclamación? | $ Desconocido | . Does this amount include interest or other charges?<br>¿Este importe incluye intereses u otros cargos?<br>☐ No / No<br>☐ Yes Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).<br>Si. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A). |
| 9. What is the basis of the claim?<br><br>¿Cuál es el fundamento de la reclamación? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.<br><br>Ley 96 Costo de Vida | |
| 10. Is all or part of the claim secured?<br><br>¿La reclamación está garantizada de manera total o parcial? | ☑ No / No<br>☐ Yes. The claim is secured by a lien on property.<br>Si La reclamación está garantizada por un derecho de retención sobre un bien.<br><br>Nature of property / Naturaleza del bien:<br>☐ Motor vehicle / Vehículos<br><br>☐ Other. Describe:<br>Otro. Describir: _____<br><br>Basis for perfection / Fundamento de la realización de pasos adicionales: _____<br><br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br>Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.<br><br>Value of property / Valor del bien: $_____<br><br>Amount of the claim that is secured /<br>Importe de la reclamación que está garantizado: $_____<br><br>Amount of the claim that is unsecured /<br>Importe de la reclamación que no está garantizado: $_____<br>(The sum of the secured and unsecured amounts should match the amount in line 7.)<br>(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)<br><br>Amount necessary to cure any default as of the Petition Date /<br>Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $_____<br><br>Annual Interest Rate (on the Petition Date)<br>Tasa de interés anual (cuando se presentó el caso)_____%<br>☐ Fixed / Fija<br>☐ Variable / Variable | |
| 11. Is this claim based on a lease?<br><br>¿Esta reclamación está basada en un arrendamiento? | ☑ No / No<br><br>☐ Yes. Amount necessary to cure any default as of the Petition Date.<br>Si. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso$ _____ | |

Modified Official Form 410

| 12. Is this claim subject to a right of setoff?  ¿La reclamación está sujeta a un derecho de compensación? | ☐ No / No  ☒ Yes. Identify the property / Sí. Identifique el bien: _Departamento de Educación_ |
|---|---|
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?  ¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☒ No / No  ☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.   $ _____  Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |

**Part 3 / Parte 3**

Sign Below / Firmar a continuación

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☒ I am the creditor. / Soy el acreedor.
☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el _June 24, 2018_ (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma _María Santiago González_

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name _María_ _Santiago_ _González_
     First name / Primer nombre   Middle name / Segundo nombre   Last name / Apellido

Title / Cargo _Retired (Department of Education)_

Company / Compañía _____
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección _____
            Number / Número         Street / Calle

_____
City / Ciudad                    State / Estado       ZIP Code / Código postal

Contact phone / Teléfono de contacto _____  Email / Correo electrónico _____

Modified Official Form 410