Maria Santiago Gonzalez
P.O. Box 393
Villalba, P.R. 00766-0393



Secretaria (Clerk's Office)
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico
00918-1767