11 de marzo de 2020

Secretaría
Tribunal de Distrito de los Estados Unidos
Abogado del Comité de Acreedores

Paul Hastings LLP
New York, Nueva York

Señores:

Saludo y éxito en gestión de importancia para pensionados del Gobierno de P.R.

Durante el transcurso del mes de febrero de 2020, recibí documento cuasi legal solicitando datos esenciales, como evidencia de reclamación, de pensionados del Estado Libre Asociado de P.R. En revisión del mismo, buscando información sobre mi persona, como pensionada del Dpto. de Educación, y acogida a los beneficios del Sistema de Retiro de Maestros, luego de 60 años, 7 meses, 3 días de servicio.

En dicho documento, y en correspondencia que ustedes me refieren

Hay error craso en mi nombre, en las dos reclamaciones realizadas y que me fueron sometidas, en ambas el nombre está cambiado a saber:

Doc. 1 - Reclamación #33313  5/25/18
ver nombre incorrecto.

Doc. 2 - Reclamación #117093  6/28/18
ver nombre incorrecto.

Doc. 3 Acompaño formulario que complete en la Corte Federal de San Juan, con mi nombre real —
Gracia M. Ruiz Martínez
Y/o Ruiz Martínez, Gracia M.

A tales efectos para certificación oficial de mi nombre y cambio en documentos en expediente por ustedes, les envío copia de

Doc. 4 mi certificado de nacimiento, con mi nombre oficial.

Gracias por la atención a este particular, que me evitará problemas. Espero toda comunicación a mi

3

persona, sea con mi nombre oficial. Gracias por su atención.

XXXX Quiero además someter otras evidencias que justifican mi reclamación, además de las ya enviadas, a saber:

Documento 5 — Carta solicitando al Sistema de Retiro, revisión de pensión certificada. Nunca se consideró.

Se solicitó además la revisión de pensión a la Secretaría de Recursos Humanos del Dpto. de Educación y al Dr. Rafael Román, Secretario de Educación — por la agrupación a que pertenezco — Educadores Puertorriqueños. Dirige dirije Sr. Domingo Madera en múltiples ocasiones, no se contestó, recurrí a vía legal.

Doc. 6 — Carta solicitando audiencia al Dr. Rafael Román - Secretario de Educación.

4

Documento 7 - Informe del Director Wilfredo Falcón - Oficina de Tiempo, Asistencia y Licencia

Documento 8 - Certificación de gastos de deuda del Dpto de Educación al momento de solicitar retiro y del Dpto. de Hacienda.

Sin otro particular, queda

Gracia M Ruiz Martínez
Urb. Los Maestros #C
Bz. 6
Añasco, P.R. 00610