Documento A
Document

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| MARTINEZ, GRACIA RUIZ | 33313 | 5/25/2018 | Commonwealth of Puerto Rico | $25,000.00 |
| Reason: nombre incorrecto | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| MARTINEZ, GRACIA RUIZ | 33313 | 5/25/2018 | Commonwealth of Puerto Rico | $25,000.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

Documento 2

**YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Ruiz Martíz, Gracia M. | 117093 | 6/28/2018 | Commonwealth of Puerto Rico | $80,000.00 |
| Reason: nombre incorrecto | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Ruiz Martiz, Gracia M. | 117093 | 6/28/2018 | Commonwealth of Puerto Rico | $80,000.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

Documento 8

| | |
|---|---|
| 2. **Has this claim been acquired from someone else?** **¿Esta reclamación se ha adquirido de otra persona?** | ☑ No / No<br>☐ Yes. From whom?<br>Sí. ¿De quién? ______ |
| 3. **Where should notices and payments to the creditor be sent?** Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) **¿A dónde deberían enviarse las notificaciones al acreedor?** Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g | **Where should notices to the creditor be sent? ¿A dónde deberían enviarse las notificaciones al acreedor?**<br>Gracia M. Ruiz Martinez<br>Name / Nombre<br>Urb. Los Maestros #6 Buzón 6<br>Number / Número Street / Calle<br>Añasco PR. 00610<br>City / Ciudad State / Estado ZIP Code / Código postal<br>(787) 671-2250<br>Contact phone / Teléfono de contacto<br>ruizdtgma@gmail.com.<br>Contact email / Correo electrónico de contacto<br><br>**Where should payments to the creditor be sent?** (if different) **¿A dónde deberían enviarse los pagos al acreedor?** (En caso de que sea diferente)<br>Name / Nombre<br>Number / Número Street / Calle<br>City / Ciudad State / Estado ZIP Code / Código postal<br>Contact phone / Teléfono de contacto<br>Contact email / Correo electrónico de contacto |
| 4. **Does this claim amend one already filed?** **¿Esta reclamación es una enmienda de otra presentada anteriormente?** | ☑ No / No<br>☐ Yes. Claim number on court claims registry (if known)<br>Sí. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo) ______<br>Filed on / Presentada el ______ (MM /DD/YYYY) / (DD/MM/AAAA) |
| 5. **Do you know if anyone else has filed a proof of claim for this claim?** **¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?** | ☑ No / No<br>☐ Yes. Who made the earlier filing?<br>Sí. ¿Quién hizo la reclamación anterior? ______ |

**Part 2 / Parte 2:** **Give Information About the Claim as of the Petition Date**
**Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.**

| | |
|---|---|
| 6. **Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?** **¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico?** | ☐ No / No<br>☑ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)<br>Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).<br>Estado Libre Asociado de P. R. |
| 7. **Do you supply goods and / or services to the government?** **¿Proporciona bienes y / o servicios al gobierno?** | ☑ No / No<br>☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:<br>Vendor / Contract Number \| Número de proveedor / contrato: ______<br>List any amounts due after the Petition Date (listed above) but before June 30, 2017:<br>Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017 $ ______ |

(7)

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

| Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación). | | |
|---|---|---|
| ☑ Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ☑ Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

## Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

**Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents.** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

**Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.**

**Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto.** Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. **No adjunte documentos originales,** ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

**Fill in all the information about the claim as of the Petition Date.**

**Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.**

**Part 1 / Parte 1** **Identify the Claim / Identificar la reclamación**

| | |
|---|---|
| **1. Who is the current creditor?**<br><br>**¿Quién es el acreedor actual?** | Gracia M. Ruiz Martínez<br>Name of the current creditor (the person or entity to be paid for this claim)<br>Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)<br><br>Other names the creditor used with the debtor<br>Otros nombres que el acreedor usó con el deudor ______ |

**8. How much is the claim?**

**¿Cuál es el importe de la reclamación?**

$Desconocido

**Does this amount include interest or other charges?**
**¿Este importe incluye intereses u otros cargos?**

- ☐ No / No
- ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).
  Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A).

**9. What is the basis of the claim?**

**¿Cuál es el fundamento de la reclamación?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

Ley 89, Ley 96, Plan de Retiro de Maestro

**10. Is all or part of the claim secured?**

**¿La reclamación está garantizada de manera total o parcial?**

- ☑ No / No
- ☐ Yes. The claim is secured by a lien on property.
  Sí. La reclamación está garantizada por un derecho de retención sobre un bien.

