# PRIORITY® ★ MAIL ★

 DATE OF DELIVERY SPECIFIED*

 USPS TRACKING™ INCLUDED*

 INSURANCE INCLUDED*

 PICKUP AVAILABLE

* Domestic only

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

EXPECTED DELIVERY DAY: 03/13/20

USPS TRACKING® NUMBER

9505 5105 5547 0072 3913 75





EP14F July 2013
OD: 12.5 x 9.5

FROM: GRACIA M. RUIZ MARTINEZ
URB. LOS MAESTROS #6 B-6
AÑASCO, P.R. 00610

CHARTON AVE.

TO: SECRETARIA (Clerk Office)
TRIBUNAL de DISTRITO DE LOS
                    ESTADOS UNIDOS
ROOM 150 FEDERAL Building
           Charton Ave.
SAN JUAN, Puerto Rico
                    00918-1767

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.
2020 MAR 13 PM 4:56

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

UNITED STATES POSTAL SERVICE®