Form 482.0 - Rev. 03/08

**LONG FORM**

**2008 COMMONWEALTH OF PUERTO RICO DEPARTMENT OF THE TREASURY**

# INDIVIDUAL INCOME TAX RETURN

FOR CALENDAR YEAR 2008 OR TAXABLE YEAR BEGINNING ON 1 January, 2008 AND ENDING ON 31 December, 2008

- RETURN WITH CHECK (PLEASE ATTACH CHECK HERE)
- AMENDED RETURN
- DECEASED DURING THE YEAR:

**Taxpayer's Name:** Antonio
**Last Name:** Torres
**Second Last Name:** Cardenales

**Postal Address:** P.O. Box 782, Coamo PR, Zip Code 00769

**Home Address:** Bo. Rio Jueyes, Coamo, Zip Code 00769

Home Telephone: (787) 000-0000

**Part 1**

| | YES | NO | |
|---|---|---|---|
| A. | | | United States Citizen? |
| B. | ● | | Resident of Puerto Rico at the end of the year? |
| C. | | ● | Tax exempt income from Lottery of Puerto Rico? |
| D. | | ● | Income from racetrack winnings in Puerto Rico? |
| E. | | ● | Other exempt income? (Submit Schedule) |
| F. | | ● | Obligation to make payments to ASUME? |

**FILING STATUS AT THE END OF THE TAXABLE YEAR:**
1. Married living with spouse and filing jointly
2. Married not living with spouse (Not head of household) (Submit spouse's name and social security number above)
3. ● Head of household (Not married)
4. Single
5. Married filing separately (Submit spouse's name and social security number above)

**HIGHEST SOURCE OF INCOME:**
- G. ● Government, Municipalities or Public Corporations Employee
- H. Federal Government Employee
- I. Private Business Employee
- J. Retired/Pensioner
- K. Self-Employed (Indicate principal industry or business)

**Your occupation:** Teacher  6110

**GOVERNMENT CONTRACT:** TAXPAYER / SPOUSE

**2009 RETURN:** ● SPANISH / ENGLISH

Fill in here if you choose the optional computation of tax for married individuals living together, filing a joint return and both working. Do not complete Parts 2 and 3, neither lines 15 through 25 of Part 4, and go to Schedule CO Individual.

**Part 2**

| | | A-Income Tax Withheld | B-Wages, Commissions, Allowances and Tips |
|---|---|---|---|
| 1. Wages, Commissions, Allowances and Tips | | 1,537.00 | 33,691.00 |
| ATTACH ALL YOUR WITHHOLDING STATEMENTS (Forms 499R-2/W-2PR, 499R-2c/W-2cPR or W-2, as applicable) | | | |
| Total of withholding statements with this return: 1 | | 1,537.00 | 33,691.00 |
| | | Income Tax Withheld | Federal Wages |
| C - Federal Government Wages (See instructions) | (01) | .00 | (02) .00 |

2. Other Income (Losses):
- A) Interest income (Schedule F Individual, Part I, line 10) ... (03) .00
- B) Distributable share on special partnerships profits (Submit Schedule F Individual and Schedule R) ... (04) .00
- C) Distributable share on special partnerships losses (Submit Schedule R) ... (05) .00
- D) Dividends from corporations and distributions from partnerships subject to withholding (Schedule F Individual, Part II, line 1A) ... (06) .00
- E) Dividends from corporations and distributions from partnerships not subject to withholding (Schedule F Individual, Part II, line 3B) ... (07) .00
- F) Distributable share on profits from corporations of individuals (Submit Schedule F Individual) ... (08) .00
- G) Distributions from Governmental Plans (Schedule F Individual, Part V, lines 1C and 1D) ... (09) .00
- H) Miscellaneous income (Submit Schedule F Individual) ... (10) .00
- I) Distributions from Individual Retirement Accounts and Educational Contribution Accounts (Submit Schedule F Individual) ... (11) .00
- J) Dividends from Capital Investment or Tourism Fund (Submit Schedule Q1) ... (12) .00
- K) Income from annuities and pensions (Schedule H Individual, Part II, line 12) ... (13) .00
- L) Alimony received (Payer's social security No. _____ ) (14) .00
- M) Gain (or loss) from industry or business (Submit Schedule K Individual) ... (15) .00
- N) Gain (or loss) from farming (Submit Schedule L Individual) ... (16) .00
- O) Gain (or loss) from professions and commissions (Submit Schedule M Individual) ... (17) .00
- P) Gain (or loss) from rental business (Submit Schedule N Individual) ... (18) .00
- Q) Gain (or loss) from sale or exchange of capital assets (Submit Schedule D Individual) ... (19) 1,759.00
- R) Qualified plans and Variable Annuity Contracts (Submit Schedule D Individual) ... (20) .00
- S) Net long-term capital gain on Investment Funds (Submit Schedule Q1) ... (21) .00

3. Total Gross Income (Add lines 1B, 1C and 2A through 2S) ... (22) .00
4. Alimony Paid (Recipient's social security No. ___ )(24) (Judgment No. ___ )(25) (26) 35,450.00
5. Adjusted Gross Income (Subtract line 4 from line 3) ... (30) 35,450.00

Retention Period: Ten (10) years

PRSoft, Inc. (www.prsoft.com)

Form 482.0 Rev. 01.10

# LONG FORM

**2009 — COMMONWEALTH OF PUERTO RICO — DEPARTMENT OF THE TREASURY — 2009**

## INDIVIDUAL INCOME TAX RETURN

FOR CALENDAR YEAR 2009 OR TAXABLE YEAR BEGINNING ON 1 January, 2009 AND ENDING ON 31 December, 2009

