Form 482.0 Rev. 12.08

**LONG FORM**

**2008 COMMONWEALTH OF PUERTO RICO DEPARTMENT OF THE TREASURY**
**INDIVIDUAL INCOME TAX RETURN 2008**

FOR CALENDAR YEAR 2008 OR TAXABLE YEAR BEGINNING ON 1 January, 2008 AND ENDING ON 31 December, 2008

○ AMENDED RETURN
○ DECEASED DURING THE YEAR: Day Month Year

| Taxpayer's Name | Initial | Last Name | Second Last Name |
|---|---|---|---|
| Antonio | | Torres Cardenales | |

Postal Address: P.O. Box 782
Coamo PR    Zip Code 00769

"Place label here"

Spouse's First Name and Initial / Last Name / Second Last Name

Home Address (Town or Urbanization, Number, Street): Bo. Rio Jueyes, Coamo    Zip Code 00769

Taxpayer's Social Security Number
Date of Birth: Day / Month / Year
Sex: ● M  ○ F
Spouse's Social Security Number
Spouse's Date of Birth: Day / Month / Year
Home Telephone: (787) 000-0000
Work Telephone:
CHANGE OF ADDRESS: ○ Yes ● No

**Part 1**

| | YES | NO | |
|---|---|---|---|
| A. | ● | ○ | United States Citizen? |
| B. | ● | ○ | Resident of Puerto Rico at the end of the year? |
| C. | ○ | ● | Tax exempt income from Lottery of Puerto Rico? |
| D. | ○ | ● | Income from racetrack winnings in Puerto Rico? |
| E. | ○ | ● | Other exempt income? (Submit Schedule) |
| F. | ○ | ● | Obligation to make payments to ASUME? |

HIGHEST SOURCE OF INCOME:
G. ● Government, Municipalities or Public Corporations Employee
H. ○ Federal Government Employee
I. ○ Private Business Employee

Your occupation: Teacher    6110    Spouse's occupation:

FILING STATUS AT THE END OF THE TAXABLE YEAR:
1. ○ Married living with spouse and filing jointly
2. ○ Married not living with spouse (Not head of household) (Submit spouse's name and social security number above)
3. ● Head of household (Not married)
4. ○ Single
5. ○ Married filing separately (Submit spouse's name and social security number above)

J. ○ Retired/Pensioner
K. ○ Self-Employed (Indicate principal industry or business)

GOVERNMENT CONTRACT: ○ TAXPAYER  ○ SPOUSE
2009 RETURN: ● SPANISH  ○ ENGLISH

○ Fill in here if you choose the optional computation of tax for married individuals living together, filing a joint return and both working. Do not complete Parts 2 and 3, neither lines 15 through 25 of Part 4, and go to Schedule CO Individual.

**Part 2**

1. Wages, Commissions, Allowances and Tips — ATTACH ALL YOUR WITHHOLDING STATEMENTS (Forms 499R-2/W-2PR, 499R-2c/W-2cPR or W-2, as applicable)

| | A-Income Tax Withheld | B-Wages, Commissions, Allowances and Tips |
|---|---|---|
| (00) | 1,537.00 | 33,691.00 |
| | .00 | .00 |
| | .00 | .00 |
| | .00 | .00 |
| (01) Total of withholding statements with this return: 1 | 1,537.00 | 33,691.00 |
| | Income Tax Withheld | Federal Wages |
| C. Federal Government Wages (See instructions) (01) | .00 | (02) .00 |

2. Other Income (or Loss):
A) Interest income (Schedule F Individual, Part I, line 10) ......... (03) .00
B) Distributable share on special partnerships profits (Submit Schedule F Individual and Schedule R) ......... (04) .00
C) Distributable share on special partnerships losses (Submit Schedule R) ......... (05) .00
D) Dividends from corporations and distributions from partnerships subject to withholding (Schedule F Individual, Part II, line 1A) ......... (06) .00
E) Dividends from corporations and distributions from partnerships not subject to withholding (Schedule F Individual, Part II, line 3B) ......... (07) .00
F) Distributable share on profits from corporations of individuals (Submit Schedule F Individual) ......... (08) .00
G) Distributions from Governmental Plans (Schedule F Individual, Part V, lines 1C and 1D) ......... (09) .00
H) Miscellaneous income (Submit Schedule F Individual) ......... (10) .00
I) Distributions from Individual Retirement Accounts and Educational Contribution Accounts (Submit Schedule F Individual) ......... (11) .00
J) Dividends from Capital Investment or Tourism Fund (Submit Schedule Q1) ......... (12) .00
K) Income from annuities and pensions (Schedule H Individual, Part II, line 12) ......... (13) .00
L) Alimony received (Payer's social security No. _____ ) ......... (14) .00
M) Gain (or loss) from industry or business (Submit Schedule K Individual) ......... (16) .00
N) Gain (or loss) from farming (Submit Schedule L Individual) ......... (17) .00
O) Gain (or loss) from professions and commissions (Submit Schedule M Individual) ......... (18) .00
P) Gain (or loss) from rental business (Submit Schedule N Individual) ......... (19) 1,759.00
Q) Gain (or loss) from sale or exchange of capital assets (Submit Schedule D Individual) ......... (20) .00
R) Qualified plans and Variable Annuity Contracts (Submit Schedule D Individual) ......... (21) .00
S) Net long-term capital gain on Investment Funds (Submit Schedule Q1) ......... (22) .00

3. Total Gross Income (Add lines 1B, 1C and 2A through 2S) ......... (23) 35,450.00
4. Alimony Paid (Recipient's social security No. _____ ) (24) (Judgment No. _____ ) (25) ......... (26) .00
5. Adjusted Gross Income (Subtract line 4 from line 3) ......... (30) 35,450.00

Retention Period: Ten (10) years

PRSoft, Inc. (www.prsoft.com)

