UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO<br>    as representative of<br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br>    Debtors | PROMESA<br>TITLE III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered)<br>This filing relates to the Commonwealth, HTA and ERS |

### REPLICA A LA OPOSICION DE LOS DEUDORES A LA RECLAMACION POR LA DEMANDA DE CLASE DONDE CARMEN MILAGROS GONZALEZ SANTOS ES PARTE BAJO EL NUMERO DE RECLAMACION 127640

**AL HONORABLE TRIBUNAL:**

Replicamos a la oposición del *GOBIERNO DE PUERTO RICO*, al Pleito de Clase incoado por un grupo de maestros de Puerto Rico, que reúnen los requisitos de la clase por los siguientes fundamentos:

1- La Ley 96 del 1ro de julio de 2002, concedió un amento de sueldo a los maestros que componemos la clase de $100.00 dólares mensuales que nunca nos fueron pagado, por lo que a la fecha de mi retiro como Maestra el 28 de julio de 2017, tenía acumulados 180 meses pendientes de pago para un gran total acumulado de ----------------------------------------------------------------------$18,000.00.

2- La Ley 447 del 15 de mayo de 1951 según enmendada por la Ley 49 del 23 de mayo de 1980, concedió a los maestros un aguinaldo de navidad de $200.00 en 1997, $250.00 en 1998 y desde el 1999 en adelante seria de $300.00 a pagarse en o antes del 20 de diciembre de cada año, por lo que se me adeuda por este concepto la suma de -------------------------------------------------------$5,850.00

3- La Ley 109 del 2 de septiembre de 1997 continuo con la política publica del Gobierno de pagar un bono de navidad o aguinaldo a los pensionados del Sistema de Retiro del Gobierno de Puerto Rico y el Sistema de Retiro de los Maestros, por lo que desde mi fecha de retiro el 28 de julio de 2017 al presente tengo derecho a una compensación por la suma de-------------------------------- $9,600.00

En conclusión, a base de lo reseñado previamente entiendo que el Gobierno de Puerto Rico, me adeuda la suma total de---$33,450.00.

POR TODO LO CUAL SE SOLICITA de la Corte Federal de Quiebras para Puerto Rico, determine que como parte de la clase soy acreedora del Gobierno de Puerto Rico, por concepto de salarios y bonificaciones aprobados por varias leyes reseñadas previamente por la suma de $33,450.00 y por consiguiente ORDENE su pago y dicte cualquier otro pronunciamiento que en derecho proceda.

RESPETUOSAMENTE SOMETIDO:

CERTIFICO: Que notifique por correo certificado a la Secretaría del Tribunal, a la Junta de Supervisión Fiscal y al Comité de Acreedores a las siguientes direcciones de récord.

*Carmen Milagros González Santos*

SRA. CARMEN MILAGROS GONZALEZ SANTOS
Reclamación Numero 127640
HC 4 Box 6801, Comerío, PR 00782
Teléfono: (787) 404-7645