SRA. CARMEN MILAGROS GONZALEZ SANTOS
HC 4 BOX 6801
COMERIO, PR 00782

7013 2250 0001 2151 0365



U.S. POSTAGE PAID
FCM LETTER
COMERIO, PR
00782
MAR 11, 20
AMOUNT

$6.95

R2303S100638-03

SECRETARIA
TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
ROOM 150 FEDERAL BUILDING
SAN JUAN, PR 00918-1767