# EXHIBIT D

## Summary of Marchand ICS Group Hours Worked and Fees Incurred

| Name of Professional | Title | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Ferdinand Díaz | Project Manager | $125.00 | 5.60 | $700.00 |
| Jorge Marchand | Principal | $175.00 | 196.70 | $34,422.50 |
| Male Noguera | Media Manager | $95.00 | 196.80 | $18,696.00 |
| María Schell | Business Editor | $110.00 | 270.50 | $29,755.00 |
| **Total** | | | 669.60 | $83,573.50 |