# EXHIBIT E

## Summary of Marchand ICS Group Expenses

| Service Description | Amount |
|---|---|
| Advertising for retiree outreach | $9,157.79 |
| Graphics creation, design, and support | $1,091.31 |
| Website related expenses | $216.00 |
| Radio Program Expenses | $5,850.00 |
| **TOTAL** | $16,315.10 |