# EXHIBIT F

**Schedule of Hours Worked and Aggregate Fees for Each Matter Category**

| Matter | Total Billed Hours | Total Fees |
|---|---|---|
| Project Meetings | 324.80 | $45,186.00 |
| Project Management | 230.70 | $27,548.00 |
| Website Development and Management | 114.10 | $10,839.50 |
| **Total** | **669.60** | **$83,573.50** |