# EXHIBIT H

**Detailed Expense Records for Marchand ICS Group**

## Marchand ICS Group
### Client: Official Retiree Committee, in the Commonwealth of Puerto Rico (ORC)
### Summary of Marchand ICS Group Expenses
### From October 1 to October 31, 2019

| Date | Supplier | Description | Amount ($) |
|---|---|---|---|
| 10/8/2019 | Metro PR LLC | Ad Publication on Metro PR Newspaper on 10/10/2019 (El Acuerdo del COR) | 962.50 |
| 10/10/2019 | Publi-Inversiones (El Vocero Newspaper) | Ad Publication on El Vocero on 10/10/2019 (El Acuerdo del COR) | 2,085.60 |
| 10/10/2019 | GFR Media | Ad Publication on El Nuevo Día and Primera Hora on 10/10/2019 (El Acuerdo del COR) | 2,900.54 |
| 10/18/2019 | CD Imprint | Printing of 1,000 ORC's Informational Flyers | 440.43 |
| 10/20/2019 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 500.00 |
| 10/20/2019 | iStock | iStock / Getty Images Monthly Subscription for the ORC | 100.00 |
| 10/24/2019 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 43.20 |
| | | *Total:* | 7,032.27 |

**Marchand ICS Group**
**Client: Official Retiree Committee, in the Commonwealth of Puerto Rico (ORC)**
**Summary of Marchand ICS Group Expenses**
**From November 1 to November 30, 2019**

| Date | Supplier | Description | Amount ($) |
|---|---|---|---|
| 11/2/2019 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 500.00 |
| 11/12/2019 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 500.00 |
| 11/14/2019 | Weebly | Weebly (Renewal of Features/Applications for the ORC's Webpage) | 216.00 |
| 11/20/2019 | iStock | iStock / Getty Images Monthly Subscription for the ORC | 100.00 |
| 11/22/2019 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 517.94 |
| | | *Total:* | 1,333.94 |

Marchand ICS Group
Client: Official Retiree Committee, in the Commonwealth of Puerto Rico (ORC)
Summary of Marchand ICS Group Expenses
From December 1 to December 31, 2019

| Date | Supplier | Description | Amount ($) |
|---|---|---|---|
| 12/14/2019 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 600.00 |
| 12/20/2019 | iStock | iStock / Getty Images Monthly Subscription for the ORC | 100.00 |
| 12/22/2019 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 251.06 |
| | | *Total:* | **951.06** |

**Marchand ICS Group**
**Client: Official Retiree Committee, in the Commonwealth of Puerto Rico (ORC)**
**Summary of Marchand ICS Group Expenses**
**From January 1 to January 31, 2020**

| Date | Supplier | Description | Amount ($) |
|---|---|---|---:|
| 1/14/2020 | CD Imprint | Printing of 500 ORC's Informational Flyers | 250.88 |
| 1/18/2020 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 600.00 |
| 1/20/2020 | iStock | iStock / Getty Images Monthly Subscription for the ORC | 100.00 |
| 1/23/2020 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 196.95 |
| 1/31/2020 | Uno Radio Group | ORC Weekly Radio Program (13 pre-recorded programs at Noti Uno Radio) | 5,850.00 |
| | | *Total:* | 6,997.83 |