# EXHIBIT B

**SUMMARY OF FTI CONSULTING, INC. HOURS WORKED AND FEES INCURRED BY PROFESSIONAL BY LOCATION**
**FOR THE PERIOD OCTOBER 1, 2019 TO JANUARY 31, 2020**

| Professional | Position | Blended Billing Rate | Mainland Fees Hours | Mainland Fees | On-island Fees Hours | On-island Fees | Total Hours | Total Fees |
|---|---|---|---|---|---|---|---|---|
| Gumbs, Sean | Sr Managing Dir | $ 1,098 | 226.6 | $ 248,841.00 | 29.7 | $ 32,596.50 | 256.3 | $ 281,437.50 |
| Heeren, Ana | Sr Managing Dir | 878 | 51.2 | 45,005.00 | 19.3 | 16,887.50 | 70.5 | 61,892.50 |
| Simms, Steven | Sr Managing Dir | 1,218 | 1.3 | 1,583.50 | - | - | 1.3 | 1,583.50 |
| Grunwald Kadar, Andrea | Managing Dir | 915 | 129.6 | 118,584.00 | - | - | 129.6 | 118,584.00 |
| Litterst JR, Roland | Managing Dir | 725 | 3.0 | 2,175.00 | - | - | 3.0 | 2,175.00 |
| Park, Ji Yon | Managing Dir | 882 | 74.4 | 65,619.50 | - | - | 74.4 | 65,619.50 |
| Hanifin, Kathryn | Senior Director | 629 | 96.1 | 60,450.00 | 10.9 | 6,812.50 | 107.0 | 67,262.50 |
| Fitschen, Ernst | Director | 705 | 20.6 | 14,523.00 | - | - | 20.6 | 14,523.00 |
| Fornabaio, Danielle | Director | 525 | 2.2 | 1,155.00 | - | - | 2.2 | 1,155.00 |
| Garcia Pelaez, Andres | Director | 528 | 11.0 | 5,807.50 | - | - | 11.0 | 5,807.50 |
| Maassen, Thomas | Sr Consultant | 455 | 356.5 | 162,207.50 | - | - | 356.5 | 162,207.50 |
| Sombuntham, Natalie | Sr Consultant | 602 | 347.2 | 208,950.00 | 2.5 | 1,650.00 | 349.7 | 210,600.00 |
| Camargo Renteria, Edith | Consultant | 327 | 17.3 | 5,660.00 | - | - | 17.3 | 5,660.00 |
| Chennells, William | Consultant | 380 | 108.7 | 41,306.00 | - | - | 108.7 | 41,306.00 |
| Cordrey, Tom | Consultant | 300 | 293.2 | 87,960.00 | - | - | 293.2 | 87,960.00 |
| Gladding, Robert | Consultant | 280 | 11.2 | 3,136.00 | - | - | 11.2 | 3,136.00 |
| Gower, Connor | Consultant | 350 | 247.0 | 86,450.00 | - | - | 247.0 | 86,450.00 |
| Hughes, Aoife | Consultant | 335 | 28.6 | 9,570.00 | - | - | 28.6 | 9,570.00 |
| Locke, William | Consultant | 350 | 18.5 | 6,475.00 | - | - | 18.5 | 6,475.00 |
| Madrazo, Julia | Consultant | 325 | 11.2 | 3,640.00 | - | - | 11.2 | 3,640.00 |
| Newton, Emilie | Consultant | 350 | 3.2 | 1,120.00 | - | - | 3.2 | 1,120.00 |
| Seeger, Kean | Consultant | 350 | 43.3 | 15,155.00 | - | - | 43.3 | 15,155.00 |
| Smotkin, Lauren | Consultant | 326 | 18.8 | 6,135.00 | - | - | 18.8 | 6,135.00 |
| Tirabassi, Kathryn | Consultant | 400 | 1.4 | 560.00 | - | - | 1.4 | 560.00 |
| Wang, Percy | Consultant | 325 | 8.2 | 2,665.00 | - | - | 8.2 | 2,665.00 |
| Wong, Lok Hin | Consultant | 300 | 3.4 | 1,020.00 | - | - | 3.4 | 1,020.00 |
| Hellmund-Mora, Marili | Project Asst | 275 | 1.7 | 467.50 | - | - | 1.7 | 467.50 |
| Compton, Fraser | Intern | 225 | 48.1 | 10,822.50 | - | - | 48.1 | 10,822.50 |
| Waldron, Alex | Intern | 225 | 76.8 | 17,280.00 | - | - | 76.8 | 17,280.00 |
| **SUBTOTAL** | | | **2,260.3** | **$ 1,234,323.00** | **62.4** | **$ 57,946.50** | **2,322.7** | **$ 1,292,269.50** |
| Less: 50% discount for non-working travel time | | | | (35,780.00) | | - | | (35,780.00) |
| **GRAND TOTAL** | | | | **$ 1,198,543.00** | | **$ 57,946.50** | | **$ 1,256,489.50** |