## EXHIBIT C

**SUMMARY OF FTI CONSULTING, INC. HOURS WORKED AND FEES INCURRED BY TASK CODE BY LOCATION**
**FOR THE PERIOD OCTOBER 1, 2019 TO JANUARY 31, 2020**

| Task Code | Task Description | Mainland Fees | | On-island Fees | | Total Fees | |
|---|---|---|---|---|---|---|---|
| | | Hours | Fees | Hours | Fees | Total Hours | Total Fees |
| 2 | Cash & Liquidity Analysis | 4.1 | $ 3,339.50 | - | $ - | 4.1 | $ 3,339.50 |
| 3 | Mediation | 39.5 | 35,279.50 | - | - | 39.5 | 35,279.50 |
| 4 | Analysis of the Fiscal Plan – General / Revenues | 112.2 | 77,247.50 | - | - | 112.2 | 77,247.50 |
| 9 | Potential Avoidance Actions & Litigation | 86.1 | 64,994.50 | - | - | 86.1 | 64,994.50 |
| 10 | Case Management | 13.6 | 9,393.00 | - | - | 13.6 | 9,393.00 |
| 16 | Analysis and Review of the Plan of Adjustment | 60.6 | 50,618.00 | - | - | 60.6 | 50,618.00 |
| 17 | Analysis of Pension and Retiree Related Liabilities | 84.5 | 68,922.00 | 9.7 | 9,279.00 | 94.2 | 78,201.00 |
| 18 | General Mtgs with Retiree Cmte & Cmte Professionals | 74.7 | 61,199.50 | 40.9 | 37,945.50 | 115.6 | 99,145.00 |
| 24 | Preparation of Fee Application | 39.5 | 26,410.50 | - | - | 39.5 | 26,410.50 |
| 25 | Travel Time | 80.0 | 71,560.00 | - | - | 80.0 | 71,560.00 |
| 27 | Strategic Communications | 290.1 | 185,605.50 | 11.8 | 10,722.00 | 301.9 | 196,327.50 |
| 28 | Analysis of the Fiscal Plan – Economic Review | 1,375.4 | 579,753.50 | - | - | 1,375.4 | 579,753.50 |
| | **SUBTOTAL** | **2,260.3** | **$ 1,234,323.00** | **62.4** | **$ 57,946.50** | **2,322.7** | **$ 1,292,269.50** |
| | Less: 50% discount for non-working travel time | | (35,780.00) | | - | | (35,780.00) |
| | **GRAND TOTAL** | | **$ 1,198,543.00** | | **$ 57,946.50** | | **$ 1,256,489.50** |