# EXHIBIT E
## THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283
### DETAIL OF ON-ISLAND TIME ENTRIES
### FOR THE PERIOD OCTOBER 1, 2019 TO OCTOBER 31, 2019

**ON-ISLAND**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| NOT APPLICABLE IN THIS MONTH | | | | |

EXHIBIT E
THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283
DETAIL OF ON-ISLAND TIME ENTRIES
FOR THE PERIOD NOVEMBER 1, 2019 TO NOVEMBER 30, 2019

ON-ISLAND

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 17 | 11/6/2019 | Gumbs, Sean | 1.4 | Participate in meeting |
| 17 | 11/6/2019 | Heeren, Ana | 1.5 | Participate in meeting |
| **17 Total** | | | **2.9** | |
| 18 | 11/5/2019 | Gumbs, Sean | 1.5 | Participate in meeting |
| 18 | 11/5/2019 | Gumbs, Sean | 1.3 | Prepare |
| 18 | 11/6/2019 | Gumbs, Sean | 2.1 | Continue to participate in |
| 18 | 11/6/2019 | Gumbs, Sean | 3.0 | Participate in |
| 18 | 11/6/2019 | Heeren, Ana | 3.0 | Participate in |
| 18 | 11/6/2019 | Heeren, Ana | 2.0 | Continue to participate in |
| 18 | 11/6/2019 | Hanifin, Kathryn | 3.0 | Participate in |
| 18 | 11/6/2019 | Hanifin, Kathryn | 2.0 | Continue to participate in |
| 18 | 11/11/2019 | Gumbs, Sean | 1.0 | (Partial) Participate in meeting with Bennazar |
| 18 | 11/11/2019 | Gumbs, Sean | 1.2 | Prepare ing. |
| 18 | 11/11/2019 | Heeren, Ana | 1.5 | (Partial) Participate in meeting with Bennazar |
| 18 | 11/12/2019 | Gumbs, Sean | 3.8 | Participate in committee meeting |
| 18 | 11/12/2019 | Gumbs, Sean | 2.0 | Participate in |
| 18 | 11/12/2019 | Heeren, Ana | 2.0 | Participate in |
| 18 | 11/12/2019 | Heeren, Ana | 2.5 | (Partial) Participate in committee meeting |
| **18 Total** | | | **31.9** | |
| 27 | 11/5/2019 | Gumbs, Sean | 0.4 | Participate in meeting with A. Heeren (FTI) and K. Hanifin (FTI) |
| 27 | 11/5/2019 | Heeren, Ana | 1.2 | Prepare |
| 27 | 11/5/2019 | Heeren, Ana | 1.1 | Participate in meeting |
| 27 | 11/5/2019 | Hanifin, Kathryn | 1.1 | Participate in meeting |
| 27 | 11/6/2019 | Gumbs, Sean | 0.4 | Correspond |
| **27 Total** | | | **4.2** | |
| **On-island Total** | | | **39.0** | |

EXHIBIT E
THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283
DETAIL OF ON-ISLAND TIME ENTRIES
FOR THE PERIOD DECEMBER 1, 2019 TO DECEMBER 31, 2019

ON-ISLAND

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 17 | 12/16/2019 | Gumbs, Sean | 1.8 | (Partial) Participate in meeting |
| **17 Total** | | | **1.8** | |
| 18 | 12/17/2019 | Gumbs, Sean | 3.0 | Participate in meeting with the committee |
| 18 | 12/17/2019 | Hanifin, Kathryn | 3.0 | Participate in meeting with the committee |
| 18 | 12/17/2019 | Heeren, Ana | 3.0 | Participate in meeting with the committee |
| **18 Total** | | | **9.0** | |
| 27 | 12/16/2019 | Gumbs, Sean | 2.1 | Prepare |
| 27 | 12/16/2019 | Hanifin, Kathryn | 1.0 | (Partial) Monitor |
| 27 | 12/16/2019 | Heeren, Ana | 1.5 | (Partial) Monitor |
| 27 | 12/17/2019 | Gumbs, Sean | 2.2 | Monitor |
| 27 | 12/17/2019 | Hanifin, Kathryn | 0.8 | Review |
| **27 Total** | | | **7.6** | |
| **On-island Total** | | | **18.4** | |

**EXHIBIT E**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**DETAIL OF ON-ISLAND TIME ENTRIES**
**FOR THE PERIOD JANUARY 1, 2020 TO JANUARY 31, 2020**

**ON-ISLAND**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 17 | 1/22/2020 | Gumbs, Sean | 0.7 | Participate in meeting with Bennazar and Segal ▬ |
| 17 | 1/22/2020 | Gumbs, Sean | 0.6 | Participate in meeting with Bennazar and Segal ▬ |
| 17 | 1/22/2020 | Gumbs, Sean | 1.2 | Participate in meeting ▬ |
| 17 | 1/22/2020 | Sombuntham, Natalie | 0.6 | Draft ▬ |
| 17 | 1/22/2020 | Sombuntham, Natalie | 0.7 | Participate in meeting with Bennazar and Segal ▬ |
| 17 | 1/22/2020 | Sombuntham, Natalie | 1.2 | Participate in meeting ▬ |
| **17 Total** | | | **5.0** | |
| **On-island Total** | | | **5.0** | |