# **EXHIBIT F**

**SUMMARY OF FTI CONSULTING, INC. EXPENSES**
**FOR THE PERIOD OCTOBER 1, 2019 TO JANUARY 31, 2020**

| **Expense Type** | **Amount** |
|---|---:|
| Airfare | $ 9,193.12 |
| Lodging | 2,915.44 |
| Transportation | 2,054.34 |
| Working Meals | 1,074.30 |
| Other | 127,772.00 |
| **Subtotal** | **$ 143,009.20** |
| Less: Voluntary Reductions[1] | (6,415.09) |
| **Grand Total** | **$ 136,594.11** |

(1): Expenses have been reduced to comply with the Fee Examiner Guidelines, namely in-office meals over $20.00 and out-of-office meals over $40.00 have been reduced to $20.00 and $40.00, respectively; train and airfares have been reduced to coach-equivalent or least expensive rates; and hotel lodging in San Juan has been reduced to $300.00 (per night).