**EXHIBIT G**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**EXPENSE DETAIL**
**FOR THE PERIOD OCTOBER 1, 2019 TO OCTOBER 31, 2019**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 10/22/19 | Gumbs, Sean | Airfare | Airfare - Coach-equivalent - Sean Gumbs, JFK - SJU, 11/05/2019 - 11/06/2019 to attend Puerto Rico case meetings. Inclusive of travel agent's fees. | $ 1,249.75 |
| 10/22/19 | Heeren, Ana | Airfare | Airfare - Coach - Ana Heeren, DCA - SJU, 11/05/2019 - 11/06/2019 to attend Puerto Rico case meetings. Inclusive of travel agent's fees. | 487.00 |
| 10/24/19 | Gumbs, Sean | Airfare | Airfare - Coach-equivalent - Sean Gumbs, JFK - SJU, 11/11/2019 - 11/12/2019 to attend Puerto Rico case meetings. Inclusive of travel agent's fees. | 880.44 |
| | | **Airfare Total** | | **$ 2,617.19** |
| 10/11/19 | Heeren, Ana | Transportation | Rail - Coach-equivalent - Ana Heeren, WAS - NYP, 10/21/2019 - 10/21/2019 to attend Puerto Rico case meetings. Inclusive of travel agent's fees. | 376.50 |
| 10/19/19 | Hanifin, Kathryn | Transportation | Rail - Coach-equivalent - Kathryn Hanifin, WAS - NYP, 10/21/2019 - 10/21/2019 to attend Puerto Rico case meetings. Inclusive of travel agent's fees. | 430.00 |
| 10/21/19 | Heeren, Ana | Transportation | Taxi from home to Union Station to attend Puerto Rico case meeting. | 18.36 |
| 10/21/19 | Heeren, Ana | Transportation | Taxi from NY Penn Station to meeting venue for Puerto Rico case meeting. | 14.75 |
| 10/21/19 | Heeren, Ana | Transportation | Taxi from Union Station to Home after attending Puerto Rico case meeting. | 29.47 |
| 10/21/19 | Hanifin, Kathryn | Transportation | Taxi from home to Union Station to attend Puerto Rico case meeting. | 16.24 |
| 10/21/19 | Hanifin, Kathryn | Transportation | Taxi from Union Station to Home after attending Puerto Rico case meeting. | 24.56 |
| | | **Transportation Total** | | **$ 909.88** |
| 10/21/19 | Heeren, Ana | Working Meals | Meals - Travel Related - Breakfast for self and K. Hanifin (FTI) while traveling to attend Puerto Rico case meeting in NYC. | 14.92 |
| 10/21/19 | Heeren, Ana | Working Meals | Meals - Travel Related - Dinner for self while traveling to attend Puerto Rico case meeting in NYC. | 12.47 |
| 10/21/19 | Heeren, Ana | Working Meals | Meals - Travel Related - Lunch for self while traveling to attend Puerto Rico case meeting in NYC. | 12.89 |
| 10/21/19 | Hanifin, Kathryn | Working Meals | Meals - Travel Related - Lunch for self while traveling to attend Puerto Rico case meeting in NYC. | 16.00 |
| | | **Working Meals Total** | | **$ 56.28** |
| 10/31/19 | U.S. Relativity, Hosting | Other | Relativity fee for document production services. | 1,000.00 |
| | | **Other Total** | | **$ 1,000.00** |
| | | **Subtotal** | | **$ 4,583.35** |
| | | Less: Voluntary Reductions[1] | | (1,030.19) |
| | | **Grand Total** | | **$ 3,553.16** |

(1): Airfares have been reduced to coach-equivalent rates to comply with the Fee Examiner Guidelines.

