# EXHIBIT C

## COMPENSATION BY PROJECT CATEGORY

| Matter | Total Billed Hours | Total Fees |
|---|---|---|
| CASE ADMINISTRATION/MISCELLANEOUS | 111.10 | $34,470.00 |
| CHALLENGES TO PROMESA | 13.40 | $4,737.50 |
| COMMITTEE GOVERNANCE AND MEETINGS | 171.70 | $52,682.50 |
| COMMUNICATIONS WITH RETIREES | 232.10 | $71,587.50 |
| CONTESTED MATTERS | 25.50 | $9,562.50 |
| COURT HEARINGS | 17.10 | $6,337.50 |
| EMPLOYMENT OF PROFESSIONALS/FEE APPLICATIONS | 39.00 | $11,037.50 |
| ERS/TRS/JRS MATTERS | 217.70 | $60,460.00 |
| FISCAL PLAN/PLAN OF ADJUSTMENT | 62.90 | $18,387.50 |
| GO BOND ISSUES | 101.40 | $24,915.00 |
| MEDIATION | 10.40 | $3,050.00 |
| NON-WORKING TRAVEL TIME | 41.20 | $6,975.00 |
| PENSION ANALYSIS | 24.20 | $7,125.00 |
| PREPA | 13.70 | $5,137.50 |
| TOTAL | 1,081.40 | $316,465.00 |