# **EXHIBIT D**

SUMMARY OF BENNAZAR, GARCÍA & MILIÁN, CSP EXPENSES

| Expense Description | Amount |
|---|---|
| Document Reproduction | $1,394.64 |
| Document Delivery | $40.00 |
| Travel and van service expenses | $3,854.83 |
| **TOTAL** | **$5,289.47** |