# EXHIBIT F

## DETAILED EXPENSES OF BENNAZAR, GARCÍA & MILIÁN, C.S.P.

**OCTOBER 2019 EXPENSES (191001)**

| Date | Description | Amount |
|---|---|---:|
| 10/01/19 | DOCUMENT REPRODUCTION: JENNER AND SEGAL CERTIFICATIONS AND INVOICES FOR AUGUST 2019 | 6.10 |
| 10/30/19 | DOCUMENT REPRODUCTION: MINUTES, AGENDA, PRINTS FOR MEETING OF NOVEMBER 6, 2019 | 39.00 |
| 10/31/19 | DOCUMENT REPRODUCTION: FTI SEPTEMBER FEES | 2.70 |
| | DOCUMENT REPRODUCTION: JENNER SEPTEMBER INVOICES | 5.10 |
| | DOCUMENT REPRODUCTION: JULY FEES | 2.50 |
| 10/01/19 | TRAVEL EXPENSE: TRAVEL AND LODGE SAN JUAN-NY | 747.13 |
| | TRAVEL EXPENSE: MEALS | 22.92 |
| 10/02/19 | TRAVEL EXPENSE: TAXI SERVICE NEWARK-NYC | 95.50 |
| | TRAVEL EXPENSE: MEALS | 29.82 |
| | TRAVEL EXPENSE: TAXI SERVICE NYC-JFK | 66.36 |
| 10/03/19 | TRAVEL EXPENSE: PARKING AIRPORT SAN JUAN | 44.75 |
| | **TOTAL**……………………………………………………………………………………. | **$2,376.34** |

**NOVEMBER 2019 EXPENSES (191110)**

| Date | Description | Amount |
|---|---|---:|
| 11/05/19 | DOCUMENT REPRODUCTION: PRINTS FOR MEETING OF NOVEMBER 6, 2019 | 38.50 |
| | EXTERNAL DOCUMENT REPRODUCTION: MEETING OF NOVEMBER 6, 2019 | 1,039.85 |
| 11/06/19 | DOCUMENT REPRODUCTION: PRINTING OF LEGISLATIVE HEARING REGARDING LAW 46 OF JUNE 29, 1988 | 1.00 |
| | OTHER EXPENSES: PARKING TICKETS FOR MEETING WITH COR AT SHERATON, P.R. | 20.00 |
| 11/07/19 | EXTERNAL DOCUMENT REPRODUCTION | 36.13 |
| 11/08/19 | DOCUMENT DELIVERY: LETTER TO MR. M. FABRE | 40.00 |
| | **TOTAL**……………………………………………………………………..………. | **$1,175.48** |

**DECEMBER 2019 EXPENSES (191201)**

**(USCA, 1ST CIRCUIT-ORAL ARGUMENT, ERS V. ANDALUSIAN GLOBAL)**

| Date | Description | Amount |
|---|---|---:|
| 12/03/19 | TRAVEL EXPENSES: TICKETS | 772.40 |
| | TRAVEL EXPENSES: HOTEL ACCOMODATION | 678.56 |
| | TRAVEL EXPENSES: FOOD | 82.93 |
| 12/06/19 | DOCUMENT REPRODUCTION (EXTERNAL SERVICES): MEETING OF DECEMBER 6, 2019 | 21.71 |
| 12/12/19 | DOCUMENT REPRODUCTION: MEETING OF DECEMBER 17, 2019 | 39.00 |
| 12/17/19 | DOCUMENT REPRODUCTION: JENNER'S NOVEMBER FEE APPLICATION | 4.20 |
| | DOCUMENT REPRODUCTION: MARCHAND'S OCTOBER FEE APPLICATION | 2.90 |
| | DOCUMENT REPRODUCTION: SEGAL'S OCTOBER FEE APPLICATION | 1.00 |
| | **TOTAL**……………………………………………………………………...……..**$1,602.70** | |

**JANUARY 2020 EXPENSES (200101)**

| Date | Description | Amount |
|---|---|---:|
| 01/02/20 | DOCUMENT REPRODUCTION (EXTERNAL SERVICES): SIR SPEEDY INVOICE #53755 (12/13/2019) | 129.95 |
| 01/21/20 | DOCUMENT REPRODUCTION: MEETING WITH RESIDENT COMMISSIONER MS. JENNIFER GONZALEZ | 5.00 |
| | **TOTAL**………………………………………………………………..…………………..**$134.95** | |