UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------------------------------------ x
                                                                         :
In re:                                                                   :
                                                                         :
THE FINANCIAL OVERSIGHT AND                                              : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                        : Title III
                                                                         :
        as representative of                                             : Case No. 17-BK-3283 (LTS)
                                                                         :
THE COMMONWEALTH OF PUERTO RICO et al.,                                  : (Jointly Administered)
                                                                         :
        Debtors.[1]                                                      :
------------------------------------------------------------------------ x
```

**ORDER**

This matter is before the Court on the *Second Omnibus Motion to Extend Deadlines in Order Granting Omnibus Motion by the Financial Oversight and Management Board for Puerto Rico, Acting By and Through the Members of the Special Claims Committee and the Official Committee of Unsecured Creditors to (I) Establish Litigation Case Management Procedures and (II) Establish Procedures for Approval of Settlements* (Dkt. No. 12116 in 17-BK-3283) (the "Motion").

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1

Therein, the Movants[1] seek to establish two new scheduling orders for the Vendor Avoidance Actions listed in Appendix I and Appendix II to the Motion, and leave the remaining cases not listed in either appendix on the current scheduling order. The Court requests that Movants provide the Court with two separate proposed orders, one for the cases listed in Appendix I to the Motion and attached hereto, and one for the cases listed in Appendix II to the Motion and attached hereto. The Movants should file the proposed orders in Case No. 17-BK-3283 only.

The Court furthers sets **March 20, 2020** as the deadline to file any objections to the Motion.

Upon receipt of the proposed orders and any objections, the Court will take the Motion on submission.

SO ORDERED.

Dated: March 16, 2020

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

---

[1] Capitalized terms not defined herein shall have the meanings given to them in the Motion.