**Supplemental Appendix II**

| Defendant | Adversary Proceeding No. |
|---|---|
| Alejandro Estrada Maisonet | 19-00059 |
| Avant Technologies | 19-00079 |
| Bianca Conventon Center Inc. | 19-00072 |
| Caribbean Educational Services Inc | 19-00098 |
| Centro De Desarrollo Academico Inc. | 19-00053 |
| Centro Psicologico Del Sur Este P.S.C. | 19-00140 |
| Corporate Research & Training | 19-00151 |
| Estrada Bus Line/ Alejandro Estrada Quiles | 19-00090 |
| Force Link Corp | 19-00096 |
| Fridma Corp | 19-00100 |
| I.D.E.A. Inc. | 19-00268 |
| L.L.A.C., Inc. | 19-00122 |
| Luz M Carrasquillo Flores | 19-00124 |
| Nelson D. Rosario Garcia | 19-00125 |
| Next Level Learning, Inc | 19-00129 |
| Perfect Cleaning Services Inc | 19-00249 |
| Postage By Phone Reserve Account | 19-00181 |
| Puerto Nuevo Security Guard | 19-00384 |
| R Cordova Trabajadores Sociales C S P | 19-00138 |
| Rafael Hernandez Barreras | 19-00201 |
| Ricardo Estrada Maisonet | 19-00227 |
| S & L Development S.E. | 19-00243 |
| Serv. Prof. Integrados A La Salud Inc. | 19-00207 |
| Service Group Consultant, Inc. | 19-00204 |
| Tactical Equipment Consultnts Inc | 19-00222 |
| Tatito Transport Service Inc | 19-00224 |
| Trinity Metal Roof And Steel Struc Co | 19-00187 |
| Vazquez Y Pagan Bus Line Inc | 19-00197 |
| Wf Computer Services | 19-00200 |
| William Rivera Transport Service, Inc. | 19-00209 |