Form 482.0 - Rev. 12.08

**LONG FORM**

Liquidator | Reviewer

**2008 COMMONWEALTH OF PUERTO RICO DEPARTMENT OF THE TREASURY**
**INDIVIDUAL INCOME TAX RETURN 2008**
FOR CALENDAR YEAR 2008 OR TAXABLE YEAR BEGINNING ON 1 January 2008 AND ENDING ON 31 December 2008

RETURN WITH CHECK (PLEASE ATTACH CHECK HERE)

○ AMENDED RETURN
○ DECEASED DURING THE YEAR

Serial Number
Payment Stamp

**Taxpayer's Name:** Antonio
**Last Name:** Torres **Second Last Name:** Cardenales
**Taxpayer's Social Security Number:** A.L.T.C.

**Postal Address:** P.O. Box 782
Coamo PR   Zip Code 00769
"Place label here"

**Spouse's First Name and Initial / Last Name / Second Last Name**

**Date of Birth:** Day / Month / Year   **Sex:** ● M ○ F
**Spouse's Social Security Number**
**Spouse's Date of Birth:** Day / Month / Year
**Home Telephone:** (787) 000-0000
**Work Telephone:**

**Home Address:** Bo. Rio Jueyes, Coamo   PR   Zip Code 00769

**CHANGE OF ADDRESS:** ○ Yes ● No

**E-Mail Address:**

### Part 1

**YES / NO**
A. ● ○ United States Citizen?
B. ● ○ Resident of Puerto Rico at the end of the year?
C. ○ ● Tax exempt income from Lottery of Puerto Rico?
D. ○ ● Income from racetrack winnings in Puerto Rico?
E. ○ ● Other exempt income? (Submit Schedule)
F. ○ ● Obligation to make payments to ASUME?

**FILING STATUS AT THE END OF THE TAXABLE YEAR:**
1. ○ Married living with spouse and filing jointly
2. ○ Married not living with spouse (Not head of household) (Submit spouse's name and social security number above)
3. ● Head of household (Not married)
4. ○ Single
5. ○ Married filing separately (Submit spouse's name and social security number above)

**HIGHEST SOURCE OF INCOME:**
G. ● Government, Municipalities or Public Corporations Employee
H. ○ Federal Government Employee
I. ○ Private Business Employee
J. ○ Retired/Pensioner
K. ○ Self-Employed (Indicate principal industry or business)

**Your occupation:** Teacher   6110   **Spouse's occupation:**

**GOVERNMENT CONTRACT:** ○ TAXPAYER ○ SPOUSE

**2009 RETURN:** ● SPANISH ○ ENGLISH

Fill in here if you choose the optional computation of tax for married individuals living together, filing a joint return and both working. Do not complete Parts 2 and 3, neither lines 15 through 25 of Part 4, and go to Schedule CO Individual.

Receipt Stamp: Estado Libre Asociado de Puerto Rico DEPARTAMENTO DE HACIENDA 1166-Colecturia Coamo RECIBIDO MAR ... SIN PAGO

### Part 2

**1. Wages, Commissions, Allowances and Tips**

ATTACH ALL YOUR WITHHOLDING STATEMENTS (Forms 499R-2/W-2PR, 499R-2c/W-2cPR or W-2, as applicable)

| | A - Income Tax Withheld | B - Wages, Commissions, Allowances and Tips |
|---|---|---|
| (00) | 1,537 00 | 33,691 00 |
| | 00 | 00 |
| | 00 | 00 |
| | 00 | 00 |
| (01) Total of withholding statements with this return: 1 | 1,537 00 | 33,691 00 |
| | Income Tax Withheld | Federal Wages |
| C - Federal Government Wages (See instructions) (01) | 00 | (02) 00 |

**2. Other Income (or Losses):**
A) Interest income (Schedule F Individual, Part I, line 10) ............... (03) 00
B) Distributable share on special partnerships profits (Submit Schedule F Individual and Schedule R) ... (04) 00
C) Distributable share on special partnerships losses (Submit Schedule R) ... (05) 00
D) Dividends from corporations and distributions from partnerships subject to withholding (Schedule F Individual, Part II, line 1A) ... (06) 00
E) Dividends from corporations and distributions from partnerships not subject to withholding (Schedule F Individual, Part II, line 3B) ... (07) 00
F) Distributable share on profits from corporations of individuals (Submit Schedule F Individual) ... (08) 00
G) Distributions from Governmental Plans (Schedule F Individual, Part V, lines 1C and 1D) ... (09) 00
H) Miscellaneous income (Submit Schedule F Individual) ... (10) 00
I) Distributions from Individual Retirement Accounts and Educational Contribution Accounts (Submit Schedule F Individual) ... (11) 00
J) Dividends from Capital Investment or Tourism Fund (Submit Schedule Q1) ... (12) 00
K) Income from annuities and pensions (Schedule H Individual, Part II, line 12) ... (13) 00
L) Alimony received (Payer's social security No. _____ ) (14) ... (15) 00
M) Gain (or loss) from industry or business (Submit Schedule K Individual) ... (16) 00
N) Gain (or loss) from farming (Submit Schedule L Individual) ... (17) 00
O) Gain (or loss) from professions and commissions (Submit Schedule M Individual) ... (18) 00
P) Gain (or loss) from rental business (Submit Schedule N Individual) ... (19) 1,759 00
Q) Gain (or loss) from sale or exchange of capital assets (Submit Schedule D Individual) ... (20) 00
R) Qualified plans and Variable Annuity Contracts (Submit Schedule D Individual) ... (21) 00
S) Net long-term capital gain on Investment Funds (Submit Schedule Q1) ... (22) 00

