11 de febrero de 2020

Marlene Burgos Rivera (Marlene Burgos)

16224 Carr 153

Coamo, Puerto Rico 00769

Teléfono (787) 363-2002

mbrelmo@hotmail.com

Número de Reclamación:

En el asunto de Estado Libre Asociado de Puerto Rico, numero de procedimiento 17 BK 3283-LTS, de la declaración de Jay Herriman en apoyo de la centésima trigésima tercera objeción global (No sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto a reclamos deficientes en los que se alegan intereses sobre la base de las reivindicaciones salariales, labores o servicios prestados. Solicitamos al tribunal que declare a lugar la objeción global en relación al reclamo de la Ley 96 Sila María Calderón, aumento salarial del año 2004 al 2019, Ley de Retiro 3% y Ley de Escala Salarial. Ya que no fue otorgado. Se adjunta documentación justificativa para evidenciar la objeción.

Gracias por su pronta atención

*Marlene Burgos*
Marlene Burgos Rivera

## Form 499R-2/W-2 PR (Rev. 06.07) — Year 2007

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

1. Nombre - First Name: MARLENE
   Apellido(s) - Surname(s): BURGOS RIVERA
   Dirección Postal del Empleado - Employee's Mailing Address:
   HC01 BOX 16224
   LAS FLORES
   COAMO, PR 00769

2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address:
   L8002825007 SU J SILVA
   DEPT DE EDUCACION-MAESTROS
   AVENIDA TENIENTE CESAR GONZALE
   ESQUINA CALAF
   HATO REY, PR 00919

3. Núm. Seguro Social / Social Security No.: [signed MBR]
4. Núm. de Ident. Patronal / Employer's Ident. No. (EIN): 660433481
5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension:
6. Costo de Pensión o Anualidad / Cost of Pension or Annuity: 0.00

Copia C para Récord del Empleado / Copy C for Employee's Records
**Año / Year: 2007**

Número de Control - Control Number: 45475866

**INFORMACION PARA EL DEPARTAMENTO DE HACIENDA / DEPARTMENT OF THE TREASURY INFORMATION**

7. Sueldos - Wages: 21235.50
8. Comisiones - Commissions: 0.00
9. Concesiones - Allowances: 0.00
10. Propinas - Tips: 0.00
11. Total = 7+8+9+10: 21235.50
12. Gastos Reembolsados / Reimbursed Expenses: 0.00
13. Cont. Retenida - Tax Withheld: 1181.54
14. Fondo de Retiro / Retirement Fund: 1632.24
15. Aportaciones a Planes Cualific. / Contributions to CODA PLANS: 0.00
16. Salarios bajo Ley Núm. 324 de 2004 / Salaries under Act No. 324 of 2004: 0.00

**INFORMACION PARA EL SEGURO SOCIAL / SOCIAL SECURITY INFORMATION**

17. Total Sueldos Seguro Social / Social Security Wages: 0.00
18. Seguro Social Retenido / Social Security Tax Withheld: 0.00
19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips: 21235.50
20. Contrib. Medicare Retenida / Medicare Tax Withheld: 307.91
21. Propinas Seguro Social / Social Security Tips: 0.00
22. Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips: 0.00
23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips: 0.00

Reproducido por: Departamento de Hacienda

---

## Form 499R-2/W-2 PR (Rev. 07.08) — Year 2008

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

1. Nombre - First Name: MARLENE
   Apellido(s) - Surname(s): BURGOS RIVERA
   Dirección Postal del Empleado - Employee's Mailing Address:
   HC01 BOX 16224
   LAS FLORES

2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address:
   L8002825007 SU J SILVA
   DEPT DE EDUCACION-MAESTROS
   AVENIDA TENIENTE CESAR GONZALE
   ESQUINA CALAF
   HATO REY, PR 00919

3. Núm. Seguro Social / Social Security No.: [signed MBR]
4. Núm. de Ident. Patronal / Employer's Ident. No. (EIN): 660433481
5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension:
6. Costo de Pensión o Anualidad / Cost of Pension or Annuity: 0.00

Copia C para Récord del Empleado / Copy C for Employee's Records
**Año / Year: 2008**

