IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO | No. 17 BK 3283-LTS |
| as representative of | Jointly Administered |
| THE COMMONWEALTH OF PUERTO RICO | |
| Debtor | |

## MOTION TO JOIN UCC MOTION FOR RECLASSIFICATION OF CLAIMS (DOCKET 11989) PURSUANT TO BANKRUPTCY RULE 3013

**TO THE HONORABLE COURT:**

COME NOW, Salud Integral de la Montaña, Inc. (SIM), through its undersigned attorney and respectfully states as follows:

The Unsecured Creditors Committee filed a motion for the reclassification of claims in Classes 39A and 41. Movant is an unsecured creditor of the Commonwealth and wishes to join

the Committee in this motion. Movant reserves any and all rights it may have under PROMESA, including but not limited to, Article 7 and section 304(h).

WHEREFORE: SIM requests from the Honorable Court that it take notice of this motion and allow movant's joiner of said motion.

Respectfully submitted on this 16th day of March, 2020.

CERTIFY: That on this same day, the ECF system sent a copy of this motion to all parties in this litigation.

/s John E. Mudd
John E. Mudd
Bar Number: 201102
Attorney for Plaintiffs
LAW OFFICES JOHN E. MUDD
P. O. BOX 194134
SAN JUAN, P.R. 00919
(787) 413-1673
Fax. (787) 753-2202
johnmuddlaw@gmail.com