11 de febrero de 2020

Marlene Burgos Rivera (Marlene Burgos)

16224 Carr 153

Coamo, Puerto Rico 00769

Teléfono (787) 363-2002

mbrelmo@hotmail.com

Número de Reclamación:

En el asunto de Estado Libre Asociado de Puerto Rico, numero de procedimiento 17 BK 3283-LTS, de la declaración de Jay Herriman en apoyo de la centésima trigésima tercera objeción global (No sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto a reclamos deficientes en los que se alegan intereses sobre la base de las reivindicaciones salariales, labores o servicios prestados. Solicitamos al tribunal que declare a lugar la objeción global en relación al reclamo de la Ley 96 Sila María Calderón, aumento salarial del año 2004 al 2019, Ley de Retiro 3% y Ley de Escala Salarial. Ya que no fue otorgado. Se adjunta documentación justificativa para evidenciar la objeción.

Gracias por su pronta atención

*[firma]*
Marlene Burgos
Marlene Burgos Rivera

## Form 499R-2/W-2 PR (Rev. 06.07) — Year 2007

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

Copia C para Récord del Empleado — Copy C for Employee's Records
**Año/Year: 2007**

1. Nombre - First Name: MARLENE
   Apellido(s) - Surname(s): BURGOS RIVERA
   Dirección Postal del Empleado - Employee's Mailing Address:
   HC01 BOX 16224
   LAS FLORES
   COAMO, PR 00769

2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address:
   L8002825007 SU J SILVA
   DEPT DE EDUCACION-MAESTROS
   AVENIDA TENIENTE CESAR GONZALE
   ESQUINA CALAF
   HATO REY, PR 00919

3. Núm. Seguro Social - Social Security No.: [redacted]
4. Núm. de Ident. Patronal - Employer's Ident. No. (EIN): 660433481
5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension: —
6. Costo de Pensión o Anualidad - Cost of Pension or Annuity: 0.00

Número de Control - Control Number: 45475866

**INFORMACION PARA EL DEPARTAMENTO DE HACIENDA / DEPARTMENT OF THE TREASURY INFORMATION**

| Box | Description | Amount |
|---|---|---|
| 7 | Sueldos - Wages | 21235.50 |
| 8 | Comisiones - Commissions | 0.00 |
| 9 | Concesiones - Allowances | 0.00 |
| 10 | Propinas - Tips | 0.00 |
| 11 | Total = 7+8+9+10 | 21235.50 |
| 12 | Gastos Reembolsados - Reimbursed Expenses | 0.00 |
| 13 | Cont. Retenida - Tax Withheld | 1181.54 |
| 14 | Fondo de Retiro - Retirement Fund | 1632.24 |
| 15 | Aportaciones a Planes Cualific. Contributions to CODA PLANS | 0.00 |
| 16 | Salarios bajo Ley Núm. 324 de 2004 / Salaries under Act No. 324 of 2004 | 0.00 |

**INFORMACION PARA EL SEGURO SOCIAL / SOCIAL SECURITY INFORMATION**

| Box | Description | Amount |
|---|---|---|
| 17 | Total Sueldos Seguro Social / Social Security Wages | 0.00 |
| 18 | Seguro Social Retenido / Social Security Tax Withheld | 0.00 |
| 19 | Total Sueldos y Pro. Medicare / Medicare Wages and Tips | 21235.50 |
| 20 | Contrib. Medicare Retenida / Medicare Tax Withheld | 307.91 |
| 21 | Propinas Seguro Social / Social Security Tips | 0.00 |
| 22 | Seguro Social no Retenido en Propinas / Uncollected Social Security on Tips | 0.00 |
| 23 | Contrib. Medicare no Retenida en Propinas / Uncollected Medicare Tax on Tips | 0.00 |

Reproducido por: Departamento de Hacienda

---

## Form 499R-2/W-2 PR (Rev. 07.08) — Year 2008

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

Copia C para Récord del Empleado — Copy C for Employee's Records
**Año/Year: 2008**

1. Nombre - First Name: MARLENE
   Apellido(s) - Surname(s): BURGOS RIVERA
   Dirección Postal del Empleado:
   HC01 BOX 16224
   LAS FLORES

