24 de febrero de 2020

Lillian Burgos Rivera
16240 Carr. 153
Coamo, Puerto Rico, 00769
Teléfono: (787) 244-4144
lbrmarajohn@gmail.com

**Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico.
En el asunto de:
Junta de Supervisión y Administración Financiera para Puerto Rico
Como representante de
Estado Libre Asociado de Puerto Rico y Otros**

**Promesa, Título III
Número 17 BK 3283-LTS
La Presente radicación guarda relación con el ELA y el SRE**

**Notificación de la Centésima Novena objeción Global ( no sustantiva) del Estado Libre Asociado de Puerto Rico y del Sistema de Retiro de los empleados del Gobierno del Estado Libre Asociado de Puerto Rico a reclamos deficientes en los que se alegan intereses sobre la base de unas leyes Puertorriqueñas no especificada.**

**Número de reclamación: 110638**

Mediante esta misiva solicito al Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico, que declare a lugar la objeción global en relación al reclamo por el pago de **la Ley 96 Sila María Calderón**, aumento salarial del año 2004 al 2019, ya que el mismo no fue adjudicado ni pagado por la Ley de Quiebras de Puerto Rico.

El trabajado para el Gobierno de Puerto Rico en la Agencia del Departamento de Educación durante 16 años, sin recibir el pago por el aumento o incentivo del gobierno para ese entonces. Estimo que durante esos 16 años se me adeuda la cantidad aproximada de $ 20, 000.

También deseo solicitar al tribunal que sea diligente y acepte mi objeción por estar fuera de la fecha indicada. El haber excedido la fecha límite se debe a las consecuencias de los terremotos y sismos que han ocurrido en Puerto Rico; por tanto no se pudo enviar en o antes de la fecha indica. Por consiguiente no estaba la información completa en su totalidad en la réplica.

Se adjunta documentación justificativa para evidenciar la objeción. Tal documentación son mis W2 y talonarios. Desde el año 2004-2018, donde se demuestra que laboré durante esos años para el Gobierno de Puerto Rico el cual nunca me otorgó el aumento que por ley me correspondía.

Cordialmente,

*[firma]*

Lillian Burgos Rivera
16240 carr 153
Coamo, PR 00769
787-244-4144

11 de febrero de 2020

Lillian Burgos Rivera (Lillian Burgos)

16240 Carr 153

Coamo, Puerto Rico 00769

Teléfono (787) 244-4144

lbrmarajohn@gmail.com

Número de Reclamación: 110638, 150079, 1703283

En el asunto de Estado Libre Asociado de Puerto Rico, numero de procedimiento 17 BK 3283-LTS, de la declaración de Jay Herriman en apoyo de la centésima trigésima tercera objeción global (No sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto a reclamos deficientes en los que se alegan intereses sobre la base de las reivindicaciones salariales, labores o servicios prestados. Solicitamos al tribunal que declare a lugar la objeción global en relación al reclamo de la Ley 96 Sila María Calderón, aumento salarial del año 2004 al 2019, Ley de Retiro 3% y Ley de Escala Salarial. Ya que no fue otorgado. Se adjunta documentación justificativa para evidenciar la objeción.

Gracias por su pronta atención

Lillian Burgos
Lillian Burgos Rivera

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Burgos Rivera, Lillian | 110638 | 6/27/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Burgos Rivera, Lillian | 110638 | 6/27/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

| Estado Libre Asociado de Puerto Rico | | Grupo de Pago: | SM -Quincenal | | # Cheque: | 07718200 |
|---|---|---|---|---|---|---|
| 180 - DEPT DE EDUCACION-MAESTROS | | Desde: | 12/09/2004 | | | |
| | | Hasta: | 12/22/2004 | | Fecha: | 12/30/2004 |
| JILLIAN BURGOS RIVERA | # Empleado: | | | DATA IMP: | Federal | PR |
| CALLE TENIENTE CESAR GONZALEZ | Dept: | 8005021-Ponce Coamo | | Estado Civil: | Married | Single |
| ESQ. CALAF SECTOR TRES MONJITAS | Oficina: | Rufino Huertas | | Concesiones: | 0 | 0 |
| HATO REY PR 00918 | Titulo: | M.Ingles Elemental | | Pct. Adcl.: | | |
| SS: 9938 | Sueldo: | $1,800.00 Monthly | | Cant. Adcl.: | | |

| | | Corriente | | Acumulado | | | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | | 900.00 | 1,470.00 | 20,232.69 | Fed MED/EE | 13.05 | 308.78 |
| Bono de Navidad | | | 0.00 | | 1,000.00 | PR Withholding | 58.63 | 1,092.64 |
| Pago Retroactivo Regular | | | 0.00 | | 62.31 | | | |
| Total: | | | 900.00 | 1,470.00 | 21,295.00 | Total: | 71.68 | 1,401.42 |

