24 de febrero de 2020

Lillian Burgos Rivera
16240 Carr. 153
Coamo, Puerto Rico, 00769
Teléfono: (787) 244-4144
lbrmarajohn@gmail.com

**Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico.**
**En el asunto de:**
**Junta de Supervisión y Administración Financiera para Puerto Rico**
**Como representante de**
**Estado Libre Asociado de Puerto Rico y Otros**

**Promesa, Título III**
**Número 17 BK 3283-LTS**
**La presente radicación guarda relación con el ELA, la ACT y el SRE**

**Notificación de la Centésima Novena objeción Global ( no sustantiva) del Estado Libre Asociado de Puerto Rico y del Sistema de Retiro de los empleados del Gobierno del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del sistema de Retiro de los empleados de gobierno del Estado Libre Asociado de Puerto Rico a Reclamos deficientes en los que se alegan intereses sobre la base de las reivindicaciones salariales, Laborales o servicios prestados.**

**Número de reclamación: 150079**

Mediante esta misiva solicito al Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico, que declare a lugar la objeción global en relación al reclamo por **el pago de exceso de enfermedad**, ya que el mismo no fue adjudicado ni pagado por la Ley de Quiebras de Puerto Rico.

El trabajado para el Gobierno de Puerto Rico en la Agencia del Departamento de Educación durante 16 años, sin recibir el pago por el aumento o incentivo del gobierno para ese entonces. Estimo que durante esos 16 años se me adeuda la cantidad aproximada de $ 33, 000.

También deseo solicitar al tribunal que sea diligente y acepte mi objeción por estar fuera de la fecha indicada. El haber excedido la fecha límite se debe a las consecuencias de los terremotos y sismos que han ocurrido en Puerto Rico; por tanto no se pudo enviar en o antes de la fecha indica. Por consiguiente no estaba la información completa en su totalidad en la réplica.

Se adjunta documentación justificativa para evidenciar la objeción. Tal documentación son mis W2 y talonarios. Desde el año 2004-2018, donde se demuestra que laboré durante esos años para el Gobierno de Puerto Rico el cual nunca me otorgó el aumento que por ley me correspondía.

Cordialmente,

Lillian Burgos Rivera
16240 carr 153
Coamo, PR 00769
787-244-4144

11 de febrero de 2020

Lillian Burgos Rivera (Lillian Burgos)

16240 Carr 153

Coamo, Puerto Rico 00769

Teléfono (787) 244-4144

lbrmarajohn@gmail.com

Número de Reclamación: 110638, 150079, 1703283

En el asunto de Estado Libre Asociado de Puerto Rico, numero de procedimiento 17 BK 3283-LTS, de la declaración de Jay Herriman en apoyo de la centésima trigésima tercera objeción global (No sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto a reclamos deficientes en los que se alegan intereses sobre la base de las reivindicaciones salariales, labores o servicios prestados. Solicitamos al tribunal que declare a lugar la objeción global en relación al reclamo de la Ley 96 Sila María Calderón, aumento salarial del año 2004 al 2019, Ley de Retiro 3% y Ley de Escala Salarial. Ya que no fue otorgado. Se adjunta documentación justificativa para evidenciar la objeción.

Gracias por su pronta atención

_[firma]_
Lillian Burgos
Lillian Burgos Rivera

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Burgos, Lilian | 150079 | 6/29/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | \multicolumn{4}{l|}{Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors} |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Burgos, Lilian | 150079 | 6/29/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | \multicolumn{4}{l|}{La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.} |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

Estado Libre Asociado de Puerto Rico
180 - DEPT DE EDUCACION-MAESTROS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 12/09/2004 |
| Hasta: | 12/22/2004 |

# Cheque: 07718200
Fecha: 12/30/2004

JILLIAN BURGOS RIVERA
CALLE TENIENTE CESAR GONZALEZ
ESQ. CALAF SECTOR TRES MONJITAS
HATO REY PR 00918
SS: -9938

| | |
|---|---|
| # Empleado: | |
| Dept: | 8005021-Ponce Coamo |
| Oficina: | Rufino Huertas |
| Titulo: | M.Ingles Elemental |
| Sueldo: | $1,800.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Single |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 900.00 | 1,470.00 | 20,232.69 | Fed MED/EE | 13.05 | 308.78 |
| Bono de Navidad | | | 0.00 | | 1,000.00 | PR Withholding | 58.63 | 1,092.64 |
| Pago Retroactivo Regular | | | 0.00 | | 62.31 | | | |
| **Total:** | | | 900.00 | 1,470.00 | 21,295.00 | **Total:** | 71.68 | 1,401.42 |

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| GPR Plan de Retiro de Maestro | 81.00 | 1,826.58 | SM-First Medical Health Plan | 67.50 | 715.00 | SM-First Medical Health Plan | 100.00 | 460.00 |
| | | | GPR Plan de Ahorros | 27.00 | 608.88 | GPR Plan de Retiro de Maestro | 76.50 | 1,725.15 |
| | | | SM-Asoc Maestros de PR | 0.00 | 746.06 | FSED Disability Plan | 15.30 | 362.09 |
| | | | | | | SM-Asoc Maestros de PR | 0.00 | 560.00 |
| **Total:** | 81.00 | 1,826.58 | **Total:** | 94.50 | 2,069.94 | * Tributable | | |
| Corriente: | 900.00 | | | 71.68 | | 175.50 | | 652.82 |
| Acumulado: | 21,295.00 | | | 1,401.42 | | 3,896.52 | | 15,997.06 |

