24 de febrero de 2020

Doris Negrón Pérez
PO BOX 1006
Villalba, Puerto Rico 00766
Teléfono: (787) 322-7179
donerez64@yahoo.com.com

**Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico.
En el asunto de:
Junta de Supervisión y Administración Financiera para Puerto Rico
Como representante de
Estado Libre Asociado de Puerto Rico y Otros**

**Promesa, Título III
Número 17 BK 3283-LTS
La Presente radicación guarda relación con el ELA y el SRE**

**Notificación de la Centésima Novena objeción Global ( no sustantiva) del Estado Libre Asociado de Puerto Rico y del Sistema de Retiro de los empleados del Gobierno del Estado Libre Asociado de Puerto Rico a reclamos deficientes en los que se alegan intereses sobre la base de unas leyes Puertorriqueñas no especificada.**

**Número de reclamación: 110392**

Mediante esta misiva solicito al Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico, que declare a lugar la objeción global en relación al reclamo por el pago de **la Ley 96 Sila María Calderón**, aumento salarial del año 2004 al 2019, ya que el mismo no fue adjudicado ni pagado por la Ley de Quiebras de Puerto Rico.

El trabajado para el Gobierno de Puerto Rico en la Agencia del Departamento de Educación durante 16 años, sin recibir el pago por el aumento o incentivo del gobierno para ese entonces. Estimo que durante esos 16 años se me adeuda la cantidad aproximada de $ 20, 000.

También deseo solicitar al tribunal que sea diligente y acepte mi objeción por estar fuera de la fecha indicada. El haber excedido la fecha límite se debe a las consecuencias de los terremotos y sismos que han ocurrido en Puerto Rico; por tanto no se pudo enviar en o antes de la fecha indica. Por consiguiente no estaba la información completa en su totalidad en la réplica.

Se adjunta documentación justificativa para evidenciar la objeción. Tal documentación son mis W2 y talonarios. Desde el año 2004-2018, donde se demuestra que laboré durante esos años para el Gobierno de Puerto Rico el cual nunca me otorgó el aumento que por ley me correspondía.

Cordialmente,

*[firma]*

Doris Negrón Pérez
PO BOX 1006
Villalba, Puerto Rico 00766
Teléfono: (787) 322-7179

11 de febrero de 2020

Doris Negrón Pérez

PO BOX 1006

Villalba, Puerto Rico 00766

Teléfono (787) 322-7179

donerez64@yahoo.com

Número de Reclamación: 1703283, 110392, 149809

En el asunto de Estado Libre Asociado de Puerto Rico, numero de procedimiento 17 BK 3283-LTS, de la declaración de Jay Herriman en apoyo de la centésima trigésima tercera objeción global (No sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto a reclamos deficientes en los que se alegan intereses sobre la base de las reivindicaciones salariales, labores o servicios prestados. Solicitamos al tribunal que declare a lugar la objeción global en relación al reclamo de la Ley 96 Sila María Calderón, aumento salarial del año 2004 al 2019, Ley de Retiro 3% y Ley de Escala Salarial. Ya que no fue otorgado. Se adjunta documentación justificativa para evidenciar la objeción.

Gracias por su pronta atención

*[firma]*

Doris Negrón Pérez

## Form 499R-2/W-2 PR — Year 2004

**ESTADO LIBRE ASOCIADO DE PUERTO RICO — COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA — DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION — WITHHOLDING STATEMENT**

- 1. Nombre - First Name: DORIS
- Apellido(s) - Surname(s): NEGRON PEREZ
- Dirección Postal del Empleado: URB FLORAL PARK, 7 RUIZ BELVIS APT 3A, SAN JUAN, PR 00917
- 2. Nombre y Dirección Postal del Patrono: L8002158131 ESC URB NU, DEPT DE EDUCACION-MAESTROS, AVENIDA TENIENTE CESAR GONZALE, ESQUINA CALAF, HATO REY, PR 00919
- Número de Control: 39190605
- 4. Estado Civil: Soltero / Casado
- 6. Employer's Ident. No. (EIN): 660433481
- 7. Costo de Pensión o Anualidad: (blank)

**Información para el Departamento de Hacienda:**
- 8. Sueldos - Wages: 25,960.00
- 9. Comisiones: 0.00
- 10. Concesiones - Allowances: 0.00
- 11. Propinas - Tips: 0.00
- 12. Total=8+9+10+11: 25,960.00
- 13. Gastos Reembolsados: 0.00
- 14. Cont. Retenida - Tax Withheld: 1,532.96
- 15. Fondo de Retiro - Retirement Fund: 2,246.52
- 16. Aportaciones a Planes Cualific. CODA PLANS: 0.00

**Información para el Seguro Social:**
- 17. Total Sueldos Seguro Social: 0.00
- 18. Seguro Social Retenido: 0.00
- 19. Total Sueldos y Pro. Medicare Wages and Tips: 25,960.00
- 20. Contrib. Medicare Retenida: 376.42
- 21. Propinas Seguro Social Tips: 0.00
- 22. Seguro Social no Retenido en Propinas: 0.00
- 23. Contrib. Medicare no Retenida en Propinas: 0.00

