ANGEL L. VALENTIN QUILES
URB. EL CULEBRINAS
CALLE PINO CASA H-10
SAN SEBASTIAN, PR 00685

RECEIVED & FILED
2020 MAR 16 PM 2:37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

SECRETARIA DE JUNTA DE SUPERVISION
ROOM 150 FEDERAL BUILDING
SAN JUAN, PUERTO RICO 00918-1767

00918 32767