CLERKS OFFICE                                    MARCH 12, 2020.

UNITED STATES DISTRIC COURT                      RECEIVED & FILED

ROOM 150 FEDERAL BUILDING                        2020 MAR 16  PH 2: 36

SAN JUAN, PUERTO RICO 00918-1767                 CLERK'S OFFICE
                                                 U.S. DISTRICT COURT
                                                 SAN JUAN, P.R.

IN ANSWER TO THE NEW DOCUMENT FROM THE FINANCIAL

OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO. WE ARE SENDING

COPIES OF OUR PROOF OF CLAIMS (FORM 410) AND OF OUR PURCHASE CONFIRMATIONS

OF ALL OUR P.R. ELECTRIC PWR AUTH. PWR REV. BONDS BOUGHT BY US. ALL

THIS FORMS WERE SENT BY US A COUPLE OF YEARS AGO, AND WE ARE ENCLOSING

A COPY OF THE CONFIRMATION BY THE PRIME CLERK WHO RECEIVED THEM.

IN 2018 WE CONSOLIDATED ALL OF OUR INVESTMENT WITH MERRILL

LYNCH PIERCE FENNER + SMITH. THEREFORE WE ARE ENCLOSING A COPY OF SOME

PAGES OF OUR FEBRUARY 2020 WEALTH MANAGEMENT REPORT FROM MERRILL

LYNCH, PAGES 1, 8 AND 9 WERE OUR INVESTMENTS IN P.R. ELECTRIC PWR AND

P.R. SALES TAX FING CORP (COFINA) APPEARS AS SEPARATE INVESTMENTS. THE

PR SALES TAX FING CORP HAS BEING ALLREADY TRANSFORMED BY THE "PROMESA

LAW" AND THE COURT INTO NEW BONDS WITH LOWER VALUES.

HOPING THIS WILL CLEAR THE OWNERSHIP OF OUR ELECTRIC P.R. PWR BDS

AND THAT WE WILL BE REMOVED FROM THE OMNIBUS OBJECTION CLAIM.

AT THIS TIME I AM 80 YEARS OLD AND HAVE NO COMPUTER NOR E-MAIL.

NOTE: CUSIP NUMBERS HAS BEEN

CHANGED FROM THE ORIGINAL ONES.

                                    TRULY YOURS,

                                    Juan A. Barnes Velez

                                    Teresa Zamora Feide
                                    3380 DONA JUANA ST. / VISTAPOINT
                                    PONCE, P.R. 00716-4826
                                    TEL. 787-848-3577

CLERKS OFFICE                                          MARCH 14, 2020.

UNITED STATES DISTRIC COURT

ROOM 150 FEDERAL BUILDING

SAN JUAN, PUERTO RICO 00918-1767

OUR NAME IS JUAN A. BARNES + TERESA ZAMORA
CEIDE. IN OUR LETTER OF MARCH 12, 2020, COPY INCLUDED,
WE FORGOT TO INCLUDE OUR TELEPHONE NUMBER WICH WE
JUST ADDED IN THE NEW COPY INCLUDED.

OUR TELEPHONE NUMBER IS 787-848-3577.

SORRY WE ARE OLD AND NERVOUS, PLEASE HELP US OUT.

TRULY YOURS,

Juan A. Barnes Velez

3380 DONADUANA ST. / VISTAPOINT

PONCE, P.R. 00716-4826

Teresa Zamora Ceide