Juan A. Barnes Velez
Vistapoint
3380 Calle Dona Juana
Ponce Puerto Rico 00716-4826



SAN JUAN PR 009

14 MAR 2020 PM 1 L

RECEIVED & FILED
2020 MAR 16 PM 2: 36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

CLERKS OFFICE
UNITED STATES DISTRIC COURT
ROOM 150 FEDERAL BUILDING
SAN JUAN, PUERTO RICO
00918-1767

00918$9999