Sonia M. Salazar Pagcuzo
1140 Calle Cordillera
Urb. Valle Alto
Ponce, Puerto Rico 00730-41

RECEIVED & FILED
2020 MAR 16 PM 2
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

7019 1120 0000 8418 6055

UNITED STATES POSTAL SERVICE®   1000   00918

U.S. POSTAGE PAID
FCM LETTER
MAPLE SHADE, NJ
08052
MAR 11, 20
AMOUNT
**$6.95**
R2305M146028-12

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767