- COMMONWEALTH OF PUERTO RICO
EPARTMENT OF THE TREASURY

· WITHHOLDING STATEMENT

| INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
|---|---|

| 3. Núm. Seguro Social Social Security No. | 8. Sueldos - Wages 34,394.00 | 17. Total Sueldos Seguro Social Social Security Wages 0.00 |
|---|---|---|
| 4. Estado Civil - Civil Status Soltero ☐ Single  Casado ☐ Married | 9. Comisiones - Commissions 0.00 | 18. Seguro Social Retenido Social Security Tax Withheld 0.00 |
| 5. Núm. Seguro Social Cónyuge Spouse's Social Security No. | 10. Concesiones - Allowances 0.00 | 19. Total Sueldos y Pro. Medicare Medicare Wages and Tips 34,394.00 |
| 6. Núm. de Ident. Patronal Employer's Ident. No. (EIN) 660433481 | 11. Propinas - Tips 0.00 | 20. Contrib. Medicare Retenida Medicare Tax Withheld 498.71 |
| 7. Costo de Pensión o Anualidad Cost of Pension or Annuity | 12. Total=8+9+10+11 34,394.00 | |

| Copia C para Récord del Empleado Copy C for Employee's Records  Año: Year: 2004 | 13. Gastos Reembolsados Reimbursed Expenses 0.00 | 21. Propinas Seguro Social Social Security Tips 0.00 |
|---|---|---|
| | 14. Cont. Retenida - Tax Withheld 2,873.68 | 22. Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips 0.00 |
| | 15. Fondo de Retiro Retirement Fund 2,818.84 | 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips 0.00 |
| | 16. Aportaciones a Planes Cualific. Contributions to COLA PLANS 0.00 | |

el Negociado de Procesamiento de Planillas
ocessing Bureau

Reproducido por: Departamento de Hacienda

Formulario
Form 499R-2/W-2 PR
Rev. 05.05

| | | | |
|---|---|---|---|
| ESTADO LIBRE ASOCIADO DE PUERTO RICO<br>DEPARTAMENTO DE HACIENDA<br><br>COMPROBANTE DE RETENCION | COMMONWEALTH OF PUERTO RICO<br>DEPARTMENT OF THE TREASURY<br>2005<br>WITHHOLDING STATEMENT | INFORMACION PARA EL<br>DEPARTAMENTO DE<br>HACIENDA<br>DEPARTMENT OF THE<br>TREASURY INFORMATION | INFORMACION PARA EL<br>SEGURO SOCIAL<br><br>SOCIAL SECURITY<br>INFORMATION |

| | | |
|---|---|---|
| 1. Nombre-First Name<br>EDWIN | 3. Núm. Seguro Social<br>Social Security No. | 7. Sueldos - Wages<br>25238.50 |
| | | 17. Total Sueldos Seguro Social<br>Social Security Wages<br>0.00 |

1. Nombre-First Name
EDWIN

Apellido(s) - Surname(s)
SANTIAGO PEREIRA

Dirección Postal del Empleado-Employee's Mailing Address
PO BOX 3078

JUNCOS, PR 00777-3078

2. Nombre y Dirección Postal del Patrono
Employer's Name and Mailing Address
L8100425783 L M MARIN
DEPT DE EDUCACION-CLASIFICADOS
AVE. TENIENTE CESAR GONZALEZ
ESQUINA CALAF
HATO REY, PR 00919

Número de Teléfono del Patrono
Employer's Telephone Number

Fecha de Cese de Operaciones
Cease of Operations Date

Número de Control - Control Number
50653087

3. Núm. Seguro Social
Social Security No.

4. Estado Civil - Civil Status
Soltero ☐   Casado ☐
Single        Married

5. Núm. de Ident. Patronal
Employer's Ident. No. (EIN)
660433481

6. Costo de Pensión o Anualidad
Cost of Pension or Annuity
0.00

Copia C para Récord
del Empleado
Copy C for Employee's
Records

Año:
Year: 2005

7. Sueldos - Wages
25238.50

8. Comisiones - Commissions
0.00

9. Concesiones - Allowances
0.00

10. Propinas - Tips
0.00

11. Total=7+8+9+10
25238.50

12. Gastos Reembolsados
Reimbursed Expenses
0.00

13. Cont. Retenida - Tax Withheld
2840.83

14. Fondo de Retiro
Retirement Fund
2181.52

15. Aportaciones a Planes Cualific.
Contributions to CODA PLANS
0.00

16. Salarios bajo Ley Núm. 324 de 2004
Salaries under Act No. 324 of 2004
0.00

17. Total Sueldos Seguro Social
Social Security Wages
0.00

18. Seguro Social Retenido
Social Security Tax Withheld
0.00

19. Total Sueldos y Pro. Medicare
Medicare Wages and Tips
25238.50

20. Contrib. Medicare Retenida
Medicare Tax Withheld
365.96

21. Propinas Seguro Social
Social Security Tips
0.00

22. Seguro Social no Retenido
en Propinas - Uncollected
Social Security on Tips
0.00

23. Contrib. Medicare no Retenida
en Propinas - Uncollected
Medicare Tax on Tips
0.00

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas
Conservation: Ten (10) years from the filing date in the Return Processing Bureau

Reproducido por: Departamento de Hacienda

Reproducido por: Departamento de Hacienda

**Año / Year: 2006**

Copia C para Récord del Empleado
Copy C for Employee's Records

Formulario: Form 499R-2/W-2 PR
Rev. 06.06

ESTADO LIBRE ASOCIADO DE PUERTO RICO · COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA · DEPARTMENT OF THE TREASURY

2006

COMPROBANTE DE RETENCIÓN · WITHHOLDING STATEMENT

Número de Control - Control Number: 2302307

| | |
|---|---|
| Fecha de Cese de Operaciones: Día Mes Año / Cese of Operations Date: Day Month Year | |
| Número de Teléfono del Patrono / Employer's Telephone Number | |

2. Nombre y Dirección Postal del Patrono / Employer's Name and Mailing Address
L8100425783 L M MARIN
AVE. TENIENTE CESAR GONZALEZ
ESQUINA CALAF
HATO REY, PR 00919

5. Fecha en que comenzó a recibir la pensión - Día Mes Año / Date on which you started to receive the pension - Day Month Year

6. Costo de Pensión o Anualidad / Cost of Pension or Annuity: 0.00

3. Núm. Seguro Social / Social Security No.

4. Núm. de Ident. Patronal / Employer's Ident. No. (EIN): 481633489

Dirección Postal del Empleado-Employee's Mailing Address
PO BOX 3078
JUNCOS, PR 00777-3078

1. Nombre-First Name: EDWIN
Apellido(s) - Surname(s): SANTIAGO PEREIRA

| | INFORMACION PARA EL SEGURO SOCIAL / SOCIAL SECURITY INFORMATION | INFORMACION PARA EL DEPARTAMENTO DE HACIENDA / INFORMATION FOR THE DEPARTMENT OF THE TREASURY |
|---|---|---|
| 7. Sueldos - Wages | 17. Total Sueldos Seguro Social / Social Security Wages: 0.00 | |
| 8. Comisiones - Commissions: 0.00 | 18. Seguro Social Retenido / Social Security Tax Withheld: 0.00 | 47343.97 |
| 9. Concesiones - Allowances: 0.00 | 19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips: 47343.97 | |
| 10. Propinas - Tips: 0.00 | 20. Contrib. Medicare Retenida / Medicare Tax Withheld: 47343.97 | |
| 11. Total=7+8+9+10: 47343.97 | 21. Propinas Seguro Social / Social Security Tips: 686.49 | |
| 12. Gastos Reembolsados / Reimbursed Expenses: 0.00 | 22. Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips: 0.00 | |
| 13. Cont. Retenida - Tax Withheld: 5348.95 | 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips: 0.00 | |
| 14. Fondo de Retiro / Retirement Fund: 3904.32 | | |
| 15. Aportaciones a Planes Cualific. / Contributions to CODA PLANS: 0.00 | | |
| 16. Salarios bajo Ley Núm. 324 de 2004 / Salaries under Act No. 324 of 2004: 0.00 | | |

