INTAKE DROP BOX
RECEIVED & FILED

2020 MAR 16 PM 2: 12

CLERK      OF
U.S. DISTRICT COURT
SAN JUAN PR

13 de marzo de 2020

Edwin Santiago Pereira
Urb. Paraiso de Coamo  615 Calle Paz
Coamo, Puerto Rico, 00769
Teléfono: (787) 364-9183
prosperidad65@yahoo.com

**Tribunal de Distrito de los Estados Unidos  para el Distrito de Puerto Rico.**
**En el asunto de:**
**Junta de Supervisión y Administración Financiera para Puerto Rico**
**Como representante de**
**Estado Libre Asociado de Puerto Rico y Otros**

**Promesa, Título III**
**Número 17 BK 3283-LTS**
**La Presente radicación guarda relación con el ELA, la ACT y el SRE**

**Notificación de la Centésima Sexagésima Octava Objeción  Global (no sustantiva) del Estado  Libre Asociado
de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los
Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a varios Reclamos Deficientes.**

**Número de reclamación: 135106**

Mediante esta misiva solicito al Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico, que
declare a lugar la objeción global en relación al reclamo por el pago **de la Ley 34 Rosselló Días de Enfermedad** ya
que el mismo no fue adjudicado ni pagado por la Ley de Quiebras de Puerto Rico.

Trabaje para el Gobierno de Puerto Rico en la Agencia del  Departamento de Educación durante 16 años, sin recibir
el pago por el aumento o incentivo del gobierno para ese entonces.  Estimo que durante esos 16 años se me adeuda
la cantidad aproximada de **$ 20, 000.**

También deseo solicitar al tribunal que sea diligente y acepte mi objeción por estar fuera de la fecha indicada.  El
haber excedido la fecha límite se debe a las consecuencias de los terremotos y sismos que han ocurrido en Puerto
Rico; por tanto no se pudo enviar en o antes de la fecha indica.  Por consiguiente no estaba la información completa
en su totalidad en la réplica.

Se adjunta documentación justificativa para evidenciar la objeción. Tal documentación son mis W2 y talonarios.
Desde el año 2004-2018, donde se demuestra que laboré durante esos años para el Gobierno de Puerto Rico el cual
nunca me otorgó el aumento que por ley me correspondía.

Cordialmente,

Edwin Santiago Pereira
Urb. Paraiso de Coamo  615 Calle Paz
Coamo, Puerto Rico, 00769
Teléfono: (787) 364-9183
prosperidad65@yahoo.com

| - COMMONWEALTH OF PUERTO RICO EPARTMENT OF THE TREASURY · WITHHOLDING STATEMENT | INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
|---|---|---|
| 3. Núm. Seguro Social Social Security No. | 8. Sueldos - Wages  34,394.00 | 17. Total Sueldos Seguro Social Social Security Wages  0.00 |
| 4. Estado Civil - Civil Status Soltero Single ☐  Casado Married ☐ | 9. Comisiones - Commissions  0.00 | 18. Seguro Social Retenido Social Security Tax Withheld  0.00 |
| 5. Núm. Seguro Social Cónyuge Spouse's Social Security No. | 10. Concesiones - Allowances  0.00 | 19. Total Sueldos y Pro. Medicare Medicare Wages and Tips  34,394.00 |
| 6. Núm. de Ident. Patronal Employer's Ident. No. (EIN)  660433481 | 11. Propinas - Tips  0.00 | 20. Contrib. Medicare Retenida Medicare Tax Withheld  498.71 |
| 7. Costo de Pensión o Anualidad Cost of Pension or Annuity | 12. Total=8+9+10+11  34,394.00 | 21. Propinas Seguro Social Social Security Tips  0.00 |
| Copia C para Récord del Empleado Copy C for Employee's Records | 13. Gastos Reembolsados Reimbursed Expenses  0.00 | 22. Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips  0.00 |
| | 14. Cont. Retenida - Tax Withheld  2,813.68 | |
| | 15. Fondo de Retiro Retirement Fund  2,818.34 | 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips  0.00 |
| Año: Year: 2004 | 16. Aportaciones a Planes Cualific. Contributions to Qual. PLANS  0.00 | |

el Negociado de Procesamiento de Planillas
ocessing Bureau

Reproducido por: Departamento de Hacienda

Formulario
Form 499 R-2 W-2 PR
Rev. 05.05

**ESTADO LIBRE ASOCIADO DE PUERTO RICO — COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA — DEPARTMENT OF THE TREASURY**

2005

COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

| INFORMACION PARA EL DEPARTAMENTO DE HACIENDA — DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL — SOCIAL SECURITY INFORMATION |
|---|---|

1. Nombre-First Name
EDWIN

3. Núm. Seguro Social
Social Security No.

4. Estado Civil - Civil Status
Soltero / Single ☐    Casado / Married ☐

Apellido(s) - Surname(s)
SANTIAGO PEREIRA

Dirección Postal del Empleado-Employee's Mailing Address
PO BOX 3078

JUNCOS, PR 00777-3078

5. Núm. de Ident. Patronal
Employer's Ident. No. (EIN)
660433481

6. Costo de Pensión o Anualidad
Cost of Pension or Annuity
0.00

2. Nombre y Dirección Postal del Patrono
Employer's Name and Mailing Address
L8100425783 L M MARIN
DEPT DE EDUCACION-CLASIFICADOS
AVE. TENIENTE CESAR GONZALEZ
ESQUINA CALAF
HATO REY, PR 00919

Copia C para Récord
del Empleado
Copy C for Employee's
Records

Número de Teléfono del Patrono
Employer's Telephone Number

Fecha de Cese de Operaciones
Cease of Operations Date

Número de Control - Control Number
50653087

Año:
Year: 2005

7. Sueldos - Wages
25238.50

8. Comisiones - Commissions
0.00

9. Concesiones - Allowances
0.00

10. Propinas - Tips
0.00

11. Total=7+8+9+10
25238.50

12. Gastos Reembolsados
Reimbursed Expenses
0.00

13. Cont. Retenida - Tax Withheld
2840.83

14. Fondo de Retiro
Retirement Fund
2181.52

15. Aportaciones a Planes Cualific.
Contributions to CODA PLANS
0.00

16. Salarios bajo Ley Núm. 324 de 2004
Salaries under Act No. 324 of 2004
0.00

17. Total Sueldos Seguro Social
Total Social Security Wages
0.00

18. Seguro Social Retenido
Social Security Tax Withheld
0.00

19. Total Sueldos y Pro. Medicare
Medicare Wages and Tips
25238.50

20. Contrib. Medicare Retenida
Medicare Tax Withheld
365.96

21. Propinas Seguro Social
Social Security Tips
0.00

22. Seguro Social no Retenido
en Propinas - Uncollected
Social Security on Tips
0.00

23. Contrib. Medicare no Retenida
en Propinas - Uncollected
Medicare Tax on Tips
0.00

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas
Conservation: Ten (10) years from the filing date in the Return Processing Bureau

Reproducido por: Departamento de Hacienda

| | | INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
|---|---|---|---|

Formulari.
Form 499R-2/W-2 PR
Rev 06.06

ESTADO LIBRE ASOCIADO DE PUERTO RICO · COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA · DEPARTMENT OF THE TREASURY

