UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re: Financial Oversight Management Board for Puerto Rico<br><br>As representative of<br><br>The commonwealth of Puerto Rico, et al<br><br>Debtors | Case: 03283-LTS<br><br>PROMESA Title III |

## MOCIÓN INFORMATIVA

La parte demandante The Commonwealth of Puerto Rico, et al (Aida I. Cintrón Rivera) informa a este Honorable Tribunal.

1. Le estamos anejando copia de los documentos solicitados por este tribunal:

Anejo I Documento de Informe de cambios

Anejo II Documento de Certificación del Departamento de Educación

Anejo III Documento Certificación Sistema de Retiro para Maestros

Anejo IV Informe de pago de Pensión Ingreso a Nómina

Anejo V Talonario de Ingresos

Anejo VI Carta de Objeción

Anejo VII Carta Corrección de Dirección

Para que así coste le estamos informando que se anejaron los documentos solicitados, hoy 13 de marzo de 2020, en Toa Alta, Puerto Rico.

_Aida I. Cintrón Rivera_
Firma