## Departamento de Educación
## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### Secretaria Auxiliar de Recursos Humanos
### Informe de Cambios

| | Antes del Cambio | Después del Cambio |
|---|---|---|
| 1. Nombre del Empleado | AIDA I, CINTRON RIVERA | |
| 2. Número de Seguro Social | | |
| 3. Lugar de Nacimiento | TOA ALTA, P.R. | |
| 4. Fecha de Nacimiento | | |
| 5. Sexo | F | |
| 6. Estado Civil | | |
| 7. Preparación Académica | BA 15 | |
| 8. Experiencia | 29.3.1.0.0 | |
| 9. Status del Empleado | PERMANENTE | |
| 10. Sueldo Bruto | $2,705.00 | |
| 11. Número de Puesto | R09556 | |
| 12. Categoría del Puesto | MA. EDUC. TEMPRANA ( NIVEL ELEM- K-3) | |
| 13. Fondo | ESTATAL | |
| 14. Cifra de cuenta | E1110-221-0810000-0000-08100-2016-SCHOOLWIDE16 | |
| 15. Fecha de efectividad | 23 de diciembre de 2015 03:00 pm | |
| 16. Acción | RENUNCIA | |
| 17. Duración | | |
| 18. Causa del Cese | JUBILACIÓN | |
| 19. Ultimo día de Trabajo | 23 de diciembre de 2015 03:00 pm | |
| 20. Ultimo día de Pago | 23 de diciembre de 2015 03:00 pm | |
| 21. Prog Esc, Nivel/Grado | | |
| 24. Distrito Escolar | TOA BAJA | |
| 25. Escuela | MARIA C. OSORIO | |

26. Dirección Postal: RR 1 BOX 12675 TOA ALTA PUERTO RICO 009539728

26. Teléfono:

27. Observaciones: SRM Y AEELA. SE ACOGE A LOS BENEFICIOS DE LA LEY NUM 160 DE 24 DE DICIEMBRE DE 2013. P/ GLOBAL VAC. REG 19.5.49 (DESDE 07/ENERO/2016 08:00 AM - HASTA 04/FEBRERO/2016 02:49 PM) Y ENF. 90.0.00 (DESDE 04/FEBRERO/2016 02:50 PM - HASTA 14/JUNIO/2016 02:49 PM). AÑOS DE SERVICIO

28. Preparado por: LUZ N GONZALEZ RIVERA — FECHA: 21 de enero de 2016
29. Verificado por: LUZ N GONZALEZ RIVERA — FECHA: 21 de enero de 2016
30. Aprobado por: MAIDALYS IRIZARRY VILLEGAS — FECHA: 21 de enero de 2016
Secretario de Educación o su representante

RECIBIDO DIVISIÓN DE NÓMINAS JAN 2 7 2016 SECCIÓN DE CORRESPONDENCIA

RECEIVED AND FILED FEB 18 AM 10:45 U.S. DISTRICT COURT SAN JUAN, P.R.

# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

**ATT: LEY PROMESA**

18 de febrero de 2020

# C E R T I F I C A C I O N

| | | |
|---|---|---|
| Certifico que | : | AIDA I. CINTRON RIVERA |
| Seguro Social | : | |
| Categoría | : | MA. EDUCACION TEMPRANA-NIVEL ELEMENTAL (K-3) |
| Distrito Escolar | : | TOA BAJA |
| Sueldo Mensual | : | $2,705.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 23 de diciembre de 2015 |
| Otros | : | Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de (30) años, (3) meses y (1) semanas. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

RECEIVED AND FILED
2020 FEB 18 AM 10: 45
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Aida I. Cintron Rivera**, con número de seguro social que termina en

| Fecha de Efectividad de la Pensión | 24 de diciembre de 2015 |
|---|---|
| Tiempo Cotizado para la Pensión | 30 años, 3 mes, 2 sem., 2.5 día |
| Pensión Mensual Inicial | $2,028.75 |
| Pensión Mensual Actual | $2,028.75 |

Esta certificación se expide hoy, **14 de febrero de 2020** en **San Juan**, **Puerto Rico**.

