Aida I. Cintrón Rivera
RR 4 Box 503
Toa Alta Puerto Rico 00953-9431



Clerk's Office
United States District Court
Room 150 Federal BLDG
San Juan P.R. 00918-1767

RECEIVED & FILED
2020 MAR 16 PM 2:38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

U.S. POSTAGE PAID
FCM LETTER
TOA ALTA, PR
00953
MAR 13, 20
AMOUNT
$0.70
R2304N117993-6