UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
2020 MAR 16 PM 2: 38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

| | |
|---|---|
| In Re: Financial Oversight Management Board for Puerto Rico<br><br>As representative of<br><br>The Commonwealth of Puerto Rico, *et al*<br><br>Debtors | Case: 03283-LTS<br><br>PROMESA Title III |

## MOCIÓN INFORMATIVA

La parte demandante The Commonwealth of Puerto Rico, *et al* (*Blanca I. Martinez Hernández*) informa a este Honorable Tribunal.

1. Le estamos anejando copia de los documentos solicitados por este tribunal:

   Certificación Estado Libre Asociado
   Certificación Junta de Retiro para Maestros
   Informe renta Anual Vitalicia
   Talonario actual

Para que así conste le estamos informando que se anejaron los documentos solicitados, hoy __12__ de marzo de 2020, en Toa Alta, Puerto Rico.

Además incluyo
Carta explicativo

*Blanca I. Martinez Hernández*

12 de marzo del 2020.
Toa Alta,
Puerto Rico

In Re: Financial Oversight Management Board of Puerto Rico
As representative of The Commonwealth of P.R., et al
Debtors

Case 03283-LTS
Promesa Title III

Carta explicativa

Debido a que, El Estado Libre Asociado privó a los Maestros del Departamento de Educación de P.R. a recibir varios aumentos, en los cuales no se nos indicó los ya adjudicados por escrito, debido a esa poca comunicación, radicamos varias reclamaciones, en especial... La ley 96 del 2002 OASE 2013-04 1542, la cual estuvo pendiente de adjudicar, la cual era por la cantidad de 100.00. La fecha de mi jubilación fue efectiva en el 2006. (7-28-2006).

Entendemos que un aumento salarial es un incentivo y una remuneración justa que recibe un empleado por su labor realizada y promueve el estímulo personal para cada individuo.

Considero que el Estado no hizo justicia salarial a los cuales teníamos derechos.

Gracias anticipadas por sus gestiones.

[signature]

Otros # casos en los cuales <u>No</u> tengo evidencia de adjudicación

# 54009  
# 56605 } Blanca I. Martinez  
# 54831  
# 54009