

# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos



RECEIVED AND FILED
2020 FEB 18 AM 10: 45
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**ATT: LEY PROMESA**

18 de febrero de 2020

# C E R T I F I C A C I O N

| | | |
|---|---|---|
| Certifico que | : | BLANCA I. MARTINEZ HERNANDEZ |
| Seguro Social | : | |
| Categoría | : | MA. EDUCACIÓN TEMPRANA-NIVEL ELEMENTAL (K-3) |
| Distrito Escolar | : | TOA BAJA |
| Sueldo Mensual | : | $2,278.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 28 de julio de 2006 |
| Otros | : | Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de (34) años, (6) meses y (4 1/2) días. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

Case:17-03283-LTS Doc#:12377-1 Filed:03/16/20 Entered:03/16/20 17:05:11 Desc:
Exhibit Page 2 of 4

# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

Anejo IX II

RECEIVED AND FILED
2020 FEB 18 AM 10:44
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión del **Prof. Blanca I. Martinez Hernandez**, con número de seguro social que termina en

| | |
|---|---|
| Fecha de Efectividad de la Pensión | 29 de julio de 2006 |
| Tiempo Cotizado para Pensión | 34 años, 6 meses, 0 sem, 3.5 días |
| Pensión mensual Inicial | $ 1,626.21 |
| Pensión Mensual Actual | $ 1,626.21 |

Esta certificación se expide hoy, **13 de febrero de 2020** en **San Juan, Puerto Rico**.

**Edgardo Negron Ramirez**
Supervisor
Área de Servicios de Retiro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879



SRM
Sistema de Retiro para Maestros
Gobierno de Puerto Rico
*Protegemos la Aportación al Futuro*

☏ 787.777.1414   📠 787.764.6910   www.srm.pr.gov

Modelo SC-1515 (IRM
14-mayo-71
Manual de Contabilidad

ESTADO LIBRE ASOCIADO DE PUERTO RICO
SISTEMA DE RETIRO PARA MAESTROS
**INFORME RENTA ANUAL VITALICIA**
.9%=$195.15

**BLANCA I MARTINEZ HERNANDEZ**

Núm. Reclamación 41080   Sexo F

Tipo de Renta:
a- Años de Servicio y edad
  Opcional    (X)
  Obligatorio ( )
b. Edad       ( )

c- Incapacidad
  Ocupacional     ( )
  No Ocupacional  ( )
d- Diferida        ( )

Fecha de Nacimiento
Año | Mes | Día

| Edad al Retirarse | | | Servicios Acreditados | | | | Costo Anualidad | Fecha de Retiro | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 54 | 10 | 3 | 34 | 6 | - | 3½ | $44,948.49 | 2006 | 7 | 28 |
| Años | Meses | Días | Años | Meses | Sem. | Días | | Año | Mes | Día |

Fecha de Efectividad
| 2006 | 7 | 29 |
| Año | Mes | Día |

Retiro Ley Núm. **91 DEL 2004**

Cómputo de la Renta Anual:
a- Sueldo promedio mensual más alto durante TRES años consecutivos a $2,168.28         $ 1,626.21

.75% X   30 años
(Por ciento)         (Tiempo Acreditado)

*En caso de renta anual diferida, ésta comenzará al cumplir la edad de _____

( ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años de edad

( ) o a opción en fecha posterior si al retirarse tiene 10 y menos de 25 años de servicios y menos de 60 años de edad

b. Ajuste para llegar al Mínimo Establecido por ley 89

  Años de Servicio    Edad    Incapacidad Física    Diferido
  $ _____            $ ____  $ _____              $ _____
Diferencia Mínimo o Renta Sistema de Retiro

Renta Mensual Vitalicia                              1,626.21
Renta Anual Vitalicia                                19,514.52

Computado                          Cotejado
Annie Rivera      21/9/06          Alberto Sohun     9/22/06
                  Fecha                              Fecha

Recomendado                        Aprobado:
Irma García Hernández   25/9/06    26 sep 2006    Dinelia Oyola Morales
Directora Area Servicios de Retiro   Fecha    Fecha   Subdirectora Ejecutiva

Fecha: 9/21/2006
agb

[Signature: Blanca I Martinez Hernandez]

[Stamp: OFICINA DE FINANZAS DOCUMENTOS PREINTERVENIDOS 2 6 SEP 2006 NORMA PEÑA AGOSTO]

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 02/01/2020 |
| Hasta: | 02/15/2020 |

Business Unit: PUERT
Aviso #: 6077319
Fecha Aviso: 02/14/2020

BLANCA I MARTINEZ HERNANDEZ
PO BOX 1504
TOA ALTA, PR 00954

| | |
|---|---|
| # Empleado: | |
| Dept: | 592160-ANOS SERVICIO LEY91 2004 |
| Lugar: | A/OS SERVICIO LEY 91 |
| Titulo: | Pensionado |
| Sueldo: | $1,626.21 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil | Married | Married |
| Concesiones: | 0 | 39 + 99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 813.11 | 247.50 | 2,439.33 |
| Total: | | | 813.11 | 247.50 | 2,439.33 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 53.48 | 160.44 |
| AE-Asoc Emp ELA-Prest Regular | 97.27 | 291.81 |
| AE-Seguro por Muerte Asoc ELA | 3.00 | 9.00 |
| AS-ASOC PENSIONADOS | 1.00 | 3.00 |
| Ahorros-AEELA | 24.39 | 73.17 |
| Total: | 179.14 | 537.42 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-MCS Advantage | 0.00 | 100.00 |

\* Tributable

## TOTAL BRUTO

| | |
|---|---|
| Corriente: | 813.11 |
| Acumulado: | 2,439.33 |

## TOTAL IMPUESTOS

| | |
|---|---|
| | 0.00 |
| | 0.00 |

## DEDUCCIONES TOTALES

| | |
|---|---|
| | 179.14 |
| | 537.42 |

## PAGA NETA

| | |
|---|---|
| | 633.97 |
| | 1,901.91 |

## PTO HORAS / ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #6077319 | 633.97 |
| Total: | 633.97 |

MENSAJE:

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha: 02/14/2020

Aviso No. 6077319

Cant. Desposito: $633.97

A la
Cuenta(s) De

BLANCA I MARTINEZ HERNANDEZ
PO BOX 1504
TOA ALTA, PR 00954

## DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | $633.97 |
| Total: | | $633.97 |

**NO-NEGOCIABLE**