Blanca I. Martinez Hernandez
P.O. Box 1504
Toa Alta, P.R 00954



SAN JUAN P&DC
FRI 13 MAR 2020
FLATHEAD RIVER FOREVER
DESCHUTES RIVER FOREVER

RECEIVED & FILED
2020 MAR 16 PM 2:38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R

Clerk's office
United States District Court
Room 150 Federal BLDG
San Juan P.R 00918-1767

Official Business