## TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

RECEIVED & FILED
2020 MAR 16 PM 2:57
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

*In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS

| | |
|---|---|
| JESÚS MORALES MATOS | PROMESA |
| HC-01 BOX 30313 | Título III |
| VILLALBA, PR 00766 | Núm. 17 BK 3283-LTS |
| (787) 595-1884 | No. de Reclamación: 124192 |
| jossean2411@gmail.com | |

RÉPLICA A LA **CENTÉSIMA** CUADRAGÉSIMA SEGUNDA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO COMO EMPLEADO DE LA POLICÍA DE PUERTO RICO DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO EN RECLAMO DEL INCENTIVO SALARIAL DE LA LEY 164.

En junio de 2018, se sometió el Formulario Oficial 410 Modificado reclamando salarios impagos en mi empleo anterior como oficial de la Policía de Puerto Rico por servicios prestados y que no fueron pagados.

Durante su gobernación, Sila María Calderón aprobó la Ley 164 que concedía un incentivo salarial de $25.00 mensuales a los miembros de la Policía de Puerto Rico.

Este incentivo nunca se pagó.

Durante el término de esa ley (2001-2005), yo era miembro de la Policía de Puerto Rico. De acuerdo con mis cálculos, el período comprende 4 años (2001-2004) a $300.00 por año, lo que representa $1,200.00 a los que tengo derecho.

Se estima la siguiente cantidad adeudada:

$300.00 del año 2001

$300.00 del año 2002

$300.00 del año 2003

$300.00 del año 2004

Cantidad adeudada estimada: $1,200.

Jesús Morales Matos