## Carta Renuncia de la Policía de Puerto Rico



Estado Libre Asociado de Puerto Rico
Policía de Puerto Rico

NRH-2-2-1-711

3 de diciembre de 2003

Sgto. Jesús Morales Matos
Placa Número 8-2188
Div. Patrullas Autopista, Salinas
P/C Superintendente Auxiliar en
Administración de Tránsito

Estimado Sargento Morales Matos:

Tengo ante mi consideración su comunicación del 15 de mayo de 2003, en la cual presenta su renuncia al puesto que ocupa en la Policía de Puerto Rico, para acogerse a los beneficios de la Ley de Retiro y años de servicio.

Lamento su determinación de dejar la Policía después de haber prestado valiosos servicios a esta Agencia y a nuestro país. Sin embargo, debido a que la razón es de por sí meritoria no me queda otra alternativa que acceder a sus deseos aceptando su renuncia efectivo el 31 de enero de 2004.

De acuerdo con la Ley Núm. 94 del 19 de junio de 1968, usted es elegible para recibir los beneficios del seguro por años de servicio de la Asociación de Empleados del Gobierno. Además, si usted lo desea puede continuar acogido al seguro por muerte.

Es nuestro ferviente deseo que disfrute por largos años su merecido retiro y esté en la completa seguridad que estaremos siempre dispuestos a servirle por lo que no vacile en solicitar nuestros servicios cuantas veces usted lo crea conveniente.

Cordialmente,

Lcdo. Víctor M. Rivera González
Superintendente

DIRIJA TODA LA CORRESPONDENCIA OFICIAL AL SUPERINTENDENTE P.O. BOX 70166 SAN JUAN, P.R. 00936-8166 TEL. (787)793-1234

Comprobante de Cheque del Sistema de Retiro del Gobierno de Puerto Rico

**Gobierno de Puerto Rico**
530 - RETIRO CENTRAL PENSIONADOS

JESUS MORALES MATOS
HC 1 BOX 3013
VILLALBA PR 00766-9701
SS: XXX-XX-4627

Grupo de Pago: SM-Quincenal
Desde: 01/16/2018
Hasta: 01/31/2018

Título: Pensionado
Sueldo: $1,606.04 Monthly

Aviso #: 2768406
Fecha Aviso: 01/29/2018

Pago de Salarios Regulares — 172.50 — 1,606.04

**DEDUCCIONES GENERALES**
- SM-First Medical Health Plan 85.53 / 151.00
- AS-ASOC PENSIONADOS 1.00 / 2.30
- AS-EMP ACCI SEG ASOC EMP ELA .00 / 2.00
- Ahorro-AEELA 16.05 / 52.12

**BENEFICIOS PATRONALES PAGADOS**
SM-First Medical Health Plan 100.00 / 100.00

TOTAL BRUTO: 803.02 / 1,606.04
TOTAL IMPUESTOS: 0.00 / 0.00
DEDUCCIONES TOTALES: 103.56 / 207.12
PAGA NETA: 699.46 / 1,399.92

DISTRIBUCION PAGA NETA
Aviso #5768406 699.46
Total: 699.46

¡Atención Pensionados!
Solicitamos a todos los Pensionados que tenían cuentas en los bancos: Doral, Westernbank, RG y Bilbao Vizcaya a realizar los cambios de ruta y tránsito correspondientes con el propósito de que sus depósitos directos no se vean afectados próximamente.
Para información llame al 787-777-1500

Gobierno de Puerto Rico
530 - RETIRO CENTRAL PENSIONADOS

Fecha: 01/29/2018
Aviso No. 2768406

Cant. Depósito: $699.46

JESUS MORALES MATOS
HC 1 BOX 3013
VILLALBA PR 00766-9701

DISTRIBUCION DE DEPOSITO DIRECTO
Tipo de Cuenta: Savings — Cant. Depósito: $699.46
Total: $699.46

NO-NEGOCIABLE