Jesús Morales Matos
HC01 Box 3013
Villalba, P.R. 00766-9701

# Reclamación 124192



RECEIVED & FILED
2020 MAR 16 PM 2:57
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767