13 de marzo de 2020

Edwin Santiago Pereira
Urb. Paraiso de Coamo 615 Calle Paz
Coamo, Puerto Rico, 00769
Teléfono: (787) 364-9183
prosperidad65@yahoo.com

**Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico.
En el asunto de:
Junta de Supervisión y Administración Financiera para Puerto Rico
Como representante de
Estado Libre Asociado de Puerto Rico y Otros**

**Promesa, Título III
Número 17 BK 3283-LTS
La Presente radicación guarda relación con el ELA, la ACT y el SRE**

**Notificación de la Centésima Cuadragésima Séptima Objeción Global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Reclamos Deficientes en los que se alegan intereses sobre la base de unas leyes Puertorriqueñas no Especificadas.**

**Número de reclamación:** ~~153789~~ 153785

Mediante esta misiva solicito al Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico, que declare a lugar la objeción global en relación al reclamo por el pago **de la Ley 89** ya que el mismo no fue adjudicado ni pagado por la Ley de Quiebras de Puerto Rico.

Trabaje para el Gobierno de Puerto Rico en la Agencia del Departamento de Educación durante 16 años, sin recibir el pago por el aumento o incentivo del gobierno para ese entonces. Estimo que durante esos 16 años se me adeuda la cantidad aproximada de **$ 20, 000**.

También deseo solicitar al tribunal que sea diligente y acepte mi objeción por estar fuera de la fecha indicada. El haber excedido la fecha límite se debe a las consecuencias de los terremotos y sismos que han ocurrido en Puerto Rico; por tanto no se pudo enviar en o antes de la fecha indica. Por consiguiente no estaba la información completa en su totalidad en la réplica.

Se adjunta documentación justificativa para evidenciar la objeción. Tal documentación son mis W2 y talonarios. Desde el año 2004-2018, donde se demuestra que laboré durante esos años para el Gobierno de Puerto Rico el cual nunca me otorgó el aumento que por ley me correspondía.

Cordialmente,

Edwin Santiago Pereira
Urb. Paraiso de Coamo 615 Calle Paz
Coamo, Puerto Rico, 00769
Teléfono: (787) 364-9183
prosperidad65@yahoo.com