- COMMONWEALTH OF PUERTO RICO
EPARTMENT OF THE TREASURY

WITHHOLDING STATEMENT

| | | |
|---|---|---|
| **INFORMACION PARA EL DEPARTAMENTO DE HACIENDA** DEPARTMENT OF THE TREASURY INFORMATION | | **INFORMACION PARA EL SEGURO SOCIAL** SOCIAL SECURITY INFORMATION |

| | | |
|---|---|---|
| 3. Núm. Seguro Social Social Security No. | 8. Sueldos - Wages 34,394.00 | 17. Total Sueldos Seguro Social Social Security Wages 0.00 |
| 4. Estado Civil - Civil Status ☐ Soltero Single   ☐ Casado Married | 9. Comisiones - Commissions 0.00 | 18. Seguro Social Retenido Social Security Tax Withheld 0.00 |
| 5. Núm. Seguro Social Cónyuge Spouse's Social Security No. | 10. Concesiones - Allowances 0.00 | 19. Total Sueldos y Pro. Medicare Medicare Wages and Tips 34,394.00 |
| 6. Núm. de Ident. Patronal Employer's Ident. No. (EIN) 660433481 | 11. Propinas - Tips 0.00 | 20. Contrib. Medicare Retenida Medicare Tax Withheld 498.71 |
| 7. Costo de Pensión o Anualidad Cost of Pension or Annuity | 12. Total=8+9+10+11 34,394.00 | |
| Copia C para Récord del Empleado Copy C for Employee's Records | 13. Gastos Reembolsados Reimbursed Expenses 0.00 | 21. Propinas Seguro Social Social Security Tips 0.00 |
| | 14. Cont. Retenida - Tax Withheld 2,873.68 | 22. Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips 0.00 |
| | 15. Fondo de Retiro Retirement Fund 2,818.34 | 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips 0.00 |
| Año: Year: **2004** | 16. Aportaciones a Planes Cualific. Contributions to COLA PLANS 0.00 | |

el Negociado de Procesamiento de Planillas
cessing Bureau

Reproducido por: Departamento de Hacienda

Formulario
Form 499R-CW-2 PR
Rev. 05.05

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA

COMMONWEALTH OF PUERTO RICO
DEPARTMENT OF THE TREASURY

2005

COMPROBANTE DE RETENCION · WITHHOLDING STATEMENT

| INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
|---|---|

1. Nombre-First Name
EDWIN

Apellido(s) - Surname(s)
SANTIAGO PEREIRA

Dirección Postal del Empleado-Employee's Mailing Address
PO BOX 3078

JUNCOS, PR 00777-3078

2. Nombre y Dirección Postal del Patrono
Employer's Name and Mailing Address
L8100425783 L M MARIN
DEPT DE EDUCACION-CLASIFICADOS
AVE. TENIENTE CESAR GONZALEZ
ESQUINA CALAF
HATO REY, PR 00919

Número de Teléfono del Patrono
Employer's Telephone Number

Fecha de Cese de Operaciones
Cease of Operations Date

Número de Control - Control Number
50653087

3. Núm. Seguro Social
Social Security No.

4. Estado Civil - Civil Status
Soltero / Single [ ]   Casado / Married [ ]

5. Núm. de Ident. Patronal
Employer's Ident. No. (EIN)
660433481

6. Costo de Pensión o Anualidad
Cost of Pension or Annuity
0.00

Copia C para Récord
del Empleado
Copy C for Employee's
Records

Año:
Year: 2005

| Información para el Departamento de Hacienda | | Información para el Seguro Social | |
|---|---|---|---|
| 7. Sueldos - Wages | 25238.50 | 17. Total Sueldos Seguro Social Social Security Wages | 0.00 |
| 8. Comisiones - Commissions | 0.00 | 18. Seguro Social Retenido Social Security Tax Withheld | 0.00 |
| 9. Concesiones - Allowances | 0.00 | 19. Total Sueldos y Pro. Medicare Medicare Wages and Tips | 25238.50 |
| 10. Propinas - Tips | 0.00 | 20. Contrib. Medicare Retenida Medicare Tax Withheld | 365.96 |
| 11. Total=7+8+9+10 | 25238.50 | 21. Propinas Seguro Social Social Security Tips | 0.00 |
| 12. Gastos Reembolsados Reimbursed Expenses | 0.00 | 22. Seguro Social no Retenido en Propinas · Uncollected Social Security on Tips | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 2840.83 | 23. Contrib. Medicare no Retenida en Propinas · Uncollected Medicare Tax on Tips | 0.00 |
| 14. Fondo de Retiro Retirement Fund | 2181.52 | | |
| 15. Aportaciones a Planes Cualific. Contributions to CODA PLANS | 0.00 | | |
| 16. Salarios bajo Ley Núm. 324 de 2004 Salaries under Act No. 324 of 2004 | 0.00 | | |

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas
Conservation: Ten (10) years from the filing date in the Return Processing Bureau

Reproducido por: Departamento de Hacienda

| Formulari.<br>Form 499R-2/W-2 PR<br>Rev 06 06 | ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO<br>DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY<br>COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT | INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL<br>SOCIAL SECURITY INFORMATION |
|---|---|---|---|

**1. Nombre-First Name**
EDWIN

**3. Núm. Seguro Social**
Social Security No.

**Apellido(s) - Surname(s)**
SANTIAGO PEREIRA

**4. Núm. de Ident. Patronal**
Employer's Ident. No. (EIN.)
660433481

**Dirección Postal del Empleado-Employee's Mailing Address**
PO BOX 3078

JUNCOS, PR 00777-3078

**2. Nombre y Dirección Postal del Patrono**
Employer's Name and Mailing Address
L8100425783 L M MARIN
DEPT DE EDUCACION-CLASIFICADOS
AVE. TENIENTE CESAR GONZALEZ
ESQUINA CALAF
HATO REY, PR 00919

**5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension**
Día Day / Mes Month / Año Year

**6. Costo de Pensión o Anualidad**
Cost of Pension or Annuity
0.00

Copia C para Récord del Empleado

Copy C for Employee's Records

**Número de Teléfono del Patrono**
Employer's Telephone Number

**Fecha de Cese de Operaciones:** Día Day / Mes Month / Año Year
Cease of Operations Date:

**Número de Control - Control Number**
23026307

**Año:**
Year: **2006**

| | |
|---|---|
| 7. Sueldos - Wages | 47343.97 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total=7+8+9+10 | 47343.97 |
| 12. Gastos Reembolsados Reimbursed Expenses | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 5348.95 |
| Fondo de Retiro Retirement Fund | 3904.32 |
| 14. Aportaciones a Planes Cualific. Contributions to CODA PLANS | 0.00 |
| 16. Salarios bajo Ley Núm. 324 de 2004 Salaries under Act No. 324 of 2004 | 0.00 |

| | |
|---|---|
| 17. Total Sueldos Seguro Social Social Security Wages | 0.00 |
| 18. Seguro Social Retenido Social Security Tax Withheld | 0.00 |
| 19. Total Sueldos y Pro. Medicare Medicare Wages and Tips | 47343.97 |
| 20. Contrib. Medicare Retenida Medicare Tax Withheld | 686.49 |
| 21. Propinas Seguro Social Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips | 0.00 |
| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

Reproducido por: Departamento de Hacienda

Formulario
Form 499R-2/W-2 PR
Rev. 06.07

**ESTADO LIBRE ASOCIADO DE PUERTO RICO · COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA · DEPARTMENT OF THE TREASURY**

