| - COMMONWEALTH OF PUERTO RICO EPARTMENT OF THE TREASURY · WITHHOLDING STATEMENT | INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
|---|---|---|
| 3. Núm. Seguro Social<br>Social Security No. | 8. Sueldos - Wages<br>34,394.00 | 17. Total Sueldos Seguro Social<br>Social Security Wages<br>0.00 |
| 4. Estado Civil - Civil Status<br>Soltero ☐ Casado ☐<br>Single Married | 9. Comisiones - Commissions<br>0.00 | 18. Seguro Social Retenido<br>Social Security Tax Withheld<br>0.00 |
| 5. Núm. Seguro Social Cónyuge<br>Spouse's Social Security No. | 10. Concesiones - Allowances<br>0.00 | 19. Total Sueldos y Pro. Medicare<br>Medicare Wages and Tips<br>34,394.00 |
| 6. Núm. de Ident. Patronal<br>Employer's Ident. No. (EIN)<br>660433481 | 11. Propinas - Tips<br>0.00 | 20. Contrib. Medicare Retenida<br>Medicare Tax Withheld<br>498.71 |
| 7. Costo de Pensión o Anualidad<br>Cost of Pension or Annuity | 12. Total=8+9+10+11<br>34,394.00 | 21. Propinas Seguro Social<br>Social Security Tips<br>0.00 |
| Copia C para Récord del Empleado Copy C for Employee's Records | 13. Gastos Reembolsados<br>Reimbursed Expenses<br>0.00 | 22. Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips<br>0.00 |
| | 14. Cont. Retenida - Tax Withheld<br>2,873.68 | |
| | 15. Fondo de Retiro<br>Retirement Fund<br>2,818.84 | 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips<br>0.00 |
| Año: Year: 2004 | 16. Aportaciones a Planes Cualific.<br>Contributions to CODA PLANS<br>0.00 | |

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas
Conservation: Ten (10) years from the filing date in the Return Processing Bureau

Reproducido por: Departamento de Hacienda

**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

Año/Year: **2005**

Copia C para Record del Empleado
Copy C for Employee's Records

Formulario / Form 499R-2/W-2 PR Rev. 05.05

Número de Control - Control Number: **506S3087**

Número de Teléfono del Patrono
Employer's Telephone Number

Fecha de Cese de Operaciones
Cease of Operations Date

2. Nombre y Dirección Postal del Patrono
Employer's Name and Mailing Address
L8100342583 1 M MARIN
DEPT DE EDUCACION-CLASIFICADOS
AVE. TENIENTE CESAR GONZALEZ
ESQUINA CALAF
HATO REY, PR 00919

1. Nombre-First Name: **EDWIN**
Apellidos - Surname(s): **SANTIAGO PEREIRA**

Dirección Postal del Empleado-Employee's Mailing Address
PO BOX 3078
JUNCOS, PR 00777-3078

3. Núm. Seguro Social / Social Security No.
4. Estado Civil - Civil Status:  Soltero / Single  ☐   Casado / Married ☐
5. Núm. de Ident. Patronal / Employer's Ident. No. (EIN): **660433481**
6. Costo de Pensión o Anualidad / Cost of Pension or Annuity: **0.00**

| INFORMACION PARA EL DEPARTAMENTO DE HACIENDA / DEPARTMENT OF THE TREASURY INFORMATION | |
|---|---|
| 7. Sueldos - Wages | 25238.50 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total=7+8+9+10 | 25238.50 |
| 12. Gastos Reembolsados / Reimbursed Expenses | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 2840.83 |
| 14. Fondo de Retiro / Retirement Fund | 2181.52 |
| 15. Aportaciones a Planes Cualific. / Contributions to CODA PLANS | 0.00 |
| 16. Salarios bajo Ley Núm. 324 de 2004 / Salaries under Act No. 324 of 2004 | 0.00 |

| INFORMACION PARA EL SEGURO SOCIAL / SOCIAL SECURITY INFORMATION | |
|---|---|
| 17. Total Sueldos Seguro Social / Social Security Wages | 25238.50 |
| 18. Seguro Social Retenido / Social Security Tax Withheld | 0.00 |
| 19. Total Sueldos y Pro. Medicare / Total Medicare Wages and Tips | 25238.50 |
| 20. Contrib. Medicare Retenida / Medicare Tax Withheld | 365.96 |
| 21. Propinas Seguro Social / Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips | 0.00 |
| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

Formulario / Form 499R-2/W-2 PR Rev 06.06

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**

COMPROBANTE DE RETENCIÓN - WITHHOLDING STATEMENT

INFORMACION PARA EL DEPARTAMENTO DE HACIENDA
DEPARTMENT OF THE TREASURY INFORMATION

INFORMACION PARA EL SEGURO SOCIAL
SOCIAL SECURITY INFORMATION

1. Nombre-First Name: EDWIN

Apellido(s) - Surname(s): SANTIAGO PEREIRA

Dirección Postal del Empleado-Employee's Mailing Address
PO BOX 3078
JUNCOS, PR 00777-3078

2. Nombre y Dirección Postal del Patrono / Employer's Name and Mailing Address
L8100425783 L M MARIN
DEPT DE EDUCACION-CLASIFICADOS
AVE. TENIENTE CESAR GONZALEZ
ESQUINA CALAF
HATO REY, PR 00919

3. Núm. Seguro Social / Social Security No.

4. Núm. de Ident. Patronal / Employer's Ident. No. (EIN.): 660433481

5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension: Dia/Day Mes/Month Año/Year

6. Costo de Pensión o Anualidad / Cost of Pension or Annuity: 0.00

Copia C para Récord del Empleado / Copy C for Employee's Records

Año / Year: 2006

Número de Teléfono del Patrono / Employer's Telephone Number

Fecha de Cese de Operaciones / Cease of Operations Date

Número de Control - Control Number: 23026307

7. Sueldos - Wages: 47343.97
8. Comisiones - Commissions: 0.00
9. Concesiones - Allowances: 0.00
10. Propinas - Tips: 0.00
11. Total=7+8+9+10: 47343.97
12. Gastos Reembolsados / Reimbursed Expenses: 0.00
13. Cont. Retenida - Tax Withheld: 5348.95
14. Fondo de Retiro / Retirement Fund: 3904.32
15. Aportaciones a Planes Cualific. Contributions to CODA PLANS: 0.00
16. Salarios bajo Ley Núm. 324 de 2004 / Salaries under Act No. 324 of 2004: 0.00

17. Total Sueldos Seguro Social / Social Security Wages: 0.00
18. Seguro Social Retenido / Social Security Tax Withheld: 0.00
19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips: 47343.97
20. Contrib. Medicare Retenida / Medicare Tax Withheld: 686.49
21. Propinas Seguro Social / Social Security Tips: 0.00
22. Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips: 0.00
23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips: 0.00

