RECEIVED & FILED
2020 MAR 16 PM 2:35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaria
Clerk Office
Room 150, Federal Building
San Juan, PR

Anita Bonilla Colón
Lindaraja, 2620
Alhambra Ponce PR. 00716

13 de Marzo de 2020

Estimados Señores:

El 11 de marzo de 2020, se recibe documentos de reclamación Promesa Title III. Agradezco infinitamente la oportunidad de poder corregir y someter nuevamente las evidencias o documentos.
Se corrigen las siguientes deficiencias señaladas: Firma a mano los documentos sometidos y borrar con líquido corrector los números de seguro social y de patrono.

Cordialmente,

*[firma]*
Anita Bonilla Colón

Nota: Hubo que cortar números que el líquido corrector no borraba en su totalidad

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re: Financial Oversight & Management Board for Puerto Rico | 3:17-BK-3283 (LTS) |
| | PROMESA Title III |
| *as representative of* | |
| | (Jointly Administrated) |
| The Commonwealth of Puerto Rico, *et al.* | |
| Debtors | |

## NOTICE OF DEFECTIVE PLEADING
*(Notificación de Documento Defectuoso)*

The Clerk of Court has received your pleading on March 3, 2020. However, the deficiencies listed below have prevented us from filing the same in the case docket. You must submit a corrected pleading if you want it to form part of the record.

La Secretaría del Tribunal recibió su escrito el 3 de marzo de 2020. No obstante, las deficiencias que abajo se señalan nos impiden aceptarlo y entrarlo en el sumario del caso. Debe usted someter un escrito debidamente corregido si quiere que el mismo forme parte del expediente.

Page **1** of **2**

NOTICE OF DEFECTIVE PLEADING
*(Notificación de Documento Defectuoso)*
3:17-BK-3283 (LTS)

| 1 |   | Pleading is illegible. L.Civ.R. 10<br>*(El escrito radicado es ilegible o no cumple con la R.L.Civ. 10)* |
|---|---|---|
| 2 | X | Lacks proper signature. Documents presented to the court in paper require a handwritten signature. L.Civ.R. 11<br>*(Documento no está firmado adecuadamente. Los documentos sometidos en papel tienen que estar firmados a mano. R.L.Civ. 11)* |
| 3 |   | PROMESA Cover Sheet for Adversary Proceedings (DPR Modified PROMESA B1040) was not included. L.Bkcy.R. 7003-1<br>http://www.prd.uscourts.gov/promesa/forms-attorneys<br>*(No se incluyó la Hoja de Trámite para Casos Adversarios (DPR Modified PROMESA B1040).* |
| 4 |   | Failure to pay the filing fee in the amount of $400.00. See, L.Cv.R. 3.1(a). Payment shall be made within 24 hours in person at the Clerk's Office U.S. District Court with copy of the complaint /notice of removal.<br>*(Incumplimiento con el pago de la cuota de radicación por la cantidad de $400.00. El pago debe hacerse personalmente dentro de 24 horas en la Secretaría del Tribunal Federal de Distrito adjuntando una copia de la demanda / notificación de remoción.)* |
| 5 | X | Other: Please blackout or omit from your documents any personal information such as: medical records, Social Security number, financial account numbers, date of birth, driver's license or any other personal identifying numbers as per Local Civil Rule 5.2<br>*(Otro:) Favor de eliminar u omitir de sus documentos cualquier información personal como: documentos médicos, número de Seguro Social, números de cuentas financieras, fecha de nacimiento, licencia de conducir o cualquier otro número de identificación de acuerdo con la Regla Local Civil 5.2* |

Date: March 6, 2020

MARIA ANTONGIORGI-JORDAN, ESQ.
Clerk of Court

By: s/ Marian B. Ramirez Rivera
Marian B. Ramirez Rivera
Deputy Clerk

sc: to filer with original filing attached

*Número de Evidencia de Reclamación:* 88159
*Reclamante*: Bonilla Colon, Anita

RECEIVED &
2020 MAR -3 PM 5: 45
CLERK'S OFFICE

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

**Instrucciones**

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial**. A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación. Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

x Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta; x Una sentencia o acuerdo de conciliación sin pagar; x Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;

x Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| **Por Correo** | **Entrega en Mano o Service de Correo Postal de 24 Horas** |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

**Cuestionario**

1. **¿Cuál es el fundamento de su reclamación?**

    ☒ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

    ☐ Empleo actual o anterior en el gobierno de Puerto Rico

    ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

    _____

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**

    $27,600

Batch 2

La Ley Núm. 89 de 12 de julio de 1979, conocida como "Ley de Retribución Uniforme" se legislo para concederles aumentos salariales generales a empleados del gobierno, pero nunca se recibieron 100 dólares de aumento mensuales.

