**FORMA CORTA**

☐ PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE EN ES ☐ LUGAR)

| Liquidador | Revisor | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| R | M | V1 | V2 | P1 | P2 | N | D | E | A | G | |

**2000**

GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA

**2000**

PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2000 O AÑO COMENZADO EL
_____ de _____ de ___ Y TERMINADO EL ___ de _____ de ___

Número de Serie

☐ PLANILLA ENMENDADA
☐ FALLECIDO DURANTE EL AÑO

Sólo de Pago

```
        ECRLOT              B 027
IliaalaaalaaalaaliaaIaaIalaaIaalaaalaaIaaallaaIlaaIl
ORTIZ OCASIO,LUIS A                    C
O RESIDENTE ACTUAL

PO BOX 3078
JUNCOS         PR    00777-6078
```

**Número de Seguro Social**

**Fecha de Nacimiento** | **Sexo** ☒ M ☐ F
Dia Mes Año

**Número de Seguro Social Cónyuge**

Nombre e Inicial del Cónyuge | Apellido Paterno | Apellido Materno

**Fecha de Nacimiento del Cónyuge**
Día Mes Año

**Teléfono Residencia**

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)

**Teléfono Oficina**

Código Postal

**CAMBIO DE DIRECCION**
☐ Sí ☐ No

**Encasillado 1**

|   | SI | NO | |
|---|---|---|---|
| A. | ☐ | ☐ | ¿Ciudadano de Estados Unidos? |
| B. | ☐ | ☐ | ¿Residente de Puerto Rico al finalizar el año? |
| C. | ☐ | ☐ | ¿Ingresos exentos de Lotería de Puerto Rico? |
| D. | ☐ | ☐ | ¿Ingresos de premios de jugadas en Hipódromo? |
| E. | ☐ | ☐ | ¿Otros ingresos exentos de contribución? **(Someta Anejo)** |
| F. | ☐ | ☐ | ¿Obligación de hacer pagos a ASUME? |

**FUENTE DE MAYOR INGRESO:**
G. ☒ Empleado del Gobierno, Municipios y Corporaciones Públicas
H. ☐ Empleado Gobierno Federal
I. ☐ Empleado Empresa Privada
J. ☐ Retirado/Pensionado

Su ocupación Maestro | Ocupación cónyuge

**ESTADO PERSONAL AL FINALIZAR SU AÑO CONTRIBUTIVO:**
1) ☐ Casado que vivía con su cónyuge y rinde planilla conjunta
2) ☐ Casado que no vivía con su cónyuge (No jefe de familia) (Indique nombre y seguro social del cónyuge)
3) ☒ Jefe de familia
4) ☐ Soltero

**PLANILLA 2001**
☐ ESPAÑOL ☐ INGLES

---

### Use este formulario sólo si cumple con los siguientes requisitos:

Su ingreso bruto no es mayor de $75,000.

Su ingreso consiste solamente de salarios y compensación sujetos a retención, anualidades y pensiones.

No ha recibido ingresos de pensión alimentaria, intereses, dividendos, negocio propio u otros ingresos.

Reclama la deducción fija.

No rinde bajo el estado personal de casado que rinde por separado.

No reclama crédito por inversión en el Fondo de Capital de Inversión, Fondo de Turismo, Facilidades de Desperdicios Sólidos o Negocio Agrícola.

No rinde una Declaración de Contribución Estimada.

Es ciudadano americano o extranjero residente.

No reclama crédito por contribuciones pagadas al extranjero.

No reclama crédito por la retención del 7% por servicios prestados.

No reclama crédito por inversión en una Entidad Fílmica dedicada a un Proyecto Fílmico o Proyecto de Infraestructura.

**Si usted no cumple con todos los requisitos, deberá rendir la Forma Larga.**

---

**Encasillado 2**

| | | A-Contribución Retenida | B-Sueldos, Comisiones, Concesiones y Propinas |
|---|---|---|---|
| 1. Sueldos, Comisiones, Concesiones y Propinas | | | |
| **00** SUMINISTRE LOS COMPROBANTES DE RETENCION (FORMULARIOS 499R-2/W-2PR, 499R-2c/W-2cPR o W-2), SEGUN APLIQUE. | | 1,009 00 | 20,945 00 |
| | | 00 | 00 |
| | | 00 | 00 |
| | | 00 | 00 |
| | | 00 | 00 |
| **01** Total (Núm. de comprobantes con esta planilla) 1 | | 00 | 20,945 00 |

Área de Rentas Internas
Recibo de Planilla Copia
APR 1 2001
Juan X. Flores Galárraga
SECRETARIO DE HACIENDA

| | Contribución Retenida | Salarios Federales |
|---|---|---|
| 2. Salarios del Gobierno Federal (Véanse instrucciones) ..................... (01) | 1,009 00 | (02) 00 |
| 3. Ingresos de Anualidades y Pensiones (Anejo H Individuo, Parte II, línea 12) ........... (03) | | |
| 4. Ingreso Bruto Ajustado (Sume líneas 1B, 2B y 3) ........... (10) | | 20,945 00 |

Formulario
Form 499R-2/W-2PR
Rev. 05.00

GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

INFORMACION PARA EL DEPARTAMENTO DE HACIENDA
DEPARTMENT OF THE TREASURY INFORMATION

INFORMACION PARA EL SEGURO SOCIAL
SOCIAL SECURITY INFORMATION

| | | |
|---|---|---|
| 1. Nombre-First Name<br>LUIS | 3. Núm. Seguro Social<br>Social Security No. | 8. Sueldos - Wages<br>20945.00 | 17. Subtotales-cada 41<br>Subtotals-every 41 |
| Apellido(s)-Surname(s)<br>ORTIZ OCASIO | 4. Estado Civil-Civil Status<br>Soltero ☐ Casado ☐<br>Single   Married | 9. Comisiones-Commissions<br>0.00 | 18. Total Sueldos Seguro Social<br>Social Security Wages<br>0.00 |
| Dirección Postal del Empleado-Employee's Mailing Address<br>PO BOX 3079<br>JUNCOS, PR 00777 | 5. Núm. Seguro Social Cónyuge<br>Spouse's Social Security No. | 10. Concesiones-Allowances<br>0.00 | 19. Seguro Social Retenido<br>Social Security Tax Withheld<br>0.00 |
| | 6. Núm. de Ident. Patronal<br>Employer's Ident. No. (EIN)<br>660433481 | 11. Propinas-Tips<br>0.00 | 20. Total Sueldos y Pro. Medicare<br>Medicare Wages and Tips<br>20945.00 |
| 2. Nombre y Dirección Postal del Patrono<br>Employer's Name and Address<br>L80003034363 I FLORES<br>DEPT DE EDUCACION-MAESTROS<br>AVENIDA TENIENTE C SAR GONZ LEZ<br>ATO REY, PR 00919 | 7. Costo de Pensión o Anualidad<br>Cost of Pension or Annuity | 12. Total = 8 + 9 + 10 + 11<br>20945.00 | 21. Contrib. Medicare Retenida<br>Medicare Tax Withheld<br>303.70 |
| Número de Teléfono del Patrono<br>Employer's Telephone Number | | 13. Gastos Reembolsados<br>Reimbursed Expenses<br>0.00 | 22. Propinas Seguro Social<br>Social Security Tips<br>0.00 |
| Fecha Cierre de Operaciones<br>Operations Closing Date | | 14. Cont. Retenida -Tax Withheld<br>1009.77 | 23. Seguro Social no Retenido<br>en Propinas-Uncollected<br>Social Security Tax on Tips<br>0.00 |
| Número Control - Control Number<br>0 2261334 | Copia B para Planilla<br>del Empleado<br>Copy B for Employee's<br>Tax Return | 15. Fondo de Retiro<br>Retirement Fund<br>1740.43 | 24. Contrib. Medicare no Retenida<br>en Propinas-Uncollected<br>Medicare Tax on Tips<br>0.00 |
| | Año:<br>Year: 2000 | 16. Aportaciones a Planes Cualific.<br>Contributions to CODA PLANS<br>0.00 | |

Instrucciones al dorso - Instructions on back

# FORMA CORTA

| Formulario | | |
|---|---|---|
| | Radicador | Revisor |

☐ PLAN. CON CHEQUE A FAVOR DE [XX] - CHEQUE EN ESTE LUG...

| R-M | V1 | V2 | P1 | P2 | ND | E | A | C |
|---|---|---|---|---|---|---|---|---|

**2001**

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA

**2001**

PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2001 O AÑO COMENZADO EL
_____ de _____ de _____ Y TERMINADO EL _____ de _____ de _____

Número de Serie

PLANILLA: ☐ ORIGINAL  ☐ ENMENDADA
☐ FALLECIDO DURANTE EL AÑO

Sello de Pago

Número de Seguro Social

B 027

BR... ... PLUS A
... ...DENT ACTUAL
... ...
... ...           P... 00777-0073        C

Fecha de Nacimiento    Sexo ☐ M ☐ F
Dia   Mes   Año
Número de Seguro Social Cónyuge

Fecha de Nacimiento del Cónyuge
Dia   Mes   Año

Nombre e Inicial del Cónyuge    Apellido Paterno    Apellido Materno

Teléfono Residencia
(787) 286-1257
Teléfono Oficina
( )

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)

Número de Pago
[XXX]

Código Postal

CAMBIO DE DIRECCION
☐ Sí  [X] No

**SI NO**

A. [X] ☐ ¿Ciudadano de Estados Unidos?
B. [X] ☐ ¿Residente de Puerto Rico al finalizar el año?
C. ☐ ☐ ¿Ingresos exentos de Lotería de Puerto Rico?
D. ☐ ☐ ¿Ingresos de premios de jugadas en Hipódromo?
E. ☐ ☐ ¿Otros ingresos exentos de contribución? (Someta Anejo)
F. ☐ ☐ ¿Obligación de hacer pagos a ASUME?

**FUENTE DE MAYOR INGRESO:**

G. [X] Empleado del Gobierno, Municipios y Corporaciones Públicas
H. ☐ Empleado del Gobierno Federal
I. ☐ Empleado de Empresa Privada
J. ☐ Retirado/Pensionado
Su ocupación _Maestro_     Ocupación cónyuge _____

**ESTADO PERSONAL AL FINALIZAR SU AÑO CONTRIBUTIVO:**

1) ☐ Casado que vivía con su cónyuge y rinde planilla conjunta
2) ☐ Casado que no vivía con su cónyuge (No jefe de familia)
   (Indique nombre y seguro social del cónyuge)
3) [X] Jefe de familia
4) ☐ Soltero

**PLANILLA 2002**
[X] ESPAÑOL  ☐ INGLES

**Use este formulario sólo si cumple con los siguientes requisitos:**

Su ingreso bruto no es mayor de $75,000.

Su ingreso consiste solamente de salarios y compensación sujetos a retención, anualidades y pensiones.

No ha recibido ingresos de pensión alimentaria, intereses, dividendos, negocio propio u otros ingresos.

Reclama la deducción fija.

No rinde bajo el estado personal de casado que rinde por separado.

Si sólo reclama crédito por Aportación a la Fundación para la Libre Selección de Escuelas.

No rinde una Declaración de Contribución Estimada.

Es ciudadano americano o extranjero residente.

No reclama crédito por contribuciones pagadas al extranjero.

No reclama crédito por la retención en el origen por servicios prestados.

Si usted no cumple con todos los requisitos, deberá rendir la **Forma Larga**.

Sello de Recibido

**RECIBIDO**
COLECTURIA
11046 CAGUAS 11046
DEPOSITANTE Nº 1146

APR 16 2002

SELLO #135

_Juan A. Flores Galarza_
JUAN A. FLORES GALARZA
Secretario de Hacienda

**1. Sueldos, Comisiones, Concesiones y Propinas**

(00) SUMINISTRE LOS COMPROBANTES DE RETENCION (FORMULARIOS 499R-2/W-2PR, 499R-2c/W-2cPR o W-2), SEGUN APLIQUE.

(01) **Total** (Núm. de comprobantes con esta planilla)

| | A-Contribución Retenida | B-Sueldos, Comisiones, Concesiones y Propinas |
|---|---|---|
| | 988 | 21,805 |
| | | |
| | | |
| | | |
| | | |

| | Contribución Retenida | | Salarios Federales | |
|---|---|---|---|---|
| 2. Salarios del Gobierno Federal (Véanse instrucciones) ........... (01) | 988 | 00 | (02) | 21,805 | 00 |
| 3. Ingresos de Anualidades y Pensiones (Anejo H Individuo, Parte II, línea 12) ...... (03) | | | | | |
| 4. Ingreso Bruto Ajustado (Sume líneas 1B, 2B y 3) ...... (10) | | | | 21,805 | 00 |

| Formulario<br>Form 499R-2/W-2 PR<br>Rev. 05.01 | ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO<br>DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY<br>COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT | INFORMACION PARA EL<br>DEPARTAMENTO DE<br>HACIENDA<br>DEPARTMENT OF THE<br>TREASURY INFORMATION | INFORMACION PARA EL<br>SEGURO SOCIAL<br>SOCIAL SECURITY<br>INFORMATION |
|---|---|---|---|

| 1. Nombre - First Name<br>LUIS | 3. Núm. Seguro Social<br>Social Security No. | 8. Sueldos - Wages<br>21,805.00 | 17. Subtotales - cada 41<br>Subtotals - every 41 |
|---|---|---|---|
| Apellido(s) - Surname(s)<br>ORTIZ OCASIO | 4. Estado Civil - Civil Status<br>Soltero ☐ Casado ☐<br>Single Married | 9. Comisiones - Commissions<br>0.00 | 18. Total Sueldos Seg. Soc.<br>Social Security Wages<br>0.00 |
| Dirección Postal del Empleado-Employee's Mailing Address<br>PO BOX 3078<br>JUNCOS, PR 00777 | 5. Núm. Seguro Social Cónyuge<br>Spouse's Social Security No. | 10. Concesiones - Allowances<br>0.00 | 19. Seguro Social Retenido<br>Social Security Tax Withheld<br>0.00 |
| | 6. Núm. de Ident. Patronal<br>Employer's Ident. No. (EIN)<br>660433481 | 11. Propinas - Tips<br>0.00 | 20. Total Sueldos y Pro. Medicare<br>Medicare Wages and Tips<br>21,805.00 |
| 2. Nombre y Dirección Postal del Patrono<br>Employer's Name and Mailing Address<br>L8003834363 I FLORES<br>DEPT DE EDUCACION-MAESTROS<br>AVENIDA TENIENTE CESAR GONZALE<br>ESQUINA CALAS<br>HATO REY, PR 00919 | 7. Costo de Pensión o Anualidad<br>Cost of Pension or Annuity | 12. Total=8+9+10+11<br>21,805.00 | 21. Contrib. Medicare Retenida<br>Medicare Tax Withheld<br>316.17 |
| | Copia para Planilla<br>del Empleado<br>Copy for Employee's<br>Tax Return | 13. Gastos Reembolsados<br>Reimbursed Expenses<br>0.00 | 22. Propinas Seguro Social<br>Social Security Tips<br>0.00 |
| | | 14. Cont. Retenida - Tax Withheld<br>988.11 | 23. Seguro Social no Retenido<br>en Propinas - Uncollected<br>Social Security on Tips<br>0.00 |
| Número de Teléfono del Patrono<br>Employer's Telephone Number | | 15. Fondo de Retiro<br>Retirement Fund<br>1,906.31 | 24. Contrib. Medicare no Retenida<br>en Propinas - Uncollected<br>Medicare Tax on Tips |
| Fecha Cierre de Operaciones<br>Operations Closing Date<br>Número de Control - Control Number<br>DHA 14636133 | Año:<br>Year: 2001 | 16. Aportaciones a Planes Cualific.<br>Contributions to CODA PLANS<br>0.00 | 0.00 |

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas
Conservation: Ten (10) years from the filing date in the Return Processing Bureau

Rep. por: Departamento de Hacienda

---

| Formulario<br>Form 499R-2/W-2 PR<br>Rev. 05.01 | ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO<br>DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY<br>COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT | INFORMACION PARA EL<br>DEPARTAMENTO DE<br>HACIENDA<br>DEPARTMENT OF THE<br>TREASURY INFORMATION | INFORMACION PARA EL<br>SEGURO SOCIAL<br>SOCIAL SECURITY<br>INFORMATION |
|---|---|---|---|

| 1. Nombre - First Name<br>LUIS | 3. Núm. Seguro Social<br>Social Security No. | 8. Sueldos - Wages<br>21,805.00 | 17. Subtotales - cada 41<br>Subtotals - every 41 |
|---|---|---|---|
| Apellido(s) - Surname(s)<br>ORTIZ OCASIO | 4. Estado Civil - Civil Status<br>Soltero ☐ Casado ☐<br>Single Married | 9. Comisiones - Commissions<br>0.00 | 18. Total Sueldos Seg. Soc.<br>Social Security Wages<br>0.00 |
| Dirección Postal del Empleado-Employee's Mailing Address<br>PO BOX 3078<br>JUNCOS, PR 00777 | 5. Núm. Seguro Social Cónyuge<br>Spouse's Social Security No. | 10. Concesiones - Allowances<br>0.00 | 19. Seguro Social Retenido<br>Social Security Tax Withheld<br>0.00 |
| | 6. Núm. de Ident. Patronal<br>Employer's Ident. No. (EIN)<br>660433481 | 11. Propinas - Tips<br>0.00 | 20. Total Sueldos y Pro. Medicare<br>Medicare Wages and Tips<br>21,805.00 |
| 2. Nombre y Dirección Postal del Patrono<br>Employer's Name and Mailing Address<br>L8003834363 I FLORES<br>DEPT DE EDUCACION-MAESTROS<br>AVENIDA TENIENTE CESAR GONZALE<br>ESQUINA CALAS<br>HATO REY, PR 00919 | 7. Costo de Pensión o Anualidad<br>Cost of Pension or Annuity | 12. Total=8+9+10+11<br>21,805.00 | 21. Contrib. Medicare Retenida<br>Medicare Tax Withheld<br>316.17 |
| | Copia para Récords<br>del Empleado<br>Copy for Employee's<br>Records | 13. Gastos Reembolsados<br>Reimbursed Expenses<br>0.00 | 22. Propinas Seguro Social<br>Social Security Tips<br>0.00 |
| | | 14. Cont. Retenida - Tax Withheld<br>988.11 | 23. Seguro Social no Retenido<br>en Propinas - Uncollected<br>Social Security on Tips<br>0.00 |
| Número de Teléfono del Patrono<br>Employer's Telephone Number | | 15. Fondo de Retiro<br>Retirement Fund<br>1,906.31 | 24. Contrib. Medicare no Retenida<br>en Propinas - Uncollected<br>Medicare Tax on Tips |
| Fecha Cierre de Operaciones<br>Operations Closing Date<br>Número de Control - Control Number<br>DHA 14636133 | Año:<br>Year: 2001 | 16. Aportaciones a Planes Cualific.<br>Contributions to CODA PLANS<br>0.00 | 0.00 |

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas

2 2 5 3 0

5 6 0 0

1 9 6 0

6 7 6

2 6 3 6

8 2 3 6

1 4 2 9 4

| Formulario ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO Form. 499R-2/W-2 PR DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY Rev. 05.02 COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT | INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |

| 1. Nombre - First Name LUIS | 3. Núm. Seguro Social Social Security No. | 8. Sueldos - Wages 22,530.00 | 17. Subtotales - cada 41 Subtotals - every 41 ☐ |
|---|---|---|---|
| Apellido(s) - Surname(s) ORTIZ OCASIO | 4. Estado Civil - Civil Status Soltero ☐ Casado ☐ Single Married | 9. Comisiones - Commissions 0.00 | 18. Total Sueldos Seg. Soc. Social Security Wages 0.00 |
| Dirección del Empleado-Employee's Mailing Address PO BOX 3078 JUNCOS, PR 00777 | 5. Núm. Seguro Social Cónyuge Spouse's Social Security No. | 10. Concesiones - Allowances 0.00 | 19. Seguro Social Retenido Social Security Tax Withheld 0.00 |
| | 6. Núm. de Ident. Patronal Employer's Ident. No. (EIN) 660433481 | 11. Propinas - Tips 0.00 | 20. Total Sueldos y Pro. Medicare Medicare Wages and Tips 22,530.00 |
| 2. Nombre y Dirección Postal del Patrono Employer's Name and Mailing Address L8003834363 I FLORES DEPT DE EDUCACION-MAESTROS AVE. TENIENTE CESAR GONZALEZ ESQUINA CALAF HATO REY, PR 00919 | 7. Costo de Pensión o Anualidad Cost of Pension or Annuity | 12. Total=8+9+10+11 22,530.00 | 21. Contrib. Medicare Retenida Medicare Tax Withheld 326.69 |
| | Copia B para Planilla del Empleado Copy B for Employee's Tax Return Año: Year: 2002 | 13. Gastos Reembolsados Reimbursed Expenses 0.00 | 22. Propinas Seguro Social Social Security Tips 0.00 |
| | | 14. Cont. Retenida - Tax Withheld 934.32 | 23. Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips 0.00 |
| Número de Teléfono del Patrono Employer's Telephone Number | | 15. Fondo de Retiro Retirement Fund 1,960.32 | 24. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips 0.00 |
| Fecha Cierre de Operaciones Operations Closing Date | | 16. Aportaciones a Planes Cualific. Contributions to CODA PLANS 0.00 | 0.00 |
| Número de Control - Control Number 32279788 | | | |

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas
Conservation: Ten (10) years from the filing date in the Return Processing Bureau

Reproducido por: Departamento de Hacienda

Corte aquí

| Formulario ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO Form 499R-2/W-2 PR DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY Rev. 05.02 COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT | INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |

| 1. Nombre-First Name LUIS | 3. Núm. Seguro Social Social Security No. | 8. Sueldos - Wages 22,530.00 | 17. Subtotales - cada 41 Subtotals - every 41 ☐ |
|---|---|---|---|
| Apellido(s) - Surname(s) ORTIZ OCASIO | 4. Estado Civil - Civil Status Soltero ☐ Casado ☐ Single Married | 9. Comisiones - Commissions 0.00 | 18. Total Sueldos Seg. Soc. Social Security Wages 0.00 |
| Dirección Postal del Empleado-Employee's Mailing Address PO BOX 3078 JUNCOS, PR 00777 | 5. Núm. Seguro Social Cónyuge Spouse's Social Security No. | 10. Concesiones - Allowances 0.00 | 19. Seguro Social Retenido Social Security Tax Withheld 0.00 |
| | 6. Núm. de Ident. Patronal Employer's Ident. No. (EIN) 660433481 | 11. Propinas - Tips 0.00 | 20. Total Sueldos y Pro. Medicare Medicare Wages and Tips 22,530.00 |
| 2. Nombre y Dirección Postal del Patrono Employer's Name and Mailing Address L8003834363 I FLORES DEPT DE EDUCACION-MAESTROS AVE. TENIENTE CESAR GONZALEZ ESQUINA CALAF HATO REY, PR 00919 | 7. Costo de Pensión o Anualidad Cost of Pension or Annuity | 12. Total=8+9+10+11 22,530.00 | 21. Contrib. Medicare Retenida Medicare Tax Withheld 326.69 |
| | Copia C para Récords del Empleado Copy C for Employee's Records Año: Year: 2002 | 13. Gastos Reembolsados Reimbursed Expenses 0.00 | 22. Propinas Seguro Social Social Security Tips 0.00 |
| | | 14. Cont. Retenida - Tax Withheld 934.32 | 23. Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips 0.00 |
| Número de Teléfono del Patrono Employer's Telephone Number | | 15. Fondo de Retiro Retirement Fund 1,960.32 | 24. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips 0.00 |
| Fecha Cierre de Operaciones Operations Closing Date | | 16. Aportaciones a Planes Cualific. Contributions to CODA PLANS 0.00 | 0.00 |
| Número de Control - Control Number 32279788 | | | |

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas
Conservation: Ten (10) years from the filing date in the Return Processing Bureau

Reproducido por: Departamento de Hacienda

Formulario 481    Rev. 05.03

○ PLANILLA CON CHEQUE O GIRO VOR DE FUERA (ADJUNTE CHEQUE O EN ESTE LUGAR)

