# Exhibit D

### Summary of Segal Consulting Blended Hourly Rates

| Timekeeper Category | Blended Hourly Rate Billed in this Fee Application |
|---|---|
| **Senior Vice President** | $674 |
| **VP & Actuary** | $503 |
| **Actuary** | $423 |
| **Consultant** | No time this period |
| **Analyst** | $272 |
| **All Employees** | $475 |

Case Name: In re Commonwealth of Puerto Rico, et al.
Case Number: 17 BK 3283-LTS
Applicant's Name: Segal Consulting
Date of Application: March 15, 2020
Interim or Final: Interim