# Exhibit E

### Summary of Segal Consulting Hours Worked and Fees Incurred

| Name | Title | Department | Hourly Billing Rate | Total Billed Hours | Total Fees Billed |
|---|---|---|---|---|---|
| Bridges, Geoffrey W. | Actuary | Pension | 473.69 | 58.00 | 27,474.00 |
| Johnson, Noel | Actuary | Pension | 411.39 | 249.60 | 102,684.00 |
| Kovach, Patricia L. | Analyst | Health | 271.69 | 50.30 | 13,666.00 |
| Nicholl, Kim M. | Senior Vice President | Pension | 712.91 | 89.20 | 63,592.00 |
| Strom, Matthew A. | VP & Actuary | Pension | 571.40 | 29.30 | 16,742.00 |
| Timmons, Amy S. | VP & Sr. Consultant Administration | Pension | 502.51 | 19.50 | 9,799.00 |
| Wohl, Stuart | SVP Regional Manager | Health | 630.00 | 10.10 | 6,363.00 |
| Sub-Total | | | | **506.00** | **240,320.00** |
| Less 50% Discount on Non-Working Travel Matter: | | | | | (7,420.00) |
| Total | | | | | **232,900.00** |

| | |
|---|---|
| Case Name: | In re Commonwealth of Puerto Rico, et al. |
| Case Number: | 17 BK 3283-LTS |
| Applicant's Name: | Segal Consulting |
| Date of Application: | March 15, 2020 |
| Interim or Final: | Interim |