# EXHIBIT F

**Summary of Segal Consulting Expenses**

| Service Description | Amount |
|---|---|
| Business Meals | $129.97 |
| Hotel | $852.65 |
| In-City Transportation | $131.37 |
| Other Professional Services | $0.00 |
| Parking | $0.00 |
| Mileage | $0.00 |
| Travel | $900.00 |
| **TOTAL** | **$2,013.99** |