# Exhibit G

## Summary of Segal Consulting Hours Worked and Fees Incurred

| Matter | Total Hours Billed | Total Fees |
|---|---:|---:|
| 001 Actuarial Analysis | 300.70 | $ 133,302.00 |
| 002 Research | 61.50 | $ 21,642.00 |
| 003 Data Analysis | - | $ - |
| 004 Calls & Meetings with Other Professionals | 49.80 | $ 26,404.00 |
| 005 Preparation of Reports | - | $ - |
| 006 Retirement Committee Meetings | 16.70 | $ 11,137.00 |
| 018 Case Administration | 49.30 | $ 32,995.00 |
| Non-Working Travel Time | 28.00 | $ 14,840.00 |
| **Subtotal** | **506.00** | **$ 240,320.00** |
| Less 50% Discount on Non-working Travel Matter |  | $ (7,420.00) |
| **Total** |  | **$ 232,900.00** |

| | |
|---|---|
| Case Name: | In re Commonwealth of Puerto Rico, et al. |
| Case Number: | 17 BK 3283-LTS |
| Applicant's Name: | Segal Consulting |
| Date of Application: | March 15, 2020 |
| Interim or Final: | Interim |