# EXHIBIT H

**Detailed Time Records for Segal Consulting**

# ✈ Segal Consulting

101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984-8500
Fax:  (312) 896-9364

**November 15, 2019**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in October 2019:

Re:  Matter 001 Actuarial Analysis

| Date | Staff Member | | Hours | Value |
|------|-------------|---|-------|-------|
| 10/1/2019 | Bridges, Geoffrey W. | Begin reviewing███████████████ | 0.80 | 376.00 |
| 10/1/2019 | Strom, Matthew A. | Review███████████████ | 1.30 | 728.00 |
| 10/1/2019 | Timmons, Amy S. | Preparation of calculator weekly statistics | 1.30 | 650.00 |
| 10/2/2019 | Johnson, Noel D. | Review████████████ | 2.10 | 861.00 |
| 10/2/2019 | Johnson, Noel D. | Review████████████████ | 2.50 | 1,025.00 |
| 10/2/2019 | Johnson, Noel D. | Review████████████████ | 1.80 | 738.00 |
| 10/2/2019 | Strom, Matthew A. | Review████████████ | 2.40 | 1,344.00 |
| 10/2/2019 | Nicholl, Kim M. | Review████████████ | 2.60 | 1,846.00 |
| 10/3/2019 | Bridges, Geoffrey W. | Responding to question from retirement professionals█ | 0.90 | 423.00 |
| 10/3/2019 | Johnson, Noel D. | Continue review███████████████for purposes of confirmation | 6.80 | 2,788.00 |
| 10/3/2019 | Johnson, Noel D. | Work on████████projections for███ | 2.30 | 943.00 |
| 10/4/2019 | Johnson, Noel D. | Work on████████projections for███ | 2.10 | 861.00 |
| 10/4/2019 | Johnson, Noel D. | Work on████████projections for███ | 1.90 | 779.00 |
| 10/4/2019 | Johnson, Noel D. | Respond to███████request regarding██████sources for pensioners | 0.90 | 369.00 |
| 10/4/2019 | Johnson, Noel D. | Program valuation software██████████████ | 4.10 | 1,681.00 |
| 10/7/2019 | Johnson, Noel D. | Program valuation software██████████████ | 6.10 | 2,501.00 |
| 10/7/2019 | Nicholl, Kim M. | Review effect███████████on members,█████████ | 2.20 | 1,562.00 |
| 10/7/2019 | Timmons, Amy S. | Weekly calculator statistics | 1.50 | 750.00 |
| 10/8/2019 | Johnson, Noel D. | Continue programming valuation software████ | 6.50 | 2,665.00 |
| 10/9/2019 | Nicholl, Kim M. | Review the effect███████████████ | 1.20 | 852.00 |
| 10/9/2019 | Nicholl, Kim M. | Determine the differences███████████████ | 1.40 | 994.00 |
| 10/10/2019 | Johnson, Noel D. | Continue programming valuation software████ | 5.20 | 2,132.00 |
| 10/10/2019 | Nicholl, Kim M. | Comparison██████changes████████ | 1.30 | 923.00 |
| 10/10/2019 | Nicholl, Kim M. | Work on effect███████████████ | 1.80 | 1,278.00 |
| 10/11/2019 | Johnson, Noel D. | Continue work on███████████request for sources | 3.30 | 1,353.00 |
| 10/11/2019 | Johnson, Noel D. | Work on programming███████████████ | 5.30 | 2,173.00 |
| 10/14/2019 | Bridges, Geoffrey W. | Reviewing calculations███████████per request | 0.90 | 423.00 |
| 10/14/2019 | Johnson, Noel D. | Continue work on programming to determine effect█████████████ | 2.40 | 984.00 |

| 10/15/2019 | Johnson, Noel D. | Continue work on programming to determine effect ▮ | 6.20 | 2,542.00 |
| 10/16/2019 | Johnson, Noel D. | Summary of analysis of effect ▮▮▮▮ | 4.80 | 1,968.00 |
| 10/20/2019 | Bridges, Geoffrey W. | Starting to review analysis of impact ▮▮▮ | 0.70 | 329.00 |
| 10/21/2019 | Johnson, Noel D. | Continue programming valuation software ▮▮ | 2.50 | 1,025.00 |
| 10/21/2019 | Timmons, Amy S. | Weekly calculator statistics and distribution | 1.20 | 600.00 |
| 10/25/2019 | Bridges, Geoffrey W. | Reviewing updated Plan of Adjustment ▮▮▮ | 0.60 | 282.00 |
| 10/28/2019 | Timmons, Amy S. | Weekly calculator statistics | 1.40 | 700.00 |
| 10/29/2019 | Johnson, Noel D. | Continue programming valuation software ▮ | 2.60 | 1,066.00 |
| 10/30/2019 | Johnson, Noel D. | Continue programming valuation software ▮▮ | 4.80 | 1,968.00 |
| 10/30/2019 | Johnson, Noel D. | Continue programming valuation software ▮ | 3.10 | 1,271.00 |
| 10/31/2019 | Johnson, Noel D. | Continue programming valuation software for ▮ | 4.90 | 2,009.00 |
| 10/31/2019 | Nicholl, Kim M. | Review ▮▮▮▮ | 1.90 | 1,349.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Bridges, Geoffrey W. | 470 | 3.90 | 1,833.00 |
| Johnson, Noel D. | 410 | 82.20 | 33,702.00 |
| Nicholl, Kim M. | 710 | 12.40 | 8,804.00 |
| Strom, Matthew A. | 560 | 3.70 | 2,072.00 |
| Timmons, Amy S. | 500 | 5.40 | 2,700.00 |
| TOTAL HOURS/VALUE | | 107.60 | 49,111.00 |

# ✈ Segal Consulting

101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984-8500
Fax:  (312) 896-9364

