# <u>EXHIBIT I</u>

**Detailed Expense Records for Segal Consulting**

**5926819v2/14812.018**

 **Segal**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

**TRAVEL EXPENSES**

| | | |
|---|---|---:|
| 1/21/2020 | Matt Stom airfare | $480.00 |
| 1/21/2020 | Geoff Bridges airfare | $420.00 |
| | **TOTAL FOR: FLIGHTS** | **$900.00** |
| 1/21/2020 | lunch at airport | $16.01 |
| 1/21/2020 | Matt Strom and Geoff Bridges dinner | $55.00 |
| 1/21/2020 | Matt Strom and Geoff Bridges dinner | $58.96 |
| | **TOTAL FOR: MEALS** | **$129.97** |
| 1/21/2020 | Matt Strom Uber to airport | $42.13 |
| 1/21/2020 | Matt Strom taxi from airport to hotel | $30.00 |
| 1/22/2020 | Matt Strom Uber from hotel to airport | $19.31 |
| 1/22/2020 | Matt Strom Uber from airport to home | $39.93 |
| | **TOTAL FOR: TAXI** | **$131.37** |
| 1/21/2020 | Geoff Bridges hotel | $413.64 |
| 1/21/2020 | Matt Strom hotel | $439.01 |
| | **TOTAL FOR: HOTEL** | **$852.65** |

| | |
|---|---:|
| Total Disbursements | **$2,013.99** |