**Exhibit A**

**Summary of Fees Incurred by Professional**

| EXHIBIT A: SUMMARY OF FEES INCURRED BY PROFESSIONAL | | | | |
|---|---|---|---|---|
| **Professional** | **Position** | **Billing Rate*** | **Hours** | **100% of Fees** |
| Flaton, Carol | Independent Contractor | $ 1,090 | 71.5 | $ 68,803.00 |
| Martinez, Scott | Director | 910 | 649.3 | 562,185.00 |
| Ubarri, Enrique R | Director | 910 | 3.6 | 3,234.00 |
| Voicu-Comendant, Alin | Director | 840 | 202.7 | 168,241.00 |
| Kardos, Elizabeth S | Director | 710 | 4.8 | 2,940.00 |
| Westermann, Michael | Senior Vice President | 690 | 606.0 | 372,975.00 |
| Praga, Deborah | Vice President | 605 | 65.4 | 36,004.50 |
| Yenumula, Rahul | Vice President | 515 | 324.7 | 156,846.50 |
| Verry, Laura C | Senior Vice President | 510 | 3.4 | 1,054.00 |
| McGillen, Ryan J | Associate | 360 | 74.5 | 26,820.00 |
| **Total** | | | **2,005.9** | **$ 1,399,103.00** |

*Reflects billing rates effective January 1, 2020.