**Exhibit B**

**Summary of Hours and Fees by Project Category**

| EXHIBIT B: SUMMARY OF FEES INCURRED DURING THE INTERIM PERIOD BY PROJECT CATEGORY | | | | |
|---|---|---|---|---|
| Matter Category | Old Matter Category | Description | Hours | 100% Fees |
| 12275.00100 | 1 | Planning & Coordination / Case Management | 12.5 | $ 10,350.50 |
| 12275.00101 | 2 | Meetings and Communications with Committee Members and/or Professionals | 138.8 | 118,821.00 |
| 12275.00102 | 3 | Communication with Interested Parties | 52.4 | 43,487.00 |
| 12275.00103 | 4 | Liquidity and Cash Management | 57.5 | 47,855.50 |
| 12275.00104 | 5 | Fiscal Plan and Related Budgets Analysis and Assessment | 110.2 | 76,390.00 |
| 12275.00105 | 6 | Financial and Other Diligence | 24.6 | 17,836.00 |
| 12275.00106 | 7 | Sales of Assets | - | - |
| 12275.00107 | 8 | Due Diligence of Commonwealth Assets | - | - |
| 12275.00108 | 9 | Debt Capacity | 4.1 | 3,025.50 |
| 12275.00109 | 10 | Investments in Puerto Rico, Including Public-Private Partnerships | - | - |
| 12275.00110 | 11 | Plan of Adjustment Review and Negotiations | 116.9 | 83,929.50 |
| 12275.00111 | 12 | Litigation Support and Claims Analysis | 160.2 | 120,538.50 |
| 12275.00112 | 13 | Testimony / Court Appearance | 12.1 | 9,625.50 |
| 12275.00113 | 14 | Expert Reports | - | - |
| 12275.00114 | 15 | Pension Matters | 5.1 | 4,577.50 |
| 12275.00115 | 16 | Retention | 78.4 | 28,164.00 |
| 12275.00116 | 17 | Fee Statements and Fee Applications | 63.3 | 42,115.00 |
| 12275.00117 | 19 | PREPA Title III | 1,042.2 | 728,051.50 |
| 12275.00118 | 20 | HTA Title III | 10.2 | 7,206.00 |
| 12275.00119 | 21 | ERS Title III | 24.4 | 17,432.50 |
| 12275.00129 | 18 | Non-Working Travel Time | 93.0 | 39,697.50 |
| **Total** | | | **2,005.9** | **1,399,103.00** |