**Exhibit D**

**Summary of Expenses**

| EXHIBIT D: Summary of Expenses Incurred During the Interim Period | |
|---|---|
| **Category** | **Total** |
| Travel & Lodging | $ 7,338.99 |
| Meals | 1,366.11 |
| Phone | 57.50 |
| **Grand Total** | **$ 8,762.60** |