# Exhibit E

## Detail of Expenses by Expense Category

**EXHIBIT E: ZC EXPENSES INCURRED BY CATEGORY**

| Professional | Date | Category | Description | Amount |
|---|---|---|---|---:|
| Westermann, Michael | 10/7/2019 | Travel & Lodging | Cab Fare/Ground Transportation Michael Westermann NYC Office to Home | $ 21.27 |
| Martinez, Scott | 10/16/2019 | Travel & Lodging | Airfare Scott Martinez 2019-10-17 JFK - SJU | 321.70 |
| Martinez, Scott | 10/17/2019 | Travel & Lodging | Cab Fare/Ground Transportation Scott Martinez SJU to Hotel | 25.00 |
| Martinez, Scott | 10/17/2019 | Travel & Lodging | Cab Fare/Ground Transportation Scott Martinez Home to JFK | 99.65 |
| Martinez, Scott | 10/17/2019 | Travel & Lodging | Lodging Scott Martinez Condado Vanderbilt Fd - San Juan 10/17/2019 - 10/22/2019 | 1,303.25 |
| Martinez, Scott | 10/18/2019 | Travel & Lodging | Airfare Scott Martinez 2019-10-22 SJU - JFK | 253.70 |
| Martinez, Scott | 10/22/2019 | Travel & Lodging | Cab Fare/Ground Transportation Scott Martinez Hotel to SJU | 12.12 |
| Martinez, Scott | 10/24/2019 | Travel & Lodging | Cab Fare/Ground Transportation Scott Martinez JFK to Home | 100.00 |
| Martinez, Scott | 11/15/2019 | Travel & Lodging | Airfare Scott Martinez 2019-11-21 SJU - JFK | 273.70 |
| Martinez, Scott | 11/15/2019 | Travel & Lodging | Airfare Scott Martinez 2019-11-19 JFK - SJU | 248.70 |
| Westermann, Michael | 11/15/2019 | Travel & Lodging | Michael Westermann roundtrip airfare JFK to SJU (11/19 and 11/21) | 522.40 |
| Martinez, Scott | 11/19/2019 | Travel & Lodging | Cab Fare/Ground Transportation Scott Martinez SJU to Hotel | 14.98 |
| Westermann, Michael | 11/19/2019 | Travel & Lodging | Lodging Michael Westermann Condado Vanderbilt Fd - San Juan 11/19/2019 - 11/21/2019 | 599.88 |
| Martinez, Scott | 11/19/2019 | Travel & Lodging | Lodging Scott Martinez Condado Vanderbilt Fd - San Juan 11/19/2019 - 11/21/2019 | 599.88 |
| Martinez, Scott | 11/19/2019 | Travel & Lodging | Cab Fare/Ground Transportation Scott Martinez Home to JFK | 100.00 |
| Westermann, Michael | 11/19/2019 | Travel & Lodging | Cab Fare/Ground Transportation - - VENDOR: American Express | 88.97 |
| Martinez, Scott | 11/21/2019 | Travel & Lodging | Cab Fare/Ground Transportation Scott Martinez Hotel to Airport | 15.00 |
| Westermann, Michael | 11/21/2019 | Travel & Lodging | Cab Fare/Ground Transportation Michael Westermann JFK to home | 95.23 |
| Martinez, Scott | 11/22/2019 | Travel & Lodging | Public Transportation Scott Martinez JFK to NYC | 10.50 |
| Martinez, Scott | 1/22/2020 | Travel & Lodging | Airfare Scott Martinez 2020-01-27 JFK - SJU | 431.00 |
| Westermann, Michael | 1/22/2020 | Travel & Lodging | Airfare Michael Westermann 2020-01-27 JFK - SJU | 431.00 |
| Martinez, Scott | 1/27/2020 | Travel & Lodging | Cab Fare/Ground Transportation Scott Martinez Airport to Hotel | 10.12 |
| Martinez, Scott | 1/27/2020 | Travel & Lodging | Cab Fare/Ground Transportation Scott Martinez Home to Airport | 100.00 |
| Westermann, Michael | 1/27/2020 | Travel & Lodging | Lodging Michael Westermann Renaissance La Concha - San Juan 01/27/2020 - 01/29/2020 | 657.52 |
| Westermann, Michael | 1/27/2020 | Travel & Lodging | Cab Fare/Ground Transportation Michael Westermann Home to JFK | 112.53 |
| Martinez, Scott | 1/27/2020 | Travel & Lodging | Lodging Scott Martinez Renaissance La Concha - San Juan 01/27/2020 - 01/29/2020 | 657.52 |
| Martinez, Scott | 1/28/2020 | Travel & Lodging | Cab Fare/Ground Transportation Scott Martinez Old San Juan to Hotel | 9.75 |
| Martinez, Scott | 1/28/2020 | Travel & Lodging | Cab Fare/Ground Transportation Scott Martinez Meeting to Hotel | 5.60 |
| Martinez, Scott | 1/28/2020 | Travel & Lodging | Cab Fare/Ground Transportation Scott Martinez Hotel to Meeting | 6.93 |
| Martinez, Scott | 1/28/2020 | Travel & Lodging | Cab Fare/Ground Transportation Scott Martinez Hotel to Old San Juan | 9.86 |
| Westermann, Michael | 1/29/2020 | Travel & Lodging | Cab Fare/Ground Transportation Michael Westermann JFK to Home | 89.96 |
| Martinez, Scott | 1/29/2020 | Travel & Lodging | Cab Fare/Ground Transportation Scott Martinez Hotel to Airport | 11.27 |
| Martinez, Scott | 1/29/2020 | Travel & Lodging | Cab Fare/Ground Transportation Scott Martinez Airport to Home | 100.00 |
| **Total Travel & Lodging Expense** | | | | **$ 7,338.99** |

