# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO *et al.*,<br><br>Debtors.[1] | PROMESA Title III<br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**NOTICE OF MOTION OF ASSURED GUARANTY CORP. AND ASSURED GUARANTY MUNICIPAL CORP. FOR (I) RELIEF FROM THE STAY IMPOSED BY THE *FINAL ORDER REGARDING (A) STAY PERIOD, (B) MANDATORY MEDIATION, AND (C) CERTAIN DEADLINES RELATED THERETO* (ECF NO. 12189), OR, IN THE ALTERNATIVE, (II) RECONSIDERATION, PURSUANT TO FED. R. CIV. P. 59, OF THE *FINAL ORDER REGARDING (A) STAY PERIOD, (B) MANDATORY MEDIATION, AND (C) CERTAIN DEADLINES RELATED THERETO* (ECF NO. 12189)**

PLEASE TAKE NOTICE that, upon the *Motion of Assured Guaranty Corp. and Assured Guaranty Municipal Corp. for (I) Relief from the Stay Imposed by the Final Order Regarding (A) Stay Period, (B) Mandatory Mediation and (C) Certain Deadlines Related Thereto (ECF No. 12189), Or, In The Alternative, (II) Reconsideration, Pursuant to Fed. R. Civ. P. 59, Of The Final Order Regarding (A) Stay Period, (B) Mandatory Mediation, And (C) Certain Deadlines*

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's Federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 04780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Related Thereto (ECF No. 12189)* (the "Motion for Stay Relief/Reconsideration"), Assured Guaranty Corp. and Assured Guaranty Municipal Corp., (together "Movants") will move this Court for an order granting Movants relief from the stay of litigation related to the GO Claim Objection[2] (ECF No. 4784) and for such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that any response or objection (any "Opposition") to the Motion for Stay Relief/Reconsideration must be in writing, must conform to the Federal Rules of Bankruptcy Procedure and the Eleventh Amended Case Management Procedures (Case No. 17 BK 3283-LTS, ECF No. 11885-1) (the "Case Management Procedures"), and must be filed electronically with the Court by registered users of the Court's case filing system, in searchable portable document format.

PLEASE TAKE FURTHER NOTICE that Movants have concurrently filed an *Urgent Motion to Set Expedited Schedule With Respect To the Motion of Assured Guaranty Corp. and Assured Guaranty Municipal Corp. for (I) Relief from the Stay Imposed by the Final Order regarding (A) Stay Period, (B) Mandatory Mediation, and (C) Certain Deadlines related thereto (ECF No. 12189), or, In the Alternative, (II) Reconsideration, Pursuant to Fed. R. Civ. P. 59, of the Final Order regarding (A) Stay Period, (B) Mandatory Mediation, and (C) Certain Deadlines related thereto (ECF No. 12189)* (the "Urgent Motion") asking the Court in its discretion to set deadlines for (i) any Opposition; (ii) reply briefs; and (iii) a hearing date for the Motion for Stay Relief/Reconsideration, but respectfully suggests setting a schedule so that the GO Motions to Dismiss can be heard on April 30, 2020 as previously scheduled, or shortly thereafter.

---

[2] All capitalized terms used but not defined herein have the meanings set forth in the Stay Relief/Reconsideration Motion.

PLEASE TAKE FURTHER NOTICE that if an Opposition to the Motion for Stay Relief/Reconsideration is not received by the deadline set by the Court for the Opposition, the relief requested shall be deemed unopposed, and the Court may enter an order granting the relief sought without a hearing pursuant to the Court's case management procedures.

Dated: March 16, 2020
      New York, New York

| **CASELLAS ALCOVER & BURGOS P.S.C.** | **CADWALADER, WICKERSHAM & TAFT LLP** |
|---|---|
| By: /s/ *Heriberto Burgos Pérez* <br> Heriberto Burgos Pérez <br> USDC-PR No. 204,809 <br> Ricardo F. Casellas-Sánchez <br> USDC-PR No. 203,114 <br> Diana Pérez-Seda <br> USDC–PR No. 232,014 <br> P.O. Box 364924 <br> San Juan, PR 00936-4924 <br> Tel.: (787) 756-1400 <br> Fax: (787) 756-1401 <br> E-mail: hburgos@cabprlaw.com <br>         rcasellas@cabprlaw.com <br>         dperez@cabprlaw.com <br><br> *Counsel for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.* | By: /s/ *Howard R. Hawkins, Jr.* <br> Howard R. Hawkins, Jr.* <br> Mark C. Ellenberg* <br> William J. Natbony* <br> Ellen M. Halstead* <br> Thomas J. Curtin* <br> Casey J. Servais* <br> 200 Liberty Street <br> New York, New York 10281 <br> Tel.: (212) 504-6000 <br> Fax: (212) 406-6666 <br> Email: howard.hawkins@cwt.com <br>         mark.ellenberg@cwt.com <br>         bill.natbony@cwt.com <br>         ellen.halstead@cwt.com <br>         thomas.curtin@cwt.com <br>         casey.servais@cwt.com <br><br> * Admitted pro hac vice <br><br> *Counsel for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.* |

## CERTIFICATE OF SERVICE

I hereby certify that I filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record in the captioned case.

At New York, New York, 16th day of March, 2020.

By: /s/ *Howard R. Hawkins, Jr.*
Howard R. Hawkins, Jr.*
* Admitted pro hac vice