# **EXHIBIT A**

Case:17-03283-LTS Doc#:12388-1 Filed:03/16/20 Entered:03/16/20 19:25:52 Desc:
Exhibit A Proposed Order Page 1 of 4

# **EXHIBIT A**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**[PROPOSED] ORDER SETTING SCHEDULE WITH RESPECT TO MOTION OF ASSURED GUARANTY CORP. AND ASSURED GUARANTY MUNICIPAL CORP. FOR (I) RELIEF FROM THE STAY IMPOSED BY THE *FINAL ORDER REGARDING (A) STAY PERIOD, (B) MANDATORY MEDIATION, AND (C) CERTAIN DEADLINES RELATED THERETO* (ECF NO. 12189), OR, IN THE ALTERNATIVE, (II) RECONSIDERATION, PURSUANT TO FED. R. CIV. P. 59, OF THE *FINAL ORDER REGARDING (A) STAY PERIOD, (B) MANDATORY MEDIATION, AND (C) CERTAIN DEADLINES RELATED THERETO* (ECF NO. 12189)**

Upon the *Urgent Motion Of Assured Guaranty Corp. And Assured Guaranty Municipal Corp. To Set Expedited Schedule With Respect to Motion of Assured Guaranty Corp. and Assured Guaranty Municipal Corp. for (I) Relief from the Stay Imposed by the Final Order Regarding (A) Stay Period, (B) Mandatory Mediation and (C) Certain Deadlines Related Thereto (ECF No. 12189), Or, In The Alternative, (II) Reconsideration, Pursuant to Fed. R. Civ.*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*P. 59, Of The Final Order Regarding (A) Stay Period, (B) Mandatory Mediation, And (C) Certain Deadlines Related Thereto (ECF No. 12189)* (the "Urgent Motion");[2] and the Court having found and determined that (i) the Court has jurisdiction to consider the Urgent Motion and the relief requested therein pursuant to section 306 of PROMESA; (ii) venue is proper before this Court pursuant to section 307(a) of PROMESA; (iii) due and proper notice of the Urgent Motion has been provided under the particular circumstances and no other or further notice need be provided; (iv) any objections to the relief requested in the Urgent Motion having been withdrawn or overruled; and (v) after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Urgent Motion is GRANTED as set forth herein.

2. Objections or responses, if any, to the *Motion of Assured Guaranty Corp. and Assured Guaranty Municipal Corp. for (I) Relief from the Stay Imposed by the Final Order Regarding (A) Stay Period, (B) Mandatory Mediation and (C) Certain Deadlines Related Thereto (ECF No. 12189), Or, In The Alternative, (II) Reconsideration, Pursuant to Fed. R. Civ. P. 59, Of The Final Order Regarding (A) Stay Period, (B) Mandatory Mediation, And (C) Certain Deadlines Related Thereto (ECF No. 12189)* (the "Motion for Stay Relief/Reconsideration") must be filed and served (in accordance with the Case Management Procedures) by _____, 2020 at _____ **[a.m./p.m.] (Atlantic Standard Time.)**

3. Replies to any objections or responses to the Motion for Stay Relief/Reconsideration must be filed and served (in accordance with the Case Management Procedures) by _____, 2020 at _____ **[a.m./p.m.] (Atlantic Standard Time.)**

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Urgent Motion.

-2-

-3-

    4.    A hearing on the Motion for Stay Relief/Reconsideration shall be held on _____, 2020 at _____ at_____.

    5.    The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

    6.    This Court retains jurisdiction over any disputes relating to the interpretation or implementation of this Order.

Dated: _____, 2020

                                            _____
                                            HONORABLE LAURA TAYLOR SWAIN
                                            UNITED STATES DISTRICT JUDGE