## SCHEDULE 1

### MONTHLY STATEMENTS COVERED IN APPLICATION

**(attached hereto)**

| Date Submitted | Monthly Period Covered | Requested Fees (90%) | Requested Expenses (100%) | Fees Paid | Expenses Paid | 10% Fee Holdback |
|---|---|---|---|---|---|---|
| **Interim Fee Period: September 16, 2019 through January 15, 2020** | | | | | | |
| 12/23/19 | 9/16/19 - 10/15/19 | $4,500.00 | $0.00 | $4,500.00 | $0.00 | $500.00 |
| 1/20/20 | 10/16/19 - 11/15/19 | $4,500.00 | $0.00 | $4,500.00 | $0.00 | $500.00 |
| 3/3/20 | 11/16/19 - 12/15/19 | $27,000.00 | $0.00 | $0.00 | $0.00 | $3,000.00 |
| 3/13/20 | 12/16/19 - 1/15/20 | $27,000.00 | $0.00 | $0.00 | $0.00 | $3,000.00 |
| **Total** | | **$63,000.00** | **$0.00** | **$9,000.00** | **$0.00** | **$7,000.00** |




# INVOICE - FEE

| Date | Invoice # |
|---|---|
| 10/21/2019 | 2019-0945 |

P.O. No.

**Bill To:**
UCC
ALVIN VAZQUEZ

Additional Info:

| Project | Job # |
|---|---|
| 4 - UNSECURED FEES | |

| Description | Amount |
|---|---|
| CLIENT: UCC<br>PRODUCT: MONTHLY FEE<br><br>SEPTEMBER, 16 2019 TO OCTOBER, 15 2019<br><br>FEE MESUAL: | 5,000.00 |

E-Blasts
- 1. Two eblast were sent to the data base
    1. Disclosure statement of a Proposed Plan
    2. Article in El Nuevo Día about the adjustment Plan
- 2. Messages, doubts, concerns, etc. were reviewed and sent to client

Website

- 1. Worked on changes to multiple sections of the Website
    a. Home page was revised to include the article of El Nuevo Día in both languages
    b. Revising texts and links for both languages

Communications and others
- 1. Participate in interview with Joanisabel González from El Nuevo Día & Ramón Ortiz. Article was published on October 13
    1. Conference calls with client and Ramón before the interview to set the tone
    2. Kroma was present in the conference call/interview to introduce Ramón to the journalist
- 2. Monitoring local media

Vo. Bo.
Amarilys Torres

Vo. Bo.
Bernardo Medina Colón, MBA

| | |
|---|---|
| Total | $5,000.00 |
| Payments/Credits | $0.00 |
| Balance Due | $5,000.00 |

Certifico que esta factura es correcta y que su importe no ha sido pagado.

PO Box 367304 San Juan, PR 00936-7304 • t 787.724.2341 • f 787.724.4209



strategists + creatives + storytellers
Washington D.C. • New York • Havana • San Juan • 787.364.1111 • kromaidea.com

# INVOICE - FEE

**Date:** 11/30/2019
**Invoice #:** 2019-1039

**P.O. No.**

**Bill To:**
UCC
ALVIN VAZQUEZ

**Additional Info:**

**Project:** 4 - UNSECURED FEES

**Job #**

| Description | Amount |
|---|---|
| CLIENT: UCC<br>PRODUCT: MONTHLY FEE<br><br>OCTOBER, 16 2019 TO NOVEMBER, 15 2019<br><br>FEE MESUAL: | 5,000.00 |

- E-Blasts
  1. Create a comparative of all eblasts that were sent since 2018

- Website
  a. Edits to existing sections
  b. Adding English article from END to the new section of the pop up

- Communications and others
  1. Monitoring local media
     1. Sending articles/ads
        1. Private Sector Coalitions
        2. New investor website from COFINA

Vo. Bo.
Amarilys Torres

Vo. Bo.
Bernardo Medina Colón, MBA

Certifico que esta factura es correcta y que su importe no ha sido pagado.

| | |
|---|---|
| Total | $5,000.00 |
| Payments/Credits | $0.00 |
| Balance Due | $5,000.00 |

PO Box 367304 San Juan, PR 00936-7304 • t 787.724.2341 • f 787.724.4209




# INVOICE - FEE

| Date | Invoice # |
|---|---|
| 12/16/2019 | 2019-1122 |

P.O. No.

**Bill To:**
UCC
ALVIN VAZQUEZ

Additional Info:

**Project**
4 - UNSECURED FEES

Job #

| Description | Amount |
|---|---|
| CLIENT: UCC<br>PRODUCT: MONTHLY FEE<br><br>NOVEMBER, 16 2019 TO DICEMBER, 15 2019<br><br>FEE MESUAL:<br><br>E-Blasts<br> - 1. Prepare to approval new eblast to be sent to our database<br><br>Website<br> - a. Edits to existing sections<br> - b. Create new section to have all emails sent to our data base<br><br>Communications and others<br> - 1. Monitoring local media<br> - 2. Coordination of meetings with different associations to present our position of RSA<br>    1. Conference calls to stablished the line of dialogue during meetings<br>    2. Format of letter to send to each association asking for a meeting<br>    3. Research information of each executive director and/or president<br>    4. Format presentation and having printed for each meeting | 30,000.00 |

Vo. Bo.
Amarilys Torres

Vo. Bo.
Bernardo Medina Colón, MBA

Certifico que esta factura es correcta y que su importe no ha sido pagado.

| | |
|---|---|
| Total | $30,000.00 |
| Payments/Credits | $0.00 |
| Balance Due | $30,000.00 |

PO Box 367304 San Juan, PR 00936-7304 • t 787.724.2341 • f 787.724.4209





# INVOICE - FEE

| Date | Invoice # |
|---|---|
| 1/31/2020 | 2020-0035 |

P.O. No.

**Bill To:**
UCC
ALVIN VAZQUEZ

Additional Info:

| Project | Job # |
|---|---|
| 4 - UNSECURED FEES | |

| Description | Amount |
|---|---|
| CLIENT: UCC<br>PRODUCT: MONTHLY FEE<br><br>DECEMBER, 16 2019 TO JANUARY, 15 2020<br><br>FEE MESUAL: | 30,000.00 |

E-Blasts
 1. Sent eblast to our data base

Website
   a. Edits to existing sections

Communications and others:

1. Multiple conference calls to handle the public opinion and how to answer, if neccesary

2. Monitoring local media, December 16

   1. Translation of a column published in the Business Section of El Nuevo Día

3. Revised and format a thank you letter for the associations UCC met in December

Vo. Bo.
Amarilys Torres

Vo. Bo.
Bernardo Medina Colón, MBA

| | |
|---|---|
| Total | $30,000.00 |
| Payments/Credits | $0.00 |
| Balance Due | $30,000.00 |

Certifico que esta factura es correcta y que su importe no ha sido pagado.

PO Box 367304 San Juan, PR 00936-7304 • t 787.724.2341 • f 787.724.4209