## EXHIBIT A

**RECEIPTS OF DRIVETRAIN, LLC AS THE CREDITORS' TRUSTEE FOR DORAL
FINANCIAL CORPORATION
DURING APPLICATION PERIOD**

**CREDITORS COMMITTEE EXPENSE REPORT**

NAME: David Mack                                                PERIOD COVERED FROM: <u>1/27/20</u>TO: <u>1/28/20</u>

COMPANY: Doral Financial Creditors' Trust

ADDRESS: 5613 DTC Parkway, Suite 590, Greenwood Village, CO 80111

| DATE | CITY VISITED | PURPOSE OF TRIP | PARKING | MILES (53.5 cents per mile) | AIRFARE (coach) | TAXI OR LIMO | LODGING | MEALS | MISC (specify) |
|---|---|---|---|---|---|---|---|---|---|
| 1/27/20 to 1/28/20 | New York to San Juan | Committee Meeting | | | 458.00 | 114.60 | 501.71 | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| **TOTALS** | | | **$** | **$** | **$458.00** | **$114.60** | **$501.71** | | |

ADDITIONAL INFORMATION:

<u>**ATTACH ALL RECEIPTS**</u>                                                TOTAL DUE: $1,074.31

# Hilton
HOTELS & RESORTS

CARIBE HILTON
SAN GERONIMO GROUNDS
SAN JUAN, PR 00901
Puerto Rico
TELEPHONE 787-721-0303 • FAX 787 722 2910
Reservations
www.hilton.com or 1 800 HILTONS

MACK, DAVID

187 BERGEN STREET

BROOKLYN NY 11217
UNITED STATES OF AMERICA

| | |
|---|---|
| Room Number | 938/K1RV |
| Arrival Date | 1/27/2020 6:53:00 PM |
| Departure Date | 1/28/2020 11:14:00 AM |
| Adult/Child | 1/0 |
| ID | MLOPEZ1313 |
| Room Rate | 420.28 |
| AL | |
| Hilton Honors # | 1240325421 BLUE |
| VAT # | |
| Folio No/Che | 1585590 A |

Confirmation Number 3185217213

CARIBE HILTON 1/28/2020 11:14:00 AM

| DATE | DESCRIPTION | Cashier | REF NO | GUEST CHARGES | CREDIT | BALANCE |
|---|---|---|---|---|---|---|
| 1/24/2020 | Advance Deposit MC *6410 | MONIQUE | 14360195 | | ($501.71) | |
| 1/27/2020 | GUEST ROOM | BGONZAL EZ38 | 14375610 | $420.28 | | |
| 1/27/2020 | ROOM TAX | BGONZAL EZ38 | 14375610 | $37.83 | | |
| 1/27/2020 | RESORT CHARGE-40 | BGONZAL EZ38 | 14375610 | $40.00 | | |
| 1/27/2020 | ROOM TAX ON RC | BGONZAL EZ38 | 14375610 | $3.60 | | |
| | | | AMOUNT | | | $0.00 |

| | Revenue | Tax |
|---|---|---|
| TOTAL INVOICE AMOUNT | $420.28 | $81.43 |

Hilton Honors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 5,700 hotels and resorts in 113 countries, please visit Honors.com

Thank you for choosing Hilton. You'll get more when you book directly with us - more destinations, more points, and more value. Book your next stay at hilton.com.

FOR BILLING INQUIRIES PLEASE CONTACT: BILLING HELPDESK AT USOTCHELPDESK@HILTON.COM.  TELEPHONE 401-829-4095 OR 855-274-1414-TOLL FREE

Credit Card Details

| | | | |
|---|---|---|---|
| APPR. CODE | 78312Z | MERCHANT ID | 209684 |
| CARD NUMBER | MC *6410 | EXP DATE | 12/23 |
| TRANSACTION ID | 14360195 | TRANS TYPE | Sale |

xxxxxxxxx,

## David Mack

| | |
|---|---|
| **From:** | dmack <davidjrmack@zoho.com> on behalf of dmack |
| **Sent:** | Friday, January 31, 2020 12:17 PM |
| **To:** | David Work |
| **Subject:** | Fwd: JetBlue booking confirmation for DAVID JOHN MACK - IKVLDH |

