## **EXHIBIT B**

**RECEIPTS OF SERVICE EMPLOYEES INTERNATIONAL UNION DURING APPLICATION PERIOD**

## CREDITORS COMMITTEE EXPENSE REPORT

NAME: Alvin Velazquez            PERIOD COVERED FROM: 11/1/2019 TO: 12/31/2019

COMPANY: SEIU

ADDRESS: 1800 Massachusetts Ave. NW, Washington, DC 20036

| DATE | CITY VISITED | PURPOSE OF TRIP | PARKING | MILES (55.5 cents per mile) | AIRFARE (coach) | TAXI OR LIMO | LODGING | MEALS | MISC (specify) |
|---|---|---|---|---|---|---|---|---|---|
| 11/5 | NY | Mediation | | | $328.50 (train) | | $248.36 | | |
| 11/20-11/21 | San Juan | In-person Committee Meeting | $50 | | $367.40 | | $134.87 | | |
| 12/9-12/12 | San Juan | Meeting with Committee Constituents | $100 | | $301.70 | | $489.74 | | |
| 12/9-12/12 | San Juan | Meeting with Committee Constituents | | | $338.70 | | | | |
| TOTALS | | | $150 | $ | $1,336.30 | $ | $872.97 | $ | $ |

ADDITIONAL INFORMATION:

**ATTACH ALL RECEIPTS**                                       TOTAL DUE: $2,359.27



 Printer Friendly

Department - 50S
LM Code - O5
Trip Purpose - RETURN

Travel Invoice for VELAZQUEZ / ALVIN A

PLEASE DO NOT RESPOND TO THIS EMAIL - THIS IS A SEND ONLY ADDRESS

Review this summary and the detailed attachment for accuracy. If you find an error, contact your Travel Adviser right away to avoid potential fees and penalties. For additional trip details, go to tripsource.com or download the app and take it with you.
By way of accessing and/or utilizing any of our services, you acknowledge that your personal data will be used in accordance with BCD's Global Privacy Policy.

## New York, New York, United States

| Passenger | Agency Record Locator |
|---|---|
| VELAZQUEZ ALVIN A | TLLOQS |

### Ticket Receipt — Total Amount: 328.50 USD

| Date | From/To | Flight/Vendor | Status |
|---|---|---|---|
| Tuesday, November 5 2019 | WAS/NYP | Amtrak 2128 | |
| Ticket Number / Issue Date | Invoice Number | Form of Payment | Ticket Amount |
| 5543351769417 / 05Nov19 | 0474538 | AX***********1006 | 289.00 USD |
| Service Fee Number / Issue Date | Invoice Number | Form of Payment | Fee Amount |
| 8900791075857 / 05Nov19 | 0474539 | AX***********1006 | 39.50 USD |
| Service Fee Details | | | Fee Amount Details |
| Service Fee Amount | | | 39.50 USD |

### Travel Summary

| Date | From/To | Flight/Vendor | Status | Depart/Arrive | Class/Type |
|---|---|---|---|---|---|
| 11/05/2019 | WAS/NYP | 2V 2128 | | 08:00 PM/10:50 PM | NA |

| 🧳 Remarks | |
|---|---|
| AMTRAK ELECTRONIC TICKET CONFIRMATION-446B87 | |

**Rail** — Total duration 2 h 50 min — Not working?

**Amtrak 2128**   Confirmation **446B87-**

# WAS → NYP

2 h 50 min

Union Station
Washington, DC, United States

New York Penn Station
New York, NY, United States

| Departure | Seat | Arrival |
|---|---|---|
| Tuesday | | Tuesday |
| November 5 2019 | | November 5 2019 |
| **Weather** | NA | **Weather** |
| **8:00 PM** | | **10:50 PM** |
| Union Station | Confirmed | New York Penn Station |
| Washington, DC, United States | | New York, NY, United States |

🔒 CO2 Emissions: Per passenger mile is approximately 0.42 lbs/0.19 kgs

For additional trip details, including maps and amenities, go to **TripSource.**

# STAYBRIDGE SUITES

TIMES SQUARE • NEW YORK CITY

11-18-19

| | | |
|---|---|---|
| Seiu Svc Employee Intl Union<br>4 Ethel Rd Bldg 405 Ste B<br>Edison New 8817<br>United States<br><br>Velazquez, Alvin A | Folio No. : 328483<br>A/R Number :<br>Group Code :<br>Company : Seiu Svc Employee Intl Union<br>Membership No. :<br>Invoice No. : | Room No. : 1703<br>Arrival : 11-05-19<br>Departure : 11-06-19<br>Conf. No. : 46262075<br>Rate Code : IL6SN<br>Page No. : 1 of 1 |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 11-05-19 | Deposit Transfer at Check-In | | 248.36 |
| 11-05-19 | Accommodation - EXTEMP HS | 211.65 | |
| 11-05-19 | State Tax | 18.78 | |
| 11-05-19 | City Tax | 12.43 | |
| 11-05-19 | Occupancy Tax | 4.00 | |
| 11-05-19 | Javitz Ctr. Tax | 1.50 | |
| | **Total** | **248.36** | **248.36** |
| | **Balance** | **0.00** | |

