## **EXHIBIT C**

## **BUDGET AND STAFFING PLAN**

## EXHIBIT C-1

## BUDGET (OCTOBER 2019)

**Period Covered:**  October 1, 2019 through October 31, 2019[1]

| U.S. Trustee Task Code and Project Category | Estimated Hours for Period 10/1/2019 through 10/31/2019 |
|---|---|
| B110   Case Administration | 200 |
| B112   General Creditor Inquiries | 10 |
| B113   Pleadings Review | 50 |
| B120   Asset Analysis and Recovery | 5 |
| B130   Asset Disposition | 5 |
| B140   Relief from Stay / Adequate Protection Proceedings | 25 |
| B150   Meetings of Creditors' Committee and Communications with Creditors | 125 |
| B155   Court Hearings | 50 |
| B160   Employment / Fee Applications | 50 |
| B161   Budgeting (Case) | 5 |
| B165   Fee and Employment Applications of Other Professionals | 10 |
| B170   Fee and Employment Objections | 5 |
| B180   Avoidance Action Analysis | 10 |
| B185   Assumption / Rejection of Leases and Contracts | 5 |
| B190   Other Contested Matters | 100 |
| B191   General Litigation | 200 |
| B195   Non-Working Travel[2] | 20 |

---

[1]   The proposed budget set forth herein is based on the following assumptions: (i) no additional title III cases or adversary proceedings will be commenced during the budget period; (ii) no plan of adjustment will be filed during the budget period; (iii) no adversary proceedings will require discovery and trial preparation; and (iv) all adversary proceedings in which the Committee has intervened and/or sought to intervene will only involve briefing and hearings on motions to dismiss.  In addition, it is impossible to predict how many hours will be required to prosecute the Committee's challenges to certain GO and ERS bond claims, including because it is impossible to predict the number and extent of objections filed in response thereto.  Thus, this proposed budget may be materially different from the work actually performed.  For instance, discovery disputes may lead to extensive litigation.  Similarly, the Committee may need to respond to motions that are not and cannot be anticipated.  At this time, the proposed budget is speculative.

| U.S. Trustee Task Code and Project Category | Estimated Hours for Period 10/1/2019 through 10/31/2019 |
|---|---|
| B210   Debtors' Financial Information and Operations/Fiscal Plan | 5 |
| B220   Employee Benefits/Pensions | 15 |
| B230   Financing / Cash Collections | 5 |
| B231   Security Document Analysis | 5 |
| B260   Meetings of and Communications with Debtors/Oversight Board | 10 |
| B261   Investigations | 5 |
| B310   Claims Administration and Objections | 250 |
| B320   Plan and Disclosure Statement | 250 |
| B420   Restructurings | 850 |
| **TOTAL HOURS** | **2,260** |
| **TOTAL ESTIMATED FEE** | **$2,187,680.00[3]** |
| ***MINUS 20% REDUCTION[4]*** | **($437,536.00)** |
| **TOTAL ESTIMATED FEE (NET OF REDUCTION)** | **$1,750,144.00** |

---

[2]   The firm charges one-half a timekeeper's normal billing rate for any time incurred on account of non-working travel.

[3]   The Total Estimated Fees are calculated based on a $968 blended hourly rate for the Paul Hastings attorneys who are expected to work on this matter during the period from October 1, 2019 through October 31, 2019. The impact of the agreed-upon 20% end of the case write-off on the blended hourly rate cannot be calculated at this time.  However, for illustrative purposes only, the blended hourly rate, after accounting for the 20% end-of-the-case reduction, would be approximately $774.

[4]   For illustrative purposes only.  Indeed, pursuant to the order authorizing the Committee's retention of Paul Hastings LLP [Docket No. 999], Paul Hastings can designate the precise fees to be waived to attain the 20% overall reduction in total fees in connection with the final fee application process.  In other words, Paul Hastings could designate its entire final fee application as the source of this reduction (which it does not intend to do) or a combination of reductions across other fee applications (which is one more likely scenario).

**ADDITIONAL OCTOBER 2019 SUB-BUDGETS
FOR MATTERS JOINTLY PURSUED BY OVERSIGHT BOARD AND COMMITTEE**

**Period Covered:**  October 1, 2019 through October 31, 2019

**A.**      **Omnibus Objection of Oversight Board and Committee to Certain GO Bond Claims
[Docket No. 4784] (the "Omnibus Claims Objection")**

Pursuant to Judge Swain's July 24, 2019 stay order, the Omnibus Claims Objection is stayed
until November 30, 2019, while the parties work with the mediators on a process to resolve this
objection and other plan-related matters.  Accordingly, Paul Hastings does not expect to spend
any time on the Omnibus Claim Objection.

**B.**      **Adversary Proceeding Against Underwriters, Etc.**

Genovese Joblove & Battista PA., the Committee's special litigation counsel, represents the
Committee with respect to the adversary proceeding against various underwriters and other
parties involved in the issuance of Commonwealth bonds [Adv. Proc. No. 19-280].  Paul
Hastings has no involvement in this adversary proceeding.

