# **EXHIBIT D**

**SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY**

**EXHIBIT D-1**

**SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY AS COMPARED TO BUDGET**

| U.S. Trustee Task Code and Project Category | | Hours Budgeted | | | | | Hours Billed | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | October 2019 | November 2019 | December 2019 | January 2020 | Total | October 2019 | November 2019 | December 2019 | January 2020 | Total |
| B110 | Case Administration | 200 | 200 | 150 | 100 | **650** | 91.40 | 24.10 | 42.80 | 49.20 | **207.50** |
| B112 | General Creditor Inquiries | 10 | 5 | 5 | 5 | **25** | 3.40 | 2.30 | 0.40 | 7.80 | **13.90** |
| B113 | Pleadings Review | 50 | 50 | 50 | 30 | **180** | 16.00 | 11.50 | 14.90 | 12.60 | **55.00** |
| B120 | Asset Analysis and Recovery | 5 | 5 | 5 | 5 | **20** | | | | 7.60 | **7.60** |
| B130 | Asset Disposition | 5 | 5 | 5 | 5 | **20** | | | | | |
| B140 | Relief from Stay / Adequate Protection Proceedings | 25 | 25 | 5 | 10 | **65** | 9.90 | 0.10 | 4.40 | 71.00 | **85.40** |
| B150 | Meetings of Creditors' Committee and Communications with Creditors | 125 | 125 | 125 | 125 | **500** | 113.30 | 156.90 | 143.90 | 182.30 | **596.40** |
| B155 | Court Hearings (including Preparation for Court Hearings) | 50 | 50 | 25 | 50 | **175** | 40.40 | 0.30 | 23.00 | 36.20 | **99.90** |
| B160 | Employment / Fee Applications (Paul Hastings) | 50 | 75 | 50 | 50 | **225** | 58.20 | 100.70 | 48.20 | 27.50 | **234.60** |
| B161 | Budgeting (Case) | 5 | 5 | 5 | 5 | **20** | 0.70 | 0.70 | 1.20 | 1.20 | **3.80** |
| B165 | Employment / Fee Applications (Other Professionals) | 10 | 10 | 5 | 5 | **30** | | 19.60 | 1.40 | 1.60 | **22.60** |
| B170 | Fee and Employment Objections | 5 | 5 | 5 | 5 | **20** | | | | | |

| U.S. Trustee Task Code and Project Category | | Hours Budgeted | | | | | Hours Billed | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | October 2019 | November 2019 | December 2019 | January 2020 | Total | October 2019 | November 2019 | December 2019 | January 2020 | Total |
| B180 | Avoidance Action Analysis | 10 | 5 | 5 | 5 | 25 | | | | 0.70 | **0.70** |
| B185 | Assumption / Rejection of Leases and Contracts | 5 | 5 | 5 | 5 | 20 | | | | | |
| B190 | Other Contested Matters (including GDB restructuring) | 100 | 20 | 20 | 10 | 150 | | 1.60 | 3.70 | 3.50 | **8.80** |
| B191 | General Litigation | 200 | 150 | 300 | 200 | 850 | 66.20 | 112.30 | 147.40 | 145.30 | **471.20** |
| B195 | Non-Working Travel[1] | 20 | 20 | 20 | 40 | 100 | 93.10 | 20.20 | 14.80 | 27.00 | **155.10** |
| B210 | Debtors' Financial Information and Operations/Fiscal Plan | 5 | 5 | 5 | 5 | 20 | 0.40 | | | | **0.40** |
| B220 | Employee Benefits / Pensions | 15 | 10 | 10 | 10 | 45 | | 3.10 | 141.60 | | **144.70** |
| B230 | Financing / Cash Collections | 5 | 5 | 5 | 5 | 20 | | | | | |
| B231 | Security Document Analysis | 5 | 5 | 5 | 5 | 20 | | | | | |
| B260 | Meetings of and Communications with Debtors/Oversight Board | 10 | 10 | 10 | 10 | 40 | 0.50 | 0.20 | 0.70 | 0.90 | **2.30** |
| B261 | Investigations | 5 | 5 | 5 | 5 | 20 | | | | | |
| B310 | Claims Administration and Objections | 250 | 250 | 200 | 200 | 900 | 282.80 | 378.70 | 216.00 | 279.10 | **1,156.60** |
| B320 | Plan and Disclosure Statement | 250 | 200 | 200 | 200 | 850 | 151.90 | 30.90 | 59.90 | 244.80 | **487.50** |

