# **SCHEDULE 1**

# LIST OF PROFESSIONALS BY MATTER

*Official Comm. of Unsecured Creditors of Commonwealth of PR (Matter ID 00002)*

| Name | Title or Position | Department, Group, or Section |
|---|---|---|
| Bliss, James R. | Partner | Litigation |
| Despins, Luc A. | Partner | Restructuring |
| Jimenez, Pedro | Partner | Corporate |
| Bassett, Nicholas A. | Counsel | Corporate |
| Bongartz, Alex | Counsel | Restructuring |
| Comerford, Michael E. | Counsel | Restructuring |
| Goldstein, Irena M. | Counsel | Corporate |
| Kahn, Marguerite R. | Counsel | Municipal Finance |
| Traxler, Katherine A. | Counsel | Restructuring |
| Barron, Douglass E. | Associate | Restructuring |
| Cash, Derek D. | Associate | Corporate |
| Maza, Shlomo | Associate | Restructuring |
| Naulo, Mariya | Associate | Corporate |
| Zwillinger, Zachary | Associate | Litigation |
| Checo, Miguel L. | Project Manager | -- |
| Chi, Ruby | Project Specialist | |
| Kuo, Jocelyn | Paralegal | -- |
| Makin, William A. | Senior Project Consultant | -- |
| Rath, Niles | Senior Manager | |
| Wu, Winnie | Case Assistant | -- |

*Communications w/Creditors/Website (Other than Comm. Members) (Matter ID 00004)*

| Name | Title or Position | Department, Group, or Section |
|---|---|---|
| Despins, Luc A. | Partner | Restructuring |
| Bongartz, Alex | Counsel | Restructuring |
| Barron, Douglass E. | Associate | Restructuring |

| Cash, Derek D. | Associate | Corporate |
| --- | --- | --- |
| Maza, Shlomo | Associate | Restructuring |
| Kuo, Jocelyn | Paralegal | -- |

*PREPA (Matter ID 00006)*

| Name | Title or Position | Department, Group, or Section |
| --- | --- | --- |
| Bliss, James | Partner | Litigation |
| Despins, Luc A. | Partner | Restructuring |
| Jimenez, Pedro | Partner | Corporate |
| Nowak, John P. | Partner | Litigation |
| Patrizia, Charles A. | Partner | Litigation |
| Timofeyev, Igor V. | Partner | Litigation |
| Worthington, James B. | Partner | Litigation |
| Bassett, Nicholas A. | Counsel | Corporate |
| Bongartz, Alex | Counsel | Restructuring |
| Comerford, Michael E. | Counsel | Restructuring |
| Hilson, John Francis | Counsel | Corporate |
| Kahn, Marguerite R. | Counsel | Municipal Finance |
| Barron, Douglass E. | Associate | Restructuring |
| Buscarino, Anthony F. | Associate | Litigation |
| Cash, Derek D. | Associate | Corporate |
| Clemente, Carlos E. | Associate | Corporate |
| Faber, Anna S. | Associate | Litigation |
| Ferguson, James L. | Associate | Litigation |
| Johnson, Jordan B. | Associate | Litigation |
| Kilpatrick, Ryan N. | Associate | Litigation |
| Lopez, Leah M. | Associate | Corporate |
| Maza, Shlomo | Associate | Restructuring |
| Naulo, Mariya | Associate | Corporate |
| Rookard, Katherine S. | Associate | Corporate |
| Zwillinger, Zachary S. | Associate | Litigation |
| Checo, Miguel L. | Project Manager | -- |
| Chi, Ruby | Project Specialist | -- |

| Name | Title or Position | Department, Group, or Section |
|---|---|---|
| Elliott, Elizabeth | Librarian | -- |
| Graham, Lesley R. | Technical Operations Senior Analyst | |
| Kuo, Jocelyn | Paralegal | -- |
| Lopez, Mayra O. | Technical Operations Senior Analyst | |
| Medina, Kristy | Case Assistant | -- |
| Rath, Niles | Senior Manager | -- |
| Weaver, Randi | Project Manager | -- |
| Wijemanne, Manel | Paralegal | |
| Wu, Winnie | Case Assistant | -- |

### *HTA (Matter ID 00007)*

| Name | Title or Position | Department, Group, or Section |
|---|---|---|
| Despins, Luc A. | Partner | Restructuring |
| Mollen, Neal D. | Partner | Appellate Practice |
| Bongartz, Alex | Counsel | Restructuring |
| Goldstein, Irena M. | Counsel | Corporate |
| Kahn, Marguerite R. | Counsel | Municipal Finance |
| Maza, Shlomo | Associate | Restructuring |
| Naulo, Mariya | Associate | Corporate |
| Ofori, Rachel | Associate | Litigation |
| Zwillinger, Zachary S. | Associate | Litigation |
| Doherty, Allison | Paralegal | |
| Kuo, Jocelyn | Paralegal | |
| Wu, Winnie | Case Assistant | -- |

