# EXHIBIT B

## SUMMARY OF TIMEKEEPERS INCLUDED IN THIS APPLICATION FOR FEE PERIOD

| Name | Title or Position | Department | Date of First Admission | Fees Billed in this Application | Hours Billed in this Application | Hourly Rate Billed | Number of Rate Increases Since Case Inception |
|---|---|---|---|---|---|---|---|
| Juan J. Casillas | Partner | Labor and Litigation | 1997 | $222,453.00 | 823.90 | $270.00 | 0 |
| Juan J. Casillas | Partner | Labor and Litigation | 1997 | $553.50 | 4.10 | $135.00 | 0 |
| Luis F. Llach | Partner | Labor and Litigation | 2004 | $128,061.00 | 474.30 | $270.00 | 0 |
| Luis L. Torres | Partner | Corporate and Taxes | 1997 | $3,375.00 | 12.50 | $270.00 | 0 |
| Miguel A. Santiago | Partner | Corporate and Taxes | 1998 | $30,726.00 | 113.80 | $270.00 | 0 |
| | | **Total Partner:** | | **$385,168.50** | **1,428.60** | | |
| Juan R. Gonzalez | Counsel | Labor and Litigation | 1985 | $20,254.00 | 77.90 | $260.00 | 0 |
| | | **Total Counsel:** | | **$20,254.00** | **77.90** | | |
| Amarily Maldonado | Junior Partner | Corporate and Taxes | 2008 | $720.00 | 3.00 | $240.00 | 0 |
| Israel Fernández | Junior Partner | Labor and Litigation | 2006 | $7,776.00 | 32.40 | $240.00 | 0 |
| Luis Ramos | Junior Partner | Labor and Litigation | 2002 | $20,040.00 | 83.50 | $240.00 | 0 |

| Name | Title | Department | Year | Fees | Hours | Rate | |
|---|---|---|---|---|---|---|---|
| Natalia Palmer | Junior Partner | Corporate and Taxes | 2009 | $14,952.00 | 62.30 | $240.00 | 0 |
| Natalia Palmer | Junior Partner | Corporate and Taxes | 2009 | $180.00 | 1.50 | $120.00 | 0 |
| | | **Total Junior Partner:** | | **$43,668.00** | **182.70** | | |
| Ericka Montull | Senior Associate | Labor and Litigation | 2011 | $2,540.00 | 12.70 | $200.00 | 0 |
| Juan Nieves | Senior Associate | Labor and Litigation | 2012 | $44,840.00 | 224.20 | $200.00 | 0 |
| Juan Nieves | Senior Associate | Labor and Litigation | 2012 | $110.00 | 1.10 | $100.00 | 0 |
| Natalia Del Nido | Senior Associate | Labor and Litigation | 2011 | $17,340.00 | 86.70 | $200.00 | 0 |
| | | **Total Senior Associate:** | | **$64,830.00** | **324.70** | | |
| Cristina Fernández | Associate | Labor and Litigation | 2015 | $30,736.00 | 180.80 | $170.00 | 0 |
| Viviana Currais | Associate | Labor and Litigation | 2017 | $11,016.00 | 64.80 | $170.00 | 0 |
| | | **Total Associate:** | | **$41,752.00** | **245.60** | | |
| Paralegal Services | Paralegal | Labor and Litigation | | $3,885.50 | 40.90 | $95.00 | 0 |
| | | **Total Paraprofessional:** | | **$3,885.50** | **40.90** | | |
| | **Total:** | | | **$559,558.00** | **2,300.40** | | |
| | **Blended Rate:** | | | | | **$243.24** | |
| | **Blended Rate Excluding Paraprofessionals:** | | | | | **$245.93** | |

2