**Nature of property / Naturaleza del bien:**

- ☐ Motor vehicle / Vehículos
- ☐ Other. Describe:
  Otro. Describir: ______________________

**Basis for perfection / Fundamento de la realización de pasos adicionales:** ______________________

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.

**Value of property / Valor del bien:** $______________

**Amount of the claim that is secured /**
**Importe de la reclamación que está garantizado:** $______________

**Amount of the claim that is unsecured /**
**Importe de la reclamación que no está garantizado:** $______________
(The sum of the secured and unsecured amounts should match the amount in line 7.)
(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

**Amount necessary to cure any default as of the Petition Date /**
**Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso :** $______

**Annual Interest Rate** (on the Petition Date)
**Tasa de interés anual** (cuando se presentó el caso)_____%

- ☐ Fixed / Fija
- ☐ Variable / Variable

**11. Is this claim based on a lease?**

**¿Esta reclamación está basada en un arrendamiento?**

- ☑ No / No
- ☐ **Yes. Amount necessary to cure any default as of the Petition Date.**
  **Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso$** _______

(8)

| | |
|---|---|
| **12. Is this claim subject to a right of setoff?**<br><br>**¿La reclamación está sujeta a un derecho de compensación?** | ☑ No / No<br><br>☐ Yes. Identify the property / Sí. Identifique el bien: ____________ |
| **13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**<br><br>**¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.?** | ☑ No / No<br><br>☐ **Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.** $__________<br><br>**Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación.** |

**Part 3 / Parte 3: Sign Below / Firmar a continuación**

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).**

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

*Check the appropriate box / Marque la casilla correspondiente:*

☑ I am the creditor. / Soy el acreedor.

☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su age autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u o codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el 06/28/18 (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma [signature]

**Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre d la persona que completa y firma esta reclamación:**

Name: Garcia M. Ruiz Martinez
First name / Primer nombre — Middle name / Segundo nombre — Last name / Apellido

Title / Cargo: Credito

Company / Compañía: N/A

Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección: Urb Los Maestros #6 Buzon 6
Number / Número — Street / Calle

Anasco P.R 00610
City / Ciudad — State / Estado — ZIP Code / Código postal

Contact phone / Teléfono de contacto (787)671-2200 Email / Correo electrónico ruizdigma@gmail.c



Gobierno de Puerto Rico
Sistema de Retiro para Maestros

CERTIFICACIÓN AÑOS DE SERVICIO Y EDAD

6 de septiembre de 2013

SRA MATILDE PEDRAZA
SECCION NOMBRAMIENTOS Y CAMBIOS
DEPARTAMENTO DE EDUCACIÓN

**RE: Gracia M Ruíz Martínez**

El profesor de referencia ha radicado una Solicitud de Retiro por la Ley 91 de 29 de marzo de 2004 (Ley del Sistema de Retiro para Maestros del Estado Libre Asociado de Puerto Rico).

**[ X ] Años de Servicio** [ ] Edad [ ] Diferida [ ] Suplementaria

Al **31 de mayo de 2013** fecha de su última aportación recibida

**[X ] cualifica** [ ] no cualifica para acogerse a la jubilación y tiene el siguiente tiempo:

| AÑOS | MESES | SEMANAS | DÍAS |
|---|---|---|---|
| 60 | 6 | - | 3 |

| EDAD |
|---|
| 79 |

Los pagos pendientes no están considerados en esta certificación. Los mismos son:

[ ] Reconocimiento de Tiempo
[ ] Diferencia en por ciento por transferencia recibida
[ ] Reembolso de Cuotas
[ X ] No aplica

Cualifica para una pensión al 75% del promedio de los 36 salarios más altos.

El tiempo certificado puede variar, de encontrarse diferencias en el Informe de Cambio, enviado por el Departamento de Educación u otras instituciones Gubernamentales y de existir anulaciones futuras entre cuentas que afecten las aportaciones del Sistema. Deberá permanecer cotizando en nuestro Sistema hasta la fecha que proyecta retirarse.

El plan médico y planes suplementarios deben ser pagados directamente a las aseguradoras hasta tanto envíen las autorizaciones de descuentos para tramitar su pensión.