☐ RETURN WITH CHECK (PLEASE ATTACH CHECK HERE)
☐ AMENDED RETURN
☐ DECEASED DURING THE YEAR: __/__/__

Liquidator / Reviewer
R G RO V1 V2 P1 P2 N D1 D2 E A M

**Taxpayer's Name:** Antonio
**Last Name:** Torres Cardenales
**Taxpayer's Social Security Number:** A.LTC.
**Date of Birth:** A.LTC.
**Sex:** ☒ M  ☐ F

**Postal Address:** P.O. Box 782
Coamo PR  **Zip Code:** 00769

"Place label here"

**Spouse's Social Security Number:**
**Spouse's Date of Birth:**
**Home Telephone:** (787) 000-0000
**Work Telephone:**

**Home Address (Town or Urbanization, Number, Street):** Bo. Rio Jueyes
Coamo PR  **Zip Code:** 00769-0000

**CHANGE OF ADDRESS:** ☐ Yes  ☒ No

### FILING STATUS AT THE END OF THE TAXABLE YEAR:
1. ☐ Married living with spouse and filing jointly
2. ☐ Married not living with spouse (Not head of household) (Submit spouse's name and social security number above)
3. ☒ Head of household (Not married)
4. ☐ Single
5. ☐ Married filing separately (Submit spouse's name and social security number above)

### Part 1

**YES / NO**
A. ☒ ☐ United States Citizen?
B. ☒ ☐ Resident of Puerto Rico at the end of the year?
C. ☐ ☒ Tax exempt income from Lottery of Puerto Rico?
D. ☐ ☒ Income from racetrack winnings in Puerto Rico?
E. ☐ ☒ Other exempt income? (Submit Schedule)
F. ☐ ☒ Obligation to make payments to ASUME?

**HIGHEST SOURCE OF INCOME:**
G. ☒ Government, Municipalities or Public Corporations Employee
H. ☐ Federal Government Employee
I. ☐ Private Business Employee

J. ☐ Retired/Pensioner
K. ☐ Self-Employed (Indicate principal industry or business)

**GOVERNMENT CONTRACT**
☐ TAXPAYER  ☐ SPOUSE

**2010 RETURN:** ☐ SPANISH  ☐ ENGLISH

**Your occupation:** Teacher  **6110**  **Spouse's occupation:**

☐ Fill in here if you choose the optional computation of tax for married individuals living together, filing a joint return and both working. Do not complete Parts 2 and 3, neither lines 15 through 25 of Part 4, and go to Schedule CO Individual.

| | Receipt Stamp | A-Income Tax Withheld | B-Wages, Commissions, Allowances and Tips |
|---|---|---|---|
| 1. Wages, Commissions, Allowances and Tips — ATTACH ALL YOUR WITHHOLDING STATEMENTS (Forms 499R-2/W-2PR, 499R-2c/W-2cPR or W-2, as applicable). | | 1,639 00 | 34,647 00 |
| | | 00 | 00 |
| | | 00 | 00 |
| | | 00 | 00 |
| Total of withholding statements with this return ... 1 | | 1,639 00 | 34,647 00 |
| | | Income Tax Withheld | Federal Wages |
| C- Federal Government Wages (See instructions) .. (01) | | 00 (02) | 00 |

### Part 2

2. Other Income (or Losses):
A) Interest income (Schedule F Individual, Part I, line 10) ................................................. (03) 00
B) Distributable share on special partnerships profits (Submit Schedule F Individual and Schedule R) ........... (04) 00
C) Distributable share on special partnerships losses (Submit Schedule R) ................................ (05) 00
D) Dividends from corporations and distributions from partnerships subject to withholding (Schedule F Individual, Part II, line 1A) ....... (06) 00
E) Dividends from corporations and distributions from partnerships not subject to withholding (Schedule F Individual, Part II, line 3B) ... (07) 00
F) Distributable share on profits from corporations of individuals (Submit Schedule F Individual) ............. (08) 00
G) Distributions from Governmental Plans (Schedule F Individual, Part V, lines 1C and 1D) ................. (09) 00
H) Miscellaneous income (Submit Schedule F Individual) .................................................. (10) 00
I) Distributions from Individual Retirement Accounts and Educational Contribution Accounts (Submit Schedule F Individual) .... (11) 00
J) Dividends from Capital Investment or Tourism Fund (Submit Schedule Q1) ............................... (12) 00
K) Income from annuities and pensions (Schedule H Individual, Part II, line 12) .......................... (13) 00
L) Alimony received (Payer's social security No. _____ ) (14) ................................... (15) 00
M) Gain (or loss) from industry or business (Submit Schedule K Individual) .............................. (16) 00
N) Gain (or loss) from farming (Submit Schedule L Individual) .......................................... (17) 00
O) Gain (or loss) from professions and commissions (Submit Schedule M Individual) ..................... (18) 00
P) Gain (or loss) from rental business (Submit Schedule N Individual) .................................. (19) 1,449 00
Q) Gain (or loss) from sale or exchange of capital assets (Submit Schedule D Individual) ................ (20) 00
R) Qualified plans and Variable Annuity Contracts (Submit Schedule D Individual) ....................... (21) 00
S) Net long-term capital gain on Investment Funds (Submit Schedule Q1) ................................ (22) 00
3. Total Gross Income (Add lines 1B, 1C and 2A through 2S) .................................... (23) 36,096 00
4. Alimony Paid (Recipient's social security No. _____ ) (24) (Judgment No. _____ ) (25) .. (26) 00
5. Adjusted Gross Income (Subtract line 4 from line 3) ............................................. (30) 36,096 00

COPY

Retention Period: Ten (10) years
PRSoft, Inc. (www.prsoft.com)