Form 462.0 Rev. 01.10

# LONG FORM
☐ RETURN WITH CHECK (PLEASE ATTACH CHECK HERE)

Liquidator / Reviewer

**2009** COMMONWEALTH OF PUERTO RICO DEPARTMENT OF THE TREASURY **2009**
**INDIVIDUAL INCOME TAX RETURN**
FOR CALENDAR YEAR 2009 OR TAXABLE YEAR BEGINNING ON 1 January, 2009 AND ENDING ON 31 December, 2009

R G RO V1 V2 P1 P2 N D1 D2 E A M

Serial Number: ____
☐ AMENDED RETURN
☐ DECEASED DURING THE YEAR: Day / Month / Year
Payment Stamp

**Taxpayer's Name:** Antonio
**Last Name:** Torres **Second Last Name:** Cardenales
**Taxpayer's Social Security Number:** A.L.T.C. / A.L.T.C.
**Date of Birth:** Day / Month / Year
**Sex:** ☐ M  ☐ F

**Postal Address:** P.O. Box 782
Coamo PR
**Zip Code:** 00769
"Place label here"

**Spouse's Social Security Number:**
**Spouse's Date of Birth:** Day / Month / Year
**Home Telephone:** (787) 000-0000
**Work Telephone:**

**Spouse's First Name and Initial / Last Name / Second Last Name:**

**Home Address (Town or Urbanization, Number, Street):** Bo. Rio Jueyes, Coamo PR **Zip Code:** 00769-0000

**CHANGE OF ADDRESS:** ☐ Yes  ☑ No
**Receipt Number:** ____
**Amount:** ____

**E-Mail Address:**

### Part 1
| YES | NO | |
|---|---|---|
| A. ☑ | ☐ | United States Citizen? |
| B. ☑ | ☐ | Resident of Puerto Rico at the end of the year? |
| C. ☐ | ☑ | Tax exempt income from Lottery of Puerto Rico? |
| D. ☐ | ☑ | Income from racetrack winnings in Puerto Rico? |
| E. ☐ | ☑ | Other exempt income? (Submit Schedule) |
| F. ☐ | ☑ | Obligation to make payments to ASUME? |

**FILING STATUS AT THE END OF THE TAXABLE YEAR:**
1. ☐ Married living with spouse and filing jointly
2. ☐ Married not living with spouse (Not head of household) (Submit spouse's name and social security number above)
3. ☑ Head of household (Not married)
4. ☐ Single
5. ☐ Married filing separately (Submit spouse's name and social security number above)

**HIGHEST SOURCE OF INCOME:**
G. ☑ Government, Municipalities or Public Corporations Employee
H. ☐ Federal Government Employee
I. ☐ Private Business Employee
J. ☐ Retired/Pensioner
K. ☐ Self-Employed (Indicate principal industry or business)

**Your occupation:** Teacher — 6110
**Spouse's occupation:**

**GOVERNMENT CONTRACT:** ☐ TAXPAYER  ☐ SPOUSE
**2010 RETURN:** ☑ SPANISH  ☐ ENGLISH

☐ Fill in here if you choose the optional computation of tax for married individuals living together, filing a joint return and both working. Do not complete Parts 2 and 3, neither lines 15 through 25 of Part 4, and go to Schedule CO Individual.

### Receipt Stamp

| | A - Income Tax Withheld | B - Wages, Commissions, Allowances and Tips |
|---|---|---|
| 1. Wages, Commissions, Allowances and Tips — ATTACH ALL YOUR WITHHOLDING STATEMENTS (Forms 499R-2/W-2PR, 499R-2c/W-2cPR or W-2, as applicable) | 1,639 00 | 34,647 00 |
| | 00 | 00 |
| | 00 | 00 |
| | 00 | 00 |
| (01) Total of withholding statements with this return ........ 1 | 1,639 00 | 34,647 00 |
| | Income Tax Withheld | Federal Wages |
| C - Federal Government Wages (See instructions) .. (01) | 00 | (02) 00 |

### Part 2
2. Other Income (or Losses):
A) Interest income (Schedule F Individual, Part I, line 10) .................................................. (03) 00
B) Distributable share on special partnerships profits (Submit Schedule F Individual and Schedule R) .............. (04) 00
C) Distributable share on special partnerships losses (Submit Schedule R) ........................... (05) 00
D) Dividends from corporations and distributions from partnerships subject to withholding (Schedule F Individual, Part II, line 1A) ........ (06) 00
E) Dividends from corporations and distributions from partnerships not subject to withholding (Schedule F Individual, Part II, line 3B) ... (07) 00
F) Distributable share on profits from corporations of individuals (Submit Schedule F Individual) ................. (08) 00
G) Distributions from Governmental Plans (Schedule F Individual, Part V, lines 1C and 1D) .................. (09) 00
H) Miscellaneous income (Submit Schedule F Individual) ......................................... (10) 00
I) Distributions from Individual Retirement Accounts and Educational Contribution Accounts (Submit Schedule F Individual) ... (11) 00
J) Dividends from Capital Investment or Tourism Fund (Submit Schedule Q1) ........................ (12) 00
K) Income from annuities and pensions (Schedule H Individual, Part II, line 12) .................... (13) 00
L) Alimony received (Payer's social security No. _____ ) (14) ............................. (15) 00
M) Gain (or loss) from industry or business (Submit Schedule K Individual) ........................ (16) 00
N) Gain (or loss) from farming (Submit Schedule L Individual) .................................... (17) 00
O) Gain (or loss) from professions and commissions (Submit Schedule M Individual) ................ (18) 00
P) Gain (or loss) from rental business (Submit Schedule N Individual) ............................. (19) 1,449 00
Q) Gain (or loss) from sale or exchange of capital assets (Submit Schedule D Individual) ........... (20) 00
R) Qualified plans and Variable Annuity Contracts (Submit Schedule D Individual) ................. (21) 00
S) Net long-term capital gain on Investment Funds (Submit Schedule Q1) ......................... (22) 00
3. Total Gross Income (Add lines 1B, 1C and 2A through 2S) ........................................ (23) 36,096 00
4. Alimony Paid (Recipient's social security No. _____ ) (24) (Judgment No. _____ ) (25) ..... (26) 00
5. Adjusted Gross Income (Subtract line 4 from line 3) ............................................ (30) 36,096 00