**EXHIBIT G**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**EXPENSE DETAIL**
**FOR THE PERIOD NOVEMBER 1, 2019 TO NOVEMBER 30, 2019**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 11/07/19 | Heeren, Ana | Airfare | Airfare - Coach/Economy, Ana Heeren, DCA - SJU, 11/11/2019 - 11/12/2019. Travel to Puerto Rico for client meetings, inclusive of travel agent and flight change fees. | $ 836.40 |
| 11/22/19 | Gumbs, Sean | Airfare | Airfare - Coach-equivalent, Sean Gumbs, JFK - SJU, 12/16/2019 - 12/17/2019. Travel to Puerto Rico for client meetings, inclusive of travel agent fees. | 1,423.88 |
| 11/25/19 | Hanifin, Kathryn | Airfare | Airfare - Coach/Economy, Kathryn Hanifin, DCA - SJU, 11/05/2019 - 11/06/2019. Travel to Puerto Rico for client meetings, inclusive of travel agent fees. | 573.67 |
| | | **Airfare Total** | | **$ 2,833.95** |
| 11/06/19 | Gumbs, Sean | Lodging | Lodging - Sean Gumbs 11/05/2019 - 11/06/2019. Hotel stay during trip to Puerto Rico for client meetings. | 243.36 |
| 11/06/19 | Hanifin, Kathryn | Lodging | Lodging - Kathryn Hanifin 11/05/2019 - 11/06/2019. Hotel stay during trip to Puerto Rico for client meetings. | 258.09 |
| 11/06/19 | Heeren, Ana | Lodging | Lodging - Ana Heeren 11/05/2019 - 11/06/2019. Hotel stay during trip to Puerto Rico for client meetings. | 243.36 |
| 11/11/19 | Gumbs, Sean | Lodging | Lodging - Sean Gumbs 11/11/2019 - 11/12/2019. Hotel stay during trip to Puerto Rico for client meetings. | 243.36 |
| 11/11/19 | Heeren, Ana | Lodging | Lodging - Ana Heeren 11/11/2019 - 11/12/2019. Hotel stay during trip to Puerto Rico for client meetings. | 243.36 |
| | | **Lodging Total** | | **$ 1,231.53** |
| 11/05/19 | Hanifin, Kathryn | Transportation | Taxi - Kathryn Hanifin, Home - DCA. Taxi to DCA to travel to Puerto Rico for client meetings. | 17.13 |
| 11/05/19 | Heeren, Ana | Transportation | Taxi - Ana Heeren, Home - DCA. Taxi to DCA to travel to Puerto Rico for client meetings. | 31.01 |
| 11/05/19 | Heeren, Ana | Transportation | Taxi - Ana Heeren, SJU - Hotel. Taxi to hotel for Puerto Rico client meetings. | 22.00 |
| 11/05/19 | Heeren, Ana | Transportation | Taxi - Ana Heeren, Hotel - Meeting. Taxi to attend Puerto Rico client meetings. | 5.96 |
| 11/05/19 | Heeren, Ana | Transportation | Taxi - Ana Heeren, Meeting - Hotel. Taxi to hotel after attending Puerto Rico client meetings. | 3.51 |
| 11/05/19 | Heeren, Ana | Transportation | Taxi - Ana Heeren, Hotel - Restaurant. Taxi to restaurant after attending Puerto Rico client meetings. | 4.16 |
| 11/05/19 | Heeren, Ana | Transportation | Taxi - Ana Heeren, Restaurant - Hotel. Taxi to hotel after attending Puerto Rico client meetings. | 8.85 |
| 11/06/19 | Hanifin, Kathryn | Transportation | Taxi - Kathryn Hanifin, DCA - Home. Taxi home after attending client meetings in Puerto Rico. | 16.41 |
| 11/06/19 | Heeren, Ana | Transportation | Taxi - Ana Heeren, Hotel - SJU. Taxi to SJU after attending client meetings in Puerto Rico. | 19.33 |
| 11/06/19 | Heeren, Ana | Transportation | Taxi - Ana Heeren, DCA - Home. Taxi home after attending client meetings in Puerto Rico. | 45.96 |
| 11/11/19 | Gumbs, Sean | Transportation | Taxi - Sean Gumbs, Home - JFK Airport. Taxi to JFK for Puerto Rico meetings. | 96.46 |
| 11/11/19 | Gumbs, Sean | Transportation | Taxi - Sean Gumbs, SJU Airport - Hotel. Taxi to hotel for Puerto Rico meetings. | 18.41 |
| 11/11/19 | Heeren, Ana | Transportation | Taxi - Ana Heeren, Home - DCA. Taxi to DCA for Puerto Puerto Rico meetings. | 29.15 |
| 11/11/19 | Heeren, Ana | Transportation | Taxi - Ana Heeren, SJU - Hotel. Taxi to hotel for Puerto Rico meetings. | 11.85 |