**3. Total Gross Income** (Add lines 1B, 1C and 2A through 2S) ... (23) 35,450 00
**4. Alimony Paid** (Recipient's social security No. ___ ) (24) (Judgment No. ___ ) (25) ... (28) 00
**5. Adjusted Gross Income** (Subtract line 4 from line 3) ... (30) 35,450 00

Retention Period: Ten (10) years

PRSoft, Inc. (www.prsoft.com)

Form 462.0 Rev. 01.10

**LONG FORM**

Liquidator / Reviewer

R G RO V1 V2 P1 P2 N D1 D2 E A M

**2009 COMMONWEALTH OF PUERTO RICO DEPARTMENT OF THE TREASURY 2009**
**INDIVIDUAL INCOME TAX RETURN**
FOR CALENDAR YEAR 2009 OR TAXABLE YEAR BEGINNING ON 1 January, 2009 AND ENDING ON 31 December, 2009

☐ RETURN WITH CHECK (PLEASE ATTACH CHECK HERE)
☐ AMENDED RETURN
☐ DECEASED DURING THE YEAR

Serial Number: ___
Payment Stamp

**Taxpayer's Name:** Antonio   **Initial:** ___   **Last Name:** Torres   **Second Last Name:** Cardenales
**Taxpayer's Social Security Number:** A.L.T.C. [redacted]
**Date of Birth:** A.L.T.C. [redacted]   **Sex:** ☒ M ☐ F
**Spouse's Social Security Number:** ___
**Postal Address:** P.O. Box 782
Coamo PR   **Zip Code:** 00769
"Place label here"
**Spouse's Date of Birth:** ___
**Home Telephone:** (787) 000-0000
**Work Telephone:** ___
**Home Address:** Bo. Rio Jueyes, Coamo PR   **Zip Code:** 00769-0000
**Change of Address:** ☐ Yes ☒ No
**Receipt Number:** ___   **Amount:** ___

**E-Mail Address:** ___

**Part 1**

YES NO
A. ☒ ☐ United States Citizen?
B. ☒ ☐ Resident of Puerto Rico at the end of the year?
C. ☐ ☒ Tax exempt income from Lottery of Puerto Rico?
D. ☐ ☒ Income from racetrack winnings in Puerto Rico?
E. ☐ ☒ Other exempt income? (Submit Schedule)
F. ☐ ☒ Obligation to make payments to ASUME?

**HIGHEST SOURCE OF INCOME:**
G. ☒ Government, Municipalities or Public Corporations Employee
H. ☐ Federal Government Employee
I. ☐ Private Business Employee
**Your occupation:** Teacher   6110

**FILING STATUS AT THE END OF THE TAXABLE YEAR:**
1. ☐ Married living with spouse and filing jointly
2. ☐ Married not living with spouse (Not head of household) (Submit spouse's name and social security number above)
3. ☒ Head of household (Not married)
4. ☐ Single
5. ☐ Married filing separately (Submit spouse's name and social security number above)
J. ☐ Retired/Pensioner
K. ☐ Self-Employed (Indicate principal industry or business)
**Spouse's occupation:** ___

**GOVERNMENT CONTRACT:** ☐ TAXPAYER ☐ SPOUSE
**2010 RETURN:** ☐ SPANISH ☐ ENGLISH

☐ Fill in here if you choose the optional computation of tax for married individuals living together, filing a joint return and both working. Do not complete Parts 2 and 3, neither lines 15 through 25 of Part 4, and go to Schedule CO Individual.

Receipt Stamp

| | A - Income Tax Withheld | B - Wages, Commissions, Allowances and Tips |
|---|---|---|
| 1. Wages, Commissions, Allowances and Tips – ATTACH ALL YOUR WITHHOLDING STATEMENTS (Forms 499R-2/W-2PR, 499R-2c/W-2cPR or W-2, as applicable). | 1,639 00 | 34,647 00 |
| | 00 | 00 |
| | 00 | 00 |
| | 00 | 00 |
| 01. Total of withholding statements with this return ..... 1 | 1,639 00 | 34,647 00 |
| | Income Tax Withheld | Federal Wages |
| C - Federal Government Wages (See instructions) .. (01) | 00 | (02) 00 |