Número de Control - Control Number: 017558347

**INFORMACION PARA EL DEPARTAMENTO DE HACIENDA / DEPARTMENT OF THE TREASURY INFORMATION**

7. Sueldos - Wages: 23649.25
8. Comisiones - Commissions: 0.00
9. Concesiones - Allowances: 0.00
10. Propinas - Tips: 0.00
11. Total = 7+8+9+10: 23649.25
12. Gastos Reembolsados / Reimbursed Expenses: 0.00
13. Cont. Retenida - Tax Withheld: 1320.41
14. Fondo de Retiro / Retirement Fund: 1849.50
15. Aportaciones a Planes Cualific. / Contributions to CODA PLANS: 0.00
16. Salarios bajo Ley Núm. 324 de 2004 / Salaries under Act No. 324 of 2004: 0.00

**INFORMACION PARA EL SEGURO SOCIAL / SOCIAL SECURITY INFORMATION**

17. Total Sueldos Seguro Social / Social Security Wages: 0.00
18. Seguro Social Retenido / Social Security Tax Withheld: 0.00
19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips: 23649.25
20. Contrib. Medicare Retenida / Medicare Tax Withheld: 342.91
21. Propinas Seguro Social / Social Security Tips: 0.00
22. Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips: 0.00
23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips: 0.00

Reproducido por: Departamento de Hacienda

## COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT (2009)

**Copia C para Récord del Empleado / Copy C for Employee's Records**
**Año / Year: 2009**

| Field | Value |
|---|---|
| 1. Nombre - First Name | MARLENE |
| Apellido(s) - Surname(s) | BURGOS RIVERA |
| Dirección Postal del Empleado | HC01 BOX 16224, LAS FLORES, COAMO, PR 00769 |
| 2. Nombre y Dirección Postal del Patrono | L8002825007 SU J SILVA, DEPT DE EDUCACION-MAESTROS, AVENIDA TENIENTE CESAR GONZALE, ESQUINA CALAF, HATO REY, PR 00919 |
| Número de Control - Control Number | 004177623 |
| 3. Núm. Seguro Social | (signature) |
| 4. Núm. de Ident. Patronal (EIN) | 660433481 |
| 6. Costo de Pensión o Anualidad | 0.00 |
| 7. Sueldos - Wages | 22599.50 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total=7+8+9+10 | 22599.50 |
| 12. Gastos Reembolsados - Reimbursed Expenses | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 1220.92 |
| 14. Fondo de Retiro - Retirement Fund | 1943.96 |
| 15. Aportaciones a Planes Cualific. - Contributions to CODA PLANS | 0.00 |
| 16. Salarios bajo Ley Núm. 324 de 2004 | 0.00 |
| 17. Total Sueldos Seguro Social - Social Security Wages | 0.00 |
| 18. Seguro Social Retenido - Social Security Tax Withheld | 0.00 |
| 19. Total Sueldos y Pro. Medicare - Medicare Wages and Tips | 22599.50 |
| 20. Contrib. Medicare Retenida - Medicare Tax Withheld | 327.69 |
| 21. Propinas Seguro Social - Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas | 0.00 |
| 23. Contrib. Medicare no Retenida en Propinas | 0.00 |

---

## COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT (2010)

Formulario Form 499R-2/W-2 PR Rev. 0.10

**Copia B para Planilla del Empleado / Copy B for Employee's Tax Return**
**Año / Year: 2010**

| Field | Value |
|---|---|
| 1. Nombre - First Name | MARLENE |
| Apellido(s) - Surname(s) | BURGOS RIVERA |
| Dirección Postal del Empleado | HC01 BOX 16224, LAS FLORES, COAMO, PR 00769 |
| 2. Nombre y Dirección Postal del Patrono | L8012625007 S.U. JUAN, DEPT DE EDUCACION-MAESTROS, AVENIDA TENIENTE CESAR GONZALE, ESQUINA CALAF, HATO REY, PR 00919 |
| Número de Control - Control Number | 107602074 |
| 3. Núm. Seguro Social | (signature) |
| 4. Núm. de Ident. Patronal (EIN) | 660433481 |
| 6. Costo de Pensión o Anualidad | 0.00 |
| 7. Sueldos - Wages | 22556.00 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total=7+8+9+10 | 22556.00 |
| 12. Gastos Reembolsados | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 1042.80 |
| 14. Fondo de Retiro - Retirement Fund | 1940.04 |
| 15. Aportaciones a Planes Cualific. - CODA PLANS | 0.00 |
| 16. Salarios bajo Ley Núm. 324 de 2004 | 0.00 |
| 17. Total Sueldos Seguro Social | 0.00 |
| 18. Seguro Social Retenido | 0.00 |
| 19. Total Sueldos y Pro. Medicare | 22556.00 |
| 20. Contrib. Medicare Retenida | 327.06 |
| 21. Propinas Seguro Social | 0.00 |
| 22. Seguro Social no Retenido en Propinas | 0.00 |
| 23. Contrib. Medicare no Retenida en Propinas | 0.00 |
| 24. Sueldos y Propinas bajo Ley HIRE de 2010 | 0.00 |