2. Nombre y Dirección Postal del Patrono:
   L8002825007 SU J SILVA
   DEPT DE EDUCACION-MAESTROS
   AVENIDA TENIENTE CESAR GONZALE
   ESQUINA CALAF
   HATO REY, PR 00919

3. Núm. Seguro Social: [redacted]
4. Núm. de Ident. Patronal (EIN): 660433481
6. Costo de Pensión o Anualidad: 0.00

Número de Control: 017558347

**INFORMACION PARA EL DEPARTAMENTO DE HACIENDA**

| Box | Description | Amount |
|---|---|---|
| 7 | Sueldos - Wages | 23649.25 |
| 8 | Comisiones - Commissions | 0.00 |
| 9 | Concesiones - Allowances | 0.00 |
| 10 | Propinas - Tips | 0.00 |
| 11 | Total = 7+8+9+10 | 23649.25 |
| 12 | Gastos Reembolsados | 0.00 |
| 13 | Cont. Retenida - Tax Withheld | 1320.41 |
| 14 | Fondo de Retiro - Retirement Fund | 1849.50 |
| 15 | Contributions to CODA PLANS | 0.00 |
| 16 | Salarios bajo Ley Núm. 324 de 2004 | 0.00 |

**INFORMACION PARA EL SEGURO SOCIAL**

| Box | Description | Amount |
|---|---|---|
| 17 | Total Sueldos Seguro Social / Social Security Wages | 0.00 |
| 18 | Seguro Social Retenido / Social Security Tax Withheld | 0.00 |
| 19 | Total Sueldos y Pro. Medicare / Medicare Wages and Tips | 23649.25 |
| 20 | Contrib. Medicare Retenida / Medicare Tax Withheld | 342.91 |
| 21 | Propinas Seguro Social | 0.00 |
| 22 | Seguro Social no Retenido en Propinas | 0.00 |
| 23 | Contrib. Medicare no Retenida en Propinas | 0.00 |

Reproducido por: Departamento de Hacienda

## COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT (2009)

**1. Nombre - First Name:** MARLENE
**Apellido(s) - Surname(s):** BURGOS RIVERA
**Dirección Postal del Empleado - Employee's Mailing Address:**
HC01 BOX 16224
LAS FLORES
COAMO, PR 00769

**2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address:**
L8002825007 SU J SILVA
DEPT DE EDUCACION-MAESTROS
AVENIDA TENIENTE CESAR GONZALE
ESQUINA CALAF
HATO REY, PR 00919

**Número de Control - Control Number:** 004177623

**4. Núm. de Ident. Patronal - Employer's Ident. No. (EIN):** 660433481

**6. Costo de Pensión o Anualidad - Cost of Pension or Annuity:** 0.00

Copia C para Récord del Empleado
Copy C for Employee's Records
**Año / Year: 2009**

### INFORMACION PARA EL DEPARTAMENTO DE HACIENDA

| Campo | Valor |
|---|---|
| 7. Sueldos - Wages | 22599.50 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total=7+8+9+10 | 22599.50 |
| 12. Gastos Reembolsados - Reimbursed Expenses | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 1220.92 |
| 14. Fondo de Retiro - Retirement Fund | 1943.96 |
| 15. Aportaciones a Planes Cualific. Contributions to CODA PLANS | 0.00 |
| 16. Salarios bajo Ley Núm. 324 de 2004 - Salaries under Act No. 324 of 2004 | 0.00 |

### INFORMACION PARA EL SEGURO SOCIAL

| Campo | Valor |
|---|---|
| 17. Total Sueldos Seguro Social - Social Security Wages | 0.00 |
| 18. Seguro Social Retenido - Social Security Tax Withheld | 0.00 |
| 19. Total Sueldos y Pro. Medicare - Medicare Wages and Tips | 22599.50 |
| 20. Contrib. Medicare Retenida - Medicare Tax Withheld | 327.69 |
| 21. Propinas Seguro Social - Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0.00 |
| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

Reproducido por: Departamento de Hacienda

---

## COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT (2010)

Formulario Form 499R-2/W-2 PR Rev. 01.10
GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

**1. Nombre - First Name:** MARLENE
**Apellido(s) - Surname(s):** BURGOS RIVERA
**Dirección Postal del Empleado - Employee's Mailing Address:**
HC01 BOX 16224
LAS FLORES
COAMO, PR 00769