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| GPR Plan de Retiro de Maestro | 81.00 | 1,826.58 | SM-First Medical Health Plan | 67.50 | 715.00 | SM-First Medical Health Plan | 100.00 | 460.00 |
| | | | GPR Plan de Ahorros | 27.00 | 608.88 | GPR Plan de Retiro de Maestro | 76.50 | 1,725.15 |
| | | | SM-Asoc Maestros de PR | 0.00 | 746.06 | FSED Disability Plan | 15.30 | 362.09 |
| | | | | | | SM-Asoc Maestros de PR | 0.00 | 560.00 |
| Total: | 81.00 | 1,826.58 | Total: | 94.50 | 2,069.94 | * Tributable | | |

| | | | | | |
|---|---|---|---|---|---|
| Corriente: | 900.00 | | 71.68 | 175.50 | 652.82 |
| Acumulado: | 21,295.00 | | 1,401.42 | 3,896.52 | 15,997.06 |

| Balance Inicial: | 0.0 | | Cheque #07718200 | 652.82 |
|---|---|---|---|---|
| + Acumulado: | | | | |
| - Utilizado: | | | Total: | 652.82 |
| - Donada: | | | | |
| + Ajustes: | | | | |
| Balance Final: | 0.0 | | | |

MENSAJE: "RECIBE UN ABRAZO Y MIS MEJORES DESEOS DE PAZ, SALUD Y PROSPERIDAD EN ESTA NAVIDAD" SILA M. CALDERON

## W-2 — Year 2005

**Formulario / Form 499R-2/W-2 PR, Rev. 05.05**

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

Copia C para Récord del Empleado — Copy C for Employee's Records
**Año / Year: 2005**

**Employee:**
- 1. Nombre - First Name: LILLIAN
- Apellido(s) - Surname(s): BURGOS RIVERA
- Dirección Postal: CALLE TENIENTE CESAR GONZALEZ ESQ. CALAF SECTOR TRES MONJI, HATO REY, PR 00918

**Employer (2):**
L8002150617 R HUERTAS
DEPT DE EDUCACION-MAESTROS
AVENIDA TENIENTE CESAR GONZALE
ESQUINA CALAF
HATO REY, PR 00919

- 4. Estado Civil - Civil Status: Soltero/Single ☐  Casado/Married ☐
- 5. Núm. de Ident. Patronal / Employer's EIN: 660433481
- 6. Costo de Pensión o Anualidad: 0.00
- Número de Control: 50613613

**Información para el Departamento de Hacienda / Treasury Information:**
- 7. Sueldos - Wages: 22750.00
- 8. Comisiones - Commissions: 0.00
- 9. Concesiones - Allowances: 0.00
- 10. Propinas - Tips: 0.00
- 11. Total=7+8+9+10: 22750.00
- 12. Gastos Reembolsados / Reimbursed Expenses: 0.00
- 13. Cont. Retenida - Tax Withheld: 1500.56
- 14. Fondo de Retiro / Retirement Fund: 1957.56
- 15. Aportaciones a Planes Cualif. / Contributions to CODA PLANS: 0.00
- 16. Salarios bajo Ley Núm. 324 de 2004 / Salaries under Act No. 324 of 2004: 0.00

**Información para el Seguro Social / Social Security Information:**
- 17. Total Sueldos Seguro Social / Social Security Wages: 0.00
- 18. Seguro Social Retenido / Social Security Tax Withheld: 0.00
- 19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips: 22750.00
- 20. Contrib. Medicare Retenida / Medicare Tax Withheld: 329.88
- 21. Propinas Seguro Social / Social Security Tips: 0.00
- 22. Seguro Social no Retenido en Propinas / Uncollected Social Security on Tips: 0.00
- 23. Contrib. Medicare no Retenida en Propinas / Uncollected Medicare Tax on Tips: 0.00

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas.
Conservation: Ten (10) years from the filing date in the Return Processing Bureau.
Reproducido por: Departamento de Hacienda

---

## W-2 — Year 2006

**Formulario / Form 499R-2/W-2 PR, Rev. 06.06**

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

Copia C para Récord del Empleado — Copy C for Employee's Records
**Año / Year: 2006**

**Employee:**
- 1. Nombre - First Name: LILLIAN
- Apellido(s) - Surname(s): BURGOS RIVERA
- Dirección Postal: CALLE TENIENTE CESAR GONZALEZ ESQ. CALAF SECTOR TRES MONJI, HATO REY, PR 00918

**Employer (2):**
L8003754916 J GONZALES
DEPT DE EDUCACION-MAESTROS
AVENIDA TENIENTE CESAR GONZALE
ESQUINA CALAF
HATO REY, PR 00919

- 4. Núm. de Ident. Patronal / EIN: 660433481
- 5. Fecha en que comenzó a recibir la pensión / Date on which you started to receive the pension: Día / Mes / Año — (blank)
- 6. Costo de Pensión o Anualidad: 0.00
- Número de Control: 22995542

**Información para el Departamento de Hacienda:**
- 7. Sueldos - Wages: 23050.00
- 8. Comisiones - Commissions: 0.00
- 9. Concesiones - Allowances: 0.00
- 10. Propinas - Tips: 0.00
- 11. Total=7+8+9+10: 23050.00
- 12. Gastos Reembolsados: 0.00
- 13. Cont. Retenida - Tax Withheld: 1527.56
- 14. Fondo de Retiro: 1984.56
- 15. Aportaciones a Planes Cualif. / CODA PLANS: 0.00
- 16. Salarios bajo Ley Núm. 324 de 2004: (illegible)