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

| | |
|---|---|
| Cheque #07718200 | 652.82 |
| **Total:** | 652.82 |

MENSAJE: "RECIBE UN ABRAZO Y MIS MEJORES DESEOS DE PAZ, SALUD Y PROSPERIDAD EN ESTA NAVIDAD" SILA M. CALDERON

## Form 499R-2/W-2 PR — Year 2005

**Formulario / Form 499R-2/W-2 PR Rev. 05.05**

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

- 1. Nombre-First Name: **LILLIAN**
- Apellido(s) - Surname(s): **BURGOS RIVERA**
- Dirección Postal del Empleado - Employee's Mailing Address:
  CALLE TENIENTE CESAR GONZALEZ
  ESQ. CALAF   SECTOR TRES MONJI
  HATO REY, PR 00918
- 2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address:
  L8002150617 R HUERTAS
  DEPT DE EDUCACION-MAESTROS
  AVENIDA TENIENTE CESAR GONZALE
  ESQUINA CALAF
  HATO REY, PR 00919
- Número de Control - Control Number: **50613613**

- 3. Núm. Seguro Social / Social Security No.
- 4. Estado Civil - Civil Status: Soltero / Single ☐  Casado / Married ☐
- 5. Núm. de Ident. Patronal / Employer's Ident. No. (EIN): **660433481**
- 6. Costo de Pensión o Anualidad / Cost of Pension or Annuity: **0.00**

Copia C para Récord del Empleado / Copy C for Employee's Records

**Año / Year: 2005**

INFORMACION PARA EL DEPARTAMENTO DE HACIENDA / DEPARTMENT OF THE TREASURY INFORMATION

- 7. Sueldos - Wages: **22750.00**
- 8. Comisiones - Commissions: **0.00**
- 9. Concesiones - Allowances: **0.00**
- 10. Propinas - Tips: **0.00**
- 11. Total=7+8+9+10: **22750.00**
- 12. Gastos Reembolsados / Reimbursed Expenses: **0.00**
- 13. Cont. Retenida - Tax Withheld: **1500.56**
- 14. Fondo de Retiro / Retirement Fund: **1957.56**
- 15. Aportaciones a Planes Cualific. / Contributions to CODA PLANS: **0.00**
- 16. Salarios bajo Ley Núm. 324 de 2004 / Salaries under Act No. 324 of 2004: **0.00**

INFORMACION PARA EL SEGURO SOCIAL / SOCIAL SECURITY INFORMATION

- 17. Total Sueldos Seguro Social / Social Security Wages: **0.00**
- 18. Seguro Social Retenido / Social Security Tax Withheld: **0.00**
- 19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips: **22750.00**
- 20. Contrib. Medicare Retenida / Medicare Tax Withheld: **329.88**
- 21. Propinas Seguro Social / Social Security Tips: **0.00**
- 22. Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips: **0.00**
- 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips: **0.00**

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas
Conservation: Ten (10) years from the filing date in the Return Processing Bureau
Reproducido por: Departamento de Hacienda

---

## Form 499R-2/W-2 PR — Year 2006

**Formulario / Form 499R-2/W-2 PR Rev. 06.06**

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

- 1. Nombre-First Name: **LILLIAN**
- Apellido(s) - Surname(s): **BURGOS RIVERA**
- Dirección Postal del Empleado - Employee's Mailing Address:
  CALLE TENIENTE CESAR GONZALEZ
  ESQ. CALAF   SECTOR TRES MONJI
  HATO REY, PR 00918
- 2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address:
  L8003754916 J GONZALES
  DEPT DE EDUCACION-MAESTROS
  AVENIDA TENIENTE CESAR GONZALE
  ESQUINA CALAF
  HATO REY, PR 00919
- Número de Control - Control Number: **22995542**

- 3. Núm. Seguro Social / Social Security No.
- 4. Núm. de Ident. Patronal / Employer's Ident. No. (EIN): **660433481**
- 5. Fecha en que comenzó a recibir la pensión / Date on which you started to receive the pension (Día/Day Mes/Month Año/Year)
- 6. Costo de Pensión o Anualidad / Cost of Pension or Annuity: **0.00**

Copia C para Récord del Empleado / Copy C for Employee's Records

**Año / Year: 2006**

INFORMACION PARA EL DEPARTAMENTO DE HACIENDA / DEPARTMENT OF THE TREASURY INFORMATION

- 7. Sueldos - Wages: **23050.00**
- 8. Comisiones - Commissions: **0.00**
- 9. Concesiones - Allowances: **0.00**
- 10. Propinas - Tips: **0.00**
- 11. Total=7+8+9+10: **23050.00**
- 12. Gastos Reembolsados / Reimbursed Expenses: **0.00**
- 13. Cont. Retenida - Tax Withheld: **1527.56**
- 14. Fondo de Retiro / Retirement Fund: **1984.56**
- 15. Aportaciones a Planes Cualific. / Contributions to CODA PLANS: **0.00**
- 16. Salarios bajo Ley Núm. 324 de 2004 / Salaries under Act No. 324 of 2004