Copia C para Récord del Empleado — Copy C for Employee's Records
**Año / Year: 2004**

---

## Form 499R-2/W-2 PR — Year 2005

**ESTADO LIBRE ASOCIADO DE PUERTO RICO — COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA — DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION — WITHHOLDING STATEMENT**

- 1. Nombre - First Name: DORIS
- Apellido(s) - Surname(s): NEGRON PEREZ
- Dirección Postal del Empleado: URB FLORAL PARK, 7 RUIZ BELVIS APT 3A, SAN JUAN, PR 00917
- 2. Nombre y Dirección Postal del Patrono: L8002158131 ESC URB NU, DEPT DE EDUCACION-MAESTROS, AVENIDA TENIENTE CESAR GONZALE, ESQUINA CALAF, HATO REY, PR 00919
- Número de Control: 50613859
- 4. Estado Civil: Soltero / Casado
- 5. Employer's Ident. No. (EIN): 660433481
- 6. Costo de Pensión o Anualidad: 0.00

**Información para el Departamento de Hacienda:**
- 7. Sueldos - Wages: 28041.57
- 8. Comisiones: 0.00
- 9. Concesiones - Allowances: 0.00
- 10. Propinas - Tips: 0.00
- 11. Total=7+8+9+10: 28041.57
- 12. Gastos Reembolsados: 0.00
- 13. Cont. Retenida - Tax Withheld: 1732.97
- 14. Fondo de Retiro - Retirement Fund: 2381.52
- 15. Aportaciones a Planes Cualific. CODA PLANS: 0.00
- 16. Salarios bajo Ley Núm. 324 de 2004 / Salaries under Act No. 324 of 2004: 0.00

**Información para el Seguro Social:**
- 17. Total Sueldos Seguro Social: 0.00
- 18. Seguro Social Retenido: 0.00
- 19. Total Sueldos y Pro. Medicare Wages and Tips: 28041.57
- 20. Contrib. Medicare Retenida: 406.60
- 21. Propinas Seguro Social Tips: 0.00
- 22. Seguro Social no Retenido en Propinas: 0.00
- 23. Contrib. Medicare no Retenida en Propinas: 0.00

Copia C para Récord del Empleado — Copy C for Employee's Records
**Año / Year: 2005**

## Form 499R-2/W-2 PR — Rev. 06.06 — Year 2006

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

- 1. Nombre - First Name: **DORIS**
- Apellido(s) - Surname(s): **NEGRON PEREZ**
- Dirección Postal del Empleado - Employee's Mailing Address:
  URB FLORAL PARK
  7 RUIZ BELVIS APT 3A
  SAN JUAN, PR 00917
- 2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address:
  L8002158131 ESC URB NU
  DEPT DE EDUCACION-MAESTROS
  AVENIDA TENIENTE CESAR GONZALE
  ESQUINA CALAF
  HATO REY, PR 00919
- Número de Control - Control Number: **22987899**
- 3. Núm. Seguro Social - Social Security No.: (redacted)
- 4. Núm. de Ident. Patronal - Employer's Ident. No. (EIN): **660433481**
- 5. Fecha en que comenzó a recibir la pensión: —
- 6. Costo de Pensión o Anualidad - Cost of Pension or Annuity: 0.00

Copia C para Récord del Empleado / Copy C for Employee's Records
**Año / Year: 2006**

**Información para el Departamento de Hacienda - Department of the Treasury Information**

| Línea | Descripción | Importe |
|---|---|---|
| 7 | Sueldos - Wages | 28293.25 |
| 8 | Comisiones - Commissions | 0.00 |
| 9 | Concesiones - Allowances | 0.00 |
| 10 | Propinas - Tips | 0.00 |
| 11 | Total = 7+8+9+10 | 28293.25 |
| 12 | Gastos Reembolsados - Reimbursed Expenses | 0.00 |
| 13 | Cont. Retenida - Tax Withheld | 1788.10 |
| 14 | Fondo de Retiro - Retirement Fund | 2435.52 |
| 15 | Aportaciones a Planes Cualif. - Contributions to CODA PLANS | 0.00 |
| 16 | Salarios bajo Ley Núm. 324 de 2004 | 0.00 |

**Información para el Seguro Social - Social Security Information**

| Línea | Descripción | Importe |
|---|---|---|
| 17 | Total Sueldos Seguro Social - Social Security Wages | 0.00 |
| 18 | Seguro Social Retenido - Social Security Tax Withheld | 0.00 |
| 19 | Total Sueldos y Pro. Medicare - Medicare Wages and Tips | 28293.25 |
| 20 | Contrib. Medicare Retenida - Medicare Tax Withheld | 410.25 |
| 21 | Propinas Seguro Social - Social Security Tips | 0.00 |
| 22 | Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips | 0.00 |
| 23 | Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