Formulario
Form 499R-2/W-2 PR
Rev. 06.07

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**

**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

| INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION | |
|---|---|

| INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION | |
|---|---|

1. Nombre-First Name
EDWIN

Apellido(s) - Surname(s)
SANTIAGO PEREIRA

Dirección Postal del Empleado-Employee's Mailing Address
PO BOX 3078

JUNCOS, PR 00777-3078

2. Nombre y Dirección Postal del Patrono
Employer's Name and Mailing Address
L8101321071 JF KENNEDY
DEPT DE EDUCACION-CLASIFICADOS
AVE. TENIENTE CESAR GONZALEZ
ESQUINA CALAF
HATO REY, PR 00919

Número de Teléfono del Patrono
Employer's Telephone Number

Fecha de Cese de Operaciones: Día Mes Año
Cease of Operations Date: Day Month Year

Número de Control - Control Number
**45514856**

3. Núm. Seguro Social
Social Security No.

4. Núm. de Ident. Patronal.
Employer's Ident. No. (EIN.)
660433481

5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension
Día / Mes / Año
Day / Month / Year

6. Costo de Pensión o Anualidad
Cost of Pension or Annuity
0.00

**Copia C para Récord del Empleado**

**Copy C for Employee's Records**

**Año:**
**Year: 2007**

| | |
|---|---|
| 7. Sueldos - Wages | 52133.74 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total=7+8+9+10 | 52133.74 |
| 12. Gastos Reembolsados Reimbursed Expenses | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 5483.77 |
| 14. Fondo de Retiro Retirement Fund | 4039.32 |
| 15. Aportaciones a Planes Cualific. Contributions to CODA PLANS | 0.00 |
| 16. Salarios bajo Ley Núm. 324 de 2004 Salaries under Act No. 324 of 2004 | 0.00 |

| | |
|---|---|
| 17. Total Sueldos Seguro Social Social Security Wages | 0.00 |
| 18. Seguro Social Retenido Social Security Tax Withheld | 0.00 |
| 19. Total Sueldos y Pro. Medicare Medicare Wages and Tips | 52133.74 |
| 20. Contrib. Medicare Retenida Medicare Tax Withheld | 755.94 |
| 21. Propinas Seguro Social Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips | 0.00 |
| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

Reproducido por: Departamento de Hacienda

Formulario
Form 499R-2/W-2 PR
Rev. 07.08

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**

**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

| INFORMACION PARA EL DEPARTAMENTO DE HACIENDA / DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL / SOCIAL SECURITY INFORMATION |
|---|---|

| | | INFORMACION PARA EL DEPARTAMENTO DE HACIENDA / DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL / SOCIAL SECURITY INFORMATION |
|---|---|---|---|
| 1. Nombre-First Name<br>EDWIN | 3. Núm. Seguro Social<br>Social Security No. | 7. Sueldos - Wages<br>53236.31 | 17. Total Sueldos Seguro Social<br>Social Security Wages<br>0.00 |
| Apellido(s) - Surname(s)<br>SANTIAGO PEREIRA | 4. Núm. de Ident. Patronal<br>Employer's Ident. No. (EIN.)<br>660433481 | 8. Comisiones - Commissions<br>0.00 | 18. Seguro Social Retenido<br>Social Security Tax Withheld<br>0.00 |
| Dirección Postal del Empleado-Employee's Mailing Address<br>PO BOX 3078 | 5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension<br>Día / Day    Mes / Month    Año / Year | 9. Concesiones - Allowances<br>0.00<br><br>10. Propinas - Tips<br>0.00 | 19. Total Sueldos y Pro. Medicare<br>Medicare Wages and Tips<br>53236.31 |
| 2. Nombre y Dirección Postal del Patrono<br>Employer's Name and Mailing Address<br>L8101321071 JF KENNEDY<br>DEPT DE EDUCACION-CLASIFICADOS<br>AVE. TENIENTE CESAR GONZALEZ<br>ESQUINA CALAF<br>HATO REY, PR 00919 | 6. Costo de Pensión o Anualidad<br>Cost of Pension or Annuity<br>0.00 | 11. Total=7+8+9+10<br>53236.31 | 20. Contrib. Medicare Retenida<br>Medicare Tax Withheld<br>771.93 |
| | | 12. Gastos Reembolsados<br>Reimbursed Expenses<br>0.00 | 21. Propinas Seguro Social<br>Social Security Tips<br>0.00 |
| | Copia C para Récord<br>del Empleado<br>Copy C for Employee's<br>Records | 13. Cont. Retenida - Tax Withheld<br>6127.85 | 22. Seguro Social no Retenido<br>en Propinas - Uncollected<br>Social Security on Tips<br>0.00 |
| Número de Teléfono del Patrono<br>Employer's Telephone Number | | 14. Fondo de Retiro<br>Retirement Fund<br>4363.32 | |
| Fecha de Cese de Operaciones: Día/Day  Mes/Month  Año/Year<br>Cease of Operations Date: | Año:<br>Year: **2008** | 15. Aportaciones a Planes Cualific.<br>Contributions to CODA PLANS<br>0.00 | 23. Contrib. Medicare no Retenida<br>en Propinas - Uncollected<br>Medicare Tax on Tips |
| Número de Control - Control Number<br>017597715 | | 16. Salarios bajo Ley Núm. 324 de 2004<br>Salaries under Act No. 324 of 2004<br>0.00 | 0.00 |

Reproducido por: Departamento de Hacienda

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

DEPARTAMENTO DE HACIENDA
DEPARTMENT OF THE TREASURY
INFORMATION

INFORMACION PARA EL
SEGURO SOCIAL
SOCIAL SECURITY
INFORMATION

| | | |
|---|---|---|
| Nombre-First Name | 3. Núm. Seguro Social / Social Security No. | 7. Sueldos - Wages |
| EDWIN | | 53580.40 |

Copia C para Record del Empleado
Copy C for Employee's Records

Año:
Year: **2009**

| Campo | Cantidad |
|---|---|
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total 7+8+9+10 | 53580.40 |
| 12. Gastos Reembolsados - Reimburse Expenses | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 6316.11 |
| 14. Fondo de Retiro - Retirement Fund | 4444.32 |
| 15. Aportaciones a Planes Cualific. Contributions CODA PLANS | 0.00 |
| 16. Salarios bajo Núm. 324 de 2004 - Salaries under Act No. 324 of 2004 | 0.00 |

4. Núm. de Ident. Patronal / Employer's Ident. No. (EIN)
660433481

5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension
Día / Day   Mes / Month   Año / Year

6. Costo de Pensión o Anualidad / Cost of Pension or Annuity
0.00

**Pellido(s) - Surname(s)**
SANTIAGO PEREIRA

**Dirección Postal del Empleado-Employee's Mailing Address**
PO BOX 3078

JUNCOS, PR 00777-3078

**Nombre y Dirección Postal del Patrono**
**Employer's Name and Mailing Address**
L8101321071 JF KENNEDY
DEPT DE EDUCACION-CLASIFICADOS
AVE. TENIENTE CESAR GONZALEZ
ESQUINA CALAF
HATO REY, PR 00919

**mero de Teléfono del Patrono**
**Employer's Telephone Number**

**cha de Cese de Operaciones:** Día / Day   Mes / Month   Año / Year
**Cease of Operations Date:**

**mero de Control - Control Number**
004217954

| | | |
|---|---|---|
| 17. Total Sueldos Seguro Social / Social Security Wages | | 0.00 |
| | | Amount |
| 18. Seguro Social Retenido / Social Security Tax Withheld | | 19,884.09 |
| | | 0.00 |
| 19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips | | 53580.40 |
| 20. Contrib. Medicare Retenida / Medicare Tax Withheld | | 0.00 |
| 21. Propinas Seguro Social / Social Security Tips | | 0.00 |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips | | 1,373.73 |
| | | 0.00 |
| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | | 97,900.00 |
| | | 0.00 |