COMPROBANTE DE RETENCION · WITHHOLDING STATEMENT

| 1. Nombre-First Name | 3. Núm. Seguro Social / Social Security No. | 7. Sueldos - Wages | 17. Total Sueldos Seguro Social / Social Security Wages |
|---|---|---|---|
| EDWIN | | 47343.97 | 0.00 |
| Apellido(s) - Surname(s) | 4. Núm. de Ident. Patronal / Employer's Ident. No. (EIN.) | 8. Comisiones - Commissions | 18. Seguro Social Retenido / Social Security Tax Withheld |
| SANTIAGO PEREIRA | 660433481 | 0.00 | 0.00 |
| Dirección Postal del Empleado-Employee's Mailing Address | 5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension | 9. Concesiones - Allowances | 19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips |
| PO BOX 3078 | | 0.00 | 47343.97 |
| JUNCOS, PR 00777-3078 | Dia / Day  Mes / Month  Año / Year | 10. Propinas - Tips | 20. Contrib. Medicare Retenida / Medicare Tax Withheld |
| | | 0.00 | 686.49 |
| 2. Nombre y Dirección Postal del Patrono / Employer's Name and Mailing Address | 6. Costo de Pensión o Anualidad / Cost of Pension or Annuity | 11. Total=7+8+9+10 | 21. Propinas Seguro Social / Social Security Tips |
| L8100425783 L M MARIN DEPT DE EDUCACION-CLASIFICADOS AVE. TENIENTE CESAR GONZALEZ ESQUINA CALAF HATO REY, PR 00919 | 0.00 | 47343.97 | 0.00 |
| | | 12. Gastos Reembolsados / Reimbursed Expenses | 22. Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips |
| | Copia C para Récord del Empleado | 0.00 | 0.00 |
| | Copy C for Employee's Records | 13. Cont. Retenida - Tax Withheld | 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips |
| | | 5348.95 | 0.00 |
| Número de Teléfono del Patrono / Employer's Telephone Number | | 14. Fondo de Retiro / Retirement Fund | |
| Fecha de Cese de Operaciones: Dia / Day  Mes / Month  Año / Year | Año: 2006 | 3904.32 | |
| Cease of Operations Date: | Year: | 15. Aportaciones a Planes Cualific. / Contributions to CODA PLANS | |
| Número de Control - Control Number | | 0.00 | |
| 23026307 | | 16. Salarios bajo Ley Núm. 324 de 2004 / Salaries under Act No. 324 of 2004 | |
| | | 0.00 | |

Reproducido por: Departamento de Hacienda

| Formulario Form 499R-2/W-2 PR Rev. 06.07 | ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY | INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |

**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

| 1. Nombre-First Name | 3. Núm. Seguro Social Social Security No. | Sueldos - Wages | 17. Total Sueldos Seguro Social Social Security Wages |
|---|---|---|---|
| EDWIN | | 52133.74 | 0.00 |
| Apellido(s) - Surname(s) | 4. Núm. de Ident. Patronal Employer's Ident. No. (EIN.) | 3. Comisiones - Commissions | 18. Seguro Social Retenido Social Security Tax Withheld |
| SANTIAGO PEREIRA | 660433481 | 0.00 | 0.00 |
| Dirección Postal del Empleado-Employee's Mailing Address | | Concesiones - Allowances | 19. Total Sueldos y Pro. Medicare Medicare Wages and Tips |
| PO BOX 3078 | 5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension | 0.00 | 52133.74 |
| JUNCOS, PR 00777-3078 | | Propinas - Tips | |
| | Dia Mes Año Day Month Year | 0.00 | 20. Contrib. Medicare Retenida Medicare Tax Withheld |
| 2. Nombre y Dirección Postal del Patrono Employer's Name and Mailing Address | 6. Costo de Pensión o Anualidad Cost of Pension or Annuity | 11. Total=7+5+9+10 | 755.94 |
| L8101321071 JF KENNEDY DEPT DE EDUCACION-CLASIFICADOS AVE. TENIENTE CESAR GONZALEZ ESQUINA CALAF HATO REY, PR 00919 | 0.00 | 52133.74 | 21. Propinas Seguro Social Social Security Tips |
| | | 12. Gastos Reembolsados Reimbursed Expenses | 0.00 |
| | Copia C para Récord del Empleado Copy C for Employee's Records | 0.00 | 22. Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips |
| | | 13. Cont. Retenida - Tax Withheld | |
| | | 5483.77 | 0.00 |
| Número de Teléfono del Patrono Employer's Telephone Number | | 14. Fondo de Retiro Retirement Fund | 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips |
| Fecha de Cese de Operaciones: Dia Mes Año Cease of Operations Date: Day Month Year | | 4039.32 | |
| | Año: 2007 Year: | 15. Aportaciones a Planes Cualific. Contributions to CODA PLANS | 0.00 |
| Número de Control - Control Number | | 0.00 | |
| 45514856 | | 16. Salarios bajo Ley Núm. 324 de 2004 Salaries under Act No. 324 of 2004 | |
| | | 0.00 | 0.00 |

Reproducido por: Departamento de Hacienda

Formulario
Form 499R-2/W-2 PR
Rev. 07.08

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

| | INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
|---|---|---|

| 1. Nombre-First Name<br>EDWIN | 3. Núm. Seguro Social<br>Social Security No. | 7. Sueldos - Wages<br>53236.31 | 17. Total Sueldos Seguro Social<br>Social Security Wages<br>0.00 |
|---|---|---|---|
| Apellido(s) - Surname(s)<br>SANTIAGO PEREIRA | 4. Núm. de Ident. Patronal<br>Employer's Ident. No. (EIN.)<br>660433481 | 8. Comisiones - Commissions<br>0.00 | 18. Seguro Social Retenido<br>Social Security Tax Withheld<br>0.00 |
| Dirección Postal del Empleado-Employee's Mailing Address<br>PO BOX 3078 | | 9. Concesiones - Allowances<br>0.00 | 19. Total Sueldos y Pro. Medicare<br>Medicare Wages and Tips<br>53236.31 |
| | 5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension<br>Día Day   Mes Month   Año Year | 10. Propinas - Tips<br>0.00 | |
| 2. Nombre y Dirección Postal del Patrono<br>Employer's Name and Mailing Address | 6. Costo de Pensión o Anualidad<br>Cost of Pension or Annuity<br>0.00 | 11. Total=7+8+9+10<br>53236.31 | 20. Contrib. Medicare Retenida<br>Medicare Tax Withheld<br>771.93 |
| L8101321071 JF KENNEDY<br>DEPT DE EDUCACION-CLASIFICADOS<br>AVE. TENIENTE CESAR GONZALEZ<br>ESQUINA CALAF<br>HATO REY, PR 00919 | | 12. Gastos Reembolsados<br>Reimbursed Expenses<br>0.00 | 21. Propinas Seguro Social<br>Social Security Tips<br>0.00 |
| | Copia C para Récord del Empleado | 13. Cont. Retenida - Tax Withheld<br>6127.85 | 22. Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips<br>0.00 |
| | Copy C for Employee's Records | 14. Fondo de Retiro<br>Retirement Fund<br>4363.32 | |
| Número de Teléfono del Patrono<br>Employer's Telephone Number | | 15. Aportaciones a Planes Cualific.<br>Contributions to CODA PLANS<br>0.00 | 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips |
| Fecha de Cese de Operaciones:  Día Day   Mes Month   Año Year<br>Cease of Operations Date: | Año:<br>Year:   2008 | 16. Salarios bajo Ley Núm. 324 de 2004<br>Salaries under Act No. 324 of 2004<br>0.00 | 0.00 |
| Número de Control - Control Number<br>017597715 | | | |