**Edgardo J. Negrón Ramírez**
Supervisor
Área de Servicios de Retiro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879



Sistema de Retiro para Maestros
Gobierno de Puerto Rico
*Protegemos la Aportación al Futuro*

787.777.1414   787.764.6910   www.srm.pr.gov

```
SHR_INOM_SRM                SISTEMA DE RETIRO PARA MAESTROS              18-02-2016
                         Sistema de Aportaciones y Beneficios Integrados  10:02:30 AM
                              PAGO DE PENSION INGRESO A NOMINA             Página: 1
```

| | |
|---|---|
| SEGURO SOCIAL | NUMERO CASO: 1056 |
| NOMBRE: AIDA CINTRON RIVERA | NUMERO SOLICITUD: 862301 |
| DIRECCIÓN: RR 4 BOX 503 | FECHA RADICACION: 28-01-2016 |
| | PENSION AÑOS DE SERVICIO / MERITO |
| TOA ALTA, PR   00953 | FECHA NACIMIENTO   EDAD 55.67   SEXO F |

| | PAGO GLOBAL | MENSUAL | ANUAL |
|---|---|---|---|
| INGRESO A NOMINA: 15-03-2016 | | | |
| FECHA EFECTIVIDAD: 24-12-2015 | | | |
| SERVICIOS ACREDITADOS: 30 3 2 2.5 | $4,581.05 | $2,028.75 | |
| (Años Meses Sem Días) AUMENTO POR LEY: | | $0.00 | |
| COSTO ANUALIDAD: $71,992.28 | | | |
| SALARIO PROMEDIO: $2,705.00 | | | |
| RETROACTIVO: 24-12-2015 AL 29-02-2016 | | | |
| IMPORTE TOTAL (BRUTO) | $4,581.05 | $2,028.75 | $24,345.00 |

| CONCEPTO | CLAVE | DESCUENTO | DESCUENTO |
|---|---|---|---|
| PENSION PAGADA | | $0.00 | $0.00 |
| PRÉSTAMOS: PERSONAL (PP) | 47-000 | $0.00 | $0.00 |
| CULTURAL (PC) | 45-000 | $0.00 | $0.00 |
| HIPOTECARIO (PH) | 36-000 | $0.00 | $0.00 |
| FINANZAS | 67-059 | $0.00 | $0.00 |
| INSUFICIENCIA EN APORTACION | | $0.00 | $0.00 |
| APORT. IND. 9% Cese:_____ | 26-001 | $0.00 | $0.00 |
| OTROS | | $0.00 | $0.00 |
| TOTAL DESCUENTO | | $0.00 | $0.00 |
| NETO | | $4,581.05 | $2,028.75 |

BONOS   NAVIDAD (BNP): $0.00   VERANO (PBV): $0.00   MEDICAMENTO (PBM): $0.00

| | | |
|---|---|---|
| COMPUTADO POR: | FECHA: 2/18/16 | |
| INTERVENIDO POR: | FECHA: | |
| SUPERVISOR (PENSIONES): | FECHA: 23/2/16 | |
| DIRECTOR: | FECHA: 23/2/16 | |
| INGRESADO A NOMINA POR: Mes: May  ☐1ra ☐2da | FECHA: 23/2/16 | |
| PAGO GLOBAL POR: Mes: Marzo  ☑1ra ☐2da ☐ Off Cycle ☐ Pay Line | FECHA: 1/03/2016 | |
| SUPERVISOR (NOMINA): | FECHA: 17/3/16 | |

Aida J. Cintrón Rivera

Stamps: MAR 02 2016 (MARIANELA GONZALEZ MARTINEZ); MAR 02 2016 AREA DE BENEFICIOS Y SERVICIOS DOCUMENTO PREINTERVENIDO; 3-1/2016; FEB 19 2016; RECEIVED AND FILED 2020 FEB 18 AM 10:45 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR

**080 DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez , Esquina Calaf
HATO REY, PR 00919

| | | |
|---|---|---|
| | Grupo de Pago: SM-Quincenal | Aviso #: 0087618 |
| | Desde: 11/24/2015 | Fecha Aviso: 12/15/2015 |
| | Hasta: 12/09/2015 | |