**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

| INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
|---|---|

| | |
|---|---|
| 1. Nombre-First Name<br>EDWIN | 3. Núm. Seguro Social<br>Social Security No. |
| Apellido(s) - Surname(s)<br>SANTIAGO PEREIRA | 4. Núm. de Ident. Patronal<br>Employer's Ident. No. (EIN.)<br>660433481 |
| Dirección Postal del Empleado-Employee's Mailing Address<br>PO BOX 3078<br><br>JUNCOS, PR 00777-3078 | 5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension<br>Día - Day   Mes - Month   Año - Year |
| 2. Nombre y Dirección Postal del Patrono<br>Employer's Name and Mailing Address<br>L8101321071 JF KENNEDY<br>DEPT DE EDUCACION-CLASIFICADOS<br>AVE. TENIENTE CESAR GONZALEZ<br>ESQUINA CALAF<br>HATO REY, PR 00919 | 6. Costo de Pensión o Anualidad<br>Cost of Pension or Annuity<br>0.00 |
| | Copia C para Récord<br>del Empleado<br>Copy C for Employee's<br>Records |
| Número de Teléfono del Patrono<br>Employer's Telephone Number | |
| Fecha de Cese de Operaciones: Día Mes Año<br>Cease of Operations Date:   Day Month Year | Año:<br>Year: **2007** |
| Número de Control - Control Number<br>45514856 | |

| Concepto | Monto | | |
|---|---|---|---|
| 7. Sueldos - Wages | 52133.74 | 17. Total Sueldos Seguro Social<br>Social Security Wages | 0.00 |
| 8. Comisiones - Commissions | 0.00 | 18. Seguro Social Retenido<br>Social Security Tax Withheld | 0.00 |
| 9. Concesiones - Allowances | 0.00 | 19. Total Sueldos y Pro. Medicare<br>Medicare Wages and Tips | 52133.74 |
| 10. Propinas - Tips | 0.00 | 20. Contrib. Medicare Retenido<br>Medicare Tax Withheld | 755.94 |
| 11. Total=7+8+9+10 | 52133.74 | 21. Propinas Seguro Social<br>Social Security Tips | 0.00 |
| 12. Gastos Reembolsados<br>Reimbursed Expenses | 0.00 | 22. Seguro Social no Retenido<br>en Propinas - Uncollected<br>Social Security on Tips | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 5483.77 | 23. Contrib. Medicare no Retenida<br>en Propinas - Uncollected<br>Medicare Tax on Tips | 0.00 |
| 14. Fondo de Retiro<br>Retirement Fund | 4039.32 | | |
| 15. Aportaciones a Planes Cualific.<br>Contributions to CODA PLANS | 0.00 | | |
| 16. Salarios bajo Ley Núm. 324 de 2004<br>Salaries under Act No. 324 of 2004 | 0.00 | | |

Reproducido por: Departamento de Hacienda

| Formulario<br>Form 499R-2/W-2 PR<br>Rev. 07.08 | ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO<br>DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY<br>Año 2008<br>COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT | INFORMACION PARA EL<br>DEPARTAMENTO DE<br>HACIENDA<br>DEPARTMENT OF THE<br>TREASURY INFORMATION | INFORMACION PARA EL<br>SEGURO SOCIAL<br>SOCIAL SECURITY<br>INFORMATION |

| 1. Nombre-First Name<br>EDWIN | 3. Núm. Seguro Social<br>Social Security No. | 7. Sueldos - Wages<br>53236.31 | 17. Total Sueldos Seguro Social<br>Social Security Wages<br>0.00 |
| Apellido(s) - Surname(s)<br>SANTIAGO PEREIRA | 4. Núm. de Ident. Patronal<br>Employer's Ident. No. (EIN.)<br>660433481 | 8. Comisiones - Commissions<br>0.00 | 18. Seguro Social Retenido<br>Social Security Tax Withheld<br>0.00 |
| Dirección Postal del Empleado-Employee's Mailing Address<br>PO BOX 3078 | 9. Concesiones - Allowances<br>0.00 | 19. Total Sueldos y Pro. Medicare<br>Medicare Wages and Tips<br>53236.31 |
| | 5. Fecha en que comenzó a recibir la<br>pensión - Date on which you started to<br>receive the pension<br>Día  Mes  Año<br>Day  Month  Year | 10. Propinas - Tips<br>0.00 | 20. Contrib. Medicare Retenida<br>Medicare Tax Withheld |
| 2. Nombre y Dirección Postal del Patrono<br>Employer's Name and Mailing Address<br>L8101321071 JF KENNEDY<br>DEPT DE EDUCACION-CLASIFICADOS<br>AVE. TENIENTE CESAR GONZALEZ<br>ESQUINA CALAF<br>HATO REY, PR 00919 | 6. Costo de Pensión o Anualidad<br>Cost of Pension or Annuity<br>0.00 | 11. Total=7+8+9+10<br>53236.31 | 771.93 |
| | | 12. Gastos Reembolsados<br>Reimbursed Expenses<br>0.00 | 21. Propinas Seguro Social<br>Social Security Tips<br>0.00 |
| | Copia C para Récord<br>del Empleado<br>Copy C for Employee's<br>Records | 13. Cont. Retenida - Tax Withheld<br>6127.85 | 22. Seguro Social no Retenido<br>en Propinas - Uncollected<br>Social Security on Tips |
| Número de Teléfono del Patrono<br>Employer's Telephone Number | 14. Fondo de Retiro<br>Retirement Fund<br>4363.32 | 0.00 |
| Fecha de Cese de Operaciones: Día  Mes  Año<br>Cease of Operations Date: Day  Month  Year | Año:<br>Year: 2008 | 15. Aportaciones a Planes Cualific.<br>Contributions to CODA PLANS<br>0.00 | 23. Contrib. Medicare no Retenida<br>en Propinas - Uncollected<br>Medicare Tax on Tips |
| Número de Control - Control Number<br>017597715 | | 16. Salarios bajo Ley Núm. 324 de 2004<br>Salaries under Act No. 324 of 2004<br>0.00 | 0.00 |

Reproducido por: Departamento de Hacienda

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

| | | |
|---|---|---|
| Nombre-First Name **EDWIN** | 3. Núm. Seguro Social Social Security No. | 7. Sueldos - Wages **53580.40** |
| Apellido(s) - Surname(s) **SANTIAGO PEREIRA** | 4. Núm. de Ident. Patronal Employer's Ident. No. (EIN.) **660433481** | 8. Comisiones - Commissions **0.00** |
| Dirección Postal del Empleado-Employee's Mailing Address **PO BOX 3078** | 5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension Dia-Day Mes-Month Año-Year | 9. Concesiones - Allowances **0.00** |
| **JUNCOS, PR 00777-3078** | | 10. Propinas - Tips **0.00** |
| Nombre y Dirección Postal del Patrono Employer's Name and Mailing Address **L8101321071 JF KENNEDY DEPT DE EDUCACION-CLASIFICADOS AVE. TENIENTE CESAR GONZALEZ ESQUINA CALAF HATO REY, PR 00919** | 6. Costo de Pensión o Anualidad Cost of Pension or Annuity **0.00** | 11. Total-7+8+9+10 **53580.40** |
| | | 12. Gastos Reembolsados Reimbursed Expenses **0.00** |
| | Copia C para Récord del Empleado Copy C for Employee's Records | 13. Cont. Retenida - Tax Withheld **6316.11** |
| | | 14. Fondo de Retiro Retirement Fund **4444.32** |
| | Año: Year: **2009** | 15. Aportaciones a Planes Cualific. Contribution to CODA PLANS **0.00** |
| Número de Teléfono del Patrono Employer's Telephone Number | | 16. Salarios bajo la Ley Núm. 324 de 2004 Salaries under Act No. 324 of 2004 **0.00** |
| Fecha de Cese de Operaciones: Cease of Operations Date: Dia-Day Mes-Month Año-Year | | |
| Número de Control - Control Number **004217954** | | |

INFORMACION PARA EL SEGURO SOCIAL
SOCIAL SECURITY INFORMATION

| | |
|---|---|
| 17. Total Sueldos Seguro Social Social Security Wages | **0.00** - Amount |
| 18. Seguro Social Retenido Social Security Tax Withheld | **19,884.09** |
| 19. Total Sueldos y Pro. Medicare Medicare Wages and Tips | **0.00** |
| | **53580.40** |
| 20. Contrib. Medicare Retenida Medicare Tax Withheld | **0.00** |
| | **776.92** |
| 21. Propinas Seguro Social Social Security Tips | **0.00** |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips | **1,373.73** |
| | **97,900.00** |
| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | Término - Loan Term |
| | **0.00** **180** |

| | |
|---|---|
| Nombre - Name | Número Control - Control Number **00800277** |

Reproducido por: Departamento de Hacienda

BANCO POPULAR DE PUERTO RICO

VEA INSTRUCCIONES AL DORSO - SEE INSTRUCTIONS ON BACK
TRIPLICADO PARA LA PLANILLA DEL DEUDOR HIPOTECARIO - TRIPLICATE FOR THE MORTGAGE BORROWER'S INCOME TAX RETURN

---

Formulario **480.7A**
Form
Rev. 08.08
Rep. 08.09

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
DECLARACION INFORMATIVA - INTERESES HIPOTECARIOS
INFORMATIVE RETURN - MORTGAGE INTEREST