Reproducido por: Departamento de Hacienda

| Formulario<br>Form 499R-2/W-2 PR<br>Rev. 06.07 | ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO<br>DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY<br><br>COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT<br>2007 | | INFORMACION PARA EL<br>DEPARTAMENTO DE<br>HACIENDA<br>DEPARTMENT OF THE<br>TREASURY INFORMATION | INFORMACION PARA EL<br>SEGURO SOCIAL<br><br>SOCIAL SECURITY<br>INFORMATION |
|---|---|---|---|---|

| | | |
|---|---|---|
| **1. Nombre-First Name**<br>EDWIN | **3. Núm. Seguro Social**<br>Social Security No. | 1. Sueldos - Wages<br>52133.74 |
| | | **17. Total Sueldos Seguro Social**<br>Social Security Wages<br>0.00 |
| **Apellido(s) - Surname(s)**<br>SANTIAGO PEREIRA | **4. Núm. de Ident. Patronal**<br>Employer's Ident. No. (EIN.)<br>660433481 | 8. Comisiones - Commissions<br>0.00 |
| | | **18. Seguro Social Retenido**<br>Social Security Tax Withheld<br>0.00 |
| **Dirección Postal del Empleado-Employee's Mailing Address**<br>PO BOX 3078<br><br>JUNCOS, PR 00777-3078 | **5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension**<br><br>Dia      Mes      Año<br>Day     Month    Year | 9. Concesiones - Allowances<br>0.00<br><br>10. Propinas - Tips<br>0.00 |
| | | **19. Total Sueldos y Pro. Medicare**<br>Medicare Wages and Tips<br>52133.74 |
| | | **20. Contrib. Medicare Retenido**<br>Medicare Tax Withheld<br>755.94 |
| **2. Nombre y Dirección Postal del Patrono**<br>Employer's Name and Mailing Address<br><br>L8101321071 JF KENNEDY<br>DEPT DE EDUCACION-CLASIFICADOS<br>AVE. TENIENTE CESAR GONZALEZ<br>ESQUINA CALAF<br>HATO REY, PR 00919 | **6. Costo de Pensión o Anualidad**<br>Cost of Pension or Annuity<br>0.00<br><br><br>Copia C para Récord<br>del Empleado<br><br>Copy C for Employee's<br>Records<br><br>Año:<br>Year: **2007** | 11. Total=7+8+9+10<br>52133.74<br><br>12. Gastos Reembolsados<br>Reimbursed Expenses<br>0.00<br><br>13. Cont. Retenida - Tax Withheld<br>5483.77<br><br>14. Fondo de Retiro<br>Retirement Fund<br>4039.32<br><br>15. Aportaciones a Planes Cualific.<br>Contributions to CODA PLANS<br>0.00<br><br>16. Salarios bajo Ley Núm. 324 de 2004<br>Salaries under Act No. 324 of 2004<br>0.00 |
| | | **21. Propinas Seguro Social**<br>Social Security Tips<br>0.00 |
| | | **22. Seguro Social no Retenido**<br>en Propinas - Uncollected<br>Social Security on Tips<br>0.00 |
| | | **23. Contrib. Medicare no Retenida**<br>en Propinas - Uncollected<br>Medicare Tax on Tips<br>0.00 |
| **Número de Teléfono del Patrono**<br>Employer's Telephone Number | | |
| **Fecha de Cese de Operaciones:**    Dia    Mes    Año<br>Cease of Operations Date:         Day   Month  Year | | |
| **Número de Control - Control Number**<br>45514856 | | |

Reproducido por: Departamento de Hacienda

| Formulario<br>Form 499R-2/W-2 PR<br>Rev. 07.08 | ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO<br>DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY<br>AÑO - 2008<br>COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT | | INFORMACION PARA EL<br>DEPARTAMENTO DE HACIENDA<br>DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL<br>SEGURO SOCIAL<br>SOCIAL SECURITY INFORMATION |
|---|---|---|---|---|

| | | |
|---|---|---|
| **1. Nombre-First Name**<br>EDWIN | **3. Núm. Seguro Social**<br>Social Security No. | **7. Sueldos - Wages**<br>53236.31 |
| **Apellido(s) - Surname(s)**<br>SANTIAGO PEREIRA | **4. Núm. de Ident. Patronal**<br>Employer's Ident. No. (EIN.)<br>660433481 | **8. Comisiones - Commissions**<br>0.00 |
| **Dirección Postal del Empleado-Employee's Mailing Address**<br>PO BOX 3078 | **5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension**<br>Dia   Mes   Año<br>Day   Month   Year | **9. Concesiones - Allowances**<br>0.00 |
| | | **10. Propinas - Tips**<br>0.00 |
| **2. Nombre y Dirección Postal del Patrono**<br>Employer's Name and Mailing Address<br>L8101321071 JF KENNEDY<br>DEPT DE EDUCACION-CLASIFICADOS<br>AVE. TENIENTE CESAR GONZALEZ<br>ESQUINA CALAF<br>HATO REY, PR 00919 | **6. Costo de Pensión o Anualidad**<br>Cost of Pension or Annuity<br>0.00 | **11. Total=7+8+9+10**<br>53236.31 |
| | | **12. Gastos Reembolsados**<br>Reimbursed Expenses<br>0.00 |
| | Copia C para Récord<br>del Empleado<br>Copy C for Employee's<br>Records | **13. Cont. Retenida - Tax Withheld**<br>6127.85 |
| | | **14. Fondo de Retiro**<br>Retirement Fund<br>4363.32 |
| **Número de Teléfono del Patrono**<br>Employer's Telephone Number | | **15. Aportaciones a Planes Cualific.**<br>Contributions to CODA PLANS<br>0.00 |
| **Fecha de Cese de Operaciones:**   Dia Mes Año<br>Cease of Operations Date:   Day Month Year | **Año:**<br>**Year:** 2008 | **16. Salarios bajo Ley Núm. 324 de 2004**<br>Salaries under Act No. 324 of 2004<br>0.00 |
| **Número de Control - Control Number**<br>017597715 | | |

| | |
|---|---|
| **17. Total Sueldos Seguro Social**<br>Social Security Wages<br>0.00 | |
| **18. Seguro Social Retenido**<br>Social Security Tax Withheld<br>0.00 | |
| **19. Total Sueldos y Pro. Medicare**<br>Medicare Wages and Tips<br>53236.31 | |
| **20. Contrib. Medicare Retenida**<br>Medicare Tax Withheld<br>771.93 | |
| **21. Propinas Seguro Social**<br>Social Security Tips<br>0.00 | |
| **22. Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips**<br>0.00 | |
| **23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips**<br>0.00 | |

Reproducido por: Departamento de Hacienda

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF THE PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

| | | INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
|---|---|---|

| 1. Nombre-First Name | 3. Núm. Seguro Social Social Security | 7. Sueldos - Wages | 17. Total Sueldos Seguro Social Social Security Wages |
|---|---|---|---|
| EDWIN | | - 53580.40 | 0.00 - Amount |
| Apellido(s) - Surname(s) | 4. Núm. de Ident. Patronal Employer's Ident. No. (EIN.) | 8. Comisiones - Commissions | 18. Seguro Social Retenido Social Security Tax Withheld |
| SANTIAGO PEREIRA | 660433481 | 0.00 | 19,884.09 |
| Dirección Postal del Empleado-Employee's Mailing Address | 5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension | 9. Concesiones - Allowances | |
| PO BOX 3078 | Día Mes Año Day Month Year | 0.00 | |
| | | 10. Propinas - Tips | 19. Total Sueldos y Pro. Medicare Medicare Wages and Tips |
| JUNCOS, PR 00777-3078 | | 0.00 | 0.00 |
| Nombre y Dirección Postal del Patrono Employer's Name and Mailing Address | 6. Costo de Pensión o Anualidad Cost of Pension or Annuity | 11. Total=7+8+9+10 | 53580.40 |
| L8101321071 JF KENNEDY | | 53580.40 | 20. Contrib. Medicare Retenida Medicare Tax Withheld |
| DEPT DE EDUCACION-CLASIFICADOS | 0.00 | 12. Gastos Reembolsados Reimbursed Expenses | 0.00 |
| AVE. TENIENTE CESAR GONZALEZ | | 0.00 | 776.92 |
| ESQUINA CALAF | | 13. Cont. Retenida - Tax Withheld | 21. Propinas Seguro Social Social Security Tips |
| HATO REY, PR 00919 | | 6316.11 | 0.00 |
| | | 14. Fondo de Retiro Retirement Fund | 22. Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips |
| Número de Teléfono del Patrono Employer's Telephone Number | Copia C para Récord del Empleado Copy C for Employee's Records | 4444.32 | 1,373.73 |
| | | 15. Aportaciones a Planes Cualific. Contribution to CODA PLANS | 97,900.00 |
| Fecha de Cese de Operaciones: Día Mes Año Cease of Operations Date: Day Month Year | | 0.00 | 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips |
| Número de Control - Control Number | Año: 2009 Year: | 16. Salarios bajo Ley Núm. 324 de 2004 Salaries under Act No. 324 of 2004 | Préstamo - Loan Term |
| 004217954 | | 0.00 | 0.00 0.00 180 |

| Nombre - Name | Número Control - Control Number | Reproducido por: Departamento de Hacienda |
|---|---|---|
| | 00800277 | |