88159

Entiendo que fui una empleada con un salario menor al mínimo federal.
En servicios Sociales nos asignaban trabajos de TSS IV, Gerente o TSS V y cobrábamos como TSIII.

| Documento Departamento Hacienda PR y /o certificación de la agencia | Año | Sueldo anual devengado | |
|---|---|---|---|
| | | | En el pasado se legisló para concederles aumentos generales de salario(100dolares), aumentos en la aportación patronal de para el pago de primas de los planes médicos, y aumentos permitidos por la Ley Núm. **89 de 12 de julio de 1979**, según enmendada, conocida como "Ley de Retribución Uniforme", entre otros. **Eran 100 dólares y no se cumplió con la ley**. Así también, diversos grupos han recibido aumentos de salarios mediante la aprobación de leyes especiales como es el caso de **los policías y los maestros**. Amparándose en la ley 89 de 12 de julio de 1979 se crea Ley 96 de 1 de julio de 2002<br>Para conceder un aumento de sueldo de cien (100) dólares a los empleados públicos del Gobierno Central del Estado Libre Asociado de Puerto Rico, efectivo el 1ro. de julio de 2002. Debía haberse otorgado desde 1980. Otros empleados no recibían aumentos ejemplo empleados de servicios sociales<br><br>Reclamación por año $ 1,200 x23 años=27,600 |
| Planilla | 1980 | 8,100.00 | TSS Servicios Sociales PAN |
| Planilla | 1981 | 8,460.00 | TSS Servicios Sociales PAN |
| Planilla | 1982 | 8,466.00 | TSS Servicios Sociales PAN |
| Planilla | 1983 | 8,749.00 | TSS lll Servicios Sociales PAN |
| Planilla | 1984 | 9,468.00 | TSS Servicios Sociales PAN |
| Planilla | 1985 | 9,892.40 | TSS Servicios Sociales PAN |
| Planilla | 1986 | 10,677.00 | TSS Servicios Sociales PAN |
| Planilla | 1987 | 11,172.00 | TSS Servicios Sociales PAN |

Batch 2

12

| Planilla | 1988 | 11,532.00 | TSS Servicios Sociales PAN |
|---|---|---|---|
| Planilla extraviada | 1989 | | TSS Servicios Sociales PAN |

| | | | |
|---|---|---|---|
| Planilla | 1990 | 7,948.00 | Maestra Departamento Educación |
| Planilla | 1991 | 13,230.00 | Maestra Departamento Educación |
| Planilla | 1992 | 13,530.00 | Maestra Departamento Educación |
| Planilla | 1993 | 14,192.50 | Maestra Departamento Educación |
| Planilla | 1994 | 16,344.00 | Maestra Departamento Educación |
| Planilla | 1995 | 18,298.00 | Maestra Departamento Educación |
| | 1996 | extraviada | |
| Planillla | 1997 | 9,056.10 | Maestra Departamento Educación |
| Planilla | 1998 | 21,660 | Maestra Departamento Educación |
| | | | En 1998, se aprobó la Ley 180, la cual hizo efectivo automáticamente en la Isla cualquier aumento al salario mínimo que hiciera el Gobierno federal. (se desconoce este aumento) |
| Planilla | 1999 | 23,000 | Maestra Departamento Educación |
| Planilla | 2000 | 24,456.50 | Maestra Departamento Educación |
| Planilla | 2001 | 26,335.38 | Maestra Departamento Educación |
| | | | Amparándose en la ley 89 de 12 de julio de 1979 se crea Ley 96 de 1 de julio de 2002 |
| | | | Para conceder un aumento de sueldo de cien (100) dólares a los empleados públicos del Gobierno Central del Estado Libre Asociado de Puerto Rico, efectivo el 1ro. de julio de 2002. |
| Planilla | 2002 | 28,825.00 | Maestra Departamento Educación |
| Planilla | 2003 | 33,400.85 | Maestra Departamento Educación |
| | | | 23 años x $1200 =27,600 |

*Número de Evidencia de Reclamación*:
*Reclamante*: Bonilla Colon, Anita

Batch 2

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?

   ☐ No. *Pase a la Pregunta 4.*

   ☒ Sí. **Responda preguntas 3(a)-(d).**

   3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó:
   Trabaje Departamento de Servicios Sociales, (Programa de Cupones para Alimentos) y Trabaje Departamento de Educación

   _____

   3(b). Identifique las fechas de su empleo con relación a su reclamación:

   88159

   1. Trabaje en Departamento de Servicios Sociales 1974 hasta julio 1990, pero la ley 89 es del 1979
   2. Trabaje en Departamento de Educación 1990 al 2003

   3(c). Últimos cuatro dígitos de su número de seguro social: <u>9835</u>

   3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):

   ☐ Jubilación

   ☒ Salarios impagos

   ☐ Días por enfermedad

   ☐ Queja con el sindicato

   ☐ Vacaciones

   ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

   _____
   _____

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?

   ☐ No.

   ☒ Sí. **Responda Preguntas 4(a)-(f).**

   4(a). Identifique el departamento o agencia que es parte de esta acción.