## FORMA CORTA

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA
**PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS**

Número de Caso

AÑO CONTRIBUTIVO 2003 O AÑO COMENZADO EL

de _____ de _____ y terminado el _____ de _____ de _____

PLANILLA: ○ ENMENDADA
○ FALLECIDO DURANTE EL AÑO

Número de Seguro Social ◄          Número de Seguro Social Cónyuge          Sexo  ⬤ M  ○ F

Sello de Pago

Fecha de Nacimiento Contribuyente

1729  P2 ***********5-DIGIT 00777
|...||...|..|||..|.||...|..|..|..|.||.|..||
RTIZ OCASIO,LUIS A          E C
RESIDENTE ACTUAL          137285
O BOX 3078
UNCOS, PR 00777-6078

Día  Mes  Año

Fecha de Nacimiento Cónyuge

Día  Mes  Año

Cambio de Dirección
○ SI   ⬤ No

Planilla 2004
⬤ Español   ○ Inglés

ombre e Inicial del Cónyuge      Apellido Paterno      Apellido Materno

irección Residencial Completa (Barrio o Urbanización, Número, Calle)

Teléfono Residencia
| 7 | 8 | 7 | 2 | 6 | 1 | 2 | 5 | 7 |

Teléfono Oficina
| 7 | 8 | 7 | 7 | 3 | 4 | 6 | 8 | 6 |

Código Postal

Correo Electrónico (E-Mail)

luis_o_ocasio 2004 @ yahoo.com

### Encasillado 1

| SI | NO | |
|---|---|---|
| a. ○ | ⬤ | ¿Ciudadano de Estados Unidos? |
| b. ○ | ⬤ | ¿Residente de Puerto Rico al finalizar el año? |
| c. ○ | ⬤ | ¿Ingresos exentos de Lotería de Puerto Rico? |
| d. ○ | ⬤ | ¿Ingresos de premios de jugadas en Hipódromo? |
| e. ○ | ⬤ | ¿Otros ingresos exentos de contribución? |
| f. ○ | ⬤ | ¿Obligación de hacer pagos a ASUME? |

**FUENTE DE MAYOR INGRESO:**

g. ⬤ Empleado del Gobierno, Municipios y Corporaciones Públicas

h. ○ Empleado del Gobierno Federal

i. ○ Empleado de Empresa Privada

j. ○ Retirado/Pensionado

OCUPACION:
Contribuyente

Cónyuge

Sello de Recibido

**ESTADO PERSONAL AL FINALIZAR SU AÑO CONTRIBUTIVO:**

1. ○ Casado que vivía con su cónyuge y rinde planilla conjunta
2. ○ Casado que no vivía con su cónyuge (No jefe de familia) (Indique nombre y seguro social del cónyuge)
3. ⬤ Jefe de familia (No para casados)
4. ○ Soltero

### Encasillado 2

| | | A-Contribución Retenida | B-Sueldos, Comisiones, Concesiones y Propinas |
|---|---|---|---|
| 1. **Sueldos, Comisiones, Concesiones y Propinas** **SUMINISTRE LOS COMPROBANTES DE RETENCIÓN** (Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique). (00) | | 1 0 6 6 0 0 | 2 4 2 8 0 0 0 |
| | | 0 0 | 0 0 |
| | | 0 0 | 0 0 |
| | | 0 0 | 0 0 |
| Total (Núm. de comprobantes con esta planilla) ...... (00) | | 0 0 | 0 0 |

Contribución Retenida          Salarios Federales

2. **Salarios del Gobierno Federal** (Véanse instrucciones) ...................... (01)  | 1 0 6 6 0 0 |  (02) | 0 0 |

3. **Ingresos de Anualidades y Pensiones** (Anejo H Individuo, Parte II, línea 12) ............ (03)  | 0 0 |

4. **Ingreso Bruto Ajustado** (Sume líneas 1B, 2B y 3) ........................ (10)  | 2 4 2 8 0 0 0 |

Período de Conservación: Diez (10) años

# EXPRE$$O
### de Westernbank

## IRA DEPOSIT RECEIPT

**NAME:** LUIS ANGEL ORTIZ OCASIO

**ADDRESS:** PO BOX 3078

JUNCOS PR 00777

**SOC SEC:** ▆▆▆▆▆

**BIRTH DATE:** ▆▆▆▆▆

**TAX YEAR:** 2003

**BRANCH NAME:** EXPRE$$O CIDRA BRANCH

| PRODUCT | | PAYMENT |
|---|---|---|
| **NAME:** Deposit IRA Account  **ACCT NO.:** 2116000014 | | **BANK:** |
| **TERM:** 012 MONTHS  **MATURITY:** 04/07/2005 | | **ACCOUNT:** |
| **RATE:** 3.550%  **TYPE:** 060 | | **SOURCE:** |

**OPEN:** 04/07/2004

☒ NEW ACCOUNT

☐ TRANSFER          ☐ ROLLOVER

**AMOUNT** $$0.00

| **DATE:** 04/07/2004 | **PREPARED BY:** Elsie Marie Gutiérrez | **AUTHORIZATION SIGNATURE:** |
|---|---|---|

WESTERNBANK TRUST DIVISION
ID 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

**FDIC INSURED**

Rev. 05/2002

---

**TAX RETURN**

Formulario
Form 499R-2/W-2 PR
Rev. 05.03

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

| | INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
|---|---|---|
| **1. Nombre - First Name**  LUIS | **3. Núm. Seguro Social** Social Security No. | **8. Sueldos - Wages**  24,280.00 | **17. Total Sueldos Seguro Social** Social Security Wages  0.00 |
| **Apellido(s) - Surname(s)**  ORTIZ OCASIO | **4. Estado Civil - Civil Status** Soltero Single ☐  Casado Married ☒ | **9. Comisiones - Commissions**  0.00 | **18. Seguro Social Retenido** Social Security Tax Withheld  0.00 |
| **Dirección Postal del Empleado-Employee's Mailing Address**  PO BOX 3078 JUNCOS, PR 00777 | **5. Núm. Seguro Social Cónyuge** Spouse's Social Security No.  0.00 | **10. Concesiones - Allowances**  0.00 | **19. Total Sueldos y Pro. Medicare** Medicare Wages and Tips  24,280.00 |
| | **6. Núm. de Ident. Patronal** Employer's Ident. No. (EIN)  660433481 | **11. Propinas - Tips**  0.00 | **20. Contrib. Medicare Retenida** Medicare Tax Withheld  352.06 |
| **2. Nombre y Dirección Postal del Patrono** Employer's Name and Mailing Address  L8003834363 I FLORES DEPT DE EDUCACION-MAESTROS AVENIDA TENIENTE CESAR GONZALE ESQUINA CALAF HATO REY, PR 00919 | **7. Costo de Pensión o Anualidad** Cost of Pension or Annuity  24,280.00 | **12. Total=8+9+10+11**  24,280.00 | **21. Propinas Seguro Social** Social Security Tips  0.00 |
| | | **13. Gastos Reembolsados** Reimbursed Expenses  0.00 | **22. Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips  0.00 |
| | Copia B para Planilla del Empleado Copy B for Employee's Tax Return | **14. Cont. Retenida - Tax Withheld**  1,066.76 | |
| **Número de Teléfono del Patrono** Employer's Telephone Number | | **15. Fondo de Retiro** Retirement Fund  2,095.32 | **23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips  0.00 |
| **Fecha de Cese de Operaciones** Operations Ceasing Date | Año: **2003** Year: | **16. Aportaciones a Planes Cualific.** Contributions to CODA PLANS  0.00 | |
| **Número de Control - Control Number**  06836734 | | | |

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas
Conservation: Ten (10) years from the filing date in the Return Processing Bureau.

Reproducido por: Departamento de Hacienda

Formulario 481   Rev. 05.03

☐ PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE EN ESTE LUGAR)

Entregamos Correctamente. Ya Orales. ~Ejemplo ☐

# FORMA CORTA

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA
**PLANILLA DE CONTRIBUCIÓN SOBRE INGRESOS DE INDIVIDUOS**

Número de Serie

AÑO CONTRIBUTIVO 2003 O AÑO COMENZADO EL _____ de _____ de _____ y terminado el _____ de _____ de _____

PLANILLA: ☐ ENMENDADA
☐ FALLECIDO DURANTE EL AÑO

Número de Seguro Social ◄ _____
Número de Seguro Social Cónyuge _____

Sexo ☐ M ☐ F

31729   P2 ************5-DIGIT 00777
ORTIZ OCASIO, LUIS A                    E C
NO RESIDENTE ACTUAL                137285
PO BOX 3078
JUNCOS, PR 00777-6078

Sello de Pago

Fecha de Nacimiento Contribuyente
_____
Día   Mes   Año

Fecha de Nacimiento Cónyuge
_____
Día   Mes   Año

Cambio de Dirección
☐ Sí   ☐ No

Planilla 2004
☐ Español   ☐ Inglés

Nombre e Inicial del Cónyuge   Apellido Paterno   Apellido Materno

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)

Teléfono Residencia
| 7 | 8 | 7 | 2 | 8 | 6 | 1 | 2 | 5 | 7 |

Código Postal

Teléfono Oficina
| 7 | 8 | 7 | 7 | 3 | 4 | 6 | 7 | 1 | 6 |

Correo Electrónico (E-Mail)
luis_o_ocasio 2004@yahoo.com

## Encasillado 1

SI   NO
a. ☐ ☐ ¿Ciudadano de Estados Unidos?
b. ☐ ☐ ¿Residente de Puerto Rico al finalizar el año?
c. ☐ ☐ ¿Ingresos exentos de Lotería de Puerto Rico?
d. ☐ ☐ ¿Ingresos de premios de jugadas en Hipódromo?
e. ☐ ☐ ¿Otros ingresos exentos de contribución?
f. ☐ ☐ ¿Obligación de hacer pagos a ASUME?

**FUENTE DE MAYOR INGRESO:**
g. ☐ Empleado del Gobierno, Municipios y Corporaciones Públicas
h. ☐ Empleado del Gobierno Federal
i. ☐ Empleado de Empresa Privada
j. ☐ Retirado/Pensionado

OCUPACION:
Contribuyente

Cónyuge

### ESTADO PERSONAL AL FINALIZAR SU AÑO CONTRIBUTIVO:

1. ☐ Casado que vivía con su cónyuge y rinde planilla conjunta
2. ☐ Casado que no vivía con su cónyuge (No jefe de familia) (Indique nombre y seguro social del cónyuge)
3. ☐ Jefe de familia (No para casados)
4. ☐ Soltero

Sello de Recibido

## Encasillado 2

1. **Sueldos, Comisiones, Concesiones y Propinas**
   **SUMINISTRE LOS COMPROBANTES DE RETENCIÓN**
   (Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique). (00)

| A-Contribución Retenida | B-Sueldos, Comisiones, Concesiones y Propinas |
|---|---|
| 1 0 6 6 00 | 2 4 2 8 0 00 |
| 00 | 00 |
| 00 | 00 |
| 00 | 00 |

Total (Núm. de comprobantes con esta planilla) ..... (00) ☐
| | 00 | | 00 |

2. Salarios del Gobierno Federal (Véanse instrucciones) ..... (01)
Contribución Retenida: 1 0 6 6 00
Salarios Federales (02): 00

3. Ingresos de Anualidades y Pensiones (Anejo H Individuo, Parte II, línea 12) ..... (03) 00

4. Ingreso Bruto Ajustado (Sume líneas 1B, 2B y 3) ..... (10) 2 4 2 8 0 00

Período de Conservación: Diez (10) años

Formulario
499R-2/W-2 PR
05.03

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**

**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

| INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
|---|---|

| 1. Nombre - First Name | 3. Núm. Seguro Social Social Security No. | 8. Sueldos - Wages | 17. Total Sueldos Seguro Social Social Security Wages |
|---|---|---|---|
| LUIS | ~~━━━━━~~ | 24,280.00 | 0.00 |

| Apellido(s) - Surname(s) | 4. Estado Civil - Civil Status | 9. Comisiones - Commissions | 18. Seguro Social Retenido Social Security Tax Withheld |
|---|---|---|---|
| ORTIZ OCASO | Soltero Single ☐   Casado Married ☐ | 0.00 | 0.00 |

| Dirección Postal del Empleado-Employee's Mailing Address | 5. Núm. Seguro Social Cónyuge Spouse's Social Security No. | 10. Concesiones - Allowances | 19. Total Sueldos y Pro. Medicare Medicare Wages and Tips |
|---|---|---|---|
| PO BOX 3078 JUNCOS, PR 00777 | | 0.00 | 24,280.00 |

| | 6. Núm. de Ident. Patronal Employer's Ident. No. (EIN) | 11. Propinas - Tips | 20. Contrib. Medicare Retenida Medicare Tax Withheld |
|---|---|---|---|
| | 660433481 | 0.00 | 352.06 |

| 2. Nombre y Dirección Postal del Patrono Employer's Name and Mailing Address | 7. Costo de Pensión o Anualidad Cost of Pension or Annuity | 12. Total=8+9+10+11 | 21. Propinas Seguro Social Social Security Tips |
|---|---|---|---|
| L8003834363 I FLORES DEPT DE EDUCACION-MAESTROS AVENIDA TENIENTE CESAR GONZALE ESQUINA CALAF HATO REY, PR 00919 | | 24,280.00 | 0.00 |

**Copia B para Planilla del Empleado
Copy B for Employee's Tax Return**

| | 13. Gastos Reembolsados Reimbursed Expenses | 22. Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips |
|---|---|---|
| | 0.00 | 0.00 |

| Número de Teléfono del Patrono Employer's Telephone Number | 14. Cont. Retenida - Tax Withheld | |
|---|---|---|
| | 1,066.76 | |

| Fecha de Cese de Operaciones Operations Ceasing Date | 15. Fondo de Retiro Retirement Fund | 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips |
|---|---|---|
| | 2,095.32 | 0.00 |

**Año: Year: 2003**

| Número de Control - Control Number | 16. Aportaciones a Planes Cualific. Contributions to CODA PLANS |
|---|---|
| 06836734 | 0.00 |

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas
Conservation: Ten (10) years from the filing date in the Return Processing Bureau

Reproducido por: Departamento de Hacienda

Corte aquí
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# FORMA CORTA 2004

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**DEPARTAMENTO DE HACIENDA** 2004

Formulario 481 Rev. 05.04

**PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS**

| Liquidador | R | M | V1 | V2 | P1 |
|---|---|---|---|---|---|
| Revisor | P2 | N | D | E | A | G |

AÑO CONTRIBUTIVO 2004 O AÑO COMENZADO EL
**01/01/2004** Y TERMINADO EL **31/12/2004**

PLANILLA: ☐ ENMENDADA
☐ FALLECIDO DURANTE EL AÑO

Número de Serie

Sello de Pago

**Número de Seguro Social**

**Número de Seguro Social Cónyuge**

**Sexo** ☒ M ☐ F

**Fecha de Nacimiento Contribuyente**
Día — Mes — Año

| Nombre | Inicial | Apellido Paterno | Apellido Materno |
|---|---|---|---|
| LUIS A | | ORTIZ OCASIO | |

Dirección Postal
P.O. BOX
3078
JUNCOS PR
Código Postal 00777-6078

**Fecha de Nacimiento del Cónyuge**
Día — Mes — Año

Cambio de Dirección: ☐ Sí ☒ No

Planilla 2005: ☒ Español ☐ Inglés

"Coloque la etiqueta engomada (Label) aquí".

Nombre e Inicial del Cónyuge    Apellido Paterno    Apellido Materno

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)

**Teléfono Residencia:** 7 8 7 2 8 6 1 2 5 7

**Teléfono Oficina:** 7 8 7 4 0 3 5 3 5 4

☐ Código Postal

Número de Recibo: ___
Importe: ___

Correo Electrónico (E-Mail)

## Encasillado 1

| | SI | NO | |
|---|---|---|---|
| a. | ☒ | ☐ | ¿Ciudadano de Estados Unidos? |
| b. | ☒ | ☐ | ¿Residente de Puerto Rico al finalizar el año? |
| c. | ☐ | ☒ | ¿Ingresos exentos de Lotería de Puerto Rico? |
| d. | ☐ | ☒ | ¿Ingresos de premios de jugadas en Hipódromo? |
| e. | ☐ | ☒ | ¿Otros ingresos exentos de contribución? |
| f. | ☐ | ☒ | ¿Obligación de hacer pagos a ASUME? |

**FUENTE DE MAYOR INGRESO:**
- g. ☒ Empleado del Gobierno, Municipios y Corporaciones Públicas
- h. ☐ Empleado del Gobierno Federal
- i. ☐ Empleado de Empresa Privada
- j. ☐ Retirado/Pensionado

**OCUPACION (Anote el Código):**
Contribuyente
MAESTRO

Cónyuge

Sello de Recibido

## ESTADO PERSONAL AL FINALIZAR SU AÑO CONTRIBUTIVO:

1. ☐ Casado que vivía con su cónyuge y rinde planilla conjunta
2. ☐ Casado que no vivía con su cónyuge (No jefe de familia) (Indique nombre y seguro social del cónyuge)
3. ☒ Jefe de familia (No para casados)
4. ☐ Soltero

## Encasillado 2

| | A-Contribución Retenida | B.Sueldos, Comisiones, Concesiones y Propinas |
|---|---|---|
| **1. Sueldos, Comisiones, Concesiones y Propinas** SUMINISTRE LOS COMPROBANTES DE RETENCION (Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique). **00** | 1,431.00 | 19,105.00 |
| | 753.00 | 16,334.00 |
| | .00 | .00 |
| Total (Núm. de comprobantes con esta planilla) **01** **2** | 2,184.00 | 35,439.00 |

| | Contribución Retenida | Salarios Federales |
|---|---|---|
| 2. Salarios del Gobierno Federal (Véanse instrucciones) | (01) .00 | (02) .00 |
| 3. Ingresos de Anualidades y Pensiones (Anejo H Individuo, Parte II, línea 12) | | (03) .00 |
| 4. Ingreso Bruto Ajustado (Suma de las líneas 1B, 2B y 3) | | (10) 35,439.00 |

Formulario
Form 499R-2/W-2PR
Rev. 05.04

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

| | | INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
|---|---|---|---|
| 1. Nombre-First Name **LUIS A.** | 3. Núm. Seguro Social Social Security No. | 8. Sueldos - Wages **19105.50** | 17. Total Sueldos Seguro Social Social Security Wages |
| Apellido(s)-Surname(s) **ORTIZ OCASIO** | 4. Estado Civil - Civil Status Soltero ☑ Casado ☐ Single Married | 9. Comisiones-Commissions | 18. Seguro Social Retenido Social Security Tax Withheld |
| Dirección Postal del Empleado-Employee's Mailing Address **P.O. BOX 3078 JUNCOS,PR 00777** | 5. Núm. Seguro Social Cónyuge Spouse's Social Security No. | 10. Concesiones-Allowances | 19. Total Sueldos y Pro. Medicare Medicare Wages and Tips |
| | 6. Núm. de Ident. Patronal Employer's Ident. No. (EIN) **66-0638902** | 11. Propinas-Tips | 20. Contrib. Medicare Retenida Medicare Tax Withheld |
| 2. Nombre y Dirección Postal del Patrono Employer's Name and Mailing Address **AFT PUERTO RICO PO BOX 361140 SAN JUAN PR 00936** | 7. Costo de Pensión o Anualidad Cost of Pension or Annuity | 12. Total = 8 + 9 + 10 + 11 **19105.50** | 21. Propinas Seguro Social Social Security Tips |
| | | 13. Gastos Reembolsados Reimbursed Expenses **457.24** | |
| Número de Teléfono del Patrono Employer's Telephone Number **(787) 622-3958** | Copia C para Récords del Empleado Copy C for Employee's Records | 14. Cont. Retenida -Tax Withheld **1431.67** | 22. Seguro Social no Retenido en Propinas-Uncollected Social Security Tax on Tips |
| Fecha Cese de Operaciones Cease of Operations Date | | 15. Fondo de Retiro Retirement Fund **1350.00** | |
| Número Control Control Number **ADP 38388607** | Año: Year: **2004** | 16. Aportaciones a Planes Cualific. Contributions to CODA PLANS | 23. Contrib. Medicare no Retenida en Propinas-Uncollected Medicare Tax on Tips |
| Instrucciones al dorso Copia B - Instructions on back of Copy B | | 04/5-8/ / 200/000079 | Produced by A.D.P. |

Formulario
Form 499R-2/W-2 PR
Rev. 05.04

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

| | | INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
|---|---|---|---|
| 1. Nombre-First Name **LUIS** | 3. Núm. Seguro Social Social Security No. | 8. Sueldos - Wages **16,334.46** | 17. Total Sueldos Seguro Social Social Security Wages **0.00** |
| Apellido(s) - Surname(s) **ORTIZ OCASIO** | 4. Estado Civil - Civil Status Soltero ☐ Casado ☐ Single Married | 9. Comisiones - Commissions **0.00** | 18. Seguro Social Retenido Social Security Tax Withheld **0.00** |
| Dirección Postal del Empleado-Employee's Mailing Address **PO BOX 3078 JUNCOS, PR 00777** | 5. Núm. Seguro Social Cónyuge Spouse's Social Security No. | 10. Concesiones - Allowances **0.00** | 19. Total Sueldos y Pro. Medicare Medicare Wages and Tips **16,334.46** |
| | 6. Núm. de Ident. Patronal Employer's Ident. No. (EIN) **660433481** | 11. Propinas - Tips **0.00** | 20. Contrib. Medicare Retenida Medicare Tax Withheld **236.85** |
| 2. Nombre y Dirección Postal del Patrono Employer's Name and Mailing Address **L8003834363 I FLORES DEPT DE EDUCACION-MAESTROS AVENIDA TENIENTE CESAR GONZALE ESQUINA CALAF HATO REY, PR 00919** | 7. Costo de Pensión o Anualidad Cost of Pension or Annuity | 12. Total=8+9+10+11 **16,334.46** | 21. Propinas Seguro Social Social Security Tips **0.00** |
| | | 13. Gastos Reembolsados Reimbursed Expenses **0.00** | |
| Número de Teléfono del Patrono Employer's Telephone Number | Copia C para Récord del Empleado Copy C for Employee's Records | 14. Cont. Retenida - Tax Withheld **753.22** | 22. Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips **0.00** |
| Fecha de Cese de Operaciones Cease of Operations Date | | 15. Fondo de Retiro Retirement Fund **1,380.17** | |
| Número de Control - Control Number **39198942** | Año: Year: **2004** | 16. Aportaciones a Planes Cualific. Contributions to CODA PLANS **0.00** | 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips **0.00** |

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas
Conservation: Ten (10) years from the filing date in the Return Processing Bureau

Reproducido por: Departamento de Hacienda

Formula.o 481 Rev. 05.04

**FORMA CORTA** 2005

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**DEPARTAMENTO DE HACIENDA** 2005

**PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS**

AÑO CONTRIBUTIVO 2004 O AÑO COMENZADO EL

01/01/2005   Y TERMINADO EL   31/12/2005

| Liquidador | | R | M | V1 | V2 | P1 |
|---|---|---|---|---|---|---|
| Revisor | P2 | N | D | E | A | G |

Número de Serie

PLANILLA: ☐ ENMENDADA
☐ FALLECIDO DURANTE EL AÑO

Sello de Pago

**Número de Seguro Social**

**Número de Seguro Social Cónyuge**

**Sexo**  ☒ M   ☐ F

| Nombre | Inicial | Apellido Paterno | Apellido Materno |
|---|---|---|---|
| LUIS | | ORTIZ | OCASIO |

Dirección Postal
P.O. BOX  3078

JUNCOS PR          Código Postal  00777

"Coloque la etiqueta engomada (Label) aquí".