November 15, 2019

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in October 2019:

Re:  Matter 002 Research

| Date | Staff Member | | Hours | Value |
|---|---|---|---|---|
| 10/14/2019 | Kovach, Patricia L. | Reviewing previous presentation ▮▮▮▮ | 0.20 | 54.00 |
| 10/14/2019 | Wohl, Stuart | Review ▮▮▮ report on Puerto Rico health care costs ▮▮▮ | 0.30 | 189.00 |
| 10/15/2019 | Kovach, Patricia L. | Beginning health research ▮▮▮ | 1.10 | 297.00 |
| 10/15/2019 | Wohl, Stuart | Research updated ▮▮▮ cost and other information for Puerto Rico | 2.30 | 1,449.00 |
| 10/17/2019 | Kovach, Patricia L. | Research ▮▮▮ | 5.90 | 1,593.00 |
| 10/18/2019 | Kovach, Patricia L. | Researching ▮▮▮ | 3.30 | 891.00 |
| 10/23/2019 | Kovach, Patricia L. | Research ▮▮▮ | 6.40 | 1,728.00 |
| 10/24/2019 | Kovach, Patricia L. | Research ▮▮▮ | 3.90 | 1,053.00 |
| 10/25/2019 | Kovach, Patricia L. | Research ▮▮▮ | 2.70 | 729.00 |
| 10/28/2019 | Kovach, Patricia L. | Research ▮▮▮ | 1.60 | 432.00 |
| 10/29/2019 | Kovach, Patricia L. | ▮▮▮ research | 1.60 | 432.00 |
| 10/30/2019 | Kovach, Patricia L. | ▮▮▮ research. | 0.60 | 162.00 |
| 10/31/2019 | Wohl, Stuart | Review cost and other ▮▮▮ research with Kovach. | 0.20 | 126.00 |
| 10/31/2019 | Kovach, Patricia L. | Meeting with S. Wohl discussing ▮▮▮ research. | 0.20 | 54.00 |

Fee summary:

| Name | Rate | Hours | Value |
|---|---|---|---|
| Kovach, Patricia L. | 270.00 | 27.50 | 7,425.00 |
| Wohl, Stuart | 630.00 | 2.80 | 1,764.00 |
| Worrell, Mildeen | 490.00 | 0.00 | 0.00 |
| TOTAL HOURS/VALUE | | 30.30 | 9,189.00 |

EIN#   13-1975125

# ✕ Segal Consulting

101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984-8500
Fax:  (312) 896-9364

November 15, 2019

**Official Committee of Retirees in the
Commonwealth of Puerto Rico
c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in October 2019:

Re:  Matter 004 Professional Calls and Meetings

| Date | Staff Member | | Hours | Value |
|------|--------------|--|-------|-------|
| 10/1/2019 | Bridges, Geoffrey W. | Conference call with retirement committee professionals. | 1.30 | 611.00 |
| 10/1/2019 | Nicholl, Kim M. | Conference call with retirement committee professionals. | 1.30 | 923.00 |
| 10/1/2019 | Johnson, Noel D. | Conference call with retirement committee professionals. | 1.30 | 533.00 |
| 10/1/2019 | Timmons, Amy S. | Call with FTI, Bennezar and Jenner to discuss current projects. | 1.30 | 650.00 |
| 10/7/2019 | Bridges, Geoffrey W. | Conference call with retiree committee professionals. | 0.90 | 423.00 |
| 10/7/2019 | Johnson, Noel D. | Conference call with retiree committee professionals. | 0.90 | 369.00 |
| 10/7/2019 | Nicholl, Kim M. | Conference call with retiree committee professionals. | 0.90 | 639.00 |
| 10/9/2019 | Nicholl, Kim M. | Call with FTI concerning ███████ | 0.30 | 213.00 |
| 10/14/2019 | Strom, Matthew A. | Conference call with professionals | 1.10 | 616.00 |
| 10/14/2019 | Bridges, Geoffrey W. | Conference call with professionals | 1.10 | 517.00 |
| 10/14/2019 | Johnson, Noel D. | Conference call with professionals | 1.10 | 451.00 |
| 10/14/2019 | Nicholl, Kim M. | Conference call with professionals | 1.10 | 781.00 |
| 10/15/2019 | Kovach, Patricia L. | Call with other team members discussing needs for ███ research. | 0.70 | 189.00 |
| 10/15/2019 | Kovach, Patricia L. | Call with Kim discussing the bankruptcy decisions and trial. | 0.30 | 81.00 |
| 10/15/2019 | Wohl, Stuart | Discussions with Jenner (Steege) about potential economic expert report needs. | 0.30 | 189.00 |
| 10/15/2019 | Wohl, Stuart | Discussion with ███████, FTI, Jenner, Hector and Segal on potential ████ topics ███████ | 0.70 | 441.00 |
| 10/21/2019 | Bridges, Geoffrey W. | Professional call | 1.40 | 658.00 |
| 10/21/2019 | Johnson, Noel D. | Professional call | 1.40 | 574.00 |
| 10/21/2019 | Nicholl, Kim M. | Professional call | 1.40 | 994.00 |
| 10/28/2019 | Bridges, Geoffrey W. | Conference call with Retirement Committee professionals. | 0.90 | 423.00 |
| 10/28/2019 | Nicholl, Kim M. | Conference call with Retirement Committee professionals. | 0.90 | 639.00 |
| 10/31/2019 | Bridges, Geoffrey W. | Conference call with Retiree Committee professionals. | 1.60 | 752.00 |
| 10/31/2019 | Johnson, Noel D. | Conference call with Retiree Committee professionals. | 1.60 | 656.00 |
| 10/31/2019 | Nicholl, Kim M. | Conference call with Retiree Committee professionals. | 1.60 | 1,136.00 |