| EXHIBIT E: ZC EXPENSES INCURRED BY CATEGORY | | | | |
|---|---|---|---|---|
| Professional | Date | Category | Description | Amount |
| Westermann, Michael | 10/7/2019 | Meals | Meals & Tips Michael Westermann - Dinner | $ 13.34 |
| Martinez, Scott | 10/11/2019 | Meals | Meals & Tips Scott Martinez - Dinner | 8.32 |
| Martinez, Scott | 10/17/2019 | Meals | Meals - Engagement Team Scott Martinez - Dinner - Scott Martinez; Nick Bassett; Zach Zwillinger | 120.00 |
| Martinez, Scott | 10/18/2019 | Meals | Meals & Tips Scott Martinez - Lunch | 19.24 |
| Martinez, Scott | 10/19/2019 | Meals | Meals & Tips Scott Martinez - Dinner | 8.51 |
| Martinez, Scott | 10/19/2019 | Meals | Meals & Tips Scott Martinez - Breakfast | 38.17 |
| Martinez, Scott | 10/19/2019 | Meals | Meals & Tips Scott Martinez - Lunch | 40.00 |
| Martinez, Scott | 10/20/2019 | Meals | Meals & Tips Scott Martinez - Breakfast | 36.11 |
| Martinez, Scott | 10/20/2019 | Meals | Meals & Tips Scott Martinez - Lunch | 26.47 |
| Martinez, Scott | 10/20/2019 | Meals | Meals & Tips Scott Martinez - Dinner | 40.00 |
| Martinez, Scott | 10/22/2019 | Meals | Meals - Engagement Team Scott Martinez - Dinner - Scott Martinez; Zach Zwillinger | 50.61 |
| Martinez, Scott | 10/24/2019 | Meals | Meals & Tips Scott Martinez - Dinner | 9.10 |
| Martinez, Scott | 10/28/2019 | Meals | Meals & Tips Scott Martinez - Dinner | 10.11 |
| Martinez, Scott | 10/30/2019 | Meals | Meals & Tips Scott Martinez - Dinner | 6.24 |
| Martinez, Scott | 11/19/2019 | Meals | Meals - Engagement Team Scott Martinez - Dinner - Scott Martinez; Michael Westermann | 80.00 |
| Martinez, Scott | 11/19/2019 | Meals | Meals & Tips Scott Martinez - Breakfast | 15.75 |
| Westermann, Michael | 11/19/2019 | Meals | Meals & Tips Michael Westermann - Breakfast | 18.95 |
| Martinez, Scott | 11/19/2019 | Meals | Meals - Engagement Team Scott Martinez - Lunch - Scott Martinez; Michael Westermann | 80.00 |
| Martinez, Scott | 11/20/2019 | Meals | Meals - Engagement Team Scott Martinez - Dinner - Scott Martinez; Mike Westermann | 80.00 |
| Martinez, Scott | 11/20/2019 | Meals | Meals - Engagement Team Scott Martinez - Breakfast - Scott Martinez; Michael Westermann | 78.34 |
| Martinez, Scott | 11/20/2019 | Meals | Meals - Engagement Team Scott Martinez - Lunch - Scott Martinez; Michael Westermann | 72.92 |
| Westermann, Michael | 11/21/2019 | Meals | Meals & Tips Michael Westermann - Breakfast | 22.68 |
| Westermann, Michael | 11/21/2019 | Meals | Meals & Tips Michael Westermann - Lunch | 19.09 |
| Martinez, Scott | 11/21/2019 | Meals | Meals & Tips Scott Martinez - Lunch | 16.32 |
| Martinez, Scott | 11/21/2019 | Meals | Meals & Tips Scott Martinez - Breakfast | 10.68 |
| Martinez, Scott | 12/4/2019 | Meals | Meals & Tips Scott Martinez - Dinner | 14.15 |
| Martinez, Scott | 1/27/2020 | Meals | Meals & Tips Scott Martinez - Breakfast | 19.56 |
| Martinez, Scott | 1/27/2020 | Meals | Meals - Engagement Team Scott Martinez - Dinner - Scott Martinez; Mike Westermann; David MacK; Carol Flaton | 160.00 |
| Westermann, Michael | 1/27/2020 | Meals | Meals & Tips Michael Westermann - Breakfast | 11.21 |
| Martinez, Scott | 1/29/2020 | Meals | Meals - Engagement Team Scott Martinez - Dinner - Scott Martinez; Mike Westermann; Alex Bongartz | 120.00 |
| Westermann, Michael | 1/29/2020 | Meals | Meals & Tips Michael Westermann - Breakfast | 4.29 |
| Westermann, Michael | 1/29/2020 | Meals | Meals & Tips Michael Westermann - Breakfast | 12.00 |
| Martinez, Scott | 1/29/2020 | Meals | Meals & Tips Scott Martinez - Breakfast | 4.99 |
| Martinez, Scott | 1/29/2020 | Meals | Meals - Engagement Team Scott Martinez - Lunch - Scott Martinez; Michael Westermann | 60.00 |
| Martinez, Scott | 1/29/2020 | Meals | Meals - Engagement Team Scott Martinez - Breakfast - Scott Martinez; Mike Westermann | 38.96 |
| **Total Meals Expense** | | | | **$ 1,366.11** |