============ Forwarded message ============
From : JetBlue Reservations _<jetblueairways@email.jetblue.com>
To : <davidjrmack@zoho.com>
Date : Fri, 17 Jan 2020 16:17:02 -0500
Subject : JetBlue booking confirmation for DAVID JOHN MACK - IKVLDH
============ Forwarded message ============

Check out the details for your trip on Mon, Jan 27

| # 3402580161

# You're all set to jet.

Thanks for choosing JetBlue. Get ready to enjoy the most legroom in coach, free wi-fi & entertainment, and free snacks & drinks.

Please note: This is not your boarding pass.

**Your confirmation code is**

# IKVLDH

## Change made easy.

Switch or cancel flights, add extras like Even More Space or pets, update your seat assignment, TrueBlue & KTN numbers, and other traveler details—all in one place.

**Manage trip**

You can also manage your trips by downloading our free mobile app.

## Flights

| **JFK** | **SJU** | Date | Mon, Jan 27 |
|---|---|---|---|
| New York, NY | San Juan, PR | **Departs** | 1:40pm |
| **Terminal: 5** | | **Arrives** | 6:33pm |
| | | **Flight** | 803 |

| **SJU** | **JFK** | Date | Tue, Jan 28 |
|---|---|---|---|
| San Juan, PR | New York, NY | **Departs** | 7:33pm |
| **Terminal: A** | | **Arrives** | 10:36pm |
| | | **Flight** | 1804 |

If your booking was made at least 7 days in advance, you may cancel it within 24 hours (by 01/18/2020 04:15 PM EST) without a cancellation fee. Please click here for details on our change and cancel policies.

## Traveler Details

**DAVID JOHN MACK**

Frequent Flier: B6 3402580161

Ticket number: 2792143137500

**JFK - SJU:**

Fare: Blue Extra

Bags: One (1) carry-on, one (1) personal item. This fare option does not include checked bags.

Seat: 2A

Notes: Even More Speed, Even More Space

**SJU - JFK:**

Fare: Blue Extra

Bags: One (1) carry-on, one (1) personal item. This fare option does not include checked bags.

Seat: 1A

Notes: Even More Speed, Even More Space

## Payment Details

**Master XXXXXXXXXXX6410**

| | | |
|---|---|---|
| NONREF - NO FEE FOR CHG/CX | $290.00 |
| Extras | $110.00 |
| Taxes & fees | $58.00 |
| **Total:** | **$458.00 USD** |

Purchase Date: Jan 17, 2020

Request full receipt

## Get more savings in the bag.

If you're planning on checking bags, add them now to save time and money. The fees go up starting 24 hours before departure.

Buy checked bags now

# The wheel deal.

Save with Avis and Budget when you add a car to your booking,

plus drive away with TrueBlue points on every rental.

Add a car

Flight Tracker   |   Bag Info   |   Airport Info

## Stay Connected

**Download the JetBlue
mobile app**

Flights

Flights + Hotel
by JetBlue Vacations

Hotels

Cars

Help

Business Travel

Privacy

About JetBlue

CUSTOMER CONCERNS
Any customer inquiries or concerns can be addressed here, emailed to dearjetblue@jetblue.com, or sent to
JetBlue Airways, 6322 South 3000 East, Suite G10, Salt Lake City, UT 84121.

NOTICE OF INCORPORATED TERMS
All travel on JetBlue is subject to JetBlue's Contract of Carriage, the full terms of which are incorporated herein

by reference, including but not restricted to: (i) Limits on JetBlue's liability for personal injury or death, and for loss, damage, or delay of goods and baggage, including special rules for fragile and perishable goods; (ii) Claims restrictions, including time periods within which you must file a claim or bring an action against JetBlue; (iii) Rights of JetBlue to change the terms of the Contract of Carriage; (iv) Rules on reservations, check-in, and refusal to carry; (v) JetBlue's rights and limits on its liability for delay or failure to perform service, including schedule changes, substitution of aircraft or alternate air carriers, and rerouting; (iv) Non-refundability of reservations. International travel may also be subject to JetBlue's International Passenger Rules Tariffs on file with the U.S. Department of Transportation and, where applicable, the Montreal Convention or the Warsaw Convention and its amendments and special contracts. The full text of the Contract of Carriage is available for inspection at book.jetblue.com and all airport customer service counters. Tariffs may also be inspected at all airport customer service counters. You have the right to receive a copy of the Contract of Carriage and tariffs by mail upon request.