**Guest Signature:** _____

I have received the goods and / or services in the amount shown heron. I agree that my liablity for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

Staybridge Suites Times Square
340 West 40th Street
New York, NY 10018
Telephone: (212) 757-9000 Fax: (212) 757-9001

**jetBlue**

**Passenger Receipt** — **VELAZQUEZ/ALVIN A**

| Depart | Arrive | Date | Flight # | Class of Service |
|---|---|---|---|---|
| Washington D.C. Ronald Reagan National Airport, DC | San Juan Luis Munoz Marin Intl Airport, PR | 11/20/2019 8:02 AM | B61347 | W - Economy class |
| San Juan Luis Munoz Marin Intl Airport, PR | Washington D.C. Ronald Reagan National Airport, DC | 11/21/2019 7:09 PM | B61348 | M - Economy class |

FARE : USD 450.00
TAXES : USD 57.40
TICKET TOTAL : USD 507.40
**PAID** : **USD 367.40**

Ticket Number : 2797473571430

Ticket Issued : 11/14/2019
Days In Advance : 5
Issued By : BCD

Endorsement Restrictions
TRANSPORTATION SUBJECT TO TERMS OF CARRIAGE PRINTED INSIDE OF TICKET JACKET



**SEIU**
Stronger Together

MARY KAY HENRY
International President

GERRY HUDSON
International Secretary-Treasurer

NEAL BISNO
Executive Vice President

LUISA BLUE
Executive Vice President

HEATHER CONROY
Executive Vice President

LESLIE FRANE
Executive Vice President

VALARIE LONG
Executive Vice President

ROCIO SÁENZ
Executive Vice President

SERVICE EMPLOYEES
INTERNATIONAL UNION
CTW, CLC

1800 Massachusetts Ave., NW
Washington, DC 20036

202.730.7000

www.SEIU.org

---

```
         REAGAN
    NATIONAL AIRPORT
    RECEIPT       K4
    ENTRY TIME:
    11/20/19      06:38
    EXIT TIME:
    11/21/19   10:31 PM
    PARK-DUR.: HRS:MIN
                1:15:53
    AMOUNT:
                 $ 50.00
    KIND OF PAYMENT:
    AMEX
    XXXXXXXXXXXX0000
```

**RECEIPT — NOT FOR EXIT**

---

FACTURA DE VENTA

Factura de venta No: Asistido 2 - 46841
Fecha: 2019-11-20 17:56:34

Tarifa:    Tarifa Regular
Placa:
Entrada:   2019-11-20 01:20:03
Pago:      2019-11-20 17:56:34
Duracion:  4 HORAS - 36 MINUTOS

Descripcion Subtotal

Net:          $10.53

Tax 10.5%     $1.10
Tax  1%       $0.11

Fee:          $11.74

- PAGO REALIZADO EN EFECTIVO - EFECTIVO:
    $11.74 CAMBIO:
    $0.00

SR USUARIO RECUERDE QUE TIENE 9 HORAS - 55 MINUTOS
PARA SALIR DEL PARQUEADERO
Operario: Punto Automatico

*[handwritten: parking Cartagena meeting]*

# Alvin Velazquez: Booking WTBBAFA50 at Dream Inn PR, San Juan

Alvin Velazquez  
.  
.  
00000  
PUERTO RICO

Telephone: 2027307453  
Email: faride.sender@seiu.org

*** FOR ANY BOOKING ENQUIRIES, CORRESPONDENCE OR PAYMENT ***

Contact us by phone 787-200-6340 or email **info@dreaminnpr.com**

Quote Booking Reference: **WTBBAFA50**

**1 x ROOM FOR 4 (2 ADULTS)** ( private facilities ) - 1 Adult  
Guests: ALVIN VELAZQUEZ  
This was booked as part of Non-Refundable Offer 'Non-refundable' - Cancellation: You will be charged the total price if you cancel or modify your booking. Payment: The total price of the booking may be charged anytime after booking. 35.00% off nightly room rate. This offer is Non Refundable

**Nightly Rates** (rates are PER ROOM in USD)

| Date | Room | Meals |
|---|---|---|
| 20 Nov 2019 (Wed) | USD 118.3 | No meals included |
| **Totals** | **USD 118.3** | **No meals included** |