**C.**      **Garden-Variety Avoidance Actions**

| U.S. Trustee Task Code and Project Category | Estimated Hours for Period 10/1/2019 through 10/31/2019 |
|---|---|
| B191   General Litigation | 20 |
| **TOTAL HOURS** | **20** |

**D.**      **Stayed Co-Plaintiff Adversary Proceedings**

| U.S. Trustee Task Code and Project Category | Estimated Hours for Period 10/1/2019 through 10/31/2019 |
|---|---|
| B191   General Litigation | 25 |
| **TOTAL HOURS** | **25** |

## BUDGET (NOVEMBER 2019)

**Period Covered:**  November 1, 2019 through November 30, 2019[5]

| U.S. Trustee Task Code and Project Category | Estimated Hours for Period 11/1/2019 through 11/30/2019 |
|---|---|
| B110   Case Administration | 200 |
| B112   General Creditor Inquiries | 5 |
| B113   Pleadings Review | 50 |
| B120   Asset Analysis and Recovery | 5 |
| B130   Asset Disposition | 5 |
| B140   Relief from Stay / Adequate Protection Proceedings | 25 |
| B150   Meetings of Creditors' Committee and Communications with Creditors | 125 |
| B155   Court Hearings | 50 |
| B160   Employment / Fee Applications | 75 |
| B161   Budgeting (Case) | 5 |
| B165   Fee and Employment Applications of Other Professionals | 10 |
| B170   Fee and Employment Objections | 5 |
| B180   Avoidance Action Analysis | 5 |
| B185   Assumption / Rejection of Leases and Contracts | 5 |
| B190   Other Contested Matters | 20 |
| B191   General Litigation | 150 |
| B195   Non-Working Travel[6] | 20 |

---

[5]   The proposed budget set forth herein is based on the following assumptions: (i) no additional title III cases or adversary proceedings will be commenced during the budget period; (ii) no plan of adjustment will be filed during the budget period; (iii) no adversary proceedings will require discovery and trial preparation; and (iv) all adversary proceedings in which the Committee has intervened and/or sought to intervene will only involve briefing and hearings on motions to dismiss.  In addition, it is impossible to predict how many hours will be required to prosecute the Committee's challenges to certain GO and ERS bond claims, including because it is impossible to predict the number and extent of objections filed in response thereto.  Thus, this proposed budget may be materially different from the work actually performed.  For instance, discovery disputes may lead to extensive litigation.  Similarly, the Committee may need to respond to motions that are not and cannot be anticipated.  At this time, the proposed budget is speculative.

[6]   The firm charges one-half a timekeeper's normal billing rate for any time incurred on account of non-working travel.

| U.S. Trustee Task Code and Project Category | Estimated Hours for Period 11/1/2019 through 11/30/2019 |
|---|---|
| B210   Debtors' Financial Information and Operations/Fiscal Plan | 5 |
| B220   Employee Benefits/Pensions | 10 |
| B230   Financing / Cash Collections | 5 |
| B231   Security Document Analysis | 5 |
| B260   Meetings of and Communications with Debtors/Oversight Board | 10 |
| B261   Investigations | 5 |
| B310   Claims Administration and Objections | 250 |
| B320   Plan and Disclosure Statement | 200 |
| B420   Restructurings | 1,250 |
| **TOTAL HOURS** | **2,490** |
| **TOTAL ESTIMATED FEE** | **$2,415,300.00[7]** |
| ***MINUS 20% REDUCTION[8]*** | **($830,060.00)** |
| **TOTAL ESTIMATED FEE (NET OF REDUCTION)** | **$1,932,240.00** |

---

[7]   The Total Estimated Fees are calculated based on a $970 blended hourly rate for the Paul Hastings attorneys who are expected to work on this matter during the period from November 1, 2019 through November 30, 2019. The impact of the agreed-upon 20% end of the case write-off on the blended hourly rate cannot be calculated at this time.  However, for illustrative purposes only, the blended hourly rate, after accounting for the 20% end-of-the-case reduction, would be approximately $776.

[8]   For illustrative purposes only.  Indeed, pursuant to the order authorizing the Committee's retention of Paul Hastings LLP [Docket No. 999], Paul Hastings can designate the precise fees to be waived to attain the 20% overall reduction in total fees in connection with the final fee application process.  In other words, Paul Hastings could designate its entire final fee application as the source of this reduction (which it does not intend to do) or a combination of reductions across other fee applications (which is one more likely scenario).

## ADDITIONAL NOVEMBER 2019 SUB-BUDGETS FOR MATTERS JOINTLY PURSUED BY OVERSIGHT BOARD AND COMMITTEE

**Period Covered:**  November 1, 2019 through November 30, 2019

**A.**     **Omnibus Objection of Oversight Board and Committee to Certain GO Bond Claims [Docket No. 4784] (the "Omnibus Claims Objection")**

Pursuant to Judge Swain's July 24, 2019 stay order, the Omnibus Claims Objection is stayed until November 30, 2019, while the parties work with the mediators on a process to resolve this objection and other plan-related matters.  Accordingly, Paul Hastings does not expect to spend any time on the Omnibus Claim Objection.

**B.**     **Adversary Proceeding Against Underwriters, Etc.**

Genovese Joblove & Battista PA., the Committee's special litigation counsel, represents the Committee with respect to the adversary proceeding against various underwriters and other parties involved in the issuance of Commonwealth bonds [Adv. Proc. No. 19-280].  Paul Hastings has no involvement in this adversary proceeding.

**C.**     **Garden-Variety Avoidance Actions**

| U.S. Trustee Task Code and Project Category | Estimated Hours for Period 11/1/2019 through 11/30/2019 |
|---|---|
| B191   General Litigation | 20 |
| **TOTAL HOURS** | **20** |

**D.**     **Stayed Co-Plaintiff Adversary Proceedings**

| U.S. Trustee Task Code and Project Category | Estimated Hours for Period 11/1/2019 through 11/30/2019 |
|---|---|
| B191   General Litigation | 50 |
| **TOTAL HOURS** | **50** |