---

[1] The firm charges one-half a timekeeper's normal billing rate for any time incurred on account of non-working travel.

| U.S. Trustee Task Code and Project Category | Hours Budgeted | | | | | Hours Billed | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | October 2019 | November 2019 | December 2019 | January 2020 | Total | October 2019 | November 2019 | December 2019 | January 2020 | Total |
| B420 Restructurings | 850 | 1,250 | 1,250 | 500 | **3,850** | 1,644.20 | 250.40 | 414.10 | 152.40 | 2,461.10 |
| **TOTAL HOURS** | 2,260 | 2,490 | 2,465 | 1,575 | **8,790** | 2,572.40 | 1,113.60 | 1,278.40 | 1,250.70 | **6,215.10** |
| **TOTAL FEES** | $2,187,680.00[2] | $2,415,300.00 | $2,383,655.00 | $1,519,875.00 | **$8,506,510.00** | $2,389,491.75 | $1,037,938.00 | $1,159,965.00 | $1,201,319.25 | **$5,788,714.00** |
| *MINUS 20% REDUCTION[3]* | ($437,536.00) | ($483,060.00) | ($476,731.00) | ($303,975.00) | **($1,701,302.00)** | $ (477,898.35) | $ (207,587.60) | $ (231,993.00) | $ (240,263.85) | **$ (1,157,742.80)** |
| **TOTAL FEES (NET OF REDUCTION)** | $1,750,144.00 | $1,932,240.00 | $1,906,924.00 | $1,215,900.00 | **$6,805,208.00** | $1,911,593.40 | $830,350.40 | $927,972.00 | $961,055.40 | **$4,630,971.20** |

---

[2] The Total Estimated Fees are calculated based on a blended hourly rate of $968, $970, $967, and $965 for the Paul Hastings attorneys who are expected to work on this matter in October, November, December, and January, respectively. The impact of the agreed-upon 20% end of the case write-off on the blended hourly rate cannot be calculated at this time. However, for illustrative purposes only, the blended hourly rate, after accounting for the 20% reduction, would be approximately $774, $776, $774, and $772, respectively.

**SUMMARY OF COMPENSATION REQUESTED AS COMPARED TO SUB-BUDGETS FOR MATTERS JOINTLY PURSUED BY OVERSIGHT BOARD AND COMMITTEE**

| U.S. Trustee Task Code and Project Category | Hours Budgeted | | | | | Hours Billed | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | October 2019 | November 2019 | December 2019 | January 2020 | Total | October 2019 | November 2019 | December 2019 | January 2020 | Total |
| **Omnibus Claims Objection** | | | | | | | | | | |
| B310 Claims Administration and Objections | | | | | | | 5.0 | 23.1 | 15.2 | **43.3** |
| **Garden Variety Avoidance Actions** | | | | | | | | | | |
| B191 General Litigation | 20 | 20 | 20 | 20 | **80** | 1.2 | 6.3 | 4.1 | 12.4 | **24.0** |
| **Stayed Co-Plaintiff Adversary Proceedings** | | | | | | | | | | |
| B191 General Litigation | 25 | 50 | 10 | 10 | **95** | 0.9 | 2.8 | 0.6 | 0.3 | **4.6** |
| **ERS Lien Adversary Proceedings** | | | | | | | | | | |
| B191 General Litigation | | | 50 | 50 | **100** | 14.8* | 92.3* | 48.0* | 42.7* | **197.8*** |
| **TOTAL HOURS** | **45** | **70** | **80** | **80** | **275** | **16.9** | **106.4** | **75.8** | **72.3** | **271.4** |

* Includes time spent on *ultra vires* issues.