### *ERS (Matter ID 00008)*

| Name | Title or Position | Department, Group, or Section |
|---|---|---|
| Bliss, James R. | Partner | Litigation |

| Despins, Luc A. | Partner | Restructuring |
| --- | --- | --- |
| Worthington, James B. | Partner | Litigation |
| Bassett, Nicholas A. | Counsel | Corporate |
| Bongartz, Alex | Counsel | Restructuring |
| Goldstein, Irena M. | Counsel | Corporate |
| Hilson, John Francis | Counsel | Corporate |
| Kahn, Marguerite R. | Counsel | Municipal Finance |
| Barron, Douglass E. | Associate | Restructuring |
| Kilpatrick, Ryan N. | Associate | Litigation |
| Maza, Shlomo | Associate | Restructuring |
| Naulo, Mariya | Associate | Corporate |
| Zwillinger, Zachary S. | Associate | Litigation |
| Au, Eric | Project manager | -- |
| Kuo, Jocelyn | Paralegal | -- |
| Wu, Winnie | Case Assistant | -- |

*Other Adversary Proceedings (Matter ID 00009)*

| Name | Title or Position | Department, Group, or Section |
| --- | --- | --- |
| Despins, Luc A. | Partner | Restructuring |
| Kinnaird, Stephen B. | Partner | Appellate Practice |
| Bassett, Nicholas A. | Counsel | Corporate |
| Bongartz, Alex | Counsel | Restructuring |
| Goldstein, Irena M. | Counsel | Corporate |
| Barron, Douglass E. | Associate | Restructuring |
| Cash, Derek D. | Associate | Corporate |
| Kilpatrick, Ryan N. | Associate | Litigation |
| Zwillinger, Zachary S. | Associate | Litigation |
| Cairns, Dennis | Court Services Coordinator | |
| Doherty, Allison | Paralegal | |
| Kuo, Jocelyn | Paralegal | -- |
| Wu, Winnie | Case Assistant | -- |

*Mediation (Matter ID 00010)*

| Name | Title or Position | Department, Group, or Section |
|---|---|---|
| Bliss, James R. | Partner | Litigation |
| Despins, Luc A. | Partner | Restructuring |
| Bassett, Nicholas A. | Counsel | Corporate |
| Bongartz, Alex | Counsel | Restructuring |
| Goldstein, Irena M. | Counsel | Corporate |
| Barron, Douglass E. | Associate | Restructuring |
| Cash, Derek D. | Associate | Corporate |
| Maza, Shlomo | Associate | Restructuring |
| Zwillinger, Zachary S. | Associate | Litigation |
| Wu, Winnie | Case Assistant | -- |

*GO Bond Debt Issues (Matter ID 00011)*

| Name | Title or Position | Department, Group, or Section |
|---|---|---|
| Bliss, James R. | Partner | Litigation |
| Despins, Luc A. | Partner | Restructuring |
| Bassett, Nicholas A. | Counsel | Corporate |
| Bongartz, Alex | Counsel | Restructuring |
| Goldstein, Irena M. | Counsel | Corporate |
| Barron, Douglass E. | Associate | Restructuring |
| Cash, Derek D. | Associate | Corporate |
| Maza, Shlomo | Associate | Restructuring |
| Kuo, Jocelyn | Paralegal | -- |
| Wu, Winnie | Case Assistant | -- |

*Creditors' Committee Meetings (Matter ID 00012)*

| Name | Title or Position | Department, Group, or Section |
|---|---|---|
| Despins, Luc A. | Partner | Restructuring |
| Bongartz, Alex | Counsel | Restructuring |

| Comerford, Michael E. | Counsel | Restructuring |
| --- | --- | --- |
| Barron, Douglass E. | Associate | Restructuring |
| Cash, Derek D. | Associate | Corporate |
| Maza, Shlomo | Associate | Restructuring |
| Naulo, Mariya | Associate | Corporate |
| Kuo, Jocelyn | Paralegal | -- |

*Constitutional Issues (Matter ID 00014)*

| Name | Title or Position | Department, Group, or Section |
| --- | --- | --- |
| Despins, Luc A. | Partner | Restructuring |
| Mollen, Neal | Partner | Appellate Practice |
| Bongartz, Alex | Counsel | Restructuring |
| Comerford, Michael E. | Counsel | Restructuring |
| Barron, Douglass E. | Associate | Restructuring |
| Cash, Derek D. | Associate | Corporate |
| Maza, Shlomo. | Associate | Restructuring |
| Naulo, Mariya | Associate | Corporate |
| Kuo, Jocelyn | Paralegal | -- |

*PBA (Matter ID 00017)*

| Name | Title or Position | Department, Group, or Section |
| --- | --- | --- |
| Bliss, James R. | Partner | Litigation |
| Bongartz, Alex | Counsel | Restructuring |
| Barron, Douglass E. | Associate | Restructuring |