Cordialmente,

Gretchen I Ferra Tirado
Principal Oficial Ejecutivo
Beneficios y Servicios

PROF GRACIA M RUIZ MARTINEZ
URB LOS MAESTROS
BZ 6 CALLE 6
AÑASCO PR 00610

Certificación tiempo trabajado en Dpto de Educación 60 años 6 meses 3 días

10

P.O. Box 191879 San Juan, P.R. 00919-1879 Teléfonos (787) 754-8611 ó 1-800- 981-8611
http://www.srm.gobierno.pr E-mail: consulta@srm.gobierno.pr

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACIÓN
SECRETARIA AUXILIAR DE RECURSOS HUMANOS
OFICINA DE TIEMPO, ASISTENCIA Y LICENCIA
HATO REY, PUERTO RICO

**MEMORANDO**

ID-EMPLEADO: 25340

SR(A). GRACIA M RUIZ DE TALAVERA
**SEGURO SOCIAL:** XXX-XX-1799
**PROGRAMA:** Escuelas de la Comunidad
**REGIÓN:** MAYAGUEZ
**DISTRITO:** MAYAGUEZ
**ESCUELA:** OFICINA DEL SUPERINTENDENTE

WILFREDO FALCÓN NEGRÓN
DIRECTOR
OFICINA DE TIEMPO, ASISTENCIA Y LICENCIA

***INFORME DE LICENCIAS***
CONFORME A NUESTROS RECORDS DE ASISTENCIA USTED TIENE ACUMULADO HASTA EL 31 DE DICIEMBRE DE 2012:

60 DÍAS 0.00 HORAS DE LICENCIA POR VACACIONES REGULARES

23 DÍAS 3.30 HORAS EXCESO VACACIONES REGULARES

90 DÍAS 0.00 HORAS DE LICENCIA POR ENFERMEDAD

18 DÍAS 0.00 HORAS EXCESO ENFERMEDAD

LOS BALANCES AQUÍ ANOTADOS PUEDEN VARIAR EN CASO DE QUE NOS REPORTEN AUSENCIAS INCURRIDAS POR USTED NO INFORMADAS ANTERIORMENTE.

LA TOTALIDAD DE LOS DÍAS DE LA LICENCIA DE VACACIONES ACUMULADAS EN EXCESO DE LOS SESENTA (60) DÍAS EN EL AÑO 2012 DEBERÁ DISFRUTARLA NO MÁS TARDE DEL 30 DE JUNIO DE 2013. LOS DÍAS DE VACACIONES ACUMULADAS EN EL AÑO NATURAL 2013, QUE PUEDA ACUMULAR EN EXCESO DE LOS SESENTA (60) DÍAS DEBERÁN DISFRUTARSE NO MÁS TARDE DEL 31 DE DICIEMBRE DE 2013.

NO SE AUTORIZA LA TRANSFERENCIA DE ESTOS DÍAS PARA DISFRUTARLOS POSTERIOR A ESTA FECHA.

CUALQUIER RECLAMACIÓN DEBERÁ SER MEDIANTE COMUNICACIÓN ESCRITA AL ÁREA DE RECURSOS HUMANOS DE SU REGIÓN CORRESPONDIENTE.

Recuerde que puede acceder a su hoja de asistencia las 24/7 a:
http://sistematal.de.gobierno.pr o http://de.gobierno.pr
De esta manera podrá verificar la relación de asistencia e imprimirla.
Recuerde que es su derecho y su responsabilidad el mantenerse informado de cómo se le está trabajando su asistencia.



SRM-cs-179
Rev. 01/13

Turno Número

Documento 5

Estado Libre Asociado de Puerto Rico
Sistema de Retiro para Maestros

# CENTRO DE ORIENTACIÓN Y SERVICIOS

## AREA SERVICIOS DE RETIRO

## HOJA DE SOLICITUD DE SERVICIOS

| NOMBRE DEL MIEMBRO: Gracia M. Ruiz Martínez | SEGURO SOCIAL | NÚMEROS DE TELÉFONOS |
|---|---|---|
| DIRECCIÓN POSTAL: URB. LOS MAESTROS #26 BZ4<br>Añasco P.R. 00610<br>PUEBLO / ESTADO / CÓDIGO POSTAL | | HOGAR (787) 671-2250<br>TRABAJO ( — ) —<br>CELULAR (787) 671-2252 |

| SELECCIONE EL STATUS EN EL SISTEMA | SI ES PARTICIPANTE EN SERVICIO ACTIVO, FAVOR DE INDICAR LO SIGUIENTE: |
|---|---|
| ☐ Servicio Activo<br>☒ Pensionado<br>☐ Beneficiario<br>☐ Servicio Inactivo<br>Razón: ______ | AÑOS DE SERVICIO APROXIMADO ______<br>NOMBRE DE LA AGENCIA PÚBLICA O PRIVADA EN LA CUAL TRABAJA ______<br>TIPO DE CONTRATO: ☐ Transitorio ☐ Provisional ☐ Probatorio ☐ Permanente |