Form 482.0 Rev. 01.11

**LONG FORM** 2010

Liquidator / Reviewer

R G RO V1 V2 P1 P2 N D1 D2 E A M

GOVERNMENT OF PUERTO RICO
DEPARTMENT OF THE TREASURY
**INDIVIDUAL INCOME TAX RETURN** 2010

FOR CALENDAR YEAR 2010 OR TAXABLE YEAR BEGINNING ON 1 January, 2010 AND ENDING ON 31 December, 2010

RETURN WITH CHECK (PLEASE ATTACH CHECK HERE)

○ AMENDED RETURN
○ DECEASED DURING THE YEAR: ___ Day Month Year

Serial Number

Taxpayer's Name: **Antonio**
Initial Last Name: **Torres Cardenales**
Second Last Name:

Postal Address: **PO Box 782**
**Coamo PR** Zip Code **00769-0782**
"Place label here".

Spouse's First Name and Initial / Last Name / Second Last Name

Home Address (Town or Urbanization, Number, Street):
**Hacienda Miraflores**
**Coamo PR** Zip Code **00769-0000**

E-Mail Address:

Taxpayer's Social Security Number: A.L.T.C (redacted)
Date of Birth: A.L.T.C. Day / Month / Year
Sex: ● M ○ F
Spouse's Social Security Number:
Spouse's Date of Birth: Day / Month / Year
Disabled: ○ Taxpayer ○ Spouse
Home Telephone: (787) 000-0000
Work Telephone:
CHANGE OF ADDRESS ○ Yes ● No

Payment Stamp
Receipt Number / Amount

**Part 1**

YES NO
A. ● ○ United States Citizen?
B. ● ○ Resident of Puerto Rico at the end of the year?
C. ○ ● Obligation to make payments to ASUME?
D. ○ ● Other exempt income? (Submit Schedule)
Indicate total $ **0**

FILING STATUS AT THE END OF THE TAXABLE YEAR:
1. ○ Married living with spouse and filing jointly
2. ○ Married not living with spouse (Not head of household) (Submit spouse's name and social security number above)
3. ● Head of household (Not married)
4. ○ Single
5. ○ Married filing separately (Submit spouse's name and social security number above)

HIGHEST SOURCE OF INCOME:
E. ● Government, Municipalities or Public Corporations Employee
F. ○ Federal Government Employee
G. ○ Private Business Employee
Your occupation: **Teacher** 6110

H. ○ Retired/Pensioner
I. ○ Self-Employed (Indicate principal industry or business)
Spouse's occupation:

GOVERNMENT CONTRACT
○ TAXPAYER ○ SPOUSE
2011 RETURN
● SPANISH ○ ENGLISH

○ Fill in here if you choose the optional computation of tax for married individuals living together, filing a joint return and both working. Do not complete Parts 2 and 3, neither lines 15 through 25 of Part 4, and go to Schedule CO Individual.

**Part 2**

Receipt Stamp

1. Wages, Commissions, Allowances and Tips
   ATTACH ALL YOUR WITHHOLDING STATEMENTS (Forms 499R-2/W-2PR, 499R-2c/W-2cPR or W-2, as applicable).

| | A - Income Tax Withheld | B - Wages, Commissions, Allowances and Tips |
|---|---|---|
| | 1,354 00 | 33,618 00 |
| | 167 00 | 4,950 00 |
| | 00 | 00 |
| | 00 | 00 |
| 01 Total of withholding statements with this return ... 2 | 1,521 00 | 38,568 00 |

C - Federal Government Wages (See instructions) .. (01) Income Tax Withheld ___ 00 (02) Federal Wages ___ 00

2. Other Income (or Losses):
   A) Interest income (Schedule F Individual, Part I, line 10) ............................................. (03) ___ 00
   B) Distributable share on special partnerships profits (Submit Schedule F Individual and Schedule R) ... (04) ___ 00
   C) Distributable share on special partnerships losses (Submit Schedule R) ............................ (05) ___ 00
   D) Dividends from corporations and distributions from partnerships subject to withholding (Schedule F Individual, Part II, line 1A) ... (06) ___ 00
   E) Dividends from corporations and distributions from partnerships not subject to withholding (Schedule F Individual, Part II, line 3B) ... (07) ___ 00
   F) Distributable share on profits from corporations of individuals (Submit Schedule F Individual) ..... (08) ___ 00
   G) Distributions from Governmental Plans (Schedule F Individual, Part V, lines 1C and 1D) ............ (09) ___ 00
   H) Miscellaneous income (Submit Schedule F Individual) ............................................... (10) ___ 00
   I) Distributions from Individual Retirement Accounts and Educational Contribution Accounts (Submit Schedule F Individual) ... (11) ___ 00
   J) Dividends from Capital Investment or Tourism Fund (Submit Schedule Q1) ............................ (12) ___ 00
   K) Income from annuities and pensions (Schedule H Individual, Part II, line 12) ...................... (13) ___ 00
   L) Alimony received (Payer's social security No. _____ ) ........................................... (14) ___ 00
   M) Gain (or loss) from industry or business (Submit Schedule K Individual) ........................... (15) ___ 00
   N) Gain (or loss) from farming (Submit Schedule L Individual) ....................................... (16) ___ 00
   O) Gain (or loss) from professions and commissions (Submit Schedule M Individual) ................... (17) ___ 00
   P) Gain (or loss) from rental business (Submit Schedule N Individual) ............................... (18) ___ 00
   Q) Gain (or loss) from sale or exchange of capital assets (Submit Schedule D Individual) ............ (19) 1,785 00
   R) Qualified plans and Variable Annuity Contracts (Submit Schedule D Individual) .................... (20) ___ 00
   S) Net long-term capital gain on Investment Funds (Submit Schedule Q1) .............................. (21) ___ 00