Retention Period: Ten (10) years

PRSoft, Inc. (www.prsoft.com)

Form 482.0 Rev. 01.11

**LONG FORM**

Liquidator / Reviewer
R G RO V1 V2 P1 P2 N D1 D2 E A M

**2010 GOVERNMENT OF PUERTO RICO DEPARTMENT OF THE TREASURY 2010**
**INDIVIDUAL INCOME TAX RETURN**
FOR CALENDAR YEAR 2010 OR TAXABLE YEAR BEGINNING ON 1 January, 2010 AND ENDING ON 31 December, 2010

- RETURN WITH CHECK (PLEASE ATTACH CHECK HERE)
- AMENDED RETURN
- DECEASED DURING THE YEAR: Day Month Year

Serial Number
Payment Stamp

**Taxpayer's Name:** Antonio
**Last Name:** Torres Cardenales
**Taxpayer's Social Security Number:** A.L.T.C.
**Date of Birth:** A.L.T.C. — Sex: ● M ○ F
**Spouse's Social Security Number:**
**Postal Address:** PO Box 782
**Coamo PR** Zip Code 00769-0782
"Place label here".
**Spouse's Date of Birth:** Day Month Year
**Disabled:** ○ Taxpayer ○ Spouse
**Home Telephone:** (787) 000-0000
**Work Telephone:**

**Home Address:** Hacienda Miraflores, Coamo PR  Zip Code 00769-0000
CHANGE OF ADDRESS: ○ Yes ● No
E-Mail Address:

**Part 1**

YES NO
A. ● ○ United States Citizen?
B. ● ○ Resident of Puerto Rico at the end of the year?
C. ○ ● Obligation to make payments to ASUME?
D. ○ ● Other exempt income? (Submit Schedule) Indicate total $ 0

**HIGHEST SOURCE OF INCOME:**
E. ● Government, Municipalities or Public Corporations Employee
F. ○ Federal Government Employee
G. ○ Private Business Employee
Your occupation: **Teacher** 6110  Spouse's occupation:

**FILING STATUS AT THE END OF THE TAXABLE YEAR:**
1. ○ Married living with spouse and filing jointly
2. ○ Married not living with spouse (Not head of household) (Submit spouse's name and social security number above)
3. ● Head of household (Not married)
4. ○ Single
5. ○ Married filing separately (Submit spouse's name and social security number above)

H. ○ Retired/Pensioner
I. ○ Self-Employed (Indicate principal industry or business)

**GOVERNMENT CONTRACT:** ○ TAXPAYER ○ SPOUSE
**2011 RETURN:** ● SPANISH ○ ENGLISH

○ Fill in here if you choose the optional computation of tax for married individuals living together, filing a joint return and both working. Do not complete Parts 2 and 3, neither lines 15 through 25 of Part 4, and go to Schedule CO Individual.

Receipt Stamp

| | A-Income Tax Withheld | B-Wages, Commissions, Allowances and Tips |
|---|---|---|
| 1. Wages, Commissions, Allowances and Tips (00) ATTACH ALL YOUR WITHHOLDING STATEMENTS (Forms 499R-2/W-2PR, 499R-2c/W-2cPR or W-2, as applicable). | 1,354 00 | 33,618 00 |
| | 167 00 | 4,950 00 |
| | 00 | 00 |
| | 00 | 00 |
| (01) Total of withholding statements with this return ... 2 | 1,521 00 | 38,568 00 |
| | Income Tax Withheld | Federal Wages |
| C- Federal Government Wages (See instructions) .. (01) | 00 | (02) 00 |

2. Other Income (or Losses):
A) Interest income (Schedule F Individual, Part I, line 10) ........................................ (03) 00
B) Distributable share on special partnerships profits (Submit Schedule R) ............... (04) 00
C) Distributable share on special partnerships losses (Submit Schedule R) ............... (05) 00
D) Dividends from corporations and distributions from partnerships subject to withholding (Schedule F Individual, Part II, line 1A).. (06) 00
E) Dividends from corporations and distributions from partnerships not subject to withholding (Schedule F Individual, Part II, line 3B) .. (07) 00
F) Distributable share on profits from corporations of individuals (Submit Schedule F Individual) .......... (08) 00
G) Distributions from Governmental Plans (Schedule F Individual, Part V, lines 1C and 1D) .......... (09) 00
H) Miscellaneous income (Submit Schedule F Individual) ................ (10) 00
I) Distributions from Individual Retirement Accounts and Educational Contribution Accounts (Submit Schedule F Individual) ..... (11) 00
J) Dividends from Capital Investment or Tourism Fund (Submit Schedule Q1) ........ (12) 00
K) Income from annuities and pensions (Schedule H Individual, Part II, line 12) ........ (13) · 00
L) Alimony received (Payer's social security No. _____ ) (14) 00
M) Gain (or loss) from industry or business (Submit Schedule K Individual) ................. (16) 00
N) Gain (or loss) from farming (Submit Schedule L Individual) ................ (17) 00
O) Gain (or loss) from professions and commissions (Submit Schedule M Individual) ............... (18) · 00
P) Gain (or loss) from rental business (Submit Schedule N Individual) ................. (19) 1,785 00
Q) Gain (or loss) from sale or exchange of capital assets (Submit Schedule D Individual) ....... (20) 00
R) Qualified plans and Variable Annuity Contracts (Submit Schedule D Individual) ...... (22) 00
S) Net long-term capital gain on Investment Funds (Submit Schedule Q1) .......... (23) 40,353 00
                                                                                                                                 (24) (Judgment No. _____ ) (25) 00
                                                                                                                                                                                        (26) 00

**Part 2**

3. Total Gross Income (Add lines 1B, 1C and 2A through 2S) .......... (30) 40,353 00
4. Alimony Paid (Recipient's social security No. _____ ) ........................
5. Adjusted Gross Income (Subtract line 4 from line 3) ..........