**EXHIBIT G**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**EXPENSE DETAIL**
**FOR THE PERIOD NOVEMBER 1, 2019 TO NOVEMBER 30, 2019**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---:|
| 11/12/19 | Gumbs, Sean | Transportation | Taxi - Sean Gumbs, JFK Airport - Home. Taxi home after attending Puerto Rico meetings. | 73.62 |
| 11/12/19 | Heeren, Ana | Transportation | Taxi - Ana Heeren, Hotel - SJU. Taxi to SJU after attending client meetings in Puerto Rico. | 10.15 |
| 11/12/19 | Heeren, Ana | Transportation | Taxi - Ana Heeren, DCA - Home. Taxi home after attending client meetings in Puerto Rico. | 22.01 |
| | | **Transportation Total** | | **$ 435.97** |
| 10/10/19 | Sombuntham, Natalie | Working Meals | Dinner while working late on the Puerto Rico case. | 32.68 |
| 10/14/19 | Sombuntham, Natalie | Working Meals | Dinner while working late on the Puerto Rico case. | 35.82 |
| 10/18/19 | Sombuntham, Natalie | Working Meals | Dinner while working late on the Puerto Rico case. | 34.52 |
| 10/22/19 | Sombuntham, Natalie | Working Meals | Dinner while working late on the Puerto Rico case. | 37.56 |
| 10/23/19 | Sombuntham, Natalie | Working Meals | Dinner while working late on the Puerto Rico case. | 27.63 |
| 11/05/19 | Heeren, Ana | Working Meals | Meals - Travel Related - Breakfast for self and K. Hanifin (FTI) while in Puerto Rico to attend client meetings. | 36.80 |
| 11/05/19 | Heeren, Ana | Working Meals | Meals - Travel Related - Lunch for self and K. Hanifin (FTI) while in Puerto Rico to attend client meetings. | 97.97 |
| 11/05/19 | Heeren, Ana | Working Meals | Meals - Travel Related - Dinner for self and K. Hanifin (FTI) while in Puerto Rico to attend client meetings. | 80.00 |
| 11/06/19 | Hanifin, Kathryn | Working Meals | Meals - Travel Related - Breakfast while in Puerto Rico to attend client meetings. | 32.50 |
| 11/06/19 | Heeren, Ana | Working Meals | Meals - Travel Related - Breakfast while in Puerto Rico to attend client meetings. | 25.40 |
| 11/06/19 | Heeren, Ana | Working Meals | Meals - Travel Related - Lunch for self and K. Hanifin (FTI) while in Puerto Rico to attend client meetings. | 62.01 |
| 11/11/19 | Gumbs, Sean | Working Meals | Meals - Travel Related - Breakfast while traveling to Puerto Rico for client meetings. | 14.01 |
| 11/11/19 | Gumbs, Sean | Working Meals | Meals - Travel Related - Lunch while traveling to Puerto Rico for client meetings. | 13.00 |
| 11/11/19 | Gumbs, Sean | Working Meals | Meals - Travel Related - Snack while traveling to Puerto Rico for client meetings. | 15.00 |
| 11/11/19 | Gumbs, Sean | Working Meals | Meals - Travel Related - Dinner for self, H. Mayol (Bennazar), F. Del Castillo (Bennazar), L. Bierman (GSG), and J. Lapatine (GSG) while traveling to Puerto Rico for client meetings. | 200.00 |
| 11/11/19 | Gumbs, Sean | Working Meals | Meals - Travel Related - Coffee for self and R. Gordon (Jenner) while traveling to Puerto Rico for client meetings. | 13.00 |
| 11/11/19 | Heeren, Ana | Working Meals | Meals - Travel Related - Coffee while traveling to Puerto Rico for client meetings. | 5.48 |
| 11/12/19 | Gumbs, Sean | Working Meals | Meals - Travel Related - Coffee while traveling to Puerto Rico for client meetings. | 5.00 |
| 11/12/19 | Heeren, Ana | Working Meals | Meals - Travel Related - Lunch while traveling to Puerto Rico for client meetings. | 15.92 |
| 11/12/19 | Heeren, Ana | Working Meals | Meals - Travel Related - Snack while traveling to Puerto Rico for client meetings. | 7.42 |
| 11/06/19 | Park, Ji Yon | Working Meals | Lunch for self and N. Sombuntham (FTI) while on the committee call. | 46.40 |
| | | **Working Meals Total** | | **$ 838.12** |
| 10/31/19 | LaMagna, Matthew | Other | Google, Inc. Ads expenses for the Puerto Rico matter. | 1,128.66 |
| 11/05/19 | Gumbs, Sean | Other | Internet - Inflight Wifi on trip to Puerto Rico for client meetings. | 6.00 |