**Part 2**

2. Other Income (or Losses):
A) Interest income (Schedule F Individual, Part I, line 10) ........................................ (03) 00
B) Distributable share on special partnerships profits (Submit Schedule R) ................ (04) 00
C) Distributable share on special partnerships losses (Submit Schedule R) ................. (05) 00
D) Dividends from corporations and distributions from partnerships subject to withholding (Schedule F Individual, Part II, line 1A) ........ (06) 00
E) Dividends from corporations and distributions from partnerships not subject to withholding (Schedule F Individual, Part II, line 3B) .... (07) 00
F) Distributable share on profits from corporations of individuals (Submit Schedule F Individual) ........... (08) 00
G) Distributions from Governmental Plans (Schedule F Individual, Part V, lines 1C and 1D) ............ (09) 00
H) Miscellaneous income (Submit Schedule F Individual) .......................................... (10) 00
I) Distributions from Individual Retirement Accounts and Educational Contribution Accounts (Submit Schedule F Individual) .... (11) 00
J) Dividends from Capital Investment or Tourism Fund (Submit Schedule Q1) .................. (12) 00
K) Income from annuities and pensions (Schedule H Individual, Part II, line 12) ............. (13) 00
L) Alimony received (Payer's social security No. _____) ..................................... (14) 00
M) Gain (or loss) from industry or business (Submit Schedule K Individual) ................. (15) 00
N) Gain (or loss) from farming (Submit Schedule L Individual) ................................. (16) 00
O) Gain (or loss) from professions and commissions (Submit Schedule M Individual) ........ (17) 00
P) Gain (or loss) from rental business (Submit Schedule N Individual) ........................ (18) 1,449 00
Q) Gain (or loss) from sale or exchange of capital assets (Submit Schedule D Individual) ... (19) 00
R) Qualified plans and Variable Annuity Contracts (Submit Schedule D Individual) ........... (20) 00
S) Net long-term capital gain on Investment Funds (Submit Schedule Q1) ..................... (21) 00
                                                                                          (22) 00
                                                                                          (23) 36,096 00
3. Total Gross Income (Add lines 1B, 1C and 2A through 2S) ...................................... (24) (Judgment No. _____) (25) 00
4. Alimony Paid (Recipient's social security No. _____) ......................................... (26) 00
5. Adjusted Gross Income (Subtract line 4 from line 3) ................................................ (30) 36,096 00

COPY

Retention Period: Ten (10) years   PRSoft, Inc. (www.prsoft.com)

Form 482.0 Rev. 01.11

# LONG FORM

**2010** GOVERNMENT OF PUERTO RICO
DEPARTMENT OF THE TREASURY **2010**

## INDIVIDUAL INCOME TAX RETURN

FOR CALENDAR YEAR 2010 OR TAXABLE YEAR BEGINNING ON 1 January, 2010 AND ENDING ON 31 December, 2010

- RETURN WITH CHECK (PLEASE ATTACH CHECK HERE)
- AMENDED RETURN
- DECEASED DURING THE YEAR: Day Month Year

Liquidator / Reviewer
R G RO V1 V2 P1 P2 N D1 D2 E A M

**Taxpayer's Name:** Antonio
**Last Name:** Torres Cardenales
**Taxpayer's Social Security Number:** A.L.T.C / A.L.T.C
**Sex:** M
**Postal Address:** PO Box 782
**Coamo PR** Zip Code 00769-0782

**Home Address:** Hacienda Miraflores, Coamo PR   Zip Code 00769-0000
**Home Telephone:** (787) 000-0000

**Change of address:** No

### Part 1

**A.** United States Citizen? NO
**B.** Resident of Puerto Rico at the end of the year? YES
**C.** Obligation to make payments to ASUME? NO
**D.** Other exempt income? (Submit Schedule) NO — Indicate total $ 0

**FILING STATUS AT THE END OF THE TAXABLE YEAR:**
3. Head of household (Not married) ✓

**HIGHEST SOURCE OF INCOME:**
G. Private Business Employee ✓

**Your occupation:** Teacher   6110

**2011 RETURN:** SPANISH ✓

### Part 1 — Wages

**1. Wages, Commissions, Allowances and Tips**
ATTACH ALL YOUR WITHHOLDING STATEMENTS (Forms 499R-2/W-2PR, 499R-2c/W-2cPR or W-2, as applicable).

| | A - Income Tax Withheld | B - Wages, Commissions, Allowances and Tips |
|---|---|---|
| | 1,354.00 | 33,618.00 |
| | 167.00 | 4,950.00 |
| Total of withholding statements with this return: 2 | 1,521.00 | 38,568.00 |
| | Income Tax Withheld | Federal Wages |
| C - Federal Government Wages (See instructions) .. (01) | .00 | (02) .00 |

### Part 2

**2. Other Income (or Losses):**

- A) Interest income (Schedule F Individual, Part I, line 10) .................... (03) .00
- B) Distributable share on special partnerships profits (Submit Schedule F Individual and Schedule R) ........... (04) .00
- C) Distributable share on special partnerships losses (Submit Schedule R) ........... (05) .00
- D) Dividends from corporations and distributions from partnerships subject to withholding (Schedule F Individual, Part II, line 1A) ........... (06) .00
- E) Dividends from corporations and distributions from partnerships not subject to withholding (Schedule F Individual, Part II, line 3B) ........... (07) .00
- F) Distributable share on profits from corporations of individuals (Submit Schedule F Individual) ........... (08) .00
- G) Distributions from Governmental Plans (Schedule F Individual, Part V, lines 1C and 1D) ........... (09) .00
- H) Miscellaneous income (Submit Schedule F Individual) ........... (10) .00
- I) Distributions from Individual Retirement Accounts and Educational Contribution Accounts (Submit Schedule F Individual) ........... (11) .00
- J) Dividends from Capital Investment or Tourism Fund (Submit Schedule Q1) ........... (12) .00
- K) Income from annuities and pensions (Schedule H Individual, Part II, line 12) ........... (13) .00
- L) Alimony received (Payer's social security No. _____ ) (14) ........... (15) .00
- M) Gain (or loss) from industry or business (Submit Schedule K Individual) ........... (16) .00
- N) Gain (or loss) from farming (Submit Schedule L Individual) ........... (17) .00
- O) Gain (or loss) from professions and commissions (Submit Schedule M Individual) ........... (18) 1,785.00
- P) Gain (or loss) from rental business (Submit Schedule N Individual) ........... (19) .00
- Q) Gain (or loss) from sale or exchange of capital assets (Submit Schedule D Individual) ........... (20) .00
- R) Qualified plans and Variable Annuity Contracts (Submit Schedule D Individual) ........... (21) .00
- S) Net long-term capital gain on Investment Funds (Submit Schedule Q1) ........... (22) .00
  ........... (23) 40,353.00
  ........... (26) .00