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas
Retention: Ten (10) years from the filing date in the Return Processing Bureau

Reproducido por: Departamento de Hacienda

## 2011 Withholding Statement (Form 499R-2/W-2 PR, Rev. 10.11)

**GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

1. Nombre-First Name: **MARLENE**
Apellido(s) - Surname(s): **BURGOS RIVERA**
Dirección Postal del Empleado - Employee's Mailing Address:
HC01 BOX 16224
LAS FLORES
COAMO, PR 00769

2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address:
L8012625007 S.U. JUAN
DEPT DE EDUCACION-MAESTROS
AVENIDA TENIENTE CESAR GONZALE
ESQUINA CALAF
HATO REY, PR 00919

Número Control - Control Number: **116450399**

4. Núm. de Ident. Patronal / Employer Ident. No. (EIN): **660433481**

6A. Costo de cubierta de salud auspiciada por el patrono: 0.00
6B. Donativos - Charitable Contributions: 12.00

Copia C para Récord del Empleado / Copy C for Employee's Records
**Año / Year: 2011**

**INFORMACION PARA EL DEPARTAMENTO DE HACIENDA / DEPARTMENT OF THE TREASURY INFORMATION**

7. Sueldos - Wages: 22589.00
8. Comisiones - Commissions: 0.00
9. Concesiones - Allowances: 0.00
10. Propinas - Tips: 0.00
11. Total=7+8+9+10: 22589.00
12. Gastos Reembolsados / Reimbursed Expenses: 0.00
13. Cont. Retenida - Tax Withheld: 422.90
14. Fondo de Retiro Gubernamental / Governmental Retirement Fund: 1943.02
15. Aportaciones a Planes Cualific. / Contributions to CODA PLANS: 0.00
16. Salarios bajo Ley Núm. 324 de 2004 / Salaries under Act No. 324 of 2004: 0.00
16A. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program: 0.00

**INFORMACION PARA EL SEGURO SOCIAL / SOCIAL SECURITY INFORMATION**

17. Total Sueldos Seguro Social / Social Security Wages: 0.00
18. Seguro Social Retenido / Social Security Tax Withheld: 0.00
19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips: 22589.00
20. Contrib. Medicare Retenida / Medicare Tax Withheld: 327.54
21. Propinas Seguro Social / Social Security Tips: 0.00
22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips: 0.00
23. Contrib. Medicare no Retenido en Propinas - Uncollected Medicare Tax on Tips: 0.00

Reproducido por: Departamento de Hacienda

---

## 2012 Withholding Statement (Form 499R-2/W-2 PR, Rev. 09.12)

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

1. Nombre-First Name: **MARLENE**
Apellido(s) - Surname(s): **BURGOS RIVERA**
Dirección Postal del Empleado - Employee's Mailing Address:
HC01 BOX 16224
LAS FLORES
COAMO, PR 00769

2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address:
L8012625007 S.U. JUAN
DEPT DE EDUCACION-MAESTROS
AVENIDA TENIENTE CESAR GONZALE
ESQUINA CALAF
HATO REY, PR 00919

Número Control - Control Number: **125518484**

4. Núm. de Ident. Patronal / Employer Ident. No. (EIN): **660433481**

6A. Costo de cubierta de salud auspiciada por el patrono: 0.00
6B. Donativos - Charitable Contributions: 12.00

Copia C para Récord del Empleado / Copy C for Employee's Records
**Año / Year: 2012**