**2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address:**
L8012625007 S.U. JUAN
DEPT DE EDUCACION-MAESTROS
AVENIDA TENIENTE CESAR GONZALE
ESQUINA CALAF
HATO REY, PR 00919

**Número de Control - Control Number:** 107602074

**4. Núm. de Ident. Patronal - Employer's Ident. No. (EIN):** 660433481

**6. Costo de Pensión o Anualidad - Cost of Pension or Annuity:** 0.00

Copia B para Planilla del Empleado
Copy B for Employee's Tax Return
**Año / Year: 2010**

### INFORMACION PARA EL DEPARTAMENTO DE HACIENDA

| Campo | Valor |
|---|---|
| 7. Sueldos - Wages | 22556.00 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total=7+8+9+10 | 22556.00 |
| 12. Gastos Reembolsados - Reimbursed Expenses | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 1042.80 |
| 14. Fondo de Retiro - Retirement Fund | 1940.04 |
| 15. Aportaciones a Planes Cualific. Contributions to CODA PLANS | 0.00 |
| 16. Salarios bajo Ley Núm. 324 de 2004 - Salaries under Act No. 324 of 2004 | 0.00 |

### INFORMACION PARA EL SEGURO SOCIAL

| Campo | Valor |
|---|---|
| 17. Total Sueldos Seguro Social - Social Security Wages | 0.00 |
| 18. Seguro Social Retenido - Social Security Tax Withheld | 0.00 |
| 19. Total Sueldos y Pro. Medicare - Medicare Wages and Tips | 22556.00 |
| 20. Contrib. Medicare Retenida - Medicare Tax Withheld | 327.06 |
| 21. Propinas Seguro Social - Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0.00 |
| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |
| 24. Sueldos y Propinas bajo Ley HIRE de 2010 - Wages and Tips under HIRE Act of 2010 | 0.00 |

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas.
Retention: Ten (10) years from the filing date in the Return Processing Bureau.

Reproducido por: Departamento de Hacienda

## Form 499R-2/W-2 PR — Year 2011

**GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

Formulario Form 499R-2/W-2 PR Rev. 10.11

| Field | Value |
|---|---|
| 1. Nombre - First Name | MARLENE |
| Apellido(s) - Surname(s) | BURGOS RIVERA |
| Dirección Postal del Empleado | HC01 BOX 16224, LAS FLORES, COAMO, PR 00769 |
| 2. Nombre y Dirección Postal del Patrono | L8012625007 S.U. JUAN DEPT DE EDUCACION-MAESTROS AVENIDA TENIENTE CESAR GONZALE ESQUINA CALAF HATO REY, PR 00919 |
| Número Control - Control Number | 116450399 |
| 3. Núm. Seguro Social | (redacted) |
| 4. Núm. de Ident. Patronal - Employer Ident. No. (EIN) | 660433481 |
| 6. Costo de Pensión o Anualidad | 0.00 |
| 6A. Costo de cubierta de salud auspiciada por el patrono | 0.00 |
| 6B. Donativos - Charitable Contributions | 12.00 |
| 7. Sueldos - Wages | 22589.00 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total = 7+8+9+10 | 22589.00 |
| 12. Gastos Reembolsados | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 422.90 |
| 14. Fondo de Retiro Gubernamental | 1943.02 |
| 15. Aportaciones a Planes Cualific. - Contributions to CODA PLANS | 0.00 |
| 16. Salarios bajo Ley Núm. 324 de 2004 | 0.00 |
| 16A. Aportaciones al Programa Ahorra y Duplica tu Dinero | 0.00 |
| 17. Total Sueldos Seguro Social - Social Security Wages | 0.00 |
| 18. Seguro Social Retenido - Social Security Tax Withheld | 0.00 |
| 19. Total Sueldos y Pro. Medicare - Medicare Wages and Tips | 22589.00 |
| 20. Contrib. Medicare Retenida - Medicare Tax Withheld | 327.54 |
| 21. Propinas Seguro Social - Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas | 0.00 |
| 23. Contrib. Medicare no Retenida en Propinas | 0.00 |

Copia C para Récord del Empleado / Copy C for Employee's Records — Año/Year: **2011**