**Información para el Seguro Social:**
- 17. Total Sueldos Seguro Social: 0.00
- 18. Seguro Social Retenido: 0.00
- 19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips: 23050.00
- 20. Contrib. Medicare Retenida / Medicare Tax Withheld: 334.23
- 21. Propinas Seguro Social: 0.00
- 22. Seguro Social no Retenido en Propinas: 0.00
- 23. Contrib. Medicare no Retenida en Propinas: (cut off)

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

Formulario / Form 499R-2/W-2 PR
Rev. 06.07

| Field | Value |
|---|---|
| 1. Nombre - First Name | LILLIAN |
| Apellido(s) - Surname(s) | BURGOS RIVERA |
| Dirección Postal del Empleado - Employee's Mailing Address | CALLE TENIENTE CESAR GONZALEZ ESQ. CALAF SECTOR TRES MONJI, HATO REY, PR 00918 |
| 2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address | L8003754916 J GONZALES DEPT DE EDUCACION-MAESTROS AVENIDA TENIENTE CESAR GONZALE ESQUINA CALAF HATO REY, PR 00919 |
| Número de Teléfono del Patrono - Employer's Telephone Number | |
| Fecha de Cese de Operaciones - Cease of Operations Date | |
| Número de Control - Control Number | 45480833 |
| 3. Núm. Seguro Social - Social Security No. | |
| 4. Núm. de Ident. Patronal - Employer's Ident. No. (EIN.) | 660433481 |
| 5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension | |
| 6. Costo de Pensión o Anualidad - Cost of Pension or Annuity | 0.00 |

Copia B para Planilla del Empleado
Copy B for Employee's Tax Return

**Año / Year: 2007**

**INFORMACION PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION**

| Field | Value |
|---|---|
| 7. Sueldos - Wages | 25300.00 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total=7+8+9+10 | 25300.00 |
| 12. Gastos Reembolsados - Reimbursed Expenses | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 1430.96 |
| 14. Fondo de Retiro - Retirement Fund | 1998.00 |
| 15. Aportaciones a Planes Cualific. - Contributions to CODA PLANS | 0.00 |
| 16. Salarios bajo Ley Núm. 324 de 2004 - Salaries under Act No. 324 of 2004 | 0.00 |

**INFORMACION PARA EL SEGURO SOCIAL - SOCIAL SECURITY INFORMATION**

| Field | Value |
|---|---|
| 17. Total Sueldos Seguro Social - Social Security Wages | 0.00 |
| 18. Seguro Social Retenido - Social Security Tax Withheld | 0.00 |
| 19. Total Sueldos y Pro. Medicare - Medicare Wages and Tips | 25300.00 |
| 20. Contrib. Medicare Retenida - Medicare Tax Withheld | 366.85 |
| 21. Propinas Seguro Social - Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips | 0.00 |
| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez Esquina Calaf
HATO REY, PR 00919

| | |
|---|---|
| LILLIAN BURGOS RIVERA | # Empleado: |
| CALLE TENIENTE CESAR GONZALEZ | Dept: 8005021 - Ponce Cosmo |
| ESQ. CALAF SECTOR TRES MONJITAS | Lugar: ESCUELA ELEMENTAL URBANA NUEVA |
| HATO REY, PR 00918 | Titulo: DEPARTAMENTO DE EDUCACION |
| SS 938 | Sueldo: $2,100.00 Monthly |

Grupo de Pago: SM-Quin
Desde: 12/08/2008
Hasta: 12/19/2008

Aviso #: 2703585
Fecha Aviso: 12/30/2008

DATA IMP: Federal / PR
Estado Civil: Married / Single
Concesiones: 0 / 0
Pct. Adcl.:
Cant. Adcl.:

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,050.00 | 1,470.00 | 24,223.10 | Fed FICA Med Hospital Ins / EE | 15.23 | 366.46 |
| Bono de Navidad | | | 0.00 | | 1,000.00 | PR Withholding | 63.58 | 1,505.85 |
| Pago Retroactivo Regular | | | 0.00 | | 50.00 | | | |
| | | | 1,050.00 | 1,470.00 | 25,273.10 | Total: | 78.81 | 1,872.31 |

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| GPR Plan de Retiro de Maestro | 94.50 | 2,184.58 | RM-Prest Pers De Cuota-Ret Mae | 86.09 | 1,377.44 | SM-Preferred Health | 120.00 | 720.00 |
| | | | AE-Asoc Emp ELA-Prest Regular | 96.88 | 581.28 | GPR Plan de Retiro de Maestro | 89.25 | 2,063.28 |
| | | | SM-Preferred Health | 68.50 | 822.00 | FSED Disability Plan | 17.85 | 429.70 |
| | | | AS-FED MAESTROS DE PR | 20.00 | 64.00 | SM-Asoc Maestros de PR | 0.00 | 720.00 |
| | | | AS-ASOC MAESTROS DE P.R. | 8.50 | 102.00 | | | |
| | | | Ahorros-AEELA | 31.50 | 728.20 | | | |
| | | | SM-Asoc Maestros de PR | 0.00 | 612.00 | | | |
| | | | OS-FEDERACION DE MAESTROS | 0.00 | 8.00 | | | |
| Total: | 94.50 | 2,184.58 | Total: | 311.47 | 4,294.92 | * Tributable | 405.97 | 565.22 |