INFORMACION PARA EL SEGURO SOCIAL / SOCIAL SECURITY INFORMATION

- 17. Total Sueldos Seguro Social / Social Security Wages: **0.00**
- 18. Seguro Social Retenido / Social Security Tax Withheld: **0.00**
- 19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips: **23050.00**
- 20. Contrib. Medicare Retenida / Medicare Tax Withheld: **334.23**
- 21. Propinas Seguro Social / Social Security Tips: **0.00**
- 22. Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips: **0.00**
- 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips

Formulario Form 499R-2/W-2 PR
Rev. 06.07

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

INFORMACION PARA EL DEPARTAMENTO DE HACIENDA
DEPARTMENT OF THE TREASURY INFORMATION

INFORMACION PARA EL SEGURO SOCIAL
SOCIAL SECURITY INFORMATION

| Field | Value |
|---|---|
| 1. Nombre - First Name | LILLIAN |
| Apellido(s) - Surname(s) | BURGOS RIVERA |
| Dirección Postal del Empleado - Employee's Mailing Address | CALLE TENIENTE CESAR GONZALEZ ESQ. CALAF   SECTOR TRES MONJI   HATO REY, PR 00918 |
| 2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address | L8003754916 J GONZALES DEPT DE EDUCACION-MAESTROS AVENIDA TENIENTE CESAR GONZALE ESQUINA CALAF HATO REY, PR 00919 |
| Número de Teléfono del Patrono - Employer's Telephone Number | |
| Fecha de Cese de Operaciones - Cease of Operations Date | |
| Número de Control - Control Number | 45480833 |
| 3. Núm. Seguro Social - Social Security No. | |
| 4. Núm. de Ident. Patronal - Employer's Ident. No. (EIN) | 660433481 |
| 5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension | |
| 6. Costo de Pensión o Anualidad - Cost of Pension or Annuity | 0.00 |
| Copia B para Planilla del Empleado - Copy B for Employee's Tax Return | |
| Año / Year | 2007 |
| 7. Sueldos - Wages | 25300.00 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total=7+8+9+10 | 25300.00 |
| 12. Gastos Reembolsados - Reimbursed Expenses | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 1430.96 |
| 14. Fondo de Retiro - Retirement Fund | 1998.00 |
| 15. Aportaciones a Planes Cualific. - Contributions to CODA PLANS | 0.00 |
| 16. Salarios bajo Ley Núm. 324 de 2004 - Salaries under Act No. 324 of 2004 | 0.00 |
| 17. Total Sueldos Seguro Social - Social Security Wages | 0.00 |
| 18. Seguro Social Retenido - Social Security Tax Withheld | 0.00 |
| 19. Total Sueldos y Pro. Medicare - Medicare Wages and Tips | 25300.00 |
| 20. Contrib. Medicare Retenida - Medicare Tax Withheld | 366.85 |
| 21. Propinas Seguro Social - Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips | 0.00 |
| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez Esquina Calaf
HATO REY, PR 00919

| | | |
|---|---|---|
| LILLIAN BURGOS RIVERA<br>CALLE TENIENTE CESAR GONZALEZ<br>ESQ. CALAF SECTOR TRES MONJITAS<br>HATO REY PR 00918<br>SS: -9938 | # Empleado:<br>Dept:  8005021-Ponce Coamo<br>Lugar: ESCUELA ELEMENTAL URBANA NUEVA<br>Titulo: DEPARTAMENTO DE EDUCACION<br>Sueldo: $2,100.00 Monthly | Grupo de Pago: SM-Qui<br>12/08/200<br>Hasta: 12/19/2008<br>DATA IMP: Federal PR<br>Estado Civil: Married Single<br>Concesiones: 0  0<br>Pct. Adcl.:<br>Cant. Adcl.:<br>Aviso #: 2703585<br>Fecha Aviso: 12/30/2008 |

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| Pago de Salarios Regulares | | 1,050.00 | | 1,470.00 | 24,223.10 | Fed PICA Med Hospital Ins / EE | 15.23 | 366.46 |
| Bono de Navidad | | 0.00 | | | 1,000.00 | PR Withholding | 63.58 | 1,505.85 |
| Pago Retroactivo Regular | | 0.00 | | | 50.00 | | | |
| Total: | | 1,050.00 | | 1,470.00 | 25,273.10 | Total: | 78.81 | 1,872.31 |