---

## Form 499R-2/W-2 PR — Rev. 06.07 — Year 2007

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

- 1. Nombre - First Name: **DORIS**
- Apellido(s) - Surname(s): **NEGRON PEREZ**
- Dirección Postal del Empleado - Employee's Mailing Address:
  URB FLORAL PARK
  7 RUIZ BELVIS APT 3A
  SAN JUAN, PR 00917
- 2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address:
  L8002158131 ESC URB NU
  DEPT DE EDUCACION-MAESTROS
  AVENIDA TENIENTE CESAR GONZALE
  ESQUINA CALAF
  HATO REY, PR 00919
- Número de Control - Control Number: **45473152**
- 3. Núm. Seguro Social - Social Security No.: (redacted)
- 4. Núm. de Ident. Patronal - Employer's Ident. No. (EIN): **660433481**
- 5. Fecha en que comenzó a recibir la pensión: —
- 6. Costo de Pensión o Anualidad - Cost of Pension or Annuity: 0.00

Copia C para Récord del Empleado / Copy C for Employee's Records
**Año / Year: 2007**

**Información para el Departamento de Hacienda - Department of the Treasury Information**

| Línea | Descripción | Importe |
|---|---|---|
| 7 | Sueldos - Wages | 29657.29 |
| 8 | Comisiones - Commissions | 0.00 |
| 9 | Concesiones - Allowances | 0.00 |
| 10 | Propinas - Tips | 0.00 |
| 11 | Total = 7+8+9+10 | 29657.29 |
| 12 | Gastos Reembolsados - Reimbursed Expenses | 0.00 |
| 13 | Cont. Retenida - Tax Withheld | 1616.10 |
| 14 | Fondo de Retiro - Retirement Fund | 2435.52 |
| 15 | Aportaciones a Planes Cualif. - Contributions to CODA PLANS | 0.00 |
| 16 | Salarios bajo Ley Núm. 324 de 2004 | 0.00 |

**Información para el Seguro Social - Social Security Information**

| Línea | Descripción | Importe |
|---|---|---|
| 17 | Total Sueldos Seguro Social - Social Security Wages | 0.00 |
| 18 | Seguro Social Retenido - Social Security Tax Withheld | 0.00 |
| 19 | Total Sueldos y Pro. Medicare - Medicare Wages and Tips | 29657.29 |
| 20 | Contrib. Medicare Retenida - Medicare Tax Withheld | 430.03 |
| 21 | Propinas Seguro Social - Social Security Tips | 0.00 |
| 22 | Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips | 0.00 |
| 23 | Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

Reproducido por: Departamento de Hacienda

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez, Esquina Calaf
HATO REY, PR 00919

| | |
|---|---|
| Grupo de Pago: | SM Quincenal |
| Desde: | 02/19/2008 |
| Hasta: | 03/03/2008 |

Aviso #: 8487232
Fecha Aviso: 02/29/2008

| | |
|---|---|
| DORIS NEGRON PEREZ | |
| URB FLORAL PARK | |
| 7 RUIZ BELVIS APT 3A | |
| SAN JUAN, PR 00917 | |
| SS: | |

| | |
|---|---|
| # Empleado: | |
| Dept: | 5005021-Ponce Coamo |
| Lugar: | ESCUELA ELEMENTAL URBANA NUEVA |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $2,355.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### INGRESOS / DEDUCCIONES

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,177.50 | 240.00 | 4,660.00 |
| Pago Retroactivo Regular | | | 0.00 | | 50.00 |

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 17.08 | 68.30 |
| PR Withholding | 65.68 | 257.08 |

| Total: | | | 1,177.50 | 240.00 | 4,710.00 |
|---|---|---|---|---|---|

| Total: | 82.76 | 325.38 |
|---|---|---|

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 105.98 | 423.92 |

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 101.16 | 404.64 |
| SM-Preferred Health | 120.00 | 480.00 |
| SC-COOP DE SEGUROS DE VIDA | 6.37 | 25.48 |
| AS-ASOC MAESTROS DE P.R. | 8.50 | 34.00 |
| GPR Plan de Ahorros | 35.33 | 141.32 |
| OS-FEDERACION DE MAESTROS | 0.00 | 8.00 |

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-Preferred Health | 120.00 | 240.00 |
| GPR Plan de Retiro de Maestro | 100.09 | 400.36 |
| FSED Disability Plan | 20.02 | 80.08 |

| Total: | 105.98 | 423.92 |
|---|---|---|

| Total: | 271.36 | 1,093.44 |
|---|---|---|

* Tributable

| | TOTAL BRUTO | BRUTO TRIBUTABLE | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,177.50 | 0.00 | 82.76 | 377.34 | 717.40 |
| Acumulado: | 4,710.00 | 0.00 | 325.38 | 1,517.36 | 2,867.26 |

| HORAS ACUM | | DISTRIBUCION PAGA NETA | |
|---|---|---|---|
| Balance Inicial: | 0.0 | Aviso #8487232 | 717.40 |
| + Ganada: | | | |
| + Compra: | | Total: | 717.40 |
| - Usada: | | | |
| - Donada: | | | |
| + Ajustes: | | | |
| Balance Final: | 0.0 | | |