776.92

itamo - Loan Term
180

Nombre - Name

Número Control - Control Number

Reproducido por: Departamento de Hacienda

00800277

VEA INSTRUCCIONES AL DORSO - SEE INSTRUCTIONS ON BACK
BANCO POPULAR DE PUERTO RICO
TRIPLICADO PARA LA PLANILLA DEL DEUDOR HIPOTECARIO - TRIPLICATE FOR THE MORTGAGE BORROWER'S INCOME TAX RETURN

---

**Formulario 480.7A**
Form
Rev. 08.08
Rep. 08.09
AÑO CONTRIBUTIVO:
TAXABLE YEAR: 2009

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
DECLARACION INFORMATIVA - INTERESES HIPOTECARIOS
INFORMATIVE RETURN - MORTGAGE INTEREST

[X] Duplicado / Duplicate   [ ] Enmendado: / Amended:

Uso Oficial - Official Use

Número de Serie

| INFORMACION DEL RECEPTOR - RECIPIENT'S INFORMATION | Descripción - Description | Cantidad - Amount |
|---|---|---|
| Número de Identificación Patronal - Employer Identification Number<br>66-0561870 | 1. Intereses Pagados por el Deudor<br>Interest Paid by Borrower | 19,884.09 |
| BANCO POPULAR DE PUERTO RICO<br>PO BOX 362708<br>SAN JUAN   PR 00936-2708 | 2. Honorarios de Origen del Préstamo (Puntos) Pagados Directamente por el Deudor<br>Loan Origination Fees (Points) Paid Directly by Borrower<br>[ ] Pagados - Paid   [ ] Financiados - Financed | 0.00 |
| | 3. Descuentos del Préstamo (Puntos) Pagados Directamente por el Deudor<br>Loan Discounts (Points) Paid Directly by Borrower<br>[ ] Pagados - Paid   [ ] Financiados - Financed | 0.00 |
| INFORMACION DEL DEUDOR - BORROWER'S INFORMATION | 4. Reembolso de Intereses<br>Refund of Interest | 0.00 |
| Número de Seguro Social - Social Security Number<br>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 | | |
| EDWIN SANTIAGO-PEREIRA<br>URB PARAISO DE COAMO<br>615 CALLE PAZ<br>COAMO PR   00769 | 5. Contribuciones sobre la Propiedad<br>Property Taxes | 1,373.73 |
| | 6. Balance del Principal<br>Principal Balance | 297,900.00 |
| IINFORMACION DEL CODEUDOR - JOINT BORROWER'S INFORMATION | Número de Cuenta del Préstamo - Loan Account Number | Término del Préstamo - Loan Term |
| Número de Seguro Social - Social Security Number | 07101001-9096901 | 180 |
| Nombre - Name | Número Control - Control Number<br>00800277 | |

VEA INSTRUCCIONES AL DORSO - SEE INSTRUCTIONS ON BACK
BANCO POPULAR DE PUERTO RICO

Formulario
Form 499R-2/W-2 PR
Rev. 07.09

ESTADO LIBRE ASOCI. ... DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

INFORMACION PARA EL DEPARTAMENTO DE HACIENDA
DEPARTMENT OF THE TREASURY INFORMATION

INFORMACION PARA EL SEGURO SOCIAL
SOCIAL SECURITY INFORMATION

| | |
|---|---|
| 1. Nombre - First Name<br>EDWIN | 3. Núm. Seguro Social<br>Social Security No. |
| Apellido(s) - Surname(s)<br>SANTIAGO PEREIRA | 4. Núm. de Ident. Patronal<br>Employer's Ident. No. (EIN.)<br>660433481 |
| Dirección Postal del Empleado-Employee's Mailing Address<br>PO BOX 3078<br><br>JUNCOS, PR 00777-3078 | 5. Fecha en que comenzó a recibir pensión - Date on which you started to receive the pension<br>Día / Mes / Año<br>Day / Month / Year |
| 2. Nombre y Dirección Postal del Patrono<br>Employer's Name and Mailing Address<br><br>L8101321071 JF KENNEDY<br>DEPT DE EDUCACION-CLASIFICADOS<br>AVE. TENIENTE CESAR GONZALEZ<br>ESQUINA CALAF<br>HATO REY, PR 00919 | 6. Costo de Pensión o Anualidad<br>Cost of Pension or Annuity<br>0.0 |

| Department of Treasury fields | Value |
|---|---|
| 7. Sueldos - Wages | 53580.40 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total=7+8+9+10 | 53580.40 |
| 12. Gastos Reembolsados<br>Reimbursed Expenses | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 6316.11 |
| 14. Fondo de Retiro<br>Retirement Fund | 4444.32 |
| 15. Aportaciones a Planes Cualific.<br>Contributions to CODA PLANS | 0.00 |
| 16. Salarios bajo Ley Núm. 324 de 2004<br>Salaries under Act No. 324 of 2004 | 0.00 |

| Social Security fields | Value |
|---|---|
| 17. Total Sueldos Seguro Social<br>Social Security Wages | 0.0 |
| 18. Seguro Social Retenido<br>Social Security Tax Withheld | 0.0 |
| 19. Total Sueldos y Pro. Medic<br>Medicare Wages and Tips | 53580.4 |
| 20. Contrib. Medicare Retenido<br>Medicare Tax Withheld | 776.9 |
| 21. Propinas Seguro Social<br>Social Security Tips | 0.0 |
| 22. Seguro Social no Retenido en Propinas - Uncollected<br>Social Security on Tips | 0.0 |
| 23. Contrib. Medicare no Retenido en Propinas - Uncollected<br>Medicare Tax on Tips | 0.0 |

Copia B para Planilla del Empleado
Copy B for Employee's Tax Return

Año:
Year: **2009**

Número de Teléfono del Patrono
Employer's Telephone Number

Fecha de Cese de Operaciones: Día Mes Año
Cease of Operations Date: Day Month Year

Número de Control - Control Number
004217954

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas
Retention: Ten (10) years from the filing date in the Return Processing Bureau

Reproducido por: Departamento de Hacie...

- WITHHOLDING STATEMENT

| 3. Núm. Seguro Social<br>Social Security No. |
| --- |

| 4. Núm. de Ident. Patronal<br>Employer Ident. No. (EIN)<br>660433481 |
| --- |

| 5. Fecha en que comenzó a recibir la<br>pensión - Date on which you started to<br>receive the pension |
| --- |

| Día<br>Day | Mes<br>Month | Año<br>Year |
| --- | --- | --- |

| 6. Costo de Pensión o Anualidad<br>Cost of Pension or Annuity<br><br>0.00 |
| --- |

Copia C para Récord
del Empleado

Copy C for Employee's
Records

Año:
Year: **2010**

**DEPARTMENT OF THE TREASURY INFORMATION**

| 7. Sueldos - Wages | 17571.25 |
| --- | --- |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total=7+8+9+10 | 17571.25 |
| 12. Gastos Reembolsados<br>Reimbursed Expenses | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 935.30 |
| 14. Fondo de Retiro<br>Retirement Fund | 0.00 |
| 15. Aportaciones a Planes Cualific.<br>Contributions to CODA PLANS | 0.00 |
| 16. Salarios bajo Ley Núm. 324 de 2004<br>Salaries under Act No. 324 of 2004 | 0.00 |

**SOCIAL SECURITY INFORMATION**

| 17. Total Sueldos Seguro Social<br>Social Security Wages | 17571.25 |
| --- | --- |
| 18. Seguro Social Retenido<br>Social Security Tax Withheld | 1089.42 |
| 19. Total Sueldos y Pro. Medicare<br>Medicare Wages and Tips | 17571.25 |
| 20. Contrib. Medicare Retenida<br>Medicare Tax Withheld | 254.78 |
| 21. Propinas Seguro Social<br>Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido<br>en Propinas - Uncollected<br>Social Security Tax on Tips | 0.00 |
| 23. Contrib. Medicare no Retenida<br>en Propinas - Uncollected<br>Medicare Tax on Tips | 0.00 |
| 24. Sueldos y Propinas bajo Ley<br>HIRE de 2010 - Wages and<br>Tips under HIRE Act of 2010 | 0.00 |

Reproducido por: Departamento de Hacienda

EDWIN
SANTIAGO PEREIRA
DEPARTAMENTO DE EDUCACION

HATO REY, PR 00917

colecturía virtual en la página del Departamento de Hacienda - www.hacienda.gobierno.pr".