Reproducido por: Departamento de Hacienda

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

DEPARTAMENTO DE HACIENDA
DEPARTMENT OF THE TREASURY
INFORMATION

INFORMACION PARA EL SEGURO SOCIAL
SOCIAL SECURITY INFORMATION

Nombre-First Name: EDWIN

Apellido(s) - Surname(s): SANTIAGO PEREIRA

Direccion Postal del Empleado-Employee's Mailing Address:
PO BOX 3078
JUNCOS, PR 00777-3078

3. Núm. Seguro Social - Social Security No.

4. Núm. de Ident. Patronal - Employer's Ident. No. (EIN.): 660433481

5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension

6. Costo de Pensión o Anualidad - Cost of Pension or Annuity: 0.00

Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address:
L8101321071 JF KENNEDY
DEPT DE EDUCACION-CLASIFICADOS
AVE. TENIENTE CESAR GONZALEZ
ESQUINA CALAF
HATO REY, PR 00919

Número de Teléfono del Patrono - Employer's Telephone Number

Fecha de Cese de Operaciones - Cease of Operations Date

Número de Control - Control Number: 004217954

7. Sueldos - Wages: 53580.40
8. Comisiones - Commissions: 0.00
9. Concesiones - Allowances: 0.00
10. Propinas - Tips: 0.00
11. Total 7+8+9+10: 53580.40
12. Gastos Reembolsados - Reimbursed Expenses: 0.00
13. Cont. Retenida - Tax Withheld: 6316.11
14. Fondo de Retiro - Retirement Fund: 4414.32
15. Aportaciones a Planes Cualific. Contribution a CODA PLANS: 0.00
16. Salarios bajo Ley Núm. 324 de 2004 - Salaries under Act No. 324 of 2004: 0.00

17. Total Sueldos Seguro Social - Total Social Security Wages: 0.00
18. Seguro Social Retenido - Social Security Tax Withheld: 19,884.09
19. Total Sueldos y Pro. Medicare - Medicare Wages and Tips: 53580.40
20. Contrib. Medicare Retenida - Medicare Tax Withheld: 776.92
21. Propinas Seguro Social - Social Security Tips: 0.00
22. Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips: 0.00
23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips: 0.00

Copia C para Record del Empleado
Copy C for Employee's Records

Año: Year: 2009

Reproducido por: Departamento de Hacienda

Número Control - Control Number: 00800277

VEA INSTRUCCIONES AL DORSO - SEE INSTRUCTIONS ON BACK          BANCO POPULAR DE PUERTO RICO
TRIPLICADO PARA LA PLANILLA DEL DEUDOR HIPOTECARIO - TRIPLICATE FOR THE MORTGAGE BORROWER'S INCOME TAX RETURN

---

Formulario 480.7A
Form
Rev. 08.08
Rep. 08.09

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
DECLARACION INFORMATIVA - INTERESES HIPOTECARIOS
INFORMATIVE RETURN - MORTGAGE INTEREST

Uso Oficial - Official Use

AÑO CONTRIBUTIVO: TAXABLE YEAR: 2009    [X] Duplicado / Duplicate   [ ] Enmendado / Amended

Número de Serie

| INFORMACION DEL RECEPTOR - RECIPIENT'S INFORMATION | Descripción - Description | Cantidad - Amount |
|---|---|---|
| Número de Identificación Patronal - Employer Identification Number 66-0561870 | 1. Intereses Pagados por el Deudor - Interest Paid by Borrower | 19,884.09 |
| BANCO POPULAR DE PUERTO RICO PO BOX 362708 SAN JUAN PR 00936-2708 | 2. Honorarios de Origen del Préstamo (Puntos) Pagados Directamente por el Deudor - Loan Origination Fees (Points) Paid Directly by Borrower [ ] Pagados - Paid [ ] Financiados - Financed | 0.00 |
| INFORMACION DEL DEUDOR - BORROWER'S INFORMATION | 3. Descuentos del Préstamo (Puntos) Pagados Directamente por el Deudor - Loan Discounts (Points) Paid Directly by Borrower [ ] Pagados - Paid [ ] Financiados - Financed | 0.00 |
| Número de Seguro Social - Social Security Number 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 | 4. Reembolsos de Intereses - Refund of Interest | 0.00 |
| EDWIN SANTIAGO-PEREIRA URB PARAISO DE COAMO 615 CALLE PAZ COAMO PR 00769 | 5. Contribuciones sobre la Propiedad - Property Taxes | 1,373.73 |
| | 6. Balance del Principal - Principal Balance | 297,900.00 |
| INFORMACION DEL CODEUDOR - JOINT BORROWER'S INFORMATION | Número de Cuenta del Préstamo - Loan Account Number 07101001-9096901 | Término del Préstamo - Loan Term 180 |
| Número de Seguro Social - Social Security Number | | |
| Nombre - Name | Número Control - Control Number 00800277 | |

VEA INSTRUCCIONES AL DORSO - SEE INSTRUCTIONS ON BACK          BANCO POPULAR DE PUERTO RICO

Formulario
Form 499R-2/W-2 PR
Rev. 07.09

**ESTADO LIBRE ASOCI.     .JE PUERTO RICO · COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA · DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION · WITHHOLDING STATEMENT**

| | |
|---|---|
| 1. Nombre - First Name<br>EDWIN | 3. Núm. Seguro Social<br>Social Security No. |
| Apellido(s) · Surname(s)<br>SANTIAGO PEREIRA | 4. Núm. de Ident. Patronal<br>Employer's Ident. No. (EIN.)<br>660433481 |
| Dirección Postal del Empleado-Employee's Mailing Address<br>PO BOX 3078<br><br>JUNCOS, PR 00777-3078 | 5. Fecha en que comenzó a recibir<br>pensión - Date on which you started to<br>receive the pension<br>Dia · Day   Mes · Month   Año · Year |
| 2. Nombre y Dirección Postal del Patrono<br>Employer's Name and Mailing Address<br><br>L8101321071 JF KENNEDY<br>DEPT DE EDUCACION-CLASIFICADOS<br>AVE. TENIENTE CESAR GONZALEZ<br>ESQUINA CALAF<br>HATO REY, PR 00919 | 6. Costo de Pensión o Anualidad<br>Cost of Pension or Annuity<br>0.00 |

INFORMACION PARA EL
DEPARTAMENTO DE HACIENDA
DEPARTMENT OF THE TREASURY
INFORMATION

| | |
|---|---|
| 7. Sueldos - Wages | 53580.40 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total=7+8+9+10 | 53580.40 |
| 12. Gastos Reembolsados<br>Reimbursed Expenses | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 6316.11 |
| 14. Fondo de Retiro<br>Retirement Fund | 4444.32 |
| 15. Aportaciones a Planes Cualific.<br>Contributions to CODA PLANS | 0.00 |
| 16. Salarios bajo Ley Núm. 324 de 2004<br>Salaries under Act No. 324 of 2004 | 0.00 |

INFORMACION PARA EL
SEGURO SOCIAL
SOCIAL SECURITY
INFORMATION

| | |
|---|---|
| 17. Total Sueldos Seguro Social<br>Social Security Wages | 0.0 |
| 18. Seguro Social Retenido<br>Social Security Tax Withheld | 0.0 |
| 19. Total Sueldos y Pro. Medic<br>Medicare Wages and Tips | 53580.4 |
| 20. Contrib. Medicare Retenido<br>Medicare Tax Withheld | 776.9 |
| 21. Propinas Seguro Social<br>Social Security Tips | 0.0 |
| 22. Seguro Social no Retenido<br>en Propinas - Uncollected<br>Social Security on Tips | 0.0 |
| 23. Contrib. Medicare no Retenido<br>en Propinas - Uncollected<br>Medicare Tax on Tips | 0.0 |