**AIDA I CINTRON RIVERA**
RR 1 BOX 12675
TOA ALTA, PR 00953-9728
SS: XXX-XX-

# Empleado:
Dept: 8007068-Bayamon Toa Alta
Lugar: Maria C. Osorio
Titulo: DEPARTAMENTO DE EDUCACION
Sueldo: $2,705.00 Monthly

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Single |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | 1,352.50 | 1,410.00 | | 31,107.50 |
| Total: | | 1,352.50 | 1,410.00 | | 31,107.50 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| PR Withholding | 44.45 | 1,022.35 |
| Total: | 44.45 | 1,022.35 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 121.73 | 2,799.79 |
| Total: | 121.73 | 2,799.79 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 24.50 | 563.50 |
| SC-MAPFRE LIFE | 4.15 | 95.45 |
| Total: | 28.65 | 658.95 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 182.59 | 3,388.01 |
| FSED Disability Plan | 22.99 | 528.77 |
| SM-First Medical Health Plan | 0.00 | 1,320.00 |
| * Tributable | | |

## TOTAL BRUTO / BRUTO TRIBUT. FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,352.50 | 0.00 | 44.45 | 150.38 | 1,157.67 |
| Acumulado: | 31,107.50 | 0.00 | 1,022.35 | 3,458.74 | 26,626.41 |

## PTO HORAS

| | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #0087618 | 1,157.67 |
| Total: | 1,157.67 |

**MENSAJE:**

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha: 12/15/2015

Aviso No. 87618

**Cant. Deposito:** $1,157.67

A la Cuenta(s) De

**AIDA I CINTRON RIVERA**
RR 1 BOX 12675
TOA ALTA, PR 00953-9728

Localizacion: Maria C. Osorio

## DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXX | 1,157.67 |
| Total: | | 1,157.67 |

## NO-NEGOCIABLE

Anejo VI

Caso Primer Clerk

13 de marzo de 2020

Por este medio hago constar que yo, Aida I. Cintrón Rivera, maestra pensionada del Departamento de Educación de Puerto Rico, no estoy de acuerdo con la objeción que se emitió conforme al caso: Titulo III, Puerto Rico. El Estado Libre Asociado de Puerto Rico, privó a los maestros del Departamento de Educación de recibir varios aumentos de sueldos dispuestos por los gobernantes en turno, e incluso, no se nos informó de la existencia de los mismos para poder solicitarlos.

Los maestros de este Departamento de Educación, como se puede constatar, en muy pocas ocasiones fuimos beneficiados con aumentos de sueldos justos por la ardua labor realizada. Y en los casos donde se asignó el dinero para recibir este beneficio aparentemente, se nos privó del mismo y de recibir el dinero retroactivo que nos hubiera ayudado a cotizar ingresos adicionales para la pensión que actualmente recibimos, la cual es estacionaria, o sea que no aumenta por costo de vida.

Muchos de nosotros obtuvimos con mucho sacrificio una preparación universitaria y nos mantuvimos al día en los procesos de Enseñanza Aprendizaje mediante cursos académicos, adiestramientos o búsqueda personal, los cuales en muchos casos eran costeados por los mismos maestros.

Un aumento salarial es un incentivo y una remuneración justa que recibe un empleado por la labor realizada y que además le ayuda a mitigar en parte, el aumento del costo de vida de los tiempos actuales.

También promueve el estímulo personal para cada individuo que labora en una de las agencias responsables, en gran medida, de la educación de la sociedad.

Por las razones antes expuestas, considero que el Estado Libre Asociado de Puerto Rico aparentemente, no nos hizo justicia salarial para recibir los aumentos estipulados por la ley, a los cuales teníamos derecho.

_Aida I. Cintrón Rivera_
Firma
Case: 03283-LTS

Anejo VII

A: Clark's Office
United State District Court

Por motivos de mudanza mi nueva dirección es:

Aida I. Cintrón Rivera

RR4 Box 503
Toa Alta Puerto Rico 00953-9431

_____
Firma

Case: 03283-LTS