Uso Oficial - Official Use

AÑO CONTRIBUTIVO: **2009**
TAXABLE YEAR:

[X] Duplicado / Duplicate   [ ] Enmendado: / Amended:

Número de Serie

| INFORMACION DEL RECEPTOR - RECIPIENT'S INFORMATION | Descripción - Description | Cantidad - Amount |
|---|---|---|
| Número de Identificación Patronal - Employer Identification Number **66-0561870** | 1. Intereses Pagados por el Deudor Interest Paid by Borrower | **19,884.09** |
| **BANCO POPULAR DE PUERTO RICO PO BOX 362708 SAN JUAN PR 00936-2708** | 2. Honorarios de Origen del Préstamo (Puntos) Pagados Directamente por el Deudor Loan Origination Fees (Points) Paid Directly by Borrower [ ] Pagados - Paid [ ] Financiados - Financed | **0.00** |
| | 3. Descuentos del Préstamo (Puntos) Pagados Directamente por el Deudor Loan Discounts (Points) Paid Directly by Borrower [ ] Pagados - Paid [ ] Financiados - Financed | **0.00** |
| INFORMACION DEL DEUDOR - BORROWER'S INFORMATION | 4. Reembolsos de Intereses Refund of Interest | **0.00** |
| Número de Seguro Social - Social Security Number **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** | | |
| **EDWIN SANTIAGO-PEREIRA URB PARAISO DE COAMO 615 CALLE PAZ COAMO PR 00769** | 5. Contribuciones sobre la Propiedad Property Taxes | **1,373.73** |
| | 6. Balance del Principal Principal Balance | **297,900.00** |

| INFORMACION DEL CODEUDOR - JOINT BORROWER'S INFORMATION | Número de Cuenta del Préstamo - Loan Account Number | Término del Préstamo - Loan Term |
|---|---|---|
| Número de Seguro Social - Social Security Number | **07101001-9096901** | **180** |
| Nombre - Name | Número Control - Control Number **00800277** | |

VEA INSTRUCCIONES AL DORSO - SEE INSTRUCTIONS ON BACK

BANCO POPULAR DE PUERTO RICO

Formulario
Form 499R-2/W-2 PR
Rev. 07.09

ESTADO LIBRE ASOCIA... DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

| INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
|---|---|

**1. Nombre - First Name**
EDWIN

**3. Núm. Seguro Social**
Social Security No.

**7. Sueldos - Wages**
53580.40

**17. Total Sueldos Seguro Soci...**
Social Security Wages
0.0

**Apellido(s) - Surname(s)**
SANTIAGO PEREIRA

**4. Núm. de Ident. Patronal**
Employer's Ident. No. (EIN.)
660433481

**8. Comisiones - Commissions**
0.00

**18. Seguro Social Retenido**
Social Security Tax Withhe...
0.0

**Dirección Postal del Empleado-Employee's Mailing Address**
PO BOX 3078

JUNCOS, PR 00777-3078

**5. Fecha en que comenzó a recibir pensión - Date on which you start... receive the pension**

| Dia Day | Mes Month | Año Year |
|---|---|---|

**9. Concesiones - Allowances**
0.00

**19. Total Sueldos y Pro. Medic...**
Medicare Wages and Tips
53580.4

**10. Propinas - Tips**
0.00

**20. Contrib. Medicare Retenid...**
Medicare Tax Withheld
776.9

**2. Nombre y Dirección Postal del Patrono**
Employer's Name and Mailing Address

L8101321071 JF KENNEDY
DEPT DE EDUCACION-CLASIFICADOS
AVE. TENIENTE CESAR GONZALEZ
ESQUINA CALAF
HATO REY, PR 00919

**6. Costo de Pensión o Anualidad**
Cost of Pension or Annuity
0.00

**11. Total=7+8+9+10**
53580.40

**21. Propinas Seguro Social**
Social Security Tips
0.0

**12. Gastos Reembolsados**
Reimbursed Expenses
0.00

**22. Seguro Social no Retenid... en Propinas - Uncollected Social Security on Tips**
0.0

**Copia B para Planilla del Empleado**
**Copy B for Employee's Tax Return**

**13. Cont. Retenida - Tax Withheld**
6316.11

**14. Fondo de Retiro**
Retirement Fund
4444.32

**Número de Teléfono del Patrono**
Employer's Telephone Number

**Fecha de Cese de Operaciones:**
Cease of Operations Date:

| Dia Day | Mes Month | Año Year |
|---|---|---|

**23. Contrib. Medicare no Rete... en Propinas - Uncollected Medicare Tax on Tips**
0.0

**15. Aportaciones a Planes Cualific.**
Contributions to CODA PLANS
0.00

**Año:**
**Year:** 2009

**Número de Control - Control Number**
004217954

**16. Salarios bajo Ley Núm. 324 de 2004**
Salaries under Act No. 324 of 2004
0.00

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas
Retention: Ten (10) years from the filing date in the Return Processing Bureau

Reproducido por: Departamento de Haci...

- WITHHOLDING STATEMENT

| | DEPARTMENT OF THE TREASURY INFORMATION | SOCIAL SECURITY INFORMATION |
|---|---|---|
| **3. Núm. Seguro Social** Social Security No. | **7. Sueldos - Wages** 17571.25 | **17. Total Sueldos Seguro Social** Social Security Wages 17571.25 |
| | **8. Comisiones - Commissions** 0.00 | **18. Seguro Social Retenido** Social Security Tax Withheld 1089.42 |
| **4. Núm. de Ident. Patronal** Employer Ident. No. (EIN) 660433481 | **9. Concesiones - Allowances** 0.00 | **19. Total Sueldos y Pro. Medicare** Medicare Wages and Tips 17571.25 |
| **5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension** | **10. Propinas - Tips** 0.00 | **20. Contrib. Medicare Retenida** Medicare Tax Withheld 254.78 |
| Día  Mes  Año Day  Month  Year | **11. Total=7+8+9+10** 17571.25 | |
| **6. Costo de Pensión o Anualidad** Cost of Pension or Annuity 0.00 | **12. Gastos Reembolsados** Reimbursed Expenses 0.00 | **21. Propinas Seguro Social** Social Security Tips 0.00 |
| | **13. Cont. Retenida - Tax Withheld** 935.30 | **22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips** 0.00 |
| Copia C para Récord del Empleado Copy C for Employee's Records | **14. Fondo de Retiro** Retirement Fund 0.00 | **23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips** 0.00 |
| | **15. Aportaciones a Planes Cualific.** Contributions to CODA PLANS 0.00 | **24. Sueldos y Propinas bajo Ley HIRE de 2010 - Wages and Tips under HIRE Act of 2010** |
| **Año:** **Year: 2010** | **16. Salarios bajo Ley Núm. 324 de 2004** Salaries under Act No. 324 of 2004 0.00 | 0.00 |

Reproducido por: Departamento de Hacienda

EDWIN
SANTIAGO PEREIRA
DEPARTAMENTO DE EDUCACION

HATO REY, PR 00917

colecturia virtual en la página del Departamento de Hacienda - www.hacienda.gobierno.pr".

RICO - GOVERNMENT OF PUERTO RICO
ENDA - DEPARTMENT OF THE TREASURY
ENCION - WITHHOLDING STATEMENT

| | | INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
|---|---|---|---|
| | 3. Núm. Seguro Social<br>Social Security No. | 7. Sueldos - Wages<br>50380.00 | 17. Total Sueldos Seguro Social<br>Social Security Wages<br>0.00 |
| | 4. Núm. de Ident. Patronal<br>Employer Ident. No. (EIN)<br>660433481 | 8. Comisiones - Commissions<br>0.00 | |
| | | 9. Concesiones - Allowances<br>0.00 | 18. Seguro Social Retenido<br>Social Security Tax Withheld<br>0.00 |
| address | 5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension | 10. Propinas - Tips<br>0.00 | |
| | Día    Mes    Año<br>Day    Month    Year | 11. Total=7+8+9+10<br>50380.00 | 19. Total Sueldos y Pro. Medicare<br>Medicare Wages and Tips |
| | 6. Costo de Pensión o Anualidad<br>Cost of Pension or Annuity<br>0.00 | 12. Gastos Reembolsados<br>Reimburse Expenses<br>0.00 | 50380.00 |
| | 6A. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage<br>0.00 | 13. Cont. Retenida - Tax Withheld<br>4727.52 | 20. Contrib. Medicare Retenida<br>Medicare Tax Withheld<br>730.51 |
| | | 14. Fondo de Retiro Gubernamental<br>Governmental Retirement Fund<br>4444.32 | |
| DOS<br>Z | 6B. Donativos<br>Charitable Contributions<br>0.00 | 15. Aportaciones a Planes Cualific.<br>Contributions to CODA PLANS<br>0.00 | 21. Propinas Seguro Social<br>Social Security Tips<br>0.00 |
| | Copia B para Planilla<br>del Empleado<br>Copy B for Employee's<br>Tax Return | 16. Salarios bajo Ley Núm. 324 de 2004<br>Salaries under Act No. 324 of 2004<br>0.00 | 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips<br>0.00 |
| Año<br>Year | Año:<br>Year: 2011 | 16A. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program<br>0.00 | 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips<br>0.00 |