VEA INSTRUCCIONES AL DORSO - SEE INSTRUCTIONS ON BACK                    BANCO POPULAR DE PUERTO RICO
TRIPLICADO PARA LA PLANILLA DEL DEUDOR HIPOTECARIO - TRIPLICATE FOR THE MORTGAGE BORROWER'S INCOME TAX RETURN

---

Formulario **480.7A**
Form
Rev. 08.08
Rep. 08.09

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
DECLARACION INFORMATIVA - INTERESES HIPOTECARIOS
INFORMATIVE RETURN - MORTGAGE INTEREST

Uso Oficial - Official Use

AÑO CONTRIBUTIVO:
TAXABLE YEAR: 2009     [X] Duplicado Duplicate     [ ] Enmendado: Amended: (_____)

Número de Serie

| INFORMACION DEL RECEPTOR - RECIPIENT'S INFORMATION | Descripción - Description | Cantidad - Amount |
|---|---|---|
| Número de Identificación Patronal - Employer Identification Number 66-0561870 | 1. Intereses Pagados por el Deudor Interest Paid by Borrower | 19,884.09 |
| BANCO POPULAR DE PUERTO RICO PO BOX 362708 SAN JUAN PR 00936-2708 | 2. Honorarios de Origen del Préstamo (Puntos) Pagados Directamente por el Deudor Loan Origination Fees (Points) Paid Directly by Borrower [ ] Pagados - Paid [ ] Financiados - Financed | 0.00 |
| | 3. Descuentos del Préstamo (Puntos) Pagados Directamente por el Deudor Loan Discounts (Points) Paid Directly by Borrower [ ] Pagados - Paid [ ] Financiados - Financed | 0.00 |
| INFORMACION DEL DEUDOR - BORROWER'S INFORMATION | 4. Reembolsos de Intereses Refund of Interest | 0.00 |
| Número de Seguro Social - Social Security Number 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 | | |
| EDWIN SANTIAGO-PEREIRA URB PARAISO DE COAMO 615 CALLE PAZ COAMO PR 00769 | 5. Contribuciones sobre la Propiedad Property Taxes | 1,373.73 |
| | 6. Balance del Principal Principal Balance | 297,900.00 |

| IINFORMACION DEL CODEUDOR - JOINT BORROWER'S INFORMATION | Número de Cuenta del Préstamo - Loan Account Number | Término del Préstamo - Loan Term |
|---|---|---|
| Número de Seguro Social - Social Security Number | 07101001-9096901 | 180 |
| Nombre - Name | Número Control - Control Number 00800277 | |

VEA INSTRUCCIONES AL DORSO - SEE INSTRUCTIONS ON BACK                    BANCO POPULAR DE PUERTO RICO
CUADRUPLICADO PARA RECORD DEL DEUDOR HIPOTECARIO - QUADRUPLICATE FOR THE BORROWER'S RECORD

Formulario
Form 499R-2/W-2 PR
Rev. 07.09

ESTADO LIBRE ASOCI. ... DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

| | | INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
|---|---|---|---|
| 1. Nombre - First Name<br>EDWIN | 3. Núm. Seguro Social<br>Social Security No. | 7. Sueldos - Wages<br>53580.40 | 17. Total Sueldos Seguro Soci...<br>Social Security Wages<br>0.0 |
| Apellido(s) - Surname(s)<br>SANTIAGO PEREIRA | 4. Núm. de Ident. Patronal<br>Employer's Ident. No. (EIN.)<br>660433481 | 8. Comisiones - Commissions<br>0.00 | 18. Seguro Social Retenido<br>Social Security Tax Withhe...<br>0.0 |
| Dirección Postal del Empleado-Employee's Mailing Address<br>PO BOX 3078<br><br>JUNCOS, PR 00777-3078 | 5. Fecha en que comenzó a recibir pensión - Date on which you starred to receive the pension<br>Dia   Mes   Año<br>Day   Month   Year | 9. Concesiones - Allowances<br>0.00 | 19. Total Sueldos y Pro. Medi...<br>Medicare Wages and Tips<br>53580.4 |
| | | 10. Propinas - Tips<br>0.00 | |
| | | 11. Total=7+8+9+10<br>53580.40 | 20. Contrib. Medicare Retenid...<br>Medicare Tax Withheld<br>776.9 |
| 2. Nombre y Dirección Postal del Patrono<br>Employer's Name and Mailing Address<br><br>L8101321071 JF KENNEDY<br>DEPT DE EDUCACION-CLASIFICADOS<br>AVE. TENIENTE CESAR GONZALEZ<br>ESQUINA CALAF<br>HATO REY, PR 00919 | 6. Costo de Pensión o Anualidad<br>Cost of Pension or Annuity<br>0.00 | 12. Gastos Reembolsados<br>Reimbursed Expenses<br>0.00 | 21. Propinas Seguro Social<br>Social Security Tips<br>0.0 |
| | Copia B para Planilla<br>del Empleado<br>Copy B for Employee's<br>Tax Return | 13. Cont. Retenida - Tax Withheld<br>6316.11 | 22. Seguro Social no Retenido<br>en Propinas - Uncollected<br>Social Security on Tips<br>0.0 |
| | | 14. Fondo de Retiro<br>Retirement Fund<br>4444.32 | |
| Número de Teléfono del Patrono<br>Employer's Telephone Number | | 15. Aportaciones a Planes Cualific.<br>Contributions to CODA PLANS<br>0.00 | 23. Contrib. Medicare no Reten...<br>en Propinas - Uncollected<br>Medicare Tax on Tips<br>0.0 |
| Fecha de Cese de Operaciones: Dia   Mes   Año<br>Cease of Operations Date:   Day   Month   Year | Año:<br>Year:  2009 | 16. Salarios bajo Ley Núm. 324 de 2004<br>Salaries under Act No. 324 of 2004<br>0.00 | |
| Número de Control - Control Number<br>004217954 | | | |

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas
Retention: Ten (10) years from the filing date in the Return Processing Bureau

Reproducido por: Departamento de Haci...

| - WITHHOLDING STATEMENT | DEPARTMENT OF TREASURY INFORMATION | SOCIAL SECURITY INFORMATION |
|---|---|---|
| **3. Núm. Seguro Social** Social Security No. | **7. Sueldos - Wages** 17571.25 | **17. Total Sueldos Seguro Social** Social Security Wages 17571.25 |
| | **8. Comisiones - Commissions** 0.00 | |
| **4. Núm. de Ident. Patronal** Employer Ident. No. (EIN) 660433481 | **9. Concesiones - Allowances** 0.00 | **18. Seguro Social Retenido** Social Security Tax Withheld 1089.42 |
| **5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension** Dia   Mes   Año Day   Month   Year | **10. Propinas - Tips** 0.00 | **19. Total Sueldos y Pro. Medicare** Medicare Wages and Tips 17571.25 |
| | **11. Total=7+8+9+10** 17571.25 | **20. Contrib. Medicare Retenida** Medicare Tax Withheld 254.78 |
| **6. Costo de Pensión o Anualidad** Cost of Pension or Annuity 0.00 | **12. Gastos Reembolsados** Reimbursed Expenses 0.00 | **21. Propinas Seguro Social** Social Security Tips 0.00 |
| | **13. Cont. Retenida - Tax Withheld** 935.30 | **22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips** 0.00 |
| Copia C para Récord del Empleado Copy C for Employee's Records | **14. Fondo de Retiro** Retirement Fund 0.00 | **23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips** 0.00 |
| | **15. Aportaciones a Planes Cualific.** Contributions to CODA PLANS 0.00 | |
| **Año:** **2010** **Year:** | **16. Salarios bajo Ley Núm. 324 de 2004** Salaries under Act No. 324 of 2004 0.00 | **24. Sueldos y Propinas bajo Ley HIRE de 2010 - Wages and Tips under HIRE Act of 2010** 0.00 |

Reproducido por: Departamento de Hacienda

EDWIN
SANTIAGO PEREJRA
DEPARTAMENTO DE EDUCACION

HATO REY, PR 00917

colecturía virtual en la página del Departamento de Hacienda - **www.hacienda.gobierno.pr"**.