   Departamento de la Familia, o Servicios Sociales, Programa de Cupones

   Departamento de Educación

   4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución:

   Tribunal de distrito de los Estados Unidos para el Distrito de PR

**Batch 2**

14

4(c). Número de caso: <u>17-03283</u>

4(d). Título, epígrafe, o nombre del caso: Ley Promesa (casos Titulo III)

_____

2

*Número de Evidencia de Reclamación: Reclamante*: Bonilla Colon, Anita

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado) <u>Pendiente de resolución</u>

4(f). ¿Tiene usted una sentencia impaga? Sí / X̄.No (Marque una) De ser así, ¿cuál es la fecha y el monto de la sentencia?

_____

**Batch 2**

*[signature: Anita Bonilla Colón]*

# CERTIFICACIÓN

Certifico que la Sra. **Anita Bonilla Colón**, presto servicios para la Administración de Desarrollo Socioeconómico, adscrito al Departamento de la Familia desde el 1 de julio de 1975 hasta el 31 de julio de 1990.

La señora **Bonilla Colón** ocupo los siguientes puestos y salarios a continuación:

| Clasificación del Puesto | Periodos de Servicios | | Sueldo Mensual |
|---|---|---|---|
| | Desde | Hasta | |
| Técnica de Servicios Sociales I | 1 julio 1975 | 30 junio de 1977 | $495.00 |
| Técnica de Servicios Sociales I | 1 julio de 1977 | 31 agosto 1978 | $525.00 |
| Técnica de Servicios Sociales II | 1 septiembre 1978 | 30 septiembre 1979 | $595.00 |
| Técnica de Servicios Sociales II | 1 octubre 1979 | 31 julio 1980 | $630.00 |
| Técnica de Servicios Sociales III | 1 agosto 1980 | 30 septiembre 1983 | $685.00 |
| Técnica de Servicios Sociales III | 1 octubre 1983 | 31 marzo 1984 | $715.00 |
| Técnica de Servicios Sociales III | 1 abril 1984 | 31 julio 1985 | $787.00 |
| Técnica de Servicios Sociales III | 1 agosto 1985 | 15 noviembre 1985 | $817.00 |
| Técnica de Servicios Sociales IV | 16 noviembre 1985 | 30 septiembre 1986 | $856.00 |
| Técnica de Servicios Sociales IV | 1 octubre 1986 | 31 marzo 1988 | $911.00 |
| Técnica de Servicios Sociales IV | 1 abril 1988 | 30 junio 1990 | $951.00 |
| Técnica de Servicios Sociales IV | 1 julio 1990 | 31 julio 1990 | $1,001.00 |

Dado hoy, 4 de febrero de 2020, en San Juan, Puerto Rico.

Nerita Molina Ríos, MBA
Administradora Auxiliar
Oficina de Recursos Humanos

Nota: Esta certificación no será válida si presenta tachaduras, correcciones o alteraciones, si no presenta el logo o sello oficial de la agencia y firma del Administrador Auxiliar de Recursos Humanos o su representante autorizado. Válida por seis (6) meses.

Ave. Ponce de León No. 800 Capitol Office Building • PO Box 8000, San Juan, PR 00910-0800 • 787.289-7600
Oficina de Recursos Humanos, División de Servicios al Empleado

Bureau of In... **COMPROBANTE DE RETENCION—WITHHOLDING STATEMENT**

| 1 Nombre y Dirección del Empleado / Name and Address of Employee | 2 Núm. de Cuenta del Empleado / Employee Account Number | INFORMACIÓN PARA LA PLANILLA DE CONT. SOBRE INGRESOS—INCOME TAX RETURN INFORMATION | | INFORMACIÓN DE SEGURO SOCIAL—SOCIAL SECURITY INFORMATION | | |
|---|---|---|---|---|---|---|
| ANITA BONILLA COLON | | 3 Estado Civil—Civil Status Soltero/Single ☐ Casado/Married ☐ | 4 Sueldos Wages 8,100.00 | 5 Subtotal ☐ | Corrección Correction ☐ | Nulo Void ☐ |
| | 6 Número de Cuenta del Cónyuge / Spouse Account No. | 7 Comisiones Commissions .00 | | 8 Total de Sueldos (FICA) Total FICA wages 8,100.00 | | |
| 9 Nombre y Dirección del Patrono / Name and Address of Employer | 10 Núm. de Cuenta Patronal / Employer Account No. | 11 Total 8,100.00 | | 12 Seguro Social Retenido FICA tax withhold 496.53 | | |
| SERVICIOS SOCIALES 111-77-11-092**000000 ASIS PUB PROG DIS CUP ALI REG PONC9AOL | 77 | 13 Cont. Retenida Tax Withheld 904.87 | | 14 Propinas (FICA) FICA tips .00 | | |
| | Copia C Para Records del Empleado Copy C for Employee's Records AÑO/YEAR 19 80 | 15 Fondo de Retiro Retirement Fund 550.20 | | 16 Seguro Social no retenido en propinas—Uncollected FICA tax on tips .00 | | |