Nombre e Inicial del Cónyuge    Apellido Paterno    Apellido Materno

**Fecha de Nacimiento Contribuyente**
Día   Mes   Año

**Fecha de Nacimiento del Cónyuge**
Día   Mes   Año

Cambio de Dirección: ☐ Sí  ☒ No

Planilla 2005: ☒ Español  ☐ Inglés

PAGADO 13 MAR. 2006
SECRETARIO DE HACIENDA

Número de Recibo: _____
Importe: _____

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)

Teléfono Residencia:  7 8 7  2 8 6  1 2 5 7

☐ Código Postal

Teléfono Oficina:  7 8 7  4 0 3  5 3 5 4

Correo Electrónico (E-Mail)

## Encasillado 1

| SI | NO | |
|---|---|---|
| a. ☐ | ☒ | ¿Ciudadano de Estados Unidos? |
| b. ☒ | ☐ | ¿Residente de Puerto Rico al finalizar el año? |
| c. ☐ | ☒ | ¿Ingresos exentos de Lotería de Puerto Rico? |
| d. ☐ | ☒ | ¿Ingresos de premios de jugadas en Hipódromo? |
| e. ☐ | ☒ | ¿Otros ingresos exentos de contribución? |
| f. ☐ | ☒ | ¿Obligación de hacer pagos a ASUME? |

**FUENTE DE MAYOR INGRESO:**

g. ☒ Empleado del Gobierno, Municipios y Corporaciones Públicas

h. ☐ Empleado del Gobierno Federal

i. ☐ Empleado de Empresa Privada

j. ☐ Retirado/Pensionado

**OCUPACION (Anote el Código):**
Contribuyente
MAESTRO          6 1 1 0

Cónyuge

**ESTADO PERSONAL AL FINALIZAR SU AÑO CONTRIBUTIVO:**

1. ☐ Casado que vivía con su cónyuge y rinde planilla conjunta
2. ☐ Casado que no vivía con su cónyuge (No jefe de familia) (Indique nombre y seguro social del cónyuge)
3. ☒ Jefe de familia (No para casados)
4. ☐ Soltero

Sello de Recibido
RECIBIDO
Colecturia 1149 - Juncos

## Encasillado 2

1. Sueldos, Comisiones, Concesiones y Propinas
SUMINISTRE LOS COMPROBANTES DE RETENCION
(Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique).   .00

| | A-Contribución Retenida | B-Sueldos, Comisiones, Concesiones y Propinas |
|---|---|---|
| | 1 3 1 7 00 | 2 5 3 1 7 00 |
| | 4 7 5 00 | 6 6 0 8 00 |
| | | |
| | | |
| Total (Núm. de comprobantes con esta planilla) 01  [2] | 1 7 9 2 00 | 3 1 9 2 5 00 |

| | Contribución Retenida | | Salarios Federales |
|---|---|---|---|
| 2. Salarios del Gobierno Federal (Véanse instrucciones) | (01) 00 | (02) | 00 |
| 3. Ingresos de Anualidades y Pensiones (Anejo H Individuo, Parte II, línea 12) | | (03) | |
| 4. Ingreso Bruto Ajustado (Suma de las líneas 1B, 2B y 3) | | (10) | 3 1 9 2 5 00 |

## Form 1 (Top)

Formulario
m 499R-2/W-2 PR
05.05

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**

**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

| INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
| --- | --- |

1. Nombre-First Name
LUIS

Apellido(s) - Surname(s)
ORTIZ OCASIO

Dirección Postal del Empleado-Employee's Mailing Address
PO BOX 3078

JUNCOS, PR 00777

2. Nombre y Dirección Postal del Patrono
Employer's Name and Mailing Address
L8003834363 I FLORES
DEPT DE EDUCACION-MAESTROS
AVENIDA TENIENTE CESAR GONZALE
ESQUINA CALAF
HATO REY, PR 00919

Número de Teléfono del Patrono
Employer's Telephone Number

Fecha de Cese de Operaciones
Cease of Operations Date

Número de Control - Control Number
**50622194**

3. Núm. Seguro Social
Social Security No.

4. Estado Civil - Civil Status
Soltero Single ☐   Casado Married ☐

5. Núm. de Ident. Patronal
Employer's Ident. No. (EIN)
660433481

6. Costo de Pensión o Anualidad
Cost of Pension or Annuity
0.00

Copia C para Récord
del Empleado
Copy C for Employee's
Records

Año:
Year: **2005**

| INFORMACION PARA EL DEPARTAMENTO DE HACIENDA / DEPARTMENT OF THE TREASURY INFORMATION | |
| --- | --- |
| 7. Sueldos - Wages | 25317.37 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total=7+8+9+10 | 25317.37 |
| 12. Gastos Reembolsados Reimbursed Expenses | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 1317.38 |
| 14. Fondo de Retiro Retirement Fund | 2188.44 |
| 15. Aportaciones a Planes Cualific. Contributions to CODA PLANS | 0.00 |
| 16. Salarios bajo Ley Núm. 324 de 2004 Salaries under Act No. 324 of 2004 | 0.00 |

| INFORMACION PARA EL SEGURO SOCIAL / SOCIAL SECURITY INFORMATION | |
| --- | --- |
| 17. Total Sueldos Seguro Social Social Security Wages | 0.00 |
| 18. Seguro Social Retenido Social Security Tax Withheld | 0.00 |
| 19. Total Sueldos y Pro. Medicare Medicare Wages and Tips | 25315.00 |
| 20. Contrib. Medicare Retenida Medicare Tax Withheld | 367.07 |
| 21. Propinas Seguro Social Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips | 0.00 |
| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

Conservación: Diaz (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas

---

## Form 2 (Bottom)

Formulario
Form 499R-2/W-2PR
Rev. 05.05

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**

**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

1. Nombre - First Name
**LUIS A.**

Apellido(s) - Surname(s)
**ORTIZ OCASIO**

Dirección Postal del Empleado - Employee's Mailing Address
**P.O. BOX 3078**
**JUNCOS, PR 00777**

2. Nombre y Dirección Postal del Patrono
Employer's Name and Mailing Address
**AFT PUERTO RICO**
**PO BOX 361140**
**SAN JUAN PR 00936**

Número de Teléfono del Patrono
Employer's Telephone Number
**(787) 622-3958**

Fecha Cese de Operaciones
Cease of Operations Date

Número Control - Control Number
**ADP 34271645**

3. Núm. Seguro Social
Social Security No.

4. Estado Civil - Civil Status
Soltero ☒   Casado ☐
Single   Married

5. Núm. de Ident. Patronal
Employer Ident. No. (EIN)
**66-0638902**

6. Costo de Pensión o Anualidad
Cost of Pension or Annuity

Copia C para Récords
del Empleado
Copy C for Employee's
Records

Año:
Year: **2005**

| INFORMACION PARA EL DEPARTAMENTO DE HACIENDA / DEPARTMENT OF THE TREASURY INFORMATION | |
| --- | --- |
| 7. Sueldos - Wages | **6608.00** |
| 8. Comisiones - Commissions | |
| 9. Concesiones - Allowances | |
| 10. Propinas - Tips | |
| 11. Total = 7 + 8 + 9 + 10 | **6608.00** |
| 12. Gastos Reembolsados Reimbursed Expenses | |
| 13. Cont. Retenida - Tax Withheld | **475.00** |
| 14. Fondo de Retiro - Retirement Fund | **270.00** |
| 15. Aportaciones a Planes Cualific. Contributions to CODA PLANS | |
| 16. Salarios bajo Ley Núm. 324 de 2004 Salaries under Act No. 324 of 2004 | |

| INFORMACION PARA EL SEGURO SOCIAL / SOCIAL SECURITY INFORMATION | |
| --- | --- |
| 17. Total Sueldos Seguro Social Social Security Wages | |
| 18. Seguro Social Retenido Social Security Tax Withheld | |
| 19. Total Sueldos y Pro. Medicare Medicare Wages and Tips | |
| 20. Contrib. Medicare Retenida Medicare Tax Withheld | |
| 21. Propinas Seguro Social Social Security Tips | |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips | |
| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | |

Formulario 481 - Rev. 09.06

**FORMA CORTA**

| Liquidador | R | G | V1 | V2 | P1 |
|---|---|---|---|---|---|
| Revisor | P2 | N | D | E | A | M |

PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE EN ESTE LUGAR)

DEPARTAMENTO DE HACIENDA DE PUERTO RICO

**2006**  PLANILLA DE CONTRIBUCIÓN SOBRE INGRESOS DE INDIVIDUOS  **2006**

AÑO CONTRIBUTIVO 2006 O AÑO COMENZADO EL 1 de one de 06 y terminado el 31 de Dic de 06

Número de Serie

Número de Seguro Social del Contribuyente

Número de Seguro Social Cónyuge

☐ PLANILLA ENMENDADA
☐ FALLECIDO DURANTE EL AÑO: / /
     Día  Mes  Año

Sexo: ☒ M ☐ F

Sello de Pago

Fecha de Nacimiento Contribuyente
Día  Mes  Año

154015 S830 P2 ************5-DIGIT 00777
ORTIZ OCASIO, LUIS A          H27XM
PO BOX 3078
JUNCOS PR 00777       C E

Fecha de Nacimiento Cónyuge
Día  Mes  Año

Cambio de Dirección: ☐ Sí ☐ No

Planilla 2007: ☒ Español ☐ Inglés

Nombre o Inicial del Cónyuge     Apellido Paterno     Apellido Materno

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)     Teléfono Residencia

Número de Recibo:

Importe:

Código Postal     Teléfono del Trabajo

Correo Electrónico (E-Mail)

**Encasillado 1**

| | SI | NO | |
|---|---|---|---|
| a. | ☒ | | ¿Ciudadano de Estados Unidos? |
| b. | ☒ | | ¿Residente de Puerto Rico al finalizar el año? |
| c. | | ☒ | ¿Ingresos exentos de Lotería de Puerto Rico? |
| d. | | ☒ | ¿Ingresos de premios de jugadas en Hipódromo? |
| e. | | ☒ | ¿Otros ingresos exentos de contribución? |
| f. | | ☒ | ¿Obligación de hacer pagos a ASUME? |

**FUENTE DE MAYOR INGRESO:**
g. ☒ Empleado del Gobierno, Municipios o Corporaciones Públicas
h. ☐ Empleado del Gobierno Federal
i. ☐ Empleado de Empresa Privada
j. ☐ Retirado/Pensionado

**OCUPACION (Anote el Código):**
Contribuyente
Cónyuge

**ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:**

☐ Casado que vivía con su cónyuge y rinde planilla conjunta

☐ Casado que no vivía con su cónyuge (No jefe de familia)
(Indique nombre y seguro social del cónyuge arriba)

3. ☒ Jefe de familia (No para casados)

4. ☐ Soltero

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área de Rentas Internas
RECIBIDO
17 ABR 2007
PLANILLA SIN PAGO
SECRETARIO DE HACIENDA

**Encasillado 2**

Sueldos, Comisiones, Concesiones y Propinas
SUMINISTRE LOS COMPROBANTES DE RETENCION
(Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique). **00**

| | A-Contribución Retenida | B-Sueldos, Comisiones, Concesiones y Propinas |
|---|---|---|
| | 1,604. | 19,322. |
| | ,656. | 13,127. |
| Total de comprobantes con esta planilla **01** 2 | 2,260. | 32,449. |

| | A-Contribución Retenida | B-Salarios Federales |
|---|---|---|
| Salarios del Gobierno Federal (Véanse instrucciones) (01) | | |
| | | (02) |
| Ingresos de Anualidades y Pensiones (Anejo H Individuo, Parte II, línea 12) (03) | | |
| Ingreso Bruto Ajustado (Suma de las líneas 1B, 2B y 3) (10) | | 32,449. |

Período de Conservación: Diez (10) años

Formulario
Form 499R-2/W-2 PR
Rev. 06.06

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

| | | |
|---|---|---|
| **1. Nombre - First Name** LUIS | **3. Núm. Seguro Social** Social Security No. | **INFORMACION PARA EL DEPARTAMENTO DE HACIENDA** DEPARTMENT OF THE TREASURY INFORMATION |
| **Apellido(s) - Surname(s)** ORTIZ OCASIO | | |

**INFORMACION PARA EL DEPARTAMENTO DE HACIENDA**
**DEPARTMENT OF THE TREASURY INFORMATION**

**INFORMACION PARA EL SEGURO SOCIAL**
**SOCIAL SECURITY INFORMATION**

| Hacienda | Seguro Social |
|---|---|
| **7. Sueldos - Wages** 13127.14 | **17. Total Sueldos Seguro Social** Social Security Wages 0.00 |
| **8. Comisiones - Commissions** 0.00 | **18. Seguro Social Retenido** Social Security Tax Withheld 0.00 |
| **9. Concesiones - Allowances** 0.00 | **19. Total Sueldos y Pro. Medicare** Medicare Wages and Tips 13127.14 |
| **10. Propinas - Tips** 0.00 | **20. Contrib. Medicare Retenida** Medicare Tax Withheld 190.34 |
| **11. Total=7+8+9+10** 13127.14 | **21. Propinas Seguro Social** Social Security Tips 0.00 |
| **12. Gastos Reembolsados** Reimbursed Expenses 0.00 | **22. Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips 0.00** |
| **13. Cont. Retenida - Tax Withheld** 656.75 | **23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips 0.00** |
| **14. Fondo de Retiro** Retirement Fund 1121.23 | |
| **15. Aportaciones a Planes Cualific.** Contributions to CODA PLANS 0.00 | |
| **16. Salarios bajo Ley Núm. 324 de 2004** Salaries under Act No. 324 of 2004 0.00 | |

**1. Nombre - First Name**
LUIS

**Apellido(s) - Surname(s)**
ORTIZ OCASIO

**Dirección Postal del Empleado-Employee's Mailing Address**
PO BOX 3078

JUNCOS, PR 00777

**2. Nombre y Dirección Postal del Patrono**
Employer's Name and Mailing Address
L8003834363 I FLORES
DEPT DE EDUCACION-MAESTROS
AVENIDA TENIENTE CESAR GONZALE
ESQUINA CALAF
HATO REY, PR 00919

**Número de Teléfono del Patrono**
Employer's Telephone Number

**Fecha de Cese de Operaciones:** Dia Mes Año
Cease of Operations Date: Day Month Year

**Número de Control - Control Number**
22996108

**3. Núm. Seguro Social**
Social Security No.

**4. Núm. de Ident. Patronal**
Employer's Ident. No. (EIN.)
660433481

**5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension**

| Día Day | Mes Month | Año Year |
|---|---|---|

**6. Costo de Pensión o Anualidad**
Cost of Pension or Annuity
0.00

**Copia B para Planilla del Empleado**
**Copy B for Employee's Tax Return**

**Año:**
**Year:** **2006**

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas
Conservation: Ten (10) years from the filing date in the Return Processing Bureau

Reproducido por: Departamento de Hacienda

Corte aquí

Formulario
Form 499R-2/W-2 PR
Rev. 06.06

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**

**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

| INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
|---|---|

**1. Nombre - First Name**
LUIS

**Apellido(s) - Surname(s)**
ORTIZ OCASIO

**Dirección Postal del Empleado-Employee's Mailing Address**
PO BOX 3078

JUNCOS, PR 00777

**2. Nombre y Dirección Postal del Patrono
Employer's Name and Mailing Address**
L8101321014 SU M PALMA
DEPT DE EDUCACION-CLASIFICADOS
AVE. TENIENTE CESAR GONZALEZ
ESQUINA CALAF
HATO REY, PR 00919

**Número de Teléfono del Patrono
Employer's Telephone Number**

**Fecha de Cese de Operaciones:** Dia / Day   Mes / Month   Año / Year
**Cease of Operations Date:**

**Número de Control - Control Number**
23029365

**3. Núm. Seguro Social
Social Security No.**

**4. Núm. de Ident. Patronal
Employer's Ident. No. (EIN.)**
660433481

**5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension**
Dia / Day   Mes / Month   Año / Year

**6. Costo de Pensión o Anualidad
Cost of Pension or Annuity**
0.00

Copia B para Planilla
del Empleado
Copy B for Employee's
Tax Return

Año:
Year: **2006**

**7. Sueldos - Wages**
19322.50

**8. Comisiones - Commissions**
0.00

**9. Concesiones - Allowances**
0.00

**10. Propinas - Tips**
0.00

**11. Total=7+8+9+10**
19322.50

**12. Gastos Reembolsados
Reimbursed Expenses**
0.00

**13. Cont. Retenida - Tax Withheld**
1604.63

**14. Fondo de Retiro
Retirement Fund**
1649.09

**15. Aportaciones a Planes Cualific.
Contributions to CODA PLANS**
0.00

**16. Salarios bajo Ley Núm. 324 de 2004
Salaries under Act No. 324 of 2004**
0.00

**17. Total Sueldos Seguro Social
Social Security Wages**
0.00

**18. Seguro Social Retenido
Social Security Tax Withheld**
0.00

**19. Total Sueldos y Pro. Medicare
Medicare Wages and Tips**
19322.50

**20. Contrib. Medicare Retenida
Medicare Tax Withheld**
280.18

**21. Propinas Seguro Social
Social Security Tips**
0.00

**22. Seguro Social no Retenido
en Propinas - Uncollected
Social Security on Tips**
0.00

**23. Contrib. Medicare no Retenida
en Propinas - Uncollected
Medicare Tax on Tips**
0.00

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas
Conservation: Ten (10) years from the filing date in the Return Processing Bureau

Reproducido por: Departamento de Hacienda

 Corte aquí

Formulario 481   Rev. 10.07

Encierra Completamente los Óvalos. Ejemplo ⬤

◯ PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE EN ESTE LUGAR)

## FORMA CORTA

| Liquidador | P | G | M | V | E | R |
|---|---|---|---|---|---|---|

| Revisor | N | 01 | D2 | E | A | M |

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA
PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS

AÑO CONTRIBUTIVO 2007 O AÑO COMENZADO EL
_____ de _____ y terminado el _____ de _____ de _____

Número de Serie

◯ PLANILLA ENMENDADA

◯ FALLECIDO DURANTE EL AÑO:  Día  Mes  Año

Sello de Pago

Número de Seguro Social del Contribuyente

Número de Seguro Social Cónyuge

Sexo: ◯ M ◯ F

279836 S3150 P2 ******AUTO**5-DIGIT 00777
ORTIZ OCASIO,LUIS A      H84YZ
PO BOX 3078
JUNCOS PR 00777-6078        C E

Fecha de Nacimiento Contribuyente
Día  Mes  Año

Fecha de Nacimiento Cónyuge
Día  Mes  Año

Nombre e Inicial del Cónyuge      Apellido Paterno      Apellido Materno

Cambio de Dirección: ◯ SI ◯ No

Planilla 2008: ◯ Español ◯ Inglés

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)

Teléfono Residencia

◯ Código Postal

Teléfono del Trabajo

Número de Registro

Importe

Correo Electrónico (E-Mail)

### Encasillado 1

| | SI | NO | | FUENTE DE MAYOR INGRESO: |
|---|---|---|---|---|

a. ⬤ ◯ ¿Ciudadano de Estados Unidos?

b. ⬤ ◯ ¿Residente de Puerto Rico al finalizar el año?

c. ◯ ⬤ ¿Ingresos exentos de Lotería de Puerto Rico?

d. ◯ ⬤ ¿Ingresos de premios de jugadas en Hipódromo?

e. ◯ ⬤ ¿Otros ingresos exentos de contribución? (Someta Anejo)

f. ◯ ⬤ ¿Obligación de hacer pagos a ASUME?

g. ⬤ Empleado del Gobierno, Municipios o Corporaciones Públicas

h. ◯ Empleado del Gobierno Federal

i. ◯ Empleado de Empresa Privada

j. ◯ Retirado/Pensionado

OCUPACION (Anote el Código):
Contribuyente

Cónyuge

**ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:**

1. ◯ Casado que vivía con su cónyuge y rinde planilla conjunta

2. ◯ Casado que no vivía con su cónyuge (No jefe de familia) (Indique nombre y seguro social del cónyuge arriba)

3. ⬤ Jefe de familia (No para casados)

4. ◯ Soltero

Sello de Recibido

ESTADO LIBRE ASOCIADO DE PR
DEPARTAMENTO DE HACIENDA
RECIBIDO
APR 19 2008

### Encasillado 2

| | | A-Contribución Retenida | B-Sueldos, Comisiones, Concesiones y Propinas |
|---|---|---|---|
| 1. Sueldos, Comisiones, Concesiones y Propinas SUMINISTRE LOS COMPROBANTES DE RETENCION (Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique). ⬤⬤ | | 2908 00 / 115 00 | 37366 00 / 2250 00 |
| Total de comprobantes con esta planilla ............ ⬤1 | | 3033 00 | 39410 00 |
| | | A-Contribución Retenida | B-Salarios Federales |
| 2. Salarios del Gobierno Federal (Véanse instrucciones) ............... (01) | | 00 (02) | |
| 3. Ingresos de Anualidades y Pensiones (Anejo H Individuo, Parte II, línea 12) ............................. (03) | | | |
| 4. Ingreso Bruto Ajustado (Suma de las líneas 1B, 2B y 3) ......................... (10) | | | 39610 (10) |

| | | |
|---|---|---|
| **Formulario**<br>Form 499R-2/W-2 PR<br>Rev. 06.07 | **ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO<br>DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**<br>**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT** | **INFORMACION PARA EL<br>DEPARTAMENTO DE<br>HACIENDA<br>DEPARTMENT OF THE<br>TREASURY INFORMATION** | **INFORMACION PARA EL<br>SEGURO SOCIAL**<br><br>**SOCIAL SECURITY<br>INFORMATION** |

| 1. Nombre - First Name<br>LUIS | 3. Núm. Seguro Social<br>Social Security No. | 7. Sueldos - Wages<br>37360.00 | 17. Total Sueldos Seguro Social<br>Social Security Wages<br>0.00 |
|---|---|---|---|
| Apellido(s) - Surname(s)<br>ORTIZ OCASIO | | 8. Comisiones - Commissions<br>0.00 | 18. Seguro Social Retenido<br>Social Security Tax Withheld<br>0.00 |
| Dirección Postal del Empleado-Employee's Mailing Address<br>PO BOX 3078<br><br>JUNCOS, PR 00777 | 4. Núm. de Ident. Patronal<br>Employer's Ident. No. (EIN.)<br>660433481 | 9. Concesiones - Allowances<br>0.00 | 19. Total Sueldos y Pro. Medicare<br>Medicare Wages and Tips<br>37360.00 |
| | 5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension<br><br>Día   Mes   Año<br>Day   Month   Year | 10. Propinas - Tips<br>0.00 | |
| | | 11. Total=7+8+9+10<br>37360.00 | 20. Contrib. Medicare Retenida<br>Medicare Tax Withheld<br>541.72 |
| 2. Nombre y Dirección Postal del Patrono<br>Employer's Name and Mailing Address<br>L8101321014 SU M PALMA<br>DEPT DE EDUCACION-CLASIFICADOS<br>AVE. TENIENTE CESAR GONZALEZ<br>ESQUINA CALAF<br>HATO REY, PR 00919 | 6. Costo de Pensión o Anualidad<br>Cost of Pension or Annuity<br>0.00 | 12. Gastos Reembolsados<br>Reimbursed Expenses<br>0.00 | 21. Propinas Seguro Social<br>Social Security Tips<br>0.00 |
| | | 13. Cont. Retenida - Tax Withheld<br>2908.74 | 22. Seguro Social no Retenido<br>en Propinas - Uncollected<br>Social Security on Tips<br>0.00 |
| | **Copia B para Planilla<br>del Empleado<br>Copy B for Employee's<br>Tax Return** | 14. Fondo de Retiro<br>Retirement Fund<br>3002.52 | |
| Número de Teléfono del Patrono<br>Employer's Telephone Number | | 15. Aportaciones a Planes Cualific.<br>Contributions to CODA PLANS<br>0.00 | 23. Contrib. Medicare no Retenida<br>en Propinas - Uncollected<br>Medicare Tax on Tips<br>0.00 |
| Fecha de Cese de Operaciones:  Día  Mes  Año<br>Cease of Operations Date:  Day  Month  Year | **Año:** | 16. Salarios bajo Ley Núm. 324 de 2004<br>Salaries under Act No. 324 of 2004<br>0.00 | |
| Número de Control - Control Number<br>45514826 | **Year: 2007** | | |

Conservación: **Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas**
Retention: Ten (10) years from the filing date in the Return Processing Bureau

Reproducido por: Departamento de Hacienda

Corte aquí

Formulario
Form 499R-2/W-2PR
Rev. 06.07

`090700`

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**

**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

INFORMACION PARA EL DEPARTAMENTO DE HACIENDA
DEPARTMENT OF THE TREASURY INFORMATION

INFORMACION PARA EL SEGURO SOCIAL
SOCIAL SECURITY INFORMATION

1. Nombre - First Name
LUIS

Apellido(s) - Surname(s)
ORTIZ

Dirección Postal del Empleado - Employee's Mailing Address
LUIS ORTIZ
PO BOX 3078

JUNCOS PR 00777

2. Nombre y Dirección Postal del Patrono
Employer's Name and Mailing Address
SISTEMA UNIVERSITARIO ANA G. MENDEZ
PO BOX 21345

SAN JUAN PR 00928-1345

Número de Teléfono del Patrono
Employer's Telephone Number   (787) 751-0178

Fecha Cese de Operaciones:   Día _____ Mes _____ Año _____
Cease of Operations Date:   Day _____ Month _____ Year _____

Número Control - Control Number
45758140

Instrucciones al dorso - Instructions on back

3. Núm. Seguro Social
Social Security No.
████████████

4. Núm. de Ident. Patronal
Employer Ident. No. (EIN)
66-0201206

5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension

Día   Mes   Año
Day   Month   Year

6. Costo de Pensión o Anualidad
Cost of Pension or Annuity

Copia B para Planilla
del Empleado
Copy B for Employee's
Tax Return

Año:
Year:   2007

7. Sueldos - Wages
2250.04

8. Comisiones - Commissions

9. Concesiones - Allowances

10. Propinas - Tips

11. Total = 7 + 8 + 9 + 10
2250.04

12. Gastos Reembolsados
Reimbursed Expenses

13. Cont. Retenida - Tax Withheld
115.58

14. Fondo de Retiro - Retirement Fund

15. Aportaciones a Planes Cualific.
Contributions to CODA PLANS

16. Salarios bajo Ley Núm. 324 de 2004
Salaries under Act No. 324 of 2004

17. Total Sueldos Seguro Social
Social Security Wages
2250.04

18. Seguro Social Retenido
Social Security Tax Withheld
139.50

19. Total Sueldos y Pro. Medicare
Medicare Wages and Tips
2250.04

20. Contrib. Medicare Retenida
Medicare Tax Withheld
32.63

21. Propinas Seguro Social
Social Security Tips

22. Seguro Social no Retenido en Propinas - Uncollected
Social Security Tax on Tips

23. Contrib. Medicare no Retenida en Propinas - Uncollected
Medicare Tax on Tips

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas.
Retention: Ten (10) years from the filing date in the Returns Processing Bureau.