Fee summary:

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Bridges, Geoffrey W. | 470 | 7.20 | 3,384.00 |
| Johnson, Noel D. | 410 | 6.30 | 2,583.00 |
| Kovach, Patricia L. | 270 | 1.00 | 270.00 |
| Nicholl, Kim M. | 710 | 7.50 | 5,325.00 |
| Strom, Matthew A. | 560 | 1.10 | 616.00 |
| Timmons, Amy S. | 500 | 1.30 | 650.00 |
| Wohl, Stuart | 630 | 1.00 | 630.00 |
| TOTAL HOURS/VALUE | | 25.40 | 13,458.00 |

 Segal Consulting

101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984-8500
Fax:  (312) 896-9364

November 15, 2019

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in October 2019:

Re:  Matter 006 Retiree Committee Meetings

| Date | Staff Member | | Hours | Value |
|------|--------------|--|-------|-------|
| 10/1/2019 | Strom, Matthew A. | Attended Retiree Committee meeting via conference call. | 1.30 | 728.00 |
| 10/1/2019 | Nicholl, Kim M. | Attended Retiree Committee meeting via conference call. | 1.30 | 923.00 |

Fee summary:

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Nicholl, Kim M. | 710.00 | 1.30 | 923.00 |
| Strom, Matthew A. | 560.00 | 1.30 | 728.00 |
| TOTAL HOURS/VALUE | | 2.60 | 1,651.00 |

EIN#    13-1975125

# ✈ Segal Consulting

101 North Wacker Dr.
Suite 500
Chicago, IL 60606
Phone: (312) 984-8500
Fax: (312) 896-9364

November 15, 2019

**Official Committee of Retirees in the
Commonwealth of Puerto Rico
c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in October 2019:

Re: Matter 018 Case Management

| Date | Staff Member | | Hours | Value |
|------|-------------|---|-------|-------|
| 10/10/2019 | Nicholl, Kim M. | Start the September billing process, work in excess of time typically required for billing | 1.10 | 781.00 |
| 10/14/2019 | Bridges, Geoffrey W. | Checking November budget, declaration, excel version of invoice. | 0.30 | 141.00 |
| 10/14/2019 | Nicholl, Kim M. | Work on declaration for September invoice | 0.90 | 639.00 |
| 10/14/2019 | Nicholl, Kim M. | Preparation of hours detail for fee examiner | 0.90 | 639.00 |
| 10/14/2019 | Nicholl, Kim M. | Complete September invoice - work in excess of time typically needed for billing | 5.20 | 3,692.00 |
| 10/14/2019 | Nicholl, Kim M. | Preparation of November budget | 0.70 | 497.00 |
| 10/15/2019 | Bridges, Geoffrey W. | Preliminary work on Fee Application - pulling information from invoices for application attachments. | 0.90 | 423.00 |
| 10/16/2019 | Bridges, Geoffrey W. | Preliminary work on seventh interim fee application. | 2.20 | 1,034.00 |
| 10/27/2019 | Bridges, Geoffrey W. | Finishing first draft of seventh fee application. | 1.00 | 470.00 |

Fee summary:

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Bridges, Geoffrey W. | 470 | 4.40 | 2,068.00 |
| Nicholl, Kim M. | 710 | 8.80 | 6,248.00 |
| TOTAL HOURS/VALUE | | 13.20 | 8,316.00 |

EIN#   13-1975125

✈ **Segal Consulting**

101 North Wacker Dr.
Suite 500
Chicago, IL 60606
Phone: (312) 984-8500
Fax: (312) 896-9364

December 15, 2019

**Official Committee of Retirees in the
Commonwealth of Puerto Rico**
c/o Jenner and Block LLP

**Client Number: 14812**

For professional consulting services in November 2019:

Re:   Matter 001 Actuarial Analysis

| Date | Staff Member | | Hours | Value |
|------|-------------|---|-------|-------|
| 11/1/2019 | Johnson, Noel D. | Work on the projection ███ | 2.70 | 1,107.00 |
| 11/1/2019 | Johnson, Noel D. | Work on the projection ███ | 2.90 | 1,189.00 |
| 11/1/2019 | Johnson, Noel D. | Review the programming ███ | 2.30 | 943.00 |
| 11/1/2019 | Johnson, Noel D. | Review the programming ███ | 1.80 | 738.00 |
| 11/4/2019 | Johnson, Noel D. | Continue work on the projection ███ | 4.10 | 1,681.00 |
| 11/4/2019 | Johnson, Noel D. | Continue work on the projection ███ | 3.40 | 1,394.00 |
| 11/4/2019 | Timmons, Amy S. | Weekly calculator statistics - prep and distribution | 1.10 | 550.00 |
| 11/5/2019 | Johnson, Noel D. | Continue work on the projection ███ | 5.20 | 2,132.00 |
| 11/5/2019 | Johnson, Noel D. | Continue work on the projection ███ | 3.90 | 1,599.00 |
| 11/6/2019 | Johnson, Noel D. | Work on the calculation ███ | 7.90 | 3,239.00 |
| 11/7/2019 | Johnson, Noel D. | Continue work on the calculation ███ | 7.30 | 2,993.00 |
| 11/8/2019 | Bridges, Geoffrey W. | Reviewing work ███ under various scenarios. | 3.10 | 1,457.00 |
| 11/8/2019 | Johnson, Noel D. | Work on the projection ███ | 6.30 | 2,583.00 |
| 11/11/2019 | Bridges, Geoffrey W. | Reviewing analysis ███ | 3.90 | 1,833.00 |
| 11/11/2019 | Johnson, Noel D. | Work on the projection ███ | 7.50 | 3,075.00 |
| 11/11/2019 | Timmons, Amy S. | Weekly calculator stats and distribution | 0.90 | 450.00 |
| 11/12/2019 | Johnson, Noel D. | Prepare summary ███ | 2.20 | 902.00 |
| 11/12/2019 | Johnson, Noel D. | Continue work on the projection ███ | 6.20 | 2,542.00 |
| 11/15/2019 | Bridges, Geoffrey W. | Reviewing analysis ███ | 2.60 | 1,222.00 |
| 11/15/2019 | Johnson, Noel D. | Continue work on the projection ███ | 4.50 | 1,845.00 |
| 11/18/2019 | Bridges, Geoffrey W. | Reviewing updates to analysis ███ | 1.10 | 517.00 |
| 11/18/2019 | Bridges, Geoffrey W. | Preparing file and communication ███ send to retiree committee team. | 1.80 | 846.00 |
| 11/18/2019 | Johnson, Noel D. | Work on analysis ███ | 5.50 | 2,255.00 |
| 11/18/2019 | Johnson, Noel D. | Continue work on the projection ███ | 3.70 | 1,517.00 |
| 11/18/2019 | Timmons, Amy S. | Weekly calculator statistics prep and distribution | 1.00 | 500.00 |