| EXHIBIT E: ZC EXPENSES INCURRED BY CATEGORY | | | | |
|---|---|---|---|---|
| Professional | Date | Category | Description | Amount |
| Martinez, Scott | 1/22/2019 | Phone | Conference Calls Vendor: Vodafone Scott Martinez | $ 6.61 |
| Martinez, Scott | 1/24/2019 | Phone | Conference Calls Vendor: Vodafone Scott Martinez | 2.19 |
| Martinez, Scott | 1/29/2019 | Phone | Conference Calls Vendor: Vodafone Scott Martinez | 6.81 |
| Martinez, Scott | 1/31/2019 | Phone | Conference Calls Vendor: Vodafone Scott Martinez | 3.46 |
| Martinez, Scott | 3/8/2019 | Phone | Conference Calls Vendor: Vodafone Scott Martinez | 2.81 |
| Martinez, Scott | 3/8/2019 | Phone | Conference Calls Vendor: Vodafone Scott Martinez | 2.83 |
| Martinez, Scott | 3/8/2019 | Phone | Conference Calls Vendor: Vodafone Scott Martinez | 3.46 |
| Martinez, Scott | 3/15/2019 | Phone | Conference Calls Vendor: Vodafone Scott Martinez | 2.56 |
| Martinez, Scott | 3/15/2019 | Phone | Conference Calls Vendor: Vodafone Scott Martinez | 6.90 |
| Martinez, Scott | 3/20/2019 | Phone | Conference Calls Vendor: Vodafone Scott Martinez | 1.52 |
| Martinez, Scott | 3/28/2019 | Phone | Conference Calls Vendor: Vodafone Scott Martinez | 5.76 |
| Martinez, Scott | 8/19/2019 | Phone | Conference Calls Vendor: Vodafone Scott Martinez | 8.85 |
| Martinez, Scott | 8/27/2019 | Phone | Conference Calls Vendor: Vodafone Scott Martinez | 2.20 |
| Martinez, Scott | 11/22/2019 | Phone | Conference Calls Vendor: Vodafone Scott Martinez | 1.54 |
| **Total Phone Expense** | | | | **$ 57.50** |
| **Total Expenses** | | | | **$ 8,762.60** |