### NOTICE OF INCREASED GOVERNMENT TAX OR FEE

JetBlue reserves the right to collect additional payment after a fare has been paid in full and tickets issued for any additional government taxes or fees assessed or imposed.

### CARRY-ON BAGGAGE RULES

In general, customers are restricted to: one (1) carry-on item that must be placed in the overhead bin and must not exceed external dimensions of 22in x 14in. x 9in; and one (1) small personal item, such as a purse, briefcase, laptop computer case, small backpack, or a small camera, which must fit completely under the seat in front of the customer. Please visit book.jetblue.com for additional information and exceptions. On any given flight, JetBlue reserves the right to further restrict the number of carry-on items as circumstances may require.

### CHECKED BAGGAGE ALLOWANCE/FEES

For Blue / Blue Basic / Blue Extra fares, the first checked bag fee is $35 and the second checked bag fee is $45. For Blue Plus fares, one checked bag is included and the second checked bag fee is $45. For Mint fares, two checked bags are included. For TrueBlue Mosaic members: two checked bags are included. For JetBlue Plus cardmembers, one checked bag is included and the second checked bag fee is $45. You can add up to 2 checked bags in advance (more than 24 hours before departure) and save $5 on each bag fee. For all fares, the fee for the third (or more) checked bag is $150 and only available at the airport. All bags are subject to size/weight restrictions. Other fees apply for oversized or overweight baggage. See www.jetblue.com/bags. Excess baggage rules and size/weight restrictions may vary depending on load availability and country restrictions. See www.jetblue.com/bags for more information. Travel on our partner airlines (excluding Cape Air*) — Baggage rules and fees vary by partner airline and destination. JetBlue will follow our partner airlines' fees when customers are traveling on an itinerary including one of our partner airlines. See http://www.jetblue.com/partners for more information.

*For itineraries with a connection only to/from Cape Air, JetBlue's standard fees apply.

### CHECK-IN TIMES

For domestic travel, customers traveling with checked baggage must obtain a boarding pass and check their baggage no less than forty (40) minutes prior to scheduled departure and be onboard the aircraft no less than fifteen (15) minutes prior to the scheduled or posted departure time. Customers traveling without checked baggage must obtain a boarding pass no less than thirty (30) minutes prior to scheduled departure and be onboard the aircraft no less than fifteen (15) minutes prior to scheduled or posted departure time. For international travel, all customers must obtain a boarding pass and check their baggage no less than sixty (60) minutes prior to scheduled departure and be onboard the aircraft no less than fifteen (15) minutes prior to the scheduled or posted departure time.

### DOCUMENTATION REQUIREMENTS

For domestic travel, customers over the age of 18 must present government-issued photo identification that includes a tamper resistant feature, name, date of birth, gender, and expiration date. Documents required for international travel vary according to country of travel, citizenship, residency, age, length of stay, purpose of visit, etc., and customers should contact the embassy or consulate in their destination country for all documentation requirements, including proof of return or onward travel. It is your responsibility to ensure you have the required documentation for travel. JetBlue reserves the right to deny boarding to anyone without proper documentation and is not responsible for any failure by you to have the required documentation for

entry into a foreign country or return into the United States.

ADVICE TO DOMESTIC CUSTOMERS ON CARRIER LIABILITY
For travel entirely within the U.S., JetBlue's liability for loss, damage or delay in delivery of baggage is limited to $3,500 per ticketed passenger unless a higher value is declared in advance and additional charges are paid. JetBlue assumes no responsibility for fragile, unsuitably packaged, irreplaceable, essential, or perishable items. Please refer to JetBlue's Contract of Carriage for additional information.