**TOTAL RATE FOR THIS ROOM IS $ 118.30 (x 1)**   $ 118.30

Subtotal: $118.30  
A 'Room Tax' tax of 9.00% per booking per night: $ 10.65  
A service charge of 5.00% per booking per stay: $ 5.92  
**Total: $134.87**

| Payer | Pyt Amount | Card Charge | Total Amount | Method | Paid On |
|---|---|---|---|---|---|
| - - | $ 134.87 | $ 0.00 | $ 134.87 | card | 14th Nov 2019 |

Total Amount Paid: $ 134.87  
**Balance Due: $0.00**

**Passenger Receipt**     **VELAZQUEZ/ALVIN A**

| Depart | Arrive | Date | Flight # | Class of Service |
|---|---|---|---|---|
| San Juan Luis Munoz Marin Intl Airport, PR | Washington D.C. Ronald Reagan National Airport, DC | 12/12/2019 7:09 PM | B61348 | V - Economy class |

| | | | |
|---|---|---|---|
| FARE | :USD 310.00 | | |
| TAXES | : USD 28.70 | Ticket Number | : 2797482688027 |
| TICKET TOTAL | :USD 338.70 | | |
| PAID | :USD 338.70 | | |

| | | |
|---|---|---|
| Ticket Issued | : 12/12/2019 | Endorsement Restrictions |
| Days In Advance | : 0 | TRANSPORTATION SUBJECT TO TERMS OF CARRIAGE PRINTED INSIDE OF TICKET JACKET |
| Issued By | : BCD | |

## TRIP OVERVIEW

**Trip Name:** Trip from Washington to San Juan

**Start Date:** December 09, 2019

**End Date:** December 11, 2019

**Created:** December 06, 2019, Faride Sender Herencia *(Modified: December 12, 2019)*

**Description:** Bankruptcy meeting

**Please select your department number:** 50S Legal Department

**Please provide the first and last name of the person making this reservation (example john.smith):** Faride Sender

**Purpose of Trip:** Bankruptcy meeting

**Please provide your Project Code:** 50-GENL

**Please select LM2 code for this trip:** O5-General Overhead

**Agency Record Locator:** ICWKED

**Ticket Number(s):** 2797479891638

**Passengers:** Alvin A Velazquez

**Total Estimated Cost: $457.52** USD

## RESERVATIONS

**Monday, December 09, 2019**



**Flight    Washington, DC (DCA) to San Juan (SJU)**

**JetBlue 1347**
Operated by: JetBlue

**Departure: 08:02 AM**
Seat:26F (Confirmed)
Washington D.C. Ronald Reagan National Airport (DCA)
Terminal:B
Duration: 3 hours, 47 minutes
Nonstop

**Confirmation: CRSNXY**
Status: **Confirmed**
Air Frequent Flyer Number:B6-2121934056

**Arrival: 12:49 PM**
San Juan Luis Munoz Marin Intl Airport (SJU)
Terminal:A

**Additional Details**
Aircraft: Airbus A320
E-Ticket
Emissions: 602.6 lbs $CO_2$
Cabin: BLUE (W)

Distance: 1557 miles



### Avis Car Rental at: San Juan PR (SJU)
Pick-up at: San Juan PR (SJU)

**Pick Up: 12:49 PM** *Mon Dec 9*
Pick-up at:San Juan PR (SJU)
Number of Cars:1

**Confirmation: 26688538US2**
Status:**Confirmed**
Frequent Guest Number:@WEB
Rate Code:JN

**Return: 06:00 PM** *Wed Dec 11*
Returning to:San Juan PR (SJU)

**Additional Details**
Rate: $33.50 USD daily rate, unlimited miles; $33.50 USD extra daily rate, unlimited miles; $25.14 USD extra hourly rate, unlimited miles
Total Rate: $155.82 USD         Corporate Discount: B009800

**Rental Details**
Intermediate / Car / Automatic transmission / Air conditioning

---

## TOTAL ESTIMATED COST

**Air**
Ticket Number: 2797479891638:                              $273.00 USD
Taxes and fees:                                            $28.70 USD
                                        Air Total Price:   $301.70 USD