## BUDGET (DECEMBER 2019)

**Period Covered:**  December 1, 2019 through December 31, 2019[9]

| U.S. Trustee Task Code and Project Category | Estimated Hours for Period 12/1/2019 through 12/31/2019 |
|---|---|
| B110   Case Administration | 150 |
| B112   General Creditor Inquiries | 5 |
| B113   Pleadings Review | 50 |
| B120   Asset Analysis and Recovery | 5 |
| B130   Asset Disposition | 5 |
| B140   Relief from Stay / Adequate Protection Proceedings | 5 |
| B150   Meetings of Creditors' Committee and Communications with Creditors | 125 |
| B155   Court Hearings | 25 |
| B160   Employment / Fee Applications | 50 |
| B161   Budgeting (Case) | 5 |
| B165   Fee and Employment Applications of Other Professionals | 5 |
| B170   Fee and Employment Objections | 5 |
| B180   Avoidance Action Analysis | 5 |
| B185   Assumption / Rejection of Leases and Contracts | 5 |
| B190   Other Contested Matters | 20 |
| B191   General Litigation | 300 |
| B195   Non-Working Travel[10] | 20 |

---

[9]   The proposed budget set forth herein is based on the following assumptions: (i) no additional title III cases or adversary proceedings will be commenced during the budget period; (ii) no plan of adjustment will be filed during the budget period; (iii) no adversary proceedings will require discovery and trial preparation; and (iv) all adversary proceedings in which the Committee has intervened and/or sought to intervene will only involve briefing and hearings on motions to dismiss.  In addition, it is impossible to predict how many hours will be required to prosecute the Committee's challenges to certain GO and ERS bond claims, including because it is impossible to predict the number and extent of objections filed in response thereto.  Thus, this proposed budget may be materially different from the work actually performed.  For instance, discovery disputes may lead to extensive litigation.  Similarly, the Committee may need to respond to motions that are not and cannot be anticipated.  At this time, the proposed budget is speculative.

[10]   The firm charges one-half a timekeeper's normal billing rate for any time incurred on account of non-working travel.

| U.S. Trustee Task Code and Project Category | Estimated Hours for Period 12/1/2019 through 12/31/2019 |
|---|---|
| B210   Debtors' Financial Information and Operations/Fiscal Plan | 5 |
| B220   Employee Benefits/Pensions | 10 |
| B230   Financing / Cash Collections | 5 |
| B231   Security Document Analysis | 5 |
| B260   Meetings of and Communications with Debtors/Oversight Board | 10 |
| B261   Investigations | 5 |
| B310   Claims Administration and Objections | 200 |
| B320   Plan and Disclosure Statement | 200 |
| B420   Restructurings | 1,250 |
| **TOTAL HOURS** | **2,465** |
| **TOTAL ESTIMATED FEE** | **$2,383,655.00[11]** |
| *MINUS 20% REDUCTION[12]* | **($476,731.00)** |
| **TOTAL ESTIMATED FEE (NET OF REDUCTION)** | **$1,906,924.00** |

---

[11]   The Total Estimated Fees are calculated based on a $967 blended hourly rate for the Paul Hastings attorneys who are expected to work on this matter during the period from December 1, 2019 through December 31, 2019. The impact of the agreed-upon 20% end of the case write-off on the blended hourly rate cannot be calculated at this time.  However, for illustrative purposes only, the blended hourly rate, after accounting for the 20% end-of-the-case reduction, would be approximately $774.

[12]   For illustrative purposes only.  Indeed, pursuant to the order authorizing the Committee's retention of Paul Hastings LLP [Docket No. 999], Paul Hastings can designate the precise fees to be waived to attain the 20% overall reduction in total fees in connection with the final fee application process.  In other words, Paul Hastings could designate its entire final fee application as the source of this reduction (which it does not intend to do) or a combination of reductions across other fee applications (which is one more likely scenario).

**ADDITIONAL DECEMBER 2019 SUB-BUDGETS FOR MATTERS JOINTLY
PURSUED BY OVERSIGHT BOARD AND COMMITTEE**

**Period Covered:**  December 1, 2019 through December 31, 2019

**A.      Omnibus Objection of Oversight Board and Committee to Certain GO Bond Claims
[Docket No. 4784] (the "Omnibus Claims Objection")**

Pursuant to Judge Swain's July 24, 2019 stay order (as amended), the Omnibus Claims Objection
is stayed until December 31, 2019, while the parties work with the mediators on a process to
resolve this objection and other plan-related matters.  Accordingly, Paul Hastings does not
expect to spend any time on the Omnibus Claim Objection.

**B.      Adversary Proceeding Against Underwriters, Etc.**

Genovese Joblove & Battista PA., the Committee's special litigation counsel, represents the
Committee with respect to the adversary proceeding against various underwriters and other
parties involved in the issuance of Commonwealth bonds [Adv. Proc. No. 19-280].  Paul
Hastings has no involvement in this adversary proceeding.

**C.      Garden-Variety Avoidance Actions**

| U.S. Trustee Task Code and Project Category | Estimated Hours for Period 12/1/2019 through 12/31/2019 |
|---|---|
| B191   General Litigation | 20 |
| **TOTAL HOURS** | **20** |

**D.      Stayed Co-Plaintiff Adversary Proceedings**

| U.S. Trustee Task Code and Project Category | Estimated Hours for Period 12/1/2019 through 12/31/2019 |
|---|---|
| B191   General Litigation | 10 |
| **TOTAL HOURS** | **10** |

**E.      Co-Plaintiff Adversary Proceedings related to ERS**

On October 24, 2019, the Court approved a scheduling order regarding discovery and summary
judgment briefing on the lien scope issues and *ultra vires* issues with respect to the ERS bonds.
Accordingly, (a) the lien scope litigation, *i.e.*, Adv. Proc. No. 19-366 and Adv. Proc. No. 19-367
and (b) count I of the complaints seeking to recover fraudulent transfers made on account of ERS
bonds that were not validly issued, *i.e.*, Adv. Proc. No. 19-355, Adv. Proc. No. 19-356, Adv.