**FURTHER BREAKDOWN OF COMPENSATION REQUESTED BY PROJECT CATEGORY AND BY MATTER[1]**

*Official Committee of Unsecured Creditors of Commonwealth of PR (Matter ID 00002)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B110 Case Administration | 117.20 | $63,621.00 |
| B113 Pleadings Review | 44.70 | $16,474.50 |
| B140 Relief from Stay / Adequate Protection Proceedings | 72.50 | $78,565.50 |
| B150 Meetings of and Communications with Creditors | 316.10 | $264,546.00 |
| B155 Court Hearings | 85.50 | $87,931.50 |
| B160 Employment / Fee Applications (Paul Hastings) | 233.60 | $202,763.50 |
| B161 Budgeting (Case) | 3.80 | $4,560.00 |
| B165 Employment / Fee Applications (Other Professionals) | 22.60 | $16,069.00 |
| B170 Fee and Employment Objections | 0.00 | $0.00 |
| B180 Avoidance Action Analysis | 0.70 | $840.00 |
| B190 Other Contested Maters | 3.50 | $1,256.50 |
| B195 Non-Working Travel | 43.60 | $28,934.75 |
| B210 Debtors' Financial Information and Operations/Fiscal Plan | 0.40 | $480.00 |
| B220 Employee Benefits/Pensions | 3.10 | $3,022.50 |
| B240 Tax Issues | 0.00 | $0.00 |
| B310 Claims Administration and Objections | 437.50 | $379,425.00 |
| B320 Plan and Disclosure Statement (including Business Plan) | 307.90 | $297,165.50 |
| **TOTAL** | 1692.70 | $1,445,655.25 |

*Communications with Creditors (other than Committee Members) / Website (Matter ID 00004)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B112 General Creditor Inquiries | 1.40 | $1,309.00 |
| B150 Meetings of and Communications with Creditors | 85.60 | $103,279.50 |

---

[1] The fees set forth on this Exhibit D-1 do **not** take into account Paul Hastings' agreement to reduce its fees by an amount equal to 20% of its total case fees, with the precise fees to be waived to attain the 20% reduction to be designated by Paul Hastings (in its sole discretion) in connection with the final fee application process.

| | | |
|---|---:|---:|
| **TOTAL** | 87.00 | $104,588.50 |

*PREPA (Matter ID 00006)*

| **U.S. Trustee Task Code and Project Category** | **Hours Billed** | **Fees Billed** |
|---|---:|---:|
| B110  Case Administration | 72.90 | $22,105.50 |
| B120  Asset Analysis and Recovery | 7.60 | $8,482.00 |
| B150  Meetings of and Communication with Creditors | 0.20 | $240.00 |
| B155  Court Hearings | 0.30 | $133.50 |
| B160  Fee/Employment Applications | 1.00 | $1,200.00 |
| B190  Other Contested Matters | 4.30 | $4,044.50 |
| B191  General Litigation | 85.20 | $84,723.50 |
| B195  Non-Working Travel | 87.60 | $48,751.75 |
| B260  Meetings of and Communications with Debtors/Oversight Board | 2.30 | $2,875.00 |
| B310  Claims Administration and Objections | 328.50 | $310,132.00 |
| B420  Restructurings | 2461.10 | $2,330,422.00 |
| **TOTAL** | 3051.00 | $2,813,109.75 |

*HTA (Matter ID 00007)*

| **U.S. Trustee Task Code and Project Category** | **Hours Billed** | **Fees Sought** |
|---|---:|---:|
| B113  Pleadings Review | 0.60 | $720.00 |
| B140  Relief from Stay / Adequate Protection Proceedings | 3.00 | $2,795.00 |
| B191  General Litigation | 77.20 | $87,586.50 |
| B320  Plan and Disclosure Statement | 0.20 | $240.00 |
| **TOTAL** | 81.00 | $91,341.50 |