### SELECCIONE EL (LOS) SERVICIO (S) SOLICITADOS

| DIVISIÓN SERVICIOS AL PENSIONADO | DIVISIÓN SERVICIOS AL MIEMBRO ACTIVO |
|---|---|
| ☐ Certificación de Pensión<br>☐ Certificación de Pensión para Seguro Social<br>☐ Revisión de Pago de Pensión<br>☐ Revisión Cálculo de Pensión<br>☐ Revisión de Descuento(s) Indebido(s)<br>Préstamos, Plan Médico, Cooperativas, Plan Ahorro, Asociaciones, Aportación Individual, Aportación Médico Patronal<br>☐ Reclamo de Pago por:<br>– Pago Retroactivo de Pensión o Beneficio<br>Aguinaldo Navideño<br>Aportación Médico Patronal<br>Bono Verano ☐ Bono Medicamento<br>Aumento Legislativo (3%)<br>Otro ______ | ☐ Certificación de Balance de Aportaciones<br>☐ Relación de Años de Servicio y Sueldos<br>☐ Balance de Deuda por concepto de: ______<br>☐ Revisión de Descuento Indebido por: ______<br>☐ Plan de Pago por concepto de: ______<br>☐ Orientación sobre: Trámite de Retiro Reconocimiento de Tiempo Devolución de Cuotas Reembolso de Cuotas<br>Transferencia Recibida de Otro Sistema de Retiro<br>Transferencia Enviada a Otro Sistema de Retiro<br>Pago Beneficios por Defunción |

MENCIONE INFORMACIÓN ADICIONAL RELACIONADA CON EL SERVICIO SOLICITADO
Carta solicitando revisión de pago.

[Stamp: RECIBIDO 2014 JAN 24 Oficina Regional]

Gracia M. R. de Martínez
Firma del Miembro o Representante Autorizado*

24 de enero de 2014
Fecha

[signature]
Firma del Representante u Oficial de Servicio

24-enero-2014
Fecha

Exhibit Page 10 of 14

RETIRO
ESTADO LIBRE ASOCIADO DE PUERTO RICO

# CERTIFICACION

Se expide esta certificación a petición del pensionado, hoy 27 de marzo de 2014, en San Juan, Puerto Rico.

Certifico correcto,

Madeline Solis Calixto
Oficial Gerencial
División de Asuntos de Pensionados

KROSADO

[illegible]

ADMINISTRACIÓN DE LOS SISTEMAS DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO Y LA JUDICATURA
PO Box 42003 San Juan, PR 00940-2203 • Plaza Retiro, 437 Ave. Ponce de León Pda. 32 1/2, San Juan, P.R. 00917-3711
Tel. 787.777.1500 • www.retiro.pr.gov



EDUCADORES PUERTORRIQUEÑOS EN ACCIÓN, INC.
Calle La Candelaria ( Antigua Calle McKinley) # 66 Oeste
PO Box 1139
Mayagüez, Puerto Rico 00681-1139
Tel. 787-833-2942 •Fax 787-831-4010
LIBRE DE CARGOS: 1-888-352-1924
epa@choicecable.net

4 de abril de 2013

Honorable Rafael Román
Secretario de Educación
Departamento de Educación
PO Box 190759
San Juan, P.R. 00919-0759

Distinguido señor Secretario:

Luego de saludarle procedo a solicitar me conceda una reunión a la mayor brevedad posible. En la misma me estará acompañando la profesora Gracia Ruiz. La señora Ruiz, ha sido una excelente Superintendente de Escuelas por espacio de más de 30 años e interesa plantearle varios asuntos que preocupan y que le pueden ayudar en esta difícil tarea como Secretario.