3. Total Gross Income (Add lines 1B, 1C and 2A through 2S) ............................................. (22) ___ 00
4. Alimony Paid (Recipient's social security No. _____ ) (Judgment No. _____ ) ........................ (23) 40,353 00
                                                                                                         (25) ___ 00
5. Adjusted Gross Income (Subtract line 4 from line 3) .................................................. (26) ___ 00
                                                                                                         (30) 40,353 00

Retention Period: Ten (10) years    PRSoft, Inc. (www.prsoft.com)

Form 499R-2/W-2 PR
Rev. 10.11

**GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

| | |
|---|---|
| 1. Nombre-First Name | ANTONIO |
| Apellido(s) - Surname(s) | TORRES CARDENALES |
| Dirección Postal del Empleado-Employee's Mailing Address | APARTADO 782<br>COAMO, PR 00769 |
| 2. Nombre y Dirección Postal del Patrono<br>Employer's Name and Mailing Address | L8013750526 SUSANA RIV<br>DEPT DE EDUCACION-MAESTROS<br>AVENIDA TENIENTE CESAR GONZALE<br>ESQUINA CALAF<br>HATO REY, PR 00919 |
| Número de Teléfono del Patrono<br>Employer's Telephone Number | |
| Fecha Cese de Operaciones:<br>Cease of Operations Date: | Día/Day  Mes/Month  Año/Year |
| Número Control - Control Number | 116459082 |

3. Núm. Seguro Social / Social Security No.: A.L.T.C.
4. Núm. de Ident. Patronal / Employer Ident. No. (EIN): 660433481
5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension: Día/Day Mes/Month Año/Year
6. Costo de Pensión o Anualidad / Cost of Pension or Annuity: 0.00
6A. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage: 0.00
6B. Donativos / Charitable Contributions: 12.00

Copia C para Récord del Empleado
Copy C for Employee's Records

Año: / Year: **2011**

**INFORMACION PARA EL DEPARTAMENTO DE HACIENDA / DEPARTMENT OF THE TREASURY INFORMATION**

| | |
|---|---|
| 7. Sueldos - Wages | 33458.72 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total=7+8+9+10 | 33458.72 |
| 12. Gastos Reembolsados / Reimbursed Expenses | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 898.31 |
| 14. Fondo de Retiro Gubernamental / Governmental Retirement Fund | 2921.40 |
| 15. Aportaciones a Planes Cualific. / Contributions to CODA PLANS | 0.00 |
| 16. Salarios bajo Ley Núm. 324 de 2004 / Salaries under Act No. 324 of 2004 | 0.00 |
| 16A. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program | 0.00 |

**INFORMACION PARA EL SEGURO SOCIAL / SOCIAL SECURITY INFORMATION**

| | |
|---|---|
| 17. Total Sueldos Seguro Social / Social Security Wages | 0.00 |
| 18. Seguro Social Retenido / Social Security Tax Withheld | 0.00 |
| 19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips | 0.00 |
| 20. Contrib. Medicare Retenida / Medicare Tax Withheld | 0.00 |
| 21. Propinas Seguro Social / Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0.00 |
| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

---

Cheque # 840    300.00

FOTOCOPIE : PIERDE LEGIBILIDAD

3. Empleado de Empresa Privada
4. Retirado/Pensionado
5. Trabajo Cuenta Propia (Indique la...)
Su ocupación: Maestro de Escu[ela]

**Reintegro**
1. CONTRIBUCION PAGADA EN EXCES[O]
  A) Acreditar a la contribución estima[da]
  B) Aportación al Fondo Especial para...
  C) Aportación al Fondo Especial para...
  D) A REINTEGRAR (SI desea que se l[e]...)

**Pago**
2. TOTAL NO PAGADO DE LA CONT[RIBUCION]
3. Menos: Cantidad pagada (a) Con P[lanilla]
           (b) Interes[es]
           (c) Reca[rgos]
4. BALANCE PENDIENTE DE PAGO

**CONTRATO GOBIERNO:** ☐ Contribuyente ☐ Cónyuge

| | | |
|---|---|---|
| AGO | (01) | 00 |
| | (02) | 00 |
| | (03) | 00 |
| | (04) | 00 |
| de Depósito) | (05) | |
| | (06) | 563 00 |
| | (07) | 300 00 |
| | (08) | 00 |
| | (09) | 00 |
| | (10) | 263 00 |

**Depósito**
Tipo de cuenta: ☐ Cheques ☐ Ahorros
Número de ruta/tránsito: ☐☐☐☐☐☐☐☐☐
Número de su cuenta: ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

Cuenta a nombre de: _____ y _____
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que la información incluida en esta planilla, anejos y documentos que se acompañan, ha sido examinada por mí y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

Firma del Contribuyente: *Antonio L. Torres Cardenales*  Fecha: 12-abril-12
Firma del Cónyuge: _____  Nombre de la Firma o Negocio: _____  Fecha: _____

04 Nombre del Especialista (Letra de Molde): **Esther Figueroa**
Especialista por cuenta propia (ennegrezca aquí): ⊗
Firma del Especialista: _____  Fecha: _____

Número de Registro: **19447**
Número de Identificación Patronal: **66-0760098**

NOTA AL CONTRIBUYENTE: Indique si hizo pagos por la preparación de su planilla: ☐ Sí ☐ No. Si contestó "Sí", exija la firma y el número de registro del Especialista.