Retention Period: Ten (10) years

PRSoft, Inc. (www.prsoft.com)

Formulario 499R-2/W-2 PR
Rev. 10.11

GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

## COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

| Employee / Employer | | Información para el Departamento de Hacienda / Department of the Treasury Information | | Información para el Seguro Social / Social Security Information | |
|---|---|---|---|---|---|
| 1. Nombre-First Name | ANTONIO | 7. Sueldos - Wages | 33458.72 | 17. Total Sueldos Seguro Social / Social Security Wages | 0.00 |
| Apellido(s) - Surname(s) | TORRES CARDENALES | 8. Comisiones - Commissions | 0.00 | 18. Seguro Social Retenido / Social Security Tax Withheld | 0.00 |
| 3. Núm. Seguro Social / Social Security No. | A.L.T.C. | 9. Concesiones - Allowances | 0.00 | 19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips | 0.00 |
| 4. Núm. de Ident. Patronal / Employer Ident. No. (EIN) | 660433481 | 10. Propinas - Tips | 0.00 | 20. Contrib. Medicare Retenida / Medicare Tax Withheld | 0.00 |
| Dirección Postal del Empleado-Employee's Mailing Address | APARTADO 782<br>COAMO, PR 00769 | 11. Total=7+8+9+10 | 33458.72 | 21. Propinas Seguro Social / Social Security Tips | 0.00 |
| 5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension (Día/Day, Mes/Month, Año/Year) | | 12. Gastos Reembolsados / Reimbursed Expenses | 0.00 | 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0.00 |
| 6. Costo de Pensión o Anualidad / Cost of Pension or Annuity | 0.00 | 13. Cont. Retenida - Tax Withheld | 898.31 | 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |
| 6A. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage | 0.00 | 14. Fondo de Retiro Gubernamental / Governmental Retirement Fund | 2921.40 | | |
| 6B. Donativos / Charitable Contributions | 12.00 | 15. Aportaciones a Planes Cualific. / Contributions to CODA PLANS | 0.00 | | |
| 2. Nombre y Dirección Postal del Patrono / Employer's Name and Mailing Address | L8013750526 SUSANA RIV<br>DEPT DE EDUCACION-MAESTROS<br>AVENIDA TENIENTE CESAR GONZALE<br>ESQUINA CALAF<br>HATO REY, PR 00919 | 16. Salarios bajo Ley Núm. 324 de 2004 / Salaries under Act No. 324 of 2004 | 0.00 | | |
| Número de Teléfono del Patrono / Employer's Telephone Number | | 16A. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program | 0.00 | | |
| Fecha Cese de Operaciones / Cease of Operations Date (Día/Day, Mes/Month, Año/Year) | | | | | |
| Número Control - Control Number | 116459082 | | | | |

Copia C para Récord del Empleado
Copy C for Employee's Records
Año: Year: 2011

---

Cheque # 840 300.00

FOTOCOPIE : PIERDE LEGIBILIDAD

4. Retirado/Pensionado
5. Trabajo Cuenta Propia (Indique la
Su ocupación Maestro de Escu

CONTRATO GOBIERNO: Contribuyente / Cónyuge

**Reintegro**
1. CONTRIBUCION PAGADA EN EXCES
A) Acreditar a la contribución estima (01)
B) Aportación al Fondo Especial para (02)
C) Aportación al Fondo Especial para (03)
D) A REINTEGRAR (SI desea que se ... (04)
de Depósito) (05)

**Pago**
2. TOTAL NO PAGADO DE LA CONTR (06) 563 00
3. Menos: Cantidad pagada (a) Con F (07) 300 00
(b) Intere (08) 00
(c) Reca (09) 00
4. BALANCE PENDIENTE DE PAGO (10) 263 00

**Depósito**
Tipo de cuenta: Cheques / Ahorros
Número de ruta/tránsito
Número de su cuenta
Cuenta a nombre de: ______ y ______
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que la información incluida en esta planilla, anejos y documentos que se acompañan, ha sido examinada por mí y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

Firma del Contribuyente: [signature] Fecha: 12-abril-12
Firma del Cónyuge: Fecha:

04 Nombre del Especialista (Letra de Molde): Esther Figueroa
Nombre de la Firma o Negocio:
Número de Registro: 19447
Número de Identificación Patronal: 66-0760098
Especialista por cuenta propia (ennegrezca aquí)
Firma del Especialista: Fecha:

NOTA AL CONTRIBUYENTE: Indique si hizo pagos por la preparación de su planilla: Sí / No. Si contestó "Sí", exija la firma y el número de registro del Especialista

Período de Conservación: Diez (10) años

PRSoft, Inc. (www.prsoft.com)