**EXHIBIT G**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**EXPENSE DETAIL**
**FOR THE PERIOD NOVEMBER 1, 2019 TO NOVEMBER 30, 2019**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 11/06/19 | Gumbs, Sean | Other | Internet - Inflight Wifi on trip to Puerto Rico for client meetings. | 6.00 |
| 11/30/19 | U.S. Relativity, Hosting | Other | Relativity monthly online hosting fees. | 1,000.00 |
| | | **Other Total** | | **$ 2,140.66** |
| | | **Subtotal** | | 7,480.23 |
| | | Less: Voluntary Reductions[1] | | (984.46) |
| | | **Grand Total** | | **$ 6,495.77** |

(1): Airfares have been reduced to coach-equivalent rates while in-office and out-of-office meals have been reduced to $20.00 and $40.00 per person to comply with the Fee Examiner Guidelines.

**EXHIBIT G**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**EXPENSE DETAIL**
**FOR THE PERIOD DECEMBER 1, 2019 TO DECEMBER 31, 2019**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---:|
| 12/04/19 | Heeren, Ana | Airfare | Airfare - Coach/Economy, Ana Heeren, DCA - SJU, 12/16/2019 - 12/17/2019.  Travel to Puerto Rico to attend client meetings, inclusive of travel agent and change fees. | $ 746.23 |
| 12/15/19 | Hanifin, Kathryn | Airfare | Airfare - Coach/Economy, Kathryn Hanifin, DCA - SJU, 12/16/2019 - 12/17/2019.  Travel to Puerto Rico to attend client meetings. | 773.15 |
| | | **Airfare Total** | | **$ 1,519.38** |
| 12/16/19 | Hanifin, Kathryn | Lodging | Lodging - Kathryn Hanifin 12/16/2019 - 12/17/2019.  Hotel stay in Puerto Rico to attend client meetings. | 246.16 |
| 12/16/19 | Heeren, Ana | Lodging | Lodging - Ana Heeren 12/16/2019 - 12/17/2019.  Hotel stay in Puerto Rico to attend client meetings. | 283.36 |
| 12/17/19 | Gumbs, Sean | Lodging | Lodging - Sean Gumbs 12/16/2019 - 12/17/2019.  Hotel stay in Puerto Rico to attend client meetings. | 256.23 |
| | | **Lodging Total** | | **$ 785.75** |
| 12/16/19 | Gumbs, Sean | Transportation | Taxi - Sean Gumbs, Home - JFK.  Taxi from home to JFK to travel to Puerto Rico to attend client meetings. | 96.59 |
| 12/16/19 | Gumbs, Sean | Transportation | Taxi - Sean Gumbs, SJU - Hotel.  Taxi from Airport to Hotel while in Puerto Rico to attend client meetings. | 15.91 |
| 12/16/19 | Hanifin, Kathryn | Transportation | Taxi - Kathryn Hanifin, Home - DCA.  Taxi from home to DCA to travel to Puerto Rico to attend client meetings. | 14.09 |