**3. Total Gross Income** (Add lines 1B, 1C and 2A through 2S) ................. )(24) (Judgment No. _____ )(25) ........... (30) 40,353.00

**4. Alimony Paid** (Recipient's social security No. _____ )

**5. Adjusted Gross Income** (Subtract line 4 from line 3)

Retention Period: Ten (10) years

PRSoft, Inc. (www.prsoft.com)

# GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
## DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
### COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

Form 499R-2/W-2 PR Rev. 10.11

**1. Nombre-First Name:** ANTONIO

**Apellido(s) - Surname(s):** TORRES CARDENALES

**Dirección Postal del Empleado - Employee's Mailing Address:**
APARTADO 782
COAMO, PR 00769

**2. Nombre y Dirección Postal del Patrono / Employer's Name and Mailing Address:**
L8013750526 SUSANA RIV
DEPT DE EDUCACION-MAESTROS
AVENIDA TENIENTE CESAR GONZALE
ESQUINA CALAF
HATO REY, PR 00919

**Número Control - Control Number:** 116459082

## INFORMACION PARA EL DEPARTAMENTO DE HACIENDA / DEPARTMENT OF THE TREASURY INFORMATION

- **3. Núm. Seguro Social / Social Security No.:** A.L.T.C.
- **4. Núm. de Ident. Patronal / Employer Ident. No. (EIN):** 660433481
- **5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension:** —
- **6. Costo de Pensión o Anualidad / Cost of Pension or Annuity:** 0.00
- **6A. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage:** 0.00
- **6B. Donativos / Charitable Contributions:** 12.00
- **7. Sueldos - Wages:** 33458.72
- **8. Comisiones - Commissions:** 0.00
- **9. Concesiones - Allowances:** 0.00
- **10. Propinas - Tips:** 0.00
- **11. Total = 7+8+9+10:** 33458.72
- **12. Gastos Reembolsados / Reimbursed Expenses:** 0.00
- **13. Cont. Retenida - Tax Withheld:** 898.31
- **14. Fondo de Retiro Gubernamental / Governmental Retirement Fund:** 2921.40
- **15. Aportaciones a Planes Cualific. / Contributions to CODA PLANS:** 0.00
- **16. Salarios bajo Ley Núm. 324 de 2004 / Salaries under Act No. 324 of 2004:** 0.00
- **16A. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program:** 0.00

Copia C para Récord del Empleado / Copy C for Employee's Records

**Año / Year:** 2011

## INFORMACION PARA EL SEGURO SOCIAL / SOCIAL SECURITY INFORMATION

- **17. Total Sueldos Seguro Social / Social Security Wages:** 0.00
- **18. Seguro Social Retenido / Social Security Tax Withheld:** 0.00
- **19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips:** 0.00
- **20. Contrib. Medicare Retenida / Medicare Tax Withheld:** 0.00
- **21. Propinas Seguro Social / Social Security Tips:** 0.00
- **22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips:** 0.00
- **23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips:** 0.00

---

Ocupación: Maestro de Escu[ela]

Cheque # 840 ............ 300.00

FOTOCOPIA : PIERDE LEGIBILIDAD

(06) 563.00
(07) 300.00
(10) 263.00

Firma del Contribuyente: [signature] 12-abril-12

Nombre del Especialista (Letra de Molde): **Esther Figueroa**
Número de Registro: 19447
Número de Identificación Patronal: 66-0760098

PRSoft, Inc. (www.prsoft.com)

## ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
### DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
### COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

Formulario / Form 499R-2/W-2 PR Rev. 09.12

**1. Nombre - First Name:** ANTONIO
**Apellido(s) - Surname(s):** TORRES CARDENALES
**Dirección Postal del Empleado - Employee's Mailing Address:**
APARTADO 782
COAMO, PR 00769

**2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address:**
L8013750526 SUSANA RIV
DEPT DE EDUCACION-MAESTROS
AVENIDA TENIENTE CESAR GONZALE
ESQUINA CALAF
HATO REY, PR 00919

**Número de Teléfono del Patrono - Employer's Telephone Number:**
**Fecha Cese de Operaciones - Cease of Operations Date:**
**Número Control - Control Number:** 125527633

**3. Núm. Seguro Social / Social Security No.:** A.L.T.C.
**4. Núm. de Ident. Patronal / Employer Ident. No. (EIN):** 660433481
**5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension:**
**6. Costo de Pensión o Anualidad / Cost of Pension or Annuity:** 0.00
**6A. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage:** 0.00
**6B. Donativos / Charitable Contributions:** 12.00