**INFORMACION PARA EL DEPARTAMENTO DE HACIENDA / DEPARTMENT OF THE TREASURY INFORMATION**

7. Sueldos - Wages: 22749.74
8. Comisiones - Commissions: 0.00
9. Concesiones - Allowances: 0.00
10. Propinas - Tips: 0.00
11. Total=7+8+9+10: 22749.74
12. Gastos Reemb. y Beneficios Marginales / Reimb. Expenses and Fringe Benefits: 0.00
13. Cont. Retenida - Tax Withheld: 257.43
14. Fondo de Retiro Gubernamental / Governmental Retirement Fund: 1957.53
15. Aportaciones a Planes Cualific. / Contributions to CODA PLANS: 0.00
16. Salarios bajo Ley 324-2004 / Salaries under Act 324-2004: 0.00
16A. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program: 0.00

**INFORMACION PARA EL SEGURO SOCIAL / SOCIAL SECURITY INFORMATION**

17. Total Sueldos Seguro Social / Social Security Wages: 0.00
18. Seguro Social Retenido / Social Security Tax Withheld: 0.00
19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips: 22749.74
20. Contrib. Medicare Retenida / Medicare Tax Withheld: 329.87
21. Propinas Seguro Social / Social Security Tips: 0.00
22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips: 0.00
23. Contrib. Medicare no Retenido en Propinas - Uncollected Medicare Tax on Tips: 0.00

Reproducido por: Departamento de Hacienda

## Form 499R-2/W-2 PR Rev. 08.13 — Year 2013

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

1. Nombre-First Name: MARLENE
Apellido(s) - Surname(s): BURGOS RIVERA
Dirección Postal del Empleado - Employee's Mailing Address:
HC01 BOX 16224
LAS FLORES
COAMO, PR 00769

2. Nombre y Dirección Postal del Patrono / Employer's Name and Mailing Address:
DEPT DE EDUCACION-MAESTROS
AVENIDA TENIENTE CESAR GONZALE
ESQUINA CALAF
HATO REY, PR 00919

4. Núm. de Ident. Patronal / Employer Ident. No. (EIN): 660433481

**INFORMACION PARA EL DEPARTAMENTO DE HACIENDA / DEPARTMENT OF THE TREASURY INFORMATION**

| Box | Description | Amount |
|---|---|---|
| 7 | Sueldos - Wages | 22899.74 |
| 8 | Comisiones - Commissions | 0.00 |
| 9 | Concesiones - Allowances | 0.00 |
| 10 | Propinas - Tips | 0.00 |
| 11 | Total=7+8+9+10 | 22899.74 |
| 12 | Gastos Reemb. y Beneficios Marginales / Reimb. Expenses and Fringe Benefits | 0.00 |
| 13 | Cont. Retenida - Tax Withheld | 253.35 |
| 14 | Fondo de Retiro Gubernamental / Governmental Retirement Fund | 1971.09 |
| 15 | Aportaciones a Planes Cualific. / Contributions to CODA PLANS | 0.00 |
| 16 | Salarios bajo Ley 324-2004 / Salaries under Act 324-2004 | 0.00 |
| 16A | Aportaciones al Programa Ahorra y Duplica tu Dinero / Contributions to the Save and Double your Money Program | 0.00 |
| 6 | Costo de Pensión o Anualidad / Cost of Pension or Annuity | 0.00 |
| 6A | Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage | 0.00 |
| 6B | Donativos / Charitable Contributions | 7.00 |

**INFORMACION PARA EL SEGURO SOCIAL / SOCIAL SECURITY INFORMATION**

| Box | Description | Amount |
|---|---|---|
| 17 | Total Sueldos Seguro Social / Social Security Wages | 0.00 |
| 18 | Seguro Social Retenido / Social Security Tax Withheld | 0.00 |
| 19 | Total Sueldos y Pro. Medicare / Medicare Wages and Tips | 22899.74 |
| 20 | Contrib. Medicare Retenida / Medicare Tax Withheld | 332.05 |
| 21 | Propinas Seguro Social / Social Security Tips | 0.00 |
| 22 | Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0.00 |
| 23 | Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

Copia C para Récord del Empleado / Copy C for Employee's Records
Año / Year: **2013**
Número Control - Control Number: 004464071
Número Confirmación de Radicación Electrónica / Electronic Filing Confirmation Number: C400001

---

## Form 499R-2/W-2 PR Rev. 09.14 — Year 2014

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

1. Nombre-First Name: MARLENE
Apellido(s) - Surname(s): BURGOS RIVERA
Dirección Postal del Empleado - Employee's Mailing Address:
HC01 BOX 16224
LAS FLORES
COAMO, PR 00769