---

## Form 499R-2/W-2 PR — Year 2012

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

Formulario Form 499R-2/W-2 PR Rev. 09.12

| Field | Value |
|---|---|
| 1. Nombre - First Name | MARLENE |
| Apellido(s) - Surname(s) | BURGOS RIVERA |
| Dirección Postal del Empleado | HC01 BOX 16224, LAS FLORES, COAMO, PR 00769 |
| 2. Nombre y Dirección Postal del Patrono | L8012625007 S.U. JUAN DEPT DE EDUCACION-MAESTROS AVENIDA TENIENTE CESAR GONZALE ESQUINA CALAF HATO REY, PR 00919 |
| Número Control - Control Number | 125518484 |
| 3. Núm. Seguro Social | (redacted) |
| 4. Núm. de Ident. Patronal - Employer Ident. No. (EIN) | 660433481 |
| 6. Costo de Pensión o Anualidad | 0.00 |
| 6A. Costo de cubierta de salud auspiciada por el patrono | 0.00 |
| 6B. Donativos - Charitable Contributions | 12.00 |
| 7. Sueldos - Wages | 22749.74 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total = 7+8+9+10 | 22749.74 |
| 12. Gastos Reemb. y Beneficios Marginales | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 257.43 |
| 14. Fondo de Retiro Gubernamental | 1957.53 |
| 15. Aportaciones a Planes Cualific. - Contributions to CODA PLANS | 0.00 |
| 16. Salarios bajo Ley 324-2004 | 0.00 |
| 16A. Aportaciones al Programa Ahorra y Duplica tu Dinero | 0.00 |
| 17. Total Sueldos Seguro Social - Social Security Wages | 0.00 |
| 18. Seguro Social Retenido - Social Security Tax Withheld | 0.00 |
| 19. Total Sueldos y Pro. Medicare - Medicare Wages and Tips | 22749.74 |
| 20. Contrib. Medicare Retenida - Medicare Tax Withheld | 329.87 |
| 21. Propinas Seguro Social - Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas | 0.00 |
| 23. Contrib. Medicare no Retenida en Propinas | 0.00 |

Copia C para Récord del Empleado / Copy C for Employee's Records — Año/Year: **2012**

Reproducido por: Departamento de Hacienda

## Form 499R-2/W-2 PR Rev. 08.13 — Year 2013

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

| Field | Value |
|---|---|
| 1. Nombre - First Name | MARLENE |
| Apellido(s) - Surname(s) | BURGOS RIVERA |
| Dirección Postal del Empleado | HC01 BOX 16224, LAS FLORES, COAMO, PR 00769 |
| 2. Nombre y Dirección Postal del Patrono | DEPT DE EDUCACION-MAESTROS, AVENIDA TENIENTE CESAR GONZALE ESQUINA CALAF, HATO REY, PR 00919 |
| 4. Núm. de Ident. Patronal (EIN) | 660433481 |
| 6B. Donativos - Charitable Contributions | 7.00 |
| Número Confirmación Electrónica | C400001 |
| Número Control | 004464071 |
| Año / Year | 2013 |
| 7. Sueldos - Wages | 22899.74 |
| 8. Comisiones | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total = 7+8+9+10 | 22899.74 |
| 12. Gastos Reemb. y Beneficios Marginales | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 253.35 |
| 14. Fondo de Retiro Gubernamental | 1971.09 |
| 15. Aportaciones a Planes Cualific. CODA | 0.00 |
| 16. Salarios bajo Ley 324-2004 | 0.00 |
| 16A. Aportaciones Programa Ahorra y Duplica tu Dinero | 0.00 |
| 17. Total Sueldos Seguro Social | 0.00 |
| 18. Seguro Social Retenido | 0.00 |
| 19. Total Sueldos y Pro. Medicare | 22899.74 |
| 20. Contrib. Medicare Retenida | 332.05 |
| 21. Propinas Seguro Social | 0.00 |
| 22. Seguro Social no Retenido en Propinas | 0.00 |
| 23. Contrib. Medicare no Retenida en Propinas | 0.00 |