Corriente: 1,050.00 / 0.00 / 78.81 / 6,479.50 / 565.22
Acumulado: 25,273.10 / 0.00 / 1,872.31 / 16,921.29

Aviso #2703585
Total: 565.22

| Balance Inicial: | 0.0 |
|---|---|
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

MENSAJE:

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha 12/30/2008

Aviso No. 2703585

Cant. Deposito: $565.22

A la Cuenta(s) De

LILLIAN BURGOS RIVERA
CALLE TENIENTE CESAR GONZALEZ
ESQ. CALAF SECTOR TRES MONJITAS
HATO REY, PR 00918
Localizacion: ESCUELA ELEMENTAL URBANA NUEVA

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | $565.22 |
| Total: | | $565.22 |

**NO-NEGOCIABLE**

## 2009 Withholding Statement

**Form 499R-2/W-2 PR** — ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

1. Nombre-First Name: LILLIAN
Apellido(s) - Surname(s): BURGOS RIVERA
Dirección Postal del Empleado - Employee's Mailing Address:
CALLE TENIENTE CESAR GONZALEZ
ESQ. CALAF   SECTOR TRES MONJI
HATO REY, PR 00918

2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address:
L8002158131 ESC URB NU
DEPT DE EDUCACION-MAESTROS
AVENIDA TENIENTE CESAR GONZALE
ESQUINA CALAF
HATO REY, PR 00919

3. Núm. Seguro Social / Social Security No.: [signature]
4. Núm. de Ident. Patronal / Employer's Ident. No. (EIN): 660433481
5. Fecha en que comenzó a recibir la pensión:
6. Costo de Pensión o Anualidad / Cost of Pension or Annuity: 0.00

Copia C para Récord del Empleado / Copy C for Employee's Records
Año / Year: **2009**

Número de Control - Control Number: 004174998

**INFORMACION PARA EL DEPARTAMENTO DE HACIENDA / DEPARTMENT OF THE TREASURY INFORMATION**

7. Sueldos - Wages: 26199.60
8. Comisiones - Commissions: 0.00
9. Concesiones - Allowances: 0.00
10. Propinas - Tips: 0.00
11. Total=7+8+9+10: 26199.60
12. Gastos Reembolsados - Reimbursed Expenses: 0.00
13. Cont. Retenida - Tax Withheld: 1605.88
14. Fondo de Retiro - Retirement Fund: 2267.96
15. Aportaciones a Planes Cualific. - Contributions to CODA PLANS: 0.00
16. Salarios bajo Ley Núm. 324 de 2004 / Salaries under Act No. 324 of 2004: 0.00

**INFORMACION PARA EL SEGURO SOCIAL / SOCIAL SECURITY INFORMATION**

17. Total Sueldos Seguro Social / Social Security Wages: 0.00
18. Seguro Social Retenido / Social Security Tax Withheld: 0.00
19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips: 26199.60
20. Contrib. Medicare Retenida / Medicare Tax Withheld: 379.89
21. Propinas Seguro Social / Social Security Tips: 0.00
22. Seguro Social no Retenido en Propinas / Uncollected Social Security Tax on Tips: 0.00
23. Contrib. Medicare no Retenida en Propinas / Uncollected Medicare Tax on Tips: 0.00

Reproducido por: Departamento de Hacienda

---

## 2010 Withholding Statement

**Form 499R-2/W-2 PR Rev. 05.10** — GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

1. Nombre-First Name: LILLIAN
Apellido(s) - Surname(s): BURGOS RIVERA
Dirección Postal del Empleado - Employee's Mailing Address:
CALLE TENIENTE CESAR GONZALEZ
ESQ. CALAF   SECTOR TRES MONJI
HATO REY, PR 00918

2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address:
L8013758131 JOSE M ESP
DEPT DE EDUCACION-MAESTROS
AVENIDA TENIENTE CESAR GONZALE
ESQUINA CALAF
HATO REY, PR 00919

3. Núm. Seguro Social / Social Security No.: [signature]
4. Núm. de Ident. Patronal / Employer Ident. No. (EIN): 660433481
5. Fecha en que comenzó a recibir la pensión:
6. Costo de Pensión o Anualidad / Cost of Pension or Annuity: 0.00

Copia C para Récord del Empleado / Copy C for Employee's Records
Año / Year: **2010**

Número de Control - Control Number: 107610717

**INFORMACION PARA EL DEPARTAMENTO DE HACIENDA**

7. Sueldos - Wages: 26184.24
8. Comisiones - Commissions: 0.00
9. Concesiones - Allowances: 0.00
10. Propinas - Tips: 0.00
11. Total=7+8+9+10: 26184.24
12. Gastos Reembolsados - Reimbursed Expenses: 0.00
13. Cont. Retenida - Tax Withheld: 1396.56
14. Fondo de Retiro - Retirement Fund: 2266.58
15. Aportaciones a Planes Cualific. - Contributions to CODA PLANS: 0.00
16. Salarios bajo Ley Núm. 324 de 2004 / Salaries under Act No. 324 of 2004: 0.00