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| GPR Plan de Retiro de Maestro | 94.50 | 2,184.58 | RM-Prest Pers De Cuota-Ret Mae | 86.09 | 1,377.44 | SM-Preferred Health | 120.00 | 720.00 |
| | | | AE-Asoc Emp ELA-Prest Regular | 96.88 | 581.28 | GPR Plan de Retiro de Maestro | 89.25 | 2,063.28 |
| | | | SM-Preferred Health | 68.50 | 822.00 | FSED Disability Plan | 17.85 | 429.70 |
| | | | AS-FED MAESTROS DE PR | 20.00 | 64.00 | SM-Asoc Maestros de PR | 0.00 | 720.00 |
| | | | AS-ASOC MAESTROS DE P.R. | 8.50 | 102.00 | | | |
| | | | Ahorros-AEELA | 31.50 | 728.20 | | | |
| | | | SM-Asoc Maestros de PR | 0.00 | 612.00 | | | |
| | | | OS-FEDERACION DE MAESTROS | 0.00 | 8.00 | | | |
| Total: | 94.50 | 2,184.58 | Total: | 311.47 | 4,294.92 | *Tributable | | |

| | | | | | |
|---|---|---|---|---|---|
| Corriente: | 1,050.00 | 0.00 | 78.81 | 405.97 | 565.22 |
| Acumulado: | 25,273.10 | 0.00 | 1,872.31 | 6,479.50 | 16,921.29 |

Aviso #2703585   565.22
Total:   565.22

| Balance Inicial: | 0.0 |
|---|---|
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

MENSAJE:

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha 12/30/2008     Aviso No. 2703585

Cant. Deposito: $565.22

A la Cuenta(s) De
**LILLIAN BURGOS RIVERA**
CALLE TENIENTE CESAR GONZALEZ
ESQ. CALAF SECTOR TRES MONJITAS
HATO REY, PR 00918
Localizacion: ESCUELA ELEMENTAL URBANA NUEVA

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | $565.22 |
| Total: | | $565.22 |

**NO-NEGOCIABLE**

## Withholding Statement — Year 2009

**Formulario 499R-2/W-2 PR**
ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

1. Nombre - First Name: **LILLIAN**
   Apellido(s) - Surname(s): **BURGOS RIVERA**
   Dirección Postal del Empleado - Employee's Mailing Address:
   CALLE TENIENTE CESAR GONZALEZ
   ESQ. CALAF   SECTOR TRES MONJI
   HATO REY, PR 00918

2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address:
   L8002158131 ESC URB NU
   DEPT DE EDUCACION-MAESTROS
   AVENIDA TENIENTE CESAR GONZALE
   ESQUINA CALAF
   HATO REY, PR 00919

3. Núm. Seguro Social: (signature)
4. Núm. de Ident. Patronal - Employer's Ident. No. (EIN): 660433481
6. Costo de Pensión o Anualidad - Cost of Pension or Annuity: 0.00

Copia C para Récord del Empleado / Copy C for Employee's Records
**Año / Year: 2009**

Número de Control - Control Number: **004174998**

**Información para el Departamento de Hacienda / Department of the Treasury Information**

| Campo | Importe |
|---|---|
| 7. Sueldos - Wages | 26199.60 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total = 7+8+9+10 | 26199.60 |
| 12. Gastos Reembolsados - Reimbursed Expenses | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 1605.88 |
| 14. Fondo de Retiro - Retirement Fund | 2267.96 |
| 15. Aportaciones a Planes Cualific. - Contributions to CODA PLANS | 0.00 |
| 16. Salarios bajo Ley Núm. 324 de 2004 - Salaries under Act No. 324 of 2004 | 0.00 |

**Información para el Seguro Social / Social Security Information**

| Campo | Importe |
|---|---|
| 17. Total Sueldos Seguro Social - Social Security Wages | 0.00 |
| 18. Seguro Social Retenido - Social Security Tax Withheld | 0.00 |
| 19. Total Sueldos y Pro. Medicare - Medicare Wages and Tips | 26199.60 |
| 20. Contrib. Medicare Retenida - Medicare Tax Withheld | 379.89 |
| 21. Propinas Seguro Social - Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0.00 |
| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

Reproducido por: Departamento de Hacienda

---

## Withholding Statement — Year 2010

**Formulario 499R-2/W-2 PR  Rev. 05.10**
GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

1. Nombre - First Name: **LILLIAN**
   Apellido(s) - Surname(s): **BURGOS RIVERA**
   Dirección Postal del Empleado - Employee's Mailing Address:
   CALLE TENIENTE CESAR GONZALEZ
   ESQ. CALAF   SECTOR TRES MONJI
   HATO REY, PR 00918

2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address:
   L8013758131 JOSE M ESP
   DEPT DE EDUCACION-MAESTROS
   AVENIDA TENIENTE CESAR GONZALE
   ESQUINA CALAF
   HATO REY, PR 00919

3. Núm. Seguro Social: (signature)
4. Núm. de Ident. Patronal - Employer Ident. No. (EIN): 660433481
6. Costo de Pensión o Anualidad - Cost of Pension or Annuity: 0.00

Copia C para Récord del Empleado / Copy C for Employee's Records
**Año / Year: 2010**

Número de Control - Control Number: **107610717**

**Información para el Departamento de Hacienda / Department of the Treasury Information**

| Campo | Importe |
|---|---|
| 7. Sueldos - Wages | 26184.24 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total = 7+8+9+10 | 26184.24 |
| 12. Gastos Reembolsados - Reimbursed Expenses | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 1396.56 |
| 14. Fondo de Retiro - Retirement Fund | 2266.58 |
| 15. Aportaciones a Planes Cualific. - Contributions to CODA PLANS | 0.00 |
| 16. Salarios bajo Ley Núm. 324 de 2004 - Salaries under Act No. 324 of 2004 | 0.00 |