MENSAJE:

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha 02/29/2008

Aviso No. 8487232

Cant. Deposito: $717.40

A la Cuenta(s) De

**DORIS NEGRON PEREZ**
URB FLORAL PARK
7 RUIZ BELVIS APT 3A
SAN JUAN, PR 00917
Localizacion: ESCUELA ELEMENTAL URBANA NUEVA

| DISTRIBUCION DE DEPOSITO DIRECTO | | |
|---|---|---|
| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| Savings | | $717.40 |
| Total: | | $717.40 |

## NO-NEGOCIABLE

## Form 499R-2/W-2 PR (Rev. 07.09) — Year: 2009

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

- 1. Nombre - First Name: DORIS
- Apellido(s) - Surname(s): NEGRON PEREZ
- Dirección Postal del Empleado - Employee's Mailing Address:
  URB FLORAL PARK
  7 RUIZ BELVIS APT 3A
  SAN JUAN, PR 00917
- 2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address:
  L8002158131 ESC URB NU
  DEPT DE EDUCACION-MAESTROS
  AVENIDA TENIENTE CESAR GONZALE
  ESQUINA CALAF
  HATO REY, PR 00919
- Número de Control - Control Number: 004175002
- 3. Núm. Seguro Social / Social Security No.: [signed]
- 4. Núm. de Ident. Patronal / Employer's Ident. No. (EIN): 660433481
- 6. Costo de Pensión o Anualidad / Cost of Pension or Annuity: 0.00
- Copia C para Récord del Empleado / Copy C for Employee's Records
- 7. Sueldos - Wages: 31844.55
- 8. Comisiones - Commissions: 0.00
- 9. Concesiones - Allowances: 0.00
- 10. Propinas - Tips: 0.00
- 11. Total=7+8+9+10: 31844.55
- 12. Gastos Reembolsados / Reimbursed Expenses: 0.00
- 13. Cont. Retenida - Tax Withheld: 1901.24
- 14. Fondo de Retiro / Retirement Fund: 2705.52
- 15. Aportaciones a Planes Cualific. / Contributions to CODA PLANS: 0.00
- 16. Salarios bajo Ley Núm. 324 de 2004 / Salaries under Act No. 324 of 2004: 0.00
- 17. Total Sueldos Seguro Social / Social Security Wages: 0.00
- 18. Seguro Social Retenido / Social Security Tax Withheld: 0.00
- 19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips: 31844.55
- 20. Contrib. Medicare Retenida / Medicare Tax Withheld: 461.75
- 21. Propinas Seguro Social / Social Security Tips: 0.00
- 22. Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips: 0.00
- 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips: 0.00

Reproducido por: Departamento de Hacienda

---

## Form 499R-2/W-2 PR (Rev. 05.10) — Year: 2010

**GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

- 1. Nombre - First Name: DORIS
- Apellido(s) - Surname(s): NEGRON PEREZ
- Dirección Postal del Empleado - Employee's Mailing Address:
  URB FLORAL PARK
  7 RUIZ BELVIS APT 3A
  SAN JUAN, PR 00917
- 2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address:
  L8013758131 JOSE M ESP
  DEPT DE EDUCACION-MAESTROS
  AVENIDA TENIENTE CESAR GONZALE
  ESQUINA CALAF
  HATO REY, PR 00919
- Número de Control - Control Number: 107610722
- 3. Núm. Seguro Social / Social Security No.: [signed]
- 4. Núm. de Ident. Patronal / Employer Ident. No. (EIN): 660433481
- 6. Costo de Pensión o Anualidad / Cost of Pension or Annuity: 0.00
- Copia B para Planilla del Empleado / Copy B for Employee's Tax Return
- 7. Sueldos - Wages: 31335.54
- 8. Comisiones - Commissions: 0.00
- 9. Concesiones - Allowances: 0.00
- 10. Propinas - Tips: 0.00
- 11. Total=7+8+9+10: 31335.54
- 12. Gastos Reembolsados / Reimbursed Expenses: 0.00
- 13. Cont. Retenida - Tax Withheld: 1633.98
- 14. Fondo de Retiro / Retirement Fund: 2705.52
- 15. Aportaciones a Planes Cualific. / Contributions to CODA PLANS: 0.00
- 16. Salarios bajo Ley Núm. 324 de 2004 / Salaries under Act No. 324 of 2004: 0.00
- 17. Total Sueldos Seguro Social / Social Security Wages: 0.00
- 18. Seguro Social Retenido / Social Security Tax Withheld: 0.00
- 19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips: 31335.54
- 20. Contrib. Medicare Retenida / Medicare Tax Withheld: 454.37
- 21. Propinas Seguro Social / Social Security Tips: 0.00
- 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips: 0.00
- 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips: 0.00
- 24. Sueldos y Propinas bajo Ley HIRE de 2010 - Wages and Tips under HIRE Act of 2010: 0.00

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas.
Retention: Ten (10) years from the filing date in the Return Processing Bureau.