RICO - GOVERNMENT OF PUERTO RICO
ENDA - DEPARTMENT OF THE TREASURY
ENCION - WITHHOLDING STATEMENT

| INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
|---|---|

| | | |
|---|---|---|
| 3. Núm. Seguro Social<br>Social Security No. | 7. Sueldos - Wages<br>50380.00 | 17. Total Sueldos Seguro Social<br>Social Security Wages<br>0.00 |
| 4. Núm. de Ident. Patronal<br>Employer Ident. No. (EIN)<br>660433481 | 8. Comisiones - Commissions<br>0.00 | |
| | 9. Concesiones - Allowances<br>0.00 | 18. Seguro Social Retenido<br>Social Security Tax Withheld<br>0.00 |
| 5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension | 10. Propinas - Tips<br>0.00 | |
| Día      Mes      Año<br>Day      Month      Year | 11. Total=7+8+9+10<br>50380.00 | 19. Total Sueldos y Pro. Medicare<br>Medicare Wages and Tips<br>50380.00 |
| 6. Costo de Pensión o Anualidad<br>Cost of Pension or Annuity<br>0.00 | 12. Gastos Reembolsados<br>Reimbursed Expenses<br>0.00 | |
| 6A. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage<br>0.00 | 13. Cont. Retenida - Tax Withheld<br>4727.52 | 20. Contrib. Medicare Retenida<br>Medicare Tax Withheld<br>730.51 |
| 6B. Donativos<br>Charitable Contributions<br>0.00 | 14. Fondo de Retiro Gubernamental<br>Governmental Retirement Fund<br>4444.32 | 21. Propinas Seguro Social<br>Social Security Tips<br>0.00 |
| Copia B para Planilla<br>del Empleado<br>Copy B for Employee's<br>Tax Return | 15. Aportaciones a Planes Cualific.<br>Contributions to CODA PLANS | 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips<br>0.00 |
| | 16. Salarios bajo Ley Núm. 324 de 2004<br>Salaries under Act No. 324 of 2004<br>0.00 | |
| Año:<br>Year: 2011 | 16A. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program<br>0.00 | 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips<br>0.00 |

el Negociado de Procesamiento de Planillas
ssing Bureau

Reproducido por: Departamento de Hacienda

Formulario
Form 499R-2/W-2 PR
Rev. 09 12

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

| | INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
|---|---|---|

1. Nombre - First Name
EDWIN

3. Núm. Seguro Social
Social Security No.

7. Sueldos - Wages 15972.50

17. Total Sueldos Seguro Social
Social Security Wages 15972.50

8. Comisiones - Commissions 0.00

Apellido(s) - Surname(s)
SANTIAGO PEREIRA

4. Núm. de Ident. Patronal
Employer Ident. No. (EIN)
660433481

9. Concesiones - Allowances 0.00

18. Seguro Social Retenido
Social Security Tax Withheld 670.85

Dirección Postal del Empleado-Employee's Mailing Address
DEPARTAMENTO DE EDUCACION
HATO REY, PR 00917

5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension
Día - Day / Mes - Month / Año - Year

10. Propinas - Tips 0.00

11. Total 7+8+9+10 15972.50

19. Total Sueldos y Pro. Medicare
Medicare Wages and Tips 15972.50

6. Costo de Pensión o Anualidad
Cost of Pension or Annuity 0.00

12. Gastos Reemb. y Beneficios Marginales
Reimb. Expenses and Fringe Benefits 0.00

20. Contrib. Medicare Retenida
Medicare Tax Withheld 231.60

2. Nombre y Dirección Postal del Patrono
Employer's Name and Mailing Address

L8112423531 SUP. MIGUE
DEPT DE EDUCACION-CLASIFICADOS
AVE. TENIENTE CESAR GONZALEZ
ESQUINA CALAF
HATO REY, PR 00919

6A. Costo de cubierta de salud auspiciada por el patrono-Cost of employer-sponsored health coverage 0.00

13. Cont. Retenida - Tax Withheld 1285.81

14. Fondo de Retiro Gubernamental
Governmental Retirement Fund 0.00

6B. Donativos
Charitable Contributions 0.00

15. Aportaciones a Planes Cualific.
Contributions to CODA PLANS 0.00

21. Propinas Seguro Social
Social Security Tips 0.00

22. Seguro Social no Retenido
en Propinas - Uncollected
Social Security Tax on Tips 0.00

Copia B para Planilla
del Empleado
Copy B for Employee's
Tax Return

16. Salarios bajo Ley 324-2004
Salaries under Act 324-2004 0.00

Número de Teléfono del Patrono
Employer's Telephone Number

Fecha Cese de Operaciones:
Cease of Operations Date:
Día - Day / Mes - Month / Año - Year

16A. Aportaciones al Programa Ahorra y
Duplica tu Dinero - Contributions to the
Save and Double your Money Program 0.00

23. Contrib. Medicare no Retenida
en Propinas - Uncollected
Medicare Tax on Tips 0.00

Número Control - Control Number
125552814

Año:
Year: 2012

Conservacion: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas
Retention: Ten (10) years from the filing date in the Return Processing Bureau

Reproducido por: Departamento de Hacienda

---

Formulario
Form 499R-2/W-2 PR
Rev. 09.12

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

| | INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
|---|---|---|

1. Nombre-First Name
EDWIN

3. Núm. Seguro Social
Social Security No.
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

7. Sueldos - Wages 15972.50

17. Total Sueldos Seguro Social
Social Security Wages 15972.50

8. Comisiones - Commissions 0.00

Apellido(s) - Surname(s)
SANTIAGO PEREIRA

4. Núm. de Ident. Patronal
Employer Ident. No. (EIN)
660433481

9. Concesiones - Allowances 0.00

18. Seguro Social Retenido
Social Security Tax Withheld 670.85

Dirección Postal del Empleado-Employee's Mailing Address
DEPARTAMENTO DE EDUCACION
HATO REY, PR 00917

5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension
Día - Day / Mes - Month / Año - Year

10. Propinas - Tips 0.00

11. Total 7+8+9+10 15972.50

19. Total Sueldos y Pro. Medicare
Medicare Wages and Tips 15972.50

6. Costo de Pensión o Anualidad
Cost of Pension or Annuity 0.00

12. Gastos Reemb. y Beneficios Marginales
Reimb. Expenses and Fringe Benefits 0.00

20. Contrib. Medicare Retenida
Medicare Tax Withheld 231.60

2. Nombre y Dirección Postal del Patrono
Employer's Name and Mailing Address

L8112423531 SUP. MIGUE
DEPT DE EDUCACION-CLASIFICADOS
AVE. TENIENTE CESAR GONZALEZ
ESQUINA CALAF
HATO REY, PR 00919

6A. Costo de cubierta de salud auspiciada por el patrono-Cost of employer-sponsored health coverage 0.00