Copia B para Planilla
del Empleado
Copy B for Employee's
Tax Return

Año:
Year: **2009**

| | |
|---|---|
| Número de Teléfono del Patrono<br>Employer's Telephone Number | |
| Fecha de Cese de Operaciones:<br>Cease of Operations Date: | Dia · Day   Mes · Month   Año · Year |
| Número de Control - Control Number<br>004217954 | |

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas
Retention: Ten (10) years from the filing date in the Return Processing Bureau

Reproducido por: Departamento de Hacie

- WITHHOLDING STATEMENT

| DEPARTMENT OF THE TREASURY INFORMATION | |
|---|---|

| 3. Núm. Seguro Social<br>Social Security No. | |
|---|---|

| 4. Núm. de Ident. Patronal<br>Employer Ident. No. (EIN)<br>660433481 | |
|---|---|

| 5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension | |
|---|---|
| Dia<br>Day | Mes<br>Month | Año<br>Year |

| 6. Costo de Pensión o Anualidad<br>Cost of Pension or Annuity<br>0.00 | |
|---|---|

Copia C para Récord
del Empleado

Copy C for Employee's
Records

Año:
Year: **2010**

| 7. Sueldos - Wages | 17571.25 |
|---|---|
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total=7+8+9+10 | 17571.25 |
| 12. Gastos Reembolsados<br>Reimbursed Expenses | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 935.30 |
| 14. Fondo de Retiro<br>Retirement Fund | 0.00 |
| 15. Aportaciones a Planes Cualific.<br>Contributions to CODA PLANS | 0.00 |
| 16. Salarios bajo Ley Núm. 324 de 2004<br>Salaries under Act No. 324 of 2004 | 0.00 |

| SOCIAL SECURITY INFORMATION | |
|---|---|
| 17. Total Sueldos Seguro Social<br>Social Security Wages | 17571.25 |
| 18. Seguro Social Retenido<br>Social Security Tax Withheld | 1089.42 |
| 19. Total Sueldos y Pro. Medicare<br>Medicare Wages and Tips | 17571.25 |
| 20. Contrib. Medicare Retenida<br>Medicare Tax Withheld | 254.78 |
| 21. Propinas Seguro Social<br>Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido<br>en Propinas - Uncollected<br>Social Security Tax on Tips | 0.00 |
| 23. Contrib. Medicare no Retenida<br>en Propinas - Uncollected<br>Medicare Tax on Tips | 0.00 |
| 24. Sueldos y Propinas bajo Ley<br>HIRE de 2010 - Wages and<br>Tips under HIRE Act of 2010 | 0.00 |

Reproducido por: Departamento de Hacienda

EDWIN
SANTIAGO PEREIRA
DEPARTAMENTO DE EDUCACION


HATO REY, PR 00917

colecturía virtual en la página del Departamento de Hacienda. "www.hacienda.gobierno.pr".

RICO - GOVERNMENT OF PUERTO RICO
ENDA - DEPARTMENT OF THE TREASURY
ENCION - WITHHOLDING STATEMENT

| INFORMACION PARA EL DEPARTAMENTO DE HACIENDA — DEPARTMENT OF THE TREASURY INFORMATION | | INFORMACION PARA EL SEGURO SOCIAL — SOCIAL SECURITY INFORMATION | |
|---|---|---|---|

**3. Núm. Seguro Social — Social Security No.**

**4. Núm. de Ident. Patronal — Employer Ident. No. (EIN)**
660433481

**5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension**

| Día / Day | Mes / Month | Año / Year |
|---|---|---|

**6. Costo de Pensión o Anualidad — Cost of Pension or Annuity**
0.00

**6A. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage**
0.00

**6B. Donativos — Charitable Contributions**
0.00

Copia B para Planilla
del Empleado
Copy B for Employee's
Tax Return

Año:
Year: **2011**

**7. Sueldos - Wages**
50380.00

**8. Comisiones - Commissions**
0.00

**9. Concesiones - Allowances**
0.00

**10. Propinas - Tips**
0.00

**11. Total=7+8+9+10**
50380.00

**12. Gastos Reembolsados — Reimbursed Expenses**
0.00

**13. Cont. Retenida - Tax. Withheld**
4727.52

**14. Fondo de Retiro Gubernamental — Governmental Retirement Fund**
4444.32

**15. Aportaciones a Planes Cualific. — Contributions to CODA PLANS**
0.00

**16. Salarios bajo Ley Núm. 324 de 2004 — Salaries under Act No. 324 of 2004**
0.00

**16A. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program**
0.00

**17. Total Sueldos Seguro Social — Social Security Wages**
0.00

**18. Seguro Social Retenido — Social Security Tax Withheld**
0.00

**19. Total Sueldos y Pro. Medicare — Medicare Wages and Tips**
50380.00

**20. Contrib. Medicare Retenida — Medicare Tax Withheld**
730.51

**21. Propinas Seguro Social — Social Security Tips**
0.00

**22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips**
0.00

**23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips**
0.00

en el Negociado de Procesamiento de Planillas
ssing Bureau

Reproducido por: Departamento de Hacienda

Formulario
Form 499R-2/W-2 PR
Rev. 09-12

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

| INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
|---|---|

| 1. Nombre - First Name EDWIN | 3. Núm. Seguro Social Social Security No. | 7. Sueldos - Wages 15972.50 | 17. Total Sueldos Seguro Social Social Security Wages |
|---|---|---|---|
| | | 8. Comisiones - Commissions 0.00 | 15972.50 |
| Apellido(s) - Surname(s) SANTIAGO PEREIRA | 4. Núm. de Ident. Patronal Employer Ident. No. (EIN) 660433481 | 9. Concesiones - Allowances 0.00 | 18. Seguro Social Retenido Social Security Tax Withheld |
| Dirección Postal del Empleado-Employee's Mailing Address DEPARTAMENTO DE EDUCACION HATO REY, PR 00917 | 5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension Dia / Mes / Año Day / Month / Year | 10. Propinas - Tips 0.00 | 670.85 |
| | | 11. Total 7+8+9+10 15972.50 | 19. Total Sueldos y Pro. Medicare Medicare Wages and Tips |
| | 6. Costo de Pensión o Anualidad Cost of Pension or Annuity 0.00 | 12. Gastos Reemb. y Beneficios Marginales Reimb. Expenses and Fringe Benefits 0.00 | 15972.50 |
| 2. Nombre y Dirección Postal del Patrono Employer's Name and Mailing Address | 6A. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage 0.00 | 13. Cont. Retenida - Tax Withheld 1285.81 | 20. Contrib. Medicare Retenida Medicare Tax Withheld 231.60 |
| L8112423531 SUP. MIGUE DEPT DE EDUCACION - CLASIFICADOS AVE. TENIENTE CESAR GONZALEZ ESQUINA CALAF HATO REY, PR 00919 | | 14. Fondo de Retiro Gubernamental Governmental Retirement Fund 0.00 | 21. Propinas Seguro Social Social Security Tips 0.00 |
| | 6B. Donativos Charitable Contributions 0.00 | 15. Aportaciones a Planes Cualific. Contributions to CODA PLANS 0.00 | 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips 0.00 |
| | Copia B para Planilla del Empleado Copy B for Employee's Tax Return | 16. Salarios bajo Ley 324-2004 Salaries under Act 324-2004 0.00 | 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips 0.00 |
| Número de Teléfono del Patrono Employer's Telephone Number | | | |
| Fecha Cese de Operaciones: Cease of Operations Date: Dia / Mes / Año Day / Month / Year | | 16A. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program 0.00 | |
| Número Control - Control Number 125552814 | Año: Year: 2012 | | |