el Negociado de Procesamiento de Planillas
ssing Bureau

Reproducido por: Departamento de Hacienda

Formulario
Form 499R-2/W-2 PR
Rev. 09-12

## ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
### DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
### COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

| | | INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
|---|---|---|---|
| 1. Nombre - First Name<br>EDWIN | 3. Núm. Seguro Social<br>Social Security No. | 7. Sueldos - Wages 15972.50 | 17. Total Sueldos Seguro Social<br>Social Security Wages |
| | | 8. Comisiones - Commissions 0.00 | 15972.50 |
| Apellido(s) - Surname(s)<br>SANTIAGO PEREIRA | 4. Núm. de Ident. Patronal<br>Employer Ident. No. (EIN)<br>660433481 | 9. Concesiones - Allowances 0.00 | 18. Seguro Social Retenido<br>Social Security Tax Withheld |
| Dirección Postal del Empleado-Employee's Mailing Address<br>DEPARTAMENTO DE EDUCACION<br>HATO REY, PR 00917 | 5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension<br>Día   Mes   Año<br>Day   Month   Year | 10. Propinas - Tips 0.00 | 670.85 |
| | | 11. Total=7+8+9+10 15972.50 | 19. Total Sueldos y Pro. Medicare<br>Medicare Wages and Tips |
| | 6. Costo de Pensión o Anualidad<br>Cost of Pension or Annuity 0.00 | 12. Gastos Reemb. y Beneficios Marginales<br>Reimb. Expenses and Fringe Benefits 0.00 | 15972.50 |
| 2. Nombre y Dirección Postal del Patrono<br>Employer's Name and Mailing Address | 6A. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage 0.00 | 13. Contr. Retenida - Tax Withheld 1285.81 | 20. Contrib. Medicare Retenida<br>Medicare Tax Withheld |
| L8112423531 SUP. MIGUE<br>DEPT DE EDUCACION - CLASIFICADOS<br>AVE. TENIENTE CESAR GONZALEZ<br>ESQUINA CALAF<br>HATO REY, PR 00919 | | 14. Fondo de Retiro Gubernamental<br>Governmental Retirement Fund 0.00 | 231.60 |
| | 6B. Donativos<br>Charitable Contributions 0.00 | 15. Aportaciones a Planes Cualific.<br>Contributions to CODA PLANS 0.00 | 21. Propinas Seguro Social<br>Social Security Tips 0.00 |
| | Copia B para Planilla<br>del Empleado<br>Copy B for Employee's<br>Tax Return | 16. Salarios bajo Ley 324-2004<br>Salaries under Act 324-2004 0.00 | 22. Seguro Social no Retenido<br>en Propinas - Uncollected<br>Social Security Tax on Tips 0.00 |
| Número de Teléfono del Patrono<br>Employer's Telephone Number | | 16A. Aportaciones al Programa Ahorro y<br>Duplica tu Dinero - Contributions to the<br>Save and Double your Money Program 0.00 | 23. Contrib. Medicare no Retenida<br>en Propinas - Uncollected<br>Medicare Tax on Tips 0.00 |
| Fecha Cese de Operaciones:<br>Cease of Operations Date:   Día/Day   Mes/Month   Año/Year | Año:<br>Year: 2012 | | |
| Número Control - Control Number<br>125552814 | | | |

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas
Retention: Ten (10) years from the filing date in the Return Processing Bureau

Reproducido por: Departamento de Hacienda

Formulario
Form 499R-2/W-2 PR
Rev. 09-12

## ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
### DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
### COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

| | | INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
|---|---|---|---|
| 1. Nombre - First Name<br>EDWIN | 3. Núm. Seguro Social<br>Social Security No.<br>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 | 7. Sueldos - Wages 15972.50 | 17. Total Sueldos Seguro Social<br>Social Security Wages |
| | | 8. Comisiones - Commissions 0.00 | 15972.50 |
| Apellido(s) - Surname(s)<br>SANTIAGO PEREIRA | 4. Núm. de Ident. Patronal<br>Employer Ident. No. (EIN)<br>660433481 | 9. Concesiones - Allowances 0.00 | 18. Seguro Social Retenido<br>Social Security Tax Withheld |
| Dirección Postal del Empleado-Employee's Mailing Address<br>DEPARTAMENTO DE EDUCACION<br>HATO REY, PR 00917 | 5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension<br>Día   Mes   Año<br>Day   Month   Year | 10. Propinas - Tips 0.00 | 670.85 |
| | | 11. Total=7+8+9+10 15972.50 | 19. Total Sueldos y Pro. Medicare<br>Medicare Wages and Tips |
| | 6. Costo de Pensión o Anualidad<br>Cost of Pension or Annuity 0.00 | 12. Gastos Reemb. y Beneficios Marginales<br>Reimb. Expenses and Fringe Benefits 0.00 | 15972.50 |
| 2. Nombre y Dirección Postal del Patrono<br>Employer's Name and Mailing Address | 6A. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage 0.00 | 13. Contr. Retenida - Tax Withheld 1285.81 | 20. Contrib. Medicare Retenida<br>Medicare Tax Withheld |
| L8112423531 SUP. MIGUE<br>DEPT DE EDUCACION - CLASIFICADOS<br>AVE. TENIENTE CESAR GONZALEZ<br>ESQUINA CALAF<br>HATO REY, PR 00919 | | 14. Fondo de Retiro Gubernamental<br>Governmental Retirement Fund 0.00 | 231.60 |
| | 6B. Donativos<br>Charitable Contributions 0.00 | 15. Aportaciones a Planes Cualific.<br>Contributions to CODA PLANS 0.00 | 21. Propinas Seguro Social<br>Social Security Tips 0.00 |
| | Copia C para Récord<br>del Empleado<br>Copy C for Employee's<br>Records | 16. Salarios bajo Ley 324-2004<br>Salaries under Act 324-2004 0.00 | 22. Seguro Social no Retenido<br>en Propinas - Uncollected<br>Social Security Tax on Tips 0.00 |
| Número de Teléfono del Patrono<br>Employer's Telephone Number | | 16A. Aportaciones al Programa Ahorro y<br>Duplica tu Dinero - Contributions to the<br>Save and Double your Money Program 0.00 | 23. Contrib. Medicare no Retenida<br>en Propinas - Uncollected<br>Medicare Tax on Tips 0.00 |
| Fecha Cese de Operaciones:<br>Cease of Operations Date:   Día/Day   Mes/Month   Año/Year | Año:<br>Year: 2012 | | |
| Número Control - Control Number<br>125552814 | | | |