RICO - GOVERNMENT OF PUERTO RICO
ENDA - DEPARTMENT OF THE TREASURY
ENCION - WITHHOLDING STATEMENT

| | INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
|---|---|---|
| 3. Núm. Seguro Social<br>Social Security No. | 7. Sueldos - Wages<br>50380.00 | 17. Total Sueldos Seguro Social<br>Social Security Wages<br>0.00 |
| 4. Núm. de Ident. Patronal<br>Employer Ident. No. (EIN)<br>660433481 | 8. Comisiones - Commissions<br>0.00 | |
| | 9. Concesiones - Allowances<br>0.00 | 18. Seguro Social Retenido<br>Social Security Tax Withheld<br>0.00 |
| Address<br>5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension | 10. Propinas - Tips<br>0.00 | |
| Día    Mes    Año<br>Day    Month    Year | 11. Total=7+8+9+10<br>50380.00 | 19. Total Sueldos y Pro. Medicare<br>Medicare Wages and Tips<br>50380.00 |
| 6. Costo de Pensión o Anualidad<br>Cost of Pension or Annuity<br>0.00 | 12. Gastos Reembolsados<br>Reimbursed Expenses<br>0.00 | |
| 6A. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage<br>0.00 | 13. Cont. Retenida - Tax Withheld<br>4727.52 | 20. Contrib. Medicare Retenida<br>Medicare Tax Withheld<br>730.51 |
| DOS<br>Z    6B. Donativos<br>Charitable Contributions<br>0.00 | 14. Fondo de Retiro Gubernamental<br>Governmental Retirement Fund<br>4444.32 | |
| | 15. Aportaciones a Planes Cualific.<br>Contributions to CODA PLANS<br>0.00 | 21. Propinas Seguro Social<br>Social Security Tips<br>0.00 |
| Copia B para Planilla<br>del Empleado<br>Copy B for Employee's | 16. Salarios bajo Ley Núm. 324 de 2004<br>Salaries under Act No. 324 of 2004<br>0.00 | 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips<br>0.00 |
| Año<br>Year    Tax Return | 16A. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program<br>0.00 | 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips<br>0.00 |
| Año:<br>Year:    **2011** | | |

en el Negociado de Procesamiento de Planillas
ssing Bureau

Reproducido por: Departamento de Hacienda

## Form (top copy)

Formulario Form 499R-2/W-2 PR Rev. 09 12

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

INFORMACION PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION

INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION

| Campo | Valor |
|---|---|
| 1. Nombre - First Name | EDWIN |
| Apellido(s) - Surname(s) | SANTIAGO PEREIRA |
| 3. Núm. Seguro Social - Social Security No. | |
| 4. Núm. de Ident. Patronal Employer Ident. No. (EIN) | 660433481 |
| 7. Sueldos - Wages | 15972.50 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total=7+8+9+10 | 15972.50 |
| 12. Gastos Reemb. y Beneficios Marginales - Reimb. Expenses and Fringe Benefits | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 1285.81 |
| 14. Fondo de Retiro Gubernamental Governmental Retirement Fund | 0.00 |
| 15. Aportaciones a Planes Cualific. Contributions to CODA PLANS | 0.00 |
| 16. Salarios bajo Ley 324-2004 Salaries under Act 324-2004 | 0.00 |
| 16A. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program | 0.00 |
| 17. Total Sueldos Seguro Social Social Security Wages | 15972.50 |
| 18. Seguro Social Retenido Social Security Tax Withheld | 670.85 |
| 19. Total Sueldos y Pro. Medicare Medicare Wages and Tips | 15972.50 |
| 20. Contrib. Medicare Retenida Medicare Tax Withheld | 231.60 |
| 21. Propinas Seguro Social Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0.00 |
| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

Dirección Postal del Empleado-Employee's Mailing Address
DEPARTAMENTO DE EDUCACION
HATO REY, PR 00917

2. Nombre y Dirección Postal del Patrono Employer's Name and Mailing Address
L8112423531 SUP. MIGUE
DEPT DE EDUCACION-CLASIFICADOS
AVE. TENIENTE CESAR GONZALEZ
ESQUINA CALAF
HATO REY, PR 00919

5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension: Dia/Day Mes/Month Año/Year

6. Costo de Pensión o Anualidad Cost of Pension or Annuity: 0.00

6A. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage: 0.00

6B. Donativos Charitable Contributions: 0.00

Copia B para Planilla del Empleado
Copy B for Employee's Tax Return
Año/Year: **2012**

Número de Teléfono del Patrono Employer's Telephone Number
Fecha Cese de Operaciones: Cease of Operations Date
Número Control - Control Number
**125552814**

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas
Retention: Ten (10) years from the filing date in the Return Processing Bureau

Reproducido por: Departamento de Hacienda

## Form (bottom copy)

Formulario Form 499R-2/W-2 PR Rev. 09 12

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

| Campo | Valor |
|---|---|
| 1. Nombre - First Name | EDWIN |
| Apellido(s) - Surname(s) | SANTIAGO PEREIRA |
| 3. Núm. Seguro Social - Social Security No. | 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 |
| 4. Núm. de Ident. Patronal Employer Ident. No. (EIN) | 660433481 |
| 7. Sueldos - Wages | 15972.50 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total=7+8+9+10 | 15972.50 |
| 12. Gastos Reemb. y Beneficios Marginales | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 1285.81 |
| 14. Fondo de Retiro Gubernamental | 0.00 |
| 15. Aportaciones a Planes Cualific. | 0.00 |
| 16. Salarios bajo Ley 324-2004 | 0.00 |
| 16A. Aportaciones al Programa Ahorra y Duplica tu Dinero | 0.00 |
| 17. Total Sueldos Seguro Social | 15972.50 |
| 18. Seguro Social Retenido | 670.85 |
| 19. Total Sueldos y Pro. Medicare | 15972.50 |
| 20. Contrib. Medicare Retenida | 231.60 |
| 21. Propinas Seguro Social | 0.00 |
| 22. Seguro Social no Retenido en Propinas | 0.00 |
| 23. Contrib. Medicare no Retenida en Propinas | 0.00 |

Dirección Postal del Empleado-Employee's Mailing Address
DEPARTAMENTO DE EDUCACION
HATO REY, PR 00917

2. Nombre y Dirección Postal del Patrono Employer's Name and Mailing Address
L8112423531 SUP. MIGUE
DEPT DE EDUCACION-CLASIFICADOS
AVE. TENIENTE CESAR GONZALEZ
ESQUINA CALAF
HATO REY, PR 00919

6. Costo de Pensión o Anualidad Cost of Pension or Annuity: 0.00
6A. Costo de cubierta de salud: 0.00
6B. Donativos Charitable Contributions: 0.00

Copia C para Récord del Empleado
Copy C for Employee's Records
Año/Year: **2012**

Número de Teléfono del Patrono Employer's Telephone Number
Fecha Cese de Operaciones: Cease of Operations Date
Número Control - Control Number
**125552814**

Reproducido por: Departamento de Hacienda

Case:17-03283-LTS   Doc#:12380-1   Filed:03/16/20   Entered:03/16/20 17:30:52   Desc:
Exhibit    Page 16 of 25