COMPROBANTE DE RETENCION — WITHHOLDING STATEMENT

| 1 Nombre y Dirección del Empleado / Name and Address of Employee | 2 Núm. Cuenta (Seg. Soc.) Account Number (Soc. Sec.) | 4. Sueldos Wages 5,350.00 | INFORMACION DE SEG. SOCIAL—SOCIAL SEC. INFORMATION |
|---|---|---|---|
| ANITA BONILLA COLON | | 7a. Comisiones Commissions .00 | 5 Subtotal |
| | 3 Estado Civil Civil Status Soltero/Single ☐ Casado/Married ☐ | 7b. Concesiones Allowances .00 | 8 Total de Sueldos (FICA) Total FICA Wages |
| | 6. Núm. Cuenta Cónyuge (Seg. Soc.) Spouse's Account No. (Soc. Sec.) | 11 Total = 4 + 7a + 7b 5,350.00 | 5,350.00 |
| 9 Nombre y Dirección del Patrono / Name and Address of Employer | 10 Núm. de Cuenta Patronal Employer's Account No. (EIN) | 11a Gastos Reembolsados Reimburses Expenses | 12 Seguro Social Retenido FICA Tax Withheld 77.58 |
| INSTRUCCION — MAESTRO  60 111-081-01-075**000075 ENSEP EL, INTER, VILLALBA, 0000 | | 13 Cont. Retenida Tax Withhold 165.65 | 14 Propinas (FICA) FICA tips |
| | Copia C Para Records del Empleado Copy C for Employee's Records | 15 Fondo de Retiro Retirement Fund 374.50 | .00 |
| | AÑO YEAR 19 90 | 15a Aportaciones a Planes Cualificados Contributions to CODA PLANS .00 | 16 Seguro Social no retenido en propinas-Uncollected FICA tax on tips .00 |

*[signature: Anita Bonilla Colón]*

## (Top form — partial)

| Field | Value |
|---|---|
| 4. Estado Civil / Civil Status | Soltero/Single ☐  Casado/Married ☐ |
| 5. Núm. Cuenta Cónyuge (Seg. Soc.) | |
| 6. Núm. de Cuenta Patronal (E IN) | |
| 7. Costo de la Pensión o Anualidad | .00 |
| 10. Concesiones - Allowances | .00 |
| 11. Total = 8 + 9 + 10 | 13,930.00 |
| 12. Gastos Reembolsados | .00 |
| 13. Cont. Retenida - Tax Withheld | 473.44 |
| 14. Fondo de Retiro / Retirement Fund | 930.30 |
| 16. Plan No-cualificado / Non-qualified Plans | .00 |
| 18. Total Sueldos Seg. Soc. | .00 |
| 19. Seguro Social Retenido | .00 |
| 20. Total Sueldos y Prop. Medicare / Medicare Wages and Tips | 13,930.00 |
| 21. Contrib. Medicare Retenida | 196.20 |
| 22. Propinas (Seguro Social) | .00 |
| 23. Seguro Social no retenido en propinas | .00 |
| 24. Contrib. Medicare no retenida en propinas | .00 |

Nombre y Dirección del Patrono / Name and Address of Employer:
INSTRUCCION -- MAEST   80
111-081-01-075+0000075
ENSEP EL,INTER,
VILLALBA   0000

Copia C Para Records del Empleado — Copy C for Employee's Records
Año / Year: 1993

---

Forma / Form 499 R-2/W-2 PR
Rev. Jul. 1993

¡Hacienda Para Servirle!
ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
Area de Rentas Internas y Recaudaciones - Internal Revenue and Collections Area
Negociado de Contribución Sobre Ingresos - Bureau of Income Tax

**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

1. Nombre y Dirección del Empleado / Name and Address of Employee:
ANITA BONILLA COLON

2. Nombre y Dirección del Patrono / Name and Address of Employer:
INSTRUCCION -- MAEST   80
111-081-01-075+0000075
ENSEP EL,INTER,
VILLALBA   0000

| Field | Value |
|---|---|
| 3. Núm. Cuenta (Seg. Soc.) | |
| 4. Estado Civil — Soltero/Single ☐  Casado/Married ☐ | |
| 5. Núm. Cuenta Cónyuge | |
| 6. Núm. de Cuenta Patronal (E IN) | |
| 7. Costo de la Pensión o Anualidad | .00 |
| 8. Sueldos / Wages | 14,192.50 |
| 9. Comisiones - Commissions | .00 |
| 10. Concesiones - Allowances | .00 |
| 11. Propinas - Tips | .00 |
| 12. Total = 8 + 9 + 10 + 11 | 14,192.50 |
| 13. Gastos Reembolsados | .00 |
| 14. Cont. Retenida - Tax Withheld | 554.99 |
| 15. Fondo de Retiro / Retirement Fund | 976.68 |
| 16. Aportaciones a Planes Cualificados / Contributions to CODA PLANS | .00 |
| 17. Subtotales - cada 41 / Subtotals - every 41 | ☐ |
| 18. Total Sueldos Seg. Soc. / Soc. Security Wages | .00 |
| 19. Seguro Social Retenido | .00 |
| 20. Total Sueldos y Prop. Medicare / Medicare Wages and Tips | 14,192.50 |
| 21. Contrib. Medicare Retenida | 205.80 |
| 22. Propinas (Seguro Social) | .00 |
| 23. Seguro Social no retenido en propinas | .00 |
| 24. Contrib. Medicare no retenida en propinas | .00 |