PRSoft, Inc. • (787) 622-7550 • www.prsoft.com

---

**INSTRUCCIONES**
**DEBERA SOMETER ESTA COPIA AL RENDIR SU PLANILLA**

1041
TO0400

Viene obligado a rendir planilla de contribución sobre ingresos:

• todo individuo soltero (o casado, pero que no vivía con su cónyuge), que durante el año contributivo tuviere un ingreso bruto de más de $3,300;
• todo individuo casado que vivía con su cónyuge y que durante el año contributivo tuviere individual o conjuntamente con éste un ingreso bruto de más de $6,000.

**PENALIDAD** – El Código de Rentas Internas de Puerto Rico de 1994, según enmendado (Código), dispone lo siguiente: Toda persona obligada bajo cualquier Subtítulo del Código a rendir una planilla, declaración, certificación o informe, que voluntariamente dejare de rendir dicha planilla, declaración, certificación o informe dentro del término o términos fijados por el Subtítulo correspondiente o por reglamentos, además de otras penalidades establecidas por el Código, incurrirá en delito menos grave, y en caso de convicción, será castigada con pena de multa no mayor de $5,000, o con pena de reclusión por un término máximo de 90 días, o ambas penas, a discreción del tribunal, más las costas del proceso. En aquellos casos en que cualquier persona voluntariamente dejare de rendir dicha planilla, declaración, certificación o informe (dentro de los términos fijados por el Subtítulo correspondiente o por reglamentos), con la intención de evadir o derrotar cualquier contribución impuesta por el Código, además de otras penalidades establecidas por el Código, incurrirá en un delito grave de tercer grado, y en caso de convicción, será sancionada con pena de reclusión la cual fluctuará entre tres años un día y ocho años. El Tribunal a su discreción podrá imponer la pena fija de reclusión establecida o pena de multa que no excederá de $20,000, o ambas penas, más las costas del proceso.

Retenga la Copia C de este formulario para sus récords. Puede usarla para establecer su derecho a los beneficios de seguro social. Si su nombre, dirección o número de seguro social están incorrectos, informe el error a su patrono para que le completen un Formulario 499R-2c/W-2cPR.

**INSTRUCTIONS**
**THIS COPY MUST BE SUBMITTED WITH YOUR RETURN**

Income tax returns must be filed by:

• every individual single (or married, one who does not live with his/her spouse), who during the taxable year had a gross income of more than $3,300;
• every married individual who lives with his/her spouse, who during the taxable year individually or jointly, had a gross income of more than $6,000.

**PENALTY** -- The Puerto Rico Internal Revenue Code of 1994, as amended (Code), provides the following: Every person liable under any Subtitle of the Code to file a return, statement, certification or report, who willfully fails to file such return, statement, certification or report within the term or terms established by the corresponding Subtitle or by regulations, in addition to other penalties provided by the Code, shall be guilty of a misdemeanor, and upon conviction thereof, punished by a fine of not more than $5,000, or imprisonment for a term of not more than 90 days, or both penalties, at the discretion of the Court, plus the costs of prosecution. In the case of any person who willfully fails to file such return, statement, certification or report (within the terms established by the corresponding Subtitle or by regulations), with the intention to evade or defeat any tax imposed by the Code, in addition to other penalties provided by the Code, shall be guilty of a third degree felony, and upon conviction thereof, punished by imprisonment for a term ranging from three years and one day to eight years. The Court may impose, at its discretion, the fixed penalty of imprisonment provided or a fine of not more than $20,000, or both penalties, plus the costs of prosecution.

Keep Copy C of this form for your records. You can use it to prove your right to social security benefits. If your name, address or social security number is incorrect, tell your employer to prepare a Form 499R-2c/W-2cPR.

Formulario 481   Rev. 11.09

Ennegrezca Completamente los Ovalos. Ejemplo ●

☐ PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE EN ESTE LUGAR)

## FORMA CORTA

Liquidador: R G V V P F2

**2009** ESTADO LIBRE ASOCIADO DE PUERTO RICO **2009**
DEPARTAMENTO DE HACIENDA
PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS

Revisor: N D1 D2 E A M

Número de Serie

AÑO CONTRIBUTIVO 2009 O AÑO COMENZADO EL
de _____ de _____ y terminado el _____ de _____ de _____

☐ PLANILLA ENMENDADA
☐ FALLECIDO DURANTE EL AÑO: ___/___/___
  Día  Mes  Año

Sello de Pago

**Número de Seguro Social del Contribuyente**     **Número de Seguro Social Cónyuge**

Nombre del Contribuyente   Inicial   Apellido Paterno   Apellido Materno

LUIS ORTIZ OCASIO

Dirección Postal
URB PARAISO DE COAMO 615

COAMO PR

Código Postal 00769

"Coloque la etiqueta engomada (Label) aquí".

Nombre e Inicial del Cónyuge      Apellido Paterno      Apellido Materno

Sexo: [X] M   ☐ F

Fecha de Nacimiento Contribuyente
Día   Mes   Año

Fecha de Nacimiento Cónyuge
___-___-___
Día   Mes   Año

Cambio de Dirección: ☐ SÍ  [X] No

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)

Código Postal

Planilla 2010: [X] Español  ☐ Inglés

Teléfono Residencia
7 8 7 - 4 0 3 - 5 3 5 4

Teléfono del Trabajo
___ - ___ - ___

Número de Recibo

Importe

Correo Electrónico (E- Mail)

## Encasillado 1

| | SI | NO | |
|---|---|---|---|
| a. | [X] | | ¿Ciudadano de Estados Unidos? |
| b. | [X] | | ¿Residente de Puerto Rico al finalizar el año? |
| c. | | [X] | ¿Ingresos exentos de Lotería de Puerto Rico? |
| d. | | [X] | ¿Ingresos de premios de jugadas en Hipódromo? |
| e. | | [X] | ¿Otros ingresos exentos de contribución? (Someta Anejo) |
| f. | | [X] | ¿Obligación de hacer pagos a ASUME? |

**FUENTE DE MAYOR INGRESO:**
g. [X] Empleado del Gobierno, Municipios o Corporaciones Públicas
h. ☐ Empleado del Gobierno Federal
i. ☐ Empleado de Empresa Privada
j. ☐ Retirado/Pensionado

**OCUPACION (Anote el Código):**
Contribuyente
DIRECTOR ESCOL 8110
Cónyuge

Sello de Recibido
RECIBIDO
APR 15 2010
CON PAGO

**ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:**

1. ☐ Casado que vivía con su cónyuge y rinde planilla conjunta
2. ☐ Casado que no vivía con su cónyuge (No jefe de familia) (Indique nombre y seguro social del cónyuge arriba)

3. [X] Jefe de familia (No para casados)
4. ☐ Soltero

☐ Ennegrezca aquí si se acoge al cómputo opcional de la contribución en el caso de personas casadas que viven juntas, rinden planilla conjunta y que ambos trabajen. No complete los Encasillados 2 y 3, y pase al Anejo CO Individuo.

## Encasillado 2

| | A- Contribución Retenida | B- Sueldos, Comisiones, Concesiones y Propinas |
|---|---|---|
| 1. Sueldos, Comisiones, Concesiones y Propinas SUMINISTRE LOS COMPROBANTES DE RETENCION (Formularios 499R- 2/W- 2PR, 499R- 2c/W- 2cPR o W- 2, según aplique). | 7 5 9 . 0 0 | 9 9 3 7 . 0 0 |
| | 4 , 0 2 3 . 0 0 | 4 7 , 2 1 2 . 0 0 |
| | . 0 0 | . 0 0 |
| | . 0 0 | . 0 0 |
| Total de comprobantes con esta planilla ... 2 | 4 , 7 8 2 . 0 0 | 5 7 , 1 4 9 . 0 0 |

| | A- Contribución Retenida | B- Salarios Federales |
|---|---|---|
| 2. Salarios del Gobierno Federal (Véanse instrucciones) ...... (01) | . 0 0 | (02) . 0 0 |
| 3. Ingresos de Anualidades y Pensiones (Anejo H Individuo, Parte II, línea 12) ............ (03) | | . 0 0 |
| 4. Ingreso Bruto Ajustado (Suma de las líneas 1B, 2B y 3) .......... (10) | | 5 7 , 1 4 9 . 0 0 |

Período de Conservación: Diez (10) años

Reproducido por H&R Block

Formulario
Form 499R-2/W-2PR
Rev. 07.09

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

090900

INFORMACION PARA EL DEPARTAMENTO DE HACIENDA
DEPARTMENT OF THE TREASURY INFORMATION

INFORMACION PARA EL SEGURO SOCIAL
SOCIAL SECURITY INFORMATION

1. Nombre - First Name
LUIS

Apellido(s) - Surname(s)
ORTIZ

Dirección Postal del Empleado - Employee's Mailing Address
LUIS ORTIZ
PO BOX 3078

JUNCOS PR 00777

2. Nombre y Dirección Postal del Patrono
Employer's Name and Mailing Address
SISTEMA UNIVERSITARIO ANA G MENDEZ
Apartado 21345

San Juan PR 00928-1345

Número de Teléfono del Patrono
Employer's Telephone Number  (787) 751-0178

Fecha Cese de Operaciones:   Dia        Mes        Año
Cease of Operations Date:    Day        Month        Year

Número Control - Control Number
01771316

3. Núm. Seguro Social
Social Security No.

4. Núm. de Ident. Patronal
Employer Ident. No. (EIN)
66-0201206

5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension
Dia        Mes        Año
Day        Month        Year

6. Costo de Pensión o Anualidad
Cost of Pension or Annuity

Copia C para Récords
del Empleado
Copy C for Employee's
Records

Año:
Year:   2009

Instrucciones al dorso Copia B - Instructions on back of Copy B

7. Sueldos - Wages
9937.52

8. Comisiones - Commissions

9. Concesiones - Allowances

10. Propinas - Tips

11. Total = 7 + 8 + 9 + 10
9937.52

12. Gastos Reembolsados
Reimbursed Expenses

13. Cont. Retenida - Tax Withheld
759.52

14. Fondo de Retiro - Retirement Fund

15. Aportaciones a Planes Cualific.
Contributions to CODA PLANS

16. Salarios bajo Ley Núm. 324 de 2004
Salaries under Act No. 324 of 2004

17. Total Sueldos Seguro Social
Social Security Wages
9937.52

18. Seguro Social Retenido
Social Security Tax Withheld
616.13

19. Total Sueldos y Pro. Medicare
Medicare Wages and Tips
9937.52

20. Contrib. Medicare Retenida
Medicare Tax Withheld
144.09

21. Propinas Seguro Social
Social Security Tips

22. Seguro Social no Retenido
en Propinas - Uncollected
Social Security Tax on Tips

23. Contrib. Medicare no Retenida
en Propinas - Uncollected
Medicare Tax on Tips

PRSoft, Inc. • (787) 622-7550 • www.prsoft.com

2552
TO0400

Formulario
Form 499R-2/W-2 PR
Rev  07.09

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

| INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
|---|---|

**1. Nombre-First Name**

LUIS

**Apellido(s) - Surname(s)**

ORTIZ OCASIO

**Dirección Postal del Empleado-Employee's Mailing Address**

PO BOX 3078

JUNCOS, PR 00777

**2. Nombre y Dirección Postal del Patrono**
**Employer's Name and Mailing Address**

L8101321014 SU M PALMA
DEPT DE EDUCACION-CLASIFICADOS
AVE. TENIENTE CESAR GONZALEZ
ESQUINA CALAF
HATO REY, PR 00919

**Número de Teléfono del Patrono**
**Employer's Telephone Number**

**Fecha de Cese de Operaciones:** Día Day  Mes Month  Año Year
**Cease of Operations Date:**

**Número de Control - Control Number**

004217903

**3. Núm. Seguro Social.**
**Social Security No.**

■■■■■■■■■

**4. Núm. de Ident. Patronal**
**Employer's Ident. No. (EIN.)**

660433481

**5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension**
Día Day  Mes Month  Año Year

**6. Costo de Pensión o Anualidad**
**Cost of Pension or Annuity**

0.00

Copia C para Récord
del Empleado
Copy C for Employee's
Records

Año:
Year: **2009**

**7. Sueldos - Wages**  47212.80

**8. Comisiones - Commissions**  0.00

**9. Concesiones - Allowances**  0.00

**10. Propinas - Tips**  0.00

**11. Total=7+8+9+10**  47212.80

**12. Gastos Reembolsados Reimbursed Expenses**  0.00

**13. Cont. Retenida - Tax Withheld**  4023.26

**14. Fondo de Retiro Retirement Fund**  3407.52

**15. Aportaciones a Planes Cualific. Contributions to CODA PLANS**  0.00

**16. Salarios bajo Ley Núm. 324 de 2004 Salaries under Act No. 324 of 2004**  0.00

**17. Total Sueldos Seguro Social Social Security Wages**  0.00

**18. Seguro Social Retenido Social Security Tax Withheld**  409.20

**19. Total Sueldos y Pro. Medicare Medicare Wages and Tips**  47212.80

**20. Contrib. Medicare Retenida Medicare Tax Withheld**  684.59

**21. Propinas Seguro Social Social Security Tips**  0.00

**22. Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips**  0.00

**23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips**  0.00

Reproducido por: Departamento de Hacienda

Ennegrezca Completamente los Ovalos. Ejemplo ⬤

Formulario 481   Rev. 11.10

PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE EN ESTE LUGAR)

**2010**                                    **2010**

AÑO CONTRIBUTIVO 2010 O AÑO COMENZADO EL

1 de enero de 2010 y terminado el 31 de diciembre de 2010

Número de Seguro Social del Contribuyente        Número de Seguro Social Cónyuge

Sexo: X M __ F

Nombre del Contribuyente   Inicial   Apellido Paterno   Apellido Materno        Fecha de Nacimiento Contribuyente

| LUIS | ORTIZ | OCASIO |
|------|-------|--------|

Dirección Postal
PARAISO DE COAMO
615 CALLE PAZ
Coamo, PR                Código Postal        00769

Nombre Inicial del Cónyuge   Apellido Paterno   Apellido Materno

Dirección Residencial Completa (Recinto Urbanización, Número, Calle)
PARAISO DE COAMO
615 CALLE PAZ

Coamo, PR          Código Postal   00769   Teléfono de Trabajo

Día   Mes   Año

Fecha de Nacimiento Cónyuge
Día   Mes   Año
Incapacitado
__ Contribuyente   __ Cónyuge
Cambio de Dirección: __ Sí   X No
Planilla 2011:  X __

Teléfono Residencia
7 8 7 - 4 0 3 - 5 3 5 4

LUISORTIZOCASIO@YAHOO.COM

| SI | NO | | FUENTE DE MAYOR INGRESO: | OCUPACION (Anote el Código). |
|----|----|--|--------------------------|------------------------------|

| X | | ¿Ciudadano de Estados Unidos? | X | Empleado del Gobierno, Municipios | Contribuyente |
| X | | ¿Residente de Puerto Rico al finalizar el año? | | o Corporaciones Públicas | Administrador de Escuela  6 1 1 |
| | X | ¿Obligación de hacer pagos a ASUME? | | Empleado del Gobierno Federal | Cónyuge |
| | X | ¿Otros ingresos exentos de contribución? (Someta Anejo) | | Empleado de Empresa Privada | |
| | | Indique total $ _____ | | Retirado/Pensionado | |

ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:

__ Casado que vivía con su cónyuge y rinde planilla conjunta        3. X Jefe de familia (No para casados)

__ Casado que no vivía con su cónyuge (No jefe de familia)        4. __ Soltero
   (Indique nombre y seguro social del cónyuge arriba)

Mar 21 2011  8:27PM

Ennegrezca aquí si se acoge al cómputo opcional de la contribución en el caso de personas casadas que viven juntas,
rinden planilla conjunta y que ambos trabajan. No complete los Encasillados 2 y 3, y pase al Anejo CO Individuo.

| | A-Contribución Retenida | B-Sueldos, Comisiones, Concesiones y Propinas |
|--|------------------------|----------------------------------------------|
| 1. Sueldos, Comisiones, Concesiones y Propinas   SUMINISTRE LOS COMPROBANTES DE RETENCION   (Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique).  (00) | 3 3 0 8 | 4 2 8 1 |
| Total de comprobantes con esta planilla .......... (01)    1 | 3 3 0 8 | 4 2 8 1 7 |

A-Contribución Retenida        B-Salarios, Comisiones

2. Salarios del Gobierno Federal (Véanse instrucciones) ................. (01)        (02)

3. Ingresos de Anualidades y Pensiones (Anejo H Individuo, Parte II, línea 12) ........................ (03)

4. Ingreso Bruto Ajustado (Suma de las líneas 1B, 2B y 3) ........................ (10)        4 2 8 1 7

NUMERO DE CONFIRMACION: 032120110807F2DFC41656559

Período de Conservación: Diez (10) años

Reproducido por CEGsoft

# Anejo I Individuo
Rev. 11.10

**2010**

Año contributivo comenzado el __1__ de __enero__ de __2010__ y terminado el __31__ de __diciembre__ de __2010__

Número de Seguro Social

Nombre del contribuyente _____ LUIS ORTIZ OCASIO _____

Ennegrezca uno: (01) ☒ 1 Contribuyente ⬡ 2 Cónyuge (58)

1. Comidas y entretenimiento

   A. Total de gastos incurridos o pagados ................................................................. (02)

   B. Reembolso de gastos (comidas y entretenimiento) ........................................... (03)

   C. Diferencia (Si la línea 1B excede la línea 1A, refiérase al Anejo I Individuo de la Forma Larga) (04)

   D. Diferencia (Si la línea 1A excede la línea 1B, anote el exceso aquí) ................... (05)

   E. Anote el 50% de la línea 1D (Véanse instrucciones) ......................................... (06)

2. Otros gastos

   A. Costo y mantenimiento de uniformes ................................................ (11)

   B. Cuotas de uniones, colegiaciones y asociaciones profesionales ........ (12)      4 4 4

   C. Compra de materiales didácticos por educadores .......................... (13)

   D. Compra de libros técnicos propios de la profesión u oficio ........... (14)

   E. Gastos de educación y mejoramiento de la profesión u oficio ........ (15)

   F. Depreciación (Parte II de este Anejo) ............................................. (16)

   G. Otros gastos de la profesión u oficio ............................................. (17)      1 0 6 0

   H. Total otros gastos (Sume líneas 2A a la 2G. Anote el total aquí) ...... (18)            1 5 0 4

   I. Reembolso de otros gastos ............................................................. (19)

   J. Diferencia (Si la cantidad en la línea 2 I excede la cantidad de la línea 2H, refiérase al Anejo I Individuo de la Forma Larga) .......................... (20)

   K. Si la línea 2H excede la cantidad en la línea 2 I, anote el exceso en esta línea ......... (30)      1 5 0 4

3. Total gastos ordinarios y necesarios (Sume líneas 1E y 2K. Anote la cantidad en esta línea) ..... (31)      1 5 0 4

4. Sueldos, Comisiones, Concesiones y Propinas (Encasillado 2, línea 1B de la Forma Corta o línea 1B o 1C, según aplique, del Anejo CO Individuo) ................. (32)      4 2 8 1 7

5. Salarios Gobierno Federal (Encasillado 2, línea 2B de la Forma Corta o línea 2B o 2C, según aplique, del Anejo CO Individuo) ................. (33)

6. Total salarios (Sume líneas 4 y 5) ............................................. (34)      4 2 8 1 7

7. Multiplique la línea 6 por 4% y anote aquí ............................... (35)      1 7 1 2

8. **Deducción por gastos ordinarios y necesarios** (Anote aquí y en el Encasillado 3, línea 6E de la Forma Corta o línea 6E, Columna B o C, según aplique, del Anejo CO Individuo, la menor de las siguientes cantidades: línea 3, línea 7, o hasta el límite de $1,500 ($750 si se acoge al cómputo opcional de la contribución)) .......... (40)      1 5 0 0

NUMERO DE CONFIRMACION: 032120110807F2DFC41656539

Periodo de Conservación: Diez (10) años

Reproducido por CEGsoft

```
MODELO SC 6088              ESTADO LIBRE ASOCIADO DE PUERTO RICO
REV.15 OCT 04                   DEPARTAMENTO DE HACIENDA
OA 04-18                        AREA DE RENTAS INTERNAS

                           CERTIFICACION DE RADICACION DE PLANILLAS DE
                                CONTRIBUCION SOBRE INGRESOS

NUM.CUENTA : ███████        IQC1ZCWK ORTIZ OCASIO LUIS A
URB PARAISO DE COAMO
615 CALLE PAZ
COAMO PR 00769-9324
```

---

| PERIODO CONTRIBUTIVO | INFORMACION SEGUN SISTEMA |
| --- | --- |
| 2012 | RINDIO PLANILLA |
| 2011 | RINDIO PLANILLA |
| 2010 | RINDIO PLANILLA |
| 2009 | RINDIO PLANILLA |
| 2008 | RINDIO PLANILLA |

**I N F O R M A C I O N   A L   C O N T R I B U Y E N T E**

DE NO ESTAR DE ACUERDO CON LA INFORMACION CONTENIDA EN ESTA CERTIFICACION DEBERA PRESENTAR SU RECLAMACION CON LA EVIDENCIA DE RADICACION EN CUALQUIERA DE LOS CENTROS DE SERVICIOS AL CONTRIBUYENTE.