| | | | | |
|---|---|---|---|---|
| 11/19/2019 | Bridges, Geoffrey W. | Finalizing analysis ████████ and sending to retiree committee professionals. | 0.40 | 188.00 |
| 11/19/2019 | Johnson, Noel D. | ████████ analysis | 4.60 | 1,886.00 |
| 11/19/2019 | Johnson, Noel D. | Continue work on the projection ████████ ████████ | 3.10 | 1,271.00 |
| 11/20/2019 | Johnson, Noel D. | Continue work ████████ analysis | 4.60 | 1,886.00 |
| 11/21/2019 | Johnson, Noel D. | Continue work ████████ analysis | 4.90 | 2,009.00 |
| 11/22/2019 | Johnson, Noel D. | Continue work ████████ analysis | 3.70 | 1,517.00 |
| 11/25/2019 | Bridges, Geoffrey W. | Preparation for conference call to discuss ████████ | 0.40 | 188.00 |
| 11/25/2019 | Johnson, Noel D. | Continue work on ████████ analysis | 3.40 | 1,394.00 |
| 11/25/2019 | Johnson, Noel D. | Review ████████ in preparation of 3pm call | 1.20 | 492.00 |
| 11/25/2019 | Nicholl, Kim M. | Review ████████ analysis | 1.70 | 1,207.00 |
| 11/27/2019 | Johnson, Noel D. | Continue work ████████ ut analysis | 3.30 | 1,353.00 |
| 11/27/2019 | Johnson, Noel D. | Work on ████████ analysis | 1.80 | 738.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|---|---|---|---|
| Bridges, Geoffrey W. | 470 | 13.30 | 6,251.00 |
| Johnson, Noel D. | 410 | 108.00 | 44,280.00 |
| Nicholl, Kim M. | 710 | 1.70 | 1,207.00 |
| Timmons, Amy S. | 500 | 3.00 | 1,500.00 |
| TOTAL HOURS/VALUE | | 126.00 | 53,238.00 |

EIN# 13-1975125

# ✦ Segal Consulting

101 North Wacker Dr.
Suite 500
Chicago, IL 60606
Phone: (312) 984-8500
Fax:  (312) 896-9364

December 15, 2019

**Official Committee of Retirees in the
Commonwealth of Puerto Rico
c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in November 2019:

Re:  Matter 002 Research

| Date | Staff Member | | Hours | Value |
|------|------|------|------|------|
| 11/1/2019 | Kovach, Patricia L. | Finalizing research ▓▓▓▓▓▓▓▓. | 2.40 | 648.00 |
| 11/4/2019 | Nicholl, Kim M. | Review of ▓▓▓▓▓▓▓▓ presentation for COR meeting | 0.90 | 639.00 |
| 11/4/2019 | Wohl, Stuart | Review articles/journals/research ▓▓▓▓▓ in preparation of call with FTI ▓▓▓▓ | 2.20 | 1,386.00 |
| 11/5/2019 | Nicholl, Kim M. | Research ▓▓▓ | 2.10 | 1,491.00 |
| 11/5/2019 | Wohl, Stuart | Research ▓▓▓▓▓▓▓▓ | 0.60 | 378.00 |
| 11/5/2019 | Kovach, Patricia L. | Researching ▓▓▓▓▓▓▓ | 0.30 | 81.00 |
| 11/6/2019 | Kovach, Patricia L. | Researching ▓▓▓▓▓▓▓ | 2.00 | 540.00 |
| 11/7/2019 | Kovach, Patricia L. | Contacting ▓▓▓▓ to set up a meeting. | 0.20 | 54.00 |
| 11/14/2019 | Kovach, Patricia L. | Research ▓▓▓ | 0.60 | 162.00 |
| 11/20/2019 | Wohl, Stuart | Segal (Kovach and Wohl) meet ▓▓▓ to discuss | 0.40 | 252.00 |
| 11/20/2019 | Wohl, Stuart | Review ▓▓▓ issue papers ▓▓▓ | 1.10 | 693.00 |
| 11/22/2019 | Kovach, Patricia L. | Segal (Kovach and Wohl) meet ▓▓▓ to discuss | 0.40 | 108.00 |
| 11/25/2019 | Nicholl, Kim M. | Research ▓▓▓▓▓ | 1.30 | 923.00 |
| 11/25/2019 | Kovach, Patricia L. | Research ▓▓▓▓▓ | 1.10 | 297.00 |
| 11/27/2019 | Kovach, Patricia L. | Researching ▓▓▓▓ | 1.40 | 378.00 |