ADVICE TO INTERNATIONAL PASSENGERS ON LIMITATION OF LIABILITY
Passengers on a journey involving an ultimate destination or a stop in a country other than the country of departure are advised that international treaties known as the Montreal Convention, or its predecessor, the Warsaw Convention, including its amendments, may apply to the entire journey, including any portion thereof within a country. For such passengers, the treaty, including special contracts of carriage embodied in applicable tariffs, governs and may limit the liability of JetBlue in respect of death or injury to passengers, and for destruction or loss of, or damage to, baggage, and for delay of passengers and baggage. If your journey also involves carriage by other airlines, you should contact them for information on their limits of liability. Please refer to JetBlue's Contract of Carriage for additional information, including the limits of liability for services provided in the European Union.

NOTICE OF OVERBOOKING OF FLIGHTS
While JetBlue does not intentionally overbook its flights, there is still a slight chance that a seat will not be available on a flight for which a person has a confirmed reservation. If the flight is overbooked, no one will be denied a seat until airline personnel first ask for volunteers willing to give up their reservation in exchange for a payment of the airline's choosing. If there are not enough volunteers, JetBlue will deny boarding to other persons in accordance with its particular boarding priority. With few exceptions, including failure to comply with JetBlue's check-in deadlines, persons denied boarding involuntarily are entitled to compensation. Please refer to JetBlue's Contract of Carriage for the complete rules for the payment of compensation and JetBlue's boarding priorities. Some airlines do not apply these consumer protections to travel from some foreign countries, although other consumer protections may be available. Check with your airline or your travel agent.

© 2020 JetBlue Airways

**David Mack**

| | |
|---|---|
| **From:** | dmack <davidjrmack@zoho.com> on behalf of dmack |
| **Sent:** | Friday, January 31, 2020 12:16 PM |
| **To:** | David Work |
| **Subject:** | Fwd: Your Monday morning trip with Uber |

=========== Forwarded message ===========
From : Uber Receipts<uber.us@uber.com>
To : <davidjrmack@zoho.com>
Date : Mon, 27 Jan 2020 11:58:46 -0500
Subject : Your Monday morning trip with Uber
=========== Forwarded message ===========

Total: $53.59
Mon, Jan 27, 2020

# Thanks for riding, David

We hope you enjoyed your ride
this morning.

# Total                        $53.59

In addition to other government-mandated taxes and fees, you'll also notice a new
Congestion Surcharge on Manhattan trips below 96th St. Learn more

Trip Fare                                    $58.12

1

| Subtotal | $58.12 |
| State Sales Tax | $4.27 |
| NY Black Car Fund | $1.20 |
| Promotions | -$10.00 |

| •••• 1039   Switch | $53.59 |

A temporary hold of $53.59 was placed on your payment method •••• 1039 at the start of the trip.
This is not a charge and has or will be removed. It should disappear from your bank statement
shortly. Learn More

Affiliated with SECHZEHN-NY, LLC (B02883)

Dispatched by Sechzehn (B02883)

To submit a complaint to the NYC TLC, please call 311.

# You rode with Xinghlong

Has passed a multi-step
safety screen

4.90 Rating

Xinghlong is known for:
Excellent Service

## How was your ride?

Rate Or Tip

License Plate: T747861C
FHV License Number: 5801200
Driver's TLC License Number: 5695679

**When you ride with Uber, your trips are insured in case of a covered
accident. Learn more.**

UberX    26.50 mi | 36 min



Invite your friends and family.