**Car:**                                                   $155.82 USD

**Total Estimated Cost:**                                  $457.52 USD

---

## REMARKS

```
TSH ACCT -SEIU US
DUE TO INCREASED SECURITY MEASURES PLEASE ALLOW 2 HRS
FOR CHECK IN PRIOR TO FLIGHT TIME.
BE PREPARED TO SHOW A GOVERNMENT ISSUED PHOTO ID.
BE ADVISED THAT TRAVELERS CAN BE DENIED BOARDING
IF NAME ON ID DOES NOT MATCH NAME ON TICKET
-----------------------------------------------------
FOR ASSISTANCE WITH CANCELLATIONS OR CHANGES
PLEASE CALL 888-872-3076
-----------------------------------------------------
IF TRAVELING INTERNATIONALLY FOR EMERGENCY AFTER HOURS
ASSISTANCE PLEASE CALL COLLECT 614-210-5925


.
CONTACT THE DESIGNATED GOVERNMENT AGENCY IN YOUR
COUNTRY OF CITIZENSHIP FOR PASSPORT/VISA REQUIREMENTS.
TRAVEL INTO U.S. MAY REQUIRE ESTA APPROVAL - ELECTRONIC
SYSTEM FOR TRAVEL AUTHORIZATION. FOR ESTA DETAILS VISIT
WWW.CBP.GOV AND ENTER ESTA IN THE SEARCH BOX.


.
FOR INFORMATION ON TRAVEL REQUIREMENTS/U.S. EMBASSIES
AND/OR HEALTH IMMUNIZATIONS VISIT WWW.TRAVEL.STATE.GOV
OR CALL 202-647-5225
TICKET IS NON REFUNDABLE/NON TRANSFERABLE.
CHANGES SUBJECT TO PENALTIES PLUS FARE INCREASE.
SOME CARRIERS REQUIRE CANCELLATION PRIOR TO DEPARTURE
OR YOUR TICKET MAY HAVE NO VALUE. CALL THE TRAVEL OFFICE
FOR CHANGES OR CANCELLATION OF THIS TRIP
```

ENTRY TIME:
12/09/19    06:53
EXIT TIME:
12/12/19 10:45 PM
PARK-DUR.: HRS:MIN
          3:15:52
AMOUNT:
         $ 100.00
KIND OF PAYMENT:
AMEX
XXXXXXXXXX0000
VISIT

RECEIPT
NOT FOR EXIT

# Alvin Velazquez: Booking MTBBC6D64 at Dream Inn PR, San Juan

Alvin Velazquez
.
.
00000
PUERTO RICO

Telephone: 2027307453
Email: faride.sender@seiu.org

*** FOR ANY BOOKING ENQUIRIES, CORRESPONDENCE OR PAYMENT ***

Contact us by phone 787-200-6340 or email info@dreaminnpr.com

Quote Booking Reference: **MTBBC6D64**

## 1 x ROOM WITH BALCONY ( private facilities ) - 2 Adults
Guests: ALVIN VELAZQUEZ

**Nightly Rates** (rates are PER ROOM in USD)

| Date | Room | Meals |
|---|---|---|
| 09 Dec 2019 (Mon) | USD 143.2 | No meals included |
| 10 Dec 2019 (Tue) | USD 143.2 | No meals included |
| 11 Dec 2019 (Wed) | USD 143.2 | No meals included |
| **Totals** | **USD 429.6** | **No meals included** |

**TOTAL RATE FOR THIS ROOM IS $ 429.60 (x 1)**          $ 429.60

## 1 x Water Bottle
1 Water Bottle

**TOTAL CHARGE IS $1.25 (x 1)**          $1.25

Subtotal: $430.85
A 'Room Tax' tax of 9.00% per booking per night: $ 38.66
A service charge of 5.00% per booking per stay: $ 21.48

**Total: $490.99**

| Payer | Pyt Amount | Card Charge | Total Amount | Method | Paid On |
|---|---|---|---|---|---|
| -- | $ 326.50 | $ 0.00 | $ 326.50 | card | 8th Dec 2019 |
| -- | $ 163.24 | $ 0.00 | $ 163.24 | card | 10th Dec 2019 |
| -- | $ 1.25 | $ 0.00 | $ 1.25 | card | 12th Dec 2019 |

Total Amount Paid: $ 490.99
**Balance Due: $0.00**

Dream Inn PR, 2009 McLeary Street, San Juan, Puerto Rico, 00911, Telephone: 787-280-6340

**Guests must check in between 15:00 and 23:00 and check out between 10:00 and 11:00.**

### Payment

A deposit equal to the first night of the stay is required.
The deposit will be refunded according to the cancellation conditions.
Full booking balance must be paid 10 days before arrival.
Payments by cash, paypal, and the following cards:
Visa Credit, Mastercard, American Express - no charge.

### Additional Check In Notes

An approximate arrival time helps us make your check in as smooth as possible, can you please let us know your approximate arrival time. Arrivals after 10.31pm need to be notified 24 hours in advance and are subject to a late check in fee of $25.00. No check ins after 2am are accepted unless flights are delayed. Flight details help us to follow up for delays so the information is appreciated

### Cancellation Conditions

If a booking is cancelled less than 5 days before arrival then a charge equal to the full booking amount will be made.
In the event of a no show or booking reduction (after arrival date) the full cost of the booking is charged.