Proc. No. 19-357, Adv. Proc. No. 19-358, Adv. Proc. No. 19-359, and Adv. Proc. No. 19-361, were unstayed.

| U.S. Trustee Task Code and Project Category | Estimated Hours for Period 12/1/2019 through 12/31/2019 |
|---|---|
| B191   General Litigation | 50 |
| **TOTAL HOURS** | **50** |

The foregoing sub-budget is not intended to reflect time that Paul Hastings anticipates spending on litigating its stand-alone objection to the ERS bonds.

## BUDGET (JANUARY 2020)

**Period Covered:** January 1, 2020 through January 31, 2020[13]

| U.S. Trustee Task Code and Project Category | Estimated Hours for Period 1/1/2020 through 1/31/2020 |
|---|---|
| B110   Case Administration | 100 |
| B112   General Creditor Inquiries | 5 |
| B113   Pleadings Review | 30 |
| B120   Asset Analysis and Recovery | 5 |
| B130   Asset Disposition | 5 |
| B140   Relief from Stay / Adequate Protection Proceedings | 10 |
| B150   Meetings of Creditors' Committee and Communications with Creditors | 125 |
| B155   Court Hearings | 50 |
| B160   Employment / Fee Applications | 50 |
| B161   Budgeting (Case) | 5 |
| B165   Fee and Employment Applications of Other Professionals | 5 |
| B170   Fee and Employment Objections | 5 |
| B180   Avoidance Action Analysis | 5 |
| B185   Assumption / Rejection of Leases and Contracts | 5 |
| B190   Other Contested Matters | 10 |
| B191   General Litigation | 200 |
| B195   Non-Working Travel[14] | 40 |

---

[13]   The proposed budget set forth herein is based on the following assumptions: (i) no additional title III cases or adversary proceedings will be commenced during the budget period; (ii) no plan of adjustment will be filed during the budget period; (iii) no adversary proceedings will require discovery and trial preparation; and (iv) all adversary proceedings in which the Committee has intervened and/or sought to intervene will only involve briefing and hearings on motions to dismiss.  In addition, it is impossible to predict how many hours will be required to prosecute the Committee's challenges to certain GO and ERS bond claims, including because it is impossible to predict the number and extent of objections filed in response thereto.  Thus, this proposed budget may be materially different from the work actually performed.  For instance, discovery disputes may lead to extensive litigation.  Similarly, the Committee may need to respond to motions that are not and cannot be anticipated.  At this time, the proposed budget is speculative.

[14]   The firm charges one-half a timekeeper's normal billing rate for any time incurred on account of non-working travel.

| U.S. Trustee Task Code and Project Category | Estimated Hours for Period 1/1/2020 through 1/31/2020 |
|---|---:|
| B210   Debtors' Financial Information and Operations/Fiscal Plan | 5 |
| B220   Employee Benefits/Pensions | 10 |
| B230   Financing / Cash Collections | 5 |
| B231   Security Document Analysis | 5 |
| B260   Meetings of and Communications with Debtors/Oversight Board | 10 |
| B261   Investigations | 5 |
| B310   Claims Administration and Objections | 200 |
| B320   Plan and Disclosure Statement | 200 |
| B420   Restructurings | 500 |
| **TOTAL HOURS** | **1,575** |
| **TOTAL ESTIMATED FEE** | **$1,519,875.00**[15] |
| ***MINUS 20% REDUCTION***[16] | **($303,975.00)** |
| **TOTAL ESTIMATED FEE (NET OF REDUCTION)** | **$1,215,900.00** |

---

[15]   The Total Estimated Fees are calculated based on a $965 blended hourly rate for the Paul Hastings attorneys who are expected to work on this matter during the period from January 1, 2020 through January 31, 2020.  The impact of the agreed-upon 20% end of the case write-off on the blended hourly rate cannot be calculated at this time.  However, for illustrative purposes only, the blended hourly rate, after accounting for the 20% end-of-the-case reduction, would be approximately $772.

[16]   For illustrative purposes only.  Indeed, pursuant to the order authorizing the Committee's retention of Paul Hastings LLP [Docket No. 999], Paul Hastings can designate the precise fees to be waived to attain the 20% overall reduction in total fees in connection with the final fee application process.  In other words, Paul Hastings could designate its entire final fee application as the source of this reduction (which it does not intend to do) or a combination of reductions across other fee applications (which is one more likely scenario).

## ADDITIONAL JANUARY 2020 SUB-BUDGETS FOR MATTERS JOINTLY PURSUED BY OVERSIGHT BOARD AND COMMITTEE

**Period Covered:**  January 1, 2020 through January 31, 2020

**A.** **Omnibus Objection of Oversight Board and Committee to Certain GO Bond Claims [Docket No. 4784] (the "Omnibus Claims Objection")**

Pursuant to Judge Swain's July 24, 2019 stay order (as amended), the Omnibus Claims Objection is stayed until December 31, 2019, while the parties work with the mediators on a process to resolve this objection and other plan-related matters.  According to the proposed briefing and hearing schedule with respect to motion to dismiss practice related to the Omnibus Claims Objection, the GO bondholders' motions to dismiss are due by February 5, 2020, and the objectors' briefs are due by March 18, 2020.  Paul Hastings does not expect to spend any time on the Omnibus Claim Objection during the month of January 2020.