*ERS (Matter ID 00008)*

| **U.S. Trustee Task Code and Project Category** | **Hours Billed** | **Fees Sought** |
|---|---:|---:|
| B110  Case Administration | 6.80 | $2,370.00 |
| B112  General Creditor Inquiries | 5.00 | $4,675.00 |
| B140  Relief from Stay/Adequate Protection Proceedings | 9.90 | $8,968.00 |
| B155  Court Hearings | 5.00 | $4,724.00 |

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B190  Other Contested Matters | 1.00 | $1,123.00 |
| B191  General Litigation | 198.00 | $215,078.00 |
| B195  Non-Working Travel | 141.60 | $121,533.00 |
| B220  Employee Benefits/Pensions | 270.20 | $265,000.50 |
| B310  Claims Administration and Objections | 2.60 | $2,964.00 |
| B320  Plan and Disclosure Statement | 6.80 | $2,370.00 |
| **TOTAL** | 640.10 | $626,435.50 |

*Other Adversary Proceedings (Matter ID 00009)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B110  Case Administration | 4.00 | $907.00 |
| B113  Pleadings Review | 9.70 | $1,794.50 |
| B191  General Litigation | 74.10 | $73,500.00 |
| **TOTAL** | 87.80 | $76,201.50 |

*Mediation (Matter ID 00010)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B110  Case Administration | 2.20 | $3,300.00 |
| B191  General Litigation | 29.60 | $34,426.00 |
| B320  Plan and Disclosure Statement (including Business Plan) | 174.70 | $202,590.50 |
| **TOTAL** | 206.50 | $240,316.50 |

*GO Bond Debt Issues (Matter ID 00011)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B110  Case Administration | 2.90 | $536.50 |
| B112  General Creditor Inquiries | 7.50 | $7,012.50 |
| B191  General Litigation | 4.60 | $4,447.00 |
| B310  Claims Administration and Objections | 120.40 | $128,790.00 |
| **TOTAL** | 135.40 | $140,786.00 |

- 8 -

*Creditors Committee Meetings (Matter ID 00012)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B150   Meetings of and Communications with Creditors | 194.50 | $214,556.00 |
| B195   Non-Working Travel | 20.20 | $13,350.00 |
| B320   Plan and Disclosure Statement | 2.10 | $3,150.00 |
| **TOTAL** | 216.80 | $231,056.00 |

*Constitutional Issues (Matter ID 00014)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B155   Court Hearings | 9.10 | $11,600.00 |
| B191   General Litigation | 2.50 | $3,015.00 |
| B195   Non-Working Travel | 3.70 | $2,775.00 |
| **TOTAL** | 15.30 | $17,390.00 |

*PBA (Matter ID 00017)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B110   Case Administration | 1.50 | $1,833.50 |
| **TOTAL** | 1.50 | $1,833.50 |

## **EXHIBIT D-2**

### SUMMARY OF EXPENSE REIMBURSEMENTS REQUESTED BY CATEGORY

| Category | Amount |
|---|---:|
| Travel Expenses – Airfare | $13,470.79 |
| Travel Expenses – Lodging | $5,403.31 |
| Travel Expenses - Taxi / Ground Transportation | $4,769.35 |
| Travel Expenses | $90.00 |
| Travel Expenses - Meals | $1,928.82 |
| Travel Expenses - Parking | $39.00 |
| Travel Expenses - Internet | $72.80 |
| Articles and Publications | $21,956.78 |
| Court Call | $70.00 |
| Messenger | $3,295.35 |
| Computer Search | $46,696.60 |
| Court Reporting Services | $54,243.70 |
| Filing Fee | $200.00 |
| In-house Black and White Reproduction Charges (29,970 copies at $0.08 per page) | $2,397.60 |
| In-house Color Reproduction Charges (201,649 copies at $0.25 per page) | $50,412.25 |
| Outside Professional Services | $61,478.22 |
| Banquet Expenses | $11,581.71 |
| Postage/Express Mail | $3,026.20 |
| **TOTAL** | **$281,132.48** |