Dada la importancia y urgencia de esta petición, confío en que podamos reunirnos pronto.

Cordialmente.

Domingo Madera
Presidente Ejecutivo

DM/vra

Avenida Fagot #2931 • Suite A
Ponce, P.R. 00716
Teléfono: 787-843-1224
LIBRE DE CARGOS: 1-877-863-6833

Urb. El Vedado • Calle Rodrigo de Triana #224
San Juan, P.R. 00918
Teléfono: 787-274-1842
LIBRE DE CARGOS: 1-877-863-6832

LA ORGANIZACIÓN MAGISTERIAL DE MAYOR IMPACTO EN PUERTO RICO

MODELO
SC 6096
17 MAY 10

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA
AREA DE RENTAS INTERNAS

FECHA: 05-06-2015
HORA : 11:29
JZC2891

Documento 8

CERTIFICACION DE DEUDA

NUM. CUENTA: 002 TALAVERA MERCADO MIGUEL A

5 URB LOS MAESTROS
AÑASCO PR 00610 *COMPUTOS HASTA: 05-06-2015

CERTIFICO QUE EL CONTRIBUYENTE ARRIBA DESCRITO NO TIENE DEUDAS TASADAS POR CONCEPTO DE CONTRIBUCION SOBRE INGRESOS, PATRONAL Y ARBITRIOS AL DIA DE 05-06-2015 EN NUESTRO SISTEMA PRITAS.

Certificación del Hacienda de no deuda

ESTA CERTIFICACION NO INCLUYE DEUDAS PENDIENTES POR TASAR O EN PROCESO DE INVESTIGACION POR EL NEGOCIADO IMPOSITIVO A LA FECHA DE ESTA CERTIFICACION.

A D V E R T E N C I A :

FAVOR DE REVISAR ESTE DOCUMENTO EN DETALLE. SI USTED NO ESTA DE ACUERDO CON ALGUNA DE LA INFORMACION AQUI PROVISTA DEBERA PRESENTAR SU RECLAMACION JUNTO CON LOS DOCUMENTOS QUE EVIDENCIAN LA MISMA A LAS DIRECCIONES QUE SE INDICAN EN LA HOJA ADJUNTA.

ESTA CERTIFICACION NO ES VALIDA SIN LA FIRMA AUTORIZADA Y EL SELLO OFICIAL EN ORIGINAL DEL DEPARTAMENTO DE HACIENDA

JUN 05 2015

DEPARTAMENTO DE HACIENDA • Negociado de Servicio al Contribuyente • ESTADO LIBRE ASOCIADO DE PUERTO RICO • Oficina de la Directora

SECRETARIO AUXILIAR DE RENTAS INTERNAS O SU REPRESENTANTE AUTORIZADO | FECHA | SELLO OFICIAL

13

012



ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Finanzas
División de Recaudaciones

**Fecha: 02 de JULIO de 2013**

Nombre del Solicitante: GRACIA M. RUIZ MARTINEZ

Seguro Social:

## CERTIFICACION NEGATIVA DE DEUDA

Certifico que se ha efectuado una búsqueda en el Sistema de Información Financiera del Departamento de Educación y de la misma se desprende que a la fecha de esta certificación GRACIA M. RUIZ MARTINEZ no tiene registrada ninguna factura al cobro.

Esta certificación no incluye deudas que no hayan sido recibidas en nuestra oficina.

Judith Parrilla Rivera
Directora
División de Recaudaciones

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 • TEL.: 759-2000, EXTS.: 2260, 2261 • FAX: (787) 751-6893

El Departamento de Educaci[on no discrimina por raz[on de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.



Prime Clerk
830 Third Ave, 9th Floor
New York, NY 10022

U.S. POSTAGE PITNEY BOWES
ZIP 11232 $ 000.35⁰
02 4W
0000349804 SEP 12 2018

In re Commonwealth of Puerto Rico
Case No. 17-03283
United States Bankruptcy Court for the District of Puerto Rico (San Juan)

**PRIME CLERK RECEIVED YOUR PROOF OF CLAIM.**

Date Filed: 6/28/2018
Proof of Claim No.: 117093

For additional information, please visit **http://cases.primeclerk.com/puertorico**, or call us at **844.822.9231**.

Gracia M. Ruiz Martiz
Urb Los Maestros A6 Buzon 6
Anasco, PR 00603

Incorrecto es Martinez

17