Período de Conservación: Diez (10) años

PRSoft, Inc. (www.prsoft.com)

## ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
### DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
### COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

Formulario rm 499R-2/W-2 PR Rev. 09.12

**1. Nombre-First Name:** ANTONIO

**Apellido(s) - Surname(s):** TORRES CARDENALES

**Dirección Postal del Empleado - Employee's Mailing Address:**
APARTADO 782
COAMO, PR 00769

**2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address:**
L8013750526 SUSANA RIV
DEPT DE EDUCACION-MAESTROS
AVENIDA TENIENTE CESAR GONZALE
ESQUINA CALAF
HATO REY, PR 00919

**Número de Teléfono del Patrono - Employer's Telephone Number:**

**Fecha Cese de Operaciones - Cease of Operations Date:** Día / Mes / Año

**Número Control - Control Number:** 125527633

**3. Núm. Seguro Social - Social Security No.:** A.C.T.C.

**4. Núm. de Ident. Patronal - Employer Ident. No. (EIN):** 660433481

**5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension:** Día / Mes / Año

**6. Costo de Pensión o Anualidad - Cost of Pension or Annuity:** 0.00

**6A. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage:** 0.00

**6B. Donativos - Charitable Contributions:** 12.00

**Copia C para Récord del Empleado - Copy C for Employee's Records**

**Año / Year:** 2012

### INFORMACION PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION

| # | Concepto | Monto |
|---|---|---|
| 7 | Sueldos - Wages | 35821.82 |
| 8 | Comisiones - Commissions | 0.00 |
| 9 | Concesiones - Allowances | 0.00 |
| 10 | Propinas - Tips | 0.00 |
| 11 | Total=7+8+9+10 | 35821.82 |
| 12 | Gastos Reemb. y Beneficios Marginales - Reimb. Expenses and Fringe Benefits | 0.00 |
| 13 | Cont. Retenida - Tax Withheld | 1069.82 |
| 14 | Fondo de Retiro Gubernamental - Governmental Retirement Fund | 2921.41 |
| 15 | Aportaciones a Planes Cualific. - Contributions to CODA PLANS | 0.00 |
| 16 | Salarios bajo Ley 324-2004 - Salaries under Act 324-2004 | 0.00 |
| 16A | Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program | 0.00 |

### INFORMACION PARA EL SEGURO SOCIAL - SOCIAL SECURITY INFORMATION

| # | Concepto | Monto |
|---|---|---|
| 17 | Total Sueldos Seguro Social - Social Security Wages | 0.00 |
| 18 | Seguro Social Retenido - Social Security Tax Withheld | 0.00 |
| 19 | Total Sueldos y Pro. Medicare - Medicare Wages and Tips | 0.00 |
| 20 | Contrib. Medicare Retenida - Medicare Tax Withheld | 0.00 |
| 21 | Propinas Seguro Social - Social Security Tips | 0.00 |
| 22 | Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0.00 |
| 23 | Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

Reproducido por: Departamento de Hacienda

---

**COPY**

5. ☐ Trabajo Cuenta Propia (Indique la industria o negocio principal)
6. ☐ Otro

**Su ocupación:** Maestro de Escuela  **6110**  **Ocupación cónyuge:** _____

**CONTRATO GOBIERNO:** ☐ Contribuyente  ☐ Cónyuge

PASE A LA PAGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.

**Reintegro**

1. CONTRIBUCION PAGADA EN EXCESO (Encasillado 3, línea 27. Indique distribución en las líneas A, B, C y D) .......... (01) 40 00
   A) Acreditar a la contribución estimada 2013 .......... (02) 00
   B) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan .......... (03) 00
   C) Aportación al Fondo Especial para la Universidad de Puerto Rico .......... (04) 00
   D) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado de Depósito) .......... (05) 40 00

**Pago**

2. TOTAL NO PAGADO DE LA CONTRIBUCION (Encasillado 3, línea 27) .......... (06) 00
3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado .......... (07) 00
   (b) Intereses .......... (08) 00
   (c) Recargos _____ y Penalidades _____ .......... (09) 00
4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a)) .......... (10) 00

**AUTORIZACION PARA DEPOSITO DIRECTO DE REINTEGRO**

**Depósito**
Tipo de cuenta: ☐ Cheques  ☐ Ahorros
Número de ruta/tránsito: _____
Número de su cuenta: _____
Cuenta a nombre de: _____ y _____
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que he examinado la información incluida en esta planilla, anejos y documentos que se acompañan, y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

**Firma del Contribuyente:** [signature]  **Fecha:** 1/04/2013  **Firma del Cónyuge:** _____  **Fecha:** _____

**Nombre del Especialista (Letra de Molde):** Esther Figueroa     **Nombre de la Firma o Negocio:** Esther Figueroa

**Firma del Especialista:** ✓   **Fecha:** _____   **Especialista por cuenta propia (ennegrezca aquí):** ☐   **Número de Registro:** 19447

NOTA AL CONTRIBUYENTE: Indique si hizo pagos por la preparación de su planilla: ☐ Sí  ☐ No. Si contestó "Sí", exija la firma y el número de registro del Especialista.