Formulario 499R-2/W-2 PR
Rev. 09.12

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

| | | INFORMACION PARA EL DEPARTAMENTO DE HACIENDA / DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL / SOCIAL SECURITY INFORMATION |
|---|---|---|---|
| 1. Nombre-First Name: ANTONIO | 3. Núm. Seguro Social / Social Security No.: A.L.T.C. | 7. Sueldos - Wages: 35821.82 | 17. Total Sueldos Seguro Social / Social Security Wages: 0.00 |
| Apellido(s) - Surname(s): TORRES CARDENALES | 4. Núm. de Ident. Patronal / Employer Ident. No. (EIN): 660433481 | 8. Comisiones - Commissions: 0.00 | 18. Seguro Social Retenido / Social Security Tax Withheld: 0.00 |
| Dirección Postal del Empleado-Employee's Mailing Address: APARTADO 782, COAMO, PR 00769 | 5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension: Día/Day Mes/Month Año/Year | 9. Concesiones - Allowances: 0.00 | 19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips: 0.00 |
| | | 10. Propinas - Tips: 0.00 | |
| | | 11. Total=7+8+9+10: 35821.82 | |
| | 6. Costo de Pensión o Anualidad / Cost of Pension or Annuity: 0.00 | 12. Gastos Reemb. y Beneficios Marginales / Reimb. Expenses and Fringe Benefits: 0.00 | 20. Contrib. Medicare Retenida / Medicare Tax Withheld: 0.00 |
| 2. Nombre y Dirección Postal del Patrono / Employer's Name and Mailing Address: L8013750526 SUSANA RIV, DEPT DE EDUCACION-MAESTROS, AVENIDA TENIENTE CESAR GONZALE, ESQUINA CALAF, HATO REY, PR 00919 | 6A. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage: 0.00 | 13. Cont. Retenida - Tax Withheld: 1069.82 | 21. Propinas Seguro Social / Social Security Tips: 0.00 |
| | 6B. Donativos / Charitable Contributions: 12.00 | 14. Fondo de Retiro Gubernamental / Governmental Retirement Fund: 2921.41 | |
| | | 15. Aportaciones a Planes Cualific. / Contributions to CODA PLANS: 0.00 | 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips: 0.00 |
| Número de Teléfono del Patrono / Employer's Telephone Number: | Copia C para Récord del Empleado / Copy C for Employee's Records | 16. Salarios bajo Ley 324-2004 / Salaries under Act 324-2004: 0.00 | |
| Fecha Cese de Operaciones / Cease of Operations Date: Día/Day Mes/Month Año/Year | | 16A. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program: 0.00 | 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips: 0.00 |
| Número Control - Control Number: 125527633 | Año / Year: 2012 | | |

Reproducido por: Departamento de Hacienda

5. ⬭ Trabajo Cuenta Propia (Indique la industria o negocio principal)
6. ⬭ Otro ____________

COPY

CONTRATO GOBIERNO: ⬭ Contribuyente ⬭ Cónyuge

Su ocupación: Maestro de Escuela 6110 Ocupación cónyuge

**PASE A LA PAGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.**

**Reintegro**

| | | |
|---|---|---|
| 1. CONTRIBUCION PAGADA EN EXCESO (Encasillado 3, línea 27. Indique distribución en las líneas A, B, C y D) (01) | (01) | 40 00 |
| A) Acreditar a la contribución estimada 2013 | (02) | 00 |
| B) Aportación al Fondo Especial para el Estuario de la Bahia de San Juan | (03) | 00 |
| C) Aportación al Fondo Especial para la Universidad de Puerto Rico | (04) | 00 |
| D) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado de Depósito) | (05) | 40 00 |

**Pago**

| | | |
|---|---|---|
| 2. TOTAL NO PAGADO DE LA CONTRIBUCION (Encasillado 3, línea 27) | (06) | 00 |
| 3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado | (07) | 00 |
| (b) Intereses | (08) | 00 |
| (c) Recargos ______ y Penalidades ______ | (09) | 00 |
| 4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a)) | (10) | 00 |

**Depósito**

AUTORIZACION PARA DEPOSITO DIRECTO DE REINTEGRO

Tipo de cuenta: ⬭ Cheques ⬭ Ahorros
Número de ruta/tránsito: ☐☐☐☐☐☐☐☐☐
Número de su cuenta: ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

Cuenta a nombre de: ____________ y ____________
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que he examinado la información incluida en esta planilla, anejos y documentos que se acompañan, y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

| | | | |
|---|---|---|---|
| Firma del Contribuyente: [signature] | Fecha: 1/04/2013 ✓ | Firma del Cónyuge | Fecha |
| 04 Nombre del Especialista (Letra de Molde): Esther Figueroa | | Nombre de la Firma o Negocio: Esther Figueroa | |
| Firma del Especialista: ✓ | Fecha | Especialista por cuenta propia (ennegrezca aquí) | Número de Registro: 19447 |

NOTA AL CONTRIBUYENTE: Indique si hizo pagos por la preparación de su planilla: ● Sí ● No. Si contestó "Sí", exija la firma y el número de registro del Especialista.

Periodo de Conservación: Diez (10) años

PRSoft, Inc. (www.prsoft.com)

**Estado Libre Asociado de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 12/09/2013 |
| Hasta: | 12/20/2013 |

# Cheque: 06330151
Fecha: 12/17/2013

ANTONIO L TORRES CARDENALES
APARTADO 782
COAMO PR 00769
A.L.T.C.
SS: XXX-XX

# Empleado: XXXX.....  ALTC.
Dept: 8005137-SANTA ISABEL-PONCE
Oficina: SUSANA RIVERA
Titulo: DEPARTAMENTO DE EDUCACION
Sueldo: $2,705.00 Monthly

DATA IMP: Federal  PR
Estado Civil: Head of Household
Concesiones: 0  2
Pct. Adcl.:
Cant. Adcl.:

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Bono de Navidad | | | 0.00 | | 1,000.00 |
| Pago de Salarios Regulares | | | 0.00 | 1,476.00 | 32,460.00 |
| Licencia Enfermedad en Exceso | | | 0.00 | | 2,184.14 |
| Total: | | | 0.00 | 1,476.00 | 35,644.14 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| PR Withholdng | 0.00 | 939.77 |
| Total: | 0.00 | 939.77 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 0.00 | 2,921.52 |
| Total: | 0.00 | 2,921.52 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| DUM-Gob Otras Deducciones | 611.59- | 611.59- |
| SM-Asoc Maestros de PR | 0.00 | 766.00 |
| Ahorros-AEELA | 0.00 | 973.92 |
| DM-FONDOS UNIDOS | 0.00 | 8.00 |
| SC-MULTINATIONAL LIFE INS. | 0.00 | 131.00 |
| AE-Asoc Emp ELA-Prest Regular | 0.00 | 421.89 |
| SC-GENERAL ACCIDENT LIFE | 0.00 | 109.62 |
| Total: | 611.59- | 1,798.84 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-Asoc Maestros de PR | 0.00 | 1,440.00 |
| GPR Plan de Retiro de Maestro | 0.00 | 2,759.04 |
| FSED Disability Plan | 0.00 | 605.89 |