| 12/16/19 | Heeren, Ana | Transportation | Taxi - Ana Heeren, Home - DCA.  Taxi from home to DCA to travel to Puerto Rico to attend client meetings. | 23.84 |
| 12/16/19 | Heeren, Ana | Transportation | Taxi - Ana Heeren, SJU - Hotel.  Taxi from Airport to Hotel while in Puerto Rico to attend client meetings. | 10.20 |
| 12/17/19 | Gumbs, Sean | Transportation | Taxi - Sean Gumbs, Hotel - SJU.  Taxi from Hotel to Airport after attending client meetings in Puerto Rico. | 8.60 |
| 12/17/19 | Gumbs, Sean | Transportation | Taxi - Sean Gumbs, JFK - Home.  Taxi from Airport to home after attending client meetings in Puerto Rico. | 73.62 |
| 12/17/19 | Hanifin, Kathryn | Transportation | Taxi - Kathryn Hanifin, IAD - Home.  Taxi from Airport to home after attending client meetings in Puerto Rico. | 52.75 |
| 12/17/19 | Heeren, Ana | Transportation | Taxi - Ana Heeren, Hotel - SJU.  Taxi from Hotel to Airport after attending client meetings in Puerto Rico. | 23.36 |
| | | **Transportation Total** | | **$ 318.96** |
| 12/16/19 | Gumbs, Sean | Working Meals | Meals - Travel Related - Sean Gumbs.  Snack purchase while in PR for meetings. | 8.46 |
| 12/16/19 | Heeren, Ana | Working Meals | Meals - Travel Related - Ana Heeren.  Lunch during travel to PR client meeting. | 34.76 |
| 12/17/19 | Hanifin, Kathryn | Working Meals | Meals - Travel Related - Kathryn Hanifin.  Lunch during travel to PR client meeting. | 21.14 |
| 12/17/19 | Hanifin, Kathryn | Working Meals | Meals - Travel Related - Breakfast for self and H. Mayol (Bennazar).  Meal during travel to PR client meeting. | 56.00 |
| | | **Working Meals Total** | | **$ 120.36** |
| 12/31/19 | U.S. Relativity, Hosting | Other | Relativity online hosting fees. | 1,000.00 |
| 12/31/19 | Sub-retained Vendor | Other | Sub-retained vendor fees. | 84,112.82 |
| | | **Other Total** | | **$ 85,112.82** |

**EXHIBIT G**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**EXPENSE DETAIL**
**FOR THE PERIOD DECEMBER 1, 2019 TO DECEMBER 31, 2019**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| | | Subtotal | | 87,857.27 |
| | | Less: Voluntary Reductions[1] | | (3,231.48) |
| | | **Grand Total** | | **$ 84,625.79** |

(1): Airfares have been reduced to coach-equivalent rates and taxi cab fares in NYC have been reduced to $100 to comply with the Fee Examiner Guidelines.

EXHIBIT G
THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283
EXPENSE DETAIL
FOR THE PERIOD JANUARY 1, 2020 TO JANUARY 31, 2020