**Copia C para Récord del Empleado**
**Copy C for Employee's Records**
**Año / Year: 2012**

### INFORMACION PARA EL DEPARTAMENTO DE HACIENDA / DEPARTMENT OF THE TREASURY INFORMATION

| # | Descripción | Monto |
|---|---|---|
| 7. | Sueldos - Wages | 35821.82 |
| 8. | Comisiones - Commissions | 0.00 |
| 9. | Concesiones - Allowances | 0.00 |
| 10. | Propinas - Tips | 0.00 |
| 11. | Total = 7+8+9+10 | 35821.82 |
| 12. | Gastos Reemb. y Beneficios Marginales / Reimb. Expenses and Fringe Benefits | |
| 13. | Cont. Retenida - Tax Withheld | 1069.82 |
| 14. | Fondo de Retiro Gubernamental / Governmental Retirement Fund | 2921.41 |
| 15. | Aportaciones a Planes Cualif. Contributions to CODA PLANS | 0.00 |
| 16. | Salarios bajo Ley 324-2004 / Salaries under Act 324-2004 | 0.00 |
| 16A. | Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program | 0.00 |

### INFORMACION PARA EL SEGURO SOCIAL / SOCIAL SECURITY INFORMATION

| # | Descripción | Monto |
|---|---|---|
| 17. | Total Sueldos Seguro Social / Social Security Wages | 0.00 |
| 18. | Seguro Social Retenido / Social Security Tax Withheld | 0.00 |
| 19. | Total Sueldos y Pro. Medicare / Medicare Wages and Tips | 0.00 |
| 20. | Contrib. Medicare Retenida / Medicare Tax Withheld | 0.00 |
| 21. | Propinas Seguro Social / Social Security Tips | 0.00 |
| 22. | Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0.00 |
| 23. | Contrib. Medicare no Retenido en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

Reproducido por: Departamento de Hacienda

---

5. ○ Trabajo Cuenta Propia (Indique la industria o negocio principal)
6. ○ Otro

**COPY**

**CONTRATO GOBIERNO:** ○ Contribuyente ○ Cónyuge

Su ocupación: Maestro de Escuela  6110  Ocupación cónyuge: _____

**PASE A LA PAGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.**

**Reintegro**
1. CONTRIBUCION PAGADA EN EXCESO (Encasillado 3, línea 27. Indique distribución en las líneas A, B, C y D) ... (01) 40 00
   A) Acreditar a la contribución estimada 2013 ... (02) 00
   B) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan ... (03) 00
   C) Aportación al Fondo Especial para la Universidad de Puerto Rico ... (04) 00
   D) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado de Depósito) ... (05) 40 00

**Pago**
2. TOTAL NO PAGADO DE LA CONTRIBUCION (Encasillado 3, línea 27) ... (06) 00
3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado ... (07) 00
   (b) Intereses ... (08) 00
   (c) Recargos _____ y Penalidades _____ ... (09) 00
4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a)) ... (10) 00

**Depósito** - AUTORIZACION PARA DEPOSITO DIRECTO DE REINTEGRO

Tipo de cuenta: ○ Cheques ○ Ahorros
Número de ruta/tránsito: _____
Número de su cuenta: _____
Cuenta a nombre de: _____ y _____
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que he examinado la información incluida en esta planilla, anejos y documentos que se acompañan, y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

**Firma del Contribuyente:** [signature]  **Fecha:** 1/04/2013 ✓
**Firma del Cónyuge:** _____  **Fecha:** _____

**04 Nombre del Especialista (Letra de Molde):** Esther Figueroa
**Nombre de la Firma o Negocio:** Esther Figueroa
**Firma del Especialista:** ✓
**Fecha:** _____
**Especialista por cuenta propia (ennegrezca aquí):** ⊗
**Número de Registro:** 19447

NOTA AL CONTRIBUYENTE: Indique si hizo pagos por la preparación de su planilla: ● Sí ○ No. Si contestó "Sí", exija la firma y el número de registro del Especialista.

Período de Conservación: Diez (10) años

PRSoft, Inc. (www.prsoft.com)

| Estado Libre Asociado de Puerto Rico | | Grupo de Pago: | SM -Quincenal | # Cheque: | 06330151 |
|---|---|---|---|---|---|
| 080 - DEPT DE EDUCACION-MAESTROS | | Desde: | 12/09/2013 | | |
| | | Hasta: | 12/20/2013 | Fecha: | 12/17/2013 |

| ANTONIO L TORRES CARDENALES | # Empleado: | A.L.T.C. | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| APARTADO 782 | Dept: | 8005137-SANTA ISABEL-PONCE | Estado Civil: | | Head of Household |
| COAMO PR 00769 | Oficina: | SUSANA RIVERA | Concesiones: | 0 | 2 |
| A.L.T.C. | Titulo: | DEPARTAMENTO DE EDUCACION | Pct. Adcl.: | | |
| SS: A.L.T.C. | Sueldo: | $2,705.00 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente | | Acumulado | | Descripcion | Corriente | Acumulado |
| | | Horas | Ingresos | Horas | Ingresos | | | |
|---|---|---|---|---|---|---|---|---|
| Bono de Navidad | | | 0.00 | | 1,000.00 | PR Withholdng | 0.00 | 939.77 |
| Pago de Salarios Regulares | | | 0.00 | 1,476.00 | 32,460.00 | | | |
| Licencia Enfermedad en Exceso | | | 0.00 | | 2,184.14 | | | |
| Total: | | | 0.00 | 1,476.00 | 35,644.14 | Total: | 0.00 | 939.77 |