2. Nombre y Dirección Postal del Patrono / Employer's Name and Mailing Address:
DEPT DE EDUCACION-MAESTROS
AVENIDA TENIENTE CESAR GONZALE
ESQUINA CALAF
HATO REY, PR 00919

4. Núm. de Ident. Patronal / Employer Ident. No. (EIN): 660433481

**INFORMACION PARA EL DEPARTAMENTO DE HACIENDA / DEPARTMENT OF THE TREASURY INFORMATION**

| Box | Description | Amount |
|---|---|---|
| 7 | Sueldos - Wages | 22281.05 |
| 8 | Comisiones - Commissions | 0.00 |
| 9 | Concesiones - Allowances | 0.00 |
| 10 | Propinas - Tips | 0.00 |
| 11 | Total=7+8+9+10 | 22281.05 |
| 12 | Gastos Reemb. y Beneficios Marginales / Reimb. Expenses and Fringe Benefits | 0.00 |
| 13 | Cont. Retenida - Tax Withheld | 173.40 |
| 14 | Fondo de Retiro Gubernamental / Governmental Retirement Fund | 1951.40 |
| 15 | Aportaciones a Planes Cualific. / Contributions to CODA PLANS | 0.00 |
| 16 | Salarios Exentos (Ver instrucciones) / Exempt Salaries (See instructions) | 0.00 |
| 16A | Código de Salarios Exentos / Exempt Salaries Code | |
| 16B | Aportaciones al Programa Ahorra y Duplica tu Dinero / Contributions to the Save and Double your Money Program | 0.00 |
| 5 | Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage | 0.00 |
| 6 | Donativos / Charitable Contributions | 0.00 |

**INFORMACION PARA EL SEGURO SOCIAL / SOCIAL SECURITY INFORMATION**

| Box | Description | Amount |
|---|---|---|
| 17 | Total Sueldos Seguro Social / Social Security Wages | 0.00 |
| 18 | Seguro Social Retenido / Social Security Tax Withheld | 0.00 |
| 19 | Total Sueldos y Pro. Medicare / Medicare Wages and Tips | 22281.05 |
| 20 | Contrib. Medicare Retenida / Medicare Tax Withheld | 323.08 |
| 21 | Propinas Seguro Social / Social Security Tips | 0.00 |
| 22 | Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0.00 |
| 23 | Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

Patrono: - Employer:
Envíe a: - Send to:
Social Security Administration
Data Operations Center Wilkes-Barre, PA 18769-0001
Con la / With the W-3PR
Envíe al Departamento de Hacienda electrónicamente / Send to Department of the Treasury electronically (www.hacienda.gobierno.pr)
Entregue dos copias al empleado / Deliver two copies to employee
Conserve copia para sus récords / Keep copy for your records

Año / Year: **2014**
Número Control - Control Number: 004378086
Número Confirmación de Radicación Electrónica / Electronic Filing Confirmation Number: S140003
Fecha de radicación: 31 de enero - Filing date: January 31

## 2015 Withholding Statement (Form 499R-2/W-2 PR)

**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**
ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

- 1. Nombre - First Name: **MARLENE**
- Apellido(s) - Surname(s): **BURGOS RIVERA**
- Dirección Postal del Empleado - Employee's Mailing Address: HC01 BOX 16224, LAS FLORES, COAMO, PR 00769
- 2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address: DEPT DE EDUCACION-MAESTROS, AVENIDA TENIENTE CESAR GONZALE, ESQUINA CALAF, HATO REY, PR 00919
- 4. Núm. de Ident. Patronal - Employer Ident. No. (EIN): 660433481
- 5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage: 0.00
- 6. Donativos - Charitable Contributions: 0.00
- 7. Sueldos - Wages: 22499.24
- 8. Comisiones - Commissions: 0.00
- 9. Concesiones - Allowances: 0.00
- 10. Propinas - Tips: 0.00
- 11. Total = 7+8+9+10: 22499.24
- 12. Gastos Reemb. y Beneficios Marginales - Reimb. Expenses and Fringe Benefits: 0.00
- 13. Cont. Retenida - Tax Withheld: 183.32
- 14. Fondo de Retiro Gubernamental - Governmental Retirement Fund: 1971.04
- 15. Aportaciones a Planes Cualific. Contributions to CODA PLANS: 0.00
- 16. Salarios Exentos - Exempt Salaries: 0.00
- 17. Total Sueldos Seguro Social - Social Security Wages: 0.00
- 18. Seguro Social Retenido - Social Security Tax Withheld: 0.00
- 19. Total Sueldos y Pro. Medicare - Medicare Wages and Tips: 22499.24
- 20. Contrib. Medicare Retenida - Medicare Tax Withheld: 326.24
- 21. Propinas Seguro Social - Social Security Tips: 0.00
- 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips: 0.00
- 23. Contrib. Medicare no Retenid en Propinas - Uncollected Medicare Tax on Tips: 0.00
- Electronic Filing Confirmation Number: S150008
- Número Control - Control Number: 004899235
- Año - Year: **2015**
- Fecha de radicación - Filing date: January 31