Copia C para Récord del Empleado - Copy C for Employee's Records

Reproducido por: Departamento de Hacienda

---

## Form 499R-2/W-2 PR Rev. 09.14 — Year 2014

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

| Field | Value |
|---|---|
| 1. Nombre - First Name | MARLENE |
| Apellido(s) - Surname(s) | BURGOS RIVERA |
| Dirección Postal del Empleado | HC01 BOX 16224, LAS FLORES, COAMO, PR 00769 |
| 2. Nombre y Dirección Postal del Patrono | DEPT DE EDUCACION-MAESTROS, AVENIDA TENIENTE CESAR GONZALE ESQUINA CALAF, HATO REY, PR 00919 |
| 4. Núm. de Ident. Patronal (EIN) | 660433481 |
| 5. Costo de cubierta de salud | 0.00 |
| 6. Donativos - Charitable Contributions | 0.00 |
| Número Confirmación Electrónica | S140003 |
| Número Control | 004378086 |
| Año / Year | 2014 |
| 7. Sueldos - Wages | 22281.05 |
| 8. Comisiones | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total = 7+8+9+10 | 22281.05 |
| 12. Gastos Reemb. y Beneficios Marginales | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 173.40 |
| 14. Fondo de Retiro Gubernamental | 1951.40 |
| 15. Aportaciones a Planes Cualific. CODA | 0.00 |
| 16. Salarios Exentos | 0.00 |
| 16A. Código de Salarios Exentos | |
| 16B. Aportaciones Programa Ahorra y Duplica tu Dinero | 0.00 |
| 17. Total Sueldos Seguro Social | 0.00 |
| 18. Seguro Social Retenido | 0.00 |
| 19. Total Sueldos y Pro. Medicare | 22281.05 |
| 20. Contrib. Medicare Retenida | 323.08 |
| 21. Propinas Seguro Social | 0.00 |
| 22. Seguro Social no Retenido en Propinas | 0.00 |
| 23. Contrib. Medicare no Retenida en Propinas | 0.00 |

Patrono - Employer: Envíe a - Send to: Social Security Administration, Data Operations Center Wilkes-Barre, PA 18769-0001 Con la - With the W-3PR. Envíe al Departamento de Hacienda electrónicamente (www.hacienda.gobierno.pr). Entregue dos copias al empleado - Deliver two copies to employee. Conserve copia para sus récords - Keep copy for your records.

Fecha de radicación: 31 de enero - Filing date: January 31

Reproducido por: Departamento de Hacienda

## Form 499R-2/W-2 PR — Year 2015

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

1. Nombre - First Name: MARLENE
Apellido(s) - Surname(s): BURGOS RIVERA
Dirección Postal del Empleado - Employee's Mailing Address:
HC01 BOX 16224
LAS FLORES
COAMO, PR 00769

2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address:
DEPT DE EDUCACION-MAESTROS
AVENIDA TENIENTE CESAR GONZALE
ESQUINA CALAF
HATO REY, PR 00919

3. Núm. Seguro Social - Social Security No.: [redacted]
4. Núm. de Ident. Patronal - Employer Ident. No. (EIN): 660433481
5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage: 0.00
6. Donativos - Charitable Contributions: 0.00

7. Sueldos - Wages: 22499.24
8. Comisiones - Commissions: 0.00
9. Concesiones - Allowances: 0.00
10. Propinas - Tips: 0.00
11. Total=7+8+9+10: 22499.24
12. Gastos Reemb. y Beneficios Marginales - Reimb. Expenses and Fringe Benefits: 0.00
13. Cont. Retenida - Tax Withheld: 183.32
14. Fondo de Retiro Gubernamental - Governmental Retirement Fund: 1971.04
15. Aportaciones a Planes Cualif. - Contributions to CODA PLANS: 0.00
16. Salarios Exentos (Ver instrucciones) - Exempt Salaries (See instructions): 0.00
16A. Código de Salarios Exentos - Exempt Salaries Code:
16B. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program: 0.00

17. Total Sueldos Seguro Social - Social Security Wages: 0.00
18. Seguro Social Retenido - Social Security Tax Withheld: 0.00
19. Total Sueldos y Pro. Medicare - Medicare Wages and Tips: 22499.24
20. Contrib. Medicare Retenida - Medicare Tax Withheld: 326.24
21. Propinas Seguro Social - Social Security Tips: 0.00
22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips: 0.00
23. Contrib. Medicare no Retenid en Propinas - Uncollected Medicare Tax on Tips: 0.00

Número Confirmación de Radicación Electrónica - Electronic Filing Confirmation Number: S150008
Número Control - Control Number: 004899235
Año / Year: 2015
Fecha de radicación: 31 de enero - Filing date: January 31