**INFORMACION PARA EL SEGURO SOCIAL**

17. Total Sueldos Seguro Social / Social Security Wages: 0.00
18. Seguro Social Retenido / Social Security Tax Withheld: 0.00
19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips: 26184.24
20. Contrib. Medicare Retenida / Medicare Tax Withheld: 379.67
21. Propinas Seguro Social / Social Security Tips: 0.00
22. Seguro Social no Retenido en Propinas / Uncollected Social Security Tax on Tips: 0.00
23. Contrib. Medicare no Retenida en Propinas / Uncollected Medicare Tax on Tips: 0.00
24. Sueldos y Propinas bajo HIRE de 2010 / Wages and Tips under HIRE Act of 2010: 0.00

Reproducido por: Departamento de Hacienda

## Form 499R-2/W-2 PR (Rev. 10.11) — Year 2011

**GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

Copia C para Récord del Empleado / Copy C for Employee's Records
Año / Year: **2011**

- 1. Nombre - First Name: **LILLIAN**
- Apellido(s) - Surname(s): **BURGOS RIVERA**
- Dirección Postal del Empleado - Employee's Mailing Address:
  CALLE TENIENTE CESAR GONZALEZ
  ESQ. CALAF    SECTOR TRES MONJI
  HATO REY, PR 00918
- 2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address:
  L8013758131 JOSE M ESP
  DEPT DE EDUCACION-MAESTROS
  AVENIDA TENIENTE CESAR GONZALE
  ESQUINA CALAF
  HATO REY, PR 00919
- Número Control - Control Number: **116460579**
- 3. Núm. Seguro Social / Social Security No.: (signed)
- 4. Núm. de Ident. Patronal / Employer Ident. No. (EIN): **660433481**
- 5. Fecha en que comenzó a recibir la pensión: —
- 6. Costo de Pensión o Anualidad / Cost of Pension or Annuity: 0.00
- 6A. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage: 0.00
- 6B. Donativos / Charitable Contributions: 0.00

**INFORMACION PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION**

- 7. Sueldos - Wages: **26181.52**
- 8. Comisiones - Commissions: 0.00
- 9. Concesiones - Allowances: 0.00
- 10. Propinas - Tips: 0.00
- 11. Total = 7+8+9+10: **26181.52**
- 12. Gastos Reembolsados / Reimbursed Expenses: 0.00
- 13. Cont. Retenida - Tax Withheld: **728.81**
- 14. Fondo de Retiro Gubernamental / Governmental Retirement Fund: **2266.34**
- 15. Aportaciones a Planes Cualific. / Contributions to CODA PLANS: 0.00
- 16. Salarios bajo Ley Núm. 324 de 2004 / Salaries under Act No. 324 of 2004: 0.00
- 16A. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program: 0.00

**INFORMACION PARA EL SEGURO SOCIAL / SOCIAL SECURITY INFORMATION**

- 17. Total Sueldos Seguro Social / Social Security Wages: 0.00
- 18. Seguro Social Retenido / Social Security Tax Withheld: 0.00
- 19. Total Sueldos y Pro. Medic. / Medicare Wages and Tips: **26181.52**
- 20. Contrib. Medicare Retenida / Medicare Tax Withheld: **379.63**
- 21. Propinas Seguro Social / Social Security Tips: 0.00
- 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips: 0.00
- 23. Contrib. Medicare no Reten en Propinas - Uncollected Medicare Tax on Tips: 0.00

---

## Form 499R-2/W-2 PR (Rev. 09.12) — Year 2012

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

Copia C para Récord del Empleado / Copy C for Employee's Records
Año / Year: **2012**

- 1. Nombre - First Name: **LILLIAN**
- Apellido(s) - Surname(s): **BURGOS RIVERA**
- Dirección Postal del Empleado:
  CALLE TENIENTE CESAR GONZALEZ
  ESQ. CALAF    SECTOR TRES MONJI
  HATO REY, PR 00918
- 2. Nombre y Dirección Postal del Patrono:
  L8013758131 JOSE M ESP
  DEPT DE EDUCACION-MAESTROS
  AVENIDA TENIENTE CESAR GONZALE
  ESQUINA CALAF
  HATO REY, PR 00919
- Número Control - Control Number: **125529102**
- 3. Núm. Seguro Social: (signed)
- 4. Núm. de Ident. Patronal / Employer Ident. No. (EIN): **660433481**
- 6. Costo de Pensión o Anualidad: 0.00
- 6A. Costo de cubierta de salud auspiciada por el patrono: 0.00
- 6B. Donativos / Charitable Contributions: 0.00

**INFORMACION PARA EL DEPARTAMENTO DE HACIENDA**

- 7. Sueldos - Wages: **29903.18**
- 8. Comisiones - Commissions: 0.00
- 9. Concesiones - Allowances: 0.00
- 10. Propinas - Tips: 0.00
- 11. Total = 7+8+9+10: **29903.18**
- 12. Gastos Reemb. y Beneficios Marginales / Reimb. Expenses and Fringe Benefits: 0.00
- 13. Cont. Retenida - Tax Withheld: **868.13**
- 14. Fondo de Retiro Gubernamental: **2496.71**
- 15. Aportaciones a Planes Cualific. / Contributions to CODA PLANS: 0.00
- 16. Salarios bajo Ley 324-2004 / Salaries under Act 324-2004: 0.00
- 16A. Aportaciones al Programa Ahorra y Duplica tu Dinero: 0.00