**Información para el Seguro Social / Social Security Information**

| Campo | Importe |
|---|---|
| 17. Total Sueldos Seguro Social - Social Security Wages | 0.00 |
| 18. Seguro Social Retenido - Social Security Tax Withheld | 0.00 |
| 19. Total Sueldos y Pro. Medicare - Medicare Wages and Tips | 26184.24 |
| 20. Contrib. Medicare Retenida - Medicare Tax Withheld | 379.67 |
| 21. Propinas Seguro Social - Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0.00 |
| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |
| 24. Sueldos y Propinas bajo Ley HIRE de 2010 - Wages and Tips under HIRE Act of 2010 | 0.00 |

Reproducido por: Departamento de Hacienda

## Withholding Statement — Year 2011

Formulario Form 499R-2/W-2 PR Rev. 10.11

GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

1. Nombre - First Name: LILLIAN
Apellido(s) - Surname(s): BURGOS RIVERA
Dirección Postal del Empleado - Employee's Mailing Address:
CALLE TENIENTE CESAR GONZALEZ
ESQ. CALAF  SECTOR TRES MONJI
HATO REY, PR 00918

2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address:
L8013758131 JOSE M ESP
DEPT DE EDUCACION-MAESTROS
AVENIDA TENIENTE CESAR GONZALE
ESQUINA CALAF
HATO REY, PR 00919

Número Control - Control Number: 116460579

3. Núm. Seguro Social / Social Security No.: (signed)
4. Núm. de Ident. Patronal / Employer Ident. No. (EIN): 660433481
6. Costo de Pensión o Anualidad / Cost of Pension or Annuity: 0.00
6A. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage: 0.00
6B. Donativos / Charitable Contributions: 0.00

Copia C para Récord del Empleado
Copy C for Employee's Records
Año / Year: 2011

INFORMACION PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION

7. Sueldos - Wages: 26181.52
8. Comisiones - Commissions: 0.00
9. Concesiones - Allowances: 0.00
10. Propinas - Tips: 0.00
11. Total=7+8+9+10: 26181.52
12. Gastos Reembolsados / Reimbursed Expenses: 0.00
13. Cont. Retenida - Tax Withheld: 728.81
14. Fondo de Retiro Gubernamental / Governmental Retirement Fund: 2266.34
15. Aportaciones a Planes Cualific. / Contributions to CODA PLANS: 0.00
16. Salarios bajo Ley Núm. 324 de 2004 / Salaries under Act No. 324 of 2004: 0.00
16A. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program: 0.00

INFORMACION PARA EL SEGURO SOCIAL / SOCIAL SECURITY INFORMATION

17. Total Sueldos Seguro Social / Social Security Wages: 0.00
18. Seguro Social Retenido / Social Security Tax Withheld: 0.00
19. Total Sueldos y Pro. Medic. / Medicare Wages and Tips: 26181.52
20. Contrib. Medicare Retenida / Medicare Tax Withheld: 379.63
21. Propinas Seguro Social / Social Security Tips: 0.00
22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips: 0.00
23. Contrib. Medicare no Reten. en Propinas - Uncollected Medicare Tax on Tips: 0.00

---

## Withholding Statement — Year 2012

Formulario Form 499R-2/W-2 PR Rev. 09.12

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

1. Nombre - First Name: LILLIAN
Apellido(s) - Surname(s): BURGOS RIVERA
Dirección Postal del Empleado - Employee's Mailing Address:
CALLE TENIENTE CESAR GONZALEZ
ESQ. CALAF  SECTOR TRES MONJI
HATO REY, PR 00918

2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address:
L8013758131 JOSE M ESP
DEPT DE EDUCACION-MAESTROS
AVENIDA TENIENTE CESAR GONZALE
ESQUINA CALAF
HATO REY, PR 00919

Número Control - Control Number: 125529102

3. Núm. Seguro Social / Social Security No.: (signed)
4. Núm. de Ident. Patronal / Employer Ident. No. (EIN): 660433481
6. Costo de Pensión o Anualidad / Cost of Pension or Annuity: 0.00
6A. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage: 0.00
6B. Donativos / Charitable Contributions: 0.00

Copia C para Récord del Empleado
Copy C for Employee's Records
Año / Year: 2012

INFORMACION PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION

7. Sueldos - Wages: 29903.18
8. Comisiones - Commissions: 0.00
9. Concesiones - Allowances: 0.00
10. Propinas - Tips: 0.00
11. Total=7+8+9+10: 29903.18
12. Gastos Reemb. y Beneficios Marginales / Reimb. Expenses and Fringe Benefits: 0.00
13. Cont. Retenida - Tax Withheld: 868.13
14. Fondo de Retiro Gubernamental / Governmental Retirement Fund: 2496.71
15. Aportaciones a Planes Cualific. / Contributions to CODA PLANS: 0.00
16. Salarios bajo Ley 324-2004 / Salaries under Act 324-2004: 0.00
16A. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program: 0.00