Reproducido por: Departamento de Hacienda

## Form 499R-2/W-2 PR — Year 2011

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

1. Nombre - First Name: **DORIS**
Apellido(s) - Surname(s): **NEGRON PEREZ**
Dirección Postal del Empleado:
URB FLORAL PARK
7 RUIZ BELVIS APT 3A
SAN JUAN, PR 00917

2. Nombre y Dirección Postal del Patrono:
L8013758131 JOSE M ESP
DEPT DE EDUCACION-MAESTROS
AVENIDA TENIENTE CESAR GONZALE
ESQUINA CALAF
HATO REY, PR 00919

Número Control - Control Number: **116460585**

4. Núm. de Ident. Patronal / Employer Ident. No. (EIN): **660433481**

Copia B para Planilla del Empleado — Copy B for Employee's Tax Return
Año / Year: **2011**

| Box | Description | Amount |
|---|---|---|
| 7 | Sueldos - Wages | 31060.00 |
| 8 | Comisiones - Commissions | 0.00 |
| 9 | Concesiones - Allowances | 0.00 |
| 10 | Propinas - Tips | 0.00 |
| 11 | Total = 7+8+9+10 | 31060.00 |
| 12 | Gastos Reembolsados / Reimbursed Expenses | 0.00 |
| 13 | Cont. Retenida - Tax Withheld | 874.01 |
| 14 | Fondo de Retiro Gubernamental / Governmental Retirement Fund | 2705.52 |
| 15 | Aportaciones a Planes Cualif. / Contributions to CODA PLANS | 0.00 |
| 16 | Salarios bajo Ley Núm. 324 de 2004 | 0.00 |
| 16A | Aportaciones al Programa Ahorra y Duplica tu Dinero | 0.00 |
| 17 | Total Sueldos Seguro Social / Social Security Wages | 0.00 |
| 18 | Seguro Social Retenido / Social Security Tax Withheld | 0.00 |
| 19 | Total Sueldos y Pro. Medicare / Medicare Wages and Tips | 31060.00 |
| 20 | Contrib. Medicare Retenida / Medicare Tax Withheld | 450.37 |
| 21 | Propinas Seguro Social / Social Security Tips | 0.00 |
| 22 | Seguro Social no Retenido en Propinas | 0.00 |
| 23 | Contrib. Medicare no Retenida en Propinas | 0.00 |

---

## Form 499R-2/W-2 PR — Year 2012

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

1. Nombre - First Name: **DORIS**
Apellido(s) - Surname(s): **NEGRON PEREZ**
Dirección Postal del Empleado:
URB FLORAL PARK
7 RUIZ BELVIS APT 3A
SAN JUAN, PR 00917

2. Nombre y Dirección Postal del Patrono:
L8013758131 JOSE M ESP
DEPT DE EDUCACION-MAESTROS
AVENIDA TENIENTE CESAR GONZALE
ESQUINA CALAF
HATO REY, PR 00919

Número Control - Control Number: **125529107**

4. Núm. de Ident. Patronal / Employer Ident. No. (EIN): **660433481**

Copia B para Planilla del Empleado — Copy B for Employee's Tax Return
Año / Year: **2012**

| Box | Description | Amount |
|---|---|---|
| 7 | Sueldos - Wages | 33099.23 |
| 8 | Comisiones - Commissions | 0.00 |
| 9 | Concesiones - Allowances | 0.00 |
| 10 | Propinas - Tips | 0.00 |
| 11 | Total = 7+8+9+10 | 33099.23 |
| 12 | Gastos Reemb. y Beneficios Marginales | 0.00 |
| 13 | Cont. Retenida - Tax Withheld | 928.91 |
| 14 | Fondo de Retiro Gubernamental | 2705.52 |
| 15 | Aportaciones a Planes Cualif. / CODA PLANS | 0.00 |
| 16 | Salarios bajo Ley 324-2004 | 0.00 |
| 16A | Aportaciones al Programa Ahorra y Duplica tu Dinero | 0.00 |
| 17 | Total Sueldos Seguro Social / Social Security Wages | 0.00 |
| 18 | Seguro Social Retenido / Social Security Tax Withheld | 0.00 |
| 19 | Total Sueldos y Pro. Medicare / Medicare Wages and Tips | 33099.23 |
| 20 | Contrib. Medicare Retenida / Medicare Tax Withheld | 479.94 |
| 21 | Propinas Seguro Social / Social Security Tips | 0.00 |
| 22 | Seguro Social no Retenido en Propinas | 0.00 |
| 23 | Contrib. Medicare no Retenida en Propinas | 0.00 |

---

*(Partial third form begins at bottom of page — Year not shown)*

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

Form 499R-2/W-2 PR  Rev. 09.12

## Form 499R-2/W-2 PR (Rev. 08.13) — Year 2013

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

1. Nombre - First Name: DORIS
Apellido(s) - Surname(s): NEGRON PEREZ
Dirección Postal del Empleado - Employee's Mailing Address:
URB FLORAL PARK
7 RUIZ BELVIS APT 3A
SAN JUAN, PR 00917