13. Cont. Retenida - Tax Withheld 1285.81

14. Fondo de Retiro Gubernamental
Governmental Retirement Fund 0.00

6B. Donativos
Charitable Contributions 0.00

15. Aportaciones a Planes Cualific.
Contributions to CODA PLANS 0.00

21. Propinas Seguro Social
Social Security Tips 0.00

22. Seguro Social no Retenido
en Propinas - Uncollected
Social Security Tax on Tips 0.00

Copia C para Récord
del Empleado
Copy C for Employee's
Records

16. Salarios bajo Ley 324-2004
Salaries under Act 324-2004 0.00

Número de Teléfono del Patrono
Employer's Telephone Number

Fecha Cese de Operaciones:
Cease of Operations Date:
Día - Day / Mes - Month / Año - Year

16A. Aportaciones al Programa Ahorra y
Duplica tu Dinero - Contributions to the
Save and Double your Money Program 0.00

23. Contrib. Medicare no Retenida
en Propinas - Uncollected
Medicare Tax on Tips 0.00

Número Control - Control Number
125552814

Año:
Year: 2012

Reproducido por: Departamento de Hacienda

Formulario
Form 499R-2/W-2 PR
Rev. 09.12

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

| | |
|---|---|
| INFORMACION PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL - SOCIAL SECURITY INFORMATION |

1. Nombre - First Name
EDWIN

Apellido(s) - Surname(s)
SANTIAGO PEREIRA

Dirección Postal del Empleado-Employee's Mailing Address
PO BOX 3078
JUNCOS, PR 00777-3078

2. Nombre y Dirección Postal del Patrono
Employer's Name and Mailing Address

L8101321071 JF KENNEDY
DEPT DE EDUCACION-CLASIFICADOS
AVE. TENIENTE CESAR GONZALEZ
ESQUINA CALAF
HATO REY, PR 00919

Número de Teléfono del Patrono
Employer's Telephone Number

Fecha Cese de Operaciones:
Cease of Operations Date:   Día/Day   Mes/Month   Año/Year

Número Control - Control Number
125535711

3. Núm. Seguro Social - Social Security No.

4. Núm. de Ident. Patronal - Employer Ident. No. (EIN)
660433481

5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension
Día/Day   Mes/Month   Año/Year

6. Costo de Pensión o Anualidad - Cost of Pension or Annuity   0.00

6A. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage   0.00

6B. Donativos - Charitable Contributions   0.00

Copia B para Planilla del Empleado
Copy B for Employee's Tax Return

Año: Year: **2012**

7. Sueldos - Wages   50458.30
8. Comisiones - Commissions   0.00
9. Concesiones - Allowances   0.00
10. Propinas - Tips   0.00
11. Total 7+8+9+10   50458.30
12. Gastos Reemb. y Beneficios Marginales - Reimb. Expenses and Fringe Benefits   0.00
13. Cont. Retenida - Tax Withheld   4702.70
14. Fondo de Retiro Gubernamental - Governmental Retirement Fund   4444.32
15. Aportaciones a Planes Cualific. - Contributions to CODA PLANS   0.00
16. Salarios bajo Ley 324-2004 - Salaries under Act 324-2004   0.00
16A. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program   0.00

17. Total Sueldos Seguro Social - Social Security Wages   0.00
18. Seguro Social Retenido - Social Security Tax Withheld   0.00
19. Total Sueldos y Pro. Medicare - Medicare Wages and Tips   50458.30
20. Contrib. Medicare Retenida - Medicare Tax Withheld   731.65
21. Propinas Seguro Social - Social Security Tips   0.00
22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips   0.00
23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips   0.00

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas
Retention: Ten (10) years from the filing date in the Return Processing Bureau

Reproducido por: Departamento de Hacienda

---

Formulario
Form 499R-2/W-2 PR
Rev. 09.12

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

| | |
|---|---|
| INFORMACION PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL - SOCIAL SECURITY INFORMATION |

1. Nombre-First Name
EDWIN

Apellido(s) - Surname(s)
SANTIAGO PEREIRA

Dirección Postal del Empleado-Employee's Mailing Address
PO BOX 3078
JUNCOS, PR 00777-3078

2. Nombre y Dirección Postal del Patrono
Employer's Name and Mailing Address

L8101321071 JF KENNEDY
DEPT DE EDUCACION-CLASIFICADOS
AVE. TENIENTE CESAR GONZALEZ
ESQUINA CALAF
HATO REY, PR 00919

Número de Teléfono del Patrono
Employer's Telephone Number

Fecha Cese de Operaciones:
Cease of Operations Date:   Día/Day   Mes/Month   Año/Year

Número Control - Control Number
125535711

3. Núm. Seguro Social - Social Security No.
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

4. Núm. de Ident. Patronal - Employer Ident. No. (EIN)
660433481

5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension
Día/Day   Mes/Month   Año/Year

6. Costo de Pensión o Anualidad - Cost of Pension or Annuity   0.00

6A. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage   0.00

6B. Donativos - Charitable Contributions   0.00

Copia C para Récord del Empleado
Copy C for Employee's Records

Año: Year: **2012**

7. Sueldos - Wages   50458.30
8. Comisiones - Commissions   0.00
9. Concesiones - Allowances   0.00
10. Propinas - Tips   0.00
11. Total 7+8+9+10   50458.30
12. Gastos Reemb. y Beneficios Marginales - Reimb. Expenses and Fringe Benefits   0.00
13. Cont. Retenida - Tax Withheld   4702.70
14. Fondo de Retiro Gubernamental - Governmental Retirement Fund   4444.32
15. Aportaciones a Planes Cualific. - Contributions to CODA PLANS   0.00
16. Salarios bajo Ley 324-2004 - Salaries under Act 324-2004   0.00
16A. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program   0.00

17. Total Sueldos Seguro Social - Social Security Wages   0.00
18. Seguro Social Retenido - Social Security Tax Withheld   0.00
19. Total Sueldos y Pro. Medicare - Medicare Wages and Tips   50458.30
20. Contrib. Medicare Retenida - Medicare Tax Withheld   731.65
21. Propinas Seguro Social - Social Security Tips   0.00
22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips   0.00
23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips   0.00

llario
499R-2/W-2 PR
08.13

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

| | | INFORMACION PARA EL DEPARTAMENTO DE HACIENDA / DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL / SOCIAL SECURITY INFORMATION |
|---|---|---|---|
| Nombre - First Name: EDWIN | 3. Núm. Seguro Social / Social Security No.: [illegible] | 7. Sueldos - Wages: 50022.50 | 17. Total Sueldos Seguro Social / Social Security Wages: 0.00 |
| Apellido(s) - Surname(s): SANTIAGO PEREIRA | 4. Núm. de Ident. Patronal / Employer Ident. No. (EIN): 660433481 | 8. Comisiones - Commissions: 0.00 | 18. Seguro Social Retenido / Social Security Tax Withheld: 0.00 |
| Dirección Postal del Empleado-Employee's Mailing Address: PO BOX 3078 JUNCOS, PR 00777-3078 | 5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension: Día/Day Mes/Month Año/Year | 9. Concesiones - Allowances: 0.00 | 19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips: 50022.50 |
| | | 10. Propinas - Tips: 0.00 | |
| | | 11. Total=7+8+9+10: 50022.50 | |
| Nombre y Dirección Postal del Patrono / Employer's Name and Mailing Address: DEPT DE EDUCACION-CLASIFICADOS AVE. TENIENTE CESAR GONZALEZ ESQUINA CALAF HATO REY, PR 00919 | 6. Costo de Pensión o Anualidad / Cost of Pension or Annuity: 0.00 | 12. Gastos Reemb. y Beneficios Marginales / Reimb. Expenses and Fringe Benefits: 0.00 | 20. Contrib. Medicare Retenida / Medicare Tax Withheld: 725.33 |
| | 6A. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage: 0.00 | 13. Cont. Retenida - Tax Withheld: 4277.66 | |
| Número de Teléfono del Patrono / Employer's Telephone Number | 6B. Donativos / Charitable Contributions: 0.00 | 14. Fondo de Retiro Gubernamental / Governmental Retirement Fund: 4412.08 | 21. Propinas Seguro Social / Social Security Tips: 0.00 |
| Fecha Cese de Operaciones: / Date of Cease of Operations Date: Día/Day Mes/Month Año/Year | Copia C para Récord del Empleado / Copy C for Employee's Records | 15. Aportaciones a Planes Cualific. / Contributions to CODA PLANS: 0.00 | 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips: 0.00 |
| Número Confirmación de Radicación Electrónica / Electronic Filing Confirmation Number: C400001 | | 16. Salarios bajo Ley 324-2004 / Salaries under Act 324-2004: 0.00 | |
| Número Control - Control Number: 004514515 | Año: / Year: 2013 | 16A. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program: 0.00 | 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips: 0.00 |