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas
Retention: Ten (10) years from the filing date in the Return Processing Bureau

Reproducido por: Departamento de Hacienda

---

Formulario
Form 499R-2/W-2 PR
Rev. 09-12

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

| INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
|---|---|

| 1. Nombre-First Name EDWIN | 3. Núm. Seguro Social Social Security No. 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 | 7. Sueldos - Wages 15972.50 | 17. Total Sueldos Seguro Social Social Security Wages |
|---|---|---|---|
| | | 8. Comisiones - Commissions 0.00 | 15972.50 |
| Apellido(s) - Surname(s) SANTIAGO PEREIRA | 4. Núm. de Ident. Patronal Employer Ident. No. (EIN) 660433481 | 9. Concesiones - Allowances 0.00 | 18. Seguro Social Retenido Social Security Tax Withheld |
| Dirección Postal del Empleado-Employee's Mailing Address DEPARTAMENTO DE EDUCACION HATO REY, PR 00917 | 5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension Dia / Mes / Año Day / Month / Year | 10. Propinas - Tips 0.00 | 670.85 |
| | | 11. Total 7+8+9+10 15972.50 | 19. Total Sueldos y Pro. Medicare Medicare Wages and Tips |
| | 6. Costo de Pensión o Anualidad Cost of Pension or Annuity 0.00 | 12. Gastos Reemb. y Beneficios Marginales Reimb. Expenses and Fringe Benefits 0.00 | 15972.50 |
| 2. Nombre y Dirección Postal del Patrono Employer's Name and Mailing Address | 6A. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage 0.00 | 13. Cont. Retenida - Tax Withheld 1285.81 | 20. Contrib. Medicare Retenida Medicare Tax Withheld 231.60 |
| L8112423531 SUP. MIGUE DEPT DE EDUCACION - CLASIFICADOS AVE. TENIENTE CESAR GONZALEZ ESQUINA CALAF HATO REY, PR 00919 | | 14. Fondo de Retiro Gubernamental Governmental Retirement Fund 0.00 | 21. Propinas Seguro Social Social Security Tips 0.00 |
| | 6B. Donativos Charitable Contributions 0.00 | 15. Aportaciones a Planes Cualific. Contributions to CODA PLANS 0.00 | 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips 0.00 |
| | Copia C para Récord del Empleado Copy C for Employee's Records | 16. Salarios bajo Ley 324-2004 Salaries under Act 324-2004 0.00 | 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips 0.00 |
| Número de Teléfono del Patrono Employer's Telephone Number | | | |
| Fecha Cese de Operaciones: Cease of Operations Date: Dia / Mes / Año Day / Month / Year | | 16A. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program 0.00 | |
| Número Control - Control Number 125552814 | Año: Year: 2012 | | |

Reproducido por: Departamento de Hacienda

Formulario
Form 499R-2/W-2 PR
Rev. 09 12

**ESTADO LIBRE ASOCIADO DE PUERTO RICO · COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

| INFORMACION PARA DEPARTAMENTO DE HACIENDA / DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL / SOCIAL SECURITY INFORMATION |

| 1. Nombre - First Name | 3. Núm. Seguro Social Social Security No. | 7. Sueldos - Wages 50458.30 | 17. Total Sueldos Seguro Social Social Security Wages |
| EDWIN | | | 0.00 |
| | | 8. Comisiones - Commissions 0.00 | |
| Apellido(s) - Surname(s) | 4. Núm. de Ident. Patronal Employer Ident. No. (EIN) | 9. Concesiones - Allowances 0.00 | 18. Seguro Social Retenido Social Security Tax Withheld |
| SANTIAGO PEREIRA | 660433481 | | 0.00 |
| Dirección Postal del Empleado-Employee's Mailing Address | 5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension | 10. Propinas - Tips 0.00 | 19. Total Sueldos y Pro. Medicare Medicare Wages and Tips |
| PO BOX 3078 JUNCOS, PR 00777-3078 | Día Mes Año Day Month Year | 11. Total 7+8+9+10 50458.30 | 50458.30 |
| | 6. Costo de Pensión o Anualidad Cost of Pension or Annuity 0.00 | 12. Gastos Reemb. y Beneficios Marginales Reimb. Expenses and Fringe Benefits 0.00 | 20. Contrib. Medicare Retenida Medicare Tax Withheld |
| 2. Nombre y Dirección Postal del Patrono Employer's Name and Mailing Address | 6A. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage 0.00 | 13. Cont. Retenida - Tax Withheld 4702.70 | 731.65 |
| L8101321071 JF KENNEDY DEPT DE EDUCACION-CLASIFICADOS AVE. TENIENTE CESAR GONZALEZ ESQUINA CALAF HATO REY, PR 00919 | 6B. Donativos Charitable Contributions 0.00 | 14. Fondo de Retiro Gubernamental Governmental Retirement Fund 4444.32 | 21. Propinas Seguro Social Social Security Tips 0.00 |
| | | 15. Aportaciones a Planes Cualific. Contributions to CODA PLANS 0.00 | 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips 0.00 |
| | Copia B para Planilla del Empleado Copy B for Employee's Tax Return | 16. Salarios bajo Ley 324-2004 Salaries under Act 324-2004 0.00 | |
| Número de Teléfono del Patrono Employer's Telephone Number | | | |
| Fecha Cese de Operaciones: Día Mes Año Cease of Operations Date: Day Month Year | | 16A. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program 0.00 | 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips 0.00 |
| Número Control - Control Number 125535711 | Año: Year: 2012 | | |

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas
Retention: Ten (10) years from the filing date in the Return Processing Bureau

Reproducido por: Departamento de Hacienda

---

Formulario
Form 499R-2/W-2 PR
Rev. 09 12

**ESTADO LIBRE ASOCIADO DE PUERTO RICO · COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

| INFORMACION PARA EL DEPARTAMENTO DE HACIENDA / DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL / SOCIAL SECURITY INFORMATION |

| 1. Nombre - First Name | 3. Núm. Seguro Social Social Security No. 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 | 7. Sueldos - Wages 50458.30 | 17. Total Sueldos Seguro Social Social Security Wages 0.00 |
| EDWIN | | 8. Comisiones - Commissions 0.00 | |
| Apellido(s) - Surname(s) | 4. Núm. de Ident. Patronal Employer Ident. No. (EIN) | 9. Concesiones - Allowances 0.00 | 18. Seguro Social Retenido Social Security Tax Withheld |
| SANTIAGO PEREIRA | 660433481 | 10. Propinas - Tips 0.00 | 0.00 |
| Dirección Postal del Empleado-Employee's Mailing Address | 5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension | 11. Total 7+8+9+10 50458.30 | 19. Total Sueldos y Pro. Medicare Medicare Wages and Tips |
| PO BOX 3078 JUNCOS, PR 00777-3078 | Día Mes Año Day Month Year | | 50458.30 |
| | 6. Costo de Pensión o Anualidad Cost of Pension or Annuity 0.00 | 12. Gastos Reemb. y Beneficios Marginales Reimb. Expenses and Fringe Benefits 0.00 | 20. Contrib. Medicare Retenida Medicare Tax Withheld |
| 2. Nombre y Dirección Postal del Patrono Employer's Name and Mailing Address | 6A. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage 0.00 | 13. Cont. Retenida - Tax Withheld 4702.70 | 731.65 |
| L8101321071 JF KENNEDY DEPT DE EDUCACION-CLASIFICADOS AVE. TENIENTE CESAR GONZALEZ ESQUINA CALAF HATO REY, PR 00919 | 6B. Donativos Charitable Contributions 0.00 | 14. Fondo de Retiro Gubernamental Governmental Retirement Fund 4444.32 | 21. Propinas Seguro Social Social Security Tips 0.00 |
| | | 15. Aportaciones a Planes Cualific. Contributions to CODA PLANS 0.00 | 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips 0.00 |
| | Copia C para Récord del Empleado Copy C for Employee's Records | 16. Salarios bajo Ley 324-2004 Salaries under Act 324-2004 0.00 | |
| Número de Teléfono del Patrono Employer's Telephone Number | | | 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips 0.00 |
| Fecha Cese de Operaciones: Día Mes Año Cease of Operations Date: Day Month Year | Año: Year: 2012 | 16A. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program 0.00 | 0.00 |
| Número Control - Control Number 125535711 | | | |