Reproducido por: Departamento de Hacienda

Formulario
Form 499R-2/W-2 PR
Rev 09.12

| ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO<br>DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY<br>COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT | INFORMACION PARA EL<br>DEPARTAMENTO DE HACIENDA<br>DEPARTMENT OF THE TREASURY<br>INFORMATION | INFORMACION PARA EL<br>SEGURO SOCIAL<br>SOCIAL SECURITY<br>INFORMATION |
|---|---|---|

| 1. Nombre - First Name<br>EDWIN | 3. Núm. Seguro Social<br>Social Security No. | 7. Sueldos - Wages<br>50458.30 | 17. Total Sueldos Seguro Social<br>Social Security Wages |
|---|---|---|---|
| | | 8. Comisiones - Commissions<br>0.00 | 0.00 |
| Apellido(s) - Surname(s)<br>SANTIAGO PEREIRA | 4. Núm. de Ident. Patronal<br>Employer Ident. No. (EIN)<br>660433481 | 9. Concesiones - Allowances<br>0.00 | 18. Seguro Social Retenido<br>Social Security Tax Withheld |
| Direccion Postal del Empleado-Employee's Mailing Address<br>PO BOX 3078<br>JUNCOS, PR 00777-3078 | 5. Fecha en que comenzó a recibir la<br>pensión - Date on which you started to<br>receive the pension | 10. Propinas - Tips<br>0.00 | 0.00 |
| | Día   Mes   Año<br>Day   Month   Year | 11. Total-7+8+9+10<br>50458.30 | 19. Total Sueldos y Pro. Medicare<br>Medicare Wages and Tips<br>50458.30 |
| | 6. Costo de Pensión o Anualidad<br>Cost of Pension or Annuity<br>0.00 | 12. Gastos Reemb. y Beneficios Marginales<br>Reimb. Expenses and Fringe Benefits<br>0.00 | |
| 2. Nombre y Dirección Postal del Patrono<br>Employer's Name and Mailing Address<br><br>L8101321071 JF KENNEDY<br>DEPT DE EDUCACION-CLASIFICADOS<br>AVE. TENIENTE CESAR GONZALEZ<br>ESQUINA CALAF<br>HATO REY, PR 00919 | 6A. Costo de cubierta de salud auspiciada<br>por el patrono - Cost of employer-sponsored<br>health coverage<br>0.00 | 13. Cont. Retenida - Tax Withheld<br>4702.70 | 20. Contrib. Medicare Retenida<br>Medicare Tax Withheld<br>731.65 |
| | 6B. Donativos<br>Charitable Contributions<br>0.00 | 14. Fondo de Retiro Gubernamental<br>Governmental Retirement Fund<br>4444.32 | 21. Propinas Seguro Social<br>Social Security Tips<br>0.00 |
| | Copia B para Planilla<br>del Empleado | 15. Aportaciones a Planes Cualific.<br>Contributions to CODA PLANS<br>0.00 | 22. Seguro Social no Retenido<br>en Propinas - Uncollected<br>Social Security Tax on Tips<br>0.00 |
| | Copy B for Employee's<br>Tax Return | 16. Salarios bajo Ley 324-2004<br>Salaries under Act 324-2004<br>0.00 | 23. Contrib. Medicare no Retenido<br>en Propinas - Uncollected<br>Medicare Tax on Tips<br>0.00 |
| Número de Teléfono del Patrono<br>Employer's Telephone Number | Año:<br>Year: **2012** | 16A. Aportaciones al Programa Ahorra y<br>Duplica tu Dinero - Contributions to the<br>Save and Double your Money Program<br>0.00 | |
| Fecha Cese de Operaciones:<br>Cease of Operations Date:   Día   Mes   Año<br>Day   Month   Year<br>Número Control - Control Number<br>125535711 | | | |

Conservacion: Diez (10) años a partir de la fecha de radicacion en el Negociado de Procesamiento de Planillas
Retention: Ten (10) years from the filing date in the Return Processing Bureau

Reproducido por: Departamento de Hacienda

Formulario
Form 499R-2/W-2 PR
Rev 09.12

| ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO<br>DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY<br>COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT | INFORMACION PARA EL<br>DEPARTAMENTO DE HACIENDA<br>DEPARTMENT OF THE TREASURY<br>INFORMATION | INFORMACION PARA EL<br>SEGURO SOCIAL<br>SOCIAL SECURITY<br>INFORMATION |
|---|---|---|

| 1. Nombre-First Name<br>EDWIN | 3. Núm. Seguro Social<br>Social Security No.<br>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 | 7. Sueldos - Wages<br>50458.30 | 17. Total Sueldos Seguro Social<br>Social Security Wages |
|---|---|---|---|
| | | 8. Comisiones - Commissions<br>0.00 | 0.00 |
| Apellido(s) - Surname(s)<br>SANTIAGO PEREIRA | 4. Núm. de Ident. Patronal<br>Employer Ident. No. (EIN)<br>660433481 | 9. Concesiones - Allowances<br>0.00 | 18. Seguro Social Retenido<br>Social Security Tax Withheld |
| Direccion Postal del Empleado-Employee's Mailing Address<br>PO BOX 3078<br>JUNCOS, PR 00777-3078 | 5. Fecha en que comenzó a recibir la<br>pensión - Date on which you started to<br>receive the pension | 10. Propinas - Tips<br>0.00 | 0.00 |
| | Día   Mes   Año<br>Day   Month   Year | 11. Total-7+8+9+10<br>50458.30 | 19. Total Sueldos y Pro. Medicare<br>Medicare Wages and Tips<br>50458.30 |
| | 6. Costo de Pensión o Anualidad<br>Cost of Pension or Annuity<br>0.00 | 12. Gastos Reemb. y Beneficios Marginales<br>Reimb. Expenses and Fringe Benefits<br>0.00 | |
| 2. Nombre y Dirección Postal del Patrono<br>Employer's Name and Mailing Address<br><br>L8101321071 JF KENNEDY<br>DEPT DE EDUCACION-CLASIFICADOS<br>AVE. TENIENTE CESAR GONZALEZ<br>ESQUINA CALAF<br>HATO REY, PR 00919 | 6A. Costo de cubierta de salud auspiciada<br>por el patrono - Cost of employer-sponsored<br>health coverage<br>0.00 | 13. Cont. Retenida - Tax Withheld<br>4702.70 | 20. Contrib. Medicare Retenida<br>Medicare Tax Withheld<br>731.65 |
| | 6B. Donativos<br>Charitable Contributions<br>0.00 | 14. Fondo de Retiro Gubernamental<br>Governmental Retirement Fund<br>4444.32 | 21. Propinas Seguro Social<br>Social Security Tips<br>0.00 |
| | Copia C para Récord<br>del Empleado | 15. Aportaciones a Planes Cualific.<br>Contributions to CODA PLANS<br>0.00 | 22. Seguro Social no Retenido<br>en Propinas - Uncollected<br>Social Security Tax on Tips<br>0.00 |
| | Copy C for Employee's<br>Records | 16. Salarios bajo Ley 324-2004<br>Salaries under Act 324-2004<br>0.00 | 23. Contrib. Medicare no Retenido<br>en Propinas - Uncollected<br>Medicare Tax on Tips<br>0.00 |
| Número de Teléfono del Patrono<br>Employer's Telephone Number | Año:<br>Year: **2012** | 16A. Aportaciones al Programa Ahorra y<br>Duplica tu Dinero - Contributions to the<br>Save and Double your Money Program<br>0.00 | 0.00 |
| Fecha Cese de Operaciones:<br>Cease of Operations Date:   Día   Mes   Año<br>Day   Month   Year<br>Número Control - Control Number<br>125535711 | | | |

## Copy C

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

**INFORMACION PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION**

**INFORMACION PARA EL SEGURO SOCIAL - SOCIAL SECURITY INFORMATION**

Nombre-First Name: DWIN

3. Núm. Seguro Social - Social Security No.: [handwritten]

Apellido(s) - Surname(s): SANTIAGO PEREIRA

4. Núm. de Ident. Patronal - Employer Ident. No. (EIN): 660433481

Dirección Postal del Empleado-Employee's Mailing Address:
PO BOX 3078
YUNCOS, PR 00777-3078

5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension: Día/Day, Mes/Month, Año/Year

Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address:
DEPT DE EDUCACION-CLASIFICADOS
AVE. TENIENTE CESAR GONZALEZ
ESQUINA CALAF
HATO REY, PR 00919

6. Costo de Pensión o Anualidad - Cost of Pension or Annuity: 0.00

6A. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage: 0.00

6B. Donativos - Charitable Contributions: 0.00

Número de Teléfono del Patrono - Employer's Telephone Number:

Fecha Cese de Operaciones: Día/Day, Mes/Month, Año/Year

Número Confirmación de Radicación Electrónica - Electronic Filing Confirmation Number: C400001

Número Control - Control Number: 004514515

**Copia C para Récord del Empleado - Copy C for Employee's Records**

Año: / Year: 2013

| | |
|---|---|
| 7. Sueldos - Wages | 50022.50 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total=7+8+9+10 | 50022.50 |
| 12. Gastos Reemb. y Beneficios Marginales - Reimb. Expenses and Fringe Benefits | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 4277.66 |
| 14. Fondo de Retiro Gubernamental - Governmental Retirement Fund | 4412.08 |
| 15. Aportaciones a Planes Cualific. - Contributions to CODA PLANS | 0.00 |
| 16. Salarios bajo Ley 324-2004 - Salaries under Act 324-2004 | 0.00 |
| 16A. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program | 0.00 |

| | |
|---|---|
| 17. Total Sueldos Seguro Social - Social Security Wages | 0.00 |
| 18. Seguro Social Retenido - Social Security Tax Withheld | 0.00 |
| 19. Total Sueldos y Pro. Medicare - Medicare Wages and Tips | 50022.50 |
| 20. Contrib. Medicare Retenido - Medicare Tax Withheld | 725.33 |
| 21. Propinas Seguro Social - Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0.00 |
| 23. Contrib. Medicare no Retenido en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