---

Formulario Form 499R-2/W-2 PR
Rev. 09.12

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

INFORMACION PARA EL DEPARTAMENTO DE HACIENDA
DEPARTMENT OF THE TREASURY INFORMATION

INFORMACION PARA EL SEGURO SOCIAL
SOCIAL SECURITY INFORMATION

1. Nombre - First Name: EDWIN

Apellido(s) - Surname(s): SANTIAGO PEREIRA

Direccion Postal del Empleado-Employee's Mailing Address:
PO BOX 3078
JUNCOS, PR 00777-3078

2. Nombre y Direccion Postal del Patrono - Employer's Name and Mailing Address:
L8101321071 JF KENNEDY
DEPT DE EDUCACION-CLASIFICADOS
AVE. TENIENTE CESAR GONZALEZ
ESQUINA CALAF
HATO REY, PR 00919

Numero de Telefono del Patrono - Employer's Telephone Number:

Fecha Cese de Operaciones: Cease of Operations Date:

Numero Control - Control Number: 125535711

3. Num. Seguro Social - Social Security No.

4. Num. de Ident. Patronal - Employer Ident. No. (EIN): 660433481

5. Fecha en que comenzo a recibir la pension - Date on which you started to receive the pension: Dia Mes Año / Day Month Year

6. Costo de Pension o Anualidad - Cost of Pension or Annuity: 0.00

6A. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage: 0.00

6B. Donativos - Charitable Contributions: 0.00

Copia B para Planilla del Empleado
Copy B for Employee's Tax Return

Año: Year: 2012

7. Sueldos - Wages: 50458.30
8. Comisiones - Commissions: 0.00
9. Concesiones - Allowances: 0.00
10. Propinas - Tips: 0.00
11. Total=7+8+9+10: 50458.30
12. Gastos Reemb. y Beneficios Marginales - Reimb. Expenses and Fringe Benefits:
13. Cont. Retenida - Tax Withheld: 4702.70
14. Fondo de Retiro Gubernamental - Governmental Retirement Fund: 4444.32
15. Aportaciones a Planes Cualific. - Contributions to CODA PLANS: 0.00
16. Salarios bajo Ley 324-2004 - Salaries under Act 324-2004: 0.00
16A. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program: 0.00

17. Total Sueldos Seguro Social - Social Security Wages: 0.00
18. Seguro Social Retenido - Social Security Tax Withheld: 0.00
19. Total Sueldos y Pro. Medicare - Medicare Wages and Tips: 50458.30
20. Contrib. Medicare Retenida - Medicare Tax Withheld: 731.65
21. Propinas Seguro Social - Social Security Tips: 0.00
22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips: 0.00
23. Contrib. Medicare no Retenido en Propinas - Uncollected Medicare Tax on Tips: 0.00

Conservacion: Diez (10) años a partir de la fecha de radicacion en el Negociado de Procesamiento de Planillas
Retention: Ten (10) years from the filing date in the Return Processing Bureau

Reproducido por: Departamento de Hacienda

---

Formulario Form 499R-2/W-2 PR
Rev. 09.12

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

INFORMACION PARA EL DEPARTAMENTO DE HACIENDA
DEPARTMENT OF THE TREASURY INFORMATION

INFORMACION PARA EL SEGURO SOCIAL
SOCIAL SECURITY INFORMATION

1. Nombre-First Name: EDWIN

Apellido(s) - Surname(s): SANTIAGO PEREIRA

Direccion Postal del Empleado-Employee's Mailing Address:
PO BOX 3078
JUNCOS, PR 00777-3078

2. Nombre y Direccion Postal del Patrono - Employer's Name and Mailing Address:
L8101321071 JF KENNEDY
DEPT DE EDUCACION-CLASIFICADOS
AVE. TENIENTE CESAR GONZALEZ
ESQUINA CALAF
HATO REY, PR 00919

Numero de Telefono del Patrono - Employer's Telephone Number:

Fecha Cese de Operaciones: Cease of Operations Date:

Numero Control - Control Number: 125535711

3. Num. Seguro Social - Social Security No.: 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

4. Num. de Ident. Patronal - Employer Ident. No. (EIN): 660433481

5. Fecha en que comenzo a recibir la pension - Date on which you started to receive the pension: Dia Mes Año / Day Month Year

6. Costo de Pension o Anualidad - Cost of Pension or Annuity: 0.00

6A. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage: 0.00

6B. Donativos - Charitable Contributions: 0.00

Copia C para Récord del Empleado
Copy C for Employee's Records

Año: Year: 2012

7. Sueldos - Wages: 50458.30
8. Comisiones - Commissions: 0.00
9. Concesiones - Allowances: 0.00
10. Propinas - Tips: 0.00
11. Total=7+8+9+10: 50458.30
12. Gastos Reemb. y Beneficios Marginales - Reimb. Expenses and Fringe Benefits:
13. Cont. Retenida - Tax Withheld: 4702.70
14. Fondo de Retiro Gubernamental - Governmental Retirement Fund: 4444.32
15. Aportaciones a Planes Cualific. - Contributions to CODA PLANS: 0.00
16. Salarios bajo Ley 324-2004 - Salaries under Act 324-2004: 0.00
16A. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program: 0.00

17. Total Sueldos Seguro Social - Social Security Wages: 0.00
18. Seguro Social Retenido - Social Security Tax Withheld: 0.00
19. Total Sueldos y Pro. Medicare - Medicare Wages and Tips: 50458.30
20. Contrib. Medicare Retenida - Medicare Tax Withheld: 731.65
21. Propinas Seguro Social - Social Security Tips: 0.00
22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips: 0.00
23. Contrib. Medicare no Retenido en Propinas - Uncollected Medicare Tax on Tips: 0.00

lario
499R-2/W-2 PR
08.13

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

| | | | |
|---|---|---|---|
| ombre-First Name<br>DWIN | 3. Núm. Seguro Social<br>Social Security No. | INFORMACION PARA EL DEPARTAMENTO DE HACIENDA<br>DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL<br>SOCIAL SECURITY INFORMATION |
| ido(s) - Surname(s)<br>ANTIAGO PEREIRA | 4. Núm. de Ident. Patronal<br>Employer Ident. No. (EIN)<br>660433481 | 7. Sueldos - Wages<br>50022.50 | 17. Total Sueldos Seguro Soci<br>Social Security Wages<br>0.0( |
| cción Postal del Empleado-Employee's Mailing Address<br>O BOX 3078<br>UNCOS, PR 00777-3078 | 5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension<br>Dia / Day, Mes / Month, Año / Year | 8. Comisiones - Commissions<br>0.00 | 18. Seguro Social Retenido<br>Social Security Tax Withhe<br>0.0( |
| | | 9. Concesiones - Allowances<br>0.00 | |
| | | 10. Propinas - Tips<br>0.00 | |
| | | 11. Total=7+8+9+10<br>50022.50 | 19. Total Sueldos y Pro. Medica<br>Medicare Wages and Tips<br>50022.5( |
| ombre y Dirección Postal del Patrono<br>nployer's Name and Mailing Address<br>EPT DE EDUCACION-CLASIFICADOS<br>VE. TENIENTE CESAR GONZALEZ<br>SQUINA CALAF<br>ATO REY, PR 00919 | 6. Costo de Pensión o Anualidad<br>Cost of Pension or Annuity<br>0.00 | 12. Gastos Reemb. y Beneficios Marginales<br>Reimb. Expenses and Fringe Benefits<br>0.00 | 20. Contrib. Medicare Retenid<br>Medicare Tax Withheld<br>725.3: |
| | 6A. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage<br>0.00 | 13. Cont. Retenida - Tax Withheld<br>4277.66 | |
| iero de Teléfono del Patrono<br>loyer's Telephone Number | 6B. Donativos<br>Charitable Contributions<br>0.00 | 14. Fondo de Retiro Gubernamental<br>Governmental Retirement Fund<br>4412.08 | 21. Propinas Seguro Social<br>Social Security Tips<br>0.0( |
| a Cese de Operaciones:<br>ase of Operations Date:<br>Dia / Day, Mes / Month, Año / Year | Copia C para Récord del Empleado<br>Copy C for Employee's Records | 15. Aportaciones a Planes Cualific.<br>Contributions to CODA PLANS<br>0.00 | 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tip<br>0.0( |
| iero Confirmación de Radicación Electrónica<br>tronic Filing Confirmation Number<br>C400001 | | 16. Salarios bajo Ley 324-2004<br>Salaries under Act 324-2004<br>0.00 | |
| iero Control - Control Number<br>004514515 | Año: / Year: 2013 | 16A. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program<br>0.00 | 23. Contrib. Medicare no Reter en Propinas - Uncollected Medicare Tax on Tips<br>0.0( |