Copia C Para Records del Empleado — Copy C for Employee's Records
Año / Year: 1993

[signature: Anita Bonilla Colón]

## Form 499 R-2/W-2 PR — Year 1994

| Field | Value |
|---|---|
| 1. Nombre-First Name | (blank) |
| Apellido(s)-Surname(s) | BONILLA COLON |
| 3. Núm. Seguro Social | (illegible) |
| 4. Estado Civil | Soltero/Single |
| 2. Nombre y Dirección del Patrono | INSTRUCCION -- MAEST 80<br>111-081-01-075**000075<br>ENSEÑ ELoINTERo<br>VILLALBA 0000 |
| 7. Costo de la Pensión o Anualidad | .00 |
| 8. Sueldos-Wages | (illegible) |
| 9. Comisiones-Commissions | .00 |
| 10. Concesiones-Allowances | .00 |
| 11. Propinas-Tips | .00 |
| 12. Total = 8 + 9 + 10 + 11 | 16,364.90 |
| 13. Gastos Reembolsados | .00 |
| 14. Cont. Retenida-Tax Withheld | 824.46 |
| 15. Fondo de Retiro | 1,127.32 |
| 16. Aportaciones a Planes Cualific. CODA PLANS | .00 |
| 18. Total Sueldos Seg. Soc. Wages | .00 |
| 19. Seguro Social Retenido | .00 |
| 20. Total Sueldos y Pro. Medicare Wages and Tips | 16,364.90 |
| 21. Contrib. Medicare Retenida | 237.03 |
| 22. Propinas (Seguro Social) | .00 |
| 23. Seguro Social no Retenido en propinas | .00 |
| 24. Contrib. Medicare no Retenida en propinas | .00 |

Copia C para Records del Empleado — Copy C for Employee's Records
Año / Year: 1994

Instrucciones al dorso de Copia D-For instructions see back of Copy D

---

## Forma 499 R-2/W-2 PR Rev. Ago. 95 — Year 1995

Hacienda para Servirle
GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
Area de Rentas Internas y Recaudaciones - Internal Revenue and Collections Area

**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

| Field | Value |
|---|---|
| 1. Nombre-First Name | ANITA |
| Apellido(s)-Surname(s) | BONILLA COLON |
| 3. Núm. Seguro Social | (illegible) |
| 4. Estado Civil | Soltero/Single |
| 2. Nombre y Dirección del Patrono | INSTRUCCION -- MAEST 80<br>111-081-13-112**000075<br>SER.AUX.ASI.TEC<br>LIC MAESTRO0000 |
| 7. Costo de Pensión o Anualidad | .00 |
| 8. Sueldos-Wages | 18,298.75 |
| 9. Comisiones-Commissions | .00 |
| 10. Concesiones-Allowances | .00 |
| 11. Propinas-Tips | .00 |
| 12. Total = 8 + 9 + 10 + 11 | 18,298.75 |
| 13. Gastos Reembolsados | .00 |
| 14. Cont. Retenida-Tax Withheld | 1,000.72 |
| 15. Fondo de Retiro | 1,264.11 |
| 16. Aportaciones a Planes Cualific. CODA PLANS | .00 |
| 17. Subtotales-cada 41 | ☐ |
| 18. Total Sueldos Seg. Soc. Wages | .00 |
| 19. Seguro Social Retenido | .00 |
| 20. Total Sueldos y Pro. Medicare Wages and Tips | 18,298.75 |
| 21. Contrib. Medicare Retenida | 265.35 |
| 22. Propinas Seguro Social | .00 |
| 23. Seguro Social no Retenido en Propinas | .00 |
| 24. Contrib. Medicare no Retenida en Propinas | .00 |

Copia C para Records del Empleado — Copy C for Employee's Records
Año / Year: 1995