DE NO ESTAR OBLIGADO POR LA LEY A RENDIR UNA PLANILLA (APLICA SOLO A INDIVIDUOS) DEBERA LLENAR EL MODELO SC 2781, CERTIFICACION DE RAZONES POR LAS CUALES EL CONTRIBUYENTE NO ESTA OBLIGADO POR LEY A RENDIR UNA PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS, EN CUALQUIERA DE LOS CENTROS DE SERVICIO AL CONTRIBUYENTE (CENTROS) Y PRESENTAR LA EVIDENCIA SOLICITADA.

PARA LA UBICACION DE LOS CENTROS, PUEDE COMUNICARSE A LOS SIGUIENTES TELEFONOS:

```
SAN JUAN (787) 723-5556 / 1-877-684-3422 -   CAGUAS (787) 258-5272 / (787) 745-0666
PONCE    (787) 844-8800               -   MAYAGUEZ (787) 265-5200
BAYAMON  (787) 778-4949 / (787) 778-4973 / (787) 778-4974
```

ASBEL X. RIVERA LOZADA - (ARL4917)          16-Dic-2013 01:05 PM
---------------------------------           -------------------          ----------------------
SECRETARIO AUXILIAR DE RENTAS INTERNAS       FECHA Y HORA  DE             SELLO DE RENTAS INTERNAS Y
O SU REPRESENTANTE AUTORIZADO                   EMISION                      SELLO OFICIAL

**A D V E R T E N C I A**

ESTA CERTIFICACION ES VALIDA, SI CONTIENE EL SELLO DE RENTAS INTERNAS, EL SELLO OFICIAL DEL DEPARTAMENTO Y LA FIRMA AUTORIZADA.

Formulario 481    Rev. 29 oct 12

| **FORMA CORTA** | | ☐ PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE EN ESTE LUGAR) | | **Número de Serie** |
|---|---|---|---|---|
| Liquidador | Revisor | | | |

**2012**    GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA    **2012**

PLANILLA DE CONTRIBUCIÓN SOBRE INGRESOS DE INDIVIDUOS

| R | G | RO | V1 | V2 | P1 | P2 | N | D1 | D2 | E | A | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

AÑO CONTRIBUTIVO 2012 O AÑO COMENZADO EL
01 de 01 de 2012 Y TERMINADO EL 31 de 12 de 2012

**PLANILLA ENMENDADA**

FALLECIDO DURANTE EL AÑO:
☐ CONTRIBUYENTE   ☐ CONYUGE

| Nombre del Contribuyente | Inicial | Apellido Paterno | Apellido Materno |
|---|---|---|---|
| LUIS | | ORTIZ | OCASIO |

Número de Seguro Social Contribuyente

Dirección Postal

URB PARAISO DE COAMO 615
Coamo PR                    Código Postal 00769-0000

Fecha de Nacimiento    Sexo: ☒ M  ☐ F

Sello de Recibo
11/04/2013 05:25:29 PM

"Coloque la etiqueta engomada (Label) aquí".

Número de Seguro Social Cónyuge

| Nombre e Inicial del Cónyuge | Apellido Paterno | Apellido Materno |
|---|---|---|
| | | |

Fecha de Nacimiento del Cónyuge    Sexo: ☐ M  ☐ F

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)

PARAISO DE COAMO
B8 Calle PAZ
Coamo PR

Teléfono Residencia
(787) 403-5354

Teléfono del Trabajo

Código Postal 00769

Correo Electrónico (E-Mail) luisortizocasio2010@gmail.com

CAMBIO DE DIRECCION: ☐ SI ☒ No   PLANILLA 2013: ☒ ESPAÑOL ☐ INGLES

**Cuestionario**

SI NO
A. ☒ ☐ ¿Ciudadano de Estados Unidos?
B. ☒ ☐ ¿Residente de Puerto Rico al finalizar el año?
C. ☐ ☒ ¿Otros ingresos excluidos o exentos de contribución?
(Someta Anejo IE Individuo)

D. **FUENTE DE MAYOR INGRESO:**
1. ☒ Empleado del Gobierno, Municipios o Corporaciones Públicas
2. ☐ Empleado del Gobierno Federal
3. ☐ Empleado de Empresa Privada
4. ☐ Retirado/Pensionado
5. ☐ Otro _____
Su ocupación DIRECTOR ESCOLAR    8110    Ocupación cónyuge _____

E. **ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:**
1. ☐ Casado
(Ennegrezca aquí ☐ si se acoge al cómputo opcional y pase al Anejo CO Individuo)
2. ☒ Contribuyente individual
(Ennegrezca e indique nombre y seguro social del cónyuge si es:
☐ Casado con capitulaciones de total separación de bienes
☐ Casado que no vivía con su cónyuge)
3. ☐ Casado que rinde separado
(Indique nombre y seguro social del cónyuge arriba)

**PASE A LA PAGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.**

**Reintegro**

1. CONTRIBUCION PAGADA EN EXCESO (Encasillado 1, línea 14. Indique distribución en las líneas A, B y C) . . . . . . . . . **01** (01) | .00
A) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan . . . . . . . . . . . (02) | .00
B) Aportación al Fondo Especial para la Universidad de Puerto Rico . . . . . . . . . . . . (03) | .00
C) REINTEGRAR (Si desea que se le deposite el reintegro directamente en su cuenta, complete el Encasillado de Depósito) . . . . . (04) | .00

**Pago**

2. TOTAL NO PAGADO DE LA CONTRIBUCION (Encasillado 1, línea 14) . . . . . . . . . . . . (05) | 176.00
3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado . . . . . (06) | .00
(b) Intereses . . . . . . . . . . . . . . . . . (07) | .00
(c) Recargos y Penalidades . . . . . . . . (08) | .00
4. BALANCE PENDIENTE DE PAGO    (Línea 2 menos línea 3(a)) . . . . . . . . . . . (10) | 176.00

**AUTORIZACION PARA DEPOSITO DIRECTO DE REINTEGRO**

**Depósito**

Tipo de cuenta   ☐ Cheques  ☐ Ahorros    Número de ruta/tránsito _____   Número de su cuenta _____

Cuenta a nombre de: _____ y _____
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge).

Declaro bajo penalidad de perjurio que he examinado la información incluida en esta planilla, anejos y documentos que se acompañan, y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

| Firma del Contribuyente | Fecha | Firma del Cónyuge | Fecha |
|---|---|---|---|
| √ FIRMADA ELECTRONICAMENTE | 11/04/2013 | √ | |

**04** Nombre del Especialista (Letra de Molde)
OLGA E CABALLERO

Nombre de la Firma o Negocio
HR BLOCK

| Firma del Especialista | Fecha | Especialista por cuenta propia (ennegrezca aquí) ☐ | Número de Registro |
|---|---|---|---|
| √ FIRMADA ELECTRONICAMENTE | 11/04/2013 | | 7971 |

**NOTA AL CONTRIBUYENTE**
Indique si hizo pagos por la preparación de su planilla: ☒ SI ☐ NO. Si contestó "Si", exija la firma y el número de registro del Especialista.

Case:17-03283-LTS Doc#:12383-1 Filed:03/16/20 Entered:03/16/20 17:39:01 Desc:
Exhibit ADE-28 Page 1

Formulario 499R-2cW-2cPR
Form
Rev. 09.12

GOE — O DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
Departamento de Hacienda - Department of the Treasury

**CORRECCION AL COMPROBANTE DE RETENCION**
CORRECTED WITHHOLDING STATEMENT

| | |
|---|---|
| Correction | |
| Duplicado Duplicate | ✓ |

No envíe a la Adm. Seg. Social
Do not sent to Soc. Sec. Adm.

| AÑO A CORREGIRSE Year Being Corrected | 1. FECHA CESE DE OPERACIONES Cease of Operations Date | 2a. NUM.SEG. SOC. EMPLEADO Employee's Social Security No. | 2b. NUM. DE IDENTIFICACION PATRONAL Employer Identification No. (EIN) |
|---|---|---|---|
| **2012** | Día - Day    Mes - Month    Año - Year | ▀▀▀▀▀▀▀▀ | 66-0433481 |

| 3a. NOMBRE - First Name    APELLIDO(S)   - Surname(s) | 4a. NOMBRE Y DIRECCION POSTAL DEL PATRONO Employer's Name and Mailing Address |
|---|---|
| LUIS          ORTIZ OCASIO | DEPT DE EDUCACION-CLASIFICADOS L8112423531 |
| 3b. DIRECCION POSTAL DEL EMPLEADO -Employee's Mailing Address DEPARTAMENTO DE EDUCACION | |
| | 4b. NUMERO DE TELEFONO - Telephone Number |

COMPLETE LINEA 5a ó 5b SOLAMENTE SI LA INFORMACION ORIGINAL, ESTABA INCORRECTA. ANOTE NUMERO Y NOMBRE INCORRECTOS. Complete line 5a or 5b only if the original information reported was incorrect. Enter the incorrect Social Security Number and name.

| 5a.NUM. SEG. SOC. (INCORRECTO) Incorrect Social Security No. | 5b.NOMBRE DEL EMPLEADO (INCORRECTO)     - Employee's Incorrect Name Nombre     - First Name          Apellido(s)  -Surname(s) | 5c. Fecha en que comenzó a recibir la pensión: Date on which you started to receive the pension: Día - Day____Mes- Month ____Año- Year _____ |
|---|---|---|

| Línea  -Line | a) Según se informó Originalmente As Originally Reported | b) Información Correcta Correct Information | c) Aumento (Reducción) (Diferencia entre a y b) Increase (Decrease) (Difference between a and b) |
|---|---|---|---|
| 6. COSTO DE PENSION O ANUALIDAD Cost of Pension or Annuity | $.00 | | |
| 6A. COSTO DE CUBIERTA DE SALUD AUSPICIADA POR EL PATRONO Cost of Employer - Sponsored Health Coverage | $.00 | | |
| 6B. DONATIVOS Charitable Contributions | $.00 | | |
| 7. SUELDOS Wages | $9,744.00 | | |
| 8. COMISIONES Commissions | $.00 | | |
| 9. CONCESIONES Allowances | $.00 | | |
| 10. PROPINAS Tips | $.00 | | |
| 11. TOTAL = 7+8+9+10 | $9,744.00 | | |
| 12. GASTOS REEMBOLSADOS Y BENEFICIOS MARGINALES Reimbursed Expenses and Fringe Benefits | $.00 | | |
| 13. CONTRIBUCION RETENIDA Tax Withheld | $957.22 | | |
| 14. FONDO DE RETIRO GUBERNAMENTAL Governmental Retirement Fund | $.00 | | |
| 15. APORTACIONES A PLANES CUALIFICADOS Contributions to CODA PLANS | $.00 | | |
| 16. SALARIOS BAJO LEY 324-2004 Salaries under Act 324-2004 | $.00 | | |
| 16A. APORTACIONES AL PROGRAMA AHORRA Y DUPLICA TU DINERO Contributions to the Save and Double your Money Program | $.00 | | |
| 17. TOTAL SUELDOS SEGURO SOCIAL Social Security Wages | $9,744.00 | | |
| 18. SEGURO SOCIAL RETENIDO Social Security Tax Withheld | $409.25 | | |
| 19. TOTAL SUELDOS Y PROPINAS MEDICARE Medicare Wages and Tips | $9,744.00 | | |
| 20. CONTRIBUCION MEDICARE RETENIDA Medicare Tax Withheld | $141.29 | | |
| 21. PROPINAS SEGURO SOCIAL Social Security Tips | $.00 | | |
| 22. SEGURO SOCIAL NO RETENIDO EN PROPINAS Uncollected Social Securty Tax on Tips | $.00 | | |
| 23. CONTRIBUCION MEDICARE NO RETENIDA EN PROPINAS - Uncollected Medicare Tax on Tips | $.00 | | |

(left margin: Cambios - I - Changes)

RAZONES PARA EL CAMBIO:
Reasons for the change:

| FIRMA DEL PATRONO O SU REPRESENTANTE AUTORIZADO Employer's or Duly Authorized Agent's Signature | TITULO - Title | FECHA - Date |
|---|---|---|
| Humberto Tapia Fontanez | | 10/ABRIL/2013 |

| NUMERO CONTROL - Control Number | NUMERO CONTROL DEL COMPROBANTE ORIGINAL - Control number of original withholding statement |
|---|---|
| 120038740 | 125552824 |

| VEANSE INSTRUCCIONES AL DORSO SEE INSTRUCTIONS ON BACK | Copia C - Copia del Empleado Copy C - Employee's Record |
|---|---|

Reproducido: Departamento de Educación

Formulario 499R/W-2cPR
Form
Rev. 09.12

GC NO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
Departamento de Hacienda - Department of the Treasury

CORRECCION AL COMPROBANTE DE RETENCION
CORRECTED WITHHOLDING STATEMENT

☐ Corrección
Correction
☑ Duplicado
Duplicate

No envíe a la Adm. Seg. Social
Do not sent to Soc. Sec. Adm.

| AÑO A CORREGIRSE Year Being Corrected 2012 | 1. FECHA CESE DE OPERACIONES Cease of Operations Date Día - Day   Mes- Month   Año - Year | 2a. NUM.SEG. SOC. EMPLEADO Employee's Social Security No. | 2b. NUM. DE IDENTIFICACION PATRONAL Employer Identification No. (EIN) 66-0433481 |
|---|---|---|---|

3a. NOMBRE - First Name      APELLIDO(S)    - Surname(s)

LUIS          ORTIZ OCASIO

3b. DIRECCION POSTAL DEL EMPLEADO  -Employee's Mailing Address

PO BOX 3078

4a. NOMBRE Y DIRECCION POSTAL DEL PATRONO
Employer's Name and Mailing Address

DEPT DE EDUCACION-CLASIFICADOS
L8112320297

4b. NUMERO DE TELEFONO - Telephone Number

COMPLETE LINEA 5a ó 5b SOLAMENTE SI LA INFORMACION ORIGINAL ESTABA INCORRECTA. ANOTE NUMERO Y NOMBRE INCORRECTOS. Complete line 5a or 5b only if the original information reported was incorrect. Enter the incorrect Social Security Number and name.

| 5a.NUM. SEG. SOC. (INCORRECTO) Incorrect Social Security No. | 5b.NOMBRE DEL EMPLEADO (INCORRECTO)  - Employee's Incorrect Name Nombre    - First Name      Apellido(s)  -Surname(s) | 5c. Fecha en que comenzó a recibir la pensión: Date on which you started to receive the pension: Día - Day_____Mes- Month_____Año- Year |
|---|---|---|

| Línea  -Line | a) Según se informó Originalmente As Originally Reported | b) Información Correcta Correct Information | c) Aumento (Reducción) (Diferencia entre a y b) Increase (Decrease) (Difference between a and b) |
|---|---|---|---|
| 6. COSTO DE PENSION O ANUALIDAD Cost of Pension or Annuity | $.00 | | |
| 6A. COSTO DE CUBIERTA DE SALUD AUSPICIADA POR EL PATRONO Cost of Employer - Sponsored Health Coverage | $.00 | | |
| 6B. DONATIVOS Charitable Contributions | $.00 | | |
| 7. SUELDOS Wages | $38,860.00 | | |
| 8. COMISIONES Commissions | $.00 | | |
| 9. CONCESIONES Allowances | $.00 | | |
| 10. PROPINAS Tips | $.00 | | |
| 11. TOTAL = 7+8+9+10 | $38,860.00 | | |
| 12. GASTOS REEMBOLSADOS Y BENEFICIOS MARGINALES Reimbursed Expenses and Fringe Benefits | $.00 | | |
| 13. CONTRIBUCION RETENIDA Tax Withheld | $2,289.52 | | |
| 14. FONDO DE RETIRO GUBERNAMENTAL Governmental Retirement Fund | $3,407.52 | | |
| 15. APORTACIONES A PLANES CUALIFICADOS Contributions to CODA PLANS | $.00 | | |
| 16. SALARIOS BAJO LEY 324-2004 Salaries under Act 324-2004 | $.00 | | |
| 16A. APORTACIONES AL PROGRAMA AHORRA Y DUPLICA TU DINERO Contributions to the Save and Double your Money Program | $.00 | | |
| 17. TOTAL SUELDOS SEGURO SOCIAL Social Security Wages | $.00 | | |
| 18. SEGURO SOCIAL RETENIDO Social Security Tax Withheld | $.00 | | |
| 19. TOTAL SUELDOS Y PROPINAS MEDICARE Medicare Wages and Tips | $38,860.00 | | |
| 20. CONTRIBUCION MEDICARE RETENIDA Medicare Tax Withheld | $563.47 | | |
| 21. PROPINAS SEGURO SOCIAL Social Security Tips | $.00 | | |
| 22. SEGURO SOCIAL NO RETENIDO EN PROPINAS Uncollected Social Security Tax on Tips | $.00 | | |
| 23. CONTRIBUCION MEDICARE NO RETENIDA EN PROPINAS - Uncollected Medicare Tax on Tips | $.00 | | |

RAZONES PARA EL CAMBIO:
Reasons for the change:

FIRMA DEL PATRONO O SU REPRESENTANTE AUTORIZADO
Employer's  or Duly Authorized Agent's Signature

Humberto Tapia Fontanez

TITULO - Title

FECHA - Date

10/ABRIL/2013

| NUMERO CONTROL - Control Number 120038739 | NUMERO CONTROL DEL COMPROBANTE ORIGINAL - Control number of original withholding statement 125551788 |
|---|---|

VEANSE INSTRUCCIONES AL DORSO
SEE INSTRUCTIONS ON BACK

Copia C - Copia del Empleado
Copy C - Employee's Record

Reproducido: Departamento de Educación

Case 17-03303-LTS Doc#:12303-1 Filed:03/16/20 Entered:03/16/20 17:39:01 Desc:
Exhibit Page 30 of 42

Formulario 482 Rev. 31 oct 13

Liquid No. _____ Revisor _____

**2013** ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA
**PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS**
AÑO CONTRIBUTIVO 2013 O AÑO COMENZADO EL **2013**

Número de Serie

| R | G | RO | V1 | V2 | P1 | P2 | N | D1 | D2 | E | A | M |
|---|---|----|----|----|----|----|---|----|----|---|---|---|

01 de 01 de 2013 Y TERMINADO EL 31 de 12 de 2013

○ FALLECIDO DURANTE EL AÑO: ___ Día ___ Mes ___ Año
○ CONTRIBUYENTE ○ CONYUGE
○ CONYUGE SUPERSTITE RINDE OTRA PLANILLA PARA EL AÑO CONTRIBUTIVO

Nombre del Contribuyente: Luis
Inicial: .
Apellido Paterno: Ortiz
Apellido Materno: Ocasio

Número de Seguro Social Contribuyente

Dirección Postal: URB. Paraiso de Coamo C/5

Coamo P.R.
Código Postal 00769

"Coloque la etiqueta engomada (Label) aquí".

Nombre e Inicial del Cónyuge _____ Apellido Paterno _____ Apellido Materno

Fecha de Nacimiento _____ Sexo ○ M ○ F
Día Mes Año

Número de Seguro Social Cónyuge _____

Fecha de Nacimiento del Cónyuge _____ Sexo ○ M ○ F
Día Mes Año

Sello de Recibido

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
1141 Colecturía Barranquitas
**RECIBIDO**
08 ABR. 2014
SIN PAGO
SECRETARIA DE HACIENDA

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)
Paraiso de Coamo
B8 Calle Paz _____ Código Postal 00769

Correo Electrónico (E-Mail) _____

Teléfono Residencia (787) 403-5354
Teléfono del Trabajo ( ) _____

CAMBIO DE DIRECCION: ○ SI ● No

PLANILLA 2014: ○ ESPAÑOL ○ INGLES

**Cuestionario**

| | SI | NO | |
|---|---|---|---|
| A. | ● | ○ | ¿Ciudadano de Estados Unidos? |
| B. | ● | ○ | ¿Residente de Puerto Rico al finalizar el año? |
| C. | ○ | ● | ¿Otros ingresos excluidos o exentos de contribución? (Someta Anejo IE Individuo) |
| D. | ○ | ● | ¿Individuo residente inversionista? (Someta Anejo F1 Individuo) |

**E. FUENTE DE MAYOR INGRESO:**
1. ● Empleado del Gobierno, Municipios o Corporaciones Públicas
2. ○ Empleado del Gobierno Federal
3. ○ Empleado de Empresa Privada
4. ○ Retirado/Pensionado
5. ○ Trabajo Cuenta Propia (Indique la industria o negocio principal)
6. ○ Otro _____

Su ocupación _____ Ocupación cónyuge _____

**F. ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:**
1. ○ Casado (Ennegrezca aquí ○ si se acoge al cómputo opcional y pase al Anejo CO Individuo)
2. ● Contribuyente individual (Ennegrezca e indique nombre y seguro social del cónyuge si es:
   ○ Casado con capitulaciones de total separación de bienes
   ○ Casado que no vivía con su cónyuge)
3. ○ Casado que rinde separado (Indique nombre y seguro social del cónyuge arriba)

○ PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE EN ESTE LUGAR)

CONTRATO GOBIERNO: ○ Contribuyente ○ Cónyuge

**PASE A LA PAGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO**

**Reintegro**

1. CONTRIBUCION PAGADA EN EXCESO (Encasillado 3, línea 28. Indique distribución en las líneas A, B, C y D) ... **01** (01) | 00
   A) Acreditar a la contribución estimada 2014 ............................................................ (02) | 00
   B) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan .............. (03) | 00
   C) Aportación al Fondo Especial para la Universidad de Puerto Rico ....................... (04) | 00
   D) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado de Depósito) ... (05) | 242 | 00

**Pago**

2. TOTAL NO PAGADO DE LA CONTRIBUCION (Encasillado 3, línea 28) ................... (06) | 00
3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado ... (07) | 00
   (b) Intereses _____ (08) | 00
   (c) Recargos _____ y Penalidades _____ (09) | 00
4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a)) ................................ (10) | 00

**AUTORIZACION PARA DEPOSITO DIRECTO DE REINTEGRO**

**Deposito**

Tipo de cuenta: ○ Cheques ○ Ahorros
Número de ruta/tránsito: [ ][ ][ ][ ][ ][ ][ ][ ][ ]
Número de su cuenta: [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

Cuenta a nombre de: _____
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge) y _____

Declaro bajo penalidad de perjurio que he examinado la información incluida en esta planilla, anejos y documentos que se acompañan, y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

Firma del Contribuyente _____ Fecha Jan/1/2018 _____ Firma del Cónyuge _____ Fecha

Nombre del Especialista (Letra de Molde) _____ Nombre de la Firma o Negocio _____

Firma del Especialista _____ Fecha _____ Especialista por cuenta propia (ennegrezca aquí) ○ _____ Número de Registro

**NOTA AL CONTRIBUYENTE:** Indique si hizo pagos por la preparación de su planilla: ○ Si ● No. Si contestó "Sí", exija la firma y el número de registro del Especialista.