Fee summary:

| Name | Rate | Hours | Value |
|------|------|------|------|
| Kovach, Patricia L. | 270.00 | 8.40 | 2,268.00 |
| Nicholl, Kim M. | 710.00 | 4.30 | 3,053.00 |
| Wohl, Stuart | 630.00 | 4.30 | 2,709.00 |
| TOTAL HOURS/VALUE | | 17.00 | 8,030.00 |

BIN#   13-1975125

# ✈ Segal Consulting

101 North Wacker Dr.
Suite 500
Chicago, IL 60606
Phone: (312) 984-8500
Fax: (312) 896-9364

December 15, 2019

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in November 2019:

Re: Matter 004 Professional Calls and Meetings

| Date | Staff Member | | Hours | Value |
|---|---|---|---|---|
| 11/4/2019 | Bridges, Geoffrey W. | Conference call with Retiree Committee professionals. | 1.00 | 470.00 |
| 11/4/2019 | Johnson, Noel D. | Conference call with Retiree Committee professionals. | 1.00 | 410.00 |
| 11/4/2019 | Nicholl, Kim M. | Conference call with Retiree Committee professionals. | 1.00 | 710.00 |
| 11/4/2019 | Strom, Matthew A. | Conference call with Retiree Committee professionals. | 1.00 | 560.00 |
| 11/5/2019 | Nicholl, Kim M. | Call with FTI on data████████████ | 0.60 | 426.00 |
| 11/5/2019 | Wohl, Stuart | Call with FTI on data████████████ | 0.60 | 378.00 |
| 11/5/2019 | Kovach, Patricia L. | Call with FTI on data████████████ | 0.60 | 162.00 |
| 11/18/2019 | Bridges, Geoffrey W. | Attending conference call with retiree committee | 0.50 | 235.00 |
| 11/18/2019 | Johnson, Noel D. | Attending conference call with retiree committee | 0.50 | 205.00 |
| 11/18/2019 | Strom, Matthew A. | Attending conference call with retiree committee | 0.50 | 280.00 |
| 11/25/2019 | Bridges, Geoffrey W. | Call with FTI██████████████ | 1.10 | 517.00 |
| 11/25/2019 | Johnson, Noel D. | Call with FTI██████████████ | 1.10 | 451.00 |
| 11/25/2019 | Nicholl, Kim M. | Call with FTI██████████████ | 1.10 | 781.00 |

Fee summary:

| Name | Rate | Hours | Value |
|---|---|---|---|
| Bridges, Geoffrey W. | 470.00 | 2.60 | 1,222.00 |
| Johnson, Noel D. | 410.00 | 2.60 | 1,066.00 |
| Kovach, Patricia L. | 270.00 | 0.60 | 162.00 |
| Nicholl, Kim M. | 710.00 | 2.70 | 1,917.00 |
| Strom, Matthew A. | 560.00 | 1.50 | 840.00 |
| Wohl, Stuart | 630.00 | 0.60 | 378.00 |
| TOTAL HOURS/VALUE | | 10.60 | 5,585.00 |

EIN# 13-1975125

 **Segal Consulting**

101 North Wacker Dr.
Suite 500
Chicago, IL 80806
Phone: (312) 984-8500
Fax:  (312) 896-9364

December 15, 2019

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in November 2019:

Re:   Matter 006 Retiree Committee Meetings

| Date | Staff Member | | Hours | Value |
|------|------|------|------|------|
| 11/6/2019 | Nicholl, Kim M. | Retiree committee meeting | 5.40 | 3,834.00 |
| 11/12/2019 | Strom, Matthew A. | Retiree committee meeting via conference call | 3.50 | 1,960.00 |
| 11/12/2019 | Nicholl, Kim M. | Retiree committee meeting via conference call | 3.20 | 2,272.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|------|------|
| Nicholl, Kim M. | 710.00 | 8.60 | 6,106.00 |
| Strom, Matthew A. | 560.00 | 3.50 | 1,960.00 |
| TOTAL HOURS/VALUE | | 12.10 | 8,066.00 |

EIN#   13-1975125



101 North Wacker Dr.
Suite 500
Chicago, IL 60606
Phone: (312) 984-8500
Fax: (312) 896-9364

December 15, 2019

**Official Committee of Retirees In the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in November 2019:

Re:  Matter 018 Case Management

| Date | Staff Member | | Hours | Value |
|------|--------------|---|-------|-------|
| 11/4/2019 | Bridges, Geoffrey W. | Updates to fee application. | 0.50 | 235.00 |
| 11/4/2019 | Nicholl, Kim M. | Work on fee application | 3.70 | 2,627.00 |
| 11/5/2019 | Bridges, Geoffrey W. | Finishing draft of fee application document and sending to Jenner for review. | 0.80 | 376.00 |
| 11/5/2019 | Nicholl, Kim M. | Review fee application draft | 0.90 | 639.00 |
| 11/11/2019 | Nicholl, Kim M. | Preparation of October invoice - time in excess of typical time to prepare invoice | 5.80 | 4,118.00 |
| 11/15/2019 | Nicholl, Kim M. | Preparation of declaration for October invoice | 0.80 | 568.00 |
| 11/15/2019 | Nicholl, Kim M. | Prepare excel file with October invoice for Jenner | 1.60 | 1,136.00 |
| 11/15/2019 | Nicholl, Kim M. | Preparation of listing of hours by person for fee examiner | 0.70 | 497.00 |
| 11/20/2019 | Bridges, Geoffrey W. | Reconciling payment received against outstanding holdbacks. | 1.10 | 517.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Bridges, Geoffrey W. | 470 | 2.40 | 1,128.00 |
| Nicholl, Kim M. | 710 | 13.50 | 9,585.00 |
| TOTAL HOURS/VALUE | | 15.90 | 10,713.00 |