Get up to $5 off your next ride when you refer a
friend to try Uber. Share code: davidm436

REPORT LOST ITEM ›                    CONTACT SUPPORT ›

MY TRIPS ›

FAQ

Forgot password

Uber Technologies
1455 Market St
San Francisco, CA 94103

Privacy

Terms

**David Mack**

| | |
|---|---|
| **From:** | dmack <davidjrmack@zoho.com> on behalf of dmack |
| **Sent:** | Friday, January 31, 2020 12:15 PM |
| **To:** | David Work |
| **Subject:** | Fwd: Thanks for giving an extra! We've updated your Tuesday afternoon trip receipt |

============ Forwarded message ============
From : Uber Receipts<uber.us@uber.com>
To : <davidjrmack@zoho.com>
Date : Tue, 28 Jan 2020 16:40:31 -0500
Subject : Thanks for giving an extra! We've updated your Tuesday afternoon trip receipt
============ Forwarded message ============

Total: $13.41
Tue, Jan 28, 2020

# Thanks for giving an extra, David

Thanks for tipping! We've updated your Tuesday afternoon trip receipt

# Total                              $13.41

Trip Fare                                    $11.47

| | |
|---|---|
| Subtotal | **$11.47** |
| Booking Fee | **$1.54** |
| Promotions | -$2.60 |
| Extra (gratuity granted by user) | **$3.00** |

### Amount Charged

| | | |
|---|---|---|
| •••• 1039 | Switch | **$13.41** |

A temporary hold of $10.41 was placed on your payment method •••• 1039 at the start of the trip. This is not a charge and has or will be removed. It should disappear from your bank statement shortly. Learn More

# You rode with Christopher

Has passed a multi-step safety screen

4.97 Rating

Christopher is known for:
Excellent Service

## How was your ride?

Rate Or Tip

**When you ride with Uber, your trips are insured in case of a covered accident.** Learn more.

UberX   7.39 mi | 23 min

04:36pm
1 Calle Los Rosales, San
Juan, 00907,

05:00pm
Carolina, 00979,



Invite your friends and family.

Get up to $5 off your next ride when you refer a
friend to try Uber. Share code: davidm436

REPORT LOST ITEM ›        CONTACT SUPPORT ›

MY TRIPS ›

FAQ

Forgot password

Uber Technologies
1455 Market St
San Francisco, CA 94103

Privacy

Terms

4

**David Mack**

| | |
|---|---|
| **From:** | dmack <davidjrmack@zoho.com> on behalf of dmack |
| **Sent:** | Friday, January 31, 2020 12:15 PM |
| **To:** | David Work |
| **Subject:** | Fwd: Your Tuesday evening trip with Uber |

=========== Forwarded message ===========
From : Uber Receipts<uber.us@uber.com>
To : <davidjrmack@zoho.com>
Date : Tue, 28 Jan 2020 23:17:51 -0500
Subject : Your Tuesday evening trip with Uber
=========== Forwarded message ===========

Total: $47.60
Tue, Jan 28, 2020

# Thanks for riding, David

## We hope you enjoyed your ride this evening.

# Total                          $47.60

In addition to other government-mandated taxes and fees, you'll also notice a new Congestion Surcharge on Manhattan trips below 96th St. Learn more

Trip Fare                          $52.74

1

| Subtotal | $52.74 |
| State Sales Tax | $3.79 |
| NY Black Car Fund | $1.07 |
| Promotions | -$10.00 |

| •••• 1039   Switch | $47.60 |

A temporary hold of $47.60 was placed on your payment method •••• 1039 at the start of the trip.
This is not a charge and has or will be removed. It should disappear from your bank statement
shortly. Learn More

Affiliated with GRUN LLC (B02765)

Dispatched by Grun (B02765)

To submit a complaint to the NYC TLC, please call 311.

# You rode with Maninderdeep

Has passed a multi-step
safety screen

4.92 Rating

Maninderdeep is known for:
Excellent Service

## How was your ride?

Rate Or Tip

License Plate: T778071C
FHV License Number: 5876217
Driver's TLC License Number: 5765457

**When you ride with Uber, your trips are insured in case of a covered accident.** Learn more.

UberX   19.43 mi | 36 min



Invite your friends and family.

Get up to $5 off your next ride when you refer a

friend to try Uber. Share code: davidm436



REPORT LOST ITEM ›                    CONTACT SUPPORT ›

MY TRIPS ›

FAQ

Forgot password

Uber Technologies
1455 Market St
San Francisco, CA 94103

Privacy

Terms