**B.** **Adversary Proceedings Challenging Liens Asserted by Holders of GO Bonds ("GO Lien Challenges")**

Pursuant to Judge Swain's July 24, 2019 stay order (as amended), the adversary proceedings challenging liens asserted by holders of GO bonds [Adv. Proc. No. 19-291, Adv. Proc. No. 19-292, Adv. Proc. No. 19-293, Adv. Proc. No. 19-294, Adv. Proc. No. 19-295, Adv. Proc. No. 19-296, and Adv. Proc. No. 19-297] are stayed until December 31, 2019, while the parties work with the mediators on a process to resolve this objection and other plan-related matters.  According to the proposed briefing and hearing schedule with respect to motion to dismiss practice related to the GO Lien Challenge, the GO bondholders' motions to dismiss are due by February 5, 2020, and the objectors' briefs are due by April 3, 2020.  Paul Hastings does not expect to spend any time on the GO Lien Challenge during the month of January 2020.

**C.** **Adversary Proceeding Against Underwriters, Etc.**

Genovese Joblove & Battista PA., the Committee's special litigation counsel, represents the Committee with respect to the adversary proceeding against various underwriters and other parties involved in the issuance of Commonwealth bonds [Adv. Proc. No. 19-280].  Paul Hastings has no involvement in this adversary proceeding.

**D.** **Garden-Variety Avoidance Actions**

| U.S. Trustee Task Code and Project Category | Estimated Hours for Period 1/1/2020 through 1/31/2020 |
|---|---|
| B191   General Litigation | 20 |
| **TOTAL HOURS** | **20** |

**E.** **Stayed Co-Plaintiff Adversary Proceedings**

| U.S. Trustee Task Code and Project Category | Estimated Hours for Period 1/1/2020 through 1/31/2020 |
|---|---|
| B191   General Litigation | 10 |
| **TOTAL HOURS** | **10** |

**F.** **Co-Plaintiff Adversary Proceedings related to ERS**

On October 24, 2020, the Court approved a scheduling order regarding discovery and summary judgment briefing on the lien scope issues and *ultra vires* issues with respect to the ERS bonds. Accordingly, (a) the lien scope litigation, *i.e.*, Adv. Proc. No. 19-366 and Adv. Proc. No. 19-367 and (b) count I of the complaints seeking to recover fraudulent transfers made on account of ERS bonds that were not validly issued, *i.e.*, Adv. Proc. No. 19-355, Adv. Proc. No. 19-356, Adv. Proc. No. 19-357, Adv. Proc. No. 19-358, Adv. Proc. No. 19-359, and Adv. Proc. No. 19-361, were unstayed.

| U.S. Trustee Task Code and Project Category | Estimated Hours for Period 1/1/2020 through 1/31/2020 |
|---|---|
| B191   General Litigation | 50 |
| **TOTAL HOURS** | **50** |

The foregoing sub-budget is not intended to reflect time that Paul Hastings anticipates spending on litigating its stand-alone objection to the ERS bonds.

## **EXHIBIT C-2**

## **STAFFING PLAN (OCTOBER 2019)**

### **GENERAL STAFFING PLAN**

**Period Covered:**  October 1, 2019 through October 31, 2019[1]

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate for period 10/1/2019 through 10/31/2019 | Average hourly rate for period 10/1/2019 through 10/31/2019 (net of 20% reduction)[2] |
|---|---|---|---|
| **Partner** | 12 | $1,325 | $1,060 |
| **Counsel** | 8 | $1,162 | $930 |
| **Associate** | 16 | $870 | $696 |
| **Paraprofessionals** | 8 | $307 | $246 |

---

[1]  The proposed budget set forth herein is based on the following assumptions: (i) no additional title III cases or adversary proceedings will be commenced during the budget period; (ii) no plan of adjustment will be filed during the budget period; (iii) no adversary proceedings will require discovery and trial preparation; and (iv) all adversary proceedings in which the Committee has intervened and/or sought to intervene will only involve briefing and hearings on motions to dismiss.  In addition, it is impossible to predict how many hours will be required to prosecute the Committee's challenges to certain GO and ERS bond claims, including because it is impossible to predict the number and extent of objections filed in response thereto.  Thus, this proposed budget may be materially different from the work actually performed.  For instance, discovery disputes may lead to extensive litigation.  Similarly, the Committee may need to respond to motions that are not and cannot be anticipated.  At this time, the proposed budget is speculative.

[2]  The impact of the agreed-upon 20% end-of-the-case write-off on the average hourly rate cannot be calculated at this time.  However, for illustrative purposes only, we have provided the average hourly rate, after accounting for the 20% end-of-the-case reduction.

**ADDITIONAL OCTOBER 2020 STAFFING PLANS FOR MATTERS JOINTLY
PURSUED BY OVERSIGHT BOARD AND COMMITTEE**

**Period Covered:** October 1, 2019 through October 31, 2019

**A.** **Omnibus Objection of Oversight Board and Committee to Certain GO Bond Claims
[Docket No. 4784] (the "Omnibus Claims Objection")**

Pursuant to Judge Swain's July 24, 2019 stay order, the Omnibus Claims Objection is stayed
until November 30, 2019, while the parties work with the mediators on a process to resolve this
objection and other plan-related matters. Accordingly, Paul Hastings does not expect to spend
any time on the Omnibus Claim Objection.

**B.** **Adversary Proceeding Against Underwriters, Etc.**

Genovese Joblove & Battista PA., the Committee's special litigation counsel, represents the
Committee with respect to the adversary proceeding against various underwriters and other
parties involved in the issuance of Commonwealth bonds [Adv. Proc. No. 19-280]. Paul
Hastings has no involvement in this adversary proceeding.

**C.** **Garden-Variety Avoidance Actions**

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate for period 10/1/2019 through 10/31/2019 | Average hourly rate for period 10/1/2019 through 10/31/2019 (net of 20% reduction)[3] |
|---|---|---|---|
| **Partner** | 1 | $1,325 | $1,060 |
| **Counsel** | 1 | $1,162 | $930 |
| **Associate** | 1 | $870 | $696 |
| **Paraprofessionals** | 1 | $307 | $246 |

---

[3]   The impact of the agreed-upon 20% end-of-the-case write-off on the average hourly rate cannot be calculated at
this time. However, for illustrative purposes only, we have provided the average hourly rate, after accounting
for the 20% end-of-the-case reduction.