Período de Conservación: Diez (10) años     PRSoft, Inc. (www.prsoft.com)

**Estado Libre Asociado de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 12/09/2013 |
| Hasta: | 12/20/2013 |

# Cheque: 06330151
Fecha: 12/17/2013

ANTONIO L TORRES CARDENALES
APARTADO 782
COAMO PR 00769
SS:

A.L.T.C.

| | |
|---|---|
| # Empleado: | A.L.T.C |
| Dept: | 8005137-SANTA ISABEL-PONCE |
| Oficina: | SUSANA RIVERA |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $2,705.00 Monthly |

| | | |
|---|---|---|
| DATA IMP: | Federal | PR |
| Estado Civil: | | Head of Household |
| Concesiones: | 0 | 2 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Bono de Navidad | | | 0.00 | | 1,000.00 |
| Pago de Salarios Regulares | | | 0.00 | 1,476.00 | 32,460.00 |
| Licencia Enfermedad en Exceso | | | 0.00 | | 2,184.14 |
| Total: | | | 0.00 | 1,476.00 | 35,644.14 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| PR Withholdng | 0.00 | 939.77 |
| Total: | 0.00 | 939.77 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 0.00 | 2,921.52 |
| Total: | 0.00 | 2,921.52 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| DUM-Gob Otras Deducciones | 611.59- | 611.59- |
| SM-Asoc Maestros de PR | 0.00 | 766.00 |
| Ahorros-AEELA | 0.00 | 973.92 |
| DM-FONDOS UNIDOS | 0.00 | 8.00 |
| SC-MULTINATIONAL LIFE INS. | 0.00 | 131.00 |
| AE-Asoc Emp ELA-Prest Regular | 0.00 | 421.89 |
| SC-GENERAL ACCIDENT LIFE | 0.00 | 109.62 |
| Total: | 611.59- | 1,798.84 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-Asoc Maestros de PR | 0.00 | 1,440.00 |
| GPR Plan de Retiro de Maestro | 0.00 | 2,759.04 |
| FSED Disability Plan | 0.00 | 605.89 |

* Tributable

## TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 0.00 | 0.00 | 611.59- | 611.59 |
| Acumulado: | 35,644.14 | 939.77 | 4,720.36 | 29,984.01 |

## PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA

| | |
|---|---|
| Cheque #06330151 | 611.59 |
| Total: | 611.59 |

MENSAJE:

Formulario 499R-2/W-2PR Rev. 09.14
222

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

INFORMACION PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION
INFORMACION PARA EL SEGURO SOCIAL - SOCIAL SECURITY INFORMATION

| Field | Value |
|---|---|
| 1. Nombre - First Name | Antonio |
| Apellido(s) - Surname(s) | Torres Cardenales |
| Dirección Postal del Empleado - Employee's Mailing Address | PO Box 872 Coamo PR 00769-0872 |
| 2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address | Departamento Educacion, Ave. Teniente cesar Gonzalez San Juan PR 00919-0000 |
| 3. Núm. Seguro Social - Social Security No. | A.L.T.C. |
| 4. Núm. de Identif. Patronal - Employer Ident. No. (EIN) | 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 |
| 5. Costo de cobierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage | 0 |
| 6. Donativos - Charitable Contributions | 0 |
| 7. Sueldos - Wages | 33,387 |
| 8. Comisiones - Commissions | 0 |
| 9. Concesiones - Allowances | 0 |
| 10. Propinas - Tips | 0 |
| 11. Total = 7 + 8 + 9 + 10 | 33,387 |
| 12. Gastos Reemb. y Beneficios Marginales - Reimb. Expenses and Fringe Benefits | 0 |
| 13. Cont. Retenida - Tax Withheld | 742 |
| 14. Fondo de Retiro Gubernamental - Governmental Retirement Fund | 2,890 |
| 15. Aportaciones a Planes Cualific. - Contributions to CODA PLANS | 0 |
| 16. Salarios Exentos (Ver instrucciones) - Exempt Salaries (See instructions) | 0 |
| 16A. Código de Salarios Exentos - Exempt Salaries Code | |
| 16B. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program | 0 |
| 17. Total Sueldos Seguro Social - Social Security Wages | 0 |
| 18. Seguro Social Retenido - Social Security Tax Withheld | 0 |
| 19. Total Sueldos y Pro. Medicare - Medicare Wages and Tips | 0 |
| 20. Contrib. Medicare Retenida - Medicare Tax Withheld | 0 |
| 21. Propinas Seguro Social - Social Security Tips | 0 |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0 |
| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0 |

Patrono: - Employer:
- Envíe a: - Send to: Social Security Administration Data Operations Center Wilkes-Barre, PA 18769-0001 Con la With the W-3PR
- Envíe al Departamento de Hacienda electrónicamente Send to Department of the Treasury electronically (www.hacienda.gobierno.pr)
- Entregue dos copias al empleado Deliver two copies to employee
- Conserve copia para sus récords Keep copy for your records

Número de Teléfono del Patrono - Employer's Telephone Number:
Fecha Cese de Operaciones: - Cease of Operations Date:
Número Confirmación de Radicación Electrónica - Electronic Filing Confirmation Number: S140003
Número Control - Control Number: 004382730

Año: Year: **2014**

Fecha de radicación: 31 de enero - Filing date: January 31

*Planilla Radicada Electrónicamente*

Formulario Form 499R-2/W-2 PR Rev. 08.15

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

| Field | Value |
|---|---|
| 1. Nombre-First Name | ANTONIO |
| Apellido(s) - Surname(s) | TORRES CARDENALES |
| Dirección Postal del Empleado - Employee's Mailing Address | APARTADO 782, COAMO, PR 00769 |
| Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address | DEPT DE EDUCACION-MAESTROS, AVENIDA TENIENTE CESAR GONZALE, ESQUINA CALAF, HATO REY, PR 00919 |
| Número de Confirmación de Radicación Electrónica - Electronic Filing Confirmation Number | S150008 |
| Número Control - Control Number | 004903462 |
| Fecha de radicación: 31 de enero - Filing date: January 31 | |
| 3. Núm. Seguro Social - Social Security No. | A.L.T.C. |
| 4. Núm. de Ident. Patronal - Employer Ident. No. (EIN) | 660433481 |
| 5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage | 0.00 |
| 6. Donativos - Charitable Contributions | 0.00 |
| Año / Year | 2015 |