* Tributable

## TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|
| Corriente: | 0.00 | 0.00 | 611.59- | 611.59 |
| Acumulado: | 35,644.14 | 939.77 | 4,720.36 | 29,984.01 |

## PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA

| | |
|---|---|
| Cheque #06330151 | 611.59 |
| Total: | 611.59 |

MENSAJE:

Formulario
Form 499R-2/W-2PR
Rev. 09.14

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

222

**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

Planilla Radicada Electrónicamente

1. Nombre - First Name: Antonio

Apellido(s) - Surname(s): Torres Cardenales

Dirección Postal del Empleado - Employee's Mailing Address: PO Box 872 Coamo PR 00769-0872

2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address:
Departamento Educacion
Ave. Teniente cesar Gonzalez San Juan PR 00919-0000

Número de Teléfono del Patrono - Employer's Telephone Number:

Fecha Cese de Operaciones: - Cease of Operations Date:

Número Confirmación de Radicación Electrónica - Electronic Filing Confirmation Number: S140003

Número Control - Control Number: 004382730

3. Núm. Seguro Social - Social Security No.: [redacted]

4. Núm. de Identi Patronal - Employer Ident. No. (EIN): 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

5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage: 0

6. Donativos - Charitable Contributions: 0

**Patrono: - Employer:**
- Envíe a: - Send to:
Social Security Administration
Data Operations Center
Wilkes-Barre, PA 18769-0001
Con la
With the W-3PR
- Envíe al Departamento de Hacienda electrónicamente
Send to Department of the Treasury electronically
(www.hacienda.gobierno.pr)
- Entregue dos copias al empleado
Deliver two copies to employee
- Conserve copia para sus récords
Keep copy for your records

Año: Year: **2014**

**Fecha de radicación: 31 de enero - Filing date: January 31**

INFORMACION PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION

| | |
|---|---|
| 7. Sueldos - Wages | 33,387 |
| 8. Comisiones - Commissions | 0 |
| 9. Concesiones - Allowances | 0 |
| 10. Propinas - Tips | 0 |
| 11. Total = 7 + 8 + 9 + 10 | 33,387 |
| 12. Gastos Reemb. y Beneficios Marginales - Reimb. Expenses and Fringe Benefits | 0 |
| 13. Cont. Retenida - Tax Withheld | 742 |
| 14. Fondo de Retiro Gubernamental - Governmental Retirement Fund | 2,890 |
| 15. Aportaciones a Planes Cualific. - Contributions to CODA PLANS | 0 |
| 16. Salarios Exentos (Ver instrucciones) - Exempt Salaries (See instructions) | 0 |
| 16A. Código de Salarios Exentos - Exempt Salaries Code | |
| 16B. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program | 0 |

INFORMACION PARA EL SEGURO SOCIAL - SOCIAL SECURITY INFORMATION

| | |
|---|---|
| 17. Total Sueldos Seguro Social - Social Security Wages | 0 |
| 18. Seguro Social Retenido - Social Security Tax Withheld | 0 |
| 19. Total Sueldos y Prop. Medicare - Medicare Wages and Tips | 0 |
| 20. Contrib. Medicare Retenida - Medicare Tax Withheld | 0 |
| 21. Propinas Seguro Social - Social Security Tips | 0 |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0 |
| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0 |

Formulario Form 499R-2/W-2 PR Rev. 08.15

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

1. Nombre-First Name: ANTONIO

Apellido(s) - Surname(s): TORRES CARDENALES

Dirección Postal del Empleado-Employee's Mailing Address:
APARTADO 782
COAMO, PR 00769

Nombre y Dirección Postal del Patrono / Employer's Name and Mailing Address:
DEPT DE EDUCACION-MAESTROS
AVENIDA TENIENTE CESAR GONZALE
ESQUINA CALAF
HATO REY, PR 00919

Número de Teléfono del Patrono / Employer's Telephone Number:

Fecha Cese de Operaciones: / Cease of Operations Date: Día Day / Mes Month / Año Year

Número Confirmación de Radicación Electrónica / Electronic Filing Confirmation Number: S150008

Número Control - Control Number: 004903462

3. Núm. Seguro Social / Social Security No. A.L.T.C.

4. Núm. de Ident. Patronal / Employer Ident. No. (EIN): 660433481

5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage: 0.00

6. Donativos / Charitable Contributions: 0.00

Patrono: - Employer:
- Envíe a: - Send to: Social Security Administration Data Operations Center Wilkes-Barre, PA 18769-0001 Con la / With the W-3PR
- Envíe al Departamento de Hacienda electrónicamente / Send to Department of the Treasury electronically (www.hacienda.pr.gov)
- Entregue dos copias al empleado / Deliver two copies to employee
- Conserve copia para sus récords / Keep copy for your records

Año: / Year: **2015**

**Fecha de radicación: 31 de enero - Filing date: January 31**

| INFORMACION PARA EL DEPARTAMENTO DE HACIENDA / DEPARTMENT OF THE TREASURY INFORMATION | |
|---|---|
| 7. Sueldos - Wages | 33060.00 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total=7+8+9+10 | 33060.00 |
| 12. Gastos Reemb. y Beneficios Marginales / Reimb. Expenses and Fringe Benefits | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 716.88 |
| 14. Fondo de Retiro Gubernamental / Governmental Retirement Fund | 2921.52 |
| 15. Aportaciones a Planes Cualific. / Contributions to CODA PLANS | 0.00 |
| 16. Salarios Exentos (Ver instrucciones) / Exempt Salaries (See instructions) | 0.00 |
| 16A. Código de Salarios Exentos / Exempt Salaries Code | |
| 16B. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program | 0.00 |

| INFORMACION PARA EL SEGURO SOCIAL / SOCIAL SECURITY INFORMATION | |
|---|---|
| 17. Total Sueldos Seguro Social / Social Security Wages | 0.00 |
| 18. Seguro Social Retenido / Social Security Tax Withheld | 0.00 |
| 19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips | 0.00 |
| 20. Contrib. Medicare Retenida / Medicare Tax Withheld | 0.00 |
| 21. Propinas Seguro Social / Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0.00 |
| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

para el formulario (excepto ...)
Firma del Contribuyente: Antonio Torres Cardenales | Fecha: 7/8/1? ✓