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 01/16/20 | Gumbs, Sean | Airfare | Airfare - Coach Equivalent, Sean Gumbs, JFK - SJU, 01/21/2020 - 01/22/2020.  Travel to Puerto Rico to attend case meetings, inclusive of travel agent and change fees. | $ 1,059.00 |
| 01/16/20 | Sombuntham, Natalie | Airfare | Airfare - Coach/Economy, Natalie Sombuntham, JFK - SJU, 01/21/2020 - 01/22/2020.  Travel to Puerto Rico to attend case meeting, inclusive of travel agent and change fees. | 555.60 |
| 01/30/20 | Gumbs, Sean | Airfare | Airfare - Coach Equivalent, Sean Gumbs, JFK - SJU, 02/11/2020 - 02/13/2020.  Travel to Puerto Rico to attend case meeting, inclusive of travel agent and change fees. | 608.00 |
| | | **Airfare Total** | | **$ 2,222.60** |
| 01/21/20 | Sombuntham, Natalie | Lodging | Lodging - Natalie Sombuntham 01/21/2020 - 01/22/2020.  Hotel for stay in Puerto Rico to attend case meeting. | 449.08 |
| 01/21/20 | Gumbs, Sean | Lodging | Lodging - Sean Gumbs 01/21/2020 - 01/22/2020.  Hotel for stay in Puerto Rico to attend case meeting. | 449.08 |
| | | **Lodging Total** | | **$ 898.16** |
| 01/21/20 | Gumbs, Sean | Transportation | Taxi - Sean Gumbs, Home - JFK.  Taxi service from home to JFK to travel to Puerto Rico for case meetings. | 92.89 |
| 01/21/20 | Gumbs, Sean | Transportation | Taxi - Sean Gumbs, SJU - Hotel.  Taxi from SJU to hotel to attend Puerto Rico case meetings. | 30.00 |
| 01/21/20 | Sombuntham, Natalie | Transportation | Taxi - Natalie Sombuntham, Home - JFK.  Uber from home to JFK to travel to Puerto Rico for case meeting. | 46.47 |
| 01/22/20 | Gumbs, Sean | Transportation | Taxi - Sean Gumbs, Meeting - SJU.  Taxi from Puerto Rico case meetings to SJU after attending case meetings. | 17.37 |
| 01/22/20 | Gumbs, Sean | Transportation | Taxi - Sean Gumbs, JFK - Home.  Taxi from JFK to home after travel to Puerto Rico for meetings. | 79.27 |
| 01/22/20 | Sombuntham, Natalie | Transportation | Taxi - Natalie Sombuntham, JFK - Home.  Uber from JFK to home after travel to Puerto Rico for case meeting. | 85.73 |
| 01/27/20 | Sombuntham, Natalie | Transportation | Taxi - Natalie Sombuntham, Office - Home.  Taxi home after working late on the Puerto Rico case. | 37.80 |
| | | **Transportation Total** | | **$ 389.53** |
| 01/21/20 | Sombuntham, Natalie | Working Meals | Meals - Travel Related - Natalie Sombuntham. Lunch before travel to Puerto Rico for case meeting. | 12.52 |
| 01/22/20 | Gumbs, Sean | Working Meals | Meals - Travel Related - Sean Gumbs.  Breakfast purchase while in Puerto Rico for meetings. | 9.20 |
| 01/22/20 | Sombuntham, Natalie | Working Meals | Meals - Travel Related - Natalie Sombuntham. Dinner before travel back to NYC after traveling to Puerto Rico for case meeting. | 37.82 |
| | | **Working Meals Total** | | **$ 59.54** |
| 11/30/19 | LaMagna, Matthew | Other | Google, Inc - Google Search Ads November 2019 Invoice for Puerto Rico case. | 472.90 |
| 12/31/19 | LaMagna, Matthew | Other | Google, Inc - Google Search Ads December 2019 Invoice for Puerto Rico case. | 260.68 |
| 01/21/20 | Sombuntham, Natalie | Other | Internet - Natalie Sombuntham.  Wi-fi on flight during travel to Puerto Rico to attend case meeting. | 20.00 |
| 01/22/20 | Gumbs, Sean | Other | Internet - Sean Gumbs.  Wi-fi on flight during travel to Puerto Rico to attend case meeting. | 20.00 |

**EXHIBIT G**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**EXPENSE DETAIL**
**FOR THE PERIOD JANUARY 1, 2020 TO JANUARY 31, 2020**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 01/31/20 | LaMagna, Matthew | Other | Google, Inc - Google Search Ads January 2020 Invoice for Puerto Rico case. | 244.94 |
| 01/31/20 | U.S. Relativity, Hosting | Other | Relativity online hosting fees. | 1,000.00 |
| 01/31/20 | Sub-retained Vendor | Other | Sub-retained vendor fees. | 37,500.00 |
| | | **Other Total** | | **$ 39,518.52** |
| | | **Subtotal** | | **43,088.35** |
| | | Less: Voluntary Reductions[1] | | (1,168.96) |
| | | **Grand Total** | | **$ 41,919.39** |

(1): Airfares have been reduced to coach-equivalent rates and hotels in San Juan have been reduced to $300/night to comply with the Fee Examiner Guidelines.