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| GPR Plan de Retiro de Maestro | 0.00 | 2,921.52 | DUM-Gob Otras Deducciones | 611.59- | 611.59- | SM-Asoc Maestros de PR | 0.00 | 1,440.00 |
| | | | SM-Asoc Maestros de PR | 0.00 | 766.00 | GPR Plan de Retiro de Maestro | 0.00 | 2,759.04 |
| | | | Ahorros-AEELA | 0.00 | 973.92 | FSED Disability Plan | 0.00 | 605.89 |
| | | | DM-FONDOS UNIDOS | 0.00 | 8.00 | | | |
| | | | SC-MULTINATIONAL LIFE INS. | 0.00 | 131.00 | | | |
| | | | AE-Asoc Emp ELA-Prest Regular | 0.00 | 421.89 | | | |
| | | | SC-GENERAL ACCIDENT LIFE | 0.00 | 109.62 | | | |
| Total: | 0.00 | 2,921.52 | Total: | 611.59- | 1,798.84 | * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | | | | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 0.00 | 0.00 | 611.59- | 611.59 |
| Acumulado: | 35,644.14 | 939.77 | 4,720.36 | 29,984.01 |

### PTO HORAS ACUM / DISTRIBUCION PAGA NETA

| Balance Inicial: | 0.0 | Cheque #06330151 | 611.59 |
|---|---|---|---|
| + Acumulado: | | Total: | 611.59 |
| - Utilizado: | | | |
| - Donada: | | | |
| + Ajustes: | | | |
| Balance Final: | 0.0 | | |

MENSAJE:

Formulario Form 499R-2/W-2PR Rev. 09.14

**222**

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

INFORMACION PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION

INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION

| Field | Value |
|---|---|
| 1. Nombre - First Name | Antonio |
| Apellido(s) - Surname(s) | Torres Cardenales |
| Dirección Postal del Empleado - Employee's Mailing Address | PO Box 872 Coamo PR 00769-0872 |
| 2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address | Departamento Educacion Ave. Teniente cesar Gonzalez San Juan PR 00919-0000 |
| Número de Teléfono del Patrono - Employer's Telephone Number | |
| Fecha Cese de Operaciones - Cease of Operations Date | |
| Número Confirmación de Radicación Electrónica - Electronic Filing Confirmation Number | S140003 |
| Número Control - Control Number | 004382730 |
| 3. Núm. Seguro Social - Social Security No. | A.L.T.C. |
| 4. Núm. de Ident. Patronal - Employer Ident. No. (EIN) | 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 |
| 5. Costo de cobierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage | 0 |
| 6. Donativos - Charitable Contributions | 0 |
| Patrono: - Employer: • Envíe a: - Send to: Social Security Administration Data Operations Center Wilkes-Barre, PA 18769-0001 Con la With the W-3PR • Envíe al Departamento de Hacienda electrónicamente Send to Department of the Treasury electronically (www.hacienda.gobierno.pr) • Entregue dos copias al empleado Deliver two copies to employee • Conserve copia para sus récords Keep copy for your records | |
| Año: Year: | **2014** |
| 7. Sueldos - Wages | 33,387 |
| 8. Comisiones - Commissions | 0 |
| 9. Concesiones - Allowances | 0 |
| 10. Propinas - Tips | 0 |
| 11. Total = 7 + 8 + 9 + 10 | 33,387 |
| 12. Gastos Reemb. y Beneficios Marginales Reimb. Expenses and Fringe Benefits | 0 |
| 13. Cont. Retenida - Tax Withheld | 742 |
| 14. Fondo de Retiro Gubernamental Governmental Retirement Fund | 2,890 |
| 15. Aportaciones a Planes Cualific. Contributions to CODA PLANS | 0 |
| 16. Salarios Exentos (Ver instrucciones) Exempt Salaries (See instructions) | 0 |
| 16A. Código de Salarios Exentos Exempt Salaries Code | |
| 16B. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program | 0 |
| 17. Total Sueldos Seguro Social Social Security Wages | 0 |
| 18. Seguro Social Retenido Social Security Tax Withheld | 0 |
| 19. Total Sueldos y Pro. Medicare Medicare Wages and Tips | 0 |
| 20. Contrib. Medicare Retenida Medicare Tax Withheld | 0 |
| 21. Propinas Seguro Social Social Security Tips | 0 |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0 |
| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0 |

Fecha de radicación: 31 de enero - Filing date: January 31

*Planilla Radicada Electrónicamente*

| | |
|---|---|
| Formulario / Form 499R-2/W-2 PR Rev. 08.15 | ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT |

**1. Nombre-First Name:** ANTONIO
**Apellido(s) - Surname(s):** TORRES CARDENALES
**Dirección Postal del Empleado - Employee's Mailing Address:** APARTADO 782, COAMO, PR 00769

**Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address:**
DEPT DE EDUCACION-MAESTROS
AVENIDA TENIENTE CESAR GONZALE
ESQUINA CALAF
HATO REY, PR 00919

**3. Núm. Seguro Social / Social Security No.:** A.L.T.C.
**4. Núm. de Ident. Patronal / Employer Ident. No. (EIN):** 660433481
**5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage:** 0.00
**6. Donativos / Charitable Contributions:** 0.00