---

## 2016 Withholding Statement (Form 499R-2/W-2 PR, Rev. 06.16)

**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**
ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

- 1. Nombre - First Name: **MARLENE**
- Apellido(s) - Surname(s): **BURGOS RIVERA**
- Dirección Postal del Empleado - Employee's Mailing Address: HC01 BOX 16224, LAS FLORES, COAMO, PR 00769
- 2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address: DEPT. DE EDUCACION - MAESTROS, AVENIDA TENIENTE CESAR GONZALE, ESQUINA CALAF, HATO REY, PR 00919
- 4. Núm. de Ident. Patronal - Employer Ident. No. (EIN): 660433481
- 5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage: 0.00
- 6. Donativos - Charitable Contributions: 0.00
- 7. Sueldos - Wages: 22469.07
- 8. Comisiones - Commissions: 0.00
- 9. Concesiones - Allowances: 0.00
- 10. Propinas - Tips: 0.00
- 11. Total = 7+8+9+10: 22469.07
- 12. Gastos Reemb. y Beneficios Marginales - Reimb. Expenses and Fringe Benefits: 0.00
- 13. Cont. Retenida - Tax Withheld: 181.39
- 14. Fondo de Retiro Gubernamental - Governmental Retirement Fund: 1968.33
- 15. Aportaciones a Planes Cualific. Contributions to CODA PLANS: 0.00
- 16. Salarios Exentos - Exempt Salaries: Código/Code 0.00
- 16A. Código/Code: 0.00
- 16B. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program: 0.00
- 17. Total Sueldos Seguro Social - Social Security Wages: 0.00
- 18. Seguro Social Retenido - Social Security Tax Withheld: 0.00
- 19. Total Sueldos y Pro. Medicare - Medicare Wages and Tips: 22469.07
- 20. Contrib. Medicare Retenida - Medicare Tax Withheld: 325.80
- 21. Propinas Seguro Social - Social Security Tips: 0.00
- 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips: 0.00
- 23. Contrib. Medicare no Retenid en Propinas - Uncollected Medicare Tax on Tips: 0.00
- Electronic Filing Confirmation Number: S160021
- Número Control - Control Number: 006241541
- Año - Year: **2016**
- Fecha de radicación - Filing date: January 31

Reproducido por: Departamento de Hacienda

## Form 499R-2/W-2PR (upside-down copy, Year 2017)

GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
COMPROBANTE DE RETENCIÓN - WITHHOLDING STATEMENT

222

| Field | Value |
|---|---|
| Número Control - Control Number | 00964778 |
| Electronic Filing Confirmation Number | S170008 |
| Employer's Telephone Number | (787) 773-3508 |
| 1. Nombre - First Name | MARLENE |
| Apellido(s) - Last Name(s) | BURGOS RIVERA |
| Employee's Mailing Address | HC01 BOX 16224, LAS FLORES, COAMO PR 00769 |
| 2. Employer's Name and Mailing Address | DEPT DE EDUCACION MAESTROS, AVENIDA TENIENTE CESAR ESQUINA CALAF, HATO REY PR 00919 |
| 4. Employer Ident. No. (EIN) | 66-0433481-080 |
| Año/Year | 2017 |
| Fecha de radicación - Filing date | 31 de enero - January 31 |