---

## Form 499R-2/W-2 PR Rev. 08.16 — Year 2016

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

1. Nombre - First Name: MARLENE
Apellido(s) - Surname(s): BURGOS RIVERA
Dirección Postal del Empleado - Employee's Mailing Address:
HC01 BOX 16224
LAS FLORES
COAMO, PR 00769

2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address:
DEPT. DE EDUCACION - MAESTROS
AVENIDA TENIENTE CESAR GONZALE
ESQUINA CALAF
HATO REY, PR 00919

3. Núm. Seguro Social - Social Security No.: [redacted]
4. Núm. de Ident. Patronal - Employer Ident. No. (EIN): 660433481
5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage: 0.00
6. Donativos - Charitable Contributions: 0.00

7. Sueldos - Wages: 22469.07
8. Comisiones - Commissions: 0.00
9. Concesiones - Allowances: 0.00
10. Propinas - Tips: 0.00
11. Total=7+8+9+10: 22469.07
12. Gastos Reemb. y Beneficios Marginales - Reimb. Expenses and Fringe Benefits: 0.00
13. Cont. Retenida - Tax Withheld: 181.39
14. Fondo de Retiro Gubernamental - Governmental Retirement Fund: 1968.33
15. Aportaciones a Planes Cualif. - Contributions to CODA PLANS: 0.00
Salarios Exentos (Ver instrucciones) - Exempt Salaries (See instructions):
16. Código/Code: 0.00
16A. Código/Code: 0.00
16B. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program: 0.00

17. Total Sueldos Seguro Social - Social Security Wages: 0.00
18. Seguro Social Retenido - Social Security Tax Withheld: 0.00
19. Total Sueldos y Pro. Medicare - Medicare Wages and Tips: 22469.07
20. Contrib. Medicare Retenida - Medicare Tax Withheld: 325.80
21. Propinas Seguro Social - Social Security Tips: 0.00
22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips: 0.00
23. Contrib. Medicare no Retenid en Propinas - Uncollected Medicare Tax on Tips: 0.00

Número Confirmación de Radicación Electrónica - Electronic Filing Confirmation Number: S160021
Número Control - Control Number: 006241541
Año / Year: 2016
Fecha de radicación: 31 de enero - Filing date: January 31

Reproducido por: Departamento de Hacienda

## Form 499R-2/W-2PR (Rev. 07.17) — Year 2017 (upside-down on page)

**COMPROBANTE DE RETENCIÓN - WITHHOLDING STATEMENT**
GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

Control Number: 222
Número Control - Control Number: 00096477B
Número Confirmación de Radicación Electrónica / Electronic Filing Confirmation Number: S170008
Fecha Cese de Operaciones / Cease of Operations Date: —
Número de Teléfono del Patrono / Employer's Telephone Number: (787) 773-3508

1. Nombre - First Name: MARLENE
Apellido(s) - Last Name(s): BURGOS RIVERA
Dirección Postal del Empleado - Employee's Mailing Address:
HC01 BOX 16224
LAS FLORES
COAMO PR 00769

2. Nombre y Dirección Postal del Patrono / Employer's Name and Mailing Address:
DEPT DE EDUCACION MAESTROS
AVENIDA TENIENTE CESAR
ESQUINA CALAF
HATO REY PR 00919

3. Núm. Seguro Social / Social Security No.: —
4. Núm. de Ident. Patronal / Employer Ident. No. (EIN): 66-0433481-080
5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage: 0.00
6. Donativos / Charitable Contributions: 0.00

**INFORMACIÓN PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION**

| Box | Concept | Amount |
|---|---|---|
| 7 | Sueldos - Wages | 22,395.83 |
| 8 | Comisiones - Commissions | 0.00 |
| 9 | Concesiones - Allowances | 0.00 |
| 10 | Propinas - Tips | 0.00 |
| 11 | Total = 7 + 8 + 9 + 10 | 22,395.83 |
| 12 | Gastos Reemb. y Beneficios Marginales | 0.00 |
| 13 | Cont. Retenida - Tax Withheld | 177.05 |
| 14 | Fondo de Retiro Gubernamental / Governmental Retirement Fund | 1,957.16 |
| 15 | Aportaciones a Planes Calificados / Contributions to CODA PLANS | 0.00 |
| 16 | Salarios Exentos (Ver instrucciones) / Exempt Salaries | 0.00 |
| 16A | | 0.00 |
| 16B | Aportaciones al Programa Ahora y Duplica tu Dinero - Contributions to the Save and Double your Money Program | 0.00 |