**INFORMACION PARA EL SEGURO SOCIAL / SOCIAL SECURITY INFORMATION**

- 17. Total Sueldos Seguro Social / Social Security Wages: 0.0(?)
- 18. Seguro Social Retenido: 0.(?)
- 19. Total Sueldos y Pro. Medicare Wages and Tips: 29903(.18)
- 20. Contrib. Medicare Retenida / Medicare Tax Withheld: 433(?)
- 21. Propinas Seguro Social: (cut off)
- 22. Seguro Social no Retenido en Propinas: (cut off)
- 23. Contrib. Medicare no Retenido en Propinas: (cut off)

Reproducido por: Departamento d(e Hacienda)

## Form 499R-2/W-2 PR — Year 2013

**Employee:** LILLIAN BURGOS RIVERA
**Address:** CALLE TENIENTE CESAR GONZALEZ ESQ. CALAF SECTOR TRES MONJI, HATO REY, PR 00918
**Employer:** DEPT DE EDUCACION-MAESTROS, AVENIDA TENIENTE CESAR GONZALE ESQUINA CALAF, HATO REY, PR 00919
**Employer EIN:** 660433481
**Control Number:** 004464079
**Electronic Filing Confirmation Number:** C400001

| Box | Description | Amount |
|---|---|---|
| 7 | Sueldos - Wages | 33590.97 |
| 8 | Comisiones - Commissions | 0.00 |
| 9 | Concesiones - Allowances | 0.00 |
| 10 | Propinas - Tips | 0.00 |
| 11 | Total = 7+8+9+10 | 33590.97 |
| 12 | Gastos Reemb. y Beneficios Marginales | 0.00 |
| 13 | Cont. Retenida - Tax Withheld | 1106.52 |
| 14 | Fondo de Retiro Gubernamental | 2828.86 |
| 15 | Aportaciones a Planes Cualific. CODA PLANS | 0.00 |
| 16 | Salarios bajo Ley 324-2004 | 0.00 |
| 16A | Aportaciones al Programa Ahorra y Duplica tu Dinero | 0.00 |
| 17 | Total Sueldos Seguro Social | 0.00 |
| 18 | Seguro Social Retenido | 0.00 |
| 19 | Total Sueldos y Prop. Medicare Wages and Tips | 33590.97 |
| 20 | Contrib. Medicare Retenida | 487.07 |
| 21 | Propinas Seguro Social | 0.00 |
| 22 | Seguro Social no Retenido en Propinas | 0.00 |
| 23 | Contrib. Medicare no Retenida en Propinas | 0.00 |

Copia C para Récord del Empleado / Copy C for Employee's Records

---

## Form 499R-2/W-2 PR (Rev. 09.14) — Year 2014

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

**Employee:** LILLIAN BURGOS RIVERA
**Address:** CALLE TENIENTE CESAR GONZALEZ ESQ. CALAF SECTOR TRES MONJI, HATO REY, PR 00918
**Employer:** DEPT DE EDUCACION-MAESTROS, AVENIDA TENIENTE CESAR GONZALE ESQUINA CALAF, HATO REY, PR 00919
**Employer EIN:** 660433481
**Control Number:** 004378093
**Electronic Filing Confirmation Number:** 8140003

| Box | Description | Amount |
|---|---|---|
| 7 | Sueldos - Wages | 36670.43 |
| 8 | Comisiones - Commissions | 0.00 |
| 9 | Concesiones - Allowances | 0.00 |
| 10 | Propinas - Tips | 0.00 |
| 11 | Total = 7+8+9+10 | 36670.43 |
| 12 | Gastos Reemb. y Beneficios Marginales | 0.00 |
| 13 | Cont. Retenida - Tax Withheld | 1386.31 |
| 14 | Fondo de Retiro Gubernamental | 3189.38 |
| 15 | Aportaciones a Planes Cualific. CODA PLANS | 0.00 |
| 16 | Salarios Exentos (Exempt Salaries) | 0.00 |
| 16A | Código de Salarios Exentos | |
| 16B | Aportaciones al Programa Ahorra y Duplica tu Dinero | |
| 17 | Total Sueldos Seguro Social | 0.00 |
| 18 | Seguro Social Retenido | 0.00 |
| 19 | Total Sueldos y Prop. Medicare Wages and Tips | 36670.43 |
| 20 | Contrib. Medicare Retenida | 531.72 |
| 21 | Propinas Seguro Social | 0.00 |
| 22 | Seguro Social no Retenido en Propinas | 0.00 |
| 23 | Contrib. Medicare no Retenida en Propinas | 0.00 |