INFORMACION PARA EL SEGURO SOCIAL / SOCIAL SECURITY INFORMATION

17. Total Sueldos Seguro Social / Social Security Wages: 0.0
18. Seguro Social Retenido / Social Security Tax Withheld: 0.
19. Total Sueldos y Pro. Medicare Wages and Tips: 29903
20. Contrib. Medicare Retenida / Medicare Tax Withheld: 433
21. Propinas Seguro Social / Social Security Tips:
22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax
23. Contrib. Medicare no Reten. en Propinas - Uncollected Medicare Tax on Tips

Reproducido por: Departamento d

## Form 499R-2/W-2 PR — Year 2013

| Field | Value |
|---|---|
| 1. Nombre - First Name | LILLIAN |
| Apellido(s) - Surname(s) | BURGOS RIVERA |
| Dirección Postal del Empleado | CALLE TENIENTE CESAR GONZALEZ ESQ. CALAF SECTOR TRES MONJI, HATO REY, PR 00918 |
| 2. Nombre y Dirección Postal del Patrono | DEPT DE EDUCACION-MAESTROS, AVENIDA TENIENTE CESAR GONZALE ESQUINA CALAF, HATO REY, PR 00919 |
| Electronic Filing Confirmation Number | C400001 |
| Número Control - Control Number | 004464079 |
| 3. Núm. Seguro Social | (signed) |
| 4. Núm. de Ident. Patronal - Employer Ident. No. (EIN) | 660433481 |
| 6. Costo de Pensión o Anualidad | 0.00 |
| 6A. Costo de cubierta de salud auspiciada por el patrono | 0.00 |
| 6B. Donativos - Charitable Contributions | 0.00 |
| Año / Year | 2013 |
| 7. Sueldos - Wages | 33590.97 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total = 7+8+9+10 | 33590.97 |
| 12. Gastos Reemb. y Beneficios Marginales | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 1106.52 |
| 14. Fondo de Retiro Gubernamental | 2828.86 |
| 15. Aportaciones a Planes Cualific. / Contributions to CODA PLANS | 0.00 |
| 16. Salarios bajo Ley 324-2004 | 0.00 |
| 16A. Aportaciones al Programa Ahorra y Duplica tu Dinero | 0.00 |
| 17. Total Sueldos Seguro Social / Social Security Wages | 0.00 |
| 18. Seguro Social Retenido / Social Security Tax Withheld | 0.00 |
| 19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips | 33590.97 |
| 20. Contrib. Medicare Retenida / Medicare Tax Withheld | 487.07 |
| 21. Propinas Seguro Social / Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas | 0.00 |
| 23. Contrib. Medicare no Retenida en Propinas | 0.00 |

Copia C para Récord del Empleado / Copy C for Employee's Records

---

## Formulario 499R-2/W-2 PR Rev. 09.14 — Year 2014

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

| Field | Value |
|---|---|
| 1. Nombre - First Name | LILLIAN |
| Apellido(s) - Surname(s) | BURGOS RIVERA |
| Dirección Postal del Empleado | CALLE TENIENTE CESAR GONZALEZ ESQ. CALAF SECTOR TRES MONJI, HATO REY, PR 00918 |
| 2. Nombre y Dirección Postal del Patrono | DEPT DE EDUCACION-MAESTROS, AVENIDA TENIENTE CESAR GONZALE ESQUINA CALAF, HATO REY, PR 00919 |
| Electronic Filing Confirmation Number | 8140003 |
| Número Control - Control Number | 004378093 |
| 3. Núm. Seguro Social | (signed) |
| 4. Núm. de Ident. Patronal - Employer Ident. No. (EIN) | 660433481 |
| 5. Costo de cubierta de salud auspiciada por el patrono | 0.00 |
| 6. Donativos - Charitable Contributions | 0.00 |
| Año / Year | 2014 |
| 7. Sueldos - Wages | 36670.43 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total = 7+8+9+10 | 36670.43 |
| 12. Gastos Reemb. y Beneficios Marginales | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 1386.31 |
| 14. Fondo de Retiro Gubernamental | 3189.38 |
| 15. Aportaciones a Planes Cualific. / Contributions to CODA PLANS | 0.00 |
| 16. Salarios Exentos (Ver instrucciones) / Exempt Salaries | 0.00 |
| 16A. Código de Salarios Exentos | |
| 16B. Aportaciones al Programa Ahorra y Duplica tu Dinero | |
| 17. Total Sueldos Seguro Social / Social Security Wages | 0.00 |
| 18. Seguro Social Retenido / Social Security Tax Withheld | 0.00 |
| 19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips | 36670.43 |
| 20. Contrib. Medicare Retenida / Medicare Tax Withheld | 531.72 |
| 21. Propinas Seguro Social / Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas | 0.00 |
| 23. Contrib. Medicare no Retenida en Propinas | 0.00 |

Patrono - Employer: Envíe a - Send to: Social Security Administration, Data Operations Center, Wilkes-Barre, PA 18769-0001. Con la / With the W-3PR.
Envíe al Departamento de Hacienda electrónicamente (www.hacienda.gobierno.pr). Entregue dos copias al empleado / Deliver two copies to employee. Conserve copia para sus récords / Keep copy for your records.