2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address:
DEPT DE EDUCACION-MAESTROS
AVENIDA TENIENTE CESAR GONZALE
ESQUINA CALAF
HATO REY, PR 00919

3. Núm. Seguro Social / Social Security No.: [redacted]
4. Núm. de Ident. Patronal / Employer Ident. No. (EIN): 660433481
5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension
6. Costo de Pensión o Anualidad / Cost of Pension or Annuity: 0.00
6A. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage: 0.00
6B. Donativos / Charitable Contributions: 0.00

Copia B para Planilla del Empleado
Copy B for Employee's Tax Return
Año / Year: **2013**

Número Control - Control Number: 004469319
Número Confirmación de Radicación Electrónica / Electronic Filing Confirmation Number: C400001

**INFORMACION PARA EL DEPARTAMENTO DE HACIENDA / DEPARTMENT OF THE TREASURY INFORMATION**

7. Sueldos - Wages: 31949.69
8. Comisiones - Commissions: 0.00
9. Concesiones - Allowances: 0.00
10. Propinas - Tips: 0.00
11. Total=7+8+9+10: 31949.69
12. Gastos Reemb. y Beneficios Marginales / Reimb. Expenses and Fringe Benefits: 0.00
13. Cont. Retenida - Tax Withheld: 753.51
14. Fondo de Retiro Gubernamental / Governmental Retirement Fund: 2703.82
15. Aportaciones a Planes Cualific. / Contributions to CODA PLANS: 0.00
16. Salarios bajo Ley 324-2004 / Salaries under Act 324-2004: 0.00
16A. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program: 0.00

**INFORMACION PARA EL SEGURO SOCIAL / SOCIAL SECURITY INFORMATION**

17. Total Sueldos Seguro Social / Social Security Wages: 0.00
18. Seguro Social Retenido / Social Security Tax Withheld: 0.00
19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips: 31949.69
20. Contrib. Medicare Retenida / Medicare Tax Withheld: 463.27
21. Propinas Seguro Social / Social Security Tips: 0.00
22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips: 0.00
23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips: 0.00

Reproducido por: Departamento de Hacienda

---

## Formulario Form 499R-2/W-2 PR (Rev. 09.14) — Year 2014

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

1. Nombre - First Name: DORIS
Apellido(s) - Surname(s): NEGRON PEREZ
Dirección Postal del Empleado - Employee's Mailing Address:
URB FLORAL PARK
7 RUIZ BELVIS APT 3A
SAN JUAN, PR 00917

2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address:
DEPT DE EDUCACION-MAESTROS
AVENIDA TENIENTE CESAR GONZALE
ESQUINA CALAF
HATO REY, PR 00919

3. Núm. Seguro Social / Social Security No.: [redacted]
4. Núm. de Ident. Patronal / Employer Ident. No. (EIN): 660433481
5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage: 0.00
6. Donativos / Charitable Contributions: 0.00

Patrono: - Employer:
- Envie a: - Send to:
Social Security Administration
Data Operations Center Wilkes-Barre, PA 18769-0001
Con la / With the W-3PR
- Envie al Departamento de Hacienda electrónicamente
Send to Department of the Treasury electronically
(www.hacienda.gobierno.pr)
- Entregue dos copias al empleado / Deliver two copies to employee
- Conserve copia para sus records / Keep copy for your records

Año / Year: **2014**

Número Control - Control Number: 004383214
Número Confirmación de Radicación Electrónica / Electronic Filing Confirmation Number: S140003

Fecha de radicación: 31 de enero - Filing date: January 31

**INFORMACION PARA EL DEPARTAMENTO DE HACIENDA / DEPARTMENT OF THE TREASURY INFORMATION**

7. Sueldos - Wages: 30960.61
8. Comisiones - Commissions: 0.00
9. Concesiones - Allowances: 0.00
10. Propinas - Tips: 0.00
11. Total=7+8+9+10: 30960.61
12. Gastos Reemb. y Beneficios Marginales / Reimb. Expenses and Fringe Benefits: 0.00
13. Cont. Retenida - Tax Withheld: 644.21
14. Fondo de Retiro Gubernamental / Governmental Retirement Fund: 2676.20
15. Aportaciones a Planes Cualific. / Contributions to CODA PLANS: 0.00
16. Salarios Exentos (Ver instrucciones) / Exempt Salaries (See instructions): 0.00
16A. Código de Salarios Exentos / Exempt Salaries Code:
16B. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program: 0.00

**INFORMACION PARA EL SEGURO SOCIAL / SOCIAL SECURITY INFORMATION**

17. Total Sueldos Seguro Social / Social Security Wages: 0.00
18. Seguro Social Retenido / Social Security Tax Withheld: 0.00
19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips: 30960.61
20. Contrib. Medicare Retenida / Medicare Tax Withheld: 448.93
21. Propinas Seguro Social / Social Security Tips: 0.00
22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips: 0.00
23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips: 0.00