Reproducido por: Departamento de Hacienda

llario
499R-2/W-2 PR
08.13

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

| | | INFORMACION PARA EL DEPARTAMENTO DE HACIENDA / DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL / SOCIAL SECURITY INFORMATION |
|---|---|---|---|
| Nombre - First Name: EDWIN | 3. Núm. Seguro Social / Social Security No.: 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 | 7. Sueldos - Wages: 50022.50 | 17. Total Sueldos Seguro Social / Social Security Wages: 0.00 |
| Apellido(s) - Surname(s): SANTIAGO PEREIRA | 4. Núm. de Ident. Patronal / Employer Ident. No. (EIN): 660433481 | 8. Comisiones - Commissions: 0.00 | 18. Seguro Social Retenido / Social Security Tax Withheld: 0.00 |
| Dirección Postal del Empleado-Employee's Mailing Address: PO BOX 3078 JUNCOS, PR 00777-3078 | 5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension: Día/Day Mes/Month Año/Year | 9. Concesiones - Allowances: 0.00 | |
| | | 10. Propinas - Tips: 0.00 | |
| | | 11. Total=7+8+9+10: 50022.50 | 19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips: 50022.50 |
| Nombre y Dirección Postal del Patrono / Employer's Name and Mailing Address: DEPT DE EDUCACION-CLASIFICADOS AVE. TENIENTE CESAR GONZALEZ ESQUINA CALAF HATO REY, PR 00919 | 6. Costo de Pensión o Anualidad / Cost of Pension or Annuity: 0.00 | 12. Gastos Reemb. y Beneficios Marginales / Reimb. Expenses and Fringe Benefits: 0.00 | 20. Contrib. Medicare Retenida / Medicare Tax Withheld: 725.33 |
| | 6A. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage: 0.00 | 13. Cont. Retenida - Tax Withheld: 4277.66 | |
| Número de Teléfono del Patrono / Employer's Telephone Number | 6B. Donativos / Charitable Contributions: 0.00 | 14. Fondo de Retiro Gubernamental / Governmental Retirement Fund: 4412.08 | 21. Propinas Seguro Social / Social Security Tips: 0.00 |
| Fecha Cese de Operaciones: / Date of Cease of Operations Date: Día/Day Mes/Month Año/Year | Copia B para Planilla del Empleado | 15. Aportaciones a Planes Cualific. / Contributions to CODA PLANS: 0.00 | 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips |
| | | 16. Salarios bajo Ley 324-2004 | |

Formulario
Form 499R-2/W-2 PR
Rev. 09.14

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

INFORMACION PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION

INFORMACION PARA EL SEGURO SOCIAL - SOCIAL SECURITY INFORMATION

| Field | Value |
|---|---|
| 1. Nombre - First Name | EDWIN |
| Apellido(s) - Surname(s) | SANTIAGO PEREIRA |
| Dirección Postal del Empleado-Employee's Mailing Address | PO BOX 3078 JUNCOS, PR 00777-3078 |
| 3. Núm. Seguro Social - Social Security No. | |
| 4. Núm. de Ident. Patronal Employer Ident. No. (EIN) | 660433481 |
| 5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage | 0.00 |
| 6. Donativos Charitable Contributions | 0.00 |
| 7. Sueldos - Wages | 49320.00 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total=7+8+9+10 | 0.00 |
| 12. Gastos Reemb. y Beneficios Marginales Reimb. Expenses and Fringe Benefits | |
| 13. Cont. Retenida - Tax Withheld | 4138.80 |
| 14. Fondo de Retiro Gubernamental Governmental Retirement Fund | 4384.80 |
| 15. Aportaciones a Planes Cualific. Contributions to CODA PLANS | |
| 16. Salarios Exentos (Ver instrucciones) Exempt Salaries (See instructions) | |
| 16A. Código de Salarios Exentos Exempt Salaries Code | |
| 16B. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program | 0.00 |

2. Nombre y Dirección Postal del Patrono
Employer's Name and Mailing Address

DEPT DE EDUCACION-CLASIFICADOS
AVE. TENIENTE CESAR GONZALEZ
ESQUINA CALAF
HATO REY, PR 00919

Numero de Teléfono del Patrono
Employer's Telephone Number

Fecha Cese de Operaciones: Dia/Day  Mes/Month  Año/Year
Cease of Operations Date:

Numero Confirmacion de Radicación Electrónica
Electronic Filing Confirmation Number

S140003

Numero Control - Control Number

004427527

Patrono - Employer:
Envie a - Send to:
Social Security Administration
Data Operations Center Wilkes-Barre, PA 18769-0001
Con la With the W-3PR
Envie al Departamento de Hacienda electronicamente
Send to Department of the Treasury electronically
(www.hacienda.gobierno.pr)
Entregue dos copias al empleado
Deliver two copies to employee
Conserve copia para sus records
Keep copy for your records

Año/Year: **2014**

Información para el Seguro Social:
| 1. Total Sueldos Seguro Social Social Security Wages | |
| 3. | 0.00 |
| 6. Seguro Social Retenido Social Security Tax Withheld | |
| 11. Total Sueldos y Pro. Medicare Medicare Wages and Tips | 49320.00 |
| 2C. Contrib. Medicare Retenida Medicare Tax Withheld | 715.14 |
| 21. Propinas Seguro Social Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0.00 |
| | Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

Fecha de radicación: 31 de enero - Filing date: January 31

Reproducido por: Departamento de Hacienda

---

Formulario
Form 499R-2/W-2 PR
Rev. 09.14

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

INFORMACION PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION

INFORMACION PARA EL SEGURO SOCIAL - SOCIAL SECURITY INFORMATION

1. Nombre-First Name: EDWIN
Apellido(s) - Surname(s): SANTIAGO PEREIRA
Dirección Postal del Empleado-Employee's Mailing Address: PO BOX 3078 JUNCOS, PR 00777-3078

3. Núm. Seguro Social - Social Security No.: 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
4. Núm. de Ident. Patronal Employer Ident. No. (EIN): 660433481
5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage: 0.00
6. Donativos Charitable Contributions: 0.00

7. Sueldos - Wages: 49320.00
8. Comisiones - Commissions: 0.00
9. Concesiones - Allowances: 0.00
10. Propinas - Tips: 0.00
11. Total=7+8+9+10: 49320.00
12. Gastos Reemb. y Beneficios Marginales Reimb. Expenses and Fringe Benefits
13. Cont. Retenida - Tax Withheld: 4138.80
14. Fondo de Retiro Gubernamental Governmental Retirement Fund: 4384.80
15. Aportaciones a Planes Cualific. Contributions to CODA PLANS: 0.00
16. Salarios Exentos (Ver instrucciones) Exempt Salaries (See instructions)
16A. Código de Salarios Exentos Exempt Salaries Code
16B. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program: 0.00