llario
99R-2/W-2 PR
08.13

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

| | | | |
|---|---|---|---|
| | | INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
| mbre-First Name<br>DWIN | 3. Núm. Seguro Social Social Security No. | 7. Sueldos - Wages 50022.50 | 17. Total Sueldos Seguro Soci Social Security Wages 0.0( |
| ido(s) - Surname(s)<br>ANTIAGO PEREIRA | 4. Núm. de Ident. Patronal Employer Ident. No. (EIN) 660433481 | 8. Comisiones - Commissions 0.00 | |
| cción Postal del Empleado-Employee's Mailing Address<br>O BOX 3078<br>UNCOS, PR 00777-3078 | 5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension<br>Dia Mes Año<br>Day Month Year | 9. Concesiones - Allowances 0.00 | 18. Seguro Social Retenido Social Security Tax Withhe 0.0( |
| | | 10. Propinas - Tips 0.00 | 19. Total Sueldos y Pro. Medica Medicare Wages and Tips 50022.5( |
| | | 11. Total=7+8+9+10 50022.50 | |
| mbre y Dirección Postal del Patrono<br>nployer's Name and Mailing Address<br>EPT DE EDUCACION-CLASIFICADOS<br>VE. TENIENTE CESAR GONZALEZ<br>SQUINA CALAF<br>ATO REY, PR 00919 | 6. Costo de Pensión o Anualidad Cost of Pension or Annuity 0.00 | 12. Gastos Reemb. y Beneficios Marginales Reimb. Expenses and Fringe Benefits 0.00 | 20. Contrib. Medicare Retenid. Medicare Tax Withheld 725.3: |
| | 6A. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage 0.00 | 13. Cont. Retenida - Tax Withheld 4277.66 | |
| nero de Teléfono del Patrono<br>ployer's Telephone Number | 6B. Donativos Charitable Contributions 0.00 | 14. Fondo de Retiro Gubernamental Governmental Retirement Fund 4412.08 | 21. Propinas Seguro Social Social Security Tips 0.0( |
| a Cese de Operaciones: Dia Mes Año<br>ase of Operations Date: Day Month Year | Copia C para Récord del Empleado<br>Copy C for Employee's Records | 15. Aportaciones a Planes Cualific. Contributions to CODA PLANS 0.00 | 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tip 0.0( |
| nero Confirmación de Radicación Electrónica<br>tronic Filing Confirmation Number<br>C400001 | | 16. Salarios bajo Ley 324-2004 Salaries under Act 324-2004 0.00 | |
| ero Control - Control Number<br>004514515 | Año: Year: 2013 | 16A. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program 0.00 | 23. Contrib. Medicare no Reten en Propinas - Uncollected Medicare Tax on Tips 0.0( |

Reproducido por: Departamento de Hacien

llario
499R-2/W-2 PR
08.13

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

| | | | |
|---|---|---|---|
| | | INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
| ombre - First Name<br>DWIN | 3. Núm. Seguro Social Social Security No. 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 | 7. Sueldos - Wages 50022.50 | 17. Total Sueldos Seguro Soc Social Security Wages 0.0( |
| llido(s) - Surname(s)<br>SANTIAGO PEREIRA | 4. Núm. de Ident. Patronal Employer Ident. No. (EIN) 660433481 | 8. Comisiones - Commissions 0.00 | |
| cción Postal del Empleado-Employee's Mailing Address<br>PO BOX 3078<br>JUNCOS, PR 00777-3078 | 5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension<br>Dia Mes Año<br>Day Month Year | 9. Concesiones - Allowances 0.00 | 18. Seguro Social Retenido Social Security Tax Withhe 0.0( |
| | | 10. Propinas - Tips 0.00 | 19. Total Sueldos y Pro. Medic Medicare Wages and Tips 50022.5( |
| | | 11. Total=7+8+9+10 50022.50 | |
| ombre y Dirección Postal del Patrono<br>nployer's Name and Mailing Address<br>DEPT DE EDUCACION-CLASIFICADOS<br>AVE. TENIENTE CESAR GONZALEZ<br>ESQUINA CALAF<br>HATO REY, PR 00919 | 6. Costo de Pensión o Anualidad Cost of Pension or Annuity 0.00 | 12. Gastos Reemb. y Beneficios Marginales Reimb. Expenses and Fringe Benefits 0.00 | 20. Contrib. Medicare Retenic Medicare Tax Withheld 725.3: |
| | 6A. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage 0.00 | 13. Cont. Retenida - Tax Withheld 4277.66 | |
| mero de Teléfono del Patrono<br>ployer's Telephone Number | 6B. Donativos Charitable Contributions 0.00 | 14. Fondo de Retiro Gubernamental Governmental Retirement Fund 4412.08 | 21. Propinas Seguro Social Social Security Tips 0.0( |
| cha Cese de Operaciones: Dia Mes Año<br>se of Operations Date: Day Month Year | Copia B para Planilla del Empleado | 15. Aportaciones a Planes Cualific. Contributions to CODA PLANS 0.00 | 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tip |
| | | 16. Salarios bajo Ley 324-2004 | |

## Comprobante de Retención - Withholding Statement (2014)

**Formulario** Form 499R-2/W-2 PR Rev. 09 14

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

1. Nombre - First Name: EDWIN
Apellido(s) - Surname(s): SANTIAGO PEREIRA

Dirección Postal del Empleado-Employee's Mailing Address:
PO BOX 3078
JUNCOS, PR 00777-3078

2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address:
DEPT DE EDUCACION-CLASIFICADOS
AVE. TENIENTE CESAR GONZALEZ
ESQUINA CALAF
HATO REY, PR 00919

3. Núm. Seguro Social / Social Security No.: 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
4. Núm. de Ident. Patronal / Employer Ident. No. (EIN): 660433481
5. Costo de cubierta de salud auspiciada por el patrono: 0.00
6. Donativos / Charitable Contributions: 0.00

Número Confirmación de Radicación Electrónica: S140003
Número Control - Control Number: 004427527
Año / Year: 2014

Fecha de radicación: 31 de enero - Filing date: January 31

7. Sueldos - Wages: 49320.00
8. Comisiones - Commissions: 0.00
9. Concesiones - Allowances: 0.00
10. Propinas - Tips: 0.00
11. Total 7+8+9+10: 49320.00
12. Gastos Reemb. y Beneficios Marginales: 0.00
13. Cont. Retenida - Tax Withheld: 4138.80
14. Fondo de Retiro Gubernamental / Governmental Retirement Fund: 4384.80
15. Aportaciones a Planes Cualific. CODA PLANS: 0.00
16. Salarios Exentos (Ver instrucciones): 0.00
16A. Código de Salarios Exentos:
16B. Aportaciones al Programa Ahorra y Duplica tu Dinero: 0.00