Reproducido por: Departamento de Hacienda

---

## Copy B

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

**INFORMACION PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION**

**INFORMACION PARA EL SEGURO SOCIAL - SOCIAL SECURITY INFORMATION**

Nombre - First Name: DWIN

3. Núm. Seguro Social - Social Security No.: 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

Apellido(s) - Surname(s): SANTIAGO PEREIRA

4. Núm. de Ident. Patronal - Employer Ident. No. (EIN): 660433481

Dirección Postal del Empleado-Employee's Mailing Address:
PO BOX 3078
YUNCOS, PR 00777-3078

5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension: Día/Day, Mes/Month, Año/Year

Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address:
DEPT DE EDUCACION-CLASIFICADOS
AVE. TENIENTE CESAR GONZALEZ
ESQUINA CALAF
HATO REY, PR 00919

6. Costo de Pensión o Anualidad - Cost of Pension or Annuity: 0.00

6A. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage: 0.00

6B. Donativos - Charitable Contributions: 0.00

Número de Teléfono del Patrono - Employer's Telephone Number:

Fecha Cese de Operaciones: Día/Day, Mes/Month, Año/Year

**Copia B para Planilla del Empleado**

| | |
|---|---|
| 7. Sueldos - Wages | 50022.50 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total=7+8+9+10 | 50022.50 |
| 12. Gastos Reemb. y Beneficios Marginales - Reimb. Expenses and Fringe Benefits | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 4277.66 |
| 14. Fondo de Retiro Gubernamental - Governmental Retirement Fund | 4412.08 |
| 15. Aportaciones a Planes Cualific. - Contributions to CODA PLANS | 0.00 |
| 16. Salarios bajo Ley 324-2004 | |

| | |
|---|---|
| 17. Total Sueldos Seguro Social - Social Security Wages | 0.00 |
| 18. Seguro Social Retenido - Social Security Tax Withheld | 0.00 |
| 19. Total Sueldos y Pro. Medicare - Medicare Wages and Tips | 50022.50 |
| 20. Contrib. Medicare Retenido - Medicare Tax Withheld | 725.33 |
| 21. Propinas Seguro Social - Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | |

| ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO. DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT | INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
|---|---|---|

Formulario Form 499R-2/W-2 PR Rev. 09.14

**1. Nombre - First Name**
EDWIN

**Apellido(s) - Surname(s)**
SANTIAGO PEREIRA

**Dirección Postal del Empleado-Employee's Mailing Address**
PO BOX 3078
JUNCOS, PR 00777-3078

**3. Núm. Seguro Social** Social Security No.

**4. Núm. de Ident. Patronal** Employer Ident. No. (EIN)
660433481

**5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage** 0.00

**6. Donativos** Charitable Contributions 0.00

**2. Nombre y Dirección Postal del Patrono** Employer's Name and Mailing Address
DEPT DE EDUCACION-CLASIFICADOS
AVE. TENIENTE CESAR GONZALEZ
ESQUINA CALAF
HATO REY, PR 00919

**Número de Teléfono del Patrono** Employer's Telephone Number

**Patrono - Employer:**
Envíe a: - Send to:
Social Security Administration
Data Operations Center Wilkes-Barre, PA 18769-0001
Con la
With the   W-3PR
Envíe al Departamento de Hacienda electrónicamente
Send to Department of the Treasury electronically
(www.hacienda.gobierno.pr)
Entregue dos copias al empleado
Deliver two copies to employee
Conserve copia para sus records
Keep copy for your records

**Fecha Cese de Operaciones:** Cease of Operations Date: Día/Day  Mes/Month  Año/Year

**Número Confirmación de Radicación Electrónica** Electronic Filing Confirmation Number
S140003

**Número Control - Control Number**
004427527

**Año: Year:** 2014

**Fecha de radicación: 31 de enero - Filing date: January 31**

| 7. Sueldos - Wages | 49320.00 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total+7+8+9+10 | 49320.00 |
| 12. Gastos Reemb. y Beneficios Marginales Reimb. Expenses and Fringe Benefits | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 4138.80 |
| 14. Fondo de Retiro Gubernamental Governmental Retirement Fund | 4384.80 |
| 15. Aportaciones a Planes Cualific. Contributions to CODA PLANS | 0.00 |
| 16. Salarios Exentos (Ver instrucciones) Exempt Salaries (See instructions) | 0.00 |
| 16A. Código de Salarios Exentos Exempt Salaries Code | |
| 16B. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program | 0.00 |

| 17. Total Sueldos Seguro Social Social Security Wages | 0.00 |
| 18. Seguro Social Retenido Social Security Tax Withheld | 0.00 |
| 19. Total Sueldos y Pro. Medicare Medicare Wages and Tips | 49320.00 |
| 20. Contrib. Medicare Retenida Medicare Tax Withheld | 715.14 |
| 21. Propinas Seguro Social Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0.00 |
| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

Reproducir por: Departamento de Hacienda

---

Formulario Form 499R-2/W-2 PR Rev. 09.14

| ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO. DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT | INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
|---|---|---|

**1. Nombre - First Name**
EDWIN

**Apellido(s) - Surname(s)**
SANTIAGO PEREIRA

**Dirección Postal del Empleado-Employee's Mailing Address**
PO BOX 3078
JUNCOS, PR 00777-3078

**3. Núm. Seguro Social** Social Security No.
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

**4. Núm. de Ident. Patronal** Employer Ident. No. (EIN)
660433481

**5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage** 0.00

**6. Donativos** Charitable Contributions 0.00

**2. Nombre y Dirección Postal del Patrono** Employer's Name and Mailing Address
DEPT DE EDUCACION-CLASIFICADOS
AVE. TENIENTE CESAR GONZALEZ
ESQUINA CALAF
HATO REY, PR 00919

**Número de Teléfono del Patrono** Employer's Telephone Number

**Patrono - Employer:**
Envíe a: - Send to:
Social Security Administration
Data Operations Center Wilkes-Barre, PA 18769-0001
Con la
With the   W-3PR
Envíe al Departamento de Hacienda electrónicamente
Send to Department of the Treasury electronically
(www.hacienda.gobierno.pr)
Entregue dos copias al empleado
Deliver two copies to employee
Conserve copia para sus records
Keep copy for your records

**Fecha Cese de Operaciones:** Cease of Operations Date: Día/Day  Mes/Month  Año/Year

**Número Confirmación de Radicación Electrónica** Electronic Filing Confirmation Number
S140003

**Número Control - Control Number**
004427527

**Año: Year:** 2014

**Fecha de radicación: 31 de enero - Filing date: January 31**

| 7. Sueldos - Wages | 49320.00 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total+7+8+9+10 | 49320.00 |
| 12. Gastos Reemb. y Beneficios Marginales Reimb. Expenses and Fringe Benefits | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 4138.80 |
| 14. Fondo de Retiro Gubernamental Governmental Retirement Fund | 4384.80 |
| 15. Aportaciones a Planes Cualific. Contributions to CODA PLANS | 0.00 |
| 16. Salarios Exentos (Ver instrucciones) Exempt Salaries (See instructions) | 0.00 |
| 16A. Código de Salarios Exentos Exempt Salaries Code | |
| 16B. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program | 0.00 |

| 17. Total Sueldos Seguro Social Social Security Wages | 0.00 |
| 18. Seguro Social Retenido Social Security Tax Withheld | 0.00 |
| 19. Total Sueldos y Pro. Medicare Medicare Wages and Tips | 49320.00 |
| 20. Contrib. Medicare Retenida Medicare Tax Withheld | 715.14 |
| 21. Propinas Seguro Social Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0.00 |
| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

Reproducir por: Departamento de Hacienda

---

L8113750500 JOSE RAMON 004427527
DEPT DE EDUCACION-CLASIFICADOS
AVE. TENIENTE CESAR GONZALEZ
ESQUINA CALAF
HATO REY, PR 00919