Reproducido por: Departamento de Hacien

ilario
499R-2/W-2 PR
08.13

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

| | | | |
|---|---|---|---|
| ombre - First Name<br>:DWIN | 3. Núm. Seguro Social<br>Social Security No.<br>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 | INFORMACION PARA EL DEPARTAMENTO DE HACIENDA<br>DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL<br>SOCIAL SECURITY INFORMATION |
| ellido(s) - Surname(s)<br>;ANTIAGO PEREIRA | 4. Núm. de Ident. Patronal<br>Employer Ident. No. (EIN)<br>660433481 | 7. Sueldos - Wages<br>50022.50 | 17. Total Sueldos Seguro Soc<br>Social Security Wages<br>0.0( |
| ección Postal del Empleado-Employee's Mailing Address<br>O BOX 3078<br>UNCOS, PR 00777-3078 | 5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension<br>Dia / Day, Mes / Month, Año / Year | 8. Comisiones - Commissions<br>0.00 | 18. Seguro Social Retenido<br>Social Security Tax Withhe<br>0.0( |
| | | 9. Concesiones - Allowances<br>0.00 | |
| | | 10. Propinas - Tips<br>0.00 | |
| | | 11. Total=7+8+9+10<br>50022.50 | 19. Total Sueldos y Pro. Medic<br>Medicare Wages and Tips<br>50022.5( |
| ombre y Dirección Postal del Patrono<br>nployer's Name and Mailing Address<br>DEPT DE EDUCACION-CLASIFICADOS<br>AVE. TENIENTE CESAR GONZALEZ<br>ESQUINA CALAF<br>IATO REY, PR 00919 | 6. Costo de Pensión o Anualidad<br>Cost of Pension or Annuity<br>0.00 | 12. Gastos Reemb. y Beneficios Marginales<br>Reimb. Expenses and Fringe Benefits<br>0.00 | 20. Contrib. Medicare Retenic<br>Medicare Tax Withheld<br>725.3: |
| | 6A. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage<br>0.00 | 13. Cont. Retenida - Tax Withheld<br>4277.66 | |
| mero de Teléfono del Patrono<br>ployer's Telephone Number | 6B. Donativos<br>Charitable Contributions<br>0.00 | 14. Fondo de Retiro Gubernamental<br>Governmental Retirement Fund<br>4412.08 | 21. Propinas Seguro Social<br>Social Security Tips<br>0.0( |
| :ha Cese de Operaciones:<br>ise of Operations Date:<br>Dia / Day, Mes / Month, Año / Year | Copia B para Planilla del Empleado | 15. Aportaciones a Planes Cualific.<br>Contributions to CODA PLANS<br>0.00 | 22. Seguro Social no Retenid en Propinas - Uncollected Social Security Tax on Tip |
| | | 16. Salarios bajo Ley 324-2004 | |

## Comprobante de Retención (Top Copy)

Formulario Form 499R-2/W-2 PR Rev. 09.14

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

1. Nombre - First Name: EDWIN
Apellido(s) - Surname(s): SANTIAGO PEREIRA
Dirección Postal del Empleado: PO BOX 3078, JUNCOS, PR 00777-3078

2. Nombre y Dirección Postal del Patrono:
DEPT DE EDUCACION-CLASIFICADOS
AVE. TENIENTE CESAR GONZALEZ
ESQUINA CALAF
HATO REY, PR 00919

Número Confirmación de Radicación Electrónica: S140003
Número Control - Control Number: 004427527
Año/Year: 2014
Fecha de radicación: 31 de enero - Filing date: January 31

3. Núm. Seguro Social: (blank top copy)
4. Núm. de Ident. Patronal EIN: 660433481
5. Costo de cubierta de salud: 0.00
6. Donativos: 0.00

7. Sueldos - Wages: 49320.00
8. Comisiones: 0.00
9. Concesiones: 0.00
10. Propinas - Tips: 0.00
11. Total 7+8+9+10: 49320.00
12. Gastos Reemb.: 0.00
13. Cont. Retenida - Tax Withheld: 4138.80
14. Fondo de Retiro Gubernamental: 4384.80
15. Aportaciones a Planes CODA: 0.00
16. Salarios Exentos: 0.00
16A. Código Salarios Exentos:
16B. Aportaciones Programa Ahorra: 0.00

17. Total Sueldos Seguro Social: 0.00
18. Seguro Social Retenido: 0.00
19. Total Sueldos y Pro. Medicare: 49320.00
20. Contrib. Medicare Retenida: 715.14
21. Propinas Seguro Social: 0.00
22. Seguro Social no Retenido en Propinas: 0.00
Contrib. Medicare no Retenida: 0.00

---

## Comprobante de Retención (Bottom Copy)

1. Nombre: EDWIN
3. Núm. Seguro Social: 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
Apellido(s): SANTIAGO PEREIRA
4. EIN: 660433481
PO BOX 3078, JUNCOS, PR 00777-3078

2. DEPT DE EDUCACION-CLASIFICADOS
AVE. TENIENTE CESAR GONZALEZ
ESQUINA CALAF
HATO REY, PR 00919

S140003
004427527
Año/Year: 2014
Fecha de radicación: 31 de enero - Filing date: January 31

7. Sueldos: 49320.00
8. Comisiones: 0.00
9. Concesiones: 0.00
10. Propinas: 0.00
11. Total: 49320.00
12. Gastos: 0.00
13. Cont. Retenida: 4138.80
14. Fondo Retiro: 4384.80
15. CODA: 0.00
16. Salarios Exentos: 0.00
16B: 0.00
5. Costo cubierta salud: 0.00
6. Donativos: 0.00

17. Total Sueldos Seguro Social: 0.00
18. Seguro Social Retenido: 0.00
19. Medicare Wages: 49320.00
20. Medicare Retenida: 715.14
21. Propinas Seguro Social: 0.00
22. Seguro Social no Retenido: 0.00
Medicare no Retenida: 0.00

L8113750500 JOSE RAMON 004427527
DEPT DE EDUCACION-CLASIFICADOS
AVE. TENIENTE CESAR GONZALEZ
ESQUINA CALAF
HATO REY, PR 00919

EDWIN
SANTIAGO PEREIRA
PO BOX 3078
JUNCOS, PR 00777-3078

*Estará disponible a partir de enero a través de colecturía virtual en la página del Departamento de Hacienda - www.hacienda.gobierno.pr*.