Instrucciones al dorso de Copia D-For instructions see back of Copy D

*(signed) Anita Bonilla Colon*

## Form 1 (Year 1997)

| Field | Value |
|---|---|
| Apellido(s)-Surname(s) | BONILLA COLON |
| 2. Nombre y Dirección del Patrono / Name and Address of Employer | INSTRUCCION -- MAEST  80<br>111-081-09-075**000075<br>ESC. DE LA COMUN<br>VILLALBA  0000 |
| 4. Estado Civil – Single / Married | .00 (Soc. Sec. Wages) |
| 10. Concesiones-Allowances | .00 |
| 11. Propinas-Tips | .00 |
| 12. Total = 8+9+10+11 | 9,058.10 (approx) |
| 13. Gastos Reembolsados / Reimbursed Expenses | .00 |
| 14. Cont. Retenida - Tax Withheld | 536.95 |
| 15. Fondo de Retiro / Retirement Fund | 811.46 (approx) |
| 16. Aportaciones a Planes Cualific. / Contributions to CODA PLANS | .00 |
| 19. Seguro Social Retenido / Soc. Sec. Tax Withheld | .00 |
| 20. Total Sueldos y Pro. Medicare / Medicare Wages and Tips | 8,742.00 (approx) |
| 21. Contrib. Medicare Retenida / Medicare Tax Withheld | 126.76 |
| 22. Propinas (Seguro Social) / Soc. Security Tips | .00 |
| 23. Seguro Social no Retenido en Propinas-Uncollected Soc. Sec. Tax on Tips | .00 |
| 24. Contrib. Medicare no Retenida en Propinas-Uncollected Medicare Tax on Tips | .00 |

Copia C para Récords del Empleado — Copy C for Employee's Records

Año / Year: **1997**

Instrucciones al dorso de Copia D - For instructions see back of Copy D

---

## Form 499R-2/W-2PR (Rev. 05.98) — Year 1998

DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

| Field | Value |
|---|---|
| 1. Nombre-First Name | ANITA |
| Apellido(s)-Surname(s) | BONILLA COLON |
| 2. Nombre y Dirección Postal del Patrono / Employer's Name and Mailing Address | INSTRUCCION -- MAEST  80<br>111-081-09-075**000075<br>ESC. DE LA COMUN<br>VILLALBA  0000 |
| 4. Estado Civil-Civil Status | Single / Married |
| 8. Sueldos - Wages | 21,690.00 |
| 9. Comisiones-Commissions | .00 |
| 10. Concesiones-Allowances | .00 |
| 11. Propinas-Tips | .00 |
| 12. Total = 8+9+10+11 | 21,690.00 |
| 13. Gastos Reembolsados / Reimbursed Expenses | .00 |
| 14. Cont. Retenida - Tax Withheld | 1,274.43 |
| 15. Fondo de Retiro / Retirement Fund | 1,484.70 (approx) |
| 16. Aportaciones a Planes Cualific. / Contributions to CODA PLANS | .00 |
| 17. Subtotales-cada 41 / Subtotals-every 41 | ☐ |
| 18. Total Sueldos Seguro Social / Social Security Wages | .00 |
| 19. Seguro Social Retenido / Social Security Tax Withheld | .00 |
| 20. Total Sueldos y Pro. Medicare / Medicare Wages and Tips | 21,690.00 |
| 21. Contrib. Medicare Retenida / Medicare Tax Withheld | 314.51 (approx) |
| 22. Propinas Seguro Social / Social Security Tips | .00 |
| 23. Seguro Social no Retenido en Propinas-Uncollected Social Security Tax on Tips | .00 |
| 24. Contrib. Medicare no Retenida en Propinas-Uncollected Medicare Tax on Tips | .00 |

Copia C para Récords del Empleado — Copy C for Employee's Records

Año / Year: **1998**

Instrucciones al dorso - Instructions on back

*[signature: Anita Bonilla Colón]*

## Form 499R-2/W-2PR — Year 1999

| Field | Value |
|---|---|
| Apellido(s)-Surname(s) | BONILLA COLON |
| 2. Nombre y Dirección Postal del Patrono / Employer's Name and Mailing Address | DEPT DE EDUCACION-MAESTR 080<br>AVENIDA TENIENTE C SAR GONZ LE<br>URB. INDUSTRIAL TRES MONJITAS<br>HATO REY PR 00919<br>L-8007556077 |
| 4. Estado Civil-Civil Status | (blank) |
| 6. Núm. de Ident. Patronal / Employer's Ident. No. (EIN) | (illegible) |
| 7. Costo de Pensión o Anualidad / Cost of Pension or Annuity | .00 |
| 9. Comisiones-Commissions | .00 |
| 10. Concesiones-Allowances | .00 |
| 11. Propinas-Tips | .00 |
| 12. Total = 8 + 9 + 10 + 11 | 23,048.32 |
| 13. Gastos Reembolsados / Reimbursed Expenses | .00 |
| 14. Cont. Retenida - Tax Withheld | 1,394.35 |
| 15. Fondo de Retiro / Retirement Fund | 1,505.73 |
| 16. Aportaciones a Planes Cualific. / Contributions to CODA PLANS | .00 |
| 18. Total Sueldos Seguro Social / Social Security Wages | .00 |
| 19. Seguro Social Retenido / Social Security Tax Withheld | .00 |
| 20. Total Sueldos y Pro. Medicare / Medicare Wages and Tips | 23,048.32 |
| 21. Contrib. Medicare Retenida / Medicare Tax Withheld | 334.20 |
| 22. Propinas Seguro Social / Social Security Tips | .00 |
| 23. Seguro Social no Retenido en Propinas-Uncollected Social Security Tax on Tips | .00 |
| 24. Contrib. Medicare no Retenida en Propinas-Uncollected Medicare Tax on Tips | .00 |