Periodo de Conservación: Diez (10) años

## Copy B

Formulario
Form 499R-2/W-2 PR
Rev. 08-13

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

| | |
|---|---|
| 1. Nombre - First Name<br>LUIS | 3. Núm. Seguro Social<br>Social Security No.<br>████████ |
| Apellido(s) - Surname(s)<br>ORTIZ OCASIO | 4. Núm. de Ident. Patronal<br>Employer Ident. No. (EIN)<br>660433481 |

Dirección Postal del Empleado-Employee's Mailing Address
PO BOX 3078
JUNCOS, PR 00777

5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension
Día / Day   Mes / Month   Año / Year

2. Nombre y Dirección Postal del Patrono
Employer's Name and Mailing Address

DEPT DE EDUCACION-CLASIFICADOS
AVE. TENIENTE CESAR GONZALEZ
ESQUINA CALAF
HATO REY, PR 00919

6. Costo de Pensión o Anualidad
Cost of Pension or Annuity    0.00

6A. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage    0.00

Número de Teléfono del Patrono
Employer's Telephone Number

6B. Donativos
Charitable Contributions    0.00

Fecha Cese de Operaciones:
Cease of Operations Date:   Día/Day   Mes/Month   Año/Year

**Copia B para Planilla
del Empleado
Copy B for Employee's
Tax Return**

Número Confirmación de Radicación Electrónica
Electronic Filing Confirmation Number
C400001

**Año:
Year: 2013**

Número Control - Control Number
004529169

INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION

| | |
|---|---|
| 7. Sueldos - Wages | 38860.00 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total=7+8+9+10 | 38860.00 |
| 12. Gastos Reemb. y Beneficios Marginales Reimb. Expenses and Fringe Benefits | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 1986.88 |
| 14. Fondo de Retiro Gubernamental Governmental Retirement Fund | 3407.52 |
| 15. Aportaciones a Planes Cualific. Contributions to CODA PLANS | 0.00 |
| 16. Salarios bajo Ley 324-2004 Salaries under Act 324-2004 | 0.00 |
| 16A. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program | 0.00 |

INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION

| | |
|---|---|
| 17. Total Sueldos Seguro Social Social Security Wages | 0.00 |
| 18. Seguro Social Retenido Social Security Tax Withheld | 0.00 |
| 19. Total Sueldos y Pro. Medicare Medicare Wages and Tips | 38860.00 |
| 20. Contrib. Medicare Retenida Medicare Tax Withheld | 563.47 |
| 21. Propinas Seguro Social Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0.00 |
| 23. Contrib. Medicare no Retenido en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas
Retention: Ten (10) years from the filing date in the Return Processing Bureau

Reproducido por: Departamento de Hacienda

---

## Copy C

Formulario
Form 499R-2/W-2 PR
Rev. 08-13

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

| | |
|---|---|
| 1. Nombre - First Name<br>LUIS | 3. Núm. Seguro Social<br>Social Security No. |
| Apellido(s) - Surname(s)<br>ORTIZ OCASIO | 4. Núm. de Ident. Patronal<br>Employer Ident. No. (EIN)<br>660433481 |

Dirección Postal del Empleado-Employee's Mailing Address
PO BOX 3078
JUNCOS, PR 00777

5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension
Día / Day   Mes / Month   Año / Year

2. Nombre y Dirección Postal del Patrono
Employer's Name and Mailing Address

DEPT DE EDUCACION-CLASIFICADOS
AVE. TENIENTE CESAR GONZALEZ
ESQUINA CALAF
HATO REY, PR 00919

6. Costo de Pensión o Anualidad
Cost of Pension or Annuity    0.00

6A. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage    0.00

Número de Teléfono del Patrono
Employer's Telephone Number

6B. Donativos
Charitable Contributions    0.00

Fecha Cese de Operaciones:
Cease of Operations Date:   Día/Day   Mes/Month   Año/Year

**Copia C para Récord
del Empleado
Copy C for Employee's
Records**

Número Confirmación de Radicación Electrónica
Electronic Filing Confirmation Number
C400001

**Año:
Year: 2013**

Número Control - Control Number
004529169

INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION

| | |
|---|---|
| 7. Sueldos - Wages | 38860.00 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total=7+8+9+10 | 38860.00 |
| 12. Gastos Reemb. y Beneficios Marginales Reimb. Expenses and Fringe Benefits | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 1986.88 |
| 14. Fondo de Retiro Gubernamental Governmental Retirement Fund | 3407.52 |
| 15. Aportaciones a Planes Cualific. Contributions to CODA PLANS | 0.00 |
| 16. Salarios bajo Ley 324-2004 Salaries under Act 324-2004 | 0.00 |
| 16A. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program | 0.00 |

INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION

| | |
|---|---|
| 17. Total Sueldos Seguro Social Social Security Wages | 0.00 |
| 18. Seguro Social Retenido Social Security Tax Withheld | 0.00 |
| 19. Total Sueldos y Pro. Medicare Medicare Wages and Tips | 38860.00 |
| 20. Contrib. Medicare Retenida Medicare Tax Withheld | 563.47 |
| 21. Propinas Seguro Social Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0.00 |
| 23. Contrib. Medicare no Retenido en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

Formulario 482  Rev. 31 oct 14

# FORMA ÚNICA

| Liquidador | Revisor |
|---|---|

| R | G | RQ | V1 | V2 | P1 | P2 | N | D1 | D2 | E | A | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**2014**

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA

PLANILLA DE CONTRIBUCIÓN SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2014 O AÑO COMENZADO EL

1  de  enero  de 2014 Y TERMINADO EL  31  de  diciembre  de  2014

**2014**

Número de Serie

○ PLANILLA ENMENDADA

○ FALLECIDO DURANTE EL AÑO:_____
| Día | Mes | Año |

○ CONTRIBUYENTE  ○ CÓNYUGE

○ CÓNYUGE SUPÉRSTITE RINDE OTRA PLANILLA
PARA EL AÑO CONTRIBUTIVO (Indique seguro social
del cónyuge fallecido_____

Nombre del Contribuyente    Inicial  **LUIS**
Apellido Paterno  **ORTIZ**
Apellido Materno  **OCASIO**

Dirección Postal
Urb PARAISO DE COAMO
615 Calle PAZ
Coamo PR     Código Postal.    00769

Nombre e Inicial del Cónyuge    Apellido Paterno    Apellido Materno

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)
Urb PARAISO DE COAMO
615 Calle PAZ
Coamo PR    Código Postal  00769

Correo Electrónico (E-Mail) OFFICE65624@TAX.HRBLOCK.COM

Número de Seguro Social Contribuyente

Fecha de Nacimiento
| Día | Mes | Año |

Sexo
○X M
○ F

Número de Seguro Social Cónyuge

Fecha de Nacimiento del Cónyuge
| Día | Mes | Año |

Sexo
○ M
○ F

Teléfono Residencial
(787) 405-5354

Teléfono del Trabajo

Sello de Recibido

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
1168-Colecturia Aibonito
RECIBIDO
13 ABR. 2015
SIN PAGO
Jo Zmzayo-bis
SECRETARIO DE HACIENDA

CAMBIO DE DIRECCIÓN: ○ Si ○X No

SOLICITÓ PRÓRROGA: ○ Si ○X No

¿UTILIZÓ PROGRAMA PRIVADO PARA LLENAR LA PLANILLA? ○X Si ○ No

PLANILLA 2015: ○X ESPAÑOL  ○ INGLES

## Cuestionario

|  | SI | NO |  |
|---|---|---|---|
| A. | ○X | ○ | ¿Ciudadano de Estados Unidos? |
| B. | ○X | ○ | ¿Residente de Puerto Rico al finalizar el año? |
| C. | ○ | ○X | ¿Otros ingresos excluidos o exentos de contribución? (Someta Anejo IE Individuo) |
| D. | ○ | ○X | ¿Extranjero residente inversionista? (Someta Anejo F1 Individuo) |

E. FUENTE DE MAYOR INGRESO:
1. ○ Empleado del Gobierno, Municipios o Corporaciones Públicas
2. ○ Empleado del Gobierno Federal
3. ○X Empleado de Empresa Privada
4. ○ Retirado/Pensionado
5. ○ Trabajo Cuenta Propia (Indique la industria o negocio principal)
6. ○ Otro

Su ocupación **Maestro de Escuela**   **6110**  Ocupación cónyuge _____

F. ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:
1. ○ Casado
   (Ennegrezca aquí ○ si se acoge al cómputo opcional y pase al Anejo CO Individuo)

2. ○X Contribuyente individual
   (Ennegrezca e indique nombre y seguro social del cónyuge si es:
   ○ Casado con capitulaciones de total separación de bienes
   ○ Casado que no vivía con su cónyuge)

3. ○ Casado que rinde por separado
   (Indique nombre y seguro social del cónyuge arriba)

CONTRATO GOBIERNO:
○ Contribuyente  ○ Cónyuge

PASE A LA PÁGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.

## Reintegro

| 1. CONTRIBUCIÓN PAGADA EN EXCESO (Encasillado 3, línea 28). Indique distribución en las líneas A, B, C y D ...... **01** | (01) | 299 | 00 |
|---|---|---|---|
| A) Acreditar a la contribución estimada 2015 | (02) |  | 00 |
| B) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan | (03) |  | 00 |
| C) Aportación al Fondo Especial para la Universidad de Puerto Rico | (04) |  | 00 |
| D) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado de Depósito) | (05) | 299 | 00 |

## Pago

| 2 TOTAL NO PAGADO DE LA CONTRIBUCIÓN (Encasillado 3, línea 28) | (06) |  | 00 |
|---|---|---|---|
| 3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado | (07) |  | 00 |
| (b)  Intereses | (08) |  | 00 |
| (c)  Recargos _____ y Penalidades _____ | (09) |  | 00 |
| 4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a)) | (10) |  | 00 |

## Depósito

AUTORIZACIÓN PARA DEPÓSITO DIRECTO DE REINTEGRO

Tipo de cuenta
○ Cheques  ○ Ahorros

Número de ruta/tránsito
| | | | | | | | | |

Número de su cuenta
| | | | | | | | | | | | | | | | | |

Cuenta a nombre de: _____  y _____
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que he examinado la información incluida en esta planilla, anejos y documentos que se acompañan, y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

| Firma del Contribuyente | Fecha | Firma del Cónyuge | Fecha |
|---|---|---|---|

| **04** Nombre del Especialista (Letra de Molde)  **FRANCES SANTIAGO TORRES** | Nombre de la Firma o Negocio  **HRB GROUP** |
|---|---|

| Firma del Especialista | Fecha | Especialista por cuenta propia (ennegrezca aquí) ○ | Número de Registro  **6334** |
|---|---|---|---|

NOTA AL CONTRIBUYENTE: Indique si hizo pagos por la preparación de su planilla: ○X Si ○ No. Si contestó "Sí", exija la firma y el número de registro del Especialista.

**Anejo M Individuo**
Rev. 31 oct 14

# INGRESO DE PROFESIONES Y COMISIONES

Año contributivo comenzado el __1__ de __enero__ de _2014_ y terminado el _31_ de _diciembre_ de 2014

**2014**

Nombre del contribuyente
**LUIS ORTIZ OCASIO**

Número de Seguro Social

## Parte I — Cuestionario   (Deberá llenar un anejo por cada fuente de ingreso)   ⑥⑦

Número de Identificación Patronal
**66-0433561**

Ingreso proveniente de (ennegrezca uno):
⊗ 1 Contribuyente   ◯ 2 Cónyuge

Ennegrezca uno:
⊗ 3 Profesiones   ◯ 4 Comisiones

Ennegrezca aquí si ésta es su industria o negocio principal ⊗

Fecha de comienzo de operaciones:
Día _1_ Mes _1_ Año _2013_

Número de Registro de Comerciante

Ennegrezca aquí si durante el año contributivo dispuso de la totalidad de los activos utilizados en su industria o negocio ◯

Localización de la Oficina Principal - Número, Calle y Pueblo
escuela
Coamo PR 00769

Incentivo contributivo bajo:
Ley 1-2013 ◯ (01)
Ley 135-2014 ◯ (02)

Clave Industrial   Código

Naturaleza de la profesión (Ej. abogado, contador, comisionista, etc.)
maestro

Número de empleados
0

Indique si reclamó gastos relacionados con la titularidad, uso, mantenimiento y depreciación de los siguientes conceptos (ennegrezca las que apliquen). Además, indique si el negocio derivó más del 80% de la totalidad de sus ingresos de actividades relacionadas exclusivamente con la pesca o transportación de pasajeros o de carga o arrendamiento en el caso de embarcaciones, transportación de pasajeros o de carga o arrendamiento en el caso de aeronaves, o alquiler de propiedades a personas no relacionadas en el caso de propiedad residencial fuera de Puerto Rico.

| Concepto | Indique si reclamó gastos | Indique si derivó 80% o más del ingreso de esa actividad |
|---|---|---|
| 1 automóviles | ⊗ Sí ◯ No | ◯ Sí ⊗ No |
| 2 embarcaciones | ◯ Sí ⊗ No | ◯ Sí ⊗ No |
| 3 aeronaves | ◯ Sí ⊗ No | ◯ Sí ⊗ No |
| 4 propiedad residencial fuera de Puerto Rico | ◯ Sí ⊗ No | ◯ Sí ⊗ No |

## Parte II — Determinación de Ganancia o Pérdida   ⑦⑤

| | | |
|---|---|---:|
| 1. Ingresos | (01) | 3,975 00 |
| 2. **Menos:** Cantidad exenta bajo Ley 135-2014 (02) ◯ 1 Hasta $40,000 ◯ 2 Hasta $500,000 (Véanse instrucciones) | (03) | 00 |
| 3. Ingreso bruto después de la exención bajo la Ley 135-2014 (Línea 1 menos línea 2, si aplica. De otro modo, anote el importe de la línea 1) | (04) | 3,975 00 |
| 4. Ingreso ganado a través de corporaciones de individuos, sociedades y sociedades especiales | (10) | 00 |
| 5. **Menos:** Gastos de operación y otros costos (Informe detalle en Parte III) | (11) | 3,237 00 |
| 6. Ingreso neto del año corriente (Sume líneas 3 y 4 menos línea 5) | (12) | 738 00 |
| 7. **Menos:** Pérdida neta en operaciones de años anteriores (Acompañe anejo, véanse instrucciones) | (13) | 00 |
| 8. **Ganancia (o pérdida)** (Si es una ganancia, traslade el total a la página 2, Encasillado 1, línea 2K de la planilla o línea 3K, Columna B o C del Anejo CO Individuo, según aplique. Si es una pérdida, véanse instrucciones. Por otro lado, si es una ganancia que tributa a tasa reducida bajo una Ley de Incentivos, traslade el total a la Columna correspondiente de la línea 4(j) del Anejo A2 Individuo, según la tasa contributiva que le aplique a dicha ganancia) | (20) | 738 00 |

## Parte III — Gastos de Operación y Otros Costos   ⑧⑤

**A. Gastos deducibles para la contribución básica alterna:**

| | | | |
|---|---|---:|---:|
| 1. Salarios, comisiones y bonificaciones a empleados (Véanse instrucciones) | (01) | 00 | |
| 2. Gastos de nómina (Véanse instrucciones) | (02) | 00 | |
| 3. Seguro médico o de hospitalización | (03) | 1,482 00 | |
| 4. Aportación a planes de pensiones cualificados (Véanse instrucciones. Someta Modelo SC 6042) | (04) | 00 | |
| 5. Servicios profesionales (Véanse instrucciones) | (05) | 00 | |
| 6. Alquiler, renta y cánones pagados (Véanse instrucciones) | (06) | 00 | |
| 7. Intereses sobre deudas del negocio | (07) | 00 | |
| 8. Contribuciones sobre la propiedad, patentes y licencias | (08) | 00 | |
| 9. Seguros (Véanse instrucciones) | (09) | 00 | |
| 10. Servicios públicos (agua, luz, teléfono, etc.) | (10) | 325 00 | |
| 11. Depreciación y amortización (Someta Anejo E) | (11) | 00 | |
| 12. Gastos de automóviles (Millaje ____691____ ) (12) (Véanse instrucciones) | (13) | 414 00 | |
| 13. Gastos de otros vehículos de motor (Véanse instrucciones) | (14) | 00 | |
| 14. Contribución federal sobre el trabajo por cuenta propia (Véanse instrucciones) | (15) | 56 00 | |
| 15. Costos directos imprescindibles (Someta anejo detallado. Véanse instrucciones) | (16) | 00 | |
| 16. **Subtotal** (Sume líneas 1 a la 15) | (17) | | 2,277 00 |

**B. Otras deducciones:**

| | | | |
|---|---|---:|---:|
| 17. Comisiones a negocios | (18) | 00 | |
| 18. Reparaciones | (19) | 460 00 | |
| 19. Otros seguros | (20) | 00 | |
| 20. Anuncios | (21) | 00 | |
| 21. Gastos de viajes | (22) | 00 | |
| 22. Gastos de comida y entretenimiento (Total de gastos $ _____ ) (23) (Véanse instrucciones) | (24) | 00 | |
| 23. Materiales y efectos | (25) | 200 00 | |
| 24. Deudas incobrables | (26) | 00 | |
| 25. Otros gastos (Someta anejo detallado) | (27) | 300 00 | |
| 26. **Subtotal** (Sume líneas 17 a la 25) | (28) | | 960 00 |
| 27. **Total** (Sume líneas 16 y 26. Traslade a la Parte II, línea 5 de este Anejo) | (30) | | 3,237 00 |

Período de Conservación: Diez (10) años

PRSoft, Inc. (www.prsoft.com)

**Modelo SC 2909**
Rev. 17 feb 16



ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA

## AUTORIZACIÓN A ESPECIALISTAS EN PLANILLAS PARA LA RADICACIÓN ELECTRÓNICA Y FIRMA DIGITAL DE LA PLANILLA DE CONTRIBUCIÓN SOBRE INGRESOS DE INDIVIDUOS

La Sección 1061.01 del Código de Rentas Internas de Puerto Rico de 2011, según enmendado, establece la obligación de rendir la Planilla de Contribución sobre Ingresos de Individuos y permite que la misma sea autenticada mediante firma digital. El contribuyente que designe a un Especialista en Planillas, Declaraciones y Reclamaciones de Reintegro (Especialista) para firmar de forma digital, en su representación, su planilla, deberá completar este modelo y entregarlo al Especialista junto con copia de su licencia de conducir o pasaporte.

**Parte I - Información del Contribuyente (Si rinde planilla conjunta debe completar la información del cónyuge)**

| Nombre del Contribuyente | Inicial | Apellido Paterno | Apellido Materno | Número de Seguro Social Contribuyente |
|---|---|---|---|---|
| LUIS ORTIZ OCASIO | | | | |

| Nombre del Cónyuge | Inicial | Apellido Paterno | Apellido Materno | Número de Seguro Social Cónyuge |
|---|---|---|---|---|
| | | | | |

| Dirección | Correo electrónico | Teléfono |
|---|---|---|
| URB PARAISO DE COAMO 615 CALLE PAZ COAMO PR 00769 | afiguerod@apagpr.com | 787-405-5354 |

**Parte II - Información de la Planilla de Contribución sobre Ingresos de Individuos**

| | | |
|---|---|---|
| 1. Año Contributivo .................................................................................................... | | 2015 |
| 2. Ingreso Bruto Ajustado (Página 2, Encasillado 1, línea 5 de la planilla) .................... | | $ 38813 |
| 3. Contribución Determinada (Página 2, Encasillado 3, línea 19 de la planilla) .............. | | $ 2087 |
| 4. Total de Contribución Retenida, Pagada y Crédito Reembolsable (Página 2, Encasillado 3, línea 23 E de la planilla) ............ | | $ 2640 |
| 5. Cantidad a Reintegrar (Página 1, línea 1D de la planilla) ...................................... | | $ 553 |
| 6. Balance Pendiente de Pago (Página 1, línea 4 de la planilla) ................................ | | $ 0 |

**Parte III - Designación de Especialista**

| Nombre del Especialista (en letra de molde) | Número de Seguro Social o Identificación Patronal |
|---|---|
| Antonio A Figueroa Alvarado | 66-0750323 |

| Nombre de la Firma o Negocio | Número de Registro |
|---|---|
| AP Advisory Group Corp | 6853 |

| Dirección Postal | Correo Electrónico | Teléfono |
|---|---|---|
| PO Box 52006 Toa Baja PR 00950-2006 | afigueroa@apagpr.com | 787-268-1616 |

**Actos Autorizados** – El Especialista está autorizado a radicar electrónicamente y a firmar de forma digital la Planilla de Contribución sobre Ingresos de Individuos del contribuyente para el año contributivo 2015 .

**Parte IV - Firma del Contribuyente** - Si rinde planilla conjunta, tanto el contribuyente como el cónyuge, deben firmar esta Autorización

Declaro bajo penalidad de perjurio que he examinado la copia electrónica de mi Planilla de Contribución sobre Ingresos de Individuos, los anejos y documentos que se acompañan para el año contributivo 2015 y que la misma es cierta, correcta y completa. Declaro que las cantidades de la Parte II, arriba indicados, son las mismas que se incluyeron en la copia electrónica de mi Planilla de Contribución sobre Ingresos de Individuos. Autorizo al Especialista a radicar por medios electrónicos y a firmar de forma digital mi Planilla de Contribución sobre Ingresos de Individuos para el año contributivo indicado en esta Autorización.

| Firma del Contribuyente | Nombre (en letra de molde) | Fecha |
|---|---|---|
| | LUIS ORTIZ OCASIO | 13-04-2016 |
| Firma del Cónyuge | Nombre (en letra de molde) | Fecha |
| | | |

**Si esta Autorización no está firmada y fechada la misma no será válida.**

Período de Conservación: Diez (10) años.