EIN#   13-1975125


**Segal**

101 North Wacker Dr.
Suite 500
Chicago, IL 60806
Phone: (312) 984-8500
Fax:  (312) 896-9364

January 15, 2020

**Official Committee of Retirees in the
Commonwealth of Puerto Rico
c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in December 2019:

Re:   Matter 001 Actuarial Analysis

| Date | Staff Member | | Hours | Value |
|---|---|---|---|---|
| 12/2/2019 | Timmons, Amy S. | Preparation and distribution of calculator weekly stats | 1.20 | 600.00 |
| 12/5/2019 | Timmons, Amy S. | Research and analysis█████████████, communication with Male Noguera Osana. | 0.90 | 450.00 |
| 12/6/2019 | Johnson, Noel D. | Additional█████ analysis███████████ | 3.20 | 1,312.00 |
| 12/9/2019 | Johnson, Noel D. | ████additional analysis  continued | 1.60 | 656.00 |
| 12/9/2019 | Johnson, Noel D. | Response to FTI question████████████ | 0.80 | 328.00 |
| 12/9/2019 | Timmons, Amy S. | Preparation and distribution of calculator statistics. | 0.90 | 450.00 |
| 12/10/2019 | Johnson, Noel D. | Continued work on  response to FTI question | 1.90 | 779.00 |
| 12/12/2019 | Johnson, Noel D. | Continued work on  response to FTI question | 2.20 | 902.00 |
| 12/12/2019 | Bridges, Geoffrey W. | Provided comments to N. Johnson████████ | 0.40 | 188.00 |
| 12/13/2019 | Bridges, Geoffrey W. | Discussing calculation████████████with N. Johnson. | 0.30 | 141.00 |
| 12/13/2019 | Johnson, Noel D. | Continued work on  response to FTI question | 1.70 | 697.00 |
| 12/16/2019 | Johnson, Noel D. | ████████additional analysis | 1.90 | 779.00 |
| 12/16/2019 | Nicholl, Kim M. | Gather analysis███████████████ | 2.20 | 1,562.00 |
| 12/16/2019 | Timmons, Amy S. | Preparation and distribution of weekly calculator stats | 1.10 | 550.00 |
| 12/20/2019 | Timmons, Amy S. | Research and communication with Male Ortega████████████ | 0.80 | 400.00 |
| 12/23/2019 | Johnson, Noel D. | ████additional analysis  continued | 0.90 | 369.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|---|---|---|---|
| Bridges, Geoffrey W. | 470 | 0.70 | 329.00 |
| Johnson, Noel D. | 410 | 14.20 | 5,822.00 |
| Nicholl, Kim M. | 710 | 2.20 | 1,562.00 |
| Timmons, Amy S. | 500 | 4.90 | 2,450.00 |
| TOTAL HOURS/VALUE | | 22.00 | 10,163.00 |

EIN#   13-1975125

 **Segal**

101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984-8500
Fax:  (312) 896-9364

January 15, 2020

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in December 2019:

Re:  Matter 002 Research

| Date | Staff Member | | Hours | Value |
|------|--------------|--|-------|-------|
| 12/5/2019 | Kovach, Patricia L. | Researching █████████. | 3.30 | 891.00 |
| 12/9/2019 | Kovach, Patricia L. | Updating █████████ documents. | 0.30 | 81.00 |
| 12/10/2019 | Kovach, Patricia L. | Updating ████████. | 0.70 | 189.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Kovach, Patricia L. | 270.00 | 4.30 | 1,161.00 |
| TOTAL HOURS/VALUE | | 4.30 | 1,161.00 |

EIN#   13-1975125

 **Segal**

101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984-8500
Fax:  (312) 896-9364

January 15, 2020

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in December 2019:

Re:  Matter 004 Professional Calls and Meetings

| Date | Staff Member | | Hours | Value |
|------|--------------|---|-------|-------|
| 12/2/2019 | Johnson, Noel D. | Call with professionals | 1.00 | 410.00 |
| 12/2/2019 | Strom, Matthew A. | Call with professionals | 1.00 | 560.00 |
| 12/9/2019 | Johnson, Noel D. | Professional call with FTI, Jenner and Bennazar | 0.50 | 205.00 |
| 12/9/2019 | Strom, Matthew A. | Professional call with FTI, Jenner and Bennazar | 0.50 | 280.00 |
| 12/9/2019 | Nicholl, Kim M. | Professional call with FTI, Jenner and Bennazar | 0.50 | 355.00 |
| 12/9/2019 | Bridges, Geoffrey W. | Professional call with FTI, Jenner and Bennazar | 0.50 | 235.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Bridges, Geoffrey W. | 470.00 | 0.50 | 235.00 |
| Johnson, Noel D. | 410.00 | 1.50 | 615.00 |
| Nicholl, Kim M. | 710.00 | 0.50 | 355.00 |
| Strom, Matthew A. | 560.00 | 1.50 | 840.00 |
| TOTAL HOURS/VALUE | | 4.00 | 2,045.00 |

EIN#   13-1975125

 **Segal**

101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984-8500
Fax: (312) 896-9364

**January 15, 2020**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in December 2019:

Re:   Matter 006 Retiree Committee Meetings

| Date | Staff Member | | Hours | Value |
|---|---|---|---|---|
| 12/17/2019 | Nicholl, Kim M. | Retiree committee conference call | 2.00 | 1,420.00 |

**Fee summary:**

| Name | | Rate | Hours | Value |
|---|---|---|---|---|
| Nicholl, Kim M. | | 710.00 | 2.00 | 1,420.00 |
| | TOTAL HOURS/VALUE | | 2.00 | 1,420.00 |