D.      **Stayed Co-Plaintiff Adversary Proceedings**

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate for period 10/1/2019 through 10/31/2019 | Average hourly rate for period 10/1/2019 through 10/31/2019 (net of 20% reduction)[4] |
|---|---|---|---|
| **Counsel** | 1 | $1,162 | $930 |
| **Associate** | 1 | $870 | $696 |
| **Paraprofessionals** | 1 | $307 | $246 |

---

[4]   The impact of the agreed-upon 20% end-of-the-case write-off on the average hourly rate cannot be calculated at this time.  However, for illustrative purposes only, we have provided the average hourly rate, after accounting for the 20% end-of-the-case reduction.

## STAFFING PLAN (NOVEMBER 2019)

### GENERAL STAFFING PLAN

**Period Covered:**  November 1, 2019 through November 30, 2019[5]

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate for period 11/1/2019 through 11/30/2019 | Average hourly rate for period 11/1/2019 through 11/30/2019 (net of 20% reduction)[6] |
|---|---|---|---|
| **Partner** | 12 | $1,317 | $1,054 |
| **Counsel** | 8 | $1,151 | $921 |
| **Associate** | 16 | $874 | $699 |
| **Paraprofessionals** | 8 | $315 | $252 |

---

[5]    The proposed budget set forth herein is based on the following assumptions: (i) no additional title III cases or adversary proceedings will be commenced during the budget period; (ii) no plan of adjustment will be filed during the budget period; (iii) no adversary proceedings will require discovery and trial preparation; and (iv) all adversary proceedings in which the Committee has intervened and/or sought to intervene will only involve briefing and hearings on motions to dismiss.  In addition, it is impossible to predict how many hours will be required to prosecute the Committee's challenges to certain GO and ERS bond claims, including because it is impossible to predict the number and extent of objections filed in response thereto.  Thus, this proposed budget may be materially different from the work actually performed.  For instance, discovery disputes may lead to extensive litigation.  Similarly, the Committee may need to respond to motions that are not and cannot be anticipated.  At this time, the proposed budget is speculative.

[6]    The impact of the agreed-upon 20% end-of-the-case write-off on the average hourly rate cannot be calculated at this time.  However, for illustrative purposes only, we have provided the average hourly rate, after accounting for the 20% end-of-the-case reduction.

**ADDITIONAL NOVEMBER 2019 STAFFING PLANS FOR MATTERS JOINTLY
PURSUED BY OVERSIGHT BOARD AND COMMITTEE**

**Period Covered:**  November 1, 2019 through November 30, 2019

**A.**      **Omnibus Objection of Oversight Board and Committee to Certain GO Bond Claims
[Docket No. 4784] (the "Omnibus Claims Objection")**

Pursuant to Judge Swain's July 24, 2019 stay order, the Omnibus Claims Objection is stayed
until November 30, 2019, while the parties work with the mediators on a process to resolve this
objection and other plan-related matters.  Accordingly, Paul Hastings does not expect to spend
any time on the Omnibus Claim Objection.

**B.**      **Adversary Proceeding Against Underwriters, Etc.**

Genovese Joblove & Battista PA., the Committee's special litigation counsel, represents the
Committee with respect to the adversary proceeding against various underwriters and other
parties involved in the issuance of Commonwealth bonds [Adv. Proc. No. 19-280].  Paul
Hastings has no involvement in this adversary proceeding.

**C.**      **Garden-Variety Avoidance Actions**

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate for period 11/1/2019 through 11/30/2019 | Average hourly rate for period 11/1/2019 through 11/30/2019 (net of 20% reduction)[7] |
|---|---|---|---|
| **Partner** | 1 | $1,317 | $1,054 |
| **Counsel** | 1 | $1,151 | $921 |
| **Associate** | 1 | $874 | $699 |
| **Paraprofessionals** | 1 | $315 | $252 |

---

[7]    The impact of the agreed-upon 20% end-of-the-case write-off on the average hourly rate cannot be calculated at
this time.  However, for illustrative purposes only, we have provided the average hourly rate, after accounting
for the 20% end-of-the-case reduction.

**D.**     <u>**Currently Stayed Co-Plaintiff Adversary Proceedings**</u>

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate for period 11/1/2019 through 11/30/2019 | Average hourly rate for period 11/1/2019 through 11/30/2019 (net of 20% reduction)[8] |
|---|---|---|---|
| **Counsel** | 1 | $1,151 | $921 |
| **Associate** | 1 | $874 | $699 |
| **Paraprofessionals** | 1 | $315 | $252 |

---

[8]    The impact of the agreed-upon 20% end-of-the-case write-off on the average hourly rate cannot be calculated at this time.  However, for illustrative purposes only, we have provided the average hourly rate, after accounting for the 20% end-of-the-case reduction.

- 6 -

**STAFFING PLAN (DECEMBER 2019)**

**GENERAL STAFFING PLAN**

**Period Covered:**  December 1, 2019 through December 31, 2019[9]

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate for period 12/1/2019 through 12/31/2019 | Average hourly rate for period 12/1/2019 through 12/31/2019 (net of 20% reduction)[10] |
|---|---|---|---|
| **Partner** | 12 | $1,315 | $1,052 |
| **Counsel** | 8 | $1,146 | $917 |
| **Associate** | 16 | $871 | $697 |
| **Paraprofessionals** | 8 | $313 | $250 |

---

[9]  The proposed budget set forth herein is based on the following assumptions: (i) no additional title III cases or adversary proceedings will be commenced during the budget period; (ii) no plan of adjustment will be filed during the budget period; (iii) no adversary proceedings will require discovery and trial preparation; and (iv) all adversary proceedings in which the Committee has intervened and/or sought to intervene will only involve briefing and hearings on motions to dismiss.  In addition, it is impossible to predict how many hours will be required to prosecute the Committee's challenges to certain GO and ERS bond claims, including because it is impossible to predict the number and extent of objections filed in response thereto.  Thus, this proposed budget may be materially different from the work actually performed.  For instance, discovery disputes may lead to extensive litigation.  Similarly, the Committee may need to respond to motions that are not and cannot be anticipated.  At this time, the proposed budget is speculative.