**INFORMACION PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION**

| Field | Value |
|---|---|
| 7. Sueldos - Wages | 33060.00 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total=7+8+9+10 | 33060.00 |
| 12. Gastos Reemb. y Beneficios Marginales - Reimb. Expenses and Fringe Benefits | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 716.88 |
| 14. Fondo de Retiro Gubernamental - Governmental Retirement Fund | 2921.52 |
| 15. Aportaciones a Planes Cualific. Contributions to CODA PLANS | 0.00 |
| 16. Salarios Exentos (Ver instrucciones) Exempt Salaries (See instructions) | 0.00 |
| 16A. Código de Salarios Exentos - Exempt Salaries Code | |
| 16B. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program | 0.00 |

**INFORMACION PARA EL SEGURO SOCIAL - SOCIAL SECURITY INFORMATION**

| Field | Value |
|---|---|
| 17. Total Sueldos Seguro Social - Social Security Wages | 0.00 |
| 18. Seguro Social Retenido - Social Security Tax Withheld | 0.00 |
| 19. Total Sueldos y Pro. Medicare - Medicare Wages and Tips | 0.00 |
| 20. Contrib. Medicare Retenida - Medicare Tax Withheld | 0.00 |
| 21. Propinas Seguro Social - Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0.00 |
| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

## Form 1 (top)

| Employee Mailing Address | | | |
|---|---|---|---|
| ADO 782 | | | |
| , PR 00769 | | | |

A.L.T.C.

Nacimiento: Día __ Mes __ Año __

Dirección Postal del Patrono and Mailing Address:
DE EDUCACION - MAESTROS
DA TENIENTE CESAR GONZALE
NA CALAF
REY, PR 00919

Teléfono del Patrono / Telephone Number

de Operaciones: Día __ Mes __ Año __

Confirmación de Radicación Electrónica / Filing Confirmation Number: S160021

Control Number: 006251777

| Field | Value |
|---|---|
| 4. Núm. de Ident. Patronal / Employer Ident. No. (EIN) | 660433481 |
| 5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage | 0.00 |
| 6. Donativos / Charitable Contributions | 0.00 |
| Patrono - Employer: Envíe a: Social Security Administration Data Operations Center Wilkes-Barre, PA 18769-0001 Con la With the W-3PR | |
| Año / Year: | 2016 |
| Fecha de radicación: 31 de enero - Filing date: January 31 | |

| Info Depto Hacienda | Value |
|---|---|
| 7. Sueldos - Wages | 32999.51 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total=7+8+9+10 | 32999.51 |
| 12. Gastos Reemb. y Beneficios Marginales / Reimb. Expenses and Fringe Benefits | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 713.02 |
| 14. Fondo de Retiro Gubernamental / Governmental Retirement Fund | 2916.07 |
| 15. Aportaciones a Planes Cualif. / Contributions to CODA PLANS | 0.00 |
| 16. Código/Code | 0.00 |
| 16A. Código/Code | 0.00 |
| 16B. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program | 0.00 |

| Info Seguro Social | Value |
|---|---|
| 17. Total Sueldos Seguro Social / Social Security Wages | 0.00 |
| 18. Seguro Social Retenido / Social Security Tax Withheld | 0.00 |
| 19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips | 0.00 |
| 20. Contrib. Medicare Retenida / Medicare Tax Withheld | 0.00 |
| 21. Propinas Seguro Social / Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0.00 |
| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

## Form 2 (bottom - duplicate)

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

First Name: IO
Surname(s): S CARDENALES

A.L.T.C.

Employee Mailing Address:
ADO 782
PR 00769

A.L.T.C.

Nacimiento: Día __ Mes __ Año __

Dirección Postal del Patrono:
DE EDUCACION - MAESTROS
DA TENIENTE CESAR GONZALE
IA CALAF
REY, PR 00919

Teléfono del Patrono

de Operaciones: Día __ Mes __ Año __

Confirmación de Radicación Electrónica: S160021

Control Number: 006251777

| Field | Value |
|---|---|
| 4. Núm. de Ident. Patronal (EIN) | 660433481 |
| 5. Costo cubierta de salud | 0.00 |
| 6. Donativos | 0.00 |
| 7. Sueldos - Wages | 32999.51 |
| 8. Comisiones | 0.00 |
| 9. Concesiones | 0.00 |
| 10. Propinas | 0.00 |
| 11. Total | 32999.51 |
| 12. Gastos Reemb. | 0.00 |
| 13. Cont. Retenida | 713.02 |
| 14. Fondo de Retiro Gubernamental | 2916.07 |
| 15. CODA PLANS | 0.00 |
| 16. Código | 0.00 |
| 16A. Código | 0.00 |
| 16B. Ahorra y Duplica | 0.00 |
| 17. Social Security Wages | 0.00 |
| 18. Social Security Tax Withheld | 0.00 |
| 19. Medicare Wages and Tips | 0.00 |
| 20. Medicare Tax Withheld | 0.00 |
| 21. Social Security Tips | 0.00 |
| 22. Uncollected SS Tax on Tips | 0.00 |
| 23. Uncollected Medicare Tax on Tips | 0.00 |

Año / Year: 2016
Fecha de radicación: 31 de enero - Filing date: January 31

Formulario
Form 499R-2/W-2PR
v. 07.17

222

GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
COMPROBANTE DE RETENCIÓN - WITHHOLDING STATEMENT

INFORMACIÓN PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION

INFORMACIÓN PARA EL SEGURO SOCIAL
SOCIAL SECURITY INFORMATION

1. Nombre - First Name: ANTONIO
Apellido(s) - Last Name(s): L TORRES CARDENALES
Dirección Postal del Empleado - Employee's Mailing Address:
APARTADO 782
COAMO PR 00769
Fecha de Nacimiento / Date of Birth: Día/Day __ Mes/Month __ Año/Year __ (A.L.T.C.)