Nombre del Especialista (Letra de Molde) | Nombre de la Firma o Negocio

Fecha | Especialista por cuenta propia (ennegrezca aquí) ◯ | Número de Registro

Reproducido por: Departamento de Hacienda

Mailing Address | Patrono: Employer: | 0.00

ostal del Empleado-Employee's Mailing Address
ADO 782
, PR 00769

660433481

5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage 0.00

acimiento Día/Day 13 Mes/Month 06 Año/Year 1965

6. Donativos / Charitable Contributions 0.00

Di...ón Postal del Patrono
s... and Mailing Address
DE EDUCACION - MAESTROS
DA TENIENTE CESAR GONZALE
NA CALAF
REY, PR 00919

Patrono: - Employer:
- Envíe a: - Send to: Social Security Administration, Data Operations Center Wilkes-Barre, PA 18769-0001, Con la / With the W-3PR
- Envíe al Departamento de Hacienda electrónicamente / Send to Department of the Treasury electronically (www.hacienda.pr.gov)
- Entregue dos copias al empleado / Deliver two copies to employee
- Conserve copia para sus récords / Keep copy for your records

Teléfono del Patrono / Telephone Number

de Operaciones: / Operations Date: Día/Day ___ Mes/Month ___ Año/Year ___

nfirmación de Radicación Electrónica / Filing Confirmation Number
S160021

ntrol - Control Number
006251777

Año: / Year: 2016

| | |
|---|---|
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total=7+8+9+10 | 32999.51 |
| 12. Gastos Reemb. y Beneficios Marginales / Reimb. Expenses and Fringe Benefits | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 713.02 |
| 14. Fondo de Retiro Gubernamental / Governmental Retirement Fund | 2916.07 |
| 15. Aportaciones a Planes Cualific. / Contributions to CODA PLANS | 0.00 |
| Salarios Exentos (Ver instrucciones) / Exempt Salaries (See instructions) 16. Código/Code | 0.00 |
| 16A. Código/Code | 0.00 |
| 16B. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program | 0.00 |

| | |
|---|---|
| Social Security Tax Withheld | 0.00 |
| 19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips | 0.00 |
| 20. Contrib. Medicare Retenida / Medicare Tax Withheld | 0.00 |
| 21. Propinas Seguro Social / Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0.00 |
| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

Fecha de radicación: 31 de enero - Filing date: January 31

Reproducido por: Departamento de Hacienda

---

2 PR

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

INFORMACION PARA EL DEPARTAMENTO DE HACIENDA / DEPARTMENT OF THE TREASURY INFORMATION

INFORMACION PARA EL SEGURO SOCIAL / SOCIAL SECURITY INFORMATION

irst Name
IO

Surname(s)
S CARDENALES

3. Núm. Seguro Social / Social Security No. A.L.T.C.

4. Núm. de Ident. Patronal / Employer Ident. No. (EIN)
660433481

ostal del Empleado-Employee's Mailing Address
ADO 782
, PR 00769
A.L.T.C.

5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage 0.00

cimiento Día/Day ___ Mes/Month ___ Año/Year ___

6. Donativos / Charitable Contributions 0.00

Dirección Postal del Patrono
s Name and Mailing Address
DE EDUCACION - MAESTROS
DA TENIENTE CESAR GONZALE
IA CALAF
REY, PR 00919

Patrono: - Employer:
- Envíe a: - Send to: Social Security Administration, Data Operations Center Wilkes-Barre, PA 18769-0001, Con la / With the W-3PR
- Envíe al Departamento de Hacienda electrónicamente / Send to Department of the Treasury electronically (www.hacienda.pr.gov)
- Entregue dos copias al empleado / Deliver two copies to employee
- Conserve copia para sus récords / Keep copy for your records

eléfono del Patrono / Telephone Number

de Operaciones: / Operations Date: Día/Day ___ Mes/Month ___ Año/Year ___

firmación de Radicación Electrónica / Filing Confirmation Number
S160021

rol - Control Number
006251777

Año: / Year: 2016

| | |
|---|---|
| 7. Sueldos - Wages | 32999.51 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total=7+8+9+10 | 32999.51 |
| 12. Gastos Reemb. y Beneficios Marginales / Reimb. Expenses and Fringe Benefits | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 713.02 |
| 14. Fondo de Retiro Gubernamental / Governmental Retirement Fund | 2916.07 |
| 15. Aportaciones a Planes Cualific. / Contributions to CODA PLANS | 0.00 |
| Salarios Exentos (Ver instrucciones) / Exempt Salaries (See instructions) 16. Código/Code | 0.00 |
| 16A. Código/Code | 0.00 |
| 16B. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program | 0.00 |

| | |
|---|---|
| 17. Total Sueldos Seguro Social / Social Security Wages | 0.00 |
| 18. Seguro Social Retenido / Social Security Tax Withheld | 0.00 |
| 19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips | 0.00 |
| 20. Contrib. Medicare Retenida / Medicare Tax Withheld | 0.00 |
| 21. Propinas Seguro Social / Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0.00 |
| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

Fecha de radicación: 31 de enero - Filing date: January 31

Reproducido por: Departamento de Hacienda

Formulario
Form 499R-2/W-2PR
Rev. 07.17

222

GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

## COMPROBANTE DE RETENCIÓN - WITHHOLDING STATEMENT

1. Nombre - First Name
ANTONIO

Apellido(s) - Last Name(s)
L TORRES CARDENALES

Dirección Postal del Empleado - Employee's Mailing Address
APARTADO 782
COAMO PR 00769

A.L.T.C..