**Electronic Filing Confirmation Number:** S150008
**Control Number:** 004903462
**Año / Year:** 2015
**Fecha de radicación:** 31 de enero - Filing date: January 31

### Información para el Departamento de Hacienda / Department of the Treasury Information

| | |
|---|---|
| 7. Sueldos - Wages | 33060.00 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total=7+8+9+10 | 33060.00 |
| 12. Gastos Reemb. y Beneficios Marginales / Reimb. Expenses and Fringe Benefits | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 716.88 |
| 14. Fondo de Retiro Gubernamental / Governmental Retirement Fund | 2921.52 |
| 15. Aportaciones a Planes Cualific. / Contributions to CODA PLANS | 0.00 |
| 16. Salarios Exentos / Exempt Salaries | 0.00 |
| 16A. Código de Salarios Exentos / Exempt Salaries Code | |
| 16B. Aportaciones al Programa Ahorra y Duplica tu Dinero / Save and Double your Money Program | 0.00 |

### Información para el Seguro Social / Social Security Information

| | |
|---|---|
| 17. Total Sueldos Seguro Social / Social Security Wages | 0.00 |
| 18. Seguro Social Retenido / Social Security Tax Withheld | 0.00 |
| 19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips | 0.00 |
| 20. Contrib. Medicare Retenida / Medicare Tax Withheld | 0.00 |
| 21. Propinas Seguro Social / Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0.00 |
| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

## Withholding Statement - Year 2016 (Copy 1)

**Employee Mailing Address:** APDO 782, PR 00769
**Date of Birth:** Day 13, Month 06, Year 1965
**Employer Name and Mailing Address:** DE EDUCACION - MAESTROS, AVENIDA TENIENTE CESAR GONZALE..., ...NA CALAF, ...REY, PR 00919
**Filing Confirmation Number:** S160021
**Control Number:** 006251777
**Filing date:** January 31

| Field | Amount |
|---|---|
| 4. Employer Ident. No. (EIN) | 660433481 |
| 5. Cost of employer-sponsored health coverage | 0.00 |
| 6. Charitable Contributions | 0.00 |
| 7. Wages | 32999.51 |
| 8. Commissions | 0.00 |
| 9. Allowances | 0.00 |
| 10. Tips | 0.00 |
| 11. Total=7+8+9+10 | 32999.51 |
| 12. Reimb. Expenses and Fringe Benefits | 0.00 |
| 13. Tax Withheld | 713.02 |
| 14. Governmental Retirement Fund | 2916.07 |
| 15. Contributions to CODA PLANS | 0.00 |
| 16. Exempt Salaries Código/Code | 0.00 |
| 16A. Código/Code | 0.00 |
| 16B. Contributions to Save and Double your Money Program | 0.00 |
| 17. Total Social Security Wages | (blank) |
| 18. Social Security Tax Withheld | 0.00 |
| 19. Medicare Wages and Tips | 0.00 |
| 20. Medicare Tax Withheld | 0.00 |
| 21. Social Security Tips | 0.00 |
| 22. Uncollected Social Security Tax on Tips | 0.00 |
| 23. Uncollected Medicare Tax on Tips | 0.00 |

Social Security No.: A.L.T.C.

## Withholding Statement - Year 2016 (Copy 2)

**Surname(s):** S CARDENALES
**First Name:** ...IO
**Employee Mailing Address:** APDO 782, PR 00769
**Employer Name and Mailing Address:** DE EDUCACION - MAESTROS, AVENIDA TENIENTE CESAR GONZALE..., ...A CALAF, ...EY, PR 00919
**Filing Confirmation Number:** S160021
**Control Number:** 006251777
**Filing date:** January 31
**Social Security No.:** A.L.T.C.

| Field | Amount |
|---|---|
| 4. Employer Ident. No. (EIN) | 660433481 |
| 5. Cost of employer-sponsored health coverage | 0.00 |
| 6. Charitable Contributions | 0.00 |
| 7. Wages | 32999.51 |
| 8. Commissions | 0.00 |
| 9. Allowances | 0.00 |
| 10. Tips | 0.00 |
| 11. Total=7+8+9+10 | 32999.51 |
| 12. Reimb. Expenses and Fringe Benefits | 0.00 |
| 13. Tax Withheld | 713.02 |
| 14. Governmental Retirement Fund | 2916.07 |
| 15. Contributions to CODA PLANS | 0.00 |
| 16. Exempt Salaries Código/Code | 0.00 |
| 16A. Código/Code | 0.00 |
| 16B. Contributions to Save and Double your Money Program | 0.00 |
| 17. Total Social Security Wages | 0.00 |
| 18. Social Security Tax Withheld | 0.00 |
| 19. Medicare Wages and Tips | 0.00 |
| 20. Medicare Tax Withheld | 0.00 |
| 21. Social Security Tips | 0.00 |
| 22. Uncollected Social Security Tax on Tips | 0.00 |
| 23. Uncollected Medicare Tax on Tips | 0.00 |

Formulario 499R-2/W-2PR v. 07.17

**222**

GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
COMPROBANTE DE RETENCIÓN - WITHHOLDING STATEMENT

1. Nombre - First Name: ANTONIO
Apellido(s) - Last Name(s): L TORRES CARDENALES
Dirección Postal del Empleado - Employee's Mailing Address: APARTADO 782
COAMO PR 00769     A.L.T.C.
Fecha de Nacimiento / Date of Birth: Día / Month / Year