| Box | Description | Amount |
|---|---|---|
| 5. | Costo de cubierta de salud / Cost of employer-sponsored health coverage | 0.00 |
| 6. | Donativos - Charitable Contributions | 0.00 |
| 7. | Sueldos - Wages | 22,395.83 |
| 8. | Comisiones - Commissions | 0.00 |
| 9. | Concesiones - Allowances | 0.00 |
| 10. | Propinas - Tips | 0.00 |
| 11. | Total = 7 + 8 + 9 + 10 | 22,395.83 |
| 12. | Gastos Reemb. y Beneficios Marginales | 0.00 |
| 13. | Cont. Retenida - Tax Withheld | 177.05 |
| 14. | Fondo de Retiro Gubernamental / Governmental Retirement Fund | 1,957.16 |
| 15. | Aportaciones a Planes Calific. - Contributions to CODA PLANS | 0.00 |
| 16A. | Salarios Exentos / Exempt Salaries | 0.00 |
| 16B. | | 0.00 |
| 16C. | Aportaciones al Programa Ahorra y Duplica tu Dinero | 0.00 |
| 17. | Total Sueldos Seguro Social / Social Security Wages | 0.00 |
| 18. | Seguro Social Retenido / Social Security Tax Withheld | 0.00 |
| 19. | Total Sueldos y Pro. Medicare / Medicare Wages and Tips | 22,395.83 |
| 20. | Contrib. Medicare Retenida / Medicare Tax Withheld | 324.74 |
| 21. | Propinas Seguro Social / Social Security Tips | 0.00 |
| 22. | Seguro Social no Retenido en Propinas | 0.00 |
| 23. | Contrib. Medicare no Retenida en Propinas | 0.00 |

---

## Formulario 499R-2/W-2PR Rev. 07.18 (Year 2018)

GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
COMPROBANTE DE RETENCIÓN - WITHHOLDING STATEMENT

222

| Field | Value |
|---|---|
| 1. Nombre - First Name | MARLENE |
| Apellido(s) - Last Name(s) | BURGOS RIVERA |
| Dirección Postal del Empleado | HC01 BOX 16224, LAS FLORES, COAMO PR 00769 |
| Fecha de Nacimiento / Date of Birth | Día 11 Mes 8 Año 1982 |
| 2. Employer's Name and Mailing Address | DEPT DE EDUCACION MAESTROS, AVENIDA TENIENTE CESAR ESQUINA CALAF, HATO REY, PR 00919-0000 |
| 4. Employer Ident. No. (EIN) | 66-0433481 |
| Número Confirmación de Radicación Electrónica | F0717193216 |
| Número Control - Control Number | 180038415 |
| Fecha de radicación - Filing date | 31 de enero - January 31 |
| Año / Year | 2018 |

| Box | Description | Amount |
|---|---|---|
| 7. | Sueldos - Wages | 23,477.30 |
| 8. | Comisiones - Commissions | 0.00 |
| 9. | Concesiones - Allowances | 0.00 |
| 10. | Propinas - Tips | 0.00 |
| 11. | Total = 7 + 8 + 9 + 10 | 23,477.30 |
| 12. | Gastos Reemb. y Beneficios Marginales | 0.00 |
| 13. | Cont. Retenida - Tax Withheld | 257.33 |
| 14. | Fondo de Retiro Gubernamental / Governmental Retirement Fund | 2,052.28 |
| 15. | Aportaciones a Planes Calificados - Contributions to CODA PLANS | 0.00 |
| 16. | Salarios Exentos | 0.00 |
| 16A. | | 0.00 |
| 16B. | | 0.00 |
| 16C. | Aportaciones al Programa Ahorra y Duplica tu Dinero | 0.00 |
| 17. | Total Sueldos Seguro Social / Social Security Wages | 0.00 |
| 18. | Seguro Social Retenido / Social Security Tax Withheld | 0.00 |
| 19. | Total Sueldos y Pro. Medicare / Medicare Wages and Tips | 23,477.30 |
| 20. | Contrib. Medicare Retenida / Medicare Tax Withheld | 340.42 |
| 21. | Propinas Seguro Social / Social Security Tips | 0.00 |
| 22. | Seguro Social no Retenido en Propinas | 0.00 |
| 23. | Contrib. Medicare no Retenida en Propinas | 0.00 |

Patrono - Employer: Indique si la remuneración incluye pagos al empleado por:
- A - ☐ Servicios prestados por un médico cualificado bajo la Ley 14-2017
- B - ☐ Servicios domésticos / Domestic services
- C - ☐ Otros / Others: _____