**INFORMACIÓN PARA EL SEGURO SOCIAL - SOCIAL SECURITY INFORMATION**

| Box | Concept | Amount |
|---|---|---|
| 17 | Total Sueldos Seguro Social / Social Security Wages | 22,395.83 |
| 18 | Seguro Social Retenido / Social Security Tax Withheld | 0.00 |
| 19 | Total Sueldos y Pro. Medicare / Medicare Wages and Tips | 22,395.83 |
| 20 | Contrib. Medicare Retenida / Medicare Tax Withheld | 324.74 |
| 21 | Propinas Seguro Social / Social Security Tips | 0.00 |
| 22 | Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0.00 |
| 23 | Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

Fecha de radicación - Filing date: January 31

---

## Form 499R-2/W-2PR (Rev. 07.18) — Year 2018

**COMPROBANTE DE RETENCIÓN - WITHHOLDING STATEMENT**
GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

Control Number: 222
Número Confirmación de Radicación Electrónica / Electronic Filing Confirmation Number: F0717193216
Número Control - Control Number: 180038415
Fecha Cese de Operaciones / Cease of Operations Date: —

1. Nombre - First Name: MARLENE
Apellido(s) - Last Name(s): BURGOS RIVERA
Dirección Postal del Empleado - Employee's Mailing Address:
HC01 BOX 16224
LAS FLORES
COAMO PR 00769

2. Nombre y Dirección Postal del Patrono / Employer's Name and Mailing Address:
DEPT DE EDUCACION MAESTROS
AVENIDA TENIENTE CESAR
ESQUINA CALAF
HATO REY, PR 00919-0000

3. Núm. Seguro Social / Social Security No.: —
4. Núm. de Ident. Patronal / Employer Ident. No. (EIN): 66-0433481
5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage: 0.00
6. Donativos / Charitable Contributions: 0.00

Patrono: - Employer: Indique si la remuneración incluye pagos al empleado por: / Indicate if the remuneration includes payments to the employee for:
A- ☐ Servicios prestados por un médico cualificado bajo la Ley 14-2017 / Services rendered by a qualified physician under Act 14-2017
B- ☐ Servicios domésticos / Domestic services
C- ☐ Otros / Others: _____

**INFORMACIÓN PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION**

| Box | Concept | Amount |
|---|---|---|
| 7 | Sueldos - Wages | 23,477.30 |
| 8 | Comisiones - Commissions | 0.00 |
| 9 | Concesiones - Allowances | 0.00 |
| 10 | Propinas - Tips | 0.00 |
| 11 | Total = 7 + 8 + 9 + 10 | 23,477.30 |
| 12 | Gastos Reemb. y Beneficios Marginales | 0.00 |
| 13 | Cont. Retenida - Tax Withheld | 257.33 |
| 14 | Fondo de Retiro Gubernamental / Governmental Retirement Fund | 2,052.28 |
| 15 | Aportaciones a Planes Calificados / Contributions to CODA PLANS | 0.00 |
| 16 | Salarios Exentos (Ver instrucciones) / Exempt Salaries | 0.00 |
| 16A | | 0.00 |
| 16B | | 0.00 |
| 16C | Aportaciones al Programa Ahora y Duplica tu Dinero - Contributions to the Save and Double your Money Program | 0.00 |

**INFORMACIÓN PARA EL SEGURO SOCIAL - SOCIAL SECURITY INFORMATION**

| Box | Concept | Amount |
|---|---|---|
| 17 | Total Sueldos Seguro Social / Social Security Wages | 0.00 |
| 18 | Seguro Social Retenido / Social Security Tax Withheld | 0.00 |
| 19 | Total Sueldos y Pro. Medicare / Medicare Wages and Tips | 23,477.30 |
| 20 | Contrib. Medicare Retenida / Medicare Tax Withheld | 340.42 |
| 21 | Propinas Seguro Social / Social Security Tips | 0.00 |
| 22 | Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0.00 |
| 23 | Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

Año / Year: 2018
Fecha de radicación - Filing date: January 31