## Form 499R-2/W-2 PR — Rev. 08.15

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

| Field | Value |
|---|---|
| 1. Nombre - First Name | LILLIAN |
| Apellido(s) - Surname(s) | BURGOS RIVERA |
| Dirección Postal del Empleado - Employee's Mailing Address | CALLE TENIENTE CESAR GONZALEZ ESQ. CALAF SECTOR TRES MONJI HATO REY, PR 00918 |
| 2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address | DEPT DE EDUCACION-MAESTROS AVENIDA TENIENTE CESAR GONZALE ESQUINA CALAF HATO REY, PR 00919 |
| 4. Núm. de Ident. Patronal - Employer Ident. No. (EIN) | 660433481 |
| 5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage | 0.00 |
| 6. Donativos - Charitable Contributions | 0.00 |
| 7. Sueldos - Wages | 34971.37 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total = 7+8+9+10 | 34971.37 |
| 12. Gastos Reemb. y Beneficios Marginales - Reimb. Expenses and Fringe Benefits | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 1334.76 |
| 14. Fondo de Retiro Gubernamental - Governmental Retirement Fund | 3093.48 |
| 15. Aportaciones a Planes Cualific. - Contributions to CODA PLANS | 0.00 |
| 16. Salarios Exentos (Ver Instrucciones) / Exempt Salaries | 0.00 |
| 16A. Código de Salarios Exentos - Exempt Salaries Code | |
| 16B. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program | 0.00 |
| 17. Total Sueldos Seguro Social - Social Security Wages | 0.00 |
| 18. Seguro Social Retenido - Social Security Tax Withheld | 0.00 |
| 19. Total Sueldos y Pro. Medicare - Medicare Wages and Tips | 34971.37 |
| 20. Contrib. Medicare Retenida - Medicare Tax Withheld | 507.08 |
| 21. Propinas Seguro Social - Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0.00 |
| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |
| Número Confirmación de Radicación Electrónica - Electronic Filing Confirmation Number | S150008 |
| Número Control - Control Number | 004899241 |
| Año - Year | 2015 |

Fecha de radicación: 31 de enero - Filing date: January 31

---

## Form 499R-2/W-2 PR — Rev. 08.16

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

| Field | Value |
|---|---|
| 1. Nombre - First Name | LILLIAN |
| Apellido(s) - Surname(s) | BURGOS RIVERA |
| Dirección Postal del Empleado - Employee's Mailing Address | CALLE TENIENTE CESAR GONZALEZ ESQ. CALAF SECTOR TRES MONJI HATO REY, PR 00918 |
| 2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address | DEPT. DE EDUCACION - MAESTROS AVENIDA TENIENTE CESAR GONZALE ESQUINA CALAF HATO REY, PR 00919 |
| 4. Núm. de Ident. Patronal - Employer Ident. No. (EIN) | 660433481 |
| 5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage | 0.00 |
| 6. Donativos - Charitable Contributions | 0.00 |
| 7. Sueldos - Wages | 34998.05 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total = 7+8+9+10 | 34998.05 |
| 12. Gastos Reemb. y Beneficios Marginales - Reimb. Expenses and Fringe Benefits | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 1338.16 |
| 14. Fondo de Retiro Gubernamental - Governmental Retirement Fund | 3095.88 |
| 15. Aportaciones a Planes Cualific. - Contributions to CODA PLANS | 0.00 |
| 16. Salarios Exentos (Ver Instrucciones) / Exempt Salaries Código/Code | 0.00 |
| 16A. Código/Code | 0.00 |
| 16B. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program | 0.00 |
| 17. Total Sueldos Seguro Social - Social Security Wages | 0.00 |
| 18. Seguro Social Retenido - Social Security Tax Withheld | 0.00 |
| 19. Total Sueldos y Pro. Medicare - Medicare Wages and Tips | 34998.05 |
| 20. Contrib. Medicare Retenida - Medicare Tax Withheld | 507.47 |
| 21. Propinas Seguro Social - Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0.00 |
| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |
| Número Confirmación de Radicación Electrónica - Electronic Filing Confirmation Number | S160021 |
| Número Control - Control Number | 006253075 |
| Año - Year | 2016 |

Fecha de radicación: 31 de enero - Filing date: January 31

## Form 499R-2/W-2PR Rev. 07.17 — Year 2017

**GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCIÓN - WITHHOLDING STATEMENT**

222

- 1. Nombre - First Name: LILLIAN
- Apellido(s) - Last Name(s): BURGOS RIVERA
- Dirección Postal del Empleado - Employee's Mailing Address:
  CALLE TENIENTE CESAR G
  ESQ. CALAF SECTOR TR
  HATO REY PR 00918
- Fecha de Nacimiento / Date of Birth: Día___ Mes___ Año___
- 2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address:
  DEPT DE EDUCACION MAESTROS
  AVENIDA TENIENTE CESAR
  ESQUINA CALAF
  HATO REY PR 00919
- Número de Teléfono del Patrono / Employer's Telephone Number: (787) 773-3508
- Fecha Cese de Operaciones / Cease of Operations Date: Día___ Mes___ Año___
- Número Confirmación de Radicación Electrónica / Electronic Filing Confirmation Number: S170008
- Número Control - Control Number: 006976461

- 3. Núm. Seguro Social / Social Security No.:
- 4. Núm. de Ident. Patronal / Employer Ident. No. (EIN): 660433481-060
- 5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage: 0.00
- 6. Donativos / Charitable Contributions: 0.00