## Form 499R-2/W-2 PR — Year 2015

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

1. Nombre - First Name: LILLIAN
Apellido(s) - Surname(s): BURGOS RIVERA
Dirección Postal del Empleado - Employee's Mailing Address:
CALLE TENIENTE CESAR GONZALEZ
ESQ. CALAF SECTOR TRES MONJI
HATO REY, PR 00918

2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address:
DEPT DE EDUCACION - MAESTROS
AVENIDA TENIENTE CESAR GONZALE
ESQUINA CALAF
HATO REY, PR 00919

3. Núm. Seguro Social - Social Security No.: [redacted]
4. Núm. de Ident. Patronal - Employer Ident. No. (EIN): 660433481
5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage: 0.00

Número Confirmación de Radicación Electrónica - Electronic Filing Confirmation Number: S150008
Número Control - Control Number: 004899241
Año / Year: 2015
Fecha de radicación: 31 de enero - Filing date: January 31

**INFORMACION PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION**

| Box | Description | Amount |
|---|---|---|
| 7 | Sueldos - Wages | 34971.37 |
| 8 | Comisiones - Commissions | 0.00 |
| 9 | Concesiones - Allowances | 0.00 |
| 10 | Propinas - Tips | 0.00 |
| 11 | Total = 7+8+9+10 | 34971.37 |
| 12 | Gastos Reemb. y Beneficios Marginales / Reimb. Expenses and Fringe Benefits | 0.00 |
| 13 | Cont. Retenida - Tax Withheld | 1334.76 |
| 14 | Fondo de Retiro Gubernamental - Governmental Retirement Fund | 3093.48 |
| 15 | Aportaciones a Planes Cualific. - Contributions to CODA PLANS | 0.00 |
| 16 | Salarios Exentos - Exempt Salaries | 0.00 |
| 16A | Código de Salarios Exentos - Exempt Salaries Code | |
| 16B | Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program | 0.00 |

**INFORMACION PARA EL SEGURO SOCIAL - SOCIAL SECURITY INFORMATION**

| Box | Description | Amount |
|---|---|---|
| 17 | Total Sueldos Seguro Social - Social Security Wages | 0.00 |
| 18 | Seguro Social Retenido - Social Security Tax Withheld | 0.00 |
| 19 | Total Sueldos y Pro. Medicare - Medicare Wages and Tips | 34971.37 |
| 20 | Contrib. Medicare Retenida - Medicare Tax Withheld | 507.08 |
| 21 | Propinas Seguro Social - Social Security Tips | 0.00 |
| 22 | Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0.00 |
| 23 | Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

---

## Form 499R-2/W-2 PR — Year 2016

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

1. Nombre - First Name: LILLIAN
Apellido(s) - Surname(s): BURGOS RIVERA
Dirección Postal del Empleado - Employee's Mailing Address:
CALLE TENIENTE CESAR GONZALEZ
ESQ. CALAF SECTOR TRES MONJI
HATO REY, PR 00918

2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address:
DEPT. DE EDUCACION - MAESTROS
AVENIDA TENIENTE CESAR GONZALE
ESQUINA CALAF
HATO REY, PR 00919

3. Núm. Seguro Social - Social Security No.: [redacted]
4. Núm. de Ident. Patronal - Employer Ident. No. (EIN): 660433481
5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage: 0.00

Número Confirmación de Radicación Electrónica - Electronic Filing Confirmation Number: 8160021
Número Control - Control Number: 006253075
Año / Year: 2016
Fecha de radicación: 31 de enero - Filing date: January 31

**INFORMACION PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION**

| Box | Description | Amount |
|---|---|---|
| 7 | Sueldos - Wages | 34998.05 |
| 8 | Comisiones - Commissions | 0.00 |
| 9 | Concesiones - Allowances | 0.00 |
| 10 | Propinas - Tips | 0.00 |
| 11 | Total = 7+8+9+10 | 34998.05 |
| 12 | Gastos Reemb. y Beneficios Marginales / Reimb. Expenses and Fringe Benefits | 0.00 |
| 13 | Cont. Retenida - Tax Withheld | 1338.16 |
| 14 | Fondo de Retiro Gubernamental - Governmental Retirement Fund | 3095.88 |
| 15 | Aportaciones a Planes Cualific. - Contributions to CODA PLANS | 0.00 |
| 16 | Salarios Exentos - Exempt Salaries | 0.00 |
| 16A | Código/Code | 0.00 |
| 16B | Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program | 0.00 |

**INFORMACION PARA EL SEGURO SOCIAL - SOCIAL SECURITY INFORMATION**

| Box | Description | Amount |
|---|---|---|
| 17 | Total Sueldos Seguro Social - Social Security Wages | 0.00 |
| 18 | Seguro Social Retenido - Social Security Tax Withheld | 0.00 |
| 19 | Total Sueldos y Pro. Medicare - Medicare Wages and Tips | 34998.05 |
| 20 | Contrib. Medicare Retenida - Medicare Tax Withheld | 507.47 |
| 21 | Propinas Seguro Social - Social Security Tips | 0.00 |
| 22 | Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0.00 |
| 23 | Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

## Form 499R-2/W-2PR (Rev. 07.17) — Year 2017

**GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCIÓN - WITHHOLDING STATEMENT**

222

1. Nombre - First Name: **LILLIAN**
Apellido(s) - Last Name(s): **BURGOS RIVERA**
Dirección Postal del Empleado - Employee's Mailing Address:
CALLE TENIENTE CESAR G
ESQ. CALAF SECTOR TR
HATO REY PR 00918