Reproducido por: Departamento de Hacienda

## Form 499R-2/W-2PR (2015)

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

- **1. Nombre - First Name:** DORIS
- **Apellido(s) - Surname(s):** NEGRON PEREZ
- **Dirección Postal del Empleado - Employee's Mailing Address:** URB FLORAL PARK, 7 RUIZ BELVIS APT 3A, SAN JUAN, PR 00917
- **2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address:** DEPT DE EDUCACION-MAESTROS, AVENIDA TENIENTE CESAR GONZALE, ESQUINA CALAF, HATO REY, PR 00919
- **Número Confirmación de Radicación Electrónica - Electronic Filing Confirmation Number:** S150008
- **Número Control - Control Number:** 004903937
- **4. Núm. de Ident. Patronal / Employer Ident. No. (EIN):** 660433481
- **5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage:** 0.00
- **6. Donativos / Charitable Contributions:** 0.00
- **Año / Year:** 2015
- **Fecha de radicación: 31 de enero - Filing date: January 31**
- **7. Sueldos - Wages:** 30660.00
- **8. Comisiones - Commissions:** 0.00
- **9. Concesiones - Allowances:** 0.00
- **10. Propinas - Tips:** 0.00
- **11. Total = 7+8+9+10:** 30660.00
- **12. Gastos Reemb. y Beneficios Marginales / Reimb. Expenses and Fringe Benefits:** (blank)
- **13. Cont. Retenida - Tax Withheld:** 621.12
- **14. Fondo de Retiro Gubernamental / Governmental Retirement Fund:** 2705.52
- **15. Aportaciones a Planes Cualific. Contributions to CODA PLANS:** 0.00
- **16. Salarios Exentos (Ver Instrucciones) / Exempt Salaries (See Instructions):** 0.00
- **16A. Código de Salarios Exentos / Exempt Salaries Code:**
- **16B. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program:** 0.00
- **17. Total Sueldos Seguro Social / Social Security Wages:** 0.00
- **18. Seguro Social Retenido / Social Security Tax Withheld:** 0.00
- **19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips:** 30660.00
- **20. Contrib. Medicare Retenida / Medicare Tax Withheld:** 444.57
- **21. Propinas Seguro Social / Social Security Tips:** 0.00
- **22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips:** 0.00
- **23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips:** 0.00

---

## Form 499R-2/W-2PR Rev. 07.17 (2017)

**GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCIÓN - WITHHOLDING STATEMENT**

- **222**
- **1. Nombre - First Name:** DORIS
- **Apellido(s) - Last Name(s):** NEGRON PEREZ
- **Dirección Postal del Empleado - Employee's Mailing Address:** URB FLORAL PARK, 7 RUIZ BELVIS APT 3A, SAN JUAN PR 00917
- **2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address:** DEPT DE EDUCACION MAESTROS, AVENIDA TENIENTE CESAR, ESQUINA CALAF, HATO REY PR 00919
- **Número de Teléfono del Patrono - Employer's Telephone Number:** (787) 773-3508
- **Número Confirmación de Radicación Electrónica - Electronic Filing Confirmation Number:** S170008
- **Número Control - Control Number:** 006976464
- **4. Núm. de Ident. Patronal / Employer Ident. No. (EIN):** 660433481-080
- **5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage:** 0.00
- **6. Donativos / Charitable Contributions:** 0.00
- **Año / Year:** 2017
- **Fecha de radicación: 31 de enero - Filing date: January 31**
- **7. Sueldos - Wages:** 30,659.30
- **8. Comisiones - Commissions:** 0.00
- **9. Concesiones - Allowances:** 0.00
- **10. Propinas - Tips:** 0.00
- **11. Total = 7+8+9+10:** 30,659.30
- **12. Gastos Reemb. y Beneficios Marginales / Reimb. Expenses and Fringe Benefits:** 0.00
- **13. Cont. Retenida - Tax Withheld:** 621.50
- **14. Fondo de Retiro Gubernamental / Governmental Retirement Fund:** 2,699.18
- **15. Aportaciones a Planes Cualific. Contributions to CODA PLANS:** 0.00
- **16. Salarios Exentos / Exempt Salaries:** 0.00
- **16A. Código / Code:** 0.00
- **16B. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program:** 0.00
- **17. Total Sueldos Seguro Social / Social Security Wages:** 0.00
- **18. Seguro Social Retenido / Social Security Tax Withheld:** 0.00
- **19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips:** 30,659.30
- **20. Contrib. Medicare Retenida / Medicare Tax Withheld:** 444.56
- **21. Propinas Seguro Social / Social Security Tips:** 0.00
- **22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips:** 0.00
- **23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips:** 0.00