2. Nombre y Dirección Postal del Patrono
Employer's Name and Mailing Address

DEPT DE EDUCACION-CLASIFICADOS
AVE. TENIENTE CESAR GONZALEZ
ESQUINA CALAF
HATO REY, PR 00919

Numero de Teléfono del Patrono
Employer's Telephone Number

Fecha Cese de Operaciones: Dia/Day  Mes/Month  Año/Year

Numero Confirmacion de Radicación Electrónica
Electronic Filing Confirmation Number

S140003

Numero Control - Control Number

004427527

Patrono - Employer:
Envia a - Send to:
Social Security Administration
Data Operations Center Wilkes-Barre, PA 18769-0001
Con la With the W-3PR
Envie al Departamento de Hacienda electronicamente
Send to Department of the Treasury electronically
(www.hacienda.gobierno.pr)
Entregue dos copias al empleado
Deliver two copies to employee
Conserve copia para sus records
Keep copy for your records

Año/Year: **2014**

1. Total Sueldos Seguro Social Social Security Wages
3. 0.00
6. Seguro Social Retenido Social Security Tax Withheld
11. Total Sueldos y Pro. Medicare Medicare Wages and Tips: 49320.00
2C. Contrib. Medicare Retenida Medicare Tax Withheld: 715.14
21. Propinas Seguro Social Social Security Tips: 0.00
22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips: 0.00
Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips: 0.00

Fecha de radicación: 31 de enero - Filing date: January 31

Reproducido por: Departamento de Hacienda

---

L8113750500 JOSE RAMON 004427527
DEPT DE EDUCACION-CLASIFICADOS
AVE. TENIENTE CESAR GONZALEZ
ESQUINA CALAF
HATO REY, PR 00919

EDWIN
SANTIAGO PEREIRA
PO BOX 3078
JUNCOS, PR 00777-3078

Form 499R-2/W-2 PR
Rev. 08.15

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
COMPROBANTE DE RETENCIÓN - WITHHOLDING STATEMENT

| | | | |
|---|---|---|---|
| 1. Nombre-First Name: EDWIN | 3. Núm. Seguro Social / Social Security No. | INFORMACIÓN PARA EL DEPARTAMENTO DE HACIENDA / DEPARTMENT OF THE TREASURY INFORMATION | INFORMACIÓN PARA EL SEGURO SOCIAL / SOCIAL SECURITY INFORMATION |
| Apellido(s) - Surname(s): SANTIAGO PEREIRA | 4. Núm. de Ident. Patronal / Employer Ident. No. (EIN): 660433481 | 7. Sueldos - Wages: 49320.00 | 17. Total Sueldos Seguro Social / Social Security Wages: 0.00 |
| Dirección Postal del Empleado-Employee's Mailing Address: PO BOX 3078, JUNCOS, PR 00777-3078 | 5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage: 0.00 | 8. Comisiones - Commissions: 0.00 | 18. Seguro Social Retenido / Social Security Tax Withheld: 0.00 |
| | 6. Donativos / Charitable Contributions: 0.00 | 9. Concesiones - Allowances: 0.00 | 19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips: 49320.00 |
| 2. Nombre y Dirección Postal del Patrono / Employer's Name and Mailing Address: DEPT DE EDUCACION-CLASIFICADOS, AVE. TENIENTE CESAR GONZALEZ, ESQUINA CALAF, HATO REY, PR 00919 | Patrono: - Employer: Envíe a: - Send to: Social Security Administration Data Operations Center Wilkes-Barre, PA 18769-0001 Con la / With the W-3PR | 10. Propinas - Tips: 0.00 | 20. Contrib. Medicare Retenida / Medicare Tax Withheld: 715.14 |
| Número de Teléfono del Patrono / Employer's Telephone Number | Envíe al Departamento de Hacienda electrónicamente / Send to Department of the Treasury electronically (www.hacienda.pr.gov) | 11. Total=7+8+9+10: 49320.00 | 21. Propinas Seguro Social / Social Security Tips: 0.00 |
| Fecha Cese de Operaciones: / Cease of Operations Date: Día / Day, Mes / Month, Año / Year | Entregue dos copias al empleado / Deliver two copies to employee | 12. Gastos Reemb. y Beneficios Marginales / Reimb. Expenses and Fringe Benefits: 0.00 | 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips: 0.00 |
| Número Confirmación de Radicación Electrónica / Electronic Filing Confirmation Number: S150008 | Conserve copia para sus récords / Keep copy for your records | 13. Cont. Retenida - Tax Withheld: 4138.80 | 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips: 0.00 |
| Número Control - Control Number: 004946371 | Año: / Year: 2015 | 14. Fondo de Retiro Gubernamental / Governmental Retirement Fund: 4384.80 | |
| | | 15. Aportaciones a Planes Cualific. / Contributions to CODA PLANS: 0.00 | |
| | | 16. Salarios Exentos (Ver instrucciones) / Exempt Salaries (See instructions): 0.00 | |
| | | 16A. Código de Salarios Exentos / Exempt Salaries Code | |
| | | 16B. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program: 0.00 | |

Fecha de radicación: 31 de enero - Filing date: January 31

Reproducido por: Departamento de Hacienda

Formulario
Form 499R-2/W-2PR
Rev. 07.17

222

GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

## COMPROBANTE DE RETENCIÓN - WITHHOLDING STATEMENT

**INFORMACIÓN PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION**

**INFORMACIÓN PARA EL SEGURO SOCIAL - SOCIAL SECURITY INFORMATION**

1. Nombre - First Name: EDWIN

Apellido(s) - Last Name(s): SANTIAGO PEREIRA

Dirección Postal del Empleado - Employee's Mailing Address:
PO BOX 3078
JUNCOS PR 00777

Fecha de Nacimiento / Date of Birth: Día / Day 15, Mes / Month 12, Año / Year 1965

2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address:
DEPT DE EDUCACION CLASIFICADOS
AVE. TENIENTE CESAR GO
ESQUINA CALAF
HATO REY PR 00919

Número de Teléfono del Patrono - Employer's Telephone Number: (787) 773-3508

Fecha Cese de Operaciones / Cease of Operations Date: Día / Day ____ Mes / Month ____ Año / Year ____

Número Confirmación de Radicación Electrónica - Electronic Filing Confirmation Number: S170008

Número Control - Control Number: 007003719

3. Núm. Seguro Social - Social Security No.:

4. Núm. de Ident. Patronal - Employer Ident. No. (EIN): 660433451-081

5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer sponsored health coverage: 0.00

6. Donativos - Charitable Contributions: 0.00

**Patrono: - Employer:**

- Envíe a: - Send to: Social Security Administration, Data Operations Center, Wilkes-Barre, PA 18769-0001, Con la / With the W-3PR
- Envíe al Departamento de Hacienda electrónicamente / Send to Department of the Treasury electronically (www.hacienda.pr.gov)
- Entregue dos copias al empleado / Deliver two copies to employee
- Conserve copia para sus récords / Keep copy for your records

Año / Year: **2017**

| Departamento de Hacienda | |
|---|---|
| 7. Sueldos - Wages | 49,320.00 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total = 7 + 8 + 9 + 10 | 49,320.00 |
| 12. Gastos Reemb. y Beneficios Marginales - Reimb. Expenses and Fringe Benefits | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 4,141.34 |
| 14. Fondo de Retiro Gubernamental - Governmental Retirement Fund | 4,374.65 |
| 15. Aportaciones a Planes Cualific. - Contributions to CODA PLANS | 0.00 |
| 16. Salarios Exentos (Ver instrucciones) - Exempt Salaries (See Instructions) — Código/Code | 0.00 |
| 16A. Código/Code | 0.00 |
| 16B. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program | 0.00 |

| Seguro Social | |
|---|---|
| 17. Total Sueldos Seguro Social - Social Security Wages | 0.00 |
| 18. Seguro Social Retenido - Social Security Tax Withheld | 0.00 |
| 19. Total Sueldos y Pro. Medicare - Medicare Wages and Tips | 49,320.00 |
| 20. Contrib. Medicare Retenida - Medicare Tax Withheld | 715.14 |
| 21. Propinas Seguro Social - Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0.00 |
| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

Fecha de radicación: 31 de enero - Filing date: January 31

### INSTRUCCIONES PARA EL EMPLEADO
### DEBERÁ SOMETER COPIA AL RENDIR SU PLANILLA

De acuerdo al Código de Rentas Internas de Puerto Rico de 2011, según enmendado (Código), viene obligado a rendir planilla de contribución sobre ingresos todo individuo residente que:

- sea contribuyente individual o casado, si durante el año contributivo tuviere un ingreso bruto reducido por las exenciones de la Sección 1031.02 del Código mayor de $5,000;
- sea casado que vivía con su cónyuge y opte por rendir planilla separada, si durante el año contributivo tuviere un ingreso bruto reducido por las exenciones de la Sección 1031.02 del Código de $2,500 o más; o
- tenga ingreso neto sujeto a contribución básica alterna de $150,000 o más.