17. Total Sueldos Seguro Social - Social Security Wages: 0.00
18. Seguro Social Retenido - Social Security Tax Withheld: 0.00
19. Total Sueldos y Pro. Medicare Wages and Tips: 49320.00
20. Contrib. Medicare Retenida - Medicare Tax Withheld: 715.14
21. Propinas Seguro Social - Social Security Tips: 0.00
22. Seguro Social no Retenido en Propinas: 0.00
Contrib. Medicare no Retenida en Propinas: 0.00

---

LB113750500 JOSE RAMON 004427527
DEPT DE EDUCACION-CLASIFICADOS
AVE. TENIENTE CESAR GONZALEZ
ESQUINA CALAF
HATO REY, PR 00919

EDWIN
SANTIAGO PEREIRA
PO BOX 3078
JUNCOS, PR 00777-30

Form 499R-2/W-2 PR
Rev. 08.15

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
COMPROBANTE DE RETENCIÓN - WITHHOLDING STATEMENT

DEPARTAMENTO DE HACIENDA
DEPARTMENT OF THE TREASURY INFORMATION

SEGURO SOCIAL
SOCIAL SECURITY INFORMATION

| | | |
|---|---|---|
| **1. Nombre-First Name**<br>EDWIN | **3. Núm. Seguro Social**<br>Social Security No. | **7. Sueldos - Wages**<br>49320.00 | **17. Total Sueldos Seguro Social**<br>Social Security Wages<br>0.00 |

| | | | |
|---|---|---|---|
| **Apellido(s) - Surname(s)**<br>SANTIAGO PEREIRA | **4. Núm. de Ident. Patronal**<br>Employer Ident. No. (EIN)<br>660433481 | **8. Comisiones - Commissions** 0.00 | |
| | | **9. Concesiones - Allowances** 0.00 | **18. Seguro Social Retenido**<br>Social Security Tax Withheld |
| **Dirección Postal del Empleado-Employee's Mailing Address**<br>PO BOX 3078<br>JUNCOS, PR 00777-3078 | **5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage** 0.00 | **10. Propinas - Tips** 0.00 | |
| | | **11. Totals 7+8+9+10** 49320.00 | **19. Total Sueldos y Pro. Medicare**<br>Medicare Wages and Tips<br>49320.00 |
| **2. Nombre y Dirección Postal del Patrono**<br>Employer's Name and Mailing Address | **6. Donativos**<br>Charitable Contributions 0.00 | **12. Gastos Reemb. y Beneficios Marginales**<br>Reimb. Expenses and Fringe Benefits 0.00 | |
| DEPT DE EDUCACION-CLASIFICADOS<br>AVE. TENIENTE CESAR GONZALEZ<br>ESQUINA CALAF<br>HATO REY, PR 00919 | **Patrono - Employer:**<br>Envíe a - Send to:<br>Social Security Administration<br>Data Operations Center Wilkes-Barre, PA 18769-0001<br>Con la With the W-3PR | **13. Contr. Retenida - Tax Withheld** 4138.80 | **20. Contrib. Medicare Retenida**<br>Medicare Tax Withheld<br>715.14 |
| **Número de Teléfono del Patrono**<br>Employer's Telephone Number | Envíe al Departamento de Hacienda electrónicamente<br>Send to Department of the Treasury electronically<br>(www.hacienda.pr.gov) | **14. Fondo de Retiro Gubernamental**<br>Governmental Retirement Fund<br>4384.80 | **21. Propinas Seguro Social**<br>Social Security Tips<br>0.00 |
| **Fecha Cese de Operaciones:** Día Mes Año<br>Cease of Operations Date: Day Month Year | * Entregue dos copias al empleado<br>Deliver two copies to employee | **15. Aportaciones a Planes Cualific.**<br>Contributions to CODA PLANS 0.00 | **22. Seguro Social no Retenido**<br>en Propinas - Uncollected<br>Social Security Tax on Tips<br>0.00 |
| **Número Confirmación de Radicación Electrónica**<br>Electronic Filing Confirmation Number<br>S150008 | * Conserve copia para sus récords<br>Keep copy for your records | **16. Salarios Exentos (Ver instrucciones)**<br>Exempt Salaries (See instructions) 0.00<br>**16A. Código de Salarios Exentos**<br>Exempt Salaries Code | **23. Contrib. Medicare no Retenida**<br>en Propinas - Uncollected<br>Medicare Tax on Tips<br>0.00 |
| **Número Control - Control Number**<br>004946371 | **Año:**<br>**Year:** 2015 | **16B. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program** 0.00 | |

Fecha de radicación: 31 de enero - Filing date: January 31

Reproducido por: Departamento de Hacienda

Formulario
Form 499R-2/W-2PR
Rev. 07.17

**222**

GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
COMPROBANTE DE RETENCIÓN · WITHHOLDING STATEMENT

INFORMACIÓN PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION

INFORMACIÓN PARA EL SEGURO SOCIAL
SOCIAL SECURITY INFORMATION

| | |
|---|---|
| 1. Nombre - First Name | |
| EDWIN | |
| Apellido(s) - Last Name(s) | |
| SANTIAGO PEREIRA | |
| Dirección Postal del Empleado - Employee's Mailing Address | |
| PO BOX 3078 | |
| JUNCOS PR 00777 | |

3. Núm. Seguro Social - Social Security No. 7

4. Núm. de Ident. Patronal Employer Ident. No. (EIN)
660433451-081

5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage
0.00

6. Donativos - Charitable Contributions
0.00

7. Sueldos - Wages
49,320.00

8. Comisiones - Commissions
0.00

9. Concesiones - Allowances
0.00

10. Propinas - Tips
0.00

11. Total = 7 + 8 + 9 + 10
49,320.00

12. Gastos Reemb. y Beneficios Marginales Reimb. Expenses and Fringe Benefits
0.00

13. Cont. Retenida - Tax Withheld
4,141.34

14. Fondo de Retiro Gubernamental Governmental Retirement Fund
4,374.65

15. Aportaciones a Planes Cualific. Contributions to CODA PLANS
0.00

16. Salarios Exentos (Ver Instrucciones) Exempt Salaries (See Instructions)
0.00

16A.
0.00

16B. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program
0.00

17. Total Sueldos Seguro Social Social Security Wages
49,320.00

18. Seguro Social Retenido Social Security Tax Withheld
0.00

19. Total Sueldos y Pro. Medicare Medicare Wages and Tips
49,320.00

20. Contrib. Medicare Retenida Medicare Tax Withheld
715.14

21. Propinas Seguro Social Social Security Tips
0.00

22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips
0.00

23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips
0.00

Fecha de Nacimiento: Día 15 Mes 12 Año 1965
Date of Birth: Day Month Year

2. Nombre y Dirección Postal del Patrono Employer's Name and Mailing Address
DEPT DE EDUCACION CLASIFICADOS
AVE. TENIENTE CESAR GO
ESQUINA CALAF
HATO REY PR 00919

Número de Teléfono del Patrono Employer's Telephone Number (787) 773-3508

Fecha Cese de Operaciones: Día Mes Año
Cease of Operations Date: Day Month Year

Número Confirmación de Radicación Electrónica Electronic Filing Confirmation Number
S170008

Número Control - Control Number
007003719

Patrono: - Employer:
• Envíe a: - Send to:
Social Security Administration
Data Operations Center
Wilkes-Barre, PA 18769-0001
Con la With the W-3PR
• Envíe al Departamento de Hacienda electrónicamente
Send to Department of the Treasury electronically
(www.hacienda.pr.gov)
• Entregue dos copias al empleado Deliver two copies to employee
• Conserve copia para sus récords Keep copy for your records

Año: Year: **2017**

Fecha de radicación: 31 de enero - Filing date: January 31

---

**INSTRUCCIONES PARA EL EMPLEADO**
DEBERÁ SOMETER COPIA AL RENDIR SU PLANILLA

De acuerdo al Código de Rentas Internas de Puerto Rico de 2011, según enmendado (Código), viene obligado a rendir planilla de contribución sobre ingresos todo individuo residente que:

- sea contribuyente individual o casado, si durante el año contributivo tuviere un ingreso bruto reducido por las exenciones de la Sección 1031.02 del Código mayor de $5,000;
- sea casado que vivía con su cónyuge y opte por rendir planilla separada, si durante el año contributivo tuviere un ingreso bruto reducido por las exenciones de la Sección 1031.02 del Código de $2,500 o más; o
- tenga ingreso neto sujeto a contribución básica alterna de $150,000 o más.