EDWIN
SANTIAGO PEREIRA
PO BOX 3078
JUNCOS, PR 00777-3078

Form 499R-2/W-2 PR
Rev. 08.15

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA — DEPARTMENT OF THE TREASURY
COMPROBANTE DE RETENCIÓN - WITHHOLDING STATEMENT

DEPARTAMENTO DE HACIENDA
DEPARTMENT OF THE TREASURY
INFORMATION

SEGURO SOCIAL
SOCIAL SECURITY INFORMATION

**1. Nombre-First Name**
EDWIN

**Apellido(s) - Surname(s)**
SANTIAGO PEREIRA

**Dirección Postal del Empleado-Employee's Mailing Address**
PO BOX 3078
JUNCOS, PR 00777-3078

**2. Nombre y Dirección Postal del Patrono / Employer's Name and Mailing Address**
DEPT DE EDUCACION-CLASIFICADOS
AVE. TENIENTE CESAR GONZALEZ
ESQUINA CALAF
HATO REY, PR 00919

**Número de Teléfono del Patrono / Employer's Telephone Number**

**Fecha Cese de Operaciones: / Cease of Operations Date:** Día/Day Mes/Month Año/Year

**Número Confirmación de Radicación Electrónica / Electronic Filing Confirmation Number**
S150008

**Número Control - Control Number**
004946371

**3. Núm. Seguro Social / Social Security No.**

**4. Núm. de Ident. Patronal / Employer Ident. No. (EIN)**
660433481

**5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage** 0.00

**6. Donativos / Charitable Contributions** 0.00

Patrono - Employer:
Envíe a: - Send to: Social Security Administration Data Operations Center Wilkes-Barre, PA 18769-0001
Con la - With the W-3PR
Envíe al Departamento de Hacienda electrónicamente Send to Department of the Treasury electronically (www.hacienda.pr.gov)
Entregue dos copias al empleado Deliver two copies to employee
Conserve copia para sus records Keep copy for your records

**Año: / Year:** 2015

**Fecha de radicación: 31 de enero - Filing date: January 31**

**7. Sueldos - Wages** 49320.00
**8. Comisiones - Commissions** 0.00
**9. Concesiones - Allowances** 0.00
**10. Propinas - Tips** 0.00
**11. Total 7+8+9+10** 49320.00
**12. Gastos Reemb. y Beneficios Marginales / Reimb. Expenses and Fringe Benefits** 0.00
**13. Cont. Retenida - Tax Withheld** 4138.80
**14. Fondo de Retiro Gubernamental / Governmental Retirement Fund** 4384.80
**15. Aportaciones a Planes Cualific. / Contributions to CODA PLANS** 0.00
**16. Salarios Exentos (Ver instrucciones) / Exempt Salaries (See instructions)** 0.00
**16A. Código de Salarios Exentos / Exempt Salaries Code**
**16B. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program** 0.00

**17. Total Sueldos Seguro Social / Social Security Wages** 0.00
**18. Seguro Social Retenido / Social Security Tax Withheld** 0.00
**19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips** 49320.00
**20. Contrib. Medicare Retenida / Medicare Tax Withheld** 715.14
**21. Propinas Seguro Social / Social Security Tips** 0.00
**22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips** 0.00
**23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips** 0.00

TO RICO - C     ONWEALTH OF PUERTO RICO
- DEPART.     OF THE TREASURY
ION - WITHHOLDING STATEMENT

| INFORMACION PARA EL DEPARTAMENTO DE HACIE DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
|---|---|

**3. Núm. Seguro Social**
Social Security No.

**4. Núm. de Ident. Patronai**
Employer Ident. No. (EIN)
660433481

**5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage**
0.00

65

**6. Donativos**
Charitable Contributions
0.00

Patrono: - Employer:
* Envie a: - Send to:
Social Security Administration
Data Operations Center Wilkes-
Barre, PA 18769-0001
Con la
With the   W-3PR
* Envie al Departamento de Hacienda electrónicamente
Send to Department of the Treasury electronically
(www.hacienda.pr.gov)
* Entregue dos copias al empleado
Deliver two copies to employee
* Conserve copia para sus récords
Keep copy for your records

**Año:**
**Year:** 2016

Filing date: January 31

| Departamento de Hacienda | |
|---|---|
| **7. Sueldos - Wages** | 49320.00 |
| **8. Comisiones - Commissions** | 0.00 |
| **9. Concesiones - Allowances** | 0.00 |
| **10. Propinas - Tips** | 0.00 |
| **11. Total=7+8+9+10** | 49320.00 |
| **12. Gastos Reemb. y Beneficios Marginales** Reimb. Expenses and Fringe Benefits | |
| **13. Cont. Retenida - Tax Withheld** | 4138.80 |
| **14. Fondo de Retiro Gubernamental** Governmental Retirement Fund | 4384.80 |
| **15. Aportaciones a Planes Cualific.** Contributions to CODA PLANS | 0.00 |
| Salarios Exentos (Ver instrucciones) Exempt Salaries (See instructions) | |
| **16.** Código/Code | 0.00 |
| **16A.** Código/Code | 0.00 |
| **16B. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program** | 0.00 |

| **17. Total Sueldos Seguro Social** Social Security Wages | 0.00 |
|---|---|
| **18. Seguro Social Retenido** Social Security Tax Withheld | 0.00 |
| **19. Total Sueldos y Pro. Medicare** Medicare Wages and Tips | 49320.00 |
| **20. Contrib. Medicare Retenida** Medicare Tax Withheld | 715.14 |
| **21. Propinas Seguro Social** Social Security Tips | 0.00 |
| **22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips** | 0.00 |
| **23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips** | 0.00 |

Reproducido por: Departamento de Hacienda

Formulario
Form 499R-2/W-2PR
Rev. 07.17

**222**

GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
**COMPROBANTE DE RETENCIÓN - WITHHOLDING STATEMENT**

INFORMACIÓN PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION

INFORMACIÓN PARA EL SEGURO SOCIAL
SOCIAL SECURITY INFORMATION

| | |
|---|---|
| 1. Nombre - First Name<br><br>EDWIN | 3. Núm. Seguro Social<br>Social Security No. |
| 4. Núm. de Ident. Patronal<br>Employer Ident. No. (EIN)<br>660433451-081 | |

| Field | Amount |
|---|---|
| 7. Sueldos - Wages | 49,320.00 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 17. Total Sueldos Seguro Social<br>Social Security Wages | 0.00 |

| | |
|---|---|
| Apellido(s) - Last Name(s)<br><br>SANTIAGO PEREIRA | |

| Field | Amount |
|---|---|
| 10. Propinas - Tips | 0.00 |
| 18. Seguro Social Retenido<br>Social Security Tax Withheld | 0.00 |

| | |
|---|---|
| Dirección Postal del Empleado - Employee's Mailing Address<br><br>PO BOX 3078<br><br>JUNCOS PR 00777 | 5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage    0.00 |

| Field | Amount |
|---|---|
| 11. Total = 7 + 8 + 9 + 10 | 49,320.00 |
| 19. Total Sueldos y Pro. Medicare<br>Medicare Wages and Tips | 49,320.00 |

| | |
|---|---|
| Fecha de Nacimiento: Día **15** Mes **12** Año **1965**<br>Date of Birth: Day Month Year | 6. Donativos<br>Charitable Contributions    0.00 |

| Field | Amount |
|---|---|
| 12. Gtos. Reemb. y Beneficios Marginales<br>Reimb. Expenses and Fringe Benefits | 0.00 |
| 20. Contrib. Medicare Retenida<br>Medicare Tax Withheld | 715.14 |

| | |
|---|---|
| 2. Nombre y Dirección Postal del Patrono<br>Employer's Name and Mailing Address<br><br>DEPT DE EDUCACION CLASIFICADOS<br>AVE. TENIENTE CESAR GO<br>ESQUINA CALAF<br>HATO REY PR 00919 | Patrono: - Employer:<br>• Envíe a: - Send to:<br>Social Security Administration<br>Data Operations Center<br>Wilkes-Barre, PA 18769-0001,<br>Con la<br>With the   W-3PR<br>• Envíe al Departamento de Hacienda electrónicamente<br>Send to Department of the Treasury electronically (www.hacienda.pr.gov)<br>• Entregue dos copias al empleado<br>Deliver two copies to employee<br>• Conserve copia para sus récords<br>Keep copy for your records |

| Field | Amount |
|---|---|
| 13. Cont. Retenida - Tax Withheld | 4,141.34 |
| 14. Fondo de Retiro Gubernamental<br>Governmental Retirement Fund | 4,374.65 |
| 15. Aportaciones a Planes Cualific.<br>Contributions to CODA PLANS | 0.00 |
| 21. Propinas Seguro Social<br>Social Security Tips | 0.00 |

| Field | Amount |
|---|---|
| Número de Teléfono del Patrono<br>Employer's Telephone Number   (787) 773-3508 | |

| | |
|---|---|
| Fecha Cese de Operaciones: Día Mes Año<br>Cease of Operations Date: Day Month Year | 15. Salarios Exentos (Ver instrucciones)<br>Exempt Salaries (See Instructions)<br>15A. Code   0.00 |

| Field | Amount |
|---|---|
| 22. Seguro Social no Retenido en Propinas - Uncollected<br>Social Security Tax on Tips | 0.00 |

| | |
|---|---|
| Número Confirmación de Radicación Electrónica<br>Electronic Filing Confirmation Number<br>S170008 | 16. 16A. Código   0.00<br>16A.   0.00 |

| | |
|---|---|
| Número Control - Control Number<br>007003719 | Año:<br>Year: **2017** |