Form 499R-2/W-2 PR
Rev. 08.15

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO

DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
COMPROBANTE DE RETENCIÓN - WITHHOLDING STATEMENT

| | DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION | SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
|---|---|---|

| 1. Nombre-First Name EDWIN | 3. Núm. Seguro Social Social Security No. | 7. Sueldos - Wages 49320.00 | 17. Total Sueldos Seguro Social Social Security Wages 0.00 |
|---|---|---|---|
| Apellido(s) - Surname(s) SANTIAGO PEREIRA | 4. Núm. de Ident. Patronal Employer Ident. No. (EIN) 660433481 | 8. Comisiones - Commissions 0.00 | |
| | | 9. Concesiones - Allowances 0.00 | 18. Seguro Social Retenido Social Security Tax Withheld 0.00 |
| Dirección Postal del Empleado-Employee's Mailing Address PO BOX 3078 JUNCOS, PR 00777-3078 | 5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage 0.00 | 10. Propinas - Tips 0.00 | |
| | | 11. Total 7+8+9+10 49320.00 | 19. Total Sueldos y Pro. Medicare Medicare Wages and Tips 49320.00 |
| | 6. Donativos Charitable Contributions 0.00 | 12. Gastos Reemb. y Beneficios Marginales Reimb. Expenses and Fringe Benefits 0.00 | |
| 2. Nombre y Dirección Postal del Patrono Employer's Name and Mailing Address DEPT DE EDUCACION-CLASIFICADOS AVE. TENIENTE CESAR GONZALEZ ESQUINA CALAF HATO REY, PR 00919 | Patrono: - Employer: Envíe a: - Send to: Social Security Administration Data Operations Center Wilkes-Barre, PA 18769-0001 Con la With the W-3PR | 13. Cont. Retenida - Tax Withheld 4138.80 | 20. Contrib. Medicare Retenida Medicare Tax Withheld 715.14 |
| | | 14. Fondo de Retiro Gubernamental Government Retirement Fund 4384.80 | |
| Número de Teléfono del Patrono Employer's Telephone Number | Envía al Departamento de Hacienda electrónicamente Send to Department of the Treasury electronically (www.hacienda.pr.gov) | 15. Aportaciones a Planes Cualific. Contributions to CODA PLANS 0.00 | 21. Propinas Seguro Social Social Security Tips 0.00 |
| Fecha Cese de Operaciones: Cease of Operations Date: Día Day Mes Month Año Year | Entregue dos copias al empleado Deliver two copies to employee | 16. Salarios Exentos (Ver instrucciones) Exempt Salaries (See instructions) 0.00 | 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips 0.00 |
| Número Confirmación de Radicación Electrónica Electronic Filing Confirmation Number S150008 | Conserve copia para sus records Keep copy for your records | 16A. Código de Salarios Exentos Exempt Salaries Code | |
| Número Control - Control Number 004946371 | Año: Year: 2015 | 16B. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program 0.00 | 23. Contrib. Medicare no Retenido en Propinas - Uncollected Medicare Tax on Tips 0.00 |
| Fecha de radicación: 31 de enero - Filing date: January 31 | | | |

Reproducido por: Departamento de Hacienda

| TO RICO - C ONWEALTH OF PUERTO RICO<br>- DEPART. OF THE TREASURY<br>ION - WITHHOLDING STATEMENT | INFORMACION PARA EL<br>DEPARTAMENTO DE HAC E<br>DEPARTMENT OF THE TREASURY<br>INFORMATION | INFORMACION PARA EL<br>SEGURO SOCIAL<br>SOCIAL SECURITY<br>INFORMATION |
|---|---|---|
| 3. Núm. Seguro Social<br>Social Security No. | 7. Sueldos - Wages<br>49320.00 | 17. Total Sueldos Seguro Social<br>Social Security Wages<br>0.00 |
| 4. Núm. de Ident. Patronal<br>Employer Ident. No. (EIN)<br>660433481 | 8. Comisiones - Commissions<br>0.00 | |
| | 9. Concesiones - Allowances<br>0.00 | 18. Seguro Social Retenido<br>Social Security Tax Withheld<br>0.00 |
| 5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage<br>0.00 | 10. Propinas - Tips<br>0.00 | |
| | 11. Total=7+8+9+10<br>49320.00 | |
| 6. Donativos<br>Charitable Contributions<br>0.00 | 12. Gastos Reemb. y Beneficios Marginales<br>Reimb. Expenses and Fringe Benefits<br>0.00 | 19. Total Sueldos y Pro. Medicare<br>Medicare Wages and Tips<br>49320.00 |
| Patrono: - Employer:<br>* Envie a: - Send to:<br>Social Security Administration<br>Data Operations Center Wilkes-Barre, PA 18769-0001<br>Con la With the W-3PR | 13. Cont. Retenida - Tax Withheld<br>4138.80 | 20. Contrib. Medicare Retenida<br>Medicare Tax Withheld<br>715.14 |
| | 14. Fondo de Retiro Gubernamental<br>Governmental Retirement Fund<br>4384.80 | |
| * Envie al Departamento de Hacienda electrónicamente<br>Send to Department of the Treasury electronically<br>(www.hacienda.pr.gov)<br>* Entregue dos copias al empleado<br>Deliver two copies to employee<br>* Conserve copia para sus récords<br>Keep copy for your records | 15. Aportaciones a Planes Cualific.<br>Contributions to CODA PLANS<br>0.00 | 21. Propinas Seguro Social<br>Social Security Tips<br>0.00 |
| | Salarios Exentos (Ver instrucciones)<br>Exempt Salaries (See instructions)<br>16. Código/Code 0.00 | 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips<br>0.00 |
| | Código/Code<br>16A. 0.00 | |
| Año:<br>Year: 2016<br>Filing date: January 31 | 16B. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program<br>0.00 | 23. Contrib. Medicare no Retenido en Propinas - Uncollected Medicare Tax on Tips<br>0.00 |

Reproducido por: Departamento de Hacienda

Formulario
Form 499R-2/W-2PR
Rev. 07.17

GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

222

## COMPROBANTE DE RETENCIÓN - WITHHOLDING STATEMENT

| | | INFORMACIÓN PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION | INFORMACIÓN PARA EL SEGURO SOCIAL / SOCIAL SECURITY INFORMATION |
|---|---|---|---|
| 1. Nombre - First Name: EDWIN | 3. Núm. Seguro Social / Social Security No.: | 7. Sueldos - Wages: 49,320.00 | 17. Total Sueldos Seguro Social / Social Security Wages: 0.00 |
| Apellido(s) - Last Name(s): SANTIAGO PEREIRA | 4. Núm. de Ident. Patronal / Employer Ident. No. (EIN): 660433461-081 | 8. Comisiones - Commissions: 0.00 | |
| | | 9. Concesiones - Allowances: 0.00 | 18. Seguro Social Retenido / Social Security Tax Withheld: 0.00 |
| Dirección Postal del Empleado - Employee's Mailing Address: PO BOX 3078 JUNCOS PR 00777 | 5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage: 0.00 | 10. Propinas - Tips: 0.00 | |
| | 6. Donativos / Charitable Contributions: 0.00 | 11. Total = 7 + 8 + 9 + 10: 49,320.00 | 19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips: 49,320.00 |
| Fecha de Nacimiento / Date of Birth: Día / Day 15, Mes / Month 12, Año / Year 1965 | | 12. Gastos Reemb. y Beneficios Marginales / Reimb. Expenses and Fringe Benefits: 0.00 | |
| 2. Nombre y Dirección Postal del Patrono / Employer's Name and Mailing Address: DEPT DE EDUCACION CLASIFICADOS, AVE. TENIENTE CESAR GO, ESQUINA CALAF, HATO REY PR 00919 | **Patrono: - Employer:** • Envíe a: - Send to: Social Security Administration, Data Operations Center, Wilkes-Barre, PA 18769-0001, Con la / With the W-3PR | 13. Cont. Retenida - Tax Withheld: 4,141.34 | 20. Contrib. Medicare Retenida / Medicare Tax Withheld: 715.14 |
| | | 14. Fondo de Retiro Gubernamental / Governmental Retirement Fund: 4,374.65 | |
| Número de Teléfono del Patrono / Employer's Telephone Number: (787) 773-3508 | • Envíe al Departamento de Hacienda electrónicamente / Send to Department of the Treasury electronically (www.hacienda.pr.gov) | 15. Aportaciones a Planes Cualific. / Contributions to CODA PLANS: 0.00 | 21. Propinas Seguro Social / Social Security Tips: 0.00 |
| Fecha Cese de Operaciones / Cease of Operations Date: Día / Day ____ Mes / Month ____ Año / Year ____ | | Salarios Exentos (Ver instrucciones) / Exempt Salaries (See Instructions) | |
| Número Confirmación de Radicación Electrónica / Electronic Filing Confirmation Number: S170008 | • Entregue dos copias al empleado / Deliver two copies to employee | 16. Código/Code: 0.00 | 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips: 0.00 |
| | • Conserve copia para sus récords / Keep copy for your records | 16A. Código/Code: 0.00 | |
| Número Control - Control Number: 007003719 | Año: / Year: **2017** | 16B. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program: 0.00 | 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips: 0.00 |
| Fecha de radicación: 31 de enero - Filing date: January 31 | | | |