Copia C para Récords del Empleado / Copy C for Employee's Records
Año / Year: 1999

---

## Formulario 499R-2/W-2PR Rev. 05.00 — Year 2000
### GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
### DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
### COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

| Field | Value |
|---|---|
| 1. Nombre-First Name | ANITA |
| Apellido(s)-Surname(s) | BONILLA COLON |
| Dirección Postal del Empleado / Employee's Mailing Address | PO BOX 443<br>VILLALBA, PR 007660443 |
| 2. Nombre y Dirección Postal del Patrono / Employer's Name and Mailing Address | 18007556077 N T COLON<br>DEPT DE EDUCACION-MAESTROS<br>AVENIDA TENIENTE C SAR GONZ LEE<br>ESQUINA CALAS<br>HATO REY, PR 00919 |
| 4. Estado Civil-Civil Status | (blank) |
| 8. Sueldos - Wages | 24456.50 |
| 9. Comisiones-Commissions | 0.00 |
| 10. Concesiones-Allowances | 0.00 |
| 11. Propinas-Tips | 0.00 |
| 12. Total = 8 + 9 + 10 + 11 | 24456.50 |
| 13. Gastos Reembolsados / Reimbursed Expenses | 0.00 |
| 14. Cont. Retenida - Tax Withheld | 1502.39 |
| 15. Fondo de Retiro / Retirement Fund | 1930.44 |
| 16. Aportaciones a Planes Cualific. / Contributions to CODA PLANS | 0.00 |
| 17. Subtotales-cada 41 / Subtotals-every 41 | ☐ |
| 18. Total Sueldos Seguro Social / Social Security Wages | 0.00 |
| 19. Seguro Social Retenido / Social Security Tax Withheld | 0.00 |
| 20. Total Sueldos y Pro. Medicare / Medicare Wages and Tips | 24456.50 |
| 21. Contrib. Medicare Retenida / Medicare Tax Withheld | 354.62 |
| 22. Propinas Seguro Social / Social Security Tips | 0.00 |
| 23. Seguro Social no Retenido en Propinas-Uncollected Social Security Tax on Tips | 0.00 |
| 24. Contrib. Medicare no Retenida en Propinas-Uncollected Medicare Tax on Tips | 0.00 |

Copia C para Récords del Empleado / Copy C for Employee's Records
Año / Year: 2000

*[Signed: Anita Bonilla Colón]*

## Form 1 (Year 2001)

| Field | Value |
|---|---|
| Apellido(s) - Surname(s) | BONILLA COLON |
| Dirección Postal del Empleado - Employee's Mailing Address | PO BOX 443, VILLALBA, PR 007660443 |
| Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address | L8007556077 N T COLON, DEPT DE EDUCACION-MAESTROS, AVENIDA TENIENTE CESAR GONZALE, ESQUINA CALAS, HATO REY, PR 00919 |
| 4. Estado Civil - Civil Status | |
| 8. Sueldos - Wages | 26,335.38 |
| 9. Comisiones - Commissions | 0.00 |
| 10. Concesiones - Allowances | 0.00 |
| 11. Propinas - Tips | 0.00 |
| 12. Total=8+9+10+11 | 26,335.38 |
| 13. Gastos Reembolsados - Reimbursed Expenses | 0.00 |
| 14. Cont. Retenida - Tax Withheld | 1,482.24 |
| 15. Fondo de Retiro - Retirement Fund | 2,279.03 |
| 16. Aportaciones a Planes Cualific. - Contributions to CODA PLANS | 0.00 |
| 17. Subtotales - cada 41 / Subtotals - every 41 | |
| 18. Total Sueldos Seg. Soc. - Social Security Wages | 0.00 |
| 19. Seguro Social Retenido - Social Security Tax Withheld | 0.00 |
| 20. Total Sueldos y Pro. Medicare - Medicare Wages and Tips | 26,335.38 |
| 21. Contrib. Medicare Retenida - Medicare Tax Withheld | 381.86 |
| 22. Propinas Seguro Social - Social Security Tips | 0.00 |
| 23. Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips | 0.00 |
| 24. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

Copia para Récords del Empleado / Copy for Employee's Records

Año: 2001

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas
Conservation: Ten (10) years from the filing date in the Return Processing Bureau