NUMERO DE CONFIRMACION:: 04132016104A1559D82008876

**DEPARTAMENTO DE HACIENDA - AGENCIA DE PUERTO RICO**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

| | |
|---|---|
| 1. Nombre – First Name | |
| LUIS | |
| Apellido(s) – Surname(s) | |
| ORTIZ OCASIO | |
| Dirección Postal del Empleado-Employee's Mailing Address | |
| PO BOX 3078 | |
| JUNCOS, PR 00777 | |

3. Núm. Seguro Social Social Security No.

4. Núm. de Ident. Patronal Employer Ident. No. (EIN)
660433481

5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage
0.00

2. Nombre y Dirección Postal del Patrono Employer's Name and Mailing Address
DEPT DE EDUCACION-CLASIFICADOS
AVE. TENIENTE CESAR GONZALEZ
ESQUINA CALAF
HATO REY, PR 00919

6. Donativos Charitable Contributions
0.00

Patrono: – Employer:
• Envíe a: – Send to:
Social Security Administration Data Operations Center Wilkes-Barre, PA 18769-0001
Con la With the W-3PR
• Envíe al Departamento de Hacienda electrónicamente
Send to Department of the Treasury electronically (www.hacienda.pr.gov)
• Entregue dos copias al empleado Deliver two copies to employee
• Conserve copia para sus récords Keep copy for your records

Número de Teléfono del Patrono Employer's Telephone Number

Fecha Cese de Operaciones: Cease of Operations Date: Día Day Mes Month Año Year

Número Confirmación de Radicación Electrónica Electronic Filing Confirmation Number
S150008

Número Control - Control Number
004958540

Año: Year: 2015

Fecha de radicación: 31 de enero - Filing date: January 31

**INFORMACION PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION**

| | |
|---|---|
| 7. Sueldos - Wages | 38460.00 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total=7+8+9+10 | 38460.00 |
| 12. Gastos Reemb. y Beneficios Marginales Reimb. Expenses and Fringe Benefits | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 1916.88 |
| 14. Fondo de Retiro Gubernamental Governmental Retirement Fund | 3407.52 |
| 15. Aportaciones a Planes Cualific. Contributions to CODA PLANS | 0.00 |
| 16. Salarios Exentos (Ver instrucciones) Exempt Salaries (See instructions) | 0.00 |
| 16A. Código de Salarios Exentos Exempt Salaries Code | |
| 16B. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program | 0.00 |

**INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION**

| | |
|---|---|
| 17. Total Sueldos Seguro Social Social Security Wages | 0.00 |
| 18. Seguro Social Retenido Social Security Tax Withheld | 0.00 |
| 19. Total Sueldos y Pro. Medicare Medicare Wages and Tips | 38460.00 |
| 20. Contrib. Medicare Retenida Medicare Tax Withheld | 557.67 |
| 21. Propinas Seguro Social Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0.00 |
| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

Reproducido por: Departamento de Hacienda

---

Formulario Form 499R-2/W-2 PR Rev. 08.15

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

| | |
|---|---|
| 1. Nombre-First Name | |
| LUIS | |
| Apellido(s) – Surname(s) | |
| ORTIZ OCASIO | |
| Dirección Postal del Empleado-Employee's Mailing Address | |
| PO BOX 3078 | |
| JUNCOS, PR 00777 | |

3. Núm. Seguro Social Social Security No.

4. Núm. de Ident. Patronal Employer Ident. No. (EIN)
660433481

5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage
0.00

2. Nombre y Dirección Postal del Patrono Employer's Name and Mailing Address
DEPT DE EDUCACION-CLASIFICADOS
AVE. TENIENTE CESAR GONZALEZ
ESQUINA CALAF
HATO REY, PR 00919

6. Donativos Charitable Contributions
0.00

Patrono: – Employer:
• Envíe a: – Send to:
Social Security Administration Data Operations Center Wilkes-Barre, PA 18769-0001
Con la With the W-3PR
• Envíe al Departamento de Hacienda electrónicamente
Send to Department of the Treasury electronically (www.hacienda.pr.gov)
• Entregue dos copias al empleado Deliver two copies to employee
• Conserve copia para sus récords Keep copy for your records

Número de Teléfono del Patrono Employer's Telephone Number

Fecha Cese de Operaciones: Cease of Operations Date: Día Day Mes Month Año Year

Número Confirmación de Radicación Electrónica Electronic Filing Confirmation Number
S150008

Número Control - Control Number
004958540

Año: Year: 2015

Fecha de radicación: 31 de enero - Filing date: January 31

**INFORMACION PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION**

| | |
|---|---|
| 7. Sueldos - Wages | 38460.00 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total=7+8+9+10 | 38460.00 |
| 12. Gastos Reemb. y Beneficios Marginales Reimb. Expenses and Fringe Benefits | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 1916.88 |
| 14. Fondo de Retiro Gubernamental Governmental Retirement Fund | 3407.52 |
| 15. Aportaciones a Planes Cualific. Contributions to CODA PLANS | 0.00 |
| 16. Salarios Exentos (Ver instrucciones) Exempt Salaries (See instructions) | 0.00 |
| 16A. Código de Salarios Exentos Exempt Salaries Code | |
| 16B. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program | 0.00 |

**INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION**

| | |
|---|---|
| 17. Total Sueldos Seguro Social Social Security Wages | 0.00 |
| 18. Seguro Social Retenido Social Security Tax Withheld | 0.00 |
| 19. Total Sueldos y Pro. Medicare Medicare Wages and Tips | 38460.00 |
| 20. Contrib. Medicare Retenida Medicare Tax Withheld | 557.67 |
| 21. Propinas Seguro Social Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0.00 |
| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

Reproducido por: Departamento de Hacienda

Formulario 482   Rev. 16 nov 16

# FORMA ÚNICA

| | | Liquidador | | Revisor | |
|---|---|---|---|---|---|

**2016**

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA

**2016**

Número de Serie

PLANILLA DE CONTRIBUCIÓN SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2016 O AÑO COMENZADO EL

| R | G | RO | V1 | V2 | P1 | P2 | N | D1 | D2 | E | A | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

01 de 01 de 2016 Y TERMINADO EL 31 de 12 de 2016

- ⬤ PLANILLA ENMENDADA
- ⬤ FALLECIDO DURANTE EL AÑO: ___/___/___ Día Mes Año
- ⬤ CONTRIBUYENTE   ⬤ CÓNYUGE
- ⬤ CÓNYUGE SUPÉRSTITE RINDE OTRA PLANILLA PARA EL AÑO CONTRIBUTIVO (Indique seguro social y fecha de defunción del cónyuge fallecido: ___ ___ ___ Día, Mes, Año)

**Nombre del Contribuyente** LUIS  **Inicial**  **Apellido Paterno** ORTIZ  **Apellido Materno** OCASIO

**Número de Seguro Social Contribuyente** ~~(redacted)~~

**Dirección Postal**
URB PARAISO DE COAMO
615 CALLE PAZ
COAMO   PR   **Código Postal** 00769

Fecha de Nacimiento   **Sexo** ⬤ M ⬤ F

Número de Seguro Social Cónyuge

Fecha de Nacimiento del Cónyuge   Mes   Año   **Sexo** ⬤ M ⬤ F

Sello de Recibido

13/04/2017 11:28:15 AM

**Nombre e Inicial del Cónyuge**   **Apellido Paterno**   **Apellido Materno**

Teléfono Residencia
(787-405-5354 .

**Dirección Residencial Completa** (Barrio o Urbanización, Número, Calle)
URB PARAISO DE COAMO
615 CALLE PAZ
COAMO   PR   **Código Postal** 00769

Teléfono del Trabajo

**CAMBIO DE DIRECCIÓN:** ⬤ SI ⬤ No

**Correo Electrónico (E-Mail)** afigueroa@apaqpr.com

**SOLICITÓ PRÓRROGA:** ⬤ SI ⬤ No

## Cuestionario

**SI   NO**

- A. ⬤ ⬤ ¿Ciudadano de Estados Unidos? (Véanse instrucciones)
- B. ⬤ ⬤ ¿Residente de Puerto Rico durante todo el año?
  Si contestó "No", indique una de las siguientes:
  1. ⬤ Fecha de mudanza a P.R. (Día___ Mes___ Año___)
  2. ⬤ Fecha de mudanza fuera de P.R. (Día___ Mes___ Año___)
  3. ⬤ No residente durante todo el año
- C. ⬤ ⬤ ¿Generó ingresos fuera del período de residencia en P.R. que no se incluyen en esta planilla? (Si contestó "SI", indique la cantidad):
  1. ⬤ Atribuible al contribuyente $_____
  2. ⬤ Atribuible al cónyuge $_____
- D. ⬤ ⬤ ¿Otros ingresos excluidos o exentos de contribución? (Someta Anejo IE Individuo)
- E. ⬤ ⬤ ¿Individuo residente inversionista? (Someta Anejo F1 Individuo)
- F. ⬤ ⬤ ¿Socio de una sociedad sujeta a tributación bajo el Código de Rentas Internas Federal?
- G. ⬤ ⬤ ¿Militar activo en zona de combate durante el año contributivo? (Fecha en que cesó en el servicio: Día___ Mes___ Año___)

Su ocupación Maestro de Escuela   6110   Ocupación cónyuge

## H. FUENTE DE MAYOR INGRESO:

1. ⬤ Empleado del Gobierno, Municipios o Corporaciones Públicas
2. ⬤ Empleado del Gobierno Federal
3. ⬤ Empleado de Empresa Privada
4. ⬤ Retirado/Pensionado
5. ⬤ Trabajo Cuenta Propia (Indique la industria o negocio principal)
6. ⬤ Otro

## ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:

- ⬤ Casado (Ennegrezca aquí ⬤ si se acoge al cómputo opcional y pase al Anejo CO Individuo)
- ⬛ Contribuyente individual
- ⬤ Casado con capitulaciones de total separación de bienes
  (Ennegrezca e indique nombre y seguro social del cónyuge si es:)
- ⬤ Casado que no vivía con su cónyuge)
- ⬤ Casado que rinde por separado
  (Indique nombre y seguro social del cónyuge arriba)

**CONTRATO GOBIERNO:**  ⬤ Contribuyente  ⬤ Cónyuge

PASE A LA PÁGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO

## Reintegro

| | | | |
|---|---|---|---|
| 1. CONTRIBUCIÓN PAGADA EN EXCESO (Encasillado 3, línea 29. Indique distribución en las líneas A, B, C y D) | 01 | (01) | 357 00 |
| A) Acreditar a la contribución estimada 2017 | | (02) | 00 |
| B) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan | | (03) | 00 |
| C) Aportación al Fondo Especial para la Universidad de Puerto Rico | | (04) | 00 |
| D) A REINTEGRAR (Si desea que se le deposite directamente en una cuenta, complete el Encasillado de Depósito) | | (05) | 357 00 |

## Pago

| | | |
|---|---|---|
| 2. TOTAL NO PAGADO DE LA CONTRIBUCIÓN (Encasillado 3, línea 29) | (06) | 00 |
| 3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado | (07) | 00 |
| (b) Intereses | (08) | 00 |
| (c) Recargos y Penalidades | (09) | 00 |
| 4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a) más líneas 3(b) y 3(c)) | (10) | 0 00 |

## Depósito

**AUTORIZACIÓN PARA DEPÓSITO DIRECTO DE REINTEGRO**

**Tipo de cuenta**
⬤ Cheques   ⬤ Ahorros

**Número de ruta/tránsito** | | | | | | | | |

**Número de su cuenta** | | | | | | | | | | | | | | | | |

Cuenta a nombre de: _____ y _____
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que he examinado la información incluida en esta planilla, anejos y documentos que se acompañan, y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

| Firma del Contribuyente | Fecha | Firma del Cónyuge | Fecha |
|---|---|---|---|
| ✓ FIRMADA ELECTRONICAMENTE | 13/04/2017 | ✓ | |

**04** Nombre del Especialista (Letra de Molde)
Antonio A Figueroa Alvarado

Nombre de la Firma o Negocio
AP Advisory Group Corp

| Firma del Especialista | Fecha | Especialista por cuenta propia (ennegrezca aquí) ⬤ | Número de Registro |
|---|---|---|---|
| ✓ FIRMADA ELECTRONICAMENTE | 13/04/2017 | | 6853 |

**NOTA AL CONTRIBUYENTE:** Indique si hizo pagos por la preparación de su planilla: ⬤ SI ⬤ No. Si contestó "SI", exija la firma y el número de registro del Especialista.

Período de Conservación: Diez (10) años.

NUMERO DE CONFIRMACION:: 0413201710329C657D1515363

| Si se acoge al cómputo opcional de la contribución en el caso de personas casadas que viven juntas y rinden planilla conjunta, no complete los Encasillados 1 y 2, ni las líneas 14 a la 20 del Encasillado 3, y pase al Anejo CO Individuo. |

**1. Sueldos, Comisiones, Concesiones y Propinas**

| | | A-Contribución Retenida | B-Sueldos, Comisiones, Concesiones y Propinas |
|---|---|---|---|
| SUMINISTRE LOS COMPROBANTES DE RETENCIÓN (Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique) | | 1916 00 | 38460 00 |
| | | 00 | 00 |
| | | 00 | 00 |
| | | 00 | 00 |
| **Total de comprobantes con esta planilla** | 02 1 | (02) 1916 00 | (04) 38460 00 |

C- Salarios del Gobierno Federal (Total de Formularios W-2 con esta planilla...... 0 )

| | Salarios Exentos bajo Ley 135-2014 | Contribución Retenida | Salarios Federales |
|---|---|---|---|
| (01) | 0 00 (03) | 0 00 (05) | 0 00 |

**2. Otros Ingresos (o Pérdidas).**

| | |
|---|---|
| A) Distribuciones totales de planes de retiro cualificados (Anejo D Individuo, Parte IV, línea 24) .......... (06) | 0 00 |
| B) Ganancia (o pérdida) en la venta o permuta de activos de capital (Anejo D Individuo, Parte V, línea 34 o 35, según aplique) ... (07) | 0 00 |
| C) Intereses (Anejo FF Individuo, Parte I, línea 5) .......... (08) | 0 00 |
| D) Dividendos de corporaciones (Anejo FF Individuo, Parte II, línea 4) .......... (09) | 0 00 |
| E) Distribuciones de Planes Gubernamentales (Anejo F Individuo, Parte II, línea 3) .......... (10) | 0 00 |
| F) Distribuciones de Cuentas de Retiro Individual y Cuentas de Aportación Educativa (Anejo F Individuo, Parte I, línea 2) .......... (11) | 0 00 |
| G) Otros ingresos (Anejo F Individuo, Parte V, línea 4 y Anejo FF Individuo, Parte III, línea 4) .......... (13) | 0 00 |
| H) Ingresos de anualidades y pensiones (Anejo H Individuo, Parte II, línea 12) .......... (13) | 0 00 |
| I) Ganancia (o pérdida) atribuible a industria o negocio (Anejo K Individuo, Parte II, línea 12) .......... (14) | 0 00 |
| J) Ganancia (o pérdida) atribuible a la agricultura (Anejo L Individuo, Parte II, línea 14) .......... (15) | 0 00 |
| K) Ganancia (o pérdida) atribuible a profesiones y comisiones (Anejo M Individuo, Parte II, línea 8) .......... (16) | 331 00 |
| L) Ganancia (o pérdida) atribuible a alquiler (Anejo N Individuo, Parte II, línea 9) .......... (17) | 0 00 |
| M) Dividendos de Fondo de Capital de Inversión o de Turismo (Someta Anejo Q1) .......... (18) | 0 00 |
| N) Ganancia neta de capital a largo plazo en Fondos de Inversión (Someta Anejo Q1) .......... (19) | 0 00 |
| O) Participación distribuible en beneficios de sociedades, sociedades especiales y corporaciones de Individuos (Someta Anejo R Ind.) ... (20) | 0 00 |
| P) Distribuciones de planes de compensación diferida y/o de retiro cualificados (parciales o totales no por separación de servicio o terminación del plan) (Anejo F Individuo, Parte III o IV, línea 1, según aplique) .......... (21) | 0 00 |
| Q) Ingreso de salarios, jornales, compensaciones o espectáculos públicos recibidos por un individuo no residente (Formulario 480.6C) (22) | 0 00 |
| R) Pensión recibida por divorcio o separación (Núm. seguro social del que paga: ) .......... (23) | 0 00 |
| **3. Total de Ingresos** (Sume líneas 1B, 1C y 2A a la 2R) .......... (25) | 38791 00 |
| **4. Pensión Pagada por Divorcio o Separación** (Núm. seg. soc. del que la recibe: ) (26) (Núm. sentencia ) (27) | 0 00 |
| **5. Ingreso Bruto Ajustado** (Línea 3 menos línea 4) .......... (28) | 38791 00 |
| **6. Total de Deducciones** (Anejo A Individuo, Parte I, línea 11 o Parte II, línea 6) .......... (01) 03 | 3407 00 |
| **7. Exención Personal** (Casado - $7,000; Contribuyente individual - $3,500; Casado que rinde separado - $3,500) .......... (02) | 3500 00 |
| **8. Exención por Dependientes** (Complete el Anejo A1 Ind., véanse instrucciones): A) (03) 0 x $2,500 .......... (05) | 0 00 |
| Custodia compartida o casado que rinde separado B) (04) 0 x $1,250 .......... (06) | 0 00 |
| Total Exención por Dependientes (Sume líneas 8A y 8B) .......... (07) | 0 00 |
| **9. Exención Personal Adicional para Veteranos** ($1,500 por veterano. Si ambos cónyuges son veteranos, $3,000) .......... (08) | 0 00 |
| **10. Total Deducciones y Exenciones** (Sume líneas 6 a la 9) .......... (09) | 6907 00 |
| **11. Ingreso neto antes de la deducción por Ley 185-2014** (Línea 5 menos línea 10. Si la línea 10 es mayor que la línea 5, anote cero) ... (10) | 31884 00 |
| **12. Deducción admisible bajo la Ley 185-2014** (Véanse instrucciones) .......... (11) | 0 00 |
| **13. INGRESO NETO SUJETO A CONTRIBUCIÓN** (Línea 11 menos línea 12. Si la línea 12 es mayor que la línea 11, anote cero) .......... (12) | 31884 00 |
| **14. CONTRIBUCIÓN:** (21) 1 Según Tabla 2 Tasas preferenciales (Anejo A2 Ind.) 3 Extranjero no residente 4 Modelo SC 2668 (22) | 2084 00 |
| **15. Cantidad de Ajuste Gradual** (Determine este ajuste si la cantidad reflejada en línea 13 o en Anejo A2 Ind., línea 11 es mayor de $500,000) (Anejo P Ind., línea 7) (23) | 0 00 |
| **16. CONTRIBUCIÓN REGULAR ANTES DEL CRÉDITO** (Sume líneas 14 y 15) .......... (24) | 2084 00 |
| **17. Crédito por contribuciones pagadas a países extranjeros, los Estados Unidos, sus territorios y posesiones** (Someta Anejo C Individuo) (Véanse inst.) (25) | 0 00 |
| **18. CONTRIBUCIÓN REGULAR NETA** (Línea 16 menos línea 17) .......... (26) | 2084 00 |
| **19. Exceso de la Contribución Básica Alterna Neta sobre la Contribución Regular Neta** (Anejo O Individuo, Parte II, línea 7) (Véanse instrucciones) (27) | 0 00 |
| **20. Crédito por contribución básica alterna** (Anejo O Individuo, Parte III, línea 4) .......... (28) | 0 00 |
| **21. TOTAL CONTRIBUCIÓN DETERMINADA** (Sume líneas 18 y 19 menos línea 20 o anote la cantidad del Anejo CO Individuo, línea 24, según aplique) (29) | 2084 00 |
| **22. Recobro de crédito reclamado en exceso** (Anejo B Individuo, Parte I, línea 3) .......... (30) | 0 00 |
| **23. Créditos contributivos** (Anejo B Individuo, Parte II, línea 28) .......... (31) | 0 00 |
| **24. RESPONSABILIDAD CONTRIBUTIVA** (Sume líneas 21 y 22 menos línea 23. Si es menos de cero, anote cero) .......... (32) | 2084 00 |
| **25. CONTRIBUCIÓN RETENIDA, PAGADA Y CRÉDITO REEMBOLSABLE:** | |
| A) Mediante retención sobre salarios (Sume las líneas 1A y 1C del Encasillado 1 o líneas 1A y 2A del Anejo CO Individuo) .... (33) | 1916 00 |
| B) Otros pagos y retenciones (Anejo B Individuo, Parte III, línea 22) .......... (34) | 525 00 |
| C) Crédito de la Oportunidad Americana (Someta Anejo B2 Individuo) (No aplica a casados que rinden separado) .......... (35) | 0 00 |
| D) Cantidad pagada con prórroga automática .......... (36) | |
| E) Total Contribución Retenida, Pagada y Crédito Reembolsable (Sume líneas 25A a la 25D) .......... (37) | 2441 00 |
| **26. TOTAL NO PAGADO DE LA CONTRIBUCIÓN** (Si la línea 25E es menor que la línea 24, anote la diferencia aquí, de lo contrario en la línea 27) (38) | 00 |
| **27. Exceso de Contribución Retenida, Pagada y Crédito Reembolsable** (Línea 25E menos línea 24) .......... (39) | 357 00 |
| **28. Adición a la Contribución por Falta de Pago de la Contribución Estimada** (Anejo T Individuo, Parte II, línea 21) .......... (40) | 00 |
| **29. BALANCE:** • Si línea 27 es mayor que la suma de líneas 26 y 28, usted tiene un sobrepago. Anote diferencia aquí y en línea 1 de página 1. | |
| • Si línea 27 es menor que la suma de líneas 26 y 28, usted tiene un balance pendiente de pago. Anote diferencia aquí y en línea 2 de página 1. | |
| • Si diferencia entre línea 27 y la suma de líneas 26 y 28 es igual a cero, anote cero aquí y pase a firmar su planilla en la página 1. (50) | 357 00 |

| LA CANTIDAD REFLEJADA EN LA LÍNEA 29 DEBERÁ TRASLADARSE A LA LÍNEA CORRESPONDIENTE DE LA PÁGINA 1. |

Período de Conservación: Diez (10) años

NUMERO DE CONFIRMACION:: 0413201710329C657D1515363

DEPARTAMENTO DE HACIENDA · DEPARTMENT OF THE TREASURY
COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

| | INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION | SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
|---|---|---|
| 1. Nombre - First Name **LUIS** | 3. Núm. Seguro Social Social Security No. | 17. Total Sueldos Seguro Social Social Security Wages 0.00 |
| Apellido(s) - Surname(s) **ORTIZ OCASIO** | 7. Sueldos - Wages 38460.00 | |
| | 8. Comisiones - Commissions 0.00 | |
| 4. Núm. de Ident. Patronal Employer Ident. No. (EIN) **660433481** | 9. Concesiones - Allowances 0.00 | 18. Seguro Social Retenido Social Security Tax Withheld 0.00 |
| Dirección Postal del Empleado-Employee's Mailing Address **PO BOX 3078 JUNCOS, PR 00777** | 10. Propinas - Tips 0.00 | |
| 5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage 0.00 | 11. Total=7+8+9+10 38460.00 | 19. Total Sueldos y Pro. Medicare Medicare Wages and Tips 38460.00 |
| Fecha de Nacimiento Dia Mes Año Date of Birth Day Month Year | 6. Donativos Charitable Contributions 0.00 | 12. Gastos Reemb. y Beneficios Marginales Reimb. Expenses and Fringe Benefits 0.00 | |
| 2. Nombre y Dirección Postal del Patrono Employer's Name and Mailing Address **DEPT DE EDUCACION-CLASIFICADOS AVE. TENIENTE CESAR GONZALEZ ESQUINA CALAF HATO REY, PR 00919** | Patrono: - Employer: * Envíe a: - Send to: Social Security Administration Data Operations Center Wilkes-Barre, PA 18769-0001 Con la With the W-3PR | 13. Cont. Retenida - Tax Withheld 1916.88 | 20. Contrib. Medicare Retenida Medicare Tax Withheld 557.67 |
| | 14. Fondo de Retiro Gubernamental Governmental Retirement Fund 3407.52 | |
| Número de Teléfono del Patrono Employer's Telephone Number | * Envíe al Departamento de Hacienda electrónicamente Send to Department of the Treasury electronically (www.hacienda.pr.gov) | 15. Aportaciones a Planes Cualific. Contributions to CODA PLANS 0.00 | 21. Propinas Seguro Social Social Security Tips 0.00 |
| Fecha Cese de Operaciones: Dia Mes Año Cease of Operations Date: Day Month Year | * Entregue dos copias al empleado Deliver two copies to employee * Conserve copia para sus récords Keep copy for your records | Salarios Exentos (Ver Instrucciones) Exempt Salaries (See Instructions) 16. Código/Code 0.00 | 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips 0.00 |
| Número Confirmación de Radicación Electrónica Electronic Filing Confirmation Number **S160021** | | | |
| Número Control - Control Number **006272459** | Año: Year: **2016** | 16A. 0.00 16B. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program 0.00 | 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips 0.00 |

**Fecha de radicación: 31 de enero - Filing date: January 31**

Reproducido por: Departamento de Hacienda

---

Formulario Form 499R-2/W-2 PR Rev. 08.16

ESTADO LIBRE ASOCIADO DE PUERTO RICO · COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA · DEPARTMENT OF THE TREASURY
COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

| | INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
|---|---|---|
| 1. Nombre-First Name **LUIS** | 3. Núm. Seguro Social Social Security No. | 17. Total Sueldos Seguro Social Social Security Wages 0.00 |
| Apellido(s) - Surname(s) **ORTIZ OCASIO** | 7. Sueldos - Wages 38460.00 | |
| | 8. Comisiones - Commissions 0.00 | |
| 4. Núm. de Ident. Patronal Employer Ident. No. (EIN) **660433481** | 9. Concesiones - Allowances 0.00 | 18. Seguro Social Retenido Social Security Tax Withheld 0.00 |
| Dirección Postal del Empleado-Employee's Mailing Address **PO BOX 3078 JUNCOS, PR 00777** | 10. Propinas - Tips 0.00 | |
| 5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage 0.00 | 11. Total=7+8+9+10 38460.00 | 19. Total Sueldos y Pro. Medicare Medicare Wages and Tips 38460.00 |
| Fecha de Nacimiento Dia Mes Año Date of Birth Day Month Year | 6. Donativos Charitable Contributions 0.00 | 12. Gastos Reemb. y Beneficios Marginales Reimb. Expenses and Fringe Benefits 0.00 | |
| 2. Nombre y Dirección Postal del Patrono Employer's Name and Mailing Address **DEPT DE EDUCACION-CLASIFICADOS AVE. TENIENTE CESAR GONZALEZ ESQUINA CALAF HATO REY, PR 00919** | Patrono: - Employer: * Envíe a: - Send to: Social Security Administration Data Operations Center Wilkes-Barre, PA 18769-0001 Con la With the W-3PR | 13. Cont. Retenida - Tax Withheld 1916.88 | 20. Contrib. Medicare Retenida Medicare Tax Withheld 557.67 |
| | 14. Fondo de Retiro Gubernamental Governmental Retirement Fund 3407.52 | |
| Número de Teléfono del Patrono Employer's Telephone Number | * Envíe al Departamento de Hacienda electrónicamente Send to Department of the Treasury electronically (www.hacienda.pr.gov) | 15. Aportaciones a Planes Cualific. Contributions to CODA PLANS 0.00 | 21. Propinas Seguro Social Social Security Tips 0.00 |
| Fecha Cese de Operaciones: Dia Mes Año Cease of Operations Date: Day Month Year | * Entregue dos copias al empleado Deliver two copies to employee * Conserve copia para sus récords Keep copy for your records | Salarios Exentos (Ver Instrucciones) Exempt Salaries (See Instructions) 16. Código/Code 0.00 | 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips 0.00 |
| Número Confirmación de Radicación Electrónica Electronic Filing Confirmation Number **S160021** | | | |
| Número Control - Control Number **006272459** | Año: Year: **2016** | 16A. 0.00 16B. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program 0.00 | 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips 0.00 |