EIN#    13-1975125

 **Segal**

101 North Wacker Dr.
Suite 500
Chicago, IL 60606
Phone: (312) 984-8500
Fax: (312) 896-9364

**January 15, 2020**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in December 2019:

Re:  Matter 018 Case Management

| Date | Staff Member | | Hours | Value |
|---|---|---|---|---|
| 12/5/2019 | Bridges, Geoffrey W. | Working on information on rate increases. | 0.60 | 282.00 |
| 12/10/2019 | Nicholl, Kim M. | Prepare document that outlines proposed 2020 hourly | 2.40 | 1,704.00 |
| 12/12/2019 | Bridges, Geoffrey W. | Reviewing November invoice. | 0.60 | 282.00 |
| 12/12/2019 | Nicholl, Kim M. | Preparation of November invoice - time in excess of | 5.20 | 3,692.00 |
| 12/16/2019 | Nicholl, Kim M. | Preparation of declaration to be included with November invoice | 0.70 | 497.00 |
| 12/16/2019 | Nicholl, Kim M. | Prepare detailed hours by person for fee examiner | 0.60 | 426.00 |
| 12/16/2019 | Nicholl, Kim M. | Prepare November invoice in Excel format | 1.80 | 1,278.00 |
| 12/27/2019 | Bridges, Geoffrey W. | Updating reconciliation of payments, for purposes of necessary records for fee applications. | 0.40 | 188.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|---|---|---|---|
| Bridges, Geoffrey W. | 470.00 | 1.60 | 752.00 |
| Nicholl, Kim M. | 710.00 | 10.70 | 7,597.00 |
| TOTAL HOURS/VALUE | | 12.30 | 8,349.00 |

EIN#   13-1975125

 **Segal**

101 North Wacker Dr.
Suite 500
Chicago, IL 60606
Phone: (312) 984-8500
Fax: (312) 896-9364

February 15, 2020

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in January 2020:

Re:  Matter 001 Actuarial Analysis

| Date | Staff Member | | Hours | Value |
|------|--------------|--|-------|-------|
| 1/6/2020 | Johnson, Noel D. | Work on updated ▓ | 3.30 | 1,386.00 |
| 1/7/2020 | Johnson, Noel D. | Continue work on updated ▓ | 2.00 | 840.00 |
| 1/8/2020 | Nicholl, Kim M. | Review calculation ▓ ▓ | 1.60 | 1,168.00 |
| 1/9/2020 | Johnson, Noel D. | Continue work on updated ▓ | 3.20 | 1,344.00 |
| 1/10/2020 | Timmons, Amy S. | Work on modifications ▓ | 1.90 | 969.00 |
| 1/13/2020 | Timmons, Amy S. | Weekly calculator statistics - prep and distribution, response to questions by R. Gordon. | 1.10 | 561.00 |
| 1/15/2020 | Bridges, Geoffrey W. | Reviewing work prepared by N. Johnson ▓ | 1.70 | 816.00 |
| 1/15/2020 | Johnson, Noel D. | Work on FTI ▓ request | 3.50 | 1,470.00 |
| 1/15/2020 | Johnson, Noel D. | Work on ▓ analysis | 2.90 | 1,218.00 |
| 1/16/2020 | Johnson, Noel D. | Work on FTI ▓ request | 3.70 | 1,554.00 |
| 1/16/2020 | Johnson, Noel D. | Work on ▓ additional analysis | 3.10 | 1,302.00 |
| 1/17/2020 | Nicholl, Kim M. | Review ▓ calculations | 1.10 | 803.00 |
| 1/17/2020 | Johnson, Noel D. | Preparation of ▓ request to send to FTI for meeting next week | 3.60 | 1,512.00 |
| 1/19/2020 | Bridges, Geoffrey W. | Reviewing materials in preparation for meeting with ▓ representatives on Wednesday, January 22. | 1.20 | 576.00 |
| 1/21/2020 | Timmons, Amy S. | Calculator weekly statistics - prep and distribution of report | 0.90 | 459.00 |
| 1/22/2020 | Johnson, Noel D. | ▓ data request | 1.30 | 546.00 |
| 1/24/2020 | Johnson, Noel D. | Work on FTI ▓ request | 2.20 | 924.00 |
| 1/24/2020 | Johnson, Noel D. | ▓ analysis | 2.60 | 1,092.00 |
| 1/26/2020 | Bridges, Geoffrey W. | Provided updated data request ▓ to retiree committee professionals for their review. | 0.40 | 192.00 |
| 1/27/2020 | Timmons, Amy S. | Weekly calculator statistics - compilation and distribution | 1.00 | 510.00 |
| 1/28/2020 | Johnson, Noel D. | ▓ additional analysis | 1.60 | 672.00 |
| 1/28/2020 | Nicholl, Kim M. | Review ▓ calculations | 1.20 | 876.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Bridges, Geoffrey W. | 480 | 3.30 | 1,584.00 |
| Johnson, Noel D. | 420 | 33.00 | 13,860.00 |
| Nicholl, Kim M. | 730 | 3.90 | 2,847.00 |
| Timmons, Amy S. | 510 | 4.90 | 2,499.00 |
| TOTAL HOURS/VALUE | | 45.10 | 20,790.00 |

**$20,790.00**

EIN#   13-1975125

 **Segal**

101 North Wacker Dr.
Suite 500
Chicago, IL 60606
Phone: (312) 984-8500
Fax: (312) 896-9364

February 15, 2020

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in January 2020:

Re:  Matter 002 Research

| Date | Staff Member | | Hours | Value |
|------|-------------|--|-------|-------|
| 1/23/2020 | Wohl, Stuart | Research and review█████████████ | 1.40 | 882.00 |
| 1/23/2020 | Kovach, Patricia L. | Research███████████ | 0.20 | 56.00 |
| 1/23/2020 | Kovach, Patricia L. | Adding██████to comparison. | 0.60 | 168.00 |
| 1/24/2020 | Kovach, Patricia L. | Updating██████charts. | 0.40 | 112.00 |
| 1/30/2020 | Kovach, Patricia L. | █████████calculations of██████plans. | 4.40 | 1,232.00 |
| 1/31/2020 | Kovach, Patricia L. | █████████calculations of██████plans. | 2.90 | 812.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Kovach, Patricia L. | 280.00 | 8.50 | 2,380.00 |
| Wohl, Stuart | 630.00 | 1.40 | 882.00 |
| TOTAL HOURS/VALUE | | 9.90 | 3,262.00 |