[10]  The impact of the agreed-upon 20% end-of-the-case write-off on the average hourly rate cannot be calculated at this time.  However, for illustrative purposes only, we have provided the average hourly rate, after accounting for the 20% end-of-the-case reduction.

## ADDITIONAL DECEMBER 2019 STAFFING PLANS FOR MATTERS JOINTLY PURSUED BY OVERSIGHT BOARD AND COMMITTEE

**Period Covered:**  December 1, 2019 through December 31, 2019

**A.**      **Omnibus Objection of Oversight Board and Committee to Certain GO Bond Claims [Docket No. 4784] (the "Omnibus Claims Objection")**

Pursuant to Judge Swain's July 24, 2019 stay order (as amended), the Omnibus Claims Objection is stayed until December 31, 2019, while the parties work with the mediators on a process to resolve this objection and other plan-related matters.  Accordingly, Paul Hastings does not expect to spend any time on the Omnibus Claim Objection.

**B.**      **Adversary Proceeding Against Underwriters, Etc.**

Genovese Joblove & Battista PA., the Committee's special litigation counsel, represents the Committee with respect to the adversary proceeding against various underwriters and other parties involved in the issuance of Commonwealth bonds [Adv. Proc. No. 19-280].  Paul Hastings has no involvement in this adversary proceeding.

**C.**      **Garden-Variety Avoidance Actions**

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate for period 12/1/2019 through 12/31/2019 | Average hourly rate for period 12/1/2019 through 12/31/2019 (net of 20% reduction)[11] |
|---|---|---|---|
| **Partner** | 1 | $1,315 | $1,052 |
| **Counsel** | 1 | $1,146 | $917 |
| **Associate** | 1 | $871 | $697 |
| **Paraprofessionals** | 1 | $313 | $250 |

---

[11]   The impact of the agreed-upon 20% end-of-the-case write-off on the average hourly rate cannot be calculated at this time.  However, for illustrative purposes only, we have provided the average hourly rate, after accounting for the 20% end-of-the-case reduction.

**D.**   **Currently Stayed Co-Plaintiff Adversary Proceedings**

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate for period 12/1/2019 through 12/31/2019 | Average hourly rate for period 12/1/2019 through 12/31/2019 (net of 20% reduction)[12] |
|---|---|---|---|
| **Counsel** | 1 | $1,146 | $917 |
| **Associate** | 1 | $871 | $697 |
| **Paraprofessionals** | 1 | $313 | $250 |

**E.**   **Co-Plaintiff Adversary Proceedings related to ERS**

On October 24, 2019, the Court approved a scheduling order regarding discovery and summary judgment briefing on the lien scope issues and *ultra vires* issues with respect to the ERS bonds. Accordingly, (a) the lien scope litigation, *i.e.*, Adv. Proc. No. 19-366 and Adv. Proc. No. 19-367 and (b) count I of the complaints seeking to recover fraudulent transfers made on account of ERS bonds that were not validly issued, *i.e.*, Adv. Proc. No. 19-355, Adv. Proc. No. 19-356, Adv. Proc. No. 19-357, Adv. Proc. No. 19-358, Adv. Proc. No. 19-359, and Adv. Proc. No. 19-361, were unstayed.

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate for period 12/1/2019 through 12/31/2019 | Average hourly rate for period 12/1/2019 through 12/31/2019 (net of 20% reduction)[13] |
|---|---|---|---|
| **Counsel** | 1 | $1,146 | $917 |
| **Associate** | 1 | $871 | $697 |
| **Paraprofessionals** | 1 | $313 | $250 |

---

[12]   The impact of the agreed-upon 20% end-of-the-case write-off on the average hourly rate cannot be calculated at this time.  However, for illustrative purposes only, we have provided the average hourly rate, after accounting for the 20% end-of-the-case reduction.

[13]   The impact of the agreed-upon 20% end-of-the-case write-off on the average hourly rate cannot be calculated at this time.  However, for illustrative purposes only, we have provided the average hourly rate, after accounting for the 20% end-of-the-case reduction.

## STAFFING PLAN (JANUARY 2020)

### GENERAL STAFFING PLAN

**Period Covered:**  January 1, 2020 through January 31, 2020[14]

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate for period 1/1/2020 through 1/31/2020 | Average hourly rate for period 1/1/2020 through 1/31/2020 (net of 20% reduction)[15] |
|---|---|---|---|
| **Partner** | 12 | $1,315 | $1,052 |
| **Counsel** | 8 | $1,145 | $916 |
| **Associate** | 16 | $871 | $697 |
| **Paraprofessionals** | 10 | $313 | $251 |

---

[14]  The proposed budget set forth herein is based on the following assumptions: (i) no additional title III cases or adversary proceedings will be commenced during the budget period; (ii) no plan of adjustment will be filed during the budget period; (iii) no adversary proceedings will require discovery and trial preparation; and (iv) all adversary proceedings in which the Committee has intervened and/or sought to intervene will only involve briefing and hearings on motions to dismiss.  In addition, it is impossible to predict how many hours will be required to prosecute the Committee's challenges to certain GO and ERS bond claims, including because it is impossible to predict the number and extent of objections filed in response thereto.  Thus, this proposed budget may be materially different from the work actually performed.  For instance, discovery disputes may lead to extensive litigation.  Similarly, the Committee may need to respond to motions that are not and cannot be anticipated.  At this time, the proposed budget is speculative.