2. Nombre y Dirección Postal del Patrono
Employer's Name and Mailing Address
DEPT DE EDUCACION MAESTROS
AVENIDA TENIENTE CESAR
ESQUINA CALAF
HATO REY PR 00919

Número de Teléfono del Patrono
Employer's Telephone Number: (787) 773-3508

Fecha Cese de Operaciones / Cease of Operations Date: Día/Day __ Mes/Month __ Año/Year __

Número Confirmación de Radicación Electrónica
Electronic Filing Confirmation Number: S170008

Número Control - Control Number: 006975261

3. Num. Seguro Social / Social Security No.: A.L.T.C.
4. Núm. de Ident. Patronal / Employer Ident No. (EIN): 660433481-080

5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage: 0.00
6. Donativos / Charitable Contributions: 0.00

Patrono: - Employer:
• Envíe al - Send to: Social Security Administration Data Operations Center Wilkes-Barre, PA 18769-0001 Con la / With the W-3PR
• Envíe al Departamento de Hacienda electrónicamente / Send to Department of the Treasury electronically (www.hacienda.pr.gov)
• Entregue dos copias al empleado / Deliver two copies to employee
• Conserve copia para sus récords / Keep copy for your records

Año: / Year: 2017

Fecha de radicación - Filing date: January 31

7. Sueldos - Wages: 33,041.97
8. Comisiones - Commissions: 0.00
9. Concesiones - Allowances: 0.00
10. Propinas - Tips: 0.00
11. Total = 7 + 8 + 9 + 10: 33,041.97
12. Gastos Reemb. y Beneficios Marginales / Reimb. Expenses and Fringe Benefits: 0.00
13. Cont. Retenida - Tax Withheld: 716.20
14. Fondo de Retiro Gubernamental / Governmental Retirement Fund: 2,913.12
15. Aportaciones a Planes Cualific. / Contributions to CODA PLANS: 0.00
Salarios Exentos (Ver instrucciones) / Exempt Salaries (See instructions) Código/Code: 0.00
16. Código/Code: 0.00
16A. 0.00
16B. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program: 0.00

17. Total Sueldos Seguro Social / Social Security Wages: 0.00
18. Seguro Social Retenido / Social Security Tax Withheld: 0.00
19. Total Sueldos y Prop. Medicare / Medicare Wages and Tips: 0.00
20. Contrib. Medicare Retenida / Medicare Tax Withheld: 0.00
21. Propinas Seguro Social / Social Security Tips: 0.00
22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips: 0.00
23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips: 0.00

Formulario Form 499R-2/W-2PR
Rev. 07.18

222

**GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCIÓN - WITHHOLDING STATEMENT**

1. Nombre - First Name: ANTONIO L
Apellido(s) - Last Name(s): TORRES CARDENALES
Dirección Postal del Empleado - Employee's Mailing Address:
APARTADO 782
COAMO PR 00769

Fecha de Nacimiento / Date of Birth: Día___ Mes___ Año___

2. Nombre y Dirección Postal del Patrono / Employer's Name and Mailing Address:
DEPT DE EDUCACION MAESTROS
AVENIDA TENIENTE CESAR
ESQUINA CALAF
HATO REY, PR 00919-0000

Número de Teléfono del Patrono / Employer's Telephone Number:
Fecha Cese de Operaciones / Cease of Operations Date: Día___ Mes___ Año___
Número Confirmación de Radicación Electrónica / Electronic Filing Confirmation Number: F0717193216
Número Control - Control Number: 180048791
Fecha de radicación: 31 de enero - Filing date: January 31

3. Núm. Seguro Social / Social Security No.: A.L.T.C.
4. Núm. de Ident. Patronal / Employer Ident. No. (EIN): 66-0433481
5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage: 0.00
6. Donativos / Charitable Contributions: 0.00

Patrono: - Employer:
Indique si la remuneración incluye pagos al empleado por: / Indicate if the renumeration includes payments to the employee for:
A- ☐ Servicios prestados por un médico cualificado bajo la Ley 14-2017 / Services rendered by a qualified physician under Act 14-2017
B- ☐ Servicios domésticos / Domestic services
C- ☐ Otros / Others: ___

Año: Year: **2018**

**INFORMACIÓN PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION**

| | |
|---|---|
| 7. Sueldos - Wages | 34,546.90 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total = 7 + 8 + 9 + 10 | 34,546.90 |
| 12. Gastos Reemb. y Beneficios Marginales | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 839.32 |
| 14. Fondo de Retiro Gubernamental / Governmental Retirement Fund | 3,021.55 |
| 15. Aportaciones a Planes Calificados / Contributions to CODA PLANS | 0.00 |
| Salarios Exentos (Ver instrucciones) / Exempt Salaries (See instructions) Código/Code | |
| 16. | 0.00 |
| 16A. Código/Code | 0.00 |
| 16B. Código/Code | 0.00 |
| 16C. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program | 0.00 |

**INFORMACIÓN PARA EL SEGURO SOCIAL / SOCIAL SECURITY INFORMATION**

| | |
|---|---|
| 17. Total Sueldos Seguro Social / Social Security Wages | 0.00 |
| 18. Seguro Social Retenido / Social Security Tax Withheld | 0.00 |
| 19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips | 0.00 |
| 20. Contrib. Medicare Retenida / Medicare Tax Withheld | 0.00 |
| 21. Propinas Seguro Social / Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0.00 |
| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |



Sello
5120
03/13/2019
$1.00
Sello de Rentas Internas
00063-2019-0313-24352031

13/mar/19