Fecha de Nacimiento: Día / Mes / Año
Date of Birth: Day ____ Month ____ Year ____

2. Nombre y Dirección Postal del Patrono
Employer's Name and Mailing Address
DEPT DE EDUCACION MAESTROS
AVENIDA TENIENTE CESAR
ESQUINA CALAF
HATO REY PR 00919

Número de Teléfono del Patrono
Employer's Telephone Number (787) 773-3508

Fecha Cese de Operaciones: Día / Mes / Año
Cease of Operations Date: Day ____ Month ____ Year ____

Número Confirmación de Radicación Electrónica
Electronic Filing Confirmation Number
S170008

Número Control - Control Number
006975261

3. Núm. Seguro Social
Social Security No.
A.L.T.C.

4. Núm. de Ident. Patronal
Employer Ident. No. (EIN)
660433481-080

5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage
0.00

6. Donativos
Charitable Contributions
0.00

**Patrono: - Employer:**
- Envíe a: - Send to:
Social Security Administration
Data Operations Center
Wilkes-Barre, PA 18769-0001
Con la
With the W-3PR
- Envíe al Departamento de Hacienda electrónicamente
Send to Department of the Treasury electronically
(www.hacienda.pr.gov)
- Entregue dos copias al empleado
Deliver two copies to employee
- Conserve copia para sus récords
Keep copy for your records

Año:
Year: 2017

| INFORMACIÓN PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION | |
|---|---|
| 7. Sueldos - Wages | 33,041.97 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total = 7 + 8 + 9 + 10 | 33,041.97 |
| 12. Gastos Reemb. y Beneficios Marginales - Reimb. Expenses and Fringe Benefits | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 716.20 |
| 14. Fondo de Retiro Gubernamental - Governmental Retirement Fund | 2,913.12 |
| 15. Aportaciones a Planes Cualificados - Contributions to CODA PLANS | 0.00 |
| Salarios Exentos (Ver instrucciones) - Exempt Salaries (See instructions) | |
| 16. Código/Code | 0.00 |
| 16A. Código/Code | 0.00 |
| 16B. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program | 0.00 |

| INFORMACIÓN PARA EL SEGURO SOCIAL - SOCIAL SECURITY INFORMATION | |
|---|---|
| 17. Total Sueldos Seguro Social - Social Security Wages | 0.00 |
| 18. Seguro Social Retenido - Social Security Tax Withheld | 0.00 |
| 19. Total Sueldos y Pro. Medicare - Medicare Wages and Tips | 0.00 |
| 20. Contrib. Medicare Retenida - Medicare Tax Withheld | 0.00 |
| 21. Propinas Seguro Social - Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0.00 |
| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

... 31 de enero - Filing date: January 31

| Formulario Form 499R-2/W-2PR Rev. 07.18 | GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY COMPROBANTE DE RETENCIÓN - WITHHOLDING STATEMENT | | INFORMACIÓN PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION | INFORMACIÓN PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
|---|---|---|---|---|
| 222 | | | | |
| 1. Nombre - First Name ANTONIO L | | 3. Núm. Seguro Social Social Security No. A.L.T.C. | 7. Sueldos - Wages 34,546.90 | 17. Total Sueldos Seguro Social Social Security Wages 0.00 |
| Apellido(s) - Last Name(s) TORRES CARDENALES | | 4. Núm. de Ident. Patronal Employer Ident. No. (EIN) 66-0433481 | 8. Comisiones - Commissions 0.00 | |
| Dirección Postal del Empleado - Employee's Mailing Address APARTADO 782 COAMO PR 00769 | | 5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage 0.00 | 9. Concesiones - Allowances 0.00 | 18. Seguro Social Retenido Social Security Tax Withheld 0.00 |
| | | | 10. Propinas - Tips 0.00 | |
| | | | 11. Total = 7 + 8 + 9 + 10 34,546.90 | 19. Total Sueldos y Pro. Medicare Medicare Wages and Tips 0.00 |
| | | 6. Donativos Charitable Contributions 0.00 | 12. Gastos Reemb. y Beneficios Marginales 0.00 | |
| Fecha de Nacimiento: Date of Birth: Día Day Mes Month Año Year | | | 13. Cont. Retenida - Tax Withheld 839.32 | 20. Contrib. Medicare Retenida Medicare Tax Withheld 0.00 |
| 2. Nombre y Dirección Postal del Patrono Employer's Name and Mailing Address DEPT DE EDUCACION MAESTROS AVENIDA TENIENTE CESAR ESQUINA CALAF HATO REY, PR 00919-0000 | | Patrono: - Employer: Indique si la remuneración incluye pagos al empleado por: Indicate if the remuneration includes payments to the employee for: A- ☐ Servicios prestados por un médico cualificado bajo la Ley 14-2017 Services rendered by a qualified physician under Act 14-2017 B- ☐ Servicios domésticos Domestic services C- ☐ Otros / Others:_____ | 14. Fondo de Retiro Gubernamental Governmental Retirement Fund 3,021.55 | 21. Propinas Seguro Social Social Security Tips 0.00 |
| | | | 15. Aportaciones a Planes Calificados Contributions to CODA PLANS 0.00 | |
| | | | Salarios Exentos (Ver instrucciones) Exempt Salaries (See instructions) Código/Code 16. 0.00 | 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips 0.00 |
| Número de Teléfono del Patrono Employer's Telephone Number | | | | |
| Fecha Cese de Operaciones: Cease of Operations Date: Día Day Mes Month Año Year | | | Código/Code 16A. 0.00 | |
| Número Confirmación de Radicación Electrónica Electronic Filing Confirmation Number F0717193216 | | | Código/Code 16B. 0.00 | 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips 0.00 |
| Número Control - Control Number 180048791 | | Año: Year: 2018 | 16C. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program 0.00 | |
| Fecha de radicación: 31 de enero - Filing date: January 31 | | | | |