3. Num. Seguro Social / Social Security No.: A.L.T.C.
4. Núm. de Ident. Patronal / Employer Ident. No. (EIN): 660433481-080
5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage: 0.00
6. Donativos / Charitable Contributions: 0.00

2. Nombre y Dirección Postal del Patrono / Employer's Name and Mailing Address:
DEPT DE EDUCACION MAESTROS
AVENIDA TENIENTE CESAR
ESQUINA CALAF
HATO REY PR 00919
Número de Teléfono del Patrono / Employer's Telephone Number: (787) 773-3508
Fecha Cese de Operaciones / Cease of Operations Date: Día / Month / Year
Número Confirmación de Radicación Electrónica / Electronic Filing Confirmation Number: S170008
Número Control - Control Number: 006975261

Patrono: - Employer:
• Envíe a: - Send to: Social Security Administration Data Operations Center Wilkes-Barre, PA 18769-0001 Con la With the W-3PR
• Envíe al Departamento de Hacienda electrónicamente / Send to Department of the Treasury electronically (www.hacienda.pr.gov)
• Entregue dos copias al empleado / Deliver two copies to employee
• Conserve copia para sus récords / Keep copy for your records

Año / Year: 2017

Filing date: January 31

INFORMACIÓN PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION

7. Sueldos - Wages: 33,041.97
8. Comisiones - Commissions: 0.00
9. Concesiones - Allowances: 0.00
10. Propinas - Tips: 0.00
11. Total = 7 + 8 + 9 + 10: 33,041.97
12. Gastos Reemb. y Beneficios Marginales / Reimb. Expenses and Fringe Benefits: 0.00
13. Cont. Retenida - Tax Withheld: 716.20
14. Fondo de Retiro Gubernamental / Governmental Retirement Fund: 2,913.12
15. Aportaciones a Planes Cualific. / Contributions to CODA PLANS: 0.00
Salarios Exentos (Ver instrucciones) / Exempt Salaries (See instructions) Código/Code: 0.00
16. Código/Code: 0.00
16A.
16B. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program: 0.00

INFORMACIÓN PARA EL SEGURO SOCIAL / SOCIAL SECURITY INFORMATION

17. Total Sueldos Seguro Social / Social Security Wages: 0.00
18. Seguro Social Retenido / Social Security Tax Withheld: 0.00
19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips: 0.00
20. Contrib. Medicare Retenida / Medicare Tax Withheld: 0.00
21. Propinas Seguro Social / Social Security Tips: 0.00
22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips: 0.00
23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips: 0.00

Formulario Form 499R-2/W-2PR Rev. 07.18

**GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCIÓN - WITHHOLDING STATEMENT**

222

| Field | Value |
|---|---|
| 1. Nombre - First Name | ANTONIO L |
| Apellido(s) - Last Name(s) | TORRES CARDENALES |
| Dirección Postal del Empleado - Employee's Mailing Address | APARTADO 782 / COAMO PR 00769 A.L.T.C. |
| Fecha de Nacimiento / Date of Birth | |
| 2. Nombre y Dirección Postal del Patrono / Employer's Name and Mailing Address | DEPT DE EDUCACION MAESTROS / AVENIDA TENIENTE CESAR / ESQUINA CALAF / HATO REY, PR 00919-0000 |
| Número de Teléfono del Patrono / Employer's Telephone Number | |
| Fecha Cese de Operaciones / Cease of Operations Date | |
| Número Confirmación de Radicación Electrónica / Electronic Filing Confirmation Number | F0717193216 |
| Número Control - Control Number | 180048791 |
| Fecha de radicación: 31 de enero - Filing date: January 31 | |
| 3. Núm. Seguro Social / Social Security No. | A.L.T.C. |
| 4. Núm. de Ident. Patronal / Employer Ident. No. (EIN) | 66-0433481 |
| 5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage | 0.00 |
| 6. Donativos / Charitable Contributions | 0.00 |
| Patrono: Employer: Indique si la remuneración incluye pagos al empleado por: / Indicate if the renumeration includes payments to the employee for: | |
| A - ☐ Servicios prestados por un médico cualificado bajo la Ley 14-2017 / Services rendered by a qualified physician under Act 14-2017 | |
| B - ☐ Servicios domésticos / Domestic services | |
| C - ☐ Otros / Others: | |
| Año: Year: | 2018 |
| 7. Sueldos - Wages | 34,546.90 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total = 7 + 8 + 9 + 10 | 34,546.90 |
| 12. Gastos Reemb. y Beneficios Marginales | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 839.32 |
| 14. Fondo de Retiro Gubernamental / Governmental Retirement Fund | 3,021.55 |
| 15. Aportaciones a Planes Calificados / Contributions to CODA PLANS | 0.00 |
| Salarios Exentos (Ver instrucciones) / Exempt Salaries (See instructions) | |
| 16. Código/Code | 0.00 |
| 16A. Código/Code | 0.00 |
| 16B. Código/Code | 0.00 |
| 16C. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program | 0.00 |
| 17. Total Sueldos Seguro Social / Social Security Wages | 0.00 |
| 18. Seguro Social Retenido / Social Security Tax Withheld | 0.00 |
| 19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips | 0.00 |
| 20. Contrib. Medicare Retenida / Medicare Tax Withheld | 0.00 |
| 21. Propinas Seguro Social / Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0.00 |
| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