Patrono: - Employer:
- Envíe a: - Send to:
  Social Security Administration
  Data Operations Center
  Wilkes-Barre, PA 18769-0001
  Con la / With the W-3PR
- Envíe al Departamento de Hacienda electrónicamente / Send to Department of the Treasury electronically (www.hacienda.pr.gov)
- Entregue dos copias al empleado / Deliver two copies to employee
- Conserve copia para sus récords / Keep copy for your records

Año: / Year: **2017**

- 7. Sueldos - Wages: 34,951.85
- 8. Comisiones - Commissions: 0.00
- 9. Concesiones - Allowances: 0.00
- 10. Propinas - Tips: 0.00
- 11. Total = 7 + 8 + 9 + 10: 34,951.85
- 12. Gastos Reemb. y Beneficios Marginales / Reimb. Expenses and Fringe Benefits: 0.00
- 13. Cont. Retenida - Tax Withheld: 1,333.29
- 14. Fondo de Retiro Gubernamental / Governmental Retirement Fund: 3,084.55
- 15. Aportaciones a Planes Cualific. Contributions to CODA PLANS: 0.00
- Salarios Exentos (Ver instrucciones) / Exempt Salaries (See instructions):
- 16. Código/Code: 0.00
- 16A. Código/Code: 0.00
- 16B. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program: 0.00

- 17. Total Sueldos Seguro Social / Social Security Wages: 0.00
- 18. Seguro Social Retenido / Social Security Tax Withheld: 0.00
- 19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips: 34,951.85
- 20. Contrib. Medicare Retenida / Medicare Tax Withheld: 506.80
- 21. Propinas Seguro Social / Social Security Tips: 0.00
- 22. Seguro Social no Retenido en Propinas / Uncollected Social Security Tax on Tips: 0.00
- 23. Contrib. Medicare no Retenida en Propinas / Uncollected Medicare Tax on Tips: 0.00

Fecha de radicación: 31 de enero - Filing date: January 31

---

## Form 499R-2/W-2PR Rev. 07.18 — Year 2018

**GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCIÓN - WITHHOLDING STATEMENT**

222

- 1. Nombre - First Name: LILLIAN
- Apellido(s) - Last Name(s): BURGOS RIVERA
- Dirección Postal del Empleado - Employee's Mailing Address:
  CALLE TENIENTE CESAR G
  ESQ. CALAF SECTOR TR
  HATO REY PR 00918
- Fecha de Nacimiento / Date of Birth: Día___ Mes___ Año___
- 2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address:
  DEPT DE EDUCACION MAESTROS
  AVENIDA TENIENTE CESAR
  ESQUINA CALAF
  HATO REY, PR 00919-0000
- Número de Teléfono del Patrono / Employer's Telephone Number:
- Fecha Cese de Operaciones / Cease of Operations Date: Día___ Mes___ Año___
- Número Confirmación de Radicación Electrónica / Electronic Filing Confirmation Number: F0717193216
- Número Control - Control Number: 180049818

- 3. Núm. Seguro Social / Social Security No.:
- 4. Núm. de Ident. Patronal / Employer Ident. No. (EIN): 66-0433481
- 5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage: 0.00
- 6. Donativos / Charitable Contributions: 0.00

Patrono: - Employer:
Indique si la remuneración incluye pagos al empleado por: / Indicate if the renumeration includes payments to the employee for:
- A - ☐ Servicios prestados por un médico cualificado bajo la Ley 14-2017 / Services rendered by a qualified physician under Act 14-2017
- B - ☐ Servicios domésticos / Domestic services
- C - ☐ Otros / Others: _____

Año: / Year: **2018**

- 7. Sueldos - Wages: 37,429.21
- 8. Comisiones - Commissions: 0.00
- 9. Concesiones - Allowances: 0.00
- 10. Propinas - Tips: 0.00
- 11. Total = 7 + 8 + 9 + 10: 37,429.21
- 12. Gastos Reemb. y Beneficios Marginales: 0.00
- 13. Cont. Retenida - Tax Withheld: 1,592.85
- 14. Fondo de Retiro Gubernamental / Governmental Retirement Fund: 3,199.33
- 15. Aportaciones a Planes Calificados / Contributions to CODA PLANS: 0.00
- Salarios Exentos (Ver instrucciones) / Exempt Salaries (See instructions):
- 16. Código/Code: 0.00
- 16A. Código/Code: 0.00
- 16B. Código/Code: 0.00
- 16C. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program: 0.00

- 17. Total Sueldos Seguro Social / Social Security Wages: 0.00
- 18. Seguro Social Retenido / Social Security Tax Withheld: 0.00
- 19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips: 37,429.21
- 20. Contrib. Medicare Retenida / Medicare Tax Withheld: 542.72
- 21. Propinas Seguro Social / Social Security Tips: 0.00
- 22. Seguro Social no Retenido en Propinas / Uncollected Social Security Tax on Tips: 0.00
- 23. Contrib. Medicare no Retenida en Propinas / Uncollected Medicare Tax on Tips: 0.00

Fecha de radicación: 31 de enero - Filing date: January 31