2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address:
DEPT DE EDUCACION MAESTROS
AVENIDA TENIENTE CESAR
ESQUINA CALAF
HATO REY PR 00919

Número de Teléfono del Patrono - Employer's Telephone Number: (787) 773-3508

Número Confirmación de Radicación Electrónica - Electronic Filing Confirmation Number: S170008

Número Control - Control Number: 0006976461

3. Núm. Seguro Social - Social Security No.: [signed]
4. Núm. de Ident. Patronal - Employer Ident. No. (EIN): 660433481-080
5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage: 0.00
6. Donativos - Charitable Contributions: 0.00

Patrono - Employer:
- Envíe a: - Send to: Social Security Administration Data Operations Center Wilkes-Barre, PA 18769-0001 Con la / With the W-3PR
- Envíe al Departamento de Hacienda electrónicamente / Send to Department of the Treasury electronically (www.hacienda.pr.gov)
- Entregue dos copias al empleado / Deliver two copies to employee
- Conserve copia para sus records / Keep copy for your records

Año: Year: **2017**

Fecha de radicación: 31 de enero - Filing date: January 31

7. Sueldos - Wages: 34,951.85
8. Comisiones - Commissions: 0.00
9. Concesiones - Allowances: 0.00
10. Propinas - Tips: 0.00
11. Total = 7 + 8 + 9 + 10: 34,951.85
12. Gastos Reemb. y Beneficios Marginales - Reimb. Expenses and Fringe Benefits: 0.00
13. Cont. Retenida - Tax Withheld: 1,333.29
14. Fondo de Retiro Gubernamental - Governmental Retirement Fund: 3,084.55
15. Aportaciones a Planes Cualific. - Contributions to CODA PLANS: 0.00
16. Salarios Exentos (Ver instrucciones) - Exempt Salaries (See instructions) Código/Code: 0.00
16A. Código/Code: 0.00
16B. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program: 0.00

17. Total Sueldos Seguro Social - Social Security Wages: 0.00
18. Seguro Social Retenido - Social Security Tax Withheld: 0.00
19. Total Sueldos y Pro. Medicare - Medicare Wages and Tips: 34,951.85
20. Contrib. Medicare Retenida - Medicare Tax Withheld: 506.80
21. Propinas Seguro Social - Social Security Tips: 0.00
22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips: 0.00
23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips: 0.00

---

## Form 499R-2/W-2PR (Rev. 07.18) — Year 2018

**GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCIÓN - WITHHOLDING STATEMENT**

222

1. Nombre - First Name: **LILLIAN**
Apellido(s) - Last Name(s): **BURGOS RIVERA**
Dirección Postal del Empleado - Employee's Mailing Address:
CALLE TENIENTE CESAR G
ESQ. CALAF SECTOR TR
HATO REY PR 00918

2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address:
DEPT DE EDUCACION MAESTROS
AVENIDA TENIENTE CESAR
ESQUINA CALAF
HATO REY, PR 00919-0000

Número de Teléfono del Patrono - Employer's Telephone Number:

Número Confirmación de Radicación Electrónica - Electronic Filing Confirmation Number: F0717193216

Número Control - Control Number: 180049818

3. Núm. Seguro Social - Social Security No.: [signed]
4. Núm. de Ident. Patronal - Employer Ident. No. (EIN): 66-0433481
5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage: 0.00
6. Donativos - Charitable Contributions: 0.00

Patrono - Employer:
Indique si la remuneración incluye pagos al empleado por: / Indicate if the remuneration includes payments to the employee for:
A - ☐ Servicios prestados por un médico cualificado bajo la Ley 14-2017 / Services rendered by a qualified physician under Act 14-2017
B - ☐ Servicios domésticos / Domestic services
C - ☐ Otros / Others:

Año: Year: **2018**

Fecha de radicación: 31 de enero - Filing date: January 31

7. Sueldos - Wages: 37,429.21
8. Comisiones - Commissions: 0.00
9. Concesiones - Allowances: 0.00
10. Propinas - Tips: 0.00
11. Total = 7 + 8 + 9 + 10: 37,429.21
12. Gastos Reemb. y Beneficios Marginales: 0.00
13. Cont. Retenida - Tax Withheld: 1,592.85
14. Fondo de Retiro Gubernamental - Governmental Retirement Fund: 3,199.33
15. Aportaciones a Planes Calificados - Contributions to CODA PLANS: 0.00
16. Salarios Exentos (Ver instrucciones) - Exempt Salaries (See instructions) Código/Code: 0.00
16A. Código/Code: 0.00
16B. Código/Code: 0.00
16C. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program: 0.00

17. Total Sueldos Seguro Social - Social Security Wages: 0.00
18. Seguro Social Retenido - Social Security Tax Withheld: 0.00
19. Total Sueldos y Pro. Medicare - Medicare Wages and Tips: 37,429.21
20. Contrib. Medicare Retenida - Medicare Tax Withheld: 542.72
21. Propinas Seguro Social - Social Security Tips: 0.00
22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips: 0.00
23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips: 0.00