**080 DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez, Esquina Calaf
HATO REY, PR 00919

SM - Quincenal
Desde: 07/01/2016
Hasta: 07/14/2016
Aviso #: 1914148
Fecha Aviso: 07/15/2016

| | |
|---|---|
| DORIS NEGRON PEREZ | # Empleado: XXXXX |
| URB FLORAL PARK | Dept: 8005137-SANTA ISABEL-PONCE |
| 7 RUIZ BELVIS APT 3A | Lugar: JOSE M ESPADA |
| SAN JUAN, PR 00917 | Titulo: DEPARTAMENTO DE EDUCACION |
| SS: XXX-XX-3353 | Sueldo: $2,505.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,252.50 | 864.00 | 17,534.65 |
| Total: | | | 1,252.50 | 864.00 | 17,534.65 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 18.16 | 254.25 |
| PR Withholding | 25.88 | 362.29 |
| Total: | 44.04 | 616.54 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 112.73 | 1,578.18 |
| Total: | 112.73 | 1,578.18 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 152.80 | 2,139.20 |
| SM-First Medical Health Plan | 205.00 | 2,870.00 |
| SC-COOP DE SEGUROS DE VIDA | 6.37 | 89.18 |
| AS-ASOC MAESTROS DE P.R. | 8.50 | 119.00 |
| Ahorros-AEELA | 50.10 | 701.39 |
| Total: | 422.77 | 5,918.77 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 184.74 | 2,398.51 |
| FSED Disability Plan | 21.29 | 298.06 |
| SM-First Medical Health Plan | 0.00 | 840.00 |

* Tributable

| | TOTAL BRUTO | BRUTO TRIBUT. FED. | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,252.50 | 0.00 | 44.04 | 535.50 | 672.96 |
| Acumulado: | 17,534.65 | 0.00 | 616.54 | 7,496.95 | 9,421.16 |

| PTO HORAS | ACUM | | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|
| Balance Inicial: | 0.0 | | Aviso #1914148 | 672.96 |
| + Ganada: | | | | |
| + Compra: | | | Total: | 672.96 |
| - Usada: | | | | |
| - Donada: | | | | |
| + Ajustes: | | | | |
| Balance Final: | 0.0 | | | |

**MENSAJE:**

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
07/15/2016

Aviso No.
1914148

Cant. Deposito: $672.96

A la
Cuenta(s) De

**DORIS NEGRON PEREZ**
URB FLORAL PARK
7 RUIZ BELVIS APT 3A
SAN JUAN, PR 00917
Localizacion: JOSE M ESPADA

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | XXXXXXXXXXXXXX | 672.96 |
| Total: | | 672.96 |

## NO-NEGOCIABLE

Case:17-03283-LTS Doc#:12369 Filed:03/13/20 Entered:03/16/20 15:32:21 Desc: Main Document Page 11 of 11

**GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCIÓN - WITHHOLDING STATEMENT**

222

| Field | Value |
|---|---|
| 1. Nombre - First Name | DORIS |
| Apellido(s) - Last Name(s) | NEGRON PEREZ |
| Dirección Postal del Empleado - Employee's Mailing Address | URB FLORAL PARK, 7 RUIZ BELVIS APT 3A, SAN JUAN PR 00917 |
| 3. Núm. Seguro Social / Social Security No. | (signed) DNP |
| 4. Núm. de Ident. Patronal / Employer Ident. No. (EIN) | 66-0433481 |
| 5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage | 0.00 |
| 6. Donativos / Charitable Contributions | 0.00 |
| 2. Nombre y Dirección Postal del Patrono / Employer's Name and Mailing Address | DEPT DE EDUCACION MAESTROS, AVENIDA TENIENTE CESAR ESQUINA CALAF, HATO REY, PR 00919-0000 |
| Número Confirmación de Radicación Electrónica / Electronic Filing Confirmation Number | F0717193216 |
| Número Control - Control Number | 180049823 |
| Año / Year | 2018 |

**INFORMACIÓN DEL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION**

| Field | Value |
|---|---|
| 7. Sueldos - Wages | 31,715.72 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total = 7 + 8 + 9 + 10 | 31,715.72 |
| 12. Gastos Reemb. y Beneficios Marginales | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 706.16 |
| 14. Fondo de Retiro Gubernamental / Governmental Retirement Fund | 2,800.49 |
| 15. Aportaciones a Planes Calificados / Contributions to CODA PLANS | 0.00 |
| Salarios Exentos (Ver instrucciones) / Exempt Salaries (See instructions) | |
| 16. Código/Code | 0.00 |
| 16A. Código/Code | 0.00 |
| 16B. Código/Code | 0.00 |
| 16C. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program | 0.00 |

**INFORMACIÓN PARA EL SEGURO SOCIAL - SOCIAL SECURITY INFORMATION**

| Field | Value |
|---|---|
| 17. Total Sueldos Seguro Social / Social Security Wages | 0.00 |
| 18. Seguro Social Retenido / Social Security Tax Withheld | 0.00 |
| 19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips | 31,715.72 |
| 20. Contrib. Medicare Retenida / Medicare Tax Withheld | 459.88 |
| 21. Propinas Seguro Social / Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0.00 |
| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

Fecha de radicación: 31 de enero - Filing date: January 31