PENALIDAD – El Código dispone lo siguiente: Toda persona obligada bajo cualquier Subtítulo del Código a rendir una planilla, declaración, certificación o informe, que voluntariamente dejare de rendir dicha planilla, declaración, certificación o informe dentro del término o términos fijados por el Subtítulo correspondiente o por reglamentos, además de otras penalidades establecidas por el Código, incurrirá en delito menos grave, y en caso de convicción, será castigada con pena de multa no mayor de $5,000, o con pena de reclusión por un término máximo de 90 días, o ambas penas, a discreción del tribunal, más las costas del proceso. En aquellos casos en que cualquier persona voluntariamente dejare de rendir dicha planilla, declaración, certificación o informe (dentro de los términos fijados por el Subtítulo correspondiente o por reglamentos), con la intención de evadir o derrotar cualquier contribución impuesta por el Código, además de otras penalidades establecidas por el Código, incurrirá en un delito grave de tercer grado, y en caso de convicción, será sancionada con pena de reclusión la cual fluctuará entre tres años un día y ocho años. El Tribunal a su discreción podrá imponer la pena fija de reclusión establecida o pena de multa que no excederá de $20,000, o ambas penas, más las costas del proceso.

Retenga copia de este formulario para sus récords. Puede usarla para establecer su derecho a los beneficios de seguro social. Si su nombre, dirección o número de seguro social están incorrectos, informe el error a su patrono para que le complete un Formulario 499R-2c/W-2cPR.

### INSTRUCTIONS FOR THE EMPLOYEE
### A COPY MUST BE SUBMITTED WITH YOUR RETURN

Pursuant to the Puerto Rico Internal Revenue Code of 2011, as amended (Code), an income tax return must be filed by any resident individual who:

- is an individual or married taxpayer, who during the taxable year had gross income, reduced by the exemptions established in Code Section 1031.02, greater than $5,000;
- is a married individual who lived with his/her spouse, and elects to file separate returns, that during the taxable year had gross income, reduced by the exemptions established in Code Section 1031.02, of $2,500 or more; or,
- has net income subject to alternate basic tax of $150,000 or more.

PENALTY – The Code provides the following: Every person required under any Subtitle of the Code to file a return, statement, certification or report, who willfully fails to file such return, statement, certification or report within the term or terms established by the corresponding Subtitle or by regulations, in addition to other penalties provided by the Code, shall be guilty of a misdemeanor, and upon conviction thereof, punished by a fine of not more than $5,000, or imprisonment for a term of not more than 90 days, or both penalties, at the discretion of the Court, plus the costs of prosecution. In the case of any person who willfully fails to file such return, statement, certification or report (within the terms established by the corresponding Subtitle or by regulations), with the intention to evade or defeat any tax imposed by the Code, in addition to other penalties provided by the Code, shall be guilty of a third degree felony, and upon conviction thereof, punished by imprisonment for a term ranging from three years and one day to eight years. The Court may impose, at its discretion the fixed penalty of imprisonment provided or a fine of not more than $20,000, or both penalties, plus the costs of prosecution.

Keep copy of this form for your records. You can use it to prove your right to social security benefits. If your name, address or social security number is incorrect, inform this to your employer and request a Form 499R-2c/W-2cPR.

Formulario
Form 499R-2/W-2PR
Rev. 07.18

**222**

GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

## COMPROBANTE DE RETENCIÓN - WITHHOLDING STATEMENT

INFORMACIÓN PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION

INFORMACIÓN PARA EL SEGURO SOCIAL
SOCIAL SECURITY INFORMATION

| Field | Value |
|---|---|
| 1. Nombre - First Name | EDWIN |
| Apellido(s) - Last Name(s) | SANTIAGO PEREIRA |
| Dirección Postal del Empleado - Employee's Mailing Address | PO BOX 3078 |
| | JUNCOS PR 00777 |

Fecha de Nacimiento: Día 15  Mes 12  Año 1965
Date of Birth:   Day   Month   Year

2. Nombre y Dirección Postal del Patrono
   Employer's Name and Mailing Address

DEPT DE EDUCACION CLASIFICADOS
AVE. TENIENTE CESAR GO
ESQUINA CALAF
HATO REY, PR  00919-0000

Número de Teléfono del Patrono
Employer's Telephone Number

Fecha Cese de Operaciones:   Día   Mes   Año
Cease of Operations Date:   Day   Month   Year

Número Confirmación de Radicación Electrónica
Electronic Filing Confirmation Number

F0717193216

Número Control - Control Number

180075719

Fecha de radicación: 31 de enero - Filing date: January 31

3. Núm. Seguro Social
   Social Security No.

4. Núm. de Ident. Patronal
   Employer Ident. No. (EIN)
   66-0433481

5. Costo de cubierta de salud auspiciada
   por el patrono - Cost of employer-
   sponsored health coverage       0.00

6. Donativos
   Charitable Contributions        0.00

**Patrono: - Employer:**
Indique si la remuneración incluye pagos al empleado por:
Indicate if the remuneration includes payments to the employee for:

A- ☐ Servicios prestados por un médico cualificado bajo la Ley 14-2017
Services rendered by a qualified physician under Act 14-2017

B- ☐ Servicios domésticos
Domestic services

C- ☐ Otros/Others:

Año:
Year: **2018**

| No. | Concepto | Valor |
|---|---|---|
| 7. | Sueldos - Wages | 50,153.35 |
| 8. | Comisiones - Commissions | 0.00 |
| 9. | Concesiones - Allowances | 0.00 |
| 10. | Propinas - Tips | 0.00 |
| 11. | Total = 7 + 8 + 9 + 10 | 50,153.35 |
| 12. | Gastos Reemb. y Beneficios Marginales | 0.00 |
| 13. | Contr. Retenida - Tax Withheld | 4,260.14 |
| 14. | Fondo de Retiro Gubernamental Governmental Retirement Fund | 4,459.80 |
| 15. | Aportaciones a Planes Calificados Contributions to CODA PLANS | 0.00 |
| | Salarios Exentos (Ver Instrucciones) Exempt Salaries (See Instructions) Código/Code | |
| 16. | | 0.00 |
| 16A. | Código/Code | 0.00 |
| 16B. | Código/Code | 0.00 |
| 16C. | Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program | 0.00 |

| No. | Concepto | Valor |
|---|---|---|
| 17. | Total Sueldos Seguro Social Social Security Wages | 0.00 |
| 18. | Seguro Social Retenido Social Security Tax Withheld | 0.00 |
| 19. | Total Sueldos y Pro. Medicare Medicare Wages and Tips | 50,153.35 |
| 20. | Contrib. Medicare Retenida Medicare Tax Withheld | 727.22 |
| 21. | Propinas Seguro Social Social Security Tips | 0.00 |
| 22. | Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0.00 |
| 23. | Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

8/16/19



**Sello**



$120
02/08/2019
$1.00
Sello de Rentas Internas
00063-2019-0208-45635013