PENALIDAD – El Código dispone lo siguiente: Toda persona obligada bajo cualquier Subtítulo del Código a rendir una planilla, declaración, certificación o informe, que voluntariamente dejare de rendir dicha planilla, declaración, certificación o informe dentro del término o términos fijados por el Subtítulo correspondiente o por reglamentos, además de otras penalidades establecidas por el Código, incurrirá en delito menos grave, y en caso de convicción, será castigada con pena de multa no mayor de $5,000; o con pena de reclusión por un término máximo de 90 días, o ambas penas, a discreción del tribunal, más las costas del proceso. En aquellos casos en que cualquier persona voluntariamente dejare de rendir dicha planilla, declaración, certificación o informe (dentro de los términos fijados por el Subtítulo correspondiente o por reglamentos), con la intención de evadir o derrotar cualquier contribución impuesta por el Código, además de otras penalidades establecidas por el Código, incurrirá en un delito grave de tercer grado, y en caso de convicción, será sancionada con pena de reclusión la cual fluctuará entre tres años un día y ocho años. El Tribunal a su discreción podrá imponer la pena fija de reclusión establecida o pena de multa que no excederá de $20,000, o ambas penas, más las costas del proceso.

Retenga copia de este formulario para sus récords. Puede usarla para establecer su derecho a los beneficios de seguro social. Si su nombre, dirección o número de seguro social están incorrectos, informe el error a su patrono para que le complete un Formulario 499R-2c/W-2cPR.

**INSTRUCTIONS FOR THE EMPLOYEE**
A COPY MUST BE SUBMITTED WITH YOUR RETURN

Pursuant to the Puerto Rico Internal Revenue Code of 2011, as amended (Code), an income tax return must be filed by any resident individual who:

- is an individual or married taxpayer, who during the taxable year had gross income, reduced by the exemptions established in Code Section 1031.02, greater than $5,000;
- is a married individual who lived with his/her spouse, and elects to file separate returns, that during the taxable year had gross income, reduced by the exemptions established in Code Section 1031.02, of $2,500 or more; or
- has net income subject to alternate basic tax of $150,000 or more.

PENALTY – The Code provides the following: Every person required under any Subtitle of the Code to file a return, statement, certification or report, who willfully fails to file such return, statement, certification or report within the term or terms established by the corresponding Subtitle or by regulations, in addition to other penalties provided by the Code, shall be guilty of a misdemeanor, and upon conviction thereof, punished by a fine of not more than $5,000, or imprisonment for a term of not more than 90 days, or both penalties, at the discretion of the Court, plus the costs of prosecution. In the case of any person who willfully fails to file such return, statement, certification or report (within the terms established by the corresponding Subtitle or by regulations), with the intention to evade or defeat any tax imposed by the Code, in addition to other penalties provided by the Code shall be guilty of a third degree felony, and upon conviction thereof, punished by imprisonment for a term ranging from three years and one day to eight years. The Court may impose, at its discretion, the fixed penalty of imprisonment provided or a fine of not more than $20,000, or both penalties, plus the costs of prosecution.

Keep copy of this form for your records. You can use it to prove your right to social security benefits. If your name, address or social security number is incorrect, inform this to your employer and request a Form 499R-2c/W-2cPR.

Formulario
Form 499R-2/W-2PR
Rev. 07.18

GOBIERNO DE PUERTO RICO · GOVERNMENT OF PUERTO RICO
DEPARTAMENTO DE HACIENDA · DEPARTMENT OF THE TREASURY

222

COMPROBANTE DE RETENCIÓN - WITHHOLDING STATEMENT

| INFORMACIÓN PARA EL DEPARTAMENTO DE HACIENDA · DEPARTMENT OF THE TREASURY INFORMATION | | INFORMACIÓN PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION | |
|---|---|---|---|
| 1. Nombre - First Name **EDWIN** | 3. Núm. Seguro Social Social Security No. | 7. Sueldos - Wages 50,153.35 | 17. Total Sueldos Seguro Social Social Security Wages 0.00 |
| | | 8. Comisiones - Commissions 0.00 | |
| Apellido(s) - Last Name(s) **SANTIAGO PEREIRA** | 4. Núm. de Ident. Patronal Employer Ident. No. (EIN) 66-0433481 | 9. Concesiones - Allowances 0.00 | 18. Seguro Social Retenido Social Security Tax Withheld 0.00 |
| | | 10. Propinas - Tips 0.00 | |
| Dirección Postal del Empleado - Employee's Mailing Address **PO BOX 3078** | 5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage 0.00 | 11. Total 7 + 8 + 9 + 10 50,153.35 | 19. Total Sueldos y Pro. Medicare Medicare Wages and Tips 50,153.35 |
| **JUNCOS PR 00777** | 6. Donativos Charitable Contributions 0.00 | 12. Gastos Reemb. y Beneficios Marginales | |
| Fecha de Nacimiento: Día 15 Mes 12 Año 1965 Date of Birth: Day Month Year | | 13. Contr. Retenida - Tax Withheld 4,260.14 | 20. Contrib. Medicare Retenida Medicare Tax Withheld 727.22 |
| 2. Nombre y Dirección Postal del Patrono Employer's Name and Mailing Address **DEPT DE EDUCACION CLASIFICADOS AVE. TENIENTE CESAR GO ESQUINA CALAF HATO REY, PR 00919-0000** | Patrono: - Employer: Indique si la remuneración incluye pagos al empleado por: Indicate if the renumeration includes payments to the employee for: | 14. Fondo de Seguro Gubernamental Governmental Retirement Fund 4,459.80 | 21. Propinas Seguro Social Social Security Tips 0.00 |
| | A- ☐ Servicios prestados por un médico cualificado bajo la Ley 14-2017 Services rendered by a qualified physician under Act 14-2017 | 15. Aportaciones a Planes Calificados Contributions to COJA PLANS 0.00 | |
| Número de Teléfono del Patrono Employer's Telephone Number | | Salarios Exentos (Ver instrucciones) Exempt Salaries (See instructions) Código/Code | 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips 0.00 |
| Fecha Cese de Operaciones: Día Mes Año Cease of Operations Date: Day Month Year | B- ☐ Servicios domésticos Domestic services | 16. 0.00 | |
| Número Confirmación de Radicación Electrónica Electronic Filing Confirmation Number **F0717193218** | C- ☐ Otros / Others: | Código/Code 16A. 0.00 | 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips 0.00 |
| Número Control - Control Number **180075719** | | Código/Code 16B. 0.00 | |
| | Año: Year: **2018** | 16C. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program 0.00 | |
| Fecha de radicación: 31 de enero - Filing date: January 31 | | | |





Sello

$120
02/08/2019
$1.00
Sello de Rentas Internas
00063-2019-0208-45635013

8/14/19