16B. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program   0.00

23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips   0.00

**Fecha de radicación: 31 de enero - Filing date: January 31**

---

**INSTRUCCIONES PARA EL EMPLEADO
DEBERÁ SOMETER COPIA AL RENDIR SU PLANILLA**

De acuerdo al Código de Rentas Internas de Puerto Rico de 2011, según enmendado (Código), viene obligado a rendir planilla de contribución sobre ingresos todo individuo residente que:

- sea contribuyente individual o casado, si durante el año contributivo tuviere un ingreso bruto reducido por las exenciones de la Sección 1031.02 del Código mayor de $5,000;
- sea casado que vivía con su cónyuge y opte por rendir planilla separada, si durante el año contributivo tuviere un ingreso bruto reducido por las exenciones de la Sección 1031.02 del Código de $2,500 o más; o
- tenga ingreso neto sujeto a contribución básica alterna de $150,000 o más.

PENALIDAD – El Código dispone lo siguiente: Toda persona obligada bajo cualquier Subtítulo del Código a rendir una planilla, declaración, certificación o informe, que voluntariamente dejare de rendir dicha planilla, declaración, certificación o informe dentro del término o términos fijados por el Subtítulo correspondiente o por reglamentos, además de otras penalidades establecidas por el Código, incurrirá en delito menos grave, y en caso de convicción, será castigada con pena de multa no mayor de $5,000, o con pena de reclusión por un término máximo de 90 días, o ambas penas, a discreción del tribunal, más las costas del proceso. En aquellos casos en que cualquier persona voluntariamente dejare de rendir dicha planilla, declaración, certificación o informe (dentro de los términos fijados por el Subtítulo correspondiente o por reglamentos), con la intención de evadir o derrotar cualquier contribución impuesta por el Código, además de otras penalidades establecidas por el Código, incurrirá en un delito grave de tercer grado, y en caso de convicción, será sancionada con pena de reclusión la cual fluctuará entre tres años un día y ocho años. El Tribunal a su discreción podrá imponer la pena fija de reclusión establecida o pena de multa que no excederá de $20,000, o ambas penas, más las costas del proceso.

Retenga copia de este formulario para sus récords. Puede usarla para establecer su derecho a los beneficios de seguro social. Si su nombre, dirección o número de seguro social están incorrectos, informe el error a su patrono para que le complete un Formulario 499R-2c/W-2cPR.

**INSTRUCTIONS FOR THE EMPLOYEE
A COPY MUST BE SUBMITTED WITH YOUR RETURN**

Pursuant to the Puerto Rico Internal Revenue Code of 2011, as amended (Code), an income tax return must be filed by any resident individual who:

- is an individual or married taxpayer, who during the taxable year had gross income, reduced by the exemptions established in Code Section 1031.02, greater than $5,000;
- is a married individual who lived with his/her spouse, and elects to file separate returns, that during the taxable year had gross income, reduced by the exemptions established in Code Section 1031.02, of $2,500 or more; or
- has net income subject to alternate basic tax of $150,000 or more.

PENALTY – The Code provides the following: Every person required under any Subtitle of the Code to file a return, statement, certification or report, who willfully fails to file such return, statement, certification or report within the term or terms established by the corresponding Subtitle or by regulations, in addition to other penalties provided by the Code, shall be guilty of a misdemeanor, and upon conviction thereof, punished by a fine of not more than $5,000, or imprisonment for a term of not more than 90 days, or both penalties, at the discretion of the Court, plus the costs of prosecution. In the case of any person who willfully fails to file such return, statement, certification or report (within the terms established by the corresponding Subtitle or by regulations), with the intention to evade or defeat any tax imposed by the Code, in addition to other penalties provided by the Code shall be guilty of a third degree felony, and upon conviction thereof, punished by imprisonment for a term ranging from three years and one day to eight years. The Court may impose, at its discretion, the fixed penalty of imprisonment provided or a fine of not more than $20,000, or both penalties, plus the costs of prosecution.

Keep copy of this form for your records. You can use it to prove your right to social security benefits. If your name, address or social security number is incorrect, inform this to your employer and request a Form 499R-2c/W-2cPR.

Formulario
Form 499R-2/W-2PR
Rev. 07.18

GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

**222**

COMPROBANTE DE RETENCIÓN - WITHHOLDING STATEMENT

| | INFORMACIÓN PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION | INFORMACIÓN PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
|---|---|---|
| 1. Nombre - First Name **EDWIN** | 3. Núm. Seguro Social Social Security No. | 7. Sueldos - Wages 50,153.35 | 17. Total Sueldos Seguro Social Social Security Wages |
| | | 8. Comisiones - Commissions 0.00 | |
| Apellido(s) - Last Name(s) **SANTIAGO PEREIRA** | 4. Núm. de Ident. Patronal Employer Ident. No. (EIN) 66-0433481 | 9. Concesiones - Allowances 0.00 | 18. Seguro Social Retenido Social Security Tax Withheld |
| | | 10. Propinas - Tips 0.00 | |
| Dirección Postal del Empleado - Employee's Mailing Address **PO BOX 3078** | 5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage 0.00 | 11. Total = 7 + 8 + 9 + 10 50,153.35 | 0.00 |
| | | 12. Gastos Reemb. y Beneficios Marginales 0.00 | 19. Total Sueldos y Pro. Medicare Medicare Wages and Tips |
| **JUNCOS PR 00777** | 6. Donativos Charitable Contributions | 13. Contr. Retenida - Tax Withheld | 50,153.35 |
| Fecha de Nacimiento: Día **15** Mes **12** Año **1965** Date of Birth: Day Month Year | 0.00 | 4,260.14 | 20. Contrib. Medicare Retenida Medicare Tax Withheld |
| 2. Nombre y Dirección Postal del Patrono Employer's Name and Mailing Address **DEPT DE EDUCACION CLASIFICADOS AVE. TENIENTE CESAR GO ESQUINA CALAF HATO REY, PR 00919-0000** | Patrono: - Employer: Indique si la remuneración incluye pagos al empleado por; Indicate if the remuneration includes payments to the employee for: | 14. Fondo de Retiro Gubernamental Governmental Retirement Fund 4,459.80 | 727.22 |
| | A- ☐ Servicios prestados por un médico cualificado bajo la Ley 14-2017 Services rendered by a qualified physician under Act 14-2017 | 15. Aportaciones a Planes Calificados Contributions to CODA PLANS 0.00 | 21. Propinas Seguro Social Social Security Tips |
| Número de Teléfono del Patrono Employer's Telephone Number | B- ☐ Servicios domésticos Domestic services | Salarios Exentos (Ver instrucciones) Exempt Salaries (See instructions) | |
| Fecha Cese de Operaciones: Día Mes Año Cease of Operations Date: Day Month Year | | 16. Codigos 0.00 | 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips |
| Número Confirmación de Radicación Electrónica Electronic Filing Confirmation Number **F0717193216** | C- ☐ Otros / Others: | 16A. Codigos 0.00 | 0.00 |
| Número Control - Control Number **180075719** | | 16B. Codigos 0.00 | 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips |
| | Año: **2018** Year: | 16C. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program 0.00 | 0.00 |
| Fecha de radicación: 31 de enero - Filing date: January 31 | | | |

8/14/19.







Sello

5120
02/08/2019
$1.00

Sello de Rentas Internas
00063-2019-0208-45635013