### INSTRUCCIONES PARA EL EMPLEADO
### DEBERÁ SOMETER COPIA AL RENDIR SU PLANILLA

De acuerdo al Código de Rentas Internas de Puerto Rico de 2011, según enmendado (Código), viene obligado a rendir planilla de contribución sobre ingresos todo individuo residente que:

- sea contribuyente individual o casado, si durante el año contributivo tuviere un ingreso bruto reducido por las exenciones de la Sección 1031.02 del Código mayor de $5,000:
- sea casado que viva con su cónyuge y opte por rendir planilla separada, si durante el año contributivo tuviere un ingreso bruto reducido por las exenciones de la Sección 1031.02 del Código de $2,500 o más; o
- tenga ingreso neto sujeto a contribución básica alterna de $150,000 o más.

PENALIDAD – El Código dispone lo siguiente: Toda persona obligada bajo cualquier Subtítulo del Código a rendir una planilla, declaración, certificación o informe, que voluntariamente dejare de rendir dicha planilla, declaración, certificación o informe dentro del término o términos fijados por el Subtítulo correspondiente o por reglamentos, además de otras penalidades establecidas por el Código, incurrirá en delito menos grave, y en caso de convicción, será castigada con pena de multa no mayor de $5,000, o con pena de reclusión por un término máximo de 90 días, o ambas penas, a discreción del tribunal, más las costas del proceso. En aquellos casos en que cualquier persona voluntariamente dejare de rendir dicha planilla, declaración, certificación o informe (dentro de los términos fijados por el Subtítulo correspondiente o por reglamentos), con la intención de evadir o derrotar cualquier contribución impuesta por el Código, además de otras penalidades establecidas por el Código, incurrirá en un delito grave de tercer grado, y en caso de convicción, será sancionada con pena de reclusión la cual fluctuará entre tres años un día y ocho años. El Tribunal a su discreción podrá imponer la pena fija de reclusión establecida o pena de multa que no excederá de $20,000, o ambas penas, más las costas del proceso.

Retenga copia de este formulario para sus récords. Puede usarla para establecer su derecho a los beneficios del seguro social. Si su nombre, dirección o número de seguro social están incorrectos, informe el error a su patrono para que le complete un Formulario 499R-2c/W-2cPR.

### INSTRUCTIONS FOR THE EMPLOYEE
### A COPY MUST BE SUBMITTED WITH YOUR RETURN

Pursuant to the Puerto Rico Internal Revenue Code of 2011, as amended (Code), an income tax return must be filed by any resident individual who:

- is an individual or married taxpayer, who during the taxable year had gross income, reduced by the exemptions established in Code Section 1031.02, greater than $5,000:
- is a married individual who lived with his/her spouse, and elects to file separate returns, that during the taxable year had gross income, reduced by the exemptions established in Code Section 1031.02, of $2,500 or more; or
- has net income subject to alternate basic tax of $150,000 or more.

PENALTY – The Code provides the following: Every person required under any Subtitle of the Code to file a return, statement, certification or report, who willfully fails to file such return, statement, certification or report within the term or terms established by the corresponding Subtitle or by regulations, in addition to other penalties provided by the Code, shall be guilty of a misdemeanor, and upon conviction thereof, punished by a fine of not more than $5,000, or imprisonment for a term of not more than 90 days, or both penalties, at the discretion of the Court, plus the costs of prosecution. In the case of any person who willfully fails to file such return, statement, certification or report (within the terms established by the corresponding Subtitle or by regulations), with the intention to evade or defeat any tax imposed by the Code, in addition to other penalties provided by the Code shall be guilty of a third degree felony, and upon conviction thereof, punished by imprisonment for a term ranging from three years and one day to eight years. The Court may impose, at its discretion, the fixed penalty of imprisonment provided or a fine of not more than $20,000, or both penalties, plus the costs of prosecution.

Keep copy of this form for your records. You can use it to prove your right to social security benefits. If your name, address or social security number is incorrect, inform this to your employer and request a Form 499R-2c/W-2cPR.

Formulario
Form 499R-2/W-2PR
Rev. 07.18

GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

222   COMPROBANTE DE RETENCIÓN - WITHHOLDING STATEMENT

| INFORMACIÓN PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION | INFORMACIÓN PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
|---|---|

| 1. Nombre - First Name | 3. Núm. Seguro Social Social Security No. | 7. Sueldos - Wages 50,153.35 | 17. Total Sueldos Seguro Social Social Security Wages |
|---|---|---|---|
| EDWIN | | 8. Comisiones - Commissions 0.00 | 0.00 |
| Apellido(s) - Last Name(s) | 4. Núm. de Ident. Patronal Employer Ident. No. (EIN) 66-0433481 | 9. Concesiones - Allowances 0.00 | 18. Seguro Social Retenido Social Security Tax Withheld |
| SANTIAGO PEREIRA | | 10. Propinas - Tips 0.00 | 0.00 |
| Dirección Postal del Empleado - Employee's Mailing Address | 5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage 0.00 | 11. Total = 7 + 8 + 9 + 10 50,153.35 | 19. Total Sueldos y Pro. Medicare Medicare Wages and Tips |
| PO BOX 3078 | | 12. Gastos Reemb. y Beneficios Marginales 0.00 | 50,153.35 |
| JUNCOS PR 00777 | 6. Donativos Charitable Contributions 0.00 | 13. Contr. Retenida - Tax Withheld 4,260.14 | 20. Contrib. Medicare Retenida Medicare Tax Withheld |
| Fecha de Nacimiento: Día 15 Mes 12 Año 1965 Date of Birth: Day Month Year | | 14. Fondo de Retiro Gubernamental Governmental Retirement Fund 4,459.80 | 727.22 |
| 2. Nombre y Dirección Postal del Patrono Employer's Name and Mailing Address DEPT DE EDUCACION CLASIFICADOS AVE. TENIENTE CESAR GO ESQUINA CALAF HATO REY, PR 00919-0000 | Patrono: - Employer: Indique si la remuneración incluye pagos al empleado por: Indicate if the remuneration includes payments to the employee for: A - ☐ Servicios prestados por un médico cualificado bajo la Ley 14-2017 Services rendered by a qualified physician under Act 14-2017 | 15. Aportaciones a Planes Calificados Contributions to CODA PLANS 0.00 | 21. Propinas Seguro Social Social Security Tips |
| | | Salarios Exentos (Ver instrucciones) Exempt Salaries (See instructions) Código/Code 16. 0.00 | 0.00 |
| Número de Teléfono del Patrono Employer's Telephone Number | | | 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips |
| Fecha Cese de Operaciones: Día Mes Año Cease of Operations Date: Day Month Year | B - ☐ Servicios domésticos Domestic services | Código/Code 16A. 0.00 | 0.00 |
| Número de Confirmación de Radicación Electrónica Electronic Filing Confirmation Number F0717193216 | C - ☐ Otros / Others: | Código/Code 16B. 0.00 | 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips |
| Número Control - Control Number 180075719 | Año: Year: 2018 | 16C. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program 0.00 | 0.00 |
| Fecha de radicación: 31 de enero - Filing date: January 31 | | | 0.00 |

8/14/19





Sello

5120
02/08/2019
$1.00
Sello de Rentas Internas
00063-2019-0208-45635013