Rep. por: Departamento de Hacienda

---

## Form 499R-2/W-2PR Rev. 05.02 (Year 2002)

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

| Field | Value |
|---|---|
| 1. Nombre - First Name | ANITA |
| Apellido(s) - Surname(s) | BONILLA COLON |
| Dirección Postal del Empleado | PO BOX 443, VILLALBA, PR 007660443 |
| Nombre y Dirección Postal del Patrono | L8007556077 N T COLON, DEPT DE EDUCACION-MAESTROS, AVE. TENIENTE CESAR GONZALEZ, ESQUINA CALAF, HATO REY, PR 00919 |
| 8. Sueldos - Wages | 28,825.00 |
| 9. Comisiones - Commissions | 0.00 |
| 10. Concesiones - Allowances | 0.00 |
| 11. Propinas - Tips | 0.00 |
| 12. Total=8+9+10+11 | 28,825.00 |
| 13. Gastos Reembolsados | 0.00 |
| 14. Cont. Retenida - Tax Withheld | 1,534.76 |
| 15. Fondo de Retiro | 2,224.80 |
| 16. Aportaciones a Planes Cualific. - Contributions to CODA PLANS | 0.00 |
| 17. Subtotales - cada 41 | |
| 18. Total Sueldos Seg. Soc. | 0.00 |
| 19. Seguro Social Retenido | 0.00 |
| 20. Total Sueldos y Pro. Medicare | 27,770.00 |
| 21. Contrib. Medicare Retenida | 402.67 |
| 22. Propinas Seguro Social | 0.00 |
| 23. Seguro Social no Retenido en Propinas | 0.00 |
| 24. Contrib. Medicare no Retenida en Propinas | 0.00 |

Copia C para Récords del Empleado / Copy C for Employee's Records

Año: 2002

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas
Conservation: Ten (10) years from the filing date in the Return Processing Bureau

Reproducido por: Departamento de Hacienda

| Field | Value |
|---|---|
| 1. Apellido(s) - Surname(s) | BONILLA COLON |
| Dirección Postal del Empleado - Employee's Mailing Address | PO BOX 443, VILLALBA, PR 00766-0443 |
| 2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address | L8007556077 N T COLON, DEPT DE EDUCACION-MAESTROS, AVENIDA TENIENTE CESAR GONZALE ESQUINA CALAF, HATO REY, PR 00919 |
| 4. Estado Civil - Civil Status | Soltero / Single ☐  Casado / Married ☐ |
| 5. Núm. Seguro Social Cónyuge - Spouse's Social Security No. | |
| 6. Núm. de Ident. Patronal - Employer's Ident. No. (EIN) | |
| 7. Costo de Pensión o Anualidad - Cost of Pension or Annuity | |
| 9. Comisiones - Commissions | 0.00 |
| 10. Concesiones - Allowances | 0.00 |
| 11. Propinas - Tips | 0.00 |
| 12. Total=8+9+10+11 | 33,400.85 |
| 13. Gastos Reembolsados - Reimbursed Expenses | 0.00 |
| 14. Cont. Retenida - Tax Withheld | 1,884.22 |
| 15. Fondo de Retiro - Retirement Fund | 2,746.17 |
| 16. Aportaciones a Planes Cualific. Contributions to CODA PLANS | 0.00 |
| 17. (blank) | 0.00 |
| 18. Seguro Social Retenido - Social Security Tax Withheld | 0.00 |
| 19. Total Sueldos y Pro. Medicare - Medicare Wages and Tips | 33,400.85 |
| 20. Contrib. Medicare Retenida - Medicare Tax Withheld | 484.31 |
| 21. Propinas Seguro Social - Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips | 0.00 |
| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

Copia C para Récords del Empleado / Copy C for Employee's Records

Año: / Year: **2003**

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas
Conservation: Ten (10) years from the filing date in the Return Processing Bureau

Reproducido por: Departamento de Hacienda

Anita Bonilla Colon
2620 Lindaraja
Alhambra Ponce P.R. 00716

RETURN RECEIPT REQUESTED

CERTIFIED MAIL
7018 2290 0000 2774 5253

U.S. POSTAGE PAID
FCM LG ENV
VILLALBA, PR
00766
MAR 02, 20
AMOUNT
$7.80
R2305H127764-02

RECEIVED & FILED
2020 MAR -3 PM 5:45
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

To Secretaria
Clerk Office
Room 150, Federal Building
San Juan P.R. 00918-1967

Anita Bonilla Colón
2620 Lindaraja
Alhambra Ponce P.R. 00716

 

U.S. POSTAGE PAID
FCM LG ENV
VILLALBA, PR
00766
MAR 13, 20
AMOUNT
$1.60
1000  00918  R2305H127764-06

 

U.S. POSTAGE PAID
FCM LG ENV
VILLALBA, PR
00766
MAR 13, 20
AMOUNT
$6.60
1000  00918  R2305H127764-06

RECEIVED & FILED
2020 MAR 16 PM 2:35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

To Secretaria
Clerk office
Room 150, Federal Building
San Juan P.R. 00918-1967



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
CERTIFIED MAIL



RETURN RECEIPT
REQUESTED