**Fecha de radicación: 31 de enero - Filing date: January 31**

Reproducido por: Departamento de Hacienda

Formulario 482   Rev. 4 dic 17

# FORMA ÚNICA
**2017**    GOBIERNO DE PUERTO RICO    **2017**
DEPARTAMENTO DE HACIENDA

Liquidador    Revisor

PLANILLA DE CONTRIBUCIÓN SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2017 O AÑO COMENZADO EL

| R | G | RO | V1 | V2 | P1 | P2 | N | D1 | D2 | E | A | M |
|---|---|----|----|----|----|----|---|----|----|---|---|---|

01 de 01 de 2017 Y TERMINADO EL 31 de 12 de 2017

Número de Serie

**Nombre del Contribuyente**   Inicial   **Apellido Paterno**   **Apellido Materno**

LUIS    ORTIZ    OCASIO

**Número de Seguro Social Contribuyente**

**Dirección Postal**

URB PARAISO DE COAMO

615 CALLE PAZ

COAMO    PR    Código Postal 00769

**Fecha de Nacimiento**   Sexo ⬤ M ○ F
Día mes año

**Número de Seguro Social Cónyuge**

**Nombre e Inicial del Cónyuge**   Apellido Paterno   Apellido Materno

**Fecha de Nacimiento del Cónyuge**   Sexo ○ M ○ F
Día Mes Año

○ PLANILLA ENMENDADA
○ FALLECIDO DURANTE EL AÑO: __ / __ / __
   Día Mes Año
○ CONTRIBUYENTE ○ CÓNYUGE
○ CÓNYUGE SUPÉRSTITE RINDE OTRA PLANILLA PARA EL AÑO CONTRIBUTIVO (Indique seguro social y fecha de defunción del cónyuge fallecido: __ Día __ Mes __ Año __)

Sello de Recibido

28/3/2018 3:52:19 PM

**Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)**

URB PARAISO DE COAMO

615 CALLE PAZ

COAMO    PR    Código Postal 00769

**Teléfono Residencia** 787-405-5354
**Teléfono del Trabajo**

**Correo Electrónico (E-Mail)** afigueroa@apagpr.com

CAMBIO DE DIRECCIÓN: ○ SI ⬤ No
SOLICITÓ PRÓRROGA: ○ SI ⬤ No
CONTRATO GOBIERNO: ○ Contribuyente ○ Cónyuge

R INDICADO ELECTRÓNICAMENTE

## Cuestionario

**SÍ NO**
A. ○ ○ ¿Ciudadano de Estados Unidos? (Véanse instrucciones)
B. ○ ○ ¿Residente de Puerto Rico durante todo el año?
Si contestó "No", indique una de las siguientes:
   1. ○ Fecha de mudanza a P.R. (Día___ Mes___ Año___)
   2. ○ Fecha de mudanza fuera de P.R. (Día___ Mes___ Año___)
   3. ○ No residente durante todo el año
C. ○ ○ ¿Generó ingresos fuera del período de residencia en P.R. que no se incluyen en esta planilla? (Si contestó "Sí", indique la cantidad)
   1. ○ Atribuible al contribuyente $_____
   2. ○ Atribuible al cónyuge $_____
D. ○ ○ ¿Otros ingresos excluidos o exentos de contribución? (Someta Anejo IE Individuo)
E. ○ ○ ¿Individuo residente inversionista? (Someta Anejo F1 Individuo)
F. ○ ○ ¿Socio de una sociedad sujeta a tributación bajo el Código de Rentas Internas Federal?
G. ○ ○ ¿Militar activo en zona de combate durante el año contributivo? (Fecha en que cesó en el servicio: Día___ Mes___ Año___)
H. ○ ○ ¿Médico cualificado bajo la Ley 14-2017?
   1. ○ Contribuyente (Núm. decreto _____)
   2. ○ Cónyuge (Núm. decreto _____)

## I. FUENTE DE MAYOR INGRESO:
1. ○ Empleado del Gobierno, Municipios o Corporaciones Públicas
2. ○ Empleado del Gobierno Federal
3. ○ Empleado de Empresa Privada
4. ○ Retirado/Pensionado
5. ○ Trabajo Cuenta Propia (Indique la industria o negocio principal)
6. ○ Otro _____

## J. ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:
○ Casado
   (Ennegrezca aquí ○ si se acoge al cómputo opcional y pase al Anejo CO Individuo)
⬤ Contribuyente individual
   (Ennegrezca e indique nombre y seguro social del cónyuge si es:
   ○ Casado con capitulaciones de total separación de bienes
   ○ Casado que no vivía con su cónyuge)
○ Casado que rinde por separado
   (Indique nombre y seguro social del cónyuge arriba)

Ocupación del contribuyente Maestro de Escuel   6110
Ocupación del cónyuge _____

**PASE A LA PÁGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO**

## Reintegro

| | | | |
|---|---|---|---|
| 1. CONTRIBUCIÓN PAGADA EN EXCESO (Encasillado 3, línea 29. Indique distribución en las líneas A, B, C y D) | **01** | (01) | 339 00 |
| A) Acreditar a la contribución estimada 2018 | | (02) | 00 |
| B) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan | | (03) | 00 |
| C) Aportación al Fondo Especial de la Universidad de Puerto Rico | | (04) | 00 |
| D) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado de Depósito) | | (05) | 339 00 |

## Pago

| | | |
|---|---|---|
| 2. TOTAL NO PAGADO DE LA CONTRIBUCIÓN (Encasillado 3, línea 29) | (06) | 00 |
| 3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado | (07) | 00 |
| (b) Intereses _____ | (08) | 00 |
| (c) Recargos _____ y Penalidades _____ | (09) | 00 |
| 4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a) más líneas 3(b) y 3(c)) | (10) | 0 00 |

## Depósito

**AUTORIZACIÓN PARA DEPÓSITO DIRECTO DE REINTEGRO**

Tipo de cuenta ○ Cheques ○ Ahorros
Número de ruta/tránsito ☐☐☐☐☐☐☐☐☐
Número de su cuenta ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

Cuenta a nombre de: _____ y _____
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que he examinado la información incluida en esta planilla, anejos y documentos que se acompañan, y que la misma es cierta, correcta y completa. La declaración de la persona que preparó la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

| Firma del Contribuyente | Fecha | Firma del Cónyuge | Fecha |
|---|---|---|---|
| ✓ FIRMADA ELECTRONICAMENTE | 28/3/2018 | | |
| **04** Nombre del Especialista (Letra de Molde) | | Nombre de la Firma o Negocio | |
| Antonio A Figueroa Alvarado | | AP Advisory Group Corp | |
| Firma del Especialista | Fecha | Especialista por cuenta propia (ennegrezca aquí) ○ | Número de Registro |
| ✓ FIRMADA ELECTRONICAMENTE | 28/3/2018 | | 6853 |

NOTA AL CONTRIBUYENTE: Indique si hizo pagos por la preparación de su planilla: ○ Si ○ No. Si contestó "Si", exija la firma y el número de registro del Especialista.
Período de Conservación: Diez (10) años

www.planillaplus.com

NUMERO DE CONFIRMACION:: 0328201808728084241122396

Formulario
Form 499R-2/W-2PR
Rev. 07.17

**GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO**
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

**222**   COMPROBANTE DE RETENCIÓN - WITHHOLDING STATEMENT

| INFORMACIÓN PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION | | INFORMACIÓN PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION | |
|---|---|---|---|

1. Nombre - First Name

LUIS

3. Núm. Seguro Social
Social Security No.
~~(hidden)~~

7. Sueldos - Wages   38,460.00

17. Total Sueldos Seguro Social
Social Security Wages   0.00

Apellido(s) - Last Name(s)

A ORTIZ OCASIO

4. Núm. de Ident. Patronal
Employer Ident. No. (EIN)   660433481-081

8. Comisiones - Commissions   0.00

9. Concesiones - Allowances   0.00

18. Seguro Social Retenido
Social Security Tax Withheld   0.00

Dirección Postal del Empleado - Employee's Mailing Address

PO BOX 3078

JUNCOS PR 00777

5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage   0.00

6. Donativos
Charitable Contributions

10. Propinas - Tips   0.00

11. Total = 7 + 8 + 9 + 10   38,460.00

19. Total Sueldos y Pro. Medicare
Medicare Wages and Tips   38,460.00

Fecha de Nacimiento:   Día   Mes   Año
Date of Birth:   Day   Month   Year

2. Nombre y Dirección Postal del Patrono
Employer's Name and Mailing Address

DEPT DE EDUCACION CLASIFICADOS
AVE. TENIENTE CESAR GO
ESQUINA CALAF
HATO REY PR 00919

12. Gastos Reemb. y Beneficios Marginales
Reimb. Expenses and Fringe Benefits   0.00

13. Cont. Retenida - Tax Withheld   1,917.99

20. Contrib. Medicare Retenida
Medicare Tax Withheld   557.67

**Patrono: - Employer:**
• Envíe a - Send to:
Social Security Administration
Data Operations Center
Wilkes-Barre, PA 18769-0001
Con la        With the   W-3PR
• Envíe al Departamento de Hacienda electrónicamente
Send to  Department of the Treasury electronically
(www.hacienda.pr.gov)

14. Fondo de Retiro Gubernamental
Governmental Retirement Fund   3,399.63

15. Aportaciones a Planes Cualific.
Contributions to CODA PLANS   0.00

21. Propinas Seguro Social
Social Security Tips   0.00

Número de Teléfono del Patrono
Employer's Telephone Number   (787) 773-3508

Fecha Cese de Operaciones:   Día   Mes   Año
Cease of Operations Date:   Day   Month   Year

Número Confirmación de Radicación Electrónica
Electronic Filing Confirmation Number
S170008

Salarios Exentos (Ver instrucciones)
Exempt Salaries (See instructions)   0.00

16.   Código/Code   0.00

22. Seguro Social no Retenido
en Propinas - Uncollected
Social Security Tax on Tips   0.00

• Entregue dos copias al empleado
Deliver two copies to employee
• Conserve copia para sus récords
Keep copy for your records

16A.   Código/Code   0.00

Número Control - Control Number
006994149

16B. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program   0.00

23. Contrib. Medicare no Retenida
en Propinas - Uncollected
Medicare Tax on Tips   0.00

Año:
Year:   **2017**

Fecha de radicación:  31 de enero - Filing date: January 31

--------------------------------------------------

**INSTRUCCIONES PARA EL EMPLEADO
DEBERÁ SOMETER COPIA AL RENDIR SU PLANILLA**

De acuerdo al Código de Rentas Internas de Puerto Rico de 2011, según enmendado (Código), viene obligado a rendir planilla de contribución sobre ingresos todo individuo residente que:

- sea contribuyente individual o casado, si durante el año contributivo tuviere un ingreso bruto reducido por las exenciones de la Sección 1031.02 del Código mayor de $5,000;
- sea casado que vivía con su cónyuge y opte por rendir planilla separada, si durante el año contributivo tuviere un ingreso bruto reducido por las exenciones de la Sección 1031.02 del Código de $2,500 o más; o
- tenga ingreso neto sujeto a contribución básica alterna de $150,000 o más.

**PENALIDAD** – El Código dispone lo siguiente: Toda persona obligada bajo cualquier Subtítulo del Código a rendir una planilla, declaración, certificación o informe, que voluntariamente dejare de rendir dicha planilla, declaración, certificación o informe dentro del término o términos fijados por el Subtítulo correspondiente o por reglamentos, además de otras penalidades establecidas por el Código, incurrirá en delito menos grave, y en caso de convicción, será castigada con pena de multa no mayor de $5,000, o con pena de reclusión por un término máximo de 90 días, o ambas penas, a discreción del tribunal, más las costas del proceso. En aquellos casos en que cualquier persona voluntariamente dejare de rendir dicha planilla, declaración, certificación o informe (dentro de los términos fijados por el Subtítulo correspondiente o por reglamentos), con la intención de evadir o derrotar cualquier contribución impuesta por el Código, además de otras penalidades establecidas por el Código, incurrirá en un delito grave de tercer grado, y en caso de convicción, será sancionada con pena de reclusión la cual fluctuará entre tres años un día y ocho años. El Tribunal a su discreción podrá imponer la pena fija de reclusión establecida o pena de multa que no excederá de $20,000, o ambas penas, más las costas del proceso.

Retenga copia de este formulario para sus récords. Puede usarla para establecer su derecho a los beneficios de seguro social. Si su nombre, dirección o número de seguro social están incorrectos, informe el error a su patrono para que le complete un Formulario 499R-2c/W-2cPR.

**INSTRUCTIONS FOR THE EMPLOYEE
A COPY MUST BE SUBMITTED WITH YOUR RETURN**

Pursuant to the Puerto Rico Internal Revenue Code of 2011, as amended (Code), an income tax return must be filed by any resident individual who:

- is an individual or married taxpayer, who during the taxable year had gross income, reduced by the exemptions established in Code Section 1031.02, greater than $5,000;
- is a married individual who lived with his/her spouse, and elects to file separate returns, that during the taxable year had gross income, reduced by the exemptions established in Code Section 1031.02, of $2,500 or more; or
- has net income subject to alternate basic tax of $150,000 or more.

**PENALTY** – The Code provides the following: Every person required under any Subtitle of the Code to file a return, statement, certification or report, who willfully fails to file such return, statement, certification or report within the term or terms established by the corresponding Subtitle or by regulations, in addition to other penalties provided by the Code, shall be guilty of a misdemeanor, and upon conviction thereof, punished by a fine of not more than $5,000, or imprisonment for a term of not more than 90 days, or both penalties, at the discretion of the Court, plus the costs of prosecution. In the case of any person who willfully fails to file such return, statement, certification or report (within the terms established by the corresponding Subtitle or by regulations), with the intention to evade or defeat any tax imposed by the Code, in addition to other penalties provided by the Code, shall be guilty of a third degree felony, and upon conviction thereof, punished by imprisonment for a term ranging from three years and one day to eight years. The Court may impose, at its discretion, the fixed penalty of imprisonment provided or a fine of not more than $20,000, or both penalties, plus the costs of prosecution.

Keep copy of this form for your records. You can use it to prove your right to social security benefits. If your name, address or social security number is incorrect, inform this to your employer and request a Form 499R-2c/W-2cPR.

Formulario 482  Rev.  23 oct 18

| Liquidador | Revisor |
|---|---|

**2018**

GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA

**2018**

PLANILLA DE CONTRIBUCIÓN SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2018 O AÑO COMENZADO EL

Número de Serie

| R | G | RO | V1 | V2 | P1 | P2 | N | D1 | D2 | E | A | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

01 de 01 de 2018 Y TERMINADO EL 31 de 12 de 2018

⬭ PLANILLA ENMENDADA

⬭ FALLECIDO DURANTE EL AÑO: ___/___/___
Día  Mes  Año

⬭ CONTRIBUYENTE   ⬭ CÓNYUGE

**Nombre del Contribuyente** Inicial | **Apellido Paterno** | **Apellido Materno**
LUIS    ORTIZ   OCASIO

**Número de Seguro Social Contribuyente**

⬭ CÓNYUGE SUPÉRSTITE RINDE OTRA PLANILLA PARA EL AÑO CONTRIBUTIVO (Indique seguro social y fecha de defunción del cónyuge fallecido:
___Día___Mes___Año

**Dirección Postal**

URB PARAISO DE COAMO
615 CALLE PAZ

COAMO                    PR    Código Postal 00769

Fecha de Nacimiento | Sexo
Día  Mes  Año | ⬭ M  ⬭ F

Número de Seguro Social Cónyuge

Sello de Recibido

12/3/2019 3:47:43 PM

**Nombre e Inicial del Cónyuge** | **Apellido Paterno** | **Apellido Materno**

Fecha de Nacimiento del Cónyuge | Sexo
Día  Mes  Año | ⬭ M  ⬭ F

**Dirección Residencial Completa** (Barrio o Urbanización, Número, Calle)

URB PARAISO DE COAMO
615 CALLE PAZ

COAMO                    PR    Código Postal 00769

Teléfono Residencia
787-403-5354
Teléfono del Trabajo

CAMBIO DE DIRECCIÓN: ⬭ Sí ⬬ No

**Correo Electrónico (E-Mail)** planillas@apagpr.com

SOLICITÓ PRÓRROGA: ⬭ Sí ⬬ No

CONTRATO GOBIERNO: ⬭ Contribuyente ⬭ Cónyuge

**Cuestionario**

SÍ NO
A. ⬭ ⬬ ¿Ciudadano de Estados Unidos? (Véanse instrucciones)
B. ⬭ ⬬ ¿Residente de Puerto Rico durante todo el año?
Si contestó "No", indique una de las siguientes:
   1. Fecha de mudanza a P.R. (Día_____)
   2. Fecha de mudanza fuera de P.R. (Día_____)
   3. No residente durante todo el año
C. ⬭ ⬬ ¿Generó ingresos fuera del período de residencia en P.R. que no se incluyen en esta planilla? (Si contestó "Sí", indique la cantidad):
   1. Atribuible al contribuyente $_____
   2. Atribuible al cónyuge $_____
D. ⬭ ⬬ ¿Otros ingresos excluidos o exentos de contribución? (Someta Anejo IE Individuo)
E. ⬭ ⬬ ¿Individuo residente inversionista? (Someta Anejo F1 Individuo)
F. ⬭ ⬬ ¿Socio de una sociedad sujeta a tributación bajo el Código de Rentas Internas Federal?
G. ⬭ ⬬ ¿Militar activo en zona de combate durante el año contributivo? (Fecha en que cesó en el servicio: Día_____)
H. ⬭ ⬬ ¿Médico cualificado bajo la Ley 14-2017?
   1. ⬭ Contribuyente (Núm. decreto _____)
   2. ⬭ Cónyuge (Núm. decreto _____)

**I. FUENTE DE MAYOR INGRESO:**
1. ⬬ Empleado del Gobierno, Municipios o Corporaciones Públicas
2. ⬭ Empleado del Gobierno Federal
3. ⬭ Empleado de Empresa Privada
4. ⬭ Retirado/Pensionado
5. ⬭ Trabajo Cuenta Propia (Indique la industria o negocio principal)
6. ⬭ Otro

**J. ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:**
⬭ Casado
(Ennegrezca aquí ⬭ si se acoge al cómputo opcional y pase al Anejo CO Individuo)
⬬ Contribuyente individual
(Ennegrezca e indique nombre y seguro social del cónyuge si es:
⬭ Casado con capitulaciones de total separación de bienes
⬭ Casado que no vivía con su cónyuge)
⬭ Casado que rinde por separado
(Indique nombre y seguro social del cónyuge arriba)

Ocupación del contribuyente Maestro de Escuela  6110
Ocupación del cónyuge _____

PASE A LA PÁGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO

**Reintegro**

| | | |
|---|---|---|
| 1. CONTRIBUCIÓN PAGADA EN EXCESO (Encasillado 3, línea 29). Indique distribución en las líneas A, B, C y D ..... 01 | (01) | 304 00 |
| A) Acreditar a la contribución estimada 2019 | (02) | 00 |
| B) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan | (03) | 00 |
| C) Aportación al Fondo Especial para la Universidad de Puerto Rico | (04) | 00 |
| D) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado de Depósito) | (05) | 304 00 |

**Pago**

| | | |
|---|---|---|
| 2. TOTAL NO PAGADO DE LA CONTRIBUCIÓN (Encasillado 3, línea 29) ..... | (06) | 00 |
| 3. Menos: Cantidad pagada (a)  Con Planilla o Electrónicamente a través de un Programa Certificado | (07) | 00 |
| (b)  Intereses | (08) | 00 |
| (c)  Recargos  y Penalidades | (09) | 00 |
| 4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a) más líneas 3(b) y (c)) | (10) | 0 00 |

**Depósito**

AUTORIZACIÓN PARA DEPÓSITO DIRECTO DE REINTEGRO

Tipo de cuenta
⬭ Cheques  ⬬ Ahorros

Número de ruta/tránsito
| 0 | 2 | 1 | 5 | 8 | 3 | 1 | 1 | 1 |

Número de su cuenta
| 0 | 0 | 1 | 0 | 0 | 8 | 4 | 2 | 9 | | | | | | | | |

Cuenta a nombre de: LUIS ORTIZ OCASIO  y _____
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que he examinado la información incluida en esta planilla, anejos y documentos que se acompañan, y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

| Firma del Contribuyente | Fecha | Firma del Cónyuge | Fecha |
|---|---|---|---|
| ✓ FIRMADA ELECTRONICAMENTE | 12/3/2019 | ✓ | |

Formulario
Form 499R-2/W-2PR
Rev. 07.18

GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

222  **COMPROBANTE DE RETENCIÓN - WITHHOLDING STATEMENT**

INFORMACIÓN PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION

INFORMACIÓN PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION

| Campo | Valor |
|---|---|
| 1. Nombre - First Name | LUIS A |
| Apellido(s) - Last Name(s) | ORTIZ OCASIO |
| Dirección Postal del Empleado - Employee's Mailing Address | PO BOX 3078 |
| | JUNCOS PR 00777 |

Fecha de Nacimiento: Día ___ Mes ___ Año ___
Date of Birth: Day ___ Month ___ Year ___

2. Nombre y Dirección Postal del Patrono
   Employer's Name and Mailing Address
DEPT DE EDUCACION CLASIFICADOS
AVE. TENIENTE CESAR GO
ESQUINA CALAF
HATO REY, PR  00919-0000

Número de Teléfono del Patrono
Employer's Telephone Number

Fecha Cese de Operaciones: Día ___ Mes ___ Año ___
Cease of Operations Date: Day ___ Month ___ Year ___

Número Confirmación de Radicación Electrónica
Electronic Filing Confirmation Number
F0717193216

Número Control - Control Number
180075728

Fecha de radicación: 31 de enero - Filing date: January 31

3. Núm. Seguro Social
   Social Security No.

4. Núm. de Ident. Patronal
   Employer Ident. No. (EIN)
66-0433481

5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage     0.00

6. Donativos
   Charitable Contributions     0.00

**Patrono: - Employer:**
Indique si la remuneración incluye pagos al empleado por:
Indicate if the remuneration includes payments to the employee for:

A - ☐ Servicios prestados por un médico cualificado bajo la Ley 14-2017 Services rendered by a qualified physician under Act 14-2017

B - ☐ Servicios domésticos Domestic services

C - ☐ Otros / Others:

Año: 2018
Year:

| Campo | Valor |
|---|---|
| 7. Sueldos - Wages | 39,293.35 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total = 7 + 8 + 9 + 10 | 39,293.35 |
| 12. Gastos Reemb. y Beneficios Marginales | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 1,999.54 |
| 14. Fondo de Retiro Gubernamental Governmental Retirement Fund | 3,482.52 |
| 15. Aportaciones a Planes Calificados Contributions to CODA PLANS | 0.00 |

Salarios Exentos (Ver Instrucciones)
Exempt Salaries (See Instructions)

| Código/Code | Valor |
|---|---|
| 16. | 0.00 |
| 16A. | 0.00 |
| 16B. | |
| 16C. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program | 0.00 |

| Campo | Valor |
|---|---|
| 17. Total Sueldos Seguro Social Social Security Wages | 0.00 |
| 18. Seguro Social Retenido Social Security Tax Withheld | 0.00 |
| 19. Total Sueldos y Pro. Medicare Medicare Wages and Tips | 39,293.35 |
| 20. Contrib. Medicare Retenida Medicare Tax Withheld | 569.75 |
| 21. Propinas Seguro Social Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0.00 |
| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |





Sello

5120
02/08/2019
$1.00

Sello de Rentas Internas
...00063-2019-0208-45635000