EIN#   13-1975125

 **Segal**

101 North Wacker Dr.
Suite 500
Chicago, IL 60606
Phone: (312) 984-8500
Fax: (312) 896-9364

February 15, 2020

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in January 2020:

Re:  Matter 004 Professional Calls and Meetings

| Date | Staff Member | | Hours | Value |
|------|--------------|--|-------|-------|
| 1/13/2020 | Bridges, Geoffrey W. | Professional call with FTI, Bennazar and Jenner | 1.00 | 480.00 |
| 1/13/2020 | Johnson, Noel D. | Professional call with FTI, Bennazar and Jenner | 1.00 | 420.00 |
| 1/13/2020 | Nicholl, Kim M. | Professional call with FTI, Bennazar and Jenner | 1.00 | 730.00 |
| 1/13/2020 | Strom, Matthew A. | Weekly call with professionals | 1.00 | 580.00 |
| 1/17/2020 | Bridges, Geoffrey W. | Call with FTI, Jenner and Bennazar | 0.80 | 384.00 |
| 1/17/2020 | Nicholl, Kim M. | Call with FTI, Jenner and Bennazar | 0.80 | 584.00 |
| 1/17/2020 | Johnson, Noel D. | Call with FTI, Jenner and Bennazar | 0.80 | 336.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Bridges, Geoffrey W. | 480.00 | 1.80 | 864.00 |
| Johnson, Noel D. | 420.00 | 1.80 | 756.00 |
| Nicholl, Kim M. | 730.00 | 1.80 | 1,314.00 |
| Strom, Matthew A. | 580.00 | 1.00 | 580.00 |
| TOTAL HOURS/VALUE | | 6.40 | 3,514.00 |

EIN#   13-1975125

 **Segal**

101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984-8500
Fax:  (312) 896-9364

February 15, 2020

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in January 2020:

Re:  Matter Non-working Travel Time

| Date | Staff Member | | Actual Hours | Hours Billed | Value |
|------|-----------|---|------|------|-------|
| 1/21/2020 | Bridges, Geoffrey W. | Traveling to San Juan for meeting on January 22 with ERS and AAFAF. | 7.00 | 3.50 | 1,680.00 |
| 1/21/2020 | Strom, Matthew A. | Travel to/from San Juan | 7.00 | 3.50 | 2,030.00 |
| 1/22/2020 | Bridges, Geoffrey W. | Returning to Chicago from meeting in San Juan. | 7.00 | 3.50 | 1,680.00 |
| 1/22/2020 | Strom, Matthew A. | Travel to/from San Juan | 7.00 | 3.50 | 2,030.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Bridges, Geoffrey W. | 480.00 | 7.00 | 3,360.00 |
| Strom, Matthew A. | 580.00 | 7.00 | 4,060.00 |
| TOTAL HOURS/VALUE | | 14.00 | 7,420.00 |

EIN#   13-1975125

 **Segal**

101 North Wacker Dr.
Suite 500
Chicago, IL 60606
Phone: (312) 984-8500
Fax: (312) 896-9364

February 15, 2020

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in January 2020:

Re:  Matter 018 Case Management

| Date | Staff Member | | Hours | Value |
|------|-------------|---|-------|-------|
| 1/14/2020 | Bridges, Geoffrey W. | Reviewing December invoice, February budget, declaration and other materials. | 0.60 | 288.00 |
| 1/14/2020 | Nicholl, Kim M. | Work on February budget | 0.80 | 584.00 |
| 1/14/2020 | Nicholl, Kim M. | Work on December Invoice - time in excess of normal time to create a bill | 4.40 | 3,212.00 |
| 1/14/2020 | Nicholl, Kim M. | Work on declaration to accompany December invoice | 0.50 | 365.00 |
| 1/14/2020 | Nicholl, Kim M. | Work on creating December invoice in Excel format | 1.60 | 1,168.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Bridges, Geoffrey W. | 480.00 | 0.60 | 288.00 |
| Nicholl, Kim M. | 730.00 | 7.30 | 5,329.00 |
| TOTAL HOURS/VALUE | | 7.90 | 5,617.00 |

EIN#   13-1975125

 **Segal**

101 North Wacker Dr.
Suite 500
Chicago, IL 60606
Phone: (312) 984-8500
Fax: (312) 896-9364

**February 15, 2020**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in January 2020:

Re:   Matter 004 Professional Calls and Meetings

| Date | Staff Member | | Hours | Value |
|---|---|---|---|---|
| 1/22/2020 | Bridges, Geoffrey W. | Meeting in San Juan with ERS, AAFAF, FTI, Bennezar | 1.20 | 576.00 |
| 1/22/2020 | Bridges, Geoffrey W. | After meeting with ERS / AAFAF representatives, | 0.50 | 240.00 |
| 1/22/2020 | Strom, Matthew A. | Debrief meeting with FTI and Bennezar | 0.50 | 290.00 |
| 1/22/2020 | Strom, Matthew A. | Meeting in San Juan with ERS, AAFAF, FTI, Bennezar | 1.20 | 696.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|---|---|---|---|
| Bridges, Geoffrey W. | 480.00 | 1.70 | 816.00 |
| Strom, Matthew A. | 580.00 | 1.70 | 986.00 |
| TOTAL HOURS/VALUE | | 3.40 | 1,802.00 |

EIN#   13-1975125