[15]  The impact of the agreed-upon 20% end-of-the-case write-off on the average hourly rate cannot be calculated at this time.  However, for illustrative purposes only, we have provided the average hourly rate, after accounting for the 20% end-of-the-case reduction.

**ADDITIONAL STAFFING PLANS (INCL. SUB-BUDGETS)
FOR MATTERS JOINTLY PURSUED BY OVERSIGHT BOARD AND COMMITTEE**

**Period Covered:**  January 1, 2020 through January 31, 2020

**A.**     **Omnibus Objection of Oversight Board and Committee to Certain GO Bond Claims
[Docket No. 4784] (the "Omnibus Claims Objection")**

Pursuant to Judge Swain's July 24, 2019 stay order (as amended), the Omnibus Claims Objection
is stayed until December 31, 2019, while the parties work with the mediators on a process to
resolve this objection and other plan-related matters.  According to the proposed briefing and
hearing schedule with respect to motion to dismiss practice related to the Omnibus Claims
Objection, the GO bondholders' motions to dismiss are due by February 5, 2020, and the
objectors' briefs are due by March 18, 2020.  Paul Hastings does not expect to spend any time on
the Omnibus Claim Objection during the month of January 2020.

**B.**     **Adversary Proceedings Challenging Liens Asserted by Holders of GO Bonds ("GO
Lien Challenges")**

Pursuant to Judge Swain's July 24, 2019 stay order (as amended), the adversary proceedings
challenging liens asserted by holders of GO bonds [Adv. Proc. No. 19-291, Adv. Proc. No. 19-
292, Adv. Proc. No. 19-293, Adv. Proc. No. 19-294, Adv. Proc. No. 19-295, Adv. Proc. No. 19-
296, and Adv. Proc. No. 19-297] are stayed until December 31, 2019, while the parties work
with the mediators on a process to resolve this objection and other plan-related matters.
According to the proposed briefing and hearing schedule with respect to motion to dismiss
practice related to the GO Lien Challenge, the GO bondholders' motions to dismiss are due by
February 5, 2020, and the objectors' briefs are due by April 3, 2020.  Paul Hastings does not
expect to spend any time on the GO Lien Challenge during the month of January 2020.

**C.**     **Adversary Proceeding Against Underwriters, Etc.**

Genovese Joblove & Battista PA., the Committee's special litigation counsel, represents the
Committee with respect to the adversary proceeding against various underwriters and other
parties involved in the issuance of Commonwealth bonds [Adv. Proc. No. 19-280].  Paul
Hastings has no involvement in this adversary proceeding.

D.   **Garden-Variety Avoidance Actions**

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate for period 1/1/2020 through 1/31/2020 | Average hourly rate for period 1/1/2020 through 1/31/2020 (net of 20% reduction)[16] |
|---|---|---|---|
| **Partner** | 1 | $1,315 | $1,052 |
| **Counsel** | 1 | $1,145 | $916 |
| **Associate** | 1 | $871 | $697 |
| **Paraprofessionals** | 1 | $313 | $251 |

E.   **Stayed Co-Plaintiff Adversary Proceedings**

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate for period 1/1/2020 through 1/31/2020 | Average hourly rate for period 1/1/2020 through 1/31/2020 (net of 20% reduction)[17] |
|---|---|---|---|
| **Counsel** | 1 | $1,145 | $916 |
| **Associate** | 1 | $871 | $697 |
| **Paraprofessionals** | 1 | $313 | $251 |

F.   **Co-Plaintiff Adversary Proceedings related to ERS**

On October 24, 2020, the Court approved a scheduling order regarding discovery and summary judgment briefing on the lien scope issues and *ultra vires* issues with respect to the ERS bonds. Accordingly, (a) the lien scope litigation, *i.e.*, Adv. Proc. No. 19-366 and Adv. Proc. No. 19-367 and (b) count I of the complaints seeking to recover fraudulent transfers made on account of ERS

---

[16]   The impact of the agreed-upon 20% end-of-the-case write-off on the average hourly rate cannot be calculated at this time.  However, for illustrative purposes only, we have provided the average hourly rate, after accounting for the 20% end-of-the-case reduction.

[17]   The impact of the agreed-upon 20% end-of-the-case write-off on the average hourly rate cannot be calculated at this time.  However, for illustrative purposes only, we have provided the average hourly rate, after accounting for the 20% end-of-the-case reduction.

bonds that were not validly issued, *i.e.*, Adv. Proc. No. 19-355, Adv. Proc. No. 19-356, Adv. Proc. No. 19-357, Adv. Proc. No. 19-358, Adv. Proc. No. 19-359, and Adv. Proc. No. 19-361, were unstayed.

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate for period 1/1/2020 through 1/31/2020 | Average hourly rate for period 1/1/2020 through 1/31/2020 (net of 20% reduction)[18] |
|---|---|---|---|
| **Counsel** | 2 | $1,145 | $916 |
| **Associate** | 2 | $871 | $697 |
| **Paraprofessionals** | 1 | $313 | $251 |

The foregoing staffing plan is not intended to reflect time that Paul Hastings anticipates spending on litigating its stand-alone objection to the ERS bonds.

---

[18]   The impact of the agreed-upon 20% end-of-the-case write-off on the average hourly rate cannot be calculated at this time.  However, for illustrative purposes only, we have provided the average hourly rate, after accounting for the 20% end-of-the-case reduction.